AO 440 (Del Rev 10/01) Summons in a Civil Action

# United States District Court

District of __**DELAWARE**__

ENERGY TRANSPORTATION GROUP, INC.

        Plaintiff,

        v.

SONIC INNOVATIONS, INC, PHONAK HOLDING AG, PHONAK INC., UNITRON HEARING, INC., WILLIAM DEMANT HOLDING A/S, OTICON A/S, OTICON INC., WIDEX A/S, WIDEX HEARING AID CO. INC, GN RESOUND A/S, GN RESOUND CORPORATION, STARKEY LABORATORIES, INC., GENNUM CORPORATION, and RESISTANCE TECHNOLOGY INC.

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05- 05 - 422

TO:    Sonic Innovations, Inc.
        c/o The Corporation Trust Company
        Corporation Trust Center
        1209 Orange Street
        Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edmond D. Johnson, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

an answer to the complaint which is hereby served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. An answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  PETER T. DALLEO        DATE  6/23/05

(By) DEPUTY CLERK

592300v1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[(1)] | DATE  6/24/05 |
| NAME OF SERVER (PRINT)  Anthony Sianni | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

[X]  Served personally upon the defendant. Place where served: _____

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

   Name of person with whom the summons and complaint were left: _____

[ ]  Returned unexecuted: _____

[X]  Other (specify): PERSONALLY SERVED SONIC INOVATIONS INC BY SERVING ITS REGISTERED AGENT THE CORPORATION TRUST CO, AT 1209 ORANGE ST, WILM DE 19801 AT 1:25 PM PERSON ACCEPTING SERVICE: BRIAN PENROD

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on   6/24/05
                  Date

Signature of Server: *Anthony Sianni*

Address of Server: PARCELS INC
4 E 7TH ST
WILM DE 19801

[(1)] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

592300v1