# THE BAYARD FIRM
ATTORNEYS

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

302-429-4227
ejohnson@bayardfirm.com

July 6, 2005

VIA HAND DELIVERY

Clerk of the Court
United States District Court
844 N. King Street
Wilmington, DE 19801
ATTN: Yvette Watson

RE: *Energy Transportation Group, Inc. v. Sonic Innovations, Inc., et al.*
C. A. No. 05-422 - Praecipe

Dear Yvette:

Please issue alias summons upon the following defendants in the referenced matter for service under The Hague Convention:

Phonak Holding AG
William Demant Holding A/S
Oticon A/S
Widex A/S
GN Resound A/S

Upon completion of the summonses, please return them to Edmond D. Johnson, The Bayard Firm, 222 Delaware Avenue, Suite 900, Wilmington, DE 19801.

Very truly yours,

Edmond D. Johnson (ID #2257)

EDJ/slh
Enclosures
#31479-1

593571v1