# EXHIBIT C

**Registered No.** RR 366 000 494 US

| | | |
|---|---|---|
| Reg. Fee $ 7.50 | Special Delivery $ | |
| Handling Charge $ | Return Receipt $ 1.75 | |
| Postage $ 1.98 | Restricted Delivery $ | |
| Received by Kem | | |

Date Stamp: JUN 28 2005 WILMINGTON STA DE

Customer Must Declare Full Value $ a
☐ With Postal Insurance
☑ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

FROM:
EDS
222 Del. Ave. 9th Flr.
Wilmington, DE

TO:
Starkey Labs. Inc.
6700 Washington Ave. S.
Eden Prairie, MN 55420

PS Form 3806, February 1995  Receipt for Registered Mail (Customer Copy) (See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Starkey Labs. Inc.
6700 Washington Ave.
Eden Prairie, MN 55420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 7/5
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☑ Registered  ☑ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): RR 366 000 494 US

PS Form 3811, August 2001  Domestic Return Receipt  102595-02-M-1540