# EXHIBIT C

**Registered No.** RR366000605US

**Date Stamp:** RODNEY SQ STA WILMINGTON

| | | | |
|---|---|---|---|
| Reg. Fee | $7.50 | Special Delivery | $ |
| Handling Charge | $ | Return Receipt | $1.75 |
| Postage | $1.75 | Restricted Delivery | $ |
| Received by | KEM | | |

Customer Must Declare Full Value $ a — ☐ With Postal Insurance  ☒ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

FROM: EDS lslh
222 Del. Ave. 9th flr.
Wilmington, DE

TO: Oticon Inc.
29 Schoolhouse Rd.
Somerset, NJ 08873

PS Form 3806, February 1995
Receipt for Registered Mail (Customer Copy)
(See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Oticon inc.
29 Schoolhouse Rd.
P.O. Box 6724
Somerset, NJ 08873

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Carlos Carvalho   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Carlos Carvalho
C. Date of Delivery: JUL 1 2005

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☐ Express Mail
☒ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): RR 366 000 605 US

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540