AO 440 (Del Rev 10/01) Summons in a Civil Action

# United States District Court

District of     **DELAWARE**

ENERGY TRANSPORTATION GROUP, INC.

      Plaintiff,

    v.

SONIC INNOVATIONS, INC, PHONAK HOLDING AG,
PHONAK INC., UNITRON HEARING, INC., WILLIAM
DEMANT HOLDING A/S, OTICON A/S, OTICON INC.,
WIDEX A/S, WIDEX HEARING AID CO. INC, GN RESOUND
A/S, GN RESOUND CORPORATION, STARKEY
LABORATORIES, INC., GENNUM CORPORATION, and
RESISTANCE TECHNOLOGY INC.

      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-_____

05- 422

TO:    Unitron Hearing, Inc.
        c/o Secretary of State of the State of Delaware
        John G. Townsend Building, Duke of York Street
        Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edmond D. Johnson, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

an answer to the complaint which is hereby served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. An answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            6/23/05

CLERK                                DATE

(By) DEPUTY CLERK

592267v1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[(1)] | DATE June 24, 2005 1:40 p.m. |
| NAME OF SERVER (PRINT) Edward Jones | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Secretary of State of Delaware, Duke of York Street, Dover DE 19901

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/24/05
Date

Signature of Server: Edward Jones

Address of Server: 32 Lockerman Sq Ste 109 Dover DE 19904

[(1)] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

592267v1