# EXHIBIT C

| Registered No. NN 366000565US | | Date Stamp |
|---|---|---|
| Reg. Fee $7.50 | Special Delivery $ | JUN 28 2005 |
| Handling Charge $ | Return Receipt $1.75 | |
| Postage $1.88 | Restricted Delivery $ | |
| Received by Ken | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ a | ☐ With Postal Insurance ☑ Without Postal Insurance | |

FROM: EDJ/slh
Bayard firm
Wilmington, DE 19899

TO: Unitron Hearing inc.
2300 Berkshire Lane
Plymouth, MN 55441

PS Form 3806, February 1995    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Unitron Hearing, inc.
2300 Berkshire Lane
Plymouth, MN 55441

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Constance L Neuville   ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☑ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): RR 366 000 565 US

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540