### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) )  Civil Action No. 05-422 (GMS) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SONIC INNOVATIONS, INC., PHONAK HOLDING AG, PHONAK INC., UNITRON HEARING, INC., WILLIAM DEMANT HOLDING A/S, OTICON A/S, OTICON INC., WIDEX A/S, WIDEX HEARING AID CO., INC., GN RESOUND A/S, GN RESOUND CORPORATION, STARKEY LABORATORIES, INC., GENNUM CORPORATION, and RESISTANCE TECHNOLOGY INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### STIPULATION EXTENDING TIME TO ANSWER

It is hereby stipulated by and between counsel that defendant Oticon Inc. shall have up to and including August 18, 2005 to answer, move or otherwise respond to the complaint.

2

    IT IS SO ORDERED this _____ day of July, 2005.

                                                                                           United States District Judge

Agreed as to form:

| /s/ Edmond D. Johnson | /s/ N. Richard Powers |
|---|---|
| Edmond D. Johnson (#2257) | N. Richard Powers (#494) |
| Thomas H. Kovach (#3964) | Connolly Bove Lodge & Hutz, LLP |
| The Bayard Firm | The Nemours Building |
| 222 Delaware Avenue, Suite 900 | 1007 N. Orange Street |
| P. O. Box 25130 | P. O. Box 2207 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| ejohnson@bayardfirm.com | nrp@cblhlaw.com |
| tkovach@bayardfirm.com | (302) 658-9141 |
| (302) 655-5000 | Attorneys for Defendant Oticon, Inc. |
| Attorneys for Plaintiffs | |

406660\_1

**UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

  I, N. Richard Powers, hereby certify that on July 18, 2005, I electronically filed **STIPULATION EXTENDING TIME TO ANSWER** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Edmond D. Johnson
Thomas H. Kovach
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19899
ejohnson@bayardfirm.com
tkovach@bayardfirm.com

            /s/ N.Richard Powers
            N. Richard Powers (#494)
            Connolly Bove Lodge & Hutz LLP
            The Nemours Building
            1007 N. Orange Street
            Wilmington, Delaware 19801
            (302) 658-9141
            NPowers@cblh.com
            Attorneys for Defendant Oticon, Inc.