# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

(302) 429-4227
ejohnson@bayardfirm.com

June 28, 2005

REGISTERED MAIL
RETURN RECEIPT REQUESTED

GN Resound Corporation
8001 Bloomington Freeway
Bloomington, MN 55420

    RE:   *Energy Transportation Group, Inc. v. Sonic Innovations, Inc., et al.*
            <u>C.A. No. 05-422 (D.Del.)</u>

Ladies and Gentlemen:

    In accordance with the provisions of 10 <u>Del</u>. <u>C</u>. § 3104, we enclose copies of the Summons and the Complaint for Patent Infringement and Demand for Jury Trial served upon GN Resound Corporation by serving the Secretary of State of Delaware. Such service was made on June 24, 2005.

    Under the provisions of 10 <u>Del</u>. <u>C</u>. § 3104, service of summons and the complaint upon the Secretary of State of Delaware is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

    We suggest you deliver these papers immediately to your attorney.

                                   Very truly yours,

                                   Edmond D. Johnson

EDJ/slh
Enclosures
31479-1

592505v1