Registered No. RR366000485US

Reg. Fee $ 7.50
Special Delivery $
Handling Charge $
Return Receipt $ 1.75
Postage $ 1.98
Restricted Delivery $
Received by Ken

Date Stamp: Wilmington DE 19801, JUN 28 2005 USPS

Customer Must Declare Full Value $
☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

FROM:
EDJ
222 Del. Ave. 9th flr.
Wilmington, DE 19899

TO:
GN Resound corp.
8001 Bloomington freeway
Bloomington, MN 55420

PS Form 3806, February 1995    Receipt for Registered Mail (Customer Copy) (See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GN Resound corp.
8001 Bloomington freeway
Bloomington, MN 55420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signed]   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): XIA HANG
C. Date of Delivery: 7-5-05
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): RR366000485US

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540