| Registered No. RR361000046305 | | Date Stamp |
|---|---|---|
| Reg. Fee $ 7.50 | Special Delivery $ | |
| Handling Charge $ | Return Receipt $ 1.75 | RODNEY SQ STA WILMINGTON DE JUN 28 2005 USPS |
| Postage $ 1.98 | Restricted Delivery $ | |
| Received by: [signature] | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance  ☐ Without Postal Insurance | |

FROM: EOS lsh
222 Del. Ave. 9th Flr.
Wilmington, DE

TO: Widex Hearing Aid Co. Inc.
3553 24th Street
Long Island City, NY 11106

PS Form 3806, February 1995   Receipt for Registered Mail   (Customer Copy)
(See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Widex Hearing Aid Co.
3553 24th Street
Long Island City, NY 11106

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☒ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): RR366000463 US

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540