IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC. <br><br> Plaintiff, <br><br> v. <br><br> SONIC INNOVATIONS, INC, <br> PHONAK HOLDING AG, <br> PHONAK INC., <br> UNITRON HEARING, INC., <br> WILLIAM DEMANT HOLDING A/S, <br> OTICON A/S, <br> OTICON INC., <br> WIDEX A/S, <br> WIDEX HEARING AID CO. INC, <br> GN RESOUND A/S, <br> GN RESOUND CORPORATION, <br> STARKEY LABORATORIES, INC., <br> GENNUM CORPORATION, and <br> RESISTANCE TECHNOLOGY INC., <br><br> Defendants. | CIVIL ACTION NO. 05-422-GMS <br><br> JURY TRIAL DEMANDED |

**NOTICE OF SERVICE ON
DEFENDANT RESISTANCE TECHNOLOGY INC.
PURSUANT TO 10 DEL. C. § 3104**

Plaintiff Energy Transportation Group, Inc., hereby provides notice pursuant to 10 Del. C. §3104 as follows:

Defendant Resistance Technology Inc. is a foreign corporation with its principal place of business located at 1260 Red Fox Road, Arden Hills, MN 55112.

On June 28, 2005, we caused to be mailed to Resistance Technology Inc. by registered mail, return receipt requested, a notice letter, a copy of which is attached hereto as Exhibit A, and made a part hereof, together with copies of the Summons and the

594770v1

Complaint for Patent Infringement and Demand for Jury Trial as served upon the Secretary of State of Delaware, attached hereto as Exhibit B. The notice letter and copies of the complaint were contained in the same envelope at the time of its mailing on June 28, 2005.

The original signed receipt for the June 28, 2005 registered letter to Resistance Technology Inc. was returned to us indicating receipt by Resistance Technology Inc. on July 6, 2005. Attached hereto and made a part hereof as Exhibit C are: (a) the usual receipts given by the United States Post Office at the time of mailing to Resistance Technology Inc. on June 28, 2005, of the registered letter containing the Summons and Complaint; and (b) the original signed receipt for the registered letter.

Dated: July 18, 2005

THE BAYARD FIRM

Edmond D. Johnson (No. 2257)
Thomas H. Kovach (No. 3964)
222 Delaware Ave.
Suite 900
Wilmington, DE 19801
ejohnson@bayardfirm.com
tkovach@bayardfirm.com
(302) 655-5000
Attorneys for Energy Transportation Group, Inc.

OF COUNSEL:

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006
(202) 955-1500

594770v1