| Registered No. RR 366000517US | Date Stamp |
|---|---|
| Reg. Fee $ 7.50 | Special Delivery $ |
| Handling Charge $ | Return Receipt $ 1.75 |
| Postage $ 1.88 | Restricted Delivery $ |
| Received by: Ken | |

Customer Must Declare Full Value $ — [ ] With Postal Insurance / [x] Without Postal Insurance

RODNEY SQ STA WILMINGTON USPS JUN 28 2005

Domestic Insurance Is Limited To $25,000. International Indemnity Is Limited (See Reverse)

FROM:
EDJ
222 Del. Ave. 9th Flr.
Wilmington, DE 19899

TO:
Resistence Tech. Inc.
1260 Red Fox Road
Arden Hills, MN 55112

PS Form 3806, February 1995    Receipt for Registered Mail (Customer Copy)
(See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Resistence Tech.
1260 Red Fox Rd.
Arden Hills, MN 55112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Rebecca Allyn    [ ] Agent  [ ] Addressee

B. Received by (Printed Name): REBECCA ALLYN
C. Date of Delivery: 7-6-05

D. Is delivery address different from item 1? [ ] Yes  [ ] No
If YES, enter delivery address below:

3. Service Type
[ ] Certified Mail   [ ] Express Mail
[x] Registered       [x] Return Receipt for Merchandise
[ ] Insured Mail     [ ] C.O.D.

4. Restricted Delivery? (Extra Fee)  [ ] Yes

2. Article Number (Transfer from service label): RR 366000517 US

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540