IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC.<br><br>Plaintiff<br><br>v.<br><br>SONIC INNOVATIONS, INC.<br>PHONAK HOLDING AG,<br>PHONAK INC.<br>UNITRON HEARING, INC.,<br>WILLIAM DEMANT HOLDING A/S,<br>OTICON A/S,<br>OTICON INC.,<br>WIDEX A/S,<br>WIDEX HEARING AID CO. INC.,<br>GN RESOUND A/S,<br>GN RESOUND CORPORATION,<br>STARKEY LABORATORIES, INC.,<br>GENNUM CORPORATION, and<br>RESISTANCE TECHNOLOGY INC.<br><br>Defendants. | C.A. No. 05-422 |

## STIPULATION TO EXTEND TIME

It is hereby stipulated by the parties, subject to the approval of the Court, that defendant Gennum Corporation may have until August 23, 2005 to answer, move or otherwise plead in response to the Complaint.

Dated: July 15, 2005

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Defendant*
*Gennum Corporation*

Dated: July 15, 2005

THE BAYARD FIRM

_____
Edmond D. Johnson (#2257)
Thomas H. Kovach (No. 3964)
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
(302) 655-5000

*Attorneys for Plaintiff*
*Energy Transportation Group, Inc.*

474048