

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

July 18, 2005

**VIA ELECTRONIC FILING
AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court Judge
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, DE 19801

> Re: **Energy Transportation Group, Inc. v. Sonic Innovations, Inc., et al.
> C. A. No. 05-422-GMS**

Dear Judge Sleet:

I represent defendant Sonic Innovations, and I am writing on behalf of plaintiff and Sonic Innovations in response to a call from Your Honor's Chambers directing that the plaintiff and defendant Sonic Innovations provide an explanation for the extension until September 12, 2005 for Sonic Innovations to respond to the complaint. It is my understanding that because plaintiff sued a number of foreign defendants who might require service under the Hague Convention if agreements are not entered into to effect service, plaintiff has been negotiating response dates to try to coordinate responses by all defendants at or around the same time, so this case can proceed in an orderly manner, rather than have responses to the complaint come in at various points in time over the next few months. In addition, Sonic Innovations agreed not to file a motion to dismiss on jurisdictional grounds, or a motion challenging this venue, in exchange for the stipulated response date. Therefore, the timing in the stipulation is not to delay these proceedings; instead, it is to foster the coordination of responses to the complaint and the early stages of this litigation.

Counsel are available at the Court's convenience if Your Honor has any questions. Otherwise, we request that the stipulation be accepted by the Court as filed.

Respectfully submitted,

*/s/ Richard L. Horwitz*

Richard L. Horwitz

RLH/msb
691079
cc: Edmond D. Johnson (via efiling and hand delivery)