# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

James W. Parrett, Jr.
303-575-5678
jparrett@mnat.com

July 19, 2005

**BY E-FILING**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:   *Energy Transportation Group, Inc. v. Gennum, et al.*
              C.A. No. 05-422 (GMS)

Dear Judge Sleet:

      I write in response to the call from your Chambers yesterday asking for the reasons Gennum Corporation ("Gennum") requested an extension of time to respond to plaintiff's Complaint. Gennum needs the extension of time to answer because, first, Gennum is a Canadian company that was served under the Delaware long-arm statute, and it did not receive a copy of the Complaint until July 6, 2005. Second, Gennum also had no prior notice of this lawsuit and, therefore, needs time to fully consider all its defenses, both substantive and procedural. I also note that in exchange for the extension of time, Gennum waived any technical service of process defenses.

      Respectfully,

      */s/ James W. Parrett, Jr.*
      James W. Parrett, Jr. (#4292)
      jparrett@mnat.com

cc:   Dr. Peter T. Dalleo, Clerk (by hand)
       Edmond D. Johnson, Esquire (by electronic filing)
       Thomas H. Kovach, Esquire (by electronic filing)