# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

MARYELLEN NOREIKA
302 575 7278
302 425 3011 FAX
mnoreika@mnat.com

July 20, 2005

BY ELECTRONIC FILING

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE  19801

      Re:    <u>Energy Transportation Group v. GN Resound; C.A. No. 05-422 (GMS)</u>

Dear Judge Sleet:

      Enclosed is a proposed stipulation to extend until August 23 the time for defendants GN Resound Corporation and GN Resound A/S to respond to the Complaint in this action.  The GN Resound defendants request that the Court grant this extension because GN Resound A/S is a foreign corporation and just received the complaint by mail today and GN Resound Corporation did not have notice of this lawsuit until late June.  Both defendants, therefore, need additional time to consider their positions, both substantive and procedural.  Counsel for plaintiff has agreed to this request.

      Respectfully,

      /s/  *Maryellen Noreika (#3208)*

      Maryellen Noreika

MN/bls
Enclosure

cc:    Peter T. Dalleo, Clerk (By Hand)
       Edmond D. Johnson, Esquire (By Hand)