IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC. <br><br> Plaintiff <br><br> v. <br><br> SONIC INNOVATIONS, INC., PHONAK HOLDING AG, PHONAK INC., UNITRON HEARING, INC., WILLIAM DEMANT HOLDING A/S, OTICON A/S, OTICON INC., WIDEX A/S, WIDEX HEARING AID CO. INC., GN RESOUND A/S, GN RESOUND CORPORATION, STARKEY LABORATORIES, INC., GENNUM CORPORATION, and RESISTANCE TECHNOLOGY INC. <br><br> Defendants. | C.A. No. 05-422 (GMS) |

## STIPULATION TO EXTEND TIME

It is hereby stipulated by the parties, subject to the approval of the Court, that defendants, GN Resound Corporation and GN Resound A/S, may have until August 23, 2005 to answer, move or otherwise plead in response to the Complaint.

MORRIS, NICHOLS, ARSHT & TUNNELL           THE BAYARD FIRM

 */s/ Maryellen Noreika*                                   */s/ Edmond D. Johnson*
Jack B. Blumenfeld (#1014)                         Edmond D. Johnson (#2257)
Maryellen Noreika (#3208)                          Thomas H. Kovach (#3964)
1201 North Market Street                            222 Delaware Avenue
P.O. Box 1347                                               Suite 900
Wilmington, DE 19899                                Wilmington, DE 19801
(302) 658-9200                                              (302) 655-5000
  *Attorneys for Defendant*                            *Attorneys for Plaintiff*
  *GN Resound Corporation*                         *Energy Transportation Group, Inc.*

**SO ORDERED** this _____ day of July, 2005.

_____
United States District Court Judge