**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblhlaw.com

N. Richard Powers

TEL (302) 884-6233
FAX (302) 656-9072
EMAIL npowers@cblh.com
REPL TO Wilmington Office

July 20, 2005

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

    **RE:**     **Energy Transportation Group, Inc. v. Sonic Innovations, Inc., et al.**
              **C.A. No. 05-422 (GMS)**

Dear Judge Sleet:

    I am local counsel for defendant Oticon Inc., and I am writing to provide an explanation for the proposed extension submitted electronically on July 18, 2005, granting Oticon, Inc. until August 18, 2005 to respond to the complaint. Plaintiff has also sued Oticon A/S, an affiliated Danish company and its parent, William Demant Holding A/S, a Danish holding company. Plaintiff purported to make service upon the two Danish defendants under Delaware's long-arm statute. It is our understanding that copies of the complaint and the summons were only received two days ago by the Danish defendants.

    Oticon Inc. needs the extension because it had no prior notice of this lawsuit and it needs time to adequately meet and consult with Oticon A/S, which is the only entity in the corporate "family" that possesses the necessary technical information to assess the allegation of infringement. In addition, time is needed to study the patents and explore defenses to validity, including those related to prior art.

The Honorable Gregory M. Sleet
July 20, 2005
Page 2

      I am available at the Court's convenience if the Court has any questions.

                          Respectfully submitted,

                          */s/ N. Richard Powers*
                          N. Richard Powers (#494)

NRP/sap

cc: Edmond D. Johnson, Esquire (via electronic filing)

407224v1