UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SONIC INNOVATIONS, INC., ) <br> PHONAK HOLDING AG, ) <br> PHONAK INC., ) <br> UNITRON HEARING, INC., ) <br> WILLIAM DEMANT HOLDING A/S, ) <br> OTICON A/S, ) <br> OTICON INC., ) <br> WIDEX A/S, ) <br> WIDEX HEARING AID CO. INC., ) <br> GN RESOUND A/S, ) <br> GN RESOUND CORPORATION, ) <br> STARKEY LABORATORIES, INC., ) <br> GENNUM CORPORATION, and ) <br> RESISTANCE TECHNOLOGY INC., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-422 (GMS) |

**STIPULATION TO EXTEND TIME BETWEEN PLAINTIFF
AND DEFENDANT RESISTANCE TECHNOLOGY INC.**

IT IS HEREBY STIPULATED, by and between plaintiff, Energy Transportation Group, Inc. ("ETG"), and defendant, Resistance Technology Inc. ("RTI"), by their undersigned counsel, subject to the approval of the Court, that RTI shall have until August 23, 2003 to file any motion challenging jurisdiction or venue, and that, if no such motion challenging jurisdiction or venue is filed, the date by which RTI must answer or otherwise respond to ETG's Complaint shall be extended until September 12, 2005.

WIL:53268.1/999999-999999                               - 1 -

WOLF, BLOCK, SCHORR and SOLIS-COHEN, LLP

By: /s/ Barry M. Klayman
Barry M. Klayman (#3676)
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 777-0313
Fax: (302) 778-7813
    and
Jeffrey D. Shewchuk
Shewchuk IP Services, LLC
533 77th Street West
Eagan, MN 55121
Telephone: (651) 331-9558
Fax: (651) 688-3348

Attorneys for Defendant, Resistance Technology Inc.


THE BAYARD FIRM

By: /s/ Edmond D. Johnson
Edmond D. Johnson (#2257)
Thomas H. Kovach (#3964)
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Fax: (302) 658-6395

Attorneys for Plaintiff, Energy Transportation Group, Inc.

Dated: July 27, 2005

Case 1:05-cv-00422-GMS    Document 32    Filed 07/27/2005    Page 3 of 3

SO ORDERED this ____ day of _____, 2005

_____
United States District Court Judge

WIL:53268.1/999999-999999                    - 3 -