# WolfBlock

Wilmington Trust Center, Suite 1001, 1100 North Market Street, Wilmington, Delaware 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Barry M. Klayman
Direct Dial: (302) 777-0313
Direct Fax: (302) 778-7813
E-mail:     bklayman@wolfblock.com
*Admitted in Delaware and Pennsylvania

July 27, 2005

## VIA E-FILING

The Honorable Gregory M. Sleet
United States District Judge
United States District Court for the
District of Delaware
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE 19801

    Re:    Energy Transportation Group, Inc. v. Sonic Innovations, Inc., et al., C.A. No. 05-422 -GMS

Dear Judge Sleet:

    I am writing on behalf of defendant, Resistance Technology Inc. ("RTI"), in connection with the above- referenced matter and in accordance with the Notice to Counsel given July 18, 2005 directing counsel to attach an explanatory letter upon filing a Stipulation to Extend Time as to why the extension is needed. RTI first received a copy of the Complaint on July 6, 2005, and had no notice of the lawsuit prior to that date. The extension of time was/is necessary for RTI to obtain local counsel and to investigate and consider its procedural and substantive defenses to the lawsuit. The requested extension is consistent with the extensions-of-time to which plaintiff and other defendants have agreed, and will not unduly delay the trial of this matter. No previous extension has been requested.

    Respectfully yours,

    Barry M. Klayman
    For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

Enclosure

WIL:53269.1/999999-999999

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership

The Honorable Gregory M. Sleet
July 27, 2005
Page 2


cc:     Jeffrey D. Shewchuk Esquire
        Edmond D. Johnson, Esquire (Via ECF/CM)

WIL:53269.1/999999-999999