**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

N. Richard Powers

TEL (302) 884-6233
FAX (302) 656-9072
EMAIL npowers@cblh.com
REPL TO Wilmington Office

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblhlaw.com

July 28, 2005

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

   RE: Energy Transportation Group, Inc. v. Sonic Innovations, Inc., et al.
     C.A. No. 05-422 (GMS)

Dear Judge Sleet:

  I am local counsel for Oticon A/S, a Danish Company, and its parent, William Demant Holding A/S, a Danish holding company. I am writing to provide an explanation for the proposed stipulated extension submitted electronically today, granting both of these entities until August 31, 2005 to respond to the complaint.

  The plaintiff purported to make service upon these defendants under Delaware's long-arm statute. However, copies of the complaint and summons were not actually received by them until July 19, 2005. Neither entity had advance notice that a lawsuit would be filed and accordingly they need more time to consider the allegations of infringement. In addition more time is needed to study the asserted patents and to explore defenses, including those related to prior art.

           Respectfully submitted,

           /s/ N. Richard Powers
           N. Richard Powers

NRP/cmd

Cc: Edmond D. Johnson, Esq. (via electronically)
   Thomas H. Kovach, Esq. (via electronically)

408528v1