## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ENERGY TRANSPORTATION GROUP, )
INC.,                        )          Civil Action No. 05-422 (GMS)
                             )
              Plaintiff,     )
                             )
       v.                    )
                             )
SONIC INNOVATIONS, INC.,     )
PHONAK HOLDING AG,           )
PHONAK INC.,                 )
UNITRON HEARING, INC.,       )
WILLIAM DEMANT HOLDING A/S,  )
OTICON A/S,                  )
OTICON INC.,                 )
WIDEX A/S,                   )
WIDEX HEARING AID CO., INC., )
GN RESOUND A/S,              )
GN RESOUND CORPORATION,      )
STARKEY LABORATORIES, INC.,  )
GENNUM CORPORATION, and      )
RESISTANCE TECHNOLOGY INC.   )
                             )
              Defendants.    )


<u>STIPULATION EXTENDING TIME TO ANSWER</u>


It is hereby stipulated by and between counsel that defendants Oticon A/S and William Demant Holding A/S shall have up to and including August 31, 2005 to answer, move or otherwise respond to the complaint.