# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1751
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

August 1, 2005

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
U.S. District Court for the District
 of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    *Energy Transportation Group Inc. v. Sonic Innovations Inc., et al.;*
              **D.Del., C.A. No. 05-422-GMS**

Your Honor:

      We are entering an appearance on behalf of Defendant Starkey Laboratories, Inc. and we are mindful of the Court's instruction to provide an explanatory letter. We have requested an extension to respond or otherwise plead to the complaint to provide Starkey with sufficient time to evaluate whether it intends to file a motion to transfer under Rule 12. A stipulation to that effect is being filed concurrently herewith.

      Respectfully,

      */s/ Richard K. Herrmann*

      Richard K. Herrmann

cc:  All counsel of record