# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ENERGY TRANSPORATION GROUP, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**SONIC INNOVATIONS, INC., et al.,** )<br>)<br>**Defendants.** )<br>) | C.A. No.: 05-422-GMS |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that:

1. Defendant Starkey Laboratories, Inc. ("Starkey") shall have until Monday, August 29, 2005 to file a Rule 12 motion in response to the complaint;

2. If Starkey does not file a Rule 12 motion by that date, then it shall have until Monday, September 12, 2005 in which to file an answer (and counterclaim) in response to the complaint.

| | |
|---|---|
| _/s/ Edmond D. Johnson_ | _/s/ Richard K. Herrmann_ |
| Edmond D. Johnson (I.D. No. 2257) | Richard K. Herrmann (I.D. No. 405) |
| THE BAYARD FIRM | MORRIS JAMES HITCHENS |
| 222 Delaware Avenue, Suite 900 | & WILLIAMS LLP |
| Wilmington, Delaware 19801 | 222 Delaware Avenue, 10th Floor |
| 302.655.5000 | Wilmington, Delaware 19801 |
| ejohnson@bayardfirm.com | 302.888.6800 |
| tkovach@bayardfirm.com | rherrmann@morrisjames.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Energy Transportation Group, Inc. | Starkey Laboratories, Inc. |

**SO ORDERED** this _____ day of _____, 2005.

_____
Judge Gregory M. Sleet

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August 2005, I electronically filed the foregoing document, **STIPULATION AND ORDER**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Edmond D. Johnson, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | N. Richard Powers, Esq.<br>Connolly Bove Lodge & Hutz<br>1007 N. Orange Street<br>Wilmington, DE  19801 |
| Richard L. Horwitz, Esq.<br>Potter Anderson & Corroon<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801 | Barry M. Klayman, Esq.<br>Wolf Block Schorr and Solis-Cohen<br>Wilmington Trust Center<br>1100 North Market Street, Suite 1001<br>Wilmington, DE  19801 |

*/s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendant Starkey Laboratories, Inc.*