IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC. <br><br> Plaintiffs, <br><br> v. <br><br> SONIC INNOVATIONS, INC., <br> PHONAK HOLDING AG, <br> PHONAK INC., <br> UNITRON HEARING, INC., <br> WILLIAM DEMAND HOLDING A/S, <br> OTICON A/S, <br> WIDEX A/S, <br> WIDEX HEARING AID CO. INC., <br> GN RESOUND A/S, <br> GN RESOUND CORPORATION, <br> STARKEY LABORATORIES, INC., <br> GENNUM CORPORATION, and <br> RESISTANCE TECHNOLOGY INC., <br><br> Defendants. | CASE NO. 05-422 (GMS) <br><br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Plaintiff Energy Transportation Group, Inc, by its undersigned attorneys, pursuant to Local Rule 83.5 and the attached certifications, moves the admission *pro hac vice* of Thomas J. Scott, Jr., Brian M. Buroker, and Christopher C. Campbell of Hunton & Williams, LLP on Plaintiff's behalf. In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

596579v1

                                      THE BAYARD FIRM

                                      */s/ Thomas H. Kovach*

                                      Edmond D. Johnson (#2257)
                                      Thomas H. Kovach (#3964)
                                      The Bayard Firm
                                      222 Delaware Ave., Suite 900
                                      Wilmington, DE 19801
                                      (302) 655-5000
                                      ejohnson@bayardfirm.com
                                      *Attorneys for Plaintiff*

OF COUNSEL:

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
Hunton & Williams, LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006
(202) 955-1500
tscott@hunton.com
bburoker@hunton.com
ccampbell@hunton.com

August 2, 2005

                                      SO ORDERED, this _____ day of August, 2005

                                      _____
                                      United States District Court Judge

596579v1

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the Commonwealth of Virginia and the District of Columbia, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 ☐ has been paid to the Clerk of the Court, or, if not paid previously, the fee payment ☒ will be submitted to the Clerk's Office concurrent with the filing of this motion.

July 27, 2005

/s/ Thomas J. Scott
Thomas J. Scott, Jr.
Hunton & Williams, LLP
1900 K Street, N.W; Suite 1200
Washington, DC 20006

Tel: (202) 955-1884
Fax: (202) 778-2201
email: tscott@hunton.com

Attorneys for Plaintiff Energy Transportation Group, Inc.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the Commonwealth of Virginia and the District of Columbia, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ or the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office concurrent with the filing of this motion.

July 25, 2005

_____
Brian M. Buroker
Hunton & Williams, LLP
1900 K Street, N.W; Suite 1200
Washington, DC 20006

Tel: (202) 955-1894
Fax: (202) 778-2201
email: bburoker@hunton.com

Attorneys for Plaintiff Energy
Transportation Group, Inc.

594018v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the Commonwealth of Virginia and the District of Columbia, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ or the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office concurrent with the filing of this motion.

July 28, 2005

/s/ Christopher C. Campbell
Christopher C. Campbell
Hunton & Williams, LLP
1751 Pinnacle Drive
McLean, VA 22102

Tel: (703) 714-7553
Fax: (703) 714-7410
email: ccampbell@hunton.com

Attorneys for Plaintiff Energy
Transportation Group, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SONIC INNOVATIONS, INC.,<br>PHONAK HOLDING AG,<br>PHONAK INC.,<br>UNITRON HEARING, INC.,<br>WILLIAM DEMAND HOLDING A/S,<br>OTICON A/S,<br>WIDEX A/S,<br>WIDEX HEARING AID CO. INC.,<br>GN RESOUND A/S,<br>GN RESOUND CORPORATION,<br>STARKEY LABORATORIES, INC.,<br>GENNUM CORPORATION, and<br>RESISTANCE TECHNOLOGY INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 05-422 (GMS)<br><br>**JURY TRIAL DEMANDED** |

## **CERTIFICATE OF SERVICE**

I, Thomas H. Kovach, hereby certify that on August 2, 2005, I caused the attached document to be hand delivered to the following persons and electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter, Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0915

Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

596579v1

| | |
|---|---|
| Mary B. Graham, Esquire<br>James W. Parrett, Jr., Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Richard K. Herrmann, Esquire<br>Mary B. Matterer, Esquire<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899 |

N. Richard Powers, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

_____
Thomas H. Kovach (No. 3964)

596579v1