IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | ) ) ) | |
| | ) | CIVIL ACTION NO. 05-422-GMS |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SONIC INNOVATIONS, INC, | ) | JURY TRIAL DEMANDED |
| PHONAK HOLDING AG, | ) | |
| PHONAK INC., | ) | |
| UNITRON HEARING, INC., | ) | |
| WILLIAM DEMANT HOLDING A/S, | ) | |
| OTICON A/S, | ) | |
| OTICON INC., | ) | |
| WIDEX A/S, | ) | |
| WIDEX HEARING AID CO. INC, | ) | |
| GN RESOUND A/S, | ) | |
| GN RESOUND CORPORATION, | ) | |
| STARKEY LABORATORIES, INC., | ) | |
| GENNUM CORPORATION and | ) | |
| RESISTANCE TECHNOLOGY, INC., | ) ) | |
| Defendants. | ) | |

NOTICE OF SERVICE ON
DEFENDANT GN RESOUND A/S
PURSUANT TO 10 DEL. C. § 3104

Plaintiff Energy Transportation Group, Inc., hereby provides notice pursuant to 10

Del. C. §3104 as follows:

Defendant GN Resound A/S is a foreign corporation with its principal place of

business located at Markaevej 2A, P. O. Box 224, DK2630, Tastrup, Denmark.

On July 12, 2005, we caused to be mailed to GN Resound A/S by registered mail,

return receipt requested, a notice letter, a copy of which is attached hereto as Exhibit A,

and made a part hereof, together with copies of the Summons and the Complaint for

596657v1

Patent Infringement and Demand for Jury Trial as served upon the Secretary of State of Delaware, attached hereto as Exhibit B. The notice letter and copies of the complaint were contained in the same envelope at the time of its mailing on July 12, 2005.

The original signed receipt for the July 12, 2005 registered letter to GN Resound A/S was returned to us indicating receipt by GN Resound A/S on July 20, 2005. Attached hereto and made a part hereof as Exhibit C are: (a) the usual receipts given by the United States Post Office at the time of mailing to GN Resound A/S on July 12, 2005, of the registered letter containing the Summons and Complaint; and (b) the original signed receipt for the registered letter.

Dated: August 4, 2005

                                        THE BAYARD FIRM


                                        Edmond D. Johnson (No. 2257)
                                        Thomas H. Kovach (No. 3964)
                                        222 Delaware Ave.
                                        Suite 900
                                        Wilmington, DE 19801
                                        ejohnson@bayardfirm.com
                                        tkovach@bayardfirm.com
                                        (302) 655-5000
                                        Attorneys for Energy Transportation Group,
                                        Inc.

OF COUNSEL:

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006
(202) 955-1500

596657v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 5, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard W. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

N. Richard Powers, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Steet
P.O. Box 2207
Wilmington, DE  19899

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Barry M. Klayman, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE  19801

Mary B. Graham, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19801

/s/ Edmond D. Johnson (ej2257)