# EXHIBIT C

| Registered No. RR 366 000 477 US | | Date Stamp |
|---|---|---|
| **To Be Completed By Post Office** | Reg. Fee $ 7.25 | Special Delivery $ |
| | Handling Charge $ | Return Receipt $ 1.75 |
| | Postage $ 6.40 | Restricted Delivery $ |
| | Received by ✗ | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |

Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM:
EDS
222 Del. Ave. 9th flr.
Wilmington, DE 19899

TO:
GN Resound A/S
P.O. Box 224 DK 2630 Tastrup
Denmark

PS Form **3806**, February 1995      Receipt for Registered Mail      (Customer Copy)
(See Information on Reverse)

| Item Description (Nature de l'envoi) | ☒ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | | Article Number RR 366000477 US | | |

Office of Mailing (Bureau de dépôt): 
Date of Posting (Date de dépôt): 6-27-05

Addressee Name or Firm: GN Resound A/S Markaevej 2A
Street and No.: P.O. Box 224 DK 2630 Tastrup
Place and Country: Denmark

The article mentioned above was duly delivered.
Signature of Addressee: [signature]

PS Form 2865, February 1997 (Reverse)



UNITED STATES POSTAL SERVICE

Return Receipt for International Mail
(Registered, Insured, Recorded Delivery, Express Mail)

Administration des Postes des Etats-Unis d'Amérique

Par Avion

Postmark: TASTRUP 20-7-05-18 2630

Return by the quickest route (air or surface mail), a découvert and postage free.

Name or Firm: EDJ
Street and Number: 222 Del. Ave. 9th flr.
City, State, and ZIP+4: Wilmington DE 19899

UNITED STATES OF AMERICA

PS Form 2865, February 1997    Avis de réception    Etats-Unis d'Amérique

CN07 (Old C5)