# EXHIBIT C

| Registered No. | | Date Stamp |
|---|---|---|
| Reg. Fee $ 7.25 | Special Delivery $ | |
| Handling Charge $ | Return Receipt $ 1.75 | |
| Postage $ 6.40 | Restricted Delivery $ | |
| Received by | | |

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

To Be Completed By Post Office

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: EOJ/slh
222 Del. Ave. Bayard firm
Wilmington, DE 19899

TO: Phonak AG Laubisrutistrasse 28
CH 8712 Stafa
Switzerland

PS Form 3806, February 1995   Receipt for Registered Mail   (Customer Copy)
(See Information on Reverse)

| Item Description (Nature de l'envoi) | ☒ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | | Article Number RR 306 000 579 US | | |
| Office of Mailing (Bureau de dépôt) | | | | Date of Posting (Date de dépôt) 6/27 | | |

Addressee Name or Firm (Nom ou raison sociale du destinataire): Phonak AG Laubisrutistrasse 28
Street and No. (Rue et No.): CH 8712 Stafa
Place and Country (Localité et pays): Switzerland

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Date: 18.7.05

Signature of Addressee (Signature du destinataire): [signature]
Office of Destination Employee Signature (Signature de l'agent du bureau de destination): [signature]
Postmark of the office of destination (Timbre du bureau de destination): [postmark]

PS Form 2865, February 1997 (Reverse)



**UNITED STATES POSTAL SERVICE**

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

*Par Avion*

Administration des Postes des Etats-Unis d'Amérique

Postmark of the office returning the receipt / Timbre du bureau renvoyant l'avis: [STAFA 8712 18.7.05 postmark]

Return by the quickest route (air or surface mail), à découvert and postage free
A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale): EDJ Ish
The Bayard Firm
Street and Number (Rue et no.): 222 Delaware Ave.
City, State, and ZIP + 4 (Localité et code postal): Wilmington DE 19899

UNITED STATES OF AMERICA    Etats-Unis d'Amérique

PS Form 2865, February 1997    *Avis de réception*    CN07 (Old C5)