# EXHIBIT C

**Registered No.**                                    Date Stamp

| | | |
|---|---|---|
| Reg. Fee $ 7.25 | Special Delivery $ | |
| Handling Charge $ | Return Receipt $ 1.75 | |
| Postage $ 6.40 | Restricted Delivery $ | |
| Received by | | |

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

Customer Must Declare Full Value $    ☐ With Postal Insurance    ☐ Without Postal Insurance

FROM: EDS slh
222 Del. Ave. Bayard Firm
Wilmington, DE 19899

TO: William Demant Holding A/S
2900 Hellerup Strandvejen 58
Denmark

PS Form 3806, February 1995    **Receipt for Registered Mail**    (Customer Copy)
(See Information on Reverse)

**UNITED STATES POSTAL SERVICE**®

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

Administration des Postes des Etats-Unis d'Amérique

*Par Avion*

Postmark of the office returning the receipt.
Timbre du bureau renvoyant l'avis

Hellerup Postkontor
19 JULI 2005
Vagtmesteren O/I-sektionen

Return by the quickest route (air or surface mail), à découvert and postage free

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)
EDJ / SIH

Street and Number (Rue et no.)
222 Del. Ave 9th flr.
Bayard firm

City, State, and ZIP + 4 (Localité et code postal)
Wilmington, DE 19899

UNITED STATES OF AMERICA / Etats-Unis d'Amérique

PS Form **2865**, February 1997    *Avis de réception*    CN07 (Old C5)

---

Completed by the office of origin. (A remplir par le bureau d'origine.)

Item Description (Nature de l'envoi)
☒ Registered Article (Envoi recommandé)
☐ Letter (Lettre)
☐ Printed Matter (Imprimé)
☐ Other (Autre)
☐ Recorded Delivery (Envoi à livraison attestée)
☐ Express Mail International

☐ Insured Parcel (Colis avec valeur déclarée)

Insured Value (Valeur déclarée)

Article Number
RR 366000 582 US

Office of Mailing (Bureau de dépôt)

Date of Posting (Date de dépôt)
6/27

Addressee Name or Firm (Nom ou raison sociale du destinataire)
William Demant Holding A/S

Street and No. (Rue et No.)
2900 Hellerup Strandvejen 58

Place and Country (Localité et pays)
Denmark

Completed at destination. (A compléter à destination.)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire)
B Ben

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form **2865**, February 1997 (Reverse)