IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-422 (GMS) |
| | ) | |
| SONIC INNOVATIONS, INC., PHONAK HOLDING AG, PHONAK INC., UNITRON HEARING, INC., WILLIAM DEMANT HOLDING A/S, OTICON A/S, OTICON INC., WIDEX A/S, WIDEX HEARING AID CO. INC., GN RESOUND A/S, GN RESOUND CORPORATION, STARKEY LABORATORIES, INC., GENNUM CORPORATION, RESISTANCE TECHNOLOGY INC., BERNAFON AG, WDH, INC. and BERNAFON, LLC, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kenneth B. Herman and William J. McCabe, Ropes & Gray LLP, 1251 Avenue of the Americas, New York, NY 10020 to represent defendants GN Resound A/S and GN Resound Corporation in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ *Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
   *Attorneys for Defendants GN Resound A/s and  GN Resound Corporation*

Dated: August 9, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

*[signature]*
William J. McCabe
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10021
(212) 596-9000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Kenneth B. Herman
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10021
(212) 596-9000

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on August 9, 2005 I electronically filed Motion and Order for Admission *Pro Hac Vice* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Edmond D. Johnson
The Bayard Firm

Richard L. Horwitz
Potter Anderson & Corroon LLP

N. Richard Powers
Connolly, Bove, Lodge & Hutz

Richard K. Herrmann
Morris. James, Hitchens & Williams

Mary B. Graham
Morris, Nichols, Arsht & Tunnell

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP

I also certify that copies were caused to be served on August 9, 2005 upon the following in the manner indicated:

<u>BY HAND</u>

Edmond D. Johnson
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19899

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

N. Richard Powers
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP1100
Wilmington Trust Center
North Market Street
Suite 1001
Wilmington, DE  19801

Mary B. Graham
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19899

Richard K. Herrmann
Morris, James, Hitchens & Williams
222 Delaware Avenue
Wilmington, DE  19899

/s/    Jack B. Blumenfeld (#1014)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com