UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTION GROUP, INC., ) | Civil Action No. 05-422 (GMS) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SONIC INNOVATIONS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF JEFFREY D. SHEWCHUK

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jeffrey D. Shewchuk, Esquire, an attorney with Shewchuk IP Services, LLC, to represent defendant, Resistance Technology, Inc., in this matter.

/s/ Barry M. Klayman
Barry M. Klayman, Esquire (#3676)
WOLF, BLOCK, SCHORR and
SOLIS-COHEN LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0313

Attorneys for Defendant,
Resistance Technology, Inc.

Dated: 8/10/05

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota, the U.S. District Court for the District of Minnesota, the U.S. Court of Appeals for the Federal Circuit, the U.S. Court of Appeals for the Seventh Circuit, and the U.S.P.T.O., and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: August 9, 2005

Jeffrey D. Shewchuk, Esquire
Shewchuk IP Services, LLC.
533 77th St. W.
Eagan, MN 55112
Tel: (651) 331-9558

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTION GROUP, INC., | ) | Civil Action No. 05-422 (GMS) |
| Plaintiff, | ) | |
| v. | ) | |
| SONIC INNOVATIONS, INC., et al. | ) | |
| Defendants. | ) | |

ORDER GRANTING MOTION FOR ADMISSION
PRO HAC VICE OF JEFFREY D. SHEWCHUK, ESQUIRE

IT IS HEREBY ORDERED that the motion for admission pro hac vice of Jeffrey D. Shewchuk, Esquire, is GRANTED.

Date: _____    _____
United States District Judge

WIL:53286.1/999999-999999

## CERTIFICATE OF SERVICE

I, Barry M. Klayman, hereby certify that on August 10, 2005, I caused copies of the foregoing Motion for Admission Pro Hac Vice to be served on all parties via ECF notification and on the following counsel of record by first class mail, U.S. postage prepaid, addressed as follows:

Edmond D. Johnson, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

N. Richard Powers, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

Richard K. Herman, Esquire
Morris, James, Hitchens & Williams
222 Delaware Avenue
Wilmington, DE 19899

/s/ Barry Klayman
Barry M. Klayman (#3676)