IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONIC INNOVATIONS, INC. <br> PHONAK HOLDING AG, <br> PHONAK INC., <br> UNITRON HEARING, INC., <br> WILLIAM DEMANT HOLDING A/S, <br> OTICON A/S, <br> OTICON INC., <br> WIDEX A/S, <br> WIDEX HEARING AID CO. INC., <br> GN RESOUND A/S, <br> GN RESOUND CORPORATION, <br> STARKEY LABORATORIES, INC., <br> GENNUM CORPORATION, and <br> RESISTANCE TECHNOLOGY INC., <br><br> Defendants. | C.A. No. 05-422 |

## STIPULATION TO EXTEND TIME

It is hereby stipulated by plaintiff Energy Transportation Group, Inc. and defendant Gennum Corporation ("Gennum"), subject to the approval of the Court, that Gennum may have until September 12, 2005 to answer the Amended Complaint.

- 2 -

| MORRIS, NICHOLS, ARSHT & TUNNELL | THE BAYARD FIRM |
|---|---|
| */s/ Mary B. Graham* | */s/ Edmond D. Johnson* |
| Mary B. Graham (#2256) | Edmond D. Johnson (#2257) |
| James W. Parrett, Jr. (#4292) | Thomas Henry Kovach (#3964) |
| 1201 North Market Street | 222 Delaware Avenue, Suite 900 |
| P.O. Box 1347 | P.O. Box 25130 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 655-5000 |
| *Attorneys for Defendant Gennum Corporation* | *Attorneys for Plaintiff Energy Transportation Group, Inc.* |

August 12, 2005

　　　　SO ORDERED this ____ day of _____, 2005.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

478412

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

Edmond D. Johnson
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Richard L. Horwitz
POTTER ANDERSON & CORROON, LLP
1313 North Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

N. Richard Powers
CONNOLLY, BOVE, LODGE & HUTZ
1007 North Orange Street
P.O. Box 2207
Wilmington, DE

Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Richard K. Herrmann
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

Barry M. Klayman
WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on August 15, 2005 upon the following individuals in the manner indicated:

**BY HAND**

Edmond D. Johnson
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Richard L. Horwitz
POTTER ANDERSON & CORROON, LLP
1313 North Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

- 2 -

N. Richard Powers
CONNOLLY, BOVE, LODGE & HUTZ
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

Richard K. Herrmann
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899

Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

Barry M. Klayman
WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE  19801

*/s/ Mary B. Graham*
_____
Mary B. Graham (#2256)

478420