# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Mary B. Graham**
(302) 575-7287
mgraham@mnat.com

August 15, 2005

**BY ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:  *Energy Transportation Group, Inc. v. Gennum, et al.*
            C.A. No. 05-422

Dear Judge Sleet:

      Attached for the Court's consideration is a Stipulation that would extend the time for Gennum to answer the Amended Complaint (filed on August 4, 2005) to September 12, 2005. We would appreciate this extension as it will give Gennum, which is a Canadian company and had no prior notice of this lawsuit, additional time to consider its answer (it has now determined that it will not be making any pre-answer procedural motions).

      Thank you for your consideration of this request.

                              Respectfully,

                              */s/ Mary B. Graham*

                              Mary B. Graham

MBG/dam
Enclosure
cc:    Dr. Peter T. Dalleo, Clerk (By Hand)
        Edmond D. Johnson, Esquire (by Hand)
        Richard L. Horwitz, Esquire (By Hand)
        N. Richard Powers, Esquire (By Hand)
        Richard K. Herrmann, Esquire (By Hand)
        Barry M. Klayman, Esquire (By Hand)
        Jack B. Blumenfeld, Esquire (By Hand)
478715