## CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

N. Richard Powers

TEL (302) 884-6233
FAX (302) 656-9072
EMAIL npowers@cblh.com
REPL TO Wilmington Office

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblhlaw.com

August 16, 2005

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

RE: **Energy Transportation Group, Inc. v. Sonic Innovations, Inc., et al.
C.A. No. 05-422 (GMS)**

Dear Judge Sleet:

    I am writing to provide an explanation for the stipulation submitted on behalf of Plaintiff Energy Transport Group, Inc. ("ETG") and defendants William Demant Holding A/S; Oticon A/S; Oticon Inc.; Bernafon AG; WDH, Inc.; and Bernafon, LLC. All six defendants are related as affiliates or in some cases, as parent and subsidary. Defendants William Demant Holding A/S; Oticon A/S; and Oticon Inc. were among the 14 defendants named in the original Complaint. On August 4, 2005, ETG filed a First Amended Complaint naming Bernafon AG; WDH, Inc.; and Bernafon, LLC. Presumably ETG added these three defendants to the action in order to assert infringement by a different line of accused products than those made, used or sold by the original three defendants.

    Defendants believe that there is a substantial question whether the Court could exercise personal jurisdiction over defendants William Demant Holding A/S; WDH, Inc.; Oticon A/S and Bernafon AG. In addition, there is a substantial question whether Bernafon AG could be served under Delaware's long-arm statute because it is a corporation of Switzerland and Switzerland has opted out of Article 10 of the Hague Convention which authorizes the transmission of judicial documents through postal channels directly to persons abroad. Thus, service upon Bernafon AG could only be effected by the more time-consuming process of service of the complaint and a translated copy thereof upon a cantonal authority that would in turn serve Bernafon AG.

    However, defendants have agreed to waive all of the aforesaid objections to personal jurisdiction or service of process upon them, with the exception of defendant

The Honorable Gregory M. Sleet
United States District Court
August 16, 2005
Page 2

William Demant Holding A/S, in exchange for ETG's agreement that all the affiliated defendants have until September 30, 2005 to answer the First Amended Complaint, or in the case of William Demant Holding A/S, until September 30 to answer or move to dismiss. In addition, since the newly added defendants were not apprised of the First Amended complaint until August 4, 2005, the additional time is needed to assess the allegation of infringement against the accused products made, used or sold by the new defendants.

      I am available if the Court has any additional questions.

      Respectfully submitted,

      /s/ N. Richard Powers
      N. Richard Powers

NRP/cmd

Cc:  Edmond D. Johnson, Esq. (via electronically)
      Thomas H. Kovach, Esq. (via electronically)

411757v1