IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) ) ) | Civil Action No. 05-422 (GMS) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SONIC INNOVATIONS, INC., PHONAK HOLDING AG, PHONAK INC., UNITRON HEARING, INC., WILLIAM DEMANT HOLDING A/S, OTICON A/S, OTICON INC., WIDEX A/S, WIDEX HEARING AID CO., INC., GN RESOUND A/S, GN RESOUND CORPORATION, STARKEY LABORATORIES, INC., GENNUM CORPORATION, RESISTANCE TECHNOLOGY INC., BERNAFON AG, WDH, INC. and BERNAFON, LLC, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION REGARDING SERVICE OF THE FIRST AMENDED COMPLAINT
AND EXTENSION OF TIME TO RESPOND THERETO**

It is hereby stipulated, by and between plaintiff, Energy Transportation Group, Inc. ("ETG") and defendants, William Demant Holding A/S; Oticon A/S; Oticon Inc.; Bernafon AG; WDH, Inc.; and Bernafon, LLC; and subject to the approval of the Court, as follows:

1. The time for defendants Oticon A/S and Oticon Inc. to answer the First Amended Complaint is extended to September 30, 2005.

2. Defendants Oticon A/S and Oticon Inc. waive any objections to personal jurisdiction or service of process.

3. The time for defendant William Demant Holding A/S to answer, move or otherwise respond to the First Amended Complaint is extended to September 30, 2005.

4. Defendants Bernafon AG; WDH, Inc.; and Bernafon, LLC waive any objections to personal jurisdiction or service of process and appoint Connolly Bove Lodge & Hutz LLC to accept service of the First Amended Complaint on their behalf.

5. Defendants Bernafon AG; WDH, Inc.; and Bernafon, LLC shall answer the First Amended Complaint on or before September 30, 2005.

IT IS SO ORDERED this _____ day of August, 2005.

_____
United States District Judge

Agreed as to form:

/s/ Edmond D. Johnson                        /s/ N. Richard Powers
Edmond D. Johnson (#2257)                    N. Richard Powers (#494)
Thomas H. Kovach (#3964)                     Connolly Bove Lodge & Hutz, LLP
The Bayard Firm                              The Nemours Building
222 Delaware Avenue, Suite 900               1007 N. Orange Street
P. O. Box 25130                              P. O. Box 2207
Wilmington, DE  19899                        Wilmington, DE  19899
ejohnson@bayardfirm.com                      nrp@cblhlaw.com
tkovach@bayardfirm.com                       (302) 658-9141
(302) 655-5000                               Attorneys for Defendant William Demant
Attorneys for Plaintiffs                     Holding A/S, Oticon, Inc., Bernafon AG,
                                             WDH, Inc., and Bernafon, LLC

411739_1

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

      I, N. Richard Powers, hereby certify that on August 16, 2005, I electronically filed **STIPULATION REGARDING SERVICE OF THE FIRST AMENDED COMPLAINT AND EXTENSION OF TIME TO RESPOND THERETO** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Edmond D. Johnson
Thomas H. Kovach
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19899
ejohnson@bayardfirm.com
tkovach@bayardfirm.com

                                          /s/ N.Richard Powers
                                          N. Richard Powers (#494)
                                          Connolly Bove Lodge & Hutz LLP
                                          The Nemours Building
                                          1007 N. Orange Street
                                          Wilmington, Delaware 19801
                                          (302) 658-9141
                                          NPowers@cblh.com
                                          Attorneys for Defendant William Demant
                                          Holding A/S, Oticon, Inc., Bernafon AG,
                                          WDH, Inc., and Bernafon, LLC