IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 05-422-GMS |
| ) | |
| SONIC INNOVATIONS, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION AND ORDER
## FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Carl J. Pellegrini, William H. Mandir and David J. Cushing of Sughrue Mion, PLLC, 2100 Pennsylvania Avenue, N.W., Suite 800, Washington, DC 20037-3213, to represent the defendants Widex A/S and Widex Hearing Aid Co. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 575-7219
  Attorneys for Defendants
  Widex A/S and Widex Hearing Aid Co.

August 18, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____        _____
                                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I, Carl J. Pellegrini, am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Wisconsin and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: 8/18, 2005

Carl J. Pellegrini, Esquire
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20037-3213
(phone) (202) 293-7060
(fax) (202) 293-7860

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I, William H. Mandir, am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: 8-18, 2005

/s/ William H. Mandir
William H. Mandir, Esquire
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20037-3213
(phone) (202) 293-7060
(fax) (202) 293-7860

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, David J. Cushing, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: Aug. 18, 2005

David J. Cushing, Esquire
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20037-3213
(phone) (202) 293-7060
(fax) (202) 293-7860

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2005, copies of the foregoing Motion And Order For Admissions *Pro Hac Vice* were served upon counsel of record in the manner indicated:

**BY ELECTRONIC FILING**

Edmond D. Johnson, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

N. Richard Powers, Esquire
Connolly, Bove, Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

Richard K. Herrmann, Esquire
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Barry M. Klayman, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Jason A. Cincilla (#4232)

479425