# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JASON A. CINCILLA
302 575 7414
302 498 6230 FAX
jcincilla@mnat.com

August 18, 2005

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE  19801

      Re: *Energy Transportation Group, Inc. v. Sonic Innovations, Inc. et al.*, C.A. No. 05-422-GMS

Dear Judge Sleet:

    Enclosed for Your Honor's consideration is the motion of defendants Widex A/S and Widex Hearing Aid Company (collectively the "Widex Defendants") for an extension of time to respond to the amended complaint ("Motion"), which we are filing today because, as set forth in the Motion, the Widex Defendants will be unable to respond to Energy Transportation Group, Inc.'s ("ETG") amended complaint within the prescribed time period and ETG has indicated that it will not stipulate to the extension of time that the Widex Defendants seek.  ETG has agreed, however, to extend the Widex Defendants' response deadline to one day after the Court's decision on the Motion, if the decision is made after the response is due.

    We are available at the Court's convenience if Your Honor has any questions or concerns regarding the Motion.

                                    Respectfully,

                                    Jason A. Cincilla (#4232)

Enclosures
cc:    Dr. Peter T. Dalleo, Clerk (w/enc.) (By Electronic Filing)
        Edmond D. Johnson, Esquire (w/enc.) (By Electronic Filing)
        Richard L. Horwitz, Esquire (w/enc.) (By Electronic Filing)
        N. Richard Powers, Esquire(w/enc.) (By Electronic Filing)
        Richard K. Herrmann, Esquire (w/enc.) (By Electronic Filing)
        Barry M. Klayman, Esquire (w/enc.) (By Electronic Filing)
        Jack B. Blumenfeld, Esquire (w/enc.) (By Electronic Filing)
        Mary B. Graham, Esquire (w/enc.) (By Electronic Filing)