# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 575 7278
302 425 3011 Fax
mnoreika@mnat.com

August 19, 2005

BY ELECTRONIC FILING

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE  19801

Re:    Energy Transportation Group v. GN Resound; C.A. No. 05-422 (GMS)

Dear Judge Sleet:

Enclosed is a proposed stipulation to extend the time for defendants GN Resound Corporation and GN Resound A/S to respond to the Amended Complaint from August 23 to September 1, 2005.  The GN Resound defendants request that the Court grant this additional extension because the GN Resound defendants did not have notice of this lawsuit until late June, and need additional time to consider their positions, particularly in light of the summer vacation schedules of people important to the investigation of claims and defenses.  Counsel for plaintiff has agreed to this request.

Respectfully,

/s/  Maryellen Noreika (#3208)

Maryellen Noreika

MN/bls
Enclosure

cc:    Peter T. Dalleo, Clerk (By Hand)
       Edmond D. Johnson, Esquire (By Hand)
       Richard L. Horwitz, Esquire (By Hand)
       Mary B. Graham, Esquire (By Hand)
       Donald E. Reid, Esquire (By Hand)
       N. Richard Powers, Esquire (By Hand)
       Barry M. Klayman, Esquire (By Hand)
       Richard K. Herrmann, Esquire (By Hand)