IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>SONIC INNOVATIONS, INC., et al )<br>)<br>Defendants. ) | C.A. No. 05-422 (GMS) |

## STIPULATION TO EXTEND TIME

It is hereby stipulated by the parties, subject to the approval of the Court, that defendants, GN Resound Corporation and GN Resound A/S, may have until September 1, 2005 to answer, move or otherwise plead in response to the Complaint.


MORRIS, NICHOLS, ARSHT & TUNNELL          THE BAYARD FIRM

 /s/ Maryellen Noreika                                  /s/ Edmond D. Johnson
Jack B. Blumenfeld (#1014)                   Edmond D. Johnson (#2257)
Maryellen Noreika (#3208)                    Thomas H. Kovach (#3964)
1201 North Market Street                     222 Delaware Avenue
P.O. Box 1347                                Suite 900
Wilmington, DE 19899                         Wilmington, DE 19801
(302) 658-9200                               (302) 655-5000
 *Attorneys for Defendant*                    *Attorneys for Plaintiff*
 *GN Resound Corporation*                     *Energy Transportation Group, Inc.*

**SO ORDERED** this ____ day of August, 2005

_____
United States District Court Judge