IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | Civil Action No. 05-422 (GMS) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | |
| ) | |
| SONIC INNOVATIONS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT RESISTANCE TECHNOLOGY, INC.'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(b)(2)**

Defendant Resistance Technology, Inc. ("RTI") hereby moves, pursuant to Fed. R. Civ. P. Rule 12(b)(2), for an Order dismissing the claims against it for lack of personal jurisdiction on the grounds and for the reasons set forth in the Affidavit of Mark S. Gorder, President and Chief Executive Officer of RTI, and the accompanying opening brief, which will be filed contemporaneously herewith and which are hereby incorporated by reference as though fully set forth herein.

WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

By: /s/ Barry Klayman
Barry M. Klayman, Esquire (#3676)
Wilmington Trust Center
1100 North Market Street
Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313

Attorneys for Defendant, Resistance Technology, Inc.

Dated: August 22, 2005

Of Counsel:

Jefffrey D. Shewchuk, Esquire (pro hac vice)
Shewchuk IP Services, LLC
533 77th Street West
Eagan, MN 55121
Tel: (651) 331-9558

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SONIC INNOVATIONS, INC., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-422 (GMS) |

## ORDER

AND NOW, this ____ day of _____, 2005, upon consideration of the motion to dismiss of defendant, Resistance Technology, Inc. ("RTI"), for lack of personal jurisdiction pursuant to Fed. R. Civ. P. Rule 12(b)(2), and the response thereto, it is hereby ORDERED AND DECREED that said motion to dismiss is GRANTED and the claims against defendant Resistance Technology, Inc., is DISMISSED for lack of jurisdiction over its person.

BY THE COURT:

_____
United States District Judge

WIL:53530.1/res068-230363

## CERTIFICATE OF SERVICE

I, Barry M. Klayman, hereby certify that on this date, I caused copies of RTI's Motion to Dismiss for Lack of Personal Jurisdiction to be served on all parties via ECF notification and on the following counsel of record by first class mail, U.S. postage prepaid, addressed as follows:

Edmond D. Johnson, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

N. Richard Powers, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899

Mary B. Graham, Esquire
Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

Richard K. Herman, Esquire
Morris, James, Hitchens & Williams
222 Delaware Avenue
Wilmington, DE 19899

Barry M. Klayman (#3676)

Dated: August 22, 2005