UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTION GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SONIC INNOVATIONS, INC., et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-422 (GMS) |

### AFFIDAVIT OF MARK S. GORDER IN SUPPORT OF RESISTANCE TECHNOLOGY, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(b)(2).

                                Barry M. Klayman, Esq. (#3676)
                                WOLF, BLOCK, SCHORR and SOLIS-
                                COHEN LLP
                                Wilmington Trust Center
                                1100 North Market Street
                                Suite 1001
                                Wilmington, DE 19801
                                (302) 777-0313

                                Attorneys for Defendant, Resistance
                                Technology, Inc.

Of Counsel:
Jeffrey D. Shewchuk, Esq.
Shewchuk IP Services, LLC
533 77th Street West
Eagan, MN 55121
(651) 331-9558

## AFFIDAVIT OF MARK S. GORDER IN SUPPORT OF RESISTANCE TECHNOLOGY, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(b)(2).

I, Mark S. Gorder, being duly sworn, state as follows:

1. I currently am the President and Chief Executive Officer of Defendant Resistance Technology Inc. I was one of the founders of RTI, which began operations in 1977.

2. RTI engages in the design, development, engineering and manufacturing of micro-miniature components, systems and molded plastic parts primarily for the hearing instrument, electronics, telecommunications, computer and medical equipment industries. The current annual revenue of RTI is between twenty and forty million dollars.

3. RTI is registered as a Minnesota corporation and is headquartered in Arden Hills, Minnesota, just outside of Minneapolis, which is the location from which I usually office. I am one of the owners of a partnership which owns the 47,000 sq. ft. building in which RTI is headquartered, and the partnership leases the facility to RTI. RTI owns a second facility, a 34,000 sq. ft. manufacturing facility in Vadnais Heights, Minnesota, also just outside of Minneapolis. RTI has no facilities outside the state of Minnesota; (those of RTI's subsidiaries are discussed below). RTI neither owns nor leases any real property in Delaware, and has no office in Delaware. To the best of my knowledge, RTI has never had any tangible personal property or real property in Delaware.

4. RTI currently employs about 178 people from its Minnesota facilities, of whom 16 are executive and administrative personnel, eight are in sales, and 154 are engineering and operations personnel. RTI has no employees outside the state of Minnesota; (those of RTI's subsidiaries are discussed below). RTI has no employees in

A2

Delaware. To the best of my knowledge, RTI has never had any employees working from the state of Delaware. To the best of my knowledge, RTI has never held any meetings within Delaware. All or substantially all of RTI's business records are located in Minnesota.

5. RTI is not registered with the Secretary of State to do business in Delaware. RTI has not paid taxes or franchise fees in Delaware. To the best of my knowledge, RTI has never been licensed or registered to do business in Delaware.

6. RTI currently has no local telephone listing nor bank accounts in Delaware. To the best of my knowledge, RTI has never had any local telephone listing nor bank accounts in Delaware.

7. To the best of my knowledge, RTI has never commenced any legal action or proceeding in the State of Delaware and has never been named as defendant in any action in Delaware, except in the current litigation.

8. RTI has never sold a programmable hearing aid component or product into Delaware. I have conducted a review of RTI's sales for the last three years, over which time RTI made no sales (programmable hearing aid or otherwise) in Delaware and derived no revenue from Delaware. I do not recall RTI ever making a sale of any kind into Delaware. To the best of my knowledge, RTI has never contracted to supply services or things in Delaware, and RTI does not regularly solicit business in Delaware.

9. To the best of my knowledge, RTI has never contracted to act as a surety for a contract or other such obligation located, executed, or to be performed within Delaware at the time the contract was made.

10. RTI maintains a website at www.rti-corp.com. RTI's website, though viewable from within Delaware, is entirely passive and does not permit purchases from

RTI nor any other interaction with any Delaware residents who might seek to purchase RTI product or conduct business with RTI. No goods or services can be purchased through RTI's website, and none of RTI's products are delivered electronically.

11. RTI wholly owns two operating subsidiaries, RTI Tech PTE LTD ("RTI Tech") and Resistance Technology GmbH ("RT GmbH"). RTI Tech and RT GmbH both provide similar products to RTI. To the best of my knowledge, neither of RTI's subsidiaries have ever done business in Delaware.

12. RTI Tech operates out of Singapore and employs 116 people, of whom four are administrative personnel, four are in sales, and 108 are engineering and operations personnel. All of the personnel of RTI Tech are located in Singapore; RTI Tech has no employees in Delaware. RTI Tech has never had any employees working from the state of Delaware, and has never held any meetings within Delaware. RTI Tech is not currently or previously registered with the Secretary of State to do business in Delaware, does not regularly solicit business in Delaware, and has not paid taxes or franchise fees in Delaware. RTI Tech does not have currently or previously any local telephone listing nor bank accounts in Delaware. RTI Tech has never commenced any legal action or proceeding in the State of Delaware and has never been named as defendant in any action in Delaware. To the best of my knowledge, RTI Tech has never sold a product into Delaware, has never contracted to supply services or things in Delaware,.

13. RT GmbH operates out of Friesing (near Munich), Germany, having only three sales personnel located there. All of the personnel of RT GmbH are located in Germany; RT GmbH has no employees in Delaware. RT GmbH has never had any employees working from the state of Delaware, and has never held any meetings within Delaware. RT GmbH is not currently or previously registered with the Secretary of State

to do business in Delaware, does not regularly solicit business in Delaware. and has not paid taxes or franchise fees in Delaware. RT GmbH does not have currently or previously any local telephone listing nor bank accounts in Delaware. RT GmbH has never commenced any legal action or proceeding in the State of Delaware and has never been named as defendant in any action in Delaware. To the best of my knowledge, RT GmbH has never sold a product into Delaware, and has never contracted to supply services or things in Delaware.

14. RTI is one of two operating wholly owned subsidiaries of IntriCon Corporation, formerly Selas Corporation of America, ("IntriCon/Selas"), which purchased RTI in October, 1993. I currently serve as President and Chief Executive Officer for IntriCon/Selas, having begun such positions in 2001.

15. IntriCon/Selas is a Pennsylvania corporation, now headquartered at Arden Hills, Minnesota, which is publicly traded on the American Stock Exchange. With its two operating wholly owned subsidiaries, the total annual revenue of IntriCon/Selas is currently less than forty million dollars.

16. The currently operating wholly owned subsidiary of IntriCon/Selas other than RTI is RTI Electronics, Inc. ("RTIE"). RTIE is a California corporation operating out of Anaheim, California, which manufactures thermistors and film capacitors. RTIE employs about 75 employees, of which four are administrative, four are sales, and 67 are engineering and operations personnel, all located in California.

17. To the best of my knowledge, neither IntriCon/Selas nor RTI's operating sister company (RTIE) have ever done business in Delaware. Neither IntriCon/Selas nor RTIE file tax documents in Delaware. Neither IntriCon/Selas nor RTIE are registered to do business in Delaware.

18. Former business segments of IntriCon/Selas had facilities in Pennsylvania, France, Germany and Japan, and included a heat technology segment, and a tire holders, lifts and related products segment, but these former business segments were exited and discontinued prior to the filing of this lawsuit. To the best of my knowledge, none of the former business segments of IntriCon/Selas involved the state of Delaware in any way.

19. To the best of my recollection, I had never heard of Energy Transportation Group, Inc. prior to the filing of this lawsuit. Prior to receiving the Complaint in this matter, I had no awareness of the patents that Energy Transportation Group, Inc. is alleging are infringed. To the best of my knowledge, RTI has never conducted any business with Energy Transportation Group, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Aug 17, 2005

Mark S. Gorder

STATE OF MINNESOTA   )
                     )  ss.
COUNTY OF RAMSEY     )

Subscribed and Sworn to before me this August 17, 2005

Kathleen A Hanning
Notary Public



KATHLEEN A HANNING
Notary Public Minnesota
My Commission
Expires 1/31/2007

A6