## CERTIFICATE OF SERVICE

I, Barry M. Klayman, hereby certify that on this date, I caused copies of the Opening Brief in Support of RTI's Motion to Dismiss for Lack of Personal Jurisdiction, Affidavit of Mark S. Gorder and Compendium of Unpublished Opinions to be served on all parties via ECF notification and on the following counsel of record by first class mail, U.S. postage prepaid, addressed as follows:

Edmond D. Johnson, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

N. Richard Powers, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899

Mary B. Graham, Esquire
Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

Richard K. Herman, Esquire
Morris, James, Hitchens & Williams
222 Delaware Avenue
Wilmington, DE 19899

/s/ Barry Klayman
Barry M. Klayman (#3676)

Dated: August 22, 2005