IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 05-422-GMS |
| | ) |
| SONIC INNOVATIONS, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION

IT IS HEREBY STIPULATED by plaintiff Energy Transportation Group, Inc.
("ETG") and defendants Widex A/S and Widex Hearing Aid Co., Inc. that the time within which
Widex Hearing Aid Co., Inc. and Widex A/S may answer, plead or otherwise respond to the
amended complaint is extended to and including September 12, 2005.

THE BAYARD FIRM                            MORRIS, NICHOLS, ARSHT & TUNNELL


/s/ Edmond D. Johnson                       /s/ Donald E. Reid
Edmond D. Johnson (#2257)                   Donald E. Reid (#1058)
222 Delaware Avenue                         1201 N. Market Street
Suite 900                                   P.O. Box 1347
Wilmington, DE 19801                        Wilmington, DE 19801
(302) 655-5000                              (302) 575-7219
  Attorneys for Plaintiff                     Attorneys for Defendants
                                              Widex A/S and Widex Hearing Aid Co.


SO ORDERED this ____ day of _____, 2005.


_____
U.S. District Court Judge