IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| SONIC INNOVATIONS, INC., PHONAK HOLDING AG, PHONAK INC., UNITRON HEARING, INC., WILLIAM DEMANT HOLDING A/S, OTICON A/S, OTICON INC., WIDEX A/S, WIDEX HEARING AID CO. INC., GN RESOUND A/S, GN RESOUND CORPORATION, STARKEY LABORATORIES, INC., GENNUM CORPORATION, RESISTANCE TECHNOLOGY INC., BERNAFON AG, WDH, INC., and BERNAFON, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-422 (GMS) |
| Defendants. | ) |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearances of Thomas C. Grimm and Leslie A. Polizoti for defendants Phonak Holding AG, Phonak Inc. and Unitron Hearing, Inc.

OF COUNSEL:

James R. Sobieraj
David H. Bluestone
BRINKS HOFER GILSON & LIONE
455 North Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL  60611-5599
(312) 321-4200

MORRIS, NICHOLS, ARSHT & TUNNELL
*/s/ Thomas C. Grimm*
*/s/ Leslie A. Polizoti*
Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  *Attorney for Defendants*
  *Phonak Holding AG, Phonak Inc.*
  *and Unitron Hearing, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following: Jack B. Blumenfeld, Robert E. Camors, Jr., Mary B. Graham, Richard K. Herrmann, Richard L. Horwitz, Edmond D. Johnson, Barry M. Klayman, Thomas Henry Kovach, James Walter Parrett, Jr., N. Richard Powers, Donald E. Reid, David B. Ritchie, Jeffrey D. Shewchuk, and Richard Swope.

*/s/ Leslie A. Polizoti*

Leslie A. Polizoti (#4299)
lpolizoti@mnat.com

480543