# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

August 29, 2005

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE  19801

    Re: <u>Energy Transportation Group v. GN Resound</u>; C.A. No. 05-422 (GMS)

Dear Judge Sleet:

    Enclosed for the Court's consideration is a proposed stipulation to extend the time for defendants GN Resound Corporation and GN Resound A/S to respond to the Amended Complaint from September 1, 2005 to September 12, 2005.  This additional extension will give the GN Resound defendants more time to consider their positions.  Moreover, the proposed extension will not delay this case given that September 12 has already been established as the date by which several other defendants will respond, and as the GN Resound defendants have agreed not to file any motions challenging service or jurisdiction.

    Thank you for your consideration of this request.

    Respectfully,

    /s/ *Maryellen Noreika (#3208)*

    Maryellen Noreika

MN/bls
Enclosure

    cc:    Peter T. Dalleo, Clerk (By Hand)
            Edmond D. Johnson, Esquire (By Hand)
            Richard L. Horwitz, Esquire (By Hand)
            N. Richard Powers, Esquire (By Hand)
            Richard K. Herrmann, Esquire (By Hand)
            Barry M. Klayman, Esquire (By Hand)
            Mary B. Graham, Esquire (By Hand)
            Donald E. Reid, Esquire (By Hand)