IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-422 |
| v. | ) ) | |
| SONIC INNOVATIONS, INC. et al | ) ) | |
| Defendants. | ) ) | |

## STIPULATION TO EXTEND TIME

It is hereby stipulated by plaintiff, Energy Transportation Group, Inc., and defendants, GN Resound Corporation and GN Resound A/S (collectively "the GN Resound defendants"), subject to the approval of the Court, that the GN Resound defendants shall have until September 12, 2005 to answer the Amended Complaint.

| | |
|---|---|
| THE BAYARD FIRM | MORRIS, NICHOLS, ARSHT & TUNNELL |
| */s/ Edmond D. Johnson (#2257)* | */s/ Maryellen Noreika (#3208)* |
| Edmond D. Johnson (#2257) | Jack B. Blumenfeld (#21014) |
| Thomas Henry Kovach (#3964) | Maryellen Noreika (#3208) |
| 222 Delaware Avenue, Suite 900 | 1201 North Market Street |
| P.O. Box 25130 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 658-9200 |
| *Attorneys for Plaintiff Energy Transportation Group, Inc.* | *Attorneys for Defendants GN Resound Corp. and GN Resound A/S* |

SO ORDERED this ____ day of _____, 2005.

_____
U.S. District Judge