# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | ) ) | |
| | ) | C.A. NO. 05-422 (GMS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SONIC INNOVATIONS, INC, | ) | JURY TRIAL DEMANDED |
| PHONAK HOLDING AG, | ) | |
| PHONAK INC., | ) | |
| UNITRON HEARING, INC., | ) | |
| WILLIAM DEMANT HOLDING A/S, | ) | |
| OTICON A/S, | ) | |
| OTICON INC., | ) | |
| WIDEX A/S, | ) | |
| WIDEX HEARING AID CO. INC, | ) | |
| GN RESOUND A/S, | ) | |
| GN RESOUND CORPORATION, | ) | |
| STARKEY LABORATORIES, INC., | ) | |
| GENNUM CORPORATION, | ) | |
| RESISTANCE TECHNOLOGY INC., | ) | |
| BERNAFON AG, | ) | |
| WDH, INC., AND | | |
| BERNAFON, LLC, | | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF BRIAN M. BUROKER IN SUPPORT OF MOTION FOR EXPEDITED JURISDICTIONAL DISCOVERY AND EXTENSION OF TIME

1.    My name is Brian M. Buroker. I am over 18 years of age. I am a partner with the law firm of Hunton & Williams L.L.P. and my office is in Washington, D.C. I am fully competent to make this Declaration and I have personal knowledge of the facts stated in this Declaration. All of the facts stated in this Declaration are true and correct.

2.    I am counsel for the Plaintiff Energy Transportation Group, Inc. in the above referenced and styled cause.

3.      Attached as Exhibit A1 is a true and accurate copy of the "Form 10-K/A Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934" filed by Intricon Corporation in 2005 for the fiscal year ended December 31, 2004.

4.      Attached as Exhibit A2 is a true and accurate copy of the web page available on August 23, 2005 from the URL http://www.sonicinnovations.com/index-us upon entry of Wilmington and Delaware into the city and state fields.

5.      Attached as Exhibit A3 is a true and accurate copy of the web page available on August 31, 2005 at the URL http://www.rti-corp.com/index.htm.

6.      Attached as Exhibit A4 is a true and accurate copy of the "Form 10-K/A Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934" filed by Sonic Innovations, Inc. in 2005 for the fiscal year ended December 31, 2004.

7.      Attached as Exhibit A5 is a true and accurate copy of a stipulation between Plaintiff and Sonic Innovations, Inc. filed in the above captioned case.

8.      Attached as Exhibit A6 is a true and accurate copy of the web page available on August 22, 2005 from the URL http://www.minnesotabusiness.com/breakingNews.asp?articleID=34.

9.      Attached as Exhibit A7 is a true and accurate copy of a web page available on July 26, 2005 from the URL http://www.starkey.com/global_index.html upon inputting one of the zip codes for Wilmington, DE.

10.     Attached as Exhibit A8 is a true and accurate copy of a web page printed from the URL http://www.starkey.com/pages/About/AboutWorld.html.

11.    Attached as Exhibits A9 and A10 are a true and accurate copy of a web page printed from the URLs http://www.rti-corp.com/Hearing/RTIComp.html and http://www.rti-corp.com/Corporate/RTIcorp_info.html.

12.    I have executed this Declaration on August 31, 2005.

Brian M. Buroker



about starkey



Starkey Laboratories is the world's
**leading manufacturer**
of custom hearing instruments

about Starkey

Starkey news

Starkey innovations

Starkey timeline

Starkey around the world

meet Bill Austin

Starkey Hearing Foundation

StarKids program

Starkey downloads

## Starkey - Around the World



Currently, Starkey has manufacturing facilities in 30 countries
in the United States and throughout the world. In many other
countries, Starkey products and services are available
through more than 800 distributors worldwide. Please
contact us for more information on Starkey International
distributors

### World Headquarters

**STARKEY LABORATORIES, INC.**
6700 Washington Avenue South
Eden Prairie, MN 55344
Phone: (952) 941-6401

### International Facilities

**STARKEY AUSTRALIA PTY. LTD.**
78-96 Pyrmont Bridge Road
Camperdown, NSW 2050
AUSTRALIA
Phone: 61-2-9550 2077

**STARKEY BELGIUM**
Kortrijksesteenweg 110
900 Gent
BELGIUM
Phone: 32-93-908 828

**STARKEY BRAZIL, LTDA.**
Rua Manoel Fransisco Mendes No. 347
CEP 13030-280, Jardim do Trevo
Campinas
BRAZIL
Phone: 55-193-273 0023

**STARKEY BULGARIA EOD**
Drava Str. No. 1
Plovdiv 4003
BULGARIA
Phone: 359-32-968 474

**STARKEY CANADA**
7310 Rapistan Court
Mississauga, ONTARIO
CANADA L5N 6L8
Phone: (905) 542-7555

**STARKEY CHINA HEARING AID (SUZHOU) CO. LTD.**
2/F, No. 78 Yushan Road
Suzhou New District
Jiangsu Province, P.R.
CHINA 215011
Phone: 86-512-6825 0677 or 86-512-6825 9372

**STARKEY COLOMBIA**
Calle 123, Bis B #20-29
Bogota
COLOMBIA
Phone: 57-1-636 0960

**STARKEY FRANCE S.A.R.L.**
23, rue Claude Nicolas Le Doux
Europarc Batiment 14
94000 Creteil
FRANCE
Phone: 33-1-49 80 7474

**STARKEY GERMANY GmbH**
Rugenbarg 69
22848 Norderstedt
GERMANY
Phone: 49-40-52 8470

**STARKEY HUNGARY**
Laboratorium Kft.
Bajza utca 24
H-1062 Budapest VI

HUNGARY
Phone: 36 1-462 60 50

**STARKEY ITALY S.R.L.**
20063 Cernusco sul Naviglio
Via Torino 51
Milan
ITALY
Phone: 39-02-92 72 181

**STARKEY JAPAN CO., LTD.**
5-2-20 Nakamachidai
Tsuzuki-ku, Yokohama 224
JAPAN
Phone: 81-45-942 7226

**STARKEY KOREA, LIMITED**
656-766 Sungsoo - 1 Ka 2 Dong
Sungdong-Ku, Seoul, 133-112
KOREA
Phone: 82-2-465 0999

**STARKEY DE MEXICO, S.A. DE C.V.**
Paseo de la Reforma
No  199, Interior 1402
Colonia Cuauhtemoc
MEXICO, D F  06500
Phone: 52-55-5566 6161

**STARKEY NETHERLANDS**
Laan Van Overliet 7
3461 AE Linschoten
NETHERLANDS
Phone: 31-348-42 27 56

**STARKEY NEW ZEALAND**
Suite 5, 27 Gillies Avenue
P O. Box 9929, New Market
Auckland
NEW ZEALAND
Phone: 64-9-358 2801

**STARKEY NORTHERN IRELAND**
15 Linenhall Street
Belfast
NORTHERN IRELAND BT2 8AA
Phone: 44-28-9024 0045

**STARKEY NORWAY AS**
Sjohagen 3

Stavanger
4001
NORWAY
Phone: 47-22-33 90 00

**STARKEY POLAND Sp. zo.o.**
ul. Slowicza 41
02-170 Warsaw
POLAND
Phone: 48-22-846 0235

**STARKEY SWEDEN AB**
Brännkyrkagatan 63 2tr
104 62 Stockholm
SWEDEN
Phone: 46-8-442 4890

**STARKEY S.A.**
AV. Des Champs Montants 10A
CH-2074 Marin-NE
SWITZERLAND
Phone: 41-32-755 99 50

**STARKEY TURKEY -GOLDEN STAR, LTD.**
Halaskargazi Cad. Teyyareci M. Albey Sk.
Papatya Apt. No 1/2 80260 Sisli
Istanbul
TURKEY
Phone: 90-212-230 4532

**STARKEY LABORATORIES, LTD.**
William F. Austin House
Bramhall Technology Park
Pepper Road, Hazel Grove
Stockport, SK7 5BX
UNITED KINGDOM
Phone: 44-161-483 2200

Domestic Facilities

**STARKEY CALIFORNIA**
2536 Woodland Drive
Anaheim, CA 92801
Phone: (714) 826-0824

**STARKEY COLORADO**
4820 Centennial Blvd , Suite 165
Colorado Springs, CO 80919

Phone: (719) 532-1901

**STARKEY EAST**
200 Century Parkway
Century Corporate Center
Mount Laurel, NJ 08054
Phone: (856) 273-0808

**STARKEY FLORIDA**
3301 Executive Way
Miramar, FL 33025
Phone: (954) 438-9298

**STARKEY HEARING RESEARCH CENTER**
2150 Shattuck Avenue, Suite 408
Berkeley, CA 94704-1345
Phone: (510) 845-4876
Fax: (510) 845-4821

**STARKEY NORTHEAST**
23 Crosby Drive
bedford, MA 01730
Phone: (781) 648-1170

**STARKEY NORTHWEST**
2255 NE 194th Avenue
Portland, OR 97230
Phone: (503) 661-7424

**STARKEY SOUTHEAST**
5300 Oakbrook Parkway
Building 100, Suite 130
Norcross, GA 30093
Phone: (770) 921-3711

**STARKEY TEXAS**
3100 Alvin DeVane Boulevard
Austin, TX 78741
Phone: (512) 389-2730

**top of page**

is hearing loss affecting your life? • what can you do about hearing loss? • about hearing instruments • find a hearing professional
your hearing instrument • company information • starkey hearing foundation • starkey hearing alliance network • professional resources

global locator • need more information? • Copyright © 2005 Starkey Laboratories, Inc. • Statement of Privacy • www.starkey.com

Starkey: About Starkey

Resistance Technologies Electro-mechanical Components

## RTI's Electro-mechanical Components



A variety of trimmers, volume controls, and switches

**Ultra-miniature volume controls, trimmers, and switches**
Resistance Technology is the worlds largest manufacturer of custom hearing aid volume controls, trimmers. and switches. RTI has produced over 50 million various types of hearing aid components over the last 19 years. As an innovator, RTI is proactive and partners with our customers to improve the next-generation hearing instruments by using cutting-edge technologies and automation

**Meeting Market demands for smaller components**
With the advent of CIC (Completely-In-the-Canal) hearing devices, hearing instrument manufacturers have pushed the physical size requirement to new dimensions, driving component sizes to the ultra-miniature stage. A typical CIC hearing aid has an elliptical shaped faceplate that is approximately .250" to .500" and has an overall length of approximately .500" to .750". RTI has a full line of components to make your hearing aid assembly process easier and more reliable

**Custom engineering**
Our in-house design, automation. and robotic manufacturing means rapid prototyping and precision manufacturing at lower costs to our customers. RTI's vertical integration includes injection insert molding, metal stamping. and robotics workcells valued at over one million dollars per cell for precision assembling and testing. Our proprietary-designed volume control and trimmer-resistive elements are fabricated and laser trimmed in our microelectronics hybrid facility. Our Class 10.000 clean room environment ensures our goal of zero defects



Some thick film element arrays are laser trimmed

**Custom engineering parameters**
RTI components are designed to be accurate and durable, meaning that the operation life can be greater than 15,000 rotational cycles at maximum electrical rating and temperature ranging from -25 degrees C to +55 degrees C. RTI's unique double-ball wiper design and metallurgy improves performance for the new hearing instruments. Some of the volume control models have exchangeable knobs to help match the needs of the customer who may have numerous hearing aid styles. The following are some typical engineering specifications used in designing our volume controls



http://www.rti-corp.com/Hearing/RTIComp.html

Resistance Technologies Electro-mechanical Components

and trimmers: Operational torque. Stop guide torque. Rotational angle, Potentiometer terminals. Wiper, Knob, Base, Resistor substrate, Resistor element, Potentiometer, Overall resistance, Wattage rating, and Contact resistance



Ultra-miniature volume control
for ITE and ITC hearing aids

Contact Customer Service at 1-877-651-1636 (toll free)



Thousands of micro miniature
volume control element assemblies
are processed each day

 *Resistance Technology is a world leader in the field of miniaturized electronics. For over 20 years we have pioneered the field of hearing device components and systems, molded plastics, thermistors, capacitors, and other high technology products. We create lasting customer relationships by providing reliable, first-quality products, just-in-time service, and competitive prices.*



**RTI Hearing Health**
We lead the industry in advanced hearing instruments, from ultra-miniature volume controls and trimmers to programmable hearing systems, custom ICs, and ASICs.



**RTI Medical**
We design, develop and manufacture injection-molded plastics, microelectronics and micomechanical assemblies to the medical device industry



**RTI Electronics**
We design, manufacture, and sell precision thermistor and capacitor products to a diverse international marketplace



**RTI Tech**
We specialize in hearing aid microphone and professional audio and communications technologies

Resistance Technologies Corporate Information



**Your Global Partner**
For over 19 years, Resistance Technology, a world producer of Medical Hearing Products and Merchant Plastics, brings together the latest elements of hearing technology--from our ultra-miniature volume controls, trimmers to CIC faceplates and microelectronic hybreds to programmable hearing systems. We continue to support our international customers directly by sales and engineering offices in Germany and Asia

**Customized Products**
As a partner with our customers, we provide services such as rapid prototyping, Kan Ban production, custom engineering and packaging to meet your needs  RTI specializes in custom design and manufacturing that is based on proven core competencies and have ensured successful products for our worldwide customers that covers:

- Integrated circuits: low power and low noise applications
- Ultra-miniature microelectronics hybrid packaging
- Injection/Insert molding precision plastics
- Precision automation/Robotics manufacturing
- Systems engineering integrating electronics and mechanical packaging

**In USA:**
Resistance Technology Inc
1260 Red Fox Road
Arden Hills, Minnesota 55112
Tel: 651 636-9770
Fax: 651 636-9503
Contact: Customer Service/Support at 1-877-651-1636 (toll free)

**In Europe:**
Resistance Technology GmbH
Kesselschmiedstrasse 10

http://www.rti-corp.com/Corporate/RTIcorp_info.html

8/31/2005

Resistance Technologies Corporate Information

D-85354 Friesing, Germany
Tel: 049-8161-4804-0
Fax: 049-8161-4804-18
rtgmbh@rtgmbh.de

**In Singapore:**
RTI Tech Pte Ltd
26 Ayer Rajah Crescent
#04-03/04/07
Singapore 139944
Tel: 65-776-1021
Fax: 65-779-1021
Contact: Hedy Teo, hedyteo@pacific.net.sg

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SONIC INNOVATIONS, INC., | ) | |
| PHONAK HOLDING AG, | ) | |
| PHONAK INC., | ) | C.A. No. 05-422 (GMS) |
| UNITRON HEARING, INC., | ) | |
| WILLIAM DEMANT HOLDING A/S, | ) | **JURY TRIAL** |
| OTICON A/S, | ) | **DEMANDED** |
| OTICON INC., | ) | |
| WIDEX A/S, | ) | |
| WIDEX HEARING AID CO. INC., | ) | |
| GN RESOUND A/S, | ) | |
| GN RESOUND CORPORATION, | ) | |
| STARKEY LABORATORIES, INC., | ) | |
| GENNUM CORPORATION, and | ) | |
| RESISTANCE TECHNOLOGY INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED, by and between plaintiff, Energy

Transportation Group, Inc. ("Energy"), and defendant, Sonic Innovations, Inc. ("Sonic"),

and subject to the approval of the Court, that the date by which Sonic must answer, move,

or otherwise respond to Energy's Complaint shall be extended until September 12, 2005.

It is also agreed between Energy and Sonic that when Sonic responds to the Complaint,

Sonic will not file a motion challenging jurisdiction or venue.

THE BAYARD FIRM                              POTTER ANDERSON & CORROON LLP

By:  /s/ Edmond D. Johnson                   By:  /s/ Richard L. Horwitz
     Edmond D. Johnson                             Richard L. Horwitz
     222 Delaware Avenue, Suite 900               David E. Moore
     P.O. Box 25130                               Hercules Plaza, 6th Floor
     Wilmington, DE  19899-5130                   1313 N. Market Street
     (302) 655-5000                               P.O. Box 951
     ejohnson@bayardfirm.com                      Wilmington, DE  19899-0951
                                                  (302) 984-6000
                                                  rhorwitz@potteranderson.com
                                                  dmoore@potteranderson.com

*Counsel for Plaintiff*                      *Counsel for Defendant*
*Energy Transportation Group, Inc.*          *Sonic Innovations, Inc.*

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

690480

Minnesota Business || Leadership, Opportunity, Growth                    Page 1 of 2



Search MinnesotaBusiness BACK ISSUES

**Search**

| Go |

Home

Current Issue

Back Issues

Subscriber
    Services

Advertise

Events

Business
    Resource
        Directory

Classifieds

Knowledge Base

Links

Newsletter

About Us

FAQ

Login to Minnesota
business.com

**Username**
(Last Name)

**Password**
(Subscriber ID)

| Login |

Full online
access restricted
to 3-year paid
subscriptions
only.

## Breaking News

Selas Corporation Nets $3M, Refocuses Strategy

Arden Hills--(MinnesotaBusiness.com--June 25, 2004--**Selas Corporation of America** (AMEX:SLS) completed a sale-leaseback of the headquarters of its heat technology businesss on June 24th. The facilities, located in Dresher, Penn., were sold for approximately $3.5 million in cash, net of expenses. The transaction is a key step in transforming the $35.5 million manufacturer.

Under the leadership of CEO Mark Gorder, Selas is revamping its strategy to focus on precision miniature medical and electronic products. Selas' expertise comes from its subsidiary Resistance Technology, Inc. (RTI), which Gorder cofounded back in 1983. RTI has maintained a long-term strategic supplier relationship with $420 million Starkey Laboratories [Cover, December 2001]. Founded by Bill Austin, the Eden Prairie based company is one of the largest hearing aid manufacturers in the world.

The relationship between the two Twin Cities' companies began in the early 1980s. Starkey was experiencing a huge surge in demand created when President Reagan announced that he used hearing aid--manufactured by Starkey Laboratories. Starkey's sales doubled in the course of a few months. However, because of product quality issues with a key supplier, Starkey found that returns were rising dramatically. To remedy the problem, Starkey established a relationship with RTI to replace the bad supplier. When that supplier sued RTI, Starkey helped the company defeat the lawsuit.

The relationship between RTI and Starkey continued even after Selas Corporation acquired RTI. Following the merger, Gorder joined Selas as a vice president, finally working his way up to president and CEO in 2001.

"This completes another step in reducing our overall debt and focusing the Company on the significant and emerging opportunities in our Precision Miniature Medical and Electronic Products business," said Gorder in a written statement. "The final step in transitioning the Company is

**Subscribe Today!**
*12 issues for $24*



**Click Here**

© 1991-2004
BBN Publishing

5001 American
      Blvd. W.
Suite 400,
Bloomington,
Minnesota 55437
P: 952.844.0400
F: 952.844.0401

Email webmaster

finding a strategic buyer for our remaining Heat Technology operation.

"As I have said before, Selas' expertise is in the robotic manufacture of miniature and micro-miniature electronic products. This gives us the capabilities to successfully compete in the growing medical device market--one that is increasingly demanding products with greater portability, improved infection control, better cost containment and stronger reliability."

Headquartered in Arden Hills, Selas has 667 employees and operates facilities throughout the United States, Asia and Europe.

page 1 of 1

**Mentions**
Selas Corporation of America - www.selas.com
   Mark S. Gorder President & CEO
Starkey Laboratories - www.starkey.com
   William Austin Founder & Chairman
Healthcare/Biomedical Technology
Healthcare/Medical Devices
Manufacturing
Services/Real Estate
Mark Druskoff

<-- Go Back                    June 25, 2004

_____

© 2005 Minnesota Business Magazine: Reproduction and distribution without written permission of the publisher is strictly prohibited.

Starkey: Find a Hearing Professional





**Congratulations**....
you've taken an important step
toward better hearing.

is hearing loss affecting
your life?

what can you do about
hearing loss?

about hearing instruments

find a hearing professional

**Find a hearing professional**

List all Hearing Professionals within
<u>10</u>   <u>25</u>   <u>50</u>   <u>75</u>   <u>100</u>   miles

   **<u>A Hearing Healthcare Center</u>**          23 miles
                       2120 So 17 St
                       Philadelphia, PA  19145
                       800-779-HEAR

   **<u>A Hearing Healthcare Center</u>**          24 miles
                       1900 Rittenhouse Sq
                       Philadelphia, PA  19103
                       215-985-4964

                       **Delaware Hearing Aids**                    3 miles
                       1601 Concord Pike Ste 65
                       Wilmington, DE  19803
                       (302) 652-3558

                       **Handelman Inc**                            5 miles
                       3605 Silverside Rd
                       Wilmington, DE  19810
                       (302) 478-4942

                       **Hear Say Hearing Centers**                 10 miles

27 Meadowood Dr
Newark, DE  19711
(302) 737-2270

**Boscov's Hearing Aid Center**     11 miles
361 W  Main St
Christiana, DE  19702
(302) 369-6440

**Boscov's Hearing Aid Center**     14 miles
1067 W. Baltimore Pike
Media, PA  19063
(610) 565-6009

**Ear 2 Ear, Inc. Hearing Aid Service**  21 miles

778 Garrett Rd
Upper Darby, PA  19082
(610) 789-5951

**Delaware Valley Audiology Corp**   25 miles
1601 Walnut St Ste 1405
Philadelphia, PA  19102
(215) 790-1553

Contact us to locate a hearing professional in your area

Return to Search

is hearing loss affecting your life?  •  what can you do about hearing loss?  •  about hearing instruments  •  find a hearing professional
your hearing instrument  •  company information  •  starkey hearing foundation  •  starkey hearing alliance network  •  professional resources

global locator  •  need more information?  •  Copyright © 2005 Starkey Laboratories, Inc.  •  Statement of Privacy  •  www.starkey.com

 home

## about starkey

Starkey Laboratories is the world's
**leading manufacturer**
of custom hearing instruments



about Starkey

Starkey news

Starkey Innovations

Starkey timeline

Starkey around the world

meet Bill Austin

Starkey Hearing Foundation

StarKids program

Starkey downloads

## Starkey - Around the World



Currently, Starkey has manufacturing facilities in 30 countries
in the United States and throughout the world  In many other
countries, Starkey products and services are available
through more than 800 distributors worldwide. Please
contact us for more information on Starkey international
distributors

### World Headquarters

**STARKEY LABORATORIES, INC.**
6700 Washington Avenue South
Eden Prairie, MN 55344
Phone: (952) 941-6401

### International Facilities

**STARKEY AUSTRALIA PTY. LTD.**
78-96 Pyrmont Bridge Road
Camperdown. NSW 2050
AUSTRALIA
Phone: 61-2-9550 2077

**STARKEY BELGIUM**
Kortrijksesteenweg 110
900 Gent
BELGIUM
Phone: 32-93-908 828

**STARKEY BRAZIL, LTDA.**
Rua Manoel Fransisco Mendes No  347
CEP 13030-280, Jardim do Trevo
Campinas
BRAZIL
Phone: 55-193-273 0023

**STARKEY BULGARIA EOD**
Drava Str  No  1
Plovdiv 4003
BULGARIA
Phone: 359-32-968 474

**STARKEY CANADA**
7310 Raplstan Court
Mississauga, ONTARIO
CANADA L5N 6L8
Phone: (905) 542-7555

**STARKEY CHINA HEARING AID (SUZHOU) CO. LTD.**
2/F, No  78 Yushan Road
Suzhou New District
Jiangsu Province, P.R.
CHINA 215011
Phone: 86-512-6825 0677 or 86-512-6825 9372

**STARKEY COLOMBIA**
Calle 123, Bis B #20-29
Bogota
COLOMBIA
Phone: 57-1-636 0960

**STARKEY FRANCE S.A.R.L.**
23, rue Claude Nicolas Le Doux
Europarc Batiment 14
94000 Creteil
FRANCE
Phone: 33-1-49 80 7474

**STARKEY GERMANY GmbH**
Rugenbarg 69
22848 Norderstedt
GERMANY
Phone: 49-40-52 8470

**STARKEY HUNGARY**
Laboratorium Kft
Bajza utca 24
H-1062 Budapest VI

HUNGARY
Phone: 36 1-462 60 50

**STARKEY ITALY S.R L.**
20063 Cernusco sul Naviglio
Via Torino 51
Milan
ITALY
Phone: 39-02-92 72 181

**STARKEY JAPAN CO., LTD.**
5-2-20 Nakamachidai
Tsuzuki-ku, Yokohama 224
JAPAN
Phone: 81-45-942 7226

**STARKEY KOREA, LIMITED**
656-766 Sungsoo - 1 Ka 2 Dong
Sungdong-Ku, Seoul, 133-112
KOREA
Phone: 82-2-465 0999

**STARKEY DE MEXICO, S.A. DE C.V.**
Paseo de la Reforma
No 199, Interior 1402
Colonia Cuauhtemoc
MEXICO, D F 06500
Phone: 52-55-5566 6161

**STARKEY NETHERLANDS**
Laan Van Overliet 7
3461 AE Linschoten
NETHERLANDS
Phone: 31-348-42 27 56

**STARKEY NEW ZEALAND**
Suite 5, 27 Gillies Avenue
P O. Box 9929, New Market
Auckland
NEW ZEALAND
Phone: 64-9-358 2801

**STARKEY NORTHERN IRELAND**
15 Linenhall Street
Belfast
NORTHERN IRELAND BT2 8AA
Phone: 44-28-9024 0045

**STARKEY NORWAY AS**
Sjohagen 3

Stavanger
4001
NORWAY
Phone: 47-22-33 90 00

**STARKEY POLAND Sp. zo.o.**
ul. Slowicza 41
02-170 Warsaw
POLAND
Phone: 48-22-846 0235

**STARKEY SWEDEN AB**
Brännkyrkagatan 63 2tr
104 62 Stockholm
SWEDEN
Phone: 46-8-442 4890

**STARKEY S.A.**
AV. Des Champs Montants 10A
CH-2074 Marin-NE
SWITZERLAND
Phone: 41-32-755 99 50

**STARKEY TURKEY -GOLDEN STAR, LTD.**
Halaskargazl Cad. Teyyareci M. Alibey Sk
Papatya Apt  No 1/2 80260 Sisli
Istanbul
TURKEY
Phone: 90-212-230 4532

**STARKEY LABORATORIES, LTD.**
William F  Austin House
Bramhall Technology Park
Pepper Road, Hazel Grove
Stockport, SK7 5BX
UNITED KINGDOM
Phone: 44-161-483 2200

### Domestic Facilities

**STARKEY CALIFORNIA**
2536 Woodland Drive
Anaheim, CA 92801
Phone: (714) 826-0824

**STARKEY COLORADO**
4820 Centennial Blvd , Suite 165
Colorado Springs, CO 80919

Phone: (719) 532-1901

**STARKEY EAST**
200 Century Parkway
Century Corporate Center
Mount Laurel, NJ 08054
Phone: (856) 273-0808

**STARKEY FLORIDA**
3301 Executive Way
Miramar, FL 33025
Phone: (954) 438-9298

**STARKEY HEARING RESEARCH CENTER**
2150 Shattuck Avenue, Suite 408
Berkeley, CA 94704-1345
Phone: (510) 845-4876
Fax: (510) 845-4821

**STARKEY NORTHEAST**
23 Crosby Drive
bedford, MA 01730
Phone: (781) 648-1170

**STARKEY NORTHWEST**
2255 NE 194th Avenue
Portland, OR 97230
Phone: (503) 661-7424

**STARKEY SOUTHEAST**
5300 Oakbrook Parkway
Building 100, Suite 130
Norcross, GA 30093
Phone: (770) 921-3711

**STARKEY TEXAS**
3100 Alvin DeVane Boulevard
Austin, TX 78741
Phone: (512) 389-2730

**top of page**

is hearing loss affecting your life?  •  what can you do about hearing loss?  •  about hearing instruments  •  find a hearing professional
your hearing instrument  •  company information  •  starkey hearing foundation  •  starkey hearing alliance network  •  professional resources

global locator  •  need more information?  •  Copyright © 2005 Starkey Laboratories, Inc.  •  Statement of Privacy  •  www.starkey.com

Starkey: About Starkey

Resistance Technologies Electro-mechanical Components

**RTI's
Electro-
mechanical Components**



A variety of trimmers, volume controls, and switches

**Ultra-miniature volume controls, trimmers, and switches**
Resistance Technology is the worlds largest manufacturer of custom hearing aid volume controls, trimmers, and switches  RTI has produced over 50 million various types of hearing aid components over the last 19 years  As an innovator, RTI is proactive and partners with our customers to improve the next-generation hearing instruments by using cutting-edge technologies and automation

**Meeting Market demands for smaller components**
With the advent of CIC (Completely-In-the-Canal) hearing devices, hearing instrument manufacturers have pushed the physical size requirement to new dimensions, driving component sizes to the ultra-miniature stage. A typical CIC hearing aid has an elliptical shaped faceplate that is approximately  250" to  500" and has an overall length of approximately  500" to  750"  RTI has a full line of components to make your hearing aid assembly process easier and more reliable

**Custom engineering**
Our in-house design, automation, and robotic manufacturing means rapid prototyping and precision manufacturing at lower costs to our customers  RTI's vertical integration includes injection insert molding, metal stamping, and robotics workcells valued at over one million dollars per cell for precision assembling and testing  Our proprietary-designed volume control and trimmer-resistive elements are fabricated and laser trimmed in our microelectronics hybrid facility  Our Class 10,000 clean room environment ensures our goal of zero defects



Some thick film element arrays are laser trimmed

**Custom engineering parameters**
RTI components are designed to be accurate and durable, meaning that the operation life can be greater than 15,000 rotational cycles at maximum electrical rating and temperature ranging from -25 degrees C to +55 degrees C  RTI's unique double-ball wiper design and metallurgy improves performance for the new hearing instruments  Some of the volume control models have exchangeable knobs to help match the needs of the customer who may have numerous hearing aid styles  The following are some typical engineering specifications used in designing our volume controls



http://www.rti-corp.com/Hearing/RTIComp.html

Resistance Technologies Electro-mechanical Components

and trimmers: Operational torque. Stop guide torque. Rotational angle, Potentiometer terminals, Wiper, Knob, Base, Resistor substrate. Resistor element. Potentiometer. Overall resistance. Wattage rating, and Contact resistance



Ultra-miniature volume control
for ITE and ITC hearing aids

Contact Customer Service at 1-877-651-1636 (toll free)



Thousands of micro miniature
volume control element assemblies
are produced each day

Resistance Technologies Corporate Information



**Your Global Partner**
For over 19 years, Resistance Technology, a world producer of Medical Hearing Products and Merchant Plastics, brings together the latest elements of hearing technology–from our ultra-miniature volume controls, trimmers to CIC faceplates and microelectronic hybreds to programmable hearing systems We continue to support our international customers directly by sales and engineering offices in Germany and Asia

**Customized Products**
As a partner with our customers, we provide services such as rapid prototyping, Kan Ban production, custom engineering and packaging to meet your needs RTI specializes in custom design and manufacturing that is based on proven core competencies and have ensured successful products for our worldwide customers that covers:

- Integrated circuits: low power and low noise applications
- Ultra-miniature microelectronics hybrid packaging
- Injection/Insert molding precision plastics
- Precision automation/Robotics manufacturing
- Systems engineering integrating electronics and mechanical packaging

**In USA:**
Resistance Technology Inc
1260 Red Fox Road
Arden Hills. Minnesota 55112
Tel: 651 636-9770
Fax: 651 636-9503
Contact: Customer Service/Support at 1-877-651-1636 (toll free)

**In Europe:**
Resistance Technology GmbH
Kesselschmiedstrasse 10

http://vvww.rti-corp.com/Corporate/RTIcorp_info.html

Resistance Technologies Corporate Information

D-85354 Friesing, Germany
Tel: 049-8161-4804-0
Fax: 049-8161-4804-18
rtgmbh@rtgmbh.de

**In Singapore:**
RTI Tech Pte Ltd
26 Ayer Rajah Crescent
#04-03/04/07
Singapore 139944
Tel: 65-776-1021
Fax: 65-779-1021
Contact: Hedy Teo, hedyteo@pacific.net.sg