# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 888-6989
www.morrisjames.com

Amy A. Quinlan
(302) 888-6945
aquinlan@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

September 7, 2005

*VIA ELECTRONIC FILING*

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

    RE:    **Energy Transportation Group Inc. v. Sonic Innovations Inc.,** *et al.*
              **D.Del., C.A. No. 05-422-GMS**

Dear Judge Sleet:

    We are counsel for Defendant Starkey Laboratories, Inc. I write to inform the Court that we do not intend to object to Plaintiff's motion for leave to amend its complaint.

                          Respectfully submitted,

                          */s/ Amy A. Quinlan*

                          Amy A. Quinlan (#3021)
                          (aquinlan@morrisjames.com)

AAQ/cdl/vaw

cc:    Clerk of the U.S. District Court (*via hand delivery*)
        All counsel of record (*via electronic mail*)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No.: 05-422-GMS |
| SONIC INNOVATIONS, INC., et al., | ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF ELECTRONIC SERVICE

I, Amy A. Quinlan, Esquire, hereby certify that on September 7, 2005, copies of:

(1)    Letter to The Honorable Gregory M. Sleet regarding intent; and

(2)    This Certificate of Electronic Service, were served by electronic service on the following counsel of record:

Edmond D. Johnson, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

Donald E. Reid, Esquire
Thomas C. Grimm, Esquire
Mary Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19801

N. Richard Powers, Esquire
Connolly Bove Lodge & Hutz
1007 North Orange Street
Wilmington, DE  19801

Barry M. Klayman, Esquire
Wolf Block Schorr and Solis-Cohen
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE  19801

Amy A. Quinlan (#3021)