# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

DONALD E. REID
302 575 7219
302 425 3001 FAX
dreid@mnat.com

September 8, 2005

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:    *Energy Transportation Group, Inc. v. Sonic Innovations, Inc.
        et al.*, C.A. No. 05-422-GMS

Dear Judge Sleet:

We are counsel for defendants Widex A/S and Widex Hearing Aid Company.  I write to inform the Court that we do not intend to object to plaintiff's motion for leave to amend its complaint.

Respectfully,

Donald E. Reid (#1058)

DER/amr
cc:    Dr. Peter T. Dalleo, Clerk (By Electronic Filing)
       Edmond D. Johnson, Esquire (By Electronic Filing)
       Richard L. Horwitz, Esquire (By Electronic Filing)
       N. Richard Powers, Esquire (By Electronic Filing)
       Richard K. Herrmann, Esquire (By Electronic Filing)
       Barry M. Klayman, Esquire (By Electronic Filing)
       Jack B. Blumenfeld, Esquire (By Electronic Filing)
       Mary B. Graham, Esquire (By Electronic Filing)