# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 575 7278
302 425 3011 Fax
mnoreika@mnat.com

September 9, 2005

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

   Re: <u>Energy Transportation Group v. GN Resound; C.A. No. 05-422 (GMS)</u>

Dear Judge Sleet:

  We are counsel for defendants GN Resound A/s and GN Resound Corporation. I write to inform the Court that we do not intend to object to plaintiff's motion for leave to amend its complaint (D.I. 65).

           Respectfully,

           */s/ Maryellen Noreika (#3208)*

           Maryellen Noreika

MN/bls

cc: Peter T. Dalleo, Clerk (By Hand)
   Edmond D. Johnson, Esquire (By Hand)
   Richard L. Horwitz, Esquire (By Hand)
   N. Richard Powers, Esquire (By Hand)
   Richard K. Herrmann, Esquire (By Hand)
   Barry M. Klayman, Esquire (By Hand)
   Mary B. Graham, Esquire (By Hand)
   Donald E. Reid, Esquire (By Hand)

482420