**CONNOLLY BOVE LODGE & HUTZ LLP**

ATTORNEYS AT LAW

N. Richard Powers

TEL (302) 884-6233
FAX (302) 656-9072
EMAIL npowers@cblh.com
REPL TO Wilmington Office

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblhlaw.com

September 9, 2005

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

RE:    **Energy Transportation Group, Inc. v. Sonic Innovations, Inc., et al.**
       **C.A. No.  05-422 (GMS)**

Dear Judge Sleet:

We are counsel for defendants William Demant Holding A/S; Oticon A/S; Oticon Inc.; Bernafon AG; WDH, Inc.; and Bernafon, LLC.  We have no objection to plaintiff's motion for leave to file a Second Amended Complaint.

Respectfully submitted,

/s/ N. Richard Powers
N. Richard Powers

NRP/cmd

Cc:    Edmond D. Johnson, Esq. (via electronically)
       Thomas H. Kovach, Esq. (via electronically)

416161v1