IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SONIC INNOVATIONS, INC., | ) |
| PHONAK HOLDING AG, | )   C.A. No. 05-422 (GMS) |
| PHONAK INC., | ) |
| UNITRON HEARING, INC., | ) |
| WILLIAM DEMANT HOLDING A/S, | ) |
| OTICON A/S, | ) |
| OTICON INC., | ) |
| WIDEX A/S, | ) |
| WIDEX HEARING AID CO. INC., | ) |
| GN RESOUND A/S, | ) |
| GN RESOUND CORPORATION, | ) |
| STARKEY LABORATORIES, INC., | ) |
| GENNUM CORPORATION, | ) |
| RESISTANCE TECHNOLOGY INC., | ) |
| BERNAFON AG, | ) |
| WDH, INC., and | ) |
| BERNAFON, LLC, | ) |
| | ) |
| Defendants. | ) |

**RESPONSE TO ETG'S MOTION FOR LEAVE TO FILE**
**A SECOND AMENDED COMPLAINT**

Phonak Inc., Phonak Holding AG, and Unitron Hearing, Inc. (collectively "Phonak") respond to Energy Transportation Group, Inc.'s ("ETG's") Motion For Leave To File A Second Amended Complaint as follows:

(1) Phonak does not oppose ETG's motion to amend its complaint to change some of the named defendants. However, by not opposing the motion, Phonak does not waive any defenses, including jurisdictional defenses, and hereby expressly reserves all rights to move to dismiss parties improperly named in Plaintiff's Second Amended Complaint. For example,

counsel for Phonak previously advised counsel for ETG that Phonak Inc. ceased to be in existence since 2003, and that Phonak LLC is the entity that should be named instead of Phonak Inc. Counsel for Phonak also voluntarily provided information to counsel for ETG concerning the merger of Phonak Inc. into Phonak LLC. Therefore, if ETG does not agree to voluntarily dismiss Phonak Inc., Phonak may move to dismiss Phonak Inc.

   (2) Moreover, in a spirit of cooperation, and to avoid unnecessary delay and expense imposed in service pursuant to the Hague Convention, counsel for Phonak will accept service of the Second Amended Complaint on behalf of any newly added Phonak parties.

              MORRIS, NICHOLS, ARSHT & TUNNELL

              */s/ Thomas C. Grimm*

              Thomas C. Grimm (#1098)
              Leslie A. Polizoti (#4299)
              1201 N. Market Street, P.O. Box 1347
              Wilmington, DE  19899-1347
              (302) 658-9200
               *Attorney for Defendants*
               *Phonak Holding AG, Phonak Inc.*
OF COUNSEL:           *and Unitron Hearing, Inc.*

James R. Sobieraj
David H. Bluestone
BRINKS HOFER GILSON & LIONE
455 North Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL  60611-5599
(312) 321-4200

September 9, 2005
482496

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following: Jack B. Blumenfeld, Robert E. Camors, Jr., Mary B. Graham, Richard K. Herrmann, Richard L. Horwitz, Edmond D. Johnson, Barry M. Klayman, Thomas Henry Kovach, James Walter Parrett, Jr., N. Richard Powers, Donald E. Reid, David B. Ritchie, Jeffrey D. Shewchuk, and Richard Swope.

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

482260