IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC. <br><br> Plaintiff, <br><br> v. <br><br> SONIC INNOVATIONS, INC, PHONAK HOLDING AG, PHONAK INC., UNITRON HEARING, INC., WILLIAM DEMANT HOLDING A/S, OTICON A/S, OTICON INC., WIDEX A/S, WIDEX HEARING AID CO. INC, GN RESOUND A/S, GN RESOUND CORPORATION, STARKEY LABORATORIES, INC., GENNUM CORPORATION, RESISTANCE TECHNOLOGY INC., BERNAFON AG, WDH, INC., AND BERNAFON, LLC, <br><br> Defendants. | C.A. NO. 05-422 (GMS) <br><br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND
TO RESISTANCE TECHNOLOGY, INC'S MOTION TO DISMISS
<u>FOR LACK OF PERSONAL JURISDICTION</u>**

Plaintiff ENERGY TRANSPORTATION GROUP, INC. ("ETG" or "Plaintiff"), files this Motion for an Extension of Time to Respond to Defendant Resistance Technology Inc.'s ("RTI") Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2), and as grounds would show:

1. Defendant "RTI" filed a Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) on August 22, 2005. ETG's opposition to that Motion would have

600791v1

been due September 6, 2005, but RTI granted it an extension until September 12, 2005 while the parties tried to work out an agreement on jurisdictional discovery and an extension of time for Plaintiff to oppose RTI's motion.

2. Unfortunately, the parties were unable to work out an agreement on jurisdictional discovery and an extension of time for Plaintiff to oppose RTI's motion, and on August 31, 2005 Plaintiff filed its Motion for Expedited Jurisdictional Discovery and Extension of Time to Respond to Resistance Technology, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (the "Discovery Motion").

3. Because Plaintiff must respond to the motion to dismiss before the Discovery Motion will be heard, Plaintiff needs an extension of time within which to respond to the motion to dismiss.

4. To that end, Plaintiff asked RTI to stipulate that Plaintiff could file its opposition to the motion to dismiss within three days after Plaintiff's Discovery Motion is ruled upon if that motion is denied and according to the schedule the Court sets in its ruling otherwise. (See Exhibit A hereto).

5. RTI refused to grant Plaintiff this extension asserting that Plaintiff should instead respond to the motion to dismiss and only request jurisdictional discovery "if RTI's motion was not fully ruled upon." (See Exhibit B). RTI would only consent to an extension to respond to RTI's motion to dismiss if Plaintiff were to withdraw the Discovery Motion. (*Id.*)

6. Plaintiff responded to RTI pointing out that RTI's view of the proper procedure conflicts with Delaware case law suggesting that the appropriate course is the one that Plaintiff followed -- to seek jurisdictional discovery before opposing the motion to dismiss. (See Exhibit C).

7. As a result of the parties inability to reach an agreement on an extension of time for Plaintiff to respond to RTI's motion to dismiss, Plaintiff has no choice but to ask this Court to grant it a limited extension of the time within which it must respond to RTI's motion to dismiss until three days after the Court decides the Discovery Motion or such other time as the Court sets in that decision.

Plaintiff respectfully requests an order granting it an extension of the time within which it must respond to RTI's motion to dismiss until three days after the Court decides the Discovery Motion or such other time as the Court sets in that decision.

THE BAYARD FIRM

*/s/*

Edmond D. Johnson (No. 2257)
Thomas H. Kovach (No. 3964)
222 Delaware Ave.
Suite 900
Wilmington, DE 19801
ejohnson@bayardfirm.com
tkovach@bayardfirm.com
(302) 655-5000
Attorneys for Energy Transportation Group, Inc.

OF COUNSEL:

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006
(202) 955-1500

Dated: September 9, 2005

600791v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC. </br></br> Plaintiff, </br></br> v. </br></br> SONIC INNOVATIONS, INC, </br> PHONAK HOLDING AG, </br> PHONAK INC., </br> UNITRON HEARING, INC., </br> WILLIAM DEMANT HOLDING A/S, </br> OTICON A/S, </br> OTICON INC., </br> WIDEX A/S, </br> WIDEX HEARING AID CO. INC, </br> GN RESOUND A/S, </br> GN RESOUND CORPORATION, </br> STARKEY LABORATORIES, INC., </br> GENNUM CORPORATION, </br> RESISTANCE TECHNOLOGY INC., </br> BERNAFON AG, </br> WDH, INC., AND </br> BERNAFON, LLC, </br></br> Defendants. | C.A. NO. 05-422 (GMS) </br></br> JURY TRIAL DEMANDED |

**ORDER GRANTING EXTENSION OF TIME TO RESPOND
TO RESISTANCE TECHNOLOGY, INC'S MOTION TO DISMISS
<u>FOR LACK OF PERSONAL JURISDICTION</u>**

This matter having been brought before the Court by Plaintiff Energy Transportation Group, Inc. for an Order, and the Court having considered the moving papers, the opposition thereto, and the arguments of counsel, and for good cause shown,

IT IS HEREBY ORDERED THAT:

600797v1

-2-

Plaintiff Energy Transportation Group, Inc. ("ETG") shall have until three days after this Court decides ETG's motion for jurisdictional discovery within which to respond to Defendant Resistance Technology Inc.'s ("RTI") motion to dismiss for lack of personal jurisdiction or such other time as is set in the Court's decision on ETG's motion for jurisdictional discovery.

IT IS SO ORDERED.

Dated: _____

_____
Judge, United States District Court
District of Delaware

600797v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on September 9, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard W. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

N. Richard Powers, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Barry M. Klayman, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

Mary B. Graham, Esquire
Maryellen Noereika, Esquire
Donald E. Reid, Esquire
Thomas C. Grimm
Leslie A. Polizoti
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

/s/ Edmond D. Johnson (ej2257)