```
                                         --------         --------
Net loss from discontinued operations.....  $ (1,013)      $(10,544)
                                         ========         ========
```

HEAT TECHNOLOGY SEGMENT

The 2003 net loss from the Heat Technology business was a result of the
insolvency filed in France. This consisted of the European heat technology
operation remaining after the 2002 sale of the large custom-engineered furnace
business. The European loss was partially offset by $110,000 of net income from
the remaining Heat Technology business with locations in Dresher, Pennsylvania,
and Tokyo, Japan. The 2002 loss was primarily due to the large custom-engineered
furnace business located in France that was sold in 2002.

TIRE HOLDER, LIFTS AND RELATED PRODUCTS SEGMENT

The net income from the Tire Holder, Lifts and Related Products segment was the
combination of net income of $8,000 from Deuer Manufacturing, Inc. prior to its
sale In July 2003 and the $1.5 million gain recognized from the sale. This
compares to net income of $1.1 million from its operations in 2002. The net
income from the operation declined substantially, stemming from lower sales
volume due to decreased automotive production and margin reductions from
increased industry pricing pressures. Additionally, 2003 only includes
approximately seven months of operations prior to the sale.

                                    14

<PAGE>


SALE OF PRIMARY CUSTOM-ENGINEERED (LARGE) FURNACE BUSINESS

In 2002, the Company completed its agreement with Andritz AG to sell certain
operating assets and liabilities of its large custom-engineered furnace business
operated by its wholly owned subsidiary Selas SAS and 100 percent of the shares
of Selas UK. In addition, the Company sold certain intellectual property used in
the business. The total consideration was equal to the net book value of the
assets transferred and liabilities assumed, plus approximately $645,000 for the
intellectual property and goodwill transferred. In 2003, it was determined
liabilities exceeded assets sold by approximately $548,000. The assets and
liabilities sold represented most of the Company's discontinued operations as
reported in the Company's financial statements for the year ended December 31,
2001. The sale excluded the remaining smaller furnace business in France that
filed insolvency in 2003. See note 3 to the Consolidated Financial Statements.

GOODWILL IMPAIRMENT

As of January 1, 2002, the Company adopted SFAS No. 142, "Goodwill and Other
Intangible Assets". Statement 142 set forth new financial and reporting
standards for the acquisition of intangible assets, other than those acquired in
a business combination, and for goodwill and other intangible assets subsequent
to their acquisition. This accounting standard requires that goodwill no longer
be amortized but tested for impairment at least annually. The Company
discontinued the amortization of goodwill effective January 1, 2002. The
provisions of Statement 142 also required the completion of a transitional
impairment test with any impairment identified accounted for as a cumulative
effect of a change in accounting principle. As of the date of adoption, the
Company had unamortized goodwill in the amount of $14.7 million. The Company
determined the goodwill associated with its operations had been impaired and

wrote off goodwill of $9.4 million as of January 1, 2002. The charge was
recognized as a cumulative change in accounting principle in the 2002
consolidated statement of operations. In 2004 and 2003, the results of the
annual impairment test yielded no additional impairment of the remaining $5.2
million of goodwill. Changes in the estimated future cash flows from these
businesses could have a significant impact on the amount of any future
impairment, if any.

LIQUIDITY AND CAPITAL RESOURCES

Consolidated net working capital increased to $1.9 million at December 31, 2004
from $24,000 at December 31, 2003. The primary reason for the increase was the
net proceeds of approximately $3.6 million from the sale of the Dresher
property, which were used to pay down bank debt. The Company's cash flows from
operating, investing and financing activities, as reflected in the statement of
cash flows at December 31, are summarized as follows (in thousands):

|                                          | 2004 (restated) | 2003 (restated) | 2002 (restated) |
|------------------------------------------|------------|------------|------------|
| Cash provided (used) by:                 |            |            |            |
| Continuing operations                    | $  (847)   | $ 2,689    | $ 1,778    |
| Discontinued operations                  | 939        | 4,002      | (1,555)    |
| Investing activities                     | 2,678      | (984)      | (1,969)    |
| Financing activities                     | (2,678)    | (7,373)    | 643        |
| Effect of exchange rate changes on cash  | (39)       | 247        | 1,203      |
| Increase (decrease) in cash              | $    53    | $(1,419)   | $   100    |

The Company had the following bank arrangements at December 31, (in thousands):

|                                                   | 2004    | 2003     |
|---------------------------------------------------|---------|----------|
| Total availability under existing facilities      | $ 7,056 | $10,399  |
| Borrowings and commitments:                       |         |          |
| Notes payable                                     | 3,740   | 6,271    |
| Current maturities of long-term debt              | 1,458   | 1,967    |
| Total borrowings and commitments                  | 5,198   | 8,238    |
| Remaining availability under existing facilities  | $ 1,857 | $ 2,161  |

15

<PAGE>

In March 2005, the Company entered into amended agreements for its domestic
revolver and long-term debt. The new facility provides the Company with a
revolving credit limit of $4.5 million which was reduced to $4.0 million upon
the sale of burners and components business in the first quarter of 2005. A
portion of the proceeds from the sale of the Burners and Components business was
used to payoff the approximately $1.5 million outstanding principal balance on
the term loan. These facilities expire on April 1, 2006.

Borrowings under the Company's domestic credit facilities currently bear
interest at prime plus 3.0 percent. The terms of the amended agreement increase

this rate to prime plus 3.5 percent on July 1, 2005, prime plus 4.0 percent on
October 1, 2005 and prime plus 4.5 percent on January 1, 2006.

The domestic term loan and the revolving credit facility are secured by the
Company's domestic assets and the Company's domestic subsidiaries' stock. The
agreements contain restrictive covenants regarding the payment of cash
dividends, incurrence of additional debt, issuance of equity, maintenance of
working capital, net worth, shareholders' equity, and capital equipment
expenditures along with the maintenance of certain financial ratios. The Company
and its domestic subsidiaries are required to maintain, consolidated tangible
capital funds of at least $6.5 million, a consolidated current ratio of at least
1.0, and a consolidated fixed charge coverage ratio of at least 1.0 on a
year-to-date basis, which will be calculated excluding mandatory principal
repayments. In addition the Company is required to maintain consolidated total
liabilities to consolidated tangible capital funds ratio of 3.0, which was reset
to 2.25 after the sale of the Burners and Components business in the first
quarter of 2005. Management believes that the Company will be able to maintain
the amended covenants through April 1, 2006.

The Company did not meet certain covenants during the first and fourth quarters
of 2004, for which it obtained waivers from the bank. At December 31, 2004, the
Company was in compliance with all covenants of the amended agreement.

The Company believes that the amended credit facility combined with funds
expected to be generated from operations, the available borrowing capacity
through its revolving credit loan facilities and control of capital spending
will be sufficient to meet its anticipated cash requirements for operating needs
through April 1, 2006. However, the Company's ability to pay the principal and
interest on its indebtedness as it comes due will depend upon current and future
performance. Performance is affected by general economic conditions and by
financial, competitive, political, business and other factors. Many of these
factors are beyond the Company's control. If, however, the Company does not
generate sufficient cash or complete such financings on a timely basis, it may
be required to seek additional financing or sell equity on terms, which may not
be as favorable as it could have otherwise obtained. No assurance can be given
that any refinancing, additional borrowing or sale of equity will be possible
when needed, or that The Company will be able to negotiate acceptable terms. In
addition, access to capital is affected by prevailing conditions in the
financial and equity capital markets, as well as the Company's financial
condition.

CONTRACTUAL OBLIGATIONS
The following table represents the Company's contractual obligations and
commercial commitments as of December 31, 2004.

<TABLE>
<CAPTION>

| CONTRACTUAL OBLIGATIONS | TOTAL | PAYMENTS DUE BY PERIOD | | | |
| | | LESS THAN 1 YEAR | 1-3 YEARS | 4-5 YEARS | MORE T 5 YE |
|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> |
| Notes payable......... | $3,740,000 | $3,740,000 | $      -- | $      -- | $ |
| Term debt............ | 1,458,000 | 1,458,000 | -- | -- | |
| Operating leases..... | 4,458,000 | 977,000 | 1,738,000 | 1,068,000 | 675, |
| Total contractual cash obligations.. | $9,656,000 | $6,175,000 | $1,738,000 | $1,068,000 | $ 675, |

```
==========  ==========  ==========  ==========  ======
```
</TABLE>

16

<PAGE>

The Company incurred approximately $254,000 in period pension and post retirement medical benefit costs in 2004, and contributed approximately $268,000 to defined contribution plans. The Company expects a similar level of funding in 2005.

FOREIGN CURRENCY FLUCTUATION

A portion of the discontinued operations are denominated in foreign currencies, primarily the Euro and Japanese Yen. Generally, the income statement effect of changes in foreign currencies is partially or wholly offset by the subsidiaries' ability to make corresponding price changes in the local currency. From time to time, the impact of fluctuations in foreign currencies may have a material effect on the financial results of the Company. Foreign currency transaction amounts included in the statements of operation include a gain of $14,000 in 2004 and losses of $141,000 and $23,000 in 2003 and 2002, respectively. See note 12 to the Company's Consolidated Financial Statements included herein.

LITIGATION

The Company is a defendant along with a number of other parties in approximately 123 lawsuits as of December 31, 2004, (approximately 101 lawsuits as of December 31, 2003) alleging that plaintiffs have or may have contracted asbestos-related diseases as a result of exposure to asbestos products or equipment containing asbestos sold by one or more named defendants. Due to the noninformative nature of the complaints, the Company does not know whether any of the complaints state valid claims against the Company. Certain carriers have informed the Company that the primary policies for the period August 1, 1970-1973, have been exhausted and that the carriers will no longer provide a defense under those policies. The Company has requested that the carriers substantiate this situation. The Company believes it has additional policies available for other years which have been ignored by the carriers. As settlement payments are applied to all years a litigant was deemed to have been exposed to asbestos, the Company believes when settlement payments are applied to these additional policies, the Company will have availability under the years deemed exhausted. The Company does not believe that the asserted exhaustion of the primary insurance coverage for this period will have a material adverse effect on its financial condition, liquidity, or results of operations. Management believes that the number of insurance carriers involved in the defense of the suits and the significant number of policy years and policy limits, to which these insurance carriers are insuring the Company, make the ultimate disposition of these lawsuits not material to the Company's consolidated financial position or results of operations.

The Company is also involved in other lawsuits arising in the normal course of business. While it is not possible to predict with certainty the outcome of these matters, management is of the opinion that the disposition of these lawsuits and claims will not materially affect the Company's consolidated financial position, liquidity or results of operations.

NEW ACCOUNTING PRONOUNCEMENTS

In December 2004, the Financial Accounting Standards Board (FASB) issued Statement of Financial Accounting Standard (SFAS) No. 123R, SHARE-BASED

COMPENSATION, which supersedes Accounting Principles Board (APB) Opinion No. 25, ACCOUNTING FOR STOCK ISSUED TO EMPLOYEES, and its related implementation guidance. SFAS No. 123R focuses primarily on accounting for transactions in which an entity obtains employee services through share-based payment transactions. SFAS No. 123R requires a public entity to measure the cost of employee services received in exchange for the award of equity investments based on the fair value of the award at the date of grant. The cost will be recognized over the period during which an employee is required to provide services in exchange for the award. SFAS No. 123R is effective as of the beginning of the first interim or annual reporting period that begins after June 15, 2005. The impact on net earnings as a result of the adoption of SFAS No. 123R, from a historical perspective, can be found in Note 1 to the Consolidated Financial Statements of this Annual Report. The Company is currently evaluating the provisions of SFAS No. 123R and will adopt it on July 1, 2005, as required.

In November 2004, the FASB issued SFAS No. 151, INVENTORY COSTS, which amends the guidance in Accounting Research Bulletin (ARB) No. 43, Chapter 4, INVENTORY PRICING, to clarify the accounting for abnormal amounts of idle facility expense, freight, handling costs, and wasted material. SFAS No. 151 requires that those items be recognized as current-period charges regardless of whether they meet the criterion of "so abnormal." In

17

<PAGE>

addition, SFAS No. 151 requires allocation of fixed production overheads to the costs of conversion be based on the normal capacit  of the production facilities. We do not have any idle facility expense or wasted material expense as of December 31, 2004. We will continue to apply the requirements of SFAS No. 151 in future periods.

In December 2004, the FASB issued SFAS No. 153, EXCHANGES OF NONMONETARY ASSETS. SFAS No. 153 is an amendment to APB Opinion No. 29, ACCOUNTING FOR NONMONETARY TRANSACTIONS. SFAS No. 153 eliminates the exception for nonmonetary exchanges of similar productive assets and replaces it with a general exception for exchanges of nonmonetary assets that do not have commercial substance. We are currently evaluating the provisions of SFAS No. 153 and will adopt it on July 1, 2005, as required.

CRITICAL ACCOUNTING POLICIES

The significant accounting policies of the Company are described in note 1 to the Consolidated Financial Statements and have been reviewed with the audit committee of the Company's Board of Directors. The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenue and expense during the reporting period.

Certain accounting estimates and assumptions are particularly sensitive because of their importance to the consolidated financial statements and possibility that future events affecting them may differ markedly. The accounting policies of the Company with significant estimates and assumptions are described below.

Revenue Recognition

The Company's continuing operation recognizes revenue when products are shipped

and the customer takes ownership and assumes risk of loss, collection of the
relevant receivable is probable, persuasive evidence of an arrangement exists
and the sales price is fixed or determinable. A portion of the Company's net
sales from its discontinued Heat Technology segment is generated pursuant to
contracts that require substantial time to complete and are accordingly
accounted for on a percentage-of-completion basis. Under this method of
accounting, the sales recognized on each contract during a particular accounting
period are determined by multiplying the total contract amount by the ratio of
costs incurred to estimated total costs and deducting sales recognized in prior
accounting periods. Such contract costs and expenses incurred on a progress
basis at the time the sales value is recorded are charged to cost of sales.
Under percentage-of-completion accounting, revisions in cost estimates during
the progress of the work under the contracts have the effect of including in the
current accounting period adjustments necessary to reflect the results indicated
by the revised estimates of the final cost. Revised costs may be affected by
changes in material purchase price estimates, labor and subcontractor completion
estimates and other factors related to the contract. In addition, the Company
provides currently for any anticipated or known contract losses.

Accounts Receivable Reserves

This reserve is an estimate of the amount of accounts receivable that are
uncollectible. The reserve is based on a combination of specific customer
knowledge, general economic conditions and historical trends. Management
believes the results could be materially different if economic conditions change
for the Company's customers.

Inventory Reserves

This reserve is an estimate of the future net realizable value of the Company's
inventory. It is based on historical trends, product life cycles, forecast of
future inventory needs and on-hand inventory levels. Management believes reserve
levels could be materially affected by changes in technology, the Company's
customer base, customer needs, general economic conditions and the success of
certain Company sales programs.

18

<PAGE>

Discontinued Operations

The Company continuously assesses the return on their business segments. When
management with the appropriate level of authority determines that a plan is in
place to restructure the operations of a business or discontinue an operation,
contractual commitments and obligations are recorded. See a discussion in note 3
to the consolidated financial statements.

Goodwill

The Company performs an annual assessment of the carrying value of goodwill. As
part of this assessment, the Company estimates future cash flows, as well as
making a risk assessment of investing in the Company versus other investment
opportunities. Changes in either the risk assessment or estimated future cash
flows could have a material adverse impact on the carrying value of goodwill.

Long-lived Assets

The carrying value of long-lived assets is periodically assessed to insure their
carrying value does not exceed their estimated net realizable future value. This

assessment includes certain assumptions related to future needs for the asset to help generate future cash flow. Changes in those assessments, future economic conditions or technological changes could have a material adverse impact of the carrying value of these assets.

Deferred Taxes

The ultimate realization of deferred tax assets is dependent upon the generation of future taxable income during the periods in which those temporary differences become deductible. Management considers the scheduled reversal of deferred tax liabilities and projected future taxable income in making this assessment. Actual future operating results, as well as changes in the future performance of the Company, could have a material adverse impact on the valuation reserves.

Employee Benefit Obligations

The Company provides retirement and health care insurance for certain domestic retirees and employees. The Company measures the costs of its obligation based on its best estimate. The net periodic costs are recognized as employees render the services necessary to earn the post-retirement benefit. Several assumptions and statistical variables are used in the models to calculate the expense and liability related to the plans. Assumptions about the discount rate, the expected rate of return on plan assets and the future rate of compensation increases are determined by the Company. The actuarial models also use assumptions on demographic factors such as retirement, mortality and turnover. Changes in actuarial assumptions could vary materially from actual results due to economic events and different rates of retirement, mortality and withdrawal.

QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

The Company's consolidated cash flows and earnings are subject to fluctuations due to changes in foreign currency exchange rates. The Company attempts to limit its exposure to changing foreign currency exchange rates through operational and financial market actions. The Company does not hold derivatives for trading purposes.

The Company manufactures and sells its products in a number of locations around the world, resulting in a diversified revenue and cost base that is exposed to fluctuations in European and Asian currencies. This diverse base of foreign currency revenues and costs serves to create a hedge that limits the Company's net exposure to fluctuations in these foreign currencies.

Short-term exposures to changing foreign currency exchange rates are occasionally managed by financial market transactions, principally through the purchase of forward foreign exchange contracts (with maturities of six months or less) to offset the earnings and cash flow impact of the nonfunctional currency denominated receivables and payables relating to select contracts. The decision by management to hedge any such transaction is made on a case-by-case basis. Foreign exchange forward contracts are denominated in the same currency as the receivable or payable being covered, and the term and amount of the forward foreign exchange contract substantially mirrors the term and amount of the underlying receivable or payable. The receivables and payables being covered arise from bank debt, trade and intercompany transactions of and among the Company's foreign subsidiaries. At December 31, 2004, the Company did not have any forward foreign exchange contracts outstanding.

19

<PAGE>

```
<TABLE>
<CAPTION>
INTRICON CORPORATION
CONSOLIDATED STATEMENTS OF OPERATIONS
```

| YEARS ENDED DECEMBER 31 | 2004 (restated) |
|---|---|
| <S> | <C> |
| Sales, net | $35,182,612 |
| Costs of sales | 27,120,897 |
| Gross profit | 8,061,715 |
| Operating expenses: | |
| Selling expense | 3,933,657 |
| General and administrative expense | 5,496,798 |
| Impairment of long term assets | 488,214 |
| Research and development expense | 1,616,085 |
| Total operating expenses | 11,534,754 |
| Gain on sale of asset | 3,109,627 |
| Operating loss | (363,412) |
| Interest expense | 465,272 |
| Interest income | (1,626) |
| Other (income) expense, net | (61,618) |
| Loss from continuing operations before income taxes, discontinued operations and change in accounting principle | (765,440) |
| Income tax expense (benefit) | 1,139,797 |
| Loss from continuing operations before discontinued operations and change in accounting principle | (1,905,237) |
| Income (loss) from discontinued operations, net of income taxes (note 3) | 1,369,433 |
| Extraordinary gain from discontinued operations | 683,630 |
| Income (loss) before change in accounting principle | 147,826 |
| Cumulative effect of change in accounting principle | -- |
| Net income (loss) | $ 147,826 |
| Basic earnings (loss) per share: | |
| Continuing operations | $ (.37) |
| Discontinued operations | .27 |
| Extraordinary gain from discontinued operations | .13 |
| Accounting principle change | -- |
| Net income (loss) | $ .03 |

```
Diluted income (loss) per share:
    Continuing operations..................................   $      (.37)
    Discontinued operations................................          .27
    Extraordinary gain from discontinued
        operations.........................................          .13
    Accounting principle change............................           --
                                                               -----------
    Net income (loss)......................................   $      .03
                                                               ===========
```

</TABLE>

        See accompanying notes to the consolidated financial statements.


                                    20

<PAGE>

<TABLE>
<CAPTION>
CONSOLIDATED BALANCE SHEETS

AT DECEMBER 31
                                                                    2004
ASSETS                                                          (restated)
                                                                 ---------
<S>                                                             <C>

Current assets

    Cash...................................................   $    246,430


    Restricted cash........................................        449,613


    Accounts receivable, less allowance for doubtful accounts of
        $177,000 in 2004 and  $254,000 in 2003.............      4,996,705


    Inventories............................................      4,287,643

    Refundable income taxes................................         46,163

    Deferred income taxes..................................           --

    Asset held for sale....................................           --

    Other current assets...................................        379,318

    Assets of discontinued operations......................      6,834,256
                                                                 -----------

        Total current assets...............................     17,240,128

Property, plant and equipment
    Land...................................................        170,500
    Buildings and improvements.............................      1,732,914
    Machinery and equipment................................     25,635,452
                                                                 -----------
                                                                27,538,866
```

| | |
|---|---|
| Less: accumulated depreciation | 20,260,792 |
| Net property, plant and equipment | 7,278,074 |
| Goodwill | 5,264,585 |
| Other assets, net | 1,156,449 |
| | $30,939,236 |

</TABLE>

See accompanying notes to the consolidated financial statements.

21

<PAGE>

<TABLE>
<CAPTION>
AT DECEMBER 31

| LIABILITIES AND SHAREHOLDERS' EQUITY | 2004 (restated) |
|---|---|
| <S> | <C> |
| Current liabilities | |
| Notes payable | $ 3,740,393 |
| Checks written in excess of cash | 665,098 |
| Current maturities of long-term debt | 1,458,470 |
| Accounts payable | 2,211,909 |
| Customers' advance payments on contracts | 75,000 |
| Liabilities of discontinued operations | 4,266,899 |
| Other accrued liabilities | 2,638,889 |
| Total current liabilities | 15,056,658 |
| Other post-retirement benefit obligations | 2,710,106 |
| Deferred income taxes | 143,902 |
| Accrued pension liability | 900,713 |

Commitments and contingencies (notes 8 and 16)

Shareholders' equity
    Common shares, $1 par; 10,000,000 shares authorized;

```
5,644,968 shares issued; 5,129,214 outstanding..................        5,644,968

Additional paid-in capital.......................................       12,025,790

Accumulated deficit..............................................       (3,680,704)

Accumulated other comprehensive loss.............................         (597,119)
                                                                       -----------
                                                                        13,392,935

Less:  515,754 common shares held in treasury, at cost..........        (1,265,078)
                                                                       -----------

Total shareholders' equity.......................................       12,127,857
                                                                       -----------

                                                                       $30,939,236
                                                                       ===========
```

</TABLE>

        See accompanying notes to the consolidated financial statements.


                                   22


<PAGE>

<TABLE>
<CAPTION>
CONSOLIDATED STATEMENTS OF CASH FLOWS
                                                                            200
      YEARS ENDED DECEMBER  31,                                          (resta
                                                                         -----
<S>                                                                      <C>

      Cash flows from operating activities:
      Net income (loss)..........................................        $   147,
      Adjustments to reconcile net loss to net
          cash provided (used) by operating activities:
          (Income) loss from discontinued operations.............        (1,369,
          Extraordinary gain from discontinued operations........          (683,
          Cumulative effect of accounting change.................
          Impairment of long-term assets.........................           488,
          Depreciation and amortization..........................         2,289,
          (Gains) losses on sale of property and equipment.......            (1,
          Deferred taxes.........................................           905,
          Gain on sale of asset held for sale....................        (3,109,
          Changes in operating assets and liabilities:
              Accounts receivable................................          (353,
              Inventories........................................         1,464,
              Other assets.......................................           732,
              Accounts payable...................................          (687,
              Accrued expenses...................................          (579,
              Customers advance payments on contracts............           (97,
              Other liabilities..................................             6,
                                                                         -------

      Net cash provided (used) by continuing operations..........          (846,

      Net cash provided (used) by discontinued operations........           980,
```

```
                                                                    -------

Net cash provided by operating activities............................   133,

Cash flows from investing activities:
    Purchases of property, plant and equipment........................  (976,
    Proceeds from sales of property, plant and equipment..............     3,
    Proceeds from sale of asset held for sale.........................  3,649,
    Purchase of patents and intangibles...............................
                                                                    -------

Net cash provided (used) by  continuing operations..................  2,677,
Net cash provided (used) by discontinued operations.................    (41,
                                                                    -------
Net cash provided (used) by investing activities....................  2,635,

Cash flows from financing activities:
    Proceeds from short-term borrowings...............................   716,
    Proceeds from issuance of stock...................................
    Repayments of short-term borrowings...............................  (432,
    Proceeds from borrowings used to acquire subsidiaries.............
    Proceeds from long term borrowings................................   800,
    Repayments of long-term debt......................................(4,092,
    Change in restricted cash.........................................    (2,
    Change in checks written in excess of cash........................   334,
                                                                    -------

Net cash provided (used) by financing activities....................(2,677,
                                                                    -------

Effect of exchange rate changes on cash.............................   (38,
                                                                    -------
Increase (decrease) in cash.........................................    52,
Cash beginning of year..............................................   193,
                                                                    -------

Cash end of year....................................................$  246,
                                                                    =======
```

</TABLE>

See accompanying notes to the consolidated financial statements.

23

<PAGE>

<TABLE>
<CAPTION>
CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY AND COMPREHENSIVE INCOME (LOSS)

YEARS ENDED DECEMBER 31, 2004, 2003 AND 2002 (RESTATED)

| | COMMON STOCK NUMBER OF SHARES | COMMON STOCK $ AMOUNT | ADDITIONAL PAID IN CAPITAL | RETAINED EARNINGS | ACCUMUL OTHE COMPREHE INCOME( |
|---|---|---|---|---|---|
| | --------- | ---------- | ----------- | ----------- | ------- |

| <S> | <C> | <C> | <C> | <C> | <C> |
|---|---|---|---|---|---|
| Balance December 31, 2001 | 5,634,968 | $5,634,968 | $12,012,541 | $23,297,747 | $(1,075 |
| Effect of restatement (note 2)............... | | | | (293,758) | 67 |
| | --------- | ---------- | ----------- | ----------- | ------- |
| Balance December 31, 2001 (as restated)........... | 5,634,968 | $5,634,968 | $12,012,541 | $23,003,989 | $(1,007 |
| Net loss.................. | | | | (21,787,197) | |
| Translation loss.......... | | | | | (519 |
| Derivative financial instrument gain.......... | | | | | 1 |
| | --------- | ---------- | ----------- | ----------- | ------- |
| Comprehensive loss....... | | | | | |
| Balance December 31, 2002 | 5,634,968 | 5,634,968 | 12,012,541 | 1,216,792 | (1,525 |
| Issuance of stock........ | 10,000 | 10,000 | 13,249 | | |
| Net loss.................. | | | | (5,045,322) | |
| Translation gain.......... | | | | | 1,338 |
| Additional minimum........ pension liability....... | | | | | (583 |
| | --------- | ---------- | ----------- | ----------- | ------- |
| Comprehensive loss....... | | | | | |
| Balance December 31, 2003 | 5,644,968 | 5,644,968 | 12,025,790 | (3,828,530) | (770 |
| Net income............... | | | | 147,826 | |
| Translation gain.......... | | | | | 172 |
| | --------- | ---------- | ----------- | ----------- | ------- |
| Comprehensive income..... | | | | | |
| Balance December 31, 2004 | 5,644,968 | $5,644,968 | $12,025,790 | $(3,680,704) | $ (597 |
| | ========= | ========== | =========== | =========== | ======= |

</TABLE>

See accompanying notes to the consolidated financial statements.

24

<PAGE>

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

Headquartered in Arden Hills, Minnesota, IntriCon Corporation (formerly Selas Corporation of America) is an international firm that designs, develops, engineers and manufactures microminiaturized medical and electronic products. The Company's core business segment, Precision Miniature Medical and Electronic Products, supplies microminiaturized components, systems and molded plastic parts, primarily to the hearing instrument manufacturing industry, as well as the computer, electronics, telecommunications and medical equipment industries. In addition to its Arden Hills headquarters, the Company has facilities in California, Singapore, and Germany.

BASIS OF PRESENTATION - A portion of the Company's prior Heat Technology segment, operating through a wholly-owned subsidiary located in France, filed insolvency in 2003. The Company has reclassified the historical financial data related to this operation into discontinued operations. In the fourth quarter of

2003, the Company initiated its plan to dispose of the remaining Heat Technology segment. This segment consists of the operating assets of Selas Corporation of America in Dresher, Pa., and subsidiaries located in Tokyo, Japan and Ratingen, Germany. The Company has accounted for the plan to dispose of the subsidiaries as a discontinued operation and, accordingly, has reclassified the historical financial data (note18). Consequently, the financial statements reflect in continuing operations the business previously known as its Precision Miniature Medical and Electronics segment.

In the fourth quarter of 2002, the Company initiated its plan to dispose of its Tire Holders, Lifts and Related Products segment. This segment consisted of one wholly owned subsidiary that operated on a stand alone basis. The Company had accounted for the plan to dispose of the subsidiary as a discontinued operation and, accordingly, had reclassified the historical financial data. The sale of this business was completed in 2003 and the results of operations for 2003 are included in discontinued operations.

See further information in note 3.

CONSOLIDATION - The consolidated financial statements include the accounts of the Company and its wholly owned subsidiaries. All material intercompany transactions have been eliminated in consolidation.

SEGMENT DISCLOSURES - The Company has reviewed Statement of Financial Accounting Standards No. 131 (SFAS No. 131), "Disclosures about Segments of an Enterprise and Related Information," and has determined that the Company meets the aggregation criteria as its various operations do not have discrete assets and are managed as one business.

RECLASSIFICATIONS - Certain prior-year balances have been reclassified to be consistent with the current-year presentation.

USE OF ESTIMATES - Management of the Company has made a number of estimates and assumptions relating to the reporting of assets and liabilities, the recording of reported amounts of revenues and expenses and the disclosure of contingent assets and liabilities to prepare these financial statements. Actual results could differ from those estimates.

REVENUE RECOGNITION - The Company recognizes revenue when products are shipped and the customer takes ownership and assumes risk of loss, collection of the relevant receivable is probable, persuasive evidence of an arrangement exists and the sales price is fixed or determinable.

FAIR VALUE OF FINANCIAL INSTRUMENTS - The carrying value of cash, short-term accounts and notes receivable, other current assets, notes payable to banks, trade accounts payables, and other accrued expenses approximate fair value because of the short maturity of those instruments.

RESTRICTED CASH - Restricted cash consists of cash deposits required to secure a credit facility at our Singapore location.

25

<PAGE>

INVENTORIES - Inventories are stated at the lower of cost or market. The cost of the inventories was determined by the average cost and first-in, first-out methods.

PROPERTY, PLANT AND EQUIPMENT - Property, plant and equipment are carried at

cost. Depreciation is computed by straight-line and accelerated methods using estimated useful lives of 5 to 40 years for buildings and improvements, and 3 to 12 years for machinery and equipment. Improvements are capitalized and expenditures for maintenance, repairs and minor renewals are charged to expense when incurred. At the time assets are retired or sold, the costs and accumulated depreciation are eliminated and the resulting gain or loss, if any, is reflected in the consolidated statement of operations.

IMPAIRMENT OF LONG-LIVED ASSETS AND LONG-LIVED ASSETS TO BE DISPOSED OF - The Company reviews its long-lived assets, certain identifiable intangibles, and goodwill for impairment whenever events or changes in circumstances indicate that the carrying amount of an asset may not be recoverable. Recoverability of assets to be held and used is measured by a comparison of the carrying amount of an asset group to future net cash flows expected to be generated by the asset group. If such assets are considered to be impaired, the impairment to be recognized is measured by the amount by which the carrying amount of the assets exceeds the fair value of the assets. Assets to be disposed of are reported at the lower of the carrying amount or fair value less costs to sell.

The test for goodwill impairment is a two-step process, and is performed at least annually. The first step is a comparison of the fair value of the reporting unit with its carrying amount, including goodwill. If this step reflects impairment, then the loss would be measured as the excess of recorded goodwill over its implied fair value. Implied fair value is the excess of fair value of the reporting unit over the fair value of all identified assets and liabilities.

Beginning in 2002, the Company discontinued amortizing goodwill according to SFAS Statement 142 "Goodwill and Other Intangible Assets." As a result, no amortization expense for goodwill was recorded in 2002, 2003 or 2004. As of January 1, 2002, the Company recognized a cumulative change in accounting principle related to the adoption of Statement 142. See note 6 for additional information.

INCOME TAXES - Income taxes are accounted for under the asset and liability method. Deferred tax assets and liabilities are recognized for the future tax consequences attributable to differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax bases and operating loss and tax credit carryforwards. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. Valuation reserves are established to the extent the future benefit from the deferred tax assets realization is uncertain. The effect on deferred tax assets and liabilities of a change in tax rates is recognized in income in the period that includes the enactment date.

EMPLOYEE BENEFIT OBLIGATIONS - The Company provides pension and health care insurance for certain domestic retirees and employees of its discontinued operations. These obligations have been included in continuing operations as the Company expects to retain these obligations. The Company also provides retirement related benefits for certain foreign employees. The Company measures the costs of its obligation based on actuarial determinations. The net periodic costs are recognized as employees render the services necessary to earn the post-retirement benefit.

Several assumptions and statistical variables are used in the models to calculate the expense and liability related to the plans. Assumptions about the discount rate, the expected rate of return on plan assets and the future rate of compensation increases are determined by the Company. Note 11 includes disclosure of these rates on a weighted-average basis, encompassing the plans.

The actuarial models also use assumptions on demographic factors such as
retirement, mortality and turnover. The Company believes the assumptions are
within accepted guidelines and ranges. However, these actuarial assumptions
could vary materially from actual results due to economic events and different
rates of retirement, mortality and withdrawal.

Deferred pension costs are actuarially determined and are amortized on a
straight-line basis over the expected periods to be benefited, which currently
is 15 years.

STOCK OPTION PLAN - The Company applies the intrinsic-value-based method of
accounting prescribed by Accounting Principles Board (APB) Opinion No. 25,
"Accounting for Stock Issued to Employees," and related interpretations
including Financial Accounting Standard Board (FASB) Interpretation No. 44,
"Accounting for

                                    26

<PAGE>

Certain Transactions involving Stock Compensation," an interpretation of APB
Opinion No. 25, issued in March 2000, to account for its fixed-plan stock
options. Under this method, compensation expense is recorded on the date of
grant only if the current market price of the underlying stock exceeded the
exercise price. As allowed by Statement of Financial Accounting Standards No.
123 (SFAS No. 123), "Accounting for Stock-Based Compensation", as amended by
Statement of Financial Accounting Standards No. 148 (SFAS No. 148), "Accounting
for Stock-Based Compensation - Transition and Disclosure", the Company has
elected to continue to apply the intrinsic-value-based method, and has adopted
only the disclosure requirements of SFAS No. 123. Therefore, no compensation
expense has been recognized for the stock option plans. SFAS No. 123, amended by
SFAS No. 148, requires the Company to disclose pro forma net income and pro
forma earnings per share amounts as if compensation expense was recognized for
options granted after 1995. Using this approach, net loss and loss per share
would have been increased to the pro forma amounts indicated in the table:

<TABLE>
<CAPTION>

|  | YEAR ENDED DECEMBER 31, | | |
| --- | --- | --- | --- |
|  | 2004 (restated) | 2003 (restated) | 2 (res |
| <S> | <C> | <C> | <C> |
| Net Income (loss) as reported............... | $ 147,826 | $(5,045,322) | $(21,7 |
| Deduct: total stock-based employee compensation expense determined under fair value based method for all awards, net of related tax effects................ | (245,040) | (173,987) | (1 |
| Pro forma net loss.......................... | $ (97,214) | $(5,219,309) | $(21,9 |
| Earnings (loss) per share: |  |  |  |
| Basic-as reported........................... | $ .03 | $ (0.98) | $ |
| Basic-pro forma............................. | $ (.02) | $ (1.02) | $ |

</TABLE>

Reported basic and diluted earnings are the same for all periods presented.

For disclosure purposes, the fair value of each stock option granted is
estimated on the date of grant using the Black-Scholes option-pricing model with
the following weighted average assumptions:

|  | 2004 | 2003 | 2002 |
|---|---|---|---|
| Dividend yield.............. | 2.0% | 2.1% | 2.2% |
| Expected volatility.......... | 78.0% | 66.9% | 55.4% |
| Risk-free interest rate...... | 4.3% | 4.2% | 3.7% |
| Expected life (years)........ | 6.3 | 6.3 | 6.2 |

The Black-Scholes option-pricing model was developed for use in estimating the
fair value of traded options that have no vesting restrictions and are fully
transferable. In addition, option-pricing models require the input of subjective
assumptions, including the expected stock price volatility. Because the
Company's options have characteristics different from those of traded options,
in the opinion of management, the existing models do not necessarily provide a
reliable single measure of the fair value of its options.

RESEARCH AND DEVELOPMENT COSTS - Research and development costs, net of customer
funding amounted to $1.6 million, $2.1 million and $1.2 million in 2004, 2003
and 2002, respectively. Such costs are charged to expense when incurred.

27

<PAGE>

The following table sets forth development costs associated with customer
funding:

|  | YEARS ENDED DECEMBER 31, | | |
|---|---|---|---|
|  | 2004 | 2003 | 2002 |
| Total cost incurred.......... | $ 435,000 | $ 746,000 | $ -- |
| Amount funded by customers... | (366,000) | (469,000) | -- |
| Net expense.................. | $ 69,000 | $ 346,000 | -- |

EARNINGS (LOSS) PER SHARE - Basic earnings (loss) per share are computed by
dividing net income (loss) by the weighted average number of shares of common
stock outstanding during the year. Diluted earnings per common share reflect the
potential dilution of securities that could share in the earnings.

COMPREHENSIVE INCOME (LOSS) - Comprehensive income (loss) consists of net income
(loss), foreign currency translation adjustments, minimum pension liability
adjustments, and derivative financial instrument gains and is presented in the
consolidated statements of shareholders' equity.

NEW ACCOUNTING PRONOUNCEMENTS

In December 2004, the Financial Accounting Standards Board (FASB) issued
Statement of Financial Accounting Standard (SFAS) No. 123R, SHARE-BASED
COMPENSATION, which supersedes Accounting Principles Board (APB) Opinion No. 25,
ACCOUNTING FOR STOCK ISSUED TO EMPLOYEES, and its related implementation

guidance. SFAS No. 123R focuses primarily on accounting for transactions in which an entity obtains employee services through share-based payment transactions. SFAS No. 123R requires a public entity to measure the cost of employee services received in exchange for the award of equity investments based on the fair value of the award at the date of grant. The cost will be recognized over the period during which an employee is required to provide services in exchange for the award. SFAS No. 123R is effective as of the beginning of the first interim or annual reporting period that begins after June 15, 2005. The impact on net earnings as a result of the adoption of SFAS No. 123R, from a historical perspective, can be found in Note 1 to the Consolidated Financial Statements of this Annual Report. We are currently evaluating the provisions of SFAS No. 123R and will adopt it on July 1, 2005, as required.

In November 2004, the FASB issued SFAS No. 151, INVENTORY COSTS, which amends the guidance in Accounting Research Bulletin (ARB) No. 43, Chapter 4, INVENTORY PRICING, to clarify the accounting for abnormal amounts of idle facility expense, freight, handling costs, and wasted material. SFAS No. 151 requires that those items be recognized as current-period charges regardless of whether they meet the criterion of "so abnormal." In addition, SFAS No. 151 requires allocation of fixed production overheads to the costs of conversion be based on the normal capacity of the production facilities. SFAS No. 151 is effective for fiscal years beginning after June 15, 2005. We are currently evaluating the provisions of SFAS No. 151 and will adopt it as required.

In December 2004, the FASB issued SFAS No. 153, EXCHANGES OF NONMONETARY ASSETS. SFAS No. 153 is an amendment to APB Opinion No. 29, ACCOUNTING FOR NONMONETARY TRANSACTIONS. SFAS No. 153 eliminates the exception for nonmonetary exchanges of similar productive assets and replaces it with a general exception for exchanges of nonmonetary assets that do not have commercial substance. We are currently evaluating the provisions of SFAS No. 153 and will adopt it on July 1, 2005, as required.

2. RESTATEMENT OF FINANCIAL STATEMENTS

We have restated our consolidated financial statements for the years 2000 through 2004 (the "Restatement"). The determination to restate these financial statements was made after errors were discovered in May, 2005. In addition, certain disclosures in other notes to our consolidated financial statements have been restated to reflect the Restatement adjustments. In the Restatement, we have:

   o Corrected the accounting for certain research and development expenditures
     that were erroneously capitalized to the balance sheet by recording charges
     to the statement of operations.
   o Reversed amortization expense related to the erroneously capitalized
     research and development expenditures.
   o Adjusted income tax reserves as a function of the impact on pre-tax income
     relating to the correction of accounting for certain research and
     development expenditures noted above.

28

<PAGE>

The Restatement narrative below includes only the 2002, 2003, and 2004 audited amounts as well as the impact of prior period Restatement amounts on beginning retained earnings at January 1, 2002.

The Restatement reduced our earnings before income taxes for 2002 and 2003 by

$314,000 and $98,000, respectively. For 2004, the Restatement increased our earnings before income taxes by $49,000.

The 2002 Restatement was comprised of a $24,000 reduction in cost of sales to reverse amortization expense and a $338,000 charge to research and development expense to reverse capitalized research and development costs. The 2003 Restatement was comprised of a $347,000 reduction in cost of sales to reverse amortization expense, a $37,000 charge to general and administrative expense to reverse capitalized engineering support costs, and a $408,000 charge to research and development expense to reverse capitalized research and development costs. The 2004 Restatement was comprised of a $193,000 reduction in cost of sales to reverse amortization expense, a $15,000 charge to general and administrative expense to reverse capitalized engineering support costs, and a $129,000 charge to research and development expense to reverse capitalized research and development costs.

The impact of the Restatement on the consolidated statements of operations for these periods is shown on the accompanying table. The quarterly impact of the Restatement for 2003 and 2004 is presented in the note, "Supplementary Quarterly Data."

The Restatement decreased beginning retained earnings for the year ended December 31, 2001 presented on our consolidated statements of stockholders' equity from $23,297,000 as previously reported to $23,004,000 as restated. This $293,000 decrease, net of tax of $127,000 represented the cumulative impact of restating 2000 and 2001 for the accounting errors described above.

The Restatement had no impact on historical cash balances. For 2002 the Restatement had no impact on net cash provided by operating activities. For 2003 the Restatement decreased net cash provided by operating activities by $418,000 with an offsetting reduction in cash used in investing activities of $418,000. For 2004 the Restatement decreased net cash provided by operating activities by $118,000 with an offsetting reduction in cash used in investing activities of $118,000.

The following tables present the effect of the Restatement on the consolidated statements of operations (in thousands except for per share data).

                                  29
<PAGE>

<TABLE>
<CAPTION>

| | For the |
|---|---|
| | ------- |
| | As Presented |
| | ------------ |
| <S> | <C> |
| Sales, net.................................................... | $35,183 |
| Cost of sales................................................. | 27,314 |
| | ------- |
| Gross profit.................................................. | 7,869 |
| Operating expenses: | |
| Selling expense............................................... | 3,934 |

| | |
|---|---:|
| General and administrative expense | 5,482 |
| Impairment of long term assets | 488 |
| Research and development expense | 1,487 |
| | ------- |
| Total operating expenses | 11,391 |
| Gain on sale of asset | 3,110 |
| | ------- |
| Operating loss | (412) |
| Interest expense | (465) |
| Interest income | 2 |
| Other (income) expense, net | (61) |
| | ------- |
| Loss from continuing operations before income taxes, discontinued operations and change in accounting principle | (814) |
| Income tax expense | 1,144 |
| | ------- |
| Loss from continuing operations before discontinued operations and change in accounting principle | (1,958) |
| Income from discontinued operations, net of income taxes | 1,369 |
| Extraordinary gain from discontinued operations | 684 |
| | ------- |
| Net income (loss) | $    95 |
| | ======= |

| | |
|---|---:|
| Basic earnings (loss) per share: | |
| Continuing operations | $   (.38) |
| Discontinued operations | .27 |
| Extraordinary gain from discontinued operations | .13 |
| | ------- |
| Net income (loss) | $    .02 |
| | ======= |
| Diluted income (loss) per share: | |
| Continuing operations | $   (.38) |
| Discontinued operations | .27 |
| Extraordinary gain from discontinued operations | .13 |
| | ------- |
| Net income (loss) | $    .02 |
| | ======= |

</TABLE>

30

<PAGE>


<TABLE>
<CAPTION>

| | For the |
|---|---:|
| | ------- |
| | As Presented |
| | ------------ |
| <S> | <C> |
| Sales, net | $36,202 |
| Cost of sales | 27,985 |
| | ------- |

```
Gross profit......................................................    8,217

Operating expenses:
Selling expense...................................................    3,649
General and administrative expense................................    5,222
Impairment of long term assets....................................      379
Research and development expense..................................    1,763
                                                                    -------
    Total operating expenses......................................   11,013

Operating loss....................................................   (2,796)

Interest expense..................................................     (533)
Interest income...................................................        8
Other (income) expense, net.......................................      129
                                                                    -------
Loss from continuing operations before income taxes and
    discontinued operations.......................................   (3,450)
Income tax expense (benefit)......................................      511
                                                                    -------
Loss from continuing operations before discontinued operations....   (3,961)
Loss from discontinued operations, net of income taxes............   (1,013)
                                                                    -------
Net income (loss).................................................  $(4,974)
                                                                    =======


Basic earnings (loss) per share:
    Continuing operations.........................................  $  (.77)
    Discontinued operations.......................................     (.20)
                                                                    --------
    Net income (loss).............................................  $  (.97)
                                                                    =======

Diluted income (loss) per share:
    Continuing operations.........................................  $  (.77)
    Discontinued operations.......................................     (.20)
                                                                    -------
    Net income (loss).............................................  $  (.97)
                                                                    =======
```

</TABLE>

31

<PAGE>


<TABLE>
<CAPTION>

| | For the |
| | ------- |
| | As Presented |
| | ------------ |
| <S> | <C> |
| Sales, net......................................................... | $ 34,975 |
| Cost of sales...................................................... | 26,835 |
| | -------- |

```
Gross profit..................................................................     8,140

Operating expenses:
Selling expense..............................................................     3,667
General and administrative expense...........................................     5,630
Impairment of long term assets...............................................       --
Research and development expense.............................................       848
                                                                              --------
    Total operating expenses................................................    10,145

Operating loss...............................................................    (2,005)

Interest expense.............................................................      (720)
Interest income..............................................................        34
Other (income) expense, net..................................................       (30)
                                                                              --------
Loss from continuing operations before income taxes,
    discontinued operations and change in accounting principle...............    (2,661)
Income tax expense (benefit).................................................    (1,078)
                                                                              --------
Loss from continuing operations before discontinued operations
    and change in accounting principle.......................................    (1,583)
Income (loss) from discontinued operations, net of income taxes....          (10,544)
Income (loss) before change in accounting principle..................          (12,127)
                                                                              --------
Cumulative effect of change in accounting principle..................           (9,428)
                                                                              --------
Net income (loss)............................................................  $(21,555)
                                                                              ========


Basic earnings (loss) per share:
    Continuing operations....................................................  $(  .31)
    Discontinued operations..................................................    (2.06)
    Accounting principle change..............................................    (1.84)
                                                                              --------
      Net income (loss)......................................................  $  (4.21)
                                                                              ========

Diluted income (loss) per share:
    Continuing operations....................................................  $   (.31)
    Discontinued operations..................................................    (2.06)
    Accounting principle change..............................................    (1.84)
                                                                              --------
      Net income (loss)......................................................  $  (4.21)
                                                                              ========
```

</TABLE>


32

<PAGE>


The following tables present the effect of the Restatement on the consolidated
balance sheet for December 31, 2004 and 2003 respectively (in thousands).

<TABLE>
<CAPTION>

|  | As Presented |
|---|---|
| <S> | <C> |
| ASSETS | |
| Cash | $    246 |
| Restricted cash | 450 |
| Accounts receivable | 4,997 |
| Inventories | 4,288 |
| Refundable income tax | -- |
| Other current assets | 379 |
| Assets of discontinued operations | 6,834 |
| | -------- |
| Total current assets | 17,194 |
| | |
| Property, plant and equipment | |
| Land | 171 |
| Buildings and improvements | 1,733 |
| Machinery and equipment | 26,498 |
| | -------- |
| | 28,402 |
| Less accumulated depreciation | (20,402) |
| | -------- |
| Net property, plant and equipment | 8,000 |
| | |
| Goodwill | 5,265 |
| Other assets, net | 1,261 |
| | -------- |
| Total assets | $ 31,720 |
| | ======== |
| | |
| LIABILITIES AND SHAREHOLDERS' EQUITY | |
| Current liabilities | |
| Notes Payable | $  3,740 |
| Checks written in excess of cash | 665 |
| Current maturities of long-term debt | 1,458 |
| Accounts payable | 2,212 |
| Federal, state and foreign income taxes | 179 |
| Customers' advance payments on contracts | 75 |
| Liabilities of discontinued operations | 4,267 |
| Other accrued liabilities | 2,639 |
| | -------- |
| Total current liabilities | 15,235 |
| | |
| Other post-retirement benefit obligations | 2,710 |
| Deferred income taxes | 144 |
| Accrued pension liability | 901 |
| | |
| Shareholders' equity | |
| Common shares | 5,645 |
| Additional paid-in capital | 12,026 |
| Accumulated deficit | (3,136) |
| Accumulated other comprehensive loss | (540) |
| | -------- |
| | 13,995 |
| Less: treasury stock | (1,265) |
| | -------- |
| Total shareholders' equity | 12,730 |

```
                                                                 --------
Total liabilities and shareholders' equity.........................  $ 31,720
                                                                 ========
```

</TABLE>

                                        33

<PAGE>


<TABLE>
<CAPTION>

|                                                          | As Presented |
|----------------------------------------------------------|--------------|
|                                                          | ------------ |
| <S>                                                      | <C>          |
| ASSETS                                                   |              |
| Cash.....................................................| $     194    |
| Restricted cash..........................................|       431    |
| Accounts receivable......................................|     4,538    |
| Inventories..............................................|     5,710    |
| Refundable income tax....................................|       728    |
| Other current assets.....................................|       480    |
| Deferred income taxes....................................|       890    |
| Asset held for sale......................................|       540    |
| Assets of discontinued operations........................|     5,729    |
|                                                          |   --------   |
| Total current assets.....................................|    19,240    |
|                                                          |              |
| Property, plant and equipment                            |              |
| Land.....................................................|       171    |
| Buildings and improvements...............................|     1,733    |
| Machinery and equipment..................................|    26,353    |
|                                                          |   --------   |
|                                                          |    28,257    |
| Less accumulated depreciation............................|   (18,621)   |
|                                                          |   --------   |
| Net property, plant and equipment........................|     9,636    |
|                                                          |              |
| Goodwill.................................................|     5,265    |
| Other assets, net........................................|     1,253    |
|                                                          |   --------   |
| Total assets.............................................|  $ 35,394    |
|                                                          |   ========   |
|                                                          |              |
| LIABILITIES AND SHAREHOLDERS' EQUITY                     |              |
| Current liabilities                                      |              |
| Notes Payable............................................|  $  6,271    |
| Checks written in excess of cash.........................|       331    |
| Current maturities of long-term debt.....................|     1,967    |
| Accounts payable.........................................|     2,758    |
| Federal, state and foreign income taxes..................|        37    |
| Customers' advance payments on contracts.................|       172    |
| Liabilities of discontinued operations...................|     4,265    |
| Other accrued liabilities................................|     3,416    |
|                                                          |   --------   |
| Total current liabilities................................|    19,217    |
|                                                          |              |
| Other post-retirement benefit obligations................|     2,827    |
```

| | |
|---|---|
| Deferred income taxes | 123 |
| Accrued pension liability | 791 |
| | |
| Shareholders' equity | |
| Common shares | 5,645 |
| Additional paid-in capital | 12,026 |
| Accumulated deficit | (3,231) |
| Accumulated other comprehensive loss | (739) |
| | -------- |
| | 13,701 |
| Less: treasury stock | (1,265) |
| | -------- |
| Total shareholders' equity | 12,436 |
| | -------- |
| Total liabilities and shareholders' equity | $ 35,394 |
| | ======== |

</TABLE>

<center>34</center>

<PAGE>

## 3. DISCONTINUED OPERATIONS

The Company has embarked on a strategy to focus on its Precision Miniature Medical and Electronics Products markets for future growth.

Consistent with this strategy, the Company completed its planned sale of its Tire Holders, Lifts and Related Products segment in July of 2003. This segment consisted of one wholly owned subsidiary, Deuer Manufacturing, Inc. (Deuer) that operated on a stand alone basis. The net purchase price of $6.6 million was determined by negotiations between the parties. The Company recognized a gain of approximately $1.5 million, net of tax, on the transaction. Proceeds from the transaction were used primarily to reduce the Company's outstanding bank debt. The Company accounted for the plan to sell the subsidiary as a discontinued operation beginning in 2002.

The following table shows the results of operations of Deuer:

| | YEARS ENDED DECEMBER 31, | |
|---|---|---|
| | 2003 | 2002 |
| | ---- | ---- |
| | (in thousands) | |
| Sales, net | $ 8,522 | $16,783 |
| Operating costs and expenses | 8,520 | 15,077 |
| | ------- | ------- |
| Operating income | 2 | 1,706 |
| Other income, net (including gain on sale) | 1,491 | 6 |
| | ------- | ------- |
| Income before income taxes | 1,493 | 1,712 |
| Income tax expense (benefit) | (6) | 619 |
| | ------- | ------- |
| Net income from discontinued operations | $ 1,499 | $ 1,093 |
| | ======= | ======= |

The Company's Heat Technology segment consisted of three components: a primary

custom-engineered furnace business, a small furnace business, and a burners and components business.

Primary Custom-Engineered Furnace Business - In the fourth quarter of 2002, the Company disposed of the assets held by Selas SAS (Paris, France), together with the stock of its subsidiary, Selas U.K. (Derbyshire, United Kingdom). These subsidiaries formed the Company's large custom-engineered furnaces division used primarily in the steel and glass industries worldwide. The furnaces designed by this division were custom-engineered to meet customer specific requirements. The purchase price was approximately $645,000 above the net asset value at the time of sale, and the $645,000 was paid at closing in 2002. The buyer assumed the underlying liabilities. In addition, the purchaser acquired a receivable of $1.5 million ((euro)1,290,000) representing 85 percent of a receivable due on a completed construction contract. The Company agreed to repurchase that portion of the receivable that was not collected by May 2003. During 2003, the following was determined:
- -   Liabilities assumed by the buyer exceeded assets by approximately $548,000;
- -   Selas SAS collected approximately $489,000 from assets sold to the buyer, but did not remit these funds to the buyer prior to its insolvency; and
- -   Selas SAS collected $350,000 on the receivable assumed by the purchase, but did not remit the funds to the buyer prior to insolvency.
As a result of these events, including the insolvency of the Company's French subsidiary, the Company agreed to a settlement with the buyer pursuant to which the Company agreed to pay approximately $2,540,000 ((euro)2,180,000) to the buyer, payable in an initial installment of $466,000 ((euro)400,000) plus monthly installment of approximately $125,000 per month ((euro)100,000). The December 31, 2003, balance sheet reflected a net outstanding liability of $796,000 related to the above matter. The Company paid this liability in 2004, and the receivable on the aforementioned construction contract has been collected. As of December 31, 2004, no additional liability related to this matter exists.


                                        35

<PAGE>

Small Furnace Business - In July 2003, the Company's subsidiary Selas SAS, filed insolvency in France and is under the control of a French insolvency court administrator. Selas SAS and its subsidiaries constituted the Company's small furnace business. Because Selas SAS and its subsidiaries are no longer under the control of the Company, their results of operations are excluded from the continuing operations and the historical financial information has been reclassified to reflect these subsidiaries as discontinued operations.

Burners and Components Business - In 2003, the Company initiated its plan to sell the remainder of its Heat Technology segment and has classified it as a discontinued operation. This segment consisted of the operating assets of Selas Corporation of America located in Dresher, Pennsylvania, Nippon Selas located in Tokyo, Japan and Selas Waermetechnik in Ratingen, Germany. In the third quarter of 2004, Selas Corporation of America reacquired Selas Waermetechnik GmbH, which was previously part of Selas SAS. Selas SAS filed insolvency in August of 2003 (note 3). The Company recorded an extraordinary gain of approximately $684,000 on the reacquisition of Selas Waermetechnik, GmbH (note 4). In the first quarter of 2005, the Company sold the remainder of its Heat Technology segment. The total purchase price was approximately $3.6 million, subject to adjustment, of which approximately $2.7 million was paid in cash and $900,000 was paid in the form of a subordinated promissory note (note 18).

The following table shows the results of operations of the Company's Heat Technology segment:

```
<TABLE>
<CAPTION>
                                                                    YEARS ENDED
                                                                    -----------
                                                            2004              2
                                                            ----              -
                                                                        (in tho
<S>                                                         <C>         <C>
Sales, net..................................................  $  9,732     $ 18,
Operating costs and expenses................................    8,263       19,
                                                            --------     -----
Operating income (loss).....................................    1,469          (
Other expense, net (including loss on abandonment)..........      (10)       (3,
                                                            --------     -----
Income (loss) from operations before income tax (benefit)....    1,459       (3,
Income tax expense (benefit)................................       90        (1,
                                                            --------     -----
Net income (loss ) from discontinued operations before
    extraordinary gain and change in accounting principle...    1,369       (2,
Extraordinary gain..........................................      684
                                                            --------     -----
Net income (loss ) from discontinued operations before change
    in accounting principle.................................    2,053       (2,
Cumulative effect of change in accounting principle..........       --
                                                            --------     -----
Net income (loss) from discontinued operations...............  $  2,053     $ (2,
                                                            ========     =====
</TABLE>
```

The following table shows the component assets and liabilities of the Heat
Technology business segment:

|                                  | DECEMBER 31, | |
|----------------------------------|----------|----------|
|                                  | 2004 | 2003 |
|                                  | (in thousands) | |
| Current assets                   | $6,479 | $5,346 |
| Property plant and equipment, net| 216 | 247 |
| Other assets                     | 139 | 137 |
| Total assets                     | $6,834 | $5,729 |
| Current liabilities              | $2,422 | $2,259 |
| Other liabilities                | 1,845 | 2,007 |
| Total liabilities                | $4,267 | $4,266 |

Certain notes to these consolidated financial statements have been restated to
reflect the Company's presentation of what constitutes its discontinued
operations.

36

```
<PAGE>
```

4. ACQUISITIONS

In the third quarter of 2004, the Company reacquired Selas Warmetechnik GmbH, which was previously part of Selas SAS. Selas SAS filed insolvency in August of 2003. Since that time Selas Waermetechnik GmbH was under the control of a French court administrator. The Company owned the rights to the Selas name and the technology for the European market. This enabled the Company to reacquire the subsidiary for the minimal amount of $10,500 and record an extraordinary gain within discontinued operations of approximately $684,000 on the acquisition. The components of the gain are illustrated in the following table.

| | |
|---|---:|
| Fair market value of assets acquired | $1,060,666 |
| Fair market value of liabilities assumed | (366,528) |
| Net fair market value acquired | 694,138 |
| Purchase price | 10,508 |
| Gain on acquisition | $ 683,630 |

The Company sold the subsidiary during the first quarter of 2005, as part of its Burners and Components business (note 18); therefore it has classified the segment as a discontinued operation and, accordingly, has reclassified the historical data.

5. GEOGRAPHIC INFORMATION

The geographical distribution of long-lived assets and net sales to geographical areas for the years ended December 31, 2004, 2003 and 2002 are set forth below:

LONG-LIVED ASSETS

| | 2004 (restated) | 2003 (restated) | 2002 (restated) |
|---|---:|---:|---:|
| United States...... | $13,041,036 | $14,624,054 | $16,727,354 |
| Other............. | 658,072 | 679,248 | 621,180 |
| Consolidated...... | $13,699,108 | $15,303,302 | $17,348,534 |

Long-lived assets consist primarily of property and equipment, goodwill and other intangibles. The Company capitalizes long-lived assets pertaining to the production of specialized parts. These assets are periodically reviewed to assure the net realizable value from the estimated future production based on forecasted sales exceeds the carrying value of the assets. In 2004, the Company recorded an impairment from abandonment of long-term assets of $488,000 based on analysis of future cash flows; in 2003, an impairment from abandonment of long-term assets of $379,000 was recorded.

NET SALES TO GEOGRAPHICAL AREAS

| | 2004 | 2003 | 2002 |
|---|---:|---:|---:|
| United States.......... | $23,016,596 | $23,114,839 | $20,175,564 |
| Germany................ | 2,299,733 | 1,921,226 | 1,657,598 |
| Singapore.............. | 2,045,673 | 2,180,837 | 1,162,104 |
| Switzerland............ | 1,332,322 | 694,265 | 480,832 |

| | | | |
|---|---|---|---|
| Canada................. | 1,225,414 | 1,735,565 | 1,579,251 |
| United Kingdom......... | 886,183 | 834,585 | 158,000 |
| Hong Kong.............. | 862,588 | 1,684,001 | 612,862 |
| China.................. | 862,314 | 854,302 | 76,100 |
| Japan.................. | 643,628 | 546,602 | 1,209,584 |
| France................. | 201,369 | 149,000 | 2,780,196 |
| All other countries.... | 1,806,792 | 2,485,942 | 5,082,511 |
| | ----------- | ----------- | ----------- |
| Consolidated........... | $35,182,612 | $36,202,164 | $34,974,602 |
| | =========== | =========== | =========== |

37

<PAGE>

Geographic net sales are allocated based on the location of the customer. All
other countries include net sales primarily to various countries in Europe and
in the Asian Pacific.

In 2004 and 2002, no one customer accounted for more than 10 percent of the
Company's consolidated net sales. During 2004 the top five customers accounted
for approximately $12 million or 34 percent of the Company's consolidated net
sales. In 2003 Sonic Innovations, one of the Company's hearing-health customers
accounted for $4.5 million or 12.4 percent of the Company's consolidated net
sales.

6. GOODWILL AND OTHER INTANGIBLE ASSETS

As of January 1, 2002, the Company adopted SFAS No. 142, "Goodwill and Other
Intangible Assets." Statement 142 set forth new financial and reporting
standards for the acquisition of intangible assets, other than those acquired in
a business combination, and for goodwill and other intangible assets subsequent
to their acquisition. This accounting standard requires that goodwill no longer
be amortized but tested for impairment on a periodic basis. The Company
discontinued the amortization of goodwill effective January 1, 2002. The
provisions of Statement 142 also required the completion of a transitional
impairment test with any impairment identified accounted for as a cumulative
effect of a change in accounting principle. As of the date of adoption, the
Company had unamortized goodwill from continuing operations in the amount of
$14,693,000. The Company determined the goodwill was impaired and recognized an
impairment charge of $9,428,000. The charge was recognized as a cumulative
change in accounting principle in the 2002 consolidated statement of operations.
Within its discontinued Heat Technology operations, The Company also determined
goodwill had been impaired and wrote off the remaining net goodwill of
$1,124,000. The combined net charge totaled $10,552,000. Changes in the
estimated future cash flows from these businesses could have a significant
impact on the amount of any future impairment, if any.

Prior to the adoption of Statement 142, the Company assessed the recoverability
of intangible assets by determining whether the amortization of the balance over
its remaining life could be recovered through projected undiscounted future cash
flows of the business for which the intangible assets arose. No impairment was
recognized in prior years. In accordance with Statement 142, the Company
discontinued amortization of goodwill effective January 1, 2002.

A reconciliation of previously reported net earnings (loss) per share adjusted

for goodwill, net of the related income tax effects, follows:

|  | DECEMBER 31, 2002 (restated) |
|---|---|
| Net loss before accounting change................... | $(12,358,843) |
| Cumulative effect in change in accounting.......... | (9,428,354) |
| Adjusted net loss.................................... | $(21,787,197) |
| Earnings per share: | |
|     Net loss before accounting change.............. | $ (2.41) |
|     Cumulative effect of change in accounting...... | (1.84) |
|     Adjusted net loss................................ | $ (4.25) |

There was no change in the carrying amount of goodwill from continuing operations for the years ended December 31, 2004 and 2003.

After taking into consideration the growth in the overall hearing health, professional audio and medical markets during 2004, revised future industry estimates, and the overall market capitalization of the Company, the earnings forecast for the next five years was revised and indicated no additional impairment charge was required in 2004. The fair value was estimated using the expected present value of future cash flows. In determining the discount factor, the Company took into consideration its size, factors for other public companies in similar markets and qualitative factors in developing discount rates.

38

<PAGE>

7. INVENTORIES

Inventories consist of the following:

|  | RAW MATERIALS | WORK-IN PROCESS | FINISHED PRODUCTS AND COMPONENTS | TOTAL |
|---|---|---|---|---|
| DECEMBER 31, | | | | |
| 2004 | | | | |
| Domestic...... | $1,635,079 | $ 668,059 | $ 863,320 | $3,166,458 |
| Foreign....... | 605,115 | 340,647 | 175,423 | 1,121,185 |
|    Total....... | $2,240,194 | $1,008,706 | $1,038,743 | $4,287,643 |
| 2003 | | | | |
| Domestic...... | $2,222,071 | $1,248,009 | $ 931,912 | $4,401,992 |
| Foreign....... | 864,056 | 302,489 | 141,105 | 1,307,650 |
|    Total....... | $3,086,127 | $1,550,498 | $1,073,017 | $5,709,642 |

8. NOTES PAYABLE AND LONG-TERM DEBT

NOTES PAYABLE
Notes payable at December 31, 2004, and 2003 are summarized below:

|  | 2004 | 2003 |
|---|---|---|
| Notes payable: |  |  |
| Short term borrowings, Europe........ | $    -- | $1,473,618 |
| Short-term borrowings, domestic..... | 3,171,447 | 4,258,253 |
| Short-term borrowings, Singapore.... | 568,946 | 538,792 |
| Total notes payable................. | $3,740,393 | $6,270,663 |

In July 2003, the Company's French subsidiary, Selas SAS filed insolvency in
France. Short-term debt in the amount of $7,852,000 was assumed by domestic
operations. $6,378,000 was subsequently paid against the facility from proceeds
of the sale of its Tire Holder and Lift business. European borrowings had
pertained to Selas SAS, the Company's French subsidiary that filed insolvency.
This debt was guaranteed by the Company and has been transferred to domestic
operations subsequent to December 31, 2003. During 2004, the debt was refinanced
and is now included with the Company's long term debt.

For domestic operations, the maximum amounts of short-term borrowings and bank
guarantees at any month end were $6,462,000 in 2004, $13,270,000 in 2003, and
$11,365,000 in 2002. The average short-term borrowings and bank guarantees
outstanding during 2004, 2003 and 2002 amounted to $3,681,000, $10,227,000 and
$9,512,000, respectively. The average short-term interest rates in 2004, 2003
and 2002 for outstanding borrowings were 7.2 percent, 4.2 percent, and 5.2
percent, respectively.

The maximum amounts of short-term borrowings on the domestic facility at any
month end in 2004 were $3,685,000. The average short-term borrowings outstanding
during 2004 were $3,205,000. The average short-term interest rate on the
facility in 2004 was 7.30 percent.

A subsidiary of The Company located in Singapore has three credit facilities
with a combined limit totaling $1,098,000, of which $553,000 was outstanding at
December 31, 2004. Maximum borrowings were $553,000 and average borrowings were
$413,000. Borrowings under the three facilities on December 31, 2004, carried an
average interest rate of 5.34 percent, payable monthly. The Singapore credit
facilities have no specific term date, but are reviewed annually.

39

<PAGE>

LONG-TERM DEBT
Long-term debt at December 31, 2004, and 2003 is summarized below:

|  | 2004 | 2003 |
|---|---|---|
| Long-term debt: |  |  |
| Term loans, domestic........ | $1,458,204 | $1,966,800 |
| Less: current maturities... | 1,458,204 | 1,966,800 |

```
$       --        $       --
==========        ==========
```

In 2004, the Company consolidated its short-term European and some of its
domestic borrowings into a $5,508,000 domestic term loan. The terms of the
domestic loan agreement required quarterly principal payments of $300,000 on the
term loan. In addition, as required by the loan agreement, the Company paid down
a large portion of this loan using proceeds from the sale of its property in
Dresher, Pennsylvania. At December 31, 2004, the domestic borrowings under the
credit agreement bore interest, payable monthly, at 8.25 percent (prime plus 3.0
percent).


CREDIT FACILITIES

In 2004, the Company did not meet certain covenants during the first, and fourth
quarters, for which it obtained waivers from the bank.

On March 30, 2005, the Company entered into amended agreements for its domestic
revolver and long-term debt. The new facility provides the Company with a
revolving credit limit of $4.5 million which was reduced to $4.0 million upon
the sale of burners and components business in the first quarter of 2005. A
portion of the proceeds from the sale of the Burners and Components business was
used to payoff the approximately $1.5 million outstanding principal balance on
the term loan. These facilities expire on April 1, 2006. The interest rate on
these facilities is prime plus 3.0 percent, the terms of the agreement increase
this rate to prime plus 3.5 percent on July 1, 2005, prime plus 4.0 percent on
October 1, 2005 and prime plus 4.5 percent on January 1, 2006.

A commitment fee of .25% per annum is payable on the unborrowed portion of the
revolving credit facility. In addition, the Company was required to pay a
commitment fee of $45,000, of which $25,000 was due upon closing, with $5,000
due at the end of each of the next four quarters.

In connection with the amended agreement, the Company has pledged as collateral
substantially all of the assets of its domestic subsidiaries with a book value
totaling approximately $8.6 million.

The domestic term loan and the revolving credit facility are secured by the
Company's domestic assets and the Company's domestic subsidiaries' stock. The
agreements contain restrictive covenants regarding the payment of cash
dividends, incurrence of additional debt, issuance of equity, maintenance of
working capital, net worth, shareholders' equity, and capital equipment
expenditures along with the maintenance of certain financial ratios. The Company
and its domestic subsidiaries are required to maintain consolidated tangible
capital funds of at least $6.5 million, a consolidated current ratio of at least
1.0, and a consolidated fixed charge coverage ratio of at least 1.0 on a
year-to-date basis, which will be calculated excluding mandatory principal
repayments. In addition the Company is required to maintain a ratio of
consolidated total liabilities to consolidated tangible capital funds of 3.0,
which was reset to 2.25 after the sale of the Burners and Components business in
the first quarter of 2005. At December 31, 2004, the Company was in compliance
with all covenants of the amended agreement. Management believes that the
Company will be able to maintain the amended covenants through April 1, 2006.

The Company's ability to pay the principal and interest on its indebtedness as
it comes due will depend on the Company's current and  future performance.
Performance is affected by general economic conditions and by financial,
competitive, political, business and other factors. Many of these factors are

beyond the Company's control. The Company believes that the amended credit facility combined with funds expected to be generated from operations, the sale of assets, the available borrowing capacity through its revolving credit loan facilities, the potential sale of certain assets curtailment of the dividend payment and control of

                                        40

<PAGE>

capital spending will be sufficient to meet its anticipated cash requirements for operating needs through April 1, 2006. If, however, the Company does not generate sufficient cash or complete such financings on a timely basis, we may be required to seek additional financing or sell equity on terms which may not be available or which may be available only on unfavorable terms. No assurance can be given that any refinancing, additional borrowing or sale of equity will be possible when needed or that the Company will be able to negotiate acceptable terms. In addition, the Company's access to capital is affected by prevailing conditions in the financial and equity capital markets, as well as its own financial condition.

The fair value of the Company's debt is estimated using standard pricing models that take into consideration the present value of future cash flows as of the balance sheet date. Since the interest rates on the majority of the Company's long-term debt at December 31, 2004, were renegotiated in March 2005 and mature within 16 months of the balance sheet date, the carrying value approximates the fair value.


9. OTHER ACCRUED LIABILITIES

Other accrued liabilities at December 31, 2004, and 2003 are as follows:

|  | 2004 | 2003 |
|---|---|---|
| Salaries, wages and commissions........................ | $1,889,769 | $1,522,232 |
| Taxes, including payroll withholdings and | | |
|   excluding income taxes............................... | 45,112 | 48,788 |
| Accrued severance benefits............................. | 100,000 | 175,000 |
| Accrued professional fees............................. | 230,756 | 281,223 |
| Amount due buyer of French subsidiary (see note 3).. | -- | 796,130 |
| Other................................................. | 373,252 | 593,107 |
|  | $2,638,889 | $3,416,480 |


10. DOMESTIC AND FOREIGN INCOME TAXES

Domestic and foreign income taxes (benefits) are comprised as follows:

|  | YEARS ENDED DECEMBER 31, | | |
|---|---|---|---|
|  | 2004 (restated) | 2003 (restated) | 2002 (restated) |

Current

|                | | | |
|----------------|-----------:|-----------:|-----------:|
| Federal        | $    45,433 | $   (709,294) | $   (697,283) |
| State          | 5,500       | 6,521        | (74,530)     |
| Foreign        | 183,248     | 39,632       | (163,477)    |
|                | 234,181     | (663,141)    | (935,290)    |
| Deferred       |             |              |              |
| Federal        | 890,230     | 510,318      | (194,115)    |
| State          | --          | 556,962      | (30,152)     |
| Foreign        | 15,386      | 80,460       | --           |
|                | 905,616     | 1,147,740    | (224,267)    |
| Income taxes (benefit) | $ 1,139,797 | $   484,599 | $(1,159,557) |

|                                                    | | | |
|----------------------------------------------------|-----------:|-----------:|-----------:|
| Income (loss) before income taxes is as follows:   |            |            |            |
| Foreign                                            | $   663,685 | $   373,595 | $   (433,396) |
| Domestic                                           | (1,429,125) | (3,908,538) | (2,528,461)  |
|                                                    | $  (765,440) | $(3,547,786) | $(2,974,700) |

41

<PAGE>

The following is a reconciliation of the statutory federal income tax rate to
the effective tax rate based on income (loss):

|                                        | YEARS ENDED 31 | | |
|----------------------------------------|--------------------:|--------------------:|--------------------:|
|                                        | 2004 (restated) | 2003 (restated) | 2002 (restated) |
| Tax provision at statutory rate        | 34.0%           | 34.0%           | 34.0%           |
| Change in valuation allowance          | (187.0)         | (48.7)          | --              |
| Effect of foreign tax rates            | 3.5             | .1              | .4              |
| State taxes net of federal benefit     | (.6)            | (.2)            | 3.1             |
| Tax benefits related to export sales   | 3.6             | 1.6             | 1.9             |
| Other                                  | (2.4)           | (.4)            | (.4)            |
| Domestic and foreign income tax rate   | (148.9)%        | (13.6)%         | 39.0%           |

The tax effects of temporary differences that give rise to significant portions
of the deferred tax assets and deferred tax liabilities at December 31, 2004,
and 2003 are presented below:

```
<TABLE>
<CAPTION>


<S>                                                                          <C>
Deferred tax assets:
     Net operating loss carry forwards.........................................  $ 5,
     Post-retirement benefit obligations.........................................   1,
     Goodwill amortization.....................................................
     State income taxes........................................................
     Inventory reserves........................................................
     Guarantee obligations and estimated future costs of service accruals.....
     Compensated absences, principally due to accrual for financial
       reporting purposes......................................................
     Other.....................................................................   ----

       Total gross deferred tax assets.........................................    9,
       Less:  valuation allowance..............................................    8,
                                                                                  ----
       Net deferred tax assets.................................................
                                                                                  ----

Deferred tax liabilities:
     Plant and equipment, principally due to differences in depreciation and
       capitalized interest....................................................   (
     Other.....................................................................   (
                                                                                  ----
     Total gross deferred tax liabilities......................................   (
                                                                                  ----
     Net deferred tax assets (liabilities).....................................  $ (
                                                                                  ====

</TABLE>

Domestic and foreign deferred taxes are comprised as follows:
<TABLE>
<CAPTION>
DECEMBER 31, 2004                                           FEDERAL           STATE
                                                           -------           -----
<S>                                                        <C>               <C>

Current deferred asset..................................   $     --          $     --
Non-current deferred asset (liability)..................         --                --
                                                           ---------         -------

Net deferred tax asset (liability)......................   $     --          $     --
                                                           =========         =======


  DECEMBER 31, 2003                                         FEDERAL           STATE
                                                           -------           -----

Current deferred asset..................................   $ 890,230         $     --
Non-current deferred asset (liability)..................         --                --
                                                           ---------         -------

Net deferred tax asset..................................   $ 890,230         $     --
                                                           =========         =======

</TABLE>
```

42

<PAGE>

The net change in the total valuation allowance for the year ended December 31, 2004 was an increase of approximately $1.1 million. A portion of the 2004 net operating loss from continuing operations was utilized to offset income from discontinued operation and, therefore, is not included in the effective tax rate reconciliation. As a result, the change in the valuation allowance reflected in the disclosure of deferred tax assets and liabilities does not agree to the change reflected in the effective tax rate reconciliation. The valuation allowance is maintained against deferred tax assets which the Company has determined are not likely to be realized. In addition, the Company has net operating loss carryforwards for Federal tax purposes of approximately $16.4 million that begin to expire in 2022. Subsequently recognized tax benefits, if any, relating to the valuation allowance for deferred tax assets or realization of net operating loss carryforwards will be reported in the consolidated statements of operations.

In assessing the realizability of deferred tax assets, management considers whether it is more likely than not that some portion or all of the deferred tax assets will not be realized. The ultimate realization of deferred tax assets is dependent upon the generation of future taxable income during the periods in which those temporary differences become deductible. Management considers the scheduled reversal of deferred tax liabilities, historical taxable income including available net operating loss carryforwards to offset taxable income, and projected future taxable income in making this assessment. Based upon the level of historical taxable income and projections for future taxable income over the periods which the deferred tax assets are deductible, along with reasonable and prudent tax planning strategies and the expiration dates of carryforwards, management believes it is more likely than not the Company will realize the benefits of these deductible differences, net of the existing valuation allowances, at December 31, 2004.

11. EMPLOYEE BENEFIT PLANS

The Company has defined contribution plans for most of its domestic employees. Under these plans, eligible employees may contribute amounts through payroll deductions supplemented by employer contributions for investment in various investments specified in the plans. The Company contribution to these plans for 2004, 2003 and 2002 was $267,796, $277,378 and $276,769 respectively.

The Company provides post-retirement medical benefits to certain domestic full-time employees who meet minimum age and service requirements. In 1999, a plan amendment was instituted which limits the liability for post-retirement benefits beginning January 1, 2000 for certain employees who retire after that date. This plan amendment resulted in a $1.1 million unrecognized prior service cost reduction which will be recognized as employees render the services necessary to earn the post-retirement benefit. The Company's policy is to pay the cost of these post-retirement benefits when required on a cash basis. The Company also has provided certain foreign employees with retirement related benefits.

The following table presents the amounts recognized in the Company's consolidated balance sheet at December 31, 2004 and 2003 for post-retirement medical benefits:

|  | 2004 | 2003 |
|---|---|---|
| Change in Projected Benefit Obligation |  |  |
| Projected benefit obligation at January 1.......... | $ 2,142,274 | $ 2,016,995 |
| Service cost (excluding administrative expenses).. | 25,246 | 25,461 |

```
Interest cost..........................................    110,231        131,506
Amendments.............................................       --             --
Actuarial (gain) loss.................................   (177,901)       124,093
Benefits paid.........................................   (178,217)      (155,781)
                                                        -----------    -----------

Projected benefit obligation at December 31.......     1,921,633      2,142,274
                                                        -----------    -----------


Change in Fair Value of Plan Assets
Employer contribution.................................    178,217        155,781
Benefits paid.........................................   (178,217)      (155,781)
                                                        -----------    -----------

Fair value of plan assets at December 31..........         --             --
                                                        -----------    -----------


Funded status.........................................  1,921,633      2,142,274
Unrecognized net actuarial gain (loss)............      (42,760)      (135,141)
Unrecognized prior service cost....................    (745,713)       820,284
                                                        -----------    -----------

Accrued post-retirement benefit cost.............    $ 2,710,106    $ 2,827,417
                                                        ===========    ===========
```

<center>43</center>

<PAGE>

Accrued post-retirement medical benefit costs are classified as other
post-retirement benefit obligations as of December 31, 2004 and 2003.

Net periodic post-retirement medical benefit costs for 2004, 2003 and 2002
include the following components:

<TABLE>
<CAPTION>

|  | 2004 | 2003 | 2 |
|---|---|---|---|
|  | ---- | ---- | - |
| <S> | <C> | <C> | <C> |
| Service cost ......................................... | $ 25,246 | $ 25,461 | $ 29, |
| Interest cost......................................... | 110,231 | 131,506 | 132, |
| Amortization of unrecognized prior service cost... | (74,571) | (71,575) | (71, |
|  | --------- | --------- | ------ |
| Net periodic post-retirement medical benefit cost. | $ 60,906 | $ 85,392 | $ 90, |
|  | ========= | ========= | ====== |

</TABLE>

For measurement purposes, a 10.0% annual rate of increase in the per capita cost
of covered benefits (i.e., health care cost trend rate) was assumed for 2004;
the rate was assumed to decrease gradually to 5% by the year 2009 and remain at
that level thereafter. The health care cost trend rate assumption may have a
significant effect on the amounts reported. For example, increasing the assumed
health care cost trend rates by one percentage point in each year would increase
the accumulated post-retirement medical benefit obligation as of December 31,
2004 by $180,095 and the aggregate of the service and interest cost components
of net periodic post-retirement medical benefit cost for the year ended December
31, 2004 by $13,861.

The assumptions used years ended December 31 were as follows:

|                                                      | 2004    | 2003    |
|------------------------------------------------------|---------|---------|
| Annual increase in cost of benefits                  | 10.00%  | 11.00%  |
| Discount rate used to determine year-end obligations | 5.75%   | 6.00%   |
| Discount rate used to determine year-end expense     | 6.00%   | 6.75%   |

The following benefit payments, which reflect expected future service, are
expected to be paid:

| 2005 | $ 178,412 |
|------|-----------|
| 2006 | $ 175,558 |
| 2007 | $ 163,888 |
| 2008 | $ 163,160 |
| 2009 | $ 164,423 |
| Years 2010 - 2014 | $ 759,595 |

The Company provides retirement related benefits to former executive employees
and to certain employees of foreign subsidiaries. The liabilities established
for these benefits at December 31, 2004 and 2003 are illustrated below.

|                                | 2004      | 2003      |
|--------------------------------|-----------|-----------|
| Current portion                | $ 104,861 | $ 104,861 |
| Long term portion              | 795,852   | 685,757   |
| Total liability at December 31 | $ 900,713 | $ 790,618 |

                                    44

<PAGE>


12. CURRENCY TRANSLATION ADJUSTMENTS

All assets and liabilities of foreign operations are translated into U.S.
dollars at prevailing rates of exchange in effect at the balance sheet date.
Revenues and expenses are translated using average rates of exchange for the
year. The functional currency of the Company's foreign operations is the
currency of the country in which the entity resides; such currencies are the
European euro, and the Singapore dollar. Adjustments resulting from the process
of translating the financial statements of foreign subsidiaries into U.S.
dollars are reported as a separate component of shareholders' equity, net of
tax, where appropriate. As a result of the insolvency of the Company's French
subsidiary Selas SAS, a considerable amount of Euro denominated debt, has been
recorded by the parent company. This debt is adjusted as of the balance sheet
date to reflect fluctuations in the Euro exchange rate. Gains and losses arising
from foreign currency transactions are reflected in the consolidated statements
of operations as incurred. This debt was refinanced in 2004, as a result, as of
December 31, 2004 the Company no longer has any Euro denominated debt. Foreign
currency transaction amounts included in the statements of operation include a
gain of $14,000 in 2004 and losses of $141,000 and $23,000 in 2003 and 2002,
respectively

45

<PAGE>

13. COMMON STOCK AND STOCK OPTIONS

Under the various plans, executives, employees and outside directors receive
awards of options to purchase common stock. Under all awards, the terms are
fixed at the grant date. Generally, the exercise price equals the market price
of the Company's stock on the date of the grant. Options under the plans
generally vest from one to five years, and the option's maximum term is 10
years. Options issued to directors vest from one to three years.

Stock option activity during the periods indicated is as follows:

| | Number of Shares | Weighted-average Exercise Price |
|---|---|---|
| Outstanding at January 1, 2002 | 619,400 | $6.63 |
| Options forfeited | (100,350) | 5.99 |
| Options granted | 192,500 | 1.99 |
| Outstanding at December 31, 2002 | 711,550 | $5.48 |
| Options forfeited | (93,400) | 7.34 |
| Options expired | (151,250) | 5.32 |
| Options granted | 75,000 | 3.05 |
| Outstanding at December 31, 2003 | 541,900 | $4.86 |
| Options forfeited | (127,000) | 3.07 |
| Options granted | 246,000 | 2.70 |
| Outstanding at December 31, 2004 | 660,900 | $4.40 |
| Exercisable at end of year | 380,215 | |
| Available for future grant at January 1, 2004 | 1,608,100 | |
| Available for future grant at December 31, 2004 | 1,489,100 | |

The weighted-average per share fair market value of options granted was $2.22,
$1.67, and $.92, in 2004, 2003, and 2002, respectively, using the Black-Scholes
option-pricing model. For more information on the assumptions used in the
Black-Scholes option-pricing model, please refer to note 1, "Stock Option Plan".

The following summarizes information about the Company's stock options
outstanding at December 31, 2004:

```
<TABLE>
<CAPTION>
                                  Outstanding Options                          Options Exe
                 ----------------------------------------------          ----------------

                                  Weighted           Weighted
    Range of        Number         Average            Average              Number
    Exercise      Outstanding      Remaining          Exercise           Exercisable
     Prices       At 12/31/04    Contractual Life       Price            At 12/31/04
    --------      -----------    ----------------       -----            -----------
<C>       <C>     <C>               <C>                <C>                  <C>
$2.05 -   2.35    233,500           8.36               $2.19                83,575
$2.93 -   3.70    233,800           7.82               $3.10               103,040
$5.35 -   5.35     57,000           1.00               $5.35                57,000
$9.06 - 10.50     136,600           4.00              $10.02               136,600
</TABLE>
```

                                        46

```
<PAGE>
```

14. QUARTERLY RESULTS OF OPERATIONS (UNAUDITED)


As described in Note 2, "Restatement of Financial Statements", we have made
corrections to our consolidated statements of operations related to accounting
for research and development cost. The effect of the Restatement on our
quarterly results of operations in 2004 and 2003 is presented in an accompanying
table.

The following is a tabulation of unaudited quarterly results of operations (in
thousands, except for per share data).

```
<TABLE>
<CAPTION>
                                                   2004 (a)
                                                   ----
                                    First        Second       Third        Fourth        F
                                    Quarter      Quarter      Quarter      Quarter       Qu
                                   (restated)   (restated)   (restated)   (restated)    (re
                                   ----------   ----------   ----------   ----------    ---

<S>                                   <C>          <C>          <C>          <C>          <
Sales, net (b)...................    $9,338       $8,354       $8,524       $ 8,965      $

Gross profit.....................     2,421        2,058        1,675        1,908

Income (loss) from continuing
    operations net of tax........      (714)       1,359         (975)      (1,576)
Income (loss) from discontinued
    operations net of tax (b).....      (79)         609          286          554
Extraordinary gain from
    discontinued operations.......       --           --          684           --
Net income (loss)................      (793)       1,968           (5)      (1,022)

Earnings (loss) per share (c):
Basic income (loss) per share
    Continuing operations.........   $ (.14)      $  .26       $ (.19)      $  (.31)     $
    Discontinued operations.......     (.02)         .12          .06          .11
    Extraordinary gain from
        discontinued operations......    ---          ---          .13          ---
```

| | | | | | |
|---|---|---|---|---|---|
| Net loss......................... | $ (.16) | $ .38 | $ -- | $ (.20) | $ |

| Diluted income (loss) per share | | | | | |
|---|---|---|---|---|---|
| Continuing operations........... | $ (.14) | $ .26 | $ (.19) | $ (.31) | $ |
| Discontinued operations......... | (.02) | .12 | .06 | .11 | |
| Extraordinary gain from discontinued operations...... | --- | --- | .13 | --- | |
| Net loss......................... | $ (.16) | $ .38 | $ -- | $ (.20) | $ |

</TABLE>

a) The effect of the Restatement on our quarterly income from continuing
   operations net of tax and our quarterly net income for 2004 was $11,000 for
   the first quarter; ($29,000) for the second quarter; ($6,000) for the third
   quarter; and $77,000 for the fourth quarter. The effect of the Restatement
   for 2003 was ($45,000) for the first quarter; $19,000 for the second
   quarter; ($68,000) for the third quarter; and $24,000 for the fourth
   quarter.

b) Per share amounts for the quarters have each been calculated separately.
   Accordingly, quarterly amounts may not add to the annual amounts because of
   differences in the average common shares outstanding during each period.
   Additionally, in regard to diluted per share amounts only, quarterly
   amounts may not add to the annual amounts.

c) The Company reclassified its Heat Technology business, as discontinued
   operations in the fourth quarter of 2004; this includes the burners and
   components portion of the business which the Company sold in the first
   quarter of 2005. The Company' Tire Holders, Lifts and Related Products
   business was also included in discontinued operations until it was sold in
   July 2003. Accordingly, the historical financial information has been
   reclassified. See note 2 to the consolidated financial statements.

47

<PAGE>

15. INCOME (LOSS) PER SHARE

The following table sets forth the computation of basic and diluted loss per
share:

<TABLE>
<CAPTION>

| | 2004 | | | 2003 | | |
|---|---|---|---|---|---|---|
| | Income Numerator | Shares Denominator | Per Share Amount | Loss Numerator | Shares Denominator | P |
| <S> | <C> | <C> | <C> | <C> | <C> | |
| BASIC LOSS PER SHARE | | | | | | |

| Income (loss) available to common shareholders | $147,826 | 5,129,214 | $ .03 | $(5,045,322) | 5,124,433 |
|---|---|---|---|---|---|
| | | | ===== | | |
| EFFECT OF DILUTIVE SECURITIES | | | | | |
| Stock options | --- | 2,627 | | --- | --- |
| | -------- | --------- | | ----------- | --------- |
| DILUTED LOSS PER SHARE | $ 47,826 | 5,131,841 | $ .03 | $(5,045,322) | 5,124,433 |
| | ======== | ========= | ===== | =========== | ========= |

</TABLE>

The Company excluded stock options of 367,800, 348,300, 0, in 2004, 2003, and 2002, respectively, from the computation of the diluted loss per share as their effect would be anti-dilutive. For additional disclosures regarding the stock options, see note 13.

16. CONTINGENCIES AND COMMITMENTS.

The Company is a defendant along with a number of other parties in approximately 123 lawsuits as of December 31, 2004, (approximately 101 lawsuits as of December 31, 2003) alleging that plaintiffs have or may have contracted asbestos-related diseases as a result of exposure to asbestos products or equipment containing asbestos sold by one or more named defendants. Due to the noninformative nature of the complaints, the Company does not know whether any of the complaints state valid claims against the Company. Certain carriers have informed the Company that the primary policies for the period August 1, 1970-1973, have been exhausted and that the carriers will no longer provide a defense under those policies. The Company has requested that the carriers substantiate this situation. The Company believes it has additional policies available for other years which have been ignored by the carriers. As settlement payments are applied to all years a litigant was deemed to have been exposed to asbestos, the Company believes when settlement payments are applied to these additional policies, the Company will have availability under the years deemed exhausted. The Company does not believe that the asserted exhaustion of the primary insurance coverage for this period will have a material adverse effect on its financial condition, liquidity, or results of operations. Management believes that the number of insurance carriers involved in the defense of the suits and the significant number of policy years and policy limits, to which these insurance carriers are insuring the Company, make the ultimate disposition of these lawsuits not material to the Company's consolidated financial position or results of operations.

The Company is also involved in other lawsuits arising in the normal course of business. While it is not possible to predict with certainty the outcome of these matters, management is of the opinion that the disposition of these lawsuits and claims will not materially affect the Company's consolidated financial position, liquidity or results of operations.

48

<PAGE>

Total rent expense for 2004, 2003 and 2002 under leases pertaining primarily to engineering, manufacturing, sales and administrative facilities, with an initial

term of one year or more, aggregated $1,156,000, $1,096,000, and $1,023,000, respectively. Remaining rentals payable under such leases are as follows: 2005 - $977,000; 2006 - $928,000; 2007 - $810,000; 2008 - $700,000; 2009 - $368,000 and thereafter - $675,000.

17. RELATED-PARTY TRANSACTIONS

One of the Company's subsidiaries leases office and factory space from a partnership consisting of three present or former officers of the subsidiary, including Mark Gorder, the President and Chief Executive Officer of the Company. The subsidiary is required to pay all real estate taxes and operating expenses. In the opinion of management, the terms of the lease agreement are comparable to those which could be obtained from unaffiliated third parties. The total rent expense incurred under the lease was approximately $368,000 for 2004, $336,000 for 2003 and $330,000 for 2002. Annual lease commitments approximate $368,000 through October 2011.

18. SUBSEQUENT EVENT

On March 31, 2005 the Company sold its burner and component business. This business consisted of the operating assets and liabilities of Selas Corporation of America (Dresher, Pennsylvania), Nippon Selas (Tokyo, Japan) and Selas Waermetechnik (Ratingen, Germany). The total purchase price was approximately $3.6 million, subject to adjustment, of which approximately $2.7 million was paid in cash and $900,000 was paid in the form of a subordinated promissory note. A portion of the proceeds from the transactions were used to pay off the Company's domestic $1.5 million term loan as required by its loan agreement. The remaining proceeds were primarily used to reduce the Company's outstanding balance on its revolving credit facility. Commensurate with the transaction, the Company reduced its maximum availability under its revolving credit facility from $4.5 million to $4 million (see note 8).

With the completed sale of the burner and components business, the Company has completed the shift from its traditional business segments to the emerging prospects in its precision miniature medical and electronic products business. To reflect the Company's redefined focus, it has changed it name to IntriCon Corporation.

19. STATEMENTS OF CASH FLOWS

Supplemental disclosures of cash flow information:

|  | YEARS ENDED DECEMBER 31, | | |
|  | 2004 | 2003 | 2002 |
|  | ---- | ---- | ---- |
| Interest received.......... | $  3,091 | $  7,455 | $ 20,990 |
| Interest paid.............. | $431,148 | $507,157 | $688,885 |
| Income taxes paid......... | $ 44,070 | $ 38,969 | $321,121 |

49

<PAGE>

REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

The Board of Directors and Shareholders
IntriCon Corporation:


We have audited the accompanying consolidated balance sheets of IntriCon
Corporation (formerly Selas Corporation of America) and subsidiaries as of
December 31, 2004 and 2003, and the related consolidated statements of
operations, shareholders' equity and comprehensive income (loss) and cash
flows for each of the years in the three-year period ended December 31, 2004.
These consolidated financial statements are the responsibility of the
Company's management. Our responsibility is to express an opinion on these
consolidated financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company
Accounting Oversight Board (United States). Those standards require that we
plan and perform the audit to obtain reasonable assurance about whether the
financial statements are free of material misstatement. An audit includes
examining, on a test basis, evidence supporting the amounts and disclosures in
the financial statements. An audit also includes assessing the accounting
principles used and significant estimates made by management, as well as
evaluating the overall financial statement presentation. We believe that our
audits provide a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above
present fairly, in all material respects, the financial position of IntriCon
Corporation and subsidiaries as of December 31, 2004 and 2003, and the results
of their operations and their cash flows for each of the years in the
three-year period ended December 31, 2004, in conformity with U.S. generally
accepted accounting principles.

As discussed in note 2 to the consolidated financial statements, the Company
has restated its consolidated financial statements as of December 31, 2004 and
2003 and for each of the years in the three-year period ended December 31,
2004.

As discussed in note 1 to the consolidated financial statements, the Company
adopted Statement of Financial Accounting Standards No. 142 "Goodwill and
Other Intangible Assets" on January 1, 2002.


/s/ KPMG LLP

Minneapolis, Minnesota
March 18, 2005, except as to notes 3, 4, 8 and 18
  which are as of March 31, 2005 and note 2 which is
  as of June 24, 2005

                                   50

<PAGE>

DIRECTORS

Michael J. McKenna
Chairman of IntriCon Board,
Retired Vice Chairman, President
and Director, Crown Cork & Seal
Company Inc.

Nicholas A. Giordano
Business Consultant,
Former Chairman and Chief Executive Officer
Philadelphia Stock Exchange

Mark S. Gorder
President and Chief Executive Officer
IntriCon Corporation

Robert N. Masucci
Chief Executive Officer, Barclay Brand
Ferndon, Inc, and Chairman of Montgomery
Capital Advisors, Inc.

EXECUTIVE OFFICERS

Mark S. Gorder
President and Chief Executive Officer,
Resistance Technology, Inc. and
President and Chief Executive Officer
IntriCon Corporation

LEGAL COUNSEL

Blank Rome LLP
Philadelphia, Pennsylvania

AUDITORS

KPMG LLP
Minneapolis, Minnesota

TRANSFER AGENT AND REGISTRAR

Stock Trans
44 West Lancaster Avenue
Ardmore, Pennsylvania 19003
www.stocktrans.com
1-800-733-1121

<PAGE>

INTRICON CORPORATION
HEADQUARTERS
1260 RED FOX ROAD
ARDEN HILLS, MINNESOTA 55112
PHONE: 651-636-9770

FAX: 651-636-8944
WWW.INTRICON.COM


Resistance Technology, Inc.                  RTI Tech PTE LTD
1260 Red Fox Road                            26 Ayer Rajah Crescent
Arden Hills, Minnesota 55112                 #04-04
www.rti-corp.com                             Singapore 139944

RTI Electronics, Inc.                        Resistance Technology Gmbh
1800 Via Burton Street                       Arabellastrasse 17/4
Anaheim, California 92806                     8000 Munich, Germany


<PAGE>


                        INTRICON CORPORATION
        WORLDWIDE HEADQUARTERS - ARDEN HILLS, MINNESOTA 55112
                PHONE 651-636-9770 FAX 651-636-8944
                        WWW.INTRICON.COM


</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-23
<SEQUENCE>3

```
<FILENAME>int052815_ex23.txt
<TEXT>
```

EXHIBIT 23

CONSENT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

The Board of Directors
IntriCon Corporation:

We consent to the incorporation by reference in the registration statement No.
33-33712 on Form S-3, and in the registration statements (No. 333-16377, No.
333-66433, and No. 333-59694) on Form S-8 of IntriCon Corporation (formerly
Selas Corporation of America) and subsidiaries of our reports dated March 18,
2005, except as to notes 3, 4, 8 and 18, which is as of March 31, 2005 and note
2 which is as of June 24, 2005, relating to the consolidated balance sheets of
IntriCon Corporation and subsidiaries as of December 31, 2004 and 2003 and the
related consolidated statements of operations, shareholders' equity and
comprehensive income (loss), and cash flows and related financial statement
schedule for each of the years in the three-year period ended December 31, 2004,
which reports are included in the December 31, 2004 annual report on Form 10-K
of IntriCon Corporation.

Our reports refer to the Company's restatement of the consolidated financial
statements as of December 31, 2004 and 2003 and for each of the years in the
three-year period ended December 31, 2004.

  As discussed in note 1 to the consolidated financial statements, the Company
  adopted Statement of Financial Accounting Standards No. 142 "Goodwill and
  Other Intangible Assets" on January 1, 2002.

/s/ KPMG LLP

Minneapolis, Minnesota
June 24, 2005

```
</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-31.1
<SEQUENCE>4
<FILENAME>int052815_ex31-1.txt
<TEXT>
```

EXHIBIT 31.1

CERTIFICATION

I, Mark S. Gorder certify that:

1. I have reviewed this annual report on Form 10-K/A of IntriCon Corporation;

2.Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) for the registrant and have:

    a)   Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b)   [Intentionally Omitted]

    c)   Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d)   Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and;

5.The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a)   All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b)   Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:  June 27, 2005                  /s/ Mark S. Gorder
                                    ----------------------------
                                    Chief Executive Officer

```
</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-31.2
<SEQUENCE>5
<FILENAME>int052815_ex31-2.txt
```

\<TEXT\>

EXHIBIT 31.2

CERTIFICATION

I, William J. Kullback certify that:

1.I have reviewed this annual report on Form 10-K/A of IntriCon Corporation;

2.Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this annual report;

4.The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) for the registrant and have:

   a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b) [Intentionally Omitted]

   c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and;

5.The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: June 27, 2005                          /s/William J. Kullback

```
                                   ----------------------------
                                   Chief Financial Officer
</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-32.1
<SEQUENCE>6
<FILENAME>int052815_ex32-1.txt
<TEXT>
```

                                                        EXHIBIT 32.1


                          CERTIFICATION PURSUANT TO
                          18 U.S.C.SECTION 1350,
                          AS ADOPTED PURSUANT TO
                   SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002



I, Mark S. Gorder, Chief Executive Officer (principal executive officer) of
IntriCon Corporation (the "Company"), certify, pursuant to Section 906 of the
Sarbanes-Oxley Act of 2002, 18 U.S.C. Section 1350, that:

     1)   the annual report on Form 10-K/A of the Company for the year ended
          December 31, 2004 (the "Report") fully complies with the requirements
          of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

     2)   the information contained in the Report fairly presents, in all
          material respects, the financial condition and results of operations of
          the Company.


Date: June 27, 2005
                                   /s/ Mark S. Gorder
                                   ------------------------------
                                   Mark S. Gorder
                                   President and Chief Executive
                                   Officer (principal executive
                                   officer)


The foregoing certification is being furnished solely pursuant to Section 906 of
the Sarbanes-Oxley Act of 2002 (Section 1350 of Chapter 63 of Title 18 of the
United States Code) and is not being filed as part of the Report or as a
separate disclosure document.

```
</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-32.2
<SEQUENCE>7
<FILENAME>int052815_ex32-2.txt
<TEXT>
```

                                                        EXHIBIT 32.2


                          CERTIFICATION PURSUANT TO
                          18 U.S.C.SECTION 1350,
                          AS ADOPTED PURSUANT TO
                   SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002

I, William J. Kullback, Chief Financial Officer (principal financial officer) of
IntriCon Corporation (the "Company"), certify, pursuant to Section 906 of the
Sarbanes-Oxley Act of 2002, 18 U.S.C. Section 1350, that:

    1)  the annual report on Form 10-K/A of the Company for the year ended
        December 31, 2004 (the "Report") fully complies with the requirements
        of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

    2)  the information contained in the Report fairly presents, in all
        material respects, the financial condition and results of operations of
        the Company.

Date: June 27, 2005

                         /s/ William J. Kullback
                         ------------------------------
                         William J. Kullback
                         Chief Financial Officer and
                         Treasurer (principal financial
                         officer)

The foregoing certification is being furnished solely pursuant to Section 906 of
the Sarbanes-Oxley Act of 2002 (Section 1350 of Chapter 63 of Title 18 of the
United States Code) and is not being filed as part of the Report or as a
separate disclosure document.

```
</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
-----END PRIVACY-ENHANCED MESSAGE-----
```