**EXHIBIT A2**

Locate Hearing Care Professional



Locate Hearing Care Professional

| | |
|---|---|
| **HEAR WELL AGAIN CENTERS**<br>HEAR WELL AGAIN CENTERS<br>3501 W CHESTER PK STE 101<br>NEWTOWN SQUARE, PA<br>19073<br>Phone: (610) 359-0200 | Map Location |
| **HANDELMAN INC**<br>3605 SILVERSIDE ROAD<br>WILMINGTON, DE<br>19810<br>Phone: (302) 478-6751 | Map Location |
| **A P MYNDERS & ASSOCIATES**<br>129 NORTH CHURCH STREET<br>WESTCHESTER, PA<br>19380<br>Phone: (610) 436-9460 | Map Location |
| **MARK BEAUGARD MD**<br>520 MAPLE AVENUE SUITE 1<br>WEST CHESTER, PA<br>19380<br>Phone: (610) 692-0800 | Map Location |
| **TRICIA DABROWSKI**<br>7 WOODHILL ROAD<br>NEWTON SQUARE, PA<br>19073<br>Phone: (484) 883-2982 | Map Location |
| **DELAWARE HEARING CONSULTANTS**<br>DELAWARE HEARING CONSULTANTS<br>PEOPLES PLAZA SUITE 28<br>NEWARK, DE<br>19702<br>Phone: (302) 836-9870 | Map Location |

Locate Hearing Care Professional

**ACCESS BALANCED COMMUNICATIO**
BALANCED COMMUNICATION
341 WEST MINER STREET
WEST CHESTER, PA
19382
Phone: (484) 880-2239

Map Location

**ELWYN INC - AUDIOLOGY**
111 ELWYN ROAD
ELWYN, PA
19063
Phone: (610) 891-2216

Map Location

**CHESTER COUNTY ENT GROUP LTD**
213 REECEVILLE ROAD STE 24
COATESVILLE, PA
19320
Phone: (610) 696- 8800

Map Location

Registered professional entrance

SONIC innovations