**EXHIBIT A3**


# Resistance Technology Inc.



| Home | What's New |

▷ Corporate Information
▷ RTI Electronics
▷ RTI Medical
▷ RTI Hearing
▷ RTI Tech



*Resistance Technology is a world leader in the field of miniaturized electronics. For over 20 years we have pioneered the field of hearing device components and systems, molded plastics, thermistors, capacitors, and other high technology products. We create lasting customer relationships by providing reliable, first-quality products, just-in-time service, and competitive prices.*



**RTI Hearing Health**
We lead the industry in advanced hearing instruments, from ultra-miniature volume controls and trimmers to programmable hearing systems, custom ICs, and ASICs.



**RTI Medical**
We design, develop and manufacture injection-molded plastics, microelectronics and micomechanical assemblies to the medical device industry.



**RTI Electronics**
We design, manufacture, and sell precision thermistor and capacitor products to a diverse international marketplace.



**RTI Tech**
We specialize in hearing aid microphone and professional audio and communications technologies