Net cash provided by financing activities of $7,063 in 2004 resulted from proceeds from (i) the collection of certain accounts receivable that were written-off prior to the acquisition and which are payable to the previous owners of our German business of $5,136; (ii) stock option exercises and shares issued under our employee stock purchase plan of $2,643; and (iii) a decrease in restricted cash, cash equivalents and marketable securities of $526. These positive cash flow items were partially offset by loan principal payments of $1,242.

Net cash provided by financing activities of $7,403 in 2003 resulted from proceeds from (i) a long-term loan (payable over 7 years) to fund the acquisition of a German distribution business of $8,445 and (ii) stock option exercises and shares issued under our employee stock purchase plan of $1,253. This was offset, in part, by repayment of long-term principal obligations of $399 and the transfer of a portion of our cash and cash equivalents to collateralize a letter of credit of $1,896.

Net cash provided by financing activities of $140 in 2002 resulted from proceeds from stock option exercises and shares issued under our employee stock purchase plan of $1,147, substantially offset by repayment of long-term principal obligations of $349 and purchases of common stock for treasury of $658. During 2002 and 2001, we repurchased a total of 874,000 shares of our common stock under a share repurchase program which authorized up to a total of 1,000,000 shares to be repurchased.

Our cash and marketable securities, including restricted amounts, totaled $32,349 as of December 31, 2004. We expect to experience growth in our operating expenses in order to execute our business plan. Accordingly, we expect that these increasing operating expenses, together with capital expenditures necessary to improve our manufacturing and development capabilities, will constitute a significant use of our cash for at least the next twelve months. In 2005, we have a number of items that will negatively affect our cash balance. The more significant items follow:

- We will have a net loss in the first quarter.

- We will pay the former owners of Sanomed money collected on accounts receivable that had been written-off prior to the acquisition. The total amount payable, including related income taxes of $2,055, will be $5,136.

- We will make an earn-out payment in connection with our 2002 acquisition in the Netherlands of $546.

- We will be purchasing a significant number of Otogram machines to both upgrade old machines in the field and place machines in primary care physicians' offices on a "per-procedure charge" basis.

- We will make payments totaling 1,000 Euro on our long-term loan.

- We will make earn-out payments in connection with the Tympany acquisition.

- We will be paying significant Tympany accounts payable balances, which we assumed in the acquisition.

In addition, we may use cash to fund acquisitions of complementary businesses and technologies. We believe that our cash and marketable securities balance will be adequate to meet our operating, working capital and investment requirements in 2005.

**Commitments.** Our contractual obligations as of December 31, 2004 were as follows:

|  | | | | For the years ending December 31, | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | | Total | | 2005 | | 2006 – 2007 | | 2008 – 2009 | | After 2009 |
| Long-term debt including interest | $ | 9,563 | $ | 1,668 | $ | 3,178 | $ | 2,966 | $ | 1,751 |
| Operating leases | | 12,842 | | 3,334 | | 5,695 | | 3,295 | | 518 |
| Purchase commitments | | 5,893 | | 5,893 | | — | | — | | — |
| Acquisition related earn-out payments (maximum) | | 3,950 | | 1,904 | | 2,046 | | — | | — |
| Minimum royalty payments | | 440 | | 120 | | 320 | | — | | — |
| Total | $ | 32,688 | $ | 12,919 | $ | 11,239 | $ | 6,261 | $ | 2,269 |

In addition to the commitments listed above, we will make earn-out payments in connection with our acquisition of Tympany according to the following schedule: 2005 – 35% of 2005 net product revenue, plus 10% of 2005 net annual hearing aid sales in excess of a base amount; 2006 – 35% of net product revenue, plus 10% of net hearing aid sales in excess of 105% of a base amount; and 2007 – 20% of the lower of 2007 or 2006 net product revenue, plus 35% of any excess of 007 net product revenue over 2006 net product revenue, plus 10% of 2006 net hearing aid sales in excess of 110% of a base amount. Payments will be made semi-annually in a combination of cash (60%) and Company common stock (40%). We also have foreign exchange forward contracts for $2,715 (2,000 Euro) and $2,328 (3,000 Australian dollars) that expire on March 31, 2005.

The Company was a defendant in a lawsuit filed in October 2000 claiming that the Company and certain of its officers and directors violated federal securities laws and, as a result, was able to complete its IPO and have its stock trade at inflated levels. In 2004, the Company settled the securities class action lawsuit for a cash payment of $7,000, which was completely funded by the Company's directors and officer's liability insurance. Accordingly, the $7,000 receivable from insurance company and the $7,000 payable for settlement of the lawsuit as of December 31, 2003 were settled in 2004.

**Recent Accounting Pronouncements.** In December 2004, the Financial Accounting Standards Board ("FASB") issued Statement of Financial Accounting Standards ("SFAS") No. 123, "Share-Based Payment," ("SFAS No. 123R"), which revised SFAS No. 123, "Accounting for Stock-Based Compensation" and superseded Accounting Principles Board ("APB") Opinion No. 25, "Accounting for Stock Issued to Employees." SFAS No. 123R requires all share-based payments to employees, including grants of employee stock options, to be recognized in the financial statements based on their fair values beginning with the first interim period after June 15, 2005, with early adoption encouraged. The pro forma disclosures previously permitted under SFAS No. 123 will no longer be an alternative to financial statement recognition. We are required to adopt SFAS No. 123R in the third quarter of 2005. Under SFAS No. 123R, we must determine the appropriate fair value model to be used for valuing share-based payments, the amortization method for compensation cost and the transition method to be used at date of adoption. The permitted transition methods include either retrospective or prospective adoption. Under the retrospective option, prior periods may be restated either as of the beginning of the year of adoption or for all periods presented. The prospective method requires that compensation expense be recorded for all unvested stock options at the beginning of the first quarter of adoption of SFAS No. 123R, while the retrospective method would record compensation expense for all unvested stock options beginning with the first period presented. We are currently evaluating the requirements of SFAS No. 123R and expect that adoption of SFAS No. 123R will have a material effect on our results of operations. We have not yet determined the method of adoption or the effect of adopting SFAS No. 123R, including whether the adoption will result in amounts that are similar to the current pro forma disclosures under SFAS No. 123.

In December 2004, the FASB issued FASB Staff Position ("FSP") No. FAS 109-1, "Application of FASB Statement No. 109, Accounting for Income Taxes, to the Tax Deduction on Qualified Production Activities Provided by the American Jobs Creation Act of 2004," indicating that this deduction should be accounted for as a special deduction in accordance with the provisions of SFAS No. 109. Beginning in 2005, we will recognize the allowable deductions as qualifying activities occur. The adoption of FSP No. FAS 109-1 did not have a material effect on our results of operations and financial position.

In December 2004, the FASB issued FSP No. FAS 109-2, "Accounting for Disclosure Guidance for the Foreign Earnings Repatriation Provision within the American Jobs Creation Act of 2004" ("the Act"). The Act introduced a special one-time dividends received deduction on the repatriation of certain foreign earnings to a U.S. taxpayer, provided certain criteria are met. FSP No. FAS 109-2 provides accounting and disclosure guidance for the repatriation provision and was effective immediately upon issuance. The adoption of FSP No. FAS 109-2 did not have a material effect on our results of operations and financial position.

In November 2004, the FASB issued SFAS No. 151, "Inventory Costs an amendment of Accounting Research Bulletin ("ARB") No. 43, Chapter 4." SFAS No. 151 amends the guidance in ARB No. 43, Chapter 4, "Inventory Pricing," to clarify the accounting for abnormal amounts of idle facility expense, handling costs and wasted material (spoilage). Among other provisions, the new rule requires that such items be recognized as current-period charges, regardless of whether they meet the criterion of "so abnormal" as stated in ARB No. 43. SFAS No. 151 is effective for fiscal years beginning after June 15, 2005. We do not expect that adoption of SFAS No. 151 will have a material effect on our results of operations and financial position.

## CRITICAL ACCOUNTING POLICIES

The methods, estimates and judgments we use in applying our most critical accounting policies have a significant impact on the results we report in our consolidated financial statements. The SEC has defined the most critical accounting policies as the ones that are most important to the portrayal of our operating results and financial condition and which require us to make our most difficult and subjective judgments, often based on matters that are highly uncertain at the time of estimation. Based on this definition, our most critical policies include: revenue recognition (including sales returns), warranty accruals, valuation of intangible assets and income taxes. Below, we discuss these policies further, as well as the estimates and judgments involved. We also have other key accounting policies and accounting estimates relating to uncollectible accounts receivable and valuation of inventory. We believe that these other key accounting policies and other accounting estimates either do not generally require us to make estimates and judgments that are as difficult or as subjective, or it is less likely that they would have a material impact on our results of operations and financial condition for a given period.

### Revenue Recognition

Sales are recognized when (i) products are shipped, except for retail hearing aid sales, which are recognized upon acceptance by the consumer, (ii) persuasive evidence of an arrangement exists, (iii) title and risk of loss has transferred, (iv) the price is fixed and determinable, (v) contractual obligations have been satisfied, and (vi) collectibility is reasonably assured. Net sales consist of product sales less provisions for sales returns, which are made at the time of sale. We analyze the rate of historical returns by geography, by product family and by model, as appropriate, when evaluating the adequacy of the provision for sales returns. If actual sales returns for any particular product or in any particular geography differ from our estimates, revisions to the sales returns and allowance reserve will be required. Revenues related to sales of separately priced extended service contracts are deferred and recognized on a straight-line basis over the contractual periods.

### Warranty Accruals

Our products are sold with warranties that require us to remedy deficiencies in quality or performance over specified periods of time. We analyze the amount of historical warranty by geography, by product family, by model and by customer, as appropriate, when evaluating the adequacy of the accrual. Warranty costs are mainly affected by product failure rates, the cost of material and labor necessary to service the product and the cost of shipping the product to and from our customers. If actual product failure rates or repair and remake costs differ from our estimates, revisions to the warranty accrual will be required.

### Valuation of Intangible Assets

We evaluate our goodwill and indefinite-lived intangible assets on an annual basis in the fourth quarter of each year. In conducting the evaluation, we apply various techniques to estimate the fair value of our reporting units. These techniques are inherently subjective and the resulting values are not necessarily representative of the values we might obtain in a sale of our reporting units to a willing third party. If this evaluation indicates that the value of the asset may be impaired, we make an assessment of the amount of the impairment. Any such impairment charge could be significant and could have a material adverse effect on our results of operations and financial position.

We evaluate our definite-lived intangible assets for indications of impairment whenever events or changes in circumstances indicate that the carrying value may not be recoverable. Definite-lived intangible assets include technology, brand names, distribution agreements, customer relationships and databases, trademarks, trade-names and covenants not to compete. Factors that could trigger an impairment review include significant under-performance relative to expected historical or projected future operating results, significant changes in the manner of our use of the acquired assets or the strategy for our overall business, or significant negative industry or economic trends. If this evaluation indicates that the value of an asset may be impaired, we make an assessment of the recoverability of the net carrying value of the asset over its remaining useful life. If the asset is not recoverable based on the estimated undiscounted future cash flows of the acquired entity or technology over the remaining amortization period, we will reduce the carrying value of the related asset to fair value and may adjust the remaining amortization period. Any such impairment charge could be significant and could have a material adverse effect on our results of operations and financial position.

**Income Taxes**

The relative proportions of our domestic and foreign income directly affect our effective income tax rate. We are also subject to changing tax laws in the multiple jurisdictions in which we operate. As of December 31, 2004, we had a valuation allowance against certain deferred income tax assets of $16,078 and a net deferred income tax liability totaling $76. We currently do not believe it is more likely than not that our results of future operations will generate sufficient taxable income to utilize certain of our net deferred income tax assets in various tax jurisdictions. We consider future taxable income and ongoing prudent and feasible tax planning strategies in assessing the need for any valuation allowance, and if we determine we would be able to realize all or part of our net deferred income tax assets in the future, we would adjust the valuation allowance in the period we make that determination. We do not provide for U.S. income taxes on the earnings of our foreign subsidiaries because they are considered permanently invested outside of the U.S.

## FORWARD–LOOKING STATEMENTS

This Form 10-K, which should be read in conjunction with the consolidated financial statements and related notes, contains forward-looking statements that involve risks and uncertainties. These statements refer to our future results, plans, objectives, expectations and intentions including statements regarding: our mission to be the best hearing health care company in the world; the long-term growth potential of the hearing aid market being significantly better than the current growth rate; negative factors impacting growth rates today to decrease in importance in the future; new distribution opportunities; product development and improvements; hearing aid prices decreasing in the future; hearing aids becoming smaller, less conspicuous and more comfortable through improvements in technology; more people who could benefit from hearing aids actually buying hearing aids in the future; significant growth of the hearing impaired population; potential acquisitions expanding our business; significant growth of hearing aid purchasers, particularly as the developed world's population ages; the market for hearing aids increasing significantly; sufficiency of our manufacturing resources; absence of a material adverse effect due to know litigation; launch of our new high-end product line, Innova, in the spring of 2005; Innova being feature rich and further improving on our digital signal processing, noise reduction and directional microphone capabilities; developing the Innova platform technology into a broad product line of full-featured hearing aids; hearing impaired persons referred from the PCP to the retailer eventually buying our hearing aids; 2005 performance being the reverse of 2004 performance with a substantial loss in the first quarter, approaching breakeven in the second quarter and profitability in the back half of the year; the Tympany acquisition being dilutive during 2005, but profitable and growing by 2006; exiting 2005 as a solidly profitable company; U.S. sales to be difficult in the first quarter 2005, but to significantly improve beginning in the second quarter 2005 with the introduction of Innova; the full year effect of the Tympany acquisition increasing 2005 domestic sales over 2004 levels; European and Rest-of-world sales increasing in 2005 and benefiting from the Innova introduction; overall average selling price decreasing until the Innova product family is introduced; unit sales increasing and resulting in better overhead absorption because little incremental overhead will be required to support the increased volume; gross margin improvement beginning in the second quarter 2005 depending on overhead absorption, purchased component and assembly costs, product returns, cost reduction efforts including out-sourcing and overall average selling price; selling, general and administrative expense increasing in dollars, but not as a percentage of sales, in 2005; selling, general and administrative expense increasing in the first quarter 2005 to introduce Innova, but stabilizing for the balance of 2005; research and development expense decreasing slightly in dollars and modestly as a percentage of sales in 2005; other income/expense being relatively minimal per quarter in 2005; growth in operating expenses and capital expenditures to improve manufacturing and development capabilities; changes in accounting treatment contemplated by SFAS 123R and SFAS 151; use of tax credits; financial instrument and customer credit risks; and sufficiency of cash to fund our operations in 2005. Our actual results could differ materially and adversely from those anticipated in such forward-looking statements.

Factors that could contribute to these differences include, but are not limited to, the following risks: we have a history of losses; we face aggressive competition in our business, mainly from six substantially larger competitors; our financial results and stock price have fluctuated in the past and may fluctuate in the future; any acquisitions that we undertake could be difficult to integrate, disrupt our business, dilute the equity of our shareholders and harm our operating results; our internal control over financial reporting may not be considered effective; we may lose a large customer or suffer a reduction in orders from a large customer and may be unable to collect significant receivable balances; we rely on several suppliers and contractors who may be unwilling or unable to meet our product, service or contracting requirements; we have high rates of returns, remakes and repairs; we must have innovative, technologically superior products to compete effectively and gain market share; our products, due to their complexity, may contain errors or defects that are discovered by our customers, thus harming our reputation and business; we may have issues with infringing on others' intellectual property; we may have issues protecting our proprietary technology; we may harm our relationships with our traditional customers by selling in non-traditional ways, such as to high volume general retail or electronics retail stores, or through ear-nose-throat physicians, or by having the primary care physician make referrals of Otogram tested hearing impaired patients through our Hearing Health Network; we are dependent on international operations, particularly in Germany and Australia, which exposes us to a variety of risks that could result in lower international sales; new accounting rules relating to stock-based compensation will negatively affect our results beginning in 2005; we could be sued for product liability; we could suffer penalties, injunctions or fines if we fail to comply with U.S. Food and Drug Administration regulations or various sales related laws; our stock price could suffer due to sales of stock by our directors and officers; and provisions in our charter documents, shareholder rights plan and Delaware law could deter any takeover of the Company. These factors are discussed in detail in the section titled, "Factors That May Affect Future Performance" included in Item 1 of this Form 10-K. Investors should understand that it is not possible to predict or identify all such factors that could cause actual results to differ from expectations, and we are under no obligation to update these factors.

## ITEM 7A.    QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

**Interest Rate Risk.** We generally invest our cash in money market funds and corporate debt securities that are subject to minimal credit and market risk considering that they are short-term (expected maturities of 18 months or less from date of purchase) and provided that we hold them to maturity, which is our intention. As of December 31, 2004, we had $21,156 held in investments in debt securities that carry an effective fixed interest rate of 2.1%. A hypothetical one percentage point change in interest rates would not have had a material effect on our liquidity, financial condition or results of operations. The interest rates on our customer advances approximates the market rates for comparable instruments and are fixed. Given current interest rates, we believe the market risks associated with these financial instruments are minimal.

**Derivative Instruments.** We enter into readily marketable forward contracts with financial institutions to minimize the short-term impact of foreign currency fluctuations on certain intercompany balances. We do not enter into these contracts for trading or speculation purposes. Gains and losses on the contracts are included in net income and offset foreign exchange gains or losses recognized on the revaluation of certain intercompany balances. Our foreign exchange forward contracts generally mature one to three months from the contract date. We entered into forward contracts for $2,715 (2,000 Euro) and $2,328 (3,000 Australian dollars) as of December 31, 2004, both of which expire on March 31, 2005.

**Foreign Currency Risk.** We face foreign currency risks primarily as a result of the revenues we derive from sales made outside the U.S., expenses incurred outside the U.S., and from intercompany account balances between our U.S. parent and our non-U.S. subsidiaries. In 2004, approximately 66% of our net sales and 50% of our operating expenses were denominated in currencies other than the U.S. dollar. Inventory purchases were transacted primarily in U.S. dollars. The local currency of each foreign subsidiary is considered the functional currency, and revenue and expenses are translated at average exchange rates for the reported periods. Therefore, our foreign sales and expenses will be higher in a period in which there is a weakening of the U.S. dollar and will be lower in a period in which there is a strengthening of the U.S. dollar. The Australian dollar, Euro, Canadian dollar, British pound sterling and Danish kroner are our most significant foreign currencies. Given the uncertainty of exchange rate fluctuations and the varying performance of our foreign subsidiaries, we cannot estimate the affect of these fluctuations on our future business, results of operations and financial condition. Fluctuations in the exchange rates between the U.S. dollar and other currencies could effectively increase or decrease the selling prices of our products in international markets where the prices of our products are denominated in U.S. dollars. We regularly monitor our foreign currency risks and may take measures to reduce the impact of foreign exchange fluctuations on our operating results. To date, we have not used derivative financial instruments for hedging, trading or speculating on foreign currency exchange, except to hedge intercompany balances. Average currency exchange rates to convert one U.S. dollar into each local currency for which we had sales of over $5,000 in 2004 were as follows:

|  | 2004 | 2003 | 2002 |
|---|---|---|---|
| Australian dollar | 1.36 | 1.54 | 1.84 |
| Euro | 0.81 | 0.89 | 1.06 |
| Danish kroner | 5.99 | 6.58 | 7.88 |

**ITEM 8.    FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA**

Financial statement information is set forth in Item 15 of this Form 10-K. Supplementary data is set forth in Item 6 of this Form 10-K.

**ITEM 9.    CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE.**

There have been no changes in and disagreements with accountants on accounting and financial disclosure.

**ITEM 9A.    CONTROLS AND PROCEDURES.**

We maintain "disclosure controls and procedures" within the meaning of Rule 13a-15(e) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). Our disclosure controls and procedures are designed to ensure that information required to be disclosed by the Company in our reports filed under the Exchange Act, such as this Form 10-K, is recorded, processed, summarized and reported within the time periods specified in the Securities and Exchange Commission's ("SEC's") rules and forms. Our disclosure controls and procedures are also designed to ensure that such information is accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, to allow timely decisions regarding required disclosure. In designing and evaluating our disclosure controls and procedures, management recognizes that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives, and management necessarily was required to apply its judgment in evaluating and implementing possible controls and procedures.

**Evaluation of Disclosure Controls and Procedures.** As of the end of the period covered by this Form 10-K, we evaluated the effectiveness of the design and operation of the Company's disclosure controls and procedures, which was done under the supervision and with the participation of our management, including our Chief Executive Officer and our Chief Financial Officer. Exhibits 31.1 and 31.2 of this Form 10-K are certifications of our Chief Executive Officer and Chief Financial Officer, which are required in accordance with Rule 13a-14(a) and Rule 15d-14(a) of the Exchange Act. This Controls and Procedures section includes the information concerning the controls evaluation referred to in the certifications and it should be read in conjunction with the certifications for a more complete understanding of the topics presented. Based on the controls evaluation, our Chief Executive Officer and Chief Financial Officer have concluded that, as of the date of their evaluation, our disclosure controls and procedures were effective to ensure that information required to be disclosed by us in the reports we file or submit under the Exchange Act is made known to management, including our Chief Executive Officer and Chief Financial Officer, and that such information is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms.

**Change in Internal Control over Financial Reporting.** There were no significant changes in our internal control over financial reporting during our most recent fiscal quarter that materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**Management's Report on Internal Control over Financial Reporting.** Our management is responsible for establishing and maintaining adequate internal control over financial reporting. Our system of internal control over financial reporting within the meaning of Rules 13a-15(f) and 15d-15(f) of the Exchange Act was designed to provide reasonable assurance to our management and board of directors regarding the preparation and fair presentation of our published financial statements in accordance with U.S. generally accepted accounting principles. All internal control systems, no matter how well designed, have inherent limitations. Therefore, even those systems determined to be effective can provide only reasonable assurance with respect to financial statement preparation and presentation.

Our management assessed the effectiveness of our system of internal control over financial reporting as of December 31, 2004. In making this assessment, we used the criteria set forth by the Committee of Sponsoring Organizations of the Treadway Commission (COSO) in Internal Control-Integrated Framework. Based on our assessment we believe that, as of December 31, 2004, our system of internal control over financial reporting is effective to provide reasonable assurance regarding the reliability of our financial reporting and the preparation of our published financial statements in accordance with U.S. generally accepted accounting principles.

**Scope of Management's Evaluation and Report on Internal Control over Financial Reporting.** The Company acquired Tympany, Inc. and several foreign retail stores during 2004. The acquired assets represented 7.2% of total consolidated assets as of December 31, 2004 and 2.4% of 2004 consolidated net sales. The Company did not conduct an assessment of the effectiveness of internal control over financial reporting for these entities as permitted by the rules and regulations of the SEC due to the proximity of their acquisition dates to our 2004 year-end.

**Attestation Report of the Independent Registered Public Accounting Firm.** KPMG LLP's report on management's assessment of the effectiveness of our system internal control over financial reporting as of December 31, 2004 is included on page F-2 of this Form 10-K.

**ITEM 9B.    OTHER INFORMATION.**

None.

**PART III**

**ITEM 10.    DIRECTORS AND EXECUTIVE OFFICERS OF THE REGISTRANT**

The information required by this item regarding Section 16(a) compliance, the Audit Committee, the Company's Code of Ethics for Principal Executive and Senior Financial Officers and background of the directors appearing under the captions "Stock Ownership," "Governance of the Company," "Election of Directors" and "Section 16(a) Beneficial Ownership Reporting Compliance" in the Company's definitive Proxy Statement for the May 5, 2005 Annual Meeting of Shareholders to be filed within 120 days after our fiscal year end of December 31, 2004 ("Proxy Statement") is hereby incorporated by reference. Information concerning our executive officers is set forth in Part I, Item 1 of this Form 10-K.

**ITEM 11.    EXECUTIVE COMPENSATION**

The information required by this item set forth under the captions "Executive Compensation and Other Information" and "Director Compensation" of the Proxy Statement is incorporated herein by reference.

**ITEM 12.    SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT**

The information required by this item set forth under the caption "Share Ownership by Certain Beneficial Owners and Management" of the Proxy Statement is incorporated herein by reference.

**ITEM 13.    CERTAIN RELATIONSHIPS AND RELATED PARTY TRANSACTIONS**

The information required by this item set forth under the caption "Certain Relationships and Related Party Transactions" of the Proxy Statement is incorporated herein by reference.

**ITEM 14.    PRINCIPAL ACCOUNTANT FEES AND SERVICES**

The information required by this item set forth under the caption "Ratification of Appointment of the Independent Auditors" of the Proxy Statement is incorporated herein by reference.

**PART IV**

**ITEM 15.    EXHIBITS AND FINANCIAL STATEMENT SCHEDULES**

(a)    LIST OF DOCUMENTS FILED AS PART OF THIS REPORT

1.    FINANCIAL STATEMENTS

The following consolidated financial statements and independent auditors' reports are included herein as a separate section beginning on page F-1 of this report:

| | Page No. |
|---|---|
| Reports of Independent Registered Public Accounting Firm | F-1 |
| Consolidated Balance Sheets as of December 31, 2004 and 2003 | F-3 |
| Consolidated Statements of Operations for the years ended December 31, 2004, 2003 and 2002 | F-4 |
| Consolidated Statements of Shareholders' Equity and Comprehensive Income for the years ended December 31, 2004, 2003 and 2002 | F-5 |
| Consolidated Statements of Cash Flows for the years ended December 31, 2004, 2003 and 2002 | F-6 |
| Notes to Consolidated Financial Statements | F-7 |

2.   FINANCIAL STATEMENT SCHEDULE

The following financial statement schedule is filed as part of this Form 10-K:

| SCHEDULE NUMBER | DESCRIPTION | PAGE NUMBER |
|---|---|---|
| II | Valuation and Qualifying Accounts | 41 |

The report of independent registered public accounting firm with respect to the Company's financial statement schedule is on page 42. All other financial statement schedules not listed have been omitted because the required information is included in the consolidated financial statements or notes thereto, or is not applicable.

3.   EXHIBITS

| Exhibit Number | Exhibit Description |
|---|---|
| 2.1[7] | Sale and Purchase Agreement Between the Selling Shareholders of Sanomed Handelsgesellschaft mbH and PALME Verwaltungsgesellschaft mbH and the registrant. |
| 2.2[8] | Agreement and Plan of Reorganization By and Among the registrant, Saxophone Merger Sub, Inc., Saxophone Acquisition Corporation, Tympany, Inc., the Shareholders of Tympany, Inc. and the Shareholder Representative. |
| 3.2[1] | Amended and Restated Bylaws and Articles of Incorporation of the registrant. |
| 10.1[1] | Form of indemnification agreement entered into by the registrant with its directors and executive officers. |
| 10.2[1]# | 1993 Stock Plan and form of agreements thereunder. |
| 10.3[5]# | 2000 Stock Plan and form of agreements thereunder. |
| 10.4[4]# | 2000 Employee Stock Purchase Plan. |
| 10.5[9]# | Form of management continuity agreement entered into by the registrant with its executive officers. |
| 10.6[3] | Preferred Stock Rights Agreement dated as of March 27, 2001 between the registrant and American Stock Transfer & Trust Company. |
| 10.7[1] | Amended and Restated License Agreement dated March 21, 2000 between the registrant and Brigham Young University. |
| 10.8[1] | Amended and Restated Exclusive License Agreement dated March 21, 2000 between the registrant and Brigham Young University. |
| 10.9[2] | Subscription Agreement between K/S HIMPP and the registrant dated September 13, 2000. |
| 10.10[2] | Patent License Agreement between K/S HIMPP and the registrant dated September 13, 2000. |
| 10.11[10]# | Management Bonus Program. |
| 10.12[1] | Lease Agreement dated April 28, 1999 between the registrant and 2795 E. Cottonwood Parkway, L.C. |
| 10.13[6] | Amendment to Lease Agreement dated April 29, 1999 between the registrant and 2795 E. Cottonwood Parkway, L.C. |
| 10.14[1]# | Letter Agreement dated May 4, 1997 between the registrant and Gregory N. Koskowich. |
| 10.15[1]# | Letter Agreement dated September 24, 1999 between the registrant and Stephen L. Wilson. |
| 21.1 | Subsidiaries of the registrant. |

| Exhibit Number | Exhibit Description |
|---|---|
| 23.1 | Consent of independent registered public accounting firm. |
| 31.1 | Certification of Chief Executive Officer pursuant to Rule 13a-14(a) and Rule 15d-14(a) of the Securities Exchange Act, as amended. |
| 31.2 | Certification of Chief Financial Officer pursuant to Rule 13a-14(a) and Rule 15d-14(a) of the Securities Exchange Act, as amended. |
| 32 | Certification of Chief Executive Officer and Chief Financial Officer Pursuant to 18 U.S.C. 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |

(1) Incorporated by reference from the registrant's Registration Statement on Form S-1 (file no. 333-30566), as amended.

(2) Incorporated by reference from the registrant's Annual Report on Form 10-K for the year ended December 31, 2000.

(3) Incorporated by reference from the registrant's Registration Statement on Form 8-A filed on April 16, 2001.

(4) Incorporated by reference from the registrant's Registration Statement on Form S-8 filed on August 16, 2002.

(5) Incorporated by reference from the registrant's Registration Statement on Form S-8 filed on August 30, 2002.

(6) Incorporated by reference from the registrant's Quarterly Report on Form 10-Q for the quarter ended June 20, 2004

(7) Incorporated by reference from the registrant's Form 8-K current report filed on May 29, 2003.

(8) Incorporated by reference from the registrant's Form 8-K Current Report filed on December 10, 2004.

(9) Incorporated by reference from the registrant's Annual Report on Form 10-K for the year ended December 31, 2003.

(10) Incorporated by reference from the registrant's Quarterly Report on Form 10-Q for the quarter ended March 31, 2004.

# Designates a management contract or compensatory plan or arrangement required to be filed as an exhibit.

(b) EXHIBITS

     See Item 15(a) 3.

(c) FINANCIAL STATEMENT SCHEDULE

     See Item 15(a) 2.

**Sonic Innovations, Inc.**
**Schedule II—Valuation and Qualifying Accounts**
**(in thousands)**

| | Year | Beginning balance | Additions | Deductions | Ending balance |
|---|---|---|---|---|---|
| Allowance for sales returns | 2004 | $ 3,487 | $ 12,595 | $ 13,267 | $ 2,815 |
| | 2003 | 2,629 | 16,782 | 15,924 | 3,487 |
| | 2002 | 2,925 | 16,004 | 16,300 | 2,629 |
| Allowance for doubtful accounts | 2004 | 1,545 | 383 | 311 | 1,617 |
| | 2003 | 930 | 652 | 37 | 1,545 |
| | 2002 | 1,196 | 311 | 577 | 930 |
| Accrued warranty | 2004 | 4,115 | 5,136 | 4,725 | 4,526 |
| | 2003 | 3,613 | 3,924 | 3,422 | 4,115 |
| | 2002 | 2,347 | 4,381 | 3,115 | 3,613 |
| Inventory reserves [1] | 2004 | 1,864 | 1,400 | 1,711 | 1,553 |
| | 2003 | 1,111 | 1,133 | 380 | 1,864 |
| | 2002 | 774 | 908 | 571 | 1,111 |
| Deferred income tax asset valuation allowances | 2004 | 14,348 | 3,648 | 1,918 | 16,078 |
| | 2003 | 15,102 | 1,470 | 2,224 | 14,348 |
| | 2002 | 15,866 | — | 764 | 15,102 |

---

[1]  Includes reserves for excess and obsolete inventory and for product (inventory) returns. Provision is made to (i) reduce excess and obsolete inventories to their estimated net realizable values and (ii) for estimated product (inventory) returns in those countries that sell hearing aids on a retail basis and recognize a sale only upon acceptance by the consumer.

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

The Board of Directors and Shareholders
Sonic Innovations, Inc.:

Under date of March 30, 2005, we reported on the consolidated balance sheets of Sonic Innovations, Inc. and subsidiaries as of December 31, 2003 and 2004, and the related consolidated statements of operations, shareholders' equity and comprehensive income, and cash flows for each of the years in the three-year period ended December 31, 2004, which are included in the Sonic Innovations, Inc. Annual Report on Form 10-K. In connection with our audits of the aforementioned consolidated financial statements, we also audited the related consolidated financial statement schedule in the Annual Report on Form 10-K. This financial statement schedule is the responsibility of the Company's management. Our responsibility is to express an opinion on this financial statement schedule based on our audits.

In our opinion, such financial statement schedule, when considered in relation to the basic consolidated financial statements taken as a whole, presents fairly, in all material respects, the information set forth therein.

/s/   KPMG LLP

Salt Lake City, Utah
March 30, 2005

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this Report to be signed on its behalf by the undersigned, thereunto duly authorized.

SONIC INNOVATIONS, INC.

Date:   March 30, 2005

By:     _____/s/   ANDREW G. RAGUSKUS_____
        **Andrew G. Raguskus**
        **President and Chief Executive Officer**
        **(Principal Executive Officer)**

By:     _____/s/   STEPHEN L. WILSON_____
        **Stephen L. Wilson**
        **Senior Vice President and Chief Financial Officer and**
        **Secretary (Principal Financial Officer)**

By:     _____/s/   MICHAEL M. HALLORAN_____
        **Michael M. Halloran**
        **Vice President and Corporate Controller**
        **(Principal Accounting Officer)**

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following directors and officers on behalf of the registrant on March 30, 2005.

By:     _____/s/   ANDREW G. RAGUSKUS_____
        **Andrew G. Raguskus**
        **President and Chief Executive Officer and Director**

By:     _____/s/   STEPHEN L. WILSON_____
        **Stephen L. Wilson**
        **Senior Vice President and Chief Financial Officer and Secretary**

By:     _____/s/   MICHAEL M. HALLORAN_____
        **Michael M. Halloran**
        **Vice President and Corporate Controller**

By:     _____/s/   JAMES M. CALLAHAN_____
        **James M. Callahan, Director**

By:     _____/s/   LEWIS S. EDELHEIT_____
        **Lewis S. Edelheit, Director**

By:     _____/s/   KEVIN J. RYAN_____
        **Kevin J. Ryan, Director**

By:     _____/s/   LAWRENCE C. WARD_____
        **Lawrence C. Ward, Director**

By:     _____/s/   SAMUEL L. WESTOVER_____
        **Samuel L. Westover, Director**

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

The Board of Directors and Shareholders
Sonic Innovations, Inc.:

We have audited the accompanying consolidated balance sheets of Sonic Innovations, Inc. and subsidiaries as of December 31, 2004 and 2003, and the related consolidated statements of operations, shareholders' equity and comprehensive income, and cash flows for each of the years in the three-year period ended December 31, 2004. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of Sonic Innovations, Inc. and subsidiaries as of December 31, 2004 and 2003, and the results of their operations and their cash flows for each of the years in the three-year period ended December 31, 2004, in conformity with U.S. generally accepted accounting principles.

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the effectiveness of Sonic Innovations, Inc.'s internal control over financial reporting as of December 31, 2004, based on criteria established in Internal Control—Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO), and our report dated March 30, 2005, expressed an unqualified opinion on management's assessment of, and the effective operation of, internal control over financial reporting.

/s/  KPMG LLP

Salt Lake City, Utah
March 30, 2005

F-1

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

The Board of Directors and Shareholders
Sonic Innovations, Inc.:

We have audited management's assessment, included in the accompanying Management's Report on Internal Control over Financial Reporting appearing under Item 9A, that Sonic Innovations, Inc. maintained effective internal control over financial reporting as of December 31, 2004, based on criteria established in Internal Control—Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). Sonic Innovations, Inc.'s management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting. Our responsibility is to express an opinion on management's assessment and an opinion on the effectiveness of the Company's internal control over financial reporting based on our audit.

We conducted our audit in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, evaluating management's assessment, testing and evaluating the design and operating effectiveness of internal control, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

In our opinion, management's assessment that Sonic Innovations, Inc. maintained effective internal control over financial reporting as of December 31, 2004, is fairly stated, in all material respects, based on criteria established in Internal Control—Integrated Framework issued by COSO. Also, in our opinion, Sonic Innovations, Inc. maintained, in all material respects, effective internal control over financial reporting as of December 31, 2004, based on criteria established in Internal Control—Integrated Framework issued by COSO.

Sonic Innovations, Inc. acquired Tympany, Inc. and several foreign retail stores (the "acquired entities") during 2004, and management excluded from its assessment of the effectiveness of Sonic Innovations, Inc.'s internal control over financial reporting as of December 31, 2004, the acquired entities' internal control over financial reporting associated with total assets of $8.3 million and total net sales of $2.4 million included in the consolidated financial statements of Sonic Innovations, Inc. and subsidiaries as of and for the year ended December 31, 2004. Our audit of internal control over financial reporting of Sonic Innovations, Inc. also excluded an evaluation of the internal control over financial reporting of the acquired entities.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the consolidated balance sheets of Sonic Innovations, Inc. and subsidiaries as of December 31, 2004 and 2003, and the related consolidated statements of operations, shareholders' equity and comprehensive income, and cash flows for each of the years in the three-year period ended December 31, 2004, and our report dated March 30, 2005, expressed an unqualified opinion on those consolidated financial statements.

/s/  KPMG LLP

Salt Lake City, Utah
March 30, 2005

**SONIC INNOVATIONS, INC.**

**CONSOLIDATED BALANCE SHEETS**
**(in thousands, except per share data)**

| | December 31, | |
|---|---|---|
| | 2004 | 2003 |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 8,221 | $ 8,630 |
| Marketable securities | 10,482 | 8,565 |
| Restricted cash, cash equivalents and marketable securities | 10,571 | 5,989 |
| Accounts receivable, net | 16,092 | 16,232 |
| Inventories | 9,799 | 9,361 |
| Prepaid expenses and other | 2,969 | 2,492 |
| Receivable from insurance company | — | 7,000 |
| Total current assets | 58,134 | 58,269 |
| Long-term marketable securities | 2,321 | 4,165 |
| Restricted long-term marketable securities | 754 | 5,863 |
| Property and equipment, net | 10,086 | 6,493 |
| Goodwill | 27,326 | 19,911 |
| Indefinite-lived intangible assets | 7,646 | 7,061 |
| Definite-lived intangible assets, net | 7,328 | 3,529 |
| Other assets | 1,691 | 1,705 |
| **Total assets** | $ 115,286 | $ 106,996 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Current portion of long-term loan | $ 1,364 | $ 1,255 |
| Payable to former owners of acquired businesses | 3,627 | — |
| Payable for settlement of lawsuit | — | 7,000 |
| Accounts payable | 8,315 | 5,081 |
| Accrued payroll and related expenses | 3,085 | 3,166 |
| Accrued warranty | 4,526 | 4,115 |
| Deferred revenue | 5,455 | 2,773 |
| Other accrued liabilities | 5,419 | 6,533 |
| Total current liabilities | 31,791 | 29,923 |
| Long-term loan, net of current portion | 7,161 | 7,845 |
| Deferred revenue, net of current portion | 4,444 | 3,058 |
| Other liabilities | 787 | 1,117 |
| Total liabilities | 44,183 | 41,943 |
| Commitments and contingencies (Notes 2, 6 and 12) | | |
| Shareholders' equity: | | |
| Common stock, $0.001 par value; 70,000 shares authorized; 22,178 and 21,170 shares issued, respectively | 22 | 21 |
| Additional paid-in capital | 118,135 | 114,685 |
| Deferred stock-based compensation | (8) | (36) |
| Accumulated deficit | (50,797) | (51,208) |
| Accumulated other comprehensive income | 7,524 | 5,364 |
| Treasury stock; 974 shares at cost | (3,773) | (3,773) |
| Total shareholders' equity | 71,103 | 65,053 |
| **Total liabilities and shareholders' equity** | $ 115,286 | $ 106,996 |

*See accompanying notes to consolidated financial statements.*

**SONIC INNOVATIONS, INC.**

**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**

| | For the Years Ended December 31, | | |
| --- | --- | --- | --- |
| | 2004 | 2003 | 2002 |
| Net sales | $ 98,534 | $ 87,690 | $ 68,018 |
| Cost of sales | 45,005 | 41,326 | 32,613 |
| Gross profit | 53,529 | 46,364 | 35,405 |
| Selling, general and administrative expense | 43,368 | 36,941 | 28,435 |
| Research and development expense | 9,710 | 9,767 | 8,348 |
| Operating profit (loss) | 451 | (344) | (1,378) |
| Other income, net | 38 | 1,537 | 1,476 |
| Income before income taxes | 489 | 1,193 | 98 |
| Provision for income taxes | 78 | 817 | 66 |
| Net income | $ 411 | $ 376 | $ 32 |
| Basic and diluted earnings per common share: | | | |
| Basic | $ 0.02 | $ 0.02 | $ 0.00 |
| Diluted | $ 0.02 | $ 0.02 | $ 0.00 |
| Weighted average number of common shares outstanding: | | | |
| Basic | 20,733 | 19,941 | 19,595 |
| Diluted | 22,152 | 20,971 | 20,869 |

*See accompanying notes to consolidated financial statements.*

F-4

SONIC INNOVATIONS, INC.

CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY
AND COMPREHENSIVE INCOME
(in thousands)

| | Common Stock | | Additional Paid-In Capital | Deferred Stock-based Compensation | Accumulated Deficit | Accumulated Other Comprehensive Income (Loss) | Treasury Stock | Total Shareholders' Equity |
|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | | | | | | |
| Balance, December 31, 2001 | 20,121 | $ 20 | $ 112,288 | $ (507) | $ (51,616) | $ (276) | $ (2,745) | $ 57,164 |
| Comprehensive income: | | | | | | | | |
| Net income | — | — | — | — | 32 | — | — | 32 |
| Foreign currency translation adjustment | — | — | — | — | — | 1,809 | — | 1,809 |
| Comprehensive income | | | | | | | | 1,841 |
| Exercise of stock options and warrant and employee stock purchase plan issuances | 565 | 1 | 1,146 | — | — | — | — | 1,147 |
| Treasury stock purchases, 144 shares | — | — | — | — | — | — | (658) | (658) |
| Stock-based compensation | — | — | — | 351 | — | — | — | 351 |
| Balance, December 31, 2002 | 20,686 | 21 | 113,434 | (156) | (51,584) | 1,533 | (3,403) | 59,845 |
| Comprehensive income: | | | | | | | | |
| Net income | — | — | — | — | 376 | — | — | 376 |
| Foreign currency translation adjustment | — | — | — | — | — | 3,831 | — | 3,831 |
| Comprehensive income | | | | | | | | 4,207 |
| Exercise of stock options and employee stock purchase plan issuances | 484 | — | 1,253 | — | — | — | — | 1,253 |
| Treasury stock acquired in acquisition, 100 shares | — | — | — | — | — | — | (370) | (370) |
| Stock-based compensation | — | — | (2) | 120 | — | — | — | 118 |
| Balance, December 31, 2003 | 21,170 | 21 | 114,685 | (36) | (51,208) | 5,364 | (3,773) | 65,053 |
| Comprehensive income: | | | | | | | | |
| Net income | — | — | — | — | 411 | — | — | 411 |
| Foreign currency translation adjustment | — | — | — | — | — | 2,160 | — | 2,160 |
| Comprehensive income | | | | | | | | 2,571 |
| Exercise of stock options and employee stock purchase plan issuances | 812 | 1 | 2,642 | — | — | — | — | 2,643 |
| Issuance of common stock in connection with an acquisition | 196 | — | 808 | — | — | — | — | 808 |
| Stock-based compensation | — | — | — | 28 | — | — | — | 28 |
| Balance, December 31, 2004 | 22,178 | $ 22 | $ 118,135 | $ (8) | $ (50,797) | $ 7,524 | $ (3,773) | $ 71,103 |

*See accompanying notes to consolidated financial statements.*

F-5

**SONIC INNOVATIONS, INC.**

**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(in thousands)**

| | For the years ended December 31, | | |
|---|---|---|---|
| | 2004 | 2003 | 2002 |
| **Cash flows from operating activities:** | | | |
| Net income | $ 411 | $ 376 | $ 32 |
| Adjustments to reconcile net income to net cash provided by (used in) operating activities: | | | |
| Depreciation and amortization | 3,558 | 2,812 | 2,019 |
| Stock-based compensation | 28 | 118 | 351 |
| Foreign currency gains, net | (570) | (1,610) | (527) |
| Deferred income taxes | 1,898 | 290 | — |
| Changes in assets and liabilities, net of effect of acquisitions: | | | |
| Accounts receivable, net | 1,788 | (2,378) | 1,429 |
| Inventories | 840 | (340) | 801 |
| Other assets | 491 | (210) | (49) |
| Accounts payable, accrued expenses and deferred revenue | (5,095) | (1,106) | (3,375) |
| Net cash provided by (used in) operating activities | 3,349 | (2,048) | 681 |
| **Cash flows from investing activities:** | | | |
| Acquisitions and contingent consideration, net of cash acquired | (5,556) | (8,281) | (7,511) |
| Purchase of property and equipment | (5,773) | (2,292) | (2,146) |
| Investments and advances, net | 102 | 246 | (1,798) |
| Purchase of marketable securities | (15,054) | (27,281) | (70,301) |
| Proceeds from sale or maturity of marketable securities | 14,981 | 26,466 | 80,307 |
| Net cash used in investing activities | (11,300) | (11,142) | (1,449) |
| **Cash flows from financing activities:** | | | |
| Proceeds from exercise of stock options and employee stock purchase plan issuances | 2,643 | 1,253 | 1,147 |
| Proceeds from pre-acquisition receivables payable to previous owners of acquired business | 5,136 | — | — |
| Purchase of restricted marketable securities used to collateralize letter of credit | (15,849) | (1,896) | — |
| Proceeds from maturity of restricted marketable securities used to collateralize letter of credit | 16,375 | — | — |
| Proceeds from short-term loan | — | 13,000 | — |
| Principal payment on short-term loan | — | (13,000) | — |
| Proceeds from long-term obligation | — | 8,445 | — |
| Principal payments on long-term obligations | (1,242) | (399) | (349) |
| Purchase of common stock for treasury | — | — | (658) |
| Net cash provided by financing activities | 7,063 | 7,403 | 140 |
| Effect of exchange rate changes on cash and cash equivalents | 479 | 727 | 389 |
| Net decrease in cash and cash equivalents | (409) | (5,060) | (239) |
| Cash and cash equivalents, beginning of the year | 8,630 | 13,690 | 13,929 |
| Cash and cash equivalents, end of the year | $ 8,221 | $ 8,630 | $ 13,690 |
| Supplemental cash flow information: | | | |
| Cash paid during the year for interest | $ 353 | $ 92 | $ 35 |
| Cash paid during the year for income taxes | 2,480 | 65 | — |
| Supplemental disclosure of acquisition related activity: | | | |
| Fair value of assets acquired | $ 11,039 | $ 22,857 | $ 13,411 |
| Liabilities assumed | (5,521) | (9,443) | (4,695) |
| Purchase consideration | 5,518 | 13,414 | 8,716 |
| Additional purchase consideration due to achievement of milestones | 2,339 | 635 | — |
| Less: Stock issued and accrued consideration and expenses | (1,414) | — | — |
| Cash acquired in acquisitions | (887) | (5,768) | (1,205) |
| Acquisitions and contingent consideration, net of cash acquired | $ 5,556 | $ 8,281 | $ 7,511 |

*See accompanying notes to consolidated financial statements.*

F-6

## SONIC INNOVATIONS, INC.

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
#### (dollars in thousands, except per share amounts)

## NOTE 1.   NATURE OF OPERATIONS

Sonic Innovations, Inc. (the "Company") is a hearing healthcare company that designs, develops, manufacturers and markets advanced digital hearing aids intended to provide the highest levels of satisfaction for hearing impaired consumers and proprietary auditory testing equipment that automates the four most commonly performed hearing tests. Capitalizing on what it believes is an advanced understanding of human hearing, the Company has developed patented digital signal processing (DSP) technologies and embedded them in a single-chip DSP platform. In countries where the Company has direct (owned) operations, it sells directly to hearing care professionals, and in several of those countries, it sells hearing aids directly to hearing impaired consumers. In other parts of the world where the Company does not have direct operations, it sells principally to distributors.

## NOTE 2.   SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

**Principles of Consolidation.** The consolidated financial statements include the accounts of Sonic Innovations, Inc. and its wholly owned subsidiaries. All intercompany balances and transactions are eliminated in consolidation.

**Use of Estimates.** The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities as of the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. The most significant estimates affecting the financial statements are those related to allowance for doubtful accounts, sales returns, inventory obsolescence, long-lived asset impairment, warranty accruals and deferred income tax asset valuation allowances. Actual results could differ from those estimates.

**Revenue Recognition and Concentrations of Credit Risk.** Sales are recognized when (i) products are shipped, except for hearing aid retail sales, which are recognized upon acceptance by the consumer, (ii) persuasive evidence of an arrangement exists, (iii) title and risk of loss has transferred, (iv) the price is fixed and determinable, (v) contractual obligations have been satisfied, and (vi) collectability is reasonably assured. Net sales consist of product sales less provisions for sales returns, which are made at the time of sale. The Company generally has a 60-day return policy, and allowances for sales returns are reflected as a reduction of sales and accounts receivable. If actual sales returns differ from the Company's estimates, revisions to the sales returns and allowance reserve will be required. Allowances for sales returns were as follows:

|  | 2004 | 2003 | 2002 |
|---|---|---|---|
| Balance, beginning of year | $   3,487 | $   2,629 | $   2,925 |
| Provisions and acquisitions | 12,595 | 16,782 | 16,004 |
| Returns processed | (13,267) | (15,924) | (16,300) |
| Balance, end of year | $   2,815 | $   3,487 | $   2,629 |

The Company performs ongoing credit evaluations of its customers and provides for doubtful accounts. As of December 31, 2004 and 2003, allowances for doubtful accounts were $1,617 and $1,545, respectively. No single customer comprised 10% or more of net sales or accounts receivable in 2004, 2003 and 2002.

Revenues related to sales of separately priced extended service contracts are deferred and recognized on a straight-line basis over the contractual periods.

**Warranty.** The Company provides for the cost of remaking and repairing products under warranty at the time of sale. These costs are included in cost of sales. When evaluating the adequacy of the warranty reserve, the Company analyzes the amount of historical and expected warranty costs by geography, by product family, by model and by warranty period as appropriate. If actual product failure rates or repair and remake costs differ from the Company's estimates, revisions to the warranty accrual will be required.

SONIC INNOVATIONS, INC.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)
(dollars in thousands, except per share amounts)

Accrued warranty costs were as follows:

|  | 2004 | 2003 | 2002 |
|---|---|---|---|
| Balance, beginning of year | $ 4,115 | $ 3,613 | $ 2,347 |
| Provisions and acquisitions | 5,136 | 3,924 | 4,381 |
| Costs incurred | (4,725) | (3,422) | (3,115) |
| Balance, end of year | $ 4,526 | $ 4,115 | $ 3,613 |

**Cash Equivalents.** The Company considers all short-term investments purchased with an original maturity of three months or less to be cash equivalents. As of December 31, 2004 and 2003, cash equivalents consisted of certificates of deposit and money market funds totaling $5,854 and $5,917, respectively. As of December 31, 2004, the Company had pledged $11,325 of cash, cash equivalents and marketable securities as security for a long-term loan (see Note 6).

**Marketable Securities.** The Company designates the classification of its marketable securities at the time of purchase and re-evaluates this designation as of each balance sheet date. As of December 31, 2004 and 2003, the Company's investment portfolio consisted of corporate debt securities classified as held-to-maturity and was presented at its amortized cost, which approximated market value. The amortized cost of corporate debt securities is adjusted for amortization of premiums and accretion of discounts to maturity. A decline in the market value below cost that is deemed other than temporary is charged to results of operations resulting in the establishment of a new cost basis. The Company's investment policy is to purchase debt securities with (i) anticipated maturity dates of 18 months or less from the date of purchase and (ii) minimum ratings of A-1 from Standard & Poor's and P-1 from Moody's

**Inventories.** Inventories are stated at the lower of cost or market using the first-in, first-out method. The Company includes material, labor and manufacturing overhead in the cost of inventories. Provision is made (i) to reduce excess and obsolete inventories to their estimated net realizable values and (ii) for estimated product (inventory) returns in those countries that sell on a retail basis and recognize a sale only upon acceptance by the consumer. As of December 31, 2004 and 2003, inventory reserves were $1,553 and $1,864, respectively.

**Purchase Commitments.** The Company reviews its firm purchase commitments at each reporting date to determine if commitments are at prices in excess of net realizable value. To the extent such commitments exceed net realizable value, the Company's policy is to recognize a loss in the period in which an impairment in value becomes evident. There were no such losses recognized in 2004, 2003 and 2002.

**Property and Equipment.** Property and equipment are stated at cost. Depreciation is calculated using the straight-line method over the estimated useful lives, which are generally 7 years for furniture and fixtures and 3 to 5 years for machinery and equipment. Leasehold improvements are amortized over the shorter of the estimated useful lives or the lease term. Upon the retirement or other disposition of property and equipment, the cost and related accumulated depreciation or amortization are removed from the accounts. The resulting gain or loss is included in net income. Major renewals and betterments are capitalized while minor expenditures for maintenance and repairs are charged to expense as incurred.

**Impairment of Long-Lived Assets.** Long-lived tangible assets and definite-lived intangible assets are reviewed for impairment whenever events or changes in circumstances indicate that the carrying value of such assets may not be recoverable. Determination of recoverability is based on an estimate of undiscounted future cash flows resulting from the use of the asset group and its eventual disposition. Measurement of an impairment loss for such assets is based on the fair value of the asset. There were no such losses recognized in 2004, 2003 and 2002.

**Goodwill and Indefinite-Lived Intangible Assets.** Statement of Financial Accounting Standards ("SFAS") No. 142, "Goodwill and Other Intangible Assets," prohibits the amortization of goodwill and certain intangible assets that are deemed to have indefinite lives. Goodwill and indefinite-lived intangibles are required to be tested for impairment on an annual basis (and between annual tests in certain circumstances) and written down when impaired. Furthermore, SFAS No. 142 requires purchased intangible assets other than goodwill to be amortized over their useful lives unless these lives are determined to be indefinite. Based on impairment tests performed on each of the Company's acquired operations, there was no impairment of goodwill or indefinite-lived intangible assets in 2004, 2003 and 2002. The Company has chosen to perform annual impairment testing in the fourth quarter of each year. There can be no assurance that future impairment tests will not result in an impairment charge.

### SONIC INNOVATIONS, INC.

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)
### (dollars in thousands, except per share amounts)

**Shipping and Handling.** Shipping and handling revenues are included in net sales and costs are included in cost of sales.

**Research and Development.** Research and development costs, which include basic research, development of useful ideas into new products, continuing support and enhancement of existing products and regulatory and clinical activities, are expensed as incurred.

**Patents.** During 2004, 2003 and 2002, the Company expensed direct costs associated with obtaining and filing patents of $294, $256 and $272, respectively.

**Advertising.** Advertising costs are expensed as incurred and were $2,928, $2,209 and $2,605, in 2004, 2003 and 2002 respectively.

**Derivative Instruments.** The Company enters into readily marketable forward contracts with financial institutions to minimize the short-term impact of foreign currency fluctuations on certain intercompany balances. The Company does not enter into these contracts for trading or speculation purposes. Gains and losses on the contracts are included in net income and offset foreign exchange gains or losses recognized on the revaluation of certain intercompany balances. The Company's foreign exchange forward contracts generally mature one to three months from the contract date. The Company entered into forward contracts for $2,715 (2,000 Euro) and $2,328 (3,000 Australian dollars) as of December 31, 2004, both of which expire on March 31, 2005.

**Income Taxes.** All income tax amounts reflect the use of the asset and liability method. Under this method, deferred income tax assets and liabilities are determined based on the expected future income tax consequences of temporary differences between the carrying amounts of assets and liabilities for financial and income tax reporting purposes. A valuation allowance is provided to offset deferred income tax assets if, based upon the available evidence, it is more likely than not that some or all of the deferred income tax assets will not be realized.

**Earnings Per Common Share.** Basic earnings per common share is calculated based upon the weighted average number of shares of common stock outstanding during the period. Diluted earnings per common share is calculated based upon the weighted average number of shares of common stock outstanding, plus the dilutive effect of common stock equivalents calculated using the treasury stock method. Dilutive common stock equivalents in 2004 consisted of 22,803 shares related to an accrued earn-out in connection with the Tympany acquisition (see Note 6) and 1,395,991 shares pertaining to 3,198,670 stock options. Dilutive common stock equivalents in 2003 and 2002 consisted of 1,030,412 and 1,273,619 shares, respectively pertaining to 2,855,110 and 2,987,695 stock options, respectively. Antidilutive common stock equivalents, consisting of stock options and a warrant, of 1,302,738, 1,920,081 and 1,548,439 in 2004, 2003 and 2002, respectively were excluded from diluted earnings per common share calculations.

**Fair Value of Financial Instruments.** The Company's financial instruments consist primarily of cash equivalents, marketable securities, foreign exchange forward contracts, advances and long-term debt. The carrying values of the financial instruments approximate their fair values based on current interest rates and available market information.

**Foreign Currency Translation.** The accounts of the Company's subsidiaries are translated into United States ("U.S.") dollars using the exchange rate at the balance sheet date for assets and liabilities and the weighted average exchange rate for the period for revenues, expenses, gains and losses. Translation adjustments are recorded as a separate component of comprehensive income (loss). Gains or losses resulting from foreign currency transactions are included in other income (expense).

**Employee Stock Option Plans.** As of December 31, 2004, the Company had stock-based compensation plans for employees and directors, which are described more fully in Note 14. The Company accounts for those plans under the recognition and measurement principles of Accounting Principles Board Opinion ("APB") No. 25, "Accounting for Stock Issued to Employees," and related interpretations. Under the intrinsic value method, no compensation expense is recognized in the results of operations when the exercise price of the Company's employee stock options equals the market price of the underlying stock on the date of grant.

SONIC INNOVATIONS, INC.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)
(dollars in thousands, except per share amounts)

If the Company elected to adopt the optional fair value recognition provisions of SFAS No. 123, "Accounting for Stock-Based Compensation," as amended by SFAS No. 148, "Accounting for Stock-Based Compensation – Transition and Disclosure," for its stock plans, net income and earnings per share as reported would have been adjusted to the pro forma amounts indicated below:

|  | 2004 | 2003 | 2002 |
|---|---|---|---|
| Net income (loss): |  |  |  |
| As reported | $ 411 | $ 376 | $ 32 |
| Add: Stock-based employee compensation included in reported net income | 28 | 118 | 351 |
| Deduct: Stock-based employee compensation expense determined under the fair value method | (7,342) | (3,280) | (3,792) |
| Pro forma | $ (6,903) | $ (2,786) | $ (3,409) |
| Basic earnings (loss) per share: |  |  |  |
| As reported | $ 0.02 | $ 0.02 | $ 0.00 |
| Pro forma | $ (0.33) | $ (0.14) | $ (0.17) |
| Diluted earnings (loss) per share: |  |  |  |
| As reported | $ 0.02 | $ 0.02 | $ 0.00 |
| Pro forma | $ (0.33) | $ (0.14) | $ (0.17) |

No tax effects were included in the determination of the pro forma amounts because the deferred tax asset resulting from stock-based compensation would be offset by a valuation allowance.

The Company accelerated the exercisability of 1,009,221 previously awarded stock options with exercise prices greater than the closing price of it common stock as of December 23, 2004 of $4.18 per share. This resulted in an acceleration of $3,510 of stock-based employee compensation expense determined under the fair value method recorded in the 2004 pro forma amounts disclosed above. The exercise prices and number of shares subject to the acceleration were unchanged.

In determining the pro forma amounts in the table above, the fair value of each option was estimated on the date of grant using the Black-Scholes option-pricing model based on the following weighted average assumptions:

|  | Stock Options | | | Employee Stock Purchase Plan | | |
|---|---|---|---|---|---|---|
|  | 2004 | 2003 | 2002 | 2004 | 2003 | 2002 |
| Risk free rate of return | 3.4% | 3.1% | 4.6% | 2.0% | 1.8% | 1.6% |
| Expected dividend yield | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Volatility | 83% | 87% | 89% | 74% | 73% | 64% |
| Expected life | 5 years | 5 years | 5 years | 2 years | 2 years | 2 years |

**Comprehensive Income.** The Company computes comprehensive income in accordance with SFAS No. 130, "Reporting Comprehensive Income." SFAS No. 130 establishes standards for the reporting and presentation of other comprehensive income and its components in the financial statements. Other comprehensive income includes net income plus the results of certain changes in shareholders' equity that are not reflected in the results of operations. The Company's comprehensive income consisted of changes in foreign currency translation adjustments, which were not adjusted for income taxes as they related to specific indefinite investments in foreign subsidiaries.

**Reclassifications.** Certain prior year amounts have been reclassified to conform to the current year presentation

SONIC INNOVATIONS, INC.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)
(dollars in thousands, except per share amounts)

**New Accounting Pronouncements.** In December 2004, the FASB issued No. 123R, "Share-Based Payment," which revised SFAS No. 123, "Accounting for Stock-Based Compensation" and superseded Accounting Principles Board Opinion No. 25, "Accounting for Stock Issued to Employees." SFAS No. 123R requires all share-based payments to employees, including grants of employee stock options, to be recognized in the financial statements based on their fair values beginning with the first interim period after June 15, 2005, with early adoption encouraged. The pro forma disclosures previously permitted under SFAS No. 123 will no longer be an alternative to financial statement recognition. The Company is required to adopt SFAS No. 123R in the third quarter of 2005. Under SFAS No. 123R, the Company must determine the appropriate fair value model to be used for valuing share-based payments, the amortization method for compensation cost and the transition method to be used at date of adoption. The permitted transition methods include either retrospective or prospective adoption. Under the retrospective option, prior periods may be restated either as of the beginning of the year of adoption or for all periods presented. The prospective method requires that compensation expense be recorded for all unvested stock options at the beginning of the first quarter of adoption of SFAS No. 123R, while the retrospective methods would record compensation expense for all unvested stock options beginning with the first period presented. The Company is currently evaluating the requirements of SFAS No. 123R and expects that adoption of SFAS No. 123R may have a material effect on its results of operations. The Company has not yet determined the method of adoption or the effect of adopting SFAS No. 123R, including whether the adoption will result in amounts that are similar to the current pro forma disclosures under SFAS No. 123.

In December 2004, the FASB issued FASB Staff Position ("FSP") No. FAS 109-1, "Application of FASB Statement No. 109, Accounting for Income Taxes, to the Tax Deduction on Qualified Production Activities Provided by the American Jobs Creation Act of 2004," indicating that this deduction should be accounted for as a special deduction in accordance with the provisions of SFAS No. 109. Beginning in 2005, the Company will recognize the allowable deductions as qualifying activities occur. The adoption of FSP No. FAS 109-1 did not have a material effect on the Company's results of operations and financial position.

In December 2004, the FASB issued FSP No. FAS 109-2, "Accounting for Disclosure Guidance for the Foreign Earnings Repatriation Provision within the American Jobs Creation Act of 2004" ("the Act"). The Act introduced a special one-time dividends received deduction on the repatriation of certain foreign earnings to a U.S. taxpayer, provided certain criteria are met. FSP No. FAS 109-2 provides accounting and disclosure guidance for the repatriation provision, and was effective immediately upon issuance. The adoption of FSP No. FAS 109-2 did not have a material effect on the Company's results of operations and financial position.

In November 2004, the FASB issued SFAS No. 151, "Inventory Costs an amendment of Accounting Research Bulletin No. 43, Chapter 4" to clarify the accounting for abnormal amounts of idle facility expense, handling costs and wasted material (spoilage). Among other provisions, the new rule requires that such items be recognized as current-period charges, regardless of whether they meet the criterion of "so abnormal" as stated in Accounting Research Bulletin No. 43. SFAS No. 151 is effective for fiscal years beginning after June 15, 2005. The Company does not expect that adoption of SFAS No. 151 will have a material effect on its results of operations and financial position.

## NOTE 3.   MARKETABLE SECURITIES

Marketable securities as of December 31 consisted of the following:

| | 2004 | | | | 2003 | | | |
|---|---|---|---|---|---|---|---|---|
| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value |
| Corporate .............. | $ 17,850 | $ — | $ (86) | $ 17,764 | $ 11,584 | $ 6 | $ (6) | $ 11,584 |
| U.S. government .. | 483 | — | (1) | 482 | 7,668 | 8 | (8) | 7,668 |
| Municipal obligations ........ | 2,823 | — | (9) | 2,814 | 2,861 | — | — | 2,861 |
| Other ..................... | — | — | — | — | 573 | — | (1) | 572 |
| Total ............ | $ 21,156 | $ — | $ (96) | $ 21,060 | $ 22,686 | $ 14 | $ (15) | $ 22,685 |

SONIC INNOVATIONS, INC.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)
(dollars in thousands, except per share amounts)

All securities in an unrealized position as of December 31, 2004 are held-to-maturity debt securities. These securities were not impaired at acquisition and the decline in fair value is due solely to interest rate fluctuations. With the exception of one debt security with a face value of $500, which matures in June 2005, all declines in the fair value occurred during 2004.

## NOTE 4.  INVENTORIES

Inventories as of December 31 consisted of the following:

|  | 2004 | 2003 |
|---|---|---|
| Raw materials | $ 2,863 | $ 1,709 |
| Components | 1,960 | 2,244 |
| Work in progress | 117 | 223 |
| Finished goods | 4,859 | 5,185 |
| Total | $ 9,799 | $ 9,361 |

## NOTE 5.  PROPERTY AND EQUIPMENT

Property and equipment as of December 31 consisted of the following:

|  | 2004 | 2003 |
|---|---|---|
| Machinery and equipment | $ 6,470 | $ 5,272 |
| Computer equipment and software | 10,146 | 7,570 |
| Furniture and office equipment | 5,598 | 4,188 |
| Leasehold improvements | 969 | 397 |
|  | 23,183 | 17,427 |
| Less accumulated depreciation and amortization | (13,097) | (10,934) |
| Total | $ 10,086 | $ 6,493 |

## NOTE 6.  ACQUISITIONS

In 2004, the Company acquired Tympany and several foreign retail stores. In 2003, the Company acquired Sanomed Handelsgesellschaft mbH ("Sanomed") and several foreign retail stores. In 2002, the Company acquired seven foreign hearing aid businesses.

**Tympany.** In December 2004, the Company acquired 100% of the stock of Tympany, Inc. ("Tympany"). Tympany developed the Otogram, a machine that automates the four commonly performed tests for diagnosing hearing loss. The Company will continue to sell the Otogram, but also anticipates placing the machine with primary care physicians and charging a per-procedure fee. The Company also anticipates that patients diagnosed with a hearing loss based on Otogram testing will be referred to one of the Company's hearing aid retail customers, thus providing an opportunity for increased hearing aid sales.

The initial purchase price of $2,191, including expenses of $183, consisted of $1,200 in cash and 196,115 shares of the Company's common stock valued at $808 based on the average closing price of the common stock for the period beginning two days before and ending two days after the closing of the transaction. In addition, a $500 loan made by the Company to Tympany has been reflected as additional consideration. Contingent consideration in the form of an earn-out will be paid based on the following schedule: 2005 – 35% of net 2005 Tympany (Otogram) revenue, plus 10% of net 2005 hearing aid sales less a base amount; 2006 – 35% of net 2006 Tympany revenue, plus 10% of net 2006 hearing aid sales less 105% of a base amount; and 2007 – 20% of the lesser of 2007 or 2006 net Tympany revenue, plus 35% of any excess of 2007 net Tympany revenue over 2006 net Tympany revenue, plus 10% of net 2007 hearing aid sales less 110% of a base amount. Payment will be made in a combination of cash (60%) and Company common stock (40%). As of December 31, 2004, the Company accrued $237 as additional purchase price pertaining to December 2004 net Tympany revenue under this contingent consideration arrangement. Amortizable intangibles acquired included technology ($2,085), brand names ($529), non-compete agreements and other ($391) and customer databases ($445). Goodwill in connection with the transaction will not be deductible for tax purposes.

SONIC INNOVATIONS, INC.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)
(dollars in thousands, except per share amounts)

The results of operations of Tympany are included in the results of operations of the Company from December 1, 2004. The following table sets forth summary pro forma consolidated financial information as if the acquisition had taken place at the beginning of the periods presented:

|                                                        | 2004     | 2003    |
|--------------------------------------------------------|----------|---------|
| Net sales                                              | $ 101,334 | $ 88,763 |
| Operating loss                                         | (5,109)  | (3,734) |
| Net loss                                               | (5,230)  | (3,034) |
| Loss earnings per common share:                        |          |         |
| Basic                                                  | $ (0.25) | $ (0.15) |
| Diluted                                                | $ (0.25) | $ (0.15) |
| Weighted average number of common shares outstanding:  |          |         |
| Basic                                                  | 20,929   | 20,137  |
| Diluted                                                | 20,929   | 20,137  |

**Sanomed.** In May 2003, the Company acquired 100% of the stock of Sanomed, a distribution company that markets hearing aids directly to German hearing impaired customers through ear-nose-throat (ENT) physicians. The results of operations of Sanomed are included in the results of operations of the Company from May 1, 2003. The initial consideration paid by the Company including expenses was $13,414. Under the terms of the purchase agreement, contingent consideration in the form of an earn-out of $1,556 was paid in 2004 based on achievement of targeted net sales for the one year period ended May 31, 2004, and additional contingent consideration of up to a maximum of $3,751 will be payable based on annual sales performance for the one year periods ending May 31, 2005 and 2006. Under the terms of the purchase agreement, the Company is required to remit to the former owners of Sanomed any money collected on certain accounts receivable that were written-off prior to the acquisition. In 2004, the Company collected $5,136 of such accounts receivables, and the net after tax amount of $3,081 will be remitted to the former owners in 2005.

**Purchase Price Allocation.** The purchase prices of the acquired companies have been allocated to the tangible and intangible assets acquired and liabilities assumed based on their estimated fair values. Goodwill represents the excess of purchase price over the net identifiable assets acquired. Allocations have required management judgment and have been substantially supported with appraisals from independent valuation companies especially with respect to the valuation of intangible assets. Critical estimates in valuing certain intangible assets included, but were not limited to, future expected cash flows from customer databases, distribution agreements, purchased technology and technology licenses, non-compete agreements, software and brand names, as well as the time period over which the intangible assets will continue to have value. Management's estimates of fair value have been based upon assumptions believed to be reasonable, but which are inherently uncertain and unpredictable.

The following table sets forth the initial allocation of the aggregate purchase price of the acquired businesses:

|                                              | 2004     | 2003     | 2002     |
|----------------------------------------------|----------|----------|----------|
| Current assets                               | $ 2,964  | $ 10,576 | $ 4,555  |
| Property and equipment and other assets      | 395      | 401      | 457      |
| Goodwill and indefinite-lived intangible assets | 3,363 | 9,834    | 7,834    |
| Definite-lived intangible assets             | 4,317    | 2,046    | 565      |
| Current liabilities                          | (3,436)  | (2,480)  | (4,695)  |
| Deferred revenue                             | (2,085)  | (3,543)  | —        |
| Deferred taxes and other liabilities         | —        | (3,420)  | —        |
| Total                                        | $ 5,518  | $ 13,414 | $ 8,716  |

Under the terms of the Tympany purchase agreement, the Company is required to pay the first $250 of any losses incurred in connection with a lawsuit filed by Tympany's former contract manufacturer, and any losses in excess of $250 will be shared equally between the Company and Tympany's former owners. Therefore, the allocation of the Tympany purchase price is preliminary as motions for partial summary judgment are pending and discovery is in the beginning phases.

F-13

SONIC INNOVATIONS, INC.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)
(dollars in thousands, except per share amounts)

**Contingent Consideration.** During the years ended December 31, 2004 and 2003, the Company recorded $2,339 and $635, respectively of contingent consideration in accordance with contractually established earn-out provisions. The 2004 earn-out amounts related to Sanomed ($1,556), a 2002 acquisition in the Netherlands ($546) and Tympany ($237). The 2003 earn-out amounts related to 2002 acquisitions in Denmark ($350) and England ($285). As of December 31, 2004, the Company had accrued $606 pertaining to an earn-out payment to be made in connection with the acquisition in the Netherlands ($546) and expenses incurred in connection with the Tympany acquisition ($60). The Tympany earn-out was applied against a receivable from the former owners of approximately an equal amount.

## NOTE 7.  INTANGIBLE ASSETS

Definite-lived intangible assets as of December 31 consisted of the following:

| | | 2004 | | | | 2003 | | |
| | Useful Lives | Gross Carrying Value | | Accumulated Amortization | | Gross Carrying Value | | Accumulated Amortization |
|---|---|---|---|---|---|---|---|---|
| Purchased technology and technology licenses | 3-13 years | $ | 3,633 | $ | 570 | $ | 1,350 | $ | 416 |
| Brand names | 3-15 years | | 3,373 | | 624 | | 2,116 | | 269 |
| Non-compete agreements | 5 years | | 843 | | 153 | | 419 | | 56 |
| Customer databases | 2-5 years | | 769 | | 131 | | 142 | | 35 |
| Distribution agreements | 2-5 years | | 357 | | 274 | | 300 | | 160 |
| Software and other intangibles | 1-5 years | | 227 | | 122 | | 200 | | 62 |
| Total | | $ | 9,202 | $ | 1,874 | $ | 4,527 | $ | 998 |

Amortization of definite-lived intangible assets is calculated using the straight-line method over the estimated useful lives of the assets. Estimated annual amortization expense for the years 2005 through 2009 is as follows: 2005–$1,260; 2006–$1,179; 2007–$1,080; 2008–$910; and 2009–$814.

Goodwill and indefinite-lived intangible assets for the years ended December 31, 2004 and 2003 were as follows:

| | 2004 | 2003 |
|---|---|---|
| Balance, beginning of year | $ 26,972 | $ 13,311 |
| Acquisitions | 3,363 | 9,834 |
| Contingent consideration (earn-out payments) | 2,339 | 635 |
| Reversal of Australian deferred income tax valuation allowances | — | (512) |
| Foreign currency impact | 2,298 | 3,704 |
| Balance, end of year | $ 34,972 | $ 26,972 |

## NOTE 8.  OTHER ASSETS

Other assets as of December 31 consisted of the following:

| | 2004 | 2003 |
|---|---|---|
| Investments and advances | $ 1,232 | $ 1,461 |
| Other assets | 459 | 244 |
| Total | $ 1,691 | $ 1,705 |

Investments and advances consisted of one investment and one advance to two separate business partners and a number of advances to customers. Customer advances are generally secured by the assets of the business, life insurance policies and/or personal guarantees. Prior to making a customer advance, the Company performs a thorough credit evaluation. The advances generally bear interest at rates ranging from 5% to 8%, are evidenced by promissory notes, and have terms of five years and less. The Company discontinues the accrual of interest income when an advance is determined to be non-performing. Investments and advances are stated at cost, net of valuation allowances of $168 and $153 as of December 31, 2004 and 2003, respectively.

**SONIC INNOVATIONS, INC.**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)**
**(dollars in thousands, except per share amounts)**

**NOTE 9.   LONG-TERM LOAN**

A $13,000 short-term loan, which funded the Company's acquisition of Sanomed, was repaid and partially replaced during the third quarter 2003 with a long-term loan of 7,500 Euro from a German bank. As of December 31, 2004, the balance of the long-term loan was 6,250 Euro ($8,525). The interest rate applicable to the new loan is 1.0% above the EURIBOR rate (3.29% as of December 31, 2004). The loan is collateralized by a letter of credit from a U.S. bank, and the Company pledged $11,325 of its cash, cash equivalents and marketable securities as security to obtain a reduced interest rate of 0.6% on this letter of credit. The loan payments are 250 Euro ($341 as of December 31, 2004) per quarter. The effective interest rates on this loan in 2004 and 2003 were 3.88% and 3.78%, respectively.

**NOTE 10.   CAPITAL STOCK**

**Preferred Stock.** The Company's certificate of incorporation authorizes the issuance of 5,000,000 shares of preferred stock with terms and preferences designated therein. As of December 31, 2004, no preferred shares were outstanding.

**Shareholder Rights Plan.** The Company has a shareholder rights plan pursuant to which it declared a dividend of one preferred share purchase right for each outstanding share of common stock. Each right entitles the holder, under certain circumstances, to purchase common stock of the Company with a value of twice the exercise price of the right. The rights are redeemable by the Company and expire in 2011.

**NOTE 11.   OTHER INCOME**

Other income consisted of the following:

|  | 2004 | 2003 | 2002 |
|---|---|---|---|
| Interest income and other | $  545 | $  482 | $  982 |
| Interest expense | (325) | (165) | (33) |
| Foreign currency exchange gain (loss) | (182) | 1,220 | 527 |
| Total | $    38 | $ 1,537 | $ 1,476 |

**NOTE 12.   COMMITMENTS AND CONTINGENCIES**

**Operating Leases.** The Company leases various equipment and office space under noncancelable operating leases that expire at various dates through 2011. Rental expense was $3,438, $3,545 and $2,233 in 2004, 2003 and 2002, respectively. Future minimum lease payments under noncancelable leases for the next five years and thereafter as of December 31, 2004 totaled $12,842 and are due as follows: 2005—$3,334; 2006—$2,993; 2007—$2,702; 2008—$2,103; 2009—$1,192; and thereafter—$518. Sublease revenue of $100, $118 and $263 in 2004, 2003 and 2002, respectively was netted against rental expense.

**Brigham Young University Technology License Agreements.** The Company has a paid-up license with Brigham Young University (BYU) to utilize certain patents involving hearing aid signal processing, audio signal processing and hearing compression. The agreement remains in effect until the expiration of the last patent right in 2013 and can be terminated by BYU in the event of circumstances outlined in the agreement. During the term of the agreement, the Company is responsible for the payment of all fees and costs associated with filing and maintaining patent rights.

The Company also has a license agreement with BYU to utilize certain "noise suppression" technologies owned by BYU. The agreement remains in effect indefinitely, unless terminated by BYU in the event of circumstances outlined in the agreement. Under the terms of this agreement, the Company is required to make royalty payments to BYU in the amount of 0.5% of the adjusted gross sales of the licensed products sold or otherwise transferred to an end user for as long as the Company uses this technology. This agreement may be terminated without cancellation fees. Royalty expense pertaining to this license was $193, $129 and $160 in 2004, 2003 and 2002, respectively.

**K/S HIMPP License Agreement.** The Company has a paid-up license agreement with K/S HIMPP, a Danish partnership, to use technology covered by approximately 200 patents owned by K/S HIMPP that are considered essential for the sale of programmable hearing aids. The paid-up license is being amortized over the life of the technology through 2013. Amortization expense pertaining to this license was $99, $99 and $106 in 2004, 2003 and 2002, respectively.

**SONIC INNOVATIONS, INC.**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)**
**(dollars in thousands, except per share amounts)**

**Digital License Agreement.** The Company has a license agreement with another company that provides the Company with an exclusive worldwide license to utilize patents involving directional signal processing. Under the terms of this agreement, the Company is required to pay a royalty equal to 0.5% of net sales of hearing aid products or a minimum quarterly fee, whichever is greater. Royalty expense pertaining to this license was $80 and $40 in 2004 and 2003, respectively.

**Manufacturing License Agreement.** The Company has a license agreement with a competitor that provides the Company with the technology to produce hearing aid shells using an automated process. Under the terms of this agreement, the Company is obligated to pay a royalty based on the number of units produced using such technology. There has been no royalty expense pertaining to this license to date.

**Legal Matters.** The Company's wholly owned subsidiary, Tympany, filed a declaratory judgment action in March 2004 against BioCell and International Biophysics Corp. (collectively, "IBC") stemming from a dispute regarding manufacturing services performed by IBC for Tympany. IBC has counterclaimed and seeks, among other claims, lost profits and punitive damages. Motions for partial summary judgment are pending and discovery is in the beginning phases. No trial date has been set. The Company strongly denies the allegations in IBC's counterclaim and intends to defend itself vigorously; however, litigation is inherently uncertain and an unfavorable result could have a material adverse effect on the Company's results of operations.

The Company was a defendant in a lawsuit filed in October 2000 claiming that the Company and certain of its officers and directors violated federal securities laws and, as a result, was able to complete its IPO and have its stock trade at inflated levels. The Company reached an agreement to settle the securities class action lawsuit for a cash payment of $7,000, which was funded in 2004 by the Company's directors and officer's liability insurance. The settlement had no impact on the Company's results of operations and financial position.

From time to time the Company is subject to legal proceedings, claims and litigation arising in the ordinary course of the business. Most of these legal actions are brought against the Company by others and, when the Company feels it is necessary to protect its stockholders' investment, the Company may bring legal actions itself. Actions can stem from disputes regarding the ownership of intellectual property, customer claims regarding the function or safety of the Company's products, government regulation or employment issues, among other sources. Litigation is inherently uncertain, and therefore we cannot predict the eventual outcome of any such lawsuits. However, the Company does not expect that the ultimate resolution of any known legal action, other than as mentioned above, will have a material adverse effect on its results of operations and financial position.

**NOTE 13.   INCOME TAXES**

Income (loss) before income taxes consisted of the following:

|  | 2004 | 2003 | 2002 |
|---|---|---|---|
| Domestic | $  3,130 | $  3,495 | $   315 |
| Foreign | (2,641) | (2,302) | (217) |
| Total | $   489 | $  1,193 | $    98 |

The provision for income taxes consisted of the following:

|  | 2004 | 2003 | 2002 |
|---|---|---|---|
| Domestic: |  |  |  |
| Current | $   201 | $   119 | $   — |
| Deferred | — | — | — |
|  | 201 | 119 | — |
| Foreign: |  |  |  |
| Current | 1,980 | 408 | 66 |
| Deferred | (2,103) | 290 | — |
|  | (123) | 698 | 66 |
| Total | $    78 | $   817 | $    66 |

SONIC INNOVATIONS, INC.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)
(dollars in thousands, except per share amounts)

The following table presents the principal reasons for the difference between the actual effective income tax rate and the U.S. federal statutory income tax rate:

|  | 2004 | 2003 | 2002 |
|---|---|---|---|
| U.S. federal statutory income tax rate | 34.0% | 34.0% | 34.0% |
| State income tax rate, net of federal income tax effect | 8.7 | 1.5 | — |
| Foreign earnings taxed at different rates | 31.2 | 124.1 | 142.6 |
| Non-deductible items and other | 79.8 | 11.1 | 37.8 |
| Change in valuation allowance | (137.7) | (102.2) | (147.1) |
| Effective income tax rate | 16.0% | 68.5% | 67.3% |

Deferred income taxes are determined based on the differences between the financial reporting and income tax bases of assets and liabilities using enacted income tax rates expected to apply when the differences are expected to be settled or realized. As of December 31 significant components of the net deferred income tax liability were as follows:

|  | 2004 | 2003 |
|---|---|---|
| Deferred income tax assets: |  |  |
| Net operating loss carry-forwards | $ 12,953 | $ 9,971 |
| Allowance for sales returns and doubtful accounts | 1,404 | 1,479 |
| Inventory allowances and warranty accruals | 1,504 | 956 |
| Deferred revenue | 1,614 | 730 |
| Accumulated research and development credits | 889 | 854 |
| Other | 1,533 | 958 |
| Sub-total | 19,897 | 14,948 |
| Valuation allowance | (16,078) | (14,348) |
| Deferred income tax assets | 3,819 | 600 |
| Deferred income tax liabilities: |  |  |
| Inventory | (82) | (1,020) |
| Depreciation | (662) | (65) |
| Acquired intangible assets | (2,218) | (866) |
| Other | (933) | (622) |
| Deferred income tax liabilities | (3,895) | (2,573) |
| Net deferred income tax liabilities | $ (76) | $ (1,973) |

Deferred income tax assets and liabilities were netted by income tax jurisdiction and were reported in the consolidated balance sheets as of December 31 as follows:

|  | Reported In | 2004 | 2003 |
|---|---|---|---|
| Current deferred income tax assets | Prepaid expenses and other | $ 591 | $ 352 |
| Non-current deferred income tax assets | Other assets | 202 | — |
| Current deferred income tax liabilities | Other accrued liabilities | (82) | (1,459) |
| Non-current deferred income tax liabilities | Other liabilities | (787) | (866) |
| Net deferred income tax liabilities |  | $ (76) | $ (1,973) |

The Company has not provided for U.S. deferred income taxes or foreign withholding taxes on the undistributed earnings of its non-U.S. subsidiaries since these earnings are intended to be reinvested indefinitely and therefore, the foreign currency translation adjustment included in other comprehensive income has not been tax effected. It is not practical to estimate the amount of additional taxes that might be payable on such undistributed earnings.

F-17

**SONIC INNOVATIONS, INC.**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)**
**(dollars in thousands, except per share amounts)**

Valuation allowances for the deferred income tax assets were recorded due to the uncertainty of their realization based principally upon the Company's lack of profitability to date. In addition, net deferred income tax assets recognized in the Company's acquisitions have been fully reserved. In 2003, the Company reversed a valuation allowance of $512 established in connection with the acquisition of its Australian business and accordingly reduced the recorded indefinite-lived intangible asset.

As of December 31, 2004, the Company had net operating loss carry-forwards for U.S. federal income tax reporting purposes totaling $27,914 that will begin to expire in 2018 if not utilized. Approximately $8,502 of the U.S. net operating loss carryforward will be subject to annual limitations under Section 382 of the Internal Revenue Code due to the change in ownership on the acquisition of Tympany. The annual limitation may result in the expiration of net operating loss carryforwards before utilization. The Company has various state net operating loss carry-forwards, which expire depending on the rules of the various states to which the net operating loss is allocated. Non–U.S. net operating loss carryforwards of $9,406 will begin to expire in 2005.

Approximately $1,432 of net operating loss carryforwards as of December 31, 2004 were attributable to deductions associated with the exercise of Company stock options, the benefit of which will be credited to additional paid-in capital when realized.

The Company has federal research and development tax credit carryforwards of approximately $889 that begin to expire in 2009. The Company also has alternate minimum tax credit carryforwards of approximately $115 that have no expiration date.

**NOTE 14.  STOCK–BASED COMPENSATION**

**Stock Options.** The Company's 2000 Stock Plan provides for the issuance of a maximum of 8,247,196 shares of common stock. The plan allows for the grant of incentive or nonqualified stock options, stock purchase rights and restricted stock and is administered by the Board of Directors who determines the type, quantity, terms and conditions of any award, including any vesting conditions. The maximum term of an option may not exceed ten years and the plan will expire in 2010. As of December 31, 2004, 1,024,121 shares were available for grant under the plan. Options generally vest over a four-year period from the grant date. The plan contains an evergreen provision that allows the Board to annually increase the number of shares available by the lesser of (i) 5% of the total outstanding shares, (ii) 789,474 shares, or (iii) a lesser amount as determined by the Board. In connection with the grant of certain stock options prior to the Company's initial public offering in May 2000, the Company recorded deferred stock-based compensation of $4,638, representing the difference between the exercise price and the deemed fair value of the Company's common stock on the date of grant for stock options granted in the one-year period preceding the initial filing of the Company's initial public offering. The Company is amortizing the deferred stock-based compensation over the option vesting periods and periodically adjusts the balance for option forfeitures.

The Company's stock option activity was as follows:

| | Option shares | | Weighted average exercise price |
|---|---|---|---|
| Outstanding at December 31, 2001 | 3,560,288 | $ | 4.50 |
| Granted | 1,523,989 | | 4.70 |
| Exercised | (352,283) | | 1.44 |
| Forfeited or expired | (204,860) | | 6.70 |
| Outstanding at December 31, 2002 | 4,527,134 | | 4.72 |
| Granted | 1,521,250 | | 4.75 |
| Exercised | (279,858) | | 2.01 |
| Forfeited or expired | (876,324) | | 5.55 |
| Outstanding at December 31, 2003 | 4,892,202 | | 4.73 |
| Granted | 418,550 | | 4.57 |
| Exercised | (516,231) | | 3.26 |
| Forfeited or expired | (124,031) | | 8.30 |
| Outstanding at December 31, 2004 | 4,670,490 | $ | 4.78 |

SONIC INNOVATIONS, INC.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)
(dollars in thousands, except per share amounts)

As of December 31, 2004, 2003 and 2002, there were options exercisable for 3,911,507, 2,546,903 and 2,051,019 shares of common stock at weighted average exercise prices of $4.99, $4.54 and $4.13 per share, respectively. Stock options outstanding and exercisable as of December 31, 2004 were as follows:

| | Options Outstanding | | | Options Exercisable | |
| Range of exercise prices | Shares | Weighted average exercise price | Weighted average remaining life (years) | Shares | Weighted average exercise price |
|---|---|---|---|---|---|
| $0.19 — $2.86 ............. | 886,455 | $ 2.05 | 5.8 | 602,938 | $ 1.67 |
| 3.49 — 3.94 ............. | 793,140 | 3.69 | 6.6 | 574,881 | 3.67 |
| 4.02 — 4.55 ............. | 1,049,272 | 4.34 | 8.1 | 877,772 | 4.39 |
| 4.75 — 6.13 ............. | 979,865 | 5.72 | 7.0 | 894,158 | 5.72 |
| 6.16 — 8.00 ............. | 783,593 | 6.81 | 7.6 | 783,593 | 6.81 |
| 8.65 — 18.00 ............. | 178,165 | 11.77 | 6.1 | 178,165 | 11.77 |
| Total ................... | 4,670,490 | $ 4.78 | 7.0 | 3,911,507 | $ 4.99 |

The Company accelerated the excercisability of 1,009,221 previously awarded stock options with exercise prices greater than the closing price of its common stock as of December 23, 2004 of $4.18 per share. The exercise prices and number of shares subject to the acceleration were unchanged.

**Warrant.** The Company issued a warrant in 2000 to purchase 20,706 shares of common stock at $3.80 per share in connection with obtaining a bank line of credit, and this warrant was subsequently exercised on a net basis and 7,806 shares were issued in 2002. As of December 31, 2004, there were no warrants outstanding.

## NOTE 15. EMPLOYEE BENEFIT PLANS

The Company has an employee savings and retirement plan that is a salary deferral plan under Section 401(k) of the Internal Revenue Code. The plan allows for matching contributions at the discretion of the Company. The Company matches 25% of each employee's first 4% of salary deferral and expensed $114, $109 and $72 for this match in 2004, 2003 and 2002, respectively.

The Company has an employee stock purchase plan that allows participating employees to purchase, through employee payroll deductions, shares of the Company's unissued common stock at 85% of the fair market value on specified dates. Employees purchased 295,967, 204,556 and 205,841 shares of common stock in 2004, 2003 and 2002, respectively under the plan. As of December 31, 2004, 57,362 shares of common stock were reserved for issuance under the plan. The plan contains an evergreen provision that allows the Board to annually increase the number of shares available under the plan by the lesser of (i) 2% of the total outstanding shares, (ii) 200,000 shares, or (iii) a lesser amount as determined by the Board.

## NOTE 16. SEGMENT INFORMATION

The Company is a hearing healthcare company. The Company designs, develops, manufactures and markets advanced digital hearing aids and proprietary auditory testing equipment. The Company conducts business globally and is managed geographically. Based on established criteria, the Company has three reportable segments: North America, Europe and Rest-of-world. Sales and gross profit are attributed to a segment based on the ordering location of the customer. The Company's Chief Executive Officer and senior management rely on internal management reports that provide financial and operational information by geographic location. The Company's management makes financial decisions and allocates resources based on the information it receives from these internal management reports. These reports reflect selling profit, which is defined as sales less manufactured cost of sales less location operating expenses. The Company does not allocate its U.S.-based research and development expenses to its segments. In prior years, the Company reflected manufacturing profit and all U.S.-based research and development expense in the North America segment. The Company has reclassified previous year amounts to reflect the current year presentation.

SONIC INNOVATIONS, INC.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)
(dollars in thousands, except per share amounts)

| | North America | Europe | Rest-of-world | Unallocated | Total |
|---|---|---|---|---|---|
| **2004** | | | | | |
| Net sales to external customers | $ 36,753 | $ 45,004 | $ 16,777 | $ — | $ 98,534 |
| Operating profit (loss) | 2,467 | 6,165 | 1,529 | (9,710) | 451 |
| Identifiable segment assets | 54,029 | 46,243 | 15,014 | — | 115,286 |
| Goodwill and indefinite-lived intangible assets | 4,762 | 22,564 | 7,646 | — | 34,972 |
| Long-lived assets | 15,016 | 26,826 | 10,544 | — | 52,386 |
| **2003** | | | | | |
| Net sales to external customers | $ 40,834 | $ 31,695 | $ 15,161 | $ — | $ 87,690 |
| Operating profit (loss) | 5,253 | 3,156 | 1,014 | (9,767) | (344) |
| Identifiable segment assets | 55,824 | 38,154 | 13,018 | — | 106,996 |
| Goodwill and indefinite-lived intangible assets | 2,016 | 17,894 | 7,062 | — | 26,972 |
| Long-lived assets | 7,558 | 20,398 | 9,038 | — | 36,994 |
| **2002** | | | | | |
| Net sales to external customers | $ 39,881 | $ 14,209 | $ 13,928 | $ — | $ 68,018 |
| Operating profit (loss) | 4,918 | 501 | 1,551 | (8,348) | (1,378) |
| Identifiable segment assets | 50,305 | 14,047 | 10,394 | — | 74,746 |
| Goodwill and indefinite-lived intangible assets | 1,655 | 5,937 | 5,719 | — | 13,311 |
| Long-lived assets | 7,261 | 5,285 | 7,127 | — | 19,673 |

Long-lived assets consist of property and equipment, definite-lived and indefinite-lived intangible assets and goodwill. The majority of the Company's assets as of December 31, 2004, 2003 and 2002 were attributable to its U.S. operations. In addition to the U.S., the Company operates in two countries, Germany and Australia, in which assets and sales were in excess of 10% of consolidated amounts.

Exhibit 31.1

### Certification

I, Andrew G. Raguskus, President and Chief Executive Officer of Sonic Innovations, Inc., certify that:

1.  I have reviewed this annual report on Form 10-K of Sonic Innovations, Inc. (the Registrant);

2.  Based on my knowledge, this annual report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this annual report;

3.  Based on my knowledge, the financial statements and other financial information included in this annual report fairly present in all material respects the financial condition, results of operations and cash flows of the Registrant as of, and for, the periods presented in this annual report;

4.  The Registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) for the Registrant and have:

    (a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this annual report is being prepared;

    (b)  Evaluated the effectiveness of the Registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (c)  Disclosed in this annual report any change in the Registrant's internal control over financial reporting that occurred during the Registrant's most recent fiscal quarter (the Registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the Registrant's internal control over financial reporting; and

5.  The Registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Registrant's auditors and the audit committee of the Registrant's board of directors (or persons performing the equivalent functions):

    (a)  All significant deficiencies and material weaknesses in the design or operation of internal controls over financial reporting which are reasonably likely to adversely affect the Registrant's ability to record, process, summarize and report financial information; and

    (b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the Registrant's internal controls over financial reporting.

Dated: March 30, 2005

/s/  ANDREW G. RAGUSKUS
President and Chief Executive Officer
(Principal Executive Officer)

Exhibit 31.2

### Certification

I, Stephen L. Wilson, Senior Vice President and Chief Financial Officer and Secretary of Sonic Innovations, Inc., certify that:

1.   I have reviewed this annual report on Form 10-K of Sonic Innovations, Inc. (the Registrant);

2.   Based on my knowledge, this annual report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this annual report;

3.   Based on my knowledge, the financial statements and other financial information included in this annual report fairly present in all material respects the financial condition, results of operations and cash flows of the Registrant as of, and for, the periods presented in this annual report;

4.   The Registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) for the Registrant and have:

   (a)   Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this annual report is being prepared;

   (b)   Evaluated the effectiveness of the Registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (c)   Disclosed in this annual report any change in the Registrant's internal control over financial reporting that occurred during the Registrant's most recent fiscal quarter (the Registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the Registrant's internal control over financial reporting; and

5.   The Registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Registrant's auditors and the audit committee of the Registrant's board of directors (or persons performing the equivalent functions):

   (a)   All significant deficiencies and material weaknesses in the design or operation of internal controls over financial reporting which are reasonably likely to adversely affect the Registrant's ability to record, process, summarize and report financial information; and

   (b)   Any fraud, whether or not material, that involves management or other employees who have a significant role in the Registrant's internal controls over financial reporting.

Dated: March 30, 2005

        /s/   STEPHEN L. WILSON
_____
        Senior Vice President and
   Chief Financial Officer and Secretary
        (Principal Financial Officer)

Exhibit 32

**Certification of
Chief Executive Officer and Chief Financial Officer
Pursuant to 18 U.S.C. 1350, as Adopted Pursuant to
Section 906 of the Sarbanes-Oxley Act of 2002**

I, Andrew G. Raguskus, certify, pursuant to 18 U.S.C. 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that the Annual Report on Form 10-K of Sonic Innovations, Inc. for the fiscal year ended December 31, 2004 fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934 and that information contained in such Annual Report on Form 10-K fairly presents, in all material respects, the financial condition and results of operations of Sonic Innovations, Inc.

Dated: March 30, 2005

        /s/  ANDREW G. RAGUSKUS
        ————————————————————————
        President and Chief Executive Officer
        (Principal Executive Officer)

I, Stephen L. Wilson, certify, pursuant to 18 U.S.C. 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that the Annual Report on Form 10-K of Sonic Innovations, Inc. for the fiscal year ended December 31, 2004 fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934 and that information contained in such Annual Report on Form 10-K fairly presents, in all material respects, the financial condition and results of operations of Sonic Innovations, Inc.

Dated: March 30, 2005

        /s/  STEPHEN L. WILSON
        ————————————————————————
        Senior Vice President and
        Chief Financial Officer and Secretary
        (Principal Financial Officer)