**EXHIBIT A5**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SONIC INNOVATIONS, INC., | ) | |
| PHONAK HOLDING AG, | ) | |
| PHONAK INC., | ) | C.A. No. 05-422 (GMS) |
| UNITRON HEARING, INC., | ) | |
| WILLIAM DEMANT HOLDING A/S, | ) | **JURY TRIAL** |
| OTICON A/S, | ) | **DEMANDED** |
| OTICON INC., | ) | |
| WIDEX A/S, | ) | |
| WIDEX HEARING AID CO. INC., | ) | |
| GN RESOUND A/S, | ) | |
| GN RESOUND CORPORATION, | ) | |
| STARKEY LABORATORIES, INC., | ) | |
| GENNUM CORPORATION, and | ) | |
| RESISTANCE TECHNOLOGY INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED, by and between plaintiff, Energy Transportation Group, Inc. ("Energy"), and defendant, Sonic Innovations, Inc. ("Sonic"), and subject to the approval of the Court, that the date by which Sonic must answer, move, or otherwise respond to Energy's Complaint shall be extended until September 12, 2005. It is also agreed between Energy and Sonic that when Sonic responds to the Complaint, Sonic will not file a motion challenging jurisdiction or venue.

| THE BAYARD FIRM | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Edmond D. Johnson<br>Edmond D. Johnson<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>ejohnson@bayardfirm.com | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz<br>David E. Moore<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| *Counsel for Plaintiff*<br>*Energy Transportation Group, Inc.* | *Counsel for Defendant*<br>*Sonic Innovations, Inc.* |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

690480