**EXHIBIT A6**



**Search**

Go

Home

Current Issue

Back Issues

Subscriber Services

Advertise

Events

Business Resource Directory

Classifieds

Knowledge Base

Links

Newsletter

About Us

FAQ

Login to Minnesota Business.com

**Username** (Last Name)

**Password** (Subscriber ID)

Login

Full online access restricted to 3-year paid subscriptions only.

### Breaking News

Selas Corporation Nets $3M, Refocuses Strategy

Arden Hills--(MinnesotaBusiness.com--June 25, 2004--**Selas Corporation of America** (AMEX:SLS) completed a sale-leaseback of the headquarters of its heat technology businesss on June 24th. The facilities, located in Dresher, Penn., were sold for approximately $3.5 million in cash, net of expenses. The transaction is a key step in transforming the $35.5 million manufacturer.

Under the leadership of CEO Mark Gorder, Selas is revamping its strategy to focus on precision miniature medical and electronic products. Selas' expertise comes from its subsidiary Resistance Technology, Inc. (RTI), which Gorder cofounded back in 1983. RTI has maintained a long-term strategic supplier relationship with $420 million Starkey Laboratories [Cover, December 2001]. Founded by Bill Austin, the Eden Prairie based company is one of the largest hearing aid manufacturers in the world.

The relationship between the two Twin Cities' companies began in the early 1980s. Starkey was experiencing a huge surge in demand created when President Reagan announced that he used hearing aid--manufactured by Starkey Laboratories. Starkey's sales doubled in the course of a few months. However, because of product quality issues with a key supplier, Starkey found that returns were rising dramatically. To remedy the problem, Starkey established a relationship with RTI to replace the bad supplier. When that supplier sued RTI, Starkey helped the company defeat the lawsuit.

The relationship between RTI and Starkey continued even after Selas Corporation acquired RTI. Following the merger, Gorder joined Selas as a vice president, finally working his way up to president and CEO in 2001.

"This completes another step in reducing our overall debt and focusing the Company on the significant and emerging opportunities in our Precision Miniature Medical and Electronic Products business," said Gorder in a written statement. "The final step in transitioning the Company is

Minnesota Business || Leadership, Opportunity, Growth                                    Page 2 of 2

**Subscribe Today!**
12 issues for $24



**Click Here**

© 1991-2004
BBN Publishing

5001 American Blvd. W.
Suite 400,
Bloomington,
Minnesota 55437
P: 952.844.0400
F: 952.844.0401

Email webmaster

finding a strategic buyer for our remaining Heat Technology operation.

"As I have said before, Selas' expertise is in the robotic manufacture of miniature and micro-miniature electronic products. This gives us the capabilities to successfully compete in the growing medical device market--one that is increasingly demanding products with greater portability, improved infection control, better cost containment and stronger reliability."

Headquartered in Arden Hills, Selas has 667 employees and operates facilities throughout the United States, Asia and Europe.

page 1 of 1

**Mentions**
Selas Corporation of America - www.selas.com
    Mark S. Gorder President & CEO
Starkey Laboratories - www.starkey.com
    William Austin Founder & Chairman
Healthcare/Biomedical Technology
Healthcare/Medical Devices
Manufacturing
Services/Real Estate
Mark Druskoff

<-- Go Back                              June 25, 2004

---

© 2005 Minnesota Business Magazine: Reproduction and distribution without written permission of the publisher is strictly prohibited.