**EXHIBIT A7**

Starkey: Find a Hearing Professional

Page 1 of 2





**Congratulations...**
you've taken an important step toward better hearing.

is hearing loss affecting your life?

what can you do about hearing loss?

about hearing instruments

find a hearing professional

**Find a hearing professional**

List all Hearing Professionals within
<u>10</u>   <u>25</u>   <u>50</u>   <u>75</u>   <u>100</u>   miles

 **A Hearing Healthcare Center**    23 miles
2120 So 17 St
Philadelphia, PA  19145
800-779-HEAR

 **A Hearing Healthcare Center**    24 miles
1900 Rittenhouse Sq
Philadelphia, PA  19103
215-985-4964

**Delaware Hearing Aids**    3 miles
1601 Concord Pike Ste 65
Wilmington, DE  19803
(302) 652-3558

**Handelman Inc**    5 miles
3605 Silverside Rd
Wilmington, DE  19810
(302) 478-4942

**Hear Say Hearing Centers**    10 miles

Starkey: Find a Hearing Professional

27 Meadowood Dr
Newark, DE 19711
(302) 737-2270

**Boscov's Hearing Aid Center**     11 miles
361 W Main St
Christiana, DE 19702
(302) 369-6440

**Boscov's Hearing Aid Center**     14 miles
1067 W. Baltimore Pike
Media, PA 19063
(610) 565-6009

**Ear 2 Ear, Inc. Hearing Aid Service**   21 miles

778 Garrett Rd
Upper Darby, PA 19082
(610) 789-5951

**Delaware Valley Audiology Corp**   25 miles
1601 Walnut St Ste 1405
Philadelphia, PA 19102
(215) 790-1553

Contact us to locate a hearing professional in your area

Return to Search

is hearing loss affecting your life? • what can you do about hearing loss? • about hearing instruments • find a hearing professional
your hearing instrument • company information • starkey hearing foundation • starkey hearing alliance network • professional resources
global locator • need more information? • Copyright © 2005 Starkey Laboratories, Inc. • Statement of Privacy • www.starkey.com

http://www.starkey.com/pages/nextsteps/dealer_list.jsp?ZIP=19886                                                    7/26/2005