**EXHIBIT A8**

Starkey: About Starkey                                                                                     Page 1 of 6

◁ home

# about starkey

Starkey Laboratories is the world's
**leading manufacturer**
of custom hearing instruments



- about Starkey
- Starkey news
- Starkey innovations
- Starkey timeline
- **Starkey around the world**
- meet Bill Austin
- Starkey Hearing Foundation
- StarKids program

- Starkey downloads

## Starkey - Around the World

Currently, Starkey has manufacturing facilities in 30 countries in the United States and throughout the world  In many other countries, Starkey products and services are available through more than 800 distributors worldwide  Please **contact us** for more information on Starkey international distributors



### World Headquarters

STARKEY LABORATORIES, INC.
6700 Washington Avenue South
Eden Prairie, MN 55344
Phone: (952) 941-6401

### International Facilities

STARKEY AUSTRALIA PTY. LTD.
78-96 Pyrmont Bridge Road
Camperdown, NSW 2050
AUSTRALIA
Phone: 61-2-9550 2077

STARKEY BELGIUM
Kortrijksesteenweg 110
900 Gent
BELGIUM
Phone: 32-93-908 828

**STARKEY BRAZIL, LTDA.**
Rua Manoel Fransisco Mendes No 347
CEP 13030-280, Jardim do Trevo
Campinas
BRAZIL
Phone: 55-193-273 0023

**STARKEY BULGARIA EOD**
Drava Str. No. 1
Plovdiv 4003
BULGARIA
Phone: 359-32-968 474

**STARKEY CANADA**
7310 Rapistan Court
Mississauga, ONTARIO
CANADA L5N 6L8
Phone: (905) 542-7555

**STARKEY CHINA HEARING AID (SUZHOU) CO. LTD.**
2/F, No 78 Yushan Road
Suzhou New District
Jiangsu Province, P.R.
CHINA 215011
Phone: 86-512-6825 0677 or 86-512-6825 9372

**STARKEY COLOMBIA**
Calle 123, Bis B #20-29
Bogota
COLOMBIA
Phone: 57-1-636 0960

**STARKEY FRANCE S.A.R.L.**
23, rue Claude Nicolas Le Doux
Europarc Batiment 14
94000 Creteil
FRANCE
Phone: 33-1-49 80 7474

**STARKEY GERMANY GmbH**
Rugenbarg 69
22848 Norderstedt
GERMANY
Phone: 49-40-52 8470

**STARKEY HUNGARY**
Laboratorium Kft
Bajza utca 24
H-1062 Budapest VI

HUNGARY
Phone: 36 1-462 60 50

**STARKEY ITALY S.R.L.**
20063 Cernusco sul Naviglio
Via Torino 51
Milan
ITALY
Phone: 39-02-92 72 181

**STARKEY JAPAN CO., LTD.**
5-2-20 Nakamachidai
Tsuzuki-ku, Yokohama 224
JAPAN
Phone: 81-45-942 7226

**STARKEY KOREA, LIMITED**
656-766 Sungsoo - 1 Ka 2 Dong
Sungdong-Ku, Seoul, 133-112
KOREA
Phone: 82-2-465 0999

**STARKEY DE MEXICO, S.A. DE C.V.**
Paseo de la Reforma
No. 199, Interior 1402
Colonia Cuauhtemoc
MEXICO, D.F. 06500
Phone: 52-55-5566 6161

**STARKEY NETHERLANDS**
Laan Van Overliet 7
3461 AE Linschoten
NETHERLANDS
Phone: 31-348-42 27 56

**STARKEY NEW ZEALAND**
Suite 5, 27 Gillies Avenue
P.O. Box 9929, New Market
Auckland
NEW ZEALAND
Phone: 64-9-358 2801

**STARKEY NORTHERN IRELAND**
15 Linenhall Street
Belfast
NORTHERN IRELAND BT2 8AA
Phone: 44-28-9024 0045

**STARKEY NORWAY AS**
Sjohagen 3

Starkey: About Starkey

Stavanger
4001
NORWAY
Phone: 47-22-33 90 00

**STARKEY POLAND Sp. zo.o.**
ul. Slowicza 41
02-170 Warsaw
POLAND
Phone: 48-22-846 0235

**STARKEY SWEDEN AB**
Brännkyrkagatan 63 2tr
104 62 Stockholm
SWEDEN
Phone: 46-8-442 4890

**STARKEY S.A.**
AV. Des Champs Montants 10A
CH-2074 Marin-NE
SWITZERLAND
Phone: 41-32-755 99 50

**STARKEY TURKEY -GOLDEN STAR, LTD.**
Halaskargazi Cad. Teyyareci M. Alibey Sk.
Papatya Apt No 1/2 80260 Sisli
Istanbul
TURKEY
Phone: 90-212-230 4532

**STARKEY LABORATORIES, LTD.**
William F. Austin House
Bramhall Technology Park
Pepper Road, Hazel Grove
Stockport, SK7 5BX
UNITED KINGDOM
Phone: 44-161-483 2200

## Domestic Facilities

**STARKEY CALIFORNIA**
2536 Woodland Drive
Anaheim, CA 92801
Phone: (714) 826-0824

**STARKEY COLORADO**
4820 Centennial Blvd , Suite 165
Colorado Springs, CO 80919

Phone: (719) 532-1901

**STARKEY EAST**
200 Century Parkway
Century Corporate Center
Mount Laurel, NJ 08054
Phone: (856) 273-0808

**STARKEY FLORIDA**
3301 Executive Way
Miramar, FL 33025
Phone: (954) 438-9298

**STARKEY HEARING RESEARCH CENTER**
2150 Shattuck Avenue, Suite 408
Berkeley, CA 94704-1345
Phone: (510) 845-4876
Fax: (510) 845-4821

**STARKEY NORTHEAST**
23 Crosby Drive
bedford, MA 01730
Phone: (781) 648-1170

**STARKEY NORTHWEST**
2255 NE 194th Avenue
Portland, OR 97230
Phone: (503) 661-7424

**STARKEY SOUTHEAST**
5300 Oakbrook Parkway
Building 100, Suite 130
Norcross, GA 30093
Phone: (770) 921-3711

**STARKEY TEXAS**
3100 Alvin DeVane Boulevard
Austin, TX 78741
Phone: (512) 389-2730

**top of page**

is hearing loss affecting your life? • what can you do about hearing loss? • about hearing instruments • find a hearing professional
your hearing instrument • company information • starkey hearing foundation • starkey hearing alliance network • professional resources
global locator • need more information? • Copyright © 2005 Starkey Laboratories, Inc. • Statement of Privacy • www.starkey.com