**EXHIBIT A9**

Resistance Technologies Electro-mechanical Components

Page 1 of 2

**RTI's
Electro-
mechanical Components**



A variety of trimmers, volume controls, and switches

**Ultra-miniature volume controls, trimmers, and switches**
Resistance Technology is the worlds largest manufacturer of custom hearing aid volume controls, trimmers, and switches. RTI has produced over 50 million various types of hearing aid components over the last 19 years As an innovator, RTI is proactive and partners with our customers to improve the next-generation hearing instruments by using cutting-edge technologies and automation.

**Meeting Market demands for smaller components**
With the advent of CIC (Completely-In-the-Canal) hearing devices, hearing instrument manufacturers have pushed the physical size requirement to new dimensions, driving component sizes to the ultra-miniature stage. A typical CIC hearing aid has an elliptical shaped faceplate that is approximately .250" to .500" and has an overall length of approximately .500" to .750". RTI has a full line of components to make your hearing aid assembly process easier and more reliable.

**Custom engineering**
Our in-house design, automation, and robotic manufacturing means rapid prototyping and precision manufacturing at lower costs to our customers. RTI's vertical integration includes injection insert molding, metal stamping, and robotics workcells valued at over one million dollars per cell for precision assembling and testing Our proprietary-designed volume control and trimmer-resistive elements are fabricated and laser trimmed in our microelectronics hybrid facility. Our Class 10,000 clean room environment ensures our goal of zero defects.



Some thick film element arrays are laser trimmed

**Custom engineering parameters**
RTI components are designed to be accurate and durable, meaning that the operation life can be greater than 15,000 rotational cycles at maximum electrical rating and temperature ranging from -25 degrees C to +55 degrees C RTI's unique double-ball wiper design and metallurgy improves performance for the new hearing instruments Some of the volume control models have exchangeable knobs to help match the needs of the customer who may have numerous hearing aid styles The following are some typical engineering specifications used in designing our volume controls



http://www.rti-corp.com/Hearing/RTIComp.html

8/31/2005

Resistance Technologies Electro-mechanical Components

Page 2 of 2

and trimmers: Operational torque, Stop guide torque, Rotational angle, Potentiometer terminals, Wiper, Knob, Base, Resistor substrate, Resistor element, Potentiometer, Overall resistance, Wattage rating, and Contact resistance



Ultra-miniature volume control for ITE and ITC hearing aids

Contact Customer Service at 1-877-651-1636 (toll free)



Thousands of micro miniature volume control element assemblies are processed each day

http://www.rti-corp.com/Hearing/RTIComp.html

8/31/2005