**EXHIBIT A10**

Resistance Technologies Corporate Information                                                                 Page 1 of 2



**Your Global Partner**
For over 19 years, Resistance Technology, a world producer of Medical Hearing Products and Merchant Plastics, brings together the latest elements of hearing technology--from our ultra-miniature volume controls, trimmers to CIC faceplates and microelectronic hybreds to programmable hearing systems We continue to support our international customers directly by sales and engineering offices in Germany and Asia.

**Customized Products**
As a partner with our customers, we provide services such as rapid prototyping, Kan Ban production, custom engineering and packaging to meet your needs RTI specializes in custom design and manufacturing that is based on proven core competencies and have ensured successful products for our worldwide customers that covers:

- Integrated circuits: low power and low noise applications
- Ultra-miniature microelectronics hybrid packaging
- Injection/Insert molding precision plastics
- Precision automation/Robotics manufacturing
- Systems engineering integrating electronics and mechanical packaging

**In USA:**
Resistance Technology Inc
1260 Red Fox Road
Arden Hills, Minnesota 55112
Tel: 651 636-9770
Fax: 651 636-9503
Contact: Customer Service/Support at 1-877-651-1636 (toll free)

**In Europe:**
Resistance Technology GmbH
Kesselschmiedstrasse 10

Resistance Technologies Corporate Information

Page 2 of 2

D-85354 Friesing, Germany
Tel: 049-8161-4804-0
Fax: 049-8161-4804-18
rtgmbh@rtgmbh.de

**In Singapore:**
RTI Tech Pte Ltd
26 Ayer Rajah Crescent
#04-03/04/07
Singapore 139944
Tel: 65-776-1021
Fax: 65-779-1021
Contact: Hedy Teo. hedyteo@pacific.net.sg

http://www.rti-corp.com/Corporate/RTIcorp_info.html

8/31/2005