**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

September 9, 2005

**VIA ELECTRONIC FILING**
**AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court Judge
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, DE 19801

   Re: **Energy Transportation Group, Inc. v. Sonic Innovations, Inc., et al.**
     **C. A. No. 05-422-GMS**

Dear Judge Sleet:

  We are counsel for defendant Sonic Innovations, Inc. I write to inform the Court that we do not intend to object to plaintiff's motion for leave to amend its complaint (D.I. 65). We have also conferred with counsel for plaintiff, who has agreed that it will be appropriate for Sonic to respond only to the amended complaint, after the Court addresses plaintiff's motion to amend.

            Respectfully submitted,

            */s/ Richard L. Horwitz*

            Richard L. Horwitz

RLH/msb
698511
cc: Clerk of the Court (via hand delivery)
   Edmond D. Johnson (via hand delivery)
   Maryellen Noreika (via hand delivery)
   N. Richard Powers (via hand delivery)
   Richard K. Herrmann (via hand delivery)
   Barry M. Klayman (via hand delivery)
   Mary B. Graham (via hand delivery)
   Donald E. Reid (via hand delivery)
   Leslie A. Polizoti (via hand delivery)