IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONIC INNOVATIONS, INC., PHONAK HOLDING AG, PHONAK INC., UNITRON HEARING, INC., WILLIAM DEMANT HOLDING A/S, OTICON A/S, OTICON INC. WIDEX A/S, WIDEX HEARING AID CO., INC., GN RESOUND A/S, GN RESOUND CORPORATION, STARKEY LABORATORIES, INC., GENNUM CORPORATION, RESISTANCE TECHNOLOGY, INC., BERNAFON AG, WDH, INC., and BERNAFON, LLC, <br><br> Defendants. | C.A. No. 05-422 GMS |

## ORDER

WHEREAS, on June 23, 2005, Energy Transportation Group, Inc. ("ETG") filed this patent infringement action against the above-captioned defendants;

WHEREAS, on August 22, 2005, Resistance Technology, Inc. ("RTI") filed a Motion to Dismiss for Lack of Jurisdiction Over the Person (D.I. 56);

WHEREAS, pursuant to District of Delaware Local Rule 7.1.2(a) (1995), an answer brief to RTI's motion was due on September 6, 2005, but RTI granted ETG an extension until September 12, 2005;

WHEREAS, on August 31, 2005, ETG filed a Motion for Expedited Jurisdictional Discovery and Extension of Time to Respond to RTI's Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 63);

WHEREAS, pursuant to District of Delaware Local Rule 7.1.2(a) (1995), an answer to ETG's motion is not due until September 15, 2005;

WHEREAS, on September 9, 2005, ETG filed a separate Motion for Extension of Time to Respond to RTI's Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 71);

WHEREAS, the motion asserts that RTI refused to grant ETG the extension it was seeking;

WHEREAS, pursuant to District of Delaware Local Rule 7.1.2(a) (1995), an answer to ETG's motion is not due until September 22, 2005; and

WHEREAS, it is the court's policy not to decide a motion before it is fully briefed;

IT IS HEREBY ORDERED that:

1. ETG's Motion for Extension of Time to Respond to RTI's Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 71) is DENIED.

2. ETG shall file its answering brief to RTI's Motion to Dismiss for Lack of Jurisdiction Over the Person (D.I. 56) today, September 12, 2005, electronically, using CM/ECF.

Dated: September 12, 2005

UNITED STATES DISTRICT JUDGE

FILED
SEP 1 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE