

Wilmington Trust Center, Suite 1001, 1100 North Market Street, Wilmington, Delaware 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Barry M. Klayman
Direct Dial: (302) 777-0313
Direct Fax: (302) 778-7813
E-mail:    bklayman@wolfblock.com
*Admitted in Delaware and Pennsylvania

September 12, 2005

**VIA E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Judge
U.S. District Court for the District of
Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Lock Box 19
Wilmington, DE 19801

    Re:    Energy Transportation Group, Inc. v. Sonic Innovations,
             Inc., et al., C.A. No. 05-422 (GMS)

Dear Judge Sleet:

    We are counsel for defendant, Resistance Technology, Inc. I write to advise the Court that we do not intend to file a response to plaintiff's motion for leave to amend its complaint (D.I. 65).

                                  Respectfully yours,

                                    Barry M. Klayman
                        For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

BMK
cc:    Clerk of the Court (By Hand)
        All Counsel (Via ECF Notice)