# THE BAYARD FIRM
## ATTORNEYS

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

302-429-4227
ejohnson@bayardfirm.com

September 12, 2005

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE  19801

Re:  *Energy Transportation Group Inc. v. Sonic Innovations Inc., et al.*
     *Civil Action No. 05-422*

Dear Judge Sleet:

I represent the Plaintiff, Energy Transportation Group, Inc. ("ETG") in the reference matter. On September 1 2005, ETG filed a motion to allow it to file a second amended complaint to add certain parties to this matter (the "Motion") [D.I. 65]. All the defendants except Gennum have either written the Court indicating that they do not intend to oppose the Motion, or in the case of the affiliates of the parties to be added, have filed a response to the Motion which does not oppose the granting of the Motion. Gennum's counsel has authorized me to represent that it does not oppose the Motion.

Since none of the defendants are objecting to the grant of the Motion, and many of the defendants answers to the first amended complaint are due today, ETG agrees with the defendants that it would likely be a waste of their resources to respond to the first amended complaint before the Court rules on the Motion. Consequently, ETG has granted all defendants an extension until the later of the time called for by the Rules of Civil Procedure or ten days after the Court rules on the Motion, whichever is later, for the existing defendants to respond to either the second amended complaint or the amended complaint, whichever is appropriate, after the Court's ruling on the Motion.

I write this letter to avoid troubling the Court with a series of stipulations.

600926v1

THE BAYARD FIRM

The Honorable Gregory M. Sleet
September 12, 2005
Page 2

Counsel are available for consultation if the Court so desires.

Respectfully,

Edmond D. Johnson (# 2257)

cc: Clerk of Court (via hand delivery)
    Jack B. Blumenfeld, Esq. (via electronic filing)
    Mary B. Graham, Esq. (via electronic filing)
    Thomas C. Grimm, Esq. (via electronic filing)
    Richard K. Herrmann, Esq. (via electronic filing)
    Richard L. Horwitz, Esq. (via electronic filing)
    Barry M. Klayman, Esq. (via electronic filing)
    James W. Parrett, Jr., Esq. (via electronic filing)
    Leslie A. Polizoti, Esq. (via electronic filing)
    N. Richard Powers, Esq. (via electronic filing)
    Donald E. Reid, Esq. (via electronic filing)

31479-1

600926v1