# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ENERGY TRANSPORATION GROUP, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 05-422-GMS |
| | ) | |
| **SONIC INNOVATIONS, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions pro hac vice of Richard G. Morgan and Steven L. Reitenour of the law firm of Bowman and Brooke LLP to represent Defendant Starkey Laboratories, Inc. in this matter.

Dated: September 13, 2005

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Mary B. Matterer
　　　　　　　　　　　　　　　　　　　　　　　　　　　Mary B. Matterer (I.D. No. 2696)
　　　　　　　　　　　　　　　　　　　　　　　　　　　MORRIS JAMES HITCHENS
　　　　　　　　　　　　　　　　　　　　　　　　　　　& WILLIAMS LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　　　　　　　302.888.6800
　　　　　　　　　　　　　　　　　　　　　　　　　　　rherrmann@morrisjames.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　　Starkey Laboratories, Inc.

**SO ORDERED** this _____ day of _____, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge Gregory M. Sleet

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Minnesota and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: August 31, 2005        Signed: _____
                                     Richard G. Morgan, Esq.
                                     Bowman and Brooke LLP
                                     Fifth Street Towers
                                     150 S. Fifth Street, Suite 2600
                                     Minneapolis, MN 55402
                                     (612) 339-8682

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Minnesota, Iowa and North Dakota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: September 7, 2005

Signed: 
Steven L. Reitenour, Esq.
Bowman and Brooke LLP
Fifth Street Towers
150 S. Fifth Street, Suite 2600
Minneapolis, MN 55402
(612) 339-8682

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of September 2005, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Edmond D. Johnson, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Richard L. Horwitz, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

Thomas C. Grimm, Esq.
Leslie Polizoti, Esq.
Morris, Nichols, Arsht and Tunnell
1201 Market Street
Wilmington, DE  19801

Mary B. Graham, Esq.
James W. Parrett, Jr., Esq.
Morris, Nichols, Arsht and Tunnell
1201 Market Street
Wilmington, DE  19801

N. Richard Powers, Esq.
Connolly Bove Lodge & Hutz
1007 N. Orange Street
Wilmington, DE  19801

Barry M. Klayman, Esq.
Wolf Block Schorr and Solis-Cohen
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE  19801

Donald E. Reid
Morris, Nichols, Arsht and Tunnell
1201 Market Street
Wilmington, DE  19801

Jack B. Blumenfeld, Esq.
MaryEllen Noreika, Esq.
Morris, Nichols, Arsht and Tunnell
1201 Market Street
Wilmington, DE  19801

          */s/ Mary B. Matterer*
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendant Starkey Laboratories, Inc.*