# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

ENERGY TRANSPORTATION GROUP, INC., )   Civil Action No. 05-422 (GMS)
)
Plaintiff, )
)
v. )
)
SONIC INNOVATIONS, INC., et al., )
)
Defendants. )

## AFFIDAVIT OF MICHAEL GERACI IN SUPPORT OF RESISTANCE TECHNOLOGY, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(b)(2).

Barry M. Klayman, Esq. (#3676)
WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
Wilmington Trust Center
1100 North Market Street
Suite 1001
Wilmington, DE 19801
(302) 777-0313

Jeffrey D. Shewchuk, Esq.
Shewchuk IP Services, LLC
533 77th Street West
Eagan, MN 55121
(651) 331-9558

Attorneys for Defendant, Resistance Technology, Inc.

## AFFIDAVIT OF MICHAEL GERACI IN SUPPORT OF RESISTANCE TECHNOLOGY, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(b)(2).

I, Michael Geraci, being duly sworn, state as follows:

1. I currently am the Vice President, Hearing Health SBU of Defendant Resistance Technology Inc. ("RTI").

2. I understand that Energy Technology Group, Inc. ("ETG"), in opposing RTI's Motion to Dismiss For Lack of Personal Jurisdiction, has alleged that RTI is the manufacturer of digital signal processing chips incorporated in Sonic Innovations, Inc's ("Sonic's") hearing aid products. This allegation by ETG is unsupported in fact and untrue.

3. Sonic is one of RTI's best customers, but not for digital signal processing chips.

Affidavit of Michael Geraci
Page 3 of 3

4. Presuming Sonic has not purchased signal processing chips manufactured by RTI from an unrelated third party and without RTI's knowledge, Sonic has not purchased any signal processing chips (digital or analog) that were manufactured by RTI. Presuming Sonic has not purchased signal processing chips manufactured by RTI from an unrelated third party and without RTI's knowledge, all signal processing chips that Sonic has used in its hearing aids were manufactured either by Sonic directly or by a third party source unrelated to RTI. To the best of my knowledge, RTI has never stated that it was the source of any signal processing chips used in Sonic's hearing aids.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Sept. 14, 2005

_____
Michael Geraci

STATE OF MINNESOTA  )
                    ) ss.
COUNTY OF RAMSEY    )

Subscribed and Sworn to before me this September 14, 2005

_____
Notary Public

KATHLEEN A HANNING
Notary Public Minnesota
My Commission
Expires 1/31/2007