# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

302-429-4227
ejohnson@bayardfirm.com

October 3, 2005

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:    *Energy Transportation Group Inc. v. Sonic Innovations Inc., et al.*
            *Civil Action No. 05-422*

Dear Judge Sleet:

    I am writing to inform the Court that all of the defendants in the referenced matter have no objection to the Motion to Amend the Complaint that was filed on September 1, 2005. All of the defendants are waiting until the Court rules on that motion to respond either to the current complaint or to the amended complaint if the motion to amend is granted.

    Counsel are available for consultation if the Court has any questions.

                          Respectfully,

                          Edmond D. Johnson (# 2257)

cc:    Clerk of Court (via hand delivery)
        Jack B. Blumenfeld, Esq. (via electronic filing)
        Mary B. Graham, Esq. (via electronic filing)
        Thomas C. Grimm, Esq. (via electronic filing)
        Richard K. Herrmann, Esq. (via electronic filing)
        Richard L. Horwitz, Esq. (via electronic filing)
        Barry M. Klayman, Esq. (via electronic filing)
        James W. Parrett, Jr., Esq. (via electronic filing)
        Leslie A. Polizoti, Esq. (via electronic filing)
        N. Richard Powers, Esq. (via electronic filing)
        Donald E. Reid, Esq. (via electronic filing)
31479-1

603599v1