IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO. 05-422 (GMS) |
| | ) | |
| SONIC INNOVATIONS, INC., | ) | |
| PHONAK HOLDING AG, | ) | |
| PHONAK INC., | ) | |
| UNITRON HEARING, INC. | ) | |
| WILLIAM DEMANT HOLDING A/S, | ) | |
| OTICON A/S, | ) | |
| OTICON INC., | ) | |
| WIDEX A/S, | ) | |
| WIDEX HEARING AID CO., INC. | ) | |
| GN RESOUND A/S, | ) | |
| GN RESOUND CORPORATION, | ) | |
| STARKEY LABORATORIES, INC., | ) | |
| GENNUM CORPORATION, | ) | |
| RESISTANCE TECHNOLOGY INC., | ) | |
| BERNAFON AG, | ) | |
| WDH, INC., and | ) | |
| BERNAFON, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of C. Gregory Gramenopoulos to represent William Demant Holding A/S, Oticon A/S, Oticon Inc., Bernafon AG, WDH, Inc., and Bernafon, LLC in this matter.

- 2 -

Date: *October 14, 2005*                                    *N. Richard Powers*
                                                            _____
                                                            N. Richard Powers (# 494)
                                                            Connolly Bove Lodge & Hutz, LLP
                                                            The Nemours Building
                                                            1007 North Orange Street
                                                            Wilmington, DE  19801
                                                            (302) 888-6233
                                                            NPowers@cblh.com

                                                            Attorneys for Defendants
                                                            William Demant Holding A/S,
                                                            Oticon A/S, Oticon Inc., Bernafon AG,
                                                            WDH, Inc., and Bernafon, LLC

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____            _____
                                        United States District Judge

- 3 -

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bars of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: October 7, 2005         Signed: _____
                                      C. Gregory Gramenopoulos
                                      Finnegan, Henderson, Farabow,
                                      Garrett & Dunner L.L.P.
                                      901 New York Avenue, NW
                                      Washington, DC 20001-4413
                                      (202) 408-4000