## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) ) ) | Civil Action No. 05-422 (GMS) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| SONIC INNOVATIONS, INC., PHONAK HOLDING AG, PHONAK INC., UNITRON HEARING, INC., WILLIAM DEMANT HOLDING A/S, OTICON A/S, OTICON INC., WIDEX A/S, WIDEX HEARING AID CO., INC., GN RESOUND A/S, GN RESOUND CORPORATION, STARKEY LABORATORIES, INC., GENNUM CORPORATION, RESISTANCE TECHNOLOGY INC., BERNAFON AG, WDH, INC. and BERNAFON, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of the undersigned as counsel for defendants Bernafon AG, Bernafon LLC and WDH Inc. in this action. The undersigned also continues to represent defendants William Demant Holding A/S, Oticon A/S and Oticon Inc. in this action.

_N. Richard Powers_

N. Richard Powers (#494)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 656-9072

Dated: October 14, 2005

## CERTIFICATE OF SERVICE

I, N. Richard Powers, hereby certify that on October 14, 2005, I electronically filed **Entry of Appearance** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Edmond D. Johnson
Thomas H. Kovach
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
ejohnson@bayardfirm.com
tkovach@bayardfirm.com

N. Richard Powers (#494)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
(302) 658-9141
NPowers@cblh.com