IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-422 (GMS) |
| | ) | |
| SONIC INNOVATIONS, INC., et al, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of James R. Sobieraj, Meredith Martin Addy, David H. Bluestone, and Robert G. Pluta to represent Defendants Phonak AG, Phonak LLC, Unitron Hearing, Inc., and Unitron Hearing Ltd. in this matter. In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

OF COUNSEL:

James R. Sobieraj
Meredith Martin Addy
David H. Bluestone
Robert G. Pluta
BRINKS HOFER GILSON & LIONE
455 North Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL 60611-5599
(312) 321-4200

MORRIS, NICHOLS, ARSHT & TUNNELL

*Thomas C. Grimm*

Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  *Attorney for Defendants, Phonak AG,*
  *Phonak LLC, Unitron Hearing, Inc.,*
  *and Unitron Hearing Ltd.*

IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice* is granted.

Date: _____        _____
                             United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois and am registered to practice before the U.S. Patent and Trademark Office, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office concurrent with the filing of this motion.

Date: 10-12-05

James R. Sobieraj
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
(312) 321-4200
(312) 321-4299 (fax)

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the States of Georgia, Illinois, District of Columbia, U.S. Court of Appeals for the Federal Circuit, U.S. Supreme Court, and am registered to practice before the U.S. Patent and Trademark Office, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office concurrent with the filing of this motion.

Date: *October 17, 2005*

Meredith Martin Addy
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
(312) 321-4200
(312) 321-4299 (fax)

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois and am registered to practice before the U.S. Patent and Trademark Office, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office concurrent with the filing of this motion.

Date: 10/12/2005

David H. Bluestone
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
(312) 321-4200
(312) 321-4299 (fax)

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois and am registered to practice before the U.S. Patent and Trademark Office, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office concurrent with the filing of this motion.

Date: _10/12/05_

Robert G. Pluta
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
(312) 321-4200
(312) 321-4299 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following: Jack B. Blumenfeld, Robert E. Camors, Jr., Mary B. Graham, Richard K. Herrmann, Richard L. Horwitz, Edmond D. Johnson, Barry M. Klayman, Thomas Henry Kovach, James Walter Parrett, Jr., N. Richard Powers, Donald E. Reid, David B. Ritchie, Jeffrey D. Shewchuk, and Richard Swope.

Thomas C. Grimm (#1098)
tgrimm@mnat.com

489770