IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | § § § | |
| Plaintiff, | § § | Civil Action No. |
| v. | § § | 05-CV-422-GMS |
| SONIC INNOVATIONS, INC., et al. | § § § | |
| Defendants. | § | |

**DEFENDANT WILLIAM DEMANT HOLDING A/S'S MOTION TO DISMISS WILLAM DEMANT HOLDING A/S FOR LACK OF PERSONAL JURISDICTION**

DEFENDANT WILLIAM DEMANT HOLDING A/S ("WDH A/S") hereby moves, pursuant to Fed. R. Civ. P. 12(b)(2), for an Order dismissing the claims against it for lack of personal jurisdiction. In support of its Motion, WDH A/S's Opening Brief and the accompanying First Declaration of Niels Jacobsen are filed contemporaneously herewith and hereby incorporated by reference as though fully set forth herein.

Respectfully submitted,

/s/N. Richard Powers
N. Richard Powers (#494)
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Phone: 302-658-9141

ATTORNEYS FOR DEFENDANT WILLIAM DEMANT HOLDING A/S

Dated: October 31, 2005

OF COUNSEL FOR
WILLIAM DEMANT HOLDING A/S:

John M. Romary, Esq.
C. Gregory Gramenopoulos, Esq.
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
(202) 408-4000

## CERTIFICATE OF SERVICE

I, N. Richard Powers, hereby certify that on October 31, 2005, a true and correct copy of the foregoing document was caused to be served in the manner indicated on the attorneys of record at the following addresses:

**VIA HAND DELIVERY**
Richard K. Herrmann, Esquire
Morris James Hitchens
 & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**VIA HAND DELIVERY**
Richard W. Horwitz, Esquire
Potter Anderson & Corroon LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**VIA HAND DELIVERY**
Edmond D. Johnson, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899

**VIA HAND DELIVERY**
Barry M. Klayman, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street
Suite 1001
Wilmington, DE 19801

**VIA HAND DELIVERY**
Mary B. Graham, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

/s/ N. Richard Powers
N. Richard Powers (#494)