IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | § § § § | |
| Plaintiff, | § § | Civil Action No. |
| v. | § § | 05-CV-422-GMS |
| SONIC INNOVATIONS, INC., et al. | § § § | |
| Defendants. | § | |

**FIRST DECLARATION OF NIELS JACOBSEN
IN SUPPORT OF WILLIAM DEMANT HOLDING A/S'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

I, **Niels Jacobsen**, being over the age of eighteen and suffering from no physical or mental impairments that preclude me from understanding my statements, make the following declaration based on my personal knowledge and with authority to speak on behalf of William Demant Holding A/S:

1. I currently serve as Chief Executive Officer (CEO) and President of William Demant Holding A/S.

2. William Demant Holding A/S is organized under the laws of Denmark and has its principal and sole office in Strandvejen 58, DK-2900 Hellerup, Denmark.

3. William Demant Holding A/S has only nine (9) employees, all of whom reside outside the United States. Of these nine employees, five perform corporate functions and four serve as secretaries to the five corporate employees.

4. William Demant Holding A/S has not in the past manufactured, and does not now manufacture any goods in the State of Delaware, in the United States, or anywhere else in the world.

5. William Demant Holding A/S has not sold, offered for sale, traded, or imported, and does not now sell, offer for sale, trade, or import any goods or services in the State of Delaware, in the United States, or anywhere else in the world.

6. William Demant Holding A/S has not in the past and does not now use any products, methods, processes, services, or systems related to programmable digital hearing aid devices in the State of Delaware, in the United States, or anywhere else in the world.

7. William Demant Holding A/S is, and acts as, a parent holding company. It wholly owns, either directly or indirectly, approximately forty-five (45) subsidiary companies throughout the world, including Oticon A/S in Denmark, Oticon Inc. in the United States, WDH, Inc. in the United States, Bernafon AG in Switzerland, and Bernafon LLC in the United States. Each of its subsidiaries has its own organization and unique identity.

8. William Demant Holding A/S also owns minority positions in a number of corporations, including forty-nine percent (49%) of the shares of American Hearing Aid Associates ("AHAA"), a Pennsylvania corporation involved in the hearing aid business, but which has not been named as a defendant in this action. As with the other companies whose stock William Demant Holding A/S holds, William Demant Holding A/S has no involvement in the day-to-day management of AHAA, whose financial statements and corporate records are separate from the financial statements and corporate records of William Demant Holding A/S.

9. William Demant Holding A/S maintains its own financial statements and corporate records separate from the statements and records of its subsidiaries.

10. William Demant Holding A/S is not registered to do business in the State of Delaware and has never contracted to supply goods or services in the State of Delaware or anywhere else in the United States.

11. William Demant Holding A/S has not appointed an agent to accept service of process on its behalf in the State of Delaware or anywhere else in the United States.

12. William Demant Holding A/S has not maintained, and does not maintain any offices, telephone listings, or other facilities in the State of Delaware or anywhere else in the United States.

13. William Demant Holding A/S has not owned or leased, and does not now own or lease, any property in the State of Delaware or anywhere else in the United States.

14. William Demant Holding A/S does not maintain any bank accounts in the State of Delaware.

15. William Demant Holding A/S has never paid nor been obligated to pay any taxes or franchise fees in the State of Delaware.

16. Oticon A/S is a Danish company that designs, develops, and manufactures hearing aids in its facilities in Denmark.

17. Oticon Inc. is a California corporation having a place of business in Somerset, New Jersey that acts as a U.S. distributor for certain hearing aids manufactured by Oticon A/S.

FIRST DECLARATION OF NIELS JACOBSEN                                          2

18. Bernafon LLC is a New Jersey limited liability corporation having a place of business in New Jersey that also is a U.S. distributor for certain other hearing aids designed by Bernafon AG and manufactured by Oticon A/S.

19. Bernafon AG is a Swiss company that designs certain hearing aid products and also assists Bernafon LLC in the marketing and sale of hearing aids designed by Bernafon AG and manufactured by Oticon A/S.

20. WDH, Inc. is a holding company without employees and has no day-to-day operations. WDH, Inc. holds the stock of several United States and Canadian companies, including Oticon Inc. and Bernafon LLC.

21. William Demant Holding A/S does not control the day-to-day activities of its subsidiaries, including Oticon A/S, Oticon Inc., Bernafon AG, and Bernafon LLC.

22. I serve as CEO of Oticon Inc., WDH, Inc., and Oticon A/S, and I sit on the Board of Directors of Oticon Inc., Bernafon AG, and WDH, Inc.

23. I do not serve in any managerial capacity at Bernafon AG or Bernafon LLC.

24. The Board of Directors of William Demant Holding A/S consists of seven members, all of whom are Danish citizens. Four of these members also serve on the Board of Directors of Oticon A/S. None of the Board members of William Demant Holding A/S serve on the Board of Directors of Oticon, Inc., WDH, Inc., Bernafon AG, or Bernafon LLC.

25. Oticon A/S has over 1000 employees and, at the end of 2004, had a total equity of over USD $100,000,000.

26. Oticon, Inc. maintains an office in the United States with over 350 employees and, at the end of 2004, had a total equity of over USD $35,000,000.

27. Bernafon AG has over 100 employees and, at the end of 2004, had a total equity of nearly USD $100,000,000.

28. Bernafon LLC maintains an office in the United States with about 20 employees and, at the end of 2004, had a total equity of over USD $5,000,000.

29. WDH, Inc. had a total equity at the end of 2004 of more than USD $21,000,000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 11, 2005, Hellerup, Denmark,

_____
Niels Jacobsen
CEO and President
William Demant Holding A/S