EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | ) ) | |
| | ) | C.A. NO. 05-422 (GMS) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| | ) | |
| SONIC INNOVATIONS, INC, | ) | JURY TRIAL DEMANDED |
| PHONAK HOLDING AG, | ) | |
| PHONAK INC., | ) | |
| UNITRON HEARING, INC., | ) | |
| WILLIAM DEMANT HOLDING A/S, | ) | |
| OTICON A/S, | ) | |
| OTICON INC., | ) | |
| WIDEX A/S, | ) | |
| WIDEX HEARING AID CO. INC, | ) | |
| GN RESOUND A/S, | ) | |
| GN RESOUND CORPORATION, | ) | |
| STARKEY LABORATORIES, INC., | ) | |
| GENNUM CORPORATION, | ) | |
| RESISTANCE TECHNOLOGY INC., | ) | |
| BERNAFON AG, | ) | |
| WDH, INC., AND | | |
| BERNAFON, LLC, | | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF BRIAN M. BUROKER

1.      My name is Brian M. Buroker. I am over 18 years of age. I am a partner with the

law firm of Hunton & Williams L.L.P. and my office is in Washington, D.C. I am fully

competent to make this Declaration and I have personal knowledge of the facts stated in this

Declaration. All of the facts stated in this Declaration are true and correct.

2.      I am counsel for the Plaintiff Energy Transportation Group, Inc. in the above

referenced and styled cause.

3.    Attached as Exhibit A1 is a true and accurate copy of the web page available on November 14, 2005 from the URL

http://www.demant.com/eprise/main/Demant/_Announcements/General/00-11-22_GB.pdf .

4.    Attached as Exhibit A2 is a true and accurate copy of the web page available on November 14, 2005 from the http://www.ahaanet.com/about_ahaa.asp.

5.    Attached as Exhibit A3 is a true and accurate copy of the web page available on November 14, 2005 from the URL http://ahaa.via.infonow.net/locator/jsp/index.jsp.

6.    Attached as Exhibit A4 is a true and accurate copy of the web page available on November 14, 2005 from the URL

http://www.demant.com/eprise/main/Demant/com/SEC_AboutUs/CNT01_AboutUs.

7.    Attached as Exhibit A5-1 is a true and accurate copy of the web page available on November 14, 2005 from the URL

http://www.demant.com/eprise/main/Demant/com/SEC_AboutUs/CNT01_Foundation and attached as Exhibit A5-2 is a true and accurate copy of the web page available on November 14, 2005 from the URL

http://www.demant.com/eprise/main/Demant/com/SEC_AboutUs/CNT01_FAQ.

8.    Attached as Exhibit A6 is a true and accurate copy of the web page available on November 14, 2005 from the URL

http://www.demant.com/eprise/main/Demant/com/SEC_AboutUs/CNT01_History.

9.    Attached as Exhibit A7 is a true and accurate copy of the web page available on November 14, 2005 from the URL

http://www.demant.com/eprise/main/Demant/com/SEC_Investor/050817InvestorPresentation.pdf.

10.     Attached as Exhibit A8 is a true and accurate copy of the web page available on November 14, 2005 from the URL

http://www.demant.com/eprise/main/Demant/com/SEC_Investor/050307InvestorPresentation.pdf.

11.     Attached as Exhibit A9 is a true and accurate copy of the web page available on November 14, 2005 from the URL

http://www.williamdemant.com/eprise/main/Demant/com/SEC_Investor/2004_03_InvestorPresentation.pdf.

12.     Attached as Exhibit A10 is a true and accurate copy of the web page available on November 14, 2005 from the URL

http://www.audiologyonline.com/interview/displayarchives.asp?interview_id=31.

13.     Attached as Exhibit A11 is a true and accurate copy of the web page available on November 14, 2005 from the URL

http://www.reports.demant.com/Investor/report_01/directors_report.htm.

14.     Attached as Exhibit A12 is a true and accurate copy of the web page available on November 14, 2005 from the URL

http://www.audiologyonline.com/news/displaynews.asp?news_id=275.

15.     Attached as Exhibit A13 is a true and accurate copy of the web page available on November 14, 2005 from the URL Attached as Exhibit A2 is a true and accurate copy of the web page available on November 14, 2005 from the URL

http://www.demant.com/eprise/main/Demant/com/SEC_Investor/2004_04_InvestorPresentation.pdf.

16.     Attached as Exhibit A14 is a true and accurate copy of the web page available on November 14, 2005 from the URL

http://www.williamdemant.com/eprise/main/Demant/com/SEC_Investor/030301AnnualReport.p
df.

17.    Attached as Exhibit A15 is a true and accurate copy of search results, available on
November 14, 2005 , for providers near Dover, Delaware from URL
http://ahaa.via.infonow.net/locator/jsp/index.jsp.

18.    Attached as Exhibit A16 is a true and accurate copy of the web page available on
November 14, 2005 from the URL http://www.delawarehearingconsultants.com/skillsexpertise/.

19.    Attached as Exhibit A17 is a true and accurate copy of the web page available on
November 14, 2005 from the URL
http://hcl.oticon.us/(ro2dys55z50mom550l551o45)/form.aspx.

20.    Attached as Exhibit A18 is a true and accurate copy search results, available on
November 14, 2005, for providers near Delaware from URL
http://hcl.oticon.us/(ro2dys55z50mom550l551o45)/viewMap.aspx.

21.    Attached as Exhibit A19 is a true and accurate copy of a document obtained on
July 26, 2005 from Lexis' state corporate records reflecting Niels Jacobsen's position as a
director on the American Hearing Aid Associates, Inc.

22.    Attached as Exhibit A20 is a true and accurate copy of  a November 8, 2005 letter
I sent William Demant Holding A/S's attorney which listed jurisdictional discovery requested by
Plaintiff and pertaining to William Demant Holding A/S.

23.    Attached as Exhibit A21 rue and accurate copy of the letter of November 9, 2005
which I received from William Demant Holding A/S's attorney which stated that William
Demant Holding A/S declined to voluntarily participate in any jurisdictional discovery.

24.    I have executed this Declaration on November 14, 2005.

_Brian M Buro_

_____

Brian M. Buroker

**EXHIBIT A-1**

To the Copenhagen Stock Exchange

## William Demant Holding

**Announcement No. 2000-13**
**2 pages in total**

William Demant Holding A/S
58, Strandvejen
DK - 2900 Hellerup
Denmark

Tel.: +45 39 17 71 00
Fax: +45 39 27 89 00

CVR No. 71186911
william@demant.dk

*Contact person:*
*Niels Jacobsen, President & CEO*

*Hellerup, 22 November 2000*
*NJA/aor*

**William Demant Holding A/S strengthens distribution in North America and concludes OEM-agreement**

William Demant Holding A/S has just concluded a joint venture and an OEM-agreement with a group of independent American hearing aid dispensers operating under the trade name *AVADA Audiology and Hearing Care centers.*

The *AVADA* Group consists of 16 prominent hearing aid dispensers with a total of 390 employees in 163 clinics in 12 states. In 1999, revenues amounted to USD 36 million.

The co-operation with the *AVADA* Group was established through a newly established joint venture company, and the parties have infused the 163 clinics and liquid capital in the amount of USD 10-13 million for acquiring additional clinics under the *AVADA* brand. By virtue of the recently concluded exclusive OEM-agreement, the clinics will in future mainly sell OEM-products from the William Demant companies under the *AVADA* brand.

William Demant Holding A/S will invest a total of USD 53.8 million to obtain an exclusive OEM-agreement and 47% ownership of the joint venture company. The investment will be financed by a total cash amount of USD 37 million, and as far as the remaining part of the investment is concerned through the issue of 335,600 new William Demant Holding A/S shares (equivalent to 0.5% of the share capital).

The issue of new shares will be carried out in accordance with a standing authorisation granted by the General Assembly to the Board of the Company, however without granting existing shareholders a preferential subscription right. The shares will be offered at a price of 439 corresponding to the average closing price of the past 10 days' official closing prices at the Copenhagen Stock Exchange. It has been agreed with the holders of the newly issued shares that half the new shares cannot be sold until a three-month lock-up period starting today has expired and that the second half of shares cannot be sold until an additional three-month lock-up period has expired.

The total investment of DKK 475 million will affect a number of items in the accounts of William Demant Holding A/S. The joint venture co-operation will be consolidated propor-

1

tionally with 47% in the accounts for which reason the Group's net revenues for 2001 are expected to be affected positively by USD 18-20 million. Moreover, the additional revenues are expected to be realised with a profit margin corresponding to the Group's present profit margin.

After write-down of goodwill by a total of DKK 418 million and after infusion of the proceeds originating from the share issue in the amount of DKK 148 million, the shareholders' equity will be influenced negatively by a net total of DKK 270 million.

The co-operation with the *AVADA* Group will strengthen the position of William Demant Holding A/S on the North American market, and the newly established joint venture is expected to be a good basis for future growth.

### Dividend policy

Since the company went public in May 1995 and up to now, the William Demant Group has paid out a total of DKK 450 million in dividends – i.e. partly in the form of direct dividends totalling DKK 146 million and partly in the form of buy-back of own shares totalling DKK 304 million. These payments correspond to 54% of this period's overall profit.

This year alone, the William Demant group has carried through acquisitions totalling DKK 0.9 billion. Such acquisitions have mainly been financed through the contraction of debt. For the duration of the on-going expansion phase, the Company's Board considers it suitable to preserve a big part of the Group's cash-flow within the Company, for which reason the Board has decided to recommend the up-coming General Assembly (April 2001) that no dividends for the financial year 2000 be paid out.

In the coming years, the Company does not intend to pay out any dividends either and will use buy-back of own shares as the only means of dividend distribution. Thus, the Company will to a larger extent be able to adjust its stand-by capital to the growth and expansion in the years to come.

### Expectations of this financial year and 2001

The expectations of this financial year remain unchanged compared to the interim report released in August.

As mentioned earlier, the present investment is expected to influence the 2001 revenues positively by USD 18-20 million. Information on the expected overall result for the financial year 2001 will be sent to the Copenhagen Stock Exchange in connection with the publication of the Company's annual report on 6 March 2001.

*Yours sincerely,*
William Demant Holding A/S


Niels Jacobsen
President & CEO

2

**EXHIBIT A-2**



**AHAA**

**AMERICAN HEARING AID ASSOCIATES**

☑ News and Information   ☑ Hearing Aid Products   ☑ Service Plans   ☑ Find a Provider   ☑ Careers at AHAA

☐ Contact Us
☐ About AHAA
☐ Professionals
☐ FAQ's
☐ Search

- Home
- Hearing Loss
- Hearing Aids
- Children
- General Information
- Site Map
- Links
- Glossary



## About AHAA

Specializing in the diagnosis of hearing loss and the treatment of hearing loss, our highly trained professionals will find the best hearing solution for you.

AHAA is also dedicated to maintaining a strong online presence, which benefit the hard of hearing and their friends and family.

## About AHAA

more

- Contact Us
- FAQ
- Search Our Site
- Privacy Policy

- **AHAA** represents the nation's highest quality and most accessible hearing health care network comprised of professional audiologists, hearing aid dispensers, otolaryngologists, hospitals, and universities across the country.

- **AHAA** aims to raise the quality of hearing health care throughout America by the continual evaluation and upgrading of the educational standards and technical expertise of our hearing aid associates.

- While the provider/patient relationship is the foundation of our integrity, it is our duty to increase awareness of hearing loss throughout the country and deliver the hearing impaired person a better life as a result of improved hearing.






About the American Hearing Aid Associates







©2002 American Hearing Aid
Associates, All Rights Reserved.
Privacy Policy | Conditions of Use

# EXHIBIT A-3



# AMERICAN HEARING AID ASSOCIATES

☑ News and Information  ☑ Hearing Aid Products  ☑ Service Plans  ☑ Find a Provider  ☑ Careers at AHAA



☐ Contact Us
☐ About AHAA
☐ Professionals
☐ FAQ's
☐ Search

**Find a Provider**

- Find a Provider

  - What is an Audiologist?
  - About AHAA
  - Patients Bill of Rights
  - What is a hearing evaluation?

- Hearing Loss
- Hearing Aids
- Children
- General Information
- Site Map
- Links



Welcome to
## The AHAA Network

The American Hearing Aid Associates (AHAA) represents the very best of hearing health care in America.

- AHAA represents the nation's highest quality and most accessible hearing health care network comprised of professional audiologists, hearing aid dispensers, otolaryngologists, hospitals, and universities across the country.

- AHAA aims to raise the quality of hearing health care throughout America by the continual evaluation and upgrading of the educational standards and technical expertise of our hearing aid associates.

Professionals
## Join our Network

**AHAA Associates are Proud to Offer**

- Complete Hearing Healthcare
- HELPCard
- Universal Hearing Benefit Plan

## Find a Provider

Street (or cross streets):
_____

City:
_____

State/Province:
Select State

Zip Code:
_____

**Display Results:**
◉ Map & List  ○ List Only

Search Now



*10-20% Off*
*Name Brand Hearing Aids*
*Click Here for Details*

AHAA's Hearing Network

Referral Management Services by InfoNow Corporation, Copyright ©2005.

**EXHIBIT A-4**

Demant Website - About us

ABOUT US    INVESTOR    MEDIA    CONTACTS

About us | Mission | History | Management | Corporate Governance | FAQ | Oticon Foundation | Jobs | Home

## About us

search          sitemap

The William Demant Holding Group develops, manufactures and sells products and equipment designed to aid the hearing and communication of individuals. The Group focuses on three business areas: Hearing Aids, Diagnostic Instruments and Personal Communication. Group undertakings collaborate in many areas and to a wide extent also share resources and technologies.

**HISTORY**

production because of World War II

**1946:**
First time Oticon hearing aid is introduced

**1957:**          Restart

**BUSINESS UNITS**

Hearing Aids
Oticon
Bernafon

Diagnostic Instruments
Maico Diagnostics
Interacoustics

Personal Communication
Phonic Ear
Sennheiser Communications



William Demant Holding A/S

| Hearing Aids | Hearing Aids | Diagnostic Instruments | Personal Communication |
|---|---|---|---|
| Oticon | Bernafon | Maico Diagnostics | Phonic Ear |
| | | Interacoustics | Sennheiser Communications |

Shared functions

Operational activities          Distribution activities

William Demant Holding A/S, Kongebakken 9, DK-2765 Smorum, Phone +45 3917 7100, william@demant.dk          © 2004

**EXHIBIT A-5**

Demant Website - The Oticon Foundation

ABOUT US    INVESTOR    MEDIA    CONTACTS

About us | Mission | History | Management | Corporate Governance | FAQ | Oticon Foundation | Jobs | Home

search       sitemap



## The Oticon Foundation

HISTORY

When Hans Demant founded Oticon in 1904, it was for a good reason: his wife was hearing impaired, and he was determined to help her and others like her. From personal experience, Hans Demant knew about the effects of hearing impairment – the complex psychological problems which inevitably arise when people have difficulty communicating.

**1904:**
The William Demant Group was founded by Hans Demant

Restart

Inspired by Hans' humanistic philosophy, his son William and his wife created William Demants og Hustru Ida Emilies Fond in 1957. The foundation is later also known as the Oticon Foundation. Today the Oticon Foundation is the largest shareholder in William Demant Holding with a shareholding of just below 60%.

**BUSINESS UNITS**

Hearing Aids
**Oticon**
**Bernafon**

The foundation's statutes mandate that income be used to support the needs of hearing-impaired individuals as well as organizations. Income is derived through its ownership of the majority of shares in the Oticon company.

Diagnostic Instruments
**Maico Diagnostics**
**Interacoustics**

As one of the world's oldest foundations, the Oticon Foundation sponsors social and educational programs, publications, conferences, cultural activities and campaigns - both for researchers, hearing-care professionals and the general public.

Personal Communication
**Phonic Ear**
**Sennheiser Communications**

**The Oticon Foundation**
William Demants og Hustri Ida Emilies Fond
Kongebakken 9
DK-2765 Smørum
Denmark
Phone +45 3917 7100
Fax +45 3927 7900
fonden@oticon.dk
www.oticonfonden.dk

© 2004

William Demant Holding A/S, Kongebakken 9, DK-2765 Smørum, Phone +45 3917 7100, william@demant.dk

Demant Website - Frequently Asked Questions

ABOUT US    INVESTOR    MEDIA    CONTACTS

About us | Mission | History | Management | Corporate Governance | FAQ | Oticon Foundation | Jobs | Home

search        sitemap

## Frequently Asked Questions

**On which stock exchange are William Demant Holding's shares traded?**
William Demant Holding's shares are traded on the Copenhagen Stock Exchange since May 1995.

**When did William Demant Holding change to its current name from Oticon Holding A/S?**
At the annual general meeting in May, 1997 it was decided to change the name of the parent company from Oticon Holding A/S to William Demant Holding A/S, due to the fact that it was considered disadvantageous to use the same name, both for the Group, and for one of its businesses. The name - William Demant Holding A/S - represents a return to the company's origins: William Demant managed the company as a private company from 1912-1957, at which time it became a limited company under the name "Aktieselskabet William Demant".

**Under which symbols are William Demant Holding's shares traded?**
Copenhagen Stock Exchange ID code/ISIN: DK010268440
Copenhagen Stock Echange Shortname: WDH
Reuter: WDH.CO
Bloomberg: WDH DC

**How many William Demant Holding shares are issued?**
65,568,804 shares are issued. The company's holding of own shares at 17 August 2005 was 797,150. No options or warrants on the shares have been issued.

**When did William Demant Holding go public and at what price? Has William Demant Holding had any share splits?**
William Demant Holding went public on 11 May 1995 at a price per share of 395. The listed shares had a nominal value of DKK 20. Since the initial public offering William Demant has had two stock splits. In May 1997 the shares were split from the nominal value of DKK 20 to DKK 5 per share, and in April 2000 a 1:5 share split was decided dividing the share capital into shares of DKK 1.

To compare today's share price with the share price of May 1995, a shareholder should divide the 1995 price by 20.

**What is William Demant Holding's policy on employee share**

HISTORY

**1940's:**
William Demant starts own production because of World War II

- - -            Restart

**BUSINESS UNITS**

Hearing Aids
Oticon
Bernafon

Diagnostic Instruments
Maico Diagnostics
Interacoustics

Personal Communication
Phonic Ear
**Sennheiser Communications**

Demant Website - Frequently Asked Questions

**incentive programs?**
William Demant offers from time to time its employees to buy shares in the company at a favorable price to incentivice its employees.

**Who should I contact regarding other questions on investor relations?**
You may contact either

Kenneth Sachse, VP, Finance
Tel.: +45 3917 7100
e-mail: william@demant.dk

or

Stefan Ingildsen, VP, Investor Relations
Tel.: +45 3913 8509, Mob.: +45 2922 0270
e-mail: william@demant.dk

**What is William Demant Holding's dividend policy?**
The traditional approach with payment of dividend in connection with the annual general meeting has been replaced by an active share buyback program. William Demant Holding will on an ongoing basis assess its capital resources and if required use surplus funds to buy back outstanding shares. This provides the company with a more dynamic planning of dividend policies rather than the static once-a-year dividend pay-out.

**I live outside Denmark and wish to purchase shares in William Demant Holding. How do I accomplish this?**
You should contact your broker or bank, which will be able to trade the shares for you through a correspondent bank in Denmark.

William Demant Holding A/S, Kongebakken 9, DK-2765 Smørum, Phone +45 3917 7100, william@demant.dk                    © 2004

**EXHIBIT A-6**

ABOUT US    INVESTOR

About us | Mission | History | Management | Corporate Governance | FAQ | Oticon Foundation | Jobs | Home

MEDIA    CONTACTS

search    sitemap

## History of WDH

The William Demant Holding Group was founded in 1904 by Hans Demant.

Hans Demant, whose wife had a severe hearing loss, went to London to get a hearing aid for his wife. That very same year, he founded a hearing instrument company 'Oticon' – actually the oldest of its kind in the world. After Hans Demant's death in 1910, his son William took over the business.

Already before World War I, Oticon increased its sales volume to cover the rest of Scandinavia and Saint Petersburg. In the twenties and thirties, a network of agents was established in Europe.

During World War II, Oticon started its own production due to the scarcity of goods from other countries.

From the fifties to the seventies a network of sales companies was established abroad. During this period, Oticon led the transition from pocket hearing instruments to behind-the-ear hearing instruments.

In 1957, William and his wife Ida Emilie donated the Demant family's shares in the company to the Oticon Foundation. The Oticon Foundation's general aim is charity with particular emphasis on helping people with a hearing impairment and today the Oticon Foundation is the main shareholder in William Demant Holding A/S with a holding of app. 61%.

In the eighties, the production of custom-made in-the-ear hearing instruments started.

In 1991, a new and very flexible company structure was established to strengthen the knowledge-based organisation.

1995 became a year of major changes: in January the Group acquired Bernafon – a hearing aid manufacturer based in Switzerland which is today a separate business unit in the William Demant Holding Group. In May, William Demant Holding was listed

**HISTORY**

**1904:**
The William Demant Group was founded by Hans Demant

**1910:**    Restart

**BUSINESS UNITS**

Hearing Aids
**Oticon**
**Bernafon**

Diagnostic Instruments
**Maico Diagnostics**
**Interacoustics**

Personal Communication
**Phonic Ear**
**Sennheiser Communications**

The Demant Family

William and Ida Emilie Demant

Demant Website - History

on the Copenhagen Stock Exchange.

Finally in the autumn the first digital hearing aid was introduced on the market.

In 1997, Phonic Ear was acquired and today Phonic Ear is a major company in the Personal Communication business unit where FM and wireless technologies are core technologies.

In 1999, the headset manufacturer DanaCom was acquired.

In 2000, Interacoustics (audiometers) was acquired, and now the company is a major part of the Diagnostic Instruments business unit.

In 2000. the William Demant Holding Group acquired four major companies that have strengthened the distribution of hearing aids manufactured by both Oticon and Bernafon.



Products 1900-2003

William Demant Holding A/S, Kongebakken 9, DK-2765 Smørum, Phone +45 3917 7100, william@demant.dk

© 2004

**EXHIBIT A-7**

FIRST HALF 2005

William Demant / Holding

# William Demant Holding A/S

## Investor Presentation

## August 2005

FIRST HALF 2005

William Demant / Holding

2

# Headlines first half 2005

- Strong growth in sales DKK 2,258 million – up from DKK 2,067 million in H1 2004

- Organic growth of 12% in wholesale of hearing aids supported by several successful product launches

- R&D expenditures up by 24% - totalling DKK 185 million

- EBIT of DKK 523 million corresponding to 16% growth

- EBIT margin of 23.1% or 1.3 percentage points better than H1 2004

- EPS DKK 5.7 - improvement of 21% versus H1 2004

- CFFO at DKK 423 million is a doubling on H1 2004

- Share buy-back programme continues – expected to reach the level of DKK 600-700 million

- EBIT guidance for 2005 maintained at DKK 1,050-1,100 million – small upgrade of revenue forecast due to currency movements

William Demant/Holding

FIRST HALF 2005

3

# Profit and loss account

| DKK million | H1 2005 | H1 2004 | % change | % change in local currency | Full Year 2004 |
|---|---|---|---|---|---|
| Net revenue | 2,258 | 2,067 | 9% | 11% | 4,303 |
| Gross profit | 1,497 | 1,368 | 9% | 10% | 2,859 |
| Gross profit ratio | 66.3% | 66.2% | | | 66.4% |
| R&D costs | -185 | -150 | 24% | 24% | -324 |
| Distribution costs | -648 | -631 | 3% | 4% | -1,264 |
| Administrative expenses etc. | -141 | -136 | 4% | 4% | -266 |
| Operating profit (EBIT) | 523 | 451 | 16% | 16% | 1,005 |
| Profit margin | 23.1% | 21.8% | | | 23.4% |
| Net profit | 373 | 319 | 17% | 17% | 717 |
| Earnings per share (EPS), DKK | 5.7 | 4.7 | 21% | | 10.7 |



# Organic growth – WDH Group



# Net revenue by business area

| DKK million | H1 2005* | H1 2004* | % change in local currency | H1 2004 |
|---|---|---|---|---|
| Hearing Aids | 2,002 | 1,808 | 11% | 1,832 |
| Diagnostic Instruments | 138 | 115 | 20% | 117 |
| Personal Communication | 118 | 116 | 2% | 118 |
| Total | 2,258 | 2,039 | 11% | 2,067 |

* Computed at H1 2005 exchange rates

William Demant / Holding

FIRST HALF 2005

5

William Demant / Holding

FIRST HALF 2005

# Net revenue by region



| DKK million | H1 2005* | H1 2004* | % change in local currency |
|---|---|---|---|
| Europe | 1,123 | 992 | 13% |
| North America | 744 | 706 | 5% |
| Asia | 149 | 124 | 20% |
| Pacific Rim | 162 | 143 | 13% |
| Other countries | 80 | 74 | 8% |
| Total | 2,258 | 2,039 | 11% |

* Computed at H1 2005 exchange rates

6

William Demant / Holding

FIRST HALF 2005

# Currency impact on revenue

- Negative impact on H1 revenue amounts to DKK 28 million or 1% (versus H1 2004)

- USD strengthened more than 10% during H1 2005

- Impact on revenues recognized at the time of currency movement

- Positive impact of 1% on revenue expected for the full year based on a DKK/USD rate of 620 in August – December

- Delayed impact on EBIT due to currency hedging

- Negative currency impact still estimated to be DKK 30 million on EBIT for the full year compared to 2004

| FOREIGN EXCHANGE RATES | USD | JPY | GBP |
|---|---|---|---|
| Realised rate 1st half 2004 | 607 | 5.60 | 1105 |
| Realised rate 2004 | 599 | 5.54 | 1097 |
| Realised rate January 2005 | 567 | 5.49 | 1065 |
| Realised rate 1st half 2005 | 580 | 5.47 | 1085 |
| Realised rate July 2005 | 585 | 5.48 | 1085 |
| Expected rate Aug - Dec 2005 | 620 | 5.54 | 1085 |

| CURRENT HEDGING | USD | JPY | EUR |
|---|---|---|---|
| Hedging per 31 December 2004 | 601 | 5.74 | 746 |
| Hedging period | 13m | 9m | 8m |
| Hedging per 30 June 2005 | 596 | 5.75 | 746 |
| Hedging period | 10m | 11m | 10m |

7

William Demant / Holding

FIRST HALF 2005

# Balance sheet

| DKK million | 30/6/05 | 31/12/04 | 30/6/04 |
|---|---|---|---|
| **Assets** | | | |
| Intangible | 58 | 59 | 27 |
| Tangible | 657 | 621 | 436 |
| Financial | 174 | 143 | 111 |
| **Total fixed assets** | **889** | **823** | **574** |
| Inventories | 635 | 603 | 673 |
| Debtors | 972 | 888 | 844 |
| Liquid funds | 152 | 126 | 137 |
| **Total current assets** | **1,759** | **1,617** | **1,654** |
| **Total assets** | **2,648** | **2,440** | **2,228** |

| | 30/6/05 | 31/12/04 | 30/6/04 |
|---|---|---|---|
| **Liabilities** | | | |
| Shareholders' equity | 703 | 652 | 474 |
| **Provisions** | **36** | **41** | **59** |
| Long-term creditors | 674 | 458 | 545 |
| Short-term creditors | 1,235 | 1,289 | 1,150 |
| **Total creditors** | **1,909** | **1,747** | **1,695** |
| **Total liabilities** | **2,648** | **2,440** | **2,228** |

8

William Demant / Holding

FIRST HALF 2005

# Cash flow

- CFFO doubled to DKK 423 million (from DKK 209 million in H1 2004)

- Strong cash flow driven by improvements in operating performance, working capital and taxes paid

- Free cash flow for the full year (including new HQ) expected to exceed the 2004 level



■ Net profit for the year (DKK million)

◇ Free cash flow (DKK million)

9

William Demant / Holding

FIRST HALF 2005

# Hearing aids

- Business area accounted for 89% of revenues

- 12% organic growth and 15% unit growth (own manufactured hearing aids)

- Growth negatively impacted by the loss of sales to US Veteran Affairs (VA) in H2 2004

- Overall market grew in line with long-term expectations of 3-5% growth

- WDH growth in H1 supported by a huge number of product launches

- Sales of Oticon Tego accounted for the largest contribution to unit growth in H1 - supports Tego's potential to become one of the world's best-selling hearing aids

Oticon • Tego    Oticon • Tego Pro

Oticon · Syncro



### Growth in HA business



22%
18%
9%
14%
12%

2001  2002  2003  2004  H1 2005

AVADA and AHAA acquired in Nov 2000 and Aug 2001, respectively

### Growth in Group manufactured HA`



15%
10%
14%
13%
15%

2001  2002  2003  2004  H1 2005

AVADA and AHAA acquired in Nov 2000 and Aug 2001, respectively

10





William Demant / Holding

FIRST HALF 2005

# Other business areas

## Diagnostic Instruments

- Business area accounted for 6% of revenues
- Strong organic growth of 20% in a market being slightly upward
- Growth supported by a more aggressive and concentrated effort in sales and distribution



DKK million *

| H1 03 | H2 03 | H1 04 | H2 04 | H1 05 |
|-------|-------|-------|-------|-------|
| 101 | 104 | 115 | 125 | 138 |

## Personal Communication

- Business area accounted for 5% of revenues
- Organic growth modest at 2%
- Phonic Ear saw slight decline in sales
- FrontRow classroom loudspeaker system launched in Q2
- Sennheiser Communications generated fair growth in all segments



DKK million *

| H1 03 | H2 03 | H1 04 | H2 04 | H1 05 |
|-------|-------|-------|-------|-------|
| 93 | 127 | 116 | 126 | 118 |

* Computed at H1 2005 exchange rates

13

William Demant / Holding

# Shareholder information

- Excess cash distributed to shareholders through buy-backs – DKK 1.9 billion in total since 2002

- At AGM in April 2005, the company cancelled 2.9% of issued shares – the share capital is now DKK 65.6 million

- 797,150 treasury shares held on 17 August 2005 corresponding to 1.2% of the number of outstanding shares

- Main shareholder, the Oticon Foundation, holds 61.3% as of 17 August 2005



Payments to shareholders since listing
DKK million

■ Dividend  ■ Buy-back of own shares  ■ Issue of shares / sale of own shares to employees

14

William Demant / Holding

FIRST HALF 2005

15

# Guidance

- EBIT guidance for the full year maintained at DKK 1,050-1,100 million

- Revenues forecast raised to DKK 4.6–4.7 billion due to currency movements

- Currency fluctuations have little impact on EBIT in the short term due to hedging

- Consequently, EBIT margin now expected at 23.0–24.0% for 2005

- EPS expected to grow 10% in 2005

- Free cash flow in 2005 now expected to exceed level in 2004

- Shares worth DKK 600-700 million expected to be repurchased in 2005 versus a previous indication of DKK 550-600 million

**William Demant / Holding**

FIRST HALF 2005

# Summary of key points

- WDH continues to gain market shares ⇧ 15% unit growth in own manufactured hearing aids in H1 2005

- Oticon Tego has been a huge success so far ⇧ heavy demand supports Tego's potential to become one of the world's best-selling hearing aids

- We continue to generate a strong cash flow ⇧ CFFO doubled to DKK 423 million versus DKK 209 million in H1 2004

16