**EXHIBIT A-8**

ANNUAL REPORT 2004

William Demant / Holding

# William Demant Holding A/S

## Investor Presentation

## March 2005



William Demant / Holding

ANNUAL REPORT 2004

# Headlines 2004

- Profits in line with expectations

- 14.1% organic growth

- Another year with market share gains

- Revenues of DKK 4.3 billion – 11.2% reported growth

- Continued increase in gross profit ratio from 65.2% to 66.4%

- EBIT of DKK 1,004 million - underlying growth exceeding 25%

- Profit margin grew to 23.3%, reached 24.7% in H2 2004

- EPS growth of 21.6%

- Operational cash flow of DKK 735 million, equivalent to net profits



ANNUAL REPORT 2004

William Demant / Holding

# Hearing Aids

- Accounted for 88% of revenues

- Growth of 14% in local currencies

- 13% unit growth in sales of hearing aids manufactured by Group

- More than half of the units sold in 2004 have been introduced within the last two years

- Growth driven by the launch of Oticon Syncro

- Other 2004 launches: Atlas Plus, GO, Symbio XT and Neo

- Bernafon back on the growth track

### Growth in HA business



2001    2002    2003    2004

22%    18%    9%    14%

AVADA and AHAA acquired in Nov. 2000 and Aug. 2001, respectively

### Growth in Group manufactured HA



2001    2002    2003    2004

15%    10%    14%    13%

AVADA and AHAA acquired in Nov. 2000 and Aug. 2001, respectively

William Demant / Holding

ANNUAL REPORT 2004

# Hearing aid market status

- Hearing aid market continues to grow 3-5% in units

- Unit growth more evenly distributed across segments in 2004

- Overall feature upgrade in low-end segment but also less differentiation with increasing focus on price

- Product differentiation now more apparent in high end

- However, competition within this segment could increase during the first half of 2005

- Large manufacturers have now introduced the new 3D scanning technology for the manufacturing of shells

William Demant / Holding

# Diagnostic Instruments




- Business area accounted for 6% of revenues – strong organic growth

- Autometer market returned to positive growth rates in 2004

- However, still a slow-growing market

- Trend expected to continue into 2005

- Launch in Q2 of Affinity, a PC-based audiometer and fitting system, global rollout almost completed

- Continued solid double-digit profit margin



William Demant / Holding

ANNUAL REPORT 2004

# Personal Communication





- Business area consists Phonic Ear and Sennheiser Communications

- Accounted for 6% of revenues

- 9% organic growth realised in 2004

- Phonic Ear now in a better shape following a successful restructuring in a difficult 2003

- Increasing use of Lexis, a wireless FM system mainly for classrooms

- Sennheiser has met expectations in 2004

- Continued growth in the sale of headsets for the telecom and IT segments

William Demant / Holding

ANNUAL REPORT 2004

# Profit and loss account, full-year

| DKK million | 2003 | 2004 | % change | % change in local currency |
|---|---|---|---|---|
| Net revenue | 3,870 | 4,303 | 11% | 14% |
| Gross profit | 2,521 | 2,859 | 13% | 15% |
| Gross profit ratio | 65.2% | 66.4% | | |
| Research and development costs | -295 | -324 | 10% | 11% |
| Distribution costs | -1,130 | -1,264 | 12% | 15% |
| Administrative expenses | -242 | -270 | 12% | 14% |
| Other income/expenses | 2 | 3 | | |
| Operating profit (EBIT) | 856 | 1,004 | 17% | |
| Profit margin | 22.1% | 23.3% | | |
| Net profit for the year | 618 | 716 | 16% | |
| Earnings per share (EPS), DKK | 8.8 | 10.7 | 22% | |

William Demant / Holding

ANNUAL REPORT 2004

# Profit and loss account, 2nd half

| DKK million | 2003 H2 | 2004 H2 | % change | % change in local currency |
|---|---|---|---|---|
| **Net revenue** | **1,966** | **2,236** | **14%** | **17%** |
| **Gross profit** | **1,266** | **1,490** | **18%** | **20%** |
| Gross profit ratio | 64.4% | 66.7% | | |
| Research and development costs | -152 | -175 | 15% | 16% |
| Distribution costs | -567 | -632 | 11% | 14% |
| Administrative expenses | -116 | -135 | 16% | 16% |
| Other income/expenses | 1 | 5 | | |
| **Operating profit (EBIT)** | **432** | **553** | **28%** | |
| Profit margin | 22.0% | 24.7% | | |
| **Net profit for the period** | **315** | **397** | **26%** | |
| **Earnings per share (EPS), DKK** | **4.5** | **6.0** | **33%** | |

William Demant / Holding

ANNUAL REPORT 2004

# Net revenue by business area



| DKK million | 2003* | 2003** | 2004** | % change in local currency |
|---|---|---|---|---|
| Hearing Aids | 3,424 | 3,334 | 3,817 | 14.5% |
| Diagnostic Instruments | 211 | 206 | 242 | 17.5% |
| Personal Communication | 235 | 223 | 244 | 9.4% |
| Total | 3,870 | 3,763 | 4,303 | 14.4% |

* Computed at 2003 exchange rates
** Computed at 2004 exchange rates

William Demant / Holding

# Net revenue by region



| DKK million | 2003* | 2003** | 2004** | % change in local currency | % change for Hearing Aids in local currency |
|---|---|---|---|---|---|
| Europe | 1,819 | 1,823 | 2,068 | 13% | 13% |
| North America | 1,384 | 1,273 | 1,507 | 18% | 20% |
| Asia | 240 | 234 | 271 | 16% | 14% |
| Pacific Rim | 302 | 311 | 309 | -1% | -1% |
| Other countries | 125 | 122 | 148 | 21% | 22% |
| Total | 3,870 | 3,763 | 4.303 | 14% | 15% |

\* Computed at 2003 exchange rates
\*\* Computed at 2004 exchange rates

William Demant / Holding

ANNUAL REPORT 2004

# FX impact on revenues and earnings



Indexed development in trading currencies

105
100
95
90
85
80

Jan - 02
July - 02
Jan - 03
July - 03
Jan - 04
July - 04

January 2002 = 100

CURRENT HEDGING:
Hedging per 31 December 2004

|  | USD | JPY | EUR |
|---|---|---|---|
|  | 601 | 5.74 | 746 |
| Hedging period | 13m | 9m | 8m |

- 15% impact on revenues over 3 years - USD weakened +30% since Jan 2002

- Impact on earnings somewhat delayed due to hedging

- Major trading currencies hedged 6-24m

- Negative effect on EBIT since 2002 amounts to DKK 40 million in 2003 and DKK 70-80 million in 2004

- Negative EBIT effect of DKK 30 million is expected in 2005

- Continued negative EBIT effect with current FX rates

1





Earnings per share

DKK

5 yrs CAGR: 25%

3,5 — 1999
5,8 — 2000
6,5 — 2001
7,9 — 2002
8,8 — 2003
10,7 — 2004

William Demant / Holding

ANNUAL REPORT 2004

William Demant / Holding

# One-time investments to facilitate future growth





- Current HQ outgrown as headcount has trebled

- New property located at Smørum, 25 km from current head office

- Acquired in Dec 2004 for DKK 171 million. Ongoing fitting and refurbishing will in 2005 amount to an additional DKK 80 million

- Ownership selected over lease due to attractive price

- Investment to be funded through mortgage loans

- No increase in costs associated with new head office despite double the size

- Continued investments in advanced ITE shell making





William Demant / Holding

ANNUAL REPORT 2004

# Cash flows

| DKK million | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|
| **Net profit for the year** | **481** | **579** | **618** | **716** |
| CFFO | 317 | 669 | 754 | 735 |
| CFFI, excl. acquisitions | -184 | -120 | -138 | -366* |
| **Free cash flow** | **133** | **549** | **616** | **369** |
| Acquisitions | -477 | -7 | 0 | -30 |
| Buy-back of shares | -27 | -423 | -541 | -611 |
| Other financing activities | 524 | -84 | -156 | -77 |
| **Year's net effect** | **-337** | **35** | **-81** | **-349** |

*: Includes DKK 171 million for new HQ

William Demant / Holding

ANNUAL REPORT 2004

# Balance sheet

| DKK million | 2003 | 2004 |
|---|---|---|
| **Assets** | | |
| Intangible | 13 | 59 |
| Tangible | 439 | 620 |
| Financial | 99 | 143 |
| **Total fixed assets** | **551** | **822** |
| Inventories | 573 | 603 |
| Debtors | 783 | 888 |
| Liquid funds | 108 | 126 |
| **Total current assets** | **1,464** | **1,617** |
| **Total assets** | **2,015** | **2,439** |

| | 2003 | 2004 |
|---|---|---|
| **Liabilities** | | |
| **Shareholders' equity** | **522** | **651** |
| **Provisions** | **65** | **41** |
| Long-term creditors | 541 | 458 |
| Short-term creditors | 887 | 1,289 |
| **Total creditors** | **1,428** | **1,747** |
| **Total liabilities** | **2,015** | **2,439** |

1

William Demant / Holding

ANNUAL REPORT 2004

# Shareholder information

- Dividends through share buy-back – net flow of DKK 1.7 billion to shareholders since listing in 1995

- At 7 March 2005, the Company holds 2.6% of issued shares – shares to be cancelled at AGM

- Main shareholder, the Oticon Foundation, holds 60% of shares and intends to keep its ownership interest below 65%



Payments to shareholders since listing
DKK million

1995 1996 1997 1998 1999 2000 2001 2002 2003 2004

Dividend    Buy back of own shares    Issue of shares / sales of own shares to employee



**ANNUAL REPORT 2004**

William Demant / Holding

# Guidance – 2005

- 6-9% organic growth, with revenues of DKK 4.5-4.6 billion (assuming a negative 2% currency impact)

- Continued market share gains for the Group

- Recent years' strong profitability enhancement expected to continue

- EBIT margin of 23.5-24.5%, with reported EBIT of DKK 1,050-1,100 million

- Continued growth supported by Syncro and new product introductions

- However, Syncro might be faced with increased competition due to anticipated high end launches by competitors

- EPS to grow by approximately 10%

- Revenue and earnings growth strongest in the first half-year

- Buy-back of own shares to be continued at current level

ANNUAL REPORT 2004

William Demant / Holding

www.demant.com






