**EXHIBIT A-9**

ANNUAL REPORT 2003

William Demant / Holding

# William Demant Holding A/S

## Investor Presentation
## March/April 2004



ANNUAL REPORT 2003

William Demant / Holding

# Headlines 2003

- Results in line with expectations
- 8% organic growth - 10% growth in core business
- Revenues of DKK 3.87 billion - headwind from foreign exchange of 9%
- Increase in gross profit ratio to 65.2%
- EBIT of DKK 856 million - up from DKK 810 million
- Profit margin grew to 22.1%
- EPS improvement of 12%
- Free cash flow was DKK 616 million, equivalent to net profits





William Demant / Holding



# Hearing Aids

- Business area accounted for 89% of revenues

- Growth of 9% in local currencies

- 14% unit growth in sales of own manufactured hearing aids

- Market conditions:

  - Flat first half - growth in second half

  - Double-digit growth in Germany and France - pick-up in demand in the US in Q3 and Q4

  - Overall unit growth of 4-6% - slightly lower value growth

  - Expected medium-term to long-term growth of 3-5% annually (value)

- Oticon was chosen as main supplier of digital hearing aids to the NHS in the UK

- New technology for manufacturing of ITE instruments



ANNUAL REPORT 2003

William Demant / Holding

# Diagnostic Instruments

- Business area accounted for 5% of revenues
- Market for audiometric equipment declined slightly in 2003 - more sensitive to economic cycles than hearing aids
- Rising order inflow in Q4
- Introduction of OtoAcoustic Emission screener and Affinity, a PC-based audiometer and fitting system that will contribute to growth in 2004





ANNUAL REPORT 2003

William Demant / Holding




# Personal Communication

- This business area, consisting of Phonic Ear and Sennheiser Communications, accounted for 6% of Group revenues

- Sluggish markets, management change and out-sourcing of production provided a turbulent year for Phonic Ear

- Introduction of Lexis in the US and most European markets will fuel growth in 2004 and underscores the future importance of wireless communication as an integrated part of hearing aids

- The joint venture, Sennheiser Communications, was off to a running start with the introduction of three new headset series - effect of introductions will however not been seen until 2004

William Demant / Holding

# Profit and loss account

| DKK million | 2002 | 2003 | % change | % change in local currency |
|---|---|---|---|---|
| Net revenue | 3,924 | 3,870 | -1% | 8% |
| Gross profit | 2,505 | 2,521 | 1% | 7% |
| Gross profit ratio | 63.9% | 65.2% | | |
| Research and development costs | -272 | -295 | 8% | 11% |
| Distribution costs | -1,160 | -1,130 | -3% | 7% |
| Administrative expenses | -269 | -242 | -8% | -1% |
| Other income/expenses | 1 | 2 | | |
| Operating profit (EBIT) | 810 | 856 | 6% | |
| Profit margin | 20.6% | 22.1% | | |
| Net profit for the year | 579 | 618 | 7% | |
| Earnings per share (EPS), DKK | 7.9 | 8.8 | 12% | |



# Net revenue by business area

| DKK million | 2002* | 2002** | 2003** | % change in local currency |
|---|---|---|---|---|
| Hearing Aids | 3,429 | 3,135 | 3,424 | 9% |
| Diagnostic Instruments | 240 | 227 | 211 | -7% |
| Personal Communication | 255 | 225 | 235 | 4% |
| Total | 3,924 | 3,587 | 3,870 | 8% |

\* Computed at 2002 exchange rates
\*\* Computed at 2003 exchange rates

William Demant / Holding

ANNUAL REPORT 2003

89%

6%

5%

William Demant / Holding

ANNUAL REPORT 2003

# Net revenue by region



| DKK million | 2002* | 2002** | 2003** | % change in local currency | % change for Hearing Aids in local currency |
|---|---|---|---|---|---|
| Europe | 1,722 | 1,671 | 1,819 | 9% | 10% |
| North America | 1,524 | 1,270 | 1,384 | 9% | 11% |
| Asia | 243 | 224 | 240 | 7% | 8% |
| Pacific Rim | 320 | 320 | 302 | -6% | -6% |
| Other countries | 115 | 102 | 125 | 24% | 27% |
| Total | 3,924 | 3,587 | 3,870 | 8% | 9% |

* Computed at 2002 exchange rates
** Computed at 2003 exchange rates

William Demant / Holding

ANNUAL REPORT 2003

# Currency impact



Rates vs. DKK

- Negative impact on revenues of 9%
- USD weakened more than 30% since January 2002
- Impact on earnings delayed due to hedging of transaction-related effect - major trading currencies hedged 6-24 months
- Annualized effect on earnings in 2004 relative to 2002 expected to be DKK 120 million

— USD — JPY (faktor 100) — GBP

# Research & Development

DKK million



| | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|
| | 159 | 198 | 253 | 272 | 295 |

CAGR: 17%

William Demant / Holding

ANNUAL REPORT 2003



# Operating profit (EBIT)

DKK million

CAGR: 26%

336 — 1999
583 — 2000
683 — 2001
810 — 2002
856 — 2003

William Demant / Holding

ANNUAL REPORT 2003



# Earnings per share

DKK

| Year | Value |
|------|-------|
| 1999 | 3,5 |
| 2000 | 5,8 |
| 2001 | 6,5 |
| 2002 | 7,9 |
| 2003 | 8,8 |

CAGR: 26%

ANNUAL REPORT 2003

William Demant / Holding






# Ongoing performance enhancement

- Phonic Ear, USA: Close-down of production
- Bernafon:
  - Close-down of Minneapolis facility - move to New Jersey
  - Re-organization of Australian activities to future without Australian Government contract
- Interacoustics, Denmark: Up-grade of production set-up
- New ERP/CRM systems in Oticon, USA, and Hidden Hearing, UK and Ireland (Portugal to follow)
- Danacom: Change in production set-up due to establishment of Sennheiser Communications

William Demant / Holding

ANNUAL REPORT 2003

William Demant / Holding

ANNUAL REPORT 2003

# Cash flows

| DKK million | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|
| **Net profit for the year** | **426** | **481** | **579** | **618** |
| CFFO | 316 | 317 | 669 | 754 |
| CFFI, excl. acquisitions | -116 | -184 | -120 | -138 |
| **Free cash flow** | **200** | **133** | **549** | **616** |
| Acquisitions | -773 | -477 | -7 | 0 |
| Buy-back of shares | -21 | -27 | -423 | -541 |
| Other financing activities | 257 | 524 | -84 | -156 |
| **Year's net effect** | **-337** | **153** | **35** | **-81** |

# Cash conversion



Net profit for the year (DKK million)
Free cash flow (DKK million)

William Demant / Holding

ANNUAL REPORT 2003

# Balance sheet

| DKK million | 2002 | 2003 |
|---|---|---|
| **Assets** | | |
| Intangible | 11 | 13 |
| Tangible | 430 | 439 |
| Financial | 78 | 99 |
| **Total fixed assets** | **519** | **551** |
| Inventories | 614 | 573 |
| Debtors | 742 | 783 |
| Liquid funds | 117 | 108 |
| **Total current assets** | **1,473** | **1,464** |
| **Total assets** | **1,992** | **2,015** |

| | 2002 | 2003 |
|---|---|---|
| **Liabilities** | | |
| **Shareholders' equity** | **428** | **522** |
| **Provisions** | **43** | **65** |
| Long-term creditors | 711 | 541 |
| Short-term creditors | 810 | 887 |
| **Total creditors** | **1,521** | **1,428** |
| **Total liabilities** | **1,992** | **2,015** |

William Demant / Holding

ANNUAL REPORT 2003

# Shareholder information

- Dividends through share buy-back - net flow of DKK 1.1 billion to shareholders since listing in 1995

- At 3 March 2004, the Company holds 3.5% of issued shares - shares to be cancelled at AGM

- Main shareholder, the Oticon Foundation, holds 61% of shares and intends to keep its ownership interest below 65%



Payments to shareholders since listing
DKK million

10    15    23    179    188    65    27    423    541
      -150    -52    -165    -15

1995    1996    1997    1998    1999    2000    2001    2002    2003

Dividend    Buy back of own shares    Issue of shares / sales of own shares to employees



William Demant / Holding

# Guidance - 2004

- Organic growth of 7-10%
- Revenues of DKK 4.0 billion (at January currency rates - negative impact of 4% compared to realised rates 2003)
- Core business to grow faster than other activities
- Growth in EBIT despite centenary celebration costs of DKK 30 million and significant negative impact from development in currency exchange rates
- EBIT expected at a level of DKK 875 million - higher in the second half than in the first due to introduction of new products
- Buy-back of own shares to be continued
- Earnings per share to grow by approximately 10%







ANNUAL REPORT 2003

William Demant / Holding

www.demant.com