# EXHIBIT A-10

Interviews from Audiology Online: Interview with Steve Barlow Management Team Member, AVADA LLC

Page 1 of 5

# Audiology Online

Newsletter Sign Up

**SEARCH**

Site Map

**HEALTHY HEARING
CONSUMER INFO
Hearing Aids
Cochlear Implants
Tinnitus**



GENNUM
Hearing Aid Technology

GENNUM

800-753-2160

CAN WE HELP?

Call us

Email us

Live help

THE HEARING
JOURNAL
ARCHIVES

Home | Interviews | Interview Details

Print Version | Library

2/1/2001

## Interview with Steve Barlow Management Team Member, AVADA LLC

**AO/Beck:** Good evening Steve. Thanks for joining me tonight. I've read a little about AVADA, and I'd like to learn more about AVADA. Please tell me, who and what is AVADA?

**Barlow:** Hi Doug. AVADA is made up of a core of people with careers spanning from ten years to over thirty years in the industry. The average member has some twenty plus years in the industry. All of the AVADA core members are leaders within their local areas as well as on the state level. We joined together initially to improve patient care and satisfaction. We also wanted to explore and create new and additional revenue streams to add to our profitability.

**AO/Beck:** OK very good. Before we go much further, please tell me whether there are any audiologists involved?

**Barlow:** Yes there are. Our business model includes dispensers and audiologists and all of the practices are 'audiology-based'. Our practices may have audiologists available by contract service agreements, or they may have as many as seven audiologists available on site as full time audiologists on staff.

**AO/Beck:** Do you use the name 'AVADA' in the offices? Or, is AVADA a corporate name which refers to the corporate grouping of the offices

**Barlow:** AVADA is the name that we use for our dispensing model. HHM (Hearing Healthcare Management) is our corporate name that serves as our umbrella.

**AO/Beck:** How long has AVADA existed?

**Barlow:** AVADA practices started in 16 markets during the year 2000. However, Hearing Healthcare Management has been in the development stages for three years and is now ready to go into an expansion mode by continued formation of our network and through acquisitions.

**AO/Beck:** What does the word 'AVADA' mean?

Syncro 2
FOREVER BETTER

BIONICS

Beltone

bernafon®

Cochlear

DURACELL'
Activair™

Energizer.

GENNUM

GN Otometrics

GN ReSound

INTERTON

MedRx INC

oticon

PHONAK

PhonicEar

RAYOVAC

SEBOTEK

Interviews from Audiology Online: Interview with Steve Barlow Management Team Member, AVADA LLC



  

 

**Barlow:** The name was created by some of our shareholders to be an easily recognizable name. In years to come it will be a name that is associated with quality hearing healthcare throughout this country.

**AO/Beck:** What markets are you in currently?

**Barlow:** We have offices in the following states; Washington, Arizona, Texas, Minnesota, Illinois, Pennsylvania, Wisconsin, Kentucky, Indiana, Ohio, Florida, Massachusettes, Maine, Vermont, and North Carolina.

**AO/Beck:** How many employees do you have?

**Barlow:** We have about 400 total employees.

**AO/Beck:** How many individual office locations do you have?

**Barlow:** We have about 160-165 locations across the country.

**AO/Beck:** What can you tell me about the growth phase your'e in?

**Barlow:** We are still growing. We would like to have offices across the entire country. We have a sizable fund dedicated for expansion and acquisition. It may be a few months before we grow aggressively, but before the year is out we will add significantly to our network through network affiliates and additional company owned practices.

**AO/Beck:** Who do you envision as ideal candidates for acquisition?

**Barlow:** We are looking for people with philosophies that are similar to us. We will insist on working with good quality people and dispensing practices with a good history in the community with a good reputation. The number one asset we look for is quality. We want to increase and protect the quality of the practice. Our model includes varied exit plans for individuals depending upon their needs. We want to provide an opportunity for people who have worked for years in their practices to be able to see the fruits of their labor. We also have models that would allow for individuals to continue with their practice in a management role, should they not be ready to retire.

**AO/Beck:** What is the philosophical model under which AVADA operates?

**Barlow:** Our model is to provide unparalleled patient care and satisfaction. It includes outstanding employment work environments and immediate opportunities for audiologists. We intend to promote growth and acceleration of the industry through extensive clinical experience and business expertise. Our model includes a network of quality audiology based practices, as well as corporate owned facilities.

**AO/Beck:** I've read that AVADA has a unique relationship with Oticon as the supplier of your hearing instruments. I think we'll probably see more and more of these relationships as consolidation continues. Can you tell me a little about that?

Interviews from Audiology Online: Interview with Steve Barlow Management Team Member, AVADA LLC

Page 3 of 5

**Barlow:** Sure. We have a 'primary supply agreement' with William Demant Holdings group. Through the agreement, we buy a lot of their instruments. However, we are not bound by a 100 percent purchase agreement with them. As needed, the clinicians can buy other instruments to address the needs of specific patients. Of course, this agreement allows us a better purchase price and a better relationship with the supplier. So in essence, William Demant is our primary supplier, but they are not at all our exclusive supplier.

**AO/Beck:** Do you find your sales by product classification are the same or different from the national trends? That is, are you selling the same percentages of analog, digitally controlled analogs (DCA) and digital signal processing (DSP) units as the national trends, or does your purchasing power allow you to sell more of the high end products, such as the DCAs and DSPs?

**Barlow:** Yes, we do have buying 'clout', and I think our offices trend towards the high end products. However, the trend towards the high end is not due to the pricing. It is primarily due to the progressive nature of the centers and the belief that the best technology provides a better opportunity for the provider to fulfill the needs of the patient and ensure a more satisfied patient. In other words, our buying power is not the reason we sell more high end products. Our belief in quality solutions and patient satisfaction are our primary drivers in patient care.

**AO/Beck:** What do you see as the main issues which impact 'patient satisfaction'?

**Barlow:** Well, as you know there are several issues which interact. The first is a high quality product. Additionally, we need to have qualified, caring professional dispensers/audiologists. Of course you also need a systematic approach to fitting hearing aids and aural rehabilitation. You also need quantifiable measurements of your fittings. There are other factors too, but those are the primary issues.

**AO/Beck:** How do you quantify the success of the fittings?

**Barlow:** We use most of the traditional methods; real ear, sound-field measures and client surveys.

**AO/Beck:** Is AVADA privately held?

**Barlow:** Yes. The company includes the founding 16 owners and other investors too. The company has been formed, developed, and will be managed by these dispensers who have the practical business expertise to grow this business.

**AO/Beck:** What do you think the industry will look like in five years?

**Barlow:** I think the industry will change, but I think there will be a role for both the traditional dispenser and the audiologist. I think the consumers and the products will continue to change too. The practice locations will need to move 'upscale' than the current typical office. The future office will probably blend clinical issues and sales issues

11/13/2005

more transparently than is currently done, with more of a 'medical' look and feel in the future. With more and more audiologists moving into the industry and profession, and with more and more dispensers on the way out, the trend has to go towards the clinical orientation.

**AO/Beck:** What about the role of the traditional dispenser in five years?

**Barlow:** Again, I think there will be a role for the traditional dispenser. Perhaps the dispensers in five or ten years will operate as an 'audiology assistants', or some as of yet un-named assistant role. The reality is that with managed care, and with clinicians seeing more patients for less money and in less time, there will be a need for a less expensive trained person who can take over some of the functions of the audiologists to assure that the patients are seen and that their (the patient) needs are met.

**AO/Beck:** What do you think about the impact of disposables over the next year or two?

**Barlow:** Great question. I know lots of folks who aren't giving them much of a chance. Then again, disposables might generate a lot of interest in hearing health care. I hope they do. If the disposable is the first step in moving into a custom made product, that's better still. I really can't say with any certainty how disposables are going to impact us, but they potentially offer a great opportunity to expand the market.

**AO/Beck:** What clinical services do the AVADA offices offer the public?

**Barlow:** We range from basic office settings that provide hearing tests and hearing aid dispensing to a more broad, more comprehensive practice setting. AVADA audiology is one of our business models. The other model which has been incorporated into our locations includes full diagnostic testing and treatments under the name of Audiology and Balance Centers of America. Those practices have programs which provide full diagnostic services including ABR, OAE, vestibular tests and rehabilitation, tinnitus management and tinnitus retraining therapy.

**AO/Beck:** I think it's exciting to see audiologists moving more into their full practice abilities and knowledge base. As you know, audiologists have skills and a scope of practice that goes far beyond hearing tests and hearing aid dispensing. Unfortunately, I think it's rare to see audiologists with the equipment and referral basis needed to incorporate the full range of diagnostic and rehabilitative skills for which they are licensed and trained. That's a real plus for AVADA.

**Barlow:** Thanks. I think these are all growth areas for us and we are developing them as best we can. They have become a very nice addition to our audiology based practices.

**AO/Beck:** How many Audiology and Balance Centers of America are out there?

**Barlow:** I think we have a dozen full centers out there currently and we'll be introducing more. We run these parallel to our dispensing practices. They are run as separate businesses with separate identities and separate protocols. As you know, often times, if the patient needs and uses the hearing test side of the business, they are possibly

Interviews from Audiology Online: Interview with Steve Barlow Management Team Member, AVADA LLC

candidates for the tinnitus and the balance end of the business too

**AO/Beck:** Thanks very much for your time this evening. I congratulate you on the early success and creativity of AVADA. Let's talk again in a few months to see how it's going.

**Barlow:** Sure Doug, let's do that. I'll look forward to it.

test drive    logout    submissions    update profile    terms & conditions    privacy policy

copyright © 2005    audiology online, inc.

**EXHIBIT A-11**



William Demant
Holding

NEXT ⊕

DIRECTORS' REPORT

Directors' report

Signatures and
auditors' report

Accounting policies

Key figures and ratios

Profit and loss account

Balance sheet

Cash flow statement

Notes

Group companies

**Continued growth**
**Acquisitions in 2001**
**Business conditions in 2001**
**Product introductions**
**Sales trends**
**New company accounts act**
**Financial statements 2001**
**R&D costs**
**Distribution costs**
**Administrative expenses**
**The year's profit**
**Shareholders' equity, dividend and capital**
**Consolidated cash flows, financing and liquidity**
**Balance sheet**
**Management and employees**
**Corporate governance**
**Prospects for 2002**

**Continued growth**
The William Demant Holding Group continued its expansion in 2001. The acquisitions made in 2000 are included for the first time in the 2001 financial statements for a full financial year. Moreover new products were introduced at the end of the year which will contribute to continued growth in 2002 and onwards.

Profits for the year match the expectations published in our annual report for 2000 and in the interim report published in August 2001.

The year may be summed up as follows:

• Consolidated revenue rose by DKK 547 million, or 18% to a total of DKK 3.5 billion.

• The gross profit ratio went up from 62.2% to 63.6%.

• Operating profit (EBIT) increased by 17% to DKK 683 million, and the profit margin remained at 20% which is the same level as in 2000.

• Cash flow from operating activities accounted for DKK 536 million, or a 19% rise.

Ⓐ

## Acquisitions

In 2000 the William Demant Holding Group made a number of major acquisitions, the integration of which was begun in 2000 and continued in 2001. Their integration is now complete. There were fewer acquisitions in 2001, the major one being the take-over of 49% of the US wholesale distributor AHAA (American Hearing Aid Associates Inc.). In addition selected product activities were acquired within the Group's Diagnostic Instruments business. In 2001 the Group also acquired all minority holdings in Danacom A/S and Oticon Polska Sp.zo.o. which are now both wholly-owned Group undertakings.

### AHAA

To improve distribution on the North American market, the Group made an agreement with the shareholders of AHAA on 22 August to acquire 49% of their shares at an amount of USD 50 million. AHAA was valued on the basis of an EBITDA multiple of 9. An amount of USD 36 million was paid on completion of the deal with the remaining USD 14 million falling due for payment once both sales and profits reach certain specified targets within a four-year period.

The acquisition was financed through a USD loan. On acquisition the consolidated goodwill amounted to DKK 408 million which was written off at the time of acquisition through shareholders' equity.

AHAA is a multi-brand wholesale distributor of hearing aids and business services on the North American market, providing products and services for independent hearing care professionals operating outside the established chains. For the independent hearing care professionals the advantages of AHAA are its systematic and thoroughly tested business concepts comprising management and business systems, marketing programmes, referral programmes, training programmes and course modules. In the 2001 financial year AHAA's revenue amounted to USD 55 million, or a 50% increase on the year 2000.

AHAA will remain an independent organisation under its present management. It offers hearing aids from several manufacturers including the William Demant Holding Group. Today the sale of William Demant products to AHAA's members is moderate, but sales are expected to increase in the years to come. In our opinion AHAA will contribute positively to the development of Group revenue and profit in 2002.

### Diagnostic Instruments

In order to strengthen and expand the product lines of Diagnostic Instruments, the Group acquired the rights in various products for analysing and measuring the function of the vestibular system (videonystagmography) from SensoMotoric Instruments GmbH. The vestibular system is part of the inner ear and its function is often measured by ear, nose and throat specialists when they measure the hearing of people.

This business area has also acquired the rights in various industrial screening audiometry products from Thermo Finnigan, Llc. These products are marketed under the Tremetrics brand.

The Group acquisitions in 2000 and 2001 in the Diagnostic Instruments business area with Interacoustics as the most significant one have progressed as expected or even outmatched our expectations. Since Interacoustics became part of the William Demant Holding Group in January 2000, it has experienced very heavy growth and successfully managed to control this growth while at the same time boosting profitability throughout 2000 and 2001.

Directors, Report

*General*

Over the past two years the Group's acquisition efforts mainly focused on improving distribution power for hearing aids on markets in which Group market shares were relatively low and on developing the Diagnostic Instruments business area in general. The enhanced distribution power has substantially strengthened our market position in Greece, Portugal, England, Ireland and the US.

The integration of the new activities is aimed to ensure that the acquired businesses retain their market positions from before the acquisition, and subsequently as far as distribution companies are concerned that Oticon's and Bernafon's products are incorporated into their product ranges. This aspect of integration has been very successful whereas an effort is still needed to improve profitability levels to reach the desired targets. All the Group's distribution undertakings generated positive profit margins, however slightly lower than expected on acquisition of the particular companies.



**Business conditions in 2001**

The estimated rate of growth in the market for hearing aids in 2001 was the same as in recent years, i.e. 2–3% in terms of units sold and a slightly higher rate in terms of value. Also in 2001 conditions varied from one market to the next. European markets rose between 4–7%, whereas the US market was rather flat in terms of unit sales although the fourth quarter did show a positive trend. However in the Directors' opinion all main markets improved in terms of value.

Competition on the market for hearing aids is still tough. All major manufacturers need volume to distribute mounting R&D costs which means fierce rivalry for customers. This results in price pressure both in the medium- and low-end segments, but also tangible aggressiveness in the high-end segment.

The Directors are still of the opinion that manufacturers in the hearing aid industry may benefit from further consolidation in larger units because the R&D costs necessary to create new in-novative products grow faster than does the underlying market.

In recent years the market for diagnostic instruments has undergone an even more drastic structural development than the hearing aid market. The major diagnostic instruments players today are Natus, GN Otometrics and William Demant with Grason Stadler as a minor competitor. The market for diagnostic instruments is estimated to total some USD 150 million.

Certain segments of the market for diagnostic instruments expand rapidly. OAE equipment (otoacoustic emission) and ABR (brainstem audiometry) for measurement of hearing and the sense of hearing of infants are cases in point, whereas other segments develop more slowly.

On the market for wireless communication equipment for the hearing impaired, the trend is towards placing an increasing number of functions 'on the ear', either built together with or incorporated into the hearing aid.

The market for sophisticated headsets was marked by stagnation or direct decline.

Consolidation in the lines of business, in which the Group is involved, is still part of the overall growth strategy in order to benefit from larger volumes for the purpose of optimising and utilising the increasing R&D resources.



**Product introductions**
The hearing aid industry is a product-driven business which means that gaining market shares through organic growth is possible in periods with many major product introductions. Periods between major introductions tend to generate lower growth rates.

In 2000 growth in the William Demant Holding Group was thus driven by a great many major product introductions in the second half of 1999 and in early 2000, whereas there were fewer major introductions in 2001.

October saw a very successful introduction of Oticon's third-generation digital hearing aid Adapto in connection with the audiology conference (UHA) in Germany. The product family was extremely well received, and the subsequent introduction in 15 countries in late 2001 proceeded as expected or even better on the individual markets. The Adapto introduction will continue on the remaining markets in the first half of 2002. The product is expected to attract new customers and gain market shares in the first half-year on the markets in which the product was introduced in November and December 2001.

With the relatively late introduction of the Adapto products in 2001 and the related substantial costs, the product family is not expected to have a significant impact on sales and earnings until the first half of 2002.

In the first half of 2002 Bernafon will introduce a new high-end digital product, which is expected to improve sales as well as earnings.

For their new products both Oticon and Bernafon have created new future-oriented fitting software using 32-bit technology rather than 16-bit technology.

**Sales trends**
Over the past five years the Group has seen considerable progress on the North American market. In 2001 North America thus accounted for 37% of Group revenue against 30% in 1997, the explanations being acquisition of new business activities and tremendous own growth which on an average was 20% annually throughout the five-year period.

In the same period Europe increased its share of Group revenue from 43% to 45%, particularly the markets in Germany, Britain and Scandinavia prospered.

Generally the Group increased its market shares in most of the 20 countries in which it has own sales subsidiaries and also on most of the 80 export markets in which Group products are sold by independent distributors.
For the William Demant Holding Group, 2001 was a year between two product generations with subsequent lower organic growth. In terms of value the rate of organic growth in 2001 was 11%.

For all 2001 total unit sales of Oticon and Bernafon hearing aids went up by 15%. Compared with a 2-3% market growth, the Group gained market share both organically and through acquisitions.

Directors, Report

ⓘ

**New company accounts act**
The Group's financial statements for the year 2001 were drawn up based on the same accounting policies as in 2000.

The Danish Parliament has adopted a new company accounts act which will become effective for financial years beginning on 1 January 2002. Already now companies may choose to present their financial statements in accordance with the new rules. William Demant Holding A/S has chosen to present its 2001 financial statements in accordance with the old company accounts act effective until 31 December 2001 and thus implement the new rules from 1 January 2002.

The following provides an introduction to some of the most important changes that will be introduced with the new company accounts act and how these will be incorporated into the William Demant Holding Group's consolidated financial statements for 2002 and onwards.

*Goodwill*
The Group's accounting policy is to write off acquired goodwill direct via shareholders' equity in the year of acquisition. The new act demands that goodwill be entered as an asset and written down over its expected life, however not exceeding 20 years. The Group has chosen to apply the transitional provisions of the new act and not enter goodwill acquired until after 1 January 2002 as an asset. This means that the comparative figures from prior years will not be adjusted for goodwill written off at the time of acquisition.

The new provisions for entering goodwill as an asset will thus solely have effect on acquisitions made after 1 January 2002, and previously written-off goodwill will have no impact on future financial statements.

*R&D costs*
In accordance with the new company accounts act companies must under certain circumstances put R&D costs on the assets side and write these off over the expected life of the product, however maximum 20 years.

In the Group's opinion a breakdown of R&D activities into two separate categories – one for development of new products and one for further development of existing products – is not meaningful. Moreover with the authority approvals needed for our products, there is uncertainty as to the final development of the Group's new products.

In the light hereof the Group has decided to continue its previous practice of expensing all R&D costs, and the new company accounts act will thus not affect future results in this respect.

*Segment information*
The new company accounts act will require additional reporting of segment information including both business and geographic segment data.

The William Demant Holding Group is based on one single segment, i.e. the development, production and sale of products and equipment to facilitate the hearing and communication of individual people.

As far as information on geographic segmentation is concerned, there are no major earnings-

related differences on the individual markets which could provide any information other than the revenue details already contained in the existing financial statements.

*Financial assets and liabilities*

The new company accounts act requires further details of financial assets and liabilities. For the William Demant Holding Group this means that in future the current market rates of forward exchange contracts covering future cash flows will be recorded. Any unrealised gains or losses will thus be adjusted direct via equity, and in line with realisation these adjustments via equity will be reversed.

The provisions thus involve an adjustment of shareholders' equity but will not affect future profit and loss accounts.



## Financial statements 2001

*Sales and gross profit*

In 2001 the William Demant Holding Group improved its revenue by 18% which fully matched the expectations for the year. Organic growth accounted for 11% which is satisfactory in a 'middle year' in which the Group's business areas prepared new products for launching in the autumn of 2001 and throughout 2002. Trends are positive for all business areas, with Diagnostic Instruments accounting for the highest organic growth rate and Hearing Aids for the greatest increase in absolute terms.

Sales and distribution of hearing aids now account for more than DKK 3 billion, of which DKK 300 million is organic growth generated from 2000 to 2001.

**Revenues by business areas** (DKK million)

|  | 2001** | 2000* | 2000* |
| --- | --- | --- | --- |
| Hearing Aids | 3,017 | 2,483 | 2,518 |
| Diagnostic Instruments | 199 | 177 | 177 |
| Personal Communication | 290 | 271 | 265 |
| Total | 3,506 | 2,931 | 2,960 |

\* Translated at 2000 foreign-exchange rates
\*\* Translated at 2001 foreign-exchange rates

In terms of exchange rates Group revenue was not very affected in 2001. The USD was strengthened 5% vis-à-vis the DKK and thus the EUR. The JPY, SEK and AUD were weakened vis-à-vis the DKK, and there are no exchange effects on consolidated revenue.

The Group's exchange and financing positions are managed centrally from Denmark through the central finance department. The exchange positions are hedged through exchange contracts, raising and servicing of foreign exchange loans, borrowing and lending transactions vis-à-vis associated and subsidiary undertakings and payment of dividends from these undertakings. A very sizeable share of the Group's trading is undertaken through the central logistics function in Denmark. The Group's sales subsidiaries are invoiced in local currencies whereby the greatest portion of the Group's exchange exposure is gathered in Denmark.

Hedging expected net exchange positions up to 6-24 months ahead is Group policy. On

settlement forward contracts are booked under the Group's gross profit and any exchange gains or losses compared with the current market rates are entered under the underlying items. Under the heading New company accounts act is a description of the new policy for computation of financial assets and liabilities effective as of 1 January 2002. At 31 December 2001 the hedging value of exchange contracts totalled DKK 1,046 million. The contracts include unrealised losses of less than DKK 6 million.

The major currencies vis-à-vis the DKK are the JPY, USD and EUR. They are hedged at average rates of 7.28, 812 and 750, respectively.

The Group's gross profit rose by 21% to DKK 2.2 billion which exceeded the 18% increase in Group revenue. There are various factors involved in the 1.4 percentage points rise in gross profit ratio: The growth in retail distribution activities has a considerable effect on the gross profit ratio and the effect of the Hidden Hearing and Avada acquisitions in 2000 did not fully materialise until 2001. In return running-in problems at the Group's components factory in the first half-year involved substantial costs due to discarding of products and lower efficiency. These problems were solved in the second half-year, but for the year as a whole cut the gross profit ratio by about 1 percentage point. Finally the consolidation of the wholesale distributor AHAA from August negatively affected the gross profit ratio (due to the nature of the business). The heavy expansion of AHAA will further dilute the gross profit ratio in 2002 on consolidation of the company for a full year.

In 2001 production capacity rose through larger investments in new and sophisticated technology; in particular the automatisation of production and warehousing functions in Denmark. Finally the Group took over production activities from Crystal-aid Manufacturing Pty. Ltd. in Brisbane, Australia which used to be a major sub-supplier of Bernafon's Australian company. The investment in more capacity enables us to meet the expected rise in demand and will on the long view also reduce unit costs.



Net revenue and gross profit ratio

DKK million

Net revenue by business unit

Hearing Aids
Diagnostic Instruments
Personal Communication

Net revenue by region

Europe
North America
Asia
Pacific Rim
Other Countries

④

### R&D costs

The success of our R&D projects continued in 2001. As previously mentioned the substantial resources resulted in a number of breakthrough products. R&D costs totalled DKK 253 million, or an increase of 28% compared with last year. Over the past five years R&D costs on an average rose by 25% annually.

Despite the fact that the majority of businesses acquired by the Group over the past two years did not include any R&D activities the R&D share of costs rose from 6.7% in 2000 to 7.2% for 2001. For 2002 total costs are estimated to go up moderately by 10-15%.

The refurbishment and expansion of Oticon's research centre Eriksholm was completed in the autumn of 2001. The overall investment in the centre amounted to DKK 20 million.



### Distribution costs

The composition of retail and wholesale undertakings is relevant to the share of sales and distribution costs compared with Group revenue. Due to the acquisitions in 2000 sales direct to hearing aid users constituted an increasing share of sales. For 2001 distribution costs thus accounted for 29.6%, which is also the percentage expected for 2002.



### Administrative expenses

In recent years the Group has updated and expanded its office automation systems. The same finance systems and the same standard computer software are used throughout the Group. The Group has also created an intranet which helps improve efficiency.

The moderate development in administrative expenses compared with consolidated revenue in recent years reduced the share of administrative expenses from 7.8% in 2000 to 7.3% in 2001. This trend is expected to continue in 2002.



### The year's profit

The operating profit (EBIT) rose by 17% to DKK 683 million. The Group's profit margin was retained at 20%, which is more or less the same level as in 2000.

The acquisitions in 2000 and 2001 were to the tune of well over DKK 1.2 billion were primarily financed through loans resulting in a doubling of net financial expenses from 2000 to 2001 and mainly funded in local currencies, i.e. with a large share in USD, the majority of acquisitions having been made in North America. The most recent loans were raised in August in connection with the AHAA acquisition and these loans do therefore not fully affect the year. Net financial expenses for 2002 are expected to be at the same level as in 2001 despite the increase in debt towards year-end. The explanation is firstly the large consolidated cash flow which will be mainly be used for reduction of the debt, and secondly the general fall in interest rates which has also had a positive effect.

Pre-tax profit rose to DKK 640 million, or an increase of well over 14%. Tax accounted for DKK 158 million (24.7%). With harmonisation of European corporate tax rates and the exploitation of tax losses that may be carried forward for a number of years, the Group has been able to keep a low effective tax rate. For 2002 a slight increase in tax rates is expected.

With the Group's takeover of the remaining shares of both Oticon Polska and Danacom in 2001, minority interests' portion of consolidated profits only amounts to DKK 0.6 million. The Group thus does not have any minority shareholders apart from the two joint venture companies which are consolidated on a pro rata basis. No minority items are thus expected for 2002.

The net profit of DKK 481 million generated earnings per share (EPS) of DKK 6.5, or a 13% increase up from DKK 5.8 in 2000.

At the general meeting the Directors propose that the shareholders decide that the year's profit be retained.



**Operating profit (EBIT)**
DKK million
195.6  248.3  337.0  585.0  683.3
1997  1998  1999  2000  2001

**Cash flow from operating activities**
DKK million
204.6  222.9  316.6  450.6  516.5
1997  1998  1999  2000  2001

**Earnings per share (EPS)**
DKK
2.1  2.6  3.5  5.8  6.5
1997  1998  1999  2000  2001

**Shareholders' equity**

Shareholders' equity at year-end fell against shareholders' equity at year-start because in 2001 the amount of acquired consolidated goodwill written down and the buyback of own shares together exceed the year's net profit of DKK 481 million. Good-will was written down in the amount of DKK 468 million and the buyback of own shares accounted for DKK 27 million.

In 2000 the Directors decided to use the buyback of own shares as a dividend instrument rather than to pay out traditional annual dividends, enabling us to better plan financial resources. With today's high cash flow and assuming that no major acquisitions be made, the Directors have authorised Management to currently use part of the consolidated earnings to carry through further buyback of shares at the total value of up to DKK 200 million. If the entire buyback programme is carried through at today's market prices, the programme will involve well over 1% of the share capital.

The Group's holding of own shares in 2001 increased by 114,450 worth a total of DKK 27 million. At 31 December 2001 the holding of own shares was 628,062, or some 0.8% of the share capital.

In the autumn of 2002 the company will enable Group staff to participate in an employee share programme on favourable terms. The programme is expected to constitute less than 0.5% of

the share capital.

The main shareholder – William Demants og Hustru Ida Emilies Fond (the Oticon Foundation), Gentofte – has notified the company that it holds 61% of the shares in the company.



**Consolidated cash flows, financing and liquidity**
The Group's cash flow from operating activities rose by 19% aggregating DKK 536 million, which is satisfactory in view of the build-up of inventories in late 2001 for the major Oticon product introductions.

Excluding non-recurrent expenses in connection with the expansion of production areas and the Eriksholm research centre to the tune of DKK 35 million, cash flow from investing activities developed as in 2000. For 2002 investing activities (excluding acquisitions) are expected to remain at the same level (DKK 110–140 million).

Overall the liquidity effect of the period is an increase in interest-bearing debt of DKK 302 million amounting to DKK 897 million at year-end.

In Management's opinion the Group's interest and loan terms are comparable with the best on the market. The Group has unutilised credit facilities of DKK 0.5 billion available for operations and continued expansion.



**Balance sheet**
The consolidated balance sheet rose to DKK 2 billion, due partly to acquisitions and partly to growth in activities throughout 2001.

Trade debtors rose by 34% primarily due to the pro rata consol-idation of AHAA and the increase in consolidated revenue.

Shareholders' equity amounted to DKK 169 million, or 8% of total assets.

On acquisition of AHAA it was agreed that the purchase price be paid in two stages. On signing the agreement an amount of USD 36 million was payable and on fulfilment of certain sales and earnings targets within the next four years, another USD 14 million will be due for payment. The Group expects AHAA to reach these targets, and the amount which is interest-free is therefore entered as long-term debt.

**Interest rate risk at 31 December 2001** (DKK million)

| Maturity | Under 1 year | 1–5 years | Over 5 years | Total | Weighted interest |
|---|---|---|---|---|---|
| Financial fixed assets | 0.0 | 5.3 | 1.5 | 6.8 | |
| Liquid funds | 120.0 | 0.0 | 0.0 | 120.0 | |
| Interest- bearing assets | 120.0 | 5.3 | 1.5 | 126.8 | 3,5% |

| | | | | |
|---|---|---|---|---|
| Mortgages | 0.4 | 1.6 | 2.0 | 4.0 |
| Long-term interest-bearing debt | 13.0 | 679.9 | 68.0 | 760.9 |
| Interest –bearing short-term debt | 259.2 | 0.0 | 0.0 | 259.2 |
| **Interest-bearing debt** | 272.6 | 681.5 | 70.0 | 1,024.1 | 4.6% |
| **Net position** | -152.6 | -676.2 | -68.5 | -897.3 |



**Management and employees**

At the ordinary general meeting in April 2001, Mr Lars Nørby Johansen and Mr Michael Pram Rasmussen were both re-elected. Subsequently the Directors appointed Mr Bøserup Chairman and Mr Mølvang Deputy Chairman of the Board of Directors.

At year-end the Group employed 4,150 employees. The average number of employees throughout the year on a full-time basis was 3,997 (3,323 in 2000). Denmark had 1,274 employees against 1,098 in 2000.

Revenue per employee amounted to DKK 877,000.

All our employees have done a great job with the integration of new businesses and the creation and marketing of new products as well as the continuous improvement of our competitive power. The Directors would like to thank both old and new staff for their enthusiastic commitment in 2001.



**Corporate governance**

At the end of 2001 the Nørby Committee submitted a number of recommendations for good company management (corporate governance) in Denmark. The Directors have currently discussed the matters of principle as now described in the Nørby Committee's report, and the Articles of Association and management processes have been amended and upgraded currently in accordance with good corporate governance.

Corporate governance in William Demant Holding is in good harmony with the recommendations and attitudes reflected in the Nørby report. The Directors consider the effort to introduce corporate governance a continuous process and do not at this time find that any further adjustments are required.

The company has chosen not to publish quarterly interim reports. In Management's opinion such reports will not contribute to a better understanding of the Group's activities. The activity level in any given quarter depends on the number of working days in the particular quarter which varies from one year to the next and from market to market. Making a meaningful quarterly comparison of company activities is therefore not possible.



**Prospects for 2002**

In 2002 continued growth of 2–4% is expected on the hearing aid market as well as on the other markets in which the company operates. With Oticon's introduction of Adapto in the

autumn of 2001 and Bernafon's introduction of a new high-end digital product in the spring of 2002, the Directors expect organic growth to the tune of 15-18% in 2002.

In view of the rates of exchange at year-end it is thus expected that Group revenue will go up by some 20% to about DKK 4.2 billion with a profit margin of about 19-20%. This will involve a rise in operating profit (EBIT) of 17-20% to more than DKK 800 million.

For 2002 interest items are expected to remain at this year's level. We expect a slight increase in tax rates, and earnings per share are thus thought to go up by 15-20%.

New acquisitions, if any, are not included in the above estimates.

The Group's next financial announcement is planned for publication on 20 August 2002 in connection with the interim report for the first half of 2002.

NEXT ⊙ ⊙

**EXHIBIT A-12**

Print    Close Window

### American Hearing Aid Associates, Inc. and William Demant Holding Group Announce Investment Agreement

8/24/2001

**West Chester, PA -** American Hearing Aid Associates, Inc. (AHAA) announced today that the company had entered into an investment agreement with William Demant Holding Group. Under the terms of the agreement, Demant Holding will acquire a passive, minority interest in AHAA that will give the group of international companies worldwide rights to use AHAA's business model and intellectual materials with international customers.

'The William Demant Holding Group shares our commitment to providing business, marketing and training services to independent hearing care practitioners,' said Vince Russomagno, President of AHAA. 'We believe the group's investment will strengthen AHAA and enhance our ability to bring our associates an even broader range of cutting-edge services.'

'William Demant Holding continues to look for successful, established companies with solid growth potential, like AHAA, that strive to improve the quality of hearing health care,' explained Mikael Worning, a spokesperson for the William Demant Holding Group. 'AHAA is one of the most successful companies in the U.S. in providing business solutions to hearing care professionals who are not members of one of the hearing aid chains. AHAA offers a much needed support system for these dedicated independent practitioners.'

AHAA will remain independent, under the control of the founding management, and will continue to act as a multi-line supplier of hearing instruments, with Demant Group products as an option. 'We will continue to present a full range of hearing instruments and products to our associates,' noted Russomagno.

AHAA is a multi-brand wholesale distributor of hearing aids and business services to the North American market. Among the advantages AHAA offers independent hearing care professionals are systematized and thoroughly tested business principles. The principles include management and business systems, marketing programs, referral programs, training programs and course modules, as well as a managed care program. Over 1,300 practitioners, representing over 1,800 sites, are associates of AHAA. For more information on AHAA, log onto www.ahaanet.com.

The William Demant Holding Group of international companies develops, manufactures and sells innovative and high technology solutions. The Group operates in a global market. Its core business is hearing aids. Major companies in the Group are Oticon, Bernafon, Phonic Ear, Maico, and Interacustics. For more information on William Demant see www.demant.dk.

**For more information on Oticon click here.**

**Click here to visit the Oticon website.**