**EXHIBIT A-13**

William Demant / Holding

# William Demant Holding A/S

## Handelsbanken Tech Lunch
## 20 April 2004

William Demant / Holding

# Today's theme

## Growth drivers
## for the hearing aid industry

## ...... and William Demant Holding

William Demant / Holding

# Extract from Mission Statement

The Group will ... endeavour to increase its value through continued growth in revenues and results.



# William Demant Holding – a history of growth



Revenue

EBIT

USD million*

USD million*

CAGR: 21%

CAGR: 28%

Revenue:
270 (1999), 366 (2000), 420 (2001), 497 (2002), 587 (2003)

EBIT:
48 (1999), 72 (2000), 82 (2001), 103 (2002), 130 (2003)

*Revenues in DKK translated at average USD/DKK rates for given year

William Demant / Holding

# Starting points for discussion

- The market:
  - Unreliable statistics make it difficult to verify trends and identify impact of various growth factors
  - Hearing aid market is measured in units - not value
  - Approximately 6.5 million units per year - wholesale value of USD 1.8 - 2.1 billion
  - 6 largest manufacturers hold approx. 85-90% of the market
  - 20,000 sales points worldwide - highly fragmented retail distribution

- The customers:
  - 10% of population in OECD countries suffer from hearing loss
  - 35-40% of population above 65 are hearing impared
  - Average age of first time user is 69 (in the US)
  - Average age of user is 72 (in the US)



Growth factors for the hearing aid industry

Value drivers

Volume drivers

Increase in ASPs

Increased demand

Emerging markets

Binaural fittings

Prevalence of hearing loss

Demographic development

William Demant Holding

William Demant / Holding

# Growth factors for the hearing aid industry



**Demographic development**

- Core customer group (>65 years) to increase by 2% p.a. until 2025



**Prevalence of hearing loss**

- Aging is most important cause of hearing impairment - more than 85% of cases

- Increased number of situations with high sound pressure levels - concerts, music at the ear etc.

- Improved working environment - fewer work-related hearing losses

- Other influencing factors - diabetes, smoking, medicine etc.

William Demant / Holding

# Growth factors for the hearing aid industry



**Binaural fittings**

- Important contribution to growth on US market last 20 years - binaural fitting rate increased from 23% in 1983 to 71% in 2001

- The binaural fitting rate is significantly lower in Europe than US, probably below 50%



**Emerging markets**

- 80-85% of world market (in units) is in the developed countries

- Increased demand from emerging markets as GDP/capita and life expectancy increase

- Limiting factor is lack of infrastructure to support the fitting of hearing aids

William Demant / Holding

# Growth factors for the hearing aid industry

**Increased demand**

- Development of better products - better at meeting the demands of the hearing impaired. Examples:
  - only 30% are satisfied with use of hearing aids in noisy situations and 95% of users looks for an improvement when listening to speech in noise
  - only 40% are satisfied with how the hearing aids handle whistling/feed back

- Baby boomers ??
- Better at marketing/communication
- Removing obstacles to increased demand, i.e. better relationships with ENT doctors. Examples: Germany and Italy
- Possible longer life time of products

William Demant / Holding

# Growth factors for the hearing aid industry

**Increase in ASPs**

- Increased wealth among core customer group
- Up grade of cheapest products from analogue to digital still ongoing
- Lack of sensitivity to price pressure:



Segments

Premium

Advanced

Performance

Essential

User benefits
Knowledge
Audiology
Differentiation

Price
Reliability
Easy to fit

Competitive advantages

William Demant / Holding

# Growth factors for the hearing aid industry

- New features/technology platforms allow for higher prices:

Increase in ASPs

Artificial Intelligence

Open fittings

Adaptive Directionality

Digital

Non-linear amplification

Programmable

Analogue

William Demant / Holding

# Growth factors for the hearing aid industry

- Value chain considerations:

**Increase in ASPs**

**Production & wholesale**

- 6 large manufacturers
- Further consolidation makes sense
- Almost infinite room for future innovation and value creation
- High barriers to entry

**Retail**

- More than 20,000 customers - highly fragmented
- Local chains (>25 shops) account for 20-25% of market
- No clear economics of scale - low entry barriers
- Lack of possibilities in developing value of services

**End-users**

- Clear demand for better performance in hearing aids
- No brand-recognition
- A population of more than 50,000 to one shop

William Demant / Holding

# William Demant Holding on growth

- We expect the market to grow 3-5% medium to long term
- We expect to outgrow the market over the next five years and thus increase market share



William Demant / Holding

# William Demant Holding on growth

- We will invest more than DKK 300 million on research & development in 2004
- High efficiency in R&D organization
- Eriksholm - the only manufacturer owned research center in industry
- Constant focus on addressing the needs of the hearing impaired:
  - Occlusion
  - Feed back
  - Noise reduction
  - Speech enhancement
  - Adaptive directionality

*OpenEar Acoustics*

*Voice Priority Processing*



Research & development

DKK million

CAGR: 17%



| 1999 | 2000 | 2001 | 2002 | 2003 |
|------|------|------|------|------|
| 159  | 198  | 253  | 272  | 295  |

# New products since 2002




William Demant / Holding

William Demant / Holding

# William Demant Holding on growth

- Development of marketing concepts closely integrated with product development

- Specific tools developed to support sale of products by dispensers
  - CAPS - Client Assisted Product Selection

- Customer relationships are considered partnerships - we supply much more than just hardware

- Local marketing activities directed towards independent dispensers

- End-user marketing only through retailers



William Demant / Holding

# William Demant Holding on growth

- Strong focus on developing distribution power through organic growth and through strategic acquisitions

- Own distribution in all major markets

- Long term presence in emerging markets such as Poland, Russia and South America

Distribution

Most important acquisitions:



Expansion of distribution

Bernafon

Phonic Ear

Danacom

Inter-
acustics

Hidden
Hearing

Avada

AHAA

Others

Maico

Time

**William Demant / Holding**

# Guidance - 2004

- Organic growth of 7-10%

- Revenues of DKK 4.0 billion (at January currency rates - negative impact of 4% compared to realised rates 2003)

- Core business to grow faster than other activities

- Growth in EBIT despite centenary celebration costs of DKK 30 million and significant negative impact from development in currency exchange rates

- EBIT expected at a level of DKK 875 million - higher in the second half than in the first due to introduction of new products

- Buy-back of own shares to be continued

- Earnings per share to grow by approximately 10%





www.demant.com

William Demant / Holding

**EXHIBIT A-14**

 Annual Report 2002



William Demant
Holding

# William Demant Holding A/S

## March 2003

---

Annual Report 2002

William Demant
Holding

## Background information

The William Demant Group
develops, manufactures and
sells products and equipment
designed to help the hearing
and communication of
individuals. The core business
is hearing aids.











Annual Report 2002

William Demant
Holding

## Key figures

| DKK million | 2001 | 2002 | Growth y/y | CAGR (5yrs) | 2002 (EUR) |
|---|---|---|---|---|---|
| Revenue | 3,506 | 3,924 | 12% | 25% | 529 |
| Gross profit | 2,230 | 2,505 | 12% | 29% | 337 |
| EBIT | 683 | 809 | 18% | 34% | 109 |
| Net profit | 481 | 578 | 20% | 30% | 78 |
| CFFO | 317 | 669 | 111% | 36% | 90 |
| | | | | | |
| EBIT margin | 19.5% | 20.6% | | | 20.6% |
| EPS, DKK | 6.5 | 7.9 | 22% | 32% | 1.06 |



Annual Report 2002

William Demant
Holding

## Foreign exchange impact

| Currency | USD | JPY | GBP |
|---|---|---|---|
| 31 December 2001 | 841 | 6 41 | 1219 |
| Realised rates 2002 | 789 | 6 30 | 1182 |
| 31 December 2002 | 708 | 5 97 | 1140 |
| Realised rates January 2003 | 700 | 5 89 | 1131 |
| | | | EUR |
| Hedging rates (11-15 months) | 821 | 7 24 | 746 |

| Net revenue (DKK million) | 2001 | 2002 |
|---|---|---|
| Realised rates | 3.506 | 3.924 |
| Realised rates January 2003 | 3.198 | 3.666 |
| Difference | -8.8% | -6.6% |

- Negative currency impact of 4% on revenue
- Major trading currencies weakened up to 20%
- The transaction-related exchange rate effect hedged 6-24 months
- Negative currency impact of 7% on 2003 revenue (at January rates)
- Market value of hedging contracts at 31.12.2002 of DKK 52 million

3







William Demant
Holding

# Hearing Aids - the market

- The William Demant Group continued to capture market shares in 2002 and consolidated #2 position in the market
- Difficult market conditions for hearing aids
- US market under pressure - down by 1.6% in units - slightly positive value growth - still uncertainty amongst potential hearing aid users
- Europe slightly better - flat development in Germany, whereas France and Holland grew 10%



oticon
PEOPLE FIRST

bernafon°

---



William Demant
Holding

# Hearing Aids - the market

- Growth potential still intact
- Estimated market growth of at least 3-5% annually in the medium to long term - 2003 will be slightly weaker

 Growth drivers

- Demographic growth of 2% among core customer group
- Binaural fittings
- Emerging markets
- Technology shifts
- Increased wealth
- (Increased penetration)

oticon
PEOPLE FIRST

bernafon°

5





 

William Demant
Holding

## Diagnostic Instruments

- Traditional audiometric market fell slightly - growth in infant screening
- Business unit saw 24% revenue growth (local currencies)
- Positive product mix shift, increase in third party production and one single large order
- Reorganisation of production flow - room for improving efficiency
- Rhinometrics's activities merged with Interacoustics's and other Group activities





 

---

Annual Report 2002

William Demant
Holding

## Personal Communication

- Sluggish market for Phonic Ear's products
- Negative revenue growth
- Business unit expected to return to growth with introduction of new wireless product portfolio in Q2 2003
- New platform for growth in headset business through joint venture with German Sennheiser
- Sennheiser Communications aims at becoming the preferred supplier of quality solutions for the headset market



7



### Annual Report 2002

William Demant Holding

## Balance sheet

| DKK million | 2001 | 2002 |
|---|---|---|
| **Assets** | | |
| Intangible | - | 11 |
| Tangible | 420 | 427 |
| Financial | 68 | 78 |
| Total fixed assets | 488 | 516 |
| Inventories | 673 | 614 |
| Debtors | 725 | 745 |
| Liquid funds | 120 | 117 |
| Total current assets | 1,518 | 1,476 |
| Total assets | 2,006 | 1,992 |

| | 2001 | 2002 |
|---|---|---|
| **Liabilities** | | |
| Shareholders' equity | 163 | 428 |
| Provisions | 136 | 117 |
| Long term creditors | 869 | 711 |
| Short term creditors | 838 | 736 |
| Total creditors | 1,707 | 1,447 |
| Total liabilities | 2,006 | 1,992 |

---

### Annual Report 2002

William Demant Holding

## Cash flows

| DKK million | 2000 | 2001 | 2002 |
|---|---|---|---|
| Year's profit | 426 | 481 | 579 |
| CFFO | 316 | 317 | 669 |
| CFFI. ex. acquisitions | -116 | -184 | -120 |
| Free cash flow | 200 | 133 | 549 |
| Acquisitions | -773 | -477 | -7 |
| Buyback of shares | -21 | -27 | -423 |
| Other financing activities | 257 | 524 | -84 |
| Year's net effect | -337 | 153 | 35 |



Annual Report 2002

William Demant Holding

## Shareholder information

- Ongoing share buy back program
- Largest shareholder, the Oticon Foundation, will sell shares to retain ownership interest between 60% and 65%
- Holding of own shares to be canceled at annual general meeting
- Successful sale of 280.000 employee shares
- President and Group CEO of Carlsberg Breweries Niels Smedegaard Andersen to join the board of directors



---

Annual Report 2002

William Demant Holding

## Guidance 2003

- Organic growth of 7-10% - core business more than 10%
- Negative currency impact of 7% (January rates) - largest impact in first six month's of 2003
- Total revenue estimated at DKK 3.9-4.1 billion
- Operating profit (EBIT) estimated at DKK 850-900 million - an increase of 5-10%
- Profit margin expected to increase 1-2 percentage points
- Substantial free cash flow for buyback of shares
- EPS expected to increase more than 10%

| Net revenue (DKK million) | 2002 |
|---|---|
| Realised rates | 3,924 |
| Realised rates January 2003 | 3,666 |
| Difference | -6,6% |

| Currency | Hedging period | Hedging rate |
|---|---|---|
| USD | 12 months | 821 |
| JPY | 15 months | 7.24 |
| EUR | 11 months | 746 |

