IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | § § § | |
| Plaintiff, | § § | Civil Action No. |
| v. | § § | 05-CV-422-GMS |
| SONIC INNOVATIONS, INC., et al. | § § § | |
| Defendants. | § | |

**SECOND DECLARATION OF NIELS JACOBSEN
IN FURTHER SUPPORT OF William Demant Holding A/S'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, **Niels Jacobsen**, being over the age of eighteen and suffering from no physical or mental impairments that preclude me from understanding my statements, make the following declaration based on my personal knowledge and with authority to speak on behalf of William Demant Holding A/S:

1. As a clarification to paragraph 2 of my First Declaration dated October 11, 2005, William Demant Holding A/S principal and sole office has moved, as of October 31, 2005, to Kongebakken 9, DK-2765 Smørum, Denmark.

2. Paragraph 8 of my First Declaration dated October 11, 2005, should more precisely have read: William Demant Holding A/S also owns, <u>directly or indirectly,</u> minority positions in a number of corporations, including forty-nine percent (49%) of the shares of American Hearing Aid Associates ("AHAA"), a Pennsylvania corporation involved in the hearing aid business, but which has not been named as a defendant in this action. As with the other companies whose stock William Demant Holding A/S holds, <u>directly or indirectly,</u> William Demant Holding A/S has no involvement in the day-to-day management of AHAA, whose financial statements and corporate records are separate from the financial statements and corporate records of William Demant Holding A/S.

3. The William Demant Holding A/S subsidiary and co-defendant Oticon, Inc. acquired the indicated 49% of the AHAA shares on August 22, 2001. Ownership of these shares by William Demant Holding A/S is indirect.

4. The William Demant Holding A/S subsidiary and co-defendant Oticon, Inc. acquired 47% of the AVADA shares on November 21, 2000, with William Demant Holding A/S acting as guarantor. Ownership of these shares by William Demant Holding A/S is

SECOND DECLARATION OF NIELS JACOBSEN                                               1

indirect. AVADA is a trading name of Hearing Healthcare Management, LLP, an Ohio entity involved in the hearing aid business, but which has not been named as a defendant in this action. As with the other companies whose stock William Demant Holding A/S holds, directly or indirectly, William Demant Holding A/S has no involvement in the day-to-day management of AVADA, whose financial statements and corporate records are separate from the financial statements and corporate records of William Demant Holding A/S.

5. The November 21, 2000 OEM agreement with AVADA was entered between Oticon Inc and AVADA, not William Demant Holding A/S, as might be expected, since William Demant Holding A/S does not manufacture any products. Any cash infusion from the William Demant Group to AVADA on or about November 21, 2000 came from Oticon, Inc., not William Demant Holding A/S.

6. While Oticon A/S is a member of HIMPP (K/S HIMPP, a limited partnership organized under the laws of Denmark), William Demant Holding A/S is not a manufacturer of products and, accordingly, is not a member of HIMPP, but only a minority shareholder in the general partner (HIMPP A/S) that is a member of HIMPP.

7. Due to requirements of the Copenhagen Stock Exchange, which lists the stock of William Demant Holding A/S, William Demant Holding A/S is required to report the activities of its subsidiaries through annual reports and other public announcements.

8. Prior to the filing of this suit by Plaintiff, I had no personal knowledge of either U.S. Patent Nos. 4,731,850 or 4,879,749 (the "Asserted Patents").

9. To the best of my information and belief, William Demant Holding A/S did not have any knowledge of the Asserted Patents prior to the filing of this suit.

10. For any fiscal year of William Demant Holding A/S, including the years 2003, 2004, and 2005, William Demant Holding A/S has not spent any money, much less 600 million dollars in those years, for research and development, since William Demant Holding A/S has not developed any products. Any public representation of research and development funds spent by the William Demant Group for that period represents consolidated funds spent by companies directly or indirectly owned by William Demant Holding A/S.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 21, 2005, Smørum, Denmark.

Niels Jacobsen
CEO and President
William Demant Holding A/S

