IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. NO. 05-422 (GMS) |
| v. | ) ) | |
| SONIC INNOVATIONS, INC, PHONAK HOLDING AG, PHONAK INC., UNITRON HEARING, INC., WILLIAM DEMANT HOLDING A/S, OTICON A/S, OTICON INC., WIDEX A/S, WIDEX HEARING AID CO. INC, GN RESOUND A/S, GN RESOUND CORPORATION, STARKEY LABORATORIES, INC., GENNUM CORPORATION, RESISTANCE TECHNOLOGY INC., BERNAFON AG, WDH, INC., and BERNAFON, LLC | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Linda E. Beebe, Esquire, of The Bayard Firm, shall be substituted as counsel for Plaintiff, in place of Thomas H. Kovach of Pepper Hamilton LLP.

615658v1

| PEPPER HAMILTON LLP | THE BAYARD FIRM |
|---|---|
| /s/ Thomas H. Kovach | /s/ Linda E. Beebe |
| Thomas H. Kovach (No. 3964) | Linda E. Beebe (No. 4634) |
| Hercules Plaza, Suite 5100 | 222 Delaware Avenue, Suite 900 |
| 1313 Market Street | P.O. Box 25130 |
| P.O. Box 1709 | Wilmington, DE 19899 |
| Wilmington, DE 19899-1709 | Telephone (302) 655-5000 |
| Telephone: (302) 777-6502 | Facsimile (302) 658-6395 |
| Facsimile (302) 691-4965 | Email: Lbeebe@bayardfirm.com |

Dated: January 27, 2006

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on January 27, 2006, she electronically filed the foregoing Notice of Substitution of Counsel with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard W. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

N. Richard Powers, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Steet
P.O. Box 2207
Wilmington, DE 19899

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Barry M. Klayman, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

Mary B. Graham, Esquire
Maryellen Noereika, Esquire
Donald E. Reid, Esquire
Thomas C. Grimm
Leslie A. Polizoti
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

/s/ Linda E. Beebe
Linda E. Beebe (#4634)

615658v1