IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONIC INNOVATIONS, INC., PHONAK HOLDING AG, PHONAK INC., UNITRON HEARING, INC., WILLIAM DEMANT HOLDING A/S, OTICON A/S, OTICON INC. WIDEX A/S, WIDEX HEARING AID CO., INC., GN RESOUND A/S, GN RESOUND CORPORATION, STARKEY LABORATORIES, INC., GENNUM CORPORATION, RESISTANCE TECHNOLOGY, INC., BERNAFON AG, WDH, INC., and BERNAFON, LLC, <br><br> Defendants. | C.A. No. 05-422 GMS |

**ORDER**

WHEREAS, on June 23, 2005, Energy Transportation Group, Inc. ("ETG") filed this patent infringement action against the above-captioned defendants;

WHEREAS, on August 4, 2005, ETG filed a first amended complaint (D.I. 38);

WHEREAS, on September 1, 2005, ETG filed a motion to amend (D.I. 65) its first amended complaint in order to remove Phonak Holding AG as a defendant, and add Phonak AG, Phonak, LLC, and Unitron Hearing, Ltd. as defendants to the case;

WHEREAS, on September 9, 2005, Phonak Inc., Phonak Holding AG, and Unitron Hearing, Inc. (collectively, "Phonak") filed a response (D.I. 70) to ETG's motion, asserting that they do not oppose the motion;

WHEREAS, the response further asserts that Phonak expressly reserves all rights to move to dismiss parties improperly named in ETG's second amended complaint; and

WHEREAS, the other defendants to the case filed letters (D.I. 66-69, 73, 75, 76) stating that they do not oppose ETG's motion;

IT IS HEREBY ORDERED that:

1. ETG's Motion for Leave for Entry of a Second Amended Complaint (D.I. 65) is GRANTED.

2. Phonak Holding AG shall be removed as a defendant to the case, and Phonak AG, Phonak, LLC, and Unitron Hearing, Ltd. shall be added as defendants to the case.

3. The Phonak defendants shall retain all rights to move to dismiss parties improperly named in the second amended complaint.

Dated: February 15, 2006          /s/ Gregory M. Sleet
                                  UNITED STATES DISTRICT JUDGE