IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SONIC INNOVATIONS, INC., PHONAK AG, PHONAK, INC., PHONAK, LLC., UNITRON HEARING, INC., UNITRON HEARING LTD., WILLIAM DEMANT HOLDING A/S, OTICON A/S, OTICON INC., WIDEX A/S, WIDEX HEARING AID CO. INC., GN RESOUND A/S, GN RESOUND CORPORATION, STARKEY LABORATORIES, INC., GENNUM CORPORATION, RESISTANCE TECHNOLOGY INC., BERNAFON AG, WDH, INC. and BERNAFON, LLC.,<br><br>Defendants. | C.A. No. 05-422 (GMS) |

**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT ON BEHALF
OF GN RESOUND A/S AND GN RESOUND CORPORATION**

The undersigned counsel for defendant GN ReSound A/S hereby states that the parent corporation of GN ReSound A/S is GN Store Nord A/S. GN ReSound A/S further states that GN Store Nord A/S is a publicly traded corporation that owns 100% of the stock of GN ReSound A/S. Shares of GN Store Nord A/S are traded on the Copenhagen Stock Exchange.

The undersigned counsel for defendant GN ReSound Corporation hereby states that the current name of GN ReSound Corporation is GN Hearing Care Corporation. GN ReSound Corporation also states that the parent corporation of GN Hearing Care Corporation is GN U.S. Holdings, Inc., the parent corporation of GN U.S. Holdings, Inc. is GN ReSound A/S, the parent corporation of GN ReSound A/S is GN Store Nord A/S, GN Store Nord A/S is a

publicly traded company that owns 100% of the stock of GN ReSound A/S, GN ReSound A/S owns 100% of the stock of GN U.S. Holdings, Inc., and GN U.S. Holdings, Inc. owns 100% of the stock of GN Hearing Care Corporation.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Jack B. Blumenfeld* _____
        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899
        *Attorneys for Defendants GN ReSound A/S and GN ReSound Corporation*

OF COUNSEL:

Kenneth B. Herman
William J. McCabe
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

February 27, 2006

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on February 27, 2006 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

| | |
|---|---|
| Edmond D. Johnson<br>Linda E. Beebe<br>The Bayard Firm | Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP |
| N. Richard Powers<br>Connolly, Bove, Lodge & Hutz | Richard K. Herrmann<br>Mary Matterer<br>Morris. James, Hitchens & Williams |
| Mary B. Graham<br>James W. Parrett, Jr.<br>Morris, Nichols, Arsht & Tunnell LLP | Barry M. Klayman<br>Wolf, Block, Schorr and Solis-Cohen LLP |
| Donald E. Reid<br>Morris, Nichols, Arsht & Tunnell LLP | Thomas C. Grimm<br>Leslie A. Polizoti<br>Morris, Nichols, Arsht & Tunnell LLP |
| David B. Ritchie<br>Richard Swope<br>Robert E. Camors, Jr.<br>Theresa A. Takeuchi<br>Thelen Reid & Priest LLP | Jeffrey D. Shewchuk<br>Shewchuk UP Services LLC |

I also certify that copies were caused to be served upon the following in the manner indicated:

## BY HAND DELIVERY

| | |
|---|---|
| Edmond D. Johnson<br>Linda E. Beebe<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19899 | Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>Wilmington, DE  19801 |
| N. Richard Powers<br>Connolly, Bove, Lodge & Hutz LLP<br>The Nemours Building<br>1007 N. Orange Street<br>Wilmington, DE  19899 | Barry M. Klayman<br>Wolf, Block, Schorr and Solis-Cohen LLP1100<br>Wilmington Trust Center<br>North Market Street<br>Suite 1001<br>Wilmington, DE  19801 |

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19899

Richard K. Herrmann
Mary Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
Wilmington, DE  19899

Donald E. Reid
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19899

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19899

*/s/     Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)