# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) ) Plaintiff, ) ) v. ) ) SONIC INNOVATIONS, INC., et al., ) ) Defendants. ) | C.A. No.: 05-422-GMS |

## STARKEY LABORATORIES, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Defendant and Counter-claimant Starkey Laboratories, Inc., submits the following in accordance with Federal Rule of Civil Procedure 7.1:

Starkey Laboratories, Inc., has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: February 28, 2006

By: _____/s/ Amy A. Quinlan_____
Mary B. Matterer (I.D. No. 2696)
Amy A. Quinlan (I.D. No. 3021)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
aquinlan@morrisjames.com

and

Richard G. Morgan
Steven L. Reitenour
BOWMAN AND BROOKE LLP
150 South Fifth Street
Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 339-8682

ATTORNEYS FOR STARKEY LABORATORIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February 2006, I electronically filed the foregoing document, **STARKEY LABORATORIES, INC.'S RULE 7.1 DISCLOSURE STATEMENT**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Edmond D. Johnson, Esq.
Linda E. Beebe, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Thomas C. Grimm, Esq.
Leslie Polizoti, Esq.
Morris, Nichols, Arsht and Tunnell
1201 Market Street
Wilmington, DE 19801

Mary B. Graham, Esq.
James W. Parrett, Jr., Esq.
Morris, Nichols, Arsht and Tunnell
1201 Market Street
Wilmington, DE 19801

N. Richard Powers, Esq.
Connolly Bove Lodge & Hutz
1007 N. Orange Street
Wilmington, DE 19801

Barry M. Klayman, Esq.
Wolf Block Schorr and Solis-Cohen
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

Donald E. Reid
Morris, Nichols, Arsht and Tunnell
1201 Market Street
Wilmington, DE 19801

Jack B. Blumenfeld, Esq.
MaryEllen Noreika, Esq.
Morris, Nichols, Arsht and Tunnell
1201 Market Street
Wilmington, DE 19801

      */s/ Amy A. Quinlan*
Mary B. Matterer (I.D. No. 2696)
Amy A. Quinlan (I.D. No. 3021)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
aquinlan@morrisjames.com

Attorneys for Defendant Starkey Laboratories, Inc.