IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | § § § | |
| Plaintiff, | § § | Civil Action No. |
| v. | § § | 05-CV-422-GMS |
| SONIC INNOVATIONS, INC., et al. | § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

**JOINT DISCLOSURE STATEMENT OF WILLIAM DEMANT HOLDING A/S, OTICON A/S, OTICON, INC., WDH, INC., BERNAFON AG, AND BERNAFON, LLC**

In accordance with Fed. R. Civ. P. 7.1, William Demant Holding A/S, Oticon A/S, Oticon Inc., WDH, Inc., Bernafon AG, and Bernafon, LLC hereby submit the following statement:

As set forth in its Motion to Dismiss for Lack of Personal Jurisdiction, William Demant Holding A/S is, and acts as, a parent holding company. It wholly owns, either directly or indirectly, Oticon A/S, Oticon, Inc., WDH, Inc., Bernafon AG, and Bernafon LLC. In particular, William Demant Holding A/S directly owns a 100% stake in Oticon A/S, Bernafon AG, and WDH, Inc. Moreover, William Demant Holding A/S indirectly owns a 100% stake in Oticon, Inc. and Bernafon, LLC by virtue of its 100% ownership stake of WDH, Inc., which directly owns 100% of Oticon, Inc. and indirectly owns 100% of Bernafon, LLC by virtue of the 100% ownership stake in Bernafon, LLC by Oticon, Inc. The only entity that owns more than 10% of the shares of William Demant Holding A/S is the Oticon Foundation, which is a privately held foundation based in Denmark.

#1060314v2

Dated: March 2, 2006                                  Respectfully submitted,


/s/ N. Richard Powers
N. Richard Powers (#493)
CONNELLY, BOVE, LODGE, & HUTZ L.L.P.
1007 North Orange Street
Suite 878
Wilmington, DE 19801
Phone: (302) 658-9141
Fax: (302) 658-5614

**ATTORNEYS FOR DEFENDANTS,**
WILLIAM DEMANT HOLDING A/S
OTICON A/S
OTICON, INC.
WDH, INC.
BERNAFON AG
BERNAFON, LLC

**OF COUNSEL:**
John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Phone: (202) 408-4000
Fax: (202) 408-4400

#1060314v2

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2006 I electronically filed a copy of the foregoing with the Clerk of the Court using CM/ECF and served the following individuals in the manner indicated:

**VIA HAND DELIVERY**
Richard K. Herrmann, Esquire
Morris James Hitchens
 & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**VIA HAND DELIVERY**
Richard W. Horwitz, Esquire
Potter Anderson & Corroon LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**VIA HAND DELIVERY**
Edmond D. Johnson, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899

**VIA HAND DELIVERY**
Barry M. Klayman, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street
Suite 1001
Wilmington, DE 19801

**VIA HAND DELIVERY**
Mary B. Graham, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

/s/ N. Richard Powers
N. Richard Powers (#494)