IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-422-GMS |
| v. | ) ) | |
| SONIC INNOVATIONS, INC., et al., | ) ) | |
| Defendants. | ) | |

**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT OF UNITRON HEARING LTD., <u>UNITRON HEARING, INC., PHONAK AG, AND PHONAK LLC</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, defendants Unitron Hearing Ltd., Unitron Hearing, Inc., Phonak AG, and Phonak LLC state that Phonak Holding AG is their parent corporation. Phonak Holding AG owns more than 10 percent of Unitron Hearing Ltd., Unitron Hearing, Inc., Phonak AG, and Phonak LLC. Shares of Phonak Holding AG are publicly traded on the SWX Swiss Exchange.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*
_____
Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tcgefiling@mnat.conm
lpolizoti@mnat.com
*Attorneys for Defendants*
*Phonak AG, Phonak LLC (for itself and as successor-in-interest to Phonak Inc.), Unitron Hearing Ltd. and Unitron Hearing, Inc.*

OF COUNSEL:

James R. Sobieraj
Meredith Martin Addy
David H. Bluestone
Robert G. Pluta
BRINKS HOFER GILSON & LIONE
NBC Tower–Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611-5599
(312) 321-4200

March 2, 2006
509326

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2006 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following: Jack B. Blumenfeld, Robert E. Camors, Jr., Mary B. Graham, Thomas C. Grimm, Richard K. Herrmann, Richard L. Horwitz, Edmond D. Johnson, Barry M. Klayman, Thomas H. Kovach, Mary Matterer, David E. Moore, James W. Parrett, Jr., Leslie A. Polizoti, N. Richard Powers, Amy A. Quinlan, Donald E. Reid, David B. Ritchie, Jeffrey D. Shewchuk, Richard Swope, and Theresa A. Takeuchi.

I also certify that copies were caused to be served on March 2, 2006 upon the following by hand:

Edmond D. Johnson
Linda E. Beebe
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19899

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

N. Richard Powers
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
North Market Street, Suite 1001
Wilmington, DE  19801

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19899

Richard K. Herrmann
Mary Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
Wilmington, DE  19899

Donald E. Reid
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19899

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19899

*/s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)

509326