IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | C.A. No. 05-422 (GMS) |
| ) | |
| SONIC INNOVATIONS, INC., et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**RULE 7.1 DISCLOSURE STATEMENT OF GENNUM CORPORATION**

      Gennum Corp., Inc. is publicly traded on the Toronto Stock Exchange. It has no parent corporation and no publicly held corporation owns more than 10% of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Defendant Gennum Corporation*

OF COUNSEL:

Robert C. Kahrl
David B. Cochran
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-7506

Dated: March 2, 2006

509211

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

| | |
|---|---|
| Edmond D. Johnson<br>Linda E. Beebe<br>THE BAYARD FIRM | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON, LLP |
| N. Richard Powers<br>CONNOLLY, BOVE, LODGE & HUTZ LLP | Jack B. Blumenfeld<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Richard K. Herrmann<br>Mary Matterer<br>MORRIS, JAMES, HITCHENS & WILLIAMS | Barry M. Klayman<br>WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP |
| Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| David B. Ritchie<br>Richard Swope<br>Robert E. Camors, Jr.<br>Theresa A. Takeuchi<br>THELEN REID & PREIST LLP | Jeffrey D. Shewchuk<br>SHEWCHUK UP SERVICES LLC |

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 2, 2006 upon the following individuals in the manner indicated:

**BY HAND**

| | |
|---|---|
| Edmond D. Johnson<br>THE BAYARD FIRM<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | Richard L. Horwitz<br>POTTER ANDERSON & CORROON, LLP<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899 |

- 2 -

| | |
|---|---|
| N. Richard Powers<br>CONNOLLY, BOVE, LODGE & HUTZ LLP<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | Jack B. Blumenfeld<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 |
| Richard K. Herrmann<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899 | Barry M. Klayman<br>WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP<br>Wilmington Trust Center<br>1100 North Market Street, Suite 1001<br>Wilmington, DE  19801 |
| Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 | Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 |

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

509400