## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | C. A. No. 05-422 (GMS) |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| SONIC INNOVATIONS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

### SONIC INNOVATIONS, INC.'S
### RULE 7.1 DISCLOSURE STATEMENT

Defendant and Counter-claimant Sonic Innovations, Inc. ("Sonic"), submits the following

in accordance with Federal Rule of Civil Procedure 7.1:

Sonic has no parent corporation, and no publicly held corporation owns 10% or more of

its stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Robert E. Camors, Jr.
David B. Ritchie
Theresa A. Takeuchi
THELEN REID & PRIEST LLP
225 W. Santa Clara. Suite 1200
San Jose, CA 95113
Telephone: (408) 292-5800

March 8, 2006
722827

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*Sonic Innovations, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 8, 2006, the attached document was hand

delivered to the following persons and was electronically filed with the Clerk of the Court using

CM/ECF which will send notification of such filing(s) to the following and the document is

available for viewing and downloading from CM/ECF.

Edmond D. Johnson
Thomas H. Kovach
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

N. Richard Powers
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207

Richard K. Herrmann
Morris, James, Hitchens & Williams
222 Delaware Avenue
Wilmington, DE 19899

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
1100 North Market Street
Suite 1001
Wilmington, DE 19899

Donald E. Reid
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on March 8, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC  20006
tscott@hunton.com
bburoker@hunton.com
ccampbell@hunton.com

Robert C. Kahrl
David B. Cochran
Jones Day
901 Lakeside Avenue
Cleveland, OH  44114
rckahrl@jonesday.com
dcochran@jonesday.com

Kenneth B. Herman
William J. McCabe
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY  10020
kenneth.herman@ropesgray.com
william.mccabe@ropesgray.com

John M. Romary
C. Gregory Gramenopoulos
Finnegan, Henderson, Farabow,
  Garrett & Dunner L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413
john.romary@finnegan.com
gramenoc@finnegan.com

Richard G. Morgan
Steven L. Reitenour
Bowman and Brooke LLP
Fifth Street Towers
150 S. Fifth Street, Suite 2600
Minneapolis, MN  55402
rick.morgan@msp.bowmanandbrooke.com
steve.reitenour@msp.bowmanandbrooke.com

Jeffrey D. Shewchuk
Shewchuk IP Services, LLC
533 77th Street West
Eagan, MN  55121
jdshewchuk@comcast.net

William H. Mandir
David J. Cushing
Carl J. Pellegrini
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037
dcushing@sughrue.com
wmandir@sughrue.com
cpellegrini@sughrue.com

James R. Sobieraj
David H. Bluestone
Brinks Hofer Gilson & Lione
455 North Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL 60611-5599
jsobieraj@usebrinks.com
dbluestone@usebrinks.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

691111