IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>SONIC INNOVATIONS, INC., ET AL.<br><br>Defendants | )<br>)<br>)<br>)<br>)  C.A. NO. 05-422 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT RULE 7.1 DISCLOSURE STATEMENT OF WIDEX A/S AND WIDEX HEARING AID CO. INC.

In accordance with Fed. R. Civ. P. 7.1, Widex A/S and Widex Hearing Aid Co. Inc. hereby submit the following statement:

Widex A/S is 100% owned by Widex Holding A/S. No publicly held corporation holds any shares in Widex A/S.

Widex Hearing Aid Co. Inc. has no parent corporation and no publicly held corporation owns 10% or more of Widex Hearing Aid Co. Inc. stock.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Donald E. Reid

OF COUNSEL:

SUGHRUE MION PLLC
William H. Mandir (*pro hac vice*)
David J. Cushing (*pro hac vice*)
Carl J. Pellegrini (*pro hac vice*)
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 293-7600

Donald E. Reid (#1058)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 575-7219
 Attorneys for Defendants
 Widex A/S and
 Widex Hearing Aid Co. Inc.

March 9, 2006

## CERTIFICATE OF SERVICE

I, Donald E. Reid, hereby certify that on the 9th day of March, 2006, a copy of a Rule 7.1 Statement was electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all counsel of record:

_____
Donald E. Reid (#1058)