IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | C. A. No. 05-422 (GMS) |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| SONIC INNOVATIONS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, with the consent and approval of Defendant Sonic Innovations, Inc. ("Sonic"), the firm of Thelen Reid & Priest LLP hereby withdraws its appearance as counsel for Sonic, and the firm of Holland & Hart LLP hereby enters its appearance as counsel for Sonic. The firm of Potter Anderson & Corroon LLP will remain as co-counsel for Sonic in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: May 12, 2006
731964

*Attorneys for Defendant
Sonic Innovations, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

     I, David E. Moore, hereby certify that on May 12, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Edmond D. Johnson
Linda E. Beebe
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347

Richard K. Herrmann
Mary Matterer
Amy A. Quinlan
Morris, James, Hitchens & Williams
222 Delaware Avenue
Wilmington, DE  19899

Donald E. Reid
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347

Thomas H. Kovach
Pepper Hamilton LLP
1313 N. Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE  1709

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347

N. Richard Powers
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899-2207

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
1100 North Market Street
Suite 1001
Wilmington, DE  19899

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347

I hereby certify that on May 12, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006
tscott@hunton.com
bburoker@hunton.com
ccampbell@hunton.com

Robert C. Kahrl
David B. Cochran
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114
rckahrl@jonesday.com
dcochran@jonesday.com

Kenneth B. Herman
William J. McCabe
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
kenneth.herman@ropesgray.com
william.mccabe@ropesgray.com

John M. Romary
C. Gregory Gramenopoulos
Finnegan, Henderson, Farabow,
   Garrett & Dunner L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
john.romary@finnegan.com
gramenoc@finnegan.com

Richard G. Morgan
Steven L. Reitenour
Bowman and Brooke LLP
Fifth Street Towers
150 S. Fifth Street, Suite 2600
Minneapolis, MN 55402
rick.morgan@msp.bowmanandbrooke.com
steve.reitenour@msp.bowmanandbrooke.com

Jeffrey D. Shewchuk
Shewchuk IP Services, LLC
533 77th Street West
Eagan, MN 55121
jdshewchuk@comcast.net

William H. Mandir
David J. Cushing
Carl J. Pellegrini
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037
dcushing@sughrue.com
wmandir@sughrue.com
cpellegrini@sughrue.com

James R. Sobieraj
David H. Bluestone
Brinks Hofer Gilson & Lione
455 North Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL 60611-5599
jsobieraj@usebrinks.com
dbluestone@usebrinks.com
maddy@usebrinks.com
rpluta@usebrinks.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

691111