IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC. <br><br> Plaintiff, <br><br> v. <br><br> SONIC INNOVATIONS, INC, <br> PHONAK HOLDING AG, <br> PHONAK INC., <br> UNITRON HEARING, INC., <br> WILLIAM DEMANT HOLDING A/S, <br> OTICON A/S, <br> OTICON INC., <br> WIDEX A/S, <br> WIDEX HEARING AID CO. INC, <br> GN RESOUND A/S, <br> GN RESOUND CORPORATION, <br> STARKEY LABORATORIES, INC., <br> GENNUM CORPORATION, <br> RESISTANCE TECHNOLOGY INC., <br> BERNAFON AG, <br> WDH, INC., and <br> BERNAFON, LLC <br><br> Defendants. | C.A. NO. 05-422 (GMS) <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Katharine V. Jackson, Esquire, of The Bayard Firm, shall be substituted as counsel for Plaintiff, in place of Linda E. Beebe of Skadden, Arps, Slate, Meagher and Flom, LLP.

626112v1

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER, AND FLOM LLP | THE BAYARD FIRM |
| /s/ Linda E. Beebe | Edmond D. Johnson (No. 2257) |
| Linda E. Beebe (No. 4634) | Katharine V. Jackson (No. 4800) |
| One Rodney Square | 222 Delaware Avenue, Suite 900 |
| P.O. Box 636 | P.O. Box 25130 |
| Wilmington, DE 19899-0636 | Wilmington, DE 19899 |
| (302) 651-3138 | Telephone (302) 655-5000 |
| | Facsimile (302) 658-6395 |
| | Email: kjackson@bayardfirm.com |

Dated: May 23, 2006

626112v1

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 22, 2006, she electronically filed the foregoing Notice of Substitution of Counsel with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard W. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

N. Richard Powers, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Steet
P.O. Box 2207
Wilmington, DE 19899

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Barry M. Klayman, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

Mary B. Graham, Esquire
Maryellen Noereika, Esquire
Donald E. Reid, Esquire
Thomas C. Grimm
Leslie A. Polizoti
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

/s/ Katharine V. Jackson
Katharine V. Jackson (#4800)

626112v1