# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) C. A. No. 05-422 (GMS) |
| | ) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| SONIC INNOVATIONS, INC., et al. | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of L. Grant Foster, Brett L. Foster, and Mark A. Miller of Holland & Hart, 60 E. South Temple, Suite 2000, Salt Lake City, UT 84111, to represent defendant, Sonic Innovations, Inc., in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ *David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Sonic Innovations, Inc.*

Dated: May 31, 2006
733784

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                             United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Utah, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 31, 2006     Signed:     /s/ L. Grant Foster
                                    L. Grant Foster
                                    Holland & Hart
                                    60 E. South Temple
                                    Suite 2000
                                    Salt Lake City, UT 84111
                                    Telephone: (801) 799-5800

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Utah, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 31, 2006     Signed:     /s/ Brett L. Foster
                                    Brett L. Foster
                                    Holland & Hart
                                    60 E. South Temple
                                    Suite 2000
                                    Salt Lake City, UT 84111
                                    Telephone: (801) 799-5800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Utah, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 31, 2006       Signed:    /s/ Mark A. Miller
                                    Mark A. Miller
                                    Holland & Hart
                                    60 E. South Temple
                                    Suite 2000
                                    Salt Lake City, UT 84111
                                    Telephone: (801) 799-5800

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 31, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Edmond D. Johnson
Linda E. Beebe
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

Richard K. Herrmann
Mary Matterer
Amy A. Quinlan
Morris, James, Hitchens & Williams
222 Delaware Avenue
Wilmington, DE 19899

Donald E. Reid
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

Thomas H. Kovach
Pepper Hamilton LLP
1313 N. Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 1709

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

N. Richard Powers
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
1100 North Market Street
Suite 1001
Wilmington, DE 19899

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on May 31, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006
tscott@hunton.com
bburoker@hunton.com
ccampbell@hunton.com

Kenneth B. Herman
William J. McCabe
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
kenneth.herman@ropesgray.com
william.mccabe@ropesgray.com

Richard G. Morgan
Steven L. Reitenour
Bowman and Brooke LLP
Fifth Street Towers
150 S. Fifth Street, Suite 2600
Minneapolis, MN 55402
rick.morgan@msp.bowmanandbrooke.com
steve.reitenour@msp.bowmanandbrooke.com

William H. Mandir
David J. Cushing
Carl J. Pellegrini
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037
dcushing@sughrue.com
wmandir@sughrue.com
cpellegrini@sughrue.com

Robert C. Kahrl
David B. Cochran
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114
rckahrl@jonesday.com
dcochran@jonesday.com

John M. Romary
C. Gregory Gramenopoulos
Finnegan, Henderson, Farabow,
  Garrett & Dunner L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
john.romary@finnegan.com
gramenoc@finnegan.com

Jeffrey D. Shewchuk
Shewchuk IP Services, LLC
533 77th Street West
Eagan, MN 55121
jdshewchuk@comcast.net

James R. Sobieraj
David H. Bluestone
Brinks Hofer Gilson & Lione
455 North Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL 60611-5599
jsobieraj@usebrinks.com
dbluestone@usebrinks.com
maddy@usebrinks.com
rpluta@usebrinks.com

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

691111