IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. NO. 05-422 (GMS) |
| Plaintiff, | | |
| v. | | |
| SONIC INNOVATIONS, INC, ET AL. | | |
| Defendants. | | |

## PLAINTIFF'S MOTION FOR LEAVE TO SERVE INITIAL DISCOVERY

Pursuant to Fed. R. Civ. P. 16(b) and 26(f), as well as D. Del. LR. 16.2, Plaintiff hereby requests leave of the court to serve limited discovery requests upon each Defendant to this action prior to the date of this court's discovery and planning conference ("Rule 26(f) Conference"). Plaintiff believes such a course is necessary to ensure justice, and Plaintiff presents just cause for immediately beginning discovery proceedings in the accompanying Memorandum in Support. Each Defendant to this action has been consulted pursuant to D. Del. LR. 7.1.1 as to this request and each Defendant opposes the request and corresponding motion.

                                            THE BAYARD FIRM

                                      /s/ Edmond D. Johnson
                                      Edmond D. Johnson (No. 2257)
                                      Katherine V. Jackson (No. 4800)
                                      222 Delaware Ave.
                                      Suite 900
                                      Wilmington, DE 19801
                                      (302) 655-5000

                                      Attorneys for Energy Transportation Group, Inc.

OF COUNSEL:

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006
(T) (202) 955-1500
(F) (202) 778-2201

Dated: August 24, 2006