IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. NO. 05-422 (GMS) |
| Plaintiff, | | |
| v. | | |
| SONIC INNOVATIONS, INC, ET AL. | | |
| Defendants. | | |

**LOCAL RULE 7.1.1 STATEMENT IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO SERVE INITIAL DISCOVERY**

The undersigned attorney for plaintiff, Energy Transportation Group, Inc. ("ETG") hereby states, pursuant to Local Rule 7.1.1, that ETG's attorneys have made reasonable efforts to reach agreement with opposing counsel on the matters set forth in Plaintiff's Motion for Leave to Serve Initial Discovery , but was unable to reach a reasonable resolution with the Defendants.

THE BAYARD FIRM

Edmond D. Johnson (No. 2257)
Katherine V. Jackson (No. 4800)
222 Delaware Ave.
Suite 900
Wilmington, DE 19801
(302) 655-5000

Attorneys for Energy Transportation Group, Inc.

Dated: August 24, 2006

629535v1

OF COUNSEL:

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006
(T) (202) 955-1500
(F) (202) 778-2201

629548v1