## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Supreme Court of Ohio and the District of Columbia Court of Appeals and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

Dated: August 23, 2006

Robert L. Kinder, Esquire
Hunton & Williams LLP
1900 K Street, N.W.; Suite 1200
Washington, D.C. 20006
Tel. (202) 955-1878

Attorneys for Energy Transportation Group, Inc

619031v1