# EXHIBIT B



HUNTON & WILLIAMS LLP
1900 K STREET, N.W.
WASHINGTON, D.C. 20006-1109

TEL   202 • 955 • 1500
FAX   202 • 778 • 2201

BRIAN M. BUROKER
DIRECT DIAL: 202-955-1894
EMAIL:  bburoker@hunton.com

August 15, 2006

FILE NO: 66718.2

**Confidential**

Carl Pellegrini
David Cushing
Sughrue Mion
2100 Pennsylvania Ave., N.W.
Washington, DC 20037

Re:   Energy Transportation Group, Inv. v. Sonic Innovations et al. (D. Del.)
       Discovery Prior to the Court's Scheduling Order
       (Widex A/S and Widex Hearing Aid Co., Inc.)

Dear Carl and David:

We are writing to request that you consider a proposal to immediately proceed with limited discovery. Should you decline, ETG will seek leave from the Court for early discovery prior to the Court's Rule 26(f) Conference and Scheduling Order.

The Federal Rules of Civil Procedure address timing of discovery by noting that "[e]xcept in categories of proceedings exempted from initial disclosure under Rule 26(a)(1)(E), or when authorized under these rules or by order <u>or agreement of the parties</u>, a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)." Fed. R. Civ. P. 26(d) (emphasis added). Should your client be willing to consider commencement of early discovery, we could confer as to an agreed scope. In particular, we envision requesting technical information on Widex's products and corresponding sales data on those products. ETG also plans to issue third party subpoenas to HIMPP A/S, and to K/S HIMPP. Otherwise, ETG will seek leave of the Court to immediately begin service of interrogatories pursuant to Fed. R. Civ. P. 33, and request for document production pursuant to Fed. R. Civ. P. 34.

To highlight our concern, and most likely your clients' concerns as well, the key dates for this action are highlighted below:

- June 23, 2005, ETG filed its original Complaint



Carl Pellegrini
David Cushing
August 15, 2006
Page 2

- February 15, 2006, the Court granted ETG's pending Motion for leave to file a Second Amended Complaint
- Each named Defendant filed a responsive pleading or motion by March 23, 2006
- ETG filed a Reply to select Defendants' asserted Counterclaims by March 24, 2006

This case was filed and served about 14 months ago, and to date we have not had a Scheduling Conference or Order pursuant to Fed. R. Civ. P. 16(b) & 26(f). We hope that your client would be willing to consider this option in an attempt to bring this matter to a resolution in a more timely manner.

We look forward to receiving your response on or before Tuesday, August 22, 2006. Please feel free to contact with any questions you may have.

Sincerely,

Brian M. Buroker