# EXHIBIT A

Case 1:05-cv-00422-GMS     Document 129-2     Filed 11/22/2006     Page 1 of 5

**ADDENDUM TO SCHEDULING ORDER: NOVEMBER 2006**
**CIVIL ACTION NO. 05-422 (GMS)**

| EVENT | PLAINTIFF'S PROPOSAL | DEFENDANTS' PROPOSAL |
|---|---|---|
| FACT DISCOVERY/AMENDMENTS | | |
| Exchange of initial disclosures | December 18, 2006 | December 18, 2006 [same] |
| Motions to amend pleadings | Aug 1, 2007 | August 1, 2007 [same] |
| Motions to join additional parties | July 1, 2007 | July 1, 2007 [same] |
| Plaintiff to provide preliminary identification of infringing claims and products | January 15, 2007 | January 15, 2007 [same] |
| Delivery by defendant of sample products, if requested, and blueprints of accused products | February 26, 2007 | February 26, 2007 [same] |
| Plaintiff's claim chart/ plaintiff's infringement contentions | April 20 (8 wks following delivery of products) | April 20 (8 wks following delivery of products) [same] |
| Defendants' invalidity /defendants' prior art statement | May 15, 2007, 2007 (3 ½ wks following infringement contentions) | June 15, 2007 (8 wks following plaintiff's contentions above) |
| Defendants' claim chart/noninfringement contentions | June 15, 2007 | June 15, 2007 [same] |

| EVENT | PLAINTIFF'S PROPOSAL | DEFENDANTS' PROPOSAL |
|---|---|---|
| Plaintiff's prior art statement/ Plaintiff's validity contentions | Sixty days following invalidity contentions [July 15] | Aug. 9, 2007 [8 wks following invalidity contentions, but at least three weeks in advance of exchange of claim constructions] |
| Notice of reliance on advice of counsel as defense to willful infringement, produce opinions of counsel | August 1, 2007 | Election 30 days after claim const. order; 30 days thereafter to produce opinions |
| Completion of fact discovery | October 1, 2007 | December 31, 2007 |
| **MARKMAN PROCEEDINGS** | | |
| Exchange of claim terms to be construed and proposed constructions | 3 wks before Submission of joint claim construction statement (10 weeks before Markman hearing) | 3 wks before submission of joint claim construction chart, but at least 3 wks after plaintiff's validity contentions [September 6, 2007] |
| Submission of joint claim construction statement | 2 wks before op. briefs (8 weeks before Markman hearing) | 2 wks after exchange/2 wks before op briefs [September 20, 2007] |
| Markman Briefs | 6 wks/3 wks before Markman hearing | Same spacing and starting 2 wks after submission of joint claim chart [October 4, October 21, 2007] |
| Markman Hearing | ~ 45 days before close of fact discovery | Same [mid-November 2007] |
| **EXPERT DISCOVERY** | | |
| Opening expert reports (burden of proof) | 1 month after fact discovery | 4 wks after fact discovery, but not overlapping with summary judgment) [January 25, 2008] |

| EVENT | PLAINTIFF'S PROPOSAL | DEFENDANTS' PROPOSAL |
|---|---|---|
| Answering expert reports | Six weeks after opening expert reports | 1 month after above [February 25, 2008] |
| Reply expert reports | None | If necessary, 3 weeks after above [March 17, 2008] |
| Completion of expert discovery | Four months after close of fact discovery | 16 wks after fact discovery [April 19, 2008] |
| **DISPOSITIVE MOTIONS** | | |
| Letter briefs seeking permission | 6 wks after fact disc;  2 wks thereafter, 1 wk thereafter | 2 wks after expert disc [May 1, 2008];  2 wks thereafter [May 15], 1 wk thereafter [May 29, 2008] |
| Hearing concerning permission to file summary judgment motions | 9-10 weeks after close of fact discovery | Early June 2008 |
| Summary Judgment Briefing | File opening briefs 2 weeks after court permission/local rule briefing | Same [completed mid to late July 2008] |
| Summary Judgment Hearing | At Court's discretion | Same |
| **TRIAL PHASE** | | |
| Motions *in Limine* | Complete briefing in advance of Joint Proposed Pretrial Order | Complete briefing 2 weeks in advance of pretrial conference |
| Joint Proposed Pretrial Order | 2 months before trial | Same [early October 2008] |

| EVENT | PLAINTIFF'S PROPOSAL | DEFENDANTS' PROPOSAL |
|---|---|---|
| Pretrial Conference | 1 month before trial | Same [early November 2008] |
| Trial | April 2008 | 1 mo after pretrial conference [December 2008 or thereafter, as need for court to have sufficient time from end of summary judgment briefing] |

546239v1