222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

# THE BAYARD FIRM

A T T O R N E Y S

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS
302-429-4250
kjackson@bayardfirm.com

November 22, 2006

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court for the
District of Delaware
J. Caleb Boggs Federal Building
844 North French Street
Wilmington, Delaware 19801

Re: *Energy Transportation Group, Inc. v. Sonic Innovations*, et al., C.A. No. 05-422 (GMS)

Dear Judge Sleet:

Enclosed please find the Joint Status Report and Rule 26(f) Report for the above-referenced matter.

Counsel will be available to answer any questions that Your Honor might have at the conference scheduled for Thursday, November 30, 2006.

Sincerely yours,

Katharine V. Jackson (#4800)

KVJ/kw
<enclosure>

634182v1