IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-422 (GMS) |
| | ) | |
| SONIC INNOVATIONS, INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of (1) *Defendants' First Set Of Common Interrogatories To Plaintiff* and (2) *Defendants' First Set Of Common Document Requests To Plaintiff* were caused to be served on December 6, 2006 upon the following in the manner indicated:

| **BY E-MAIL AND HAND DELIVERY** | **BY E-MAIL** |
|---|---|
| Edmond D. Johnson | Brian M. Buroker |
| THE BAYARD FIRM | HUNTON & WILLIAMS LLP |
| 222 Delaware Avenue | 1900 K. Street, N.W. |
| Suite 9000 | Suite 1200 |
| Wilmington, DE 19899-5130 | Washington, DC 20006 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Defendant Gennum Corporation*

Dated: December 6, 2006
548315

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Edmond D. Johnson
>THE BAYARD FIRM
>222 Delaware Avenue
>Suite 9000
>Wilmington, DE  19899-5130

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on December 6, 2006 upon the following individuals in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Edmond D. Johnson
THE BAYARD FIRM
222 Delaware Avenue
Suite 9000
Wilmington, DE  19899-5130

**BY E-MAIL**

Brian M. Buroker
HUNTON & WILLIAMS LLP
1900 K. Street, N.W.
Suite 1200
Washington, DC 20006

*/s/ Mary B. Graham*

Mary B. Graham (#2256)