## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC. ) ) ) | CIVIL ACTION NO. 05-422-GMS |
| Plaintiff, ) ) | |
| v. ) ) | |
| SONIC INNOVATIONS, INC, ) PHONAK HOLDING AG, ) PHONAK INC., ) UNITRON HEARING, INC., ) WILLIAM DEMANT HOLDING A/S, ) OTICON A/S, ) OTICON INC., ) WIDEX A/S, ) WIDEX HEARING AID CO. INC, ) GN RESOUND A/S, ) GN RESOUND CORPORATION, ) STARKEY LABORATORIES, INC., ) GENNUM CORPORATION, and ) RESISTANCE TECHNOLOGY INC., ) ) ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 5, 2006, the undersigned caused copies of Plaintiff Energy Transportation Group, Inc.'s First Set of Interrogatories To Defendant Widex A/S to be served in the manner indicated on the counsel listed below:

**VIA ELECTRONIC MAIL AND U.S. MAIL**

Richard W. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

**VIA ELECTRONIC MAIL AND U.S. MAIL**

N. Richard Powers, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

645327-1

VIA ELECTRONIC MAIL AND U.S. MAIL

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 198010

VIA ELECTRONIC MAIL AND U.S. MAIL

Mary B. Graham, Esquire
Maryellen Noereika, Esquire
Donald E. Reid, Esquire
Thomas C. Grimm, Esquire
Leslie A. Polizoti, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

VIA ELECTRONIC MAIL AND U.S. MAIL

Barry M. Klayman, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

Dated:  December 7, 2006

THE BAYARD FIRM

Edmond D. Johnson (No. 2257)
Katharine V. Jackson (No. 4800)
222 Delaware Ave., Suite 900
Wilmington, DE 19801
(302) 655-5000

Attorneys for Energy Transportation Group, Inc.

OF COUNSEL:

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
Robert L. Kinder, Jr.
Hunton & Williams LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006
(202) 955-1500

645278-1

**CERTIFICATE OF SERVICE**

I, Edmond D. Johnson, hereby certify that on the 7th day of December, 2006, I

caused a copy of the foregoing *Notice of Service* to be filed with the Clerk of the Court

using CM/ECF, which will send automatic notification of the filing to the following:

Richard W. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

N. Richard Powers, Esquire
Connolly Boce Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 198010

Barry M. Klayman, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

Mary B. Graham, Esquire
Maryellen Noereika, Esquire
Donald E. Reid, Esquire
Thomas C. Grimm, Esquire
Leslie A. Polizoti, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Edmond D. Johnson (No. 2257)