# THE BAYARD FIRM

A    T    T    O    R    N    E    Y    S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

⊞ MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

302-429-4227
ejohnson@bayardfirm.com

December 7, 2006

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court for the
District of Delaware
J. Caleb Boggs Federal Building
844 North French Street
Wilmington, Delaware 19801

Re:    *Energy Transportation Group, Inc. v. Sonic Innovations*, et al., C.A. No.
05-422 (GMS)

Dear Judge Sleet:

Attached is a Proposed Scheduling Order, as the Court directed the parties to submit at the November 30, 2006 conference. The enclosed Proposed Scheduling Order has been agreed upon as to form by the parties, reflects the dates set by the Court and sets forth additional dates agreed upon by the parties based on the dates established by the Court.

Respectfully,

/s/ Edmond D. Johnson

Edmond D. Johnson (#2257)

EDJ/kw
enclosure

634182v1