IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SONIC INNOVATIONS, INC., et al., )<br>)<br>)<br>Defendants. ) | C.A. No. 05-422 (GMS) |

**DEFENDANT RESISTANCE TECHNOLOGY, INC.'S
<u>NOTICE OF SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURES</u>**

The undersigned hereby states that true and correct copies of Defendant Resistance Technology, Inc.'s Rule 26(a)(1) Initial Disclosures were served on December 18, 2006, upon all counsel at the following addresses in the manner indicated:

<u>By E-mail & First Class Mail, U.S. Postage Prepaid</u>

Edmond D. Johnson, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899

Jack B. Blumenfeld, Esquire
Maryellen E.. Noreika, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Thomas J. Scott, Jr., Esquire
Brian M. Buroker, Esquire
Hunton & Williams LLP
1900 K Street, NW, Suite 1200
Washington, DC 20006

Richard K. Herman, Esquire
Mary B. Matterer, Esquire
222 Delaware Avenue
Wilmington, DE 19899

Mary B. Graham, Esquire
James W. Parrett, Jr., Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

WIL:63332.1/res068-230363

Thomas C. Grimm, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
Wilmington, DE 19899

John M. Romary, Esquire
C. Gregory Gramenopoulous, Esquire
Finnegan, Henderson, Farabow, Garrett
& Dunner
901 New York Avenue, N.W.
Washington, DC 20001-4413

Kenneth B. Herman, Esquire
William J. McCabe, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 1002-

James R. Sobieraj, Esquire
David H. Bluestone, Esquire
Brinks, Hofer, Gilson & Lione
NBC Tower
455 Cityfront Plaza Dr., Suite 3600
Chicago, IL 60611

William H. Mandir, Esquire
David J. Cushing, Esquire
Sughrue Mion PLC
2100 Pennsylvania Avenue NW
Washington, DC 20037

Donald E. Reid, Esquire
Jason A. Cincilla, Esquire
Morris, Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Robert C. Kahrl, Esquire
David B. Cochran, Esquire
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Brent Foster, Esquire
L. Grant Foster, Esquire
Holland & Hart
60 E. South Temple, Suite 2000
Salt Lake City, UT 84111

Richard Morgan, Esquire
Steven Reitenour, Esquire
Bowman and Brooke LLP
150 S. Fifth Street, Suite 2600
Minneapolis, MN 55402

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

| | |
|---|---|
| Dated: December 18, 2006 | WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP |
| | |
| | _____/s/ Barry Klayman_____ |
| | Barry M. Klayman, Esquire (#3676) |
| | Wilmington Trust Center |
| | 1100 N. Market Street, Suite 1001 |
| | Wilmington, DE 19801 |
| | Tel_ (302) 777-0313 |
| | Fax: (302) 778-7813 |
| | |
| | Attorneys for Defendant, Resistance Technology, Inc. |

Of Counsel:

Jeffrey D. Shewchuk, Esquire
SHEWCHUK IP SERVICES, LLP
533 77th Street West
Eagan, MN 55121

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused copies of Defendant RTI's Notice of Service of Rule 26(a)(1) Initial Disclosures to be served on all counsel by e-mail and first class mail, U.S. postage prepaid, addressed as follows:

Edmond D. Johnson, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899

Jack B. Blumenfeld, Esquire
Maryellen E.. Noreika, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Thomas C. Grimm, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
Wilmington, DE 19899

John M. Romary, Esquire
C. Gregory Gramenopoulous, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner
901 New York Avenue, N.W.
Washington, DC 20001-4413

Kenneth B. Herman, Esquire
William J. McCabe, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 1002-

Thomas J. Scott, Jr., Esquire
Brian M. Buroker, Esquire
Hunton & Williams LLP
1900 K Street, NW, Suite 1200
Washington, DC 20006

Richard K. Herman, Esquire
Mary B. Matterer, Esquire
222 Delaware Avenue
Wilmington, DE 19899

Mary B. Graham, Esquire
James W. Parrett, Jr., Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Donald E. Reid, Esquire
Jason A. Cincilla, Esquire
Morris, Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Robert C. Kahrl, Esquire
David B. Cochran, Esquire
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Brent Foster, Esquire
L. Grant Foster, Esquire
Holland & Hart
60 E. South Temple, Suite 2000
Salt Lake City, UT 84111

WIL:63332.1/res068-230363

- 2 -

| | |
|---|---|
| James R. Sobieraj, Esquire<br>David H. Bluestone, Esquire<br>Brinks, Hofer, Gilson & Lione<br>NBC Tower<br>455 Cityfront Plaza Dr., Suite 3600<br>Chicago, IL 60611 | Richard Morgan, Esquire<br>Steven Reitenour, Esquire<br>Bowman and Brooke LLP<br>150 S. Fifth Street, Suite 2600<br>Minneapolis, MN 55402 |
| William H. Mandir, Esquire<br>David J. Cushing, Esquire<br>Sughrue Mion PLC<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037 | Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>Wilmington, DE 19801 |

　　　／s/ Barry Klayman　　　　
Barry M. Klayman (#3676)

Dated:  December 18, 2006