IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | C.A. NO.: 05-422-GMS |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | |
| SONIC INNOVATIONS, INC., et al., ) | |
| ) | |
| DEFENDANTS ) | |

## NOTICE OF SERVICE

Please take notice that on the 18th day of December 2006, copies of the following

document, **DEFENDANT-COUNTERCLAIMANT STARKEY LABORATORIES, INC.'S**

**INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)**, were served on counsel via

email and First Class Mail:

Edmond D. Johnson, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Thomas J. Scott, Jr. Esq.
Brian M. Buroker, Esq.
Hunton & Williams LLP
1900 K Street, N.W. Suite 1200
Washington, D.C. 20006

James D. Heisman, Esquire, Esq.
Connolly Bove Lodge & Hutz
1007 N. Orange Street
Wilmington, DE 19801

Mary B. Graham, Esq.
James W. Parrett, Jr., Esq.
Morris, Nichols, Arsht and Tunnell
1201 Market Street
Wilmington, DE 19801

Jack B. Blumenfeld, Esq.
Maryellen Noreika, Esq.
Morris, Nichols, Arsht and Tunnell
1201 Market Street
Wilmington, DE 19801

Donald E. Reid, Esq.
Morris, Nichols, Arsht and Tunnell
1201 Market Street
Wilmington, DE 19801

Thomas C. Grimm, Esq.
Leslie Polizoti, Esq.
Morris, Nichols, Arsht and Tunnell
1201 Market Street
Wilmington, DE  19801

John M. Romary, Esq.
C. Gregory Gramenopoulous, Esq.
Finnegan, Henderson, Farabow,
  Garrett & Dunner
901 New York Avenue, N.W.
Washington, D.C.  20001-4413

Kenneth B. Herman, Esq.
William J. McCabe, Esq.
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY  10020

James R. Sobieraj, Esq.
David H. Bluestone, Esq.
Brinks, Hofer, Gilson & Lione
NBC Tower
455 Cityfront Plaza Dr., Suite 3600
Chicago, IL  60611

William H. Mandir, Esq.
David J. Cushing, Esq.
Sughrue Mion PLC
2100 Pennsylvania Avenue N.W.
Washington, D.C.  20037

Robert C. Kahrl, Esq.
David B. Cochran, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH  44114

Brent Foster, Esq.
L. Grant Foster, Esq.
Holland & Hart
60 E. South Temple, Suite 2000
Salt Lake City, UT  84111

Barry M. Klayman, Esq.
Wolf Block Schorr and Solis-Cohen
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE  19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

Jeffrey D. Shewchuk, Esq.
Shewchuck IP Services, LLP
533 77th Street West
Eagan, MN  55121

Dated:  December 18, 2006

_____ /s/ Amy A. Quinlan _____
Mary B. Matterer (I.D. No. 2696)
Amy A. Quinlan (I.D. No. 3021)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendant Counter-Claimant*
  Starkey Laboratories, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Edmond D. Johnson, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Thomas J. Scott, Jr. Esq.
Brian M. Buroker, Esq.
Hunton & Williams LLP
1900 K Street, N.W. Suite 1200
Washington, D.C. 20006

James D. Heisman, Esquire, Esq.
Connolly Bove Lodge & Hutz
1007 N. Orange Street
Wilmington, DE 19801

Mary B. Graham, Esq.
James W. Parrett, Jr., Esq.
Morris, Nichols, Arsht and Tunnell
1201 Market Street
Wilmington, DE 19801

Jack B. Blumenfeld, Esq.
Maryellen Noreika, Esq.
Morris, Nichols, Arsht and Tunnell
1201 Market Street
Wilmington, DE 19801

Donald E. Reid, Esq.
Morris, Nichols, Arsht and Tunnell
1201 Market Street
Wilmington, DE 19801

Thomas C. Grimm, Esq.
Leslie Polizoti, Esq.
Morris, Nichols, Arsht and Tunnell
1201 Market Street
Wilmington, DE 19801

Robert C. Kahrl, Esq.
David B. Cochran, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114

John M. Romary, Esq.
C. Gregory Gramenopoulous, Esq.
Finnegan, Henderson, Farabow,
  Garrett & Dunner
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

Brent Foster, Esq.
L. Grant Foster, Esq.
Holland & Hart
60 E. South Temple, Suite 2000
Salt Lake City, UT 84111

Kenneth B. Herman, Esq.
William J. McCabe, Esq.
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

Barry M. Klayman, Esq.
Wolf Block Schorr and Solis-Cohen
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

James R. Sobieraj, Esq.
David H. Bluestone, Esq.
Brinks, Hofer, Gilson & Lione
NBC Tower
455 Cityfront Plaza Dr., Suite 3600
Chicago, IL 60611

William H. Mandir, Esq.
David J. Cushing, Esq.
Sughrue Mion PLC
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Jeffrey D. Shewchuk, Esq.
Shewchuk IP Services, LLP
533 77th Street West
Eagan, MN 55121

Mary B. Matterer (I.D. No. 2696)
Amy A. Quinlan (I.D. No. 3021)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Defendant Counter-Claimant
   Starkey Laboratories, Inc.