IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SONIC INNOVATIONS, INC., et al., )<br>)<br>Defendants. ) | C.A. No. 05-422 (GMS) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on December 18, 2006 Defendant Widex A/S's Initial Disclosures Pursuant To Rule 26(a)(1) Of The Federal Rules Of Civil Procedures and Defendant Widex Hearing Aid Co., Inc.'s Initial Disclosures Pursuant To Rule 26(a)(1) Of The Federal Rules Of Civil Procedures were served via electronic mail on December 18, 2006 upon the following parties:

| | |
|---|---|
| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson<br>THE BAYARD FIRM<br>**tjohnson@bayardfirm.com** |
| | Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>**bburoker@hunton.com** |
| REPRESENTING GENNUM CORPORATION | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com** |
| | Thomas R. Goots<br>JONES DAY<br>**trgoots@jonesday.com** |

| | |
|---|---|
| REPRESENTING GN RESOUND A/S AND<br>GN HEARING CARE CORPORATION | Jack B. Blumenfeld<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**jblumenfeld@mnat.com**<br><br>Maryellen E. Noreika<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mnoreika@mnat.com**<br><br>Kenneth B. Herman<br>ROPES & GRAY LLP<br>**kenneth.herman@ropesgray.com**<br><br>William J. McCabe<br>ROPES & GRAY LLP<br>**william.mccabe@ropesgray.com**<br><br>Jeffrey D. Mullen<br>ROPES & GRAY LLP<br>**jeffrey.mullen@ropesgray.com** |
| REPRESENTING PHONAK AG, PHONAK INC.,<br>PHONAK, LLC, UNITRON HEARING LTD.,<br>AND UNITRON HEARING, INC. | Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**tgrimm@mnat.com** |
| REPRESENTING RESISTANCE<br>TECHNOLOGY INC. | Barry M. Klayman<br>WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP<br>**bklayman@wolfblock.com**<br><br>Jeffrey D. Shewchuk<br>SHEWCHUCK IP SERVICES, LLP<br>**jdshewchuck@comcast.net** |
| REPRESENTING SONIC INNOVATIONS, INC. | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>**sonicnet@potteranderson.com** |
| REPRESENTING STARKEY<br>LABORATORIES, INC. | Richard K. Herrmann<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**rherrmann@morrisjames.com**<br><br>Mary B. Matterer<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**mmatterer@morrisjames.com** |

| | |
|---|---|
| REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC | James D. Heisman<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>**jheisman@cblh.com**<br><br>N. Richards Powers<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>**rpowers@cblh.com** |

The undersigned also hereby certifies that on December 18, 2006, true and correct copies of the foregoing were caused to be served by hand upon the following local counsel:

Edmond D. Johnson
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Thomas H. Kovach
PEPPER HAMILTON LLP
1313 North Market Street, Suite 5100
Wilmington, DE 19899

Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899

Thomas C. Grimm
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899

Barry M. Klayman
WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

Richard L. Horwitz
POTTER ANDERSON & CORROON, LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899

Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

N. Richard Powers
CONNOLLY, BOVE, LODGE & HUTZ
1007 North Orange Street
Wilmington, DE 19899

MORRIS, NICHOLS, ARSHT & TUNNELL

OF COUNSEL:

SUGHRUE MION PLC
William H. Mandir
David J. Cushing
Carl J. Pellegrini
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 293-7600

December 18, 2006

/s/ Donald E. Reid
Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 575-7219
  Attorneys for Defendants
  Widex A/S and Widex Hearing Aid Co.