IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) ) ) | |
| Plaintiff, ) ) | C.A. No. 05-422-GMS |
| v. ) ) | |
| SONIC INNOVATIONS, INC., *et al.*, ) ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I hereby certify that on December 18, 2006, copies of Phonak's Rule 26(a)(1)

Initial Disclosures were served upon counsel of record in the manner indicated:

**BY ELECTRONIC MAIL & FIRST CLASS MAIL**

| | |
|---|---|
| Edmond D. Johnson<br>THE BAYARD FIRM<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899 | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON, LLP<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 |
| James D. Heisman<br>N. Richard Powers<br>CONNOLLY, BOVE, LODGE & HUTZ<br>1007 North Orange Street<br>Wilmington, DE  19899 | Jack B. Blumenfeld<br>Maryellen Noreika<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 |
| Donald E. Reid<br>Jason A. Cincilla<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 | Mary B. Graham<br>James W. Parrett, Jr.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 |

Richard K. Herrmann
Mary Matterer
Amy Arnott Quinlan
MORRIS, JAMES, HITCHENS & WILLIAMS
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
HUNTON & WILLIAMS LLP
1900 K. Street, N.W., Suite 1200
Washington, DC 20006

John M. Romary
C. Gregory Gramenopoulous
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC 20001-4413

William H. Mandir
David J. Cushing
Carl J. Pellegrini
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC 20037

Richard Morgan
Steven Reitenour
BOWMAN AND BROOKE LLP
150 S. Fifth Street, Suite 2600
Minneapolis, MN 55402

Barry M. Klayman
WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

Brett L. Foster
L. Grant Foster
HOLLAND & HART, LLP
60 E. South Temple, Suite 2000
Salt Lake City, UT 84111

Kenneth B. Herman
William J. McCabe
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020

Robert C. Kahrl
David Cochran
Thomas R. Goots
Isaac A. Molnar
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Jeffrey D. Shewchuk
SHEWCHUK IP SERVICES, LLP
533 77th Street West
Eagan, MN 55121

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          /s/ Leslie A. Polizoti (#4299)
          _____
          Thomas C. Grimm (#1098)
          Leslie A. Polizoti (#4299)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899-1347
          (302) 658-9200
          tgrimm@mnat.com
          lpoloziti@mnat.com
            *Attorney for Defendants Phonak AG,*
            *Phonak LLC, Unitron Hearing Ltd.,*
            *and Unitron Hearing, Inc.*

OF COUNSEL:

James R. Sobieraj
Meredith Martin Addy
David H. Bluestone
Robert G. Pluta
BRINKS HOFER GILSON & LIONE
455 North Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL  60611-5599
(312) 321-4200

December 18, 2006
523313v3

3

CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:  Jack B. Blumenfeld, Robert E. Camors, Jr., Mary B. Graham, Richard K. Herrmann, Richard L. Horwitz, Edmond D. Johnson, Barry M. Klayman, Thomas Henry Kovach, Mary Matterer, David Ellis Moore, James Walter Parrett, Jr., N. Richard Powers, Amy Arnott Quinlan, Donald E. Reid, David B. Ritchie, Jeffrey D. Shewchuk, Richard Swope and Theresa A. Takeuchi.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on December 18, 2006 upon the following individuals in the manner indicated:

**BY ELECTRONIC MAIL**

| | |
|---|---|
| Edmond D. Johnson<br>THE BAYARD FIRM<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899 | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON, LLP<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 |
| James D. Heisman<br>N. Richard Powers<br>CONNOLLY, BOVE, LODGE & HUTZ<br>1007 North Orange Street<br>Wilmington, DE  19899 | Jack B. Blumenfeld<br>Maryellen Noreika<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 |
| Donald E. Reid<br>Jason A. Cincilla<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 | Mary B. Graham<br>James W. Parrett, Jr.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 |

| | |
|---|---|
| Richard K. Herrmann<br>Mary Matterer<br>Amy Arnott Quinlan<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494 | Barry M. Klayman<br>WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP<br>Wilmington Trust Center<br>1100 North Market Street, Suite 1001<br>Wilmington, DE 19801 |
| Thomas J. Scott, Jr.<br>Brian M. Buroker<br>Christopher C. Campbell<br>HUNTON & WILLIAMS LLP<br>1900 K. Street, N.W., Suite 1200<br>Washington, DC 20006 | Brett L. Foster<br>L. Grant Foster<br>HOLLAND & HART, LLP<br>60 E. South Temple, Suite 2000<br>Salt Lake City, UT 84111 |
| John M. Romary<br>C. Gregory Gramenopoulous<br>FINNEGAN, HENDERSON,<br>FARABOW, GARRETT & DUNNER<br>901 New York Ave., N.W.<br>Washington, DC 20001-4413 | Kenneth B. Herman<br>William J. McCabe<br>ROPES & GRAY LLP<br>1251 Avenue of the Americas<br>New York, NY 10020 |
| William H. Mandir<br>David J. Cushing<br>Carl J. Pellegrini<br>SUGHRUE MION PLC<br>2100 Pennsylvania Ave., N.W.<br>Washington, DC 20037 | Robert C. Kahrl<br>David Cochran<br>Thomas R. Goots<br>Isaac A. Molnar<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190 |
| Richard Morgan<br>Steven Reitenour<br>BOWMAN AND BROOKE LLP<br>150 S. Fifth Street, Suite 2600<br>Minneapolis, MN 55402 | Jeffrey D. Shewchuk<br>SHEWCHUK IP SERVICES, LLP<br>533 77th Street West<br>Eagan, MN 55121 |

                                                   */s/ Leslie A. Polizoti (#4299)*
                                                   Leslie A. Polizoti (#4299)
                                                   lpolizoti@mnat.com

523313v3