IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) | |
| | ) | Civil Action No. 05-422 (GMS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SONIC INNOVATIONS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants Oticon A/S, Oticon Inc., Bernafon AG, WDH, Inc., and Bernafon, LLC hereby certify that copies of Oticon A/S, Oticon Inc., Bernafon AG, WDH, Inc., and Bernafon, LLC's Rule 26(a)(1) Initial Disclosures were served on December 18, 2006 upon the counsel of record in the matter indicated.

**VIA E-MAIL AND FIRST CLASS MAIL**

Richard K. Herrmann, Esquire
Morris James Hitchens
 & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Edmond D. Johnson, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE  19899

Jack B. Blumenfeld
Donald E. Reid
Thomas C. Grimm
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19801

Richard W. Horwitz, Esquire
Potter Anderson & Corroon LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Robert C. Kahrl, Esquire
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH  44114

Kenneth B. Herman, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY  10002

William H. Mandir, Esquire
Sughrue Mion PLC
2100 Pennsylvania Avenue NW
Washington, DC  20037

Richard Morgan, Esquire
Bowman and Brooke LLP
150 S. Fifth Street, Suite 2600
Minneapolis, MN  55402

**VIA FIRST CLASS MAIL**
Thomas J. Scott, Jr., Esquire
Hunton & Williams LLP
1900 K Street, NW, Suite 1200
Washington, DC  20006

James R. Sobieraj, Esquire
Brinks, Hofer, Gilson & Lione
NBC Tower
455 Cityfront Plaza Dr., Suite 3600
Chicago, IL 60611

Brent Foster, Esquire
Holland & Hart
60 E. South Temple, Suite 2000
Salt Lake City, UT  84111

*/s/ James D. Heisman*
N. Richard Powers (#494)
James D. Heisman (#2746)
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 N. Orange Street
P. O.  Box 2207
Wilmington, DE  19899
nrp@cblhlaw.com
jheisman@cblh.com
(302) 658-9141
*Attorneys for Defendants Oticon A/S, Oticon, Inc., Bernafon AG, WDH, Inc., And Bernafon, LLC*

511087v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December, 2006 served a copy of the foregoing on the following individuals in the manner indicated:

**VIA FIRST CLASS MAIL**

Richard K. Herrmann, Esquire
Morris James Hitchens
 & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Richard W. Horwitz, Esquire
Potter Anderson & Corroon LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Edmond D. Johnson, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE  19899

Robert C. Kahrl, Esquire
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH  44114

Jack B. Blumenfeld
Donald E. Reid
Thomas C. Grimm
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19801

Thomas J. Scott, Jr., Esquire
Hunton & Williams LLP
1900 K Street, NW, Suite 1200
Washington, DC  20006

Kenneth B. Herman, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY  10002

James R. Sobieraj, Esquire
Brinks, Hofer, Gilson & Lione
NBC Tower
455 Cityfront Plaza Dr., Suite 3600
Chicago, IL 60611

William H. Mandir, Esquire
Sughrue Mion PLC
2100 Pennsylvania Avenue NW
Washington, DC  20037

Brent Foster, Esquire
Holland & Hart
60 E. South Temple, Suite 2000
Salt Lake City, UT  84111

Richard Morgan, Esquire
Bowman and Brooke LLP
150 S. Fifth Street, Suite 2600
Minneapolis, MN  55402

*/s/ James D. Heisman*
James D. Heisman (#2746)