IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | C. A. No. 05-422 (GMS) |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| SONIC INNOVATIONS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant Sonic Innovation, Inc. ("Sonic"), subject to the approval of the Court, that the following changes be made to discovery dates.

It is stipulated that several discovery dates for Sonic and Plaintiff be extended because lead and trial counsel for Sonic Innovations, Inc. will be out of the country until January 14, 2007, based upon commitments that were in place before the scheduling conference in this case. It is not stipulated to change discovery responsibilities of Defendants other than Sonic. Also, it is not stipulated to change Plaintiff's discovery responsibilities with respect to Defendants other than Sonic. This stipulation will not affect deadlines relating to *Markman* briefing or the close of fact discovery as set by the Court at the Scheduling Conference.

It is stipulated that the date for Sonic to respond to Plaintiff's first set of requests for production to Sonic be extended to January 29, 2007.

It is stipulated that the date for Sonic to respond to Plaintiff's first set of interrogatories to Sonic be extended to January 29, 2007.

It is stipulated that the date for Sonic to respond to Plaintiff's first set of common interrogatories be extended to January 29, 2007.

It is stipulated that the date for Sonic to serve technical specifications (and sample products if requested by Plaintiff) of the accused products, as set forth in section 5.b.i of the scheduling order, be extended to January 29, 2007.

It is stipulated that the date Plaintiff shall serve upon Sonic a preliminary "Plaintiff's Claim Chart," as defined in section 5.b.ii of the scheduling order, be extended to March 19, 2007.

It is stipulated that the date Sonic shall serve upon Plaintiff a preliminary "Claim Chart," as defined in section 5.b.ii of the scheduling order, be extended to April 23, 2007.

| THE BAYARD FIRM | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Edmond D. Johnson<br>Edmond D. Johnson (#2257)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>Phone: (302) 429-4227<br>Fax: (302) 658-6395<br>tjohnson@bayardfirm.com<br><br>*Attorneys for Plaintiffs* | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 984-6000<br>Fax: (302) 658-1192<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Sonic Innovations, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2006

_____
United States District Court Judge

768699 / 29316

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 20, 2006, the attached document was electronically mailed to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Edmond D. Johnson
Katherine V. Jackson
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

Richard K. Herrmann
Mary Matterer
Amy A. Quinlan
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

Donald E. Reid
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

Thomas H. Kovach
Pepper Hamilton LLP
1313 N. Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 1709

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

N. Richard Powers
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
1100 North Market Street
Suite 1001
Wilmington, DE 19899

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on December 20, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006
tscott@hunton.com
bburoker@hunton.com
ccampbell@hunton.com

Kenneth B. Herman
William J. McCabe
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
kenneth.herman@ropesgray.com
william.mccabe@ropesgray.com

Richard G. Morgan
Steven L. Reitenour
Bowman and Brooke LLP
Fifth Street Towers
150 S. Fifth Street, Suite 2600
Minneapolis, MN 55402
rick.morgan@msp.bowmanandbrooke.com
steve.reitenour@msp.bowmanandbrooke.com

William H. Mandir
David J. Cushing
Carl J. Pellegrini
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037
dcushing@sughrue.com
wmandir@sughrue.com
cpellegrini@sughrue.com

Robert C. Kahrl
David B. Cochran
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114
rckahrl@jonesday.com
dcochran@jonesday.com

John M. Romary
C. Gregory Gramenopoulos
Finnegan, Henderson, Farabow,
   Garrett & Dunner L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
john.romary@finnegan.com
gramenoc@finnegan.com

Jeffrey D. Shewchuk
Shewchuk IP Services, LLC
533 77th Street West
Eagan, MN 55121
jdshewchuk@comcast.net

James R. Sobieraj
David H. Bluestone
Brinks Hofer Gilson & Lione
455 North Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL 60611-5599
jsobieraj@usebrinks.com
dbluestone@usebrinks.com
maddy@usebrinks.com
rpluta@usebrinks.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

691111 / 29316