## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | ) ) ) | |
| | ) | CIVIL ACTION NO. 05-422-GMS |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SONIC INNOVATIONS, INC, | ) | JURY TRIAL DEMANDED |
| PHONAK HOLDING AG, | ) | |
| PHONAK INC., | ) | |
| UNITRON HEARING, INC., | ) | |
| WILLIAM DEMANT HOLDING A/S, | ) | |
| OTICON A/S, | ) | |
| OTICON INC., | ) | |
| WIDEX A/S, | ) | |
| WIDEX HEARING AID CO. INC, | ) | |
| GN RESOUND A/S, | ) | |
| GN RESOUND CORPORATION, | ) | |
| STARKEY LABORATORIES, INC., | ) | |
| GENNUM CORPORATION, and | ) | |
| RESISTANCE TECHNOLOGY INC., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 18, 2006, the undersigned caused copies of Plaintiff Energy Transportation Group, Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), to be served on the counsel listed below via electronic mail and first class mail:

James D. Heisman, Esquire
N. Richards Powers, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE  19899

John M. Romary, Esquire
C. Gregory Gramenopoulous
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC  20001-4413

Mary B. Graham, Esquire
James W. Parrett, Jr, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Robert C. Kahrl, Esquire
David B. Cochran, Esquire
Thomas R. Goots, Esquire
Isaac A. Molnar, Esquire
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114
216.586.7506

Jack B. Blumenfeld, Esquire
Maryellen E. Noreika, Esquire
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Kenneth B. Herman, Esquire
William J. McCabe, Esquire
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY  10020

Thomas C. Grimm, Esquire
Leslie A. Polizoti, Esquire
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19899

James R. Sobieraj, Esquire
David H. Bluestone, Esquire
Robert Pluta, Esquire
Meredith Addy, Esquire
BRINKS HOFER GILSON & LIONE
NBC Tower
455 Cityfront Plaza Dr.; Suite 3600
Chicago, IL  60611

Barry M. Klayman, Esquire
WOLF, BLOCK, SCHORR AND
   SOLIS-COHEN LLP
Wilmington Trust Center
1100 North Market St., Suite 1001
Wilmington, DE 19801

Jeffrey D. Shewchuk
SHEWCHUK IP SERVICES, LLP
533 77th Street West
Eagan, MN  55121

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington,  DE

Brett L. Foster, Esquire
L. Grant Foster, Esquire
HOLLAND & HART
60 East South Temple; Suite 2000
Salt Lake City, UT  84111

Richard K. Herrmann, Esquire
Mary B.Matterer, Esquire
Amy Quinlan , Esquire
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899

Richard Morgan, Esquire
Steven Reitenour, Esquire
BOWMAN AND BROOKE LLP
150 S. Fifth St., Suite 2600
Minneapolis, MN  55402

Donald E. Reid, Esquire
Jason A. Cincilla, Esquire
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19899

William H. Mandir, Esquire
David J. Cushing, Esquire
Carl J. Pellegrini, Esquire
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC  20037

Dated:  December 27, 2006

THE BAYARD FIRM

Edmond D. Johnson (No. 2257)
222 Delaware Ave., Suite 900
Wilmington, DE 19801
(302) 655-5000

Attorneys for Energy Transportation Group, Inc.

OF COUNSEL:

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
Robert L. Kinder, Jr.
Hunton & Williams LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006
(202) 955-1500

### CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on the 27th day of December, 2006, I caused a copy of the foregoing *Notice of Service* to be filed with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

James D. Heisman, Esquire
N. Richards Powers, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE 19899

Mary B. Graham, Esquire
James W. Parrett, Jr, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Jack B. Blumenfeld, Esquire
Maryellen E. Noreika, Esquire
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Thomas C. Grimm, Esquire
Leslie A. Polizoti, Esquire
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

Barry M. Klayman, Esquire
WOLF, BLOCK, SCHORR AND
   SOLIS-COHEN LLP
Wilmington Trust Center
1100 North Market St., Suite 1001
Wilmington, DE 19801

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington,  DE

Richard K. Herrmann, Esquire
Mary B.Matterer, Esquire
Amy Quinlan , Esquire
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

Donald E. Reid, Esquire
Jason A. Cincilla, Esquire
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

Edmond D. Johnson (No. 2257)

646604-1