IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | C. A. No. 05-422 (GMS) |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| SONIC INNOVATIONS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

The undersigned counsel for defendant Sonic Innovations, Inc. hereby certifies that true and correct copies of DEFENDANT SONIC INNOVATIONS, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF were caused to be served on January 3, 2007, on the attorneys of record at the following addresses by electronic mail:

**VIA HAND DELIVERY**

Edmond D. Johnson
Pepper Hamilton LLP
1313 N. Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

N. Richard Powers
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207

Richard K. Herrmann
Mary Matterer
Amy A. Quinlan
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
1100 North Market Street
Suite 1001
Wilmington, DE 19899

Donald E. Reid
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

Thomas H. Kovach
Pepper Hamilton LLP
1313 N. Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

**VIA ELECTRONIC MAIL**

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006
tscott@hunton.com
bburoker@hunton.com
ccampbell@hunton.com

Kenneth B. Herman
William J. McCabe
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
kenneth.herman@ropesgray.com
william.mccabe@ropesgray.com

Richard G. Morgan
Steven L. Reitenour
Bowman and Brooke LLP
Fifth Street Towers
150 S. Fifth Street, Suite 2600
Minneapolis, MN 55402
rick.morgan@msp.bowmanandbrooke.com
steve.reitenour@msp.bowmanandbrooke.com

Robert C. Kahrl
David B. Cochran
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114
rckahrl@jonesday.com
dcochran@jonesday.com

John M. Romary
C. Gregory Gramenopoulos
Finnegan, Henderson, Farabow,
    Garrett & Dunner L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
john.romary@finnegan.com
gramenoc@finnegan.com

Jeffrey D. Shewchuk
Shewchuk IP Services, LLC
533 77th Street West
Eagan, MN 55121
jdshewchuk@comcast.net

| | |
|---|---|
| William H. Mandir<br>David J. Cushing<br>Carl J. Pellegrini<br>Sughrue Mion, PLLC<br>2100 Pennsylvania Avenue, NW<br>Washington, DC  20037<br>dcushing@sughrue.com<br>wmandir@sughrue.com<br>cpellegrini@sughrue.com | James R. Sobieraj<br>David H. Bluestone<br>Brinks Hofer Gilson & Lione<br>455 North Cityfront Plaza Drive<br>NBC Tower, Suite 3600<br>Chicago, IL  60611-5599<br>jsobieraj@usebrinks.com<br>dbluestone@usebrinks.com<br>maddy@usebrinks.com<br>rpluta@usebrinks.com |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL:<br><br>Brett L. Foster<br>L. Grant Foster<br>Donald A. Degnan<br>60 E. South Temple, Suite 2000<br>Salt Lake City, UT 84111<br>Tel: (801) 799-5800<br>bfoster@hollandhart.com<br>gfoster@hollandhart.com<br><br>Donald A. Degnan<br>1800 Broadway, Suite 300<br>Boulder, Colorado 80302<br>Tel: (303) 473-2700<br>ddegnan@hollandhart.com<br><br>Dated:  January 3, 2007<br>770312 / 29316 | By: /s/ *David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899<br>Tel:  (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant Sonic Innovations, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 3, 2007, the attached document was electronically mailed to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

Edmond D. Johnson
Pepper Hamilton LLP
1313 N. Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

Richard K. Herrmann
Mary Matterer
Amy A. Quinlan
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

Donald E. Reid
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

Thomas H. Kovach
Pepper Hamilton LLP
1313 N. Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

N. Richard Powers
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
1100 North Market Street
Suite 1001
Wilmington, DE 19899

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on January 3, 2007, I have Electronically Mailed the documents to the following:

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006
tscott@hunton.com
bburoker@hunton.com
ccampbell@hunton.com

Robert C. Kahrl
David B. Cochran
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114
rckahrl@jonesday.com
dcochran@jonesday.com

Kenneth B. Herman
William J. McCabe
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
kenneth.herman@ropesgray.com
william.mccabe@ropesgray.com

John M. Romary
C. Gregory Gramenopoulos
Finnegan, Henderson, Farabow,
  Garrett & Dunner L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
john.romary@finnegan.com
gramenoc@finnegan.com

Richard G. Morgan
Steven L. Reitenour
Bowman and Brooke LLP
Fifth Street Towers
150 S. Fifth Street, Suite 2600
Minneapolis, MN 55402
rick.morgan@msp.bowmanandbrooke.com
steve.reitenour@msp.bowmanandbrooke.com

Jeffrey D. Shewchuk
Shewchuk IP Services, LLC
533 77th Street West
Eagan, MN 55121
jdshewchuk@comcast.net

William H. Mandir
David J. Cushing
Carl J. Pellegrini
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037
dcushing@sughrue.com
wmandir@sughrue.com
cpellegrini@sughrue.com

James R. Sobieraj
David H. Bluestone
Brinks Hofer Gilson & Lione
455 North Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL 60611-5599
jsobieraj@usebrinks.com
dbluestone@usebrinks.com
maddy@usebrinks.com
rpluta@usebrinks.com


*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

691111 / 29316