IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | |
| ) | C.A. NO.: 05-422-GMS |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | |
| SONIC INNOVATIONS, INC., et al., ) | |
| ) | |
| DEFENDANTS ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 8th day of January 2007, copies of

(1) S*tarkey Laboratories, Inc.'s Objections and Responses to Plaintiff's First Set of*

*Common Interrogatories to all Defendants*; (2) S*tarkey Laboratories Inc.'s Objections*

*and Responses to Plaintiff's First Set of Interrogatories to Starkey*; and (3) *Starkey*

*Laboratories, Inc.'s Objections and Responses to Plaintiff's First Set of Requests for*

*Production to Starkey* were served on the following counsel in the manner indicated:

## BY HAND DELIVERY

Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE  19899

Mary B. Graham
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE  19899

Thomas C. Grimm
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE  19899

Richard L. Horwitz
POTTER ANDERSON & CORROON, LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19899

Edmond D. Johnson
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE  19899-1709

Thomas H. Kovach
PEPPER HAMILTON LLP
1313 North Market Street, Suite 5100
Wilmington, DE  19899

N. Richard Powers
CONNOLLY, BOVE, LODGE & HUTZ
1007 North Orange Street
Wilmington, DE  19899

Barry M. Klayman
WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE  19801

Donald E. Reid
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE  19899

## BY ELECTRONIC MAIL

| | |
|---|---|
| Representing Energy Transportation Group, Inc. | Edmond D. Johnson<br>Pepper Hamilton LLP<br>johnsone@pepperlaw.com |
| | Brian M. Buroker<br>Hunton & Williams LLP<br>etg@hunton.com |
| Representing Gennum Corporation | Mary B. Graham<br>Morris, Nichols, Arsht & Tunnell LLP<br>mgraham@mnat.com<br>mbgeservice@mnat.com |
| | Thomas R. Goots<br>Jones Day<br>trgoots@jonesday.com |
| Representing GN ReSound A/S and GN Hearing Care Corporation | Jack B. Blumenfeld<br>Morris, Nichols, Arsht & Tunnell LLP<br>jblumenfeld@mnat.com |
| | Maryellen E. Noreika<br>Morris, Nichols, Arsht & Tunnell LLP<br>mnoreika@mnat.com |

Kenneth B. Herman
Ropes & Gray LLP
kenneth.herman@ropesgray.com

William J. McCabe
Ropes & Gray LLP
william.mccabe@ropesgray.com

Jeffrey D. Mullen
Ropes & Gray LLP
jeffrey.mullen@ropesgray.com

Representing Phonak AG, Phonak Inc.,
Phonak, LLC, Unitron Hearing Ltd.,
and Unitron Hearing, Inc.

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell LLP
tgrimm@mnat.com

Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell LLP
lpolizoti@mnat.com

James R. Sobieraj
Brinks Hofer Gilson & Lione
jsobieraj@usebrinks.com

David H. Bluestone
Brinks Hofer Gilson & Lione
dbluestone@usebrinks.com

Representing Resistance
Technology Inc.

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
bklayman@wolfblock.com

Jeffrey D. Shewchuck
Shewchuck IP Services, LLP
jdshewchuck@comcast.net

Representing Sonic Innovations, Inc.

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
sonicnet@potteranderson.com

Brett L. Foster
Holland and Hart LLP
bfoster@hollandhart.com

L. Grant Foster
Holland and Hart LLP
gfoster@hollandhart.com

Donald Degnan
Holland and Hart LLP
ddegnan@hollandhart.com

Bryan K. Hanks
Holland and Hart LLP
bkhanks@hollandhart.com

Representing Widex A/S
and Widex Hearing Aid Co. Inc.

Donald E. Reid
Morris, Nichols, Arsht & Tunnell LLP
dreid@mnat.com

William H. Mandir
Sughrue Mion PLC
wmandir@sughrue.com

David J. Cushing
Sughrue Mion PLC
dcushing@sughrue.com

Carl J. Pellegrini
Sughrue Mion PLC
cpellegrini@sughrue.com

Representing William Demant Holding A/S,
WDH, Inc., Oticon A/S, Oticon Inc.,
Bernafon AG, and Bernafon, LLC

N. Richards Powers
Connolly Bove Lodge & Hutz LLP
nrp@cblhlaw.com

James D. Heisman
Connolly Bove Lodge & Hutz LLP
jheisman@cblh.com

John M. Romary
Finnegan, Henderson, Farabow,
  Garrett & Dunner
john.romary@finnegan.com

C. Gregory Gramenopoulos
Finnegan, Henderson, Farabow,
  Garrett & Dunner
c.gregory.gramenopoulos@finnegan.com

Dated:  January 8, 2007

Mary B. Matterer (I.D. No. 2696)
Amy Q. Quinlan (I.D. No. 3021)
MORRIS JAMES, LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

and

Richard G. Morgan
Steven L. Reitenour
BOWMAN AND BROOKE LLP
150 South Fifth Street
Suite 2600
Minneapolis, Minnesota  55402
Telephone:  (612) 339-8682

*ATTORNEYS FOR DEFENDANT AND
COUNTERCLAIMANT STARKEY
LABORATORIES, INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 8, 2007, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on January 8, 2007 upon the following parties:

| | |
|---|---|
| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson<br>PEPPER HAMILTON LLP<br>**johnsone@pepperlaw.com** |
| | Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>**etg@hunton.com** |
| REPRESENTING GENNUM CORPORATION | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com;**<br>**mbgeservice@mnat.com** |
| | Thomas R. Goots<br>JONES DAY<br>**trgoots@jonesday.com** |
| REPRESENTING GN RESOUND A/S AND GN HEARING CARE CORPORATION | Jack B. Blumenfeld<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**jblumenfeld@mnat.com** |
| | Maryellen E. Noreika<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mnoreika@mnat.com** |
| | Kenneth B. Herman<br>ROPES & GRAY LLP<br>**kenneth.herman@ropesgray.com** |
| | William J. McCabe<br>ROPES & GRAY LLP<br>**william.mccabe@ropesgray.com** |
| | Jeffrey D. Mullen<br>ROPES & GRAY LLP<br>**jeffrey.mullen@ropesgray.com** |

| | |
|---|---|
| REPRESENTING PHONAK AG, PHONAK INC., PHONAK, LLC, UNITRON HEARING LTD., AND UNITRON HEARING, INC. | Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**tgrimm@mnat.com** |
| | Leslie A. Polizoti<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**lpolizoti@mnat.com** |
| | James R. Sobieraj<br>BRINKS HOFER GILSON & LIONE<br>**jsobieraj@usebrinks.com** |
| | David H. Bluestone<br>BRINKS HOFER GILSON & LIONE<br>**dbluestone@usebrinks.com** |
| REPRESENTING RESISTANCE TECHNOLOGY INC. | Barry M. Klayman<br>WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP<br>**bklayman@wolfblock.com** |
| | Jeffrey D. Shewchuck<br>SHEWCHUCK IP SERVICES, LLP<br>**jdshewchuck@comcast.net** |
| REPRESENTING SONIC INNOVATIONS, INC. | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>**sonicnet@potteranderson.com** |
| | Brett L. Foster<br>HOLLAND AND HART LLP<br>**bfoster@hollandhart.com** |
| | L. Grant Foster<br>HOLLAND AND HART LLP<br>**gfoster@hollandhart.com** |
| | Donald Degnan<br>HOLLAND AND HART LLP<br>**ddegnan@hollandhart.com** |
| | Bryan K. Hanks<br>HOLLAND AND HART LLP<br>**bkhanks@hollandhart.com** |

| | |
|---|---|
| REPRESENTING WIDEX A/S<br>AND WIDEX HEARING AID CO. INC. | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**dreid@mnat.com** |
| | William H. Mandir<br>SUGHRUE MION PLC<br>**wmandir@sughrue.com** |
| | David J. Cushing<br>SUGHRUE MION PLC<br>**dcushing@sughrue.com** |
| | Carl J. Pellegrini<br>SUGHRUE MION PLC<br>**cpellegrini@sughrue.com** |
| REPRESENTING WILLIAM DEMANT HOLDING<br>A/S, WDH, INC., OTICON A/S, OTICON INC.,<br>BERNAFON AG, AND BERNAFON, LLC | N. Richards Powers<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>**nrp@cblhlaw.com** |
| | James D. Heisman<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>**jheisman@cblh.com** |
| | John M. Romary<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER<br>**john.romary@finnegan.com** |
| | C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER<br>**c.gregory.gramenopoulos@finnegan.com** |

The undersigned also hereby certifies that on January 8, 2007, true and correct copies of the foregoing were caused to be served by hand upon the following local counsel:

| | |
|---|---|
| Jack B. Blumenfeld<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE  19899 | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE  19899 |
| Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE  19899 | Richard L. Horwitz<br>POTTER ANDERSON & CORROON, LLP<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE  19899 |

Edmond D. Johnson
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE  19899-1709

Thomas H. Kovach
PEPPER HAMILTON LLP
1313 North Market Street, Suite 5100
Wilmington, DE  19899

N. Richard Powers
CONNOLLY, BOVE, LODGE & HUTZ
1007 North Orange Street
Wilmington, DE  19899

Barry M. Klayman
WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE  19801

Donald E. Reid
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE  19899

Mary B. Matterer (#2696)