IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONIC INNOVATIONS, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 05-422 (GMS) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *(1) GN Resound Corporation's Response to Plaintiff's First Set of Requests for Production of Documents; (2) GN Resound A/S's Response to Plaintiff's First Set of Requests for Production of Documents; (3) GN Resound Corporation's Response to ETG's First Set of Common Interrogatories to All Defendants; (4) GN Resound A/S's Response to ETG's First Set of Common Interrogatories to All Defendants; (5) GN Resound Corporation's Response to Plaintiff's First Set of Interrogatories; (6) GN Resound A/S's Response to Plaintiff's First Set of Interrogatories* were caused to be served on January 8, 2007 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**

| | |
|---|---|
| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson <br> THE BAYARD FIRM <br> **tjohnson@bayardfirm.com** |
| | Brian M. Buroker <br> HUNTON & WILLIAMS LLP <br> **bburoker@hunton.com** |
| REPRESENTING GENNUM CORPORATION | Mary B. Graham <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> **mgraham@mnat.com** |
| | Thomas R. Goots <br> JONES DAY <br> **trgoots@jonesday.com** |

| | |
|---|---|
| REPRESENTING PHONAK AG, PHONAK INC., PHONAK, LLC, UNITRON HEARING LTD., AND UNITRON HEARING, INC. | Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**tgrimm@mnat.com**<br><br>Leslie A. Polizoti<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**lpolizoti@mnat.com**<br><br>James R. Sobieraj<br>BRINKS HOFER GILSON & LIONE<br>**jsobieraj@usebrinks.com**<br><br>David H. Bluestone<br>BRINKS HOFER GILSON & LIONE<br>**dbluestone@usebrinks.com**<br><br>Robert Pluta<br>BRINKS HOFER GILSON & LIONE<br>**rpluta@usebrinks.com**<br><br>Meredith Addy<br>BRINKS HOFER GILSON & LIONE<br>**maddy@usebrinks.com** |
| REPRESENTING RESISTANCE TECHNOLOGY INC. | Barry M. Klayman<br>WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP<br>**bklayman@wolfblock.com**<br><br>Jeffrey D. Shewchuk<br>SHEWCHUK IP SERVICES, LLP<br>**jdshewchuk@comcast.net** |
| REPRESENTING SONIC INNOVATIONS, INC. | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>**sonicnet@potteranderson.com**<br><br>Brett L. Foster<br>HOLLAND & HART<br>**bfoster@iph2.com**<br><br>L. Grant Foster<br>HOLLAND & HART<br>**gfoster@iph2.com** |

| | |
|---|---|
| REPRESENTING STARKEY LABORATORIES, INC. | Richard K. Herrmann<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**rherrmann@morrisjames.com**<br><br>Mary B. Matterer<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**mmatterer@morrisjames.com**<br><br>Richard G. Morgan<br>BOWMAN AND BROOKE LLP<br>**rick.morgan@msp.bowmanandbrooke.com**<br><br>Steven L. Reitenour<br>BOWMAN AND BROOKE LLP<br>**steven.reitenour@msp.bowmanandbrooke.com** |
| REPRESENTING WIDEX A/S AND WIDEX HEARING AID CO. INC. | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**dreid@mnat.com**<br><br>William H. Mandir<br>SUGHRUE MION PLC<br>**wmandir@sughrue.com**<br><br>David J. Cushing<br>SUGHRUE MION PLC<br>**dcushing@sughrue.com**<br><br>Carl J. Pellegrini<br>SUGHRUE MION PLC<br>**cpellegrini@sughrue.com** |
| REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC | James D. Heisman<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>**jheisman@cblh.com**<br><br>N. Richard Powers<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>**rpowers@cblh.com**<br><br>John M. Romary<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**john.romary@finnegan.com**<br><br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**gramenoc@finnegan.com** |

**BY HAND DELIVERY**:

| | |
|---|---|
| Edmond D. Johnson<br>THE BAYARD FIRM<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899 | Thomas H. Kovach<br>PEPPER HAMILTON LLP<br>1313 North Market Street, Suite 5100<br>Wilmington, DE 19899 |
| N. Richard Powers<br>CONNOLLY, BOVE, LODGE & HUTZ<br>1007 North Orange Street<br>Wilmington, DE 19899 | Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19899 |
| Barry M. Klayman<br>WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP<br>Wilmington Trust Center<br>1100 North Market Street, Suite 1001<br>Wilmington, DE 19801 | Richard L. Horwitz<br>POTTER ANDERSON & CORROON, LLP<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19899 |
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494 | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19899 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika (#3208)*

OF COUNSEL:

Kenneth B. Herman
William J. McCabe
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

January 8, 2007

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9000

*Attorneys for Defendants GN ReSound A/S
and GN Hearing Care Corporation*

4

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 8, 2007, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on January 8, 2007 upon the following parties:

| | |
|---|---|
| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson<br>THE BAYARD FIRM<br>**tjohnson@bayardfirm.com** |
| | Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>**bburoker@hunton.com** |
| REPRESENTING GENNUM CORPORATION | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com** |
| | Thomas R. Goots<br>JONES DAY<br>**trgoots@jonesday.com** |
| REPRESENTING PHONAK AG, PHONAK INC., PHONAK, LLC, UNITRON HEARING LTD., AND UNITRON HEARING, INC. | Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**tgrimm@mnat.com** |
| | Leslie A. Polizoti<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**lpolizoti@mnat.com** |
| | James R. Sobieraj<br>BRINKS HOFER GILSON & LIONE<br>**jsobieraj@usebrinks.com** |
| | David H. Bluestone<br>BRINKS HOFER GILSON & LIONE<br>**dbluestone@usebrinks.com** |
| | Robert Pluta<br>BRINKS HOFER GILSON & LIONE<br>**rpluta@usebrinks.com** |
| | Meredith Addy<br>BRINKS HOFER GILSON & LIONE<br>**maddy@usebrinks.com** |

| | |
|---|---|
| REPRESENTING RESISTANCE TECHNOLOGY INC. | Barry M. Klayman<br>WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP<br>**bklayman@wolfblock.com** |
| | Jeffrey D. Shewchuk<br>SHEWCHUK IP SERVICES, LLP<br>**jdshewchuk@comcast.net** |
| REPRESENTING SONIC INNOVATIONS, INC. | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>**sonicnet@potteranderson.com** |
| | Brett L. Foster<br>HOLLAND & HART<br>**bfoster@iph2.com** |
| | L. Grant Foster<br>HOLLAND & HART<br>**gfoster@iph2.com** |
| REPRESENTING STARKEY LABORATORIES, INC. | Richard K. Herrmann<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**rherrmann@morrisjames.com** |
| | Mary B. Matterer<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**mmatterer@morrisjames.com** |
| | Richard G. Morgan<br>BOWMAN AND BROOKE LLP<br>**rick.morgan@msp.bowmanandbrooke.com** |
| | Steven L. Reitenour<br>BOWMAN AND BROOKE LLP<br>**steven.reitenour@msp.bowmanandbrooke.com** |
| REPRESENTING WIDEX A/S AND WIDEX HEARING AID CO. INC. | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**dreid@mnat.com** |
| | William H. Mandir<br>SUGHRUE MION PLC<br>**wmandir@sughrue.com** |
| | David J. Cushing<br>SUGHRUE MION PLC<br>**dcushing@sughrue.com** |
| | Carl J. Pellegrini<br>SUGHRUE MION PLC<br>**cpellegrini@sughrue.com** |

| | |
|---|---|
| REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC | James D. Heisman<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>**jheisman@cblh.com**<br><br>N. Richard Powers<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>**rpowers@cblh.com**<br><br>John M. Romary<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**john.romary@finnegan.com**<br><br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**gramenoc@finnegan.com** |

*/s/ Maryellen Noreika (#3208)*
Maryellen Noreika (#3208)
mnoreika@mnat.com

3