IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONIC INNOVATIONS, INC., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-422-GMS <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

I hereby certify that on January 8, 2007, copies of (1) *Phonak's Responses To Plaintiff ETG's First Set Of Requests For Production (Nos. 1-89)*, and (2) *Phonak's Responses To Plaintiff ETG's First Set Of Common Interrogatories To All Defendants* were served upon counsel of record in the manner indicated:

## BY ELECTRONIC MAIL & FIRST CLASS MAIL

| | |
|---|---|
| Edmond D. Johnson <br> THE BAYARD FIRM <br> 222 Delaware Avenue, Suite 900 <br> P.O. Box 25130 <br> Wilmington, DE 19899 | Richard L. Horwitz <br> David E. Moore <br> POTTER ANDERSON & CORROON, LLP <br> 1313 North Market Street <br> Hercules Plaza, 6th Floor <br> P.O. Box 951 <br> Wilmington, DE 19899 |
| James D. Heisman <br> N. Richard Powers <br> CONNOLLY, BOVE, LODGE & HUTZ <br> 1007 North Orange Street <br> Wilmington, DE 19899 | Jack B. Blumenfeld <br> Maryellen Noreika <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 |

- 2 -

| | |
|---|---|
| Donald E. Reid | Mary B. Graham |
| Jason A. Cincilla | James W. Parrett, Jr. |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| 1201 North Market Street | 1201 North Market Street |
| P.O. Box 1347 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| | |
| Richard K. Herrmann | Barry M. Klayman |
| Mary Matterer | WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP |
| Amy Arnott Quinlan | Wilmington Trust Center |
| MORRIS, JAMES, HITCHENS & WILLIAMS | 1100 North Market Street, Suite 1001 |
| 500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801 |
| Wilmington, DE 19801-1494 | |
| | |
| Thomas J. Scott, Jr. | Brett L. Foster |
| Brian M. Buroker | L. Grant Foster |
| Christopher C. Campbell | HOLLAND & HART, LLP |
| HUNTON & WILLIAMS LLP | 60 E. South Temple, Suite 2000 |
| 1900 K. Street, N.W., Suite 1200 | Salt Lake City, UT 84111 |
| Washington, DC 20006 | |
| | |
| John M. Romary | Kenneth B. Herman |
| C. Gregory Gramenopoulous | William J. McCabe |
| FINNEGAN, HENDERSON, | ROPES & GRAY LLP |
| FARABOW, GARRETT & DUNNER | 1251 Avenue of the Americas |
| 901 New York Ave., N.W. | New York, NY 10020 |
| Washington, DC 20001-4413 | |
| | |
| William H. Mandir | Robert C. Kahrl |
| David J. Cushing | David Cochran |
| Carl J. Pellegrini | Thomas R. Goots |
| SUGHRUE MION PLC | Isaac A. Molnar |
| 2100 Pennsylvania Ave., N.W. | JONES DAY |
| Washington, DC 20037 | North Point |
| | 901 Lakeside Avenue |
| | Cleveland, OH 44114-1190 |
| | |
| Richard Morgan | Jeffrey D. Shewchuk |
| Steven Reitenour | SHEWCHUK IP SERVICES, LLP |
| BOWMAN AND BROOKE LLP | 533 77th Street West |
| 150 S. Fifth Street, Suite 2600 | Eagan, MN 55121 |
| Minneapolis, MN 55402 | |

- 3 -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Thomas C. Grimm*
        _____
        Thomas C. Grimm (#1098)
        Leslie A. Polizoti (#4299)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        tgrimm@mnat.com
        lpolizoti@mnat.com
          *Attorney for Defendants Phonak AG,*
          *Phonak LLC, Unitron Hearing Ltd.,*
          *and Unitron Hearing, Inc.*

OF COUNSEL:

James R. Sobieraj
Meredith Martin Addy
David H. Bluestone
Robert G. Pluta
BRINKS HOFER GILSON & LIONE
455 North Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL 60611-5599
(312) 321-4200

January 9, 2007
661739.1

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 9, 2007, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on January 9, 2007 upon the following parties:

| | |
|---|---|
| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson<br>PEPPER HAMILTON LLP<br>**johnsone@pepperlaw.com** |
| | Thomas H. Kovach<br>PEPPER HAMILTON LLP<br>**kovacht@pepperlaw.com** |
| | Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>**etg@hunton.com** |
| REPRESENTING GENNUM CORPORATION | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com;**<br>**mbgeservice@mnat.com** |
| | Thomas R. Goots<br>JONES DAY<br>**trgoots@jonesday.com** |

| | |
|---|---|
| REPRESENTING GN RESOUND A/S AND GN HEARING CARE CORPORATION | Jack B. Blumenfeld<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**jblumenfeld@mnat.com**<br><br>Maryellen Noreika<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mnoreika@mnat.com**<br><br>Kenneth B. Herman<br>ROPES & GRAY LLP<br>**kenneth.herman@ropesgray.com**<br><br>William J. McCabe<br>ROPES & GRAY LLP<br>**william.mccabe@ropesgray.com**<br><br>Jeffrey D. Mullen<br>ROPES & GRAY LLP<br>**jeffrey.mullen@ropesgray.com** |
| REPRESENTING PHONAK AG, PHONAK INC., PHONAK, LLC, UNITRON HEARING LTD., AND UNITRON HEARING, INC. | Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**tgrimm@mnat.com**<br><br>Leslie A. Polizoti<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**lpolizoti@mnat.com**<br><br>James R. Sobieraj<br>BRINKS HOFER GILSON & LIONE<br>**jsobieraj@usebrinks.com**<br><br>David H. Bluestone<br>BRINKS HOFER GILSON & LIONE<br>**dbluestone@usebrinks.com** |
| REPRESENTING RESISTANCE TECHNOLOGY INC. | Barry M. Klayman<br>WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP<br>**bklayman@wolfblock.com**<br><br>Jeffrey D. Shewchuk<br>SHEWCHUCK IP SERVICES, LLP<br>**jdshewchuck@comcast.net** |

| | |
|---|---|
| REPRESENTING SONIC INNOVATIONS, INC. | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>**sonicnet@potteranderson.com** |
| | Brett L. Foster<br>HOLLAND AND HART LLP<br>**bfoster@hollandhart.com** |
| | L. Grant Foster<br>HOLLAND AND HART LLP<br>**gfoster@hollandhart.com** |
| | Donald Degnan<br>HOLLAND AND HART LLP<br>**ddegnan@hollandhart.com** |
| | Bryan K. Hanks<br>HOLLAND AND HART LLP<br>**bkhanks@hollandhart.com** |
| REPRESENTING STARKEY LABORATORIES, INC. | Mary B. Matterer<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**mmatterer@morrisjames.com** |
| | Amy A. Quinlan<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**aquinlan@morrisjames.com** |
| | Steven L. Reitenour<br>BOWMAN AND BROOKE LLP<br>**steve.reitenour@bowmanandbrooke.com** |
| | Richard G. Morgan<br>BOWMAN AND BROOKE LLP<br>**richard.morgan@bowmanandbrooke.com** |
| REPRESENTING WIDEX A/S AND WIDEX HEARING AID CO. INC. | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**dreid@mnat.com** |
| | William H. Mandir<br>SUGHRUE MION PLC<br>**wmandir@sughrue.com** |
| | David J. Cushing<br>SUGHRUE MION PLC<br>**dcushing@sughrue.com** |
| | Carl J. Pellegrini<br>SUGHRUE MION PLC<br>**cpellegrini@sughrue.com** |

REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC

N. Richards Powers
CONNOLLY BOVE LODGE & HUTZ LLP
**nrp@cblhlaw.com**

James D. Heisman
CONNOLLY BOVE LODGE & HUTZ LLP
**jheisman@cblh.com**

John M. Romary
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
**john.romary@finnegan.com**

C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
**c.gregory.gramenopoulos@finnegan.com**

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)

661739.1

- 4 -