IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | |
| ) | Civil Action No. 05-422 (GMS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SONIC INNOVATIONS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants Oticon A/S, Oticon Inc., Bernafon AG, WDH, Inc., and Bernafon, LLC hereby certify that copies of Oticon A/S, Oticon Inc., Bernafon AG, WDH, Inc., and Bernafon, LLC's Objections and responses to Plaintiff's First Set of Common Interrogatories To All Defendants (Nos. 1-12); Defendant Bernafon, LLC's Objections and Responses to Plaintiff's First Set Of Requests for Production to Bernafon, LLC (Nos. 1-89); Defendant Bernafon AG's Objections and Responses to Plaintiff's First Set of Requests for Production to Bernafon AG (Nos. 1-89); Defendant WDH, Inc.'s Objections and Responses to Plaintiff's First Set of Requests for Production to WDH, Inc. (Nos. 1-89); Defendant Oticon Inc.'s Objections and Responses to Plaintiff's First Set of Requests for Production to Oticon Inc. (Nos. 1-89); and Defendant Oticon A/S's Objections and Responses to Plaintiff's First Set of Requests for Production to Oticon A/S (Nos. 1-89 were served on January 8, 2007 via electronic mail upon the following parties:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Amy A. Quinlan, Esquire
Morris James Hitchens
 & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Edmond D. Johnson, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899

Jack B. Blumenfeld, Esquire
Donald E. Reid, Esquire
Thomas C. Grimm, Esquire
Maryellen E. Noreika, Esquire
Leslie A. Polizoti, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

Kenneth B. Herman, Esquire
William J. McCabe, Esquire
Jeffrey D. Mullen, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10002

William H. Mandir, Esquire
David J. Cushing, Esquire
Carl J. Pellegrini, Esquire
Sughrue Mion PLC
2100 Pennsylvania Avenue NW
Washington, DC 20037

Steven L. Reitenour, Esquire
Richard Morgan, Esquire
Bowman and Brooke LLP
150 S. Fifth Street, Suite 2600
Minneapolis, MN 55402

Richard W. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Robert C. Kahrl, Esquire
Thomas R. Goots, Esquire
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Thomas J. Scott, Jr., Esquire
Brian M. Buroker, Esquire
Hunton & Williams LLP
1900 K Street, NW, Suite 1200
Washington, DC 20006

James R. Sobieraj, Esquire
David H. Bluestone, Esquire
Brinks, Hofer, Gilson & Lione
NBC Tower
455 Cityfront Plaza Dr., Suite 3600
Chicago, IL 60611

Brett Foster, Esquire
L. Grant Foster, Esquire
Donald Degnan, Esquire
Bryan K. Hanks, Esquire
Holland & Hart
60 E. South Temple, Suite 2000
Salt Lake City, UT 84111

Barry M. Klayman, Esquire
Wolf, Block, Schorr and Solis-Cohen
LLP

Jeffrey D. Shewchuck, Esquire
Shewchuck IP Services, LLP

                                                    */s/ N. Richard Powers*
                                                    N. Richard Powers (#494)
                                                    James D. Heisman (#2746)
                                                    Connolly Bove Lodge & Hutz, LLP
                                                    The Nemours Building
                                                    1007 N. Orange Street
                                                    P. O. Box 2207
                                                    Wilmington, DE 19899
                                                    nrp@cblhlaw.com
                                                    jheisman@cblh.com
                                                    (302) 658-9141
                                                    *Attorneys for Defendants Oticon A/S,*
                                                    *Oticon, Inc., Bernafon AG, WDH, Inc.,*
                                                    *And Bernafon, LLC*

511087v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2007 I electronically filed a copy of the foregoing with the Clerk of the Court using CM/ECF and served via electronic mail upon the following parties:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Amy A. Quinlan, Esquire
Morris James Hitchens
  & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Richard W. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Edmond D. Johnson, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899

Robert C. Kahrl, Esquire
Thomas R. Goots, Esquire
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Jack B. Blumenfeld, Esquire
Donald E. Reid, Esquire
Thomas C. Grimm, Esquire
Maryellen E. Noreika, Esquire
Leslie A. Polizoti, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

Thomas J. Scott, Jr., Esquire
Brian M. Buroker, Esquire
Hunton & Williams LLP
1900 K Street, NW, Suite 1200
Washington, DC 20006

Kenneth B. Herman, Esquire
William J. McCabe, Esquire
Jeffrey D. Mullen, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10002

James R. Sobieraj, Esquire
David H. Bluestone, Esquire
Brinks, Hofer, Gilson & Lione
NBC Tower
455 Cityfront Plaza Dr., Suite 3600
Chicago, IL 60611

William H. Mandir, Esquire
David J. Cushing, Esquire
Carl J. Pellegrini, Esquire
Sughrue Mion PLC
2100 Pennsylvania Avenue NW

Brett Foster, Esquire
L. Grant Foster, Esquire
Donald Degnan, Esquire
Bryan K. Hanks, Esquire
Holland & Hart

Washington, DC  20037

Steven L. Reitenour, Esquire
Richard Morgan, Esquire
Bowman and Brooke LLP
150 S. Fifth Street, Suite 2600
Minneapolis, MN  55402
Jeffrey D. Shewchuck, Esquire
Shewchuck IP Services, LLP

60 E. South Temple, Suite 2000
Salt Lake City, UT  84111

Barry M. Klayman, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP

/s/ N. Richard Powers
N. Richard Powers (#494)