IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-422 (GMS) |
| | ) | |
| SONIC INNOVATIONS, INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of (1) Defendant Widex A/S's Response And Objections To Plaintiff's First Set Of Common Interrogatories To All Defendants; (2) Defendant Widex A/S's Response And Objections To Plaintiff's First Set Of Interrogatories To Widex A/S; and (3) Defendant Widex A/S's Response And Objections To Plaintiff's First Set Of Requests For Production To Widex A/S were served on January 8, 2007 upon the following in the manner indicated:

## VIA ELECTRONIC MAIL AND U.S. MAIL

| | |
|---|---|
| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson<br>THE BAYARD FIRM<br>**tjohnson@bayardfirm.com** |
| | Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>**bburoker@hunton.com** |
| REPRESENTING GENNUM CORPORATION | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com** |
| | Thomas R. Goots<br>JONES DAY<br>**trgoots@jonesday.com** |

REPRESENTING GN RESOUND A/S AND
GN HEARING CARE CORPORATION

Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**jblumenfeld@mnat.com**

Maryellen E. Noreika
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**mnoreika@mnat.com**

Kenneth B. Herman
ROPES & GRAY LLP
**kenneth.herman@ropesgray.com**

William J. McCabe
ROPES & GRAY LLP
**william.mccabe@ropesgray.com**

Jeffrey D. Mullen
ROPES & GRAY LLP
**jeffrey.mullen@ropesgray.com**

REPRESENTING PHONAK AG, PHONAK
INC., PHONAK, LLC, UNITRON HEARING
LTD., AND UNITRON HEARING, INC.

Thomas C. Grimm
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**tgrimm@mnat.com**

Leslie A. Polizoti
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**lpolizoti@mnat.com**

James R. Sobieraj
BRINKS HOFER GILSON & LIONE
**jsobieraj@usebrinks.com**

David H. Bluestone
BRINKS HOFER GILSON & LIONE
**dbluestone@usebrinks.com**

Jeffrey A. Marx
BRINKS HOFER GILSON & LIONE
**jmarx@usebrinks.com**

Meredith Addy
BRINKS HOFER GILSON & LIONE
**maddy@usebrinks.com**

REPRESENTING RESISTANCE
TECHNOLOGY INC.

Barry M. Klayman
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
**bklayman@wolfblock.com**

Jeffrey D. Shewchuk
SHEWCHUK IP SERVICES, LLP
**jdshewchuk@comcast.net**

| | |
|---|---|
| REPRESENTING SONIC INNOVATIONS, INC. | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>**sonicnet@potteranderson.com** |
| | Brett L. Foster<br>HOLLAND & HART<br>**bfoster@iph2.com** |
| | L. Grant Foster<br>HOLLAND & HART<br>**gfoster@iph2.com** |
| REPRESENTING STARKEY<br>LABORATORIES, INC. | Richard K. Herrmann<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**rherrmann@morrisjames.com** |
| | Mary B. Matterer<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**mmatterer@morrisjames.com** |
| | Richard G. Morgan<br>BOWMAN AND BROOKE LLP<br>**rick.morgan@msp.bowmanandbrooke.com** |
| | Steven L. Reitenour<br>BOWMAN AND BROOKE LLP<br>**steven.reitenour@msp.bowmanandbrooke.com** |
| REPRESENTING WIDEX A/S<br>AND WIDEX HEARING AID CO. INC. | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**dreid@mnat.com** |
| | William H. Mandir<br>SUGHRUE MION PLC<br>**wmandir@sughrue.com** |
| | David J. Cushing<br>SUGHRUE MION PLC<br>**dcushing@sughrue.com** |
| | Carl J. Pellegrini<br>SUGHRUE MION PLC<br>**cpellegrini@sughrue.com** |

REPRESENTING WILLIAM DEMANT
HOLDING A/S, WDH, INC., OTICON A/S,
OTICON INC., BERNAFON AG, AND
BERNAFON, LLC

James D. Heisman
CONNOLLY BOVE LODGE & HUTZ LLP
**jheisman@cblh.com**

N. Richard Powers
CONNOLLY BOVE LODGE & HUTZ LLP
**rpowers@cblh.com**

John M. Romary
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER
**john.romary@finnegan.com**

C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER
**gramenoc@finnegan.com**


MORRIS, NICHOLS, ARSHT & TUNNELL LLP


/s/ Donald E. Reid
Donald E. Reid (#1058)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302/351-9219

*Attorneys for Defendant*
*Widex A/S*

OF COUNSEL:

SUGHRUE MION PLLC
William H. Mandir
David J. Cushing
Carl J. Pellegrini
2100 Pennsylvania Avenue, NW
Washington, DC 20037
202/293-7600

January 12, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 12, 2007, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on January 12, 2007 upon the following parties:

| | |
|---|---|
| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson<br>PEPPER HAMILTON LLP<br>**johnsone@pepperlaw.com** |
| | Thomas H. Kovach<br>PEPPER HAMILTON LLP<br>**kovacht@pepperlaw.com** |
| | Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>**etg@hunton.com** |
| REPRESENTING GENNUM CORPORATION | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com;**<br>**mbgeservice@mnat.com** |
| | Thomas R. Goots<br>JONES DAY<br>**trgoots@jonesday.com** |

| | |
|---|---|
| REPRESENTING GN RESOUND A/S AND GN HEARING CARE CORPORATION | Jack B. Blumenfeld<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**jblumenfeld@mnat.com** |
| | Maryellen Noreika<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mnoreika@mnat.com** |
| | Kenneth B. Herman<br>ROPES & GRAY LLP<br>**kenneth.herman@ropesgray.com** |
| | William J. McCabe<br>ROPES & GRAY LLP<br>**william.mccabe@ropesgray.com** |
| | Jeffrey D. Mullen<br>ROPES & GRAY LLP<br>**jeffrey.mullen@ropesgray.com** |
| REPRESENTING PHONAK AG, PHONAK INC., PHONAK, LLC, UNITRON HEARING LTD., AND UNITRON HEARING, INC. | Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**tgrimm@mnat.com** |
| | Leslie A. Polizoti<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**lpolizoti@mnat.com** |
| | James R. Sobieraj<br>BRINKS HOFER GILSON & LIONE<br>**jsobieraj@usebrinks.com** |
| | David H. Bluestone<br>BRINKS HOFER GILSON & LIONE<br>**dbluestone@usebrinks.com** |
| REPRESENTING RESISTANCE TECHNOLOGY INC. | Barry M. Klayman<br>WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP<br>**bklayman@wolfblock.com** |
| | Jeffrey D. Shewchuk<br>SHEWCHUCK IP SERVICES, LLP<br>**jdshewchuck@comcast.net** |

| | |
|---|---|
| REPRESENTING SONIC INNOVATIONS, INC. | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>**sonicnet@potteranderson.com** |
| | Brett L. Foster<br>HOLLAND AND HART LLP<br>**bfoster@hollandhart.com** |
| | L. Grant Foster<br>HOLLAND AND HART LLP<br>**gfoster@hollandhart.com** |
| | Donald Degnan<br>HOLLAND AND HART LLP<br>**ddegnan@hollandhart.com** |
| | Bryan K. Hanks<br>HOLLAND AND HART LLP<br>**bkhanks@hollandhart.com** |
| REPRESENTING STARKEY<br>LABORATORIES, INC. | Mary B. Matterer<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**mmatterer@morrisjames.com** |
| | Amy A. Quinlan<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**aquinlan@morrisjames.com** |
| | Steven L. Reitenour<br>BOWMAN AND BROOKE LLP<br>**steve.reitenour@bowmanandbrooke.com** |
| | Richard G. Morgan<br>BOWMAN AND BROOKE LLP<br>**richard.morgan@bowmanandbrooke.com** |
| REPRESENTING WIDEX A/S<br>AND WIDEX HEARING AID CO. INC. | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**dreid@mnat.com** |
| | William H. Mandir<br>SUGHRUE MION PLC<br>**wmandir@sughrue.com** |
| | David J. Cushing<br>SUGHRUE MION PLC<br>**dcushing@sughrue.com** |
| | Carl J. Pellegrini<br>SUGHRUE MION PLC<br>**cpellegrini@sughrue.com** |

REPRESENTING WILLIAM DEMANT HOLDING
A/S, WDH, INC., OTICON A/S, OTICON INC.,
BERNAFON AG, AND BERNAFON, LLC

N. Richards Powers
CONNOLLY BOVE LODGE & HUTZ LLP
**nrp@cblhlaw.com**

James D. Heisman
CONNOLLY BOVE LODGE & HUTZ LLP
**jheisman@cblh.com**

John M. Romary
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
**john.romary@finnegan.com**

C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
**c.gregory.gramenopoulos@finnegan.com**

/s/ Donald E. Reid
Donald E. Reid (#1058)

549165
Revised 01.09.2007