IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. NO. 05-422 (GMS) |
| Plaintiff, | | |
| v. | | |
| SONIC INNOVATIONS, INC, PHONAK AG, PHONAK INC., PHONAK LLC, UNITRON HEARING, INC., UNITRON HEARING, LTD., WILLIAM DEMANT HOLDING A/S, OTICON A/S, OTICON INC., WIDEX A/S, WIDEX HEARING AID CO. INC, GN RESOUND A/S, GN RESOUND CORPORATION, STARKEY LABORATORIES, INC., GENNUM CORPORATION, RESISTANCE TECHNOLOGY INC., BERNAFON AG, WDH, INC., AND BERNAFON, LLC | | |
| Defendants. | | |

**APPLICATION FOR THE ISSUANCE OF A LETTER OF REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THE EXAMINATION OF A WITNESS IN DENMARK PURSUANT TO THE HAGUE EVIDENCE CONVENTION**

Plaintiff, Energy Transportation Group, Inc., by counsel, respectfully applies for the issuance by the Court of two Letters of Request in the form attached hereto, addressed to the Central Authority in Denmark, for the production of documents located in Denmark and in the possession of HIMPP A/S, and K/S HIMPP, respectively, and for the

#8255608 v1

examination of Mr. Soren Erik Westermann, a representative, member of the "Board of Directors," and a "Research Manager" of HIMPP A/S and an officer or director of K/S HIMPP, and a citizen and resident of Denmark. This Application is made in accordance with the terms and conditions of the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. 7444, 23 U.S.T. 2555, *reprinted in* 28 U.S.C.A. § 1781, ("Hague Evidence Convention"), which is currently in force between the United States and Denmark, both of which have ratified and are Contracting States to the Hague Evidence Convention.

Issuance of the Letter of Request pursuant to the Hague Evidence Convention is a proper method for the production of documents located abroad and the examination of witnesses residing abroad. *See* 28 U.S.C.A. § 1781; Fed. R. Civ. P. 28(b). The Hague Evidence Convention serves as a permissive alternative to the Federal Rules of Civil Procedure for the taking of evidence abroad from both litigants and third parties. *See Societe Nationale Industrielle Aerospatiale v. United States District Court for the District of Iowa*, 482 U.S. 522, 538 (1987). Application of the Hague Evidence Convention is appropriate in this case, as the requested documents to be produced are located in Denmark, the requested witness to be examined resides in and is a citizen of Denmark, the entity in possession of the requested documents is not a party to the lawsuit, the requested witness to be examined (in his capacity as a manager and board member of HIMPP) is not a party to this lawsuit, neither the entity in possession of the documents nor the requested witness has voluntarily subjected themselves to discovery, and neither is otherwise subject to the jurisdiction of this court. *See Abbott Labs. v. Teva Pharm. USA, Inc.*, 2004 U.S. Dist. LEXIS 13480, Civil Action No. 02-1512-KAJ, at *7 (D. Del. July 15, 2004); *Tulip Computers Int'l B.V. v. Dell Computer Corp.*, 254 F. Supp. 2d 469, 474 (D. Del. 2003). Counsel for ETG has conferred with counsel for Defendants. The

#8255608 v1

parties have reached an agreement that this Court's grant of these Letters of Request will not be contested, at least by the parties to this action in Delaware. Defendants have reserved all other rights with respect to the requests. By not contesting the grant of these Letters of Request, the Defendants do not waive any right to later contest any factual assertion made herein and the Defendants in no way agree to the statements or assertions made herein.

The documents to be produced and the examination of the witness regarding his knowledge of those documents, as described in the attached Letter of Request and the attached Memorandum in Support, are necessary in order that justice may be done in this case. Therefore, ETG respectfully requests that the Court set its signature and official seal to the attached Letter of Request. ETG further requests that the Clerk of this Court thereafter return the original Letter of Request, signed and authenticated under seal, to counsel for ETG. Counsel for ETG will then promptly cause the Letter of Request to be translated into the Danish language, as required by Article 4 of the Hague Evidence Convention, and will transmit the original Letter of Request, together with one copy of the original and two copies of the Danish translation, to the Danish Central Authority, for execution in conformity with Article 2 of the Hague Evidence Convention. Alternatively, if the Court would prefer, after causing the Letter of Request to be translated, counsel for ETG will promptly return the original Letter of Request, together with one copy of the original and two copies of the Danish translation, to the Clerk of the Court for direct transmittal from the Court to the Danish Central Authority:

Danish Ministry of Justice (Justitsministeriet)
Slotsholmsgade 10
1216 Copenhagen K
Denmark

As set forth in the attached Letter of Request, all costs and expenses incurred in connection with executing the Letter of Request shall be borne by ETG. This shall

#8255608 v1

not include the cost of any opposition to the Letters of Request that any HIMPP entity or Defendant to this action may incur, if they chose to contest these requests. Further, ETG vows to make all reasonable efforts to ensure that the testimony of HIMPP's authorized representative is accomplished in Denmark at a Danish court chosen by mutual agreement and that all proceedings are carried out with as little intrusion as possible, but in a timely manner.

WHEREFORE, ETG prays that this Court grant its applications and set its signature and seal to the attached Letters of Request to both HIMPP A/S and to K/S HIMPP.

Edmond D. Johnson (DE Bar No. 2257)
Thomas H. Kovach (DE Bar No. 3964)
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

Attorneys for Energy Transportation Group, Inc.

OF COUNSEL:

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006
(202) 955-1500

Dated: January 12, 2007

#8255608 v1