# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | ) |
| | ) |
| | )    C.A. NO. 05-422 (GMS) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SONIC INNOVATIONS, INC, | ) |
| PHONAK AG, | ) |
| PHONAK INC., | ) |
| PHONAK LLC, | ) |
| UNITRON HEARING, INC., | ) |
| UNITRON HEARING, LTD., | ) |
| WILLIAM DEMANT HOLDING A/S, | ) |
| OTICON A/S, | ) |
| OTICON INC., | ) |
| WIDEX A/S, | ) |
| WIDEX HEARING AID CO. INC, | ) |
| GN RESOUND A/S, | ) |
| GN RESOUND CORPORATION, | ) |
| STARKEY LABORATORIES, INC., | ) |
| GENNUM CORPORATION, | ) |
| RESISTANCE TECHNOLOGY INC., | ) |
| BERNAFON AG, | ) |
| WDH, INC., AND | ) |
| BERNAFON, LLC | ) |
| | ) |
| Defendants. | ) |

## LOCAL RULE 7.1.1 STATEMENT IN SUPPORT OF PLAINTIFF'S APPLICATION FOR THE ISSUANCE OF A LETTER OF REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THE EXAMINATION OF A WITNESS IN DENMARK PURSUANT TO THE HAGUE EVIDENCE CONVENTION

The undersigned attorney for plaintiff, Energy Transportation Group, Inc.

("ETG") hereby states, pursuant to Local Rule 7.1.1, that ETG's attorneys have met and

negotiated with opposing counsel on the matters set forth in Plaintiff's Application for Issuance

of a Letter of Request for the Production of Documents and the Examination of a witness in

#8255727 v1

-2-

Demark Pursuant to the Hague Convention.  As a result of those negotiations, counsel for

defendants have informed counsel for plaintiff that they do not object to the grant of the request

in the referenced application.  However by not objecting to the application defendants are not

indicating that they agree with the factual statements in the application and letters of request and

they are not bound by those statements in this action.


Edmond D. Johnson (DE Bar No. 2257)
Thomas H. Kovach (DE Bar No. 3964)
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

Attorneys for Energy Transportation Group, Inc.


OF COUNSEL:

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006
(202) 955-1500

Dated:  January 12, 2007

#8255727 v1