# Exhibit 1

## THE DANISH COMMERCE AND COMPANIES AGENCY
Complete company report regarding
HIMPP A/S

---

| | |
|---|---|
| CVR No.: | 19319075 |
| Name: | HIMPP A/S |
| Principal P No.: | 1003822243 |
| Principal P entity: | HIMPP A/S |
| Date of incorporation: | 01.06.1996 |
| Address: | Ny Vestergårdsvej 25<br>DK-3500 Værløse |
| Municipality: | Værløse |
| Secondary name(s): | HEARING INSTRUMENTS MANUFACTURERS PATENT PARTNERSHIP A/S |
| Objects: | The Company's objects are to function as general partner of K/S HIMPP whose objects are to purchase and license patents to the hearing aid industry as well as to carry out business related hereto. |
| Listed on the stock exchange: | No |
| Status: | The Company is normal |
| Advertising protection: | No |
| Number of employees: | 0 |
| Company form: | Public limited company |
| Branch of trade: | 741500 Non-financial holding companies |
| Employer marking: | No |
| Promoters: | VX 10.312 ApS<br>c/o Per Stakemann, attorney-at-law<br>Kronprinsessegade 18<br>DK-1306 København K |
| Board of directors: | Mr Søren Erik Westermann, Research Manager<br>Gammel Strandvej 237 2<br>DK-3050 Humlebæk |

Mr Jerome Charles Ruzicka
16111 46th Avenue North
Plymouth
Minnesota 55446
USA

Mr Valentin Chapero Rueda
Kantonstrasse 56
8807 Freienbach
Switzerland

Mr Gerhard Röhrlein
Danziger-Str. 8a
91052 Erlangen
Germany

Mr Niels Jacobsen
Kulsviervej 26
DK-3400 Hillerød

Mr Peter Nikolai Bisgaard, Research Manager
Sverigesvej 6
DK-2800 Kongens Lyngby

Mr Itsuo Ono
2-2016-11, Ogawacho
Kodaira
Tokyo, 187-0032
Japan

Mr Jerry Lynn DaBell
3118 East Ksel Drive
Sandy, UT 85092
USA

| | |
|---|---|
| Management board: | Mr Søren Erik Westermann, Research Manager<br>Gammel Strandvej 237 2<br>DK-3050 Humlebæk<br>(commenced on 22.08.1996) |
| Auditor: | DELOITTE STATSAUTORISERET REVISIONSAKTIESELSKAB<br>Datavej 58<br>DK-3460 Birkerød<br>(commenced on 22.08.1996) |
| Power to bind the Company: | The Company shall be bound in legal transactions by the manager alone or by the joint signatures of three members of the board of directors. |

| | |
|---|---|
| Accounting year: | 01.01 – 31.12 |
| Initial accounting reference period: | 01.06.1996 – 31.12.1996 |
| Share capital: | DKK 2,4000,000 |
| Published annual accounts: | 01.01.2005 – 31.12.2005 Annual accounts published on 24.04.2006 |