# Exhibit 2

## THE DANISH COMMERCE AND COMPANIES AGENCY
Complete company report regarding
K/S HIMPP

| | |
|---|---|
| CVR No.: | 19502740 |
| Name: | K/S HIMPP |
| Legal form: | Limited partnership |
| Principal P No.: | 1003847517 |
| Principal P entity: | K/S HIMPP |
| Date of incorporation: | 22.08.1996 |
| Address: | Ny Vestergårdsvej 25<br>DK-3500 Værløse |
| Municipality: | Værløse |
| Objects: | The Company's objects are to purchase and license patents to the hearing aid industry. |
| Listed on the stock exchange: | No |
| Status: | The Company is normal |
| Advertising protection: | No |
| Number of employees: | 0 |
| Company form: | Limited partnership |
| Branch of trade: | 742080 Patent agencies |
| Employer marking: | No |
| Promoters: | HIMPP A/S<br>Ny Vestergårdsvej 25<br>DK-3500 Værløse |
| General partners: | HIMPP A/S<br>Ny Vestergårdsvej 25<br>DK-3500 Værløse<br>(commenced on 22.08.1996) |
| Auditor: | DELOITTE STATSAUTORISERET REVISIONSAKTIESELSKAB |

|  |  |
|---|---|
|  | Datavej 58<br>DK-3460 Birkerød |
| Power to bind<br>the Company: | The Company shall in any and all matters be represented externally by the general partner who, furthermore, shall bind the Company formally in legal transactions. |
| Accounting year: | 01.01 – 31.12 |
| Initial accounting reference period: | 22.08.1996 – 31.12.1996 |
| Published annual accounts: | 01.01.2005 – 31.12.2005 Annual accounts published on 24.04.2006<br>01.01.2004 – 31.12.2004 Annual accounts published on 25.04.2005<br>01.01.2003 – 31.12.2003 Annual accounts published on 13.04.2004<br>01.01.2002 – 31.12.2002 Annual accounts published on 30.04.2003<br>01.01.2001 – 31.12.2001 Annual accounts published on 02.05.2002<br>01.01.2000 – 31.12.2000 Annual accounts published on 07.05.2001<br>01.01.1999 – 31.12.1999 Annual accounts published on 31.03.2000<br>01.01.1998 – 31.12.1998 Annual accounts published on 14.05.1999<br>01.01.1997 – 31.12.1997 Annual accounts published on 11.05.1998<br>01.01.1996 – 31.12.1996 Annual accounts published on 21.07.1997 |
| Historical registrations: |  |
| Published registrations: | 21.06.2002 CVR No.: 19502740 K/S HIMPP<br>Legal form: Limited partnership<br>Articles of association changed on 18.04.2002<br><br>21.06.2001 CVR No.: 19502740 K/S HIMPP<br>Legal form: Limited partnership<br>Articles of association changed on 19.04.2001<br><br>03.11.2000 CVR No.: 19502740 K/S HIMPP<br>Legal form: Limited partnership<br>Articles of association changed on 05.10.2000 |

05.01.2000 CVR No.: 19502740 K/S HIMPP
Legal form: Limited partnership
Articles of association changed on 14.10.1999

31.03.1999 CVR No.: 19502740 K/S HIMPP
Legal form: Limited partnership
Articles of association changed on 22.03.1999

25.06.1998 CVR No.: 19502740 K/S HIMPP
Legal form: Limited partnership
Articles of association changed on 02.04.1998

06.02.1998 CVR No.: 19502740 K/S HIMPP
Legal form: Limited partnership
Articles of association changed on 16.10.1997

11.06.1997 CVR No.: 19502740 K/S HIMPP
Legal form: Limited partnership
Date of recent articles of association: 22.08.1996
Promoter: Reg. No. A/S228511 HIMPP A/S, Ny Vestergårdsvej 25, DK-3500 Værløse, on 22.08.1996
General partner: Reg. No. A/S228511 HIMPP A/S, Ny Vestergårdsvej 25, DK-3500 Værløse, on 22.08.1996
The Company shall in any and all matters be represented externally by the general partner who, furthermore, shall bind the Company formally in legal transactions.
Auditor: DELOITTE & TOUCHE STATSAUTORISERET REVISIONSAKTIESELSKAB, Strandgade 73, P.O. Box 70, DK-3000 Helsingør.
Initial accounting reference period: 22.08.1996 – 31.12.1996
Accounting year: 01.01 – 31.12