# Exhibit 3

Deloitte & Touche
Statsautoriseret Revisionsaktieselskab
Datavej 58
DK-3460 Birkerød

Telefon: +45 45 94 50 00
Telefax: +45 45 94 50 99
www.deloitte.dk

ERHVERVS- OG
SELSKABSSTYRELSEN

**Deloitte
& Touche**

Erhvervs- og
Selskabsstyrelsen
2 4 APR. 2003

HIMPP A/S
(Hearing Instrument Manufacturers
Patent Partnership A/S)
CVR-nr. 19 31 90 75

Årsrapport 2002

**Deloitte
Touche
Tohmatsu**

CVR-nr. DK 24213714

HIMPP A/S

# Indholdsfortegnelse

|  | Side |
|---|---|
| Selskabsoplysninger | 1 |
| Ledelsespåtegning | 2 |
| Revisionspåtegning | 3 |
| Ledelsesberetning | 4 |
| Anvendt regnskabspraksis | 5 |
| Resultatopgørelse for 2002 | 7 |
| Balance pr. 31.12.2002 | 8 |
| Noter | 10 |

HIMPP A/S                                                                                              1

## Selskabsoplysninger

### Selskab

HIMPP A/S
(Hearing Instrument Manufactures
Patent Partnership A/S)
CVR-nr. 19 31 90 75
Hjemstedskommune Værløse

### Bestyrelse

Jerome Charles Ruzicka
Herbert Jules Bächler
Niels Jacobsen
Peter Nikolai Bisgaard
Søren Erik Westermann
Gregory Nicholas Koskowich
Yuzo Gyotoku
Herbert Paul Wolf
Michael Robert Jones

### Direktion

Direktør, civilingeniør Søren Erik Westermann

### Revision

Deloitte & Touche Statsautoriseret Revisionsaktieselskab

Godkendt på selskabets generalforsamling, den ⁷/₄ – 2003

**Dirigent**

## Ledelsespåtegning

Vi har dags dato aflagt årsrapporten for 2002 for HIMPP A/S.

Årsrapporten er aflagt i overensstemmelse med årsregnskabsloven. Vi anser den valgte regnskabspraksis for hensigtsmæssig, således at årsrapporten giver et retvisende billede af selskabets aktiver og passiver, finansielle stilling samt resultatet.

Årsrapporten indstilles til generalforsamlingens godkendelse.

Værløse, den 28. februar 2003

**Direktion**

Søren Erik Westermann
administrerende direktør

**Bestyrelse**

Jerome Charles Ruzicka

Herbert Jules Bächler

Niels Jacobsen

Peter Nikolai Bisgaard

Søren Erik Westermann

Gregory Nicholas Koskowich

Yuzo Gyotoku

Herbert Paul Wolf

Michael Robert Jones

HIMPP A/S                                                                                                    3

# Revisionspåtegning

## Til aktionærerne i HIMPP A/S

Vi har revideret årsrapporten for HIMPP A/S for regnskabsåret 2002.

Selskabets ledelse har ansvaret for årsrapporten. Vores ansvar er på grundlag af vores revision at udtrykke en konklusion om årsrapporten.

## Den udførte revision

Vi har udført vores revision i overensstemmelse med danske revisionsstandarder. Disse standarder kræver, at vi tilrettelægger og udfører revisionen med henblik på at opnå høj grad af sikkerhed for, at årsrapporten ikke indeholder væsentlig fejlinformation. Revisionen omfatter stikprøvevis undersøgelse af information, der understøtter de i årsrapporten anførte beløb og oplysninger. Revisionen omfatter endvidere stillingtagen til den af ledelsen anvendte regnskabspraksis og til de væsentlige skøn, som ledelsen har udøvet, samt vurdering af den samlede præsentation af årsrapporten. Det er vores opfattelse, at den udførte revision giver et tilstrækkeligt grundlag for vores konklusion.

Revisionen har ikke givet anledning til forbehold.

## Konklusion

Det er vores opfattelse, at årsrapporten giver et retvisende billede af selskabets aktiver, passiver og finansielle stilling pr. 31.12.2002 samt af resultatet af selskabets aktiviteter for regnskabsåret 2002 i overensstemmelse med årsregnskabsloven.

Birkerød, den 28. februar 2003

## Deloitte & Touche
Statsautoriseret Revisionsaktieselskab

Nils Østergaard                    Peter Skov Hansen
statsautoriseret revisor          statsautoriseret revisor

HIMPP A/S                                                                                                          4

# Ledelsesberetning

## Hovedaktivitet

Selskabets formål er at virke som komplementar i K/S HIMPP.

## Udvikling i aktiviteter og økonomiske forhold

Årets resultat blev et overskud på 75 t.kr. mod et underskud sidste år på (146) t.kr. Udviklingen i årets resultat
kan henføres til udviklingen i K/S HIMPP, hvori selskabet er komplementar samt øgede finansielle indtægter.

Indeværende års resultat i K/S HIMPP er væsentligt påvirket af ekstraordinære engangsindtægter. For 2003
forventes selskabets andel af resultatet for K/S HIMPP at blive et lille underskud.

## Ændring i anvendt regnskabspraksis som følge af ny årsregnskabslov

Selskabets anvendte regnskabspraksis er ikke ændret som følge af den nye årsregnskabslov.

## Begivenheder efter regnskabsårets afslutning

Der er fra balancedagen og frem til i dag ikke indtrådt forhold, som forrykker vurderingen af årsrapporten.

# Anvendt regnskabspraksis

Årsrapporten er aflagt i overensstemmelse med årsregnskabslovens bestemmelser for regnskabsklasse B. End-videre er tilvalgt reglerne fra regnskabsklasse C om måling af kapitalandele i dattervirksomheder i henhold til indre værdis metode (equity-metoden), hvilket er i overensstemmelse med tidligere års regnskabspraksis.

## Generelt om indregning og måling

Aktiver indregnes i balancen, når det er sandsynligt, at fremtidige økonomiske fordele vil tilflyde selskabet, og aktivets værdi kan måles pålideligt.

Forpligtelser indregnes i balancen, når selskabet som følge af en tidligere begivenhed har en retlig eller faktisk forpligtelse og det er sandsynligt, at fremtidige økonomiske fordele vil fragå selskabet, og forpligtelsens værdi kan måles pålideligt.

Ved første indregning måles aktiver og forpligtelser til kostpris. Måling efter første indregning sker som be-skrevet for hver enkelt regnskabspost nedenfor.

Ved indregning og måling tages hensyn til forudsigelige risici og tab, der fremkommer inden årsrapporten aflægges, og som be- eller afkræfter forhold, der eksisterede på balancedagen.

I resultatopgørelsen indregnes indtægter i takt med, at de indtjenes, mens omkostninger indregnes med de beløb, der vedrører regnskabsåret. Værdireguleringer af finansielle aktiver og forpligtelser indregnes i resultatopgørel-sen som finansielle indtægter eller finansielle omkostninger.

## Resultatopgørelsen

### Andre eksterne omkostninger

Andre eksterne omkostninger omfatter omkostninger til administration mv.

### Skat

Årets skat, som består af årets aktuelle skat og ændring af udskudt skat, indregnes i resultatopgørelsen med den del, der kan henføres til årets resultat, og direkte på egenkapitalen med den del, der kan henføres til posteringer direkte på egenkapitalen.

Aktuelle skatteforpligtelser, henholdsvis tilgodehavende aktuel skat, indregnes i balancen opgjort som beregnet skat af årets skattepligtige indkomst, reguleret for betalt acontoskat.

# Anvendt regnskabspraksis

Udskudt skat indregnes og måles efter den balanceorienterede gældsmetode af alle midlertidige forskelle mellem regnskabsmæssige og skattemæssige værdier af aktiver og forpligtelser.

Udskudte skatteaktiver, herunder skatteværdien af fremførselsberettigede skattemæssige underskud, indregnes i balancen med den værdi, hvortil aktivet forventes at kunne realiseres, enten ved modregning i udskudte skatteforpligtelser eller som nettoaktiver.

## Balancen
### Kapitalandel i associeret virksomhed
Kapitalandel i associeret virksomhed indregnes og måles efter den indre værdis metode (equity-metoden). Dette indebærer, at kapitalandelene i balancen måles til den forholdsmæssige andel af virksomhedernes regnskabsmæssige indre værdi med tillæg af uafskrevet koncerngoodwill og med fradrag eller tillæg af urealiserede koncerninterne fortjenester og tab. I resultatopgørelsen indregnes selskabets andel af virksomhedernes resultat efter eliminering af urealiserede koncerninterne fortjenester og tab og med fradrag af afskrivning på koncerngoodwill.

Nettoopskrivning af kapitalandel i associeret virksomheder overføres til reserve for nettoopskrivning af kapitalandele i det omfang, den regnskabsmæssige værdi overstiger kostprisen.

### Tilgodehavender
Tilgodehavender måles til amortiseret kostpris, der sædvanligvis svarer til nominel værdi, med fradrag af nedskrivninger til imødegåelse af forventede tab.

### Egenkapital
Udbytte indregnes som en gældsforpligtelse på tidspunktet for vedtagelse på generalforsamlingen. Det foreslåede udbytte for regnskabsåret vises som en særskilt post under egenkapitalen.

### Omregning af fremmed valuta
Transaktioner i fremmed valuta omregnes ved første indregning til transaktionsdagens kurs. Tilgodehavender, gældsforpligtelser og andre monetære poster i fremmed valuta, som ikke er afregnet på balancedagen, omregnes til balancedagens valutakurs. Valutakursdifferencer, der opstår mellem transaktionsdagens kurs og kursen på betalingsdagen, henholdsvis balancedagens kurs, indregnes i resultatopgørelsen som finansielle poster.

## Resultatopgørelse for 2002

| | Note | 2002 kr. | 2001 t.kr. |
|---|---|---|---|
| Personaleomkostninger | 1 | 0 | 0 |
| Andre eksterne omkostninger | | (62.756) | (43) |
| **Driftsresultat** | | **(62.756)** | **(43)** |
| | | | |
| Resultat før skat i associeret virksomhed | 2 | 69.794 | (103) |
| **Resultat før finansielle indtægter** | | **7.038** | **(103)** |
| | | | |
| Andre finansielle indtægter | 3 | 71.757 | 0 |
| **Resultat før skat** | | **78.795** | **(103)** |
| | | | |
| Skat af årets resultat | 4 | (4.110) | 0 |
| **Årets resultat** | | **74.685** | **(146)** |

**Forslag til resultatdisponering**

| | |
|---|---|
| Udbytte for regnskabsåret | 0 |
| Overført til næste år | 74.685 |
| | 74.685 |

HIMPP A/S                                                                                              8

## Balance pr. 31.12.2002

|  | Note | 2002 kr. | 2001 t.kr. |
|---|---|---|---|
| Kapitalandel i associeret virksomhed | 5 | 70.447 | (269) |
| **Finansielle anlægsaktiver** |  | 70.447 | (269) |
| **Anlægsaktiver** |  | 70.447 | (269) |
| Tilgodehavende hos associeret virksomhed |  | 1.614.505 | 1.327 |
| **Tilgodehavender** |  | 1.614.505 | 1.327 |
| **Omsætningsaktiver** |  | 1.614.505 | 1.327 |
| **Aktiver** |  | 1.684.952 | 1.058 |

HIMPP A/S                                                                                      9

## Balance pr. 31.12.2002

| | Note | 2002 kr. | 2001 t.kr. |
|---|---|---|---|
| Aktiekapital | 6 | 2.200.000 | 2.000 |
| Reserve for nettoopskrivning af kapitalandele | 7 | 345.974 | 0 |
| Overført resultat | 8 | (894.132) | (969) |
| **Egenkapital** | | **1.651.842** | **1.031** |
| | | | |
| Selskabsskat | 4 | 4.110 | 0 |
| Anden gæld | | 29.000 | 27 |
| Kortfristede gældsforpligtelser | | **33.110** | **27** |
| | | | |
| **Gældsforpligtelser** | | **33.110** | **27** |
| | | | |
| **Passiver** | | **1.684.952** | **1.058** |

Pantsætninger, kautions- og eventualforpligtelser mv.                    9

HIMPP A/S _____ 10

## Noter

### 1. Personaleomkostninger

Selskabet har i indeværende regnskabsperiode ikke beskæftiget personale.

|  | 2002 kr. | 2001 t.kr. |
|---|---|---|
| **2. Resultat før skat i associeret virksomhed** | | |
| Resultat i alt før skat | 8.445.545 | (12.432) |
| | | |
| HIMPP A/S' andel (0,82645%) | 69.794 | (103) |
| | | |
| **3. Andre finansielle indtægter** | | |
| Renter af mellemregning med K/S HIMPP | 71.757 | 0 |
| | 71.757 | 0 |
| | | |
| **4. Skat af årets resultat** | | |
| Aktuel skat | 4.110 | 0 |
| Ændring af udskudt skat | 0 | 0 |
| Regulering vedrørende tidligere år | 0 | 0 |
| | 4.110 | 0 |

HIMPP A/S                                                                 11

# Noter

|  | Kapitalandel i associeret virksomhed kr. |
|---|---|
| **5. Finansielle anlægsaktiver** | |
| Kostpris 01.01.2002 | 855.750 |
| **Kostpris 31.12.2002** | **855.750** |
| | |
| Underskudsandel 01.01.2002 | (737.181) |
| Overskudsandel 2002 | 69.794 |
| | **(667.387)** |
| | |
| Udlodning 01.01.2002 | (387.936) |
| Udlodning i 2002 | (75.954) |
| | **(463.890)** |
| | |
| Opskrivning 01.01.2002 | 0 |
| Opskrivning | 345.974 |
| | **345.974** |
| | |
| **Regnskabsmæssig værdi 31.12.2002** | **70.447** |

Kapitalandel i associeret virksomhed omfatter:
K/S HIMPP, 0,82645%

|  | Kr. |
|---|---|

## 6. Aktiekapital
Aktiekapitalen består af aktier a 1.000 kr. eller multipla heraf. Aktierne er ikke opdelt i klasser.

| Ændring i aktiekapitalen i perioden 01.01- 31.12.2002: | |
|---|---|
| Aktiekapital 01.01.2002 | 2.000.000 |
| Tilgang | 200.000 |
| **Aktiekapital 31.12.2002** | **2.200.000** |

HIMPP A/S                                                                                           12

# Noter

|                                                        | 2002<br>kr. |
|--------------------------------------------------------|-------------|
| **7. Reserve for nettoopskrivning af kapitalandele**   |             |
| Saldo 01.01.2002                                       | 00          |
| Tilgang                                                | 345.9740    |
|                                                        | **345.974** |

## 8. Overført resultat

| | |
|---|---|
| Overført resultat 01.01.2002 | (968.817) |
| Årets resultat | 74.685 |
| **Overført resultat 31.12.2002** | **(894.132)** |

## 9. Pantsætninger, kautions- og eventualforpligtelser

HIMPP A/S hæfter som komplementar for eventuel gæld i K/S HIMPP.

## 10. Aktionærforhold

Følgende aktionærer ejer mere end 5% af selskabets aktiekapital:

GN ReSound a/s, Taastrup
Phonak AG, Stäfa, Schweiz
William Demant Holding A/S
Widex A/S, Værløse
Starkey Laboratories Inc., Eden Prairie, Minnesota, USA
GN ReSound Corporation, Red Wood City, Californien, USA
Beltone Electronics Corporation, USA
Unitron Industries Ltd., Ontario, Canada
Sonic Innovations, Inc., USA
Rion Co. Ltd., Japan
Siemens Audiologische Technik GmbH, Tyskland