# Exhibit 5



US005706352A

## United States Patent [19]
### Engebretson et al.

[11] Patent Number: 5,706,352
[45] Date of Patent: Jan. 6, 1998

[54] **ADAPTIVE GAIN AND FILTERING CIRCUIT FOR A SOUND REPRODUCTION SYSTEM**

[75] Inventors: **A. Maynard Engebretson**, Ladue, Mo.; **Michael P. O'Connell**, Somerville, Mass.

[73] Assignee: **K/S HIMPP**, Vaerloese, Denmark

[21] Appl. No.: **44,246**

[22] Filed: **Apr. 7, 1993**

[51] Int. Cl.⁶ ................................................. **H04R 25/00**
[52] U.S. Cl. ........................... **381/684**; 381/68; 381/68.2; 381/106
[58] Field of Search ........................... 381/68, 68.2, 68.4, 381/106, 98, 103, 107; 333/14

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,803,357 | 4/1974 | Sacks | 179/1 P |
| 3,818,149 | 6/1974 | Stearns et al. | 179/107 FD |
| 4,118,604 | 10/1978 | Yanick | 179/107 FD |
| 4,135,590 | 1/1979 | Gaulder | 179/1 P |
| 4,185,168 | 1/1980 | Graupe et al. | 179/1 P |
| 4,187,413 | 2/1980 | Moser | 179/107 FD |
| 4,227,046 | 10/1980 | Nakajima et al. | 179/1 SD |
| 4,384,276 | 5/1983 | Kelley et al. | 340/347 DA |
| 4,405,831 | 9/1983 | Michelson | 179/1 P |
| 4,425,481 | 1/1984 | Mansgold et al. | 179/107 FD |
| 4,433,435 | 2/1984 | David | 381/94 |
| 4,451,820 | 5/1984 | Kapral | 340/347 DA |
| 4,508,940 | 4/1985 | Steeger | 179/107 FD |
| 4,513,279 | 4/1985 | Kapral | 340/347 DA |
| 4,630,302 | 12/1986 | Kryter | 381/68.4 |
| 4,680,798 | 7/1987 | Neumann | 381/68.4 |
| 4,731,850 | 3/1988 | Levitt et al. | 381/68.2 |
| 4,829,593 | 5/1989 | Hara | 371/345 |
| 4,988,900 | 1/1991 | Fensch | 307/494 |
| 5,083,312 | 1/1992 | Newton | 381/68.4 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO 8908353 | 2/1988 | WIPO | H04B 1/64 |

#### OTHER PUBLICATIONS

Braida et al., "Review of Recent Research on Multiband Amplitude Compression for the Hearing Impaired", 1982 pp. 133–140.

Yanick, Jr., "Improvement in Speech Discrimination with Compression vs. Linear Amplification", *Journal of Auditory Research*, No. 13, 1973, pp. 333–338.

Villchur, "Signal Processing to Improve Speech Intelligibility in Perceptive Deafness", *The Journal of The Acoustical Society of America*, vol. 53, No. 6, 1973, pp. 1646–1657.

Braida et al., "Hearing Aids—A Review of Past Research on Linear Amplification, Amplitude Compression, and Frequency Lowering", ASHA Monographs, No. 19, Apr. 1979, pp. vii–115.

Lim et al., "Enhancement and Bandwidth Compression of Noisy Speech", *Proceedings of the IEEE*, vol. 67, No. 12, Dec. 1979, pp. 1586–1604.

Lippmann et al., "Study of Multichannel Amplitude Compression and Linear Amplification for Persons with Sensorineural Hearing Loss", *The Journal of The Acoustical Society of America*, vol. 69, No. 2, Feb. 1981, pp. 524–534.

(List continued on next page.)

*Primary Examiner*—Sinh Tran
*Attorney, Agent, or Firm*—Senniger, Powers, Leavitt & Roedel

[57] **ABSTRACT**

Adaptive compressive gain and level dependent spectral shaping circuitry for a hearing aid include a microphone to produce an input signal and a plurality of channels connected to a common circuit output. Each channel has a preset frequency response. Each channel includes a filter with a preset frequency response to receive the input signal and to produce a filtered signal, a channel amplifier to amplify the filtered signal to produce a channel output signal, a threshold register to establish a channel threshold level, and a gain circuit. The gain circuit increases the gain of the channel amplifier when the channel output signal falls below the channel threshold level and decreases the gain of the channel amplifier when the channel output signal rises above the channel threshold level. A transducer produces sound in response to the signal passed by the common circuit output.

**50 Claims, 6 Drawing Sheets**

