## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | ) ) ) | |
| | ) | C.A. NO. 05-422 (GMS) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SONIC INNOVATIONS, INC, | ) | |
| PHONAK AG, | ) | |
| PHONAK INC., | ) | |
| PHONAK LLC, | ) | |
| UNITRON HEARING, INC., | ) | LETTER OF REQUEST |
| UNITRON HEARING, LTD., | ) | |
| WILLIAM DEMANT HOLDING A/S, | ) | K/S HIMPP |
| OTICON A/S, | ) | |
| OTICON INC., | ) | |
| WIDEX A/S, | ) | |
| WIDEX HEARING AID CO. INC, | ) | |
| GN RESOUND A/S, | ) | |
| GN RESOUND CORPORATION, | ) | |
| STARKEY LABORATORIES, INC., | ) | |
| GENNUM CORPORATION, | ) | |
| RESISTANCE TECHNOLOGY INC., | ) | |
| BERNAFON AG, | ) | |
| WDH, INC., AND | ) | |
| BERNAFON, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## REQUEST FOR INTERNATIONAL ASSISTANCE PURSUANT TO THE
## HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF
## EVIDENCE IN CIVIL OR COMMERCIAL MATTERS

From the United States District Court for the District of Delaware, Wilmington, Delaware, United States, to the Danish Ministry of Justice, Copenhagen, Denmark.

**I.**

| | | |
|---|---|---|
| 1. | Sender: | Office of the Clerk<br>United States District Court for the District of<br>Delaware<br>844 North King Street<br>Lockbox 18<br>Wilmington, DE 19801<br>U.S.A.<br><br>Telephone: 302-573-6170 |
| 2. | Central Authority of the Requested State: | Danish Ministry of Justice (Justitsministeriet)<br>Slotsholmsgade 10<br>1216 Copenhagen K<br>Denmark<br><br>Telephone: 45-3392-3340<br>Fax: 45-3393-3510 |
| 3. | A copy of the executed request should be returned to Danish counsel for Plaintiff, Energy Transportation Group ("ETG"): | Asger Heine Jensen,<br>Attorney-at-law, LL.M.<br>DELACOUR<br>Hammerensgade 1<br>DK-1267 Copenhagen K<br>Tel.: ++45 7011 1122 (switchboard)<br>Tel.: ++45 3345 8520 (direct)<br>Fax: ++45 7011 1133 |

**II.**

4.   In conformity with Article 3 of the Convention, the undersigned applicant has the honor to submit the following request:

| | | | |
|---|---|---|---|
| 5. | a. | Requesting judicial authority: | United States District Court for the District of<br>Delaware<br>844 North King Street<br>Lockbox 18<br>Wilmington, DE 19801<br>U.S.A. |
| | b. | To the competent authority of: | The Kingdom of Denmark |

6.    a.    <u>Plaintiff</u>                                        <u>Representatives:</u>

                                                             Brian M. Buroker
Energy Transportation Group, Inc.                            Thomas J. Scott, Jr.
654 Madison Avenue, Suite 1705                               Robert L. Kinder
New York, NY  10021                                          Hunton & Williams LLP
                                                             1900 K Street, N.W.; Suite 1200
                                                             Washington, DC 20006

                                                             (T) (202) 955-1500
                                                             (F) (202) 778-2201

---

      b.    <u>Defendants:</u>                                     <u>Representatives:</u>

                                                             Richard L. Horwitz
                                                             David E. Moore
(i)                                                          Potter Anderson & Corroon, LLP
Sonic Innovations, Inc.                                      1313 N. Market St.
2795 E. Cottonwood Pkwy Ste 660                              P.O. Box 951
Salt Lake City, UT  84121                                    Wilmington, DE 19899-0951


                                                             Brett L. Foster
                                                             L. Grant Foster
                                                             HOLLAND & HART
                                                             60 East South Temple; Suite 2000
                                                             Salt Lake City, UT  84111

------------------------------------------    ---------------------------------------------

(ii)
Phonak AG
Laubistrutistrasse 28                                        Thomas C. Grimm
CH 8712 Stafa, Switzerland                                   Leslie A. Polizoti
                                                             Morris, Nichols, Arsht & Tunnell,
                                                             1201 North Market Street
                                                             P.O. Box 1347
(iii)                                                        Wilmington, Delaware 19899-1347
Phonak, LLC
4520 Weaver Pkwy
Warrenville, IL 60555-3927
                                                             James R. Sobieraj
                                                             Meredith Martin Addy
                                                             David H. Bluestone
(iv)                                                         Robert G. Pluta
Unitron Hearing, Inc.                                        Brinks Hofer Gilson & Lione
2300 Berkshire Lane North

Plymouth MN 55441

(v)
Unitron Hearing Ltd.
20 Beasley Drive
Kitchener Ontario Canada N2G4X1

NBC Tower
455 N. Cityfront Plaza Drive
Suite 3600
Chicago, IL 60611-5599

-------------------------------------------------    -------------------------------------------------

(vi)
William Demant Holding A/S
Strandvejen 58
2900 Hellerup, Denmark

(vii)
Oticon A/S
Strandvejen 58
2900 Hellerup, Denmark

(viii)
Oticon, Inc.
29 Schoolhouse Road
P.O. Box 6724
Somerset, New Jersey

(ix)
Bernafon AG
Morgenstrasse 131
3018 Berne, Switzerland

(x)
Bernafon, LLC
200 Cottontail Lane, Bldg. B
Somerset, NJ 08873

(xi)
WDH, Inc.
200 Cottontail Lane, Bldg. B
Somerset, NJ 08873

N. Richard Powers
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

John Romary
C. Gregory Gramenopoulos
Finnegan Henderson Farabow Garrett &
Dunner
901 New York Avenue, NW
Washington, DC 20001-4413

-------------------------------------------------    -------------------------------------------------

#8257104 v1

(xii)
Widex A/S
Ny Vestergaardsvej 25
3500 Vaerloese, Denmark

(xiii)
Widex Hearing Aid Co., Inc.
3553 24th St.
Long Island City, NY 11106

Donald E. Reid
Morris, Nichols, Arsht & Tunnell,
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

William H. Mandir
David J. Cushing
Sughrue Mion
2100 Pennsylvania Ave., N.W.
Washington, DC 20037

-------------------------------------------------

-------------------------------------------------
(xiv)
GN Resound A/S
Markaevej 2A,
P.O. Box 224
DK 2630 Tastrup, Denmark

(xv)
GN Resound Corporation
8001 Bloomington Freeway
Bloomington, MN 55420

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell,
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

Kenneth Herman
William McCabe
Ropes & Gray
1251 Avenue of the Americas
New York, NY 10020

-------------------------------------------------

-------------------------------------------------
(xvi)
Starkey Laboratories, Inc.
6700 Washington Ave. S.
Eden Prairie, MN 55344

Mary Matterer
Richard K. Herrmann
Amy Arnott Quinlan
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
PO Box 2306
Wilmington, DE 19899-2306

Steven Reitenour
Richard G. Morgan
Bowman & Brooke
Suite 2600
150 S. Fifth Street
Minneapolis, MN 55402
-------------------------------------------------

-------------------------------------------------

-5-

(xvii)
Gennum Corporation
970 Frasier Dr.,
Burlington, ON, L7L 5P5
Canada

Mary B. Graham
James Walter Parrett, Jr.
Morris, Nichols, Arsht & Tunnell,
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

Robert B. Kahrl
David B. Cochran
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114

-------------------------------------------------

(xviii)
Resistance Technology Inc.
1260 Red Fox Rd.
Arden Hills, MN 55112-6944

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

Jeffrey Shewchuk
Shewchuk IP Services
533 77th Street West
Eagan, MN 55121

7.    Nature and Purpose of this Proceeding and Summary of the Facts

This is a patent infringement case.  Plaintiff Energy Transportation Group, Inc. ("ETG")

has asserted claims against the Defendants for infringement and/or inducement of infringement

of two patents pertaining to the field of programmable hearing aids.  The factual statements in

this Section 7 are based on the representations of ETG.  By not objecting to this discovery

Defendants are not indicating that they agree with these factual statements and they are not

bound by them in this action.

The two United States Patents involved in this action are:  U.S. Patent Nos. 4,731,850

(Programmable Digital Hearing Aid System) and 4,879,749 (Host Controller For Programmable

Digital Hearing Aid System), both of which are assigned to Plaintiff, ETG.  Collectively, these

are the patents in suit, or the asserted patents.

The Defendants collectively argue that their products do not infringe the two patents

asserted in this action.  Defendants also contend that the two patents are invalid pursuant to

United States law.

ETG is seeking documents and information in the exclusive control of HIMPP A/S and

K/S HIMPP, both of Denmark.  The documents and information are necessary for resolution of

the above captioned litigation within the jurisdiction of the United States District Court for the

District of Delaware.  Generally, the documents and information sought relate to the hearing aid

patent pooling arrangements and membership costs of HIMPP K/S, patent licensee records

involving hearing aid technology, and documents discussing, examining or evaluating United

States Patent No. 4,731,850 and United States Patent No. 4,879,749.  This information is

maintained by both HIMPP A/S and K/S HIMPP within Denmark.

K/S HIMPP is a limited partnership organized under the laws of Denmark.  The principal

place of business of K/S HIMPP is Ny Vestergårdsvej 25, 3500 Værløse, Denmark.  Another

#8257104 v1

organization, HIMPP A/S, is a general partner in K/S HIMPP.  HIMPP A/S lists its principal

place of business also as Ny Vestergårdsvej 25, 3500 Værløse, Denmark.  "HIMPP" refers to the

"Hearing Implementation Manufacturers Patent Partnership."  K/S HIMPP was formed in 1996

for the purpose of pooling patents involving hearing aid technology.  Several of the Defendants

in the action currently pending in the United States District Court for the District of Delaware are

members of K/S HIMPP and HIMPP A/S (collectively "HIMPP").  Many of HIMPP's officers

or board members are also officers of one or more of the Defendants' organizations.    The

following hearing aid manufacturers are currently members of K/S HIMPP:

| | |
|---|---|
| GN ReSound Corporation | Unitron Hearing Inc. |
| Oticon A/S | Philips Hearing Technologies B.V. |
| Phonak AG | Siemens Audiologische Technik |
| Widex A/S | |
| Starkey Laboratories Inc. | |

K/S HIMPP controls the ownership and licensing of a large portfolio of patents in the field of

programmable and digital signal processing hearing aids.  Therefore, this technology is related to

the technology that is in dispute in the pending litigation in Delaware.  The purpose of K/S

HIMPP is to own a large patent portfolio and make it available to all interested hearing aid

manufacturers through membership in the partnership or through license.  Five other companies

also entered into a license agreement with K/S HIMPP, thereby acquiring rights to use the patent

portfolio of K/S HIMPP.

The object of HIMPP A/S is to function as the general partner of K/S HIMPP.  The

following entities are currently members or stake holders of HIMPP A/S:

| GN ReSound A/S | Unitron Industries Ltd. |
|---|---|
| GN ReSound Corporation | Siemens Audiologische Technik GmbH |
| William Demant Holding A/S | Beltone Electronics Corporation |
| Phonak AG | Sonic Innovations, Inc. |
| Widex A/S | Rion Co. Ltd. |
| Starkey Laboratories Inc. | |

It has been established by the United States District Court for the District of Delaware that justice cannot be done among the parties to the above action without the production of certain records currently in the possession of both K/S HIMPP and HIMPP A/S (collectively "HIMPP") in Denmark, and the examination, in Denmark, of Mr. Soren Eric Westermann, a representative of HIMPP, regarding his knowledge of these documents.

8.    <u>Evidence to be obtained or other judicial act to be performed:</u>

The United States District Court for the District of Delaware presents its compliments to the Danish Ministry of Justice, and requests its assistance in the following manner:

A.  Request for Documents

The United States District Court for the District of Delaware requests that the Danish Ministry of Justice, in the interests of justice and for the purpose of obtaining evidence in a judicial proceeding now being litigated in the United States District Court for the District of Delaware, causes by your proper and usual process and pursuant to Article 10 and all other terms and conditions of the Hague Evidence Convention, such orders to be entered as Danish law permits directing that the following documents be produced by K/S HIMPP for copying and inspection by counsel for the plaintiff, ETG, or, alternatively, directing that K/S HIMPP produce true copies of the following documents.

-9-

#8257104 v1

Documents and Things in the Possession of HIMPP:

(1)    Non-public documents and testimony pertaining to the formation and membership requirements of HIMPP.  Specifically, non-public documents addressing requirements for membership, costs and dues for membership, percentage of ownership of HIMPP, control and governance of HIMPP, and how HIMPP evaluates hearing aid patents for acquisition.

(2)    Documents and testimony from K/S HIMPP related to the licensing of K/S HIMPP's patent portfolio to both members and nonmembers of HIMPP.  Including all documents related to how HIMPP establishes a reasonable royalty rate for use of one or more patents in the K/S HIMPP patent portfolio, and how past and future royalty rates are calculated.

(3)    Documents and testimony from K/S HIMPP relating to past discussions, examinations, prosecution histories and/or considerations given to the two patents in suit (United States Patent Nos. 4,731,850, and 4,879,749).  HIMPP, and its officers or directors, had knowledge of the two patents in suit and evaluated the patents for potential acquisition in or around the 1995 to 1998 timeframe.

B.    Testimony of Mr. Soren Eric Westermann

Mr. Soren Eric Westermann is and has been for several years the Research manager and the sole member of the management board of HIMPP A/S.  ETG seeks to receive the testimony of Mr. Westermann in Denmark pursuant to the Hague Convention on Evidence in his role as Research Manager and sole management board member of HIMPP A/S.  ETG contends that Mr.

Westermann, in his current position, has knowledge of documents and things in the exclusive possession of HIMPP regarding the three areas discussed above.

The time period for the documents and testimony requested above shall be limited to documents and information in existence prior to June 23, 2005.

48257104 v1

| | | |
|---|---|---|
| 9. | Identity and address of persons to be examined: | i. Corporate Representative of K/S HIMPP<br><br>K/S HIMPP<br>Ny Vestergårdsvej 25<br>3500 Værløse<br>Denmark<br><br>Tlf.: 44355600 |
| 10. | Requested time and place of examination: | It is requested that all documents produced be made available to the parties herein within 28 days of service of this Letter of Request.<br><br>It is requested that the testimony to occur in a Danish Court be received shortly thereafter. |
| 11. | Statement of subject matter about which the witness is to be examined: | The witness, representative of K/S HIMPP will be examined regarding the documents and other evidence discussed in Section 8, above. |
| 12. | Documents or other property to be inspected: | It is requested that the appropriate records custodian of K/S HIMPP be ordered to produce true copies of the documents as described in Section 8, above, or, alternatively, to produce the same for copying and inspection, within 28 days of service of this Letter of Request. |
| 13. | Any requirement that the evidence be given on oath or affirmation and any special form to be used. | It is required that the documents produced be duly authenticated for use in these proceedings in the United States District Court for the District of Delaware. |
| 14. | Special methods or procedures to be followed: | None. |

-12-

#8257104 v1

| 15. | Request for notification of the time and place for the execution of the Letter of Request and identity and address of any person to be notified: | Brian M. Buroker<br>Hunton & Williams LLP<br>1900 K Street, N.W.; Suite 1200<br>Washington, DC 20006<br>USA<br>Phone: (202) 955-1894<br>Fax: (202) 857-3891 |
| | | |
| | | AND |
| | | |
| | | Asger Heine Jensen,<br>Attorney-at-law, LL.M.<br>DELACOUR<br>Hammerensgade 1<br>DK-1267 Copenhagen K<br>Tel.: ++45 7011 1122 (switchboard)<br>Tel.: ++45 3345 8520 (direct)<br>Fax: ++45 7011 1133 |
| | | |
| 16. | Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request: | Brian M. Buroker, or<br>Robert L. Kinder<br>Hunton & Williams LLP<br>1900 K Street, N.W.; Suite 1200<br>Washington, DC 20006<br>USA<br><br>Phone: (202) 955-1894<br>Fax: (202) 857-3891 |

#8257104 v1

17.  Specification of privilege or duty to refuse to give evidence under the law of the State of Origin:

With regard to all of the documents requested in Section 8 above, if K/S HIMPP contends that the contents of a document requested to be produced for inspection and copying are protected from disclosure by virtue of a privilege, it is intended and requested that K/S HIMPP shall nevertheless provide a description of the document in question which shall include, with respect to each document:

i.  Each privilege K/S HIMPP contends protects the document from disclosure;

ii.  Each and every fact upon which K/S HIMPP relies to support the claim of privilege;

iii.  An identification of the type of document (e.g., letter, memorandum, patent office action or response thereto, analysis, evaluation, notes, telefax, electronic mail or memorandum of telephone conversations);

iv.  The date of each document or when it was created;

v.  The author(s) of each document;

vi.  The person or persons to whom each document was directed;

vii.  The person or persons to whom copies of each document were supplied;

viii.  The person or persons who received or obtained copies of each document; and

ix.  The general subject matter of each document.

18.  The fees and costs incurred which are reimbursable under the second paragraph of Article 14 of the Hague Evidence Convention and the fees and costs in connection with the execution of this Letter of Request, for the service of process necessary to secure the documents requested will be borne by:

Plaintiff

Energy Transportation Group, Inc.
654 Madison Avenue, Suite 1705
New York, NY  10021

-14-

#8257104 v1

19.    Pursuant to Article 9 of the Convention, it is respectfully requested that this Letter of Request be executed expeditiously.

20.    Date of Request:        _____

21.    Signature and seal of the requesting Authority:        The Honorable Gregory M. Sleet
Judge of the United States District Court
for the District of Delaware

By: _____

United States District Court Judge

SEAL :



FILED

JAN 17 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

-15-

#8257104 v1