IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-422 (GMS) |
| | ) | |
| SONIC INNOVATIONS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS WIDEX A/S AND WIDEX HEARING AID CO. INC.'S FIRST NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6)

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30(b)(6), Defendants Widex A/S and Widex Hearing Aid Co., Inc. shall take the deposition upon oral examination under oath of Plaintiff Energy Transportation Group, Inc. beginning at 9:00 a.m., on the 16th day of February, 2007, and continuing from day to day until completed, in the offices of Ropes & Gray, 1211 Avenue of the Americas, New York, NY 10020, or at such other time and place as may be agreed upon by counsel. The deposition will be recorded by stenographic means and may be videotaped, and is being taken for the purposes of discovery, for use at trial, and for such other purposes as permitted under the Federal Rules of Civil Procedure.

In accordance with Rule 30(b)(6), Energy Transportation Group, Inc. shall designate one or more officers, directors, managing agents, or other persons to testify on its behalf concerning the matters set forth in Attachment A hereto. Plaintiff is requested to identify the persons who will testify at the deposition by no later than February 2, 2007.

OF COUNSEL:

SUGHRUE MION PLC
William H. Mandir
David J. Cushing
Carl J. Pellegrini
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 293-7600

December 18, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jason Cincilla

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 575-7219
  Attorneys for Defendants
  Widex A/S and Widex Hearing Aid Co.

Dated: January 17, 2007

## ATTACHMENT A

## MATTERS ON WHICH EXAMINATION IS REQUESTED

1. The making and conception of the invention of each claim in the patents in suit, including the dates of conception, all facts that support the conception, all documents that support the conception, the identity of all persons that were involved in the conception, the individual contributions of the persons that were involved in the conception and all persons and documents that can corroborate the conception.

2. All activities related to the reduction to practice and testing of the invention of each claim in the patents in suit, including the dates of the reduction to practice, all facts that support the reduction to practice, a description of all prototypes and experimental prototypes, all documents that support the reduction to practice, the identity of all persons that were involved in the reduction to practice and all persons, the contributions of all persons that were involved in the reduction to practice and all persons and documents that can corroborate the reduction to practice.

3. All facts that support any diligence from the conception of each claim of the patents in suit to a reduction to practice and to the filing date of the patents in suit, including all documents that support any diligence, and the identity of all persons that were involved in any diligence and all persons and documents that can corroborate any diligence.

4. All sales and offers for sale of any invention claimed in the patents in suit, including the "certain prototype products that were produced from about 1985" and "certain experimental prototype products" identified in ETG's interrogatory answers that

have used the inventions of the claims of the patents in suit and were produced from about 1985.

5. All efforts and attempts, including those of Audimax, to "commercialize a hearing aid product, including, but not limited to, cooperation with existing hearing aid companies, from about 1985" as described in ETG's interrogatory answers.

6. Activities related to the development, preparation and filing of the applications that led to the patents in suit.

7. All facts given in ETG's answer to interrogatory No. 1.

8. All facts given in ETG's answer to interrogatory No. 2.

9. All facts given in ETG's answer to interrogatory No. 3.

## **CERTIFICATE OF SERVICE**

I, Jason A. Cincilla, hereby certify that on January 17, 2007, Defendants Widex A/S and Widex Hearing Aid Co., Inc.'s First Notice of Deposition Pursuant To Rule 30(b)(6) was served via electronic mail on January 17, 2007 upon the following parties:

| | |
|---|---|
| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson<br>THE BAYARD FIRM<br>**tjohnson@bayardfirm.com** |
| | Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>**bburoker@hunton.com**<br>**etg&hunton.com** |
| REPRESENTING GENNUM CORPORATION | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com** |
| | Thomas R. Goots<br>JONES DAY<br>**trgoots@jonesday.com** |
| REPRESENTING GN RESOUND A/S AND GN HEARING CARE CORPORATION | Jack B. Blumenfeld<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**jblumenfeld@mnat.com** |
| | Maryellen E. Noreika<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mnoreika@mnat.com** |
| | Kenneth B. Herman<br>ROPES & GRAY LLP<br>**kenneth.herman@ropesgray.com** |
| | William J. McCabe<br>ROPES & GRAY LLP<br>**william.mccabe@ropesgray.com** |
| | Jeffrey D. Mullen<br>ROPES & GRAY LLP<br>**jeffrey.mullen@ropesgray.com** |
| REPRESENTING PHONAK AG, PHONAK INC., PHONAK, LLC, UNITRON HEARING LTD., AND UNITRON HEARING, INC. | Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**tgrimm@mnat.com** |

| | |
|---|---|
| REPRESENTING RESISTANCE TECHNOLOGY INC. | Barry M. Klayman<br>WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP<br>**bklayman@wolfblock.com** |
| | Jeffrey D. Shewchuk<br>SHEWCHUK IP SERVICES, LLP<br>**jdshewchuk@comcast.net** |
| REPRESENTING SONIC INNOVATIONS, INC. | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>**sonicnet@potteranderson.com** |
| REPRESENTING STARKEY LABORATORIES, INC. | Richard K. Herrmann<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**rherrmann@morrisjames.com** |
| | Mary B. Matterer<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**mmatterer@morrisjames.com** |
| REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC | James D. Heisman<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>**jheisman@cblh.com** |
| | N. Richards Powers<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>**rpowers@cblh.com** |

The undersigned also hereby certifies that on January 17, 2007, true and correct copies of the foregoing were caused to be served by hand upon the following local counsel:

Edmond D. Johnson
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899

Thomas H. Kovach
PEPPER HAMILTON LLP
1313 North Market Street, Suite 5100
Wilmington, DE 19899

Thomas C. Grimm
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899

| | |
|---|---|
| Barry M. Klayman<br>WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP<br>Wilmington Trust Center<br>1100 North Market Street, Suite 1001<br>Wilmington, DE 19801 | Richard L. Horwitz<br>POTTER ANDERSON & CORROON, LLP<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19899 |
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494 | N. Richard Powers<br>CONNOLLY, BOVE, LODGE & HUTZ<br>1007 North Orange Street<br>Wilmington, DE 19899 |

/s/ Jason A. Cincilla
Jason A. Cincilla (#4232)

549388