IN THE UNITED STATES DISTRICT COURT
FOR THE DELAWARE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC. : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | NO. 05-422 |
| : | |
| SONIC INNOVATIONS, INC. ET AL. : | |
| : | |
| Defendants : | |
| : | |

## NOTICE OF SERVICE

I hereby certify that on December 29, 2006, copies of Plaintiff's Jurisdictional Requests for Production to William Demant Holding A/S, Plaintiff's Jurisdictional Interrogatories to William Demant Holding A/S and Plaintiff's Jurisdictional Requests for Production to Resistance Technology Inc. were served by email upon the following counsel via electronic mail and first class mail:

David E. Moore, Esquire
Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Richard K. Herrmann, Esquire
Mary Matterer, Esquire
Amy A. Quinlan, Esquire
Morris James Hitchens & Williams LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

Mary B. Graham, Esquire
James W. Parret, Jr. Esquire
Morris Nichols Arsht & Tunnell LLP
1201 Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

N. Richard Powers, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Barry M. Klayman , Esquire
Wolf Block Schorr and Solis-Cohen LLP
1100 North Market Street
Suite 1001
Wilmington, DE 19899

#8263184 v1

-2-

                                                      */s/*
Edmond D. Johnson (DE Bar No. 2257)
Thomas H. Kovach (DE Bar No. 3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500

Attorneys for Energy Transportation Group, Inc.

OF COUNSEL:

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006
(202) 955-1500

#8263184 v1