IN THE UNITED STATES DISTRICT COURT
FOR THE DELAWARE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC. : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | NO. 05-422 |
| : | |
| SONIC INNOVATIONS, INC. ET AL. : | |
| : | |
| Defendants : | |
| : | |

## NOTICE OF SERVICE

I hereby certify that on January 5, 2007, copies of Plaintiff's Objections and Answers to Defendants' First Set of Common Interrogatories and Plaintiff's Objections and Responses to Defendants' First Set of Common Document Requests were served by email upon the following counsel via electronic mail:

David E. Moore, Esquire
Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

Mary B. Graham, Esquire
James W. Parret, Jr. Esquire
Morris Nichols Arsht & Tunnell LLP
1201 Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

N. Richard Powers, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Richard K. Herrmann, Esquire
Mary Matterer, Esquire
Amy A. Quinlan, Esquire
Morris James Hitchens & Williams LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

Barry M. Klayman, Esquire
Wolf Block Schorr and Solis-Cohen LLP
1100 North Market Street
Suite 1001
Wilmington, DE 19899

#8263236 v1

-2-

*[signature]*
Edmond D. Johnson (DE Bar No. 2257)
Thomas H. Kovach (DE Bar No. 3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

Attorneys for Energy Transportation Group, Inc.

OF COUNSEL:

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006
(202) 955-1500