## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on January 18, 2007 a true and correct

copy of the foregoing Notice of Service was served via CM/ECF, upon the following:

David E. Moore, Esquire
Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

Mary B. Graham, Esquire
James W. Parret, Jr. Esquire
Morris Nichols Arsht & Tunnell LLP
1201 Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

N. Richard Powers, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Richard K. Herrmann, Esquire
Mary Matterer, Esquire
Amy A. Quinlan, Esquire
Morris James Hitchens & Williams LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

Barry M. Klayman , Esquire
Wolf Block Schorr and Solis-Cohen LLP
1100 North Market Street
Suite 1001
Wilmington, DE 19899

Edmond D. Johnson (DE Bar #2257)