IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC. : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | NO. 05-422 |
| : | |
| SONIC INNOVATIONS, INC. ET AL. : | |
| : | |
| Defendants : | |
| : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Edmond D. Johnson, Esquire of Pepper Hamilton LLP and formerly of The Bayard Firm, shall be substituted as counsel for Plaintiff, in place of The Bayard Firm.

Dated: January 18, 2007

                                                 Edmond D. Johnson (Del. Bar No. 2257)
                                                 PEPPER HAMILTON LLP
                                                 Hercules Plaza, Suite 5100
                                                 1313 N. Market Street
                                                 P.O. Box 1709
                                                 Wilmington, DE  19899-1709
                                                 (302) 777-6500
                                                 Attorneys for Plaintiff