IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONIC INNOVATIONS, INC., PHONAK AG, PHONAK, INC., PHONAK, LLC., UNITRON HEARING, INC., UNITRON HEARING LTD., WILLIAM DEMANT HOLDING A/S, OTICON A/S, OTICON INC., WIDEX A/S, WIDEX HEARING AID CO. INC., GN RESOUND A/S, GN RESOUND CORPORATION, STARKEY LABORATORIES, INC., GENNUM CORPORATION, RESISTANCE TECHNOLOGY INC., BERNAFON AG, WDH, INC. and BERNAFON, LLC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 05-422 (GMS) |

**NOTICE OF CHANGE OF ADDRESS FOR THE
<u>LAW FIRM OF ROPES & GRAY LLP</u>**

PLEASE TAKE NOTICE that effective January 22, 2007, the address of Ropes & Gray LLP, the law firm serving as of counsel of record for defendants GN ReSound A/S and GN ReSound Corporation, will be: 1211 Avenue of the Americas, New York, NY 10036. The telephone numbers of the firm will remain the same.

                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                  */s/ Maryellen Noreika*
                                  Jack B. Blumenfeld (#1014)
                                  Maryellen Noreika (#3208)
                                  1201 N. Market Street
                                  P.O. Box 1347
                                  Wilmington, DE 19899
                                  *Attorneys for Defendants GN ReSound A/S and*
                                  *GN ReSound Corporation*

*Of Counsel:*

Kenneth B. Herman
William J. McCabe
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

January 19, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 19, 2007, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on January 19, 2007 upon the following parties:

| | |
|---|---|
| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson<br>THE BAYARD FIRM<br>**tjohnson@bayardfirm.com** |
| | Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>**bburoker@hunton.com** |
| REPRESENTING GENNUM CORPORATION | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com** |
| | Thomas R. Goots<br>JONES DAY<br>**trgoots@jonesday.com** |
| REPRESENTING PHONAK AG, PHONAK INC., PHONAK, LLC, UNITRON HEARING LTD., AND UNITRON HEARING, INC. | Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**tgrimm@mnat.com** |
| | Leslie A. Polizoti<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**lpolizoti@mnat.com** |
| | James R. Sobieraj<br>BRINKS HOFER GILSON & LIONE<br>**jsobieraj@usebrinks.com** |
| | David H. Bluestone<br>BRINKS HOFER GILSON & LIONE<br>**dbluestone@usebrinks.com** |
| | Robert Pluta<br>BRINKS HOFER GILSON & LIONE<br>**rpluta@usebrinks.com** |
| | Meredith Addy<br>BRINKS HOFER GILSON & LIONE<br>**maddy@usebrinks.com** |

| | |
|---|---|
| REPRESENTING RESISTANCE TECHNOLOGY INC. | Barry M. Klayman<br>WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP<br>**bklayman@wolfblock.com** |
| | Jeffrey D. Shewchuk<br>SHEWCHUK IP SERVICES, LLP<br>**jdshewchuk@comcast.net** |
| REPRESENTING SONIC INNOVATIONS, INC. | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>**sonicnet@potteranderson.com** |
| | Brett L. Foster<br>HOLLAND & HART<br>**bfoster@iph2.com** |
| | L. Grant Foster<br>HOLLAND & HART<br>**gfoster@iph2.com** |
| REPRESENTING STARKEY LABORATORIES, INC. | Richard K. Herrmann<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**rherrmann@morrisjames.com** |
| | Mary B. Matterer<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**mmatterer@morrisjames.com** |
| | Richard G. Morgan<br>BOWMAN AND BROOKE LLP<br>**rick.morgan@msp.bowmanandbrooke.com** |
| | Steven L. Reitenour<br>BOWMAN AND BROOKE LLP<br>**steven.reitenour@msp.bowmanandbrooke.com** |
| REPRESENTING WIDEX A/S AND WIDEX HEARING AID CO. INC. | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**dreid@mnat.com** |
| | William H. Mandir<br>SUGHRUE MION PLC<br>**wmandir@sughrue.com** |
| | David J. Cushing<br>SUGHRUE MION PLC<br>**dcushing@sughrue.com** |
| | Carl J. Pellegrini<br>SUGHRUE MION PLC<br>**cpellegrini@sughrue.com** |

| | |
|---|---|
| REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC | James D. Heisman<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>**jheisman@cblh.com**<br><br>N. Richard Powers<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>**rpowers@cblh.com**<br><br>John M. Romary<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**john.romary@finnegan.com**<br><br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**gramenoc@finnegan.com** |

  */s/ Maryellen Noreika*
Maryellen Noreika (#3208)
mnoreika@mnat.com