# Pepper Hamilton LLP
##### Attorneys at Law

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

Edmond D. (Ted) Johnson
direct dial: 302.777.6539
johnsone@pepperlaw.com

February 5, 2007

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
   for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Re:   Energy Transportation Group, Inc. v. Sonic Innovations
      et al. C.A. No. 05-422 (GMS)

Dear Judge Sleet:

Concurrent herewith, I have filed the parties Proposed Scheduling Order in the referenced matter that has been modified to incorporate the changes referenced in the Court's Oral Order of January 29, 2007. In addition, the parties incorporated the appendix language from the Court's Oral Order of January 30, 2007 in the referenced matter so that everything related to the Markman hearing and briefing is located in this Order.

If the Court has any questions, counsel are available for consultation.

Respectfully,

Edmond D. Johnson (Del. Bar No. 2257)

EDJ
Enclosure
cc:   Mary B. Graham, Esquire (via electronic filing)
      Jack B. Blumenfeld, Esquire (via electronic filing)
      Thomas C. Grimm, Esquire (via electronic filing)
      Richard L. Horwitz, Esquire (via electronic filing)
      Mary B. Matterer, Esquire (via electronic filing)
      Donald E. Reid, Esquire (via electronic filing)
      N. Richards Powers, Esquire (via electronic filing)