IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-422 (GMS) |
| | ) |
| SONIC INNOVATIONS, INC., et. al., | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the certification, counsel, moves the admission *pro hac vice* of Maya M. Eckstein, Esquire, to represent on plaintiff Energy Transportation Group, Inc. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee *pro hac* admission for Ms. Eckstein is being submitted in connection with this motion.

Date: February 9, 2007

/s/ Edmond D. Johnson
Edmond D. Johnson (Del. Bar No. 2257)
Thomas H. Kovach (De. Bar No. 3964)
PEPPER HAMILTON LLP
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

*Attorneys for Energy Transportation Group, Inc.*

OF COUNSEL:

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006-1109

#8298918 v1

2

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

#8298918 v1