# **CERTIFICATE OF SERVICE**

I do hereby certify that on the 14th day of February 2007, I caused a true copy of the foregoing Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing Notice of Service were caused to be served via electronic service and by United States mail on February 14, 2007 upon the following counsel of record:

| | |
|---|---|
| N. Richard Powers<br>James D. Heisman (#2746)<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>N. Richards Powers (#494)<br>1007 North Orange Street<br>Wilmington, DE 19899 | Mary B. Graham (#2256)<br>James W. Parrett, Jr. (#4292)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |
| John M. Romary<br>C. Gregory Gramenopoulous<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER<br>901 New York Ave., N.W.<br>Washington, DC 20001-4413<br><br>*Attorneys for William Demant Holding A/S,<br>WDH Inc., Oticon A/S, Oticon, Inc.,<br>Bernafon AG, and Bernafon LLC* | Robert C. Kahrl<br>David B. Cochran<br>Thomas R. Goots<br>Isaac A. Molnar<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br><br>*Attorneys for Gennum Corporation* |

4

#8322444 v1

Jack B. Blumenfeld (#1014)
Maryellen E. Noreika (#3208)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Kenneth B. Herman
William J. McCabe
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020

*Attorneys for GN ReSound A/S and GN Hearing Care Corporation*

Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

James R. Sobieraj
David H. Bluestone
Robert Pluta
Meredith Addy
BRINKS HOFER GILSON & LIONE
NBC Tower
455 Cityfront Plaza Dr.; Suite 3600
Chicago, IL 60611

*Attorneys for Phonak Inc., Phonak LLC, Unitron Hearing Inc., and Unitron Hearing Ltd.*

Barry M. Klayman (#3676)
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP Wilmington Trust Center
1100 North Market St., Suite 1001
Wilmington, DE 19801

Jeffrey D. Shewchuk
SHEWCHUK IP SERVICES, LLP
533 77th Street West
Eagan, MN 55121

*Attorneys for Resistance Technology Inc.*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE

Brett L. Foster
L. Grant Foster
Donald Degnan
Bryan K. Hanks
HOLLAND & HART
60 East South Temple; Suite 2000
Salt Lake City, UT 84111

*Attorneys for Sonic Innovations, Inc.*

5

#8322444 v1

| | |
|---|---|
| Mary B. Matterer (#2696) <br> Amy Quinlan (#3021) <br> MORRIS, JAMES, HITCHENS & WILLIAMS <br> 222 Delaware Avenue, 10th Floor <br> Wilmington, DE 19899 <br><br> Richard Morgan <br> Steven Reitenour <br> BOWMAN AND BROOKE LLP <br> 150 S. Fifth St., Suite 2600 <br> Minneapolis, MN 55402 <br><br> *Attorneys for Starkey Laboratories, Inc.* | Donald E. Reid (#1058) <br> Jason A. Cincilla (#4232) <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> 1201 N. Market Street <br> Wilmington, DE 19899 <br><br> William H. Mandir <br> David J. Cushing <br> Carl J. Pellegrini <br> SUGHRUE MION PLC <br> 2100 Pennsylvania Ave., N.W. <br> Washington, DC 20037 <br><br> *Attorneys for Widex A/S and Widex Hearing Aid Co. Inc.* |

Edmond D. Johnson (No. 2257)