IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ENERGY TRANSPORTATION GROUP, INC.,          )
                                             )
                Plaintiff,                   )
                                             )
        v.                                   )          C.A. No. 05-422 (GMS)
                                             )
SONIC INNOVATIONS, INC., et. al.,            )
                                             )
                Defendants.                  )
                                             )

## NOTICE OF SERVICE

Plaintiff Energy Transportation Group Inc., by counsel, hereby certifies that true and

correct copies of:  Plaintiff Energy Transportation Group Inc.'s Objections and Responses to

Defendants' Second Set of Common Document Requests were caused to be served on February

16, 2007, via electronic service and by United States mail service upon the following counsel of

record:

N. Richards Powers (#494)                    Mary B. Graham (#2256)
James D. Heisman (#2746)                     James W. Parrett, Jr. (#4292)
CONNOLLY BOVE LODGE & HUTZ LLP               MORRIS, NICHOLS, ARSHT & TUNNELL LLP 1201
1007 North Orange Street                     North Market Street
Wilmington, DE 19899                         P.O. Box 1347
                                             Wilmington, DE 19899
John M. Romary
C. Gregory Gramenopoulous                    Robert C. Kahrl
FINNEGAN, HENDERSON, FARABOW,                David B. Cochran
GARRETT & DUNNER                             Thomas R. Goots
901 New York Ave., N.W.                      Isaac A. Molnar
Washington, DC 20001-4413                    JONES DAY
                                             North Point
*Attorneys for William Demant Holding A/S,*  901 Lakeside Avenue
*WDH Inc., Oticon A/S, Oticon, Inc.,*        Cleveland, OH 44114
*Bernafon AG, and Bernafon LLC*
                                             *Attorneys for Gennum Corporation*

#8333024 v1

Jack B. Blumenfeld (#1014)
Maryellen E. Noreika (#3208)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Kenneth B. Herman
William J. McCabe
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020

*Attorneys for GN ReSound A/S and
GN Hearing Care Corporation*

Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

James R. Sobieraj
David H. Bluestone
Robert Pluta
Meredith Addy
BRINKS HOFER GILSON & LIONE
NBC Tower
455 Cityfront Plaza Dr.; Suite 3600
Chicago, IL 60611

*Attorneys for Phonak Inc., Phonak LLC,
Unitron Hearing Inc., and Unitron Hearing
Ltd.*

Barry M. Klayman (#3676)
WOLF, BLOCK, SCHORR AND SOLIS-COHEN
LLP Wilmington Trust Center
1100 North Market St., Suite 1001
Wilmington, DE 19801

Jeffrey D. Shewchuk
SHEWCHUK IP SERVICES, LLP
533 77th Street West
Eagan, MN 55121

*Attorneys for Resistance Technology Inc.*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE

Brett L. Foster
L. Grant Foster
Donald Degnan
Bryan K. Hanks
HOLLAND & HART
60 East South Temple; Suite 2000
Salt Lake City, UT 84111

*Attorneys for Sonic Innovations, Inc.*

2

Mary B.Matterer (#2696)
Amy Quinlan (#3021)
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

Richard Morgan
Steven Reitenour
BOWMAN AND BROOKE LLP
150 S. Fifth St., Suite 2600
Minneapolis, MN 55402

*Attorneys for Starkey Laboratories, Inc.*

Date: February 16, 2007

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP 1201
N. Market Street
Wilmington, DE 19899

William H. Mandir
David J. Cushing
Carl J. Pellegrini
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC 20037

*Attorneys for Widex A/S and Widex
Hearing Aid Co. Inc.*

Edmond D. Johnson (No. 2257)
Thomas H. Kovach (No. 3964)
PEPPER HAMILTON LLP
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

*Attorneys for Energy Transportation Group, Inc.*

OF COUNSEL:

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006-1109
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: (804) 788-8788
Facsimile: (804) 343-4630

#8333024 v1