## CERTIFICATE OF SERVICE

I do hereby certify that on the 21st day of February 2007, I caused a true copy of the foregoing Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing Notice of Service were caused to be served via electronic service and by United States mail on February 21, 2007 upon the following counsel of record:

N. Richards Powers (#494)
James D. Heisman (#2746)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE 19899

John M. Romary
C. Gregory Gramenopoulous
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC 20001-4413

*Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Robert C. Kahrl
David B. Cochran
Thomas R. Goots
Isaac A. Molnar
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114

*Attorneys for Gennum Corporation*

4

#8349126 v1

| | |
|---|---|
| Jack B. Blumenfeld (#1014)<br>Maryellen E. Noreika (#3208)<br>MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br><br>Kenneth B. Herman<br>William J. McCabe<br>ROPES & GRAY LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br><br>*Attorneys for GN ReSound A/S and GN Hearing Care Corporation* | Thomas C. Grimm (#1098)<br>Leslie A. Polizoti (#4299)<br>MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19899<br><br>James R. Sobieraj<br>David H. Bluestone<br>Robert Pluta<br>Meredith Addy<br>BRINKS HOFER GILSON & LIONE<br>NBC Tower<br>455 Cityfront Plaza Dr.; Suite 3600<br>Chicago, IL 60611<br><br>*Attorneys for Phonak Inc., Phonak LLC, Unitron Hearing Inc., and Unitron Hearing Ltd.* |
| Barry M. Klayman (#3676)<br>WOLF, BLOCK, SCHORR<br>   AND SOLIS-COHEN LLP<br>Wilmington Trust Center<br>1100 North Market St., Suite 1001<br>Wilmington, DE 19801<br><br>Jeffrey D. Shewchuk<br>SHEWCHUK IP SERVICES, LLP<br>533 77th Street West<br>Eagan, MN 55121<br><br>*Attorneys for Resistance Technology Inc.* | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>POTTER ANDERSON & CORROON<br>1313 N. Market St.<br>Hercules Plaza, 6th Floor<br>Wilmington, DE<br><br>Brett L. Foster<br>L. Grant Foster<br>Donald Degnan<br>Bryan K. Hanks<br>HOLLAND & HART<br>60 East South Temple; Suite 2000<br>Salt Lake City, UT 84111<br><br>*Attorneys for Sonic Innovations, Inc.* |

| | |
|---|---|
| Mary B. Matterer (#2696)<br>Amy Quinlan (#3021)<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19899<br><br>Richard Morgan<br>Steven Reitenour<br>BOWMAN AND BROOKE LLP<br>150 S. Fifth St., Suite 2600<br>Minneapolis, MN 55402<br><br>*Attorneys for Starkey Laboratories, Inc.* | Donald E. Reid (#1058)<br>Jason A. Cincilla (#4232)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19899<br><br>William H. Mandir<br>David J. Cushing<br>Carl J. Pellegrini<br>SUGHRUE MION PLC<br>2100 Pennsylvania Ave., N.W.<br>Washington, DC 20037<br><br>*Attorneys for Widex A/S and Widex Hearing Aid Co. Inc.*<br><br>_____<br>Thomas H. Kovach (# 3964) |

6

#8349126 v1