IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SONIC INNOVATIONS, INC., et al., )<br>)<br>Defendants. )<br>) | C.A. No. 05-422 (GMS) |

**DEFENDANTS WIDEX A/S AND WIDEX HEARING AID CO. INC.'S
<u>NOTICE OF DEPOSITION OF RICHARD DUGOT</u>**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 45, Defendants Widex A/S and Widex Hearing Aid Co., Inc. shall take the deposition upon oral examination under oath of Richard S. Dugot beginning at 9:00 a.m., on the 28th day of March, 2007, and continuing from day to day until completed, in the offices of ROPES & GRAY, 1211 Avenue of the Americas, New York, NY 10020, or at such other time and place as may be agreed upon by counsel. The deposition will be recorded by stenographic means and may be videotaped, and is being taken for the purposes of discovery, for use at trial, and for such other purposes as permitted under the Federal Rules of Civil Procedure.

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

*s/ Jason A. Cincilla*
Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 N. Market Street
Wilmington, DE  19899

William H. Mandir
David J. Cushing
Carl J. Pellegrini
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC  20037

*Attorneys for Widex A/S*

Dated:  March 21, 2007