IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) ) ) Civil Action No. 05-CV-422 (GMS) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SONIC INNOVATIONS, INC., et al. | ) ) ) |
| Defendants. | ) |

### [PROPOSED] STIPULATION TO EXTEND THE SERVICE DATE OF CERTAIN DEFENDANTS' PRELIMINARY CLAIM CHARTS FROM APRIL 6, 2007 TO APRIL 13, 2007

Whereas Plaintiff Energy Transportation Group, Inc. ("ETG") and defendants, Widex A/S; Widex Hearing Aid Co., Inc.; GN Resound A/S; GN Resound Corporation; Starkey Laboratories, Inc; William Demant Holding A/S; Oticon A/S; Oticon Inc.; Bernafon AG; Bernafon, LLC; and WDH, Inc. (collectively referred to as "Defendants"), have agreed, subject to the approval of the Court, to extend the date on which Defendants shall serve their respective preliminary claim charts from April 6, 2007 until April 13, 2007; and,

Whereas the stipulating parties believe that such an extension will allow Defendants the opportunity to negotiate with ETG and further refine their preliminary claim charts and narrow the issues which the Court may ultimately be called upon to adjudicate and will also allow counsel for Defendants having technical personnel in Europe additional time to consult with their clients, who are unavailable due to the European Easter Holiday.

For good cause shown, IT IS SO ORDERED this _____ day of April, 2007.

_____
United States District Judge

Agreed as to form:

/s/Edmond D. Johnson
Edmond D. Johnson (#2257)
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P. O. Box 1709
Wilmington, DE 19899
johnsone@pepperlaw.com
(302) 777-6539
*Attorney for Plaintiffs*

/s/James D. Heisman
James D. Heisman (#2746)
N. Richard Powers (#494)
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
JHeisman@cblh.com
NPowers@cblh.com
(302) 658-9141
*Attorneys for Defendant William Demant Holding A/S, Oticon A/S, Oticon, Inc., Bernafon AG, Bernafon, LLC, and WDH, Inc.*

/s/Donald E. Reid
Donald E. Reid (#1058)
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
dreid@mnat.com
*Attorney for Defendant Widex A/S and Widex Hearing Aid Co. Inc.*

/s/Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jbbefiling@mnat.com
*Attorney for GN ReSound A/S and GN Hearing Care Corporation*

*/s/Mary Matterer*
Mary Matterer (#2696)
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Fax: (302) 571-1750
mmatterer@morrisjames.com
*Attorney for Defendant Starkey Laboratories, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on April 5, 2005, I electronically filed [PROPOSED] STIPULATION TO EXTEND THE SERVICE DATE OF CERTAIN DEFENDANTS' PRELIMINARY CLAIM CHARTS FROM APRIL 6, 2007 TO APRIL 13, 2007 with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson<br>PEPPER HAMILTON LLP<br>**johnsone@pepperlaw.com**<br><br>Thomas H. Kovach<br>PEPPER HAMILTON LLP<br>**kovacht@pepperlaw.com**<br><br>Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>**etg@hunton.com** |
| REPRESENTING GENNUM CORPORATION | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com;**<br>**mbgeservice@mnat.com**<br><br>Thomas R. Goots<br>JONES DAY<br>**trgoots@jonesday.com** |
| REPRESENTING GN RESOUND A/S AND GN HEARING CARE CORPORATION | Jack B. Blumenfeld<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**jblumenfeld@mnat.com**<br><br>Maryellen Noreika<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mnoreika@mnat.com**<br><br>Kenneth B. Herman<br>ROPES & GRAY LLP<br>**kenneth.herman@ropesgray.com**<br><br>William J. McCabe<br>ROPES & GRAY LLP<br>**william.mccabe@ropesgray.com**<br><br>Jeffrey D. Mullen<br>ROPES & GRAY LLP<br>**jeffrey.mullen@ropesgray.com** |

| | |
|---|---|
| REPRESENTING PHONAK AG, PHONAK INC., PHONAK, LLC, UNITRON HEARING LTD., AND UNITRON HEARING, INC. | Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**tgrimm@mnat.com**<br><br>Leslie A. Polizoti<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**lpolizoti@mnat.com**<br><br>James R. Sobieraj<br>BRINKS HOFER GILSON & LIONE<br>**jsobieraj@usebrinks.com**<br><br>David H. Bluestone<br>BRINKS HOFER GILSON & LIONE<br>**dbluestone@usebrinks.com** |
| REPRESENTING RESISTANCE TECHNOLOGY INC. | Barry M. Klayman<br>WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP<br>**bklayman@wolfblock.com**<br><br>Jeffrey D. Shewchuk<br>SHEWCHUK IP SERVICES, LLP<br>**jdshewchuk@comcast.net** |
| REPRESENTING SONIC INNOVATIONS, INC. | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>**sonicnet@potteranderson.com**<br><br>Brett L. Foster<br>HOLLAND AND HART LLP<br>**bfoster@hollandhart.com**<br><br>L. Grant Foster<br>HOLLAND AND HART LLP<br>**gfoster@hollandhart.com**<br><br>Donald Degnan<br>HOLLAND AND HART LLP<br>**ddegnan@hollandhart.com**<br><br>Bryan K. Hanks<br>HOLLAND AND HART LLP<br>**bkhanks@hollandhart.com** |

| | |
|---|---|
| REPRESENTING STARKEY LABORATORIES, INC. | Mary B. Matterer<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**mmatterer@morrisjames.com**<br><br>Amy A. Quinlan<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**aquinlan@morrisjames.com**<br><br>Steven L. Reitenour<br>BOWMAN AND BROOKE LLP<br>**steve.reitenour@bowmanandbrooke.com**<br><br>Richard G. Morgan<br>BOWMAN AND BROOKE LLP<br>**richard.morgan@bowmanandbrooke.com** |
| REPRESENTING WIDEX A/S AND WIDEX HEARING AID CO. INC. | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**dreid@mnat.com**<br><br>William H. Mandir<br>SUGHRUE MION PLC<br>**wmandir@sughrue.com**<br><br>David J. Cushing<br>SUGHRUE MION PLC<br>**dcushing@sughrue.com**<br><br>Carl J. Pellegrini<br>SUGHRUE MION PLC<br>**cpellegrini@sughrue.com** |
| | |

/s/ James D. Heisman
James D. Heisman (#2746)
N. Richard Powers (#494)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
(302) 658-9141
JHeisman@cblh.com
NPowers@cblh.com
*Attorneys for Defendant William Demant*
*Holding A/S, Oticon A/S, Oticon, Inc.,*
*Bernafon AG, Bernafon, LLC, and WDH, Inc.*

531611