IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., Plaintiff, | ) | |
| v. | ) | C.A. No. 05-422-GMS |
| SONIC INNOVATIONS, INC., *et al.*, Defendants. | ) | |

**NOTICE OF SERVICE**

I hereby certify that on April 9, 2007, copies of *(1) Phonak's Supplemental Responses to Interrogatory Nos. 3, 4, 5 and 7 of ETG's First Set of Common Interrogatories*, and *(2) Phonak's Supplemental Responses to Interrogatory Nos. 2 and 3 of ETG's First Set of Specific Interrogatories* were caused to be served upon counsel of record in the manner indicated:

**BY ELECTRONIC MAIL**

Edmond D. Johnson
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON, LLP
1313 North Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

James D. Heisman
N. Richard Powers
CONNOLLY, BOVE, LODGE & HUTZ
1007 North Orange Street
Wilmington, DE 19899

Jack B. Blumenfeld
Maryellen Noreika
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Donald E. Reid
Jason A. Cincilla
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Mary B. Graham
James W. Parrett, Jr.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Richard K. Herrmann
Mary Matterer
Amy Arnott Quinlan
MORRIS, JAMES, HITCHENS & WILLIAMS
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

Barry M. Klayman
WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
HUNTON & WILLIAMS LLP
1900 K. Street, N.W., Suite 1200
Washington, DC 20006

Brett L. Foster
L. Grant Foster
HOLLAND & HART, LLP
60 E. South Temple, Suite 2000
Salt Lake City, UT 84111

John M. Romary
C. Gregory Gramenopoulous
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC 20001-4413

Kenneth B. Herman
William J. McCabe
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036

William H. Mandir
David J. Cushing
Carl J. Pellegrini
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC 20037

Robert C. Kahrl
David Cochran
Thomas R. Goots
Isaac A. Molnar
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Richard Morgan
Steven Reitenour
BOWMAN AND BROOKE LLP
150 S. Fifth Street, Suite 3000
Minneapolis, MN 55402

Jeffrey D. Shewchuk
SHEWCHUK IP SERVICES, LLP
533 77th Street West
Eagan, MN 55121

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*

Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
lpolizoti@mnat.com
*Attorney for Defendants Phonak Inc., Phonak AG, Phonak LLC, Unitron Hearing Ltd., and Unitron Hearing, Inc.*

OF COUNSEL:

James R. Sobieraj
Meredith Martin Addy
David H. Bluestone
Robert G. Pluta
BRINKS HOFER GILSON & LIONE
455 North Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL 60611-5599
(312) 321-4200

April 11, 2007
783015

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 11, 2007, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on April 11, 2007 upon the following parties:

REPRESENTING ENERGY TRANSPORTATION GROUP, INC.

Edmond D. Johnson
PEPPER HAMILTON LLP
**johnsone@pepperlaw.com**

Brian M. Buroker
HUNTON & WILLIAMS LLP
**etg@hunton.com**

REPRESENTING GENNUM CORPORATION

Mary B. Graham
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**mgraham@mnat.com;**
**mbgeservice@mnat.com**

Thomas R. Goots
JONES DAY
**trgoots@jonesday.com**

REPRESENTING GN RESOUND A/S AND GN HEARING CARE CORPORATION

Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**jblumenfeld@mnat.com**

Maryellen E. Noreika
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**mnoreika@mnat.com**

Kenneth B. Herman
ROPES & GRAY LLP
**kenneth.herman@ropesgray.com**

William J. McCabe
ROPES & GRAY LLP
**william.mccabe@ropesgray.com**

Jeffrey D. Mullen
ROPES & GRAY LLP
**jeffrey.mullen@ropesgray.com**

| | |
|---|---|
| REPRESENTING PHONAK AG, PHONAK INC., PHONAK, LLC, UNITRON HEARING LTD., AND UNITRON HEARING, INC. | Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**tgrimm@mnat.com**<br><br>Leslie A. Polizoti<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**lpolizoti@mnat.com**<br><br>James R. Sobieraj<br>BRINKS HOFER GILSON & LIONE<br>**jsobieraj@usebrinks.com**<br><br>David H. Bluestone<br>BRINKS HOFER GILSON & LIONE<br>**dbluestone@usebrinks.com** |
| REPRESENTING RESISTANCE TECHNOLOGY INC. | Barry M. Klayman<br>WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP<br>**bklayman@wolfblock.com**<br><br>Jeffrey D. Shewchuk<br>SHEWCHUK IP SERVICES, LLP<br>**jdshewchuk@comcast.net** |
| REPRESENTING SONIC INNOVATIONS, INC. | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>**sonicnet@potteranderson.com**<br><br>Brett L. Foster<br>HOLLAND AND HART LLP<br>**bfoster@hollandhart.com**<br><br>L. Grant Foster<br>HOLLAND AND HART LLP<br>**gfoster@hollandhart.com**<br><br>Donald Degnan<br>HOLLAND AND HART LLP<br>**ddegnan@hollandhart.com**<br><br>Bryan K. Hanks<br>HOLLAND AND HART LLP<br>**bkhanks@hollandhart.com** |

REPRESENTING STARKEY LABORATORIES, INC.

Mary B. Matterer
MORRIS, JAMES, HITCHENS & WILLIAMS
**mmatterer@morrisjames.com**

Amy A. Quinlan
MORRIS, JAMES, HITCHENS & WILLIAMS
**aquinlan@morrisjames.com**

Steven L. Reitenour
BOWMAN AND BROOKE LLP
**steve.reitenour@bowmanandbrooke.com**

Richard G. Morgan
BOWMAN AND BROOKE LLP
**richard.morgan@bowmanandbrooke.com**

REPRESENTING WIDEX A/S AND WIDEX HEARING AID CO. INC.

Donald E. Reid
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**dreid@mnat.com**

William H. Mandir
SUGHRUE MION PLC
**wmandir@sughrue.com**

David J. Cushing
SUGHRUE MION PLC
**dcushing@sughrue.com**

Carl J. Pellegrini
SUGHRUE MION PLC
**cpellegrini@sughrue.com**

REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC

N. Richards Powers
CONNOLLY BOVE LODGE & HUTZ LLP
**nrp@cblhlaw.com**

James D. Heisman
CONNOLLY BOVE LODGE & HUTZ LLP
**jheisman@cblh.com**

John M. Romary
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
**john.romary@finnegan.com**

C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
**c.gregory.gramenopoulos@finnegan.com**

*/s/ Leslie A. Polizoti*

Leslie A. Polizoti (#4299)

783015