IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-422 (GMS) |
| ) | |
| SONIC INNOVATIONS, INC., et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Energy Transportation Group, Inc. ("ETG") and defendant Gennum Corporation ("Gennum"), acting by and through counsel, do hereby stipulate that, pursuant to Fed. R. Civ. P. 41(a)(1), this action, including all claims, defenses and counterclaims as between ETG and Gennum, is hereby dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

This dismissal results from a Settlement Agreement executed on May 2, 2007. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement entered into in this case, the terms of which are hereby specifically incorporated by reference in this Order. In addition, both ETG and Gennum hereby agree that this Court shall retain jurisdiction over any dispute related to the Settlement Agreement.

- 2 -

| | |
|---|---|
| PEPPER HAMILTON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| *(signed)* | *(signed)* |
| Edmond D. Johnson (#2257) | Mary B. Graham (#2256) |
| Hercules Plaza, Suite 5100 | James W. Parrett, Jr. (#4292) |
| 1313 N. Market Street | 1201 North Market Street |
| P.O. Box 1709 | P.O. Box 1347 |
| Wilmington, DE 19801-1511 | Wilmington, DE 19899 |
| | 302.658.9200 |
| *Attorneys for Plaintiff* | |
| *Energy Transportation Group, Inc.* | *Attorneys for Defendant* |
| | *Gennum Corporation* |

Dated: May 10, 2007
824272

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 10, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard W. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

N. Richard Powers, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Steet
P.O. Box 2207
Wilmington, DE 19899

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Barry M. Klayman, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

Mary B. Graham, Esquire
Maryellen Noereika, Esquire
Donald E. Reid, Esquire
Thomas C. Grimm
Leslie A. Polizoti
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

/s/ Edmond D. Johnson
Edmond D. Johnson (#2257)