IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-422-GMS |
| SONIC INNOVATIONS, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## STIPULATION

IT IS HEREBY STIPULATED by plaintiff Energy Transportation Group, Inc. and the defendants, subject to the approval of the Court, that the page limitations for the briefing on claim construction shall be as follows:

1. Defendants' joint opening brief shall be no more than 60 pages; and

2. Plaintiff's answering brief shall be no more than the actual number of pages of defendants' joint opening brief.

| PEPPER HAMILTON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| /s/ Edmond D. Johnson | /s/ Donald E. Reid |
| Edmond D. Johnson (#2257) | Donald E. Reid (#1058) |
| 1313 Market Street | 1201 N. Market Street |
| Suite 5100 | P.O. Box 1347 |
| (302) 777-6539 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 575-7219 |
| Attorneys for Plaintiff | Attorneys for Defendants Widex A/S and Widex Hearing Aid Co. and for purposes of this stipulation only, all defendants |

SO ORDERED this ____ day of _____, 2007.

_____
U.S. District Court Judge