# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

DONALD E. REID
302 351 9219
302 425 3001 Fax
dreid@mnat.com

May 14, 2007

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

    Re: *Energy Transportation Group, Inc. v. Sonic Innovations, Inc. et al.*, C.A. No. 05-422-GMS

Dear Judge Sleet:

  The defendants have agreed to file one joint opening brief on claim construction issues. As a result, and in order to properly address all of the issues, the parties have stipulated that the page limitation for the defendants' one joint opening brief should be increased to no more than 60 pages and plaintiff's answering brief shall be no more than the actual number of pages of defendants' opening brief. The parties' stipulation is enclosed for Your Honor's consideration.

                Respectfully,

                /s/ Donald E. Reid

                Donald E. Reid (#1058)

DER/amr
Enclosure

cc: Dr. Peter T. Dalleo, Clerk (By Electronic Filing)
   Edmond D. Johnson, Esquire (By Electronic Filing)
   Richard L. Horwitz, Esquire (By Electronic Filing)
   N. Richard Powers, Esquire (By Electronic Filing)
   Richard K. Herrmann, Esquire (By Electronic Filing)
   Barry M. Klayman, Esquire (By Electronic Filing)
   Jack B. Blumenfeld, Esquire (By Electronic Filing)
   Mary B. Graham, Esquire (By Electronic Filing)