# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-422 (GMS) |
| | ) | |
| SONIC INNOVATIONS, INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Scheduling Order, the parties respectfully submit this Joint Claim Construction Statement. Attached as an exhibit hereto is first a Table of Agreed Upon Terms, followed by a Table of Claim Terms identifying disputed terms, phrases and clauses from the two patents-in-suit, U.S. Patent Nos. 4,731,850 ("the '850 Patent"), and 4,879,749 ("the '749 Patent") (collectively, the "patents-in-suit"), along with the constructions proposed by the parties and intrinsic evidence supporting the parties' proposed constructions.

Edmond D. Johnson (No. 2257)
PEPPER HAMILTON
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

*Attorneys for Energy Transportation Group,
Inc.*

N. Richards Powers (#494)
James D. Heisman (#2746)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE 19899

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW, GARRETT
& DUNNER
901 New York Ave., N.W.
Washington, DC 20001-4413

*Attorneys for William Demant Holding A/S,
WDH Inc., Oticon A/S, Oticon, Inc., Bernafon
AG, and Bernafon LLC*

*OF COUNSEL:*

Brian M. Buroker
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006-1109

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Robert C. Kahrl
David B. Cochran
Thomas R. Goots
Isaac A. Molnar
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114

*Attorneys for Gennum Corporation*

Jack B. Blumenfeld (#1014)
Maryellen E. Noreika (#3208)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Kenneth B. Herman
William J. McCabe
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036-8704

*Attorneys for GN ReSound A/S and
GN Hearing Care Corporation*

Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19899

James R. Sobieraj
Meredith Martin Addy
Charles M. McMahon
David H. Bluestone
Jeffrey A. Marx
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 Cityfront Plaza Dr.
Chicago, IL  60611

*Attorneys for Phonak Inc., Phonak LLC,
Unitron Hearing Inc., and Unitron Hearing
Ltd.*

Barry M. Klayman (#3676)
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
Wilmington Trust Center
1100 North Market St., Suite 1001
Wilmington, DE 19801

Jeffrey D. Shewchuk
SHEWCHUK IP SERVICES, LLP
533 77th Street West
Eagan, MN  55121

*Attorneys for Resistance Technology Inc.*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE

Brett L. Foster
L. Grant Foster
HOLLAND & HART
60 East South Temple, Suite 2000
Salt Lake City, UT  84111

*Attorneys for Sonic Innovations, Inc.*

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Amy Quinlan (#3021)
MORRIS, JAMES, HITCHENS & WILLIAMS
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

Richard Morgan
Steven Reitenour
BOWMAN AND BROOKE LLP
150 S. Fifth St., Suite 2600
Minneapolis, MN 55402

*Attorneys for Starkey Laboratories, Inc.*

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

William H. Mandir
David J. Cushing
Carl J. Pellegrini
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC 20037

*Attorneys for Widex A/S, Widex Hearing Aid
Co., Inc.*

**Table of Agreed Upon Terms**

| Claim | Claim Term or Language | Agreed Upon Construction |
|---|---|---|
| **'850 Patent** | | |
| 1 | the programmable delay line filter<br><br>and<br><br>the programmable signal limiter means | The exact constructions are disputed, but the parties agree that:<br><br>Both the programmable delay line filter and the programmable signal limiter means are in a feedback path. |
| 5 | means controllable to impart different response characteristics to said hearing aid | The function is agreed upon as:<br><br>"imparting different response characteristic to the hearing aid."<br><br>The structure is disputed. |
| 6 | speech detector means for determining when speech signals are in said transmission channel | The function is agreed upon as:<br><br>"determining when speech signals are in the transmission channel."<br><br>The structure is disputed. |
| 6 | a plurality of bandpass filter means for determining the noise frequency spectrum in said transmission channel, | The function is agreed upon as:<br><br>"determining the noise frequency spectrum in said transmission channel."<br><br>The structure is disputed. |
| 17 | means for adjusting the amplitude and phase characteristics of each of said microphone channels | The function is agreed upon as:<br><br>"adjusting the amplitude and phase characteristics of each of the input microphone channels."<br><br>The structure is disputed. |
| 17 | means for summing the outputs of said microphone channels | The function is agreed upon as:<br><br>"summing the outputs of the input microphone channels."<br><br>The structure is disputed. |

| Claim | Claim Term or Language | Agreed Upon Construction |
|---|---|---|
| **'749 Patent** | | |
| 4 | computer controlled means for adjusting the phase shift and amplitude to produce an acoustic feedback cancellation signal | The function is agreed upon as: "adjusting the phase shift and amplitude to produce an acoustic feedback cancellation signal." The structure is disputed. |
| 5 | computer controlled means for supplying a logic signal to the hearing aid for programming and a logic signal to the hearing aid to restore it for use by the patient | The function is agreed upon as: "supplying a logic signal to the hearing aid for programming and a logic signal to the hearing aid to restore it for use by the patient." The structure is disputed. |

The parties are in agreement that all "means" limitations addressed in this joint statement should be construed pursuant to 35 U.S.C. § 112, ¶ 6. Although certain functions and structures have been identified for purposes of proposed claim construction, this is not an admission that the claim is definite or that the structure is sufficient to perform the recited function. Similarly, where Defendants contend that a claim term is indefinite, ETG reserves the right to address any such contention.

Identification of Disputed Claim Terms, Proposed Constructions and Intrinsic Evidence

## U.S. Patent 4,731,850

| Claim 1 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A hearing aid comprising at least one input microphone, an output receiver, and a signal transmission channel interposed between said microphone and said receiver in which the improvement comprises | • None | • None |

| Claim 1 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| a *programmable delay line filter* and *programmable signal limiter means* interposed between the input and output of said transmission channel in a *feedback path* for said transmission channel. | • A "**programmable delay line filter**" is a filter employing one or more delays and coefficients, the value(s) of at least one delay or coefficient can be programmed. '850 Patent: Abstract; col. 2, ll. 40 - col. 3, l. 2; col. 4, l. 62 - col. 5, l. 44; col. 6, ll. 46-53; col. 7, ll. 9-16; col. 7, ll. 60-66; col. 8, ll. 2-4; col. 9, ll. 41-55; col. 10, ll. 12-15; col. 10, ll. 38-43; col. 11, ll. 32-38; col. 11, ll. 46-56; Fig. 2; Fig. 4.  Prosecution History, Response Dated June 29, 1987, pages 7-9.<br><br>• "**feedback path**"  ETG contends that "feedback path" does not need construed and should be afforded its plain and ordinary meaning because it takes an otherwise understandable term and makes it more complicated for a jury; otherwise, the proper definition would be:  A path in which a signal travels toward an input of a transmission channel.<br><br>• **programmable signal limiter means:**<br><br>• Function – limiting or reducing the signal in some manner.<br><br>• Structure – One corresponding structure is an amplitude limiter or a device that controls the maximum allowable signal to pass to the wearer's ear.  Another structure is a programmable compression amplifier.  Equivalents of these structures also fall within the claim scope.<br>'850 Patent:  Abstract; col. 1, ll. 23-32; col. 2, ll. 46-54; col. 4, ll. 66 - col. 5, ll. 8; col. 5, ll. 35-41; col. 7, ll. 21-30; col. 7, ll. 60-66; col. 11, ll. 32-38; Fig. 2 (67); Fig. 4 (67). Prosecution History, Response Dated June 29, 1987, pages 7-9. | • A "**delay line filter**" is a non-recursive filter that operates on time-delayed samples of an input by multiplying each sample by a corresponding weighting coefficient and summing the weighted samples to provide an output having desired electro-acoustic characteristics<br>Abstract (lines 11-19); 2:31-3:2; 5: 9-30; 10:55-11:3; Figs. 2, and 4<br>E.G. & G. Reticon Technical Note No. 105, "A Tapped Analog Delay for Sampled Data Signal Processing"<br><br>• A "**programmable delay line filter**" is a delay line filter that uses externally calculated weighting coefficients<br>2:31-66, 3:12-20, 4:66-5:4; 5:31-41; 7:21-23, 7:31-66; 9:41-46, 9:56-10:12; Figs 2, 3, 4.<br>File History:  September 26, 1986 Information Disclosure Statement, p. 2; March 31, 1987 Office Action, p. 3; June 29, 1987 Response to Office Action, pp. 7-9.<br><br>• A "**feedback path**" is a path in which a signal from a forward path travels in a direction toward the microphone and is combined into an earlier point in the forward path<br>Abstract (lines 19-21); 1:36-41; 9:41-55<br>File history: June 29, 1987 Amendment at pp at 2, 7, 8.<br><br>• **programmable signal limiter means:**<br><br>• Function –to programmably limit the [amplitude of the] signal [from exceeding a certain level by using externally calculated coefficients]<br>Abstract; 2:46-54; 5:4-8; 5:31-59; 7:21-30; Figs. 2, 4<br>File History: June 29, 1987 Amendment at pp. 1, 2, 6-9<br><br>• Structure – programmable limiter 67, RAM 77, and attendant signal lines; and equivalent structures<br>Abstract; 2:46-54; 5:4-8; 5:31-59; 7:21-30; Figs. 2, 4<br>• File History: June 29, 1987 Amendment at pp. 1, 2, 6-9 |

2

| Claim 1 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| said filter being programmed to impart to the hearing aid at least one response characteristic effective to compensate for impaired hearing of the wearer of the aid. | • ETG contends that this phrase does not need construed and should be afforded its plain and ordinary meaning because it takes an otherwise understandable phrase and makes it more complicated for a jury.<br>• "programmed" - Provided with one or more values so as to produce a response.<br>'850 Patent: Abstract; col. 2, ll. 40-54; col. 4, l. 62 - col. 5, l. 44; col. 7, ll. 9-16; col. 7, ll. 60-66; col. 8, ll. 2-4; col. 8, ll. 23 - 61; col. 9, ll. 41-46; col. 10, ll. 12-37; Fig. 2; Fig. 4. | • The phrase "said filter being programmed to impart to the hearing aid at least one response characteristic effective to compensate for impaired hearing of the wearer of the aid" means that the filter has received at least one set of weighting coefficients that, in normal operating mode, are fixed to create a response characteristic that corrects for the particular hearing impairment of a wearer of the aid<br>Abstract; 2:46-54; 2:62-66; 3:12-20; 4:35-41; 4:66-54; 5:18-23; 5:31-44; 6:44-8:37; 10:16-43; Figs. 1-3<br>File history: September 26, 1986 Information Disclosure Statement, p. 2; March 31, 1987 Office Action, p. 3; June 29, 1987 Response to Office Action, pp. 7-9.<br><br>The defendants do not believe that the term "programmed" can fairly be construed outside the context of the remainder of the entire claim element. |

| Claim 2 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A hearing aid as in claim 1 in which said filter comprises a delay line having a multiplicity of taps, | • None | Because claims 2 and 3 have not been asserted against any of the defendants, it is not necessary to construe the claims. |
| first memory means for storing filter-response related coefficients therein, | • memory means:<br>• Function – storing filter-response related coefficients therein.<br>• Structure – memory devices or components, and structural equivalents thereof.<br>'850 Patent: Abstract; col. 2, ll. 46-54; col. 3, ll. 49-60; col. 5, ll. 18-25; col. 5, ll. 31-41; col. 5, ll. 48-53; col. 6, ll. 39-44; col. 8, ll. 47-61; Fig. 2 (77, 84); Fig. 4 (77). | |

| Claim 2 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| and *means jointly responsive to said delay line taps and to coefficients stored in said memory means for providing an output having at least one response characteristic effective to compensate for impaired hearing of the wearer of the aid,* | • **means . . . for providing an output having at least one response characteristic effective to compensate for impaired hearing of the wearer of the aid:** <br> • <u>Function</u> – providing an output having at least one response characteristic. <br> • <u>Structure</u> – transmission channels leading to the output along with combined circuitry, and structural equivalents thereof. <br> '850 Patent: Col. 2, ll. 46-54; col. 3, ll. 49-60; col. 5, ll. 18-25; col. 5, ll. 31-41; col. 5, ll. 48-53; col. 8, ll. 47-61; Fig. 2; Fig. 4. | |

| Claim 3 | Term | Proposed Construction |
|---|---|---|
| A hearing aid as in claim 2 in which said filter comprises a digital delay line and *means for converting analog signals in said channel to digital signals* for application to said delay line. | • **means for converting analog signals in said channel to digital signals:** <br> • <u>Function</u> – converting analog signals in said channel to digital signals. <br> • <u>Structure</u> – analog to digital converters, and structural equivalents thereof. <br> '850 Patent: Fig. 2 (70); col. 5, ll. 9-13; col. 11, ll. 58-66. | Because claims 2 and 3 have not been asserted against any of the defendants, it is not necessary to construe the claims. |

| Claim 5 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A hearing aid comprising at least one input microphone, an output receiver, and a transmission channel interposed between said microphone and receiver, *means controllable to impart different response characteristics to said hearing aid,* | • **means controllable to impart different response characteristics to said hearing aid:** <br> • <u>Structure</u> – programmable filter(s) that can be programmed with different coefficients to impart different response characteristics to audio signals present in the transmission channel of the hearing aid, and structural equivalents thereof. <br> '850 Patent: Abstract; col. 2, ll. 40-59; col. 2, l. 67 - col. 3, l. 2; col. 3, ll. 12-20; col. 4, l. 66 - col. 5, l. 44; col. 7, ll. 9-14; col. 7, ll. 60-66; col. 8, ll. 2-22; col. 9, ll. 2-11; col. 10, ll. 38-43; col. 11, ll. 32-38; col. 11, ll. 46-57; Fig. 2 (64); Fig. 3; Fig. 4. | • **means controllable to impart different response characteristics to said hearing aid:** <br> <u>Structure</u> – programmable filter 64 (structures 63a, 70-75, 77, 78, 78a, 79, and 80) programmed to impart different response characteristics; or 5 bit counter, timing logic, and structures 63a, 77, 80, and 145-151; and equivalent structures <br> 4:66-5:27; 6:35-54; 7:67-8:4; 8:19-22; 10:44-11:3; Figs. 2, 4 |

| Claim 5 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| and *controlling means responsive to the level of speech signals in excess of the level of noise signals in said channel for automatically controlling said controllable means to impart a selected one of said different response characteristics to said hearing aid.* | • **controlling means . . . for automatically controlling said controllable means:** <br> • Function – selecting the appropriate response characteristic based on the current environment. <br> • Structure – processing element(s), and structural equivalents thereof. <br> '850 Patent: col. 3, ll. 12-20; col. 5, l. 60 - col. 6, l. 54; col. 7, l. 67 - col. 8, l. 22; Fig. 2 (96-118). | • **controlling means responsive to the level of speech signals in said transmission channel in excess of the level of noise signals in said channel for automatically controlling said controllable means to impart a selected one of said different response characteristics to said hearing aid:** <br> • Function – responding to [a determination that] the level of speech signals in the transmission channel [is] in excess of the level of noise signals in the transmission channel for automatically controlling the controllable means to impart a selected one of the different response characteristics to the hearing aid <br> • Structure – speech detector 96, band pass filters 97-100, sample and hold circuits 105-108, rectifiers 109-112, comparators 113-116, latch 118, switch 95, and switch 88; and equivalent structures <br> 5:60-6:54; 7:67-8:22; Fig. 2 <br> File history: March 31, 1987 Office Action at p. 3; June 29, 1987 Response to Office Action at 2-6; U.S. Patent Application Serial No. 879,214 as filed, at 26-27 <br> U.S. Patent No. 4,628,529 to Borth |

| Claim 6 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A hearing aid as described claim 5 in which said controlling means comprises *speech detector means for determining when speech signals are in said transmission channel,* *a plurality of bandpass filter means for determining the noise frequency spectrum in said transmission channel,* | • **speech detector means for determining when speech signals are in said transmission channel:** <br> • Structure – a speech detector(s), and structural equivalents thereof. <br> '850 Patent: col. 5, ll. 60-66; col. 6, ll. 1-54; Fig. 3. <br> • **a plurality of bandpass filter means for determining the noise frequency spectrum in said transmission channel:** <br> • Structure – bandpass filters and processing elements, and structural equivalents thereof. <br> '850 Patent: col. 5, ll. 60-66; col. 6, ll. 1-54; Fig. 2 (64, 97-100, 109-112, 105-108); Fig. 3. | • **speech detector means for determining when speech signals are in said transmission channel:** <br> • Structure – speech detector 96; and equivalent structures <br> 5:60-6:13; 6:23-31; 6:39-44; 8:4-7; Fig. 2 <br> • **plurality of bandpass filter means for determining the noise frequency spectrum in said transmission channel:** <br> • Structure – bandpass filters 97-100 and rectifiers 109-112 and S/H 105-108; and equivalent structures <br> 5:60-6:1; 6:9-31; 8:12-17; Fig. 2 |

| Claim 6 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| a plurality of comparator means each responsive to said speech detector and to respective bandpass filter means for indicating whether the speech level in each said bandpass filter exceeds the noise level therein and for actuating said controlling means to impart to the hearing aid a response characteristic effective to compensate for impaired hearing of the wearer of the aid at the noise levels obtaining in said channel. | • a plurality of comparator means . . . for indicating whether the speech level in each said bandpass filter exceeds the noise level therein and for actuating said controlling means to impart to the hearing aid a response characteristic:<br><br>• Function – indicating whether the speech level in each band pass filter exceeds the noise level and for actuating said controlling means to impart to the hearing aid a response characteristic.<br><br>• Structure – are various processing elements, and structural equivalents thereof.<br><br>'850 Patent: col. 5, ll. 60-66; col. 6, ll. 1-54; Fig. 2 (113-118); Fig. 3. | • plurality of comparator means each responsive to said speech detector and to respective bandpass filter means for indicating whether the speech level in each said bandpass filter exceeds the noise level therein and for actuating said controlling means to impart to the hearing aid a response characteristic effective to compensate for impaired hearing of the wearer of the aid at the noise levels obtaining in said channel:<br><br>• Function – to respond to the speech detector and respective bandpass filter means for indicating whether the speech level in each bandpass filter exceeds the noise level therein and for actuating the controlling means to impart to the hearing aid a response characteristic effective to compensate for impaired hearing of the wearer of the aid at the noise levels obtaining in the channel.<br><br>• Structure – comparators 113-116; and equivalent structures<br><br>6:14-31; 6:35-44; 8:12-22; Fig. 2 |

| Claim 9 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A hearing aid comprising at least one input microphone, an output receiver, a signal transmission channel interposed between said microphone and said receiver, and a *programmable delay line filter* interposed in a *forward path* between the input and output of said transmission channel, said programmable filter being *programmed to effect substantial reduction of acoustic feedback from said receiver to said microphone*. | • **programmable delay line filter** – see claim 1<br>• "**forward path**" ETG contends that "feedback path" does not need construed and should be afforded its plain and ordinary meaning because it takes an otherwise understandable term and makes it more complicated for a jury; otherwise, the proper definition would be: A path in which a signal travels from an input toward an output of a transmission channel.<br>• The phrase "**programmed to effect reduction of acoustic feedback from said receiver to said microphone**" does not need construed and should be afforded its plain and ordinary meaning because it takes an otherwise understandable phrase and makes it more complicated for a jury.<br>"**programmed**" – see claim 1 | • **delay line filter** – see claim 1<br>• **programmable delay line filter** – see claim 1<br>• A "**forward path**" is a path in which a signal travels in a direction from the microphone to the receiver<br>Abstract (lines 19-21); 1:36-41; 9:41-55<br>File history: June 29, 1987 Amendment at pp at 2, 7, 8.<br>• The phrase "**programmed to effect reduction of acoustic feedback from said receiver to said microphone**" means that the filter has received weighting coefficients that, in normal operating mode, are fixed to impart cancellation of acoustic feedback between the receiver and the microphone<br>Abstract; 2:46-54, 2:62-66, 3:3-11, 4:12-30, 9:12-55, 10:16-43; Figs. 1-2; see also 3:12-20; 4:35-41; 4:66-5:4; 5:18-23; 5:31-44; 6:44-8:37; Fig 3<br>File history:  September 26, 1986 Information Disclosure Statement, p. 2; March 31, 1987 Office Action, p. 3; June 29, 1987 Response to Office Action, pp. 7-9.<br>• The term "**substantial**" is indefinite.<br>• **programmed** – see claim 1 |

| Claim 10 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A hearing aid as described in claim 1 in which said *programmable delay line filter is programmed so as to effect substantial reduction of acoustic feedback from said receiver to said microphone*. | • **programmable delay line filter** – see claim 1<br>• "**programmed**" - see claim 9 | • **delay line filter** – see claim 1<br>• **programmable delay line filter** – see claim 1<br>• **programmed so as to effect substantial reduction** – see claim 9 (**programmed to effect reduction of acoustic feedback**)<br>• The term "**substantial**" is indefinite<br>• **programmed** – see claim 1 |

| Claim 13 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A method of reducing acoustic feedback in a sound system comprising a microphone, a transducer and a signal transmission channel interposed between said microphone and transducer, comprising the steps of *determining the effect on the amplitude and phase of a signal in said transmission channel as a function of frequency of acoustic feedback between said transducer and microphone,* and | • The phrases "**determining**" and "**as a function of frequency**" do not need construed and should be afforded the plain and ordinary meanings because the proposed construction takes an otherwise understandable phrase and makes it more complicated for a jury. | • The term "**determining**" means measuring and the phrase "**as a function of frequency**" means at a known frequency; the remainder of this recitation is indefinite<br><br>Abstract; 3:3-11; 3:61-4:41; 5:31-35; 6:54-7:3; 9:12-55; Fig. 1, 2 |

| Claim 13 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| *inserting between the input and output of said transmission channel an electrical feedback path having a filter therein programmed to equalize and reduce the effect of said acoustic feedback both in amplitude and phase on a signal in said transmission channel.* | • feedback path – see claim 1<br><br>• The steps of "determining" and "inserting" do not have to be performed in the recited order.<br><br>• "filter therein programmed" - A filter having coefficients where the values of the coefficients may be programmed.<br>'850 Patent: Abstract; col. 2, ll. 40 - col. 3, l. 2; col. 4, l. 62 - col. 5, l. 44; col. 6, ll. 46-53; col. 7, ll. 9-16; col. 7, ll. 60-66; col. 8, ll. 2-4; col. 8, ll. 23 - 61; col. 9, ll. 41-55; col. 10, ll. 12-15; col. 10, ll. 38-43; col. 11, ll. 32-38; col. 11, ll. 46-56; Fig. 2; Fig. 4.<br><br>• The phrase "**inserting between the input and output of said transmission channel an electrical feedback path having a filter**" - Making an electric feedback path with a filter effective between the input and output of the transmission channel.<br>'850 Patent: Abstract; col. 3, ll. 3-11; col. 9, ll. 11-29; col. 9, ll. 41-55; col. 11, ll. 32-38; Fig. 2. | • feedback path – see claim 1<br><br>• The steps of "determining" and "inserting" are performed in the recited order<br><br>• The term "equalize" is indefinite<br>Abstract; 3:3-11; 3:61-4:41; 5:31-35; 6:54-7:3; 9:12-55; Fig. 1, 2<br><br>• The phrase "**filter therein programmed**" means that the filter has received coefficients that, during normal operation, are fixed to impart an "equalization" and reduction of the effect of acoustic feedback both in amplitude and phase on a signal in said transmission channel<br>Abstract; 2:46-54, 2:62-66, 3:3-11, 4:12-30, 9:12-55, 10:16-43; Figs. 1-2; see also 3:12-20; 4:35-41; 4:66-5:4; 5:18-23; 5:31-44; 6:44-8:37; Fig 3; File history:  September 26, 1986 Information Disclosure Statement, p. 2; March 31, 1987 Office Action, p. 3; June 29, 1987 Response to Office Action, pp. 7-9.<br><br>• The phrase "**inserting between the input and output of said transmission channel an electrical feedback path having a filter therein programmed**" means inserting, after the determining step, an electrical feedback path between the input and output of said transmission channel, the electrical feedback path having a filter therein programmed<br>Abstract; 3:3-11; 3:61-4:41; 5:31-35; 6:54-7:3; 9:12-55; Fig. 1, 2 |

9

| Claim 14 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A method of reducing acoustic feedback in a hearing aid and comprising a microphone, a receiver fitted in an ear of a wearer of the aid, and a signal transmission channel interposed between said microphone and transducer, comprising the steps of *determining the effect on the amplitude and phase of a signal in said transmission channel as a function of frequency of acoustic feedback between said receiver and microphone*, and | • See claim 13 | • See claim 13 |

10

| Claim 14 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| *inserting between the input and output of said transmission channel a programmable filter programmed to equalize and reduce the effect of said acoustic feedback both in amplitude and phase on a signal in said transmission channel.* | • "**inserting between the input and output of said transmission channel a programmable filter**" - Making a programmable filter effective between the input and output of the transmission channel.<br>'850 Patent: Abstract; col. 3, ll. 3-11; col. 9, ll. 11-29; col. 9, ll. 41-55; col. 11, ll. 32-38; Fig. 2.<br>• "**programmable filter**" - A filter having coefficients where the values of the coefficients may be programmed.<br>'850 Patent: Abstract; col. 2, ll. 40 - col. 3, l. 2; col. 4, l. 62 - col. 5, l. 44; col. 6, ll. 46-53; col. 7, ll. 9-16; col. 7, ll. 60-66; col. 8, ll. 2-4; col. 8, ll. 23 - 61; col. 9, ll. 41-55; col. 10, ll. 12-15; col. 10, ll. 38-43; col. 11, ll. 32-38; col. 11, ll. 46-56; Fig. 2; Fig. 4.<br>• The steps of "determining" and "inserting" do not have to be performed in the recited order. | • The steps of "determining" and "inserting" are performed in the recited order;<br>• The term "equalize" is indefinite<br>Abstract; 3:3-11; 3:61-4:41; 5:31-35; 6:54-7:3; 9:12-55; Figs. 1, 2<br>• The phrase "programmable filter programmed" means that the filter has received coefficients that, during normal operating mode, are fixed to impart an "equalization" and reduction of the effect of acoustic feedback both in amplitude and phase on a signal in said transmission channel<br>Abstract; 2:46-54, 2:62-66, 3:3-11, 4:12-30, 9:12-55, 10:16-43; Figs. 1-2; see also 3:12-20; 4:35-41; 4:66-5:4; 5:18-23; 5:31-44; 6:44-8:37; Fig 3; File history: September 26, 1986 Information Disclosure Statement, p. 2; March 31, 1987 Office Action, p. 3; June 29, 1987 Response to Office Action, pp. 7-9.<br>• The phrase "**inserting between the input and output of said transmission channel a programmable filter**" means inserting, after the determining step, a programmable filter between the input and output of said transmission channel<br>Abstract; 3:3-11; 3:61-4:41; 5:31-35; 6:54-7:3; 9:12-55; Fig. 1, 2 |

| Claim 15 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A method of reducing feedback in a hearing aid as described in claim 14 in which said *programmable filter* is inserted in a *forward path* through said transmission channel. | • **programmable filter** – see claim 14<br>• **forward path** – see claim 9 | • **programmable filter** – see claim 14<br>• **forward path** – see claim 9 |

| Claim 16 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A method of reducing feedback in a hearing aid as described in claim 14 in which said *programmable filter* is inserted in an electrical feedback loop for said transmission channel. | • See claim 14 | • See claim 14 |

11

| Claim 17 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A hearing aid comprising at least two input microphone channels, *means for adjusting the amplitude and phase characteristics of each of said microphone channels,* | • **means for adjusting the amplitude and phase characteristics of each of said microphone channels:**<br>• Structure – amplifiers and processing elements, and structural equivalents thereof.<br>'850 Patent: Abstract; col. 3, ll. 21-26; col. 11, ll. 16-31; Fig. 2; Fig. 5. | • **means for adjusting the amplitude and phase characteristics of each of said microphone channels:**<br>Structure – amplifiers 157 and 158 that, in an undefined manner, provide amplitude and phase adjustment in response to "gain and phase control" information; and equivalent structures 11:23-31; Fig. 5 |
| *means for summing the outputs of said microphone channels,* | • **means for summing the outputs of said microphone channels:**<br>• Structure – summing circuits, and structural equivalents thereof.<br>'850 Patent: col. 3, ll. 21-26; col. 11, ll. 16-31; Fig. 2; Fig. 5. | • **means for summing the outputs of said microphone channels:**<br>Structure – summing amplifier 159; and equivalent structures 11:27-31; Fig. 5 |
| an output receiver, a signal transmission channel connected to receive the output of said summing means and to provide an output to said receiver, | • None | • None |
| and a *programmable filter interposed between said summing means and the output of said transmission channel, said filter being programmed to impart to the hearing aid at least one response characteristic effective to compensate for impaired hearing of the wearer of the aid and to reduce the effects of both noise and reverberation.* | • "**programmable filter**" - see claim 14.<br>• "**programmed**" - see claim 1. | • The phrase "**programmable filter ...being programmed to impart to the hearing aid at least one response characteristic effective to compensate for impaired hearing of the wearer of the aid**" – means that the filter has received at least one set of coefficients that, in normal operating mode, are fixed to create a characteristic to correct for the particular hearing impairment of a wearer of the aid and reduces the effects of both noise and reverberation<br>Abstract; 2:46-54; 2:62-66; 3:12-20; 4:35-41; 4:66-5:54; 5:18-23; 5:31-44; 6:44-8:37; 10:16-43; Figs. 1-3<br>File history: September 26, 1986 Information Disclosure Statement, p. 2; March 31, 1987 Office Action, p. 3; June 29, 1987 Response to Office Action, pp. 7-9.<br>• **programmed** – see claim 1 |

12

| Claim 18 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A hearing aid comprising at least one input microphone, an output receiver, and a signal transmission channel interposed between said microphone and said receiver in which the improvement comprises a *signal-level dependent amplifier* interposed between the input and output of said transmission channel in a *feedback path* for said transmission channel, | • **feedback path** – see claim 1 | • The phrase "**signal-level dependent amplifier**" is indefinite 11:32-38; Figs. 2, 4<br>File history: U.S. Patent Application Serial No. 879,214 as filed; File History: June 29, 1987 Amendment at pp. 5, 8, 9<br><br>• **feedback path** – see claim 1 |
| *said amplifier being programmed* to impart to the hearing aid at least one *response characteristic effective to compensate for impaired hearing of the wearer of the aid.* | • "**programmed**" - see claim 1.<br><br>• The phrase "**"response characteristic effective to compensate for impaired hearing of the wearer of the aid**" does not need construed and should be afforded its plain and ordinary meaning because it takes an otherwise understandable phrase and makes it more complicated for a jury. | • The phrase "**said [signal level dependent] amplifier being programmed**" is indefinite 11:32-38; Figs. 2, 4<br>File history: U.S. Patent Application Serial No. 879,214 as filed; File History: June 29, 1987 Amendment at pp. 5, 8, 9<br><br>• The phrase "**response characteristic effective to compensate for impaired hearing of the wearer of the aid**" means a response characteristic that corrects for the particular hearing impairment of a wearer of the aid<br>Abstract; 1:6-31; 2:10-12; 2:31-54; 2:62-66; 3:12-20; 4:35-41; 4:66-5:4; 5:18-23; 5:31-44; 6:44-7:66; 8:23-27; 8:62-9:11; 9:55-10:21; 10:38-43; 11:46-57; Fig. 3<br><br>• **programmed** – see claim 1 |

13

| Claim 19 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A hearing aid comprising at least one input microphone, an output receiver, a signal transmission channel interposed between said microphone and said receiver, and a *programmable delay line filter* interposed in a *feedback path* between the input and output of said transmission channel, said *programmable filter being programmed to effect substantial reduction of acoustic feedback* from said receiver to said microphone. | • "programmable delay line filter" - see claim 1.<br><br>• "programmed" - see claim 1.<br><br>• feedback path – see claim 1<br><br>• programmable filter being programmed to effect substantial reduction of acoustic feedback – see claim 9 ("programmable filter being programmed to effect substantial reduction of acoustic feedback from said receiver to said microphone") | • delay line filter – see claim 1<br><br>• programmable delay line filter – see claim 1<br><br>• feedback path – see claim 1<br><br>• programmable filter being programmed to effect substantial reduction of acoustic feedback – see claim 9 ("programmable filter being programmed to effect substantial reduction of acoustic feedback from said receiver to said microphone")<br><br>Abstract; 2:46-54, 2:62-66, 3:3-11, 4:12-30, 9:12-55, 10:16-43; Figs. 1-2; *see also* 3:12-20; 4:35-41; 4:66-5:4; 5:18-23; 5:31-44; 6:44-8:37; Fig 3<br><br>File history: September 26, 1986 Information Disclosure Statement, p. 2; March 31, 1987 Office Action, p. 3; June 29, 1987 Response to Office Action, pp. 7-9.<br><br>• programmed – see claim 1 |

14

U.S. Patent No. 4,879,749

| Claim 1 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A *host controller* for producing data from a computer for a programmable hearing aid to cancel acoustic feedback comprising | • A "host controller" is a processor for controlling operations of a device.<br><br>'749 Patent: Abstract; col. 2, ll. 42-56; col. 3, l. 32 - col. 4, l. 62; col. 6, l. 57 - col. 7, l. 32; col. 7, ll. 62-68; col. 8, l. 25 - col. 10, l. 17; col. 12, ll. 12-58; Fig. 1; Fig. 2; Fig. 4; Fig. 5. Prosecution History, Response Dated March 17, 1989, pages 3-4. | • A "host controller" is a device for prescribing a wearable programmable hearing aid interposed between a computer and the hearing aid<br><br>Abstract; 1:5-7; 3:36-38; 3:51-4:63; 5:34-38; 6:57-7:22; 8:25-10:17; Figs. 1, 2, 4<br><br>File History: cover sheet; February 12, 1988 Preliminary Amendment at pp. 1-5; October 17, 1988 First Office Action at pp. 3-5; March 23, 1989 Amendment at pp. 1-4<br><br>U.S. Pat. No. 4,099,035 ("Yanick"); U.K. Pat. No. 1305359 |
| *means for receiving signals from the hearing aid and measuring phase and amplitude,* | • Function – receiving signals from the hearing aid and measuring phase and amplitude.<br>• Structure – circuits and processing elements, and structural equivalents thereof.<br><br>'749 Patent: Abstract; col. 3, ll. 51-62; col. 4, ll. 8-13; col. 6, ll. 59-64; col. 6, l. 68; col. 8, ll. 27-39; col. 9, ll. 32-42; Fig. 1; Fig. 2; Fig. 4. Prosecution History, Response Dated March 17, 1989, pages 3-4. | • Function – receiving [first] signals [at the host controller] from the hearing aid and measuring phase and amplitude [of those signals during programming of the hearing aid]<br>• Structure – digital phase shifter 30; programmable gain amplifier 32; latches 33, 42, 43, and 45; terminals 31, 34 and 121; switches 37 and 120; and related control and signal lines; and equivalent structures<br><br>4:8-44; 6:57-62; 9:20-48; Fig. 1<br><br>File history: U.S. Patent Application Serial No. 155,374 as filed, at p. 8; October 17, 1988 First Office Action at pp. 3-5; March 23, 1989 Amendment at pp. 1-4 |
| *means for receiving signals from the hearing aid indicative of the summation of acoustic feedback and acoustic feedback cancellation signals,* | • Function – receiving signals from the hearing aid indicative of the summation of the acoustic feedback and acoustic feedback cancellation signals.<br>• Structure – processing elements that receive a combined signal of acoustic feedback and a feedback cancellation signal, and structural equivalents thereof.<br><br>'749 Patent: Abstract; col. 3, ll. 51-62; col. 4, ll. 14-26; col. 6, l. 68; col. 8, ll. 27-39; col. 9, ll. 14-19; col. 9, ll. 32-42; col. 9, ll. 58-65; Fig. 1; Fig. 2; Fig. 4; Fig. 5. Prosecution History, Response Dated March 17, 1989, pages 3-4. | • Function – receiving [second] signals [at the host controller] from the hearing aid indicative of the summation of acoustic feedback and acoustic feedback cancellation signals<br>• Structure – terminals 34 and 121, switches 37 and 120, latch 45, programmable amplifier 38, rectifier 39, A/D converter 40, and related control and signal lines; and equivalent structures<br><br>4:8-44; 6:57-62; 9:20-48; Fig. 1 |

15

May 9, 2007 200p

| Claim 1 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| *and means controlled by the computer for adjusting the phase and amplitude necessary to eliminate acoustic feedback and produce a null summation.* | • Function – adjusting the phase and amplitude necessary to eliminate acoustic feedback.<br>• Structure – amplifiers and processing elements, and structural equivalents thereof.<br>'749 Patent: Abstract; col. 2, ll. 42-56; col. 3, ll. 51-62; col. 3, ll. 65-4:7; col. 4, ll. 26-30; col. 4, ll. 45-62; col. 6, ll. 65-67; col. 7, ll. 6-11; col. 9, ll. 14-19; col. 9, ll. 38-48; Fig. 1; Fig. 2; Fig. 4. Prosecution History, Response Dated March 17, 1989, pages 3-4. | • Function – adjusting [at the host controller and controlled by the computer] the phase and amplitude [of a signal from the hearing aid] necessary to eliminate acoustic feedback and produce a null summation<br>• Structure – latches 33, 42, and 43, digital phase shifter 30 and programmable gain amplifier 32; and equivalent structures<br>4:8-62, 6:57-62 and 9:20-48; Fig. 1<br>File history: October 17. 1988 First Office Action at pp. 3-5; March 23, 1989 Amendment at pp. 1-4 |

| Claim 2 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| *A host controller as set forth in claim 1 including means controlled by the computer for transmitting phase shift and amplitude data to program the hearing aid to eliminate acoustic feedback.* | • host controller – see claim 1<br>• means controlled by the computer for transmitting phase shift and amplitude data to program the hearing aid:<br>• Function – transmitting phase shift and amplitude data to program the hearing aid.<br>• Structure – combined circuitry, and structural equivalents thereof.<br>'749 Patent: Abstract; col. 3, ll. 51-62; col. 4, ll. 30-33; col. 4, ll. 38-44; col. 6, ll. 65-67; col. 7, ll. 1-2; col. 8, l. 40 - col. 9, l. 13; Fig. 1; Fig. 2; Fig. 4. Prosecution History, Response Dated March 17, 1989, pages 3-4. | • host controller – see claim 1<br>• means controlled by the computer for transmitting phase shift and amplitude data to program the hearing aid to eliminate acoustic feedback:<br>• Function – transmitting phase shift and amplitude data [from the host controller to the computer] to program the hearing aid to eliminate acoustic feedback<br>• Structure – programmable gain amplifier 32, latches 33, 42, and 43, and digital phase shifter 30; and equivalent structures<br>4:8-62, 6:57-62; 9:20-48; Fig. 1 |

16

May 9, 2007 200p

| Claim 3 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A *host controller* as set forth in claim 1 including a sound generator for generating test signals supplied to the hearing aid and in which the *means for receiving signals from the hearing aid* includes a circuit for receiving the test signals back from the hearing aid to provide reference phase and amplitude signals. | • **host controller** – see claim 1<br>• **means for receiving signals from the hearing aid** – see claim 1 ("means for receiving signals from the hearing aid and measuring phase and amplitude") | • **host controller** – see claim 1<br>• **means for receiving signals from the hearing aid** – see claim 1 ("means for receiving signals from the hearing aid and measuring phase and amplitude") |

| Claim 4 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A *host controller* as set forth in claim 3 in which said circuit includes *computer controlled means for adjusting the phase shift and amplitude to produce an acoustic feedback cancellation signal.* | • **host controller** – see claim 1<br>• **computer controlled means for adjusting the phase shift and amplitude to produce an acoustic feedback cancellation signal:**<br>• **Structure** – amplifiers and processing elements, and structural equivalents thereof.<br><br>'749 Patent: Abstract; col. 2, ll. 42-56; col. 3, ll. 51-62; col. 3, ll. 65-47; col. 4, ll. 26-30; col. 4, ll. 45-62; col. 6, ll. 65-67; col. 7, ll. 6-11; col. 9, ll. 14-19; col. 9, ll. 38-48; Fig. 1; Fig. 2; Fig. 4. Prosecution History, Response Dated March 17, 1989, pages 3-4. | • **host controller** – see claim 1<br>• **computer controlled means for adjusting the phase shift and amplitude to produce an acoustic feedback cancellation signal:**<br>• **Structure** – programmable gain amplifier 32, digital phase shifter 30, latches 33, 42, and 43, and terminal 144 (VFBK) adapted for connection to a hearing aid summing amplifier; and equivalent structures<br>4:8-62, 6:57-62, and 9:20-48; Fig. 1<br>File history: U.S. Patent Application Serial No. 155,374 as filed, at p. 8; October 17, 1988 First Office Action at pp. 3-5; March 23, 1989 Amendment at pp. 1-4 |

17

May 9, 2007 200p

| Claim 5 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A *host controller* as set forth in claim 2 including *computer controlled means for supplying a logic signal to the hearing aid logic signal to the hearing aid for programming and a logic signal to the hearing aid to restore it for use by the patient.* | • **host controller** – see claim 1<br>• **computer controlled means for supplying a logic signal to the hearing aid to restore it for use by the patient:**<br>• Structure – circuitry for logic signal transmission, and structural equivalents thereof.<br><br>'749 Patent: Abstract; col. 3, ll. 51-62; col. 4, ll. 30-33; col. 4, ll. 38-44; col. 6, ll. 65-67; col. 7, ll. 1-2; col. 8, l. 40 - col. 9, l. 13; Fig. 1; Fig. 2; Fig. 4. Prosecution History, Response Dated March 17, 1989, pages 3-4. | • **host controller** – see claim 1<br>• **computer controlled means for supplying a logic signal to the hearing aid for programming and a logic signal to the hearing aid to restore it for use by the patient:**<br>• Structure – latches 44 and 45 and lines 125 and 128, and tri-state buffer 46; and equivalent structures<br>4:8-62; 6:57-62; 9:20-48; Fig. 1 |

| Claim 6 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A *host controller for* programming a filter interposed in a transmission channel of a hearing aid between a microphone and a receiver from a computer associated with the host controller comprising | • **host controller** – see claim 1 | • **host controller** – see claim 1 |
| a signal generator for generating test signals supplied to the receiver,<br>a circuit for returning an output signal from the transmission channel, | • None | • None |

18

May 9, 2007 200p

| Claim 6 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| a phase and amplitude measuring circuit for measuring the phase and amplitude of the *output signal*, said phase and amplitude circuit including *adjustable phase shift and amplitude means controlled by the computer for adjusting the phase shift and amplitude necessary to eliminate acoustic feedback and transmitting an acoustical feedback cancellation signal to the hearing aid* | • The phrase "**output signal**" does not need construed and should be afforded its plain and ordinary meaning because it takes an otherwise understandable phrase and makes it more complicated for a jury.<br>• **adjustable phase shift and amplitude means controlled by the computer for adjusting the phase shift and amplitude necessary to eliminate acoustic feedback and transmitting an acoustical feedback cancellation signal to the hearing aid:**<br>  • Function – adjusting the phase shift and amplitude necessary to eliminate acoustic feedback and transmitting an acoustical feedback cancellation signal to the hearing aid.<br>  • Structure – amplifiers and processing elements, and structural equivalents thereof.<br><br>'749 Patent: Abstract; col. 2, ll. 42-56; col. 3, ll. 51-62; col. 3, ll. 65-4:7; col. 4, ll. 26-30; col. 4, ll. 45-62; col. 6, ll. 65-67; col. 7, ll. 6-11; col. 9, ll. 14-19; col. 9, ll. 38-48; Fig. 1; Fig. 2; Fig. 4. Prosecution History, Response Dated March 17, 1989, pages 3-4. | • The "**output signal**" is an output of the hearing aid transmission channel<br>  4:8-44; 6:57-62; 9:20-48; Figs. 1, 2<br>  File history: October 17, 1988 First Office Action at pp. 3-5; March 23, 1989 Amendment at pp. 1-4<br>• **adjustable phase shift and amplitude means controlled by the computer for adjusting the phase shift and amplitude necessary to eliminate acoustic feedback and transmitting an acoustical feedback cancellation signal to the hearing aid:**<br>  • Function – adjusting [at the host controller] the phase shift and amplitude [of a signal from the hearing aid] necessary to eliminate acoustic feedback and transmitting an acoustical feedback cancellation signal to the hearing aid<br>  • Structure – digital phase shifter 30 and programmable gain amplifier 32; latches 33, 42, and 43; and connectors 31 and 144; and equivalent structure<br>  4:8-62; 6:57-62; 9:20-48; Fig. 1<br>  File history: U.S. Patent Application Serial No. 155,374 as filed, at p. 8; October 17, 1988 First Office Action of Oct. 17, 1988 at pp. 3-5; March 23, 1989 Amendment at pp. 1-4 |
| and a circuit for receiving signals from the hearing aid and indicative of the summation of acoustic feedback and acoustic feedback cancellation signals to produce a null summation when the phase shift and amplitude adjustments necessary to eliminate acoustic feedback have been achieved. | • None | • None |

19

PEPPER HAMILTON

Dated May 9, 2007

/s/ _____
Edmond D. Johnson (No. 2257)
PEPPER HAMILTON
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

*On Behalf of All Parties*

Edmond D. Johnson (No. 2257)
PEPPER HAMILTON
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

*Attorneys for Energy Transportation Group, Inc.*

*OF COUNSEL:*

Brian M. Buroker
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006-1109

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

N. Richards Powers (#494)
James D. Heisman (#2746)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE 19899

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC 20001-4413

*Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Robert C. Kahrl
David B. Cochran
Thomas R. Goots
Isaac A. Molnar
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114

*Attorneys for Gennum Corporation*

Jack B. Blumenfeld (#1014)
Maryellen E. Noreika (#3208)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Kenneth B. Herman
William J. McCabe
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704

*Attorneys for GN ReSound A/S and
GN Hearing Care Corporation*

Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

James R. Sobieraj
Meredith Martin Addy
Charles M. McMahon
David H. Bluestone
Jeffrey A. Marx
BRINKS HOFER GILSON & LIONE
NBC Tower Suite 3600
455 Cityfront Plaza Dr.
Chicago, IL 60611

*Attorneys for Phonak Inc., Phonak LLC,
Unitron Hearing Inc., and Unitron Hearing
Ltd.*

Barry M. Klayman (#3676)
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
Wilmington Trust Center
1100 North Market St., Suite 1001
Wilmington, DE 19801

Jeffrey D. Shewchuk
SHEWCHUK IP SERVICES, LLP
533 77th Street West
Eagan, MN 55121

*Attorneys for Resistance Technology Inc.*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE

Brett L. Foster
L. Grant Foster
HOLLAND & HART
60 East South Temple, Suite 2000
Salt Lake City, UT 84111

*Attorneys for Sonic Innovations, Inc.*

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Amy Quinlan (#3021)
MORRIS, JAMES, HITCHENS & WILLIAMS
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494

Richard Morgan
Steven Reitenour
BOWMAN AND BROOKE LLP
150 S. Fifth St., Suite 2600
Minneapolis, MN  55402

*Attorneys for Starkey Laboratories, Inc.*

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19899

William H. Mandir
David J. Cushing
Carl J. Pellegrini
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC  20037

*Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.*