## CERTIFICATE OF SERVICE

I do hereby certify that on the 16th day of May, 2007, I caused a true copy of the Appendix Containing Exhibits to Plaintiff's Opening *Markman Brief* in Support of its Proposed Claim Construction to be served via electronic mail:

| | |
|---|---|
| James D. Heisman (#2746)<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>N. Richards Powers (#494)<br>1007 North Orange Street<br>Wilmington, DE 19899 | Donald E. Reid (#1058)<br>Jason A. Cincilla (#4232)<br>MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19899 |
| John M. Romary<br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>901 New York Ave., N.W.<br>Washington, DC 20001-4413 | William H. Mandir<br>David J. Cushing<br>Carl J. Pellegrini<br>SUGHRUE MION PLC<br>2100 Pennsylvania Ave., N.W.<br>Washington, DC 20037 |
| *Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC* | *Attorneys for Widex Hearing Aid Co. Inc., and Widex A/S* |
| Jack B. Blumenfeld (#1014)<br>Maryellen E. Noreika (#3208)<br>MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Thomas C. Grimm (#1098)<br>Leslie A. Polizoti (#4299)<br>MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19899 |
| Kenneth B. Herman<br>William J. McCabe<br>ROPES & GRAY LLP<br>1251 Avenue of the Americas<br>New York, NY 10020 | James R. Sobieraj<br>Meredith Martin Addy<br>David H. Bluestone<br>Jeffrey A. Marx<br>BRINKS HOFER GILSON & LIONE<br>NBC Tower<br>455 Cityfront Plaza Dr.; Suite 3600<br>Chicago, IL 60611 |
| *Attorneys for GN ReSound A/S and GN Hearing Care Corporation* | *Attorneys for Phonak Inc., Phonak LLC, Unitron Hearing Inc., and Unitron Hearing Ltd.* |

-2-

Barry M. Klayman (#3676)
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
Wilmington Trust Center
1100 North Market St., Suite 1001
Wilmington, DE 19801

Jeffrey D. Shewchuk
SHEWCHUK IP SERVICES, LLP
533 77th Street West
Eagan, MN  55121

*Attorneys for Resistance Technology Inc.*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington,  DE

Brett L. Foster
L. Grant Foster
HOLLAND & HART
60 East South Temple; Suite 2000
Salt Lake City, UT  84111

*Attorneys for Sonic Innovations, Inc.*

Richard K. Herrmann (#405)
Mary B.Matterer (#2696)
Amy Quinlan (#3021)
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899

Richard Morgan
Steven Reitenour
BOWMAN AND BROOKE LLP
150 S. Fifth St., Suite 2600
Minneapolis, MN  55402

*Attorneys for Starkey Laboratories, Inc.*

/s/ Thomas H. Kovach
Thomas H. Kovach (DE Bar #3964)