IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-422 (GMS) |
| | ) | |
| SONIC INNOVATIONS, INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Marty Steinberg of Hunton & Williams, LLP, Mellon Financial Center, 1111 Brickell Avenue, Suite 2500, Miami, Florida 33131 to represent plaintiff Energy Transportation Group, Inc. in the above matter.

Dated: May 25, 2007

PEPPER HAMILTON

/s/ *Thomas H. Kovach*
Edmond D. Johnson (No. 2257)
Thomas H. Kovach (No. 3964)
PEPPER HAMILTON
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

Attorneys for Plaintiff Energy
Transportation Group, Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                                United States District Judge

#8588959 v1

## CERTIFICATE OF SERVICE

I do hereby certify that on the 25th day of May, 2007, I caused a true copy of the Motion and Order for Admission *Pro Hac Vice* to be served via electronic mail:

James D. Heisman (#2746)
CONNOLLY BOVE LODGE & HUTZ LLP
N. Richards Powers (#494)
1007 North Orange Street
Wilmington, DE  19899

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC  20001-4413

*Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC*

Jack B. Blumenfeld (#1014)
Maryellen E. Noreika (#3208)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Kenneth B. Herman
William J. McCabe
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY  10020

*Attorneys for GN ReSound A/S and GN Hearing Care Corporation*

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19899

William H. Mandir
David J. Cushing
Carl J. Pellegrini
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC  20037

*Attorneys for Widex Hearing Aid Co. Inc., and Widex A/S*

Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19899

James R. Sobieraj
Meredith Martin Addy
David H. Bluestone
Jeffrey A. Marx
BRINKS HOFER GILSON & LIONE
NBC Tower
455 Cityfront Plaza Dr.; Suite 3600
Chicago, IL  60611

*Attorneys for Phonak Inc., Phonak LLC, Unitron Hearing Inc., and Unitron Hearing Ltd.*

#8588959 v1

-2-

| | |
|---|---|
| Barry M. Klayman (#3676)<br>WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP<br>Wilmington Trust Center<br>1100 North Market St., Suite 1001<br>Wilmington, DE 19801 | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>POTTER ANDERSON & CORROON<br>1313 N. Market St.<br>Hercules Plaza, 6th Floor<br>Wilmington, DE |
| Jeffrey D. Shewchuk<br>SHEWCHUK IP SERVICES, LLP<br>533 77th Street West<br>Eagan, MN 55121 | Brett L. Foster<br>L. Grant Foster<br>HOLLAND & HART<br>60 East South Temple; Suite 2000<br>Salt Lake City, UT 84111 |
| *Attorneys for Resistance Technology Inc.* | *Attorneys for Sonic Innovations, Inc.* |

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Amy Quinlan (#3021)
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

Richard Morgan
Steven Reitenour
BOWMAN AND BROOKE LLP
150 S. Fifth St., Suite 2600
Minneapolis, MN 55402

*Attorneys for Starkey Laboratories, Inc.*

 

                                      /s/ *Thomas H. Kovach*
                                      Thomas H. Kovach (DE Bar #3964)