## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to the Court, am admitted, practicing and in good standing as a member of the Bars of the State of Virginia and the District of Columbia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 01/01/2005, I further certify that the annual fee of $25.00 has been paid to the Clerks of Court, or if not paid previously, the fee payment will be submitted.

June 1, 2007

_____
Yisun Song
Hunton & Williams LLP
1900 K Street NW
Washington, DC 20006
Tel. (202)955-1966
ysong@hunton.com

Attorneys for Plaintiff
Energy Transportation Group, Inc.