# EXHIBIT 1

Case 1:05-cv-00422-GMS   Document 259-2   Filed 06/06/2007   Page 1 of 16

**EXHIBIT 1 IS TUTORIAL**

**CONTAINED ON CD-ROM AND CANNOT**

**BE FILED ELECTRONICALLY**

**IT WILL BE FILED SEPARATELY WITH THE COURT**

# EXHIBIT 2

## '850 and '749 Patent Claim Terms For Construction

| # | Claim Terms | Location | Proposed Claim Constructions | |
|---|---|---|---|---|
| 1 | delay line filter | '850: 1, 9, 19 | ETG:<br><br>Presumably, a filter employing one or more delays and coefficients. | Defendants:<br><br>A non-recursive filter that operates on time-delayed samples of an input by multiplying each sample by a corresponding weighting coefficient and summing the weighted samples to provide an output having desired electro-acoustic characteristics. |
| 2 | programmable delay line filter | '850: 1, 9, 19 | ETG:<br><br>A filter employing one or more delays and coefficients, the value(s) of at least one delay or coefficient can be programmed. | Defendants:<br><br>A delay line filter that uses externally calculated weighting coefficients. |
| 3 | forward path | '850: 9, 15 | ETG:<br><br>Contends that this phrase should not be construed.<br><br>Alternative proposal – A path in which a signal travels from an input toward an output of a transmission channel. | Defendants:<br><br>A path in which a signal travels in a direction from the microphone to the receiver |
| 4 | feedback path | '850: 1, 18, 19 | ETG:<br><br>Contends that this phrase should not be construed.<br><br>Alternative proposal – A path in which a signal travels toward an input of a transmission channel. | Defendants:<br><br>A path in which a signal from a forward path travels in a direction toward the microphone and is combined into an earlier point in the forward path. |

| # | Claim Terms | Location | Proposed Claim Constructions ||
|---|---|---|---|---|
| 5 | programmable delay line filter and programmable signal limiter means . . . in a feedback path | '850: 1 | Agreed:<br>Both the programmable delay line filter and the programmable signal limiter means are in a feedback path. ||
| 6 | response characteristic effective to compensate for impaired hearing of the wearer of the aid | '850: 1, 17, 18 | ETG:<br>Contends that this phrase should not be construed.<br>No construction provided. | Defendants:<br>A response characteristic that corrects for the particular hearing impairment of a wearer of the aid. |
| 7 | response characteristic effective to compensate for impaired hearing of the wearer of the aid and to reduce the effects of both noise and reverberation | '850: 17 | ETG:<br>Contends that this phrase should not be construed.<br>No construction provided. | Defendants:<br>A response characteristic that corrects for the particular hearing impairment of a wearer of the aid and reduces the effects of both noise and reverberation.<br>*(this listing corrects a typo in the joint chart)* |
| 8 | to effect substantial reduction of acoustic feedback from said receiver to said microphone | '850: 9, 10, 19 | ETG:<br>Contends that this phrase should not be construed.<br>No construction provided. | Defendants:<br>To effect reduction of acoustic feedback from said receiver to said microphone means to impart cancellation of acoustic feedback between the receiver and the microphone.<br>The term "substantial" is indefinite. |
| 9 | filter being programmed to impart to the hearing aid at least one response characteristic effective to compensate for impaired hearing of the wearer of the aid | '850: 1 | ETG:<br>"Programmed" means "provided with one or more values so as to provide a response."<br>No construction provided for the remainder of the clause. | Defendants:<br>The filter has received at least one set of weighting coefficients that, in normal operating mode, are fixed to create a response characteristic that corrects for the particular hearing impairment of a wearer of the aid. |

| # | Claim Terms | Location | Proposed Claim Constructions | |
|---|---|---|---|---|
| 10 | filter being programmed to impart to the hearing aid at least one response characteristic effective to compensate for impaired hearing of the wearer of the aid and to reduce the effects of both noise and reverberation | '850: 17 | ETG:<br><br>"Programmed" means "provided with one or more values so as to provide a response."<br><br>No construction provided for the remainder of the clause. | Defendants:<br><br>The filter has received at least one set of coefficients that, in normal operating mode, are fixed to create a response characteristic that corrects for the particular hearing impairment of a wearer of the aid and reduces the effects of both noise and reverberation.<br><br>*(this listing corrects typos in the joint chart)* |
| 11 | filter being programmed to effect substantial reduction of acoustic feedback from said receiver to said microphone | '850: 9, 10, 19 | ETG:<br><br>"Programmed" means "provided with one or more values so as to provide a response."<br><br>No construction provided for the remainder of the clause. | Defendants:<br><br>The phrase "programmed to effect reduction of acoustic feedback from said receiver to said microphone" means that the filter has received at least one set of weighting coefficients that, in normal operating mode, are fixed to impart cancellation of acoustic feedback between the receiver and the microphone.<br><br>The term "substantial" is indefinite. |
| 12 | programmed to equalize and reduce the effect of said acoustic feedback both in amplitude and phase on a signal in said transmission channel | '850: 13, 14 | ETG:<br><br>No construction provided other than proposed meaning of "filter therein programmed" (see above).<br><br>No construction provided for the remainder of the clause. | Defendants:<br><br>The filter has received coefficients that, during normal operating mode, are fixed to impart an "equalization" and reduction of the effect of acoustic feedback both in amplitude and phase on a signal in said transmission channel.<br><br>"Equalize" is indefinite. |

| # | Claim Terms | Location | Proposed Claim Constructions | |
|---|---|---|---|---|
| 13 | determining the effect on the amplitude and phase of a signal in said transmission channel as a function of frequency of acoustic feedback between said transducer and microphone | '850: 13, 14 | ETG:<br><br>Contends that this clause should not be construed.<br><br>ETG fails to provide a claim construction for any of the language in this clause. | Defendants:<br><br>"Determining" means measuring.<br><br>"As a function of frequency" means at a known frequency.<br><br>The remainder of the recitation is indefinite. |
| 14 | inserting between the input and output of said transmission channel an electrical feedback path having a filter therein programmed | '850: 13 | ETG:<br><br>"Inserting . . . " – Making an electric feedback path with a filter effective between the input and output of the transmission channel.<br><br>"Filter therein programmed" – a filter having coefficients where the values of the coefficients may be programmed.<br><br>The steps of "determining" and "inserting" do not have to be performed in the recited order. | Defendants:<br><br>Inserting, after the determining step, an electrical feedback path between the input and output of said transmission channel, the electrical feedback path having a filter therein programmed.<br><br>The steps of "determining" and "inserting" are performed in the recited order. |
| 15 | inserting between the input and output of said transmission channel a programmable filter | '850: 14 | ETG:<br><br>"Inserting . . . " – Making a programmable filter effective between the input and output of the transmission channel.<br><br>"Programmable filter" – A filter having coefficients where the values of the coefficients may be programmed.<br><br>The steps of "determining" and "inserting" do not have to be performed in the recited order. | Defendants:<br><br>Inserting, after the determining step, a programmable filter between the input and output of said transmission channel.<br><br>The steps of "determining" and "inserting" are performed in the recited order. |

| # | Claim Terms | Location | Proposed Claim Constructions | |
|---|---|---|---|---|
| 16 | host controller | '749: 1–6 | ETG:<br><br>A processor for controlling operations of a device. | Defendants:<br><br>A device for prescribing a wearable programmable hearing aid interposed between a computer and the hearing aid. |
| 17 | output signal | '749: 6 | ETG:<br><br>Contends that this phrase does not need to be construed.<br><br>No construction provided. | Defendants:<br><br>An output of the hearing aid transmission channel. |
| 18 | signal-level dependent amplifier | '850: 18 | ETG:<br><br>Contends that this phrase does not need to be construed.<br><br>No construction provided | Defendants:<br><br>The phrases "signal-level dependent amplifier" and "said [signal level dependent] amplifier being programmed" are indefinite. |

| # | Claim Terms | Location | Proposed Claim Constructions | |
|---|---|---|---|---|
| 19 | controlling means responsive to the level of speech signals in said transmission channel in excess of the level of noise signals in said channel for automatically controlling said controllable means to impart a selected one of said different response characteristics to said hearing aid | '850: 5 | ETG:<br>**Function**<br>Selecting the appropriate response characteristic based on the current environment.<br><br>**Structure**<br>Processing element(s), and structural equivalents thereof. | Defendants:<br>**Function**<br>Responding to [a determination that] the level of speech signals in the transmission channel [is] in excess of the level of noise signals in the channel for automatically controlling the controllable means to impart a selected one of the different response characteristics to the hearing aid<br><br>**Structure**<br>Speech detector 96, band pass filters 97-100, sample and hold circuits 105-108, rectifiers 109-112, comparators 113-116, latch 118, switch 95, and switch 88; and equivalent structures. |
| 20 | means controllable to impart different response characteristics to said hearing aid | '850: 5 | Agreed:<br>**Function:** Imparting different response characteristic to the hearing aid. | |
| | | | ETG:<br>**Structure:**<br>Programmable filter(s) that can be programmed with different coefficients to impart different response characteristics to audio signals present in the transmission channel of the hearing aid, and structural equivalents thereof. | Defendants:<br>**Structure:**<br>Programmable filter 64 (structures 63a, 70-75, 77, 78, 78a, 79, and 80) programmed to impart different response characteristics; or<br>5 bit counter, timing logic, and structures 63a, 77, 80, and 145-151; and equivalent structures. |

| # | Claim Terms | Location | Proposed Claim Constructions ||
|---|---|---|---|---|
| 21 | a plurality of bandpass filter means for determining the noise frequency spectrum in said transmission channel, | '850: 6 | Agreed:<br>**Function:** Determining the noise frequency spectrum in said transmission channel. ||
| | | | ETG:<br>**Structure**<br>Bandpass filters and processing elements, and structural equivalents thereof. | Defendants:<br>**Structure**<br>Bandpass filters 97-100 and rectifiers 109-112 and S/H 105-108; and equivalents thereof. |
| 22 | a plurality of comparator means each responsive to said speech detector and to respective bandpass filter means for indicating whether the speech level in each said bandpass filter exceeds the noise level therein and for actuating said controlling means to impart to the hearing aid a response characteristic effective to compensate for impaired hearing of the wearer of the aid at the noise levels obtaining in said channel. | '850: 6 | ETG:<br>**Function**<br>Indicating whether the speech level in each band pass filter exceeds the noise level and for actuating said controlling means to impart to the hearing aid a response characteristic. | Defendants:<br>**Function**<br>To respond to the speech detector and respective bandpass filter means for indicating whether the speech level in each bandpass filter exceeds the noise level therein and for actuating the controlling means to impart to the hearing aid a response characteristic effective to compensate for impaired hearing of the wearer of the aid at the noise levels obtaining in the channel. |
| | | | **Structure**:<br>Various processing elements, and structural equivalents thereof. | **Structure**:<br>Comparators 113-116; and equivalent structures. |

| # | Claim Terms | Location | Proposed Claim Constructions ||
|---|---|---|---|---|
| 23 | **speech detector means for determining when speech signals are in said transmission channel** | '850: 6 | <td colspan="2" align="center">Agreed:<br>**Function**: Determining when speech signals are in the transmission channel.</td> ||
|  |  |  | ETG:<br>**Structure**<br>Speech detector(s), and structural equivalents therof. | Defendants:<br>**Structure**<br>Speech detector 96; and equivalent structures. |
| 24 | **programmable signal limiter means** | '850: 1 | ETG:<br>**Function:**<br>Limiting or reducing the signal in some manner.<br><br>**Structure:**<br>One corresponding structure is an amplitude limiter or a device that controls the maximum allowable signal to pass to the wearer's ear. Another structure is a programmable compression amplifier. Equivalents of these structures also fall within the claim scope. | Defendants:<br>**Function:**<br>To programmably limit the [amplitude of the] signal [from exceeding a certain level by using externally calculated coefficients]<br><br>**Structure**<br>Programmable limiter 67; RAM 77, and attendant signal lines; and equivalent structures |

| # | Claim Terms | Location | Proposed Claim Constructions | |
|---|---|---|---|---|
| 25 | means for adjusting the amplitude and phase characteristics of each of said microphone channels | '850: 17 | Agreed:<br>**Function:** Adjusting the amplitude and phase characteristics of each of the input microphone channels. | |
| | | | ETG:<br>**Structure**<br>Amplifiers and processing elements, and structural equivalents thereof. | Defendants:<br>**Structure**<br>Amplifiers 157 and 158 that, in an undefined manner, provide amplitude and phase adjustment in response to "gain and phase control" information; and equivalent structures |
| 26 | means for summing the outputs of said microphone channels | '850: 17 | Agreed:<br>**Function:** Summing the outputs of the input microphone channels. | |
| | | | ETG:<br>**Structure**<br>Summing circuits, and structural equivalents thereof. | Defendants:<br>**Structure**<br>Summing amplifier 159; and equivalent structures. |

| # | Claim Terms | Location | Proposed Claim Constructions | |
|---|---|---|---|---|
| 27 | means for receiving signals from the hearing aid and measuring phase and amplitude | '749: 1 | ETG:<br>**Function**<br>Receiving signals from the hearing aid and measuring phase and amplitude. | Defendants:<br>**Function**<br>Receiving [first] signals [at the host controller] from the hearing aid and measuring phase and amplitude [of those signals during programming of the hearing aid]. |
| | | | **Structure**<br>Circuits and processing elements, and structural equivalents thereof. | **Structure**<br>Digital phase shifter 30; programmable gain amplifier 32; latches 33, 42, 43, and 45; terminals 31, 34 and 121; switches 37 and 120; and related control and signal lines; and equivalent structures. |
| 28 | means for receiving signals from the hearing aid indicative of the summation of acoustic feedback and acoustic feedback cancellation signals | '749: 1 | ETG:<br>**Function**<br>Receiving signals from the hearing aid indicative of the summation of the acoustic feedback and acoustic feedback cancellation signals. | Defendants:<br>**Function**<br>Receiving [second] signals [at the host controller] from the hearing aid indicative of the summation of acoustic feedback and acoustic feedback cancellation signals. |
| | | | **Structure**<br>Processing elements that receive a combined signal of acoustic feedback and a feedback cancellation signal, and structural equivalents thereof. | **Structure**<br>Terminals 34 and 121, switches 37 and 120, latch 45, programmable amplifier 38, rectifier 39, A/D converter 40, and related control and signal lines; and equivalent structures. |

| # | Claim Terms | Location | Proposed Claim Constructions | |
|---|---|---|---|---|
| 29 | means controlled by the computer for adjusting the phase and amplitude necessary to eliminate acoustic feedback and produce a null summation | '749: 1 | ETG:<br>**Function**<br>Adjusting the phase and amplitude necessary to eliminate acoustic feedback. | Defendants:<br>**Function**<br>Adjusting [at the host controller and controlled by the computer] the phase and amplitude [of a signal from the hearing aid] necessary to eliminate acoustic feedback and produce a null summation. |
| | | | **Structure**<br>Amplifiers and processing elements, and structural equivalents thereof. | **Structure**<br>Latches 33, 42, and 43, digital phase shifter 30 and programmable gain amplifier 32, RAM 77; and equivalent structures.<br>*(Updated to include RAM 77)* |
| 30 | means controlled by the computer for transmitting phase shift and amplitude data to program the hearing aid to eliminate acoustic feedback | '749: 2 | ETG:<br>**Function**<br>Transmitting phase shift and amplitude data to program the hearing aid. | Defendants:<br>**Function**<br>Transmitting phase shift and amplitude data [from the host controller to the computer] to program the hearing aid to eliminate acoustic feedback. |
| | | | **Structure**<br>Combined circuitry, and structural equivalents thereof. | **Structure**<br>Programmable gain amplifier 32, latches 33, 42, and 43, and digital phase shifter 30; and equivalent structures. |

| # | Claim Terms | Location | Proposed Claim Constructions |||
|---|---|---|---|---|---|
| 31 | **computer controlled means for adjusting the phase shift and amplitude to produce an acoustic feedback cancellation signal** | '749: 4 | Agreed: **Function:** Adjusting the phase shift and amplitude to produce an acoustic feedback cancellation signal. |||
|   |   |   | ETG: **Structure** Amplifiers and processing elements, and structrual equivalents thereof. || Defendants: **Structure** Programmable gain amplifier 32, digital phase shifter 30, latches 33, 42, and 43, and terminal 144 ($V_{FBK}$) adapted for connection to a hearing aid summing amplifier; and equivalent structures. |
| 32 | **computer controlled means for supplying a logic signal to the hearing aid for programming and a logic signal to the hearing aid to restore it for use by the patient** | '749: 5 | Agreed: **Function:** Supplying a logic signal to the hearing aid for programming and a logic signal to the hearing aid to restore it for use by the patient. |||
|   |   |   | ETG: **Structure** Circuitry for logic signal transmission, and structural equivalents thereof. || Defendants: **Structure** Latches 44 and 45 and lines 125 and 128, and tri-state buffer 46; and equivalent structures. |

| # | Claim Terms | Location | Proposed Claim Constructions | |
|---|---|---|---|---|
| 33 | adjustable phase shift and amplitude means controlled by the computer for adjusting the phase shift and amplitude necessary to eliminate acoustic feedback and transmitting an acoustical feedback cancellation signal to the hearing aid | '749: 6 | ETG:<br><br>**Function**<br><br>Adjusting the phase shift and amplitude necessary to eliminate acoustic feedback and transmitting an acoustical feedback cancellation signal to the hearing aid | Defendants:<br><br>**Function**<br><br>Adjusting [at the host controller] the phase shift and amplitude [of a signal from the hearing aid] necessary to eliminate acoustic feedback and transmitting an acoustical feedback cancellation signal to the hearing aid |
|   |   |   | **Structure**<br><br>Amplifiers and processing elements, and structural equivalents thereof | **Structure**<br><br>Digital phase shifter 30 and programmable gain amplifier 32; latches 33, 42, and 43; and connectors 31 and 144; and equivalent structure |