IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SONIC INNOVATIONS, INC., et al, )<br>)<br>Defendants. )<br>) | C.A. No. 05-422 (GMS) |

**NOTICE OF PAPER FILING**

PLEASE TAKE NOTICE that on June 7, 2007, Plaintiff Energy Transportation Group, Inc., filed the ***Joint Appendix to Markman Briefs*** via hand-delivery to the United States District Court for the District of Delaware.

Edmond D. Johnson (No. 2257)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone No. 302-777-6500
Facsimile No. 302-421-8390

Attorneys for Plaintiff Energy
Transportation Group, Inc.

#8616886 v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on June 7, 2007, he filed the parties' *Joint Appendix To Markman Briefs* with the Clerk of the Court via hand-delivery and on June 6, 2007, he served the following via e-mail:

Richard W. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Amy Quinlan, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Maryellen Noereika, Esquire
Donald E. Reid, Esquire
Thomas C. Grimm, Esquire
Leslie A. Polizoti, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

N. Richard Powers, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Steet
P.O. Box 2207
Wilmington, DE 19899

Barry M. Klayman, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

Edmond D. Johnson (#2257)