IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | Civil Action No. 05-422 (GMS) |
| Plaintiff, ) | |
| v. ) | |
| SONIC INNOVATIONS, INC., *et al.*, ) | |
| Defendants. ) | |

**DEFENDANT RESISTANCE TECHNOLOGY, INC.'S RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(b)(2)**

Defendant Resistance Technology, Inc. ("RTI") hereby renews its motion, pursuant to Fed. R. Civ. P. Rule 12(b)(2), for an Order dismissing the claims against it for lack of personal jurisdiction on the grounds set forth in the original Motion to Dismiss (D.I. 56), the opening and reply briefs filed therewith (D.I. 57, 80), and the opening brief and exhibits filed herewith, which are hereby incorporated by reference as though fully set forth herein.

WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

/S/ Barry M. Klayman
Barry M. Klayman, Esquire (#3676)
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
*Attorneys for Defendant, Resistance Technology, Inc.*

Of Counsel:
Jefffrey D. Shewchuk, Esquire
Shewchuk IP Services, LLC
533 77th Street West
Eagan, MN 55121
Tel: (651) 331-9558

Dated: June 8, 2007

WIL:67336.1/res068-230363