IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SONIC INNOVATIONS, INC., *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 05-422 (GMS) |

## ORDER

AND NOW, this ___ day of _____, 2007, upon consideration of defendant, Resistance Technology, Inc.'s Renewed Motion to Dismiss For Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. Rule 12(b)(2), and the response thereto, it is hereby ORDERED AND DECREED that said Motion is GRANTED and the claims against defendant Resistance Technology, Inc. are DISMISSED for lack of personal jurisdiction.

BY THE COURT:

_____
United States District Judge

WIL:67335.1/res068-230363