<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this date, he caused true and correct copies of the Memorandum of Law in Support of Defendant Resistance Technology, Inc.'s Renewed Motion to Dismiss for Lack of Personal Jurisdiction to be served on the following counsel of record by CM/ECF notification and e-mail to their respective addresses as follows:

| | |
|---|---|
| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson<br>PEPPER HAMILTON LLP<br>johnsone@pepperlaw.com |
| | Thomas H. Kovach<br>PEPPER HAMILTON LLP<br>kovacht@pepperlaw.com |
| | Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>bburoker@hunton.com |
| REPRESENTING GN RESOUND A/S AND GN HEARING CARE CORPORATION | Jack B. Blumenfeld<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>jblumenfeld@mnat.com |
| | Maryellen E. Noreika<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>mnoreika@mnat.com |
| | Kenneth B. Herman<br>ROPES & GRAY LLP<br>kenneth.herman@ropesgray.com |
| | William J. McCabe<br>ROPES & GRAY LLP<br>william.mccabe@ropesgray.com |
| | Jeffrey D. Mullen<br>ROPES & GRAY LLP<br>jeffrey.mullen@ropesgray.com |
| REPRESENTING PHONAK AG, PHONAK INC., PHONAK, LLC, UNITRON HEARING, INC. | Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>tgrimm@mnat.com |
| | James R. Sobieraj<br>BRINKS HOFER GILSON & LIONE |

WIL:67411.1/res068-230363

|  |  |
|---|---|
|  | jsobieraj@usebrinks.com |
|  | David H. Bluestone<br>BRINKS HOFER GILSON & LIONE<br>dbluestone@usebrinks.com |
| REPRESENTING SONIC INNOVATIONS, INC. | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>sonicnet@potteranderson.com |
|  | Brett L. Foster<br>HOLLAND AND HART LLP<br>bfoster@hollandhart.com |
|  | L. Grant Foster<br>HOLLAND AND HART LLP<br>gfoster@hollandhart.com |
|  | Donald Degnan<br>HOLLAND AND HART LLP<br>ddegnan@hollandhart.com |
|  | Bryan K. Hanks<br>HOLLAND AND HART LLP<br>bkhanks@hollandhart.com |
| REPRESENTING STARKEY LABORATORIES, INC. | Mary B. Matterer<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>mmatterer@morrisjames.com |
|  | Amy A. Quinlan<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>aquinlan@morrisjames.com |
|  | Steven L. Reitenour<br>BOWMAN AND BROOKE LLP<br>steve.reitenour@bowmanandbrooke.com |
|  | Richard G. Morgan<br>BOWMAN AND BROOKE LLP<br>richard.morgan@bowmanandbrooke.com |

| | |
|---|---|
| REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC | James D. Heisman<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>jhjeisman@cblh.com<br><br>N. Richards Powers<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>rpowers@cblh.com<br><br>John M. Romary<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>john.romary@finnegan.com<br><br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>c.gregory.gramenopoulos@finnegan.com |
| REPRESENTING WIDEX A/S | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>dreid@mnat.com<br><br>William H. Mandir<br>SUGHRUE MION PLC<br>wmandir@sughrue.com<br><br>David J. Cushing<br>SUGHRUE MION PLC<br>dcushing@sughrue.com<br><br>Carl J. Pellegrini<br>SUGHRUE MION PLC<br>cpellegrini@sughrue.com |

/s/ Barry M. Klayman
Barry M. Klayman

Dated: June 8, 2007