# Pepper Hamilton LLP
───────── Attorneys at Law

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

Edmond D. Johnson
direct dial: 302.777.6539
johnsone@pepperlaw.com

June 11, 2007

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

> Re:   Energy Transportation Group, Inc. v. Sonic Innovations et al.,
>       C.A. No. 05-422 (GMS)

Dear Judge Sleet:

In anticipation of the teleconference scheduled for June 13, 2007 at 11:00 a.m. in the above-referenced matter, the parties submit the following issues related to discovery and the schedule to be presented to the Court:

**Plaintiff's Issues**:

- The Demant defendants' production of sales, revenue, cost and other financial data;

- WDH A/S's production of information pertaining to its participation in HIMPP and AHAA for purposes of jurisdictional discovery;

- The Phonak defendants' production of information pertaining to a pending transaction between entities affiliated with the Resound defendants and entities affiliated with the Phonak Defendants;

- The Resound defendants' production of information pertaining to a pending transaction between entities affiliated with the Resound defendants and entities affiliated with the Phonak Defendants; and

Pepper Hamilton LLP
Attorneys at Law

The Honorable Gregory M. Sleet
Page 2
June 11, 2007

- ETG's request for an extension of the schedule.

Respectfully,

Edmond D. Johnson (Del. Bar No. 2257)

EDJ/kw
cc: Mary B. Graham, Esquire (via electronic filing)
    Jack B. Blumenfeld, Esquire (via electronic filing)
    Thomas C. Grimm, Esquire (via electronic filing)
    Barry M. Klayman, Esquire (via electronic filing)
    Richard L. Horwitz, Esquire (via electronic filing)
    Mary B. Matterer, Esquire (via electronic filing)
    Donald E. Reid, Esquire (via electronic filing)

#8623400 v1