IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SONIC INNOVATIONS, INC., et al, )<br>)<br>Defendants. )<br>) | C.A. No. 05-422 (GMS) |

**PLAINTIFF ENERGY TRANSPORTATION GROUP INC.'S MOTION TO STRIKE DEFENDANTS' MARKMAN INTERACTIVE ARGUMENTS PRESENTED THROUGH CD-ROM (D.I. 260)**

Pursuant to Local Rules, Federal Rules of Civil Procedure, and this Court's Scheduling Order in this action, Plaintiff Energy Transportation Group, Inc. ("ETG") submits this Motion to Strike Defendants' filing of an argumentative CD-ROM (D.I. 260) that presents over ten (10) pages of additional briefing and, although guised as a "neutral tutorial," is nothing more than additional argument supplementing Defendants' Markman position and presenting arguments attempting to support Defendants' case for invalidity. As more fully explained in the Memorandum in Support of this Motion, this Court should strike the CD-ROM ("CD") submitted as Defendants' Exhibit 1 (D.I. 260), filed with Defendants Response to ETG's Markman Brief on the following grounds:

    (1)    The submission fails to comply with this Court's Scheduling Order that does not permit any "tutorial" submissions;

    (2)    The CD allows Defendants to present at least ten (10) pages of additional argumentative briefing beyond the page limits set by Court Order;

-2-

        (3)    The material contained within the CD should have been submitted as part of Defendants' Opening Brief, if at all, and accordingly Defendants are in violation of D. Del. LR. 7.1.3(c)(2).

Dated June 12, 2007

/s/ Edmond D. Johnson
Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Fax: (302) 421-8390

*Attorneys for Energy Transportation Group, Inc.*

OF COUNSEL:

Brian M. Buroker
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006-1109
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

Marty Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: (804) 788-8788
Facsimile: (804) 343-4630