IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-422 GMS |
| v. ) | |
| ) | |
| SONIC INNOVATIONS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

At Wilmington this **14th** day of **June, 2007**, having reviewed and considered the plaintiff's motion to strike the defendants' *Markman* CD-ROM tutorial;

IT IS ORDERED that the plaintiff's motion to strike (D.I. 270) is GRANTED. The court permits the parties to present a short tutorial regarding the background technology at issue during the *Markman* hearing (should it be helpful in understanding the disputed claim terms). However, the court does not permit parties to file tutorials with their briefs.[1]

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

---

[1] Moreover, even if the court permitted tutorials to be filed during the briefing period, the court's January 30, 2007 Oral Order directs the parties to include all evidence relied upon (even background tutorials) in the Joint Appendix to be filed with the answering claim construction briefs. Thus, the parties' claim construction briefs should not contain any exhibits or attachments.