IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONIC INNOVATIONS, INC., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-422-GMS |

**NOTICE OF SERVICE**

I hereby certify that on June 13, 2007, copies of *(1) Defendant Phonak's Second Set of Interrogatories to Plaintiff; and (2) Defendant Phonak's Second Set of Requests for Production to Plaintiff* were served upon counsel of record in the manner indicated:

**BY ELECTRONIC MAIL & FIRST CLASS MAIL**

Edmond D. Johnson
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON, LLP
1313 North Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Jack B. Blumenfeld
Maryellen Noreika
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Donald E. Reid
Jason A. Cincilla
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

| | |
|---|---|
| Mary B. Matterer<br>Amy Quinlan<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494 | Barry M. Klayman<br>WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP<br>Wilmington Trust Center<br>1100 North Market Street, Suite 1001<br>Wilmington, DE 19801 |
| James D. Heisman<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 North Orange Street<br>Wilmington, DE 19899 | |
| Brian M. Buroker<br>Robert L. Kinder<br>Marty Steinberg<br>Maya M. Eckstein<br>HUNTON & WILLIAMS LLP<br>1900 K. Street, N.W., Suite 1200<br>Washington, DC 20006 | Brett L. Foster<br>L. Grant Foster<br>HOLLAND & HART, LLP<br>60 E. South Temple, Suite 2000<br>Salt Lake City, UT 84111 |
| John M. Romary<br>C. Gregory Gramenopoulous<br>FINNEGAN, HENDERSON, FARABOW,<br>   GARRETT & DUNNER<br>901 New York Ave., N.W.<br>Washington, DC 20001-4413 | Kenneth B. Herman<br>Eric R. Hubbard<br>William J. McCabe<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036 |
| William H. Mandir<br>David J. Cushing<br>Carl J. Pellegrini<br>SUGHRUE MION PLC<br>2100 Pennsylvania Ave., N.W.<br>Washington, DC 20037 | Richard G. Morgan<br>Steven L. Reitenour<br>BOWMAN AND BROOKE LLP<br>150 S. Fifth Street, Suite 3000<br>Minneapolis, MN 55402 |
| Jeffrey D. Shewchuk<br>SHEWCHUK IP SERVICES, LLP<br>533 77th Street West<br>Eagan, MN 55121 | |

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

_____
Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
lpolizoti@mnat.com
   *Attorney for Defendants Phonak Inc.,*
   *Phonak AG, Phonak LLC, Unitron*
   *Hearing Ltd., and Unitron Hearing, Inc.*

OF COUNSEL:

James R. Sobieraj
Meredith Martin Addy
David H. Bluestone
Robert G. Pluta
BRINKS HOFER GILSON & LIONE
455 North Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL  60611-5599
(312) 321-4200

June 15, 2007
862943

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 15, 2007, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on June 15, 2007 upon the following parties:

| | |
|---|---|
| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson<br>PEPPER HAMILTON LLP<br>**johnsone@pepperlaw.com** |
| | Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>**etg@hunton.com** |
| REPRESENTING GN RESOUND A/S AND GN HEARING CARE CORPORATION | Jack B. Blumenfeld<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**jblumenfeld@mnat.com** |
| | Maryellen E. Noreika<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mnoreika@mnat.com** |
| | Kenneth B. Herman<br>ROPES & GRAY LLP<br>**kenneth.herman@ropesgray.com** |
| | William J. McCabe<br>ROPES & GRAY LLP<br>**william.mccabe@ropesgray.com** |
| | Jeffrey D. Mullen<br>ROPES & GRAY LLP<br>**jeffrey.mullen@ropesgray.com** |

| | |
|---|---|
| REPRESENTING PHONAK AG, PHONAK INC., PHONAK, LLC, UNITRON HEARING LTD., AND UNITRON HEARING, INC. | Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**tgrimm@mnat.com**<br><br>Leslie A. Polizoti<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**lpolizoti@mnat.com**<br><br>James R. Sobieraj<br>BRINKS HOFER GILSON & LIONE<br>**jsobieraj@usebrinks.com**<br><br>David H. Bluestone<br>BRINKS HOFER GILSON & LIONE<br>**dbluestone@usebrinks.com** |
| REPRESENTING RESISTANCE TECHNOLOGY INC. | Barry M. Klayman<br>WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP<br>**bklayman@wolfblock.com**<br><br>Jeffrey D. Shewchuk<br>SHEWCHUK IP SERVICES, LLP<br>**jdshewchuk@comcast.net** |
| REPRESENTING SONIC INNOVATIONS, INC. | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>**sonicnet@potteranderson.com**<br><br>Brett L. Foster<br>HOLLAND AND HART LLP<br>**bfoster@hollandhart.com**<br><br>L. Grant Foster<br>HOLLAND AND HART LLP<br>**gfoster@hollandhart.com**<br><br>Donald Degnan<br>HOLLAND AND HART LLP<br>**ddegnan@hollandhart.com**<br><br>Bryan K. Hanks<br>HOLLAND AND HART LLP<br>**bkhanks@hollandhart.com** |

| | |
|---|---|
| REPRESENTING STARKEY LABORATORIES, INC. | Mary B. Matterer<br>MORRIS JAMES LLP<br>**mmatterer@morrisjames.com**<br><br>Amy A. Quinlan<br>MORRIS JAMES LLP<br>**aquinlan@morrisjames.com**<br><br>Steven L. Reitenour<br>BOWMAN AND BROOKE LLP<br>**steve.reitenour@bowmanandbrooke.com**<br><br>Richard G. Morgan<br>BOWMAN AND BROOKE LLP<br>**richard.morgan@bowmanandbrooke.com** |
| REPRESENTING WIDEX A/S AND WIDEX HEARING AID CO. INC. | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**dreid@mnat.com**<br><br>William H. Mandir<br>SUGHRUE MION PLC<br>**wmandir@sughrue.com**<br><br>David J. Cushing<br>SUGHRUE MION PLC<br>**dcushing@sughrue.com**<br><br>Carl J. Pellegrini<br>SUGHRUE MION PLC<br>**cpellegrini@sughrue.com** |
| REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com;**<br>**mbgeservice@mnat.com**<br><br>John M. Romary<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**john.romary@finnegan.com**<br><br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**c.gregory.gramenopoulos@finnegan.com** |

*/s/ Thomas C. Grimm*

---
Thomas C. Grimm (#1098)

862943

3