IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) ) <br> Plaintiff, ) ) <br> v. ) ) <br> SONIC INNOVATIONS, INC., et al. ) ) <br> Defendants. ) ) | C.A. No. 05-422 (GMS) |

**DEFENDANT GN HEARING CARE CORPORATION'S**
**NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendants GN ReSound A/S and GN ReSound Corporation, now know as GN Hearing Care Corporation (collectively "GN Hearing"), by their counsel, will take the deposition upon oral examination of Plaintiff Energy Transportation Group Inc. ("ETG"). The deposition will commence at 9:00 A.M. on July 31, 2007 or otherwise on a date to be mutually agreed upon by the parties, and will take place at the offices of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York, or at such other place as counsel may agree.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(6), ETG is requested to designate one or more officers, directors, managing agents, or other persons who are most qualified, knowledgeable and competent to testify on its behalf with respect to each of the topics set forth in the attached Schedule A. In addition, ETG is requested to provide GN Hearing's counsel with written notice, at least five business days in advance of the deposition, of the name and employment position of each designee who consents to testify on behalf of ETG,

and the subject matter categories set forth in Schedule A to which each designee has agreed to testify.

The deposition will be taken before a notary public or other officer authorized to administer oaths under law, and will continue from day to day until completed. The deposition will be recorded by sound and/or stenographic means and may be videotaped. You are invited to attend.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
   *Attorneys for Defendants GN ReSound A/S
   and GN Hearing Care Corporation*

*Of Counsel*:

Kenneth B. Herman
William J. McCabe
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10020
(212) 596-9000

July 16, 2007

**SCHEDULE A**

<u>DEFINITIONS AND INSTRUCTIONS</u>

A.  "ETG," means

    i.  Energy Transportation Group, Inc., the named Plaintiff in the captioned action;

    ii.  all predecessors (including, but not limited to, Audimax Corporation and Audimax, Inc.), successors, or owners/purchasers thereof;

    iii.  all past or present divisions, subsidiaries, or affiliates of persons or entities identified in subsection (i) above (whether owned in whole or in part); and/or

    iv.  all past or present companies or other corporate entities controlled by persons or entities identified in subsection (i) above, including but not limited to, Biolectron, Inc.

    v.  all past or present directors, officers, employees, agents, or representatives of any of the foregoing entities.

B.  "Patents-in-suit" means U.S. Pat. Nos. 4,731,850 and 4,879,749.

C.  The term "document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Fed. R. Civ. P. 34(a), including, without limitation, electronic or computerized data compilations and e-mails. A draft or non-identical copy is a separate document within the meaning of this term.

D.  The term "thing" refers to any tangible item other than a document and includes objects of every kind and nature, including, but not limited to, research and development samples, prototypes, and production samples.

E.  "Communicate" or "communication" means every manner or means of disclosure, transfer, transmission or exchange of information, whether person-to-person, in a group, by telephone, by letter, facsimile, telex or telecopy, or by any other process, electric, electronic or otherwise, and includes any document as defined herein including any medium

which abstracts, digests, records, or transcribes any such communication, or any subsequent review or discussion of such communication.

    F.    "Concern" and "relate" shall be construed in their broadest senses to require information, documents or things which construe, comprise, concern, relate, pertain to, mention, explain, identify, describe, discuss, refer to (directly or indirectly), reflect, comment upon, or summarize the subject of the request for documents.

    G.    "Include" means include without limitation.

    H.    "Person" means any legal entity, including without limitation, natural persons, public or private corporations, companies, firms, joint ventures, proprietorships, partnerships, governmental bodies or agencies, associations, organizations, groups, trusts and estates.

    I.    When referring to documents, "to identify" means to give, to the extent known, the (i) type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s), addressee(s) and recipient(s).

    J.    "All" or "each" shall be construed as "all and each."

    K.    "And" or "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

    L.    "Any" shall be construed as each and every.

## TOPICS

1. All facts and circumstances supporting ETG's answer to Defendants' common Interrogatory No. 8.

2. All facts and circumstances supporting ETG's answer to Defendants' common Interrogatory No. 9.

3. All facts and circumstances supporting ETG's answer to Defendants' common Interrogatory No. 13.

4. ETG's policy with regard to licensing patents.

5. The time and period during which ETG was aware of each Defendant's hearing aid products.

6. The profitability of ETG hearing aid products from 1986 - 2005.

7. All persons (excluding natural persons) now or previously related to or controlled by ETG, including Biolectron, Inc.

8. All activities by or for ETG (or any company or entity at any time related to ETG) in connection with the design, development, manufacture or sale of hearing aids.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 16, 2007, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on July 16, 2007 upon the following parties:

**BY ELECTRONIC MAIL:**

| | |
|---|---|
| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson<br>PEPPER HAMILTON LLP<br>**johnsone@pepperlaw.com**<br><br>Thomas H. Kovach<br>PEPPER HAMILTON LLP<br>**kovacht@pepperlaw.com**<br><br>Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>**etg@hunton.com** |
| REPRESENTING PHONAK AG, PHONAK INC., PHONAK, LLC, UNITRON HEARING LTD., AND UNITRON HEARING, INC. | Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**tgrimm@mnat.com**<br><br>Leslie A. Polizoti<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**lpolizoti@mnat.com**<br><br>James R. Sobieraj<br>David H. Bluestone<br>BRINKS HOFER GILSON & LIONE<br>**phonaketg@brinkshofer.com** |
| REPRESENTING RESISTANCE TECHNOLOGY INC. | Barry M. Klayman<br>WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP<br>**bklayman@wolfblock.com**<br><br>Jeffrey D. Shewchuk<br>SHEWCHUK IP SERVICES, LLP<br>**jdshewchuk@comcast.net** |

| | |
|---|---|
| REPRESENTING SONIC INNOVATIONS, INC. | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>**sonicnet@potteranderson.com** |
| | Donald Degnan<br>HOLLAND AND HART LLP<br>**ddegnan@hollandhart.com** |
| | Bryan K. Hanks<br>HOLLAND AND HART LLP<br>**bkhanks@hollandhart.com** |
| REPRESENTING STARKEY LABORATORIES, INC. | Mary B. Matterer<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**mmatterer@morrisjames.com** |
| | Amy A. Quinlan<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**aquinlan@morrisjames.com** |
| | Steven L. Reitenour<br>BOWMAN AND BROOKE LLP<br>**steve.reitenour@bowmanandbrooke.com** |
| | Richard G. Morgan<br>BOWMAN AND BROOKE LLP<br>**richard.morgan@bowmanandbrooke.com** |
| REPRESENTING WIDEX A/S AND WIDEX HEARING AID CO. INC. | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**dreid@mnat.com** |
| | William H. Mandir<br>SUGHRUE MION PLC<br>**wmandir@sughrue.com** |
| | David J. Cushing<br>SUGHRUE MION PLC<br>**dcushing@sughrue.com** |
| | Carl J. Pellegrini<br>SUGHRUE MION PLC<br>**cpellegrini@sughrue.com** |

| | |
|---|---|
| REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com;**<br>**mbgeservice@mnat.com**<br><br>John M. Romary<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**john.romary@finnegan.com**<br><br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**c.gregory.gramenopoulos@finnegan.com** |

**BY HAND:**

Thomas H. Kovach
PEPPER HAMILTON LLP
1313 North Market Street, Suite 5100
Wilmington, DE 19899

Thomas C. Grimm
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899

Edmond D. Johnson
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

Mary B. Graham
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899

Richard L. Horwitz
POTTER ANDERSON & CORROON, LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899

Barry M. Klayman
WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

Mary B. Matterer
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

Donald E. Reid
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899

/s/ Maryellen Noreika
Maryellen Noreika (#3208)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE 19801
(302) 658-9200

3