# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>SONIC INNOVATIONS, INC, *ET AL.,* )<br><br>Defendants. ) | C.A. NO. 05-422 (GMS)<br><br>JURY TRIAL DEMANDED<br><br>**PUBLIC VERSION** |

## APPENDIX TO PLAINTIFF ENERGY TRANSPORTATION INC.'S MEMORANDUM OF LAW IN OPPOSITION TO RESISTANCE TECHNOLOGY, INC.'S RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(b)(2)

OF COUNSEL:

Brian M. Buroker
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006-1109
Telephone: (202) 955-1500

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: (804) 788-8788

Marty Steinberg
HUNTON & WILLIAMS LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2505

Date: June 22, 2007
**Public Version: July 17, 2007**

Edmond D. Johnson (# 2257)
Thomas H. Kovach (# 3964)
PEPPER HAMILTON LLP
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
Telephone: (302) 777-6500

*Attorneys for Energy Transportation Group, Inc.*

## TABLE OF CONTENTS

Page

Portions of RTI Records ........................................................................B1

Excerpts From Deposition Testimony of Philip Seamon.........................B77

June 8, 2007 Email From Jeff Shewchuk .............................................B121

Excerpts From Deposition Testimony of RTI Corporate
Representative Mark Gorder.................................................................B123

August 31, 2005 Declaration of Brian Buroker With Exhibits................B178

Amended Exhibits To August 31, 2005 Declaration o f Brian Buroker...................B209

March 11, 2003 News Article................................................................B241

November 14, 2005 Declaration of Brian Buroker With Exhibits ...........B243

# REDACTED
# B1 – B12

Filename:            selas031354_ox4-i.txt

Type:                EX-4.1

Comment/Description:  Exhibit 4i - Agreement

[this header is not part of the document]

Exhibit 4I

FIRST AMENDMENT TO
SECOND WAIVER AND AMENDMENT AGREEMENT

This First Amendment to Second Waiver and Amendment Agreement (the "Amendment") dated as of June 24, 2002 is made and entered into by and among Wachovia Bank, National Association, formerly known as First Union National Bank, with an office at Broad and Walnut Streets, Philadelphia, Pennsylvania 19108 (the "Bank"), Selas Corporation of America, a Pennsylvania business corporation with offices located at 2034 Limekiln Pike, Dresher, Pennsylvania 19025 (the "Borrower"), Selas SAS (formerly named Selas S.A.), a corporation organized under the laws of France ("Selas SAS"), CFR-CECF Vofund Ripoche, a corporation organized under the laws of France ("CFR"); and together with Selas SAS, the "European Subsidiaries"); Deuer Manufacturing, Inc., an Ohio business corporation with offices located at 2985 Springboro West, Dayton, Ohio 45439 ("Deuer"), Resistance Technology, Inc., a Minnesota business corporation with offices located at 1260 Red Fox Road, Arden Hills, Minnesota 55112 ("RTI"), RTI Export, Inc., a Barbados corporation with offices located at c/o 2034 Limekiln Pike, Dresher, Pennsylvania 19025 ("RTIE"), and RTI Electronics, Inc., a Delaware corporation with offices located at 1800 Via Burton Street, Anaheim, California 92806 ("RTI Electronics"; and together with Deuer, RTI and RTIE, the "Guarantors").

BACKGROUND

A. The Bank, the Borrower and the Guarantors entered into that certain Amended and Restated Credit Agreement dated as of July 31, 1998, as amended by an Amendment dated as of June 30, 1999, a Second Amendment dated as of July 7, 2000 and a Third Amendment dated as of January 19, 2001 (as amended, the "Credit Agreement"), pursuant to which the Bank made certain term loans to the Borrower described therein (the "Term Loans") and agreed to make available to the Borrower a revolving credit facility in the principal amount of Four Million Five Hundred Thousand Dollars ($4,500,000) (the "Revolving Credit").

B. The Guarantors jointly and severally guaranteed and became surety for all loans, advances, debts, liabilities, obligations, covenants and duties of the Borrower to the Bank pursuant to the following agreements (collectively, the "Borrower Surety Agreements"): (i) that certain Guaranty and Suretyship Agreement of Deuer dated as of October 20, 1993 and amended as of July 31, 1998 (as amended, the "Deuer Surety Agreement"), (ii) that certain Guaranty and Suretyship Agreement of RTI dated as of October 20, 1993 and amended as of July 31, 1998 (as amended, the "RTI Surety Agreement"), (iii) that certain Guaranty and Suretyship Agreement of RTIE dated as of October 20, 1993 and amended as of July 31, 1998 (as amended, the "RTIE Surety Agreement"), and (iv) that certain Guaranty and Suretyship Agreement of RTI Electronics dated as of February 19, 1997, as amended July 31, 1998 (as amended, the "RTI Electronics Surety Agreement").

C. The Term Loans are evidenced by the following promissory notes executed by the Borrower in favor of the Bank, which are outstanding as of the date hereof: (i) Term Note D dated as of June 30, 1999 in the original principal amount of Nine Hundred Thousand Dollars

- 1 -

RTI 000402

AFPI EDGAR Plus
Selas Corporation of America - Form 10-K

Rev FINAL 3/21/2003 12:51:00

selas031354_ex4-j.txt,
Page 45

Filename:         selas031354_ex4-j.txt

Type:             EX-4.j

Comment/Description:   Exhibit 4J - Agreement

(this header is not part of the document)

Exhibit 4J

SECOND AMENDMENT TO
-------------------
SECOND WAIVER AND AMENDMENT AGREEMENT
-------------------------------------

This Second Amendment to Second Waiver and Amendment Agreement (the "Amendment") dated as of July 30, 2002 is made and entered into by and among Wachovia Bank, National Association, formerly known as First Union National Bank, with an office at Broad and Walnut Streets, Philadelphia, Pennsylvania 19109 (the "Bank"), Selas Corporation of America, a Pennsylvania business corporation with offices located at 2034 Limekiln Pike, Dresher, Pennsylvania 19025 (the "Borrower"), Selas SAS (formerly named Selas S.A.), a corporation organized under the laws of France ("Selas SAS"), CFR-CECF Fofumi Ripoche, a corporation organized under the laws of France ("CFR"); and together with Selas SAS, the "European Subsidiaries"), Deuer Manufacturing, Inc., an Ohio business corporation with offices located at 2985 Springboro West, Dayton, Ohio 45439 ("Deuer"), Resistance Technology, Inc., a Minnesota business corporation with offices located at 1260 Red Fox Road, Arden Hills, Minnesota 55112 ("RTI"), RTI Export, Inc., a Barbados corporation with offices located at c/o 2034 Limekiln Pike, Dresher, Pennsylvania 19025 ("RTIE"), and RTI Electronics, Inc., a Delaware corporation with offices located at 1800 Via Burton Street, Anaheim, California 92806 ("RTI Electronics"; and together with Deuer, RTI and RTIE, the "Guarantors").

BACKGROUND
----------

A. The Bank, the Borrower and the Guarantors entered into that certain Amended and Restated Credit Agreement dated as of July 31, 1998, as amended by an Amendment dated as of June 30, 1999, a Second Amendment dated as of July 7, 2000 and a Third Amendment dated as of January 19, 2001 (as amended, the "Credit Agreement"), pursuant to which the Bank made certain term loans to the Borrower described therein (the "Term Loans") and agreed to make available to the Borrower a revolving credit facility in the principal amount of Four Million Five Hundred Thousand Dollars ($4,500,000) (the "Revolving Credit").

B. The Guarantors jointly and severally guaranteed and became surety for all loans, advances, debts, liabilities, obligations, covenants and duties of the Borrower to the Bank pursuant to the following agreements (collectively, the "Borrower Surety Agreements"): (i) that certain Guaranty and Suretyship Agreement of Deuer dated as of October 20, 1993 and amended as of July 31, 1998 (as amended, the "Deuer Surety Agreement"), (ii) that certain Guaranty and Suretyship Agreement of RTI dated as of October 20, 1993 and amended as of July 31, 1998 (as amended, the "RTI Surety Agreement"), (iii) that certain Guaranty and Suretyship Agreement of RTIE dated as of October 20, 1993 and amended as of July 31, 1998 (as amended, the "RTIE Surety Agreement"), and (iv) that certain Guaranty and Suretyship Agreement of RTI Electronics dated as of February 20, 1997, as amended July 31, 1998 (as amended, the "RTI Electronics Surety Agreement").

C. The Term Loans are evidenced by the following promissory notes executed by the Borrower in favor of the Bank, which are outstanding as of the date hereof: (i) Term Note D dated as of June 30, 1999 in the original principal amount of Nine Hundred Thousand Dollars

- 1 -

RTI 000415

AFPI EDGAR Plus
Selas Corporation of America - Form 10-K

Rev FINAL 3/21/2003 12:51:00

selas031354_ex4-k-txt,
Page 58

Filename:          selas031354_ex4-k.txt

Type:              EX-4.k

Comment/Description:    Exhibit 4K - Agreement

[this header is not part of the document]

Exhibit 4K

THIRD AMENDMENT TO
----------------------
SECOND WAIVER AND AMENDMENT AGREEMENT
-------------------------------------

This Third Amendment to Second Waiver and Amendment Agreement (the "Amendment") dated as of November 14, 2002 is made and entered into by and among Wachovia Bank, National Association, formerly known as First Union National Bank, with an office at Broad and Walnut Streets, Philadelphia, Pennsylvania 19109 (the "Bank"), Selas Corporation of America, a Pennsylvania business corporation with offices located at 2034 Limekiln Pike, Dresher, Pennsylvania 19025 (the "Borrower"), Selas SAS (formerly named Selas S.A.), a corporation organized under the laws of France ("Selas SAS"), CFR-CECF Pofust Ripuchs, a corporation organized under the laws of France ("CFR"); and together with Selas SAS, the "European Subsidiaries"), Deuer Manufacturing, Inc., an Ohio business corporation with offices located at 2985 Springboro West, Dayton, Ohio 45439 ["Deuer"), Resistance Technology, Inc., a Minnesota business corporation with offices located at 1260 Red Fox Road, Arden Hills, Minnesota 55112 ("RTI"), RTI Export, Inc., a Barbados corporation with offices located at c/o 2034 Limekiln Pike, Dresher, Pennsylvania 19025 ("RTIE"), and RTI Electronics, Inc., a Delaware corporation with offices located at 1800 Via Burton Street, Anaheim, California 92806 ("RTI Electronics"; and together with Deuer, RTI and RTIE, the "Guarantors").

BACKGROUND
----------

A. The Bank, the Borrower and the Guarantors entered into that certain Amended and Restated Credit Agreement dated as of July 31, 1998, as amended by an Amendment dated as of June 30, 1999, a Second Amendment dated as of July 7, 2000 and a Third Amendment dated as of January 19, 2001 (as amended, the "Credit Agreement"), pursuant to which the Bank made certain term loans to the Borrower described therein (the "Term Loans") and agreed to make available to the Borrower a revolving credit facility in the principal amount of Four Million Five Hundred Thousand Dollars ($4,500,000) (the "Revolving Credit").

B. The Guarantors jointly and severally guaranteed and became surety for all loans, advances, debts, liabilities, obligations, covenants and duties of the Borrower to the Bank pursuant to the following agreements (collectively, the "Borrower Surety Agreements"): (i) that certain Guaranty and Suretyship Agreement of Deuer dated as of October 20, 1993 and amended as of July 31, 1998 (as amended, the "Deuer Surety Agreement"), (ii) that certain Guaranty and Suretyship Agreement of RTI dated as of October 20, 1993 and amended as of July 31, 1998 (as amended, the "RTI Surety Agreement"), (iii) that certain Guaranty and Suretyship Agreement of RTIE dated as of October 20, 1993 and amended as of July 31, 1998 (as amended, the "RTIE Surety Agreement"), and (iv) that certain Guaranty and Suretyship Agreement of RTI Electronics dated as of February 20, 1997, as amended July 31, 1998 (as amended, the "RTI Electronics Surety Agreement").

- 1 -



RTI 000428

AFPI EDGAR Plus
Selas Corporation of America - Form 10-K

Rev FINAL 3/21/2003 12:51:00

selas031354_ex4-l.txt,
Page 70

| | |
|---|---|
| Filename: | selas031354_ex4-l.txt |
| Type: | EX-4.! |
| Comment/Description: | Exhibit 4L - Agreement |

(this header is not part of the document)

Exhibit 4L

THIRD WAIVER AND AMENDMENT AGREEMENT
------------------------------------

This Third Waiver and Amendment Agreement (the "Third Waiver Agreement") dated as of March 14, 2003 is made and entered into by and among Wachovia Bank, National Association, formerly known as First Union National Bank, with an office at Broad and Walnut Streets, Philadelphia, Pennsylvania 19109 (the "Bank"), Selas Corporation of America, a Pennsylvania business corporation with offices located at 7034 Limekiln Pike, Dresher, Pennsylvania 19025 (the "Borrower"), Selas SAS (formerly named Selas S.A.), a corporation organized under the laws of France ("Selas SAS"), CFR-CECF Pofumi Pipoche, a corporation organized under the laws of France ("CFR"); and together with Selas SAS, the "European Subsidiaries"), Deuer Manufacturing, Inc., an Ohio business corporation with offices located at 2985 Springboro West, Dayton, Ohio 45439 ("Deuer"), Resistance Technology, Inc., a Minnesota business corporation with offices located at 1260 Red Fox Road, Arden Hills, Minnesota 55112 ("RTI"), RTI Export, Inc., a Barbados corporation with offices located at c/o 7034 Limekiln Pike, Dresher, Pennsylvania 19025 ("RTIE"), and RTI Electronics, Inc., a Delaware corporation with offices located at 1800 Via Burton Street, Anaheim, California 92806 ("RTI Electronics"; and together with the "U.S. Guarantors").

BACKGROUND
----------

A. The Bank, the Borrower and the U.S. Guarantors entered into that certain Amended and Restated Credit Agreement dated as of July 31, 1998, as amended by an Amendment dated as of June 30, 1999, a Second Amendment dated as of July 7, 2000 and a Third Amendment dated as of January 17, 2001 (as amended, the "Credit Agreement"), pursuant to which the Bank made certain term loans to the Borrower described therein (the "Term Loans") and agreed to make available to the Borrower a revolving credit facility in the principal amount of Four Million Five Hundred Thousand Dollars ($4,500,000) (the "Revolving Credit").

B. The U.S. Guarantors jointly and severally guaranteed and became surety for all loans, advances, debts, liabilities, obligations, covenants and duties of the Borrower to the Bank pursuant to the following agreements (collectively, the "Borrower Surety Agreements"): (i) that certain Guaranty and Suretyship Agreement of Deuer dated as of October 20, 1993 and amended as of July 31, 1998 (as amended, the "Deuer Surety Agreement"), (ii) that certain Guaranty and Suretyship Agreement of RTI dated as of October 20, 1993 and amended as of July 31, 1998 (as amended, the "RTI Surety Agreement"), (iii) that certain Guaranty and Suretyship Agreement of RTIE dated as of October 20, 1993 and amended as of July 31, 1998 (as amended, the "RTIE Surety Agreement"), and (iv) that certain Guaranty and Suretyship Agreement of RTI Electronics dated as of February 20, 1997, as amended July 31, 1998 (as amended, the "RTI Electronics Surety Agreement").



RTI 000440

# REDACTED
# B17-B76

# REDACTED

# B77 – B120

# REDACTED
# B121 – B122

# REDACTED
# B123 – B177

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | ) | |
| | ) | C.A. NO. 05-422 (GMS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SONIC INNOVATIONS, INC, | ) | JURY TRIAL DEMANDED |
| PHONAK HOLDING AG, | ) | |
| PHONAK INC., | ) | |
| UNITRON HEARING, INC., | ) | |
| WILLIAM DEMANT HOLDING A/S, | ) | |
| OTICON A/S, | ) | |
| OTICON INC., | ) | |
| WIDEX A/S, | ) | |
| WIDEX HEARING AID CO. INC, | ) | |
| GN RESOUND A/S, | ) | |
| GN RESOUND CORPORATION, | ) | |
| STARKEY LABORATORIES, INC., | ) | |
| GENNUM CORPORATION, | ) | |
| RESISTANCE TECHNOLOGY INC., | ) | |
| BERNAFON AG, | ) | |
| WDH, INC., AND | | |
| BERNAFON, LLC, | | |
| | ) | |
| Defendants | ) | |

## DECLARATION OF BRIAN M. BUROKER IN SUPPORT OF MOTION FOR EXPEDITED JURISDICTIONAL DISCOVERY AND EXTENSION OF TIME

1.      My name is Brian M. Buroker. I am over 18 years of age. I am a partner with the law firm of Hunton & Williams L.L.P. and my office is in Washington, D.C. I am fully competent to make this Declaration and I have personal knowledge of the facts stated in this Declaration. All of the facts stated in this Declaration are true and correct.

2.      I am counsel for the Plaintiff Energy Transportation Group, Inc. in the above referenced and styled cause.

1 of 3

3.    Attached as Exhibit A1 is a true and accurate copy of the "Form 10-K/A Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934" filed by Intricon Corporation in 2005 for the fiscal year ended December 31, 2004.

4.    Attached as Exhibit A2 is a true and accurate copy of the web page available on August 23, 2005 from the URL http://www.sonicinnovations.com/index-us upon entry of Wilmington and Delaware into the city and state fields.

5.    Attached as Exhibit A3 is a true and accurate copy of the web page available on August 31, 2005 at the URL http://www.rti-corp.com/index.htm.

6.    Attached as Exhibit A4 is a true and accurate copy of the "Form 10-K/A Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934" filed by Sonic Innovations, Inc. in 2005 for the fiscal year ended December 31, 2004.

7.    Attached as Exhibit A5 is a true and accurate copy of a stipulation between Plaintiff and Sonic Innovations, Inc. filed in the above captioned case.

8.    Attached as Exhibit A6 is a true and accurate copy of the web page available on August 22, 2005 from the URL http://www.minnesotabusiness.com/breakingNews.asp?articleID=34.

9    Attached as Exhibit A7 is a true and accurate copy of a web page available on July 26, 2005 from the URL http://www.starkey.com/global_index.html upon inputting one of the zip codes for Wilmington, DE.

10.    Attached as Exhibit A8 is a true and accurate copy of a web page printed from the URL http://www.starkey.com/pages/About/AboutWorld.html.

B179

11.    Attached as Exhibits A9 and A10 are a true and accurate copy of a web page printed from the URLs http://www.rti-corp.com/Hearing/RTIComp.html and http://www.rti-corp.com/Corporate/RTIcorp_info.html.

12.    I have executed this Declaration on August 31, 2005

_____
Brian M. Buroker

3 of 3



ⓒ home

# about starkey

Starkey Laboratories is the world's
**leading manufacturer**
of custom hearing instruments



- about Starkey
- Starkey news
- Starkey innovations
- Starkey timeline
- **Starkey around the world**
- meet Bill Austin
- Starkey Hearing Foundation
- StarKids program
- Starkey downloads

## Starkey - Around the World



Currently, Starkey has manufacturing facilities in 30 countries
in the United States and throughout the world. In many other
countries, Starkey products and services are available
through more than 800 distributors worldwide. Please
contact us for more information on Starkey international
distributors.

### World Headquarters

**STARKEY LABORATORIES, INC.**
6700 Washington Avenue South
Eden Prairie, MN 55344
Phone: (952) 941-6401

### International Facilities

**STARKEY AUSTRALIA PTY. LTD.**
78-96 Pyrmont Bridge Road
Camperdown, NSW 2050
AUSTRALIA
Phone: 61-2-9550 2077

**STARKEY BELGIUM**
Kortrijksesteenweg 110
900 Gent
BELGIUM
Phone: 32-93-908 828

http://www.starkey.com/pages/about/aboutWorld.html

8/31/2005

B181

**STARKEY BRAZIL, LTDA**
Rua Manoel Fransisco Mendes No. 347
CEP 13030-280, Jardim do Trevo
Campinas
BRAZIL
Phone: 55-193-273 0023

**STARKEY BULGARIA EOD**
Drava Str No 1
Plovdiv 4003
BULGARIA
Phone: 359-32-968 474

**STARKEY CANADA**
7310 Rapistan Court
Mississauga, ONTARIO
CANADA L5N 6L8
Phone: (905) 542-7555

**STARKEY CHINA HEARING AID (SUZHOU) CO. LTD.**
2/F, No 78 Yushan Road
Suzhou New District
Jiangsu Province, P R
CHINA 215011
Phone: 86-512-6825 0677 or 86-512-6825 9372

**STARKEY COLOMBIA**
Calle 123, Bis B #20-29
Bogota
COLOMBIA
Phone: 57-1-636 0960

**STARKEY FRANCE S.A.R.L**
23, rue Claude Nicolas Le Doux
Europarc Batiment 14
94000 Creteil
FRANCE
Phone: 33-1-49 80 7474

**STARKEY GERMANY GmbH**
Rugenberg 69
22848 Norderstedt
GERMANY
Phone: 49-40-52 8475

**STARKEY HUNGARY**
Laboratorium Kft.
Bajza utce 24
H-1062 Budapest VI

B182

HUNGARY
Phone: 36 1-462 60 50

**STARKEY ITALY S.R.L.**
20063 Cernusco sul Naviglio
Via Torino 51
Milan
ITALY
Phone: 39-02-92 72 181

**STARKEY JAPAN CO., LTD.**
5-2-20 Nakamachidai
Tsuzuki-ku, Yokohama 224
JAPAN
Phone: 81-45-942 7226

**STARKEY KOREA, LIMITED**
656-766 Sungsoo - 1 Ka 2 Dong
Sungdong-Ku, Seoul, 133-112
KOREA
Phone: 82-2-465 0999

**STARKEY DE MEXICO, S.A. DE C.V.**
Paseo de la Reforma
No 199, Interior 1402
Colonia Cuauhtemoc
MEXICO, D F 06500
Phone: 52-55-5566 6161

**STARKEY NETHERLANDS**
Laan Van Overliet 7
3461 AE Linschoten
NETHERLANDS
Phone: 31-348-42 27 50

**STARKEY NEW ZEALAND**
Suite 5, 27 Gillies Avenue
P O. Box 9929, New Market
Auckland
NEW ZEALAND
Phone: 64-9-358 2801

**STARKEY NORTHERN IRELAND**
15 Linenhall Street
Belfast
NORTHERN IRELAND BT2 8AA
Phone: 44-28-9024 0045

**STARKEY NORWAY AS**
Sjohagen 3

8/31/2005

Stavanger
4001
NORWAY
Phone: 47-22-33 90 00

STARKEY POLAND Sp. zo.o.
ul. Slowicza 41
02-170 Warsaw
POLAND
Phone: 48-22-846 0235

STARKEY SWEDEN AB
Brännkyrkagatan 63 2tr
104 62 Stockholm
SWEDEN
Phone: 46-8-442 4890

STARKEY S.A.
AV. Des Champs Mentants 10A
CH-2074 Marin-NE
SWITZERLAND
Phone: 41-32-755 99 50

STARKEY TURKEY -GOLDEN STAR, LTD
Halaskargazi Cad. Teyyareci M. Allbey Sk
Papatya Apt. No 1/2 80260 Sisli
Istanbul
TURKEY
Phone: 90-212-230 4532

STARKEY LABORATORIES, LTD
William F. Austin House
Bramhall Technology Park
Pepper Road, Hazel Grove
Stockport, SK7 5BX
UNITED KINGDOM
Phone: 44-161-483 2200

Domestic Facilities

STARKEY CALIFORNIA
2536 Woodland Drive
Anaheim, CA 92801
Phone: (714) 826-0824

STARKEY COLORADO
4820 Centennial Blvd., Suite 165
Colorado Springs, CO 80919

B184

Starkey: About Starkey

Phone: (719) 532-1901

STARKEY EAST
200 Century Parkway
Century Corporate Center
Mount Laurel, NJ 08054
Phone: (856) 273-0808

STARKEY FLORIDA
3301 Executive Way
Miramar, FL 33025
Phone: (954) 438-5298

STARKEY HEARING RESEARCH CENTER
2150 Shattuck Avenue, Suite 408
Berkeley, CA 94704-1345
Phone: (510) 845-4876
Fax: (510) 845-4821

STARKEY NORTHEAST
23 Crosby Drive
bedford, MA 01730
Phone: (781) 648-1370

STARKEY NORTHWEST
2255 NE 154th Avenue
Portland, OR 97230
Phone: (503) 661-7424

STARKEY SOUTHEAST
5300 Oakbrook Parkway
Building 100, Suite 130
Norcross, GA 30093
Phone: (770) 521-3711

STARKEY TEXAS
3100 Alvin DeVane Boulevard
Austin, TX 78741
Phone: (512) 389-2730

**top of page**

is hearing loss affecting your life? • what can you do about hearing less? • about hearing instruments • find a hearing professional

your hearing instrument • company information • starkey hearing foundation • starkey hearing alliance network • professional resources

global register • need more information? • Copyright © 2005 Starkey Laboratories, Inc. • Statement of Privacy • www.starkey.com

8/31/2005

B185

Starkey: About Starkey

8/31/2005

B186

Resistance Technologies Electro-mechanical Components

## RTI's Electro-mechanical Components



*A variety of trimmers, volume controls, and switches*

**Ultra-miniature volume controls, trimmers, and switches**
Resistance Technology is the worlds largest manufacturer of custom hearing aid volume controls, trimmers, and switches. RTI has produced over 50 million various types of hearing aid components over the last 19 years. As an innovator, RTI is proactive and partners with our customers to improve the next-generation hearing instruments by using cutting-edge technologies and automation.

**Meeting Market demands for smaller components**
With the advent of CIC (Completely-In-the-Canal) hearing devices, hearing instrument manufacturers have pushed the physical size requirement to new dimensions, driving component sizes to the ultra-miniature stage. A typical CIC hearing aid has an elliptical shaped faceplate that is approximately .250" to .500" and has an overall length of approximately .500" to .750". RTI has a full line of components to make your hearing aid assembly process easier and more reliable.

**Custom engineering**
Our in-house design, automation, and robotic manufacturing means rapid prototyping and precision manufacturing at lower costs to our customers. RTI's vertical integration includes injection insert molding, metal stamping, and robotics workcells valued at over one million dollars per cell for precision assembling and testing. Our proprietary-designed volume control and trimmer-resistive elements are fabricated and laser trimmed in our microelectronics hybrid facility. Our Class 10,000 clean room environment ensures our goal of zero defects.



*Some thick film element arrays are laser trimmed*

**Custom engineering parameters**
RTI components are designed to be accurate and durable, meaning that the operation life can be greater than 15,000 rotational cycles at maximum electrical rating and temperature ranging from -25 degrees C to +55 degrees C. RTI's unique double-ball wiper design and metallurgy improves performance for the new hearing instruments. Some of the volume control models have exchangeable knobs to help match the needs of the customer who may have numerous hearing aid styles. The following are some typical engineering specifications used in designing our volume controls.



8/31/2005

Resistance Technologies Electro-mechanical Components

and trimmers: Operational torque, Stop guide torque, Rotational angle, Potentiometer terminals, Wiper, Knob, Base, Resistor substrate, Resistor element, Potentiometer, Overall resistance, Wattage rating, and Contact resistance



Ultra-miniature volume control
for ITE and ITC hearing aids

Contact Customer Service at 1-877-651-1636 (toll free)

Thousands of micro-miniature
volume control element assemblies
are processed each day

8/31/2005

B188

RTI main page



 *Resistance Technology is a world leader in the field of miniaturized electronics. For over 20 years we have pioneered the field of hearing device components and systems, molded plastics, thermistors, capacitors, and other high technology products. We create lasting customer relationships by providing reliable, first-quality products, just-in-time service, and competitive prices.*

**RTI Hearing Health**
We lead the industry in advanced hearing instruments, from ultra-miniature volume controls and trimmers to programmable hearing systems, custom ICs, and ASICs



**RTI Medical**
We design, develop and manufacture injection-molded plastics, microelectronics and micromechanical assemblies to the medical device industry



**RTI Electronics**
We design, manufacture, and sell precision thermistor and capacitor products to a diverse international marketplace



**RTI Tech**
We specialize in hearing aid microphones and professional audio and communications technologies

http://www.rti-corp.com/main.html

8/31/2005

Resistance Technologies Corporate Information



**Your Global Partner**
For over 19 years, Resistance Technology, a world producer of Medical Hearing Products and Merchant Plastics, brings together the latest elements of hearing technology--from our ultra-miniature volume controls, trimmers to CIC faceplates and microelectronic hybreds to programmable hearing systems. We continue to support our international customers directly by sales and engineering offices in Germany and Asia.

**Customized Products**
As a partner with our customers, we provide services such as rapid prototyping, Kan Ban production, custom engineering and packaging to meet your needs. RTI specializes in custom design and manufacturing that is based on proven core competencies and have ensured successful products for our worldwide customers that covers.

- Integrated circuits: low power and low noise applications
- Ultra-miniature microelectronics hybrid packaging
- Injection/insert molding precision plastics
- Precision automation/Robotics manufacturing
- Systems engineering integrating electronics and mechanical packaging

**In USA:**
Resistance Technology Inc
1260 Red Fox Road
Arden Hills, Minnesota 55112
Tel: 651 636-9770
Fax: 651 636-9503
Contact: Customer Service/Support at 1-877-651-1636 (toll free)

**In Europe:**
Resistance Technology GmbH
Kesselschmiedstrasse 10

http://www.rti-corp.com/Corporate/RTIcorp_info.html

8/31/2005

Resistance Technologies Corporate Information

D-85354 Friesing, Germany
Tel: 049-8161-4804-0
Fax: 049-8161-4804-18
rtgmbh@rtgmbh.de

In Singapore:
RTI Tech Pte Ltd
26 Ayer Rajah Crescent
#04-03/04/07
Singapore 139544
Tel: 65-776-1021
Fax: 65-779-1021
Contact: Hedy Teo, hedyteo@pacific.net.sg

http://www.rti-corp.com/Corporate/RTIcorp_info.html

8/31/2005

B191

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SONIC INNOVATIONS, INC., | ) | |
| PHONAK HOLDING AG, | ) | |
| PHONAK INC., | ) | C.A. No. 05-422 (GMS) |
| UNITRON HEARING, INC., | ) | |
| WILLIAM DEMANT HOLDING A/S, | ) | **JURY TRIAL** |
| OTICON A/S, | ) | **DEMANDED** |
| OTICON INC., | ) | |
| WIDEX A/S, | ) | |
| WIDEX HEARING AID CO. INC., | ) | |
| GN RESOUND A/S, | ) | |
| GN RESOUND CORPORATION, | ) | |
| STARKEY LABORATORIES, INC., | ) | |
| GENNUM CORPORATION, and | ) | |
| RESISTANCE TECHNOLOGY INC., | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED, by and between plaintiff, Energy

Transportation Group, Inc. ("Energy"), and defendant, Sonic Innovations, Inc. ("Sonic"),

and subject to the approval of the Court, that the date by which Sonic must answer, move,

or otherwise respond to Energy's Complaint shall be extended until September 12, 2005.

It is also agreed between Energy and Sonic that when Sonic responds to the Complaint,

Sonic will not file a motion challenging jurisdiction or venue.

THE BAYARD FIRM                           POTTER ANDERSON & CORROON LLP

By: /s/ Edmond D. Johnson _____      By: /s/ Richard L. Horwitz _____
    Edmond D. Johnson                      Richard L. Horwitz
    222 Delaware Avenue, Suite 900         David E. Moore
    P.O. Box 25130                         Hercules Plaza, 6th Floor
    Wilmington, DE  19899-5130             1313 N. Market Street
    (302) 655-5000                         P.O. Box 951
    ejohnson@bayardfirm.com                Wilmington, DE  19899-0951
                                           (302) 984-6000
                                           rhorwitz@potteranderson.com
                                           dmoore@potteranderson.com

*Counsel for Plaintiff*                   *Counsel for Defendant*
*Energy Transportation Group, Inc.*       *Sonic Innovations, Inc.*


            SO ORDERED this _____ day of _____, 2005.


                          _____
                              United States District Judge


690480


2


B193

Minnesota Business || Leadership, Opportunity, Growth                    Page 1 of 2



Search Minnesota Business BACK ISSUES.

**Search** | **Breaking News**

Go

Home

Current Issue

Back Issues

Subscriber
    Services

Advertise

Events

Business
    Resource
        Directory

Classifieds

Knowledge Base

Links

Newsletter

About Us

FAQ

Login to Minnesota
Business.com

**Username**
(Last Name)

**Password**
(Subscriber ID)

Login

Full online
access restricted
to 3-year paid
subscriptions
only.

Selas Corporation Nets $3M, Refocuses Strategy

Arden Hills--(MinnesotaBusiness.com--June 25, 2004--**Selas Corporation of America** (AMEX:SLS) completed a sale-leaseback of the headquarters of its heat technology businesss on June 24th. The facilities, located in Dresher, Penn., were sold for approximately $3.5 million in cash, net of expenses. The transaction is a key step in transforming the $35.5 million manufacturer.

Under the leadership of CEO Mark Gorder, Selas is revamping its strategy to focus on precision miniature medical and electronic products. Selas' expertise comes from its subsidiary Resistance Technology, Inc. (RTI), which Gorder cofounded back in 1983. RTI has maintained a long-term strategic supplier relationship with $420 million Starkey Laboratories [Cover, December 2001]. Founded by Bill Austin, the Eden Prairie based company is one of the largest hearing aid manufacturers in the world.

The relationship between the two Twin Cities' companies began in the early 1980s. Starkey was experiencing a huge surge in demand created when President Reagan announced that he used hearing aid--manufactured by Starkey Laboratories. Starkey's sales doubled in the course of a few months. However, because of product quality issues with a key supplier, Starkey found that returns were rising dramatically. To remedy the problem, Starkey established a relationship with RTI to replace the bad supplier. When that supplier sued RTI, Starkey helped the company defeat the lawsuit.

The relationship between RTI and Starkey continued even after Selas Corporation acquired RTI. Following the merger, Gorder joined Selas as a vice president, finally working his way up to president and CEO in 2001.

"This completes another step in reducing our overall debt and focusing the Company on the significant and emerging opportunities in our Precision Miniature Medical and Electronic Products business," said Gorder in a written statement. "The final step in transitioning the Company is

B194

Minnesota Business || Leadership, Opportunity, Growth                                      Page 2 of 2

Subscribe Today!
12 issues for $24



Click Here

© 1991-2004
BBN Publishing

5001 American
Blvd. W.
Suite 400,
Bloomington,
Minnesota 55437
P: 952.844.0400
F: 952.844.0401

Email webmaster

finding a strategic buyer for our remaining Heat Technology operation.

"As I have said before, Selas' expertise is in the robotic manufacture of miniature and micro-miniature electronic products. This gives us the capabilities to successfully compete in the growing medical device market--one that is increasingly demanding products with greater portability, improved infection control, better cost containment and stronger reliability."

Headquartered in Arden Hills, Selas has 667 employees and operates facilities throughout the United States, Asia and Europe.

page 1 of 1

Mentions
Selas Corporation of America - www.selas.com
   Mark S. Gorder President & CEO
Starkey Laboratories - www.starkey.com
   William Austin Founder & Chairman
Healthcare/Biomedical Technology
Healthcare/Medical Devices
Manufacturing
Services/Real Estate
Mark Druskoff

<-- Go Back                      June 25, 2004

© 2005 Minnesota Business Magazine: Reproduction and distribution without written permission of the publisher is strictly prohibited.

B195

Starkey: Find a Hearing Professional





Congratulations...
you've taken an important step
toward better hearing.

is hearing loss affecting
your life?

what can you do about
hearing loss?

about hearing instruments

find a hearing professional

**Find a hearing professional**

List all Hearing Professionals within
10   25   50   75   100  miles

 **A Hearing Healthcare Center**        23 miles
2120 So 17 St
Philadelphia, PA  19145
800-779-HEAR

 **A Hearing Healthcare Center**        24 miles
1900 Rittenhouse Sq
Philadelphia, PA  19103
215-985-4964

**Delaware Hearing Aids**              3 miles
1601 Concord Pike Ste 65
Wilmington, DE  19803
(302) 652-3558

**Handelman Inc**                      5 miles
3605 Silverside Rd
Wilmington, DE  19810
(302) 478-4942

**Hear Say Hearing Centers**           10 miles

http://www.starkey.com/pages/nextsteps/dealer_list.jsp?ZIP=19886                7/26/2005

B196

Starkey: Find a Hearing Professional

27 Meadowood Dr
Newark, DE 19711
(302) 737-2270

**Boscov's Hearing Aid Center**    11 miles
361 W. Main St
Christiana, DE 19702
(302) 369-6440

**Boscov's Hearing Aid Center**    14 miles
1067 W. Baltimore Pike
Media, PA 19063
(610) 565-6009

**Ear 2 Ear, Inc. Hearing Aid Service**   21 miles

778 Garrett Rd
Upper Darby, PA 19082
(610) 789-5951

**Delaware Valley Audiology Corp**    25 miles
1601 Walnut St Ste 1405
Philadelphia, PA 19102
(215) 790-1553

Contact us to locate a hearing professional in your area

Return to Search

is hearing loss affecting your life? • what can you do about hearing loss? • about hearing instruments • find a hearing professional
your hearing instrument • company information • starkey hearing foundation • starkey hearing alliance network • professional resources
global locator • need more information? • Copyright © 2005 Starkey Laboratories, Inc. • Statement of Privacy • www.starkey.com

7/26/2005

B197



© home

# about starkey



Starkey Laboratories is the world's
**leading manufacturer**
of custom hearing instruments

about Starkey

Starkey news

Starkey innovations

Starkey timeline

Starkey around the world

meet Bill Austin

Starkey Hearing Foundation

Starkids program

Starkey downloads

## Starkey - Around the World



Currently, Starkey has manufacturing facilities in 30 countries
in the United States and throughout the world. In many other
countries, Starkey products and services are available
through more than 800 distributors worldwide. Please
contact us for more information on Starkey International
distributors.

### World Headquarters

**STARKEY LABORATORIES, INC.**
6700 Washington Avenue South
Eden Prairie, MN 55344
Phone: (952) 941-6401

### International Facilities

**STARKEY AUSTRALIA PTY. LTD**
78-96 Pyrmont Bridge Road
Camperdown, NSW 2050
AUSTRALIA
Phone: 61-2-9550 2077

**STARKEY BELGIUM**
Kortrijksesteenweg 110
900 Gent
BELGIUM
Phone: 32-93-908 828

http://www.starkey.com/pages/about/aboutWorld.html

8/31/2005

Starkey: About Starkey

**STARKEY BRAZIL, LTDA**
Rua Manoel Fransisco Mendes No 347
CEP 13030-280, Jardim do Trevo
Campinas
BRAZIL
Phone: 55-193-273 0023

**STARKEY BULGARIA EOD**
Drava Str No 1
Plovdiv 4003
BULGARIA
Phone: 359-32-968 474

**STARKEY CANADA**
7310 Rapistan Court
Mississauga, ONTARIO
CANADA L5N 6L8
Phone: (905) 542-7555

**STARKEY CHINA HEARING AID (SUZHOU) CO. LTD.**
2/F, No 78 Yushan Road
Suzhou New District
Jiangsu Province, P.R.
CHINA 215011
Phone: 86-512-6825 0677 or 86-512-6825 9372

**STARKEY COLOMBIA**
Calle 123, Bis E #20-25
Bogota
COLOMBIA
Phone: 57-1-636 0960

**STARKEY FRANCE S.A.R.L**
23, rue Claude Nicolas Le Doux
Europarc Batiment 14
94000 Creteil
FRANCE
Phone: 33-1-49 80 7474

**STARKEY GERMANY GmbH**
Rugenberg 69
22848 Norderstedt
GERMANY
Phone: 49-40-52 8470

**STARKEY HUNGARY**
Laboratorium Kft
Bajza utca 24
H-1062 Budapest VI

8/31/2005

B199

HUNGARY
Phone: 36 1-482 60 50
STARKEY ITALY S.R.L.
20063 Cernusco sul Naviglio
Via Torino 51
Milan
ITALY
Phone: 39-02-92 72 1B1

STARKEY JAPAN CO., LTD.
5-2-20 Nakamachidai
Tsuzuki-ku, Yokohama 224
JAPAN
Phone: 81-45-942 7226

STARKEY KOREA, LIMITED
656-766 Sungsoo - 1 Ka 2 Dong
Sungdong-Ku, Seoul, 133-112
KOREA
Phone: 82-2-465 0999

STARKEY DE MEXICO, S.A. DE C.V.
Paseo de la Reforma
No. 199, Interior 1402
Colonia Cuauhtemoc
MEXICO, D.F. 06500
Phone: 52-55-5566 6161

STARKEY NETHERLANDS
Laan Van Overliet 7
3461 AE Linschoten
NETHERLANDS
Phone: 31-348-42 27 56

STARKEY NEW ZEALAND
Suite 5, 27 Gillies Avenue
P.O. box 9929, New Market
Auckland
NEW ZEALAND
Phone: 64-9-358 2801

STARKEY NORTHERN IRELAND
15 Linenhall Street
Belfast
NORTHERN IRELAND BT2 8AA
Phone: 44-28-9024 0045

STARKEY NORWAY AS
Sjohagen 3

B200

Starkey: About Starkey

Stavanger
4001
NORWAY
Phone: 47-22-33 50 00

STARKEY POLAND Sp. zo.o.
ul. Siowicza 41
02-170 Warsaw
POLAND
Phone: 48-22-846 0235

STARKEY SWEDEN AB
Brennkyrkagatan 63 2tr
104 62 Stockholm
SWEDEN
Phone: 46-8-442 4890

STARKEY S.A
AV. Des Champs Montants 10A
CH-2074 Marin-NE
SWITZERLAND
Phone: 41-32-755 99 50

STARKEY TURKEY -GOLDEN STAR, LTD.
Halaskargazi Cad. Teyyareci M. Alibey Sk
Papatya Apt. No 1/2 80260 Sisli
Istanbul
TURKEY
Phone: 90-212-230 4532

STARKEY LABORATORIES, LTD.
William F. Austin House
Bramhall Technology Park
Pepper Road, Hazel Grove
Stockport, SK7 5BX
UNITED KINGDOM
Phone: 44-161-483 2200

Domestic Facilities

STARKEY CALIFORNIA
2536 Woodland Drive
Anaheim, CA 92801
Phone: (714) 826-0824

STARKEY COLORADO
4620 Centennial Blvd., Suite 165
Colorado Springs, CO 80919

Starkey: About Starkey

Phone: (719) 532-1901

**STARKEY EAST**
200 Century Parkway
Century Corporate Center
Mount Laurel, NJ 08054
Phone: (856) 273-0808

**STARKEY FLORIDA**
3301 Executive Way
Miramar, FL 33025
Phone: (954) 438-9298

**STARKEY HEARING RESEARCH CENTER**
2150 Shattuck Avenue, Suite 408
Berkeley, CA 94704-1345
Phone: (510) 845-4876
Fax: (510) 845-4821

**STARKEY NORTHEAST**
23 Crosby Drive
bedford, MA 01730
Phone: (781) 648-1170

**STARKEY NORTHWEST**
2255 NE 194th Avenue
Portland, OR 97230
Phone: (503) 661-7424

**STARKEY SOUTHEAST**
5300 Oakbrook Parkway
Building 100, Suite 130
Norcross, GA 30093
Phone: (770) 921-3711

**STARKEY TEXAS**
3100 Alvin DeVane Boulevard
Austin, TX 76741
Phone: (512) 389-2730

top of page

is hearing loss affecting your life?  •  what can you do about hearing loss?  •  about hearing instruments  •  find a hearing professional
your hearing instrument  •  company information  •  starkey hearing foundation  •  starkey hearing alliance network  •  professional resources
global locator  •  need more information?  •  Copyright © 2005 Starkey Laboratories, Inc.  •  Statement of Privacy  •  www.starkey.com

8/31/2005

Starkey: About Starkey

8/31/2005

B203

RTI's
Electro-
mechanical Components



A variety of trimmers, volume controls, and switches

**Ultra-miniature volume controls, trimmers, and switches**
Resistance Technology is the worlds largest manufacturer of custom hearing aid volume controls, trimmers, and switches. RTI has produced over 50 million various types of hearing aid components over the last 19 years. As an innovator, RTI is proactive and partners with our customers to improve the next-generation hearing instruments by using cutting-edge technologies and automation.

**Meeting Market demands for smaller components**
With the advent of CIC (Completely-In-the-Canal) hearing devices, hearing instrument manufacturers have pushed the physical size requirement to new dimensions, driving component sizes to the ultra-miniature stage. A typical CIC hearing aid has an elliptical shaped faceplate that is approximately .250" to .500" and has an overall length of approximately .500" to .750". RTI has a full line of components to make your hearing aid assembly process easier and more reliable.

**Custom engineering**
Our in-house design, automation, and robotic manufacturing means rapid prototyping and precision manufacturing at lower costs to our customers. RTI's vertical integration includes injection insert molding, metal stamping, and robotics workcells valued at over one million dollars per cell for precision assembling and testing. Our proprietary-designed volume control and trimmer-resistive elements are fabricated and laser trimmed in our microelectronics hybrid facility. Our Class 10,000 clean room environment ensures our goal of zero defects.



Some thick film element trays are laser trimmed

**Custom engineering parameters**
RTI components are designed to be accurate and durable, meaning that the operation life can be greater than 15,000 rotational cycles at maximum electrical rating and temperature ranging from -25 degrees C to +55 degrees C. RTI's unique double-ball wiper design and metallurgy improves performance for the new hearing instruments. Some of the volume control models have exchangeable knobs to help match the needs of the customer who may have numerous hearing aid styles. The following are some typical engineering specifications used in designing our volume controls



B204

Resistance Technologies Electro-mechanical Components

and trimmers: Operational torque. Stop guide torque. Rotational angle, Potentiometer terminals, Wiper, Knob, Base. Resistor substrate. Resistor element. Potentiometer. Overall resistance. Wattage rating, and Contact resistance



Ultra miniature volume control
for ITE and ITC hearing aids



Thousands of micro miniature
volume control element assemblies
are produced each day

Contact Customer Service at 1-877-651-1638 (toll free)

http://www.rti-corp.com/Hearing/RTIComp.html

8/31/2005

B205

Resistance Technologies Corporate Information  Page 1 of 2



**Your Global Partner**

For over 19 years, Resistance Technology, a world producer of Medical Hearing Products and Merchant Plastics, brings together the latest elements of hearing technology—from our ultra-miniature volume controls, trimmers to CIC faceplates and microelectronic hybreds to programmable hearing systems. We continue to support our international customers directly by sales and engineering offices in Germany and Asia.

**Customized Products**

As a partner with our customers, we provide services such as rapid prototyping, Kan Ban production, custom engineering and packaging to meet your needs. RTI specializes in custom design and manufacturing that is based on proven core competencies and have ensured successful products for our worldwide customers that covers:

- Integrated circuits: low power and low noise applications
- Ultra-miniature microelectronics hybrid packaging
- Injection/insert molding precision plastics
- Precision automation/Robotics manufacturing
- Systems engineering integrating electronics and mechanical packaging

**In USA:**
Resistance Technology Inc
1260 Red Fox Road
Arden Hills, Minnesota 55112
Tel: 651 636-9770
Fax: 651 636-9503
Contact: Customer Service/Support at 1-877-651-1636 (toll free)

**In Europe:**
Resistance Technology GmbH
Kesselschmiedstrasse 10

http://www.rti-corp.com/Corporate/RTIcorp_info.html                8/31/2005

B206

Resistance Technologies Corporate Information

D-85354 Friesing, Germany
Tel: 049-8161-4804-0
Fax: 049-8161-4804-18
rtgmbh@rtgmbh.de

In Singapore:
RTI Tech Pte Ltc
26 Ayer Rajah Crescent
#04-03/04/07
Singapore 139944
Tel: 65-776-1021
Fax: 65-779-1021
Contact: Hedy Teo, hegvteo@pacific.net.sg

http://www.rti-corp.com/Corporate/RTIcorp_info.html

8/31/2005

B207

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | ) ) ) | C.A. NO. 05-422 (GMS) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SONIC INNOVATIONS, INC, PHONAK HOLDING AG, PHONAK INC., UNITRON HEARING, INC., WILLIAM DEMANT HOLDING A/S, OTICON A/S, OTICON INC., WIDEX A/S, WIDEX HEARING AID CO. INC, GN RESOUND A/S, GN RESOUND CORPORATION, STARKEY LABORATORIES, INC., GENNUM CORPORATION, RESISTANCE TECHNOLOGY INC., BERNAFON AG, WDH, INC., AND BERNAFON, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**AMENDED EXHIBITS TO DECLARATION OF BRIAN M. BUROKER
IN SUPPORT OF MOTION FOR EXPEDITED JURISDICTIONAL
DISCOVERY AND EXTENSION OF TIME (D.I.63)**

The attached Exhibits replace the incomplete exhibits filed with the Declaration of

Brian M. Buroker (D.I. 63).

600779v1

E209

THE BAYARD FIRM

Edmond D. Johnson (No. 2257)
Thomas H. Kovach (No. 3964)
222 Delaware Ave.
Suite 900
Wilmington, DE 19801
ejohnson@bayardfirm.com
tkovach@bayardfirm.com
(302) 655-5000
Attorneys for Energy Transportation Group, Inc.

OF COUNSEL:

Thomas J. Scott, Jr.
Brian M. Buroker
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006
(T) (202) 955-1500
(F) (202) 778-2201

Dated: September 9, 2005

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on September 9, 2005, he electronically filed the

foregoing document with the Clerk of the Court using CM/ECF, which will send automatic

notification of the filing to the following:

Richard W. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

N. Richard Powers, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Steet
P.O. Box 2207
Wilmington, DE 19899

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Barry M. Klayman, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

Mary B. Graham, Esquire
Maryellen Noereika, Esquire
Donald E. Reid, Esquire
Thomas C. Grimm
Leslie A. Polizoti
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

/s/ Edmond D. Johnson (ej2257)

600779v1

-3-

EXHIBIT A2

B212

Locate Hearing Care Professional



8/23/2005

B213

Locate Hearing Care Professional                                                    Page 2 of 3

**HEAR WELL AGAIN CENTERS**                     Map Location
HEAR WELL AGAIN CENTERS
3501 W CHESTER PK STE 101
NEWTOWN SQUARE, PA
19073
Phone: (610) 359-0200

**HANDELMAN INC**                               Map Location
3605 SILVERSIDE ROAD
WILMINGTON, DE
19810
Phone: (302) 478-6751

**A P MYNDERS & ASSOCIATES**                    Map Location
129 NORTH CHURCH STREET
WESTCHESTER, PA
19380
Phone: (610) 436-9460

**MARK BEAUGARD MD**                            Map Location
520 MAPLE AVENUE SUITE 1
WEST CHESTER, PA
19380
Phone: (610) 692-0800

**TRICIA DABROWSKI**                            Map Location
7 WOODHILL ROAD
NEWTON SQUARE, PA
19073
Phone: (484) 883-2987

**DELAWARE HEARING CONSULTANTS**               Map Location
DELAWARE HEARING CONSULTANTS
PEOPLES PLAZA SUITE 28
NEWARK, DE
19702
Phone: (302) 836-9870

http://www.sonicinnovations.com/locatepro/locateusa.php                 8/23/2005

B214

Locate Hearing Care Professional

**ACCESS BALANCED COMMUNICATIO**
BALANCED COMMUNICATION
341 WEST MINER STREET
WEST CHESTER, PA
19382
Phone: (484) 880-2239

Map Location

**ELWYN INC – AUDIOLOGY**
111 ELWYN ROAD
ELWYN, PA
19063
Phone: (610) 891-2216

Map Location

**CHESTER COUNTY ENT GROUP LTD**
213 REECEVILLE ROAD STE 24
COATESVILLE, PA
19320
Phone: (610) 696- 8800

Map Location

Registered professional entrance

((( S O N I C
))) i n n o v a t i o n s

B215

EXHIBIT A3

B216

RTI Corporate Home Page

**Resistance Technology Inc.**  

Home | What's New |

Corporate Information

RTI Electronics

RTI Medical

RTI Hearing

RTI Tech



*Resistance Technology is a world leader in the field of miniaturized electronics. For over 20 years we have pioneered the field of hearing device components and systems, molded plastics, thermistors, capacitors, and other high technology products. We create lasting customer relationships by providing reliable, first-quality products, just-in-time service, and competitive prices.*



**RTI Hearing Health**
We lead the industry in advanced hearing instruments from ultra-miniature volume controls and trimmers to programmable hearing systems, custom ICs, and ASICs



**RTI Medical**
We design, develop and manufacture injection-molded plastics, microelectronics and micromechanical assemblies to the medical device industry



**RTI Electronics**
We design, manufacture, and sell precision thermistor and capacitor products to a diverse international marketplace



**RTI Tech**
We specialize in hearing aid microphone and professional audio and communications technologies

EXHIBIT A4

B218

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934
FOR THE FISCAL YEAR ENDED DECEMBER 31, 2004

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15 (d) OF
THE SECURITIES EXCHANGE ACT OF 1934
For the transition period from          to

Commission File No. 000-30335

# SONIC INNOVATIONS, INC.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **87-0494518** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **2795 East Cottonwood Parkway, Suite 660** | |
| **Salt Lake City, UT** | **84121-7036** |
| (Address of principal executive offices) | (Zip Code) |

(801) 365-2800
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:
None

Securities registered pursuant to Section 12(g) of the Act:
Common Stock ($.001 Par Value)

Preferred Stock Purchase Rights
(Title of class)

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days  ☒ Yes  ☐ No

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  ☒

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Securities Exchange Act of 1934, as amended)  ☒

The aggregate market value of the common stock held by non-affiliates of the registrant as of March 9, 2005, computed by reference to the closing sale price of the registrant's common stock on the Nasdaq National Market on June 30, 2004, the last business day of the registrant's most recently completed second fiscal quarter, of $5.67 was approximately $118.7 million. For purposes of this calculation, all executive officers and directors of the registrant and all beneficial owners of more than ten percent or more of the registrant's common stock were considered affiliates.

As of March 9, 2005, the registrant had outstanding 21,248,099 shares of common stock.

## DOCUMENTS INCORPORATED BY REFERENCE

Portions of the registrant's Proxy Statement for the 2005 Annual Meeting of Stockholders are incorporated by reference in Part III of this Form 10-K.

## PART I

*This Form 10-K contains forward-looking statements that involve risks and uncertainties. These statements refer to our future results, plans, objectives, expectations and intentions and are identified in detail in Item 7 of this Form 10-K. Our actual results could differ materially and adversely from those anticipated in such forward-looking statements. Investors are cautioned not to place undue reliance on such statements, which speak only as of the date made. Factors that could contribute to these differences are discussed in detail in the section titled "Factors That May Affect Future Performance" included in Item 1 of this Form 10-K. Investors should understand that it is not possible to predict or identify all such factors that could cause actual results to differ from expectations, and we are under no obligation to update these factors.*

### ITEM 1. BUSINESS

#### Our Company

Sonic Innovations, Inc. is a hearing healthcare company. We design, develop, manufacture and market advanced digital hearing aids intended to provide the highest levels of satisfaction for hearing impaired consumers and proprietary auditory testing equipment that automates the four most commonly performed hearing tests. Capitalizing on what we believe is an advanced understanding of human hearing, we have developed patented digital signal processing ("DSP") technologies and embedded them in the smallest single-chip DSP platform ever installed in a hearing aid. In countries where we have direct (owned) operations, we sell directly to hearing care professionals, and in several of those countries, we also sell hearing aids directly to hearing impaired consumers. In other parts of the world where we do not have direct operations, we sell principally to distributors. From our inception, we have focused all our energies and investment on the therapeutic side of hearing care by developing high-performance digital hearing aids. In December 2004, we acquired Tympany, Inc. ("Tympany") and now offer diagnostic equipment to further help hearing impaired individuals. Previously, our mission was to be the best hearing aid company in the world. With the acquisition of Tympany, we have changed our mission to be the best hearing healthcare company in the world. This change reflects our desire to support hearing impaired individuals in a more comprehensive fashion.

Our Natura 3, Natura 2SE, Altair, Tribute and Quartet hearing aid product lines, all of which incorporate our DSP platform, are among the smallest products available today and can be purchased in the six common models for hearing aids: behind-the-ear ("BTE"); in-the-ear ("ITE"); half-shell ("HS"); in-the-canal ("ITC"); mini-canal ("MC"); and completely-in-the-canal ("CIC"). Small size is important in the hearing aid industry because it allows a greater range of patients to be fitted with our hearing aids and helps make our hearing aids less conspicuous

We have made two strategically important acquisitions in the past two years. In May 2003, we acquired Sanomed Handelsgesellschaft mbH ("Sanomed"), a hearing aid distribution company in Germany. This acquisition provided us with a measurable market presence in Germany, which is the world's second largest hearing aid market. Traditionally, hearing aid manufacturers sell to a hearing aid retailer who then sells to the consumer. Sanomed's distribution model is unconventional, in that it sells directly to the consumer, using the ear-nose-throat ("ENT") physician to perform the hearing aid fitting.

In December 2004, we acquired Tympany, Inc., a hearing diagnostic equipment company located in Houston, Texas. Tympany's proprietary product, the Otogram, enables automated diagnostic auditory testing, including air and bone conduction; speech reception threshold and speech discrimination; tympanometry and acoustic reflex; and otoacoustic emissions. The Otogram is sold and leased by a direct sales force to primary care physicians and audiologists in the U.S.; sold to the Xomed division of Medtronic, Inc., who in turn sells to the otolaryngology market in the U.S.; and sold or leased through independent sales representatives and distributors to other markets including neurology, occupational and industrial medicine, and ophthalmology. As a result of this acquisition, we created and launched the Hearing Health Network ("HHN") to facilitate primary care physicians' efforts to refer patients diagnosed with hearing loss and ear disorders to specialists such as audiologists, otolaryngologists, otologists and hearing instrument specialists

The primary goals of the Hearing Health Network are to reduce the barriers to diagnosing and treating hearing loss and ear disorders by:

- Expanding hearing healthcare access to the 23 million Americans identified by the American Academy of Audiologists as undiagnosed, misdiagnosed or untreated hearing impaired individuals.

- Timely identifying, diagnosing and treating hearing loss

2

B220

EXHIBIT A6



**Search MinnesotaBusiness BACK ISSUES**

**Breaking News**

Search

[ Go ]

Home

Current Issue

Back Issues

Subscriber
    Services

Advertise

Events

Business
    Resource
        Directory

Classifieds

Knowledge Base

Links

Newsletter

About Us

FAQ

Login to minnesota
business.com

Username
(Lost Name)

Password
(Subscriber ID)

[ Login ]

Full online
access restricted
to 3-year paid
subscriptions
only.

Selas Corporation Nets $3M, Refocuses Strategy

Arden Hills--(MinnesotaBusiness com--June 25, 2004--**Selas Corporation of America** (AMEX:SLS) completed a sale-leaseback of the headquarters of its heat technology businesss on June 24th The facilities, located in Dresher, Penn , were sold for approximately $3 5 million in cash, net of expenses. The transaction is a key step in transforming the $35 5 million manufacturer

Under the leadership of CEO Mark Gorder, Selas is revamping its strategy to focus on precision miniature medical and electronic products Selas' expertise comes from its subsidiary Resistance Technology, Inc (RTI), which Gorder cofounded back in 1983 RTI has maintained a long-term strategic supplier relationship with $420 million Starkey Laboratories [Cover, December 2001] Founded by Bill Austin, the Eden Prairie based company is one of the largest hearing aid manufacturers in the world

The relationship between the two Twin Cities' companies began in the early 1980s Starkey was experiencing a huge surge in demand created when President Reagan announced that he used hearing aid--manufactured by Starkey Laboratories Starkey's sales doubled in the course of a few months However, because of product quality issues with a key supplier, Starkey found that returns were rising dramatically To remedy the problem, Starkey established a relationship with RTI to replace the bad supplier When that supplier sued RTI, Starkey helped the company defeat the lawsuit

The relationship between RTI and Starkey continued even after Selas Corporation acquired RTI Following the merger, Gorder joined Selas as a vice president, finally working his way up to president and CEO in 2001

"This completes another step in reducing our overall debt and focusing the Company on the significant and emerging opportunities in our Precision Miniature Medical and Electronic Products business," said Gorder in a written statement "The final step in transitioning the Company is

B222

Minnesota Business ‖ Leadership, Opportunity, Growth                                Page 2 of 2

**Subscribe Today!**
*12 issues for $24*



**Click Here**

© 1991-2004
BBN Publishing

5001 American
Blvd W
Suite 400,
Bloomington,
Minnesota 55437
P: 952 844 0400
F: 952 844 0401

Email webmaster

finding a strategic buyer for our remaining Heat Technology operation

"As I have said before, Selas' expertise is in the robotic manufacture of miniature and micro-miniature electronic products. This gives us the capabilities to successfully compete in the growing medical device market--one that is increasingly demanding products with greater portability, improved infection control, better cost containment and stronger reliability "

Headquartered in Arden Hills, Selas has 667 employees and operates facilities throughout the United States, Asia and Europe

page 1 of 1

**Mentions**
Selas Corporation of America - www.selas.com
   Mark S. Gorder President & CEO
Starkey Laboratories - www.starkey.com
   William Austin Founder & Chairman
Healthcare/Biomedical Technology
Healthcare/Medical Devices
Manufacturing
Services/Real Estate
Mark Druskoff

<-- Go Back                June 25, 2004

© 2005 Minnesota Business Magazine. Reproduction and distribution without written permission of the publisher is strictly prohibited

B223

EXHIBIT A7





**next steps**

Congratulations...
you've taken an important step
toward better hearing

is hearing loss affecting
your life?

what can you do about
hearing loss?

about hearing instruments

find a hearing professional

**Find a hearing professional**

List all Hearing Professionals within
10   25   50   75   100  miles

   **A Hearing Healthcare Center**          23 miles
2120 So 17 St
Philadelphia, PA  19145
800-779-HEAR

**A Hearing Healthcare Center**          24 miles
1900 Rittenhouse Sq
Philadelphia, PA  19103
215-985-4964

**Delaware Hearing Aids**                3 miles
1603 Concord Pike Ste 65
Wilmington, DE  19803
(302) 652-3558

**Handelman Inc**                        5 miles
3605 Silverside Rd
Wilmington, DE  19810
(302) 478-4942

**Hear Say Hearing Centers**             10 miles

http://www.starkey.com/pages/nextsteps/dealer_list.jsp?ZIP=19886          7/26/2005

B225

Starkey: Find a Hearing Professional

27 Meadowood Dr
Newark, DE 19711
(302) 737-2270

**Boscov's Hearing Aid Center**     11 miles
361 W Main St
Christiana, DE 19702
(302) 369-6440

**Boscov's Hearing Aid Center**     14 miles
1067 W. Baltimore Pike
Media, PA 19063
(610) 565-6009

**Ear 2 Ear, Inc. Hearing Aid Service**   21 miles
778 Garrett Rd
Upper Darby, PA 19082
(610) 789-5951

**Delaware Valley Audiology Corp**     25 miles
1601 Walnut St Ste 1405
Philadelphia, PA 19102
(215) 790-1553

Contact us to locate a hearing professional in your area.

Return to Search

is hearing loss affecting your life? • what can you do about hearing loss? • about hearing instruments • find a hearing professional
your hearing instrument • company information • starkey hearing foundation • starkey hearing alliance network • professional resources
global locator • need more information? • Copyright © 2005 Starkey Laboratories, Inc. • Statement of Privacy • www.starkey.com

7/26/2005

B226

EXHIBIT A8

B227

 home

# about starkey

Starkey Laboratories is the world's
**leading manufacturer**
of custom hearing instruments



- about Starkey
- Starkey news
- Starkey innovations
- Starkey timeline
- Starkey around the world
- meet Bill Austin
- Starkey Hearing Foundation
- Starkies program
- Starkey downloads

## Starkey - Around the World

Currently, Starkey has manufacturing facilities in 30 countries
in the United States and throughout the world. In many other
countries, Starkey products and services are available
through more than 800 distributors worldwide. Please
**contact us** for more information on Starkey international
distributors.



### World Headquarters

**STARKEY LABORATORIES, INC.**
6700 Washington Avenue South
Eden Prairie, MN 55344
Phone: (952) 941-6401

### International Facilities

**STARKEY AUSTRALIA PTY. LTD.**
78-96 Pyrmont Bridge Road
Camperdown, NSW 2050
AUSTRALIA
Phone: 61-2-9550-2077
**STARKEY BELGIUM**
Kortrijksesteenweg 110
900 Gent
BELGIUM
Phone: 32-93-908 828

http://www.starkey.com/pages/about/aboutWorld.html

8/31/2005

B228

**STARKEY BRAZIL, LTDA.**
Rua Manoel Fransisco Mendes No 347
CEP 13030-280, Jardim de Treve
Campinas
BRAZIL
Phone: 55-193-273 0023

**STARKEY BULGARIA EOD**
Drava Str No 1
Plovdiv 4003
BULGARIA
Phone: 359-32-968 474

**STARKEY CANADA**
7310 Rapistan Court
Mississauge, ONTARIO
CANADA L5N 6L8
Phone: (905) 542-7555

**STARKEY CHINA HEARING AID (SUZHOU) CO. LTD.**
2/F, No 78 Yushan Road
Suzhou New District
Jiangsu Province, P R
CHINA 215011
Phone: 86-512-6825 0677 or 86-512-6825 9372

**STARKEY COLOMBIA**
Calle 123, Bis B #20-29
Bogota
COLOMBIA
Phone: 57-1-636 0960

**STARKEY FRANCE S.A.R.L**
23, rue Claude Nicolas Le Doux
Europarc Batiment 14
94000 Creteil
FRANCE
Phone: 33-1-49 80 7474

**STARKEY GERMANY GmbH**
Rugenberg 69
22848 Norderstedt
GERMANY
Phone: 49-40-52 8470

**STARKEY HUNGARY**
Laboratorium Kft
Bajza utca 24
H-1062 Budapest VI

B229

Starkey: About Starkey

HUNGARY
Phone: 36 1-462 60 50

STARKEY ITALY S.R.L.
20063 Cernusco sul Naviglio
Via Torino 51
Milan
ITALY
Phone: 39-02-92 72 181

STARKEY JAPAN CO., LTD.
5-2-20 Nakamachidai
Tsuzuki-ku, Yokohama 224
JAPAN
Phone: 81-45-962 7226

STARKEY KOREA, LIMITED
656-766 Sungsoo · 1 Ka 2 Dong
Sungdong-Ku, Seoul, 133-112
KOREA
Phone: 82-2-465 0999

STARKEY DE MEXICO, S.A. DE C.V.
Paseo de la Reforma
No. 199, Interior 1402
Colonia Cuauhtemoc
MEXICO, D.F. 06500
Phone: 52-55-5566 6161

STARKEY NETHERLANDS
Laan Van Overliet 7
3461 AE Linschoten
NETHERLANDS
Phone: 31-348-42 27 56

STARKEY NEW ZEALAND
Suite 5, 27 Gillies Avenue
P.O. Box 9929, New Market
Auckland
NEW ZEALAND
Phone: 64-9-358 2801

STARKEY NORTHERN IRELAND
15 Linenhall Street
Belfast
NORTHERN IRELAND BT2 8AA
Phone: 44-28-9024 0045

STARKEY NORWAY AS
Sjohagen 3

Stavanger
4001
NORWAY
Phone: 47-22-33 90 00

STARKEY POLAND Sp. zo.o.
ul. Slowicza 41
02-170 Warsaw
POLAND
Phone: 48-22-846 0235

STARKEY SWEDEN AB
Brännkyrkagatan 63 2tr
104 62 Stockholm
SWEDEN
Phone: 46-8-442 4890

STARKEY S.A.
AV Des Champs Montants 10A
CH-2074 Marin-NE
SWITZERLAND
Phone: 41-32-755 99 50

STARKEY TURKEY -GOLDEN STAR, LTD.
Halaskargazi Cad. Teyyareci M Alibey Sk
Papatya Apt No 1/2 80260 Sisli
Istanbul
TURKEY
Phone: 90-212-230 4532

STARKEY LABORATORIES, LTD.
William F. Austin House
Bramhall Technology Park
Pepper Road, Hazel Grove
Stockport, SK7 5BX
UNITED KINGDOM
Phone: 44-161-483 2200

Domestic Facilities

STARKEY CALIFORNIA
2536 Woodland Drive
Anaheim, CA 92801
Phone: (714) 826-0624

STARKEY COLORADO
4820 Centennial Blvd , Suite 165
Colorado Springs, CO 80919

Starkey: About Starkey

Phone: (719) 532-1901

**STARKEY EAST**
200 Century Parkway
Century Corporate Center
Mount Laurel, NJ 08054
Phone: (856) 273-0808

**STARKEY FLORIDA**
3301 Executive Way
Miramar, FL 33025
Phone: (954) 438-9298

**STARKEY HEARING RESEARCH CENTER**
2150 Shattuck Avenue, Suite 408
Berkeley, CA 94704-1345
Phone: (510) 845-4876
Fax: (510) 845-4821

**STARKEY NORTHEAST**
23 Crosby Drive
Bedford, MA 01730
Phone: (781) 648-1170

**STARKEY NORTHWEST**
2255 NE 194th Avenue
Portland, OR 97230
Phone: (503) 661-7424

**STARKEY SOUTHEAST**
5300 Oakbrook Parkway
Building 100, Suite 130
Norcross, GA 30093
Phone: (770) 921-3711

**STARKEY TEXAS**
3100 Alvin DeVane Boulevard
Austin, TX 78741
Phone: (512) 389-2730

**top of page**

is hearing loss affecting your life? • what can you do about hearing loss? • about hearing instruments • find a hearing professional

your hearing instrument • company information • starkey hearing foundation • starkey hearing alliance network • professional resources

global locator • need more information? • Copyright © 2005 Starkey Laboratories, Inc. • Statement of Privacy • www.starkey.com

8/31/2005

B232

Starkey: About Starkey

B233

EXHIBIT A9

Resistance Technologies Electro-mechanical Components

## RTI's Electro-mechanical Components



A variety of trimmers, volume controls, and switches

**Ultra-miniature volume controls, trimmers, and switches**
Resistance Technology is the worlds largest manufacturer of custom hearing aid volume controls, trimmers, and switches. RTI has produced over 50 million various types of hearing aid components over the last 19 years. As an innovator, RTI is proactive and partners with our customers to improve the next-generation hearing instruments by using cutting-edge technologies and automation.

**Meeting Market demands for smaller components**
With the advent of CIC (Completely-in-the-Canal) hearing devices, hearing instrument manufacturers have pushed the physical size requirement to new dimensions, driving component sizes to the ultra-miniature stage. A typical CIC hearing aid has an elliptical shaped faceplate that is approximately .250" to .500" and has an overall length of approximately .500" to .750". RTI has a full line of components to make your hearing aid assembly process easier and more reliable.

**Custom engineering**
Our in-house design, automation, and robotic manufacturing means rapid prototyping and precision manufacturing at lower costs to our customers. RTI's vertical integration includes injection insert molding, metal stamping, and robotics workcells valued at over one million dollars per cell for precision assembling and testing. Our proprietary-designed volume control and trimmer-resistive elements are fabricated and laser trimmed in our microelectronics hybrid facility. Our Class 10,000 clean room environment ensures our goal of zero defects.



Some thick film element arrays are laser trimmed

**Custom engineering parameters**
RTI components are designed to be accurate and durable, meaning that the operation life can be greater than 15,000 rotational cycles at maximum electrical rating and temperature ranging from -25 degrees C to +55 degrees C. RTI's unique double-ball wiper design and metallurgy improves performance for the new hearing instruments. Some of the volume control models have exchangeable knobs to help match the needs of the customer who may have numerous hearing aid styles. The following are some typical engineering specifications used in designing our volume controls



http://www.rti-corp.com/Hearing/RTIComp.html

B235

Resistance Technologies Electro-mechanical Components

and trimmers: Operational torque, Stop guide torque, Rotational angle, Potentiometer terminals, Wiper, Knob, Base, Resistor substrate, Resistor element, Potentiometer, Overall resistance, Wattage rating, and Contact resistance



Ultra miniature volume control for ITE and ITC hearing aids

Contact Customer Service at 1-877-661-1636 (toll free)



Thousands of micro miniature volume control element assemblies are processed each day

8/31/2005

B236

EXHIBIT A10

Resistance Technologies Corporate Information                                         Page 1 of 2



**Your Global Partner**

For over 19 years, Resistance Technology, a world producer of Medical Hearing Products and Merchant Plastics, brings together the latest elements of hearing technology--from our ultra-miniature volume controls, trimmers to CIC faceplates and microelectronic hybrids to programmable hearing systems We continue to support our international customers directly by sales and engineering offices in Germany and Asia

**Customized Products**

As a partner with our customers, we provide services such as rapid prototyping, Kan Ban production, custom engineering and packaging to meet your needs. RTI specializes in custom design and manufacturing that is based on proven core competencies and have ensured successful products for our worldwide customers that covers:

- Integrated circuits: low power and low noise applications
- Ultra-miniature microelectronics hybrid packaging
- Injection/Insert molding precision plastics
- Precision automation/Robotics manufacturing
- Systems engineering integrating electronics and mechanical packaging

In USA:
Resistance Technology Inc
1260 Red Fox Road
Arden Hills, Minnesota 55112
Tel: 651 636-9770
Fax: 651 636-9503
Contact: Customer Service/Support at 1-877-651-1636 (toll free)

In Europe:
Resistance Technology GmbH
Kesselschmiedstrasse 10

http://www.rti-corp.com/Corporate/RTIcorp_info.html                                   8/31/2005

B238

D-85354 Friesing, Germany
Tel: 049-8161-4604-0
Fax: 049-8161-4604-18
rtgmbh@rtgmbh.de

In Singapore:
RTI Tech Pte Ltd
26 Ayer Rajah Crescent
#04-03/04/07
Singapore 139944
Tel: 65-776-1021
Fax: 65-779-1021
Contact: Hedy Tec. hedytec@pacific.net.sg

**SEARCH:** Enter Keyword(s) **or** Select a Topic

3/11/2003

## Bernafon, Inc. Announces Plans to Relocate Company to New Jersey

Minneapolis -- Bernafon, Inc. today announced plans to relocate the company to Franklin Township, New Jersey in May. The company will move from its current Minneapolis location to new, modern facilities to achieve business efficiencies that will enhance service to customers and their clients.

"The move will effectively position Bernafon for further expansion in the U.S.," stated John Robert Luna, newly appointed president of Bernafon, Inc.

According to Luna, who brings over 10 years experience in hearing instrument business development, manufacturing and sales leadership to his new position, Bernafon customers will experience no discernable change in day-to-day service and contact with the company. The company anticipates that a number of employees, including sales staff and account managers, will choose to relocate to the new facilities.

"Enhancing the quality of our instruments and service to customers in a challenging economy is a primary goal of the relocation," explained Luna. "The new location will enable Bernafon to take advantage of the newly expanded production facilities at Oticon, Inc., another New Jersey-based William Demant Group company."

A dedicated production line will be established to manufacture Bernafon instruments.

Luna replaces Peter Van Nest who has decided not to relocate with the company. Van Nest, who chose to remain in Minneapolis with his family, will oversee the smooth transition to New Jersey.

The relocation is part of an overall expansion strategy that will enable Bernafon to realize its potential to better serve U.S. hearing care professionals and their clients. The relocation involves only the Bernafon Hearing Division and will not affect the Diagnostic Division.

Click here to visit the Bernafon website.

copyright © 2007 Audiology Online                    test drive   moderator login   logout   update profile

B241

B242

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | ) ) ) | C.A. NO. 05-422 (GMS) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SONIC INNOVATIONS, INC. PHONAK HOLDING AG, PHONAK INC., UNITRON HEARING, INC., WILLIAM DEMANT HOLDING A/S, OTICON A/S, OTICON INC., WIDEX A/S, WIDEX HEARING AID CO. INC, GN RESOUND A/S, GN RESOUND CORPORATION, STARKEY LABORATORIES. INC., GENNUM CORPORATION, RESISTANCE TECHNOLOGY INC., BERNAFON AG, WDH. INC., AND BERNAFON. LLC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

## <u>DECLARATION OF BRIAN M. BUROKER</u>

1.     My name is Brian M. Buroker. I am over 18 years of age. I am a partner with the law firm of Hunton & Williams L.L.P. and my office is in Washington, D.C. I am fully competent to make this Declaration and I have personal knowledge of the facts stated in this Declaration. All of the facts stated in this Declaration are true and correct.

2.     I am counsel for the Plaintiff Energy Transportation Group, Inc. in the above referenced and styled cause.

1 of 5

B243

3.    Attached as Exhibit A1 is a true and accurate copy of the web page available on November 14, 2005 from the URL

http://www.demant.com/eprise/main/Demant/_Announcements/General/00-11-22_GB.pdf .

4.    Attached as Exhibit A2 is a true and accurate copy of the web page available on November 14, 2005 from the http://www.ahaanet.com/about_ahaa.asp.

5.    Attached as Exhibit A3 is a true and accurate copy of the web page available on November 14, 2005 from the URL http://ahaa.via.infonow.net/locator/jsp/index.jsp.

6.    Attached as Exhibit A4 is a true and accurate copy of the web page available on November 14, 2005 from the URL

http://www.demant.com/eprise/main/Demant/com/SEC_AboutUs/CNT01_AboutUs.

7.    Attached as Exhibit A5-1 is a true and accurate copy of the web page available on November 14, 2005 from the URL

http://www.demant.com/eprise/main/Demant/com/SEC_AboutUs/CNT01_Foundation and attached as Exhibit A5-2 is a true and accurate copy of the web page available on November 14, 2005 from the URL

http://www.demant.com/eprise/main/Demant/com/SEC_AboutUs/CNT01_FAQ.

8.    Attached as Exhibit A6 is a true and accurate copy of the web page available on November 14, 2005 from the URL

http://www.demant.com/eprise/main/Demant/com/SEC_AboutUs/CNT01_History.

9.    Attached as Exhibit A7 is a true and accurate copy of the web page available on November 14, 2005 from the URL

http://www.demant.com/eprise/main/Demant/com/SEC_Investor/050817InvestorPresentation.pdf.

B244

10.    Attached as Exhibit A8 is a true and accurate copy of the web page available on November 14, 2005 from the URL http://www.demant.com/eprise/main/Demant/com/SEC_Investor/050307InvestorPresentation.pdf.

11.    Attached as Exhibit A9 is a true and accurate copy of the web page available on November 14, 2005 from the URL http://www.williamdemant.com/eprise/main/Demant/com/SEC_Investor/2004_03_InvestorPresentation.pdf.

12.    Attached as Exhibit A10 is a true and accurate copy of the web page available on November 14, 2005 from the URL http://www.audiologyonline.com/interview/displayarchives.asp?interview_id=31.

13.    Attached as Exhibit A11 is a true and accurate copy of the web page available on November 14, 2005 from the URL http://www.reports.demant.com/Investor/report_01/directors_report.htm.

14.    Attached as Exhibit A12 is a true and accurate copy of the web page available on November 14, 2005 from the URL http://www.audiologyonline.com/news/displaynews.asp?news_id=275.

15.    Attached as Exhibit A13 is a true and accurate copy of the web page available on November 14, 2005 from the URL Attached as Exhibit A2 is a true and accurate copy of the web page available on November 14, 2005 from the URL http://www.demant.com/eprise/main/Demant/com/SEC_Investor/2004_04_InvestorPresentation.pdf.

16.    Attached as Exhibit A14 is a true and accurate copy of the web page available on November 14, 2005 from the URL

B245

http://www.williamdemant.com/eprise/main/Demant/com/SEC_Investor/030301AnnualReport.p
df.

17.    Attached as Exhibit A15 is a true and accurate copy of search results, available on
November 14, 2005 , for providers near Dover, Delaware from URL
http://ahaa.via.infonow.net/locator/jsp/index.jsp.

18.    Attached as Exhibit A16 is a true and accurate copy of the web page available on
November 14, 2005 from the URL http://www.delawarehearingconsultants.com/skillsexpertise/.

19.    Attached as Exhibit A17 is a true and accurate copy of the web page available on
November 14, 2005 from the URL
http://hcl.oticon.us/(ro2dys55z50mom550l551o45)/form.aspx.

20.    Attached as Exhibit A18 is a true and accurate copy search results, available on
November 14, 2005, for providers near Delaware from URL
http://hcl.oticon.us/(ro2dys55z50mom550l551o45)/viewMap.aspx.

21.    Attached as Exhibit A19 is a true and accurate copy of a document obtained on
July 26, 2005 from Lexis' state corporate records reflecting Niels Jacobsen's position as a
director on the American Hearing Aid Associates, Inc.

22.    Attached as Exhibit A20 is a true and accurate copy of a November 8, 2005 letter
I sent William Demant Holding A/S's attorney which listed jurisdictional discovery requested by
Plaintiff and pertaining to William Demant Holding A/S.

23.    Attached as Exhibit A21 rue and accurate copy of the letter of November 9, 2005
which I received from William Demant Holding A/S's attorney which stated that William
Demant Holding A/S declined to voluntarily participate in any jurisdictional discovery.

B246

24.    I have executed this Declaration on November 14, 2005.

_____

Brian M. Buroker

B247

**EXHIBIT A-9**



# William Demant Holding A/S

## Investor Presentation
## March/April 2004

B249






# Ongoing performance enhancement

- Phonic Ear, USA: Close-down of production
- Bernafon:
  - Close-down of Minneapolis facility - move to New Jersey
  - Re-organization of Australian activities to future without Australian Government contract
- Interacoustics, Denmark: Up-grade of production set-up
- New ERP/CRM systems in Oticon, USA, and Hidden Hearing, UK and Ireland (Portugal to follow)
- Danacom: Change in production set-up due to establishment of Sennheiser Communications

William Demant/Holding

ANNUAL REPORT 2003

B250

**EXHIBIT A-15**

B251

AHAA's Hearing Network



# AHAA
## AMERICAN HEARING AID ASSOCIATES

☑ News and Information   ☑ Hearing Aid Products   ☑ Service Plans   ☑ Find a Provider

☐ Contact Us
☐ About AHAA
☐ Professionals
☐ FAQ's
☐ Search

☑ Careers at AHAA

- Find a Provider
  - What is an Audiologist?
  - About AHAA
  - Patient's Bill of Rights
  - What is a hearing evaluation?
  - Hearing Loss
  - Hearing Aids
  - Children
  - General Information
  - Site Map
  - Links

To zoom in or out on the location click on the zoom bar below the map. To pan North, South, East, or West click on the map border.

To see details about a practice, click on the red number to the left of the practice in the list below or click on the corresponding numbered red dot on the map.




W North St
Bank Ln
Dupont St
S New St
S Queen St
W Water St
S West St
South St
Conrail

100m
300ft
0

© 2005 InfoNow Corp., © 2005 MapQuest.com, Inc.    ©2005 NAVTEQ

SEARCH

AHAA's Hearing Network

Page 2 of 3

Zoom Out — 50   20   10   5   map size   2   1   0.7   Zoom In +

MILES

Displaying page 1 of 5

◀ Next Page

| Location # | Practitioner | Practice Name | Address | Phone | Contact | Distance |
|---|---|---|---|---|---|---|
| ❶ | Nick Mans | Christiana Care Physical Therapy Plus | 300 Biddle Avenue, Suite 101 Newark, DE 19702 | 302.838.4700 | Contact | 33.26 mi. |
| ❷ | James Tyler | Delaware Hearing Consultants | Suite 28 Newark, DE 19702 | (302) 836-9870 | Contact | 33.26 mi. |
| ❸ | Mary Ann Gaskin | Bayside Health Association | 1535 Savannah Road Lewes, DE 19958 | (302) 645-4700 | Contact | 33.81 mi. |
| ❹ | Jennifer Lantz | Chesapeake Ent | 111 West High Street, Suite 303 Elkton, MD 21921 | 410.398.6570 | Contact | 35.39 mi. |
| ❺ | Karen Bauman | Sound Advice Hac, Llc | 1180 Karin Street Vineland, NJ 08360 | (856) 205-1009 | Contact | 36.47 mi. |

◀ Next Page

Displaying page 1 of 5

B253

Page 3 of 3

11/13/2005

AHAA's Hearing Network

All rights reserved. Use subject to License/Copyright.

New Search    Revise Search

Referral Management Services by InfoNow Corporation. Copyright ©2005.

http://ahaa.via.infonow.net/locator/jsp/Result.jsp

B254

**EXHIBIT A-16**

B255



Home

Info About Hearing Loss

About Us

Products/Services

New Patients

*Enjoy all the Sounds of your life.*

**Products/Services**

*800.888.9871 | 302.836.9870 | delhcon@aol.com*
*Peoples Plaza, Suite 28 | Newark, DE 19702*

## Products

### Hearing Aids

**Behind-The-Ear (BTE)** instruments are appropriate for hearing losses from mild to profound. Directional microphones, multiple listening programs, and a telecoil for compatibility are available for these models. This style is best suited for pediatric patients and individuals with excessive moisture and accumulative cerumen (ear-wax). An ear mold is required for these aids.



A custom **In-The-Ear (ITE)** hearing aid fills the outer portion of the ear and is appropriate for mild to severe hearing losses. Features can include directional microphones, multiple listening programs, and a telecoil.



The **In-The-Canal (ITC)** style-hearing instrument is a smaller model than the full-shell ITE and is appropriate for hearing losses from mild to moderately severe. Options are limited due to size restrictions. Good manual dexterity is more important for this style.



The **Completely-In-The-Canal (CIC)** hearing aid is almost invisible. If cosmetic appeal is important, many have found this to be the best device for them. The appropriateness of this style hearing aid is limited based on a persons degree of hearing loss and manual dexterity.

B256

(<img src="http://www.delawarehearingconsultants.com/nss-folder/pictures/IDEHearingConsult_06.jpg">        - ) Products/S...    Page 2 of 3

Brands

| Oticon • Syncro | Siemens<br>Acuris | Starkey<br>Axent Digital | Widex<br>Senso Diva |
|---|---|---|---|
| Canta | Siemens<br>Triano | Phonak | GN ReSound |
| Interton | Sonovation | | |

Battery Ordering Information Sheet

## Services

Our Services Include:

- Free Inital Hearing Consultations
- Diagnostic Hearing Evelutions: Pediatric through Adult
- Hearing Aid Sales, including all of the latest technology
- Hearing Aid Service and Repairs on all makes and models
- Hearing Maintenance Plan
- Custom Swim and Hearing Protection Plugs
- Assistive Listening Devices
- Telecommunication Devices for the Hearing Impaired
- Hearing Aid Battery Recycling Program

*Hours Of Operation*

*Monday, 1:00 p.m.–5:00 p.m.*

*Tuesday, 9:00 a.m.–5:00 p.m.*

*Wednesday, 9:00 a.m.–6:30 p.m.*

*Thursday, By Appointment Only*

*Friday, 9:00 a.m.–4:00 p.m.*

*Saturday, 9:00 a.m.–1:00 p.m.*

http://www.delawarehearingconsultants.com/skillsexpertise/

11/13/2005

B257

- ) Products/S... Page 3 of 3

(<img src="http://www.delawarehearingconsultants.com/nss-folder/pictures/1DEHearingConsult_06.jpg">

*Cash, Checks, Money Orders, and All Major Credit Cards Accepted*

Site Manager Sign In

Powered by Verizon superpages.com

**Thorough Hearing Aid Evaluation & Counseling**

Home | Info About Hearing Loss | About Us | Products/Services | New Patients

11/13/2005

http://www.delawarehearingconsultants.com/skillsexpertise/

B258

# EXHIBIT A-17

Page 1 of 1

11/13/2005

# Find a Hearing Care Center near you!



*The hearing care professionals that are listed within the US Hearing Center Locator represent an overview of currently active Oticon distributors trained in fitting Oticon products. This list does not necessarily represent an exhaustive list of hearing care professionals in your area.*

Disclaimer    Tip a friend

Street address

City

State
Delaware(DE)

Zip Code

Choose search radius (miles):
20

[ Get info ]

## How to use the locator

Use the locator to find a Hearing Care Center near you.

Enter your state and zip code (minimum information required) in the appropriate fields on the left and click "Get info". You can also change the search radius if needed.

You will be presented with a list of the Hearing Care Centers in your local area plus a map showing the location of each. Detailed information regarding these centers will also be provided.

Click here to return to Oticon Website

Copyright © 2003 by Oticon A/S

B260

EXHIBIT A-18

Page 1 of 2

11/13/2005

**Find a Hearing Care Center near you!**



» New search    » Large map size    » Print-friendly version

Choose search radius (miles):
20

| Hearing Center | Street Address | Contact Information | Services |
|---|---|---|---|
| 1 Bayside Health Association | 1535 Savannah Rd 19958-1611 Lewes (DE) | Tel: 302-875-2969 Fax: 302-645-6285 | |

**How to use the locator**

**Zoom**
You are able to zoom in and out by using the plus and minus buttons on the left side of the map.

**Map**
You are able to move around the map by clicking the arrows that border the map on your screen. Please note that a larger map size and a print-friendly version is available by clicking the links beneath the map.

**Hearing Center Icons**
Please note the following icons next to the each Hearing Care Center. Click on them for the following information:

Show this Hearing Care Center on the map

Driving Directions

Website of Hearing Care Center

Contact the Hearing Care Center by email

Please note: Not all centers have websites or email addresses.

HCL

B262

Page 2 of 2

11/13/2005

Click here to return to
Oticon Website

Copyright © 2003 by Oticon A/S

Tip a friend

Disclaimer

HCL

http://hcl.oticon.us/(ro2dys55z50mom550l551o45)/viewMap.aspx

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on 17th of July, 2007, I caused a copy of the public version of foregoing *Appendix to Plaintiff's Memorandum of Law in Opposition to Resistance Technology, Inc.'s Renewed Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) [PUBLIC VERSION]* to be served upon the following parties via electronic mail:

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW, GARRETT
& DUNNER
901 New York Ave., N.W.
Washington, DC 20001-4413

*Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC*

Jack B. Blumenfeld (#1014)
Maryellen E. Noreika (#3208)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Kenneth B. Herman
William J. McCabe
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704

*Attorneys for GN ReSound A/S and GN Hearing Care Corporation*

Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

James R. Sobieraj
Meredith Martin Addy
David H. Bluestone
Jeffrey A. Marx
BRINKS HOFER GILSON & LIONE
NBC Tower
455 Cityfront Plaza Dr., Suite 3600
Chicago, IL 60611

*Attorneys for Phonak Inc., Phonak LLC,
Unitron Hearing Inc., and Unitron Hearing
Ltd.*

Barry M. Klayman (#3676)
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
Wilmington Trust Center
1100 North Market St., Suite 1001
Wilmington, DE 19801

Jeffrey D. Shewchuk
SHEWCHUK IP SERVICES, LLP
533 77th Street West
Eagan, MN 55121

*Attorneys for Resistance Technology Inc.*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE

Brett L. Foster
L. Grant Foster
HOLLAND & HART
60 East South Temple, Suite 2000
Salt Lake City, UT 84111

*Attorneys for Sonic Innovations, Inc.*

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Amy Quinlan (#3021)
MORRIS, JAMES, HITCHENS & WILLIAMS
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

Richard Morgan
Steven Reitenour
BOWMAN AND BROOKE LLP
150 S. Fifth St., Suite 2600
Minneapolis, MN 55402

*Attorneys for Starkey Laboratories, Inc.*

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19899

William H. Mandir
David J. Cushing
Carl J. Pellegrini
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC  20037

*Attorneys for Widex A/S, Widex Hearing Aid
Co., Inc.*

/s/ *Thomas H. Kovach*
Thomas H. Kovach (# 3964)