IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-422-GMS |
| | : | |
| SONIC INNOVATIONS, INC., et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **18th** day of **July, 2007**.

As a result of a teleconference on July 17, 2007, the court is presently holding September 24 through 27, 2007, with the morning of September 28 for any follow-up for mediation. Therefore,

IT IS ORDERED that:

1. All counsel are to confer with their clients to confirm whether the above dates are convenient for mediation.

2. Defense counsel are to confer with each other regarding the dates of availability for their clients and to advise Mary Graham, Esquire. Plaintiff's counsel are to also advise Mary Graham, Esquire regarding their client's availability. Ms. Graham shall advise the court on or before July 27, 2007 of the proposed schedule for mediation.

3. A teleconference is scheduled for **August 13, 2007 at 4:00 p.m. Eastern time to be initiated by Morris, Nichols, Arsht & Tunnel** to discuss the mediation

submissions, including the joint submission by defendants, and the proposed mediation schedule

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE