IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SONIC INNOVATIONS, INC., et al, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 05-422 (GMS) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, under the Court's Scheduling Order (D.I. 206) opening expert reports are due on September 7, 2007, answering expert reports are due on October 8, 2007 and expert depositions are to be completed by November 21, 2007;

WHEREAS defendants are requesting a seven day extension of time to serve opening expert reports because one of their experts who is expected to provide an opening report will be out of the country and unavailable during much of the month of August;

WHEREAS defendants have therefore proposed to plaintiff Energy Transportation Group, Inc. ("ETG") that the opening expert reports be extended by one week to September 14, and answering expert reports correspondingly be extended one week to October 15, 2007;

WHEREAS plaintiff ETG has agreed to this extension; and

WHEREAS the date for the completion of expert depositions and discovery will remain November 21, 2007 and this extension will not affect any other dates in the Court's scheduling order;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that paragraph 5 of the Court's Scheduling Order (D.I. 206), is modified to the following extent:

(1) all opening expert reports for the party with the burden of proof shall be served by September 14, 2007;

(2) all answering expert reports shall be served by October 15, 2007; and

(3) the date for the completion of expert depositions shall remain November 21, 2007

PEPPER HAMILTON LLP

/s/ Edmond D. Johnson
_____
Edmond D. Johnson (#2257)
Thomas Henry Kovach (#3964)
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
302.777.6539

Brian M. Buroker
Robert Kinder
Maya M. Eckstein
Marty Steinberg
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
202.955.1500

*Attorneys for Energy Transportation Group, Inc.*

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

/s/ Maryellen Noreika
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Kenneth B. Herman
William J. McCabe
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020

*Attorneys for GN ReSound A/S and GN Hearing Care Corporation*

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT &TUNNELL LLP | WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP |
| */s/ Thomas C. Grimm* | */s/ Barry M. Klayman* |
| Thomas C. Grimm (#1098)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>Wilmington, DE  19899 | Barry M. Klayman (#3676)<br>Wilmington Trust Center<br>1100 North Market St., Suite 1001<br>Wilmington, DE 19801 |
| James R. Sobieraj<br>David H. Bluestone<br>Jeffrey A. Marx<br>Meredith Martin Addy<br>BRINKS HOFER GILSON & LIONE<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL  60611-5599 | Jeffrey D. Shewchuk<br>SHEWCHUK IP SERVICES, LLP<br>533 77th Street West<br>Eagan, MN  55121<br><br>*Attorneys for Resistance Technology Inc.* |
| *Attorneys for Phonak AG, Phonak Inc., Phonak, LLC, Unitron Hearing Ltd., and Unitron Hearing, Inc.* | |
| POTTER ANDERSON & CORROON | MORRIS JAMES LLP |
| */s/ David E. Moore* | */s/ Amy Quinlan* |
| Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>1313 N. Market St.<br>Hercules Plaza, 6th Floor<br>Wilmington,  DE | Richard K. Herrmann (#405)<br>Mary B.Matterer (#2696)<br>Amy Quinlan (#3021)<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE  19899 |
| Donald Degnan<br>Bryan K. Hanks<br>HOLLAND & HART<br>60 East South Temple; Suite 2000<br>Salt Lake City, UT  84111 | Richard Morgan<br>Steven Reitenour<br>BOWMAN AND BROOKE LLP<br>150 S. Fifth St., Suite 2600<br>Minneapolis, MN  55402 |
| *Attorneys for Sonic Innovations, Inc.* | *Attorneys for Starkey Laboratories, Inc.* |

| MORRIS, NICHOLS, ARSHT &TUNNELL LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Donald E. Reid* | */s/ Mary B. Graham* |
| Donald E. Reid (#1058)<br>Jason A. Cincilla (#4232)<br>1201 N. Market Street<br>Wilmington, DE 19899 | Mary B. Graham (#2256)<br>James W. Parrett, Jr. (#4292)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |
| William H. Mandir<br>David J. Cushing<br>Carl J. Pellegrini<br>SUGHRUE MION PLC<br>2100 Pennsylvania Ave., N.W.<br>Washington, DC 20037 | John M. Romary<br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER<br>901 New York Ave., N.W.<br>Washington, DC 20001-4413 |
| *Attorneys for Widex A/S and Widex Hearing Aid Co. Inc.* | *Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC* |

Dated: July 30, 2007
981396

SO ORDERED this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

- 4 -