IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONIC INNOVATIONS, INC., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-422-GMS |

## NOTICE OF SERVICE

I hereby certify that on August 1, 2007, copies of *(1) Defendant Phonak's Third Set of Interrogatories to Plaintiff (Nos. 6-23); (2) Defendant Phonak's Third Set of Requests for Production to Plaintiff; and (3) Defendant Phonak's First Set of Requests for Admission to Plaintiff* were served upon counsel of record in the manner indicated:

**BY ELECTRONIC MAIL & FIRST CLASS MAIL**

Edmond D. Johnson
Thomas H. Kovach
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON, LLP
1313 North Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Mary B. Graham
James W. Parrett, Jr.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Jack B. Blumenfeld
Maryellen Noreika
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

| | |
|---|---|
| Donald E. Reid<br>Jason A. Cincilla<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Mary Matterer<br>Amy Arnott Quinlan<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494 |
| Barry M. Klayman<br>WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP<br>Wilmington Trust Center<br>1100 North Market Street, Suite 1001<br>Wilmington, DE 19801 | |
| Thomas J. Scott, Jr.<br>Brian M. Buroker<br>Christopher C. Campbell<br>HUNTON & WILLIAMS LLP<br>1900 K. Street, N.W., Suite 1200<br>Washington, DC 20006 | Bryan K. Hanks<br>HOLLAND & HART, LLP<br>60 E. South Temple, Suite 2000<br>Salt Lake City, UT 84111 |
| Donald A. Degnan<br>HOLLAND & HART, LLP<br>One Boulder Plaza<br>1800 Broadway, Suite 300<br>Boulder, CO 80203-5234 | Joseph T. Jaros<br>HOLLAND & HART, LLP<br>555 17th Street, Suite 3200<br>Denver, CO 80202-3979 |
| John M. Romary<br>C. Gregory Gramenopoulous<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER<br>901 New York Ave., N.W.<br>Washington, DC 20001-4413 | Kenneth B. Herman<br>William J. McCabe<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036 |
| William H. Mandir<br>David J. Cushing<br>Carl J. Pellegrini<br>SUGHRUE MION PLC<br>2100 Pennsylvania Ave., N.W.<br>Washington, DC 20037 | Richard Morgan<br>Steven Reitenour<br>BOWMAN AND BROOKE LLP<br>150 S. Fifth Street, Suite 3000<br>Minneapolis, MN 55402 |
| Jeffrey D. Shewchuk<br>SHEWCHUK IP SERVICES, LLP<br>533 77th Street West<br>Eagan, MN 55121 | |

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Thomas C. Grimm (#1098)* |
| | _____ |
| | Thomas C. Grimm (#1098) |
| | Leslie A. Polizoti (#4299) |
| | 1201 N. Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE  19899-1347 |
| | (302) 658-9200 |
| | tgrimm@mnat.com |
| | lpolizoti@mnat.com |
| | *Attorneys for Defendants Phonak AG, Phonak LLC, Unitron Hearing Ltd., and Unitron Hearing, Inc.* |
| OF COUNSEL: | |
| James R. Sobieraj | |
| Meredith Martin Addy | |
| David H. Bluestone | |
| Robert G. Pluta | |
| BRINKS HOFER GILSON & LIONE | |
| 455 North Cityfront Plaza Drive | |
| NBC Tower, Suite 3600 | |
| Chicago, IL  60611-5599 | |
| (312) 321-4200 | |
| August 1, 2007 | |
| 523313 | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 1, 2007, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on August 1, 2007 upon the following parties:

| | |
|---|---|
| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson<br>PEPPER HAMILTON LLP<br>**johnsone@pepperlaw.com** |
| | Thomas H. Kovach<br>PEPPER HAMILTON LLP<br>**kovacht@pepperlaw.com** |
| | Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>**etg@hunton.com** |
| REPRESENTING GN RESOUND A/S AND GN HEARING CARE CORPORATION | Jack B. Blumenfeld<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**jblumenfeld@mnat.com** |
| | Maryellen E. Noreika<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mnoreika@mnat.com** |
| | Kenneth B. Herman<br>ROPES & GRAY LLP<br>**kenneth.herman@ropesgray.com** |
| | William J. McCabe<br>ROPES & GRAY LLP<br>**william.mccabe@ropesgray.com** |
| | Jeffrey D. Mullen<br>ROPES & GRAY LLP<br>**jeffrey.mullen@ropesgray.com** |

| | |
|---|---|
| REPRESENTING PHONAK AG, PHONAK INC., PHONAK, LLC, UNITRON HEARING LTD., AND UNITRON HEARING, INC. | Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**tgrimm@mnat.com** |
| | Leslie A. Polizoti<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**lpolizoti@mnat.com** |
| | James R. Sobieraj<br>BRINKS HOFER GILSON & LIONE<br>**jsobieraj@usebrinks.com** |
| | David H. Bluestone<br>BRINKS HOFER GILSON & LIONE<br>**dbluestone@usebrinks.com** |
| REPRESENTING RESISTANCE TECHNOLOGY INC. | Barry M. Klayman<br>WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP<br>**bklayman@wolfblock.com** |
| | Jeffrey D. Shewchuk<br>SHEWCHUK IP SERVICES, LLP<br>**jdshewchuk@comcast.net** |
| REPRESENTING SONIC INNOVATIONS, INC. | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>**sonicnet@potteranderson.com** |
| | Donald Degnan<br>HOLLAND AND HART LLP<br>**ddegnan@hollandhart.com** |
| | Bryan K. Hanks<br>HOLLAND AND HART LLP<br>**bkhanks@hollandhart.com** |
| | Joseph T. Jaros<br>HOLLAND AND HART LLP<br>**jjaros@hollandhart.com** |

| | |
|---|---|
| REPRESENTING STARKEY LABORATORIES, INC. | Mary B. Matterer<br>MORRIS JAMES LLP<br>**mmatterer@morrisjames.com**<br><br>Amy A. Quinlan<br>MORRIS JAMES LLP<br>**aquinlan@morrisjames.com**<br><br>Steven L. Reitenour<br>BOWMAN AND BROOKE LLP<br>**steve.reitenour@bowmanandbrooke.com**<br><br>Richard G. Morgan<br>BOWMAN AND BROOKE LLP<br>**richard.morgan@bowmanandbrooke.com** |
| REPRESENTING WIDEX A/S AND WIDEX HEARING AID CO. INC. | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**dreid@mnat.com**<br><br>William H. Mandir<br>SUGHRUE MION PLC<br>**wmandir@sughrue.com**<br><br>David J. Cushing<br>SUGHRUE MION PLC<br>**dcushing@sughrue.com**<br><br>Carl J. Pellegrini<br>SUGHRUE MION PLC<br>**cpellegrini@sughrue.com** |
| REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com;**<br>**mbgeservice@mnat.com**<br><br>John M. Romary<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**john.romary@finnegan.com**<br><br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**c.gregory.gramenopoulos@finnegan.com** |

*/s/ Thomas C. Grimm (#1098)*
_____
Thomas C. Grimm (#1098)

523313

3