IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ENERGY TRANSPORTATION GROUP, INC.,                )
                                                                                     )
            Plaintiff,                                                          )
                                                                                     )
            v.                                                                      )   C.A. No. 05-422 (GMS)
                                                                                     )
SONIC INNOVATIONS, INC., et. al.,                       )
                                                                                     )
            Defendants.                                                      )
_____      )

## NOTICE OF SERVICE

Plaintiff Energy Transportation Group Inc., by counsel, hereby certifies that true and
correct copies of hereby certifies that true and correct copies of the following

*Plaintiff's Second Set of Interrogatories to Bernafon AG*

*Plaintiff's Second Set of Requests for Production to Bernafon AG*

*Plaintiff's Second Set of Interrogatories to Bernafon LLC*

*Plaintiff's Second Set of Requests for Production to Bernafon LLC*

*Plaintiff's Second Set of Interrogatories to William Demant Holding A/S*

*Plaintiff's Second Set of Requests for Production to William Demant Holding A/S*

*Plaintiff's Second Set of Interrogatories to GN ReSound A/S*

*Plaintiff's Second Set of Requests for Production to GN ReSound A/S*

*Plaintiff's Second Set of Interrogatories to GN Hearing Care Corporation*

*Plaintiff's Second Set of Requests for Productioin to GN Hearing Care Corporation*

*Plaintiff's Second Set of Interrogatories to Oticon A/S*

*Plaintiff's Second Set of Requests for Productioin to Oticon A/S*

*Plaintiff's Second Set of Interrogatories to Oticon, Inc.*

*Plaintiff's Second Set of Requests for Productioin to Oticon, Inc.*

*Plaintiff's Second Set of Interrogatories to Phonak AG*

*Plaintiff's Second Set of Requests for Productioin to Phonak AG*

*Plaintiff's Second Set of Interrogatories to Phonak Inc.*

*Plaintiff's Second Set of Requests for Production to Phonak Inc.*

*Plaintiff's Second Set of Interrogatories to Phonak LLC*

*Plaintiff's Second Set of Requests for Production to Phonak LLC*

*Plaintiff's Second Set of Interrogatories to Sonic Innovations, Inc.*

*Plaintiff's Second Set of Requests for Production to Sonic Innovations, Inc*

*Plaintiff's Second Set of Interrogatories to Defendant Starkey Laboratories, Inc.*

*Plaintiff's Second Set of Requests for Production to Defendant Starkey Laboratories, Inc.*

*Plaintiff's Second Set of Interrogatories to Unitron Hearing, Inc.*

*Plaintiff's Second Set of Requests for Production to Unitron Hearing, Inc.*

*Plaintiff's Second Set of Interrogatories to Unitron Hearing, Ltd.*

*Plaintiff's Second Set of Requests for Production to Unitron Hearing, Ltd.*

*Plaintiff's Second Set of Interrogatories to WDH, Inc.*

*Plaintiff's Second Set of Requests for Production to WDH, Inc.*

*Plaintiff's Second Set of Interrogatories to Widex A/S*

*Plaintiff's Second Set of Requests for Productioin to Widex A/S*

*Plaintiff's Second Set of Interrogatories to Widex Hearing aid Co. Inc.*

*Plaintiff's Second Set of Requests for Production to Widex Hearing aid Co. Inc.*


were caused to be served on July 27, 2007, via electronic service and by United States mail

service upon the following counsel of record:


Mary B. Graham (#2256)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC 20001-4413

*Attorneys for William Demant Holding A/S,
WDH Inc., Oticon A/S, Oticon, Inc.,
Bernafon AG, and Bernafon LLC*

Jack B. Blumenfeld (#1014)
Maryellen E. Noreika (#3208)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Kenneth B. Herman
William J. McCabe
Jeffrey D. Mullen
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704

*Attorneys for GN ReSound A/S and
GN Hearing Care Corporation*

Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

James R. Sobieraj
David H. Bluestone
BRINKS HOFER GILSON & LIONE
NBC Tower
455 Cityfront Plaza Dr., Suite 3600
Chicago, IL 60611

*Attorneys for Phonak Inc., Phonak LLC,
Unitron Hearing Inc., and Unitron Hearing
Ltd.*

Barry M. Klayman (#3676)
WOLF, BLOCK, SCHORR AND SOLIS-COHEN
LLP Wilmington Trust Center
1100 North Market St., Suite 1001
Wilmington, DE 19801

Jeffrey D. Shewchuk
SHEWCHUK IP SERVICES, LLP
533 77th Street West
Eagan, MN 55121

*Attorneys for Resistance Technology Inc.*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE

Donald Degnan
Bryan Hanks
HOLLAND & HART
60 East South Temple, Suite 2000
Salt Lake City, UT 84111

*Attorneys for Sonic Innovations, Inc.*

Mary B. Matterer (#2696)
Amy Quinlan (#3021)
MORRIS, JAMES, HITCHENS & WILLIAMS
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

Richard Morgan
Steven Reitenour
BOWMAN AND BROOKE LLP
150 S. Fifth St., Suite 2600
Minneapolis, MN 55402

*Attorneys for Starkey Laboratories, Inc.*

3

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

William H. Mandir
David J. Cushing
Carl J. Pellegrini
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC 20037

*Attorneys for Widex A/S, Widex Hearing
Aid Co., Inc.*

Date: August 2, 2007

Edmond D. Johnson (# 2257)
Thomas H. Kovach (# 3964)
PEPPER HAMILTON LLP
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
Telephone: (302) 777-6500

*Attorneys for Energy Transportation Group, Inc.*

OF COUNSEL:

Brian M. Buroker
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006-1109
Telephone: (202) 955-1500

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: (804) 788-8788

#8757923 v1