IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SONIC INNOVATIONS, INC., et al., ) <br> ) <br> ) <br> Defendants. ) | C.A. No. 05-422 (GMS) |

**DEFENDANT RESISTANCE TECHNOLOGY, INC.'S NOTICE
OF SERVICE OF ITS OBJECTIONS TO ETG'S 30(b)(6) DEPOSITION NOTICE**

The undersigned hereby states that true and correct copies of Defendant Resistance Technology, Inc.'s Objections to Plaintiff's Energy Transportation Group, Inc.'s Notice of Deposition under Fed. R. Civ. P. 30(b)(6) to Defendant Resistance Technology, Inc., were served on August 17, 2007, upon all counsel at the following addresses in the manner indicated:

**VIA E-MAIL:**

| | |
|---|---|
| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson <br> PEPPER HAMILTON LLP <br> johnsone@pepperlaw.com |
| | Thomas H. Kovach <br> PEPPER HAMILTON LLP <br> kovacht@pepperlaw.com |
| | Brian M. Buroker <br> HUNTON & WILLIAMS LLP <br> bburoker@hunton.com |
| REPRESENTING GN RESOUND A/S AND GN HEARING CARE CORPORATION | Jack B. Blumenfeld <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> jblumenfeld@mnat.com |
| | Maryellen E. Noreika <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> mnoreika@mnat.com |

|  |  |
|---|---|
|  | Kenneth B. Herman<br>ROPES & GRAY LLP<br>kenneth.herman@ropesgray.com |
|  | William J. McCabe<br>ROPES & GRAY LLP<br>william.mccabe@ropesgray.com |
|  | Jeffrey D. Mullen<br>ROPES & GRAY LLP<br>jeffrey.mullen@ropesgray.com |
| REPRESENTING PHONAK AG, PHONAK INC., PHONAK, LLC, UNITRON HEARING, INC. | Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>tgrimm@mnat.com |
|  | Leslie A. Polizoti<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>lpolizoti@mnat.com |
|  | James R. Sobieraj<br>BRINKS HOFER GILSON & LIONE<br>jsobieraj@usebrinks.com |
|  | David H. Bluestone<br>BRINKS HOFER GILSON & LIONE<br>dbluestone@usebrinks.com |
| REPRESENTING SONIC INNOVATIONS, INC. | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>sonicnet@potteranderson.com |
|  | Joseph T. Jaros<br>HOLLAND AND HART LLP<br>jjaros@hollandhart.com |
|  | Donald Degnan<br>HOLLAND AND HART LLP<br>ddegnan@hollandhart.com |
|  | Bryan K. Hanks<br>HOLLAND AND HART LLP<br>bkhanks@hollandhart.com |

| | |
|---|---|
| REPRESENTING STARKEY LABORATORIES, INC. | Mary B. Matterer<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>mmatterer@morrisjames.com |
| | Amy A. Quinlan<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>aquinlan@morrisjames.com |
| | Steven L. Reitenour<br>BOWMAN AND BROOKE LLP<br>steve.reitenour@bowmanandbrooke.com |
| | Richard G. Morgan<br>BOWMAN AND BROOKE LLP<br>richard.morgan@bowmanandbrooke.com |
| REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC | Mary B. Graham<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>mgraham@mnat.com<br>mbgeservice@mnat.com |
| | John M. Romary<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>john.romary@finnegan.com |
| | C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>c.gregory.gramenopoulos@finnegan.com |
| REPRESENTING WIDEX A/S | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>dreid@mnat.com |
| | William H. Mandir<br>SUGHRUE MION PLC<br>wmandir@sughrue.com |
| | David J. Cushing<br>SUGHRUE MION PLC<br>dcushing@sughrue.com |

        Carl J. Pellegrini
        SUGHRUE MION PLC
        cpellegrini@sughrue.com

Dated: August 17, 2007　　　　WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

　　　　　　　　　　　　　　　_____/s/ Barry Klayman_____
　　　　　　　　　　　　　　　Barry M. Klayman, Esquire (#3676)
　　　　　　　　　　　　　　　Wilmington Trust Center
　　　　　　　　　　　　　　　1100 N. Market Street, Suite 1001
　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　Tel: (302) 777-0313
　　　　　　　　　　　　　　　Fax: (302) 778-7813

　　　　　　　　　　　　　　　Attorneys for Defendant, Resistance Technology, Inc.

Of Counsel:

Jeffrey D. Shewchuk, Esquire
SHEWCHUK IP SERVICES, LLP
533 77th Street West
Eagan, MN 55121

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused true and correct copies of the foregoing Notice of Service to be served on the following counsel of record by CM/ECF notification and e-mail to their respective addresses as follows:

| | |
|---|---|
| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson<br>PEPPER HAMILTON LLP<br>johnsone@pepperlaw.com |
| | Thomas H. Kovach<br>PEPPER HAMILTON LLP<br>kovacht@pepperlaw.com |
| | Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>bburoker@hunton.com |
| REPRESENTING GN RESOUND A/S AND GN HEARING CARE CORPORATION | Jack B. Blumenfeld<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>jblumenfeld@mnat.com |
| | Maryellen E. Noreika<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>mnoreika@mnat.com |
| | Kenneth B. Herman<br>ROPES & GRAY LLP<br>kenneth.herman@ropesgray.com |
| | William J. McCabe<br>ROPES & GRAY LLP<br>william.mccabe@ropesgray.com |
| | Jeffrey D. Mullen<br>ROPES & GRAY LLP<br>jeffrey.mullen@ropesgray.com |
| REPRESENTING PHONAK AG, PHONAK INC., PHONAK, LLC, UNITRON HEARING, INC. | Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>tgrimm@mnat.com |
| | Leslie A. Polizoti<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>lpolizoti@mnat.com |

|  |  |
|---|---|
|  | James R. Sobieraj<br>BRINKS HOFER GILSON & LIONE<br>jsobieraj@usebrinks.com |
|  | David H. Bluestone<br>BRINKS HOFER GILSON & LIONE<br>dbluestone@usebrinks.com |
| REPRESENTING SONIC<br>INNOVATIONS, INC. | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>sonicnet@potteranderson.com |
|  | Joseph T. Jaros<br>HOLLAND AND HART LLP<br>jjaros@hollandhart.com |
|  | Donald Degnan<br>HOLLAND AND HART LLP<br>ddegnan@hollandhart.com |
|  | Bryan K. Hanks<br>HOLLAND AND HART LLP<br>bkhanks@hollandhart.com |
| REPRESENTING STARKEY<br>LABORATORIES, INC. | Mary B. Matterer<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>mmatterer@morrisjames.com |
|  | Amy A. Quinlan<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>aquinlan@morrisjames.com |
|  | Steven L. Reitenour<br>BOWMAN AND BROOKE LLP<br>steve.reitenour@bowmanandbrooke.com |
|  | Richard G. Morgan<br>BOWMAN AND BROOKE LLP<br>richard.morgan@bowmanandbrooke.com |

| | |
|---|---|
| REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC | Mary B. Graham<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>mgraham@mnat.com<br>mbgeservice@mnat.com<br><br>John M. Romary<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>john.romary@finnegan.com<br><br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>c.gregory.gramenopoulos@finnegan.com |
| REPRESENTING WIDEX A/S | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>dreid@mnat.com<br><br>William H. Mandir<br>SUGHRUE MION PLC<br>wmandir@sughrue.com<br><br>David J. Cushing<br>SUGHRUE MION PLC<br>dcushing@sughrue.com<br><br>Carl J. Pellegrini<br>SUGHRUE MION PLC<br>cpellegrini@sughrue.com |

                                                    /s/ Barry Klayman_____
                                                  Barry M. Klayman

Dated: August 17, 2007