IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., Plaintiff, v. SONIC INNOVATIONS, INC., *et al.*, Defendants. | C.A. No. 05-422-GMS |

**NOTICE OF SUBPOENA DIRECTED TO MICHAEL PITONYAK**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 45 and 30, Defendants Phonak AG, Phonak, LLC (defendant and successor in interest to Phonak, Inc.), Unitron Hearing Ltd., and Unitron Hearing, Inc. (collectively, "Phonak") served the attached subpoena upon Michael Pitonyak on August 22, 2007. Service was accepted on behalf of Michael Pitonyak by Brian Buroker, Esquire, Hunton & Williams LLP, 1900 K Street, NW, Washington, DC 20006. A copy of the subpoena is attached and incorporated herein by reference.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Thomas C. Grimm

Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Defendants Phonak AG, Phonak LLC, Unitron Hearing Ltd., and Unitron Hearing, Inc.*

OF COUNSEL:

James R. Sobieraj
Meredith Martin Addy
David H. Bluestone
Robert G. Pluta
BRINKS HOFER GILSON & LIONE
455 North Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL 60611-5599
(312) 321-4200

August 23, 2007
1219077

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 23, 2007, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on August 23, 2007 upon the following parties:

REPRESENTING ENERGY TRANSPORTATION GROUP, INC.

Edmond D. Johnson
PEPPER HAMILTON LLP
**johnsone@pepperlaw.com**

Thomas H. Kovach
PEPPER HAMILTON LLP
**kovacht@pepperlaw.com**

Brian M. Buroker
HUNTON & WILLIAMS LLP
**etg@hunton.com**

REPRESENTING GN RESOUND A/S AND GN HEARING CARE CORPORATION

Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**jblumenfeld@mnat.com**

Maryellen E. Noreika
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**mnoreika@mnat.com**

Kenneth B. Herman
ROPES & GRAY LLP
**kenneth.herman@ropesgray.com**

William J. McCabe
ROPES & GRAY LLP
**william.mccabe@ropesgray.com**

Jeffrey D. Mullen
ROPES & GRAY LLP
**jeffrey.mullen@ropesgray.com**

| | |
|---|---|
| REPRESENTING PHONAK AG, PHONAK, LLC, UNITRON HEARING LTD., AND UNITRON HEARING, INC. | Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**tgrimm@mnat.com** |
| | Leslie A. Polizoti<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**lpolizoti@mnat.com** |
| | James R. Sobieraj<br>BRINKS HOFER GILSON & LIONE<br>**jsobieraj@usebrinks.com** |
| | David H. Bluestone<br>BRINKS HOFER GILSON & LIONE<br>**dbluestone@usebrinks.com** |
| REPRESENTING RESISTANCE TECHNOLOGY INC. | Barry M. Klayman<br>WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP<br>**bklayman@wolfblock.com** |
| | Jeffrey D. Shewchuk<br>SHEWCHUK IP SERVICES, LLP<br>**jdshewchuk@comcast.net** |
| REPRESENTING SONIC INNOVATIONS, INC. | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>**sonicnet@potteranderson.com** |
| | Donald Degnan<br>HOLLAND AND HART LLP<br>**ddegnan@hollandhart.com** |
| | Bryan K. Hanks<br>HOLLAND AND HART LLP<br>**bkhanks@hollandhart.com** |
| | Joseph T. Jaros<br>HOLLAND AND HART LLP<br>**jjaros@hollandhart.com** |

| | |
|---|---|
| REPRESENTING STARKEY LABORATORIES, INC. | Mary B. Matterer<br>MORRIS JAMES LLP<br>**mmatterer@morrisjames.com**<br><br>Amy A. Quinlan<br>MORRIS JAMES LLP<br>**aquinlan@morrisjames.com**<br><br>Steven L. Reitenour<br>BOWMAN AND BROOKE LLP<br>**steve.reitenour@bowmanandbrooke.com**<br><br>Richard G. Morgan<br>BOWMAN AND BROOKE LLP<br>**richard.morgan@bowmanandbrooke.com** |
| REPRESENTING WIDEX A/S AND WIDEX HEARING AID CO. INC. | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**dreid@mnat.com**<br><br>William H. Mandir<br>SUGHRUE MION PLLC<br>**wmandir@sughrue.com**<br><br>David J. Cushing<br>SUGHRUE MION PLLC<br>**dcushing@sughrue.com**<br><br>Carl J. Pellegrini<br>SUGHRUE MION PLLC<br>**cpellegrini@sughrue.com**<br><br>Brian K. Shelton<br>SUGHRUE MION PLLC<br>**bshelton@sughrue.com** |
| REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com; mbgeservice@mnat.com**<br><br>John M. Romary<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**john.romary@finnegan.com**<br><br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**c.gregory.gramenopoulos@finnegan.com** |

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)

1219077