IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-422 (GMS) |
| ) | |
| SONIC INNOVATIONS, INC., et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SERVICE

Plaintiff Energy Transportation Group Inc., by counsel, hereby certifies that true and correct copies of Plaintiff's Objections and Answers to Defendants Oticon A/S, Oticon Inc., Bernafon AG, WDH, Inc., and Bernafon, LLC's Second Set of Interrogatories to Plaintiff were caused to be served on August 23, 2007, via electronic mail and United States mail upon the following counsel of record:

Mary B. Graham (#2256)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC 20001-4413

*Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC*

Jack B. Blumenfeld (#1014)
Maryellen E. Noreika (#3208)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Kenneth B. Herman
William J. McCabe
Jeffrey D. Mullen
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704

*Attorneys for GN ReSound A/S and GN Hearing Care Corporation*

#8824723 v1

| | |
|---|---|
| Thomas C. Grimm (#1098)<br>MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19899<br><br>James R. Sobieraj<br>David H. Bluestone<br>BRINKS HOFER GILSON & LIONE<br>NBC Tower<br>455 Cityfront Plaza Dr., Suite 3600<br>Chicago, IL 60611<br><br>*Attorneys for Phonak Inc., Phonak LLC, Unitron Hearing Inc., and Unitron Hearing Ltd.* | Barry M. Klayman (#3676)<br>WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP Wilmington Trust Center<br>1100 North Market St., Suite 1001<br>Wilmington, DE 19801<br><br>Jeffrey D. Shewchuk<br>SHEWCHUK IP SERVICES, LLP<br>533 77th Street West<br>Eagan, MN 55121<br><br>*Attorneys for Resistance Technology Inc.* |
| Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>POTTER ANDERSON & CORROON<br>1313 N. Market St.<br>Hercules Plaza, 6th Floor<br>Wilmington, DE<br><br>Donald Degnan<br>Bryan Hanks<br>HOLLAND & HART<br>60 East South Temple, Suite 2000<br>Salt Lake City, UT 84111<br><br>*Attorneys for Sonic Innovations, Inc.* | Mary B. Matterer (#2696)<br>Amy Quinlan (#3021)<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br><br>Richard Morgan<br>Steven Reitenour<br>BOWMAN AND BROOKE LLP<br>150 S. Fifth St., Suite 2600<br>Minneapolis, MN 55402<br><br>*Attorneys for Starkey Laboratories, Inc.* |

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

William H. Mandir
David J. Cushing
Carl J. Pellegrini
Brian K. Shelton
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC 20037

*Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.*
Date: August 24, 2007

                                  Edmond D. Johnson (# 2257)
                                  Thomas H. Kovach (# 3964)
                                  PEPPER HAMILTON LLP
                                  Hercules Plaza Suite 5100
                                  1313 Market Street
                                  Wilmington, DE 19899-1709
                                  Telephone: (302) 777-6500

                                  *Attorneys for Energy Transportation Group, Inc.*

OF COUNSEL:

Brian M. Buroker
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006-1109
Telephone: (202) 955-1500

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: (804) 788-8788

Marty Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Ste. 2500
Miami, FL 33131
Telephone: (305) 810-2500

#8824723 v1