IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-422 (GMS) |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| SONIC INNOVATIONS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned counsel for Defendant Sonic Innovations, Inc. hereby certifies that true and correct copies of the following documents were caused to be served on August 31, 2007, on the attorneys of record at the following addresses in the manner indicated:

DEFENDANT SONIC INNOVATIONS, INC.'S SECOND
SUPPLEMENTAL RULE 26(A)(1) DISCLOSURE

**VIA ELECTRONIC MAIL**

| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson<br>PEPPER HAMILTON LLP<br>**johnsone@pepperlaw.com**<br><br>Thomas H. Kovach<br>PEPPER HAMILTON LLP<br>**kovacht@pepperlaw.com**<br><br>Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>**etg@hunton.com**<br><br>Yisun Song<br>HUNTON & WILLIAMS LLP<br>**ysong@hunton.com**<br><br>Marty Steinberg<br>HUNTON & WILLIAMS LLP<br>**msteinberg@hunton.com** |
|---|---|

| | |
|---|---|
| REPRESENTING GN RESOUND A/S AND GN HEARING CARE CORPORATION | Jack B. Blumenfeld<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**jblumenfeld@mnat.com**<br><br>Maryellen Noreika<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mnoreika@mnat.com**<br><br>Kenneth B. Herman<br>ROPES & GRAY LLP<br>**kenneth.herman@ropesgray.com**<br><br>William J. McCabe<br>ROPES & GRAY LLP<br>**william.mccabe@ropesgray.com**<br><br>Jeffrey D. Mullen<br>ROPES & GRAY LLP<br>**jeffrey.mullen@ropesgray.com**<br><br>Eric R. Hubbard<br>ROPES & GRAY LLP<br>**eric.hubbard@ropesgray.com**<br><br>David S. Chun<br>ROPES & GRAY LLP<br>**david.chun@ropesgray.com** |
| REPRESENTING PHONAK AG, PHONAK INC., PHONAK, LLC, UNITRON HEARING LTD., AND UNITRON HEARING, INC. | Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**tgrimm@mnat.com**<br><br>James R. Sobieraj<br>David H. Bluestone<br>BRINKS HOFER GILSON & LIONE<br>**phonaketg@brinkshofer.com** |
| REPRESENTING RESISTANCE TECHNOLOGY INC. | Barry M. Klayman<br>WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP<br>**bklayman@wolfblock.com**<br><br>Jeffrey D. Shewchuk<br>SHEWCHUK IP SERVICES, LLP<br>**jdshewchuk@comcast.net** |

| | |
|---|---|
| REPRESENTING STARKEY LABORATORIES, INC. | Mary B. Matterer<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**mmatterer@morrisjames.com**<br><br>Amy A. Quinlan<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**aquinlan@morrisjames.com**<br><br>Steven L. Reitenour<br>BOWMAN AND BROOKE LLP<br>**steve.reitenour@bowmanandbrooke.com**<br><br>Richard G. Morgan<br>BOWMAN AND BROOKE LLP<br>**richard.morgan@bowmanandbrooke.com** |
| REPRESENTING WIDEX A/S AND WIDEX HEARING AID CO. INC. | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**dreid@mnat.com**<br><br>William H. Mandir<br>SUGHRUE MION PLC<br>**wmandir@sughrue.com**<br><br>David J. Cushing<br>SUGHRUE MION PLC<br>**dcushing@sughrue.com**<br><br>Carl J. Pellegrini<br>SUGHRUE MION PLC<br>**cpellegrini@sughrue.com**<br><br>Brian K. Shelton<br>SUGHRUE MION PLC<br>**bshelton@sughrue.com** |

| | |
|---|---|
| REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com**<br><br>James W. Parrett<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**jparrett@mnat.com**<br><br>John M. Romary<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**john.romary@finnegan.com**<br><br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**c.gregory.gramenopoulos@finnegan.com** |

## **VIA HAND DELIVERY**

Edmond D. Johnson
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

Thomas H. Kovach
PEPPER HAMILTON LLP
1313 North Market Street, Suite 5100
Wilmington, DE 19899

Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899

Thomas C. Grimm
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899

Barry M. Klayman
WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

Mary B. Matterer
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

Donald E. Reid
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899

Mary B. Graham
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899

4

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Brett L. Foster<br>L. Grant Foster<br>Mark A. Miller<br>Bryan K. Hanks<br>Holland & Hart, LLP<br>60 E. South Temple, Suite 2000<br>Salt Lake City, UT 84111<br>Tel: (801) 799-5800 | By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    P.O. Box 951<br>    Wilmington, DE  19899<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com |
| Donald A. Degnan<br>Holland & Hart, LLP<br>1800 Broadway, Suite 300<br>Boulder, Colorado 80302<br>Tel: (303) 473-2700 | *Attorneys for Defendant Sonic Innovations, Inc.* |

Dated:  August 31, 2007
816217 / 29316

5

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 31, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 31, 2007, I have Electronically Mailed the document to the following person(s):

REPRESENTING ENERGY
TRANSPORTATION GROUP, INC.

Edmond D. Johnson
PEPPER HAMILTON LLP
**johnsone@pepperlaw.com**

Thomas H. Kovach
PEPPER HAMILTON LLP
**kovacht@pepperlaw.com**

Brian M. Buroker
HUNTON & WILLIAMS LLP
**etg@hunton.com**

Yisun Song
HUNTON & WILLIAMS LLP
**ysong@hunton.com**

Marty Steinberg
HUNTON & WILLIAMS LLP
**msteinberg@hunton.com**

| | |
|---|---|
| REPRESENTING GN RESOUND A/S AND GN HEARING CARE CORPORATION | Jack B. Blumenfeld<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**jblumenfeld@mnat.com**<br><br>Maryellen Noreika<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mnoreika@mnat.com**<br><br>Kenneth B. Herman<br>ROPES & GRAY LLP<br>**kenneth.herman@ropesgray.com**<br><br>William J. McCabe<br>ROPES & GRAY LLP<br>**william.mccabe@ropesgray.com**<br><br>Jeffrey D. Mullen<br>ROPES & GRAY LLP<br>**jeffrey.mullen@ropesgray.com**<br><br>Eric R. Hubbard<br>ROPES & GRAY LLP<br>**eric.hubbard@ropesgray.com**<br><br>David S. Chun<br>ROPES & GRAY LLP<br>**david.chun@ropesgray.com** |
| REPRESENTING PHONAK AG, PHONAK INC., PHONAK, LLC, UNITRON HEARING LTD., AND UNITRON HEARING, INC. | Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**tgrimm@mnat.com**<br><br>James R. Sobieraj<br>David H. Bluestone<br>BRINKS HOFER GILSON & LIONE<br>**phonaketg@brinkshofer.com** |
| REPRESENTING RESISTANCE TECHNOLOGY INC. | Barry M. Klayman<br>WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP<br>**bklayman@wolfblock.com**<br><br>Jeffrey D. Shewchuk<br>SHEWCHUK IP SERVICES, LLP<br>**jdshewchuk@comcast.net** |

2

| | |
|---|---|
| REPRESENTING STARKEY LABORATORIES, INC. | Mary B. Matterer<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**mmatterer@morrisjames.com**<br><br>Amy A. Quinlan<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>**aquinlan@morrisjames.com**<br><br>Steven L. Reitenour<br>BOWMAN AND BROOKE LLP<br>**steve.reitenour@bowmanandbrooke.com**<br><br>Richard G. Morgan<br>BOWMAN AND BROOKE LLP<br>**richard.morgan@bowmanandbrooke.com** |
| REPRESENTING WIDEX A/S AND WIDEX HEARING AID CO. INC. | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**dreid@mnat.com**<br><br>William H. Mandir<br>SUGHRUE MION PLC<br>**wmandir@sughrue.com**<br><br>David J. Cushing<br>SUGHRUE MION PLC<br>**dcushing@sughrue.com**<br><br>Carl J. Pellegrini<br>SUGHRUE MION PLC<br>**cpellegrini@sughrue.com**<br><br>Brian K. Shelton<br>SUGHRUE MION PLC<br>**bshelton@sughrue.com** |

| | |
|---|---|
| REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com**<br><br>James W. Parrett<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**jparrett@mnat.com**<br><br>John M. Romary<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**john.romary@finnegan.com**<br><br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**c.gregory.gramenopoulos@finnegan.com** |

*/s/ David E. Moore*
David E. Moore (#3983)

775184 / 29316

4