EXHIBIT A

The '850 patent

| Claim 2 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| and *means jointly responsive to said delay line taps and to coefficients stored in said memory means for providing an output having at least one response characteristic effective to compensate for impaired hearing of the wearer of the aid,* | • means . . . for providing an output having at least one response characteristic effective to compensate for impaired hearing of the wearer of the aid: <br> • Function – providing an output having at least one response characteristic. <br> • Structure – transmission channels leading to the output along with combined circuitry, and structural equivalents thereof. <br> '850 Patent: Col. 2, ll. 46-54; col. 3, ll. 49-60; col. 5, ll. 18-25; col. 5, ll. 31-41; col. 5, ll. 48-53; col. 8, ll. 47-61; Fig. 2; Fig. 4. | |

| Claim 3 | Term | Proposed Construction |
|---|---|---|
| A hearing aid as in claim 2 in which said filter comprises a digital delay line and *means for converting analog signals in said channel to digital signals* for application to said delay line. | • means for converting analog signals in said channel to digital signals: <br> • Function – converting analog signals in said channel to digital signals. <br> • Structure – analog to digital converters, and structural equivalents thereof. <br> '850 Patent: Fig. 2 (70); col. 5, ll. 9-13; col. 11, ll. 58-66. | Because claims 2 and 3 have not been asserted against any of the defendants, it is not necessary to construe the claims. |

| Claim 5 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A hearing aid comprising at least one input microphone, an output receiver, and a transmission channel interposed between said microphone and receiver, *means controllable to impart different response characteristics to said hearing aid,* | • means controllable to impart different response characteristics to said hearing aid: <br> • Structure – programmable filter(s) that can be programmed with different coefficients to impart different response characteristics to audio signals present in the transmission channel of the hearing aid, and structural equivalents thereof. <br> '850 Patent: Abstract; col. 2, ll. 40-59; col. 2, l. 67 - col. 3, l. 2; col. 3, ll. 12-20; col. 4, l. 66 - col. 5, l. 44; col. 7, ll. 9-14; col. 7, ll. 60-66; col. 8, ll. 2-22; col. 9, ll. 2-11; col. 10, ll. 38-43; col. 11, ll. 32-38; col. 11, ll. 46-57; Fig. 2 (64); Fig. 3; Fig. 4. | • means controllable to impart different response characteristics to said hearing aid: <br> Structure – programmable filter 64 (structures 63a, 70-75, 77, 78, 78a, 79, and 80) programmed to impart different response characteristics; or 5 bit counter, timing logic, and structures 63a, 77, 80, and 145-151; and equivalent structures <br> 4:66-5:27; 6:35-54; 7:67-8:4; 8:19-22; 10:44-11:3; Figs. 2, 4 |

| Claim 5 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| and *controlling means responsive to the level of speech signals in said transmission channel in excess of the level of noise signals in said channel for automatically controlling said controllable means to impart a selected one of said different response characteristics to said hearing aid.* | • **controlling means . . . for automatically controlling said controllable means:**<br>• Function – selecting the appropriate response characteristic based on the current environment.<br>• Structure – processing element(s), and structural equivalents thereof.<br><br>'850 Patent: col. 3, ll. 12-20; col. 5, l. 60 - col. 6, l. 54; col. 7, l. 67 - col. 8, l. 22; Fig. 2 (96-118). | • **controlling means responsive to the level of speech signals in said transmission channel in excess of the level of noise signals in said channel for automatically controlling said controllable means to impart a selected one of said different response characteristics to said hearing aid:**<br>• Function – responding to [a determination that] the level of speech signals in the transmission channel [is] in excess of the level of noise signals in the channel for automatically controlling the controllable means to impart a selected one of the different response characteristics to the hearing aid<br>• Structure – speech detector 96, band pass filters 97-100, sample and hold circuits 105-108, rectifiers 109-112, comparators 113-116, latch 118, switch 95, and switch 88; and equivalent structures<br>5:60-6:54; 7:67-8:22; Fig. 2<br>File history: March 31, 1987 Office Action at p. 3; June 29, 1987 Response to Office Action at 2-6; U.S. Patent Application Serial No. 879,214 as filed, at 26-27<br>U.S. Patent No. 4,628,529 to Borth |

| Claim 6 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A hearing aid as described claim 5 in which said controlling means comprises *speech detector means for determining when speech signals are in said transmission channel,* | • **speech detector means for determining when speech signals are in said transmission channel:**<br>• Structure – a speech detector(s), and structural equivalents thereof.<br>'850 Patent: col. 5, ll. 60-66; col. 6, ll. 1-54; Fig. 2 (96); Fig. 3. | • **speech detector means for determining when speech signals are in said transmission channel:**<br>• Structure – speech detector 96; and equivalent structures<br>5:60-6:13; 6:23-31; 6:39-44; 8:4-7; Fig. 2 |
| *a plurality of bandpass filter means for determining the noise frequency spectrum in said transmission channel,* | • **a plurality of bandpass filter means for determining the noise frequency spectrum in said transmission channel:**<br>• Structure – bandpass filters and processing elements, and structural equivalents thereof.<br>'850 Patent: col. 5, ll. 60-66; col. 6, ll. 1-54; Fig. 2 (64, 97-100, 109-112, 105-108); Fig. 3. | • **plurality of bandpass filter means for determining the noise frequency spectrum in said transmission channel:**<br>• Structure – bandpass filters 97-100 and rectifiers 109-112 and S/H 105-108; and equivalent structures<br>5:60-6:1; 6:9-31; 8:12-17; Fig. 2 |

5

EXHIBIT B

The '749 patent

May 9, 2007 200p

| Claim 1 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| and *means controlled by the computer for adjusting the phase and amplitude necessary to eliminate acoustic feedback and produce a null summation.* | • Function – adjusting the phase and amplitude necessary to eliminate acoustic feedback.<br>• Structure – amplifiers and processing elements, and structural equivalents thereof.<br>'749 Patent: Abstract; col. 2, ll. 42-56; col. 3, ll. 51-62; col. 3, ll. 65-4:7; col. 4, ll. 26-30; col. 4, ll. 45-62; col. 6, ll. 65-67; col. 7, ll. 6-11; col. 9, ll. 14-19; col. 9, ll. 38-48; Fig. 1; Fig. 2; Fig. 4. Prosecution History, Response Dated March 17, 1989, pages 3-4. | • Function – adjusting [at the host controller and controlled by the computer] the phase and amplitude [of a signal from the hearing aid] necessary to eliminate acoustic feedback and produce a null summation<br>• Structure – latches 33, 42, and 43, digital phase shifter 30 and programmable gain amplifier 32; and equivalent structures 4:8-62, 6:57-62 and 9:20-48; Fig. 1<br>File history: October 17, 1988 First Office Action at pp. 3-5; March 23, 1989 Amendment at pp. 1-4 |

| Claim 2 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A *host controller* as set forth in claim 1 including *means controlled by the computer for transmitting phase shift and amplitude data to program the hearing aid to eliminate acoustic feedback.* | • **host controller** – see claim 1<br>• **means controlled by the computer for transmitting phase shift and amplitude data to program the hearing aid:**<br>• Function – transmitting phase shift and amplitude data to program the hearing aid.<br>• Structure – combined circuitry, and structural equivalents thereof.<br>'749 Patent: Abstract; col. 3, ll. 51-62; col. 4, ll. 30-33; col. 4, ll. 38-44; col. 6, ll. 65-67; col. 7, ll. 1-2; col. 8, l. 40 - col. 9, l. 13; Fig. 1; Fig. 2; Fig. 4. Prosecution History, Response Dated March 17, 1989, pages 3-4. | • **host controller** – see claim 1<br>• **means controlled by the computer for transmitting phase shift and amplitude data to program the hearing aid to eliminate acoustic feedback:**<br>• Function – transmitting phase shift and amplitude data [from the host controller to the computer] to program the hearing aid to eliminate acoustic feedback<br>• Structure – programmable gain amplifier 32, latches 33, 42, and 43, and digital phase shifter 30; and equivalent structures 4:8-62, 6:57-62; 9:20-48; Fig. 1 |

16

May 9, 2007 200p

| Claim 3 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A *host controller* as set forth in claim 1 including a sound generator for generating test signals supplied to the hearing aid and in which the *means for receiving signals from the* *hearing aid* includes a circuit for receiving the test signals back from the hearing aid to provide reference phase and amplitude signals. | • host controller – see claim 1<br>• means for receiving signals from the hearing aid – see claim 1 ("means for receiving signals from the hearing aid and measuring phase and amplitude") | • host controller – see claim 1<br>• means for receiving signals from the hearing aid – see claim 1 ("means for receiving signals from the hearing aid and measuring phase and amplitude") |

| Claim 4 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A *host controller* as set forth in claim 3 in which said circuit includes *computer controlled means for adjusting the phase shift and amplitude to produce an acoustic feedback cancellation signal.* | • host controller – see claim 1<br>• computer controlled means for adjusting the phase shift and amplitude to produce an acoustic feedback cancellation signal:<br>• Structure – amplifiers and processing elements, and structural equivalents thereof.<br>'749 Patent: Abstract; col. 2, ll. 42-56; col. 3, ll. 51-62; col. 3, ll. 65-4:7; col. 4, ll. 26-30; col. 4, ll. 45-62; col. 6, ll. 65-67; col. 7, ll. 6-11; col. 9, ll. 14-19; col. 9, ll. 38-48; Fig. 1; Fig. 2; Fig. 4. Prosecution History, Response Dated March 17, 1989, pages 3-4. | • host controller – see claim 1<br>• computer controlled means for adjusting the phase shift and amplitude to produce an acoustic feedback cancellation signal:<br>• Structure – programmable gain amplifier 32, digital phase shifter 30, latches 33, 42, and 43, and terminal 144 (VFBK) adapted for connection to a hearing aid summing amplifier; and equivalent structures<br>4:8-62, 6:57-62, and 9:20-48; Fig. 1<br>File history: U.S. Patent Application Serial No. 155,374 as filed, at p. 8; October 17, 1988 First Office Action at pp. 3-5; March 23, 1989 Amendment at pp. 1-4 |

17