# EXHIBIT C

Case 1:05-cv-00422-GMS     Document 380-3     Filed 08/31/2007     Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SONIC INNOVATIONS, INC., et al, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 05-422 (GMS) |

**[PROPOSED] ORDER CORRECTING CLAIM CONSTRUCTION**

IT IS HEREBY ORDERED that the Court's Order Construing the Terms of U.S. Patents Nos. 4,731,850 and 4,879,749, entered August 17, 2007 (D.I. 351) is hereby modified as follows:

**A.    The '850 Patent**

6.    The term "means controllable to impart different response characteristics to said hearing aid" is a means plus function term pursuant to 35 U.S.C. § 112(6).  The function of the term is "imparting different response characteristics to the hearing aid."  The corresponding structure is "programmable filter 64 (structures 63a, 70-75, 77, 78, 78a, 79, and 80) programmed to impart different response characteristics; or 5 bit counter, timing logic, and structures 63a, 77, 80, and 145-151;" and all equivalents thereof.[1]

**B.    The '749 Patent**

6.    The term "computer controlled means for adjusting the phase shift and amplitude to produce an acoustic feedback cancellation signal" is a means plus function term pursuant

---

[1]    See footnote 3 to D.I. 351.

- 2 -

to 35 U.S.C. § 112(6). The function of the term is "adjusting the phase shift and amplitude to produce an acoustic feedback cancellation signal." The corresponding structure is "programmable gain amplifier 32, digital phase shifter 30, latches 33, 42, 43, terminal 144," and all equivalents thereof.[2]

_____          _____
DATE                                 UNITED STATES DISTRICT JUDGE

12224609

---

[2] See footnotes 3 and 8 to D.I. 351.