## **RULE 7.1.1. CERTIFICATION**

Counsel for defendants have sought ETG's agreement to this motion and have spoken with counsel for ETG. ETG agrees that the two claim construction rulings appear to have been unintentional, but disagrees with defendants as to how they should be corrected.

Dated: August 31, 2007              */s/ Mary B. Graham*
                                                              Mary B. Graham (#2256)

1224397