Rehabilitation R&D Progress Reports 1984

## A Motion-Guiding Load-Bearing External Frame for the Knee

P.S. Walker, J. Rovick, and R. Zimmerman
Veterans Administration Medical Center
West Roxbury, Massachusetts 02132

Sponsor: Veterans Administration Rehabilitation
      Research and Development Service

The objective is to design an external linkage that reproduces normal knee motion, which can be incorporated into knee braces and external hinge-distractors. It is believed that accurate motion will avoid excessive surface contact forces, and will guide the ligaments into correct length patterns.

A study of the motion of the normal knee was completed in the first year of the project. Internal-external rotation, varus-valgus, a-p translation, and vertical translation were described mathematically in terms of flexion angle. The data were used as input in computer programs to generate the geometrics of external linkages which would reproduce this normal motion. The first linkage was a cam in a housing in conjuction with a pin in a slot, while the second linkage was a series of pins guided by slots. Conventional machining methods were used to produce prototypes of these designs, but the complex curvatures made accuracy difficult to achieve. Recently, N.C. machining has been used to produce accurate and reproducible parts. The important feature of the linkages is that the lateral and medial motions are different. On the lateral side there is considerable posterior translation of the femur with respect to the tibia with flexion, while on the medial side there is a smaller forward translation. The result is a net posterior translation of the femur on the tibia with flexion together with an internal rotation. This motion is considered to be important in its compatibility with the internal surface geometry of the knee, and in reproducing correct ligament length patterns.

The linkages, whether used in a brace or in a hinge-distractor, must be as small as possible, while having adequate wear resistance and strength. To test the wear, a 10-channel machine was constructed, which provided oscillatory motion under a constant load. Wear depth was regularly monitored using micrometer gauges. The geometry of the specimens was a metal rod located transversely on the edge of a plastic sheet, reproducing and rolling over the plastic surface. A variety of potentially viable materials were tested, including homopolymers, copolymers, and powder of fiber reinforced polymers. In all cases, the rate of wear under sliding conditions far exceeded that under rolling, some materials surviving only a few thousand cycles for 2 mm of wear. This was due to the combination of increased internal stresses and temperature buildup caused by the friction. The most successful materials to date have been Torlon™ and Delrin™, both of which are being tested further. Ultra-high molecular-weight polyethylene, used in total joint replacement, had too low a yield strength under the high contact stress conditions of our test.

The prototype linkages, using Delrin™, were incorporated into a leg brace. The importance of the cuff design and the accurate location of the linkages on the knee were recognized. The cuff design depends upon the application, whether prophylaxis in sports, post-injury or post-surgery, or for chronic instability. However, certain common principles such as correct overall geometry, location on bony landmarks, adequate surface area, cuff-to-skin friction, and adjustability must be accounted for. The prototype demonstrated good comfort, accurate motion, and lack of cuff slip in subjective testing to date. Instrumented linkages were constructed to obtain objective data. Strain gauges were applied to the upright bars which connect linkages to the tibial cuff to determine the forces and moments acting at the hinge location during activities. An electronic system consisting of bridge circuits, a-d converter, and microcomputer was assembled. Our anatomical motion design will be compared with fixed hinges and polycentric hinges with uniform lateral and medial motions. It is hoped to demonstrate the advantages or otherwise of reproducing more anatomical motion.■

[See also IV. Spinal Cord Injury, B. Medical Treatment, Longitudinal Assessment of Physical Therapy Factors that Affect Quality of Life of Persons with Spinal Cord Injury]

# B. Upper Limb

## Assessment of Hand Function and the Development of Wrist-Hand Orthoses

D.A. Carus
Tayside Rehabilitation Engineering Services
Dundee Limb Fitting Centre
Dundee, Scotland DD5 1AG

Sponsor: Tayside Health Board

The Tayside Rehabilitation Engineering Services is responsible for the delivery of hand orthoses to a population of 180,000. Interest in improving existing knowledge of prescription criteria for hand orthoses,

DEM523716

as well as methods of fabrication and fitting, led to the initiation of this project.

A series of instruments have been developed that can be used in clinical practice to objectively assess hand function. The equipment consists of pinch, grasp, and skin shear transducers (the latter to assess recovery of skin sweating). The equipment is being used both to assess the immediate improvements in hand function that may be achieved by the application of orthoses, and to assess hand function recovery with time. Work is currently progressing in the development of software to permit the transducers to be interfaced to a microcomputer to produce graphical presentations suitable for use by the clinic team.

The same research team also is working on the development of modular hand orthoses, typically for application following traumatic injury. The correct timing of orthotic fitting in these cases is extremely important for the patient rehabilitation program, and the development of a modular system that can be assembled quickly is therefore highly attractive. A torque transducer has been fabricated to measure finger joint stiffness characteristics, and to compare these with the characteristics of orthoses. Commercial orthoses, as well as those developed in our own workshops, have been tested and their characteristics compared with the required characteristics derived from patient measurements.▪

## Sensory Substitution System for Grasp Force and Hand Position Feedback

Ronald R. Riso, Ph.D., and Michael W. Keith, M.D.
Rehabilitation Engineering Center
Case-Western Reserve University
Cleveland and Metropolitan General/Highland View Hospitals
Cleveland, Ohio 44109

Sponsor: Veterans Administration Rehabilitation
        Research and Development Service

A sensory feedback system is being developed to provide conscious information about grasp force and extent of hand opening in quadriplegic individuals who use FNS (functional nerve stimulation) orthoses to achieve grasp. Electrical stimulation of the user's skin in the region of the upper arm or upper back is being used as the basis for inputting the sensory information. The coding scheme being developed uses frequency modulation to signal the level of grasp force and uses the spatial position of the stimulation to signal the spatial extent of hand opening.

A study of stimulus parameters for the frequency modulation aspect of the coding scheme has revealed that using bursts of pulses, in which the number of pulses in each burst is made to vary according to the burst-repetition rate presented, affords a more easily discriminated code. With that scheme, subjects can distinguish six different frequencies in the range of 2.0 Hz to 55 Hz with at least 90 percent accuracy.

An innovation of the electrocutaneous system being developed in this laboratory is the use of chronic indwelling electrodes that stimulate the skin subdermally. This technique provides sensations that are more distinct, more consistent, and more comfortable than can be obtained with more conventional surface stimulation.

It is our ultimate intention to drive these indwelling electrodes via an implantable stimulator to diminish the amount of externally worn hardware needed for the system.

Present efforts are concerned with the design of an implantable-array electrode which will afford access to several adjacent regions of skin for implementation of the spatial position aspect of the feedback system. The work includes an investigation to specify the optimum number of electrode sites to employ in order to maximize the rate of information transfer.▪

[See also **I. Amputations and Limb Prostheses, C. Upper Limb, 1. General**, Myoelectric Controls for Orthotic/Prosthetic Systems]

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523717

Rehabilitation R&D Progress Reports 1984

# III.
# Total Joint Replacement and other Orthopaedic Implants

## A. General

### Evaluation and Development of Biomaterials Used in Total Joint Replacement

Eugene Lautenschlager, Ph.D.
Rehabilitation Engineering Program
Northwestern University
Chicago, Illinois 60611

Sponsor: Northwestern University
          Rehabilitation Engineering Program

At a recent meeting, an announcement was made that by centrifuging acrylic bone cement, inherent porosity was removed and the mechanical properties were significantly increased. For several years, efforts have also been directed in these laboratories toward the removal of porosity to improve physical properties. However, medium vacuum has been employed, since it was felt that such an apparatus could be introduced to the surgical suite much more readily than a centrifuge. Moreover, preliminary results indicate that vacuum may have the additional advantages of removing more of the micropores, removing excess monomer that might have been transferred to the patient, and preventing the monomer vapor from reaching the clinical personnel.

Prototype vacuum mixers have been fabricated and are ready for simulated clinical trials. The necessary vacuum pumps have been purchased (the so-called suction vacuum, available in the surgical suites, is far too weak to be effective in the current mixing system). The decrease in porosity via vacuum mixing presently appears to work best in the more fluid cement mixtures. While porosity appears to have been removed in large boluses of dough-type cements, bubbles and holes seem to reappear in small ASTM F451 specimens. Studies are currently underway to see if the nature of the multiple-hole specimen dyes and plates inherently introduce defects to setting acrylic bone cement specimens.

Also under scrutiny during the reporting period are the evaluations of corrosion resistance of various porous metal prosthesis components. The methodology being employed is that of anodic polarization in body-simulated electrolytes, following procedures similar to those being developed in these laboratories and with others for ASTM F746 Standa.. d on Pitting and Crevice Corrosion in Surgical Implant Metals.

Preliminary results are showing corrosion electrical currents of porous coatings to be at least one order of magnitude greater than that of bulk material of the same composition. This is probably due to the significant increase in surface area presented by a porous material. However, during our corrosion evaluations, several coatings were found to strip easily from their parent prosthesis. This, and the findings of others, has caused several models to be temporarily withdrawn from the market until more suitable sintering techniques can be discovered. In the meantime, with a temporary hiatus in the supply of freshly coated porous prostheses, further pursuit in performing all potentiostatic testing via Apple personal computers equipped with appropriate A/D boards is ongoing.∎

### Investigation of the Bone/Bone Cement/Implant Interface Formed by Total Joint Replacement

Jack Lewis, Ph.D.
Rehabilitation Engineering Program
Northwestern University
Chicago, Illinois 60611

Sponsor: Northwestern University
          Rehabilitation Engineering Program

The objective of this project was to identify the causes of late loosening of total joint replacement components by examining three aspects of the interface system:

1. Investigations of the major factors affecting the mechanics of bone/bone cement interface failure. A series of control and experimental tensile tests on the bone/bone cement interface had been reported previously. A paper detailing results of these tests has been accepted for publication by the Journal of Orthopaedic Research.

2. Investigation of mechanical and histological properties of the soft interface tissue commonly found at the bone/cement interface system and how load is transferred across this interface. A paper presenting the permeability results and soft-tissue mathematical model reported last year has been accepted for publication in the Annals of Biomedical Engineering.

Also, the tissue response to unloaded cylindrical titanium implants in rabbit tibiae was investigated as

DEM523718

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law

a precursor to future experiments. The response was seen to be no different from ordinary fracture healing, with a bony shell surrounding the metal and no fibrous interface observed.

3. The development of an evaluation methodology based on fracture mechanics, for bone cement/metal implant interface failure, and its utilization to evaluate various metal surface preparations. Titanium bar stock has been machined to four-point bent bar dimensions and the bar's surfaces either grit-blasted (which is the normal implant's surface state) or flame-sprayed (which is a porous surface state). These specimens await testing, and therefore no data is available.

## Structural Analysis of Total Joint Replacement

Jack Lewis, Ph.D.
Rehabilitation Engineering Program
Northwestern University
Chicago, Illinois 60611

Sponsor: Northwestern University
Rehabilitation Engineering Program

The finite element method was used for the structural design and analysis of total joint replacements and was specifically used to address the following two subproject areas:

**Surface Replacement Hip Arthroplasty**—The surface replacement hip arthroplasty is a promising procedure for the younger, more active population. The objective of this project is to better understand the causes of surface hip arthroplasty failures and to develop improved designs. Finite element analysis is being used to calculate the three-dimensional stresses in the remaining portion of the head and neck of the femur after physiological loads are applied to the prosthesis. The purpose of this analysis is to find a design for the surface hip replacement that will minimize changes in stress distributions from the pre-operative hip. It is hypothesized that, by maintaining the same stress distribution, the mechanically induced resorption of bone will be minimized. Several designs have been analyzed and more remain under consideration. These studies have been done using a typical human femur as their basis. A parallel study also is being conducted, using dogs for the basis of analysis as well as for corroborating experiments. These experiments will be used to test the hypothesis and, hence, put confidence levels on the validity of this approach for prosthesis design.

**Finite Element Analysis of the Proximal Femur and Femoral Component of a Total Hip Replacement**—The objective of this project is to determine the consequence of the fibrous tissue layer on the stress distribution of the total hip implant system. A realistic element that models the fluid-filled interface tissue has not been developed to date. In the past, two extreme (three-dimensional) finite element cases have been run, modeling a hip with a perfect interface bond (a porous implant with 100 percent ingrowth) and one where there was no interface bonding on the distal half of the stem. It is presumed that these two cases represent the more typical behavior. To perform a more realistic model of this fluid-filled fibrous interface material, a project has been undertaken to develop an element that considers biphasic (that is, fluid and solid) material properties. The current effort on this project is implementing and validating this element so that better biomechanical models can be implemented in the future.

## Development of a Biologic Cement for Fixation of Skeletal Implants

Robert E. McLaughlin, M.D.
Rehabilitation Research and Training Center
Department of Orthopaedics and Rehabilitation
University of Virginia Medical Center
Charlottesville, Virginia 22908

Sponsor: National Institute of Handicapped Research

Implants with porous surfaces intended to allow ingrowth by bone have been developed as a way to avoid the problems of loosening that have been encountered when implants are held in place by acrylic cement. A disadvantage of the "porous" implants as used presently is the large inventory required to have the correct size available. To alleviate this problem, a fixation medium is needed that can be replaced by new bone as the fixation material is resorbed gradually. To achieve this, experiments are being carried out on dogs using various filler materials, such as decalcified bone paste, autogenous ground bone paste, and tricalcium phosphate crystals.

Results to date are very encouraging.

DEM523719

Rehabilitation R&D Progress Reports 1984

## Late Loosening in Total Joint Replacement in the Lower Extremities

Eugene Bahniuk, Ph.D.
Veterans Administration Medical Center
Cleveland, Ohio 44106

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

Summary—A biplane radiography technique was developed to measure the motion at the cement-bone interface of patients who had either a total knee replacement or a total hip replacement. Spherical cobalt-chromium markers were embedded in the cement and in cortical bone. The relative position of the balls was measured radiographically post-operatively and at 6 months intervals thereafter. The resolution of the measurement was 0.2 mm. Of the 68 patients who volunteered for this program, 54 patients were suitable for the study. Reversible displacement (relative motion during a change from weight bearing to non-weight bearing) and migration (relative motion over time from one non-bearing study to another) were calculated. The range for symptomatic reversible displacement was 0.4 to 4.5 mm, while that for asymptomatic reversible displacement was 0.3 to 1.9 mm. All reversible displacement of less than 0.4 mm was asymptomatic. Migration of as much as 2.1 mm occurred without concomitant reversible displacement. All radiolucent lines correlated with measured reversible displacement. Half of the patients who were evaluated 2 weeks postoperatively had measurable reversible displacement.

Conclusions—(i) Biplane radiography is a useful clinical technique; (ii) the incidence of measured reversible displacement (75 percent) is higher than the incidence of clinical loosening (9.6 percent in this series)■

## Diagnosis of Loose or Damaged Total Joint Replacement

Timothy M. Wright
Hospital for Special Surgery
New York, New York 10021

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

It has been demonstrated that information gathered from acoustic emission monitoring of total joint replacements can contribute to the other clinical findings in diagnosing mechanical degradation. During the next year of support, the technique of correlation plots to examine the acoustic emission waveform characteristics will be applied to data from the increasing population of total joint patients monitored at the Hospital for Special Surgery. The objectives will be to further identify the most significant characteristics (in terms of correlation with clinical findings) and to describe the in vivo acoustic emission data in a manner that could allow separation between signals from different damage mechanisms.

The first objective is aimed at optimizing the clinical application of the acoustic emission equipment. The second objective will examine whether or not acoustic emission monitoring can be used to identify not only the presence of mechanical degradation but the source of the degradation as well. This source identification requires information on acoustic emission from the mechanisms contributing to the degradation. A third objective will be, therefore, to begin to examine static and cyclic failure in cancellous bone and in the bone-cement interface and to continue to examine damage at the prosthesis-cement interface. Specimen geometries for the biomaterial bone-cement and prosthesis-cement tests will first be modeled with further finite element studies to verify failure locations and to establish test configurations in which the same specimens can be used to produce more than one type of damage mechanism.■

## Cementless Hip and Knee Prostheses

P. S. Walker, Ph.D.
Robert Breck Brigham Hospital
Boston, Massachusetts 02115

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

The long-term results of conventional cemented total hip replacement show a deterioration with time, such that beyond 10 to 15 years the failure rate may rise to as high as 40 percent. In younger, more active patients, a failure rate of 50 percent at only 5 years has been reported. Revision surgery is difficult and most often leads to a result which, radiographically at least, will be much shorter lived than the primary case. Sometimes revision surgery involves serious bone loss, jeopardizing the future viability of the entire reconstruction. Neither surface replacement nor bone ingrowth is seen as the answer.

However, there now has been 30 years of clinical experience with noncemented femoral components, such as the Austin-Moore. While the failure rates are

19

DEM523720

Total Joint Replacement and other Orthopaedic Implants

not lower than with cemented stems, a large proportion of the failures are associated with acetabular protrusion, while in many other failures a poor fit of the stem in the canal is implicated. The loss of bone associated with failure and removal is generally much less than with cemented stems.

It is proposed that a stem designed to be a close fit in specific load-bearing areas, a "close-fit stem," may well provide the answer to reliably obtaining a durable result. Our aims are to determine the required sizes and shapes of such a stem to test the fit and the load transfer in vitro and the biological response in vivo. Color computer graphics will be used to model the shape and size ranges of the femoral canal, while a stem fit program will determine the number of stems required to specified accuracies. Closeness of fit will be tested on actual bones using sectioning techniques. Bone strains and stem-bone shear movements will be compared for cemented stems, the Austin-Moore, a metallic close-fit stem, and close-fit stems with a polymeric coating.

These designs will be tested in a bovine model to observe the differences in bone response and to test whether the bone appears to adapt more satisfactorily to the close-fit stems. For possible augmentation of closeness of fit and encasement of a close-fit stem with new load-bearing bone, osteogenic stimulating demineralized bone powder (DBP) will be used as a filler. This work will provide valuable data of the viability of a close-fit stem. If such a scheme is successful, it will have an invaluable place in hip surgery.■

## Mechanisms of Orthopaedic Implant Loosening

Steven L. Teitelbaum, M.D.
The Jewish Hospital of St. Louis
St. Louis, Missouri 63110

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

Orthopaedic joint reconstruction with an implanted artificial prosthesis is an increasingly common surgical procedure. Unfortunately, at least 7 percent of patients receiving such prostheses will experience implant loosening and, ultimately, failure within 5 to 7 years of surgery.

The precise reasons for this high rate of failure are unknown. However, histological studies of the tissues surrounding loosened implants suggest that mononuclear phagocytes (MOs) and foreign body giant cells (GCs) play an important role in the rejection process. Specifically, these cells, which seem to be recruited by implant-derived particles, are believed to be directly responsible for resorbing the bone immediately surrounding the implant and are perhaps instrumental in the development of an inappropriately thick connective tissue capsule between the implant and the supporting tissue.

However tenable the hypothesis regarding the role of MOs and GCs in implant loosening, it is based upon histological observations and is therefore, at best, intuitive. The aim of the present proposal is to directly assess the potential of MOs and GCs to affect those changes believed essential to the prosthetic loosening, particularly when exposed to implant-derived materials. These studies will focus on use of in vitro assay systems, established in this laboratory, with which we have previously (i) documented the ability of MOs to resorb vital and devitalized bone, (ii) demonstrated that bone matrix degradation can be precisely quantitated, and (iii) shown that MO- and GC-mediated bone resorption can be regulated by systemic bone-seeking agents (e.g., cortisol) and by, as yet, undefined factors released by other cells. In this application, we propose to extend the use of these techniques and experience to: (i) evaluate the action of implant materials on MO- and GC-mediated bone; (ii) identify the enzyme(s) responsible for bone collagen degradation by MO and GC and explore the regulation of this enzyme(s) by implant materials; (iii) study the potential of MOs, GCs, and endothelial cells exposed to implant-derived material to modulate (stimulate) bone resorption by other cells, including osteoclasts; and (iv) establish whether phagocytosis of implant particles by MOs promotes the release of agents capable of stimulating giant cell formation and fibroblast proliferation.■

## The Mechanical Properties of Porous-Coated Orthopaedic Alloy

Stephen D. Cook, Ph.D.
Veterans Administration Medical Center
New Orleans, Louisiana 70112

Sponsor: Veterans Administration Rehabilitation Research and Development Service

Introduction— The development of porous-coated orthopaedic implant devices for attachment by bone ingrowth has been the subject of much research. A porous metal coating applied to a solid substance has been shown, in vivo, to offer advantages over current methods of fixation. These include a higher interface shear strength between implant and bone and a more

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523721

uniform distribution of stresses. These devices, however, require a sintering heat treatment to apply the porous coating. Sintering heat treatments have been shown to have a detrimental effect on the material mechanical properties of some orthopaedic alloys.

One of the materials of choice for porous-coated systems is Ti-6A1-4V alloy. This is based upon its high corrosion resistance, low toxicity, and favorable mechanical properties. However, the fatigue strength, the most important mechanical property when considering the design of a load-bearing orthopaedic device, has been found to decrease due to both the sintering heat treatment and the porous coating.

In our previous studies, uncoated Ti-6A1-4V orthopaedic alloy was found to have an endurance limit of 605 MN/mV. The application of a porous Ti-6A1-4V coating decreased the endurance limit of the system by approximately 77 percent, and when the uncoated substrate material was only heat treated to the same temperature as the porous-coated samples (125°C for 2 hours), a degradation of approximately 34 percent in fatigue strength was observed. The great difference between the porous-coated samples and the only heat-treated samples was theorized to be due to the porous coating acting as a notch, since the introduction of a machined notch was found to decrease the endurance limit of the material by 65 percent.

The reduction of fatigue properties by the heat treatment is due to the transition from the as-received equiaxed microstructure to the lamellar structure upon sintering. This lamellar structure has been shown to have inferior fatigue properties relative to the equiaxed structure. Thus, the need for a heat treatment to improve the fatigue properties after sintering seems apparent.

**Methods**—In the present study, microstructural analysis was performed on six different post-sintering (1250°C for 2 hours) heat treatments of Ti-6A1-4V in an attempt to improve the fatigue properties. The heat treatments were:

1. Argon quench;
2. Argon quench, followed by a 4-hour anneal at a temperature low in the α and β region with a subsequent Argon quench;
3. Cool to just above β-transus, slowly cooled through β-transus, and furnace cooled;
4. Argon quench followed by a 15-minute anneal slightly above β-transus, slowly cooled through β-transus, and furnace cooled;
5. Argon quench preceding an anneal at just below β-transus for 4 hours followed by an Argon quench;
6. Argon quench, then anneal at slightly below β-

transus, cooled very slowly to a temperature low in the α and β region, then Argon quenched.

**Results**—The six heat treatments produced alternative microstructures from the lamellar structure obtained in the sintering heat treatment where slow cooling from the sintering temperature took place. Quenching from sintering temperature (heat treatment 1) resulted in shorter, fine interwoven α plates with localized areas of equiaxed α and fewer colony boundaries. Annealing this structure in the low α and β region for 4 hours (heat treatment 2) produced a microstructure with large α plates of varying dimensions and orientation differing from a lamellar structure. Annealing at a temperature just below the β-transus (heat treatment 5) resulted in large α plates which became more globular and equiaxed, and the retained β more dispersed. The outside of the sample exhibited a 0.12 mm layer of an acicular α in a β or finely transformed β matrix with a few small globular α particles dispersed in the layer.

Slow cooling through the β-transus (heat treatments 3 and 4) produced a transient structure that showed some areas of an equiaxed structure. The differences between the two heat treatments were minimal, and thus the Agron quench before the β annealing and slow cooling through the β-transus makes little difference. The recrystallization annealling (heat treatment 6) resulted in a structure of coarse α plates in an abundant and very fine martensitic matrix. This structure was uniform throughout, free of any type of colony boundary.

**Discussion**—In previous studies, where the sintering heat treatment was followed by a slow furnace cool to room temperature, a lamellar structure consisting of large colonies of α plates in the same crystallographic orientation with β retained between them was obtained. It has been shown that crack propagation can occur easily in both parallel and perpendicular directions to the long axis of the alpha grains. The heat treatments described above provide microstructures somewhat different from the original sintering heat treatment, with some exhibiting considerably different microstructures. Thus, these heat treatments may help in resistance to crack initiation and propagation during the cyclic loading of porous Ti-6A1-4V orthopaedic devices, and thus result in improved fatigue properties. To date, limited fatigue testing has shown an improved endurance limit for some cases. However, more tests are being performed to determine statistical significance.∎

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523722

# Biomechanics of Bone Resorption/ Regeneration at a Bone-Implant Interface

George Van B. Cochran, M.D., M.Sc.D.; John B. Brunski, Ph.D.;
Mark Shephard, Ph.D.; and John Hipp
Veterans Administration Medical Center
Castle Point, New York 12511

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

**Introduction** — It is generally acknowledged that loosening of orthopaedic implants in bone is a leading cause of failure of joint replacements. However, while there have been suggestions that mechanical factors influence the response of bone at implant-tissue interfaces, and thereby relate to the loosening problem, little has been done to clarify the quantitative role of such variables as relative motion or stress concentrations at the interface. Therefore, this project has been aimed at elucidating relationships between bone remodeling and mechanics at a bone-implant interface.

**Methods** — The plan involves use of an animal model, together with engineering methods and quantitative histomorphometry to perform an in vivo experiment. The rationale is to create well characterized states of stress in the interfacial region of implants in bone using specially designed implants and loading protocols, then to utilize histomorphometry to assess remodeling activities in relation to the in vivo loading history. Both trabecular and cortical bone sites are being used. To create well defined mechanics at bone-implant interfaces, the implants are placed in bone using special atraumatic techniques and left undisturbed for 2 to 3 months to establish a direct, or very nearly direct, bone-implant contact interfacially. Subsequently, the implants are directly loaded with a controlled loading pattern for a fixed period of time. The interfacial mechanics related to the controlled loading are predicted using finite element analysis (FEA). The histomorphometry includes analyses of fluorescent labeling plus osteoblastic and osteoclastic activity in tissue sections taken from each region of the interface that has been quantified as to mechanical history. The experiments employ beagle dogs (mandibular trabecular bone and radial cortical bone) and special implants of a screw shape made of implant-grade pure titanium.

**Preliminary Findings** — As part of the engineering phase of the project, finite element analyses have been made of relevant implant-bone problems. In these analyses, the initial goals have been to investigate the stress fields around certain implant shapes and to document the importance of the assumptions about contact at the bone-implant interface. Three implant problems were simulated: (i) bone screws in cortical bone, (ii) coronal sections through a dog mandible containing an inverted T-shaped implant, and (iii) sagittal sections through the same type of implant. Each problem was run for infinite friction (bonding) and no friction (nonbonding) interfacial assumptions using isoparametric elements with quadratic shape functions. Frictionless contact was introduced via an algorithm based on Lagrange multipliers.

**Results** — For the same stress analysis problem, the interfacial stresses are very different for the bonding versus nonbonding assumptions. Not only are the stresses quantitatively changed, but also they show important qualitative differences. For example, in the case of an axially loaded mandibular implant that resembles an inverted T-shaped beam embedded in bone, the bonded case shows maximum compressive principal stresses near the neck and ends of the implant, while the nonbonded case shows these same interfacial regions to experience maximal tensile principal stresses. Also, for both the dental implant and bone screw analyses, those models with nonbonded interfaces show regions where actual gaps develop between bone and implant, while in the bonded cases, such gaps do not appear because of the tensile stresses that can develop across a bone-implant interface in the bonded case.

**Discussion and Future Plans** — From these initial studies, it is clear that the predictions of FE models of implants in bone are dependent on whether or not bonding (i.e., infinite interface friction) exists at bone-implant interfaces. This fact must be considered when evaluating the fidelity with which an FE model represents a particular bone-implant situation. Hence, we have been able to design the implant experiment with more confidence in our ability to model the actual conditions that may arise at bone-implant interfaces. With the initial engineering analyses in hand, the next step is to conduct the in vivo study. A loading apparatus for the implants is being designed, and the implant locations and actual loading protocols are being tested. The in vivo loading will be applied to the implants under microcomputer control for half an hour per day for 5 days, with a 0.5 Hz cyclic pattern involving loads of magnitudes sufficient to create meaningful stress fields in interfacial bone, as judged from our initial finite element studies.

22

DEM523723

Rehabilitation R&D Progress Reports 1984

# Evaluation of Total Joint Loosening Using X-Ray Photogrammetry

Frederick G. Lippert, III, M.D.; Sandor A. Seress; and Richard M. Harrington, M.S.
Veterans Administration Medical Center
Seattle, Washington, 98108

Sponsor: Veterans Administration Rehabilitation Research and Development Service

Loosening of the prosthetic components continues to be the largest problem with total joint replacement surgery. Our research project has developed a method which can accurately measure the distance that a prosthetic component settles after it has been placed in the bone, or the amount of loosening that has occurred with use. Our efforts this year have focused on developing the equipment to perform X-ray photogrammetry measurements in a clinical setting, and on convincing the companies that manufacture prosthetic components to add markers that will show on X-ray films.

**Methods**—X-ray photogrammetry is the process of accurately determining the three-dimensional coordinates of marker points from the bone and on the prosthetic components from two radiographs taken simultaneously. By using 1 millimeter-diameter stainless steel spheres in the bone and marker points on the prosthetic components, an accuracy of 0.1 mm can be achieved in determining the spatial locations and movements of the bones and total joint components. The equipment necessary to achieve this accuracy consists of a calibration frame that puts reference marks on the X-ray films, a high-accuracy digitizer to determine the coordinates of the marks on the film with an accuracy of ▲10 μm, and a computer program to transform the two-dimensional coordinate data from two films into three-dimensional coordinates.

**Progress**—Since the digitizers currently available do not have the necessary accuracy (the standard is a resolution of ▲μm and accuracy of ▲125 μm), we have developed a digitizer, using optical linear encoders for the x- and y-axes, which has a resolution of 1μm and accuracy of ▲10 μm. The digital output from the encoders is translated into x- and y-coordinates and transmitted to the computer program for storage with the reference number of the marker. The system has been tested and found accurate for measuring motions in three dimensions as small as 0.1 mm.

Our current efforts consist of measuring patients, who have had total joint replacement surgery, with markers placed in their bones around the prosthetic components to track the subsidence of the components over a period of time, or loosening of the components with use. Our other effort consists of attempting to find a manufacturer who can produce the hardware for the X-ray photogrammetry system so that it can be made available for use in a clinical trial. This also involves convincing the implant manufacturers to add the markers to their prosthetic joint components■

# Bacterial Colonization of Surgical Biomaterials

Anthony G. Gristina, M.D.
Bowman Gray School of Medicine
Winston-Salem, North Carolina 27103

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

Significant progress has been made to demonstrate that biomaterials act as a substrate for microbial adherence and colonization and that the process is a fundamental cause of sepsis in biomaterial-related surgery. As a corollary objective, our studies also show preliminary evidence that diseased or compromised tissue (i.e., bone-joint synovium, diseased tissue, etc.) also serves as similar nidi or substrate for colonization and the septic process (i.e., primary or secondary osteomyelitis, septic arthritis, post-nonbiomaterial surgical sepsis).

In the forthcoming year, work will continue in Aim #1, "To isolate pathogenic bacteria from infected biomaterials," with the inclusion of nonorthopaedic biomaterials. Our initial studies show that biofilm formation is a general phenomenon in the colonization of inert surfaces of cardiac pacemakers, urinary catheters, intrauterine contraceptive devices, vascular catheters, and vascular grafts, and that this mode of growth confers on these pathogens resistance to host defense mechanisms and antibacterial agents. We have expanded our original sampling to include, in the absence of biomaterials, diseased and compromised tissue (i.e., dead or damaged bone, joint synovium, etc.).

Aim #2, "To maintain isolated pathogens in an adherent form," and Aim #5, "Behavior of macrophages towards biomaterials," have been achieved during the past 2 years. Aim #3, "Chemical characterization of the exopolysaccharides of pathogenic isolates," will be completed without modification. Special attention will be focused on Aim #4, in which the

DEM523724

Total

proposed study of the kinetics of biomaterials development also will assess the inherent antibiotic resistance of cells in mature biofilms.

In summary, we can say that Aims #2 and #5 have been achieved, that work continues in Aim #4 by means of an expanded and improved methodology, and that Aims #1, #3, and #6 will be completed.

## In Vitro and In Vivo Corrosion of Orthopaedic Implants

Stanley A. Brown
University of California
Orthopaedic Research Laboratories
Davis, California 95616

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

The long-term use of metallic orthopaedic implants is associated with a small but finite risk of adverse biologic reactions to metal ions released as corrosion products. The proposed continuation of this research program is designed to: improve our understanding of the mechanisms of and methods for measuring corrosion and the biologic distribution of and reactions to corrosion products; to explore methods for reducing corrosion rates and diagnosing conditions indicative of excessive corrosion; and, to investigate reactions to corrosion products.

Laboratory corrosion-rate measurement experiments utilizing electrochemical techniques will be continued to examine in more detail the interactions between static and fretting corrosion of stainless steel, cobalt alloy, and titanium and specific proteins at pH values associated with inflammation and wound healing. Laboratory and animal studies with sheep will continue to examine the role of fracture stability and screw tightness on the amount of and temporal changes in fretting corrosion of osteosynthesis plates and screws.

Metabolic studies with hamsters injected with metal salts or corrosion products will be continued. These studies will focus on the question of whether metal ions remain at the site of release, whether they are transported in the blood to other sites where they could cause an adverse reaction, or whether they are excreted in the feces or urine. Similarly, these studies will determine if the distribution of metal salts is different when the metal salts are given a second time. Answers to these questions will improve our understanding of location of potential biologic reactions associated with corrosion, as well as determine the validity of chemical analysis of excretions for assessment of in vivo corrosion rates.

Biomechanical and histological studies with rabbits injected with metal salts or corrosion products, in which metal screws are then implanted and tibial fractures are stabilized with intramedullary rods, will be continued to determine the functional significance of reactions associated with corrosion and metal allergy. These studies also will examine the question of whether the incidence and nature of biologic reactions are related to the type of metal used for internal fixation of fractures, and whether an animal with an allergy to one metal can be treated with an implant alloy not containing that particular element.

## Intermediate Organometallic Corrosion Products

Jonathan Black
University of Pennsylvania
Philadelphia, Pennsylvania 19104

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

Metallic implants are used in large numbers in the practice of orthopaedic surgery. All metals in use have finite corrosion rates. A variety of clinical problems have been proposed involving metabolic, immunologic, bacteriologic, and carcinogenic responses associated with release of metal by corrosion or other reactions. Research to elucidate the possible connections has been hampered by a lack of knowledge of the molecular form that the corrosion products take and the concentrations in which they are present in patients. In particular, it has been proposed that a variety of biologically active organometallic intermediate compounds exist as a result of corrosion in vivo.

The object of this proposed research project is to detect, isolate, quantitate, and partially identify the blood-borne organometallic compounds that arise from the corrosion of the two most common orthopaedic metallic alloy systems: stainless steel and cobalt-chromium.

The studies proposed involve HPLC fractionation of serum and treated tissue fragments followed by atomic absorption spectroscopy. The studies use a small animal/microsphere implant model to examine the effects of implant area/animal body weight ratio on the production of organometallic complexes and to predict the possible findings in patients.

DEM523725

Rehabilitation R&D Progress Reports 1984

## Study of Wear Particle Analysis in Human Artificial Joints

Dana C. Mears, M.D., Ph.D., and
Christopher H. Evans, Ph.D.
Orthopaedic Research Laboratory
University of Pittsburgh
Pittsburgh, Pennsylvania 15261

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

During the past year investigations have continued into the ferrographic analysis of the wear particles of human joints and their pathophysiological implications. A series of synovial fluids taken from end-stage osteoarthritic knee joints at the time of surgery for total joint replacement have been examined by ferrography. These samples provided unexpectedly few particles, possibly because of the restricted use of the joints prior to surgery. Histological examination of the synovia confirmed the ferrographic analysis.

Following our demonstration that wear particles could elicit the production and secretion of chondrolytic enzymes by cultured synovial cells, we have recently shown that particles of lapine articular cartilage produce an experimental arthritis when injected into the knees of rabbits. We are now attempting to identify the components of cartilaginous particles that produce these effects. In preliminary work, we have found that purified cartilage proteoglycans activate cultured synovial cells and produce an inflammatory response when injected into rabbits' knees.■

## Retrieval and Analysis of Orthopaedic Implants

Stephen D. Cook, Ph.D.; Ronald C. Anderson, M.S.;
Amanda F. Harding, B.S.; Kevin A. Thomas, M.S.;
and Ray J. Haddad, Jr., M.D.
Veterans Administration Medical Center
New Orleans, Louisiana 70112

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

As part of our ongoing implant retrieval and analysis program, the correlation of tissue reaction to the degree of corrosion in retrieved stainless steel osteosynthetic devices was evaluated.

**Methods**—Clinical materials were obtained from 11 patients, of which seven were male and four were female, with a mean age of 28.8 years (range: 4 to 61 yrs.). These patients had 13 stainless steel (316L) internal fixation devices that were removed.

Ten devices were inserted for acute trauma, two for hip fusion, and one for a fracture nonunion. Seven of the devices were removed routinely after fracture healing, while the remaining six devices were removed for symptomatic reasons. Of these removals, four plates were removed because of pain localized to the area of the implant after fracture healing was complete, one device was removed because of an infected nonunion of a hip fusion, and one plate was removed at 3 months because of a secondary fracture in the same extremity which required surgical treatment.

At removal surgery, a biopsy of the fibrous tissue strip overlaying the plate was taken. Bacterial cultures also were taken at this time. The strip of tissue and the plate were marked at the proximal ends with silk sutures for identification purposes. The tissue was then placed in a buffered formalin solution. Each screw was returned to its respective hole in the plate and was fixed in place with tape to enable a direct correlation of screw and plate corrosion. These 13 plates had 70 screw plate junctions with adequate corresponding soft tissue biopsy for histologic evaluation.

The soft tissue biopsies were embedded in paraffin, sectioned to a thickness of 6 $\mu$m, and stained with either hematoxylin and eosin, Gomoris Trichrome, Perl's Iron, or Bathophenanthroline Iron. The sections were then graded on a scale of 0 to 5 for degree of tissue reaction.

Upon receipt, the retrieved implant devices were thoroughly cleaned with a mild detergent and water. When necessary, a soft brush was used to remove adherent tissue and blood. Each screw-plate interface was then examined under a stereomicroscope and graded on a 0 to 5 point scale for degree of corrosion.

Three major components of the host-implant interaction were then examined using linear and nonlinear regression analyses. They were the relationship of corrosion to tissue reaction, the change in corrosion with time, and the change in tissue reaction with time.

**Results**—The mean scores and standard deviations of tissue reaction and corrosion were calculated. The means of the tissue reaction and corrosion scores for the entire study and for symptomatic and asymptomatic removals are given in Table 1. The normality of distribution was evaluated by the Kolmogorov-Smirnov Method. Linear and nonlinear regression analyses of corrosion score, tissue score, mean tissue score, mean corrosion score, and the ratio of tissue to corrosion score (T/C) were performed.

DEM523726

A good correlation of corrosion-to-tissue reaction was found that was improved by removing the symptomatic cases from the regression sample. Tissue reaction was directly proportional to the increased corrosion in the asymptomatic group. There was no correlation of symptomatic corrosion and tissue score. There was no correlation of corrosion with time; however, both asymptomatic tissue reaction and a symptomatic tissue reaction showed a good negative correlation over time. This indicated that a slight decrease in the tissue reaction occurred as the duration of implantation increased. The four patients having symptomatic removals for pain located in the area of the implant had complete pain relief following removal.

**Discussion**— What is the clinical significance of local tissue toxicity around stainless steel implants? Corrosion occurs only in the small area of the screw-plate interface, and even within this area the corrosion may be very localized. There was no correlation of the severity of corrosion with the duration of implantation. This implies that the major corrosion probably occurs during the period immediately after implantation and then remains at a constant level. Another finding that is of critical importance is that the amount of tissue reaction decreases with time.

Therefore, it appears that the body has an adequate method for removing toxic metals at a rate greater than the rate of release. Even in the plates removed for pain, there is a significant tendency toward decreasing tissue reaction at $p < 0.025$. Correlating tissue reaction to corrosion suggested that there were two groups of patients in this study. The first group demonstrated a positive correlation of tissue score with corrosion. The second group's tissue score did not correlate with corrosion. This finding suggests an abnormality in the host's response to the implant.

One patient, a 31-year-old female with internal fixation of a radius with device removed at 18 months after surgery, was found to have moderately severe tissue reaction and lymphocytic perivascular infiltrates. Typically, a perivascular infiltrate is associated with allergic processes. The relation of tissue reaction and corrosion and the presence of a lymphocytic infiltrate suggest that some of the cases in this study may have a metal allergy.

On this basis of our findings, we do not recommend routine removal of stainless steel implants to prevent metal toxicity; however, in the case of a painful implant that is not associated with infection or nonunion, removal will probably relieve the pain. In the event removal is not possible, evaluation for metal allergy and replacing the implant with a nonallergenic implant may be beneficial.

TABLE 1
Tissue and Corrosion Scores Evaluated by Mean, Standard Deviation, and Kolmogorov-Smirnov (K-S) Testing

| Tissue Score | Mean | Standard Deviation | Number | Normality Distribution |
|---|---|---|---|---|
| all devices | 2.37 | 1.18 | 13 Plates (70 Holes) | $p < 0.05$ |
| asymptomatic removals | 2.32 | 1.18 | 9 Plates (49 Holes) | $p < 0.05$ |
| symptomatic removals | 2.48 | 1.17 | 4 Plates (21 Holes) | $p < 0.05$ |
| **Corrosion Score** | | | | |
| all devices | 1.87 | 1.63 | 13 Plates (70 Holes) | $p < 0.05$ |
| asymptomatic removals | 2.06 | 1.65 | 9 Plates (49 Holes) | $p < 0.05$ |
| symptomatic removals | 1.43 | 1.58 | 4 Plates (21 Holes) | $p < 0.05$ |

## Implant Fixation by Post-Insertion Pressurization of Polymethylmethacrylate

F. Richard Convery, M.D.
University of California, San Diego Medical Center 92110
and
Veterans Administration Hospital
La Jolla, California 92161
Sponsor: Veterans Administration Rehabilitation Research and Development Service

Loosening and clinical failure of total joint prostheses is a multifactorial problem, but the single most common cause of loosening is failure of the bone cement interface. The purpose of this project is to develop a clinically feasible method by which acrylic bone cement can be injected into bone under pressure with maintenance of the pressure until polymerization is complete. Factors that relate to the incidence of loosening are cement porosity, the depth of penetration of the cement into bone, motion of the implant during polymerization, and the quality of the bone into which the cement is injected.

A total knee replacement for use in the canine has been developed, which incorporates the following features:

1. A single axis of motion, a design known to be associated with a high rate of loosening, to provide a worst case analysis of the data.

DEM523727

Rehabilitation R&D Progress Reports 1984

2. Short stems which do not reach the diaphysis of either the tibia or femur to avoid the known propensity of the canine femur to produce an excessive amount of periosteal new bone and cortical resorption after diaphyseal implantation.

3. Rigid fixation of the implant to bone before and during insertion of the cement.

4. Canulated stems through which the cement is injected.

A new hand-driven delivery system has been designed which is capable of generating and maintaining an injection pressure of up to 100 PSI.

Preliminary in vitro studies with human femora are underway in order to establish optimal pressure and cement-type for future canine application.

Acrylic bone cement, Zimmer LVC or Howmedica Simplex, is being injected into the proximal femur from paired fresh human cadavers under pressures of 20, 40, 60, and 80 PSI. The pressure is maintained with the hand-driven delivery system for 8 to 9 minutes with LVC and 12 to 14 minutes with Simplex.

The femora are cut into predetemined cross-sections for analysis as follows:

1. Porosity of the bone cement,
2. Shear strength of the cement,
3. Shear strength of the bone-cement interface,
4. Ash and calcium content of the bone,
5. Depth of cement penetration into bone.

At the present time, limited preliminary data are available on cement porosity and the shear strength of the bone-cement interface.

The specimens for porosity determination are spray painted, polished with silicon carbide sandpaper, and photographed. The slides obtained are projected at a magnification of 40X, and the pores digitized (Summagraphics 2000). The data are computerized to provide a porosity index (percentage of cement core occupied by pores), the average pore diameter, and number of pores counted.

Cross-sections for shear testing of the interface are further cut into 10 mm by 5 mm sections. The sections are mounted in a specially designed testing device and sheared to failure at the bone-cement interface in a MMED Matco hydraulic press at a constant head speed of 0.5 mm/sec.

**Results**

**Porosity**—At this point, with data on a very small number of specimens, the type of cement used seems to be more significant than the level of pressure applied. We could see no reduction in porosity between 20 and 80 PSI, whereas the number of pores was greater but the porosity index and average pore

size were considerably less in LVC, as compared to Simplex.

**Shear Strength**—The initial data seem to indicate that the nature and quality of the bone are more significant than the pressure with which the cement is introduced. Statistical evaluation is not yet possible because of sample size, but it does appear that the shear strength and total energy absorbed increases more with LVC as compared to Simplex cement in response to pressure of injection.

[See also **VII. Wound and Fracture Healing**, Effect of Stress and Motion and Repair of Hard and Soft Tissues]

# B. Hip

## Biomechanical Assessment of Patients Treated by Joint Surgery

T.R.M. Brown, Ph.D.; J.P. Paul, Ph.D.; I.G. Kelly, F.R.C.S.; and D.L. Yamblen, F.R.C.S.
University of Strathclyde
Bioengineering Unit
Glasgow G4 ONW, Scotland

Sponsor: Bioengineering Unit,
University of Strathclyde

Surgical replacement of lower limb joints has been practiced for 20 years, although there is little quantitative information on loads transmitted either by implants or by other related joints. The results of tests presented evaluate the variation in external forces developed between the ground and foot during walking, together with the configuration of the lower limbs and the moments acting about the hips and knees.

Two groups of patients were investigated: patients who were assessed prior to joint replacement and at intervals thereafter, and patients for whom the Girdlestone procedure was performed following a failed implant. The results are compared with those from similar tests on clinically normal subjects. There is a significant improvement postoperatively in the mechanical aspects of hip function for the replacement patients. The improvement continues after the first 6 months postoperatively and may result in abnormally high loading at other joints. At 12 months the performance of the patients with joint replacement differs significantly from the normal subjects, and is generally better than the Girdlestone patients.

DEM523728

Total Joint Replacement and other Orthopaedic Implants

Further modeling to determine muscle and resultant joint forces shows that in the joint replacement group, the hip, and particularly the medial compartment of the knee of the contralateral limb, may be subjected to significantly higher loads than those seen in either the operated limb or in the normals. This elevated loading may predispose these joints to the accelerated degeneration seen in patients with rheumatoid arthritis.■

## Quantitative Analysis of the Effect of Total Hip Arthroplasty on Stress and Strain in the Human Pelvis

**R. William Petty, M.D., and Gary J. Miller, Ph.D.**
Veterans Administration Medical Center
Gainesville, Florida 32602

**Sponsor:** Veterans Administration Rehabilitation
Research and Development Service

Two decades of experience with total hip arthroplasty have shown it to be one of the most successful procedures for treating the arthritic hip. While most patients achieve excellent results, a small percentage develop complications severe enough to cause failure of the arthroplasty. The most common cause of failure is loosening of either the femoral or acetabular component. Improvements in stem design and implantation techniques have increased the longevity of femoral components. With this increased longevity, failure of the acetabular components has become more prevalent. New acetabular cup designs and implantation techniques have been proposed to further improve the arthroplasty. However, there has been little objective experimental evaluation of the effects of these changes on the stresses and strains in the human pelvis.

The objective of this ongoing investigation is to quantitatively evaluate the effects of different insertion techniques and acetabular prosthesis designs on the strains in cadaver hemipelves. Initial work has led to the development of an automated computerized data acquisition system and customized loading fixtures. These innovative loading fixtures allow for simultaneous application of prosthesis loading and abductor muscle pull, simulating single leg stance.

Techniques that have been or will be studied during this investigation involve: perforation of the acetabulum with various size pilot holes; removal of varied amounts of subchondral plate and cancellous bone; use of keying holes of different sizes and placement; use of curette versus reaming; use of

spacers to insure a uniform cement mantle; pressurization of the cement at implantation versus "handpacking;" use of surface replacement prosthesis; use of protrusio rings, bone grafting, or wire mesh; and, modified acetabular cup types including metal backing, carbon fiber reinforced, attached spacers, and reconstructive techniques for deficient acetabuli.

Several general comments can be made:

1. The strain pattern in hemipelves without prostheses was consistent from specimen to specimen. Almost pure shear was observed.

2. The strain generally remained unaltered by the installation of standard prostheses if the acetabulum was not reamed or perforated by a central hole. The presence of the prosthesis appeared to be less significant than the disruption of the structure during installation.

3. A 10 mm central hole had a relatively small effect on the strain patterns. There was a shift in the distribution, with the bone anteromedial to the acetabulum being strained more highly. This shift was much more pronounced for bones with the larger (20 mm) central holes and further reaming. Further removal of bone by reaming elevated the strain levels more or less uniformly.

4. If all the cancellous bone was removed, the changes in strain from pre-implantation to post-implantation were quite variable.

5. The use of a protrusio ring to reinforce the acetabular implantation after moderate bone removal eliminated the anteromedial strain shift. Comprehensive strains were unaffected, but tensile and shear strains were almost uniformly increased by about $\frac{1}{2}$ microstrain per Newton.

6. While curetting and reaming with a "cheese grater" caused significant increases in strains from the unaltered pelvis, they were not significantly different from each other.

7. The use of 7-4 mm keying holes (5 ilium, 1 ischium, 1 pubis) had a more pronounced effect on post-implantation strain than 3-12 mm holes (ilium, ischium, pubis).

8. No significant differences were observed with the use of moderate pressurization versus "handpacking."

9. Spacers used to achieve a uniform mantle of cement led to greater increases in shear strain than "bottoming-out" the prosthesis. (This is contrary to initial thought and is being re-evaluated).

10. Preliminary results of the metal-backed cup indicate that its use reduced the amount of strain change.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523729

Rehabilitation R&D Progress Reports 1984

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

Over the past 18 months significant modifications to the computer software and instrumentation have been implemented to streamline data acquisition and post-processing. New fixturing has been developed to allow for the use of a newly acquired Universal Testing Machine that will allow for better control of loading rate which is very important in the testing of these biological tissues■

## Vascular Responses to Hip Replacements

Gwendolyn J. Stewart
Temple University School of Medicine
Philadelphia, Pennsylvania 19140
Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

We have two major objectives for the coming year. First, we will continue work with our canine model, in which we seek to correlate the very characteristic damage induced at venous confluences by hip replacement surgery with the responsiveness of venous smooth muscle and with the architecture of venous confluences. Second, we will extend monitoring of venous diameter by ultrasound to veins of persons undergoing hip replacement surgery, and will examine confluences of human veins harvested from the healthy proximal portion of freshly amputated legs.

Our specific aims and the methods to be used follow:

1. To continue to investigate the responsiveness of canine venous smooth muscle in vivo by the noninvasive observation and recording of venous diameter by a specially adapted ultrasound instrument. The instrument has two electronic gates. The first picks up the falling edge of the peak generated by the near wall, and the second, the rising edge of the peak generated by the far wall. The distance between is calculated and displayed continuously, and an analog signal is taken to a strip chart recorder. We will continue to use specific inhibitors to identify vasoactive substances released or generated during hip replacement surgery.

2. To investigate ex vivo the responsiveness of jugular and femoral vein smooth muscle by the use of vein strips in an isometric tissue bath system. This approach was added since the last progress report and has provided quantitative information on the potential of these veins to develop tension in response to vasoactive substances.

3. To complete light microscopic studies of the architecture of the area at which side branches join jugular and femoral veins (confluences). Vein segments that have been examined by scanning electron microscopy are detached from the stubs and small areas containing a confluence embedded in plastic for serial 10 μ thick sections. Sections are stained, examined, and photographed by light microscopy.

4. To extend our monitoring of venous diameter to patients before and during hip replacement surgery.

5. To study the architecture of human venous confluences by use of veins harvested from the limited healthy proximal portion of amputated legs■

[See also **VI. Biomechanics, A. Joint Studies, 2. Lower Limb,** Evaluation of Joint Loadings in the Use of Walking Aids in Total Hip Replacement, and **VII. Wound and Fracture Healing,** A Study of Intertrochanteric Fracture Fixation Methods]

## Total Surgical Replacement of the Human Hip Joint

J.O. Galante, M.D.
Rush Presbyterian-St. Luke's Medical Center
Chicago, Illinois 60612
Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

This study is directed to the evaluation of porous materials as a method for fixation of total joint replacement prostheses. An experimental canine total hip replacement model is used (i) to evaluate the abilities of different types of porous composites to provide satisfactory fixation and (ii) to study resulting bone remodeling in the femoral cortex and acetabulum. In a canine total knee replacement model, various methods of initial stabilization are evaluated in their ability to sustain satisfactory fixation. Metal ion release from porous materials is studied with cobalt-chrome porous composites made from powder metallurgy techniques and titanium composites made by fiber metallurgy.

The carcinogenic potential of materials used for porous applications is studied in rats, comparing the alloys in solid and porous composite forms. The potential of hydroxyapatite and electromagnetic stimulation to enhance initial bone formation into porous titanium composites is evaluated in a canine model by histology and mechanical testing. In a similar canine model, disodium etidronate is evaluated for its effects on early bone ingrowth into porous titanium composites■

DEM523730

Total Joint Replacement and other Orthopaedic Implants

## The Efficacy of Radiolucent Low Modulus Total Hip Surface Replacement

Harry B. Skinner, M.D., Ph.D., and Stephen B. Cook, Ph.D.
Veterans Administration Medical Center
San Francisco, California 94121

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

The purpose of this project is to investigate the potential of using a radiolucent, low-modulus, surface replacement as a prosthesis for the hip. The radiolucent aspect of the prosthesis offers the advantage of being able to visualize the bone underneath the femoral component. The low modulus of the femoral component surface replacement is hypothesized to transmit stress to cancellous bone of the femoral head in a more physiologic manner than would be obtained with a metallic component. From that aspect then, this is a bone remodeling study. The low-elastic modulus (pyrolytic carbon) femoral component is to be compared directly to high-elastic modulus prosthesis of cobalt chromium to determine the effect on the bone of the femoral head and neck.

The research methodology includes a series of comparisons of the bone remodeling of the natural femoral head, a carbon surfaced femoral head, and a cobalt chromium surfaced femoral head. The first series of eight dogs was a comparison between the normal femoral head and the carbon surfaced replacement femoral head. These dogs are now 17 to 35 weeks post-surgery. One of the dogs has been sacrificed due to loosening of the acetabular component. The direct comparison of the carbon surface replacement to the high-modulus cobalt chromium surface replacement is underway. Three dogs have undergone bilateral hip surface replacements, and more dogs are scheduled at regular intervals. For a comparison of these two types of surface replacements to the normal femur, finite element analysis is planned. Loading conditions for the femoral head in vivo have been determined, and preliminary studies using finite element analysis have been performed. The data from the finite element studies will be compared to the histological results obtained from sections of the femoral heads of these dogs after sacrifice.

In an attempt to maximize the data obtained from this series of dogs, quantitative bone densities underneath the carbon surface replacement have been obtained in vivo through the use of the research computerized tomographic scanner (CT scanner) at the University of California in San Francisco. Longitudinal studies of the bone density of the carbon surface replacements are underway. Use of phantom densities correlated with bone permit a quantitative absolute measurement of the bone densities, as well as the comparison of bone density with time to the normal femoral head. Studies have been started on the carbon surface replacement of the dogs with the cobalt chromium heads on the contralateral side. Although quantitative data will not be obtainable from the bone underneath the cobalt chromium surface replacement because of the X-ray shielding caused by the cobalt chromium, data can be obtained from the contralateral carbon surface replacements by avoiding overlap of the CT scan X-ray beam with the metallic component. CT scan densities are being measured for the normal contralateral sides in the unilateral hip surface replacement study.

It is expected that this study will reveal cancellous bone remodeling, which is indicative of the mechanical stress environment surrounding the cancellous bone. It is expected that, within the next 6 months, a sacrifice of the dogs that have undergone unilateral hip surface replacements will begin and histological data will be forthcoming. It also is anticipated that completion of the implantation of the bilateral hip surface replacement will be accomplished. CT scan studies at that point can be confirmed by the histologic data which is obtained from sacrifice.■

## Total Hip Implant Biotelemetry

John R. Moreland, M.D., and J. Michael Kabo, Ph.D.
Wadsworth Veterans Adminstration Medical Center
Los Angeles, California 90073

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

The long-term clinical success of total joint replacement depends on the ability of the bone-implant system to withstand the forces applied to it. Mechanical complications of implant breakage, cement fracture, skeletal loosening, and component wear are directly related to the transmission of these forces across the joint. Explicit data on the magnitudes and directions of these forces during normal activities are lacking in the literature.

This report is a collaborative effort involving the Research Service of the Wadsworth VAMC, the UCLA Biomechanics Research Section, and the Jet Propulsion Laboratory in Pasadena. The express objective of this project is the design and development of a special total hip femoral component which will contain within it a miniaturized biotelemetry system capable of broadcasting signals received from strain gauges mounted within the neck of the prosthesis.

30

DEM523731

Rehabilitation R&D Progress Reports 1984

The prosthesis will be inductively powered by an external coil, thereby eliminating the need for internal batteries or connecting cables. These strain readings will be analyzed by computer and combined to display the three force components and the magnitude and orientation of the resultant force vector acting on the head of the prosthesis. The present project is directed toward the design of the implant, refinement of the telemetry system performance, development of the power induction system, assembly of a data recovery system, a mechanical testing program designed to assure the structural integrity of the implant, and, finally, a leak test program to assure the hermeticity of the total system. The experience of the Jet Propulsion Laboratory will be used to supply the microelectronic modules as well as the performance of the hermeticity program, while manufacture of the prostheses and structural tests will be carried out in the biomechanical testing facilities at UCLA. After instrumentation, some partial and some complete, the components will be subjected to static and fatigue loading patterns in vitro to establish factor of safety margins. External gauges will be utilized on some units to verify the calibration and operation of the internal instrumentation.

**Progress to Date**—Six partially machined T-6A1-4Vn prosthesis housings, one ball-neck unit, and integrated circuits were supplied to JPL for the initial instrumentation phase of the project. These deliverables have all been inspected and were found to be within acceptable limits of the specifications in most instances. Some of the semi-conductor gauges were found to be grossly misaligned, but are deemed salvageable through precise trimming operations. Broaching of the component necks for the strain gauge attachment is nearing completion. A slight delay in the bonding of the semi-conductor gauges has been encountered and assignment of task orders has been subject to personnel availability at JPL. This is expected to result in only a minor delay in the return of the static load unit to UCLA for initial structural testing.

Major tasks to be completed by JPL for the remainder of the first project year will be to: (i) develop a procedure for attachment of the semi-conductor gauges to the titanium inner neck surface, (ii) deliver to UCLA a sealed and partially instrumented prosthesis (static load unit), (iii) perform secondary seal tests on the static load unit, and (iv) initiate an accelerated life test of 12 telemetry submodules.

The major tasks for UCLA for the remainder of the project year are: (i) to design and manufacture the fixtures to house the static load unit for mechanical testing, (ii) to instrument the outer neck surface of this unit and to perform calibration of the internal gauges, and (iii) to load the unit to static failure to determine the ultimate loads and stresses.

All test data gathered from this project will be presented to the Veterans Administration Human Use Committee for their consideration and approval before proceeding into the patient implantation phase of the program.

# C. Knee

## Interaction of Total Knee Replacement Geometry with Knee Ligaments

Jack Lewis, Ph.D.
Prosthetics Research Laboratory
Northwestern University
Chicago, Illinois 60611

Sponsor: Northwestern University
Rehabilitation Engineering Program

Loosening of the tibial component is a major factor in the failure of total knee replacements (TKR). This project is intended to identify ligamentous constraint forces which increase interface stresses to a level that may contribute to the loosening process and ultimate failure of the TKR. The resulting information from this project will form the basis for potential implant design changes, alterations of TKR surgical procedures, guidelines for choosing existing knee implant designs when faced with various clinical situations, and recommendations for improved rehabilitation and orthotic treatment of postoperative knee implant recipients. The current specific question to be investigated is whether or not the geometry of a knee implant's tibial component should allow retention of one, both, or neither of the cruciate ligaments. Two methodologies are being used to address this issue.

The primary phase of this project is to investigate the initial postsurgical state of the knee with TKR by experimentally using an electrogoniometer (and computer-based data acquisition system) and buckle transducers in a series of knee specimens. This will be done in conjunction with an analytical force analysis and finite element stress analysis to determine ligament and joint contact forces, as well as interface stresses (potential for loosening) for various existing ligament-TKR design combinations.

DEM523732

During this reporting period, the in vitro experimental system needed to perform that project phase was being synthesized. Improved buckle transducers were designed and are being built. A new specimen loading apparatus was designed, and its construction is nearly completed. An improved six-degrees-of-freedom electrogoniometer was built, as well as a mechanical calibration device. A microprocessor, A/D converter transducer amplifiers, and a floppy disc drive were purchased and interfaced. The appropriate data collection and computational computer software are nearly completed. Testing will begin soon, and will be carried out during the coming reporting period.

The second project phase involves development of an improved biplanar radiographic technique and application of the technique to predict in vivo ligament lengths and forces in human subjects with total knee prostheses during actual static joint load conditions. This information will help answer the above cruciate problem statement: keep ligaments if they are functionally load bearing, and sacrifice them if they are not. Work in this phase during the current reporting period has been directed toward the design of total-knee prosthetic components with extensions or markers that can be easily seen on biplanar X-ray films, and which will not compromise the insertion of the prosthetic components, as they will eventually be implanted in vivo. Preliminary component designs have been made and will be refined during the coming reporting period.

## Prospective Clinical Study of the Kinematic Knee Design

Jack Lewis, Ph.D.
Prosthetics Research Laboratory
Northwestern University
Chicago, Illinois 60611

Sponsor: Northwestern University
Rehabilitation Engineering Program

This is an ongoing project to study kinematic knee patients in an attempt to identify quantitative relationships between clinical data and the eventual outcome of kinematic knee replacements, and to evaluate the effectiveness of this particular prosthesis in eliminating pain and restoring and rehabilitating severely disabled individuals to normal, active lives. Data were collected from hospital and operating surgeon's files. Data included component type and patient history, as well as preoperative and postoperative physical, func-

tional, and X-ray findings. Each case outcome received a grade, using the Hospital for Special Surgery Knee Evaluation scale. Finally, the development of radiographic radiolucent lines between implant, cement, and knee was recorded.

To date, 103 patient cases have been included in the study. Of these, initial statistical analysis has been performed on 92 cases. These cases have been followed up in an ongoing fashion in an attempt to achieve a minimum 6-month, 1-year, and 2-year followup. Several cases await complete long-term followup data.

In the future, efforts will center on attempts to determine via multivariate analysis the subtle relationships between procedure outcome and variables recorded. In addition, patients will be called back to determine the accuracy of radiolucent line size measurement.

## Investigation of a Simplified Internal Knee Prosthesis

P.S. Walker; R. Miegel; J. Rovick; R. Zimmerman; and T. Cochran
Veterans Administration Medical Center
West Roxbury, Massachusetts 02132

Sponsor: Veterans Administration Rehabilitation Research and Development Service

The objectives are to determine the optimum means of transferring loads from press-fit implant components to the bone surface, and to design a press-fit total knee replacement for clinical application.

The first part of the study was to model the bone structure in terms of its geometry and the properties of the trabecular bone. Twenty distal femurs were embedded, sliced sagittally, and input to a graphics computer using digitizing. Software was developed to enable three-dimensional reconstruction at required viewing angles. An attempt was made to model certain parts of the femur using geometrical surfaces. From direct measurements, the posterior femoral condyles, the bearing surfaces from 15 to 135 degrees of flexion, were found to resemble spherical surfaces. This was confirmed in the computer, the mean error of points on the surface from a perfect sphere being only half a millimeter. Each femur was then expanded or contracted based on a standard m-1 width; equivalent profiles were then superimposed, and then a contour averaging program was written to reach an average. In this way, the 'average distal femur' was constructed.

DEM523733

The morphological and mechanical properties of the trabecular bone were studied, especially the bone close to the joint surfaces. A sample knee was sliced in the sagittal and frontal planes; cubes of bone were removed and thoroughly cleaned for scanning electron microscopy. The increased density of the bone close to the surfaces was clearly seen, especially on the tibia. The bones oriented generally perpendicularly to the bearing surfaces, along the lines of principal compressive stress, and were usually in the form of perforated sheets or plates separated by struts.

Thus, it appeared that, by removing minimum bone from the joint surfaces, load could be transferred from a metallic implant directly to the sheets and plates for maximum load support. However, to achieve this, accurate geometrical fit would be needed. This was tested for the upper tibia by loading flat metallic components onto bony surfaces prepared by level re-section in a band saw. Fuji film pressure patterns showed that the load was transferred through localized regions of the bone surface, a function of the bone stiffness and the flatness of the cut. In surgical practice it was clear that such local load transfer would generally occur. Cyclic loading tests were carried out to determine whether the areas of load bearing would increase with time. It was found that, while there was an increase, certain areas that were previously load bearing were no longer so, apparently due to subsurface trabecular failure. This supported a rehabilitation period with low joint forces to enable biological remodeling to achieve an adequate area of load transfer to avoid component sinkage.

A Press-Fit Total Knee, based on a direct interface of metal to bone with no cement or porous beads, was designed. The first of these was implanted in a patient in February 1984.

## In Vivo Loading on Total Knee Joints

R.H. Brown
Case-Western Reserve University
Cleveland, Ohio 44106

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

The purpose of this project is to determine the in vivo loading data from total knee joint replacements. These new joint replacements will have incorporated within the body of the tibial components the required telemetry circuitry to telemeter seven channels of loading data from the device. These channels will be used to record the loads on the device, allowing for the determination of the three forces on the three moments on the tibial components.

## Biomechanical Study of Total Knee Replacement

Thomas P. Andriacchi, Ph.D.
Rush Presbyterian-St. Luke's Medical Center
Chicago, Illinois 60612

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

The objective for the coming year is to continue studying the biomechanics of the knee joint with respect to patient function, prosthetic design, and internal joint mechanics. The specific aims are:

1. Complete the analysis of functional measurements collected on patients with the posterior stabilized total condylar knee, two designs of unicompartmental knee, and additional patients with an anatomical unconstrained design (Cloutier) of total knee. This analysis will be used to test our original observations on a smaller population, and to evaluate the influence of a posterior cruciate substituting device (the posterior stabilized total condylar).

2. Test further our hypothesis that the function of total knee replacement patients is related to the interaction between the design of the prosthesis and the function of the quadriceps muscles. This hypothesis will be tested by applying the previously developed mathematical models of the knee along with some cadaver tests for validation of the models.

3. Continue our prospective analysis of the high tibial osteotomy procedure by analyzing preoperative and sequential postoperative function at 1-year intervals following surgery. This patient population will be evaluated during level walking and stair climbing.

The methodology for the functional studies utilizes a computerized optoelectronic system and force platform for kinetic measurement of level walking and stair climbing. Patients will be measured while walking over a range of speeds and while ascending and descending stairs. The model of the knee joint employs a numerical procedure to predict muscle forces based on external measurements of joint moments and motion. The model incorporates kinematic features of the knee that permit us to test for mechanical interactions between muscles, soft tissue, and kinematics of the articulating surfaces.

[See also V. Functional Assessment, The Efficacy of Surgical and Rehabilitative Procedures of the Knee]

DEM523734

# IV.
# Spinal Cord Injury

## A.  General Rehabilitation

### A Research and Demonstration Project for Rehabilitation of Paraplegics in Madras

T.K. Shanmugasundaram, M.S., M. Ch. Orth., FR.C.S.
Department of Orthopaedic Surgery
Government General Hospital
Madras-600 003, India

Sponsor: National Institute of Handicapped Research

**Background** — In developing nations such as India, the management of (SCI) patients is replete with difficulties at every stage of care because of the paucity of trained personnel and the meager facilities.

The proposal for this project was mooted in 1969 and finally started in 1978.

### Aims and Objectives

1. The main aim of "Paraplegia Project, Madras" has been to develop simple methods of care of SCI patients in a general hospital setting without reliance on expensive equipment. While the need for and importance of centers exclusively devoted to a SCI population is recognized, establishment of such centers is unattainable in vast tracts of the world for several decades to come. In contrast, the methods of care at Government Hospital, Madras, if found effective and useful, have the merit that they can be immediately transferred as appropriate technology to other parts of India, and to other developing nations as well.

2. The Paraplegia Project was established for total care of SCI patients in Madras and adjoining districts within a radius of 200 miles. The multidisciplinary care of the patients, highlighted by a monthly Ward Rounds of all specialists, brought rich dividends by decreasing the mortality and morbidity. It increased function in terms of independence of SCI patients, and it decreased the duration and cost of acute and rehabilitation care.

### Findings

1. Three hundred system cases and 200 non-system cases have been treated at the project. The final report is in preparation. It is hoped that the findings will highlight the place of "the art of the possible" in the care of SCI patients in developing nations.

2. SCI patients at Madras were mostly males in their second to fourth decades of life. The injuries were sustained mostly in villages; manual and agricultural laborers were affected mostly. Falls from trees or falls into wells have been the commonest causes of injury; road accidents have accounted for fewer than 10 percent of cases. Cervical spine has been involved in about 50 percent of cases.

3. Most of the patients were treated by conservative methods; operative treatment was done in a few cases where indicated.

4. Over the years there has been a significant reduction of complications, with gratifying results in the care of skin and bladder.

5. Psychiatric workup and counseling have added a new dimension to the care of SCI patients in the last year.

6. Mobility aids were given to nearly all needy patients through the help of governmental and social welfare agencies.

7. Vocational rehabilitation for self-employment with the aid of bank loans has enabled many patients to start anew.

### The Madras Method of Acute Care of Flexion Injuries of Dorsal and Lumbar Spine.

The "Madras Method" of postural reduction with two pillows behind the apex of the gibbus has been found to be eminently suited for acute care of flexion injuries of the spine below the level of the fourth dorsal vertebra. The merits of the method are the reduction of the fracture or fracture dislocation, prevention of skin and lung complications, the fact that turning can be done by a single person, and, above all, its simplicity.

Two pillows as wide as the bed are arranged as a wedge at the level of the gibbus. The level of the gibbus is identified and a circumferential line is marked with gentian violet over the middle of the upper of the two pillows. The patient is positioned over the pillows so that the two lines, i.e., those on the patient and on the upper pillow, coincide. With the patient supine, the wedge of the pillows reduces the fracture and, in the course of a few hours, restores the alignment to an acceptable degree. The patient is turned every 2 hours by an attendant using the upper of the two pillows as a lever. No specially qualified person is required for such turning; anyone can be taught to do it. While the patient is in lateral recumbency, a large sandbag is laid over the back to restore the curvature of the spine.

34

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523735

**Summary**— When viewed in the context of the enormity of the problem, with practically no facilities available for the care of SCI patients, the achievements of the Paraplegia Project in Madras have been praiseworthy.

## Demographic and Economic Studies

Zeki Ergas, Ph.D.
Georgetown University
Washington, DC 20057

**Sponsor:** American Paralysis Association

Detailed statistical data on the incidence and prevalence of spinal cord injury in the United States will be collected and evaluated to determine the direct and indirect costs of SCI, both to the paralyzed individual and the general public (through government expenditures). Cost effective approaches to reducing the incidence of injury will be highlighted. It is hoped that such data will provide an effective economic argument, demonstrating the urgent need for increasing current research expenditures devoted to the cure of spinal cord related injuries.

## Interactive Video Education System for Rehabilitation

K.G. Engelhardt, B.A.; Inder Perkash, M.D.; Larry Leifer, Ph.D.; John Tang, M.S.; and E. Elaine Lloyd, M.S., R.N.
VA Rehabilitation Research and Development Center
Veterans Administration Medical Center
Palo Alto, California 94304

**Sponsor:** Veterans Administration Rehabilitation
Research and Development Service

**Problem**—In order to facilitate a return to active and fulfilling lives, spinal cord injured patients, and those associated with their care, need to learn a wealth of information. Rehabilitation is largely an educational process where routine issues in life are re-examined and new approaches learned. Information about activities of daily living, vocational opportunities, and recreation are just a few of the important concerns of an effective rehabilitation program. This information should be available to disabled users so that they can independently access it when they need it or are ready to learn it.

Ideally, a rehabilitation program should be flexible enough to accommodate the variety of needs and learning rates among the patients. Such flexibility could also allow individuals to govern their own pace through the rehabilitation process, further encouraging their independence and personal initiative.

For the physically disabled, however, their ability to interact with conventional educational aids may be impaired. This constraint indicates the need for an interface which brings the material within their range of perceptual and motor abilities. This interface needs to be incorporated into a system that effectively presents the educational information to the user population.

**Significance**—This system promises to be cost effective while providing greater access to information. Successful learning is an experience in which one gains information and an enhanced sense of ability to deal with new situations. A spinal cord injury rehabilitation program using this system could provide patients with information, a model for coping with new situations, and the positive experience of living independently through learning. This system also has potential applications in educational and industrial training environments.

**Background**—Classroom instruction and one-on-one sessions with the health care staff are the traditional rehabilitation learning experiences in a spinal cord injury unit. However, limitations of time, facilities, and personnel may make needed information and instruction unavailable just when the patient is most ready to learn. Video is a convenient and effective medium for instructional rehabilitation that is currently widely used. However, many disabled patients are unable to independently operate video playback equipment, placing them in a position of dependence on the health care staff. The need to address this problem was initially identified by a clinical nurse specialist in the Spinal Cord Injury Center (SCIC). The development effort in this project has involved RR&D, SCIC, and graduate mechanical engineering students at Stanford.

**Hypothesis**—We hypothesize that a combination of interactive video technology and computer-aided instruction methods can be used to supplement and enhance the learning experience of the patients in a rehabilitation program. Further, we believe that the rehabilitation process is significantly augmented by giving patients the opportunity for independent self-instruction and the use of sophisticated assistive aids which encourage independence.

**Approach**—Our objective is to provide the disabled community with 24-hour independent access to video

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523736

information. This involves identifying and consolidating relevant video educational material and enabling all users to interact with this information resource. The user population includes high-level quadriplegics, who have no use of their hands but normal head and vocal control. Able-bodied users, such as family members and health care staff, should also be able to interact naturally with the system. The system will be concurrently developed and evaluated in order to design it to best serve the needs of its users.

**Status**—A prototype system has been constructed to demonstrate the concept and undergo preliminary evaluation. In order to make the system accessible to persons with high-level spinal cord injuries, it is designed to be automatically activated by the approach of a user. Voice input is used, since disabled and able-bodied users can operate this interface with equal ease.

The system is designed to be functionally flexible and easily reprogrammable, allowing us to modify, add, and experiment with different features. It also monitors its own use and stores pertinent data. For example, for each learning session, the computer records the date and time that the system is activated, elapsed time spent with the system, sequence of video programs viewed, and performance characteristics of the voice interface. This information provides a quantitative measure of how the system is performing and being used and will help us better understand the needs of the users. The system is assembled in a self-contained package that can be readily transported to different sites for demonstration and clinical evaluation.

We plan to continue to evaluate and develop this prototype system. Information gathered from the evaluation of this prototype will be used to design a more comprehensive system. This system might incorporate interactive videodisc technology to provide faster access to more video material. We plan to add more interfaces (joystick, touch screen, etc.) in order to allow users to choose the most efficient mode of input for them. Providing this selection of interfaces would also enable us to compare and evaluate their performance. We also hope to include new interactive video programs which would be relevant to the needs of the users■

## Outcome Studies Pertinent to the National Spinal Cord Injury System

M. Fuhrer, Ph.D.; R.E. Carter, M.D.; and W.H. Donovan, M.D.
Baylor College of Medicine
The Institute for Rehabilitation and Research
Houston, Texas 77030
Sponsor: National Institute for Handicapped Research

This project encompasses four studies, three retrospective and one prospective, aimed at providing additional evidence about the effectiveness of the National Model Spinal Cord Injury System Project administered previously by RSA and currently by NIHR.

The three retrospective studies capitalize upon existence of the common data base established by the national systems. One study is an attempt to demonstrate that the highly advanced system of care practiced at the Royal Perth Hospital in Australia results in better patient outcomes than obtained in the less advanced care systems in the U.S.A. The second study is concerned with documenting post-rehabilitation outcomes for quadriplegic patients who, at discharge from inpatient rehabilitation, require ventilatory assistance. The third study attempts to clarify effects on patient outcomes of delaying patients' transfer from an acute care setting to a rehabilitation setting.

The prospective study will compare the outcomes of two groups of patients. One consists of patients whose acute and rehabilitation care was provided by the Texas/South Central Regional Spinal Cord Injury (T/SCRSCI) System. It is comprised of four acute care hospitals in the Houston-Galveston area and of The Institute for Rehabilitation and Research (TIRR) as the rehabilitation setting. The second group will consist of patients who were discharged from the same four acute care hospitals but who did not receive rehabilitation services at TIRR. Data for TIRR patients are being obtained in a companion project, entitled Assessment, Development, and Clinical Applications of Strategies to Coordinate Services for Spinal Cord Injured Clients After Discharge. Data for non-TIRR patients will be obtained during home interviews using an adapted form of the interview used in the companion project.

**Status to Date**—During the project's first year, the U.S.-Australian systems study was completed, and an article has been submitted for publication. One data set reflected experience with 65 consecutively admitted patients whose care during 1979 and 1980 occurred in the spinal cord unit at the Royal Perth

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523737

Rehabilitation Hospital in Perth, Western Australia. The second data set pertained to 1606 U.S. patients who had been cared for in one of the regional systems during the same 2 years. The results indicate that decubitus ulcers, atelectasis, pneumonia, pulmonary emboli, ulcers of the gastrointestinal tract, and heterotopic ossification all occurred more frequently in the U.S. group. This was especially true of decubitus ulcers and urinary tract infections. These outcomes demonstrate that the sooner spinal cord injured patients are referred to a center capable of meeting all their needs, the less likely it is they will develop complications that slow rehabilitation progress.

The studies concerned with post-rehabilitation outcomes for ventilatory dependent quadriplegics will continue during the second year, as will the prospective study comparing outcomes for system and non-system patients.■

## Development of a Reconditioning Exercise Program for Patients with Paraplegia

David Cardus, M.D., and W.G. McTaggert, M.S.
Baylor College of Medicine
The Institute for Rehabilitation and Research
Houston, Texas 77030
Sponsor: National Institute of Handicapped Research

The overall purpose of this project is to develop a testing methodology and to evaluate an exercise training program for the physical reconditioning of the patient with paraplegia. The expected outcome is the formulation of guidelines for the prescription of exercise and the documentation of the effects of physical conditioning programs for the patient with paraplegia. Male paraplegics between 18 and 50 years of age, free from disorders that contraindicate relatively high levels of exercise, and who have reached a suitable status in their rehabilitation process, will be selected for participation in the project.

A minimum of five patients is to be studied in each of five categories of training modalities. Each participant initially will be administered an exercise stress test consisting of interviews, blood sample for biochemical analyses, resting ECG, physical exam, and a graded arm ergometry test using an interrupted steady-state protocol. Expired gas will be collected during the last minute of each exercise phase. The training program modalities will consist of prescribed unsupervised exercise at home or exercises in a gamefield especially designed for wheelchair patients. Other patients will perform prescribed exercise under supervision in the laboratory or gamefield. Initially, the exercise period is for 5 to 10 minutes increasing to 20 to 25 minutes with training. Training will be 3 days per week for 8 to 12 weeks. After training, the patient will be subjected to a post-training study in which the testing of the first study will be repeated.

**Status to Date**—This first year has been directed at achieving a series of tasks that include: testing of an arm ergometer developed by the TIRR Rehabilitation Engineering Center, testing of an expired gas collecting system, evaluating methods of ECG recording during arm exercise in the laboratory and in the outdoors gamefield, developing a procedure for measuring leg blood pressure during exercise with the arm, establishing a baseline of biochemical measurements relating to exercise, and developing historical documents for recording clinical/socioeconomic historical data and a computer data file system for storing data for subsequent analyses. These tasks have been successfully accomplished with two exceptions: (i) telemetry of ECG under outdoor gamefield conditions, which is subject to interference from citizen band radio transmissions; and, (ii) measurements of blood lactate during arm ergometry, which was impractical on a cost/effort basis with equipment available at the beginning of the project. Solutions to these problems are being sought.

The methodology for assessing the cardiovascular tolerance to physical work with arm exercise has been well established. It has been successfully applied to 16 untrained paraplegic males, some more than one time, and to six healthy male subjects tested in the same manner to obtain comparative data. One well trained paraplegic male also has been tested. The healthy subjects are currently being trained in the use of the wheelchair in the gamefield events for subsequent determinations of the energy requirements of such events.■

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523738

## Assessment, Development, and Clinical Applications of Strategies to Coordinate Services for Spinal Cord Injured Clients After Discharge

D. Rintala, Ph.D.; J. Alexander, Ph.D.; and E. Willems, Ph.D.
Baylor College of Medicine
The Institute for Rehabilitation and Research
Houston, Texas 77030

Sponsor: National Institute of Handicapped Research

There are three major project objectives: (i) to assess current strategies employed after discharge to achieve psychosocial adjustment and productive lives for spinal cord injured persons, (ii) to develop and test new strategies or refine current strategies to enhance outcomes postdischarge, and (iii) to facilitate the integration of new and tested strategies into the service delivery system at The Institute for Rehabilitation and Research (TIRR) and disseminate the strategies to other appropriate sites. Methods include interviewing rehabilitation professionals and spinal cord injured clients to assess needs and resources, collaborating with service providers to develop and test improved strategies to address unmet needs, and assisting integration of the improved strategies into the service delivery system. Approximately 150 spinal cord injured persons over 14 years of age who were admitted to TIRR for comprehensive rehabilitation from 1979 to the present will be interviewed. Rehabilitation professionals from a variety of disciplines will be interviewed and/or serve as an advisory committee.

The benefits expected from this project include meeting needs early so that compounding problems can be avoided, utilizing resources efficiently by tailoring programs to meet the actual needs of clients, and improving rehabilitation outcomes by providing appropriate services.

**Status to Date**—A protocol was developed for interviewing rehabilitation professionals. Eight professionals from six rehabilitation disciplines were asked to describe the needs of spinal cord injured clients following discharge, the resources available to meet those needs, and the systems for linking the clients with the appropriate resources. Eight broad categories emerged: health, activities of daily living, living arrangements, vocational, psychosocial, transportation, financial, and societal issues and policies. The list of needs described by the professionals was used to develop an interview protocol for use with clients to determine needs, utilization of formal and informal resources, how they found out about resources,

satisfaction with resources, and special difficulties encountered in meeting their needs. A list of approximately 600 spinal cord injured clients eligible to participate in the study was obtained.

The protocol for interviewing clients currently is being refined to ensure that all essential information can be obtained in an efficient manner. The protocol is being thoroughly pilot-tested with a number of subjects. During 1984, client interviews will be conducted, and arrangements have been made to work collaboratively with the National Spinal Cord Data Base and the Research and Training Center project on Outcome Studies Pertinent to the National Model Spinal Cord Injury System.■

## Documenting and Utilizing Programs to Provide Community Adjustment and Independent Living Services for Persons with Spinal Cord Injury

Lex Frieden, M.S.
Baylor College of Medicine
The Institute for Rehabilitation and Research
Houston, Texas 77030

Sponsor: National Institute of Handicapped Research

The purpose of this project is to collect and maintain information about independent living and community adjustment programs that serve spinal cord injured people, to provide an effective means of communicating new ideas and experiences between individuals operating these programs, and to provide access to a dependable source of technical assistance related to these programs.

Non-experimental survey methodology is being used. The data are summarized in frequencies according to specified categories of interest, and some correlational studies are being done to determine trends in independent living program development. Data from project surveys are used to assess the types of services being provided for persons with spinal cord injury.

In order to facilitate use of the information developed, the project maintains a telephone communication network with all the extant independent living programs and approximately 150 additional individuals. Knowledge transfer strategies depend on the specific topic or set of information, but they usually involve extensive reviews of existing literature, interviews with independent living program administrators, staff members, consumers, and supplementary

DEM523739

reviews by additional experts, both in and out of the independent living field.

**Status to Date** — A survey instrument has been designed and distributed, a computerized data base management system has been designed, and a tentative report format has been developed. Work on all tasks is underway as scheduled. Project staff have responded to several hundred mail and telephone inquiries. On site training has been provided in Houston and Dallas, and a series of additional training programs are being planned. One book chapter has been published and two articles have been prepared for professional journals. Presentations have been made at meetings in Houston, Dallas, Denver, and Charlotte, North Carolina. Efforts have been made to coordinate training with the Houston Center for Independent Living, and feedback has been obtained relating to the effectiveness of project efforts.

The work plan for the next grant period emphasizes analysis of the survey data. Other effort will be devoted to data base updates, information dissemination, training, and networking.■

## Vocational Evaluation for Quadriplegics with a High School Education or Less

W. Alfred, B.S.
Baylor College of Medicine
The Institute for Rehabilitation and Research
Houston, Texas 77030

**Sponsor:** National Institute of Handicapped Research

The project objective is to develop a vocational evaluation process that will expand the vocational options for spinal cord injured persons who are quadriplegic, who have a high school education or less, and who have either a limited work record or a job history incompatible with current functional limitations.

Methodology involves: (i) identifying and documenting jobs that can be performed by the described population group; (ii) conducting a comprehensive review of existing vocational assessment tools and determining relevance of tools to assess potential of quadriplegics; (iii) selecting and organizing a meaningful process; (iv) incorporating the model vocational process into the Vocational Department's service delivery program; and, (v) evaluating the effectiveness of the model evaluation process.

The expected outcome of this project is the estab-

lishment of a more effective and realistic vocational evaluation process that can be used to assess the job potential of quadriplegics. The project also may have implications for other disability groups with severe physical impairments.

**Status to Date** — This project is continuing in the developmental phase. Of 6050 jobs that have been reviewed, 162 have been judged by the project staff to be options for quadriplegics with a high school education or less as follows:

| Occupational Category | No. of Job Options |
|---|---|
| Clerical | 78 |
| Service | 20 |
| Agricultural and related | 0 |
| Processing | 18 |
| Machine Trades | 46 |

A total of 334 vocational assessment tools have been reviewed. Of this total, 55 commerical work samples, 18 noncommercial work samples, and 15 psychometric tests were determined by the project staff to be within the physical capabilities to be performed by quadriplegics.

Activities planned for the forthcoming year include: (i) identification and documentation of job options in bench work, structural, and miscellaneous occupations; (ii) continuation of review of assessment tools; (iii) selection of assessment tools that are applicable to measuring potential for identified job options; and (iv) organization of vocational evaluation process.■

DEM523740

# B. Medical Treatment

**Determinants of Renal Function Alterations During Long-Term Follow-Up in Patients with Spinal Cord Dysfunction Using Radionuclide Procedures**

L.K. Lloyd, M.D.; K.V. Kuhlemeier, Ph.D.; S.L. Stover, M.D.; and C.T. Huang, M.D.
Medical Rehabilitation Research and Training Center in Spinal Cord Dysfunction
Spain Rehabilitation Center
University of Alabama in Birmingham
Birmingham, Alabama 35233
Sponsor: National Institute of Handicapped Research

**Background**—The relationship between spinal cord injury (SCI) and urological disorders is well established. No other group compares with SCI patients in terms of severity and morbidity of urinary tract infections (UTI). The UTI and the other complications associated with a neurogenic bladder, such as vesicoureteral reflux, bladder cellules, diverticuli and trabeculae, urethral strictures and abcess, calculi, etc., often result in renal disease and the ultimate renal failure which is a leading cause of death among SCI patients. Thus, continual long-term follow-up of these patients is necessary. Most SCI centers utilize excretory urography (EXU) coupled with blood urea nitrogen or serum creatinine measurements for this purpose.

Earlier studies from this laboratory have shown that measurement of effective renal plasma flow (ERPF) with a comprehensive renal scintigraphy procedure (CRSP) is preferable to EXU for several reasons. However, there are several discrepancies between EXU and CRSP results in some patients. This study was designed to explore these discrepancies and evaluate the clinical significance of minimal CRSP and EXU changes after SCI.

**Hypotheses**

1. Anatomic changes of the kidney demonstrated by excretory urography (EXU) are clinically useful in the long-term management of the urinary tract, even if unaccompanied by functional alterations.

2. Functional alterations in the kidney demonstrated by comprehensive renal scintigraphy procedures are clinically useful in the long-term management of the urinary tract, even if unaccompanied by anatomic changes.

3. Normal CRSP parameters differ significantly in spinal cord injury patients and other types of patients.

4. Measurement of the glomerular filtration rate (GFR) or filtration fraction provides clinically useful information about SCI patients having discordant EXU and CRSP findings.

**Methodology**—All SCI patients with neurogenic bladders are evaluated with renal scintigraphy during their initial hospitalization and at their annual follow-up examinations. Those with a significant decrease in ERPF are evaluated with EXU as well. KUB X-rays are taken of each patient to detect renal or bladder calculi. Blood chemistries and urine analysis are performed as deemed necessary by the attending physician. GFRs are measured by renal scintigraphy. Those patients who receive both EXUs and CRSPs have these tests graded as normal or abnormal, and the concordance of these test results are determined. In the case of discrepancies, other test measurements, such as GFR or serum creatinine levels, are used to determine the validity of CRSP and EXU findings. The mean and standard deviation for ERPF and other scintigraphic parameters in SCI patients are compared on an age- and sex-adjusted basis with results from renal transplant donors prior to nephrectomy.

**Preliminary Findings**—We have performed over 2000 CRSPs. Most (1839) were on patients entered into the study. Although no new patients are being entered at this time, we are continuing to follow those patients already entered.

Since the last report, we have measured GFRs in 20 patients using the 5-minute camera/computer technique combined with a single blood sample collected at 180 minutes. In addition, we have refined the computer program used in the study, making it more automatic, and revised background correction methods. We also have revised slightly the formula for calculating GFR from the single 180-minute sample, and developed an algorithm for use when blood samples are not drawn at exactly 180 minutes, but rather in the interval ranging from 146 to 235 minutes. Comparisons have been made between differential and total GFR values and differential and total ERPF values, with much better agreement than in the previous group of patients. We have performed duplicate GFR measurements in three patients at 1-week intervals and found no statistically significant differences in total GFR, relative function on either side, or differential GFR values.

Because we have refined the limits of expected values for CRSP parameters in spinal cord injury patients, we have found fewer and fewer discrepan-

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523741

cies between CRSP results and EXU results. More-over, we are performing fewer EXUs than originally expected, since we are seeing fewer people whose renal status requires, or even allows, excretory uro-graphy to be performed. We will, in the coming year, focus our attention on those patients who have discordant CRSP and EXU results, possibly even paying their expenses to return for follow-up exam-ination, if they have not returned since the initial discordance was discovered. At this point, our distinct impressions are that past discordances resulted from inadequate information on expected limits for CRSP parameters in spinal cord injured patients. The study will be completed in May 1985.

## Effectiveness of Prophylactic Antimicrobial Therapy in Patients with Spinal Cord Injury

K.V. Kuhlemeier, Ph.D.; C.T. Huang, M.D.; and S.L. Stover, M.D.
Medical Rehabilitation Research and Training Center
in Spinal Cord Dysfunction
Spain Rehabilitation Center
University of Alabama in Birmingham
Birmingham, Alabama 35233

Sponsor: National Institute of Handicapped Research

**Background** — Bacteriuria is the most common com-plication of spinal cord injury (SCI). Patients with indwelling catheters may all be safely assumed to have continued bacteriuria. The advent of intermittent catheterization programs (ICPs) has resulted in a dramatic decrease in the incidence of bacteriuria in these patients, but even successful ICP graduates are at very high risk for contracting bacteriuria. The present study was designed to determine whether any of several prophylactic antimicrobial treatments could reduce the incidence of bacteriuria in SCI patients who were free of indwelling catheters.

**Hypothesis** — Bactrim, Macrodantin, Hiprex, Neg-Gram, and ascorbic acid given at prophylactic levels are superior to no treatment in preventing urinary tract infections in SCI patients without indwelling catheters.

**Methodology** — SCI patients with neurogenic bladder constitute the study population. Neurologic level and extent of lesion are documented. Upon entering the study, a urine culture, colony count, and sensitivity are obtained and appropriate antibiotic therapy ini-tiated. After sterile urine is achieved, subjects are assigned by ordered sequence to one of five prophy-

lactic treatment regimens. Cultures, colony counts, and sensitivities are obtained weekly while the sub-ject is hospitalized. The study is discontinued if and when it becomes necessary to replace the indwelling catheter, if the patient becomes reinfected, or if continued follow-up becomes impractical. The aver-age number of weeks each patient remains infection-free is being calculated, and the differences between each drug's ability to maintain a sterile urine is being determined.

**Preliminary Findings** — Bactrim was the drug found to be most effective for prophylactic treatment of urinary tract infection in spinal cord injury patients; ascorbic acid was the least effective. However, it should be noted that the median infection-free period was only 11 days for Bactrim. Current evidence suggests that none of the drugs tested, including Bactrim, was particularly useful in preventing urinary tract infec-tions in these patients at the doses studied. It should also be noted that patients given ascorbic acid gener-ally had fewer infection-free days than control pa-tients. The study concluded on July 1, 1984.

## Urinary LDH Fractions for Localizing Site of Urinary Infections in Patients with Spinal Cord Dysfunction

K.V. Kuhlemeier, Ph.D.; L.K. Lloyd, M.D.; and C.T. Huang, M.D.
Medical Rehabilitation Research and Training Center
in Spinal Cord Dysfunction
Spain Rehabilitation Center
University of Alabama in Birmingham
Birmingham, Alabama 35233

Sponsor: National Institute of Handicapped Research

**Background** — There is a marked difference between the clinical significance of cystitis and pyelonephritis. Several procedures have been proposed to distin-guish between the two. One common method, ureter-al catheterization, is expensive, highly invasive, and not without attendant risk. It is generally acknowl-edged that there is a need for a simple laboratory test capable of distinguishing between upper and lower urinary tract infections. This project has examined lactase dehydrogenase (LDH) isoenzyme patterns of ureteral urine in an attempt to determine whether alterations in them can be used to differentiate be-tween upper and lower urinary tract infection (UTIs) in spinal cord injury (SCI) patients.

**Hypothesis** — The urinary LDH isoenzyme patterns of SCI patients with upper tract infections are signifi-

DEM523742

cantly different from urinary LDH patterns of SCI patients whose urinary tract infections are confined to the bladder.

**Methodology**—Ureteral urine specimens, bladder urine specimens, and prostatic secretions have been obtained from a series of male SCI patients. Colony counts, culture identification, and antibiotic sensitivities have been performed on all specimens. Total LDH and the relative proportion of each of the five LDH isoenzymes have been determined. Ultimately, total LDH and relative LDH isoenzyme concentrations will be compared statistically in patients with (a) bladder infection only, (b) kidney and bladder infections, (c) prostate and bladder infections, and (d) kidney, bladder, and prostate infections.

**Preliminary Findings**—To date, we have studied a total of 20 patients, 15 of whom have had total LDH assays. In these patients, bladder urine, urine from the right and left ureters (separately), and prostatic secretions were analyzed for total LDH and relative amount of LDH in each of five subfractions.

Our results to date suggest that neither the level of total LDH nor the relative proportions of the LDH subfractions in bladder or ureteral urine or prostatic secretions are diagnostic of an upper tract infection. In practical terms, even if total LDH levels or subfraction proportions in ureteral urine were diagnostic for an upper tract infection, current practice of culturing this urine for bacterial growth and antibiotic sensitivity would be less expensive, more direct, and therefore preferable to measuring total LDH levels or subfraction proportions. Increasing the number of patients studied is very unlikely to alter these provisional conclusions, since we have encountered both false positive and false negative results, and these must be considered even in the light of studies on additional patients■

# Didronel in the Prevention of Heterotopic Ossification Following Spinal Cord Injury: Determination of an Optimal Treatment Schedule

S.L. Stover, M.D.; C.T. Huang, M.D.; K.V. Kuhlemeier, Ph.D.; and P.R. Fine, Ph.D.
Medical Rehabilitation Research and Training Center in Spinal Cord Dysfunction
Spain Rehabilitation Center
University of Alabama in Birmingham
Birmingham, Alabama 35233

**Sponsor:** National Institute of Handicapped Research

**Background**—The surprisingly high incidence of heterotopic ossification (H.O.) following spinal cord injury (SCI) and/or other severe neurologic injuries or diseases suggests that it is a frequent complication of patients admitted to rehabilitation programs. When its severity limits joint motion and exacerbates the disability, impaired function may be of such degree that it limits ambulation or wheelchair independence, or it may even impair mobility to the extent that the patient must remain bedfast. Protracted periods of confinement in bed or in abnormal sitting postures in wheelchairs may cause the formation of pressure sores. A drug, Didronel (etidronate disodium), has been shown effective in preventing H.O. when administered prophylactically after spinal cord injury. Since the occurrence of H.O. frequently leads to extensive and costly hospitalizations, as well as to interruption of the vocational rehabilitation process, it is warranted to pursue studies that directly impact on prevention of H.O. rather than to study the complication after it has occurred.

**Hypotheses**—(i) There is an optimal time post-injury when Didronel therapy should be initiated to achieve the maximal prophylactic effect; (ii) there is an optimal duration of Didronel therapy that will yield a maximal prophylactic effect; and (iii) there is an optimal dosage of Didronel that will yield a maximal prophylactic effect.

**Methodology**—The study population is being made up of patients admitted to the UAB-Spinal Cord Injury Care System between 0 and 120 days post-injury, whose lesions are neurologically complete (or neurologically incomplete with residual function less than a Frankel Classification of "motor non-functional"), who are at least 16 years of age, and who are not pregnant. Patients in the series are subcategorized into early and late treatment groups, and further divided into 3- and 6-month administration groups. X-ray films of

DEM523743

Rehabilitation R&D Progress Reports 1984

both hips are obtained 1 day prior to initiation of Didronel therapy, at the end of each treatment period, and 1 year post-injury.

**Preliminary Findings** — One hundred thirty-eight subjects have been entered into the study. Substantially more subjects have been entered into the Early Treatment Group (15 to 44 days post-injury) than into the Late Treatment Group (45 to 120 days post-injury). The reason for this is that most SCI patients are admitted to this center well within 44 days of injury, since our Spinal Cord Injury Care System emphasizes early admission. It is imprudent to delay transfer admissions solely for the purpose of being able to enter a prospective patient into any clinical study. In this case, it would be considered particularly imprudent, since the agent, disodium etidronate, has been proved effective in the early prevention of heterotopic bone formation. However, if patients are admitted to our center 45 or more days after injury, they are entered into the Late Treatment Group routinely, if they meet all other selection criteria.

A total of 85 patients/subjects have been assigned to the Early Treatment Group. The remaining 53 patients/subjects met Late Treatment Group entry criteria and have been thus assigned. Those patients/subjects in the Early Treatment Group were further subdivided into comparably sized sub-categories with approximately half receiving drug therapy for 90 days and the remaining half receiving the drug for 180 days. A similar sub-categorization process was utilized for patients/subjects in the Late Treatment Group.

Of the 138 patients/subjects entered into the study, 58 have been dropped from the protocol for reasons beyond our control. These included voluntary withdrawals and, in some instances, our inability to follow these patients after discharge.

Sixty-eight subjects have completed the entire protocol, which includes a 1-year post-injury follow-up examination. At present, the active study population consists of 81 patients who have elected to remain on the protocol and who appear capable of being followed post-discharge and willing to cooperate. Eight patients have completed the drug treatment phase, but still have an annual follow-up examination pending. Five patients are currently completing the drug treatment phase. Follow-up examinations for these patients/subjects will be scheduled subsequent to their completing this phase of the study and being discharged from the center. The study will be terminated and the data analyzed after a minimum of 100 patients have completed the entire protocol▪

# Dermal Fibrosis in Spinal Cord Injury Patients

S.L. Stover, M.D.; R.E. Gay, M.D.; K.V. Kuhlemeier, Ph.D.; and P.R. Fine, Ph.D.
Medical Rehabilitation Research and Training Center in Spinal Cord Dysfunction
Spain Rehabilitation Center
University of Alabama in Birmingham
Birmingham, Alabama 35233

*Sponsor:* National Institute of Handicapped Research

**Background** — Spinal cord injury (SCI) patients with documented episodes of autonomic hyperreflexia have been observed to develop cutaneous changes characteristic of scleroderma, which is a collagen disease of unknown etiology and pathogenesis. The disorder manifests itself primarily in the cutaneous, vascular, musculoskeletal, gastrointestinal, pulmonary, cardiac, and renal systems. Dense fibrosis may appear in the gastrointestinal tracts, a cystic type of fibrosis may develop in the lungs, renal vessels may show signs of accelerated nephrosclerosis, and fibrosis of the myocardium and respiratory structures may result in cardiopulmonary failure. It is believed that the autonomic nervous system is in some way involved, but supportive evidence is lacking for this condition which is, at present, untreatable. Since the cause of collagen disease is still unknown, it is theorized that these changes in spinal cord injury patients with known autonomic dysfunction may help in understanding the cause, and may suggest appropriate treatment for the collagen diseases in general.

**Hypothesis** — There is a cause-effect relationship between autonomic nervous system dysfunction and dermal fibrosis in SCI patients.

**Methodology** — A series of chronic SCI patients with scleroderma-like skin changes have been studied retrospectively. Skin changes have been graded according to a previously developed scale. Blood and urine specimens have been analyzed extensively, and skin biopsies have been collagen-typed via indirect immunofluorescence. Other tests, including comprehensive renal scintigraphy procedures (CRSP) and skin temperature gradient studies, have been performed.

**Preliminary Findings** — Twenty-one retrospective study group patients/subjects have been entered into the protocol. Complete data are not available on all 21 patients due to (i) loss of some tissue specimens in transit between laboratories; and/or (ii) the inability

DEM523744

of the project team to perform all tests on certain patients.

Generally speaking, blood and urine specimen analyses were not consistently abnormal. Serum alkaline phosphatase abnormalities were identified in four patients/subjects. However, these findings may be attributable to other unrelated metabolic changes in the bony skeleton. Although 8 of 19 patients/subjects were found to have abnormal serum serotonin values, it must be stressed that five of the abnormal values were elevated and three were depressed. The known technical difficulties associated with serum serotonin measurements necessitate revalidation of the finding and considerable prudence in interpretation. Among 14 patients/subjects in whom sedimentation rate measurements were acquired, more (n = 9) had abnormal findings than had normal findings (n = 5). This was not entirely surprising, since sedimentation rate abnormalities are frequently encountered in the spinal cord injured. Six of 20 patients upon whom renal scans were performed showed some evidence of abnormal findings; however, there was no discernable pattern (viz., similarity) in the nature of the scan data.

The biopsy findings suggest a fairly consistent fibrotic change in collagen in patients with injuries above the sixth thoracic segment who have identifiable clinical changes in skin texture. This confirms our impression that autonomic dysfunction resulting from spinal cord lesions at or above T6 may initiate cellular and/or vascular changes or damage capable of inducing primary or secondary fibroproliferative abnormalities. Completion of this study should increase our understanding of collagen disorders, since many of them have characteristic fibroproliferative changes associated with the pathogenesis of a given disease.

In all, 23 skin biopsies have been obtained: 5 from pilot-study subjects, 16 from patients/subjects comprising the retrospective group; and 2 from "old" control subjects. Twenty of 21 patients/subjects demonstrated pathological changes consistent with dermal fibrosis (viz., scleroderma). The characteristic pathology was not demonstrable in the microscopic evaluation of similar skin biopsies performed in the control subjects (both of whom had sustained spinal cord lesions at or below the level of the sixth thoracic segment). Clinically, pathologic skin changes noted in this population are seen only in patients with spinal cord lesions above the sixth thoracic segment. Indirect immunofluorescence of skin biopsy material with anticollagen antibodies against human interstitial collagen Types I and III showed a pattern of diminished Type III collagen in the upper dermis with accompanying fibroproliferative changes in both the upper and lower dermis. Histochemical studies revealed fairly normal aminergenic activity with decreased cholinesterase activity.

Termination of the project 1 year earlier than planned is based, in part, on the fact that biopsy results have been consistent, and it is doubtful the inclusion of additional subjects will provide any new information.

## H Reflex Changes Following Spinal Cord Injury

James W. Little, M.D., Ph.D., and Eugen Halar, M.D.
Medical Research Service
Seattle Veterans Administration Medical Center
and
Department of Rehabilitation Medicine
University of Washington
Seattle, Washington 98108
Sponsor: Veterans Administration Rehabilitation
    Research and Development Service

This study was undertaken to determine if H/M ratio, as a measure of central synaptic excitability, varies significantly over time in patients with traumatic spinal cord injury, and if so, during what postinjury period.

**Methods** — We have serially tested the tibial H reflex bilaterally in six patients (mean age 26.2) with complete, traumatic SCI. Testing began in the first week post-injury in 5 of 6 patients; they were all tested serially through the first 6 months. Testing frequency was approximately 1 or 2 sessions per week during the first month, and 1 session per month thereafter for an average 8.7 testing sessions per patient. None of these patients had febrile illnesses, skin breakdown or other known sources of nociceptive input at the time of testing, that might influence H/M ratio. All six patients had complete spinal cord injuries by clinical examination, in that none had regained any voluntary muscle contractions in the lower extremities during the course of the study. Three patients were started on spasmolytic medications during the course of the study; the other three patients were not. The five patients tested during the first 2 weeks after injury manifested clinically a transition from hypoactive ankle jerk reflexes to normally active or hyperactive reflexes by several months.

Six healthy, age-matched control subjects (mean

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

44

Rehabilitation R&D Progress Reports 1984

mpa-
lpper
ealed
:ased

than
opsy
I the
new

H/M
ility,
nat-
ost-

flex
om-
eek
:ted
ncy
ing
fter
 one
wn
the
six
:m-
ary
ng
:ed
he
ve
iry
ve
ve

an

age 26.8) were tested twice with a mean interval of 65 days between the first and second sessions and were compared with SCI patients.

We measure maximum amplitude (peak-to-peak) of the H reflexes and of muscle (M) evoked potentials using a grid ruled in millimeters. Maximum H reflex amplitude was divided by amplitude of the maximum M response to yield an H/M ratio, to reduce possible variability caused by changes in recording electrode placement and muscle atrophy. One-way analysis of variance was performed comparing mean H/M ratios over time for SCI patients. Two sample t-tests were then used to compare changes in H/M ratio for SCI patients between three periods after injury (1 month, 2 to 3 months, and 4 to 6 months) and with H/M ratio changes for control subjects. Two sample t-tests of serial changes in H reflex and M response amplitude for SCI patients and age-matched controls were performed over time intervals where H/M ratios changed significantly. All statistical procedures are two-tailed tests.

**Results**—H/M ratios in control subjects had an overall mean of 0.51 ±.19 (s.d.). For control subjects, mean H/M ratio for session one was .51 ±.15, and for session two, 0.52 ±.23. SCI patients had an overall mean H/M ratio of 0.43 ±.25. These values are not statistically different.

Mean H/M ratio for SCI patients at three time periods after cord injury were: (1) 0.39 ±.18 for the first month, (2) 0.37 ±.22 for the second and third months, and (3) 0.70 ±.11 for the fourth to sixth months. Comparing H/M ratio for SCI patients for the first and second time periods with controls, there was no significant difference; however, for the third period (4-6 months), mean H/M ratio was larger for SCI patients than controls, though this difference was borderline significant. SCI patients not treated with spasmolytic medication were significantly larger than control subjects for this third time period (4-6 months); those treated with spasmolytic medication were not significantly different than controls.

Analyzed separately, the three patients treated with spasmolytic medication still manifested significantly larger mean H/M ratios at 4 to 6 months than at 2 to 3 months. Mean H/M ratios also were larger during the late period for the three patients not on spasmolytic medication, but this difference did not achieve statistical significance. Neither group manifested significant differences between the first and second testing periods.

**Discussion**—The transition from spinal shock of acute SCI to spasticity of chronic SCI is generally described as a gradual appearance of hyperreflexia. The hyperactive ankle jerk as one clinical manifestation of that spasticity has been said to recover from spinal shock within several weeks to several months in different patients. The SCI patients studied here also showed a transition from depressed tendon reflexes at 1 to 2 weeks post-injury to active tendon reflexes by 6 months.

**Temporal Course of H/M Ratio Changes**—To assess temporal changes in synaptic excitability of the ankle jerk reflex pathway, maximum H reflexes and M responses were recorded serially and their amplitude ratios calculated.

The five patients tested between 36 hours and 5 days in this study had readily elicitable H reflexes, with significant H/M ratios of .24 to .67. Others also have readily recorded H reflexes between 1 and 4 days after cord injury.

For several weeks tendon reflexes remain depressed or absent, though H reflexes are readily elicited, as we have noted in five cases in the present study. This has been attributed to a persisting fusimotor depression to the muscle spindle, which gradually resolves.

Three to 6 months after SCI, there is a significant increase in H/M ratio and H reflex amplitude, as demonstrated in the present study, suggesting an increase in IA-motoneuron synaptic excitability. This increase was associated with hyperactive ankle jerk reflexes in 4 of 6 patients and was not prevented by the spasmolytic medication, baclofen.

The present study is preliminary. Large fluctuations in H/M ratio were noted during the first month after SCI, though common temporal changes were not present in all patients. Other factors, such as level of injury, corticosteroids, bladder distention, and amount of passive exercise may contribute to the session-to-session variability in SCI patients. Controlling such factors, and performing more frequent serial testing in additional patients, may allow resolution of other common temporal changes.

Introduction of the spasmolytic medication, baclofen, was followed by a decrease in H/M ratio in 2 of 3 patients, though it did not prevent the later increase after 3 months. Baclofen may not be the only explanation for the decrease in H/M ratio at 1 to 2 months, since one non-treated patient showed a decrement over the same interval. Additional studies may be useful to explore the effect of spasmolytic medications on H reflex changes and the evolution of spasticity after spinal cord injury.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

45

DEM523746