**Peripheral versus Central Mechanism**—The increase in H/M ratio after 3 months could result hypothetically from peripheral muscle atrophy, rather than a central increase in synaptic excitability. Preferential disuse atrophy of muscle fibers belonging to the largest motor-units (i.e., type II atrophy), not participating in the H reflex because of their high threshold, would result in a lower M amplitude but a larger H/M ratio. However, studies have shown that type II, not type I, muscle fibers predominate in chronic SCI patients. Furthermore, we have shown that there is a significant absolute increase in H reflex amplitude contributing to the increase in H/M ratio, but there is not a significant decrement in M response amplitude. Thus, muscle atrophy does not seem to explain this increment in H/M ratio.

These significant increases in H/M ratio and H reflex amplitude, but not M response amplitude, suggest that central synaptic changes underlie at least some of the hyperactivity that develops in phasic stretch reflexes after spinal cord injury. These results do not rule out the possibility that muscle spindle sensitivity increases as well and contributes to the appearance of hyperactive tendon jerk reflexes.

In summary, serial changes in H/M ratio are observed after complete spinal cord injury. A significant increment in H/M ratio is noted after 3 months, largely the result of an increase in H reflex amplitude. Further study of the temporal course of reflex changes after spinal cord injury may yield further understanding of the neurophysiologic mechanisms underlying the appearance of spasticity.∎

## Longitudinal Assessment of Physical Therapy Factors that Affect Quality of Life of Persons with Spinal Cord Injury

L. Don Lehmkuhl, Ph.D.
Research and Training Center in Spinal Cord Dysfunction
Baylor College of Medicine
and
The Institute for Rehabilitation and Research
Houston, Texas 77030

Sponsor: National Institute of Handicapped Research

**Objectives**—The objectives of this study are:

1. To determine the importance of the patient's compliance in performing weight-shifts in a wheelchair to prevent breakdown of skin in weight-bearing areas of the body;

2. To improve the criteria and procedures for selecting spinal cord injured patients to be braced and trained to become functional ambulators; and

3. To determine the incidence, characteristics, and outcome of pain complaints in patients with severe spinal cord injury.

Reduction in the level of funding has necessitated reduction in the scope of the study. Considering the resources and expertise available, we elected to defer action on Objective 1 (above) and to concentrate on Objectives 2 and 3. As we complete work on the latter, staff effort will be redirected to pursue Objective 1.

The patients being studied are individuals who received severe injuries to the spinal cord resulting in paraplegia or quadriplegia. A total of 70 patients between ages of 20 and 58 years with paraplegia have been studied in pursuing Objective 2. A list of patient attributes, and the equipment and services associated with gait training, was compiled for each patient. Follow-up evaluations 6 months to several years after bracing are being made to assess brace utilization.

It is expected that the results will improve the criteria for identification of those who will remain brace users.

A total of 113 patients between the ages of 11 and 80 years (58 with quadriplegia and 55 with paraplegia) are already being studied in pursuing Objective 3. Information on pain status, method of treatment, and reported success of treatment is gathered on a weekly basis until time of discharge. The results are expected to illustrate trends in the etiology and resolution of pain complaints.

**Status to Date**—During the past year we have analyzed the results of brace utilization by 70 patients who received bilateral knee-ankle-foot (KAF) orthotic devices and have drafted a report on the findings. Pilot studies have begun with an orthotist, T. Engen, to devise a simplified, lightweight, modular orthotic device for early bracing and gait training. Data concerning the pain complaints made by 113 patients with spinal cord injury during their initial hospitalization for comprehensive rehabilitation have been gathered and categorized. The data have been examined for correlations between population variables, etiology of injury, level and neurological completeness of injury, and location and suspected etiology of pain complaint. Therapeutic procedures that patients have identified as most effective in alleviating individual pain states have been identified. The status of each pain complaint at time of the patient's discharge has been documented.

The plan is to continue analyzing these data to identify relationships that could shed additional light on the mechanism responsible for the state of discomfort, and on mechanisms responsible for allevia-

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523747

tion of the discomfort. An indication that a significant number of pain complaints in paralyzed patients may be of the mechanical, low-back variety will be pursued. Collaboration with the orthotist to develop improved methods of early bracing will continue∎

## Residual Bladder Volume Determination for Spinal Cord Injury Patients

R.B. Roemer and K.C. Myires
Veterans Administration Medical Center
Tucson, Arizona 85723

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

The goal of this research is to develop a low-cost, portable, clinically useful method of measuring bladder volume noninvasively. Our approach has been to utilize ultrasonic A-scans plus microprocessor-based numerical algorithms to calculate the bladder volumes. To date, we have completed our laboratory studies on simulated bladders and bladder walls, and have developed a complete laboratory system for measuring bladder volume on human subjects. Volunteer subjects are required to lie on a couch, the bladder area is mechanically scanned with a transducer placed on the skin surface, and the computer automatically calculates the bladder volumes between 45 cc and 225 cc as determined by measuring the voided volume. The average error of the calculated volume was approximately 12 percent using our initial algorithms for detecting the bladder walls and for integrating the distance measurements.

These human laboratory trials are continuing in order to obtain a larger data base for testing possible algorithms. Other significant efforts include the continued development of improved algorithms for more accurate volume calculations, the design of a prototype clinical system for initial testing on patients at the Tucson Veterans Administration Hospital, and the design and testing of the final system∎

## Development of Analytical and Laboratory Models of the Bladder and Urinary Tract

Eugene J. Towbin, M.D., Ph.D.; Pat O'Donnell, M.D.;
and Rick J. Couvillion
Veterans Administration Medical Center
Little Rock, Arkansas 72206

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

The main objectives of this research are:
1. Design and construct a device to be implanted in a dog that will apply pressure to the bladder and force the dog to urinate. It must be possible to activate the device externally without having any part of the device pass through the skin.
2. Develop analytical and laboratory models of the bladder, urethra, and urinary tract.

Implantable Device—A preliminary design has been completed for a device that can squeeze a dog's bladder hard enough to overcome the resting urethral pressure. The device will allow doctors to measure the bladder pressure required to force open the muscular valves in the urethra. The central component consists of a bladder cover and inflatable inserts that can be wrapped around the bladder. A pump placed in the scrotum can be activated externally and moves fluid from a reservoir placed in the belly to the inserts in the cover. The inflated inserts apply pressure to the bladder. In order to relax the bladder after voiding, one can press a release valve in the pump, allowing the fluid to return to the reservoir.

A number of improvements to the current design are being considered. New materials and attachment methods are being investigated, which will allow the device to be installed more quickly and securely. New arrangements for the inflatable inserts, which will apply more uniform pressure, also are being investigated.

Analytical and Physical Models—The objective of this part of the research has been to study the fluid mechanics that occur in the lower urinary tract of a dog—namely, the bladder, the internal sphincter, external sphincter, and the urethra. This objective is being accomplished in two ways. First, a mathematical model is being constructed using the finite element method to model both the flow of urine and the reaction of the tissues to that flow. Second, a physical model is being designed and will be constructed to provide data for comparison to results from the mathematical model.

A preliminary search of the literature has shown that physical modeling has been attempted by various-

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523748

ious investigators, and these physical models have been compared and analyzed. Of these models, one presented by Martin and Griffiths in 1976 represents closely the actual mechanics of micturition; however, the circular cell presented by Scott, et al., in 1971, modeled the sphincter quite sufficiently.

A mathematical model of the bladder was presented in 1976 by Beard at the University of Exeter. His results were based upon a theoretical model and were used as a basis for a more accurate mathematical model. Beard considered the longitudinal tension in the urethral wall, and developed various parameters such as "elastic length" and the "spread" of the urethral pressure profile.

It can be concluded from this report that various physical models of the bladder have been developed while very few mathematical models have been completed. Because of this, extra time and effort have been put into the development of the mathematical model, and up to this point in time, that development is being concluded. The bladder neck and the muscles involved in micturition will be modeled using the finite element method. The finite element method is useful in structures and fluid flow because various parameters can be inserted into the elements so as to model that particular element in a more accurate manner, rather than in a sweeping generalization. Furthermore, various points along the bladder wall and within the fluid flow may be checked. This is more convenient than at the boundary conditions. It is the estimate of the investigator that formal studies should be completed by September 1984, and a publication of the results by January 1985.∎

## Neural Mechanisms Underlying Bladder Dysfunction After Spinal Trauma

C.J. Robinson, D.Sc., and R.D. Wurster, Ph.D.
Veterans Administration Medical Center
Hines, Illinois 60141

Sponsor: Veterans Administration Rehabilitation Research and Development Service

An enhanced understanding of the neurophysiology and neuropharmacology of bladder function and of dysfunction following spinal trauma requires the development of an animal model where the animal is unanesthetized, and where many of the neural and muscular events underlying bladder function can be simultaneously measured.

We have produced such a model, in which bladder performance can be continually evaluated through a knowledge of cystometric relationship between bladder volume and pressure. We implant into the bladder a miniature (4 mm diam) transducer to measure pressure. At selected sites on the bladder surface, pairs of small ultrasonic crystals are placed whose distances apart can be measured and used to determine bladder volume. We also can install leads to measure detrusor and pelvic floor muscle electrical activity. The electromyographic leads for these devices are tunnelled under the skin to exit from the back of the animal's neck. So far, we have monitored bladder function before and up to 1 month after instrumentation. This model gives us a tool to monitor bladder function and dysfunction before and after spinal trauma.

The underlying cause for bladder dysfunction after spinal trauma is unknown. Recent evidence suggests that endogenous peptides like enkephalin may play a key role. We hypothesize that a morphine antagonist like naloxone might prove extremely beneficial in helping restore bladder function if applied to the spinal cord just after trauma.

In normal (i.e., uninstrumented and awake) dogs, the bladder volume at which urination began was raised significantly after spinal morphine. This change was reversed by spinal administration of naloxone. Such changes in micturition threshold following spinal morphine injection resembled very closely the changed thresholds that we later saw following spinal transection in these dogs. Further, there was a reduction of micturition thresholds in two of the three acutely transected dogs given spinal naloxone.

While further experimentation is necessary, these preliminary results do highlight a possible role of the endogenous opiates in producing bladder dysfunction after spinal trauma. We are now extending these pharmacological studies to our chronically instrumented animals.∎

## The Bio-Feedback Incontinence-Training Program

Mary Grace Umlauf, R.N., M.S.
Veterans Administration Medical Center
Temple, Texas 76501

Sponsor: Veterans Administration Rehabilitation Research and Development Service

Prostatic enlargement and urologic diseases occur often in the elderly and in the veteran population as the average age of Americans rises. Some veterans suffer from urinary incontinence which can have devastating psychologic and social consequences.

DEM523749

Rehabilitation R&D Progress Reports 1984

Success in the treatment of urinary and fecal incontinence has been demonstrated by researchers using urodynamic techniques to provide clinical biofeedback training.

**Hypothesis**—Subjects who receive biofeedback training by means of urodynamic monitoring will demonstrate a significant reduction in urinary incontinence and/or urinary retention.

**Purpose**—The biofeedback incontinence training program is directed at investigating the usefulness of this new and relatively noninvasive treatment of urinary incontinence for the veteran patient.

**Methods of Procedure**—The treatment/intervention involves the subject being catherized and monitored by cystometry. Changing bladder pressures and sphincter electromyographic data are recorded on an automatic printout. The subject is positioned to view the readings as they are produced to provide feedback regarding bladder activity. The bladder can be repeatedly inflated with carbon dioxide gas to simulate filling of the bladder. The subject will be provided graphic models of normal micturition patterns to emulate during the biofeedback sessions. The session will last approximately 1 hour and be scheduled every other week. The subjects will undergo a minimum of four sessions, with eight anticipated as a maximum.

**Population and Sample**—Twenty to 30 veterans, outpatients, or inpatients with a history of urinary incontinence or urinary retention will be the subjects. Excluding criteria will include urinary obstruction and inability to communicate or attend training sessions. Initial screening of subjects will include urologic evaluations and screening for drug use that inhibit or alter normal micturition (phenothiazines, tricyclics, etc.). All subjects will be included in follow-up by phone or by mail. Contact will be made at 30, 60, and 90 days post-termination of treatment.

**Special Consultant**—Kathryn L. Burgio, Ph.D., Staff Fellow, NIH, NIA, Gerontological Research Center, Baltimore, Maryland.

## Effects of Spinal Cord Injury on Drug Metabolism

Laura Halstead, M.D., and Stuart Feldman, M.D.
Baylor College of Medicine
The Institute for Rehabilitation and Research
Houston, Texas 77030
Sponsor: National Institute of Handicapped Research

The pharmacokinetics of medications administered to spinal cord injured patients have been widely investigated. There are numerous reports regarding alterations of normal physiological, neurological, and biochemical functions in the spinal cord injured population which raise the possibility that one or more aspects of drug distribution, metabolism, and excretion may be altered in this group. The overall objective of this research is to investigate in a systematic fashion a number of representative drugs commonly used at various times throughout the life of spinal cord injured patients.

The first study will focus on the absorption time profile of two drugs, riboflavin and acetaminophen. For purposes of this study, their critical difference is that riboflavin is absorbed by an active transport process, while acetaminophen is passively absorbed from the gastrointestinal tract. A subsequent study will focus on the disposition of two aminoglycosides in hospitalized spinal cord injured patients for whom antibiotics are indicated because of clinical infections. An indication that the pharmacokinetics of these antibiotic agents differ in these people and able-bodied individuals may be important for providing adequate treatment of infections and for minimizing possible adverse reactions to these drugs by spinal cord injured patients.

**Status to Date**—This study concerned the absorption time profiles of riboflavin and acetaminophen completed. Absorption of riboflavin was assessed by measuring its urinary excretion in 10 spinal cord injured patients and in six normal subjects. The patients had injuries from the first to the seventh cervical level, and they were between 2 and 15 months duration from the time of their injury. A significant difference between fasted and non-fasted conditions was observed for both spinal cord injured and control subjects in time to reach peak excretion and in percentage of dose recovered. However, the results were identical in the two subject populations.

Absorption of a 650 mg fasting dose of acetaminophen was studied in five spinal cord injured patients by measuring serum concentration using a high pressure liquid chromatographic assay. There was no

DEM523750

significant differences for halflife and area under the curve, but a significant decrease was observed in peak serum concentration. There also was a significant increase in the time to peak as compared to values in the literature.

The results indicate that spinal cord injury does not impair absorption of riboflavin from the gastrointestinal tract. However, as compared with normals, there is a difference in the rate of absorption of acetaminophen, but not in the total amount absorbed.

Studies comparing the disposition of aminoglycosides in spinal cord injured and able-bodied subjects will be conducted next■

## Collagen Dysfunction in Quadriplegia

Gladys Rodriguez, M.S., and Jacqueline Claus-Walker, Ph.D.
Baylor College of Medicine
The Institute for Rehabilitation and Research
Houston, Texas 77030

Sponsor: National Institute of Handicapped Research

This two-part project seeks to elucidate the ways in which collagen metabolism is altered in spinal cord injury by determining what the consequences are of such alteration and what causes that alteration. Part 1 is an effort being made to show that administering the drug diphosphonate within 7 days of injury will ameliorate and perhaps prevent heterotopic ossification, urolithiasis, and osteoporosis. Part 2 will develop a method to measure hydroxylysine glycosides in an automated amino acid analyzer to establish the fact that increased concentration of a specific glycoside is an indication of the tissue origin of the collagen being degraded. It is hoped that physicians will be able to use this information to decide what preventive measures are of greatest importance for the individual patient and thus reduce the number of complications following spinal cord injury.

Adrenergic receptors also are being measured by radioligand binding assays. The objective is to show an abnormality in them which in turn may affect enzyme activity within the cell. By doing radioligand assays for the enzyme lysyl hydroxylase and chemical assays of the skin to determine the degree of hydroxylation, an attempt is being made to demonstrate that spinal cord injury causes an alteration in the activity of one of the most important enzymes of the collagen metabolism. If the specific defects in the collagen metabolism of spinal cord injury can be identified, they may be amenable to pharmacological intervention.

Status to Date—On part 1, followup studies on two of the patients admitted to the study in 1982 have been completed. On part 2, glucosylgalactosyl hydroxylysine (glugal Hyl) and galactosylhydroxylysine (gal Hyl) concentrations were determined in 37 weekly urine pools on spinal cord injury patients at various times since injury. In the group between 6 and 60 months after injury, statistically significant differences are seen between glugal Hyl and gal Hyl excretion and skin and bone related problems, respectively.

Insensitive skin morphological studies and hydroxyproline determinations were done in cooperation with the Cullen Eye Institute of Baylor College of Medicine. A manuscript is being prepared for publication. Alpha and beta adrenergic receptors have been measured in 12 additional skin biopsies. The former show a trend towards increasing numbers with increasing time since injury. Work has begun on the skin lysyl hydroxylase activity project■

## Neuroaugmentive Procedures for Modification of Abnormal Motor Control in Patients with Spinal Cord Injury

M.R. Dimitrijevic, M.D.; A.M. Sherwood, P.E., Ph.D.;
R.J. Campos, M.D.; and P.J. Sharkey, M.D.
Baylor College of Medicine
The Institute for Rehabilitation and Research
Houston, Texas 77030

Sponsor: National Institute of Handicapped Research

This project is intended to extend the application of spinal cord stimulation (SCS) for treatment of abnormal motor control to spinal cord injury patients with a degree of preserved volitional control through the use of a broader selection of stimulation sites. We have found indications that better results may be obtained in some cases by considering other stimulation sites, and therefore propose to compare alternate sites of stimulation (specifically lower thoracic and lumbar) with currently used upper thoracic and cervical posterior sites in terms of the effectiveness of SCS for treatment of abnormal motor control in paralyzed patients. Finally, in order to understand the mechanisms of action of SCS in these patients, we shall attempt to find neurophysiological coorelates to the degree of improvement of motor control in spinal cord injury patients. A variety of neurophysiological tests, including multi-channel EMG recordings, evoked potential recordings, and observation of twitches elicited by spinal cord stimulation will be used in this task. Approximately 10 patients per year will be studied.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523751

**Status to Date** — From a total of 220 referrals of spinal cord injury patients during the year for evaluation or treatment of pain, spasticity, degree of lesion, problems of bladder function, etc., 13 were selected as appropriate candidates for application of SCS, five primarily for pain, and eight primarily for motor disorders. Several of the patients had multiple trials of SCS, both above and below their lesions, allowing a direct comparison of the relative effectiveness.

These procedures have worked well in general, but attempts to place electrodes in the lower thoracic and lumbar regions have suffered from the tendency for the electrodes to move to the anterior side of the cord in this region.

Work on the definition of electrophysiological correlates of the effects of SCS continues, but no definite conclusions have been reached. It has been noted that there may be an antidromic effect of stimulation via sensory fibers in the dorsal columns, which could account for the potential effects of stimulation below the lesion. Muscle twitch studies and evoked potential studies are underway to attempt to elucidate this point. In addition, recording from the epidural space is being vigorously pursued.∎

## Evoked Potentials Study

Walter Levy, M.D.
University of Missouri, Columbia
Columbia, Missouri 65211

*Sponsor: American Paralysis Association*

The functional integrity of motor pathways following spinal cord injury is generally assessed by means of clinical examination. However, these methods cannot be used to predict the degree of dysfunction, such as occurs during the acute phases of injury. Such knowledge would be extremely valuable, for it would assist in the application of future treatments which might benefit any motor fibers identified as still intact.

Inferences of spinal cord continuity have been previously attempted by recording somatosensory evoked potentials (SEP's). However, this method provides specific information only on intact fibers in the ascending sensory tracts, while frequently the extent of motor and sensory tract damage differs significantly. Previous studies in Dr. Levy's laboratory have demonstrated that discrete, evoked potentials from spinal cord motor neurons may be elicited by direct stimulation of the spinal cord or by transcranial stimulation of the motor cortex.

The current study will evaluate motor neuron evoked potentials studied at various levels of spinal cord injury using a cat model.∎

## Effects of Low-Power Irradiation on Clonus and Spasticity in Spinal Cord Injured Persons

Judith Walker, M.D., Ph.D.
The Pain Institute Medical Group
Westwood, California 96137

*Sponsor: American Paralysis Association*

The deleterious effects of spasticity resulting from spinal cord injury are well documented. Treatments currently utilized to alleviate this condition have met with limited success. Recent studies suggest that low power irradiation of peripheral nerves may markedly reduce both clonus and spasticity in spinal cord injured individuals.

Dr. Walker will examine the effects of laser versus sham irradiation in 20 human SCI patients. Functional recovery following treatment will be estimated by measuring clonus counts, tissue compliance (a measure of spasticity), changes in range of motion, and somatosensory evoked potentials. All subjects will receive a neurological score based on a standard testing protocol.

The results of these tests will be evaluated to determine if treatment is associated with an improvement in neurological performance.∎

## The Effect of Electrical Stimulation of Muscles on the Cardiovascular System

Jerrold Petrofsky, Ph.D.
Wright State University
Dayton, Ohio 45435

*Sponsor: American Paralysis Association*

Dr. Petrofsky has previously demonstrated the ability to stimulate paralyzed muscles with external electrodes so as to rebuild muscle bulk and enable coördinated movements of paralyzed lower limbs. It was observed that such muscle stimulation can cause substantial changes in the cardiovascular system. It can also induce other physiological changes in the subject's thermoregulatory system, where sweating does not occur below the level of injury.

This contract enables the conduct of a series of experiments dealing with cardiac stress during electrically induced bicycling in a thermoregulated environment. Physiologic data will be taken to study

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523752

heat adaptation and how well the paralyzed individual can adapt to heat.

In addition, the contract calls for Dr. Petrofsky to document protocols and procedures for establishment and operation of a F.E.S. center, with particular emphasis on all aspects involving patient safety.

# C. Spinal Cord Regeneration

## Monitoring of Post-Injury Changes

Jacob Abraham, M.D.
Christian Medical College and Hospital
Department of Neurological Sciences
Tamil-Nadu, Vellore, India

Sponsor: American Paralysis Association

Ischemia and edema are critical factors influencing the amount of nervous tissue damage that may develop following physical injury. Physiological responses at the cellular level also are initiated by trauma and elicit a series of metabolic responses which appear to further aggravate neuronal integrity. Using a primate model, Dr. Abraham's laboratory will document these vascular and cellular changes at various stages post-injury.

Later studies are anticipated in which several therapeutic regimens, including omental transposition and correction of metabolic abnormalities, will be applied in hopes that such intervention will neutralize the harmful effects normally accompanying spinal cord injury.

## Tissue Implant Studies

Carl Cotman, Ph.D.
University of California, Irvine
Irvine, California 92717

Sponsor: American Paralysis Association

Recent studies indicate that tissue implants may restore functions lost after brain injury in rats. Such implants appear to promote the growth of injured axons and may possibly replace the components of damaged axonal circuits.

The current study has been established to determine the effectiveness of tissue implantation techniques for the restoration of function in the injured spinal cord. The growth properties of embryonic tissue implants inserted at various intervals following injury will be examined to test the hypothesis that implants develop better if insertion is delayed following injury (delay paradigm). Additionally, growth promoting and inhibitory factors, previously isolated from central nervous system wound fluids, will be collected, assayed, and evaluated for their usefulness in enhancing the growth of the spinal cord implants and/or other damaged spinal cord tissue.

## Collagen Matrix Implant Studies

Jack de la Torre, Ph.D., M.D.
Ottawa General Hospital
Ottawa, Ontario, Canada

Sponsor: American Paralysis Association

Previous studies have attempted to use tissue bridge implants to serve as a matrix for the regeneration of neuronal tissue but have met with limited success. Vascularization of such bridges is generally slow and the bridge itself may form a barrier to regenerating axons.

Dr. de la Torre is studying the regeneration of spinal cord axons using a cell-free collagen matrix of fibers which has previously been shown to support rapid vascularization in host tissues. It is hoped that the loose, cell-free components of the matrix will provide less of a barrier to growth than is usually encountered. The study will also examine the efficacy of in situ drug therapy applied at the site of the tissue bridge implant.

## Omentum Transposition Study

Harry Goldsmith, M.D.
Boston University Medical School and University Hospital
Boston, Massachusets 02215

Sponsor: American Paralysis Association

Dr. Goldsmith pioneered the technique of surgical transposition of the omentum to reduce edema (accumulated tissue fluid) and restore circulation following brain trauma. This surgery is now being performed at a number of medical centers worldwide. The application of this treatment to spinal cord injured patients was believed to be of primary value only during the acute phases of injury. Recent data suggest, however, that chronically injured patients also may derive benefits from this procedure. Studies in cats have revealed that neuroelectric activity is partially restored across the traumatized area of the spinal cord following omental transposition, although functional recovery has not been observed.

The current project will study the cat model to

The material on this page was copied from the collection of the National Library of Medicine by a third party...

DEM523753

Rehabilitation R&D Progress Reports 1984

analyze and compare the potential effectiveness of omental transposition used in conjunction with a variety of proposed therapeutic regimens (Naloxone, Diapulse, DMSO) to promote regeneration and functional recovery in cases of chronic injury.

## Cortico Spinal Neuron Studies

Marston Manthorpe, Ph.D.
University of California, San Diego
La Jolla, California 92093

Sponsor: American Paralysis Association

The cell bodies of corticospinal tract motor neurons may be dependent on target cell (muscle fiber) input for continued maintenance following spinal cord injury.

This project will test the hypothesis that corticospinal neuron degeneration may be minimized by directly applied administration of a central nervous system derived neurotrophic factor. Dr. Manthorpe's laboratory will attempt to purify one such factor from the bovine cerebral cortex.

Later studies will be aimed at developing a methodology for therapeutic presentation of putative trophic factors to corticospinal cell bodies and/or axon processes using a catheterization infusion system.

The final stage of the study will evaluate the effects of such therapy on the functional recovery of corticospinal neurons following complete spinal cord transection.

## Effects of Application of Direct Current on Regeneration of Nerve Cells

Blair Rowley, Ph.D.
Texas Technical University
Health Science Center
School of Medicine
Lubbock, Texas 79430

Sponsor: American Paralysis Association

Constant low intensity direct currents (LIDC) have been shown to enhance cellular growth, both within the body and in tissue culture. Prior application of this technique has been limited to the treatment of bone fractures and decubitus ulcers.

The current study will apply this procedure to explore its potential effect on nerve cell regeneration. Initially, the effects of constant LIDC will be studied in sectioned rat sciatic nerve and regeneration will be

estimated using electron microscopy and histological techniques.

Later studies will attempt to document the changes induced by LIDC on different neuronal cell types. The technical data obtained from these studies will eventually be used to examine and describe the electrical, neurophysiological, and biochemical changes that occur in spinal cord injured animals from the moment of injury throughout later stages of recovery.

## Use of PF in Stimulation of Spinal Cord Neuron Development

James Turner, Ph.D.
Bowman Gray School of Medicine
Wake Forest University
Winston-Salem, North Carolina 27109

Sponsor: American Paralysis Association

Dr. Turner's study will attempt to characterize the activity of a new central-nervous-system-derived neurotrophic factor (PF) that has been previously shown to stimulate axonal outgrowth in fetal rat retinal explants.

The initial phases of the study will focus on determining the optimum conditions for stimulating spinal cord neuron development with PF in a tissue culture environment. The second phase of the study will examine the stimulatory effects of PF in spinal cord transected rats who have received tissue implants, with animals evaluated for evidence of functional recovery.

# D. Independent Living for the Severely Disabled

## Conducting a State Policy Study to Help Develop New Options for Independent Living

S.B. Fawcett, Ph.D.
The Research and Training Center on Independent Living
University of Kansas
Lawrence, Kansas 66045

Sponsor: National Institute of Handicapped Research

Objectives—This project's goal is to establish an agenda for state executive and legislative initiatives based on concerns of persons with disabilities. In collaboration with the Kansas Advisory Committee for the Employment of the Handicapped (KACEH),

DEM523754

researchers conducted the first statewide survey of concerns of persons with disabilities in Kansas.

**Progress** — Over 1,400 Kansas citizens with disabilities responded, and dozens of interested parties participated in planning conferences to create the survey, discuss its findings, and plan subsequent actions. Collaborators included state legislators, consumer groups, service providers in ILCs, and rehabilitation centers. The KACEH will address a crucial area of concern: accessibility of public buildings through cooperations from the state attorney general's office and the governor.■

## Human Concerns of Disabled Persons: Developing New Methods for Addressing Common Community Concerns, and Developing a Human Concerns National Data Base

S.B. Fawcett, Ph.D.
The Research and Training Center on Independent Living
University of Kansas
Lawrence, Kansas 66045
Sponsor: National Institute of Handicapped Research

**Objectives** — This project is intended to teach disabled consumers constructive ways to improve their community. A unique self-help method, the Concerns Report Method, has been developed to allow disabled consumers to assess, prioritize, and convey their concerns and ideas for improvement to decision makers. Specific project objectives include providing technical assistance to users of the Concerns Report Method, developing a common data base of concerns, and creating and evaluating new methods for solving identified problems.

**Progress** — Over 500 disabled citizens have participated in nine different applications of the Concerns Report Method. Reports of major strengths, problems, and ideas for improvement were prepared at the request of ILCs, consumer organizations, and mayors' councils on disabilities in 11 counties in Kansas and Missouri. New projects are underway in Washington, D.C.; Helena, Montana; and, Los Angeles, California.

In the past year, this project also has conducted the only reported research on a specific problem common to many local communities — violations of handicapped parking spaces by nondisabled persons. Experimental research demonstrated the effects of upright posted signs and police crackdowns on violations.■

## Effects of the Family on Independence

A.P. Turnbull, Ed.D.
The Research and Training Center on Independent Living
University of Kansas
Lawrence, Kansas 66045
Sponsor: National Institute of Handicapped Research

**Objectives** — This research will seek to determine the most crucial elements of intervention to help families plan a successful transition for their adult children who are disabled. The study's aim is to explore the relationship between how much and what kind of future planning families use, and how much stress and satisfaction they experience.

**Progress** — Over 50 percent of the 60-family sample has been interviewed, and trends suggest high degrees of stress, little available information or family support, and a crucial need for residential options for young, disabled adults. This project has grown out of previous RTC/IL research that has resulted in four book chapters, two chapters in NIHR-sponsored symposia, one training manual, and over 20 workshops and presentations reaching over 1,300 consumers, service providers, and family members.■

## Utilizing the Concerns of Disabled Consumers to Assess the Impact of Independent Living Programs

R.M. Mathews, Ph.D.
The Research and Training Center on Independent Living
University of Kansas
Lawrence, Kansas 66045
Sponsor: National Institute of Handicapped Research

**Objectives** — This project is designed to determine the impacts of ILCs on the needs and concerns of disabled citizens. The assessment will be based on repeated statewide use of the Concerns Report Method, as reported in RTC/IL Project R-16 ("Conducting a State Policy Study to Help Develop New Options for Independent Living"). This project also will seek to promote consumer involvement, increase consumer awareness, and provide a new method to determine if overall need is being met.

**Progress** — The first statewide survey using the Concerns Report Method was completed this year (R-16) and the results of that project will serve as the baseline. This project will conduct two additional surveys and analyze differences between communities with ILCs and those without ILCs.■

DEM523755

Rehabilitation R&D Progress Reports 1984

## Systematic Approaches to Consumer Involvement: Training Citizens with Disabilities in Community Leadership

T. Seekins, Ph.D.
The Research and Training Center on Independent Living
University of Kansas
Lawrence, Kansas 66045
Sponsor: National Institute of Handicapped Research

**Objectives**—Although consumer involvement is a hallmark of independent living, ILCs have found it difficult to organize effective and continuing consumer leadership. This project is designed to develop techniques to promote consumer involvement and leadership.

**Progress**—A unique conceptual framework for consumer involvement has evolved from an extensive review of literature, detailed observations from field studies, and surveys of experts in consumer involvement. As a result, over 200 competencies and strategies involved in consumer leadership have been identified. Three self-help guides for consumers have been developed and disseminated nationally, and procedures are in process for implementing a comprehensive consumer leadership training program.

Training has been provided to over 60 consumers and to 35 students in a university course.

## Support for Families: Family Problem Solving

A.P. Turnbull, Ed.D.
The Research and Training Center on Independent Living
University of Kansas
Lawrence, Kansas 66045
Sponsor: National Institute of Handicapped Research

**Objectives**—This research is intended to help families identify a systematic method to solve shared problems related to disability in the family, and to resolve conflicts that impede independence of the disabled member. The study's aim is to develop a problem-solving guide that families can use either independently or with the guidance of an ILC counselor.

**Progress**—Project staff have collected resources and conducted interviews with a sample of families to identify examples of key issues to be addressed. Materials development is now in progress, and field testing will occur in late summer.

## Management Procedures in Attendant Care: A Training Model for Disabled Consumers

M.L. Jones, Ph.D.
The Research and Training Center on Independent Living
University of Kansas
Lawrence, Kansas 66045
Sponsor: National Institute of Handicapped Research

**Objectives**—Attendant care is a vital service for many disabled people who live independently, but many lack the skills necessary to train and manage their own care attendant. This project involves developing empirically-based techniques for disabled people to use in training and managing attendants.

**Progress**—An attendant-care training and management model has been formulated to address two important problems: lack of job specification for attendants, and the consumer's inability to provide objective feedback on attendant's work performance. This model uses performance checklists, which are developed by the consumers, to allow consumers to monitor, evaluate, and provide feedback to caregivers. As a result, the consumer's control is maximized.

A draft of an attendant-care procedures manual has been developed. It includes a directory of generic checklists and instructions for tailoring them to individual needs. The manual is now being used and evaluated by several consumers, and aspects of the model have been disseminated via a research article and a regional training seminar for 45 trainees.

## Human Dignity Project

T. Seekins, Ph.D.
The Research and Training Center on Independent Living
University of Kansas
Lawrence, Kansas 66045
Sponsor: National Institute of Handicapped Research

**Objectives**—Despite progress achieved by the independent living movement, disabled persons continue to report unacceptable treatment by some staff of community service organizations. Poor treatment may range from unjustified assumptions about a certain disability's limitations to offensive comments. This project is designed to develop and evaluate a method that consumer organizations can use to help local service providers improve the way they treat disabled consumers.

**Progress**—Although this is a proposed project, preliminary interviews have been conducted with con-

DEM523756

sumer organizations in three cities, ILC staff, and a number of community service providers. These interviews have identified dimensions of acceptable service in specific service situations. Tentative intervention techniques have been developed to help consumers encourage more acceptable service delivery.

## An Analysis and Review of Peer Counseling Provided by ILCs

R.M. Mathews, Ph.D.
The Research and Training Center on Independent Living
University of Kansas
Lawrence, Kansas 66045
Sponsor: National Institute of Handicapped Research

Objectives — According to a national survey conducted by the project, although 58 percent of 120 programs surveyed offer peer counseling, there is no uniform goal or common service technique across ILCs. This project's goal was to prepare a directory to serve as the basis of a network for peer-counseling programs so they can contact each other, avail themselves of existing materials, and consider ways to resolve common problems.

Progress — The survey of ILC peer-counseling programs was completed, and results have been summarized in two research articles submitted for publication. The directory was completed: it covers peer-counseling programs offered by 112 ILCs. More than 350 copies have been disseminated.

## Development of an Impact Evaluation Package for Independent Living Centers

J.F. Budde, Ed.D.
The Research and Training Center on Independent Living
University of Kansas
Lawrence, Kansas 66045
Sponsor: National Institute of Handicapped Research

Objectives — The overall objective is to develop and test an evaluation package that ILCs can use to evaluate their impact on consumers and the community. Because the ILC model is based on a new and novel philosophy, traditional evaluation approaches have not worked.

Progress — A package has been developed and its validity tested. Current work includes testing for reliability, determining error rates for retro-fitting data, and developing effective data presentation methods.

The demand for the package has been very large. As the package is being refined, over 400 manuals were disseminated and 300 professionals and administrators trained to use them. Training has been conducted in three federal regions, and two more regions are scheduled. ILCs in seven states are using part or all of the package. Two articles about the system are being prepared.

## Encouraging Private-Sector Initiatives to Improve Community Accessibility

M.L. Jones, Ph.D.
The Research and Training Center on Independent Living
University of Kansas
Lawrence, Kansas 66045
Sponsor: National Institute of Handicapped Research

Objectives — Architectural barriers still pose major obstacles to independence for people with disabilities. Since few financial incentives exist for private owners of public facilities to remove barriers, strategies must be developed to encourage their voluntary removal. This project is investigating many strategies for reducing barriers, including information prompts, feedback on facility accessibility, and low-cost incentives, such as publicity.

Progress — The first of several intervention studies was begun last fall. Over 350 businesses in Kansas City participated. Results are being used to refine and package the most cost-effective interventions into a set of guidelines for use in other communities. These will describe how to develop accessibility checklists, survey settings, summarize survey information, and complete an accessibility guide. Two research articles are being prepared, and a workshop was presented to 30 participants.

## Nongovernmental Funding Alternatives

G.T. Hannah, Ph.D.
The Research and Training Center on Independent Living
University of Kansas
Lawrence, Kansas 66045
Sponsor: National Institute of Handicapped Research

Objectives — Because ILCs cannot rely on continuing federal support, they must have new ways to identify nongovernmental funding sources. This project's goal is to develop ways to help ILCs establish revenue-

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523757

based planning procedures, including private foundations, for fund-raising.

**Progress**— Using results of a 1983 needs assessment survey and working with a local ILC, RTC/IL developed a procedures manual for planning and conducting fund-raising activities. The manual has been widely disseminated, used in workshops by over 30 ILC and rehabilitation program administrators, and used to assist one ILC in creating a private fund-raising foundation.

## Promoting Community Support for Independent Living

**R.M. Mathews, Ph.D.**
The Research and Training Center on Independent Living
University of Kansas
Lawrence, Kansas 66045
**Sponsor:** National Institute of Handicapped Research

**Objectives**— This project will seek to increase the general public's understanding of independent living, promote community support for independent living programs, and increase involvement with and acceptance of disabled persons. Model informational packages and self-help guides will be prepared. The impacts of these materials on community awareness and public support for independent living will be evaluated.

**Progress**— A national survey of ILCs was conducted to obtain information about outreach and community awareness. Survey results indicate the clear need for assistance in promoting community support for independent living and suggest several potentially effective communication techniques, important messages to be communicated, and appropriate audiences to be addressed.

[See also **IV. Spinal Cord Injury, A. General Rehabilitation,** Documenting and Utilizing Programs to Provide Community Adjustment and Independent Living Services for Persons with Spinal Cord Injury]

# E. Communication Methods and Systems for the Severely Disabled

## Development of a Unified Quantitative Model for Augmentative Communication Systems

**Gregg Vanderheiden**
Trace Research and Development Center
Waisman Center on Mental Retardation and Human Development
Madison, Wisconsin 53705
**Sponsor:** National Institute for Handicapped Research

A conceptual model has been designed to assist in the comparative analysis of all current selection-based augmentative communication techniques. Predictive validity testing using the model is also planned. The model has been fully specified, and a computer program is being written for testing it with actual subjects using augmentative communication techniques. Subsequent extensions of the model will incorporate refinements dealing with the implications of perceptual and motor interaction, and cognitive and language factors. Testing of the model is scheduled for completion by December 1984.

## Study of Dominant Single Speech Motor Subsystem Dysfunctions

**James Abbs, Ph.D.**
Trace Research and Development Center
Waisman Center on Mental Retardation and Human Development
Madison, Wisconsin 53705
**Sponsor:** National Institute of Handicapped Research

The purpose of this project is to quantify motoric abilities for the assessment and treatment of severe motor speech disorders in individuals who are considered candidates for augmentative communication systems. Instrumental measures have been used, including analysis of the lip, jaw, and tongue motor impairments. A jaw fixation prosthesis was utilized, and acoustical, perceptual, and physiological analysis of subjects' speech with and without the prosthesis was conducted. A group of congenital spastic subjects have been compared along the dimensions of fine force and position control in the lips, tongue, jaw, and upper limbs.

The study is scheduled for completion in September 1984. Three publications incorporating the results of the study thus far are currently in press: (i) Barlow

DEM523758

The material on this page was copied from the collection of the National library of Medicine by a third party and may be protected by U.S. Copyright law.

and Abbs: Orofacial fine motor control impairments in congenital spastics: Evidence against spindle-related performance deficits. Neurology, in press; (ii) Barlow and Abbs: Force transducers for the evaluation of labial, lingual, and mandibular function in dysarthria. Journal of Speech and Hearing Research, in press; (iii) DePaul, Abbs, and Barlow: Physiologic and acoustic analyses of the effect of a bite-block prosthesis in a spastic dysarthric. In C. Linebaugh (ed.), Clinical Dysarthria. San Diego: College-Hill Press, in press■

## Cooperative and Commercial Facilitation Projects

**Gregg Vanderheiden**
Trace Research and Development Center
Waisman Center on Mental Retardation and Human Development
Madison, Wisconsin 53705

**Sponsor:** National Institute of Handicapped Research

The Trace Center conducts cooperative research and development activities with manufacturers and individuals designing software and adaptive devices for handicapped persons. Among those involved in such cooperative tasks during the last year have been: Prentke Romich Company, Shreve, Ohio; Sentient Systems Technology, Pittsburgh, Pennsylvania; Adaptive Communication Systems, Pittsburgh, Pennsylvania; Adaptive Peripherals Company, Seattle, Washington; and Smith-Kettlewell Institute, San Francisco, California.

The activities involved development of a hybrid optical headpointer, conceptual work on a communication acceleration algorithm (Minspeak and Speedkey), an adaptive firmware card for the Apple IIe, an eye-tracking system for use by the severely physically handicapped, and development of an oculoencephalographic system for those with minimal motor control■

## Developing International Aids Compatibility Standards

**Barry Rodgers**
Trace Research and Development Center
Waisman Center on Mental Retardation and Human Development
Madison, Wisconsin 53705

**Sponsor:** National Institute of Handicapped Research

Over the last several years, the Trace Center has worked with individuals and groups both in the United States and internationally to develop a standard for interconnection between user-operated switches and electrical communication aids. Two years ago, a Common Interconnection Format for Type 1 interconnections was proposed. Four separate standards now have been developed that cover almost all of the compatibility issues included in the original single standard proposal. The four standards (SET, ISA, SBC, and KEI) have been developed with the assistance of consultants from six countries throughout the field of augmentative communication and computer access. Current work was reported at the RESNA Conference, Ottawa, Canada, June 1984■

## Portable Simple Electronic Transducer and Morse Code Decoder to Serial RS232 Converter

**David Kelso**
Trace Research and Development Center
Waisman Center on Mental Retardation and Human Development
Madison, Wisconsin 53705

**Sponsor:** National Institute of Handicapped Research

This project addresses one of the main problems restricting the wider use of portable computers — their limited input capability for switches and joysticks, which are commonly used as input transducers for handicapped individuals. This problem is being addressed through development of a standard input method and standard Morse code keying pattern to decode switch closures and joystick position and convert them into serial information readable by the computer through the serial RS232 port. This is being done in conjunction with development of a portable writing, communication, and computer-access aid under other funding. The project is scheduled for completion by summer 1985■

## Information Resources

**Mary Brady**
Trace Research and Development Center
Waisman Center on Mental Retardation and Human Development
Madison, Wisconsin 53705

**Sponsor:** National Institute of Handicapped Research

The Trace Center has published an updated version of the International Hardware/Software Registry, containing 70 new entries in addition to 100 original entries that have now been updated. A Telecommunications Resource Book, listing alarm, call, and monitoring systems, as well as telecommunication devices

DEM523759

for the deaf, also is expected to be published in 1984. Cooperation with Tools for Living in the Community and with the Rehabilitation Engineering Society of North America has resulted in publication of a new sourcebook guide on technology for independent living. This sourcebook is now available through the Rehabilitation Engineering Society of North America■

## Access to Computer-Based Services for Persons Unable to Use Current Systems Due to Physical Impairments

**Ed Desautels**
Trace Research and Development Center
Waisman Center on Mental Retardation and Human Development
Madison, Wisconsin 53705

Sponsor: National Institute of Handicapped Research

An investigation was undertaken to determine the types of access problems involved in computer-based services such as those being found in libraries. A technical report has been produced (University of Wisconsin, Department of Computer Sciences—Computer Sciences Technical Report #516, October 1983). This report examines the situation at the University of Wisconsin-Madison campus, and analyzes the general computer access problem in libraries as it impacts upon severely handicapped patrons■

## Keyboard Emulators

**David Kelso**
Trace Research and Development Center
Waisman Center on Mental Retardation and Human Development
Madison, Wisconsin 53705

Sponsor: National Institute of Handicapped Research

Devices taking input from any special communication aid or interface, and translating those signals to the electrical configuration required by a particular computer keyboard, have been designed for the Apple II and IIe, and the IBM PC. They are now commercially available, and work is progressing on development of a multi-computer keyboard emulator that can be reconfigured (by the manufacturer) to work with the IBM PC, the PCjr, the Macintosh, and the Lisa■

## CRT-Based Headpointing Input Device

**Gregg Vanderheiden**
Trace Research and Development Center
Waisman Center on Mental Retardation and Human Development
Madison, Wisconsin 53705

Sponsor: National Institute of Handicapped Research

Transfer of a long-range optical pointer that is CRT-based (stationary workstation) from the research and development prototype stage to commercial dissemination is in progress■

## Comparing Complex Position Averaging Techniques

**Mary Brady**
Trace Research and Development Center
Waisman Center on Mental Retardation and Human Development
Madison, Wisconsin 53705

Sponsor: National Institute of Handicapped Research

A computer program has been developed for capturing position and movement patterns of individuals using the long-range optical headpointer. The program was tested with 20 subjects, one-third of whom had cerebral palsy, one-third degenerative neuromuscular diseases, and one-third spinal cord injury. Hypotheses tested implementation of a particular hysteresis algorithm, among other things. Data analysis has failed to support the notion that this particular implementation of position averaging is useful across the three subject categories tested, or within any of the three categories. Other findings of the current study include observational data regarding skill acquisition time and mastery of the technique by those with extremely erratic headpointing capability.

Findings of the study were reported at the 1984 Rehabilitation Engineering Society of North America Annual Meeting in Ottawa, Canada, June 17-22■

## Adaptation of Standard Tests of Aphasia for Computer-Assisted Administration

**Michael Collins**
Trace Research and Development Center
Waisman Center on Mental Retardation and Human Development
Madison, Wisconsin 53705

Sponsor: National Institute of Handicapped Research

The Token Test (Derenzi and Vignolo, 1962), the Revised Token Test (McNeil and Prescott, 1978), and the Colored Progressive Matrices (Raven, 1962) are being adapted for computer-assisted administration.

DEM523760

Use of alternative inputs, such as a touch-sensitive screen and a touch-tone telephone interface, are also being explored. Software has been written that provides the necessary graphics capabilities, and initial testing of components with subjects is scheduled. A subsequent project investigating computer strategies for recognizing perseveration and self-correction attempts by aphasic individuals will incorporate these techniques∎

## A Unique Comprehensive Communication System for Speech-Impaired Persons

Gary W. Kelly and Peter C.H.S. Ford
Veterans Administration Medical Center
Atlanta, Georgia 30033

**Sponsor:** Veterans Administration Rehabilitation Research and Development Service

**Description**—The Comprehensive Communications System for Speech-Impaired Persons evolved from a previous project published as the "Electronic Communicator for Speech-Impaired Persons." The previous unit utilized Morse Code entered by joystick or other two-axis controller and featured user programmable messages, all in a portable microprocessor-based device.

The present system resulted from the field testing of the previous unit in which it was determined that the Morse Code system, while usable, required a definite training time for any speed and was probably not necessary with the advancement of microprocessor technology. The new system, implemented first on the Apple II family computer, uses a joystick to select letters directly. The letters are arranged in a square around the perimeter of the joystick with essential punctuation and a "shift" key for numbers and special functions. The system is easily learned, has capability for user-defined message strings, allows for printing and saving of text to diskette, and presents the letters in a large type font for many who have visual perception involvement along with other motor impairments.

The joystick is used to select each character the user wants to print on the screen. The standard joystick is bounded by a four-sided square. Starting at a predetermined corner of this square, the joystick slides in a clockwise direction along each side. As the joystick moves, its X and Y coordinates change. The program has a table written into it. As the coordinates of the joystick change, the program selects a corresponding character—a letter or number.

That character is displayed in the top left-hand corner of the screen. It is 2 inches high, (on a 12-inch monitor) and may be made larger or smaller as necessary.

When the user slides the joystick to a point where the required character is displayed in the top left corner of the screen, the user presses push button one, PB 1, on the joystick unit. The character is printed on the screen. The joystick is then moved to select the next required character. This mode is called the Writing Mode of the program.

```
A   B   C   D   E   F   G   H   I
<                                   J
$                                   K
HI                                  L
>                                   M
Z                                   N
Y                                   O
X   W   V   U   T   S   R   Q   P
```

**Note:**
1. > is a space key.
2. < is a backspace/correction key.
3. HI is a prewritten work, viz., "HI."
4. · at the center of the square is a period. Other syntax symbols can be added at the particular patient's request.
5. $ is also a prewritten word, of the patient's choice. For the demonstration disk, the patient chose to print the word "FANTASTIC" whenever he selected $.

The present program is available on diskette and requires an Apple II family computer with 64K of memory and a joystick or other two-axis input device. A monitor and disk drive are also required.

**Future Plans**—Future plans are to reduce the system into a dedicated microprocessor-based device utilizing the Intel 8748 microprocessor, a vacuum fluorescent display, EEPROM memory, and RS-232 serial interface, as well as a special interface to the Apple II family keyboard input. This portable "Joywriter," as it is named, will permit the user to have a comprehensive communication system that is easily learned, may be an independent portable device, and may have a keyboard emulator for the Apple II family of computers∎

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523761

# Efficacy of Remote Delivery of Aphasia Treatment by TEL-Communicology

Gwenyth R. Vaughn, Ph.D.; Walter W. Amster, Ph.D.;
Douglas J. Gilbert, Ph.D.; G. Robert Hopper, Ph.D.;
Kevin P. Kearns, Ph.D.; and Amy Key Rudd, Ph.D.
Veterans Administration Medical Center
Birmingham, Alabama 35233

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

**Background**—There are many travel barriers that inhibit subjects with aphasia from receiving treatment. The remote location of speech-language pathology treatment centers often impedes continued treatment after the acute phase. Because of travel barriers, treatment programs may be based on factors other than the rehabilitative needs of the patient. Considering the large numbers of veterans with aphasia, this comparative study of TEL-Communicology and clinic delivery systems for treatment of aphasic subjects should be of great significance in the areas of service delivery and cost control.

**Purpose**—The purpose of the project is to compare the efficacy of two methods of delivery of an aphasia treatment program by (i) remote delivery by TEL-Communicology, involving both clinician and computer-assisted delivery, and (ii) face-to-face delivery in the clinic. The comparison of the achievement levels of the subjects in each group is based on:

1. Pre-treatment interim and post-treatment evaluation of patient changes in communication ability, and

2. Statistical analyses of certain health care delivery criteria that measure: (i) availability, (ii) accessibility, (iii) acceptability, and (iv) cost-effectiveness. The long-term objective of the project is to determine (i) if TEL-Communicology is efficacious and cost-effective, and (ii) if it makes quality health care more available and more accessible.

**Subject Selection**—Subject selection is based on the following criteria:

1. Veteran,
2. Male,
3. Eighty years of age or younger,
4. First left hemisphere thromboembolic cerebral vascular accident,
5. Neurological stability,
6. No other history of brain injury,
7. Between 2 and 52 weeks post-onset at entry,
8. Premorbid ability to read and write English,
9. No more than 12 sessions of language treatment prior to entry,

10. Language severity between 10th and 80th Overall Percentile on the Porce Index of Communicative Ability (PICA),
11. Corrected vision no worse than 20/100 in the better eye,
12. Binaural hearing acuity no worse than 40 dB SRT, unaided, in the better ear,
13. Adequate sensory and motor ability in one upper extremity for pointing, gesturing, and writing,
14. Agreement to participate in the study, and
15. The ability to utilize the telephone and any additional telephonic equipment, or a competent person available to assist in setting up the devices and treatment materials at the subject's residence.

Subjects meeting criteria are assigned to (i) a control group that receives 5 hours of face-to-face treatment, and (ii) an experimental group that receives 5 hours of treatment by telephone. The same stimulus variables are used in both groups. The results of the pre-evaluation, interim evaluation, and post-evaluation determine the rate and amount of improvement in each of the two groups.

**Accomplishments**—During a 17-month period, 38 aphasic subjects met criteria and entered the study. By May 31, 1984, 15 subjects had completed the 24-week treatment period. The charts of 2,934 neurologically impaired patients were reviewed. Of those, 2,315 patients were rejected because they were not aphasic. Of the patients diagnosed as aphasic, 278 were not accepted because of localization. Ninety-eight potential subjects were rejected because of etiology, and 45 did not meet the criteria of weeks post-onset. The remaining 160 were not accepted because they did not meet the criteria of age, PICA (Porch Index of Communicative Ability), visual acuity, or amount of previous treatment.

**Location of Study**—The Veterans Administration Medical Centers in New Orleans, Little Rock, Miami, and Birmingham serve as treatment centers. Birmingham VAMC is the project center.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523762

# Bliss Symbol-to-Speech Conversion: "Blisstalk"

**Sheri Hunnicutt**
Speech Transmission Laboratory
Royal Institute of Technology
S-100 44 Stockholm, Sweden

**Sponsor:** The Swedish Board for Technical Development
The Bank of Sweden Tercentenary Foundation
The Swedish Council for Research in the
Humanities and Social Sciences
The Swedish Natural Science Research Council
The Swedish Council for Planning and
Coordination of Research

"Blisstalk" includes an electronic communication board on which Bliss symbols are selected by a magnet or by scanning: their corresponding linguistic expressions are spoken by a built-in speech synthesizer (or written as text) in the chosen language.

The Bliss symbols themselves were developed by the Austrian, Karl Blitz, in the 1940s. He was deeply impressed by difficulties in communication among people who spoke different languages, or even the same language with different intentions. While in China, Blitz — now calling himself Charles Bliss — was inspired by the Chinese ideographs to develop his own set of characters. He hoped they could be used as the basis of a system of world-wide commonality of expression and understanding. This system was set forth in his nearly 1,000-page work, Semantography, published in 1965.

In 1971, a special education teacher at the Ontario Crippled Children's Centre found a description of Semantography, and obtained a copy for a symbol communication project which had been instituted for nonvocal pre-reading children. The project staff, with consultation from Charles Bliss, developed vocabularies and procedures for use of the symbols which are now called Blissymbols. An institute for the purpose of developing the Bliss system was established in 1975. Located in Toronto, Ontario, Canada, it is called the Blissymbolics Communication Institute.

The use of Blissymbols in Sweden began in 1976 at two regional rehabilitation centers, one in Gothenburg and one in Linköping. In 1977, the Swedish Blissymbolics Resource Center was formed. Interest in Blissymbolics grew rapidly in all of Scandinavia, and the formation of the Nordic Bliss Communication Committee came about a year later, in 1978. According to the Swedish Institute for the Handicapped, there are about 800 children in Sweden who use Blissymbolics in some form; with many of them, it is their primary means of communication.

The groups concerned with speech synthesis and vocal aids for handicapped at the Royal Institute of Technology in Stockholm have, for some years, been interested in implementing a "talking Bliss system." This interest has been encouraged by the Blissymbolics Communication Institute and others concerned with voice-output communication aids. This system was realized for Swedish in early 1981, and has since been developed for English and French. Bliss users interact with a 500-symbol Bliss board which includes a (multi-language) text-to-speech system developed by our speech synthesis group. The system presently contains a formant speech synthesizer implemented on a programmed signal processing chip and a powerful microcomputer. The Bliss-to-speech program transforms the symbol string indicated by the Bliss user to the corresponding well-formed sentence. Bliss-to-text programs have been developed as well, which perform a similar transformation to well-formed written sentences. The user may intermix Bliss symbols and spelled words to produce the spoken or written message.

Linguistic knowledge has been applied in a variety of ways in the realization of this device. An algorithm for producing well-formed sentences employs a lexicon for pronunciation, part-of-speech and special feature information, a grammar to mark clauses and phrases, and morphological rules to produce correct inflectional endings. Words that are spelled using the board's alphabet squares are pronounced by the speech synthesizer according to grapheme-to-phoneme rules or an accompanying "exceptions" lexicon in the chosen language. A set of phonetic rules control the language-dependent sound inventory, adjusting the realization of phonemes in quality, duration, and pitch according to the linguistic context.

Linguistic knowledge has been applied in a variety of ways in the realization of this device. A special phrase structure grammar has been written which marks clauses and phrases, referring to parts-of-speech information in a lexicon containing words corresponding to Bliss symbols. Phrase order is then inspected to determine sentence type. The speech synthesizer incorporates rules for pronunciation and prosody. Bliss-to-speech and Bliss-to-text programs have been developed for Swedish, English, and French languages.

This brief report has been abstracted from a 16-page illustrated paper which appeared in the Speech Transmission Laboratory's Quarterly Progress and Status Report. The paper discusses the development of Blisstalk, its structure, and its modes of operation. The choice of natural language grammar is motivated and differences between this grammar and "Bliss

DEM523763

grammar" explained and exemplified. An Appendix is included which lists possible verb phrase types in English and indicates their availability in Blisstalk users.

[See also **IV. Spinal Cord Injury, F. Environmental Control Systems for the Severely Disabled**, Ocular Controlled Communication and Environmental Control for Severely Disabled Veterans, Interactive Voice Studies and the Design of Command Vocabularies for Voice-Controlled Systems, and Ultrasonic Head Control Unit]

# F. Environmental Control Systems for the Severely Disabled

## Capuchin Monkeys as Aides for Quadriplegics

Mary Joan Willard, Ed.D., and Paul Corcoran, M.D.
Veterans Administration Medical Center
Bronx, New York 10468

**Sponsor:** Veterans Administration Rehabilitation Research and Development Service

Research has shown that capuchin monkeys have the potential to be as valuable to high-level quadriplegics as guide dogs are to the blind. Current goals include:

1. The standardization of training procedures used in teaching capuchins a basic repertoire of skills. Training procedures for approximately two-thirds of the basic behaviors have been standardized and are described in a training manual. These same behaviors are in the process of being videotaped. Footage will be edited and narrated to produce instructional videotapes.

2. The redesign of equipment that allows the disabled user to direct, reward, and punish his animal helper. The shock/buzz remote control unit used to discipline the monkey has been reduced in size and weight and the harness which holds it, redesigned. Powder and liquid reward dispensers are being replaced by a dispenser that allows a quadriplegic to deliver a variety of food rewards.

3. Redesign and standardization of training equipment. The ease with which monkeys learn specific tasks is partly a function of the design of the training equipment. Equipment continues to undergo modification as improvements in design are discovered.

4. Placement of monkeys. Six quadriplegics are currently using simian aides with an additional two placements expected during the summer of 1984. The number of tame female Cebus apella available to this program is very small. It has limited the number of research placements made. Capuchins placed in the future will probably come from a group now being raised specifically for this project.

5. Exploration of sources of Cebus apella. Young Cebus apella have been obtained from private centers, universities, pharmaceutical laboratories, and zoos. These sources are unpredictable, however, and unlikely to yield more than 5 to 10 monkeys per year. Breeding stock for a Florida-based colony is being sought from Argentina, Brazil, and Peru. This colony should eventually produce 30 to 50 infants per year.

6. Evaluation of all placements. An evaluation of each placement is conducted by project staff. In addition, an independent evaluation of several of the placements will be made within the next year by the Veterans Administration research evaluation unit.

7. An analysis of the type of organization that can train and place simian aides on a larger scale. Such an organization has been described and established. It is Helping Hands: Simian Aides for the Disabled, incorporated in 1982 as a nonprofit organization. Its eventual goal is to train a larger number of simian aides and place them with quadriplegics throughout the United States.

## Headwand with Grasp and Release Capabilities

Leonard Anderson
Wichita Rehabilitation Engineering Center
Wichita State University
and
Cerebral Palsy Research Foundation of Kansas, Inc.
Wichita, Kansas 67208

**Sponsor:** Wichita Rehabilitation Engineering Center

The objective of this project was to design and fabricate one or more suitable devices that would give the headwand user controllable grasp and release capabilities.

Two devices were designed and fabricated. The first was one that provided for grasping and releasing of objects, with control by puffing and sipping through a plastic tube by the user. The grasp/release mechanism was activated by a sheathed cable which was attached to the diaphragm of a power-brake assist unit that had been salvaged from an automobile. The plastic puff-sip tube was connected to the chamber side of

DEM523764

the diaphragm in the unit and the diaphragm was then moved by the evacuation of air (by sipping), or by pressurizing (by puffing), when the user chose to do so.

The diaphragm in the unit used in this project had a diameter of approximately 9 inches, yielding a surface area of 63 square inches. Since an individual with adequate pulmonary function is capable of sipping and puffing 12 to 14 pounds per square inch, forces in the sheathed cable of the magnitude of 760 pounds are possible (less friction in the cable and mechanism). This was more than adequate to operate the mechanism of the grasp/release function which was developed for this model. Cable forces at the grasping mechanism of 16 to 20 pounds were all that were required to provide for 3 to 4 pounds gripping force, which is adequate to lift most objects that are reasonable in size and weight. The cable did provide some hindrance to the user due to its routing and added weight to the wand itself.

The second design provided for the grasp/release mechanism to be manipulated by a small air cylinder which is mounted at the tip of the wand and is essentially part of the mechanism itself. The wand is lightweight aluminum tubing and supplies air which is pressurized or evacuated from the air cylinder. Supply air pressure is provided by an air tank which can be charged from any supply of air pressure (such as service stations or plant air sources). Very small volumes of air are required for each activation of the mechanism. Therefore, the air tank provides for use of the device for relatively long periods of time between charges.

Control of the mechanism is accomplished by manipulating an electric switch that operates a solenoid air valve. The electric switch is of the micro-switch variety and can be easily activated by jaw manipulation, tongue movement, etc., depending on the choice of the user.

A disabled individual was hired as a consultant to help the researchers evaluate the devices. This young man, who has cerebral palsy, has no use of his hands, and has used a headwand for typing, etc., for several years. He was given the first of the two devices (with puff/sip control of the manipulator) in October 1983, with the goal of performing independent daily living tasks for which he had been formerly dependent. No vocational tasks, as such, were attempted using that design. The young man was shown the second device in January 1984, and the evaluation of some simple vocational tasks was carried out in February 1984.

The first tasks attempted by the client in his home using the first device were simple. Such things as picking up pencils, small bolts and nuts, peanuts, etc., and placing these objects at various levels were performed. The first purposeful task that he attempted was to play the game of Monopoly with some friends. He has long enjoyed playing the game, but had to have fellow players move the pieces and toss the dice for him. In his first attempt to do so, he was able to toss the dice one-at-a-time, and then to pick up his playing piece, move it, and place it on the board accordingly.

The second of the two designs was the preferred one to evaluate in a vocational setting. The work station chosen is one that requires the manipulation of small, light objects.

Further research is to be carried out to determine the potential effectiveness of such a device to enhance vocational productivity.▪

## Ocular Controlled Communication and Environmental Control for Severely Disabled Veterans

Catherine Britell, M.D.; George Rinard, Ph.D.; Thomas Prescott, Ph.D.; Janet Costanza, M.S.; and Patricia Jackson, R.N.
Veterans Administration Medical Center
Denver, Colorado 80220

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

The purpose of this project is to further develop and refine an existing ocular-controlled communication system and to explore the feasibility of using this system for environmental control for severely disabled patients, particularly those with brainstem dysfunction. The Ocular Controller, developed by Denver Research Institute, University of Denver, consists of an infrared-light-emitting diode reflecting off the patient's cornea into a sensing unit that translates eye movements into electronic signals. The signals are averaged and encoded by a microprocessor-based device which is programmable to effect written communication, synthesized speech, and control of a number of switches used for environmental control (EC).

A device was developed, fabricated, and tested with a second patient at the Denver VA Medical Center. Preliminary evaluation showed the patient, a 55-year-old veteran who had sustained a severe brainstem infarct 5 years previously, to have excellent horizontal and fair vertical eye control with minimal nystagmus. There was no motor control of extremities, lips, or tongue. Head control was fair when supported in the semi-recumbent position, but fatigued easily. There

64

Rehabilitation R&D Progress Reports 1984

etc.,
vere
at-
with
me,
and
, he
n to
the

red
ork
ion

ine
en-

,tt,

nd
on
lis
is-
s-
er
of
a-
ve
ed
n-
a
ol

h
r.
r-
n
ıl
,
r
e

was moderate to severe generalized extensor spastic-ity. Both verbal intelligence and functional physiologi-cal state tested within normal limits, and receptive language and vocabulary were excellent.

For this patient, a three-position Morse code sys-tem was used to maximize accuracy of encoding. Modification of the eyeglass-mounted light source and camera produced improved stability and less need for ongoing adjustment of the glasses. However, this continues to be the weakest component of the system, too unstable for prolonged use with this spastic patient in the sitting position, and is still most functionally used by the patient in bed. Modification and reprogramming of the encoding system was successfully accomplished to reduce set-up time to less than 1 minute, enable any caregiver or friend to easily do it, and minimize attendant error.

The communicator was interfaced with a video terminal with memory and dot matrix printer. This allowed the patient to edit and print complex commu-nications. Communication speed with this device averaged 18 to 22 characters per minute. In addition, an orthographic vocal encoder was interfaced with the system. Preliminary experience with this device has been good, although complete evaluation has not yet been done. EC devices were found so far to have little practical application with this patient. In particu-lar, movement of the patient's bed position often caused him to become poorly positioned due to his spasticity and inability to reposition himself. For this reason, it is suspected that independent bed control may not be feasible for patients such as these.

Since the video display and eyeglass component must be precisely positioned and occupy much of the patient's visual field, television tuning was also con-sidered by the patient and treatment team not to be a reasonable goal. Control of room light level has been developed, and is presently being tested. More com-plicated EC functions, such as telephoning and robot-ic manipulation, are not considered within the scope of this project.

Further work is planned to include improving the mechanical stability, simplicity, and reliability of the eyeglass system; further simplifying and standard-izing the encoder/control system; and exploring the feasibility of simple EC functions with a third patient. The goal remains of more closely approaching a simple, reliable, inexpensive unit suitable for produc-tion and delivery to patients in need of this system.∎

## MicroDEC II—Environmental Control System for Computer Access Aid

Craig Heckathorne, M.S.
Prosthetics Research Laboratory
Northwestern University
Chicago, Illinois 60611

Sponsor: Northwestern University
Rehabilitation Engineering Program

The MicroDEC II assistive device was designed to provide a person who has a severe physical disability with control over electrical devices within the living or working environment and the equivalent of keyboard access to an Apple II+ or Apple IIe computer.

Developed as an upgrade and extension of the commercially available MicroDEC environmental con-trol system, the MicroDEC II retains all of the original unit's device control features. Through a two-switch scan-and-select technique, the user can control power to lamps and electrical appliances, and with optional interfaces can control a call alarm, electric bed, and television. The MicroDEC II, like the original Micro-DEC, also provides the user with complete control of a standard handset or a speaker telephone. Phone calls can be received or placed, and up to six phone numbers can be programmed by the user and dialed automatically.

In the computer access mode, the MicroDEC II presents the user with appropriate selection groups on an auxiliary alphanumeric display. Characters, words, and commands selected by the user are transferred to the Apple computer through an inter-face board and appear to the Apple, electrically and logically, as if they had been typed at the keyboard. This arrangement, referred to as keyboard emulation, gives the MicroDEC II user access to any standard off-the-shelf software written for keyboard input.

Beyond simple emulation of the Apple II+ or Apple IIe keyboards, the MicroDEC II enhances text entry for word processing by arranging letters and words within the displayed groups according to their statistical probability of selection. Thus, more likely letters or words require fewer actions to select than less likely items. The MicroDEC II's word resource includes a core group of the 500 most frequently used words and a learning element of approximately 150 words that dynamically reflect the user's topical word usage.

The development phase of the MicroDEC II project has been completed. Our laboratory is now working with a manufacturer to transfer this device to the commercial sector.∎

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523766

## Wheelchair Control and Robot Arm/Work Table System for High Spinal Cord Injured Persons

W. Seamone, B.A.E., and G. Schmeisser, M.D.
Johns Hopkins University
Applied Physics Laboratory
Laurel, Maryland 20707

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

The objective of the project during this period (June 1983 through May 1984) has been improvement in performance, versatility, and reliability of the Robot Arm/Work Table System (RA/WT) to enable eventual selection of a functionally optimal design as a model for a commercial or production prototype. Prior to this period it was proposed that 2 RA/WT units be rotated between the Spinal Cord Injury Services of the Richmond and Cleveland VA Medical Centers (for clinical evaluation by quadriplegic volunteers associated with these centers) and the Johns Hopkins University Applied Physics Laboratory (for equipment modifications in response to recommendations by these quadriplegics). Collaborative research proposals were submitted to RERADS by the chiefs of these SCI services to cover the clinical evaluation phases conducted in these VAMCs. This report summarizes the equipment modifications carried out in reponse to recommendations received either before or during the report period from the users at the two participating VAMCs.

Modification of the arrangement of telephone components during the previous period was so favorably received during the current period that no need for further modification is anticipated. A variety of relatively minor modifications of the self-feeding components was carried out. This function is now well received by most users. The general problem of space congestion in front of the user's face was improved both by modification of the telephone and introduction of a puff-operated computer keyer. The Robot Arm can be used to change floppy discs in a personal computer, but its lift and grasp force limits, the extent of wrist rotation, and its precision limits restrict its handling of reading materials to sorting and manipulating only the thinnest magazines and pamphlets. The resolution of these problems could substantially enhance quadriplegic productivity with a personal computer or typewriter. It is believed that the current design of the Robot Arm will accept modifications intended to satisfy these functional goals.

A new microprocessor, a 6809, was chosen and integrated into the Robot Arm controller to increase operational reliability and flexibility. Software design for the old F-8 microprocessor was translated. A computer board was assembled with the 6809. Single axis capability was verified. To shorten task performance time, work was begun on the multiaxial mode capability to control three axes of motion to allow simultaneous operation in a non-coordinated fashion.

A problem was encountered and a solution found to enable more than one person to use the same RA/WT. Each user requires somewhat different end points of the terminal device about his head. A means of quickly changing the motion-file for each user was achieved by using the disc storage capability of a personal computer. In the absence of a personal computer, a wafer drive was found suitable. This unit fits on the support column of the RA/WT. Each data cartridge can hold motion files for at least ten persons.

To enable respirator-dependent and other quadriplegics with limited head and neck motion to use the RA/WT, a new controller was designed and fabricated that uses the jaw muscles (bite) and tongue for control inputs.

## Development and Evaluation of a Robotic Aid for the Severely Disabled Individual

Larry Leifer, Ph.D.; Bernard Roth, Ph.D; Inder Perkash, M.D.; and George Sullivan, M.D.
Rehabilitation Research and Development Center
Veterans Administration Medical Center
Palo Alto, California 94304

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

**Problem**—Persons with physical disabilities such as quadriplegia and severe arthritis have a greatly reduced capacity for manipulating their environments, a condition often exacerbated by reduced mobility. The importance of access to, and control of, one's environment has long been recognized by disabled people and rehabilitation professionals. To date, the need could be addressed only by human attendants and occasionally by trained animals.

**Significance**—Unlike special-purpose devices and environment controllers, a robotic aid is a general-purpose tool, capable of manipulating a wide variety of objects and performing useful tasks in a changing and unpredictable environment. As a cost-effective alternative and/or adjunct to personal assistance in certain situations, a successful robotic manipulation aid can be expected to enhance the disabled individu-

DEM523767

Rehabilitation R&D Progress Reports 1984

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

al's sense of self-worth, functional independence, and productive capacity.

There is also an economic incentive to put robots to work for the more than 7,000 severely disabled veterans. Their labor-intensive attendant care can exceed $50,000 per year. The total cost of human services in industry averages $17 per hour and is rising — the cost of robots averages $6 per hour and is dropping.

**Background** — The application of robotics to rehabilitation has few precedents. Over the past two decades, perhaps 10 projects can be identified that relate in some way to this human/technology endeavor. Historically, projects were outgrowths of relatively low technology prosthetics research or were (at the other extreme) efforts to apply the type of large remote manipulators associated with nuclear reactor maintenance.

More recently, industrial robotics and artificial intelligence have been making significant progress in developing utilitarian systems that improve industrial productivity and product quality in a cost-effective manner. While these developments have important implications for rehabilitation, their emphasis is on excluding humans rather than working with them. Telemanipulation, on the other hand, seeks to produce a mechanical extension of a human being, exploiting the operator's full range of perceptual, intellectual, and especially manipulative abilities.

Between the extremes of human involvement in the manipulation process lies interactive robotics, of which rehabilitative robotics is a part. The human, exercising a primarily supervisory role, directs the computer system to perform the desired task. A task is as simple as directing a move left action or as complex as serving a meal. The interactive nature of the process implies that the user has, at all times, complete control of the system.

**Hypothesis** — Based on our expectations that the development of a single general-purpose manipulation system is a more cogent answer to the manipulation needs of the severely disabled than is the design of a multitude of special-purpose aids, our current work is directed towards testing the following hypotheses:

1. The utility of a robotic aid is primarily dependent on the user being able to interact naturally with a machine that is capable of performing a variety of generic tasks autonomously.

2. Natural human-machine interaction is possible if the interface is managed by intelligent programs.

3. Autonomous machines must be able to sense their environment, make plans, and control their actions.

**Approach** — The VA/SU Robotic Aid has been the first project to be based on a commercially available human-scale, 6-axis, industrial manipulator, driven by high-level software, using totally digital, multi-microprocessor-based control algorithms.

**Status** — The Robotic Aid Project embodies a clinical system and a laboratory development system. The design of the clinical system has been stabilized to a degree that allows us to pursue intensive evaluation trials with severely disabled individuals at the Palo Alto VA Medical Center's Spinal Cord Injury Service. Over 90 users have been trained to use the clinical system, of whom more than 20 were quadriplegics. The feedback from this user involvement has driven the development effort and defined specific goals in terms of the most desirable (and feasible) tasks. Actual use has pinpointed areas of needed improvement, including planning and control algorithms, environmental layout, command semantics, command phonetics, and procedures for training new users (an important consideration)∎

# Design of a Six-Axis Joystick for a Robotic Manipulation Aid

Larry Leifer, Ph.D., and Machiel van der Loos, Ing. Dipl.
Rehabilitation Research and Development Center
Veterans Administration Medical Center
Palo Alto, California 94304

Sponsor: Veterans Administration Rehabilitation Research and Development Service

**Problem** — The utility of a robotic manipulation aid depends largely on the interface between the user and the machine. "Commanding" a system to perform a task can be done through keyboard entry or spoken commands, but "piloting" the mechanical arm is best accomplished by a joystick-like device or some other control interface that uses the motoric capabilities of the user.

**Hypothesis** — It is our hypothesis that a general joystick-like device allowing control of the robot arm will significantly enhance the performance of the voice-commanded manipulation aid currently in use. The joystick will take over the true "piloting" functions

DEM523768

while freeing the voice communication for supervisory roles.

Further, it is hypothesized that a design allowing simultaneous control of all six axes of the robot will permit the joystick to be a natural interface device, encouraging pointing in any direction. Such a general pointing capability should be combined with a facility to restrict motion to only one axis at a time, thereby eliminating drift in undesired directions.

**Status**—Three prototype versions of VIDOF, the six-axis joystick, have been designed.

The VIDOF has undergone a preliminary phase of parameter adjustment for able-bodied users. Qualitative feedback from about 20 users indicates that the device requires a training stage before confidence is attained in making complex, high-speed maneuvers of the arm that VIDOF allows.

Future plans include quantitative performance testing, investigating various operating modes, and comparing the range of robot control devices currently available. Finally, the most important goal is extending the design process for the specific need of evolving robot controllers for the disabled users of the VA robotic aid■

## Sensor and Gripper Development for the Robotic Aid Project

Larry Leifer, Ph.D.; Stefan Michalowski, Ph.D.; and Machiel van der Loos, Ing. Dipl.
Rehabilitation Research and Development Center
Veterans Administration Medical Center
Palo Alto, California 94304

Sponsor: Veterans Administration Rehabilitation Research and Development Service

**Problem**—The utility of any robotic system is limited to a great extent by its ability to sense its environment and to adjust to unforeseen situations it encounters. Three primary goals are obstacle avoidance, object recognition, and force or position ranging feedback during piloting maneuvers. These goals can only be achieved through the extensive use of sensors on or near the extremity of the robot arm, the gripper.

Development must thus proceed on three fronts: mechanical design (including gripper mechanisms and transducer technology), electronic interfacing (to preprocess the transduced signals for the main computer), and software algorithms (to make optimal use of the sensor information in the attainment of the goals mentioned above).

**Significance**—The first generation VA/Stanford robotic aid for the severely disabled was primarily designed to be a voice-controlled manipulation aid, with the user responsible for all of the decision making. While feasibility of voice-controlled manipulation was demonstrated, a performance plateau was reached due to the inability of the machine to absorb some of the burden of control. Without gripper-based sensors, the robot's performance and application were consciously limited for reasons of safety—primarily for the user, but also for the environment and the robot itself.

**Hypothesis**—It is postulated that performance of any robotic system can be enhanced by sensory aids. With a robotic system under constant supervision of a user, as is the case for the VA/Stanford robotic manipulation aid, the user is always in complete control of the arm's motions. For safe and fast action, the limiting factor is the bandwidth of the communication channel between user and system. For some operations, neither voice nor joystick control may be adequate, and feedback from sensors to the system and to the user is seen as the only reasonable means of correction or redirection of movement.

**Status**
A. Gripper Design: a third-generation gripper has been developed which incorporates several major design enhancements: higher frame rigidity, greater gripping force, better transmission, and less mechanical backlash than previous versions.
B. Optical Sensors: more robust, sensitive, and compact optical sensors are being used in the current development system gripper finger pads, permitting more sensors to be used in the same space, and better closed-loop algorithms to be developed.
C. Tactile Sensors: whisker sensors have been developed to the single-unit prototype stage, but have not been implemented on the gripper.
D. Microswitch Sensors: the clinical system gripper has been fitted with microswitch pressure plates on the gripping, forward, and lower touch surfaces for elementary obstacle avoidance and alignment to a surface.
E. Conditioning Electronics and Preprocessor Units: a standardized transducer electronics and preprocessor unit has been developed, allowing any multi-sensor system to be incorporated into the general control scheme with a minimum of spe-

DEM523769

Rehabilitation R&D Progress Reports 1984

cialized interfacing. Both the six-axis force sensor and the new gripper have been interfaced using this procedure.

F.  Algorithm Development: the design of a real-time control framework in the main computer for the second-generation development system is complete. Work is proceeding on interfacing the gripper control processor and the force-wrist processor to the main computer. Algorithms have been written to implement closed-loop control from these sensor sources, and are currently being tested. Projects include hovering, aligning, peg-in-hole insertions, centering-and-grasping, object contour following and identification, and obstacle avoidance techniques.

The above elements will be part of the second generation robotic aid development system, presently in its initial stage of full control implementation. The enhancements mentioned will be the first step to endowing the development system with sensory and manipulation capabilities the first generation robotic aid does not have.■

## Interactive Voice Studies and the Design of Command Vocabularies for Voice-Controlled Systems

Larry Leifer, Ph.D.; Roger Awad, M.S.; K.G. Engelhardt;
Karen Holloway, B.S.; Brodie Lockard, M.A.;
Machiel van der Loos, Ing. Dipl.; and Roger Wicke, Ph.D.
Rehabilitation Research and Development Center
Veterans Administration Medical Center
Palo Alto, California 94304

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

**Problem**—The state of the art in voice recognition technology has made it possible to use voice as a viable communications link to computer systems in some situations. One case in which feasibility has been demonstrated is a voice-controlled robotic manipulator system for the severely disabled.

Limiting factors of the human/machine interaction center on human performance given machine characteristics and machine performance given human attributes. Errors can result from the incapability of the recognition unit to distinguish between two words with a high level of confidence. Problems also arise from errors that users make in the use or pronunciation of the allowable commands. There is a need,

then, to develop tools to construct command vocabularies so that the phonetic differentiability among all words is high, while semantic and syntactic clarity is retained.

**Significance**—Speech may be one of their only remaining means of communication for people disabled by high-level spinal-cord injury or neurological disorders. This suggests that voice recognition units are potentially very powerful devices for communication with computer systems. The utility of such devices has been demonstrated in the case of the VA/Stanford Robotic Aid Project.

A key component to successful human/machine integration is the voice command recognition rate. If this rate can be increased from the measured overall 85 percent to the theoretically attainable 99 percent, then acceptance, performance, ease of use, and confidence are expected to rise accordingly.

**Background**—When the first generation of the robotic aid system was assembled 5 years ago, the state of the art in voice recognition technology centered on the digital coding of time histories of band-pass-filtered speech samples. Templates thus created could be stored economically. The Interstate Electronics VOTERM unit was selected because it was one of the better systems of that generation, and because it had extensive diagnostic features.

The voice recognition system cannot monitor or correct its own misrecognitions. A technique was thus developed to systematically tally them manually in order to establish the user's as well as the VOTERM's performance during actual use of the robotic aid.

A pilot study was conducted using five able-bodied and five quadriplegic users prior to their using the VOTERM as an input device for controlling the robotic aid. Once voice training was completed, most of the users achieved recognition rates of 100 percent. However, when the same vocabulary was used in the context of controlling the robotic aid, frequent recognition errors occurred. It appeared, therefore, that further study was required on variables that affect voice recognition during actual use.

It has been shown that training techniques are crucial to establish user confidence and competence in the operation of a complex system. Special attention, therefore, had to be paid in the development of voice training techniques, concentrating on speech consistency, user attitudes, stress factors, and environmental variables.

DEM523770

**Hypothesis** — It is postulated that a combination of error tallying, template comparison, and user training will remove the most frustrating sources of error for voice control of the robotic aid. By coordinating these efforts, a set of vocabulary design/modification tools can be constructed. More importantly, the utility of voice as a viable means of controlling advanced assistive devices such as the robotic aid can be assessed.

**Approach** — The general methodology involved the design and development of quantitative analytical tools as well as the evolution of techniques and procedures based on experience and observation of user interaction with the robot system.

The voice command tallying techniques provide information on the commands a robot user employs during a typical 1 to 2 hour training session. To test prospective command words for compatibility with the existing vocabulary, a computer program (VDEL-TA) was written to perform template comparisons, indicating differentiability in matrix form. Words too phonetically similar could then be removed from consideration.

Training procedures include specific directives on how to provide the speech quality that the voice recognition unit requires. These guidelines began as the manufacturer's suggestions and evolved to include observations by the trainers on the best techniques and most frequent causes of recognition errors. Factors concerning voice consistency and the emotional content of the spoken commands, i.e., those involving the quality of the interaction between the user and the system, are of prime importance in this context.

**Status** — The robot command vocabulary currently consists of 58 words, and is in its fourth generation (V-4). The first version V-1 was constructed mainly on the basis of functional capabilities. The subsequent version, V-2, was made to incorporate several new command features. No evaluation methodologies were brought to bear at this stage. The evolution from V-2 to V-3; necessitated by user frustration at the quality of the voice recognition, was guided primarily by observations and suggestions by the trainers. Overall recognition rates, as measured by the tally method, dropped from 84 percent to 80 percent overall, due in part to experimentation with 15 new command words.

The evolution from V-3 to V-4 was guided by our experience with previous versions, utilizing all of the tools and methodologies mentioned in the preceding section. The overall recognition rate increased from 80 percent to 86 percent, with a significant shift to types of errors that less seriously affect performance.

Future plans include special-purpose vocabularies for specific applications and the inclusion of several new functional modes requiring new command words. Based on the success of the previous methods, these changes will be made in a systematic way to optimize user acceptance through careful choice and comparison.■

## The Study of Manipulator Motion Under Constraint

**Larry Leifer, Ph.D., and Charles Buckley, M.S.M.E., M.S.E.E.**
Rehabilitation Research and Development Center
Veterans Administration Medical Center
Palo Alto, California 94304

**Sponsor:** Veterans Administration Rehabilitation
Research and Development Service

**Problem** — Research in hybrid man-machine manipulation systems has identified the need for automatic trajectory generation of manipulator motions. The principle of such hybrid systems is that an operator always has the option of guiding a manipulator through a motion under manual control. However, if a task is easier to describe to the dedicated assistive computer, which makes these systems possible, than it is for the operator to carry it out manually, the operator may ask for a motion to be completed under computer control.

A number of hybrid man-machine manipulation systems have been built and evaluated (Brooks, Buckley). The device described in Buckley is currently being evaluated in other research at RR&D. While it cannot be disputed that such devices increase the manipulative capabilities of the operator that they serve, the degree of useful computer assistance available from these systems has been minimal. This is due mainly to the high complexity required to describe manipulator motions in sufficient detail for them to be executed under computer control.

If such systems are ever to become more than laboratory curiosities, the burden of making implicit information about motions explicit enough for execution must be shifted from the human operator to the assistive computer of the system. Along with the development of an effective human interface, this is a fundamental problem in this field.

DEM523771

**Approach** — The primary difficulty in manipulator trajectory generation is that of characterizations of collisions. Given an adequate model of the world in which a manipulator operates, it is very easy to determine on a yes or no basis if a manipulator may be placed in a given position. It is not as easy to numerically characterize the relative badness of two manipulator positions in terms of some performance index. Such a characterization is useful in determining how to modify a manipulator position so as to eliminate possible collisions.

It is therefore sought to develop a strong, mathematically consistent numeric characterization of a manipulator moving among obstacles. Having done this, it is sought to apply previous results in numerical analysis to the computer generation of valid trajectories.

**Status** — The formulation of the trajectory generation problem as a nonlinear programming problem has been accomplished. This includes the development of a piecewise-differentiable constraint function which characterizes collisions that are valid for the entire problem domain. As far as is known, this work is original.

Algorithms have been developed for efficiently calculating these functions for polyhedral sets. Implementation of these algorithms is near completion.

The investigation of numerical algorithms for computing trajectories that take advantage of this formulation is currently in process.

## Evaluation of the Human/Machine/Environment Triad: An Interactive Model Applied to the Robotics Aid Project

K.G. Engelhardt; Inder Perkash, M.D.; and Larry Leifer, M.D.
Rehabilitation Research and Development Center
Veterans Administration Medical Center
Palo Alto, California 94304

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

**Problem** — There is a critical need for user evaluation of rehabilitation research and development products at the prototype stage. There are no established protocols for prototype evaluation, nor are sufficient resources being allocated to carry out this crucial facet of the development process. The government regulates safety and efficacy of market-ready products through the FDA, but has no standardized protocols for evaluation of prototypic rehabilitation products. An environment to facilitate user and applied health professionals' input at all stages of the development process is needed to assure that the products generated are useful to people with disabilities.

The Office of Technology Assessment's Report, Technology & Handicapped People (1982), concluded that: "Evaluation is — or should be — an ongoing and integral part of the entire lifecycle . . . A coherent, and well-focused program of evaluation is necessary at all levels of technology diffusion and adoption. Such a program does not currently exist in the disability-related technology sector." (OTA, 1982) Research must also be conducted to determine what training procedures should be used to introduce people of all ages to new, sometimes sophisticated, products.

**Background** — There are often communication gaps when professionals trained in medicine, the social sciences, and engineering attempt to explain their differing approaches to solving a problem. Yet the evaluation of complex interactions between intelligent systems and intelligent beings demands an attempt at synthesizing the jargon, styles, and research methodologies of these various fields. The rapidly expanding technological advances, and their unexplored human/machine complexities require an interdisciplinary synthesis of medical, social scientific, and engineering methodologies in order to properly evaluate this class of sophisticated devices. An underlying premise is that intergenerational interaction will also facilitate the development of higher quality products better suited to the varied needs of all segments of our aging population.

A team composed of individuals from a variety of disciplines has been organized to develop research protocols and a working model for prototype evaluation.

**Status** — This clinical research has generated over 25 professional presentations over the past 2 years. Abstracts are available in the Robotics Information Package. Over 100 users have been trained to use the robotic aid using the interactive evaluation model (Engelhardt, Leifer, et al, 1983) approach. They range in age from 5 to 72 years and include over 22 high-level spinal cord injury patients. A 200-page manual has been developed and utilized by people of varying levels of formal education, from those without high school degrees to those possessing the Ph.D. Training methods are currently being researched in our locus of control study which hypothesizes that successful use of the robotic aid can be enhanced if training style

DEM523772

is matched to user characteristics. Voice studies are ongoing to better illuminate the research questions related to using voice as a control mechanism for a sophisticated assistive device.

Issues in technology transfer are also being actively examined from the theoretical diffusion of innovation perspective, the health services research perspective, and the manufacturer's production perspective.∎

## Ultrasonic Head Control Unit

David L. Jaffe, M.S.; Inder Perkash, M.D.; Ronald Gaines, M.D.; and Janet Yoshida, O.T.R.
Rehabilitation Research and Development Center
Veterans Administration Medical Center
Palo Alto, California 94304

Sponsor: Veterans Administration Rehabilitation Research and Development Service
Paralyzed Veterans of America
Invacare, Solo Products, Jib Ray, and Polaroid, Inc.

Problem — Quadriplegics and others lacking control of upper and lower limbs have a need for improved communication and control of their environment. While many interfaces have been developed for use by severely disabled individuals, none are ideal: some have sanitation problems (pneumatic puff/sip switches), while others may physically intrude upon the user (chin operated joysticks) or may be socially objectionable (head wands). Some technologically advanced approaches have drawbacks of their own: eye control units restrict the user's gaze unduly, while voice control provides inadequate system responsiveness and behavior discrimination. Each is limited in its ability to convey the will of the user to operate the device to which it is attached. Trade-offs are frequently involved in their design and use.

Significance — Successful development of a device that can overcome current interface shortcomings would be of significant value to severely injured individuals who wish to control their mobility or communication in a socially acceptable and aesthetically pleasing manner. Desired characteristics would include operation of a device from a distance without the necessity of mechanical contact, use of a part of the body that will not interfere with sensory input, and easy training and use. Other features, such as modular construction, low cost, the ability to accommodate many users, and self-calibration, would contribute to the appeal of the interface, and thereby stimulate its widespread use.

Background — Several methods have been developed to allow a user to communicate with a device to control it. Demonstrated techniques include magnetic induction coils, light emitter/detector pairs, radio transmission, EMG signal detection, EEG signal detection, eye movement detectors, and light reflectance. While the feasibility of each has been demonstrated, each approach fails one or more of the performance criteria defined above. Inherent in many of these potential solutions is the requirement that the user wear a portion of the interface.

Hypothesis — Ultrasonic distance ranging requires no physical contact with the object of interest. A person would not feel encumbered using a device that incorporates this technology. The investigators hypothesize that an array of distance-ranging sensors can monitor the head position of a severely disabled quadriplegic operator to obtain command and control information for the operation of mobility and communication devices.

Approach — In this project, two Polaroid ultrasonic distance-ranging sensors are employed. They emit inaudible sound waves that propagate through the air until reflected by an object. A portion of the echo signal returns to the transmitting sensor and is detected by the associated electronics. The measured time from transmission to the reception of the echo is proportional to twice the distance between the sensor and the object.

In this rehabilitation application, two separate sensors are directed at the user's head. The two distance ranges, one from each sensor to the head, and the fixed separation of the sensors describe a triangle whose vertices are the two stationary sensors and the user's moving head. A geometric relationship allows the offset from the base line and center line of the two sensors to be calculated. This information is then used to map the user's head position onto a two dimensional control space.

In operation, users of the Ultrasonic Head Control Unit (UHCU) merely tilt their head off the vertical axis in the forward/backward or left/right directions. Their changing head positions produce the same effects as a joystick. Thus, the UHCU can be used to control any device usually controlled by a joystick (wheelchair, communication aid, video game, etc.).

The main advantage of this type of interface is that no mechanical contact between the sensors and user's head is required. Users should not feel confined, as frequently occurs with other interfaces. The use of the remote sensing ability of the UHCU should

DEM523773

result in rehabilitation devices that are socially acceptable and cosmetically pleasing.

**Status** — UHCU's have been installed on two electric wheelchairs. The first is an E&J Model 3P equipped with a reclining Recaro seat and is in use in France by a quadriplegic woman. The second is mounted on an Invacare Rolls IV with a Solo Products Power Pack and is being evaluated by spinal cord injury patients at the VA facility.

Both units have been operational since June 1983. After a short demonstration and training session, quadriplegic users were transferred into the chair and were able to successfully navigate the chair without a problem. Users state that they preferred the ultrasonic head control to the chin-controlled joystick wheelchairs.

Several other applications of the UHCU are being pursued. Used in conjunction with a robotic arm, the UHCU will provide control of the robot's hand position. The user's head position will be used to control two degress of robotic-arm freedom. Compared to the current voice recognition method, a faster and more interactive manipulation of the hand is anticipated.

In a communications application, the UHCU will monitor the user's head position and control a moving light cursor in an X-Y matrix of letters and words. Selection is then accomplished by pausing on the desired square. A commercial joystick-operated aid has been donated for this work.

A technical manual documenting the work on the UHCU, including background material, electronic schematics, computer program listings, explanations, and illustrations, has been compiled. Its intended purpose is to provide information that would allow a technically knowledgeable and adequately equipped person to construct a UHCU and apply it to the control of devices such as powered wheelchairs. This manual has been made available to interested parties who are considering the UHCU for research or commercialization.

International Texas Industries (Intex), of San Antonio, Texas, has made initial commitments in pursuit of production of a wheelchair controlled by the UHCU. They anticipate the first units will be ready by the end of 1984.■

[See also IV. **Spinal Cord Injury, E. Communication Methods and Systems for the Severely Disabled,** Bliss Symbol-to-Speech Conversion "Blisstalk"]

# Design of Evaluation of Showers and Bathing Fixtures for Disabled and Elderly Veterans

Pascal Malassigne, M.I.D., and James Bostrom, M.Arch.
Atlanta Veterans Administration Medical Center
Decatur, Georgia 30033
Sponsor: Veterans Administration Rehabilitation
Research and Development Service

The purpose of this project is to finalize the design of four showering and bathing fixtures designed to meet the needs of disabled and elderly veterans. This is being done by conducting an evaluation of the fixtures as part of the ongoing design process. The evaluation is done with several groups of disabled people. The results will determine the validity of each design in terms of access, usage, and safety. The evaluation will also indicate if design modifications are necessary prior to introduction to consumers.

**Evaluation Procedure**
**Testing of Three Fixtures with Subjects Capable of Transferring from a Wheelchair** — Due to space limitations, only three fixtures are able to be tested simultaneously.

**A. Description of the Fixtures**
1. A cushioned shower designed primarily for people who transfer to and from the fixture with or without assistance.
2. A fiberglass shower, with two seats, designed primarily for testing usage by right and left hemiplegics. Other subjects (arthritics, amputees, and paraplegics) also will be tested on this fixture.
3. A fiberglass roll-in shower with seat, designed for people who can transfer.

**B. Subjects and Selection Procedure** — The investigators have selected over 400 former patients of the Atlanta VAMC with conditions of quadriplegia, paraplegia, hemiplegia, amputation, and arthritis to be considered potential subjects. Occupational therapists and the investigators are selecting the subjects from this group of 400 people.

**C. Testing and Videotaping** — Testing evaluation activities are conducted in the outpatient clinic of the Atlanta VAMC. The following procedure is used: The occupational therapist trains the subjects in the proper usage of each fixture, then the subject transfers to the fixture and begins to bathe. During all testing, the occupational therapist supervises the subject's activities to insure safety. The testing is videotaped to allow

DEM523774

Spinal Cord Injury

future analysis of movements and task accomplishment.

D. **Post-trial Interview** — Following the completion of bathing in each fixture, the occupational therapist administers a post-trial interview. The interview deals with success or failure in transferring and the usage of the fixture, as well as a user appraisal of the fixture. The occupational therapist records both her own observations and those of the subject to avoid inaccurate responses.

**Future Activities** — After completion of the testing evaluation of the first three fixtures, the investigators will test a two-piece, roll-in shower designed for subjects who cannot transfer from a wheelchair.

Following all testing activities, the investigators plan to analyze the data gathered during the interim evaluation procedure to determine if modifications of the fixtures are necessary. After completion of the redesign and modification, the investigators will undertake another testing/evaluation cycle to insure design adequacy of each fixture. It is anticipated that the Veterans Administration will then undertake a formal evaluation of the fixtures at various locations, prior to their commercialization.

[See also **I. Amputations and Limb Prostheses, C. Upper Limb, I. General**, Long-Term Recording of Voluntary Elicited Nerve Signals and **XIII. Sensory Aids, A. Blindness and Low Vision, 2. Mobility Aids**, SONA/SONA ECS]

# G. Wheelchairs, Including Seating and Controls

## Wheelchair Research and Development

**Colin A. McLaurin, Sc.D.**
University of Virginia
Rehabilitation Engineering Center
Charlottesville, Virginia 22903

Sponsor: National Institute of Handicapped Research

The activities of the Rehabilitation Engineering Center during the past year have centered around wheelchairs and seating for the disabled. The seating aspect of the program is relatively new, and as in wheelchairs, the studies are tailored to develop the background information necessary for the effective design of seating systems on either a custom or production basis. The work is shared with colleagues at the University of Tennessee Rehabilitation Engineering Center in Memphis. Four tasks have been actively pursued: tissue physiology, posture studies, anthropometric data collection, and fitting and measuring techniques. An instrument has been developed for recording the shapes of body support while under load which, together with pressure profile measurements, will provide data for the design of modular support components. At the Memphis center, a study of spinal muscle activity in various sitting positions at rest and during activity is yielding information on appropriate postural support. This, with the anthropometric data on disabled persons and the modular components, will provide the envelope of data for effective seat design.

The wheelchair studies, which began several years ago, are continuing with the generation of basic technical information. Comprehensive experiments and analysis have lead to an understanding of caster flutter and a formula to predict the critical speed based on trial, moment of inertia, and tire profile. Tire studies have shown that the roll-off problem associated with no-flat tires can be overcome by increasing the modulus of elasticity of the inner structure. Although the ride characteristics may be impaired, another study has indicated the effect of using springing on the main wheels, and current experiments compare the characteristics of available spring forks for the caster wheels. The study also is associated with frame stresses that are measured experimentally and calculated with computer analysis. A program compatible with small computers has been developed and made available to industry.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523775

Rehabilitation R&D Progress Reports 1984

Previous work at the University of Virginia developed performance profiles for powered wheelchairs that indicated rather low efficiencies in the normal operating range. Followup studies on motors and controllers have pinpointed certain problems, and a simple choke coil has been introduced to improve motor efficiency impaired by pulse width modulation controls. Work on an adaptive controller to provide user-friendly operation of a wheelchair is progressing and a battery monitoring system is nearly ready for trial. This microprocessor based device monitors charging and discharging, and with a built-in learning capacity will serve as a fuel gage for the wheelchair user.

An investigation into available and experimental batteries continues and a report has been written to assist the purchaser in choosing a battery. A similar study has assessed battery chargers. For the future, a new NICAD battery with non-sintered plates promises improved power density and much longer life.

In product design, the NASA composite wheelchair has undergone testing and modification and a prototype for evaluation is being readied at this time. A lever drive wheelchair has been built that allows the user to move from forward to neutral to brake to reverse by lateral movement of the lever—a function compatible with the ability of most quadraplegics. This design, which uses a 3 to 1 gear ratio was based on ergometric studies that clearly showed propulsion efficiency could be doubled or tripled by using levers and an appropriate gear ratio. The ergometric laboratory recently has been fitted with a three-dimensional arm position recorder and analyzer. With the torque recording and EMG this will yield previously unavailable data on the biomechanics of wheelchair propulsion.

The Rehabilitation Engineering Center has become increasingly active in wheelchair standards, developing and verifying test procedures for use by ANSI (American National Standards Institute) and ISO (International Organization for Standards). A recent contribution resulting from this work has been a method for determining rolling resistance using three light beams and an accurate timer.

## Manual Wheelchair with Anti-Rollback Wheel

Gary W. Kelly, James W. Brazell, and Tom W. Sibert
Veterans Administration Medical Center
Atlanta, Georgia 30033
Sponsor: Veterans Administration Rehabilitation
Research and Development Service

**Purpose**—This ongoing project involves the further development and commercialization of a novel anti-rollback wheel for manual wheelchairs. The system is transparent to the user; i.e., it is controlled entirely through natural movements in using the wheelchair.

**Progress**—A patent is pending on the initial and advanced designs of the system. Efforts have continued to commercialize the final designs, and equipment has now been purchased that will permit the Atlanta Veterans Administration Medical Center to produce a limited number of units for testing.

**Future Plans**—As efforts develop to establish a national center for evaluation and testing, this work can proceed. Until national guidelines have been established and funds made available for evaluation and testing, the final phase cannot be completed■

## Alternate Transit Vehicle for the Physically Disabled Person

Gary. W. Kelly and Richard M. Bass
Veterans Administration Medical Center
Atlanta, Georgia 30033
Sponsor: Veterans Administration Rehabilitation
Research and Development Service

**Purpose**—To design systems and subsystems as an alternate to present powered wheelchairs.

**Progress**—This project began as a graduate feasibility study examining conceptual designs of a transit vehicle for physically disabled persons. It became apparent that the major obstacle to any conceptual design was the fact that the control electronics did not exist. In addition, semistructured interviews with powered wheelchair users revealed possibilities for improvement in present wheelchair controllers. The logical direction for this project then became to examine the electronics of wheelchair control, with a goal of designing a controller that was flexible enough to serve as a retrofit item for present chairs or that could be incorporated in future conceptual designs.

DEM523776

The first prototype has been constructed and is undergoing initial field testing. The controller is microprocessor-based with optical encoder feedback and is an original design in power processing. As a retrofit item for present powered wheelchairs, it offers several advantages in addition to a projected consumer cost below that of present controllers. One advantage is that costly hardware modifications, which customize the controller to special needs, are not needed because the design is implemented in software instead of hardware. All controller characteristics are set in software and are user/therapist programmable. The controller is silent in operation with no audible relay chatter or motor hum. Closed-loop control provides the classical advantages in addition to a "path memory" feature that allows the chair to automatically back out of a confined area along the same path it entered. A degree of self-diagnostics is presently functional and is presented to the user through an eight-character display. The processing power of the controller remains virtually untapped, with much of the signal processing handled by support devices. This allows the controller to assume additional functions in addition to driving the wheelchair.

**Future Plans**—With the basic hardware design finalized, future work will be concentrated in software development. This involves addressing the human factor questions of wheelchair control. Control strategies to be examined include logarithmic velocity control, proportional acceleration control, deadband limits, and a variety of digital filtering techniques. Additional self-diagnostics are to be incorporated, including current monitoring on each motor.

One of the most promising features of this controller is that it would solve a substantial and growing problem for powered wheelchair users: the congestion of assistive devices on their chair. Each new aid typically requires special attention to make the device accessible to each individual. The joystick or other interface used to drive the chair can also access a variety of other functions. Future plans include incorporating several devices in this manner, including remote environmental control and other aids through the RS232C interface∎

# Integrated Wheelchair Technology Tested

Robert E. Smith, M.S.; David J. Napolitano, M.S.;
Timothy Prentice; James Anderson; and Larry Tuttle
Rehabilitation Research and Development Center
Veterans Administration Medical Center
Palo Alto, California 94304
Sponsor: Veterans Administration Rehabilitation
        Research and Development Service

**Problem**—Wheelchairs traditionally have used a relatively narrow range of potentially applicable technologies. Newer technologies (such as synthetic composite structural materials and digital motor control) used in isolation lead to incremental improvements, but are often limited in their potential effectiveness when used in an otherwise conventional configuration. Other issues, such as styling, have not been previously effectively addressed. Wheelchair manufacturers are unable to commit resources to develop designs significantly different from those already tooled and in production.

**Significance**—Improvements in the mobility of disabled veterans resulting from the use of more sophisticated power wheelchair configurations can improve their ability to access a variety of indoor and outdoor environments, enhancing their integration in society and the economy. New material technologies can yield improved wheelchair durability and convenience, as well as lowered purchase cost, while more attractive styling can ease social integration.

**Background**—The RR&D Omnichair project resulted in a proof-of-concept vehicle that is capable of moving forward and backward, moving directly sideways without turning, turning in place, or any combination of simultaneous motions. This novel mobility device became the object of a variety of industrial design studies by interested professionals and students. A graduate student project group developed a programmable digital controller for the Omnichair at Stanford in 1982. It was desired to integrate the experiential results of this work in a working wheelchair technology testbed.

**Approach**—It was decided that RR&D would undertake the design and fabrication of a wheelchair technology testbed that would embody a variety of new technologies used to their best advantage. The technologies targeted included synthetic composite materials, power MOSFET electronics, nickel-cadmium batteries, and microprocessor-based digital control electronics. It was further intended that the

DEM523777