Rehabilitation R&D Progress Reports 1984

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

resulting design would also represent the state-of-the-art in reliability, ease of manufacture, and ease of owner servicing.

The costs involved in building this device were borne by a combination of Base funds (for chassis and mechanical constructions), Merit Review funds (digital feedback controller and power electronics), and industrial cooperation (seating system, motors, and assorted components). The expertise of a large number of center personnel from all three organizational groups was recruited to assist in programming, physical modeling for design of the composite components, styling conceptualization and housing realization, and team support. The physical vehicle was completed in early June in time for the annual meeting of the Rehabilitation Engineering Society of North America, though it was not operational due to software development problems. The vehicle, nicknamed Alexis by the development team, was functionally complete in August.

**Status**—Substantial industrial interest was generated by the development and completion of this vehicle, and in September of 1983, a venture capital company (International Texas Industries) signed a licensing agreement with the holder of the omnidirectional drive patent. The Alexis is now in an industrial design phase and is expected to be in production by the end of calendar 1984. Work on the vehicle prototype ceased at RR&D upon consummation of the patent agreement. The technologies and designs developed for the prototype (power electronics, digital controller and proportional-integral feedback algorithms, synthetic composite chassis/suspension) are freely available to any interested parties.∎

## Wheelchair Feedback Controllers

**Robert Smith, M.S.; Inder Perkash, M.D.; Larry Leifer, Ph.D.; Douglas Ives, M.S.; David Napolitano, M.S.; and Steven Shindell, Ph.D.**
Rehabilitation Research and Development Center
Veterans Administration Medical Center
Palo Alto, California 94304

**Sponsor:** Veterans Administration Rehabilitation Research and Development Service

**Problem**—Users of electric wheelchairs often have difficulty controlling their mobility device due to its poor response. Most current electric wheelchair controllers operate in an open-loop mode, providing no compensation for disturbances affecting the wheel speeds. Electric wheelchair users frequently encounter situations that cause unwanted variations in both the velocity and the direction of their wheelchair. Traveling on hills and sides of slopes, and maneuvering on carpet and across bumps, are examples of situations that impose a heavy control burden upon the wheelchair user.

**Significance**—Improvements in the handling of electric wheelchairs both indoors and outdoors will be facilitated by this research. The development of a broad-based digital controller will provide people having minimal muscular control the means of controlling a wheelchair, thereby making wheelchairs useable by a greater portion of the disabled population. It will also enable the new generation of omnidirectional wheelchairs to be practical and controllable. Evaluation of controller performance will provide a more accurate understanding of the ergonometric aspects of wheelchair control and the effectiveness of various control schemes.

**Background**—Invacare Corp. is marketing an electric wheelchair with feedback control using motor voltage and current information processed by electronic circuitry based on discrete components. A number of research groups are studying microprocessor-based feedback controllers with wheel-velocity sensors. Work has been done at the University of California at Berkeley on the modeling and computer simulation of a conventional electric wheelchair with conventional control system and with a closed-loop controller.

Concurrent with the design of microprocessor-based controllers and control schemes for wheelchairs, the present project seeks to develop good dynamic models of two types of wheelchairs: the three-wheel-drive omnidirectional vehicle developed at the RR&D Center, and the conventional two-wheel-drive power wheelchair.

**Hypothesis**—A velocity-feedback controller should provide greatly improved response compared to that of an open-loop controller. The questions are (i) what feedback algorithm should be used? (ii) what parameters should be sensed to achieve the desired control? (iii) is a microprocessor the indicated hardware?, and (iv) how can the effectiveness of individual schemes be measured?

**Approach**—The VA controller project uses the technologies and methodologies of electric motor control, power electronics, digital control theory, ergonometrics, and system evaluation. The project's specific objectives include: (i) design and development of solid-state power bridges suitable for providing pow-

DEM523778

Spinal Cord Injury

er from wheelchair batteries to DC motors; (ii) design and development of microprocessor-based controller hardware suitable for an omnidirectional wheelchair; (iii) development of control software for an omnidirectional wheelchair; (iv) implementation of power bridges, controller hardware, and controller software on Alexis, an omnidirectional wheelchair; (v) design and development of a microprocessor-based controller module suitable for use on the spectrum of conventional two-wheel-drive electric wheelchairs; (vi) development of controller software for conventional wheelchairs; (vii) packaging of power bridges and controller hardware into a stand-alone module; (viii) implementation of power bridge/controller module on a conventional electric wheelchair; (ix) evaluation of controller performance for omnidirectional and conventional wheelchair applications; and (x) documentation of results in form suitable for manufacturers' use.

**Status (in commercial development)** — The controller development for the omnidirectional wheelchair has been completed; the design is serving as the basis of a controller now being developed commercially. Evaluation of the Alexis controller will proceed as prototypes become available. Current emphasis is upon determining the relevancy of various factors to wheelchair control, as well as the development of the controller for conventional electric wheelchairs. Evaluation of this controller will follow soon after its implementation.■

## Images Project

Michael R. Zomlefer, Ph.D.; Gregory Goodrich, Ph.D.; Larry Leifer, Ph.D.; Robert Chase, M.D.; and Machiel van der Loos, Dipl. Ing.
Rehabilitation Research and Development Center
Veterans Administration Medical Center
Palo Alto, California 94304

Sponsor: Veterans Administration Rehabilitation
       Research and Development Service

## Problem

**A. Externally Powered Mobility** — While general specifications for a personal vehicle can be stated, there has been little effort to develop the tools needed for a systematic research, development, and evaluation program. This problem is encountered when one attempts to increase user access to existing powered wheelchairs and/or improve wheelchair performance for current users.
  1. Who can use existing powered wheelchairs safely?

  2. Under what operating circumstances can they be expected to perform satisfactorily?
  3. What are the key features of existing wheelchairs which facilitate or limit their effectiveness?
  4. What percent of the potential users elect to remain immobile because they don't like existing wheelchairs?
  5. What are the key features needed to make powered wheelchairs more accessible?

**B. Low Vision** — While general specifications for a personal vehicle can be stated, there is no equivalent knowledge base for research and development related to low vision aids. This is particularly true for applications involving mobility and orientation. And, while the situation is better with respect to reading aids, there is profound need for new tools to study low-vision phenomena, and a systematic development program to utilize the knowledge gained. The performance of the rehabilitation community in bringing new technology to bear on this class of problems is particularly notable as the field of robotics moves towards the realization of general purpose machine vision systems — while we waste the chance to help low-vision individuals effectively use the vision they already have.
  1. What does the individual with macular degeneration, retinitis pigmentosa, or a cataract really see?
  2. How could the visual world best be "enhanced" for presentation to a specific individual's retina?
  3. What training procedure will maximize performance while taking individual preference into account? and
  4. What are the critical performance specifications for the next generation of diagnostic, training, mobility, and reading aids?

**Significance** — It is uniquely possible in simulation studies to simultaneously measure performance and preference. This unique capability facilitates the maintenance of a balanced R&D program. Typically, technical members of the development team are biased in their consideration of the technical aspects of system performance. Medical members of the team are biased to evaluate the physiological performance of the patient. Only the patient/user is biased in favor of his/her own preference. And, it is preference which determines what devices will and will not be used after the patient goes home.

**Hypothesis** — It is hypothesized that simulation science and technology should play a central role in rehabilitation. There are three key levels of implementation:

78

DEM523779

Rehabilitation R&D Progress Reports 1984

1. General purpose high performance simulation is needed to define the limits of human and machine performance and to define the necessary and sufficient conditions for solving specific problems. Such systems are powerful, complex, and require highly skilled operators.

2. Task-specific simulation is needed for clinical diagnostics, treatment, and professional training. Moderate operator skill is required. The specifications for such systems may be derived from basic studies.

3. Personal (single user) simulators are needed for extended therapy and performance maintenance. They would be used at home, user owned and user operated. Their specification would be derived from basic studies and confirmed in the clinical setting.

**Approach** — Using the simulator gift from Singer Link Co., the following three-part effort will be undertaken:

1. A graphic data base will be constructed and developed that can be used for both low vision and wheelchair studies. A single setting, that of the Stanford Shopping Center, has been chosen for both studies.

2. A pilot study will be performed to assess the feasibility of using Digital Image Generator (DIG) technology in the study of wheelchair mobility. The dynamic equations of motion for an existing wheelchair have already been derived in the course of our ongoing work on wheelchair controls. With minor parametric changes, our initial wheelchair pilot study can be based on existing software. The driving environment will be that of the Stanford Shopping Center data base indicated above.

3. A pilot study will be performed to assess the feasibility of using DIG technology to study the impact of low vision perception on mobility. It is believed that this study can (for now) best be done in the context of wheelchair use by persons with low vision.

**Status** — A high-resolution, real-time, color Digital Image Generator has been donated to Stanford University and is on permanent loan to the VA. A preliminary version of the Stanford Shopping Center data base has been developed and a pilot demonstration videotape has been produced which demonstrates the capability of our system.■

## Seating System for Body Support and Prevention of Tissue Trauma

Inder Perkash, M.D.; Hugh O'Neill, B.S.; Maurice LeBlanc, M.S.M.E., C.P.; and Michelle Lonning, O.T.R.
Veterans Administration Medical Center
Palo Alto, California 94304

**Sponsor:** Veterans Administration Rehabilitation Research and Development Service

The purpose of this project is to investigate the factors that influence the development of pressure sores and postural deformities in the seated spinal cord injured individual and to develop seating system components that help to reduce the incidence of such problems. A universal contoured foam wheelchair cushion (VASIO-PARA) has been developed and clinically evaluated with 81 subjects. The cushion was found to be successful in reducing the pressure applied to the tissues of the buttocks to levels well tolerated by 79 percent of the subjects. The cushion was transferred to commercial production after incorporating design improvements based upon the findings from the clinical study.

Present efforts on the project are directed toward developing a better understanding of the interrelationships between cushion materials, design geometry, and subject's body build and the resulting pressure distribution over the sitting surface. Investigations also are being conducted on how variations in sitting posture alter the pressure distribution and pelvic orientation and how the cushion and trunk support components can be designed to accommodate and/or promote an optimal sitting posture.

To date, over 200 patients have been tested on the commercial version of the cushion and several design variations. The commercial cushion incorporates a waterproof coating that is washable to improve hygiene and help reduce bacterial growth. In order to determine if the coating alters the pressure distribution characteristics of the cushion, subjects were tested on a cushion with the coating and on one without it. No statistically significant difference was found between the two cushions.

Inserts of firmer foam are imbedded in the cushion beneath the trochanters in order to increase weight bearing in this area and decrease the load applied to the ischial tuberosities. The importance of the spacing between the inserts was investigated by comparing subjects on two cushions, one with a 7 inch spacing and one with an 8 inch spacing. The mean ischial pressure (mean $\pm$ standard deviation) on the right side was 85 $\pm$27 mmHg for the 7 inch cushion and 66 $\pm$16 mmHg for the 8 inch cushion.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523780

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

Similar results were seen beneath the left ischium, while no significant change was recorded at the trochanters. The manufacturer has been informed of these findings. Design variations for the inserts are currently being tested to develop an insert that distributes the pressure more evenly over the trochanters.

Preliminary work has been initiated to investigate the response of skin blood flow under conditions of applied mechanical loading. A laser doppler capillary perfusion monitor is being used to noninvasively monitor the skin blood flow. This may eventually lead to criteria for identifying patients at risk for decubitus ulceration.

## Modular Seating for Children

G.I. Bardsley and D.W. Harrison
Tayside Rehabilitation Engineering Services
Dundee Limb Fitting Centre
Broughty Ferry, Dundee, Scotland DD5 1AG
Sponsor: Scottish Home and Health Department

A survey carried out by Dundee Limb Fitting Centre to determine the seating problems of the disabled population in Dundee found that there was a particularly important group of children with moderate seating problems who do not have adequate seating. The principal characteristic of this group of children is inadequate head and/or trunk control. Their prevalence was estimated to be 250 per million of the total population. Cerebral palsy is the main diagnosis while spina bifida and a variety of myopathies contribute smaller proportions. It is considered that a suitable seating system would help these children to develop head and trunk control and encourage a symmetrical seating posture.

A number of commercially available seating systems partially satisfy this requirement, and a number of these currently are being fitted to evaluate their effectiveness. It is anticipated that a modular approach will be employed in the development of a new system. A series of seat and back modules will be designed to accommodate the large age and size range of the children. The modules will be located in a standardized metal framework by a series of clamps that allow some adjustment. The complete chair will be designed either as freestanding or to fit into a standard-type wheelchair.

The functional performance of the chair will be assessed during clinical trials. These will involve controlled subjective assessment by staff, attendants, and children using the chairs.

The final stages of the project have as their goal ensuring that the system becomes generally available as a commercial product.

## Modular Seating for the Elderly

G.I. Bardsley and P.M. Taylor
Tayside Rehabilitation Engineering Services
Dundee Limb Fitting Centre
Broughty Ferry, Dundee, Scotland DD5 1AG
Sponsor: Scottish Home and Health Department

A survey of the numbers and types of seating problems was carried out some years ago in Dundee District. The elderly were found to account for more than 75 percent of those identified as having inadequate seating or requiring special seating. The severity of problems among the elderly ranged from minor problems (such as some difficulty rising) to extremely severe problems such as skeletal deformity, pain, and no postural stability. The deficiencies in current seating fell into the following general categories:

1. Physical size—the dimensions of the chair do not match those of the person using it.

2. Postural support—the chair does not give support to compensate for loss of postural stability of the user.

3. Discomfort—this is most commonly a result of the deficiencies in 1. and 2.

4. Transferring—the height of the chair, position of the armrests, etc., are not the optimum to assist transfer to and from the chair.

5. Mobility—attendant-propelled hospital chairs are generally hard to push and difficult to steer.

A modular system, with a variety of seating components available to mount in an adjustable framework, appeared to offer the best opportunity for catering for the range of physical dimensions. A range of modules have now been developed that may be assembled together to make a chair to suit the requirements of the individual patient. Four sizes each of seat and backrest modules have been constructed, with one style of headrest and one style of armrest at present. The system was evaluated initially with the modules mounted in a static frame. Each chair was adjusted to suit the individual using it. This showed that great improvement could be obtained in fit, comfort, and postural stability over the furniture available in the hospital in which the evaluation was conducted. Ambulant patients generally found that transferring was improved as well because the armrests protruding beyond the seat front were useful points of support.

DEM523781

Rehabilitation R&D Progress Reports 1984

A further evaluation with chairs preset to give four sizes in a standard configuration suggests that between 70 percent and 80 percent of the target population could be accommodated in a small range of chair sizes with adjustments reduced to height, headrest position, and, possibly, armrest position. The armrest design is important to facilitating transfer to and from the chair and also is being investigated at Dundee Limb Fitting Centre. When the mechanics of rising from a chair are more fully understood, it is hoped that it will be possible to devise a simple system of prescribing the optimum armrest characteristics for an individual with difficulties in transferring.

A number of mobile chairs now also have been produced, and mobility is immediately improved compared with most hospital chairs by using larger wheels. However, the optimum wheel size, tire construction, and push handle and wheel positions are still to be finalized.■

# H. Personal Licensed Vehicles

## Building a Data Base for Standards for Personal Licensed Vehicles

Duane F. Bruley, Ph.D., and Paul N. Hale, Jr., Ph.D.
Louisiana Tech University
Personal Licensed Vehicles Research Center
Ruston, Louisiana 71272

Sponsor: National Institute of Handicapped Research

The Rehabilitation Engineering Center for Personal Licensed Vehicles (PLV) was established at Louisiana Tech University in September 1983. It will continue, and expand, research and development already in progress at the University's Department of Biomedical Engineering.

Data gathered at this facility will provide the basis for further development of the center's driving simulators as (i) a testbed for evaluating the adequacy of various control devices relevant to severely disabled clients; (ii) a training simulator with expanded tracking, braking, and acceleration tasks, randomly generated on the computer screen; (iii) further expansion of the growing data base of disabled drivers; performances from referred driver assessment and training clients (via the State Division of Vocational Rehabilitation), with (iv) statistical correlations between simulator performance and in-vehicle performance during training.

Mathematical modeling of the driver's in-vehicle environment will analyze critical demands such as range-of-motion and strength and control variables applied to a specific vehicle such as the Scott Van. Quantitative assessments of a client's capabilities, using the Available Motions Inventory (AMI) approach, will be computer-linked to allow graphic display and analysis.

Psychological and cognitive functioning will be assessed using computer-based testing procedures (developed from validated tests such as Wais Picture Completion Test). Current microcomputer-based assessment will be applied and expanded to measure client needs related to secondary control devices.

A system analysis of available devices will develop standards for the marketing and application of assistive driving devices. Guidelines will be developed for the integration of the system's components into a workable, reliable solution to the client's driving needs.

Information dissemination of project results and outcomes will include videotaped programs, slide presentations, journal and textbook publications, technical-scientific conferences, newsletters, Tech Briefs, and satellite-linked training.

An extended van will be converted to a mobile testing and driver training vehicle. The van will include a driving simulator; testing equipment— to measure vision, hearing, range of motion, and strength of the disabled driver; and, a small computer for processing test data. A local hook-up will supply power.

The van will travel to vocational rehabilitation centers, other rehabilitation facilities, and possible testing sites within a 500 mile radius of the center. This area includes Shreveport, Baton Rouge, New Orleans, Louisiana; Houston, Dallas, Texas; Little Rock, Arkansas; Jackson, Mississippi, Birmingham and Mobile, Alabama; and, Memphis, Tennessee.■

## A Driving Simulator for the Physically Handicapped Person

Gary W. Kelly, David A. Ross, Tom W. Sibert, and Peter C.H.S. Ford
Veterans Administration Medical Center
Atlanta, Georgia 30033

Sponsor: Veterans Administration Rehabilitation Research and Development Service

**Purpose**—The Handicapped Driver Simulator is a system designed to facilitate therapeutic evaluation of the hardware to be retrofitted to a handicapped driver's vehicle. It consists of a full-scale mock-up of the necessary portion of a van interior, including

DEM523782

steering wheel, dashboard, seat, and other items necessary for driving. In front of this dashboard is a large screen monitor, driven by a modified Apple IIe microcomputer on which the simulation takes place. This system is designed to allow easy changing of hardware configurations and thus allow an individual to be evaluated for many different retrofit systems.

**Progress Report** — In September 1983, the initial design for the Handicapped Driver Simulator was completed. A summary report was written and the engineering drawings were prepared. This led to the ordering of the components that were unobtainable locally. Bolts, nuts, screws, etc., were not ordered at the time because of their widespread availability. Space for the construction of the project was arranged, but no construction has started due to shipping delays in the arrival of the components.

The software for this system is still under development. The electronic modifications for the driving microcomputer have not yet arrived, but are expected by the middle of June. These consist of a Motorola 68000 coprocessor board and a Supersprite board. The coprocessor will greatly increase the computational speed of the Apple by virtue of its 32-bit MPU. The Supersprite board will give the Apple the ability to display up to 32 Movable Object Blocks (MOBs) on the large screen monitor at one time. This should easily facilitate real-time driving simulation on the system.

**Future Plans** — The system will be constructed in the mechanics lab at the Atlanta VAMC. Materials for the frame have arrived, and the remainder of the parts are expected within several weeks.

There also are other uses for this system. Not only can it be used for evaluation and to familiarize drivers with the equipment to be installed in their vehicle, but in the future it may assist in the training of handicapped drivers. The system also may be used as a testbed for development of new handicapped driving aids■

# I. Functional Electrical Stimulation

## 1. General

### Development and Evaluation of Safe Methods of Intracortical and Peripheral Nerve Stimulation

William F. Agnew, Ph.D.; Douglas B. McCreery, Ph.D.; Leo A. Bullard, B.A.; Ted G.H. Yuen, Ph.D.; and Vao-Shan Yeh, M.D.
Huntington Medical Research Institutes
Pasadena, California 91105

Sponsor: National Institutes of Health
(National Institute of Neurological and Communicative Disorders and Stroke)

Functional electrical stimulation (FES) is a means of replacement or augmentation of lost or impaired neural activity. Important considerations in potential therapeutic applications of FES are the design of biocompatible electrodes and the selection of stimulus parameters that will safely and effectively activate target neuronal populations or peripheral nerves.

Work in this laboratory has included the design, fabrication, and in vivo evaluation of surface and penetrating electrodes for activation of cortical neurons and of various types of electrodes for stimulation of peripheral nerves. During the past 3 years this laboratory has developed stimulating intracortical microelectrodes (STIM) for activation of discrete populations of neurons of the cat's sensorimotor cortex. The STIM are fabricated from Pt30%Ir, or pure iridium, and implanted in the precruciate gyrus of adult cats under general anesthesia. The electrodes have smooth, beveled tips with geometric surface areas of approximately $20 \times 10^{-6} cm^2$. Three weeks after implantation of an array of three STIM electrodes, a recording electrode is inserted stereotaxically into the ipsilateral medullary pyramidal tract to monitor the compound action potential (CAP) reflecting the neural activity evoked by the STIM during continuous stimulation for periods of from 24 to 160 hours. The stimulations are conducted using charge balanced, symmetrical, constant current, cathodic-first pulse pairs, 200 $\mu sec/phase$ in duration at 20 pulses per second, at charge densities ranging from 150 to 3200 $\mu C/cm^2 \cdot ph$.

A computerized data acquisition and control system for conducting stimulation and recording procedures has been developed for freely moving animals. Early components of the CAP remain quite stable during continuous stimulation at 20 to 40 $\mu amp$,

The material on this page was copied from the collection of the National Library of Medicine of a third party and may be protected by U.S. Copyright law.

DEM523783

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

M.D.

ative

s of
red
tial
of
nu-
ate
·,
gn,
ınd
eu-
ion
his
cal
op-
ex.
m,
ult
ve
of
m-
a
he
he
ral
u-
he
·d,
se
er
to

s-
e-
s.
le
p,

although some diminution is observed over 24 hours. Late (transsynaptic) components of the CAP undergo greater attenuation. However, cortical stimulation at 320 μamp (3200 $\mu C/cm^2 \cdot ph$) for 24 hours produced profound elevation of the threshold of early and late components of the CAP that is not reserved 7 days poststimulation. This is consistent with histological findings of neuronal damage and loss within tissue surrounding these electrodes. However, neurons adjacent to these electrodes were activated by charge densities as low as 100 $\mu C/cm^2 \cdot ph$ as indicated by CAP recordings.

In vivo dissolution of surface platinum and STIM Pt30%Ir electrodes has been observed. With surface (subdural) platinum disc electrodes, erosion of platinum occurred at charge densities exceeding 20 $\mu C/cm^2$. At 100 $\mu C/cm^2$, 50-339 ng Pt/site was observed after 9 hours of stimulation. The rate of platinum dissolution gradually decreased during stimulation in vivo, probably due to protein inhibition of the dissolution process, which has been shown to occur in vitro. Pt30%Ir STIM electrodes also undergo dissolution of the uninsulated tip when pulsed in vivo. Scanning electron microscopy observations indicated erosion of the tips after pulsing for 24 hours at charge densities of 200 to 3200 $\mu C/cm^2 \cdot ph$ or 1 week at 200 $\mu C/cm^2 \cdot ph$. However, STIM electrodes fabricated with pure iridium, and whose uninsulated surface is activated by the deposition of a high valence oxide film, appear superior to STIM fabricated from Pt-Ir alloy; the activated surface does not undergo dissolution nor cause neural damage when pulsed with geometric charge densities up to 3200 $\mu C/cm^2 \cdot ph$.

We also have begun assessment of metabolic changes in the neuronal micro-environment with prolonged electrical stimulation. Ion-selective microelectrodes were used to monitor changes in the concentration of potassium $[K^+]_0$ and calcium $[Ca^{2+}]_0$ in the extracellular compartment of the cerebral cortex of anesthetized cats during as long as 4 hours of continuous stimulation of the cortical surface. At stimulus charge densities shown to induce only minimal localized histologic changes (20 $\mu C/cm^2 \cdot ph$ at 50 pulses per second), $[K^+]_0$ at a depth of about 750 μm underwent only a transient increase at the beginning of stimulation, followed by a rapid return to the prestimulus concentration, while $[Ca^{2+}]_0$ was unaffected. At a higher charge density (100 $\mu C/cm^2 \cdot ph$ at 20 pulses per second) there was a rapid transient increase in $[K^+]_0$, followed by a more gradual return to a plateau about 1 mM above the prestimulus value. $[Ca^{2+}]_0$ usually underwent an initial increase followed by a slow decrease to a plateau value above 0.5 mM. At a charge density of 100 $\mu C/cm^2 \cdot ph$ and 50 pulses

per second (shown in histological studies to induce significant neural damage), $[Ca^{2+}]_0$ slowly decreased to near or below 0.5 mM in the middle layers of the cortex. After 30 to 40 minutes of stimulation, $[K^+]_0$ underwent episodic fluctuations about a plateau value 0.5 to 1 mM above the prestimulus concentration. Simultaneous recordings of the compound action potential in the ipsilateral pyramidal tract indicated that these fluctuations were due to local changes in the excitability of intracortical circuitry conditioned by the intense stimulation. The results have implications for the possible interrelation of the changes in extracellular ionic concentration and the early stages of stimulation-induced neural damage.

Histologic evaluations carried out on the same animals in which the ion-selective electrode measurements were made indicated a positive correlation of neural damage with both charge density and total charge. With electrical stimulation of low charge density (20 $\mu C/cm^2 \cdot ph$, 50 pulses per second) a transient increase in $[K^+]_0$ was observed with no histologically demonstrable neural damage. The most intense electrical stimulation (100 $\mu C/cm^2 \cdot ph$, 50 pulses per second) resulted in a tonic increase and episodic fluctuations of $[K^+]_0$ and a marked decrease in $[Ca^{2+}]_0$—accompanied by moderate neural damage in the form of shrunken neurons, widespread extracellular edema, and swollen axons and dendrites.

These findings indicate at least a rough correlation between the threshold of neural damage due to electrical stimulation and the capacity of the brain's homeostatic mechanisms to maintain the extracellular concentration of $K^+$ and $Ca^{++}$ at their prestimulus values.

Studies on stimulation of peripheral nerve also have been conducted. Histological evaluations of dog sacral nerves were carried out following stimulation to produce electromicturition. Two cuff-type electrodes and one spiral-type electrode were implanted chronically. A marked buildup of connective tissue around the nerve and filling the lumen of the array of both types of cuff electrodes was noted 1 to 6 months after implantation. The nerves were extruded from the lips of one type of cuff electrode by the buildup of connective tissue. The silastic spiral electrode appeared to be most promising for peripheral nerve stimulation, due to its ease of implantation, self-sizing properties, and lack of induction of excessive connective tissue formation. The minimal neural damage observed in these studies was attributed to surgical trauma or mechanical factors rather than electrical stimulation per se. The spiral electrode is currently being tested in further experiments in which it has been implanted on the common peroneal nerve of

DEM523784

cats. Neural activity is monitored by recording CAP from the cauda equina during 16 hour continuous stimulation of the anesthetized cat at stimulus currents two times the threshold for A beta fibers; no neural damage attributable to electrical stimulation has been detected.∎

## Development of Neural Stimulating Electrodes and Evaluation of Their Electrochemical Reactions

S.B. Brummer, Ph.D., and L.S. Robblee, Ph.D.
EIC Laboratories, Inc.
Norwood, Massachusetts 02062

Sponsor: National Institutes of Health
(National Institute of Neurogical and Communicative Disorders and Stroke)

Ongoing research is aimed at developing electrode materials which might be capable of safely delivering up to 50 amps/$cm^2$ of geom. electrode area in 0.2 ms (10 mC/$cm^2$ geom. area), with biphasic charge-balanced pulses. Safe stimulation of the nervous system implies the avoidance of chemically irreversible faradaic reactions such as water electrolysis, saline oxidation, and metal dissolution. With Pt and Pt:Ir alloys, up to 0.4mC/$cm^2$ area (approx. 0.8 mC/$cm^2$ geom. area) can be injected without the occurrence of water electrolysis or saline oxidation, but a small amount of charge is lost to metal dissolution.

The anodically formed oxide on the surface of activated Ir metal was demonstrated to be exceptional in its charge injection capacity and corrosion resistance. Charge injection limits before gassing were as high as 5 mC/$cm^2$ geom. area for cathodic pulses, and 25 mC/$cm^2$ geom. area for anodic pulses. Metal dissolution was not detected.

Ir oxide films have also been deposited onto the surface of Ti and Pt:Ir electrodes by the thermal decomposition of $IrCl_3$. These thermally prepared Ir oxide films have the same electrochemical properties, mechanical stability, and corrosion resistance as the anodically formed oxide on Ir metal. Electrodes prepared with a thermal Ir oxide film on Pt:Ir or Ti had charge injection limits before gassing up to 10 mC/$cm^2$ geom. area for anodic pulses. Charge injection limits for cathodic pulses are currently under investigation. The electrochemical properties and stability of the thermal Ir oxide films indicate that these films would be useful for electrode applications where the physical properties of pure Ir might limit its fabrication into a practical electrode, e.g., electrodes for cochlear stimulation or muscular stimulation. Experi-

ments are in progress to apply the technology of preparing thermal Ir oxide films to Pt:Ir electrodes currently under development for use in a cochlear prosthesis. Ir oxide coated Pt:Ir electrodes are expected to have an increased charge carrying capacity and an increased resistance to metal dissolution.

Other studies have determined that the response of the open circuit potential of thermal Ir oxide films on Ti is linear over the pH range of 2 to 10. These results indicate that electrodes prepared with a thermal Ir oxide coating may be useful for monitoring in vivo pH changes during electrical stimulation.∎

## Artificial Sensory Transducers

Michael R. Neuman, Ph.D., M.D.
Case-Western Reserve University
Cleveland, Ohio 44106

Sponsor: National Institutes of Health
(National Institute of Neurogical and Communicative Disorders and Stroke)

The goal of the contract is the development of force and position sensors for use on the paralyzed hand. These sensors will be used to provide sensory information to evaluate hand function in individuals for whom the hand muscles are electrically stimulated, and to provide sensory feedback to control systems for these electrical stimulators so that closed-loop control of the stimulators can eventually be achieved.

Single-element and multiple-element variable-capacitance force sensors are to be located on the thumb and fingertips are currently under development. These sensors consist of metal foil parallel plates separated by a compliant polymer dielectric. The square metal foil plates range in size from 2 to 20 mm on a side, and dielectrics range from 1 to 2 mm in thickness. When aluminum foil plates are used, a dielectric consisting of silicone rubber dissolved in silicone oil gives the best results. Ratios of elastomer to oil of 1 : 1 or1 : 2 gave the best linearity, reproducibility, and lack of hysteresis.

The capacitance of the sensor is measured by an electronic sampling circuit. A fixed charge is applied to the capacitor as a current pulse, and the voltage at the end of the pulse is sampled and held. This voltage is proportional to the reciprocal of the capacitance, but since the capacitance is proportional to the reciprocal of the plate separation and hence the force, the output voltage should be linearly related to the applied force. Experimental evaluation of sensors constructed in this manner has shown them to have

DEM523785

Rehabilitation R&D Progress Reports 1984

highly linear characteristics over the range of forces from 0 to $9 \times 10^5$ dynes.

Using the structure described above or a new thick film printing technique, 64-element array sensors have been constructed. In the thick-film case, a flexible 125-micronthick Kapton film is used as the substrate and silver electrodes are printed on its surface using screen printing technology and a silver epoxy ink. The electrodes consisted of eight parallel strips 2 mm wide by 20 mm long with electrical contact pads brought out at one end. An array of 0.75-mm-square silicone rubber and silicone oil dielectric pads is then printed over the electrodes on the substrate using the same technology. As the silicone rubber begins to cure, two of these structures are pressed together with an orientation such that the long axes of the electrodes on one substrate is at right angles to those on the other. The dielectric pads bond to one another as the structure cures, and curing is completed at elevated temperatures. A multiplexing circuit to address each of the 64 capacitance elements thus formed has been designed and tested, and the sensors presently are being evaluated in the laboratory. Preliminary results show the output voltage as a function of applied force to be similar to that for the individual sensors, but the linearity is not quite as good, and there is a greater tendency toward drift in the signal.

Future plans for this work include analyzing the thick film sensors in an attempt to improve stability and linearity characteristics. Additional dielectric materials will be investigated along with variations in dielectric shape. In addition, the contract calls for investigation of thin and thick film strain gages for position sensing at the finger joints, and methods of electrotactile feedback of sensor information to the individual wearing the sensor. In the final year of the contract, sensors for temperatures and texture will also be investigated.

## Adhesion Studies Program

Danute I. Basiulis, M.S.
Hughes Aircraft Company
El Segundo, California 90245

Sponsor: National Institutes of Health
(National Institute of Neurogical and Communicative Disorders and Stroke)

The Adhesion Studies Program to improve and evaluate the performance and reliability of biocompatible insulating materials used in neural prosthetic implant devices is underway at Hughes Aircraft Company, El Segundo, California.

The general objective of this program is to provide the National Institutes of Health (NIH) and the manufacturers of neural prostheses with usable and practical materials and process specifications for electrical insulation and substrate materials systems. Materials for use in the Neural Prosthesis Program must satisfy the following requirements when used in implants: the insulation shall remain bonded to the substrate, electrical continuity and function shall be maintained, and the entire system shall remain biocompatible for the functional life of the implant device.

To achieve these goals, a systematic evaluation of various dielectric materials and substrates is in progress. Specifically, four inorganic and four organic coatings were chosen for investigation. Based on initial screening studies, two polymides (DuPont's PI-2555 and Hughes Aircraft Co.'s HR605P) and a chlorinated hydrocarbon (Union Carbide's Parylene C) were selected for further study. The three were applied on interdigitated metallized test patterns for long-term aging studies. The initial electrical stress screening under immersion in water and salt solution was performed on gold metallizations. Subsequently, test fixtures were fabricated using titanium, platinum, and iridium metallizations. Adhesion to the various metals was tested both before and after surface treatments. Biocompatibility testing (in vivo) of the three coatings is underway at Huntington Medical Research Institute.

Results from long-term testing at 40 deg C in deionized water and 0.9 percent aqueous NaCl solution, with a continuous 9 volts d.c. electrical stress, have shown no deterioration of insulating properties for the PI-2555 (gold metal) after 1.6 years. This test is still in progress.

Adhesion testing on iridium, platinum, and titanium using a tape test method (ASTM D3359) after immersion at 65 deg C in 0.9 percent NaCl gave the best results with PI-2555 and HR605P on iridium and titanium metallization. PI-2555 and HR605P on platinum did not adhere as well. Parylene C adhered poorly to platinum and titanium.

There were no observable tissue reactions after 16 weeks of implantation of the three coatings on passive platinum electrodes in the subural cavity of cats. The biocompatibility studies are continuing at the Huntington Medical Research Institute. Effects of sterilization by autoclave and by ethylene oxide on the adhesion strength and electrical insulation properties of the coatings are being evaluated.

DEM523786

Spinal Cord Injury

## Ion-Exchange Stimulation Electrodes

**Dr. T.R. Beck, President**
Electrochemical Technology Corporation
Seattle, Washington 98107

**Sponsor:** National Institutes of Health
(National Institute of Neurological and Communicative
Disorders and Stroke)

The broad goal of this program is to develop neural stimulating electrodes with large current density and charge density that utilize faradaic reactions with solid insoluble electrode products. Because such electrodes may have some toxic ionic by-products, coating with ion-specific transfer membrane to exclude contact of these ions with body tissue is being evaluated.

At the time this work was begun in 1979, only platinum electrodes employing electrical double-layer charging and tantalum oxide capacitor electrodes were viable for stimulation. Both had insufficient charge capacity for advanced types of stimulation applications. Overdriving platinum results in corrosion, generation of hydrogen and oxygen, and electrolysis of constituents of body fluid, all of which are harmful.

The first faradaic electrode chosen was silver/silver chloride since it has a known high capacity and an insoluble product. An ion transfer membrane with a high transference number for chloride ion was needed to exclude the low-solubility silver ion from contact with body tissue. A highly specific membrane was developed that could be applied in thin layers to small electrodes. An electrode was prepared that looked very promising when cycled for over 3000 hours at a current density of about 0.1 A/cm² in a 200 $\mu$s-per-phase biphasic pulse at 67 Hz. Unfortunately, at higher current densities a layer of porous silver grows and cracks off the membrane.

Present development is focused on avoiding the shape-change problem. One approach is to grow the porous silver layer to a steady-state thickness on the active electrode surface by pulsing, prior to coating with the membrane. Another approach is to develop more pliable membranes less subject to cracking. Development is still in progress to solve the shape-change problem. Other electrodes also are being considered, such as iridium oxide which has recently come into prominence.

Mathematical modeling calculations of temperature rise and pH change were made to gain a better understanding of limitations to use of stimulating electrodes. Temperature rise by joule heating and other irreversible effects does not appear to be a problem now, but could be a limitation for future, micrometer-size electrodes operated at greater than 10 A/cm². Calculations show that pH changes can be very large at oxide electrodes during biphasic pulses, but the pH excursions extend only a few micrometers away from the surface. The practical significance of such pH excursions is as yet unknown.

A possible side benefit of the membrane-coated Ag/AgCl electrodes is that they may be useful as in vivo microelectrodes for chloride sensing. Some effort is continuing on the preparation of microelectrodes for evaluation.■

## Capacitor Stimulating Electrodes for Activation of Neural Tissue

**David K. Wong, Ph.D.**
Giner, Incorporated
Waltham, Massachusetts 02154

**Sponsor:** National Institutes of Health
(National Institute of Neurological and Communicative
Disorders and Stroke)

The overall goal of this program is to develop highly miniaturized capacitor-type intracortical stimulating electrodes suitable for the chronic electrical stimulation of highly selective neural elements, thus contributing to the development of advanced neural prosthetic devices for the treatment of various disorders. Ideally, these electrodes should be mechanically stable, biologically compatible as implants, and useful over a long period of time. The latter two conditions also imply absence of corrosion and toxic species formation over a long, useful life.

An initial short-term objective was to develop cylindrical shaped and conically tipped microstimulating electrodes (100 microns in diameter and 200 microns in active length) capable of storing at least 20 nanocoulombs within 0.1 milliseconds without exceeding 4 volts (corresponding to a minimum charge injection density of 2.3 nC.cm²). Ultimately, for single neuron stimulation, the electrode will have to be further miniaturized to approximately 5 microns in diameter and 7 microns in active length. The electrical requirements in terms of current and charge densities are 50A/cm² and 20 mC/cm², respectively.

During the course of this program, high-surface-area tantalum capacitor electrodes were prepared by either a slurry dip or electrochemical etching process. In the 100-micron-diameter configuration, the charge injection density was found to exceed 6.4 nC/cm², which effectively ensured a higher safety margin in neural stimulation. The leakage current at 4 V was of the order of 0.1 nA/nF, which is quite acceptable for neural stimulation. Furthermore, a series of fabrica-

DEM523787

tion procedures also was developed in order to prepare complete microelectrode assemblies with insulation and electrical leads ready for implantation. A number of such complete stimulating electrode assemblies were prepared, characterized, and delivered to NIH-NINCDS for in vivo testing.

In addition to tantalum, other potentially attractive metal/metal oxide systems, including titanium, niobium, hafnium, and zirconium also were studied. The most promising system discovered to date is the titanium/titanium dioxide system. A novel oxide formation method, developed in this program, permits titanium electrodes to operate in a hybrid capacitor/faradaic mode. Essentially, a reversible redox reaction of the oxide film thus formed would enable the electrode to handle safely a charge density of the order of 20 mC/cm$^2$ per pulse, which meets the ultimate goal of the program.

The present effort is focused on the optimization of this oxide-forming technique and evaluation of the performance of these electrodes over long periods of time in vitro. Specific electrode fabrication techniques also are under development in order to produce smaller microelectrode assemblies suitable for in vivo testing in the near future.

## Capacitor Stimulating Electrodes for Activation of Neural Tissue

S.B. Brummer, Ph.D., and T.L. Rose, Ph.D.
EIC Laboratories
Norwood, Massachusetts 02062
Sponsor: National Institutes of Health
(National Institute of Neurological and Communicative Disorders and Stroke)

Introduction—A common concern of any neural prosthetic device, whatever its application, is the operation of the stimulation electrode. For intracortical neural stimulation, the electrode must be able to inject substantial quantities of charge without deleterious irreversible faradaic reactions occurring across the electrolyte-tissue interface. With a capacitor electrode, an insulating dielectric layer on the surface of the electrode allows charging of the electrode while preventing the passage of the electronic current necessary for the faradaic reactions. Ta/Ta$_2$O$_5$ capacitor electrodes on high surface area substrates have been used successfully for neural stimulation where moderate charge densities are required.

In this program, we have attempted to make a smooth, high-charge-density electrode by using films of barium titanate (BaTiO$_3$) which can have a dielectric constant of up to a hundred times that of tantalum oxide. Because of the inverse dependence of the capacitance on the film thickness, however, the films must be made as thin as possible without causing excessive leakage current during their operation. We have deposited BaTiO$_3$ films by sputtering onto Pt substrates, and tested their electrical properties in phosphate-buffered saline.

Methodology—The films were deposited onto planar Pt substrates by rf sputtering in an Ar/O$_2$ atmosphere. Films were made with thicknesses from 1 to 2.5 μm. The substrate temperatures ranged from ambient to 940 deg C. After the deposition some of the films were annealed in air at temperatures from 900 deg to 1200 deg C for periods up to 6 hours. The structure of the films was determined by X-ray crystallography; the morphology and coherence by electron microscopy.

The electrical properties of the films were measured using diluted phosphate-buffered saline as the top contact. The AC capacitance was measured with a capacitance bridge at frequencies from 0.5 to 10 kHz. The DC leakage current was measured for positive biases with an electrometer or picoammeter.

Results—The films had to be annealed above 1000 deg C in air before the pure, crystalline BaTiO$_3$ phase was formed. This annealing, however, led to formation of large crystallites and a porous structure. For films of 1.2 μm or less, areas of the exposed Pt substrate were observed by electron microscopy. The capacitance of the 2.5 μm films was 2.5 μF/cm$^2$ when measured in the liquid electrolyte. This high capacitance, which corresponds to an effective dielectric constant of 7000, resulted from the large surface area associated with the porous structure. Unfortunately, the high capacitance was accompanied by a high DC leakage current due to the contact of the electrolyte directly with exposed areas of the Pt substrate. The as-deposited, unannealed films had an amorphous structure and a much lower leakage current, but their dielectric constant was less than 100.

Conclusions—As a result of our work on BaTiO$_3$ and anodic oxide dielectric thin films, we do not view as very promising the ultimate success of making useful capacitor electrodes with the smaller dimensions necessary for single neuron stimulation. A more fruitful direction of research is the investigation of thin film materials that use surface redox reactions to accomplish charge transfer without permanent altera-

This material was copied at the NLM and may be protected by U.S. Copyright law.

This material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523788

tion of the solution composition. One material of this type currently under investigation in our laboratory is iridium oxide.

## Multichannel Multiplexed Intracortical Recording Arrays

K.D. Wise, Ph.D.; D.J. Anderson, Ph.D.; and S.L. BeMent, Ph.D.
University of Michigan
Ann Arbor, Michigan 48109

Sponsor: National Institutes of Health
(National Institute of Neurological and Communicative Disorders and Stroke)

This project seeks to develop multielectrode recording arrays that can be implanted directly in the cortex and that are capable of recording the electrical activity of single neurons over long periods of time (months to years). By allowing neuronal activity to be recorded simultaneously from many cells spaced in depth through the cortex, these probes should constitute a major advance in instrumentation for studying the central nervous system. Significant progress in understanding the information-processing techniques active in neural structures should occur, and understanding these will, it is hoped, lead to improved understanding of a variety of neurological disorders. The ability to record the signature activity from neurons at many points through the cortex for external processing by a microcomputer also offers the hope of being able to close the control loop in a variety of neural prostheses, allowing stimulation to be conditioned on responses (or command signals) from the body itself.

In the probe structure under development, the supporting substrate for the electrode array is silicon, formed from a wafer by selective chemical etching. Typical dimensions include an overall length of 3 mm, a shank width of 60 $\mu$m, and a substrate thickness of 15 $\mu$m. The upper surface of the probe is insulated with silicon dioxide and silicon nitride dielectrics on which are deposited thin-film interconnect leads of polysilicon or tantalum. These leads are insulated with overlayers of silicon dioxide and silicon nitride, which are selectively removed over the recording sites to permit lead contact to the extracellular fluid. At the rear of the probe, integrated circuitry is formed to allow the very small neural signals to be amplified and then multiplexed to the outside world on a single wire. This circuitry allows the number of wires which must be attached to the probe to be limited to only 3 for as many as 40 recording channels.

A batch process has been developed for producing these probes with high yields. A prototype integrated circuit for amplifying and multiplexing up to 12 recording channels has been fabricated and tested successfully. The required chip area is 1.75 mm² in 6 $\mu$m/feature NMOS technology. Passive probes (without on-chip circuitry) having as many as 10 channels have been fabricated and are now being tested using short-term experiments in animals. Neural activity has been recorded from both tip-mounted and side-mounted recording sites, with signal-to-noise ratios exceeding 5:1. These results are very encouraging in regard to the eventual successful application of the fully integrated probe structure.

During the next phase of this project, primary effort is being directed at the further study and optimization of probe/recording-site geometries to best recording characteristics, and at the successful integration of the signal-processing circuitry directly on the probe. Efforts also are directed at the development and evaluation of long-term implantable probe assemblies, including improved insulating materials capable of preserving their electrical integrity in the face of long exposure to saline.

## 2. Upper Limb Applications

### Restoration of Upper Limb Function Using Functional Electrical Stimulation (FES)

P. Hunter Peckham, Ph.D.; Alvin A. Freehafer, M.D.; Michael W. Keith, M.D.; and E.B. Marsolais, Ph.D, M.D.
Rehabilitation Engineering Center
Case-Western Reserve University
Cleveland and Metropolitan General/Highland View Hospitals
Cleveland, Ohio 44109

Sponsor: Veterans Administration Rehabilitation Research and Development Service

The focus of research activities in the Case-Western Reserve University Rehabilitation Engineering Center is directed toward restoration of upper limb function. Projects at this time include restoration of motor function through functional electrical stimulation, closed-loop control of electrically stimulated muscles, and electrotactile stimulation for sensory augmentation.

These studies are the core area of research in the program. The purpose of the project is to develop and evaluate systems employing functional electrical stimulation to provide control of hand movement.

DEM523789

## Closed-Loop Control of Electrically Stimulated Muscles

Patrick E. Crago, Ph.D., and Howard J. Chizeck, Sc.D.
Rehabilitation Engineering Center
Case-Western Reserve University
Cleveland and Metropolitan General/Highland View Hospital
Cleveland, Ohio 44109

Sponsor: National Institutes of Health
(National Institute of Neurological and Communicative
Disorders and Stroke)

The objectives of this research project are to design and evaluate closed-loop control systems for the regulation of grasp and release in functional neuromuscular stimulation orthoses. Systems will be implemented for lateral pinch and palmar prehension in C5 and C6 quadriplegic patients to provide repeatable input/output properties, regulation of grasp stiffness, and coordination of multiple channels of stimulation with a single command signal.

The stiffness regulation system consists of two feedback loops; one is an internal force regulation loop that modulates stimulus pulse width and interpulse inverval; the other is an external position feedback loop with a stiffness controller that regulates the relationship between force and position. All elements of the stiffness regulation system have been (and are being) tested in animal experiments. The results of those tests are being applied in the design of the hand-grasp regulation systems.

In the initial part of this study, we have concentrated on systems identification of the stimulated muscles and evaluation of the response properties of the closed-loop force feedback system. In these tests, the subject's hand is held stationary with the appropriate digit resting against a stationary force transducer. The control systems are implemented by software in a laboratory microcomputer.

Systems identification of the force modulation of electrically stimulated muscles consists of three phases: (i) estimation of the muscle fusion frequency (i.e., the frequency, at which there is 10 percent ripple in the force), (ii) measuring the recruitment characteristic (steady-state relationship between pulse width and force, measured at the fusion frequency), and (iii) estimation of the muscle dynamic properties. The muscle dynamic properties are modeled by a discrete time difference equation relating the force output at each stimulus instant to the two previous force outputs and the previous recruitment modulation parameter. When static recruitment nonlinearities are removed, the linear model predicts the actual force output with an error less than 10 percent. These results are in agreement with our results from animal studies.

The stability, rise time, overshoot, and settling time of the closed-loop force regulation system are measured from responses to step changes in command. Responses are also evaluated for ramp command inputs, since ramps are more representative of the types of inputs generated by patients. The criteria for acceptable step responses are (i) rise time (0 to 90 percent) less than 1 second, (ii) overshoot less than 20 percent, (iii) settling time (±5 percent of steady state value) less than 2 seconds, and (iv) no sustained oscillations in the output at the stimulus instants.

It was possible to meet these criteria with a wide range of controller parameters (e.g., a gain range of 5 to 10) indicating that the system was robust (insensitive to controller or muscle parameters). These results are also in agreement with previous animal studies.

Future plans include similar evaluation of the complete stiffness regulation system, which has been implemented in software. Testing will be expanded to include evaluation of the patient's ability to control the closed-loop systems■

# 3. Lower Limb Applications

## Walking Restored in Paralyzed Man Using Electronic Orthotics

E.B. Marsolais, M.D., Ph.D.
Veterans Administration Medical Center
Cleveland, Ohio 44106

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

This is a 3-year research program which began in September 1983; it is a continuation of earlier work of functional electrical stimulation of paralyzed muscles. The goal of the work is the development of a neuromuscular orthotics system to provide paralyzed persons with specific functional activity. As compared with the existing prototype system the new one should yield smoother performance, improved stability, reduced fatigue, and be adaptable to an implantable form.

Nine paraplegic patients with complete lesions ranging from T-4 to T-11 have participated in the study. Seven of these are currently active subjects. They are implanted with percutaneous intramuscular electrodes in major muscles of the legs and pelvis which deliver stimuli for flexion and extension of the hip, knee, and ankle. Either a laboratory computer or a portable microprocessor-controlled stimulator pro-

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523790

vides programmed, sequential electrical stimuli to produce desired combinations of movements for standing up, level walking with either right or left leg, and going up or down stairs.

With this instrumentation all patients have developed clinically usable muscle forces. Their exercise program includes using electrical stimulation for an hour a day and walking for half an hour three times a week. Quadriceps muscle force and girth of the thigh increased over a period of several months of exercise. The patient's aerobic capacity is monitored using an arm-ergometer. All patients are able to tolerate a 50 to 100 percent increase in workload with lower heart rate and lower blood pressure than that recorded for the same workloads at the start of the exercise program.

Among the six patients who have been able to walk with electrical stimulation, the total number of electrodes implanted ranged from 36 to 108. The electrodes, made of 76μ, multistranded stainless steel, were generally well tolerated; over the course of 9 months, electrode failure varied among the patients from 25 percent to 50 percent. The failure was either mechanical or due to physical movement where response to stimulations was no longer functional. At the time of this communication, four patients were able to walk with a standard walker for distances ranging from 3 m to 50 m, and two were able to walk only in parallel bars. The major problems encountered were poor balance due to lack of functional hip muscles, high energy requirements, and non-related medical complications.

During the past year three major improvements in the neuro-orthotic system have been developed. In almost all patients the capability for dorsi and plantar flexion has been added through implantation of peroneous longus, tibialis anterior, and soleus muscles of the lower leg, eliminating the earlier need for an ankle-foot orthosis. In two patients postural control has been improved by the implantation of hip extension muscles. One patient is able to climb and descend stairs holding onto rails. A closed-loop, or feedback, control has been implemented, allowing the computer to adjust the levels of stimulation according to the knee angle during standing, thus minimizing the amount of stimulation delivered to the muscles and reducing fatigue.

Future work is directed toward (i) improvement in electrode design and implantation technique, (ii) improvement in stability and smoothness of motion through the implementation of closed-loop controllers of electrical stimulation using an improved mathematical model of human gait, and (iii) evaluation of sensor needs and design of those necessary for the closed-loop system.■

[See also II. **Orthotics, A. Lower Limb**, An Investigation into the Mobility of the Cerebral Palsied Child]

# 4. Other

## Active Physical Therapy: Application of FES to Rehabilitation Medicine

J.S. Petrofsky, Ph.D.; K.K. Kimura, Ph.D., M.D.; C.A. Philips, M.D., P.E.; Paul Kezdi, M.D.; R.W. Gardier, Ph.D.; D. Danpulos, M.D.; and R.W. Stacy, Ph.D.
Wright State University School of Medicine
Dayton, Ohio 45435

Sponsor: Veterans Administration Rehabilitation Research and Development Service

This pilot project has begun to examine in detail the effects of isokinetic and dynamic exercise on paralyzed skeletal muscle and on the cardiorespiratory and skeletal systems. The overall goal of the studies will be to train a large number of paraplegic and quadriplegic subjects (with injuries at various levels of the spinal cord) by each of the two exercise modalities, and then to study the responses of the cardiovascular, respiratory, and skeletal systems.

Isokinetic exercise is often used to condition muscular strength. Isokinetic exercise involves lifting weights very slowly up and very slowly down with sufficient load applied to a muscle to fatigue it fairly rapidly. This type of exercise, while conditioning muscular strength, has historically been very poor in terms of developing cardiorespiratory fitness. To condition the cardiorespiratory system physically, training such as aerobic exercise must be used. In contrast to isokinetic exercise, aerobic exercise involves the rapid movement of muscle against a light load at a sufficient level so that the muscle can produce energy (through the utilization of oxygen-consuming pathways in the muscle). While applying to nonparalyzed individuals, such responses may or may not apply to the paralyzed because of the possible disruption of many autonomic pathways resulting from the spinal cord injury.

The purpose of the current series of experiments has been to examine various training protocols involving isokinetic and dynamic training of skeletal muscle and other body systems. Included in the parameters examined have been the effect of various exercise training programs on muscular strength, muscular endurance, muscle size, limb blood flow, bone mineral density, cortical bone thickness, blood pressure at rest, blood pressure during

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523791

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

exercise, heart rate at rest, heart rate during exercise, orthostatic tolerance at rest, drug tolerance, pulmonary function at rest, ventilation and ventilatory equivalent during exercise, lactic acid production in the blood during exercise, acid base balance at rest and during exercise,. and exercise efficiency as assessed by oxygen uptake for a given exercise regime. Further studies also will be performed to examine the thermoregulatory stresses induced by these forms of exertion.

Electrical stimulation is delivered sequentially to skeletal muscle by three electrodes placed on the surface of the skin. Using carbonized rubber electrodes, stimulation is applied with a pulse width of 300 microseconds and a frequency of between 20 and 40 hertz. The amplitude of the signal is modulated to control the degree of recruitment in the underlying skeletal muscle below the electrodes. The degree of recruitment (and therefore the strength development) of the skeletal muscle was then controlled according to the computer program adjusted for the desired position of the leg during isokinetic or dynamic exercise (closed-loop control). The closed-loop control system employed throughout these experiments used the position of the limb as feedback.

During the first 9 months of the work (which is projected to extend over a number of years), experiments were conducted to collect baseline data on the cardiorespiratory responses during isokinetic and dynamic exercise.

Closed-loop electrical stimulation was used to induce isokinetic contractions in skeletal muscle of eight paralyzed individuals and to examine their cardiorespiratory responses to that form of exercise. (Four nonparalyzed subjects also were evaluated during similar but voluntary exercise as a basis of comparison with the paralyzed subjects.)

After 6 weeks of training, an experimental session was conducted during which cardiovascular and respiratory parameters were recorded during 4-minute periods of exercise at progressively increasing intensities for all subjects. Results indicated that the training program has caused an average increase in the circumference of the thigh of the eight spinal cord injury (SCI) subjects of 2.7 cm (±0.6 cm). This was paralleled by an increase in strength of the quadriceps muscle group, which averaged 4.9 kg (±2.8 kg). When the cardiovascular responses during 4-minute bouts of exercise were measured, it was shown that even during the most fatiguing bouts of exercise, the average cardiovascular responses were small. Heart rate increased from 83 beats per minute at rest to 101 beats per minute at the end of exercise, while blood pressure increased from a mean resting pressure of 96 mm Hg at rest to 115 mm Hg at the end of exercise in the paralyzed subjects. There were significant differences (in the heart rate and blood pressure responses to exercise) of the paraplegic and quadriplegic subject.

Another four paraplegic, four quadriplegic, and four control subjects participated in a second series of experiments on a modified Monark bicycle ergometer to examine the effects of electrical stimulation on the cardiorespiratory responses that occur during dynamic exercise. The cardiorespiratory responses during exercise were then examined in these same subjects and compared to those of nonparalyzed controls in an additional exercise session. Both groups of subjects had similar responses to exercise. However, the magnitude of the heart rate and blood pressure responses to the exercise were different in the three groups of subjects. The differences were apparently related to the degree of damage in the autonomic nervous system associated with the spinal cord lesion that initially resulted in the paralysis. However, aerobic exercise had many beneficial effects on paralyzed individuals that may help them attain better health.

Finally, during this period of time, pilot experiments were started to assess the effect of physical training on drug tolerance of the body. Also, the initial thermoregulation experiments were started, with subjects doing armcrank ergometry in a heat chamber, to assess thermoregulatory tolerance during exercise. As the work continues these areas will be expanded until the full objectives of the study can be realized.∎

## Influence of Sural Nerve Stimulation on Motor Unit Control in Normal Subjects and Those with Spastic Paresis

Jack H. Petajan, M.D., Ph.D.
Veterans Administration Medical Center
Salt Lake City, Utah 84148

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

Introduction—Stimulation of touch and pain afferents can modify muscular activity in a manner appropriate to the stimulus; i.e., the foot withdraws on painful stimulation. Spinal-polysynaptic reflexes are modifiable by supraspinal influences. Anticipation can enhance responses, while repetitive stimulation will lead to habituation and attenuation of response. In patients with lesions of the spinal cord causing impairment of conduction in descending motor pathways, spinal-polysynaptic reflexes are disinhibited.

DEM523792

The most commonly observed response in the lower extremities is the flexion reflex. This reflex can occur spontaneously or on very minimal mechanical stimulation of the limb. On the other hand, pressure applied to the sole of the foot may elicit forceful plantar flexion.

Partial involvement of descending motor pathways may permit the patient to extend the lower extremities and even to stand. The antigravity posture of plantar flexion and lower extremity extension can be voluntarily increased. Muscle activity tends to persist for seconds after voluntary activation ceases. It is very difficult or impossible for such patients to voluntarily flex the lower extremity in order to step. At the same time, flexor spasms occur frequently in response to nociceptive and other skin stimulation.

While recording from single motor units in first dorsal interosseous, extensor digitorum indicis, and flexor digitorum profundus, electrical stimuli delivered to the flexor and extensor surfaces of the fingers produced transient inhibition of motor unit firing. Cutaneous afferents have been demonstrated to modify excitability of motor neurons.

Some patients with spastic paresis have discovered that transcutaneous nerve stimulation applied to the involved extremity (sural nerve) improves muscular strength and control. This observation suggests that appropriate stimulation of sensory nerves might result in facilitation of motor neurons, making them more accessible to residual corticospinal innervation. Such stimulation might also increase activity in polysynaptic flexor reflexes, making it easier to oppose voluntarily the antigravity posture. Intermittent extension and flexion of the lower extremities could be induced by appropriate activation of spinal reflexes.

**Methodology**—The subjects were seven normal adults, two females and five males. Five patients with multiple sclerosis resulting in spastic paraparesis preventing ambulation or ambulation only with bilateral support and two patients with corticospinal tract disease resulting from amyotrophic lateral sclerosis were studied.

In this preliminary study, the influence of electrical stimulation of the sural nerve upon voluntary control of the tibialis anterior muscle was investigated. Tonic stimulation at a nonpainful level insufficient for activation of the flexor nociceptive reflex was used. The influence of stimulation upon single motor unit control and the force of maximum dorsiflexion of the foot was investigated. Normal subjects and those with weakness resulting from involvement of descending spinal motor pathways were studied.

**Biomechanical Measurements**—The patient was placed in a supine position with the right leg supported on a 1-inch styrofoam pad. The heel of the foot was free of the support surface. The foot was allowed to assume a slightly plantar-flexed rest position. It was then attached to a Grass strain gauge by means of a lightly padded leather strap and cable. The loop of the strap circled the foot just proximal to the metatarsalphalangeal joint, so that toe movement would not interfere with the measurement of force of dorsiflexion. The strain gauge was connected to a DC amplifier set to produce an approximately 0.5 kg/cm deflection.

**Sensory Nerve Stimulation**—Two silver disc electrodes set in plastic and 2.5 cm apart were placed over the sural nerve at the level of the malleolus, with the cathode proximal. Square wave pulses of 0.05 to 0.1 msec duration at an intensity of approximately 50 to 100 V were applied at a level just sufficient to produce a "tingling-warm" paresthesia. For patients with spastic paresis, the level of stimulation was kept below that sufficient to produce dorsiflexion of the great toe or a flexion reflex, even upon stimulation lasting several minutes. Stimulus frequency and intensity were kept constant throughout the experiment.

**Recording of Tibialis Anterior Motor Unit Activity**—A 26-gauge monopolar needle electrode was inserted into the tibialis anterior muscle, and a single motor unit was isolated during minimal voluntary muscle contraction. Using auditory feedback of the motor unit potential to establish control, the subject became familiar with the level of effort required to activate a single motor unit and sustain its firing. During dorsiflexion of the foot and single motor unit activation, the force was measured simultaneously. The subject was then requested to dorsiflex the foot repeatedly to a level just sufficient to activate a single motor unit.

**Experiment 1—Single Motor Unit Control**—The subject was instructed to maintain steady firing of a tibialis anterior single motor unit during measurement of force. Following 1 minute of steady firing, audio feedback was discontinued for a period of 30 seconds. Sural nerve stimulation was then begun and continued for 30 seconds to 1 minute. Additional experiments in which the audio feedback was discontinued for periods up to 2 minutes also were performed on the same subjects.

**Experiment 2—Maximal Effort**—The subject was instructed to dorsiflex the foot maximally in three

DEM523793

Rehabilitation R&D Progress Reports 1984

trials. He/she was then told that during the next trial there would be concomitant stimulation of the sural nerve. Finally, three additional trials of maximal effort were made immediately following those accompanied by sural nerve stimulation.

**Experiment 3**—Following three maximal dorsiflexions the sural nerve was stimulated for a period of 5 minutes. Three maximal dorsiflexions were then repeated.

**Results**

**Normal Subjects—Single Motor Unit Control**—All subjects were able to maintain stable firing of tibialis anterior motor units in the absence of audio feedback for 30 seconds or more. Sural nerve stimulation (SNS) uniformly resulted in increased firing rate and often recruitment of additional motor units. The corresponding increase (greater than 20 percent) in force of dorsiflexion was also recorded. A two-fold to three-fold increase in force was not unusual. In several trials one subject habituated to the stimulus and did not increase tibialis anterior motor unit firing rate. All subjects experienced a definite increase in the level of effort required to maintain a stable level of tibialis anterior activation. SNS was experienced as a weight or force promoting plantar flexion.

**Maximal Effort**—In the two female subjects, it was possible to assess the influence of SNS upon maximal effort. In each of three trials the force of dorsiflexion was reduced.

**Multiple Sclerosis Patients—Single Motor Unit (SMU) Control**—SMU control in the absence of audio feedback was unstable or impersistent in three-fifths of the multiple sclerosis (MS) patients. SNS causes SMU firing and force to decrease in three-fifths and increase in two-fifths of the patients. All patients reported an awareness of increased effort required to maintain stable activity in tibialis anterior.

**Maximal Effort**—Maximal effort was tested in three patients. In all three, the force of dorsiflexion increased by 50 percent or more following sensory nerve stimulation. The effect was followed for up to 20 minutes. In two subjects, a period of 5 minutes of SNS without muscle contraction resulted in a progressive increase in force of dorsiflexion over a period of 10 to 15 minutes. In two patients, SNS during maximal contraction caused a decrease in force, and in one subject, an increase.

**Patients with Corticospinal Tract Disease—Amyotrophic Lateral Sclerosis**—In the small sample of two patients, SMU firing was stable in one subject but unstable in the other, in whom a progressive increase in firing was noticed in the absence of audio feedback. SNS caused a decrease and an increase respectively in the subjects. The sense of effort was increased in both subjects during SNS.

**Maximal Effort**—In both subjects the force of maximal contraction decreased with SNS, but increased following stimulation.

**Discussion**—Results from this small number of subjects are not conclusive. However, some consistencies are present. All subjects experienced an interaction with the stimulus, the net effect of which was an awareness of increased effort required to maintain tibialis anterior contraction at a stable level. Variability in force output during SNS can be explained in part by varying degrees of voluntary effort applied to counter the apparent resistance to dorsiflexion. Even in normal subjects, maximum dorsiflexion may be decreased by simultaneous sensory nerve stimulation.

In MS patients the influence of SNS upon single motor unit control was more variable. The ability to counteract the resistance to dorsiflexion was compromised. Also, in these patients, the increased force of dorsiflexion seen with SNS might result from the simultaneous activation of flex or reflex afferents. All subjects manifested an increased force of dorsiflexion following SNS. Some subjects reported that the experience was similar to exercising against a weight.

The final effect of increased force of dorsiflexion following SNS may be similar to post-exercise facilitation. Inhibition of dorsiflexion produced by SNS may result in greater levels of excitatory transmitter in the spinal cord during voluntary attempts at dorsiflexion. When the inhibition stops, then enhanced excitability persists.

SNS may find practical use, since the patient may not need to dorsiflex against resistance in order to improve the strength of dorsiflexion.

Further experiments will examine the effect of SNS upon maximal effort and SNS without muscle contraction upon the maximal strength of dorsiflexion following stimulation. The duration of this interesting effect also will be examined. Additional subjects must be tested using the above protocol.■

DEM523794

## Effect of Electrical Stimulation and Passive Stretch on Peripheral Nerve Disorders

Bruce Pachter, Ph.D.
New York University Medical Center
Department of Rehabilitation Medicine
New York, New York 10016

Sponsor: National Institute of Handicapped Research

The loss of innervation to skeletal muscles of patients with peripheral nerve injuries can lead to complete degeneration of the muscles. The goal of this study is to establish the significance of specific treatment modalities (electrical stimulation and passive exercise) employed to overcome the state of muscle inactivity, retard muscle atrophy, improve the microvascular system, and enhance reinnervation and functional recovery.

The specific objectives of this study are to critically determine by histochemistry, light and electron microscopy, and by electrophysiology, if the above two treatment modalities are beneficial in (a) the short-term and long-term management of peripheral nerve injuries as well as (b) enhancing subsequent reinnervation. These parameters will be determined in the extensor digitorum longus muscle of rat.

This study has immediate relevance to rehabilitation of neuromuscular dysfunction. Considerable effort is expended by therapists to overcome the degenerating effects of skeletal muscles due to loss of innervation. Loss of innervation may be incurred by denervating diseases, some myopathies, accidental or purposeful nerve injuries, and limb reimplantation. The usefulness of some treatment modalities (electrical stimulation and passive exercise) currently employed to treat these conditions have not been established or are controversial. Questions as to their precise benefit to the recuperating patient are still largely unanswered. The present study addresses these problems and is designed to define the benefits and increase our understanding of the above two therapeutic modalities.

It is anticipated that therapy programs involving the use of electrical stimulation and passive exercise will be based on the results of our project. A more efficient protocol may then be established to aid the disabled to gain functional recovery in the shortest possible time, and to improve their employment chances, as well as independent living prospects.■

## Fitness Improvements and Physiological Responses to FES Exercise

Roger M. Glaser, Ph.D., and Agaram G. Suraprasad, M.D.
Veterans Administration Medical Center
Dayton, Ohio 45428

Sponsor: Veterans Administration Rehabilitation Research and Development Service

Our several years of research in upper body exercise for the disabled (wheelchair/armcrank ergometry), and more recently in functional electrical stimulation (FES) exercise of paralyzed leg muscles, suggests that higher levels of physical fitness may be achieved with combinations of these exercise modes. FES exercise can result in marked increases in strength and endurance capability. It also may improve the integrity of the bones.

However, little data are available concerning metabolic, cardiovascular, and pulmonary responses to this form of exercise and how these responses differ from those for able-bodied individuals performing the identical exercise task voluntarily. Because autonomic sympathetic nervous system control in many of these patients may be limited or absent during this peripherally induced exercise, organ system responses may be inadequate for the metabolic demands of the contracting muscles, which would severely limit performance. It is particularly important to determine whether blood flow to the electrically stimulated muscles is sufficient and whether critical variables such as arterial blood pressure and muscle temperature are within safe limits. Thus, further understanding of physiological responses to FES exercise seems necessary to reduce potential risks to patients using FES for exercise therapy and for locomotive activities.

In contrast to FES exercise, voluntarily performed arm exercise in paraplegics appears to elicit similar metabolic, cardiovascular, and pulmonary response patterns as for able-bodied individuals performing the same exercise. Thus, sympathetic influence of organ system control appears to be functional with this form of exercise. Conditioning protocols utilizing wheelchair and armcrank ergometry have been shown to be effective in improving the performance of the upper body musculature, and potentially promoting some degree of cardiovascular and pulmonary fitness. However, high levels of aerobic conditioning cannot be expected with arm exercise because the relatively small skeletal muscle mass employed usually tends to fatigue prior to the cardiovascular and pulmonary systems receiving exercise of sufficient intensity and duration to cause training effects.

The material in this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

94

Rehabilitation R&D Progress Reports 1984

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

Ideally, aerobic conditioning requires an exercise mode that utilizes a large skeletal muscle mass. In this way, greater demands can be placed upon the cardiovascular and pulmonary systems while reducing the effects of local muscle fatigue. Applying this principle to paraplegic patients, greater skeletal muscle mass for exercise may be incorporated by simultaneously exercising the arms (voluntarily) and the paralyzed legs (FES). This complex mode of exercise may promote upper body and lower body fitness as well as cardiovascular fitness. It also seems possible that this complex mode of exercise will permit better performance of the electrically stimulated legs (than for FES leg exercise alone) because sympathetic nervous system adjustments to exercise would be stimulated by the voluntary arm exercise.

Because of the potential for improving the physical fitness of paralyzed individuals, more research needs to be performed in: developing protocols for FES exercise; evaluating physiological response to FES exercise; and evaluating the combination of FES and voluntary exercise for aerobic conditioning.

The goal of our research project is to improve rehabilitation of individuals with lower limb paralysis or paresis resulting from spinal cord injury or stroke. A primary need for individuals is the improvement of their physical fitness. To accomplish this goal, two specific long-term objectives (with their short-term objectives) are proposed:

1. To evaluate the effectiveness of exercise programs incorporating electrical stimulation of paralyzed muscle for their potential in improving muscle strength and endurance, bone mineralization, and general physiological fitness.

a. Develop standardized exercise protocols utilizing electrical stimulation of paralyzed muscles to provide safe and effective means of evaluating muscle performance.

b. Develop exercise conditioning protocols for enhancing the capacity for aerobic and anaerobic exercise in electrically stimulated paralyzed muscles.

c. Compare metabolic, cardiovascular, and pulmonary responses to electrically induced exercise of paralyzed muscles with the same exercise tasks being performed voluntarily by able-bodied individuals.

2. To evaluate the effectiveness for aerobic conditioning of exercise protocols that incorporate simultaneous electrically induced exercise of paralyzed legs and voluntary exercise of the arms.

a. Determine peak oxygen uptake and cardiopulmonary responses for electrically induced leg extension exercise and armcrank/wheelchair ergometer exercise performed separately and in combination.

b. Determine changes in the capacity of paraplegic individuals to propel manual wheelchairs following upper and lower body exercise programs.

## Weight Transfer Training Using Biofeedback and Electrical Stimulation in Strokes and Incomplete Spinal Cord Transections

Bruce R. Bowman, Sc.D., and Harold M. Sterling, M.D.
Veterans Administration Medical Center
Loma Linda, California 92357

Sponsor: Veterans Administration Rehabilitation Research and Development Service

**Hypothesis** — Patterned electrical stimulation of lower extremity muscles will facilitate patient awareness of the involved leg, transfer of weight to the leg, and assist therapists in teaching standing balance and weight transfer.

**Method** — Design and construct a weight-bearing test device, weight transfer apparatus, force feedback display and electrical stimulators. Study and control groups will be observed to determine if weight-bearing, gait, endurance, energy expenditure, and ambulation level are altered by patterned electrical stimulation.

**Goal** — Improved gait training program for patients recovering from certain neurological conditions, shortening hospitalization time, and an improved level of ambulation.

[See also **IV. Spinal Cord Injury, B. Medical Treatment**, The Effect of Electrical Stimulation of Muscles on the Cardiovasculatory System and **C. Spinal Cord Regeneration**, The Effects of Application of Direct Current on Regeneration of Nerve Cells]

DEM523796

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

# V. Functional Assessment

## Development of a Computer-Automated System for Functional Assessment

George V. Kondraske, Ph.D.; Wolf W. von Maltzahn, Ph.D., P.E.; Benjamin Chen, Ph.D., and Masahiko Nakamura, Ph.D.
University of Texas at Arlington
Arlington, Texas 76019

Sponsor: National Institute for Handicapped Research
The Dallas Rehabilitation Foundation
The University of Texas at Arlington Organized
Research Fund

Investigators at the University of Texas at Arlington (UTA) have developed a computer-automated system to quantitatively assess a broad selection of sensory and motor functions. The objectives of this project are to further develop and expand the basic system, and to prepare two complete prototype systems for clinical evaluation and application studies at our clinical settings, the University of Texas Health Science Center at Dallas (UTHSCD), and the Dallas Rehabilitation Institute (DRI). In this battery of tests, each function is assessed by having the test subject carry out very specific, simple, and short-duration tasks that usually involve responding to computer-generated stimuli. Special-purpose transducers have been designed to convert responses into voltages suitable for digitization by computer. For most tests, algorithms compute single-number results that quantitatively indicate the level of a specific function. Software for test administration, and for printing of formatted results, has been developed. New software to graphically indicate composite and specific function results, as well as their change over time, is under development.

Over the past year, the basic system was redesigned to improve performance and to facilitate modular expansion and replication. In 1984 a prototype of the redesigned basic system was completed and placed into clinical evaluation at UTHSCD during January and a second identical prototype was placed at the DRI in June.

Since more than 250 measures can be obtained, a sensory and motor function data base structure was defined and implemented on a mainframe computer. Data recorded for each subject is transferred via modem to be entered into the data base.

New tests are being developed for incorporation into the system. A device that measures pronation and supination strength, speed, and range of motion was added in June 1984. A prototype of a three-dimensional digitizer, called the bio-curve tracer, also was completed. This device was designed for accurate range-of-motion measurements about all body joints, as well as for handling entry of anthropomorphic data directly into the computer. Clinical studies are now in progress to evaluate reproducibility, and to develop a test administration protocol for this device.

Progress was made on another device that is capable of measuring isometric and isokinetic strength, resistance to passive motion (rigidity and spasticity), and proprioception about specific joints. The device is similar to a previous one for resistance to passive motion measurement. A first version completed recently is used to assess these functions about the finger and wrist joints. A second is being fabricated for knee and elbow evaluations. These devices will be incorporated into the clinical systems by December 1984.

Inquiries were received from other institutions about the possibility of replicating the sensory and motor-function system for use in their own research. In accordance with our intention to promote quantitative, objective assessments, arrangements have been made to respond to a limited number of such requests, with our center replicating the system at cost. Data obtained at remote locations would be included in the sensory and motor function data base.∎

## Clinical Evaluation and Application of a Computer-Automated System for Functional Assessment—Part I

Vert Mooney, M.D.; George V. Kondraske, Ph.D.; Ron Tintner, M.D.; and Sue Smith, R.P.T.
University of Texas Health Science Center at Dallas
Dallas, Texas 75235

Sponsor: National Institute of Handicapped Research
The Dallas Rehabilitation Foundation

The first prototype of this center's redesigned computer-automated functional assessment system, developed by the University of Texas at Arlington (UTA) investigators, is being evaluated for test-retest repeatability, effects of age, gender, and handedness, and for stability of patient data. The clinical setting at the University of Texas Health Science Center at Dallas (UTHSCD) includes functional assessments of patients with progressive neurologic diseases such as

DEM523797

Parkinson's disease, multiple sclerosis, myasthenia gravis, and Huntington's disease, as well as a major emphasis on those with chronic low back pain. The function of carefully screened normal subjects, aged 20 to 80 years of age, will be determined to form a data base that will be used to indicate a patient's function in terms of percentile of a normal population of appropriate age range and gender. Over the 4-year period of FY84 through FY87, it is expected that over 300 normal subjects and 400 patients will be evaluated during the course of these studies. As of June 1984, 125 subjects have been tested in the clinic. Emphasis has been placed initially on evaluating the system and test administration personnel, as well as on establishing the normal function data base. The data base is essential in order to express results of patient evaluations in a form that will facilitate interpretation and that will provide clinicians with feedback useful in evaluating their progress in restoring or preventing loss of functions.

The data base is currently in a rough format in that it contains a sufficient number of subjects (from past as well as present efforts) to establish young (18 to 40 years) adult and old (41 to 80 years) norms for 150 different measures of sensory and motor function. As the sample total grows, efforts will be directed toward establishing norms for each decade for each of the more than 250 measures in the system. This task is greatly facilitated by the nature of the system's automated data acquisition and result logging design. The majority of these measures can be obtained in a 2-hour test session■

### Clinical Evaluation and Application of a Computer-Automated System for Functional Assessment — Part II

George Wharton, M.D.; George V. Kondraske, Ph.D.; and Margaret Wise, M.S., O.T.R.
The Dallas Rehabilitation Institute
Dallas, Texas 75235

Sponsor: National Institute of Handicapped Research
The Dallas Rehabilitative Foundation

A second prototype of this center's computer-automated functional assessment system is being evaluated clinically at The Dallas Rehabilitation Institute (DRI). Work was recently begun to evaluate the function of patients with head injuries, spinal cord injuries and peripheral neuromuscular damage; adult cerebral palsy, amputated limbs, and spina bifida. Data will be used to develop functional profiles of these conditions, as well as to form a sensory and motor function data base. DRI investigators will work in close collaboration with those at the University of Texas at Arlington (UTA) and the University of Texas Health Science Center at Dallas (UTHSCD) to improve test devices as experience with these patient groups is obtained.

Another sub-project will compare data acquired at the UTHSCD clinical site with data on the same set of subjects evaluated at DRI. Results will be used to assess factors such as instrument calibration and effects of training on test administrator performance. It is expected that over 500 different patients will be assessed (up to five times each) over 4 years during these studies. Results are expected to show that the computer-automated system can detect and quantify small but significant changes in function due to rehabilitation therapies and assistive devices, thereby objectively determining the efficacy of these interventions. Patients with different disabilities will be categorized by functional profiles. Thus, the progress of patients undergoing rehabilitation and monitoring by instrumented quantitative assessments can be judged against appropriate norms■

### Quantification of Motor Performance: Muscle Strength and Endurance Testing

L. Amundsen, Ph.D., and J. Agre, M.D.
University of Minnesota Hospitals
Minneapolis, Minnesota 55455

Sponsor: National Institute of Handicapped Research

The project has developed three prototype isometric testing stations with stabilization to test 13 different muscle groups. Reliability testing has been completed on handgrip and elbow flexion. A study was completed comparing the effects of different types of pelvic and lower limb stabilization on the extent of pelvic movement during trunk strength testing.

A prototype of a portable myuodynamometer has been used in a clinical setting (Neuromuscular Disease Clinic at the University of Minnesota Hospitals). Sixty-three patients have had initial strength testing of five different muscle groups using this device. Clinicians are currently utilizing this information to map disease progress and to assist in the decision making process regarding therapeutic intervention decision.

Two surveys were completed regarding methodology currently being used for assessing spinal rom and strength.

Computerization of the quantification process has progressed during the past year. A software package

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523798

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

has been developed to sample force signals, display results in real time, direct the subject's actions by sounding tones, and store the results. A linkage with a data base management system (CLINFO) has also been developed.

## Quantification of Mobility Performance for Functional Assessment, Diagnosis, and Therapy of Neuromuscular, Skeletal, and Synovial Joint Dysfunctions

Robert W. Mann, Sc.D., and Derek Rowell, Ph.D.
Rehabilitation Engineering Center
Harvard University/Massachusetts Institute of Technology
Cambridge, Massachusetts 02139

Sponsor: National Institute of Handicapped Research

**Background**—The 1983 Veterans Administration Rehabilitation Research and Development Progress Report outlined this comprehensive project—combining precise and rapid kinematic recording and analysis of abnormal gait with dynamic estimation of joint forces for the human lower extremities into a patient-specific musculoskeletal model of the pelvis, thigh, shank, and foot to establish the time-course and activity level of the individual muscles. Then presenting the relevant anatomical detail of the patient to the surgeon via computer graphics so that the surgeon could simulate a procedure, such as an osteotomy or tendon transplant. The computer system would then automatically alter the preoperative state of the musculoskeletal model to conform to the simulated change and show (again via computer graphics) the effect on the gait pattern of the subject. It is the direct analog of Computer-Aided Design (CAD), now so universally applied in simulating product to system design prior to manufacture.

The 1984 VA RR&D Progress Report updates the 1983 description.

**Gait Analysis**—Our Selspot I/TRACK system, now in routine use, is being adapted to the Selspot II Camera with four-fold improvement in translational and rotational kinematic resolution and accuracy, and with greater flexibility in the number of light emitting diode arrays versus sample frequency. Automated techniques for calibrating camera optics and electro-optical transducers have been developed. Feasibility studies for large-volume TRACK are underway to employ either moving cameras or multiple cameras to record movement over larger viewing volumes than the intersection of two fixed location cameras.

Large-volume TRACK will place fewer restrictions on the movement trajectory of the patient.

**Dynamic Joint Force Estimation**—The NEWTON computer program automatically calculates joint forces and movements from TRACK kinematic data, force plate input, and body segment mass and inertial properties. We have developed computer programs which automatically calculate the patient-specific data, using as input computer tomographic scan data of human extremities. We are currently planning physical experiments on cadaver limb segments to compare direct measurement of the inertial tensor with our CT-based computer analyses.

The first pressure instrumented femoral head hemi-arthrosis has been implanted into a consenting patient and we have accumulated much data—intra-operative, postoperative, through recovery and rehabilitation and most recently in normal gait. Local pressures correlated well with the high readings recorded here in vitro on cadaver specimens. Spatial integration of the pressure during gait, combined with TRACK/NEWTON data and analysis, will permit comparison of external estimation of force with direct internal measurement and illuminate the role of muscle co-contraction, not discernable from gait analysis.

**Musculoskeletal Models**—Our current hip/knee/ankle model has seven degrees of freedom and incorporates representations of 36 mono- and bi-articular muscles. We know (from prior studies using TRACK, NEWTON and then optimization analyses to predict individual muscle activity) that the model's greatest deficiency is the knee representation which has been thought of as a planar hinge. An explicit knee model is being generated based on experimental measurement, using an ultrasound technique of articular and menisci geometries and incorporating the passive restrains of the ligaments. When inserted into the overall model, including the 15 muscles which span the knee, the joint will have at least four degrees of freedom and will improve the accuracy of prediction of individual muscle activity. Reduction and interpretation of the human volunteer bone pin TRACK array data on knee kinematics has begun.

**Computer Graphics Displays**—The surgeon must be presented with a realistic, manipulable representation of the subject's anatomy as he undertakes the simulated surgery. The same CT data used for segment inertial property determination serve also as input to the anatomical representation. Progress has been made in automatic feature detection, so that, for

DEM523799

example, the computer automatically differentiates between hard and soft tissue in outlining for a detail such as the geometry of the condyles of the knee joint.

Much work has yet to be done but we expect to be able to automate to a large extent the delineation of the anatomical features from the CT data and thereby present color-graphics displays of patient anatomy.

We also are anticipating the more widespread use of NMR to avoid radiation exposure and we also are analyzing NMR scan data. Ultimately the same anatomical data will be used to scale and alter the musculoskeletal model to faithfully represent the specific patient's anatomy.

The computer vector graphics displays of patient movement preoperatively and subsequent to a simulated operation must be as realistic as feasible. Stick figure representation, for example, is not adequate to capture nuances of pathological and/or idiosyncratic movement. We have begun the development of display programs which represent the limb segments as articulated solid bodies, driven by the TRACK kinematic input.∎

## Quantification of the Functional Capacity of Upper Limb Amputees

Neville Hogan, Ph.D.
Rehabilitation Engineering Center
Harvard University/Massachusetts Institute of Technology
Cambridge, Massachusetts 02139

Sponsor: National Institute of Handicapped Research

This project is intended to develop a technique for quantification and measurement of the upper-extremity functional capability of able-bodied and disabled persons. The technique being developed will use dynamic optimization theory to produce a single meaningful number derived from accessible measurements (such as myoelectric activity, speed, range of motion, etc.) and is intended to provide an essential link between measured performance and inferred functional capability.

An important aspect of dynamic optimization theory is that it yields a quantitative statement of the best way to perform a movement to accomplish the task modelled by the criterion function—subject to the limitations of the mechanical or biomechanical system performing the task. This ideal performance is then a benchmark for that task—that is, a yardstick against which other executions of that task may be compared. This is the key to the measurement technique: if a criterion function can be found which

describes normal movement behavior, it is the natural quantitative measure of functional capability. It permits a disabled person's performance to be compared numerically to the "ideal" performance of an able-bodied person, and it defines the functional meaning of the comparison.

In previous work, dynamic optimization theory successfully predicted patterns of muscle activation of an able-bodied person maintaining one (carefully chosen) posture of the forearm against changing gravitational loads, thereby demonstrating the feasibility of the approach. In the past year, the mathematical technique has been refined, extended and improved. The major outcome has been the separation of the analysis into two separate components, one dealing with the static constraints of the nonlinear geometry of the musculoskeletal system, the other accounting for the dynamics of posture. The benefit of this separation is that realistic representations of the moving limb can be dealt with more simply. The analysis has been extended to provide a description of the maintenance of any posture of the forearm against changing loads. Extending the analysis to provide a description of the maintenance of any unconstrained posture of the upper extremity (arm, forearm, etc.) is presently under consideration.

**Automatic Calibration Achieved**—Work on the experimental verification and application of the mathematical technique is in progress. The most important requirement is a clean, high-fidelity measurement of myoelectric activity. An improved method of processing myoelectric activity is being developed. The processing technique is based on a mathematical model of surface myoelectric activity, from which the optimal (maximum likelihood) estimator of muscle force was derived. This optimal processor (which was previously implemented and tested using a laboratory-bound computer) has now been implemented using microprocessor technology, and this has yielded approximately an order of magnitude of improvement over conventional processing techniques. A major advantage of this digital microprocessor implementation is that the tedious but essential calibration process is performed automatically without user intervention. This is an important step towards making this new technology accessible on a turn-key basis to a clinical user with no specialized knowledge of computer programming.∎

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523800

## Quantitative Evaluation of Nerve Repair

Vincent R. Hentz, M.D.; Gordon S. Abraham, M.S.E.E.;
Kenneth L. Cummins, Ph.D.; and Mae Seam Go, M.S.E.E.
VA Rehabilitation Research and Development Center
Veterans Administration Medical Center
Palo Alto, California 94304

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

**Hypothesis** — The lack of objective methods for assessing the extent of nerve injury or regeneration forces physicians to rely on subjective criteria in making clinical decisions and hampers the search for better methods of peripheral nerve repair. Similarly, better methods of nerve repair need to be developed because present methods, even those employing modern methods of microsurgical techniques, rarely result in full functional recovery.

We believe that regeneration can be quickly and reliably assessed by newly developed electrophysiologic methods which estimate the number and health of the axons crossing a focal lesion or repair site. In order to meaningfully enhance regeneration following injury, modern mechanical methods, including sutureless techniques, must be combined with pharmacological adjuncts that influence the rate and direction of regenerating axons.

**Methods** — Using computer-generated waveform simulations, we propose to characterize an electrophysiological assessment technique that generates a histogram indicating the distribution of added conduction delays (DAD) over a focus of injured or regenerated nerve. Following computer validation, we propose to test various assumptions regarding the DAD in a sequence of animal studies employing rats and primates in whom varying degrees of nerve injury have been surgically created. A newly developed system that magnetically measures the action currents generated by the passing wave of depolarization and repolarization potentially allows easier, more reliable recording of evoked potentials in these animals. These advances will be incorporated into software systems capable of being run on modern intraoperative assessment hardware. Simultaneously, we propose to study the effects of various adjuncts to nerve repair, including drugs that reduce scar formation at the repair site, agents that influence regeneration rates (nerve growth factors), and agents that suppress adverse effects of the immune response to regeneration.

**Preliminary Findings**

1. Distribution of added delays (DAD) — computer simulations indicate that by comparing various characteristics of two waveforms recorded from the same site well proximal to a local lesion (the first generated by supramaximal stimulation just proximal to the lesion, and the second stimulus delivered just distal to the lesion) a reasonable assessment of the proportion of axons crossing the site of injury and an estimate of their health can be derived.

2. Magnetic recordings — A number of animal studies demonstrate that the magnetically recorded action current is the magnetic analog of the electrically recorded compound action potential, and that standard assessment parameters such as conduction velocity, peak amplitude, etc., can be calculated from the magnetically recorded signal. The potential advantage of this method over standard electrical recording techniques is that the nerve is allowed to remain safe in its physiologic milieu during recording. Electrical recordings typically require the recording site to be suspended in air and thus endangers the nerve of dessicating under hot operating room lights.

3. Adjuncts to repair — We have partially analyzed the results of a primate model comparing the effects of tension at a nerve repair site. A significant gap (12mm) was created in the median and ulnar nerves. In one group (ES), the cut ends were approximated under tension with 8-0 sutures, in 2 other groups the gap was bridged intrafascicularly with autogenous nerve grafts using either 10-0 intrafascicular sutures (FS) or interfascicular hypoantigenic collagen tubes (FT). At 6 months postoperatively, electrophysiologic measurement of the proportion of proximal axons having regenerated across the site of repair or graft demonstrated the following:

ES (epineurial repair under tension) — mean = 0.81 (range = 0.64–0.89)
FS (no tension/graft) — mean = 0.61 (range = 0.45–0.82)
FT (no tension/graft/tube) — mean = 0.56 (range = 0.40–0.71)

The slightly larger fraction of fibers crossing the epineurial suture repair done under tension indicates that some tension is not deleterious to regeneration.

**Future Goals** — Animal studies of other adjuncts are in progress as are refinements in magnetic recording techniques and further validation and implementation of the DAD analysis software.

DEM523801

## Quantitative Measures for Assessing Therapeutic Effectiveness

M. Donath, Ph.D.
Rehabilitation Engineering Center for the Quantification
   of Functional Performance
University of Minnesota Hospitals
Minneapolis, Minnesota 55455
Sponsor: National Institute of Handicapped Research

This project has developed and built photoelectric modules that are used in a laser scanning system for tracking limb segment positions. A major effort was devoted to developing a calibration technique for the laser scanning system. A portable instrumentation package has been built which includes all the necessary signal processing for six channels of EMG and two footswitches, allowing interfacing with a PDP 11/ 34 computer. Some data collection on normal subjects has started■

## Predictive Assessment in Prescription of Functional Aids for the Motor-Disabled

Michael J. Rosen, Ph.D.
Rehabilitation Engineering Center
Harvard University/Massachusetts Institute of Technology
Cambridge, Massachusetts 02139
Sponsor: National Institute of Handicapped Research

The goal of this project is to develop data and theory on which to base prediction of functional gain from technological intervention. It was proposed that this concept be applied to three handicapping conditions:

1. Disabling tremor of the upper extremities;
2. "Equinus" and other spastic gait abnormalities; and
3. Loss of vocal communication due to impaired articulatory motor control.

The motivation derives from the impracticality of exhaustive try-it-and-see assessment. As descriptive and predictive models of disabled human function are developed, they are hypothetically applicable to the clinical problem of streamlined assessment for optimal prescription.

### Device Control-Interface Study

With respect to tremor, an initial study aimed at establishing the effect of three characteristics of device control interfaces on the accuracy of displayed movement, has been completed. The protocol required that the subjects perform discrete target acquisition and continuous pursuit tracking tasks in two dimensions on a computer-generated video display. They accomplished this by manipulation of either a conventional displacement-sensing joystick or one that rigidly sensed isometric force. The response signal was displayed directly, with low-pass filtering, or with integration providing control of cursor velocity. Data collected showed a significant improvement in signal-to-noise ratio and other measures of performance (for each of six adult neurology patients disabled by intention tremor) for at least one of the unconventional experimental conductions (force-sensing, filtering, or velocity control). While the combination of force-sensing and unfiltered velocity control was optimal for several subjects, it appears at this point that individual assessment will be clinically necessary. The number of subjects was insufficient to establish a correlation between etiology and optimal interface choice. The results were also consistent with earlier one-degree-of-freedom data showing isometric torque tremor to be invariant with respect to the voluntary tracking torque.

### Spasticity-Damping Orthosis

The spastic gait project, active under past REC funding, was reactivated in the Fall of 1983. This work continues use of the wearable computer and interactive ankle orthosis simulator, that allows generation of energy-absorbing torque profiles across the ankle during gait. The objective is to extend the single-subject data already collected that show that the inappropriate ankle extension of equinus can be suppressed by a compliant brace applying a damping-like load during particular portions of the gait cycle. Experiments are now being conducted in the Newman Laboratory for Biomechanics and Human Rehabilitation at M.I.T.; these will use the TRACK system for collecting multi-segment gait data during trials with the orthosis simulator. Experiment-control software adjusts loading parameters as the subject walks, in order to minimize a simple cost function which measures the extent of abnormality. In effect, this lab system is the prototype of an automated prescription scheme. A simplified all-mechanical damping orthosis has been built for preliminary Activities of Daily Living (ADL) trials.

Work in the area of computer-guided assessment and prescription of non-vocal communication devices is presently very active, under the investigator's joint contract support from the National Institute of Neurological and Communicative Diseases and Stroke with Dr. Cheryl Goodenough-Trepagnier at Tufts-New England Medical Center. That scheme is based on predic-

DEM523802

tion of communication rates for candidate devices from motor assessment data as well as estimation of learning time and perceived benefit from evaluation of cognitive status and functional needs, respectively.

## Investigation Regarding the Optimal Application of Technology-Based Treatment Modalities Applied to Assessing and Ameliorating Motor Defects

John Gianutsos, Ph.D.
New York University Medical Center
Department of Rehabilitation Medicine
New York, New York 10016

Sponsor: National Institute of Handicapped Research

The purpose of this study is to examine the role of cerebral and spinal contributions to motor control, and how they are influenced by therapeutic intervention. The rationale for the latter stems from the therapeutically relevant finding that specific pathways connecting supraspinal areas and spinal motoneurons can be strengthened by exercise and training.

The specific objectives are as follows:

1. To establish normative data from neurologically intact subjects.

2. To obtain data from hemiplegic patients previously treated in our program who are able to employ their involved extremity to perform the maneuvers necessary for conducting the test.

3. To correlate the presence of cerebral response EMG activity with the degree of motor recovery made by our previously treated patients, for the purpose of validating the degree to which our therapeutic intervention correlates with its presumed effect.

4. To obtain data from hemiplegic patients to determine whether the character of the cerebral response recorded on the intact side changes as a function of the degree of independence attained in performing ADL activities requiring use of the non-involved hand.

5. To correlate the electrophysiological measures obtained to standard measures of progress such as EMG gains, range-of-motion, and functional skills.

## The Efficacy of Surgical and Rehabilitative Procedures of the Knee

P.C. McLeod, M.S., and D.W. Haynes, Ph.D.
Veterans Administration Medical Center
Little Rock, Arkansas 72206

Sponsor: Veterans Administration Rehabilitation
         Research and Development Service

This project is nearing the end of the third year. In order to test the efficacy of these procedures, a knee machine originally designed by P. C. McLeod was modified and used for this study. This machine measures in real time (with the aid of a desk top Apple IIe computer) nine functions of a cadaver knee specimen. These are: (1) flexion extension, (2) tibial rotation angle, (3) varus/valgus angulation, (4) anterior/posterior distance, (5) anterior/posterior force, (6) tibial rotational torque, (7) varus/valgus angulation torque, (8) body weight, and (9) quadriceps force.

Any of the above nine data channels may be used as a control channel at the convenience of the operator. The increments at which data are taken are also set by the operator; each time an increment of test input is achieved, all nine data channels are read and stored immediately by the computer and a high speed, 12-bit analog-to-digital converter. Once this information has been stored within the computer's memory, any two channels may be plotted graphically against each other, or the computer monitor, or an EPSON RX80 printer. Also, a complete data listing may be displayed on the printer or the data may be stored on a 5¼ inch floppy disk and examined at the leisure of the orthopaedic surgeon. It is important to note that since the data from the knee test are obtained in essentially real time any of the nine parameters may be plotted against any other to give realistic data of interactive motion and force from a given test set. All of the necessary software is provided for knee testing, graphics, and data storage and listing. The software is menu-driven and is very user-friendly.

In a knee testing apparatus modified for this project, the ankle at the lower end of the tibia will move vertically a total travel of 18 inches. Body weight is applied up through the ankle and is automatically controlled, once preset by the operator. The control near the top of the right-hand panel will cause the hip and ankle to rotate 360 degrees in synchronism about a vertical axis through the hip and ankle so that the specimen may be operated on or X-rayed from any direction. The lower control on the side panel is the input of a remote master-slave hydraulic system to change the quad

DEM523803

Rehabilitation R&D Progress Reports 1984

length which in turn controls flexion/extension. The other two controls on the ankle provide tibial rotation and varus/valgus angulation. Either or both of these controls may be used as input or may be very quickly (without the need for tools) disconnected so that the knee is free to follow its own natural geometry throughout a test. However, the angular motion of the tibia in both transverse and coronal planes is monitored even though the force mechanism has been disengaged.

A typical tibial rotational versus torque plot may be viewed either on the monitor or the RX80 printer for a permanent record.

To date, six papers have evolved from this study and four are being reviewed at this writing.

## Epidemiology of Physical Activity

Ronald E. LaPorte
University of Pittsburgh
Pittsburgh, Pennsylvania 15261

Sponsor: National Institutes of Health
        (National Institute of Arthritis, Diabetes, and Digestive
        and Kidney Diseases)

During the next year, we will continue our data collection and analysis of previously collected data designed to evaluate the Large-Scale Integrated (LSI) activity monitor as an objective measure of physical activity for epidemiologic research. The focus of the upcoming year will be to complete the requirements of the grant in addition to expanding into new areas of physical activity research. Specifically, we have completed the first phase of the research; 48 college students have worn various activity devices including the LSI. We will analyze these data during the next 2 months.

Thirty postal carriers have been recruited, and by November 15 they will have completed the first seasonal assessment of activity. We plan to obtain the winter measurements in January. We have modified the LSI monitors for assessing activity in spinal cord injured patients. The population is available, and in November this phase of the project will begin. The industrial group has been identified; however, participants have not yet been identified. This phase will not begin until January 1.

We plan to expand our research efforts by including two new methods of physical activity evaluation as well as an additional population. The two methods of assessment will include a new survey which is being employed in the MONACA study in Europe. We have special permission to test the survey. The second measurement will be a new type of monitor which has been developed in Wisconsin. These instruments will be available within the next 2 months. We also plan to expand the evaluation of activity into our clinical trial of activity in postmenopausal women (RO 1 AM 21190). Dr. LaPorte is co-principal investigator of this project.

[See also II. Orthotics, B. Upper Limb, Assessment of Hand Function and the Development of Wrist-Hand Orthoses; VI. Biomechanics, C. Human Locomotion and Gait Training, Evaluation of Methods to Measure Locomotion Performance and Activity; VIII. Properties of Muscle, Myoelectric Assessment of Human Lumbar Muscle Function, Muscle Fatigue Differences Due to Handedness and Gender, the Muscle Fatigue Monitor, and The Estimation of Muscle Fiber Conduction Velocity]

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523804

Biomechanics

# VI.
# Biomechanics

## A. Joint Studies

### 1. General

**Joint Contracture:
Biomechanical-Clinical Correlates**

Wayne H. Akeson
University of California
San Diego, California 92103
Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive
and Kidney Diseases)

Current evidence suggests that stress-deprivation effects on soft tissues are profound and occur rapidly and that recovery from stress deprivation is quite slow. In this respect, recovery seems to parallel the effects of exercise on normal connective tissue. For example, our studies indicate that a large effort over a long period of time is required for a small hypertrophy increment of tendons or ligaments. The purpose of the proposed research program is to document further: (i) the fibrous connective tissue morphological and molecular changes resulting from stress deprivation; and (ii) the consequent alteration in physical characteristics. The answers to these questions are particularly important with respect to the development of the rationale for treatment and rehabilitation of soft tissue injuries, such as the knee ligaments.

A standard internal fixation model is used to induce stress-deprivation effects in rabbit knees. Capsular and ligamentous structures from the model are characterized by biomechanical, morphological, biochemical, and metabolic techniques on a progressive time base during the development of and recovery from the stress-deprivation state. Hormone or drug treatment effects are also evaluated for efficacy in modulating the development of and recovery from the stress-deprivation state.

Biochemical analyses employed permit evaluation of collagen turnover, total proteoglycans, and collagen cross-link quantitation (reducible and nonreducible). Light microscopy and transmission EM are also used to characterize matrix and cells as well as the ligament insertion sites. Biomechanical tests on ulti-mate strength and stiffness of bone-ligament-bone complex as well as the mechanical properties of the ligament substance are performed. In addition, arthrographic characterization of contracture strength is assessed.

**Biomechanics of Ligament/Tendon
Repairs and Grafts**

Frank R. Noyes, M.D.
University of Cincinnati
Cincinnati, Ohio 45267
Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive
and Kidney Diseases)

It is our hypothesis that healing of ligaments and tendons is a long-term process that involves a return in strength due to callus formation followed by long-term remodeling of the collagen, involving changes in fiber alignment, ground substance, and cross-linking. We further hypothesize that the extent to which a blood supply is available has a significant effect on the return in strength. Repairs in relatively vascular regions and free grafts need protection for prolonged periods of time. On the other hand, the presence of a profuse vascular supply may permit a more rapid return in strength, allowing earlier motion, earlier rehabilitation, and return to normal activity with less disuse effects.

To test these hypotheses, we will measure the return in strength and biochemical remodeling over time of selected primary repairs and grafts in activity conditioned, skeletally mature beagles. The following specific situations will be studied.

**Primary Repairs**—(i) We will compare flexor-tendon repairs in highly vascular paratenon regions with repairs in the synovial sheath, a comparatively avas-cular region. (ii) An anterior cruciate mid-substance partial injury will be studied with and without the use of a fat pad sutured to the ligament to provide an additional source of blood supply. (iii) Healing in the medial collateral ligament will be determined for complete mid-substance tears induced at the time of surgery.

**Grafts**—(i) A bone-lateral tendon-bone free graft substitute for the anterior cruciate ligament will be compared with the same graft that incorporates a tissue flap that provides its blood supply. (ii) A flexor tendon autograft will be compared with an allograft.

In the first year, we will document the local blood

DEM523805

Rehabilitation R&D Progress Reports 1984

supply using microangiography and refine the surgical techniques, particularly to avoid interruption of the blood supply. We will also verify our existing gripping methods for mechanical testing of the isolated tendons. During the second and third years of the project, we will measure both the return in strength and the biochemical changes in each model.■

## 2. Lower Limb

### Evaluation of Joint Loading in the Use of Walking Aids in Total Hip Replacement Patients

K.A. Opila, B.Sc., and A.C. Nicol, Ph.D.
Bioengineering Unit
Wolfson Centre
Glasgow G4 ONW, Scotland
Sponsor: University of Strathclyde

Abstract—The immediate result of total hip replacement surgery is a low-friction joint with acetabular and femoral components rigidly fixed in the pelvic and femoral bones respectively. However, soft tissue damage results in reduced abductor function as well as a general tightness surrounding the hip joint.

Postoperative care is a compromise; protection against subluxation of the joint and tearing of the abductor attachments versus the need to load the joint to reduce stiffness and bone and tissue atrophy. Surgeons vary in their prescription of therapy and walking aids (which range from walking frames to elbow crutches to stick). Some patients are encouraged to leave the hospital in 2 weeks with no aids, while it is recommended that others use at least one stick up to 6 months postoperatively.

The purpose of this study is to obtain biomechanical parameters of aided gait that can be considered when prescribing an aid and it use, in order to optimize patient mobility and joint protection.

The types of aids being studied are elbow crutches and walking sticks. Besides the type of aid, the technique used to measure for the length of the aid is being evaluated.

The analysis focuses on both the upper and lower limbs. The shafts of the aids are strain-gauged for determination of three forces. Particular attention is given to the loading of the shoulder girdle by combining the kinetics of the aid with the kinematics of the upper limb. The cuffs of the elbow crutches are also gauged to evaluate the contribution of the cuff in supporting the patient. The lower limb ground-reaction force is measured to assess the weightbearing relief which the aid is allowing. Other gait parameters such as stride length, velocity, and the duty cycle of the aid during the gait cycle, are measured as indicators of mobility.■

### Ankle Biomechanics

M.M. Moss, B.Sc.; and A.C. Nicol, Ph.D.
Bioengineering Unit
Wolfson Centre
Glasgow G4 ONW, Scotland
Sponsor: University of Strathclyde

Abstract—A computer model of the ankle system has been formulated which is based on a single, free-rolling bearing joint, with four muscle groups (giving nine muscles in all), and moments about two axes (producing plantar/dorsi flexion or inversion/eversion). The Strathclyde TV Gait Analysis System is used for the collection of data.

Data from patients suffering from hallux valgus were chosen to be tested with this model, as this condition is likely to have a great influence on the ankle dynamics.

Since hallux valgus is a common condition, various surgical procedures have been developed and used for its correction. Four of these procedures have been chosen for study (Keller's resection, Wilson's osteotomy, IMTP fusion, and sylastic prosthesis), before and after undergoing surgery.

Results should provide a better understanding of how patients with hallux valgus place their feet during walking and how this affects the ankle dynamics and leg-muscle forces. By analyzing data from patients undergoing the above four surgical procedures, the effectiveness of such treatments can be compared more quantitatively and objectively.■

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523806

Biomechanics

## Clinical Biomechanics of the Knee: Rotation Laxities

Edward S. Grood, Ph.D.
University of Cincinnati
Cincinnati, Ohio 45267

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

This project is directed at three major goals: (i) determining the function of knee ligaments in limiting internal/external rotations of the leg, (ii) improving the accuracy of diagnosing ligament injury associated with rotatory instabilities, and (iii) determining the appropriate attachment points and initial tension for biological grafts and prosthetic ligaments used to replace the cruciate ligaments.

Our methods employ a complete three-dimensional six degrees of freedom analysis of joint loads and motions. Four major projects will be conducted.

**Ligament Restraints**—The forces and moments developed by the ligaments in resisting internal and external tibia rotations will be measured. The effect of changing the location of the rotation axis will be investigated.

**Clinical Examinations**—We will measure, in cadavers, the effect of simulated ligament injuries two ways: by the increases in three-dimensional joint laxity under known loads and by changes in knee kinematics during each of the major clinical examinations used to diagnose injury. To apply our results to patients, a laxity examination table will be constructed incorporating an instrumented spatial linkage for measuring three-dimensional joint motions and transducers for measuring the force applied during the examination. The errors associated with skin mounting will be studied in cadavers, and a group of normal patients will be evaluated for anterior-posterior, internal-external, and abduction-adduction laxities.

**Surgical Reconstruction**—The total anterior-posterior laxity of intact cadaveric knees will be measured as a function of flexion angle and internal-external tibial rotation. The anterior cruciate ligament will be removed and the change in laxity recorded. Grafts will be implanted, varying the tibial and femoral attachments, the initial tension, and the flexion angle when tension is applied. Laxity surfaces will be compared to determine the conditions that best reproduce the intact knee.

**Knee Modeling**—Collaboration will continue with researchers at Ecole Polytechnique in Montreal, Canada, who are developing a finite element model of the knee with support from the Natural Sciences and Engineering Research Council of Canada. This study will provide experimental data on the mechanical properties of ligaments required by the model. At the end of the first year, the model will be implemented on our computers. The model will be validated and used to investigate instabilities under activity conditions.

## Ligamentous Knee Stability: Combined Clinical Loadings

Keith Markolf, Ph.D.
University of California
Los Angeles, California 90024

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

Ligamentous stability of the knee will be quantified in vivo and in vitro by (i) direct measurement of force versus displacement responses for anterior-posterior tibial drawer, (ii) moment versus rotation responses for varus-valgus angulation of the tibia, and (iii) torque versus rotation responses for internal and external rotation of the tibia. The stiffness and laxity data collected will quantify the contributions of knee ligaments to overall stability of the joint and help to improve the accuracy and interpretation of the clinical knee laxity exam. Existing test fixtures will be modified to study the complex responses of cadaveric knees to combined loading states on a MTS materials test machine, including the application of tibial-femoral contact force (joint load). The effects of knee ligament section and total knee replacement will be examined with this advanced methodology.

The UCLA clinical knee-testing apparatus will be modified to include measurement of anteromedial and anterolateral rotatory instabilities. Patients with injuries to their knees will be tested before and after their surgical reconstructive procedures to permit an objective assessment of their operative results. Patients who have received total knee replacements will undergo selected testing to evaluate the stability of their implants in situ.

A portable field testing apparatus will be designed and prototypes constructed for use in the UCLA clinics and Sports Medicine Center. These units will

DEM523807

expand our data collection capabilities and allow screening studies of varsity athletes prior to the competitive season in order to study correlations of knee stiffness and laxity with the incidence and severity of knee injury.

## Pathokinesiology of Anterior Cruciate Ligament Deficiency

Richard Shiavi, Ph.D., and Thomas Limbird, M.D.
Veterans Administration Medical Center
Nashville, Tennessee 37203

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

Introduction — Rotational instability of the knee joint following rupture of the anterior cruciate ligament is recognized by many orthopaedists as a major problem in the active individual. In many persons, absence of this ligament leads to progressive instability, functional disability, and knee joint deterioration. To prevent this sequence of events, numerous technical solutions, including repair and/or reconstruction of the anterior cruciate ligament, and rehabilitative strengthening have been proposed. However, a significant percentage of patients with an absent anterior cruciate ligament have no functional disability and little or no objective instability. In these individuals, progressive instability and knee joint deterioration do not seem to occur.

The obvious discrepancy in the clinical course of patients raises multiple questions regarding the nature of the knee with an absent anterior cruciate ligament and the appropriate treatment for this deficiency. A major problem for the orthopaedist in attempting to evaluate the multiple alternatives available is an incomplete knowledge of the biomechanical alterations of the knee joint produced by an anterior cruciate ligament tear. In addition, little is known about the response of the patient to these alterations in order to compensate for this injury. Documentation of instability has been largely clinical in nature, based upon nonfunctional evaluations and using inexact descriptive tools. The inability to precisely describe the deficit involved has made evaluation of treatment modalities even more difficult.

Objectives — The objectives of this project are to define the knee kinematics and kinesiology in normal individuals and in the functionally compromised and functionally able patients with anterior cruciate ligament deficiency. The testing tasks are level walking, pivoting, and controlled exercising using gait analysis and isokinetic techniques. Information is collected using electromyography and total knee goniometry. This information is then subjected to extensive computer analysis to define abnormal motions, dissimilar synergy patterns, and abnormal variations in torque production that occur among the injured and uninjured groups.

By comparing these groups, compensatory mechanics might be identified that could influence the choice of surgical procedure, orthotic device, or exercise program. The analytic techniques could then be carried beyond the level of clinical investigative tools to an invaluable diagnostic, prognostic, and evaluative system for the anterior cruciate ligament deficient knee.

General Aims — The work plan will establish:
1. The kinesiology of the knee joint in terms of translational and rotational motions, the muscular synergies, and general body motion in two functional activities, level walking and pivoting;
2. The translational and rotational motions in two controlled conditions, internal-external rotation and flexion-extension.

The purpose of the controlled conditions is to stress the knee through its full range of motions since functional activities utilize only a portion of the full range. The following populations are being studied:
1. Patients with functional disability secondary to chronic anterolateral rotatory instability;
2. Patients with documented anterior cruciate ligament deficiency, but no functional disability;
3. Normal persons with no injury history.

Methodology for Knee Kinematics Measurement — Subjects are asked to:
1. Walk straight at free and fast speeds;
2. Walk straight and make a 90 degrees pivotal turn as they normally would at a speed of one meter per second;
3. Walk straight and make a 90-degrees pivotal turn and keep the pivoting foot planted (do not rotate over heel) at a speed of one meter per second.

Knee kinematics are measured using a 6 degrees of freedom goniometer and are acquired in real-time with a PDP11/03 computer sampling at 25 samples per second. Instantaneous and global screw motions are calculated; the reference posture for the global screw motion is the anatomic standing position.

107