**Results**—The anatomic and screw motions of ten uninjured and five injured people have been studied. The anatomic motions of all subjects were very similar. The measure that concentrates upon and demonstrates differences in kinematics is the instantaneous screw motion. The screw motions of uninjured knees and tight injured knees are remarkably similar to straight walking. However, during pivoting there are some major differences. The instantaneous screw motions of loose injured knees differ from those of uninjured knees during all four tasks.■

## Biomechanics of the Hip and Knee

Richard A. Brand, M.D.
University of Iowa Hospitals and Clinics
Iowa City, Iowa 52242

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

### Specific Aims

1. To investigate the effects of incorporating fiber length, fiber direction, and fiber type into our existing muscle model.

2. To investigate the effects of differing cost functions on muscle force predictions and to study the appropriateness of using differing cost functions for differing activities in normal subjects and in subjects with selected abnormal conditions.

3. To investigate, in a comprehensive manner, effects of varus, valgus displacement, and rotational proximal femoral osteotomies on three-dimensional hip joint forces.

4. To study the three-dimensional loads on the hip and knee during straight-knee lifting of a 20-pound load from the floor, bent-knee lifting of a 20-pound and 50-pound loads from the floor, jogging, tennis serve, and golf swing.

### Objectives (Correlated to the Four Specific Aims)

1. We anticipate that this aim will be completed by the end of 1984.

2. We expect to complete all of the studies on optimization criteria within the first few months of the coming budget year as most of the groundwork is completed as described above. The remaining portion of this aim to be accomplished is to determine how pathological conditions affect the choice of optimization criteria. For this portion, we must collect data on a variety of subjects with pathological conditions (i.e., painful gaits, joint fusions, neurological deficits). This data will be collected in the coming budget year when the new Vicon system is operational. Once collected, the data will be input into our current programs and then we will determine the appropriateness of the various criteria based on simultaneously collected EMG data.

3. This work is completed as originally planned. We are considering the possibility of extending our work to take into account the alterations in the location of the knee center which can occur with the osteotomies.

4. Data for the final specific aim will be collected, analyzed, and reported within the coming budget year. We will select only one or two optimization criteria for the work, and the choices will be based on the sensitivity studies described above.■

## Mechanics of Human Acetabulum

Dennis R. Carter, Ph.D.
Stanford University
Stanford, California 94305

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

The objective of this study for the coming year is to better elucidate the stress fields in the acetabulum and tibial plateau before and after joint arthroplasty. The goal is to better understand the normal joint mechanics and to better evaluate and design artifical components.

Considerations will be given both to conventional cemented components and to new porous ingrowth components. Our methods will incorporate plane strain and equivalent thickness finite element models that will be implemented in such a manner as to make the evolution to future three-dimensional models a smooth transition. Some of our models will use a contact element approach in an effort to better stimulate in vivo loading.

The studies will parametrically examine the influence of geometry and materials. Special emphasis will be directed toward maintaining normal bone stresses and avoiding poor stress transfer characteristics at the component interfaces.■

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523809

Rehabilitation R&D Progress Reports 1984

## Biomechanics of Anterior Cruciate Repairs

Jack L. Lewis, Ph.D.
Northwestern University
Chicago, Illinois 60611

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive
and Kidney Diseases)

The goal of the proposed research is to better understand the mechanical factors in surgical repair procedures for chronic anterolateral insufficiency of the knee, where the repair requires an anterior cruciate substitute to be established. Experiments will be run on cadaveric knee specimens. Ligament forces will be measured by buckle force transducers on the four major knee ligaments. A six degrees of freedom goniometer system will be used to measure three-dimensional knee motion when the knee is subjected to a wide variety of external load directions.

Normal knees, knees with a simulated anterolateral injury, and knees repaired by one of eight procedures will be tested in an identical manner. Theoretical ligament lengths, and hence, loaded ligament states, will be predicted using already developed theoretical knee models with the measured three-dimensional motion as input. The influence of repair insertion location will be studied both theoretically and experimentally. The normal and repaired knees will be compared on the basis of anterior cruciate or substitute force magnitude, joint laxity, and load sharing by the other ligaments∎

## Proximal Femur Load Transmission in Early Childhood

Thomas D. Brown, Ph..D.
University of Iowa Hospitals and Clinics
Iowa City, Iowa 52242

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive
and Kidney Diseases)

In spite of the extensive clinical resources devoted to management of hip disorders in children, there is an almost total absence of quantitative data regarding the mechanical structural behavior of the juvenile femur. We propose to conduct a detailed engineering investigation of the load transmission through the proximal femurs of normal children, ages 1 through 7 years.

In the upcoming funding year, our experiments on the constitutive behavior of chondroepiphysis will continue, using a simple linearly viscoelastic approximation of biphasic material behavior developed during the previous year. Axial compression tests of newly ossified trabecular bone specimens are expected to begin early in the upcoming year, as are axial tensions tests of cortical bone specimens from the proximal diaphysis and neck. We plan a series of bench tests to further explore the efficacy of Prescale film as a substitute for piezoresistive transducers for the human contact pressure measurements. Work on developing a semiautomated finite element mesh generating scheme will be continued, to be followed by a dry run of the full three-dimensional stress analysis problem. Intensified efforts will be focused on the problem of obtaining more human autopsy specimens.

By the end of the upcoming year, we hope to be into the early production phase of collecting constitutive data and performance stress analyses on several of these final human specimens∎

[See also II. Orthotics, A. Lower Limb, Design and Evaluation of a Knee Orthosis; III. Total Joint Replacement and other Orthopaedic Implants, B. Hip, Biomechanical Assessment of Patients Treated by Joint Surgery, Quantitative Analysis of the Effect of Total Hip Arthroplasty on Stress and Strain in the Human Pelvis, The Efficacy of Radiolucent Low-Modulus, Total Hip Surface Replacement, and Total Hip Implant Biotelemetry; C. Knee, Interaction of Total-Knee Replacement Geometry with Knee Ligaments, Investigation of a Simplified Internal Knee Prosthesis, In Vivo Loading on Total Knee Joints, and Biomechanical Study of Total Knee Replacement]

DEM523810

# 3. Upper Limb

## Functional Forces in Normal and Abnormal Fingers

Edmund Y.S. Chao
Mayo Foundation
Rochester, Minnesota 55901

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

This research project will study five problems related to functional forces in normal and abnormal hands: (i) ligament force analysis of finger and thumb MCP joints, (ii) pathologic force simulation investigating tendon, nerve, and joint injuries, (iii) intrinsic muscle distribution, (iv) in vivo tendon testing, and (v) hand patient functional evaluations.

Our specific aim will be to complete analysis of ligament contributions, both theoretical and experimental, to analyze hand joint stability, and to calculate intrinsic muscle force response to static loading. We will validate flexor and extensor tendon forces by in vivo buckle transducer studies. We will then apply our normative model to pathologic hand involvement of nerve, tendon, and joint problems. Finally, we will integrate this information with the clinical setting to obtain a hand function index to evaluate preoperative and postoperative joint arthroplasties, tendon transfers, and ligament reconstructive procedures. Ligament stiffness contributions to MCP joint stability have been initiated and will be completed this year.

The methods involve applying ligament anatomic and strength data to perform an equipollent force analysis to distribute the resultant force among the ligament components and joint articular surfaces. The contact area of the joint surfaces under load will be further studied using cartilage staining techniques. Pathologic force resulting from rheumatoid hand deformities, tendon lacerations, and peripheral nerve injuries will be simulated in our tendon model to predict resultant hand deformities and function loss, and the results compared with in vitro and in vivo studies of subjects with joint subluxations, muscle weakness, and tendon malfunction. Hand functional strength assessment in neuropathic conditions will be completed. In vivo tendon forces will be measured in patients with carpal tunnel syndrome or tendon transfers. With a strain-gauge instrumented pinch meter, the applied finger/thumb force will be compared with directly measured tendon force (buckle transducer).

Finally, functional hand evaluations will combine motion, strength, dexterity, and daily activity analysis to establish a Hand Performance Index.

The results will compare a normal subject population with preoperative and postoperative individual patient assessments, and the results will be distributed to clinicians.

## Static Force and Stability Analysis of the Human Elbow

Kai-Nan An
Mayo Foundation
Rochester, Minnesota 55901

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

The objectives of this project are: (i) calculation of the muscle and joint forces of the elbow joint under static and dynamic conditons; (ii) verification of the theoretical results by using quantitative electromyographic measurements as well as function strength evaluation; (iii) examination of the role of ligaments and articular surfaces in elbow joint stability; and (iv) biomechanical evaluations of surgical procedures and prosthesis replacement for treatment of the elbow joint.

A normative model of the muscles and ligaments around the elbow joint has been established. This model will be used to calculate the muscle and joint forces under static and dynamic conditions. An optimization method based on newly designed objective criteria will be used for solution of the indeterminate problem. The estimated length and tension relationship of each muscle across the elbow joint will be implemented in the model for muscle force calculation.

Results of quantitative electromyographic (EMG) experiments have been obtained. The application of these EMG data for muscle force calculation will be performed and compared with those of the theoretical calculations. The contribution of ligaments and articulating surfaces to elbow joint stability under static conditions will be studied by using stiffness and laxity tests. Joint contact areas under load will also be examined.

Finally, various designs for joint replacement will be assessed using bench tests as well as patient functional performance.

DEM523811

Rehabilitation R&D Progress Reports 1984

## Biomechanics of the Wrist

William F. Blair, M.D.
University of Iowa
Department of Orthopaedic Surgery
Iowa City, Iowa 52242

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

**Wrist Kinematics** — The objective of this proposal remains the characterization of motion in the rheumatoid wrist and in the surgically reconstructed wrist. We intend to accomplish in the next year these specific aims: (i) complete the statistical comparison of the kinematic variables in three study groups (15 normal wrists, 18 rheumatoid wrists, and 7 postoperative Swanson wrist implants) and (ii) complete the correlation of radiographic indices and kinematic variables in 18 rheumatoid wrists. The motion is determined by the use of a three-dimensional sonic digitizer. Spark gap arrays are secured to the forearm and hand. Orthogonal, oblique radiographs are taken of the extremity with the spark gaps in place. The patient is positioned in the sonic digitizer field and completes a prescribed series of motions. The motion is described by the specification of the location and orientation of the corresponding screw displacement axis (SDA) about which the hand moves relative to the forearm. Radiographic indices are calculated from PA views of the wrist. Indices include carpal height ratios and carpal translation.

**Wrist Kinetics** — The objective of this proposal remains the measurement of moments, torques, and angles of twist in the total wrist prostheses in cadaveric arms, in normal undiseased wrists, in rheumatoid wrists, and in surgically reconstructed wrists. We intend to accomplish in the next year these specific aims: (i) initiate in humans the measurement of moments in normal, unoperated rheumatoid and surgically reconstructed rheumatoid wrists and (ii) initiate in cadaveric wrists the measure of moments, torques, and angles of twist effected by a commonly used tendon transfer in rheumatoid wrist reconstruction, the ECRL to ECU transfer.

The moments are determined by securely mounting a cadaveric forearm with six transfixing Steinmann pins in an experimental apparatus. Sequentially, the six prime wrist movers are loaded with a 4-kg mass. The induced moments about the wrist are transmitted by a rod mechanically attached to the hand to a configuration of load cells. The resulting load cell's output voltages are recorded. The experimental apparatus is also designed for the in vivo studies, but will require adaption for arm immobilization and rod attachment.

## Biomechanical Study of the Radial-Ulnar-Carpal Joint

Andrew K. Palmer, M.D.
Upstate Medical Center
Syracuse, New York 13201

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

During the next year of support, the primary scientific goal of this investigation into the anatomy and function of the radial-ulnar-carpal joint is to continue to measure the forces and pressures on the radius and ulna for intact and surgically modified wrists. The pressures between the distal radius and ulna will be measured using our current methodology. Cadaveric forearms mounted in a frame will be loaded via the wrist flexors and extensors, with the forces on the radius and ulna being measured by load cells attached to those bones. The pressures at the articulating joints will be recorded on pressure-sensitive film. These force and pressure measurements will show us in vitro the consequences of various surgical procedures for the distal radial-ulnar-carpal joint.

Five surgical procedures will be examined this coming year. In the first two procedures (lengthening and shortening of the ulna and partial excision of the articular disc of the triangular fibrocartilage complex), only the pressures between the distal radius and ulna will be examined, as the radial-ulnar-carpal joint force and pressure measurements will have been completed.

The effects of three other surgical procedures on the force and pressure measurements on both the radial-ulnar-carpal joint and the distal radial-ulnar joint will be examined. These procedures are: (i) carpal ligament divisions (scapholunate, scaphotrapezial-trapezoidal, lunotriquetral), (ii) carpal malalignments (dorsal intercalated segment instability, palmar intercalated segment instability), and (iii) ulnar-carpal translocations. Two additional procedures: carpal excisions (scaphoid, lunate, triquetrum); and, intracarpal fusions (scaphotrapezial-trapezoidal, scascapholunate, lunotriquetral, triquetrohamate) will be started during the following year.

DEM523812

[See also **VI. Biomechanics, D. Upper Limb Function,** Processes Underlying Arm Trajectory Formation]

## B. Spine

### The Role of Abdominal Muscles in Stabilizing the Spine in Flexion: the Mechanics of Force Transmission

K.M. Tesh; Dr. J.H. Evans; Dr. J. Shaw-Dunn; and Dr. J.P. O'Brien
Bioengineering Unit
Wolfson Centre
Glasgow G4 ONW, Scotland

**Sponsor:** University of Strathclyde

For many years it has been accepted that the principal function of the thoracolumbar fascia (TLF) has been to form an origin for the muscles of the abdominal wall, and thus to provide a firm anchorage from which they act to compress the abdomen. It has been argued that the resulting increase in intra-abdominal pressure (IAP) can reduce both the bending and axial loads on the vertebral column. In the past decade, the work of Farfan and others has recognized the potential for an additional mechanism by which the TLF may stabilize the lumbar spine. For example, Fairbank and O'Brien demonstrated that when the fascial sheet is subjected to lateral tension it extends the spine. In so doing it will, of necessity, increase the compressive, axial force on the spine. Although they involve the same tissue structures, the two supporting mechanisms outlined above conflict biomechanically. We have investigated this problem by several different methods.

In contrast to the large number of investigations on IAP, very little has been published on the mechanical characteristics of the TLF. Uniaxial and biaxial tensile testing of samples of the posterior layer of the TLF have been carried out in a physiological environment using optical extensometry. Polarizing light microscopy has been employed, in conjunction with a loading device, to quantify the change in structure of the fascia under load.

Whole cadaver studies are underway to measure the sagittal movements of the lumbar spine in a simulated lifting posture—this involves fixed hips and the spine flexed to the point where it is supported solely by the ligamentous structures (similar to in vivo conditions in which it has been shown that the paraspinal muscles are inactive). In this study, three rubber balloons are positioned along the length of the abdominal cavity. The central balloon is constrained internally in an axial direction so that when inflated in isolation it develops tension in the muscles of the abdominal wall alone. When the outer two balloons are also inflated to the same pressure additional forces are developed on the diaphragm and pelvic floor, thus simulating a raised IAP. The central balloon is designed so that it can deflate while leaving the outer balloons acting on the diaphragm and pelvic floor. Thus, the two supportive mechanisms ascribed to tension in the abdominal muscles in vivo can be simulated in isolation and in concert.

Uniaxial tests revealed that the TLF is approximately twice as stiff as has been previously suggested, and constrained biaxial tests yield corresponding results. Combined microscopic and mechanical examination indicate that the net-like structure of the posterior layer of the TLF is not highly mobile. The cadaveric studies displayed similarly high stiffness within the fascial layer, yet its influence on the sagittal movement of the vertebral column was noticeable.

### The Detailed Anatomy of the Vertebral Attachments of the Thoracolumbar Fascia and Its Functional Implications

K.M. Tesh; Dr. J. Shaw-Dunn; Dr. J.H. Evans; and Dr. J. P. O'Brien
Bioengineering Unit
Wolfson Centre
Glasgow G4 ONW, Scotland

**Sponsor:** University of Strathclyde

In 1980 Fairbank and O'Brien suggested that there was an interaction between the thoracolumbar fascia (TLF) and the posterior vertebral ligaments of the lumbar spine. Tension in the TLF due to abdominal muscle action could be transmitted to the ligaments causing them to deviate laterally and thus produce an axial contraction. In this way, abdominal muscle contraction could be converted to tension in the ligaments which will stabilize the lumbar spine (e.g., in lifting maneuvers). In view of the current confusion in the anatomical literature we have made a detailed study of the TLF and its connections that underlie these important biomechanical implications.

Dissections of the lumbar region were made of four fresh and four embalmed cadavers. Special attention

The material on this page was copied from the collection of the National Library of Medicine

ab

DEM523813

Rehabilitation R&D Progress Reports 1984

was paid to the posterior layer of the TLF, the junction of the posterior layer with the supraspinous and interspinous ligaments, and the attachments of the middle layer of the fascia to the transverse processes. Computerized tomography (CT) was used on volunteers to clarify the spatial relationship between the TLF and the ligamentous structures in the lumbar spine in standing and flexed positions and during the valsalva maneuver. Conventional histological techniques were used to examine the laminar structure of the posterior layer of the TLF and the attachments of the fascia to the vertebral ligaments and the transverse processes of the vertebrae. The tissue interface between the posterior layer of the TLF and the ligaments was also treated with a modification of Masson's Trichome stain, to identify tissue fibers under tension. This showed the load transmission pathways in the connective tissue components under conditions simulating flexion, abdominal muscle action, and their combination.

The results of these investigations have confirmed and clarified anatomical features previously published. In addition, some new findings were made which could have significant functional implications. The CT scans revealed that, rather than lying in the coronal plane, the posterior layer of the TLF, on leaving the midline, is directed posteriolaterally, even in full flexion. The deep lamina of the posterior layer of the TLF blends with the interspinous ligament in the sagittal plane. Although this attachment does not enable the fascia to pull laterally upon and thus open the bifid interspinous ligament, it may still generate tension in the ligamentous fibers. In addition, the supraspinous ligament may also be put under tension as it is enveloped and pulled posteriorly by the outer two laminae of the fascial layer. The middle layer is attached to the transverse processes of the lumbar vertebrae and the intervening intertransverse ligaments. These ligaments are thin and membranous with no obvious fiber arrangement, and they extend to the base of the transverse processes. In contrast, the attachments to the tips of the transverse processes are thickened and consist of converging fiber bundles. This fiber arrangement is ideally suited to enhance stability in the coronal plane as a result of abdominal muscle action.■

## Mechanical Analysis of Cervical Spine Stabilization Techniques

J. Csongradi, M.D.; R. Whalen, S.S.; F. Selker, B.S.; and I. Perkash, M.D.
Veterans Administration Medical Center
Palo Alto, California 94301

Sponsor: Veterans Administration Rehabilitation Research and Development Service

Little information is currently available about the efficacy of techniques for internal stabilization of the cervical spine. The objective of this study was to develop a methodology for analysis of spinal motion with controlled loading and to apply this methodology to two types of cervical spine stabilization, interspinous wiring and a segmental wiring technique.

**Materials and Methods**—Four intact human cervical spines (C1 to T1) were obtained from fresh donated cadavers and frozen prior to use. Each spine was stripped of surrounding musculature, but all ligaments and joints were carefully preserved.

For testing, each specimen was thawed to room temperature, and C1 through C3 vertebrae were embedded in resin for mounting. Forces were applied via a 12 cm moment arm to a loading fixture on T1. Utilizing four heavy Steinmann pins, a 6 degrees of freedom motion transducer was affixed to the bodies of C5 and C6. The instrumented spine was mounted on a servohydraulic testing machine (MTS). Analog outputs were fed to a data acquisition and analysis system (HP). Computer programs were written to generate force-displacement curves.

Each spine was tested under loading conditions that produced axial rotation, lateral bending, and flexion-extension as the primary motions. Coupled motions were allowed to occur as they would in vivo.

Following intact testing, a flexion-distraction disruption at C5-C6 (in our experience the most common) was produced by cutting the disc and all ligaments except the anterior longitudinal ligament. The spine was then retested following stabilization with each of two methods: (i) interspinous wiring between C5 and C6, using 20 gauge stainless steel wire; and (ii) segmental stabilization from C4 through C7, achieved by wiring the laminae at each level to a U-shaped 6.4 mm diameter stainless steel rod.

Force displacement data were used to calculate the stiffness at O force (newtons/degree of angular displacement) for each of the primary rotations of the spine in the intact and both disrupted, then stabilized, situations.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523814

Biomechanics

**Results**—Stiffness results are presented in Table 1. Using the student T test, the intact spine was significantly stiffer in axial rotation than in flexion-extension (p = .05) or lateral bending (p = .04); and in lateral bending was significantly stiffer than in flexion-extension (p = .04).

### TABLE 1

| Rotation | Mean Stiffness N/Deg. | | |
|---|---|---|---|
| | Intact | I S Wire | U Rod |
| Axial | 4.8 (1.8)* | 2.6 (1.4) | 3.0 (1.5) |
| Flex-Ext. | 0.54 (0.16) | 2.1 (0.8) | 17.0 (17) |
| Lat. Bend | 1.4 (0.41) | 0.73 (0.11) | 0.60 (0.46) |

The disrupted spine fixed with interspinous wiring was significantly stiffer that the intact spine in flexion-extension (p = .02), but significantly less stiff in axial rotation (p = .03) and lateral bending (p = .04). The disrupted spine fixed with segmental wiring was not significantly different in any rotation from the intact spine.

We also looked at the total angular excursion that occurred between + 5 newtons and − 5 newtons of applied force. These results are presented in Table 2. For the intact spine, displacement was significantly greater in flexion-extension than in axial rotation (p = .03) or lateral bending (p = .02). Differences in excursion between the intact spine and the disrupted, fixed spine (for either type of fixation) were probably not significant for axial rotation and lateral bending. For flexion-extension, the decrease in excursion allowed by the U rod as compared to the intact (one-sixth) was highly significant (p = .001) and the decrease in excursion allowed by interspinous wiring as compared to intact (one-half) was significant (p = .01).

### TABLE 2

| Rotation | Mean Angular Excursion (+5 N.) | | |
|---|---|---|---|
| | Intact | I S Wire | U Rod |
| Axial | 2.5 (1.0)* | 3.6 (1.8) | 2.8 (1.4) |
| Flex-Ext. | 6.6 (0.9) | 3.2 (1.3) | 1.1 (0.7) |
| Lat. Bend | 4.1 (0.6) | 6.6 (2.4) | 5.6 (4.2) |

* (standard deviation)

### Conclusions

1. Force-displacement behavior of a cervical segment can be determined as described by using a motion transducer and a servohydraulic mechanical testing system.

2. For a flexion-distraction lesion at C5-6 fixed with interspinous wiring, stiffness in flexion-extension is four times that of the intact spine; and in axial rotation and lateral bending, the stiffness is about one-half of that of the intact. With interspinous wiring about one-half the intact flexion-extension is allowed (for + 5 newtons applied force).

3. For a flexion-distraction lesion at C5-6 fixed with a segmentally wired U rod, the stiffness in all three rotations is probably no different than the intact spine. However, about one-sixth the intact flexion-extension is allowed (for + 5 newtons applied force).■

## Biomechanical Study of Spinal Fusion and Its Effect on the Free Segments

Avinash G. Patwardhan, Ph.D.; Wilton H. Bunch, M.D., Ph.D.; and Ray Vanderby, Jr., Ph.D.
Veterans Administration Medical Center
Hines, Illinois 60141

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

**Objectives**—The overall objective of this project is to investigate the biomechanics of fusion in the lumbar and thoracic regions of the human spine and its mechanical effect on adjacent free motion segments.

**Methods**—The methodology to achieve the goals of this study include:

1. Experimental studies to obtain data describing the geometry and load bearing properties of the spinal segments;

2. Development of a mathematical model to adequately simulate the in vivo response of the human spine to physiologic loads; and

3. A parametric study, using the above mathematical model, to elucidate the effects of various fusion parameters on the biomechanics of the adjacent spinal segments.

**Experimental Studies**—Experimental studies using fresh human cadaver spine specimens have been carried out to obtain data describing the load-deformation properties of lumbar and thoracic spine seg-

DEM523815

Rehabilitation R&D Progress Reports 1984

ments under axial compressive loads and moments. In order to provide more detailed information on the posterior load path through the facet joints, a series of experiments were performed on single motion segments of the lumbar spine. The contact area, pressure distribution, and load transmitted across the facet joints were quantified using Fuji Prescale pressure-sensitive film for axial compressive loads and extension moments. Further studies are underway using specimens consisting of multiple spinal segments subjected to axial loads as well as torsional moments.

The kinematics of the spinal motion are significantly affected by the motion coupling effect of the facet joints. In order to understand this coupling phenomenon, the three-dimensional geometry of the articulating facet surfaces is being studied. The facet surfaces of each of the thoracic levels (T1 to T12) were mapped using a 3-D digitizer. Each facet surface was then approximated by a plane that is defined with respect to a local reference system via two angles. The pattern of the facet angles gives significant insight into the motion coupling behavior as a function of vertebral level (1 to 12) in the thoracic spine. A similar study is underway to investigate the 3-D orientation of lumbar facet surfaces.

**A Three-Dimensional Spine Model** — A finite element model of the spine has been developed that incorporates an interactive optimization procedure to identify segmental stiffness properties such that the model's displacement response matches that of the in vivo spine. These response data are taken from pre-corrective and post-corrective X-rays, and the loading imparted by the corrective instrumentation is known.

Each spinal motion segment is modeled as a finite element beam, with end nodes located at the centroids of adjacent vertebral bodies as shown by X-ray. Standard three-dimensional linear elastic beam elements are utilized. However, the model includes geometric nonlinearity due to large displacements. The segmental stiffness properties to be identified are the parameters of the finite element stiffness matrices.

Nodal error functions are calculated based on the difference between the model's displacement and the actual displacement at each node. Any of these nodal error functions can be chosen as the objective function to be minimized, while others (which have been previously minimized) are formed into constraints. Then, using a state-space gradient projection method, the stiffness parameters are altered such that any objective function is reduced without increasing any

of the constraint functions. This model is being further refined to facilitate its use in conducting the parametric study mentioned earlier.∎

## Head/Neck/Upper Torso Response to Dynamic Loading

Verner Goldsmith, Ph.D.
University of California
Berkeley, California 94720

Sponsor: National Institute of General Medical Sciences

The investigation involves the construction and instrumentation of a replica of a human head, neck, and upper torso, including the skeletal system with rib cage, disks, ligaments, and major muscles. The model also includes the major organ systems of the thorax: heart, lung, and major blood vessel systems.

The model is to be used in vehicular impact studies in which 75 channels of data are to be collected from transducers and gauges placed on the various structural elements and features of the model, including heart, vessels, disks, and muscles. The actual mechanical properties of the various human organ systems will be approximated by using materials with appropriate mechanical properties in the construction of the various model parts.

The investigator also proposes to program a computer model of this system and validate it with data gathered from experiments with the physical model. It is anticipated that the data obtained from these studies will lead to a system for the evaluation of protective devices for the human body.∎

## The Traumatology of the Head and Neck

Young K. Liu, Ph.D.
University of Iowa
Iowa City, Iowa 52242

Sponsor: National Institute of General Medical Sciences

The investigator continues to extend his data of the finite element computer model of the human and subhuman primate head and neck. The skull and cervical vertebrae modeling have been completed. The main thrust of this continuing investigation will involve the modeling of the origins and insertions of

The material on this page copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523816

head and neck musculature, as well as the attachments of ligamentous elements and intervertebral disks. The finite element model of the subhuman primate will be validated in the laboratory.∎

## The Morphological Changes in the Lumbar Intervertebral Foramina in Normal and Abnormal Motion Segments After Distraction

M.M. Stephens, F.R.C.S.I.; J.H. Evans, Ph.D.; and J.P. O'Brien, Ph.D., F.R.C.S.
Bioengineering Unit
Wolfson Centre
Glasgow G4 0NW, Scotland
Sponsor: University of Strathclyde

The intervertebral foramina of the lumbar spine have been incriminated as potential sources of low back pain. Using a molding technique, an anatomical study of the lumbar intervertebral foramina in human spines was performed to ascertain (i) actual foraminal shape and size with and without distraction, (ii) the effects of intervertebral disc abnormalities upon them, and (iii) the accuracy of various simple radiological measurements. The lumbar foramina were predominantly oval in outline when the disc was normal and auricular when it was abnormal. There were large variations in their minimal cross-sectional area but certain trends were established including the effect of disc degeneration upon them.

The effect of distraction on the foramen was analyzed to ascertain how this influenced any change in foraminal area. Instrument distraction of the neural arches converted the auricular foramen into a more rounded configuration and increased the foraminal area by an average of 20 percent. Small foramina and those in association with abnormal discs showed the greatest increase while those that were large only opened to a minor extent. Excision of the capsules of the facet joints, performed after posterior distraction, did not significantly increase the size of the foramen nor did subsequent anterior distraction. The clinical relevance of this anatomical study suggests that the height and area of the intervertebral foramen may be relevant in some spinal pain syndromes.∎

## C. Human Locomotion and Gait Training

### Control of Human Locomotion

Mary C. Wetzel, Ph.D.
University of Arizona
Tuscon, Arizona 85721
Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

The contribution of operant conditioning to human locomotion has been a neglected field. The proposed work will continue to study operant (discriminative stimulus) control of muscle electrical activity, EMG, and movements as people walk on a motorized treadmill.

One major aim of the work is to understand cooperation or competition between muscles of different actions or at different joints, when coordination is controlled by public events that are remote from the moving muscles. Separate or co-control that is produced over one or more muscles may reveal possibly obligatory neural or biomechanical machinery. A computer will deliver lights, judge subsequent EMG responses, and deliver a high or low tone after a success or failure, respectively.

A second major aim is to search for presumptive movement-produced stimuli—private events, such as mechanical deformations of tissue that excite proprioceptors or tactile receptors. During the coming year, work that has shown an extensive role for operant conditioning in human motor control will be summarized and extended. Wholesale shifts in rhythmic locomotor patterns will continue to be examined for their implications as to eye-limb coordination. In addition, investigations so far have amply documented the existence of movement-produced stimulation. In the next year, some experiments will attempt to specifically condition such private control.

Results as a whole will help to establish the reflexive or acquired origins of movement to aid (i) understanding of bodily mechanism of rhythm generation and, (ii) learning of movements and/or movement sense by normal or gaitdisordered individuals.∎

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523817

Rehabilitation R&D Progress Reports 1984

## Evaluation of Methods to Measure Locomotion Performance and Activity

A. Bennett Wilson, Jr., B.M.S.E.
Rehabilitation Research and Training Center
Department of Orthopaedics and Rehabilitation
University of Virginia Medical Center
Charlottesville, Virginia 22908

Sponsor: National Institute of Handicapped Research

There are now a number of relatively inexpensive methods for measuring characteristics of gait of individual patients and for assessing the amount of activity carried out by individual patients. Some of these methods are designed primarily for clinical use; others offer new possibilities for evaluating the usefulness of experimental devices and treatment methods.

Among the systems being studied are (i) the Moss Gait Mat, (ii) the use of a 4-channel physiological ambulatory monitoring device that will record the number of steps and heartbeats against time for 24 hours, and (iii) a questionnaire developed by H.B.J. Day, of the Limb Fitting Service in England. Results from these and other methods will be correlated to determine how each or combinations of them can be used efficiently.■

## Quantitative Interpretation of EMG During Gait

Sheldon R. Simon, M.D.
Rehabilitation Engineering Center
Harvard University/Massachusetts Institute of Technology
Cambridge, Massachusetts 02139

Sponsor: National Institute of Handicapped Research

A major concern in the evaluation of neuromuscular gait disorders is the lack of adequate knowledge about the relationship between EMG signals and actual muscle effort. This currently limits our understanding needed for clinically interpreting dynamic EMG recordings. In most gait EMG analysis, interpretation of the signal is recorded as only whether a muscle under study is ON or OFF; in some, the interpretation of muscle effort is related in some way to the intensity of this ON signal. This classification is straightforward in normal subjects where clear differences between periods of activity and inactivity may be observed with obvious boundaries and large amplitude differences. This is not the case in many gait disorders, i.e., cerebral palsy, where muscles may be active throughout the gait cycle, (with some variation in amplitude) or where there may be several bursts per gait cycle with intervening activity which may or may not be distinguishable from low-amplitude noise and interference. We are seeking to develop a more refined method of interpreting EMG recordings by examining such recordings in a group of subjects with gait disorders and evaluating the major characteristics, in order to obtain a better clinical interpretation of EMG recordings and in order to shed more light on actual muscle effort.

Two approaches to EMG feature extraction are being evaluated for seven major muscles (groups) of the lower limb recorded from surface fine-wire electrodes (gastrocnemius, anterior tibialis, rectus femoris, gluteus maximus, gluteus medius, medial hamstrings, and adductors). The first of the approaches is modeled on the traditional binary subjective classification, and is being implemented as an automated computer determination of the ON/OFF pattern by integrating the absolute value of the full-wave rectified signal with a variety of moving-window-average filters to examine its effect on the discriminated features.

In the second approach, instead of applying a threshold decision to the resulting smoothed data, the Fourier series representation of the EMG envelope is computed with 13 coefficients retained. The statistical methodology of cluster analyses is then applied to this data, in order to determine whether classifications or groupings based on EMG binary (ON/OFF) or Fourier coefficient data can be made. We also will evaluate the effect of going from a binary classification to tertiary or quaternary, etc. (the dynamic range of the signals will be partitioned into 2, 3, 4, or more levels), and time and level data will be used in the classification algorithms. The ability to develop discrete, well-separated clusters in the patient data will be compared for each partitioning level, and the optimal number of levels of coefficient will be determined. The classifications resulting from both EMG processing schemes will be compared with each other, with the classifications from kinematic and force data, and with clinical judgements. On this basis the optimal processing methodology for gait EMG signals is to be selected.■

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523818

Biomechanics

## Mechanical Energy Analysis of Abnormal Gait

Sheldon R. Simon, M.D.
Rehabilitation Engineering Center
Harvard University/Massachusetts Institute of Technology
Cambridge, Massachusetts 02139

Sponsor: National Institute of Handicapped Research

We have previously examined the validity of using mechanical measures of work to indicate the metabolic energy consumption during normal gait. These mechanical measures were: (i) mechanical work done on the center of mass per kilogram body mass per second (W cm), calculated by integration of ground reaction forces measured by force platforms; (ii) total body segmental work per kilogram body mass per second (W seg), calculated from individual body segment energies measured by motion analysis; and (iii) the sum of the normalized absolute moment impulses per second acting on the joints of the lower extremities (M), calculated from both force and motion data. The results of this previous work indicate that, for normal gait, there are strong linear relationships between mechanical work or normalized moment impulse per second and energy consumption per second. The linear relationships between these mechanical parameters measured per meter, however, were not as strong.

The work in this granting period has begun to focus on the application of all these facts to energy analyses of pathological gait. In moving toward this objective, our goal has been, first, the examination of elderly patients with degenerative arthritis. We have examined a group of subjects with degenerative arthritis of only one knee and have published these results. Efforts are continuing to examine subjects with multijoint involvement. Examination of such patients in this last year has shown that it is impossible to obtain the metabolic consumption of such patients with accuracy if treadmill walking is used. Such patients have a difficult time maintaining a steady state on a treadmill when paced by the speed of the treadmill, with or without cadence monitoring. As a consequence, to obtain metabolic energy consumption data to compare to mechanical factors of gait, we are currently exploring the use of the Beckman Breath-by-Breath analyzer in such patients walking on the treadmill and walking with free speed on a flat and level ground. This will enable us to determine the variation over time of such measurements, and allow us to obtain either an average or representative time period to compare to single-cycle mechanical energy measurements.

Work also has progressed in the area of refining our mechanical energy processing techniques for routine clinical use. The acquisition of a VICON automation motion system, and the now routine use of four force platforms within the laboratory, provide us with the opportunity of incorporating mechanical energy measurements as part of the routine clinical procedure for all gait studies we perform. This opportunity has required modifying many of our software routines to allow the calculation and graphing of the mechanical energy parameters automatically, much as our motion and EMG data are currently handled. This task is expected to be completed by the end of the present granting year.

## Objective Interpretation of Gait Analysis Data

Sheldon R. Simon, M.D.
Rehabilitation Engineering Center
Harvard University/Massachusetts Institute of Technology
Cambridge, Massachusetts 02139

Sponsor: National Institute of Handicapped Research

The goal of this project is to produce a reliable objective method for the clinical interpretation of measured gait parameters obtained in laboratory testing. This includes data obtained from monitoring limb segment motions, EMG activity (muscle effort), and fast-floor ground reaction forces, and the measuring of metabolic (and the calculating of mechanical) energy consumption in association with routine clinical information, i.e., diagnosis, medical treatment, and physical examination.

In this granting period, work has proceeded well in all three aspects (development of a gait typology, data management, and clinical report generation) of this project.

In the past year our efforts have been focused on further examining and refining of the proper feature extraction technique we have utilized for examining time-varying kinematic gait parameters. This technique has involved the use of 13 Fourier coefficients to represent the data. Such coefficients by themselves do not have direct counterparts or physiological representations which can be interpreted easily by clinicians. We have implemented a software program which allows us to reproduce a given time-varying parameter from any one or a number of these coefficients, and are currently examining the possibility of utilizing this technique to determine the clinical meaning of one or a combination of such coefficients. In addition, because various aspects of such time-

DEM523819

varying variables as knee flexion/extension motion can be readily identified (by clinicians knowledgeable about pathological gait) as being important and representing abnormalities, the evaluation of maximums and minimums (with the percent of cycle) in these curves is also being examined. Work to date reveals that both methods may need to be used to properly represent and select features for pattern recognition techniques. However, under what conditions each one is to be utilized is a matter that cannot be predicted at this time.

**Data Management** —— With so many items to be measured, so much data to be obtained per patient, and the need to examine a great many subjects to properly and efficiently achieve our goal of developing an expert clinically applicable gait interpretation system, a sophisticated computer-based data management system is required. This has been recognized from the outset of our proposal. A major amount of the work establishing the data management system was to be performed in this year's (1984) effort.

Various data management schemes and programs already existing have been investigated. We feel that the best approach is to utilize a commercially available system and make software modifications to it to suit the purposes of our research goals. This led to the discovery that the RS1 Data Management System, developed by BBN of Cambridge, seems ideal for our purpose. A key feature of the expert clinical interpretation system we are to develop involves the analyses of time-varying waveforms, sophisticated statistical analyses packages, graphical routines, and recently developed pattern-recognition clustering analyses methods.

We are currently implementing this system's use in our laboratory. These efforts consist of software developments to accomplish the following:

1. The setting up of a file structure for the incorporation of all pertinent clinical information needed to be evaluated in conjunction with gait data. Such information includes patient name, age, sex, physician, diagnosis, subdiagnosis, range of motion of all lower extremity joints, number and type of all ancillary devices, and treatment history by type and time (medication, physical therapy, and all types of surgical procedures);

2. Incorporation of processed gait data (as described above);

3. Graphic routines to output information. This includes both a standard output graphic package comparing differing variables, and the ability, upon request, to alter variables for comparison for particular purposes;

4. The use of statistical packages to evaluate new data and compare it to old data of the same patient (or to similar types of patients) in order to provide an on-line, real-time status report as to how the patient is performing; and

5. The inclusion of mathematical clustering analyses and classification principles to provide patient pattern recognition.

The proper implementation of all these elements is no minor effort. Such a system must incorporate new information about the same patient on subsequent testing, as well as new information from new patients. This must be done in such a way as to assure flexibility in file structuring — in order to be efficient in time and disc storage. To incorporate this feature requires the most up-to-date principles of data management software programming.

**Report Generation** — The system for report generation is proceeding according to the original plan. At the moment, various methods are being explored. In the first half of this year we have implemented a word processing type of report-generation scheme. This leads the clinician through the interpretation of gait data (an interactive step-by-step process) to assure that all data are examined and interpretation of each measurement is made. Its use has been tested on physical therapists and physicians who have had only the standard presentation of kinesiology as part of their P.T. or medical school courses. Utilizing only the graphic output and written data of a patient, we have tested this system and have been able to reduce the training period of such individuals from 6–9 months to 6 weeks.

However, we have found the major problem encountered with such a system is still that it fails to allow such individuals the opportunity to properly weigh the importance of each measurement, and to incorporate clinical information in the process of drawing proper conclusions about patient status or the efficacy of past and future treatments. This was not an unexpected finding. It reinforces our belief in the need to develop a pattern recognition system, thereby producing a functional performance index. It also has assisted us in determining which aspect of this pattern recognition system needs emphasis and refinement — and what the significant limitations in such a pattern recognition scheme are.

Within the next several months there is to be one major publication related to our development of a gait typology for ambulatory children with cerebral palsy.

DEM523820

## Studies of Normal and Abnormal Motion

**M. Patricia Murray, Ph.D.**
Veterans Administration Medical Center
Kinesiology Research Laboratory
Wood (Milwaukee), Wisconsin 53193
Sponsor: Veterans Administration Rehabilitation
Research and Development Service

During the period from July 1, 1983, to June 30, 1984, the Kinesiology Research Laboratory continued its investigations of functional performance of normal persons and of patients with a variety of physical disabilities. The latter part of this period was saddened by the death of Dr. M. Patricia Murray.

The first of two studies published during this period dealt with the gait patterns of seven above-knee amputees who were tested using prostheses with constant-friction knee components and using hydraulic swing-control knee components. Their multiple displacement patterns, stride dimensions, and temporal components were measured during slow, free-speed, and fast walking. Gait with the hydraulic-type prostheses was improved over gait with the constant-friction type. With the hydraulic component, the amputees had a wider range of walking speeds, the durations of the stance phases on the prosthetic and sound limb showed less inequality, and forward motion was smoother. Several improvements toward normal were also seen in the displacement patterns of the prosthetic limb during walking with the hydraulic component, including the patterns of knee flexion-extension and vertical displacement of the heel and toe on the prosthetic side.

Despite gait improvements with the hydraulic component, many abnormalities were retained that were present with the constant-friction component. These included inequality in successive swing phases, excessive lateral lurching toward the prosthetic side during prosthetic single-limb support, and vaulting during sound single-limb support. Some of these abnormalities may be habit patterns and others may be necessary compensatory maneuvers for an above-knee amputee.

A second study continued our series of investigations of patients with total hip joint replacements. The purpose of this study was to do objective kinesiologic testing of a group of patients before and after revision of total hip replacements due to noninfectious loosening. Baseline data to identify which components of function decline with loosening (and to what degree), and to identify which components of function improve after revision, were provided by a control group

with uncomplicated primary total hip arthroplasties.

There were 31 primary total hip replacements and 31 total hip revisions. Measurements of functional performance were made before surgery and 6 months afterward. Data collected included: range of motion of the hip, strength of hip abductor and adductor muscles during maximum isometric contractions, weight distribution between the feet during standing, forces applied to canes or crutches during walking, and multiple simultaneous displacement patterns during free-speed and fast walking. Each patient also answered a questionnaire about pain and performance of daily activities.

As a result of primary total hip replacement, patients in the control group regained a significant amount of function (in the absence of postoperative complications), but they did not reach normal levels of function. As a result of loosening of the prosthetic components, functional abilities of the patient declined to levels approximately the same as before the primary surgery, with a few exceptions. Loss of motion into hip flexion and extension, decrease of hip adductor muscle strength, and decrease in the use of hip flexion-extension during walking were not as severe in those with loosening as in those with coxarthrosis prior to initial total hip replacement.

After replacement of the loose prosthetic components, function in the patient returned to levels approximating those found after primary total hip replacement. Patients with revision, however, tended to have a greater reliance on assistive devices after surgery than those in the control group. A 2-year follow-up of these same patients is in progress.

In addition, work is nearly completed on two studies of normal function. The first is a study of the kinematics and electromyography of slow, free, and fast walking and the second is a study of strength of the knee flexor and extensor muscles of women 20 to 85 years of age.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523821

Rehabilitation R&D Progress Reports 1984

ties.
ents
ion-
and
le of
and
con-
ring
ring
ient
iach
and

pa-
cant
itive
vels
ietic
de-
the
s of
hip
e of
as
vith
it.
ipo-
vels
hip
ded
ifter
/ear

tud-
the
and
h of
0 to

## A Self-Contained Portable Force and Movement Measurement System to Aid Diagnosis and Rehabilitation of Human Movement Disorders

**Woodie Flowers, Ph.D.**
Rehabilitation Engineering Center
Harvard University/Massachusetts Institute of Technology
Cambridge, Massachusetts 02139

**Sponsor:** National Institute of Handicapped Research

The work described here is a continuation of an effort which started with the specific aim of improving above-knee amputee gait training through development of instrumentation for measurement of gait parameters and biofeedback of gait parameters. As prototype hardware was completed, its general applicability became apparent. Although the immediate focus of the effort remains on above-knee gait training, the criteria that guide design decisions are more global. A self-contained, portable, force and movement meaurement system has many applications in diagnosis and rehabilitation.

The gait training aid (Strider) is a microcomputer-based instrument that has been programmed to provide the following:

1. Threshold and/or proportional audio biofeedback of the prosthesis weightbearing (is the proper weight being applied to the prosthesis?).

2. Average peak weightbearing during a series of steps.

3. Percentage of stance cycles when the adjustable weightbearing threshold was attained.

4. Threshold and/or proportional audio biofeedback of hip extension angle (is the person standing erect during stance?).

5. Percentages of cycles when the hip extension threshold was exceeded during stance.

During the past year, several subtle changes have been made in the instrument's software, but the main effort has been directed toward improved force and movement transducers.

For a weightbearing transducer to be clinically acceptable, it must be compatible with existing post-operative prostheses and training procedures. Such a transducer has been designed and built. It uses a thin cylinder of elastomer to isolate the axial load on the prosthesis from the large bending moments which occur in the shank. This allows a strain gauge to measure one type of loading without being substantially affected by large stresses in other directions.

### New Movement Transducer

The movement transducer also has changed dramatically. The new system is essentially a radio direction finder. A small transmitting antenna is placed on one body segment and a crossed pair of receiving antennae are placed on another body segment. Appropriate processing of the signals from the two receiving antennae yields a very well-behaved indication of the angle between the transmitter and receiver. A clinically rugged version of the transmitter/receiver system has been built.

The Strider has been used and evaluated by the physical therapy staff at the Massachusetts General Hospital. The therapists' reaction was enthusiastic. The system looked good and performed consistently and reliably, doing what it was designed to do. It seems to enhance learning at some points in the amputee's training.

As a result of clinical testing, improvements to the system are being considered. Most of them involve increasing the flexibility and the ease of use of device. Particular concerns are allowing the therapist more flexibility in changing the threshold values, providing more alternative forms of biofeedback, eliminating wires, and reducing the weight of the portions of the system worn by the patient.

## Locomotion: Idling Metabolism and Gait Dynamics

**Robert B. Armstrong, Ph.D.**
Oral Roberts University
School of Medicine
Tulsa, Oklahoma 74171

**Sponsor:** National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

The long-term goals reflected in this proposal are:

1. To determine the manner in which muscles and populations of fibers within muscles are recruited during locomotion; and

2. To investigate the relationship between muscular activity and muscular-metabolism.

In previous work, we have described the spatial recruitment patterns that occur within and among mammalian muscles during exercise. Also, we recently have found that the magnitude and distribution patterns of blood flow within and among muscles of rats vary with the fiber type composition of the muscles and with locomotory speed, and that muscle blood flow increases with time during exercise to fatigue at a constant speed. We have concluded from this work that muscle blood flow patterns are closely related to muscle fiber-recruitment patterns.

Two immediate questions emanate from our previous work:

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523822

Biomechanics

1. Are the absolute magnitudes and the patterns of blood flow observed within and among the rat muscles representative of other mammals, or are they unique to laboratory rodents?

2. Are progressive changes in muscle fiber recruitment responsible for the gradual elevations in muscle blood flow that occur over time during exercise, or are other mechanisms involved?

To answer the first of these questions, blood flow within and among the muscles of pigs and dogs will be determined during exercise. To answer the second, we will test three hypotheses that may explain the progressive increases in muscle blood flow that occur with time during exercise: (i) the elevations result from progressive recruitment of additional motor units in the muscles as fibers fatigue, (ii) the elevations result from a progressive rise in body temperature, or (iii) the elevations result from progressive accumulation of vasodilator substance in the muscles. Answers to these questions will significantly further our understanding of the patterns of muscle fiber activity that occur during exercise and the accompanying metabolic support of the muscular activity.∎

## Medical Gastrocnemius Muscle Function in Locomotion

Arthur W. English
Emory University
Atlanta, Georgia 30322
Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

The specific hypothesis that central nervous system control of locomotion is focused on distinct parts of individual muscles rather than on whole muscles or synergistic groups will be tested. The activity of single motor units in distinct parts of the triceps surae muscle group of cats during a broad range of stepping behaviors will be recorded. Each motor unit recorded will be carefully characterized using physiological criteria, and its location in the muscle examined by glycogen depletion and histochemical analysis. The pattern of recruitment of motor units in each part of each of the muscles will be correlated with the physiological properties of those units. These patterns will then be compared in different parts of the muscle to determine if motor units are recruited with any level of independence in different parts of the same muscle.

The results of this study are expected to be significant in establishing guidelines for studies of the mechanisms and the specificity of motor control during behavior. They also should be of use to clinicians, especially in neurology and rehabilitation medicine, in the diagnosis, treatment, and evaluation of patients with disorders of movement, especially those involving the locomotor apparatus.∎

## Development of a Clinically Applicable Model of a Gait

Joseph M. Mansour
Case-Western Reserve University
Cleveland, Ohio 44106
Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

Analysis of the influence of the states and controls can be an important tool in the evaluation of pathological gait. It is well known, clinically, that alterations in one part of the leg, i.e., a tendon transfer or muscle release around the ankle, produce changes in the kinematics of all limb segments. The analysis of the influence of the states and controls provides a means for explaining the propagation of a localized change throughout the system. More importantly, it may be useful in aiding the identification of those areas where clinical interventions would be most beneficial. For example, if the shank acceleration is too low, so that the knee cannot come to full extension at heel strike, we would determine which variables had positive and negative influences on shank acceleration. Consideration would be given to those clinical treatments that had a net positive effect on the shank acceleration.

In the coming year we are planning to:

1. Apply the three-dimensional model to evaluate the primary changes in a pathological gait following a surgical procedure;

2. Quantitatively evaluate the effects of mass and mass distribution in prostheses for above-knee amputees with the intent of developing design criteria;

3. Complete the measurement of the results of the effect of the passive elastic moment at the knee and evaluate the effect of hip and knee passive moment during gait.∎

122

DEM523823

Rehabilitation R&D Progress Reports 1984

# Feature Extraction for EMG Gait Analysis

**Richard Shiavi, Ph.D., and John R. Bourne, Ph.D.**
Veterans Administration Medical Center
Nashville, Tennessee 37203

**Sponsor:** Veterans Administration Rehabilitation
Research and Development Service

**Introduction**—Objective gait assessment is recognized as a necessary component in evaluating locomotor disabilities. Computerized evaluation of electromyographic (EMG) data is one component of this assessment. Essential to computerized EMG evaluation is the extraction of important waveform features that are easily understood and amenable to further analysis. Since the linear envelope is the accepted modality for describing the EMG waveform in gait, a good feature extractor would indicate the times and intensities of phases of EMG activity.

**Methodology**—A method that will extract the times and intensities of EMG activity phases is the Tauberian approximation shown in equation (1) below

$$y(t) = \sum_{i=1}^{M} a_i x(t-\tau_i) \qquad (1)$$

where $y(t)$ is the approximation of the EMG envelope over one stride; $x(t)$ is a basis function; $\tau_i$ is the time when some activity occurs; $a_i$ is the intensity of that phase of activity; and $M$ is equal to the number of phases. The features are $a_i$ and $t_i$. When considering the linear envelope on the normalized time scale, that is, time between 0 and 100 percent of a stride, a very suitable basis function is the Gaussian function

$$x(t) = \exp[-t^2/2\sigma^2] \ |t| \leq 2/4\sigma \qquad (2)$$

with $\sigma$ having a range between .04 and .08. Features are calculated through equation 3

$$H(w) = \frac{Y(w)}{X(w)} = \sum_{i=1}^{} a_i \exp[-j\tau_i w] \qquad (3)$$

This equation is solved by using the discrete Fourier transforms of the average EMG envelope, $Y(w)$, and basis function, $X(w)$, to produce $H(w)$, and then using the Prony method to calculate the $a_i$ and $\tau_i$. (Note that the scale factor for $x(t)$ is incorporated into $a_i$, giving $x(t)$ a peak value of 1.0.)

**Results**—In an approximation of tibialis anterior muscle EMG of a normal female walking at 0.97 meters per second with a stride time of 1.1 second, the time scale is percent of stride and the waveform has been normalized to have an average of 1.0. Five terms were used and the features are listed in Table I. The technique extracts the phase of activity during early stance, the longer duration phase during the stance-to-swing transition, and the phase of activity during late swing. Notice that small intensity activity is used to complete the monophasic burst during early stance.

### TABLE 1.

| EMG Envelope Features | |
|---|---|
| Time | Amplitude |
| 6.1 | 2.34 |
| 16.1 | 0.44 |
| 70.9 | 2.47 |
| 80.1 | 2.59 |
| 94.7 | 1.52 |

This approximation was attempted on five different leg muscles in five normal individuals walking at various speeds. There was good correspondence in II approximations. Two parameters are vitally important when using this technique. These are the number of terms, $M$, and the duration of the basis function, $\sigma$. These parameters are easily adjusted with automation to produce a good approximation.

DEM523824

Biomechanics

# D. Upper Limb Function

## Processes Underlying Arm Trajectory Formation

Emilio Bizzi
Massachusetts Institute of Technology
Cambridge, Massachusetts 02139

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

A series of experiments has been outlined that involve kinematic observations made under a variety of conditions in animals, normal subjects, and patients affected by a sensory neuropathy. In parallel with these kinematic observations, we are proposing a computer simulation research directed at defining one possible control strategy subserving the formation of arm trajectories. The idea underlying the simulation work is the potential valley concept, which derives from spring-like muscle properties.

The following experiments are proposed:

1. Alteration of Biomechanical Structure. We plan to study the kinematic role of those muscles that span two joints. In conjunction with this study, we also will analyze the electrical activity of the two-joint muscles and compare it with the one-joint muscles.

2. Studies of Patients with Sensory Losses. Kinematic studies will be performed in patients affected by a neuropathy of unknown origin that totally or partially deprives these subjects of joint position sense, cutaneous sensations, and proprioceptive feedback from muscles.

3. Deafferentation of Monkeys. Depending upon the outcome of the patients' study, the question of the role of proprioceptive feedback during trajectory formation will be studied in monkeys.

4. Velocity-Profile Invariance under Gravity Loading. In these studies, we will utilize normal subjects and perform three-dimensional recordings with the Selspot.

5. Alteration of Segmental Parameters. Again with the Selspot, we will see how kinematic patterns of the arm are changed when masses are attached to the arm and rods are attached to the hand.

6. Arm Movements under Orientation Constraints. We propose to contrast movements executed under hand orientation constraints with those performed without such constraints to learn whether the extra kinematic complexity is manifested through different types of trajectories.

7. Simulation of Movement. We will focus on evaluating the implementation of the potential energy valley idea, particularly the way in which this hypothesis might allow the formation of trajectories with realistic kinematic features.

It should be stressed that both the biological studies and the simulation of work derive, at least in part, from the assumption that muscle spring-like properties and factors intrinsic to the biomechanical structure of the arm may be used by the controller to form arm trajectories. The simulation model will be tested by applying some of the same broad class of disturbances in the simulation as were applied in the biological experiments above.

# E. Other

## Bone In Vivo and In Vitro Stress and Strain Patterns

Tony S. Keller, M.S.E., and Dan M. Spengler, M.D.
Veterans Administration Medical Center
Nashville, Tennessee 37203

Sponsor: Veterans Administration Rehabilitation Research and Development Service

Bone can adapt to mechanical stress. In recent years there has been a renewed interest in the mechanisms by which bone responds to disuse and to overuse. Disuse changes associated with immobilization, paralysis, and weightlessness and overuse changes associated with repetitive loading during activity have received particular attention. Many studies have been published on the mechanical properties of cortical bone, but few have examined the variation of properties in the growing animal. The purpose of this study is to characterize bone growth (changes in geometric, biochemical, and biomechanical properties) in the maturing animal. The effects of hypokinesia, hyperkinesia, and diet-induced bone disease are being examined.

In previous studies the geometric, structural, and material properties of growing rats were reported. Bone cross-sectional geometry was determined using a computerized numerical procedure. In vitro structural and material properties were determined from both elastic non-failure, and failure bending and torsion tests; in vivo strains were recorded during gait using a technique developed in our laboratories. During growth, the geometric, structural, and material properties increased rapidly until maturity. These increases were best represented by a power curve fit of the data. Comparison of the properties of stressed and non-stressed (voluntary) exercised animals with

DEM523825

the results revealed that intensive exercise produced significant (P<0.01) bone hypotrophy (e.g., decreased cross-sectional growth rate, decrease in bone length) as well as significant reduction in structural and material properties. These results question the prevailing belief that exercise is always beneficial. In addition, the data suggest that immature bone maintains or increases material integrity in response to an optimum stress range. Stresses above or below this range have a negative effect on bone material.

Currently, we are investigating the response of bone during disuse. A hind limb suspended and unloaded hypokinetic rat model is being used to examine the biochemical and biomechanial properties of maturing rats. This study will provide information valuable to basic biology, space biology, and the clinician by giving insight into the role of gravity and mechanical stress on the control and functional adaptation of bone characteristics. These data will aid in the development of proper treatment strategies to prevent or minimize bone changes associated with disuse.

Future studies will be directed toward examination of the effects of diet-induced bone diseases (osteoporosis, osteomalacia, and osteolathyrism) on bone properties. In addition, in vitro torsion, bending, and fatigue studies will be performed on immature primate cortical bone. Subsequent comparison of growing rat and primate cortical bone biochemical and biomechanical properties will provide additional insight into modeling (cell activation → osteoblastic formation) and remodeling (cell activation → osteoblastic resorption → osteoblastic formation) processes, respectively. Formulation of a theoretical growth model for modeling and remodeling bone may then be possible. Such a model may allow us to predict the behavior of bone in long-term hypokinetic (disuse, microgravity) and hyperkinetic conditions. Extrapolations of these data to humans under similar conditions also may be possible.

## Human Response and Lower Extremity Injury

C.D. Mote, Jr.
University of California
Berkeley, California 94720

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

The mechanics of human injury is a complex process. External forces are transmitted to the human musculoskeletal system; the system responds in the manner of displacements and rotations. Stresses are induced in the tissues and under some conditions the tissues are disrupted. When the forces are not constant, prediction of the likelihood of injury and the severity of the forces is difficult.

This proposal presents a research program investigating the mechanics of lower extremity injury, specifically injuries to the knee, tibia, and ankle that typically occur in snow skiing. Snow skiing is studied because (i) the lower extremity injury rate is high, (ii) the forces transmitted to the foot can be measured, (iii) response of the lower extremity can be measured, and (iv) safety devices can reduce the high rate of injuries. Specialized laboratory and field test equipment have been developed to measure and analyze the forces between the boot and the ski; the rotations occurring at the ankle, knee, and pelvis; and the integrated EMG from muscle groups during skiing and especially during falling, when severe loading occurs and the likelihood of injury increases. The field measurements identify the injury environment, and the laboratory experiments clarify how the lower extremity responds to dynamic loading. This is the identification problem for the lower extremity.

The true severity of the typical skiing environment and the contributions of the musculature to influence the likelihood of injury will be clarified. The common misconception that the forces of skiing are compared to typical tibia fracture strength and knee ligament strength will be corrected. The erroneous concept is widespread, extending to standards organizations, the industry, and the public alike. The error has major impact on the design of safety devices, on the evaluation and acceptance of safety devices, and on the training and instruction given the public. Efforts are directed to development of meaningful standards of safety.

## Foot Interface Pressure Study

Frank L. Golbranson, M.D., and Roy W. Wirta, B.S.M.E.
Veterans Administration Medical Center
San Diego, California 92161

Sponsor: Veterans Administration Rehabilitation Research and Development Service

Peripheral neuropathy associated with diseases such as diabetes mellitus often causes severe deficiency in transmission of sensory modalities in the lower extremities. Such losses impair the protective mechanisms and render the extremities vulnerable to the effects of applied forces of daily ambulatory

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523826

activity. This not only results in skin ulcerations, but also may cause hyperemia and inflammation secondary to trauma. Many diabetic patients with foot ulcers are seen at the VA Medical Center, and often there is difficulty in achieving healing because means to reduce repetitive plantar pressure are inadequate. Required are criteria for prescribing interface materials and means for evaluating effectiveness of materials chosen.

### Hypotheses

The hypotheses in this study are the following:

1. Plantar pressure ulcers in hypo or insensitive feet may be effectively treated by use of appropriate interface materials.

2. Physical properties appropriate for the selection of interface materials can be determined.

3. Adequacy of static load distribution properties of an interface material can be determined by use of a barograph.

### Methodology

**Clinical Testing**—Both diabetic and non-diabetic patients at the VAMC with established findings of peripheral neuropathy are seen periodically to monitor condition of the insole and, for those with ulcerations of the plantar surface, to measure and record the width, breadth, and depth of the ulcer. Patients' weight and ambulatory habits are noted, and the thickness of the used insoles are measured at points of maximum compression set. If the thickness is 50 percent or less of the original thickness, the insole is collected and a new one issued. Thickness of the collected insole is monitored for a week to note any recovery. As a result of static load testing in the laboratory, four pairs of insoles are issued to permit daily changes allowing a 4-day interval for partial recovery in thickness and restoration of cushioning properties. During the initial phase, medium density Plastazote was used with over 50 patients. Recently, Aliplast 4E was introduced to obtain comparative performance results.

**Laboratory Testing**—Both time-related and non-time-related properties of a variety of commercially available, so-called closed-cell, cellular plastic materials have been preliminarily evaluated. Time-related testing consists of statically loading samples to note changes in thickness as a function of time. After a few days the thickness stabilizes, then the load is removed and the rate of recovery is noted. The slow compression takes place because the closed cells are not impermeable, but allow gases to escape from the

cells. Potential energy, stored in the deformed plastic matrix, causes air to be drawn back into the cells when the material is unloaded. Static testing has been done with loads representing 10, 20, and 30 psi.

Non-time-related properties have been evaluated using a manually operated, mechanical X-Y recorder. Samples are loaded and unloaded at rates resembling those during walking. The relation of thickness to pressure is approximated by the following general form:

$$t = t_0 \left[ (1-t) \, e^{-ap} + r \right]$$

where t = thickness

$t_0$ = unloaded thickness

r = compressibility factor

a = compliance factor

p = applied load

The compressibility factor is a ratio $tp/t_0$, where tp is the plateau thickness at high pressure, usually in excess of 70 psi. Both the compressibility and compliance factors are independent properties of different materials. The shape of the curve depicting the thickness-pressure relation resembles the gas law relation $PV^n = C$ because a part of the work done on the cellular material during compression is stored as potential energy in the gases contained within the cells.

**Plans for the Future**—Continue the collection of data from the clinical application of different interface materials and different configurations of insoles for relative effectiveness in protecting the plantar area, for durability, and for factors unifying the weight of a patient, contour of the foot, ambulatory activity level, and footwear design. Continue seeking footwear design appropriate for this category of patient. Continue to explore means to locally reduce normal and shear forces in areas of plantar ulcers and to evaluate the efficacy of such means.■

[See also III. **Total Joint Replacement and other Orthopaedic Implants, A. General,** Biomechanics of Bone Resorption/Regeneration of the Bone-Implant Interface; and, V. **Functional Assessment,** Quantification of Motor Performance: Muscle Strength and Endurance Testing]

DEM523827

# VII.
# Wound and Fracture Healing

## Morphological and Clinical Studies of Microwounds in Ischemic Human Tissues

John E. Olerud, M.D.
Veterans Administration Medical Center
Seattle, Washington 98195
Sponsor: Veterans Administration Rehabilitation
Research and Development Service

Peripheral vascular disease (PVD) is a major cause of morbidity and mortality in this country. Approximately 30,000 lower extremity amputations are performed annually in the United States, primarily for PVD. Failure of wound healing is one of the principal problems encountered in these patients, either non-healing of leg ulcers or nonhealing of attempted surgical intervention, such as grafting, debridement, or amputation. To date no systematic studies of wound healing have been done in patients with PVD because of the invasive nature of the methods for the study of wound healing and the tenuous nature of the affected extremities.

The method used in this study involves the creation of standardized microwounds on the extremities of individuals awaiting amputation necessitated by PVD. The wounds were made under sterile conditions using a Simlate-II bleeding-time device at sites distal to the planned amputation at predetermined times prior to amputation. The microwounds were excised from the amputation specimens immediately after amputation, placed in Karnovsky's fixative, and embedded in Epon 812 for thin sectioning for light and electron microscopy. Morphological events of dermal and epidermal wound healing were expressed as a ratio of the morphologically apparent wound age divided by the actual wound age and were related to transcutaneous oxygen tension ($Tc\ pO_2$), amputation outcome, and clinical factors such as diabetic status.

Microwounds have been studied in 15 subjects with wounds created 7 days prior to amputation. In three of those subjects additional time points were studied at approximately 2, 12, 24, 48, and 72 hours as well as 10, 14, 21, and 28 days prior to amputation. There was no morbidity from the procedure. In general, the events of healing were considerably retarded relative to normal. The dermal events of healing were significantly more retarded than the epidermal events. While the method appears to be a safe and effective means of obtaining relatively standardized wound tissue for study of the healing process in ischemic human tissue, it did not appear to be consistently useful as a predictor of amputation outcome at the selected level.

Future studies include expanding the number of subjects so that more meaningful analysis of clinical factors such as $Tc\ pO_2$, diabetic status, and amputation level may be made. Electron microscopy of selected material will be done and immunohistochemical studies of human wounds are planned.■

## Effect of Stress and Motion on Repair of Hard and Soft Tissues

Savio L.-Y. Woo, Ph.D.; Richard D. Coutts, M.D.;
Steven R. Garfin; and Wayne H. Akeson, M.D.
Veterans Administration Medical Center
San Diego, California 92161
Sponsor: Veterans Administration Rehabilitation
Research and Development Service

This research program is designed to pursue Wolff's Law on tissue healing and remodeling. Although initial immobilization after musculoskeletal trauma is necessary for tissue healing to take place, the deleterious effects of prolonged and/or over-immobilization on the repair process and the disuse atrophy of the surrounding tissues are also well known. We have chosen two projects as areas of concentration: (i) to study the deleterious effects of large internal fixation plate systems used to immobilize long bone fractures, and (ii) to evaluate the effects of motion and stress on the repair of the medial-collateral ligaments.

In the internal fixation plate study it should be noted that by and large the currently used devices are effective in treatment of long bone fractures. However, direct osteonal bone union healing under rigid fixation must be viewed, conceptually, as a slow and unnatural way to mend fractures. In addition, the large fixation systems shield the underlying healed bone from physiological stresses and can cause atrophy or osteoporosis. At plate removal, refractures of bones are of significant clinical concern. In order to gain a better understanding and to improve the present internal fixation plate systems, we have developed new design criteria, i.e., moderate bending and torsional plate rigidities for adequate early immobilization in order to achieve callus fracture union,

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Convright law.

DEM523828

Wound and Fracture Healing

and a low plate axial rigidity to minimize the stress (or strain) shielding of the underlying bone during the post-union remodeling process. A tubular cross-sectional plate, i.e., a flattened stainless steel tube filled with polyethylene, has been made. This plate has been applied to immobilized canine mid-shaft femoral osteotomy models and has been tested against the control plate (rigid plate made out of stainless steel). At 6 and 9 months postosteotomy, there were significant advantages both in terms of mechanical and structural properties of the healed bone underneath the low axial rigidity tubular plate. Morphometric evaluations of bones are in progress.

The next phase of this study will include the longer term (12 and 15 months) experimental animals as well as additional animal groups to study the effects of plate removal (recovery of bone). It is hoped our data will enable the clinician to choose a less rigid plate, e.g., tubular plate, and to select appropriate timing of plate removal on a rational basis.

In the ligament repair study, dogs and rabbits have been used as experimental animals, and a variety of treatment conditions, ranging from rigid immobilization and cage activity to immobilization plus cage activity, have been imposed to determine which set of conditions will enhance the speed and strength of ligament repair. In addition, ligament healing versus surgical repair studies have also been conducted.

The quality of the healing and repaired ligaments are being evaluated by morphological, biomechanical, and biochemical techniques. The advanced biomechanical testing procedures developed in our laboratory permit the studies of the properties of the repair line separately from, and in addition to, the bone-ligament composites. This is of great importance because the responses to the treatment regimens from various elements of the ligament composite, viz., area of repair, area of ligament proximal and distal to repair, and ligament insertion sites are different. In addition, we are measuring the joint laxity quantitatively using our newly developed apparatus. Cyclic and viscoelastic characteristics of ligaments are also being evaluated.

Currently, the healing MCLs of rabbits up to 40 weeks have been studied, but those for the dogs are limited to 6 weeks. Preliminary data indicate that early but limited motion is advantageous, and that the healed ligament is not comparable as the normal (even up to 40 weeks postoperative) in terms of strength, stiffness, and joint laxity. Additional sacrifice periods for dog MCLs up to 26 weeks are in progress. Biochemical measurements of water content, GAG, cell cellularity and collagen typing, and collagen cross-links of repairs and normal sites of the MCLs from sacrificed animals are also in progress. It is hoped that as a result of this data, additional treatment programs including exercise training can be incorporated so that determination of treatment programs on the healing ligaments will be possible.

## Transcutaneous Oxygen Tension as Predictor of Wound Healing

Frederick A. Matsen III, M.D.; Ernest M. Burgess, M.D.; and Craig R. Wyss, Ph.D.
Limb Viability Laboratory
University of Washington
Department of Orthopaedics
Seattle, Washington 98195

Sponsor: Veterans Administration Rehabilitation Research and Development Service

Transcutaneous oxygen tension has been studied for its usefulness in predicting wound healing potential in disvascular limbs. This noninvasive measure of local cutaneous perfusion has been correlated with the severity of peripheral vascular disease as determined by clinical symptoms. The relationship between local cutaneous perfusion, clinical symptoms, and sensory nerve function is currently under investigation.

Segmental transcutaneous $PO_2$ measurements were made on the limbs of diabetic and nondiabetic patients admitted to the Amputation and Vascular Services at the Seattle Veterans Administration Medical Center. These patients had varying degrees of peripheral vascular disease. Nondiabetic limbs with transcutaneous $PO_2$ values on the foot or below-the-knee of less than 20 mm Hg were significantly more likely to have rest pain or ulcers, to need an amputation, and to have failure of amputation healing than were those limbs with transcutaneous $PO_2$ values above 40 mm Hg. Diabetic patients show similar results, although many had ulcers coincident with transcutaneous $PO_2$ values greater than 40 mm Hg, suggesting factors other than inadequate cutaneous oxygen delivery may result in ulceration of diabetic limbs.

Healing of below-the-knee amputations was correlated with transcutaneous $PO_2$ values at that level, and amputation healing showed a strong correlation with below-the-knee transcutaneous $PO_2$. All patients with below-the-knee transcutaneous $PO_2$ values above 40 mm Hg healed, 94 percent of those with values between 20 and 40 mm Hg healed, and the healing rate where the transcutaneous $PO_2$ value was

DEM523829

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

Rehabilitation R&D Progress Reports 1984

less than 20 mm Hg was 47 percent.

Transcutaneous oxygen tension and laser-doppler velocimetry were compared over heated and unheated skin in which perfusion pressure was reduced by limb elevation. Results indicate that laser-doppler and transcutaneous $PO_2$ measurements do reflect changes in local perfusion pressure when made over warmed skin, but not when made over unwarmed skin.

The multiprobe transcutaneous oxygen tension monitor has allowed simultaneous measurements at eight sites and has enabled spatial mapping of cutaneous perfusion in disvascular limbs before and after amputation. These studies continue to elucidate the value of transcutaneous $PO_2$ measurement in the clinical assessment of the local circulatory status of skin.

## Studies of Factors Affecting Orthopaedic Infections

Katharine Merritt, Ph.D.
University of California
Orthopaedic Research Laboratories
Davis, California 95616

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

The research being undertaken is designed to investigate problems of infections in orthopaedic patients. One aspect of the study is to better understand factors leading to wound contamination in open fractures and any infections that might follow such contamination. Various factors, including the use of internal fixation devices, methods of irrigation, and time between injury and treatment, as well as underlying diseases, are being compared with infection rates and with level of tissue contamination. An animal model involving open fractures of the hamster femur using an osteotomy saw has been developed to better understand the role of internal fixation in infection. Studies have been done with Staphylococcus aureus and will be done with Proteus and an Anaerobic Streptococcus.

Studies also are being undertaken in the hamster to investigate host reponses, such as sensitivity reactions, to the implant on infection rates. Finally, rapid diagnostic techniques are being investigated for diagnosis of osteomyelitis and septic arthritis using blood, joint fluid, and aspirates. These studies should provide information on the management of patients likely to develop infections.

## Stimulation of Repair of Cortical Bone Transplants by Implantation of Piezoelectric Materials

George Van B. Cochran, M.D., M.Sc.D.; Marvin M. Johnson, Ph.D.; Wendell Williams, Ph.D.; and Bok Y. Lee, M.D.
Veterans Administration Medical Center
Castle Point, New York 12511

Sponsor: Veterans Administration Rehabilitation Research and Development Service

**Introduction**—Microampere DC currents have been used extensively to stimulate bone formation. Traditionally, these currents are delivered to implanted electrodes by external power sources or implanted batteries. The purpose of this project is to develop a novel approach to electrical stimulation of bone healing and regeneration (including incorporation of bone transplants) by employing direct delivery of faradic, microampere currents generated during physiologic loading by a piezoelectric material incorporated in a less rigid internal fixation device. From a theoretical standpoint, assuming simple tension or compression on a piezoelectric material, the charge generated is $Q = Ad_{31}S_1$, where A is the material area, $d_{31}$ is the piezoelectric constant, and $S_1$ is the stress. The current produced by application and release of load is bipolar, and the magnitude varies with frequency of loading. For 1 Hz loading, with the current output rectified by a full-wave bridge, the average current would be $2Ad_{31}S_1$. For PZT-5 ($d_{31} = 270$ pC/N), if $A = 1$ cm$^2$ and $S_1 = 6 \times 10 \times _6$N/m$_2$ ($\cong 100$ microstrain), the average current generated would be 0.33 $\mu$A.

**Methods**—As a pilot study in vivo, miniature (36×6 mm) replicas of three-hole internal fixation plates were constructed of delrin bonded to a non-electroded PZT-5 ceramic bimorph or a strip of polyvinylidene fluoride (PVDF). Four plates were implanted in each of eight dogs, one active plate fixing a 1.5-cm bone graft in the ulna, another overlaying two 4-mm drill holes in the radius, and two depoled (electrically inactive) plates on the contralateral bones as controls. The entire free surface of the piezoelectric material was in direct contact with bone; plastic screws were used for fixation. Results were assessed histologically after 8 weeks. In a later in vitro experiment, four-hole Keviar/epoxy composite plates were constructed with a strain-gauged ceramic bimorph incorporated on top. For testing, the plate was attached to a canine femur with four insulated steel screws and the bone loaded in cantilever bending. Similar experiments were conducted with a bimorph bonded to a titanium plate. To generate current, repetitive loads producing 100 mi-

DEM523830

Wound and Fracture Healing

crostrain in the bimorph were applied at 1 and 2 Hz (load duration = 0.5 s; rise time, 0.2 s; plateau, 0.1 s; decay, 0.2 s). Bimorph output (surfaces versus vane) was connected to a full-wave diode rectifier. Average current was determined from voltage drop across a 1 M $\Omega$ resistor and a 0.47 $\mu$F capacitor shunting the rectifier output.

**Results** — The in vitro experiments showed that with rectification, continuous DC currents of 0.25 to 0.4 $\mu$A could be generated during a series of deformations. Without rectification, polarity varied with sign of the strain and bipolar currents were generated. The earlier in vivo study failed to show significant tissue reactions or differences on bone healing/remodeling beneath the free surface of active versus depoled bimorphs or PVDF.

**Discussion and Future Plans** — Our limited in vivo study suggested that the charged surface of a piezoelectric material, in itself, has no dramatic effect on osteogenesis, at least in a configuration in which charge density is low and fluctuations with stress are nearly symmetrical. Further work of this type is planned to confirm these negative results. Also, the effect of contact with piezoelectric materials on streaming potentials in underlying bone will be studied.

In the alternate mode, however, the in vitro tests demonstrated the feasibility of designing piezoelectric internal fixation plates that, during normal physical activity, could generate DC currents exceeding the 0.075 $\mu$a level identified recently as the minimum for faradic stimulation of osteogenesis. These experiments generated approximately 0.3 $\mu$a and an increase by a factor of 10 to 20 could be expected in clinical applications utilizing a proportionally larger area of piezoelectric material subjected to larger strains. This design concept offers considerable potential for research and development with respect to components, configurations, and applications for internal fixation. Materials ranging from titanium to fiber/plastic composites could be selected to enhance mechanical and stress coupling properties, while piezoelectric materials ranging from tissue compatible ceramics to polymers (PVDF) could be fabricated and poled to attain optimal current output and polarity in specific anatomical locations. Conceivably, electrical charge also could be generated by external ultrasonic energy during non-active periods.

In the next stage of this study, instrumented prototype piezoelectric plates will be implanted in dogs and current measurements made during walking. In the final stage, using rabbit and canine models, studies of effect of these piezoelectrically generated currents on bone formation will be made using implanted electrodes connected directly to the rectified plate output.

## Effects of Immobilization and Motion in the Injured Tendon

**Albert J. Banes**
University of North Carolina
Chapel Hill, North Carolina 27514

**Sponsor:** National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

For the coming support year, the objectives are: (i) to establish the pattern of tryptic peptides of collagen from tendons of exercised chickens and compare these to the established patterns for immobilized and control birds; (ii) to continue isolation of three major cross-link peptides that elute at the same position for collagens from normal, immobilized, and exercised birds, and to perform amino acid and sequence analysis to assign a location for these peptides within the collagen molecule; (iii) to continue isolation of tendon cells from sheath, synovium, and tendon fibroblasts.

The latter cells from immobilized and exercised birds will be subjected to tension and compression in vitro. The $^{35}$S-methionine labeling patterns will be compared to that of the normal birds. Particular attention will be given to the amounts of collagen, actin, and tubulin produced by the cells. The cell culture studies have taken an unusual turn. Populations of cells have been isolated: cells from sheath, synovium, and tendon proper are different in morphology, protein profile, rate of division, and adherence to substrate. On the other hand, tendon fibroblasts from a physically small tendon (flexor profundus) versus a large tendon (flexor to the gastrocnemius) appear to have minor differences in protein synthesis patterns. Consideration of physical stress on tendons led to the creation of a new culture plate that can accommodate up to 200 percent stretch. The latter has been in testing for 10 weeks as of this writing. Tendon cells in culture seem to respond to 0.1 percent compression in vitro by decreasing tubulin and increasing actin concentrations. Experiments with tension are in progress.

With respect to peptide sequencing, it is anticipated having at least three major peptides that contain either reducible or 3-hydroxypyridinium (HP) cross-links quantitated and compared among the groups in the next 6 months. The absorbence and HP patterns have been completed. Currently being used is a

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law

DEM523831

Rehabilitation R&D Progress Reports 1984

170-minute, 0.1M $PO_4$ 2.85 pH, acetonitrole gradient to elute collagen tryptic peptides. As little as 10 ug of collagen need to be injected to establish absorbence and fluorescence patterns (HP), but more material is required for radioactivity detection. It is anticipated that the amounts and location of HP cross-link sites in tendon collagen from exercised birds will be different from those of the immobilized and control counterparts. The latter patterns are different; peptide purification and analysis are underway.

## Flexor Tendon Healing: Restoration of the Gliding Surface

Richard Gelberman
University of California
San Diego, California 92103

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

Preliminary results from our laboratory suggested that primary tendon healing could be stimulated by protective passive motion which prevented tendon sheath adhesion ingrowth. This effect resulted from a cellular proliferation of the epitenon layer. An improved mechanism of repair was anticipated as a result of carefully applied and protected early motion techniques. The objectives of the first year of this grant period were to establish a model and obtain data on the intrinsic capacity for flexor tendons to heal in the absence of tendon sheath adhesion ingrowth.

An initial study was carried out in conjunction with Dr. Paul Manske at Washington University in St. Louis in which flexor-tendon segments from New Zealand white rabbits were lacerated, immobilized, and placed in tissue culture media. The tendon segments were studied by light and electron microscopy at 3-, 6-, 9-, and 12-week intervals. A characteristic sequence of repair was noted, including epitenon thickening, cellular differentiation, cell migration, and phagocytosis in each of the lacerated tendons. This response was similar to previously observed in vivo tendon healing and indicated that tendons have the inherent capacity to heal in the absence of adhesion growth. An additional study of the healing characteristics of four different species was explored in a tissue culture system. Tendon segments were studied by light and electron microscopy at 3, 6; 9, and 12 weeks. A similar pattern of repair was seen in each model, but the rate of healing differed significantly.

Other research efforts in this period have included the construction of a continuous passive motion device so that the effects of continuous motion could be compared with previous results using intermittent passive motion and immobilization techniques. The device has been constructed, and animal experimentation is ready to begin. Finally, we have established an in vivo tendon healing model in which tritiated thymidine is used to tag cells participating in the tendon healing process.

## A Study of Intertrochanteric Fracture Fixation Methods

A. Ogden, F.R.C.S.; A.C. Nicol, Ph.D.; K. Sarafis, M.B., Ch.B.; and I.G. Kelly, F.R.C.S.
Bioengineering Unit
Wolfson Centre
Glasgow G4 ONW, Scotland

Sponsor: University of Strathclyde

This summary reports the findings of a three-part pilot project to determine the optimum technique for the fixation of unstable intertrochanteric fractures of the femur in elderly patients with osteoporosis.

A total of 121 patients with unstable intertrochanteric fractures were studied. Eighty-two patients were treated with Kuntscher-Y nails (KY) and 39 were treated with a Honey Capener (HC) fixed-angle nail plate. Most complications were seen with the use of the HC nail plate. These were nail breakage (five), bending with loss of reduction (ten), and detachment of the plate (four). Most cases of failure could be related to a significant degree of osteoporosis which was estimated using Singh's classification.

A similar study using Richards sliding screws was conducted on 86 patients with unstable intertrochanteric fractures. There was a 4.7 percent incidence of complications which was associated with a moderate degree of osteoporosis.

Clinical experience suggests the mechanical superiority of the Richards screws and KY nails but also highlights osteoporosis as a limiting factor in the use of these internal fixation devices.

Mechanical tests were therefore performed on these two implants using an Instron testing machine. In order to investigate the effect of osteoporosis, parallel tests were conducted with the use of adjuvant bone cement.

Paired femoral specimens with a standardized fracture were tested with and without the addition of cement. The degrees of osteoporosis were assessed for the specimens using Singh's classification. The total strength of the Richards screw fixation ranged

DEM523832

from 280 N to 1670 N for uncemented specimens and 760 N to 2750 N for cement addition. A similar twofold increase was also found for the KY nail.

These results would appear to validate the use of adjuvant bone cement in the repair of fractures in osteoporotic bone∎

## The Effects of Pulsed Galvanic Currents on the Healing of Soft Tissue Injuries

Neil Spielholz, Ph.D.
New York University Medical Center
Department of Rehabilitation Medicine
New York, New York 10016

Sponsor: National Institute of Handicapped Research

About 2 years ago, a Ph.D. candidate working in this lab reported that pulsed galvanic stimulation seemed to speed the healing of surgically divided Achilles tendons in rats. This past year, using tensile strength as the measure of healing, we confirmed those observations. Equipment limitations, however, precluded our ability to measure tensile strength above 1500 gms. Since this value is well below the load needed to break a normal or fully-healed tendon, we must currently limit our comments about healing to only the early stages. We hope ultimately to be able to appraise the long-term effects as well.

In addition to the tensile strength studies, we accumulated considerable electron microscopic data concerning the ultrastructure of normal tendon and tendon subjected to immobilization by casting or denervation. The observations, which suggest strongly that tendon is far from being an inert structure, hopefully will be reported at an upcoming conference in Boston. Basically, the findings are that immobilization leads to atrophy of collagen fibers. This suggests not only a turnover of collagen but the ability of tendon to meet the demands placed on it in much the same way that bone and muscle do.

Plans for the coming year include attempts to upgrade this project's materials-testing abilities (which will permit the monitoring of healing in more detail) and to continue with the electron microscope studies∎

[See also VI. Biomechanics, A. Joint Studies, 2. Lower Limb, Biomechanics of Anterior Cruciate Repairs]

# VIII.
# Properties of Muscle

## Control of Muscle Protein Metabolism During Exercise

G. Lynis Dohm
East Carolina University
Greenville, South Carolina 27834

Sponsor: National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

The broad objectives of this research are to study changes that occur in protein metabolism as a result of exercise and to establish the underlying biochemical mechanisms that bring about these changes. In research already completed, we have clearly established that an acute bout of exercise (either running or swimming) causes a decrease in the rate of muscle protein synthesis and increased rates of protein degradation in muscle and liver. Preliminary evidence from our lab and reports from other investigators suggest that an acute exercise bout also increases the rate of amino acid oxidation.

During the next granting period, we propose to further study the effect of an acute exercise bout on protein synthesis, protein degradation, and amino acid oxidation. To determine mechanisms involved in the decrease in protein synthesis in muscle, we plan to determine the effect of exercise on the various components of protein synthesis: charging of t-RNA, initiation of peptide synthesis, and peptide elongation. An experiment will be conducted to investigate whether an acute bout of exercise increases alanine production by the isolated epitrochlearis muscle. In addition, we plan to continue investigating the biochemical regulation of leucine oxidation in muscle during exercise∎

DEM523833

Rehabilitation R&D Progress Reports 1984

## Adaptation of Muscle to High-Resistance Exercise

William J. Goneya
University of Texas
Dallas, Texas 75235

Sponsor: National Institutes of Health
    (National Institute of Arthritis, Diabetes, and Digestive
    and Kidney Diseases)

The long-term objective of the proposed research is a fundamental understanding of neuromuscular plasticity. We will use as a model neuromuscular adaptation to high-resistance (weightlifting) exercise. Adult cats are operantly conditioned to flex their right wrist against increasing resistance in order to receive a food reward. This procedure has the advantage of inducing significant hypertrophy in the muscles of the right limb, while the muscles of the left limb can be used for comparative studies. Both increases in muscle fiber cross-sectional area (hypertrophy) and number (hyperplasia) have been shown to occur in response to weightlifting exercise.

The proposed study will determine the most effective exercise protocol for inducing muscle fiber hyperplasia and will investigate the importance of hyperplasia in the exercise-induced growth process. In the proposed study, the ultrastructural and histochemical features of exercised muscle fibers that are undergoing necrosis will be characterized. It is anticipated that this project will provide cytological evidence for the initiation of exercise-induced muscle fiber necrosis and help elucidate the significance of fiber turnover in adult muscle. Quantitative ultrastructural measurements of muscle fibers will be made to provide insight into the cytological reorganization that occurs in response to exercise. The physiological, histochemical, and morphological characteristics of motor units will be determined from forelimb muscles of trained cats.

These studies are made important by the observations of exercise-induced muscle fiber necrosis and fiber hyperplasia and will determine if these processes are independent of nervous system (motor) control. Little is known about the long-term effects of weightlifting exercise on muscle structure and function. This information is important in light of the findings of exercise-induced muscle fiber necrosis and hyperplasia and the increasing use of resistance exercise in this country as a component of health maintenance. These studies should should provide for a more informed and effective use of resistance exercise in the rehabilitation of patients suffering neuromuscular dysfunction.∎

## Skeletal Muscle Adaptations Induced by Training

Ronald L. Terjung, Ph.D.
State University of New York
Upstate Medical Center
Syracuse, New York 13210

Sponsor: National Institutes of Health
    (National Institute of Arthritis, Diabetes, and Digestive
    and Kidney Diseases)

The greatly elevated energy demands placed on muscle during contractions often lead to a loss of adenine nucleotides (principally ATP) and a loss of contractile function. This phenomenon occurs during less severe contraction conditions in low-oxidative fast-twitch white muscle rather than in high-oxidative fast-twitch red muscle. Further adaptations induced by exercise training make the muscle more resistant to the ATP loss and fatigue. The return of ATP concentration during recovery occurs via the reamination of IMP using the amine donated from aspartate, but originating, in large measure, from the branched-chain amino acids (leucine).

Our proposed work will use the perfused rat hindlimb preparation to evaluate: (i) the contribution of branched-chain amino acid amine to the recovery of adenine nucleotides following intense contractions (specifically, we will determine the impact of leucine concentration in the physiological range), and (ii) during steady-state, long-term, moderately intense activity, where some deamination/reamination cycling may occur without extensive fatigue. The above-mentioned function may account for the increased branched-chain amino acid oxidation observed during and after exercise.

Using the same experimental system, we will assess the contribution of branched-chain acid oxidation to the energy demands of working muscle. We will test to see if it is minimal during mild exercise and increases during conditions when the amine donation function, mentioned above, should become more important (e.g., following intense fatiguing contractions). Further, the coupling of branched-chain amino acid oxidation to the purine nucleotide cycle will be evaluated with hadacidin, an inhibitor of adenine nucleotide resynthesis from IMP.∎

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523834

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

## Myoelectric Assessment of Human Lumbar Muscle Function

George V. Kondraske, PH.D.; Tom G. Mayer, M.D.;
Timothy W. Carmichael, M.S.; S. Deivanayagam, Ph.D.;
and Allan F. Tencer, Ph.D.
Veterans Administration Medical Center
Dallas, Texas 75216

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

The purpose of this project is to develop objective measures of lumbar muscle function for patients with low back pain. Techniques have been developed in this laboratory for measurement and analysis of the frequency spectrum of myoelectric signals obtained during exercise. Based upon information obtained from pilot studies, an isometric trunk exercise device has been constructed for use in collecting data.

Myoelectric data from the erector spinae and rectus abdominis muscles have been collected from a group of 15 young, healthy, normal adults performing isometric extension and flexion exercises on a simple back tester at load levels of 100 percent, 50 percent, and 20 percent of their maximum voluntary contraction (MVC) force. Another group of 10 healthy, young, normal adults (5 males and 5 females), and a group of 20 patients undergoing rehabilitation therapy for low back injuries, have been tested repeatedly on the newly developed back test device using similar protocols.

Mean power frequency slope measures of the myoelectric signal spectrum changes due to fatigue were shown to correlate with the load level. However, other factors for normals have been investigated that suggest that new measures could be developed to reduce this variability and increase the correlation between spectrum changes and load levels for fatigue trials. By normalizing the frequency slope to the initial frequency value, a linear decay measure (expressing slope as a percent decrease per minute) has been shown to improve the correlation. Linear decay measures of the first 20 seconds of a fatigue trial correlate well to measures of the full trial period, indicating that fatigue is measurable soon after load application. This suggests the feasibility of reducing testing time and patient discomfort.

One of the major problems of accurately measuring fatigue is the variability of the MVC due to subject motivation and neurogenic factors. MVC force measures, normalized for body weight, were found to correlate with slope measures obtained at 50 percent MVC, so that subjects who developed a higher force per unit body weight fatigued at a faster rate during the 50 percent trials. We are investigating the possibility of eliminating this variability by expressing the load level as a percentage of body weight, instead of MVC level. Using data obtained from normals, a strong correlation ($r \doteq 0.87$) is evident between the linear decay measure and load levels ranging from 20 to 120 percent of body weight. Pilot data suggest that it is possible to obtain frequency slope measures from patients exercising for short times at maximal effort. The slope measure is then compared to an appropriate normal data curve to find the corresponding load level that would be expected for the patient's age and gender.

Plans for future work involve acquisition of additional normal and patient data to fully test these hypotheses. Publications discussing these activities and findings in detail are in preparation.■

## Direct Measurement of Muscle Conduction Velocity and Fatigue in Neuromuscular Disease Patients

Arthur Eberstein, Ph.D.
New York University Medical Center
Department of Rehabilitation Medicine
New York, New York 10016

Sponsor: National Institute of Handicapped Research

The specific objectives of this project are as follows: (i) to measure action potential conduction velocities along skeletal muscles during sustained isometric contraction leading to fatigue, (ii) to measure the power spectrum changes of the electromyogram that occurs during a fatiguing contraction, and (iii) to correlate the conduction velocity measurements with those of the power spectrum. The above measurements will be performed in normal individuals and in subjects afflicted with neuromuscular disease.

As part of this project, a noninvasive procedure will be developed to measure muscle conduction velocity continuous with time. The procedure involves the placement of two sets of wire electrodes over the biceps brachii muscle and recording the electrical activity during a strong contraction. A minicomputer will compute and plot the velocities, as well as the mean frequency of the power spectrum as a function of time, during the course of the contraction. These analyses will be performed for at least two different intensities of contraction in each subject.

Twenty normal adult individuals, male and female, and approximately 20 patients with signs of myopathic disease will be tested.■

DEM523835

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

## Origin of Limb Position and Movement Signals in Humans

Francis J. Clark, Ph.D.
University of Nebraska
Omaha, Nebraska 68105

**Sponsor:** National Institutes of Health
(National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases)

This project will study how the senses of static limb position and limb movement originate from sensory receptors in skin, joint, and muscle in humans. The tests use matching one limb or digit to another, and detecting movements or misalignments. To distinguish movement sense from position sense, we measure how rate of movement alters subjects' ability to sense displacements. Using healthy adult volunteers, we first establish baseline performance levels, then selectively eliminate sensory inputs from skin, muscle, or joint and measure the resulting deficit, if any. Some tests will use patients having a complete rupture of the Achilles tendon to check the validity of our nerve block experiments.

Our goal remains to test the hypothesis that muscle spindles provide the necessary and sufficient sensory input for position sense, with the hand providing a possible exception. We now have clear evidence for both propositions and plan to elaborate and document our findings over this next year.

Finally, we will test the importance of gamma control of muscle spindle activity for position sense with: (i) relaxed muscles, (ii) partial (gamma) block of motor nerves, and (iii) nerve recordings from spindle afferents in humans noting changes (that reflect gamma activity) during position discriminations.

Knowing the sources of the limb-position and movement detectors, and more about coding and fusimotor control, we can then do meaningful experiments with animals.■

## Surface Electrode for Detecting Myoelectric Signals

L.D. Gilmore and C.J. De Luca
The NeuroMuscular Research Center
Boston University
Boston, Massachusetts 02215

**Sponsor:** Liberty Mutual Insurance Company

Many aspects of muscle activity during contraction may be observed by analyzing the myoelectric signal originating from the muscle fibers. The myoelectric signal can be detected by placing metallic electrode contacts on the surface of the skin directly above the muscle. This is a noninvasive recording technique and therefore well suited for a variety of laboratory and clinical observations of muscle status. For accurate signal analysis, detection of myoelectric activity must be reliable and consistent.

Designing an electrode to record this activity is not an easy task. The amplitude of the myoelectric signal at the skin's surface is extremely small, typically less than one millivolt. External interference from power lines and fluorescent lights can easily mask or distort the desired signal. The problems can be further compounded by poor electrical contact with the detection surface due to dry or oily skin. It is common, therefore, to place electrically conducting pastes and gels between the skin and electrode.

To minimize these effects and maintain consistent results, we have developed a standard surface recording electrode which does not require the use of conducting pastes and gels. Two configurations of this pasteless electrode have been designed. One configuration consists of two signal detection surfaces formed from 3 mm diameter metallic disks spaced 1.0 cm apart, surrounded by a metallic ring which serves as an electrical ground. This version is especially suited for probing areas of myoelectric activity from large or small muscle groups. In the other configuration, the detection surfaces are formed by two parallel 1.0 cm long metallic bars spaced 1.0 cm apart. This version is useful for measuring signals related to localized muscular fatigue.

Both configurations are mounted directly on small epoxy packages containing high-impedance, low-noise differential preamplifiers. The high-impedance feature minimizes the effect of dry or oily skin. The differential preamplifier reduces the effect of unwanted electrical interference. The preamplifier also amplifies the signal and filters frequency components outside the range of interest. This process improves the signal-to-noise ratio of the system.

We have found that these surface electrodes have the mechanical and electrical stability necessary for reliable and consistent low-noise myoelectric recordings, and we now use these electrodes in all the surface myoelectric recordings in our laboratory. We hope that this standard will be adopted by other researchers.■

DEM523836

Properties of Muscle

## The Myoelectric Signal Decomposition Technique

C.J. De Luca
The NeuroMuscular Research Center
Boston University
Boston, Massachusetts 02215

Sponsor: Liberty Mutual Insurance Company

During the past several years, we have developed a system of studying the behavior of muscle units known as motor units, which consist of individual functionally distinct groups of muscle fibers within the muscle. With this system we can extract from the muscle information which helps us to understand the nature of the control schemes that the central nervous system uses to govern muscle contractions. Our system works in three phases: (i) the data signal acquisition phase, (ii) the data preprocessing and decomposition phase, and (iii) the analysis phase. Improvements have been made this year in all these phases.

The data signal acquisition phase is managed by a computer-controlled data collection system. We have modified this system to allow monitoring and tracking of two-dimensional force trajectories. A newly constructed restraint device can measure two force vectors in a plane. The outputs of the force transducers are connected directly to an analog-to-digital converter on the minicomputer that controls the data collection. The recorded forces themselves may be displayed on a screen, or the computer may generate force trajectories and display them simultaneously with the recorded forces.

We have improved the second phase, preprocessing and decomposition, by capitalizing on the greater computing power of the VAX computer over the PDP-11/34. New features have been added to the decomposition program to make it easier to use. We now have the capability of decomposing from up to 19 simultaneously active motor units. Finally, we have added an option that handles time synchronization between records generated simultaneously from different muscles.

For the analysis phase, we have added a set of programs to allow rapid cross-correlation between motor-unit firing rates and computer storage of the cross-correlation results. A program has also been developed to analyze any instantaneous interaction between the muscle fiber activity.

Overall our improvements in the system have expanded the range of motor-control aspects that we can examine with the decomposition technique; at the same time they have increased the ease of our experiments and decreased the time for data processing.

## The Common Drive Concept

C.J. De Luca
The NeuroMuscular Research Center
Boston University
Boston, Massachusetts 02215

Sponsor: Liberty Mutual Insurance Company

The central nervous system modulates muscle force either by varying or recruiting the number of motor units which contract, or by varying the firing rate at which they are activated to contract. Thus, when we begin to understand the strategy or strategies which the nervous system uses to control motor units and to generate and modulate the force of a muscle, two central questions arise.

1. Is there a strategy or rules which govern the process of motor unit recruitment?

2. Is there a strategy or rules which govern the behavior of firing rates of active motor units?

The first question has received considerable attention. The second question has received very limited attention since experimental procedures are so technically complex. Our decomposition technique has removed some of the technical barriers.

Our investigations into the firing rates of motor units have consistently demonstrated a universal property of firing rates: the firing rates of all concurrently active motor units are modulated in unison when viewed as a function of time or force. We have termed this property the common drive. Its existence indicates that the nervous system does not control the firing rates of motor units individually, but instead it acts uniformly on a group of motor units.

We are convinced that our observations reflect a basic physiological control scheme of the nervous system. We have seen common drive in hundreds of muscular contractions of various kinds, in over a dozen muscles in the upper and lower limbs. We have seen it in every one of two dozen subjects, including sedentary normal individuals, Olympic-caliber athletes, and accomplished pianists. Common drive appears to be a truly universal property.

Common drive is important because it demonstrates, by example, that the central nervous system (the brain and spinal cord) is not involved in supervising the details that govern the behavior of individual motor units during a contraction. By implication, the central nervous system is concerned with more gen-

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523837

eral control schemes. Several other observations made in our laboratory support this conclusion. Common drive also gives us an avenue for studying the communality of different muscles involved in a task.■

## The Control of Individual Muscles: Relationship Between Firing Rate and Recruitment

H. Broman; B. Mambrito; and C.J. De Luca
The NeuroMuscular Research Center
Boston University
Boston, Massachusetts 02215

Sponsor: Liberty Mutual Insurance Company

Firing rate and recruitment, the two modes of motor unit control, are used differentially between contractions requiring slow versus fast rates of force production, and specific muscles employ different degrees of one or the other of the two modes. Our past experiments have documented an interplay between motor-unit recruitment and firing rates; recruitment of a new motor unit may reduce the firing rates of previously activated motor units.

We have now identified the likely pathway of action in this effect. At least partially, the pathway may involve some specific sensors within the muscle which are responsible for the stretch reflex (muscle spindle and Golgi tendon organs) and possibly some specific nerve cells in the spinal cord (Renshaw cells). The logic of this possibility is that, when a new motor unit is recruited, it cannot contribute less to the total muscle-force output than its characteristic quantal value. Thus, when the motor unit is recruited, a step increase would occur in the total output force unless simultaneously the contributions of the already active motor units are reduced, via a decrease in their firing rates.

The significance of this in terms of motor-control strategy is that a smoother output force may be achieved via peripheral nervous system circuitry, lessening the amount of detailed supervision that the central nervous system has to perform. (An article is being prepared for publication.)■

## Synchronization of Motor Unit Discharges

J.C. Creigh; J. Scala; and C.J. De Luca
The NeuroMuscular Research Center
Boston University
Boston, Massachusetts 02215

Sponsor: Liberty Mutual Insurance Company

Synchronization is the tendency for two muscle fibers, each connected to separate nerves, to contract at the same time, or at almost the same time, more often than we would expect if the two fibers were actually contracting independently. During the past 50 years, numerous controversies have surrounded the very existence and usefulness of synchronization. Factual investigations of voluntary contractions have been limited due to limitations in detection and analysis techniques. Our decomposition technique removed some of these limitations. Having complemented this technique with an analytic technique called the conditional intensity, we can now objectively observe and measure synchronization.

We have observed synchronization between fibers within a muscle both during rapid-force, varying contractions, and during constant-force, non-fatiguing contractions. The degree of synchronization is greater during the rapid-force, varying contractions. We have not observed synchronization of fiber contractions between antagonist muscles such as flexion-extension pairs.

Several possible sources and causes of synchronization have been identified. We are now attempting to demonstrate a causal relationship between the sources and the observed phenomenon. We expect that our systematic and accurate approach will provide some explanations that have eluded us in the past.■

## The Control of Antagonist Muscles During Contraction

J.C. Creigh and C.J. De Luca
The NeuroMuscular Research Center
Boston University
Boston, Massachusetts 02215

Sponsor: Liberty Mutual Insurance Company

We are working to clarify the control mechanism of antagonist muscles during initiation and continued production of force during voluntary contractions.

Using the decomposition techniques, we acquired and processed the myoelectric signal from two forearm antagonist muscles, the long flexor and the long

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523838

Properties of Muscle

extensor muscles of the thumb. Our experimental procedure aimed to relate the firing-rate behavior of motor units in the two antagonist muscles under various conditions.

The experiments showed that during pure joint stiffening the two cocontracting antagonist muscles are controlled by the nervous system as if they constituted an individual muscle; this we inferred from observing that the motor units of antagonist muscles display in-phase firing-rate fluctuations. Conversely, during alternating flexion and extension contractions, the two antagonist muscles are reciprocally activated; when the firing rates of motor units in one muscle decrease, they increase in the antagonist muscle.

These results are consistent with the concept that the central nervous system has two separate control schemes of coactivation and reciprocal inhibition, and that the two schemes may be used in different ways to control the torque or stiffness of a joint. These results further support the notion that the central nervous system does not control motor units individually during a muscle contraction and imply that muscles acting on a joint may not be controlled individually. (An article is being prepared for publication.)∎

## The Control of Synergist Muscles During Contraction

J.C. Creigh and C.J. De Luca
The NeuroMuscular Research Center
Boston University
Boston, Massachusetts 02215
Sponsor: Liberty Mutual Insurance Company

Synergist muscles act in concert and have an additive force contribution during a specific function. Since the body's musculature is composed of both groups, antagonist muscles and synergist muscles, it is important for us to complement our work on antagonist muscles with studies of synergist muscle control.

The muscles under study are two forearm muscles which control the extension of the wrist, the ulnar extensor muscle of the wrist, and the long radial extensor muscle of the wrist. We first had to construct a new apparatus to stabilize the forearm during contractions and to couple the hand to force transducers. We also designed methods for measuring force and for video communications with subjects. To detect, record, and analyze the muscles' signals, we used the quadripolar needle electrode described

in our 1982 Activities Report and our computer-controlled system for myoelectric data acquisition, decomposition, and analysis. Initial results with three subjects show some interesting relationships to our results from experiments on antagonist muscles.∎

## Muscle Fatigue and the Myoelectric Signal

C.J. De Luca
The NeuroMuscular Research Center
Boston University
Boston, Massachusetts 02215
Sponsor: Liberty Mutual Insurance Company

The frequency spectrum of the myoelectric signal detected with surface electrodes shifts toward the low-frequency end during sustained muscle contractions. High-frequency components decrease while the low-frequency components increase in amplitude. Various studies during the past two decades have searched for the cause of this frequency shift, whether it originates from the physical properties of muscle fibers such as their conduction velocity or from control properties such as firing statistics.

We investigated this question by deriving mathematical expressions for the power-density spectrum of the myoelectric signal. Separate functions expressed the individual effects of the firing statistics and of the shape of the motor-unit action potentials. Experiments and detailed data analysis were performed on sustained muscle contractions.

Our results strongly suggest that the effect of firing on the power-density spectrum of the myoelectric signal is significant, but that firing statistics alone cannot account for all of the frequency shift during sustained contractions. Therefore, both the control properties and the physical properties of muscle fibers are implicated.

A detailed review of the literature and our work suggested that the frequency shift could be monitored by tracking the median or the mean frequency. Mathematical analyses and available empirical results yield the logical explanation that a series of biochemical events, muscle architecture, physiological properties, and signal propagation properties can explain the frequency shift during sustained contractions. This explanation also supports the idea that the frequency shift can be used as an objective measure of localized muscle fatigue.∎

The material on this page copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523839