Sensory Aids/Miscellaneous

have to include pattern recognition circuits that could pick out speech cues and selectively enhance them.

In this research, perception for certain consonants with enhanced cues is studied for deafened listeners. Two experiments are conducted, one focusing on enhancement of only spectral cues and the other focusing on enhancement of both spectral and temporal cues. In each experiment, numerous utterances of selected words that differ in their final consonants are used to evaluate various enhancement values for individual deafened listeners. The utterances are used in selecting the optimum enhancement values for each listener and for training the listeners to perceive consonants with enhanced cues. The optimum enhancements are then processed into utterances of another talker to assess each listener's generalizations for enhanced-cue-use relative to the speech of an unfamiliar talker∎

### Evaluation of a Physiological Glottal Sensor for Speech Training of the Deaf

**James Mahshie, Ph.D., and Akira Hasegawa, Ph.D.**
Gallaudet Research Institute
Rehabilitation Engineering Center for the Deaf
and Hearing Impaired
Gallaudet College
Washington, D.C. 20002

Sponsor: National Institute of Handicapped Research

Persons who are born deaf experience great difficulty in learning to produce intelligible speech. Our research shows that abnormalities in speech breathing and phonatory control are often particularly troublesome for the deaf speaker. Speech teachers must rely primarily on tactile and kinesthetic information in order to correct phonatory/respiratory deficits. However, the inaccessibility and rapidity of movements of the laryngeal structures and the subtleties of phonatory/respiratory coordination, make reliance on such information relatively ineffective for habilitation of speech in most deaf individuals.

Recent technological developments, including development of specialized transducers, and advancements in high-speed, real time computing techniques, now make feasible the development of a phonatory/respiratory modification system for use in teaching speech to deaf individuals. However, efficient and effective use of such technology can be best achieved with well developed instructional programming. The present project therefore focuses on two general areas: the development of a comprehensive computer-based voice monitoring system that will enable deaf speakers to obtain feedback concerning their own phonatory/respiratory behavior; and, the development and assessment of rehabilitative techniques and programs utilizing this computer-based system∎

## C. Speech Impairment

### Tongue Initiated Speech Prosthesis for the Laryngectomy Patient

**Eugene J. Towbin, M.D., Ph.D.; Bruce Leipzig, M.D.; and William T. Springer, Ph.D., P.E.**
Veterans Administration Medical Center
Little Rock, Arkansas 72206

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

The initial phase of this investigation has been concerned with conducting a thorough and in-depth search of the appropriate engineering and medical literature. While several areas are still under examination, it is apparent that this topic has not received a great deal of attention in the past. The major obstacle to success in producing a suitable prosthesis for this purpose has been the inability to securely anchor a device that is capable of producing adequate power to modulate the air stream generated during speech.

Based on the available literature, recent developments in microelectronics, and the progress being made in the general area of speech recognition and synthesis, this investigator believes it will be possible to produce a device that can provide the desired solution. To accomplish this task, the patient will be required to use the oral cavity as a resonator so as to supplement the output of the prosthesis. This technique should allow the output power of the prosthesis to be held to a minimum, thereby diminishing the impact on surrounding tissue.

Future activity on this project will include selection of the equipment required for speech analysis, evaluation of various available electronic components for use in the prosthesis, and the feasibility of incorporating state-of-the-art speech synthesis technology into the design of the prosthesis. It is expected that these activities will culminate in the delineation of a basic device that can be used both to demonstrate feasibility of the technique and to secure funding for development and testing∎

DEM523871

# XIV.
# Miscellaneous

## Foreign Body Reaction in the Lung to Intravenously Injected Biomaterials

C. Ian Hood, M.B., Ch.B.
Veterans Administration Medical Center
Gainesville, Florida 32602

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

This is the final report on a project in which we have defined a nonsurgical model system for evaluating the cellular inflammatory response to biomaterials embolized to the mouse lung. This system also has proved useful for evaluating the effectiveness of anti-inflammatory agents at various dosages and time periods. The test system consists of divinyl benzene copolymer beads measuring 45 to 53 micrometers in diameter that lodge in the arterioles of the mouse lung after intravenous injection.

Both early and late stages of granulomatous inflammation were observed by electron microscopy progressing from the presence of a very few polymorphonuclear leukocytes at 3 hours to granulomas maximum in size after 48 hours and composed of both polynuclear and mononuclear leukocytes. Granulomas older than 8 days were composed of mononuclear leukocytes almost exclusively. The rate of granuloma formation was quantitated in paraffin sections by tracing the bead and granuloma and measuring the areas with a digitizer attached to a microcomputer. The measurements were stored on a floppy disk, and data from similar experiments merged and analyzed with a statistical program.

This basic model was used to compare the bioreactivity of such materials as poly d, 1-lactide (used for drug transport) and arious formulations of bioglasses (used in joint replacement). The system was quantitatively useful in evaluating the relative effectiveness of both steroidal and non-steroidal anti-inflammatory agents.

## Flexible Glow Discharge Polymer Leaching Barriers

Nicholas C. Morosoff, Ph.D.
Research Triangle Institute
Research Triangle Park, North Carolina 27709

Sponsor: National Institute of General Medical Services

The investigator proposes the deposition of a new polymer onto the surface of a bulk polymer using the glow discharge plasma technique in order to prevent the leaching of plasticizers from the bulk polymer. This project is aimed at the preservation of the physical properties of a polymer that will be placed in service. The investigator proposes to improve the properties of the new polymer by varying its crosslink density. The efficiency of the hydrocarbon plasma polymer as a barrier to leaching of plasticizers from the bulk polymer will be correlated with the degree of crosslinking and the chemical nature of the new surface. It is anticipated that this technique will be valid for coating the inside of small vessel prostheses.

## Microsurgical Techniques Applied to Orthopaedic and Hand Surgery

John W. Shaffer, M.D.; Dwight T. Davy, Ph.D.;
and Greg A. Field, B.A.
Veterans Administration Medical Center
Cleveland, Ohio 44106

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

We have completed the dog experiments for the second half of the program titled Microsurgical Techniques Applied to Orthopaedic and Hand Surgery. We are reporting the current status on 48 canine experiments studying the radiographic, angiographic, and blood flow data in 48 paired hindlimb orthotopically placed tibia autografts. Forty-eight skeletally mature beagles had both hindlimbs operated on simultaneously. The nutrient artery of the tibia was dissected free using an anterolateral approach. Transverse osteotomies were performed to obtain a 4-cm tibia graft. On the vascularized tibia side, the periosteum was left intact although all muscle attachments were freed. The graft blood flow was retained through the nutrient vessel providing endosteal circulation. The medullary blood flow to the isolated graft was measured using hydrogen washout technique. The contralateral nonvascular graft was harvested similarly except that the nutrient vessels were cauterized and

DEM523872

Miscellaneous

the periosteum stripped. A seven-hole compression plate was used to rigidly fix both osteotomies on each tibia. Eight dogs were killed at 1 week, 3 weeks, 6 weeks, 3 months, 6 months, and 1 year.

At the conclusion of the experiment, the animals were restudied with graft endosteal blood flow measured using the hydrogen washout technique and then after sacrifice, the perfusion of each limb with barium sulphate-prussian blue mixture via the femoral artery. X-rays were taken postoperatively, at four weeks, and at kill. Radiographic analysis consisted of measurement of graft cortical width, graft width, presence of periosteal and endosteal callus, callus bridging, obliteration of the loosening osteotomy line, and medullary recanalization. Angiographic assessment determined vessel patency and the extent of vascular ingrowth invading the graft.

Our preliminary results have shown that all animals tolerated the procedure and were weight bearing within 2 days postoperatively. All animals were killed on schedule. Vascular grafts demonstrated earlier laying down of periosteal callus (75 percent at 3 weeks) and endosteal callus (81 percent at 3 weeks) as compared to nonvascular grafts (31 percent and 44 percent, respectively). At 6 weeks, 69 percent of vascular grafts showed callus bridging the osteotomy, compared to 19 percent of nonvascular. At 3 months, 87 percent of osteotomies of the vascular side healed and 75 percent had medullary recanalization, while only 43 percent of the nonvascular graft osteotomies healed and 36 percent recanalized. At 6 months, the recanalization rate was 86 percent versus 50 percent vascular to nonvascular.

The degree of osteoporosis measured by changes in cortical width from surgery to kill differed between the groups. The nonvascular graft showed a steady decline in cortical width to −34 percent at 6 months compared to −9 percent in the vascular graft. A vascularized graft blood flow peaked at 3 weeks then decreased and stabilized by 3 months. The blood flow to the nonvascularized graft increased linearly up to 3 months. At that time and thereafter, flow to the vascular and nonvascular grafts was similar. The invasion of vascularity from either end of the graft progressed linearly, but at markedly different rates. The nonvascular graft had vascular invasion at a rate of 0.36 cm per week while the vascular graft was 0.94 cm per week. This increase leveled off following 3 weeks.

We have demonstrated a significant advantage of a vascularized bone graft over a nonvascularized bone graft and the ability to lay down callus, and then the union rates, when bridging large idaphyseal defects. The nonvascular graft showed a greater degree of osteoporosis with time. The increased blood flow to the vascular grafts in the first 3 weeks postoperative seems to be due to a faster rate of vascular invasion across the osteotomy rather than hypertrophy of the nutrient vessels. Segmental bone grafts appear to heal in a fashion similar to segmental fractures, and this process is accelerated in the vascular graft as compared to the nonvascular graft.∎

## A Program for Evaluation and Monitoring of the Dysvascular Patient

Bok Y. Lee, M.D., and William R. Thoden, M.A.
Veterans Administration Medical Center
Castle Point, New York 12511

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

The technique of cutaneous pressure photoplethysmography (CPP) reflects physiologic tissue perfusion and does not depend directly on the shape of the arterial pulse of the trunk arteries. As such, this instrumentation may be useful in predicting a successful level of amputation as well as the results of revascularization procedures. In an attempt to determine the usefulness of this technique, we have evaluated a series of patients with atherosclerotic occlusive disease of varying levels of severity and a series of subjects without incidence of occlusive disease.

Twenty-five patients and nine subjects without vascular disease have been evaluated. To evaluate the cutaneous pressure required to maintain a healed stump, 10 of the 25 patients were postoperative amputees. They ranged in age from 35 to 78 years (mean: 63.4) with a follow-up of $3.0 \pm 3.4$ years. They were all below-knee amputees: five were diabetic and five non-diabetic. Five of the 25 patients were scheduled for revascularization procedures for disabling claudication. They ranged in age from 50 to 70 years (mean: 57) with a follow-up of $3 \pm 1.2$ months. The remaining 10 patients were prospective amputees and ranged in age from 53 to 79 years (mean: 66.4) with a follow-up of $4 \pm 3.1$ months. The nine normal subjects ranged in age from 23 to 67 years (mean: 44.4).

In the retrospective amputees, CPP measurements were made at the stump; in the prospective patients and normals measurements were made at four locations: 10 centimeters proximal to the knee joint, at mid-calf, over the dorsum of the foot, and at the chest. CPP senses the blood flow in the skin at various

DEM523873

Rehabilitation R&D Progress Reports 1984

skin-bearing pressures using a handheld probe. The photoplethysmograph consists of a sensing probe containing a small light source and a photosensitive cell that responds to light reflected from the cutaneous vascular bed. The photoplethysmograph, connected to a recorder, prints out a permanent waveform. The skin-bearing pressure probe is calibrated using a known force loading on the bearing surface of the probe. The skin-bearing pressure is shown on a digital display directly in mm Hg while the waveform is printed.

The probe initially is placed at the site desired and a waveform is obtained. With the manual application of gradually increasing pressure, the waveform is obliterated. Pressure is then gradually released and the pressure reading at the point where the photoplethysmographic waveform returns is recorded as the cutaneous pressure.

Most techniques of blood pressure measurement in the extremities are designed to measure pressure in the main arterial pathway. For example, Doppler segmental pressures record systolic pressure at various levels of the extremity by means of a probe placed over an artery, most frequently the posterior tibial artery. The technique of cutaneous pressure photoplethysmography (CPP), however, does not entail use of a main artery. The basis of this technique, similar to that detailed by Holstein, is measuring skin perfusion pressure as the amount of external pressure required to halt isotope washout. Increases are seen in tissue perfusion pressure, as well as in the venous pressure and the microcirculation in general, in an attempt to overcome an applied external pressure. Blood flow ceases with sufficient external pressure and tissue pressure becomes zero, thus making venous pressure equal to arterial pressure. The external pressure at this point is a reflection of the pressure head in the main supply artery. Thus, if local venous pressure approximates zero when external pressure is applied, that external pressure, in mm Hg, is a measure of the local perfusion pressure.

In normals, there is no gradient in cutaneous pressure from the chest to the dorsum of the foot; cutaneous pressure at each level of the leg was higher than that of the chest. In patients with vascular disease, marked gradient in cutaneous pressure occurs from the chest to the dorsum of the foot. Cutaneous pressure is much lower in the presence of rest pain, gangrene, or ulceration than with intermittent claudication. A cutaneous pressure of about 50 mm Hg is required to assure wound healing.

CPP is effective in differentiating normals from diseased patients, the severity of the vascular disease, and the optimal level for amputation. This study is ongoing; a preliminary report on the use of CPP has been submitted for publication∎

# A Life-Span Approach to Product Design and Development for the Aging Population

K.G. Engelhardt, A.B., B.A.; Paul Haber, M.D.; Larry Leifer, Ph.D.; Karen Holloway, B.S.; and Roger Awad, M.S.
VA Rehabilitation Research and Development Center
Veterans Administration Medical Center
Palo Alto, California 94304

Sponsor: Veterans Administration Rehabilitation Research and Development Service

**Problem**—The demography of the United States is changing rapidly as the older segment of the population increases. As a result, the needs, wants, and capabilities of the average user are changing too. This will soon necessitate the reassessment of the standards by which products are now developed and evaluated. The human factors profile currently used by designers is based on the ergonometric and anthropometric characteristics of a male 21-30 years old. Less than 10 percent of all older adults match this profile. There is a need for a human-factors profile that takes into account the human values and the physical characteristics of the aging population.

**Hypothesis**—We hypothesize that technology which is developed through an interactive process and coupled with an approach to design and development based on a lifetime continuum, will be more appropriate to, and therefore more accepted by, the end-user population. This interactive process requires user involvement at all stages of the development cycle. It is believed that user-focused research will insure a well-defined need statement, which is necessary to optimize the relationship between human and machine and will aid in the diffusion process.

**Approach**—The Interactive Evaluation Model is used to focus on a life-span approach to product design and development. The project seeks to:

1. Involve student design engineers and older people in intergenerational needfinding and design;

2. Provide students with a broader perspective to design and development;

3. Develop methodologies to better educate engineering design students to meet the needs of older users;

4. Develop a model from structuring communication between users and designers;

DEM523874

Miscellaneous

5. Develop criteria for evaluation of marketed assistive devices;

6. Provide feedback to manufacturers of assistive devices;

7. Facilitate interaction between academia, industry, and government; and,

8. Identify new projects which promise to benefit the aging through the application of microcomputer technology.

**Status**—The VA RR&D Center and the Stanford University Mechanical Engineering Design Division have collaborated on two student projects in the past year. Both were designed to highlight the needs of the elderly and to educate the students in a life-span approach to design. In one of the VA/Stanford projects, the interaction between academia, government, and industry was of primary concern. This interaction is continuing as the manufacturer considers the student ideas in the upcoming redesign of their product.

In the evaluation effort, retired professionals are involved in the identification of needs and definition of appropriate technology for their peers. Currently a computer class at one of the local senior centers (average age of the programmers: 69) is helping in the evaluation of a commercial robot for use by the infirmed. Other seniors are serving as advisors and community liaisons for a project in "needfinding" at Stanford. The results of this research were scheduled to be presented at the 30th Annual Meeting of the Western Gerontological Society in March of 1984.■

## Rehabilitation Engineering Center for Product Evaluation

Samuel R. McFarland, Project Director
Rehabilitation Engineering Center
Southwest Research Institute
San Antonio, Texas 78284

Sponsor: National Institute of Handicapped Research

Evaluation of technology is the core area of study for the Southwest Research Institute-Rehabilitation Engineering Center, which was funded in May 1983. The center's primary mission is to test, evaluate, and disseminate information concerning the suitability and application of new rehabilitation equipment to rehabilitation clinicians and consumers.

The center has accomplished a number of tasks during its first year of operation leading to the establishment of a viable center for product evaluation. These tasks include an international assessment of prior rehabilitation evaluation experiences, development of a standard methodology for product evaluation, and participation in a cooperative process for selecting evaluation items.

Two product evaluations were begun. These products are the Storable Crutch, developed through the Stanford Children's Hospital REC program, and the Automatic Leg Bag Emptier, developed through the REC program at Rancho Los Amigos Hospital. Engineering tests and user pretests of both items have been completed and clinical evaluations are in progress through the University of Texas Health Science Center, Department of Physical Medicine.

The project staff has developed and identified numerous channels through which to disseminate rehabilitation technology information and make potential users of such information aware of the REC. Specific tasks include development of the Tech Eval newsletter to be used for reporting, announcing, and presentation of instructional information related to technology evaluation. Additional dissemination tasks accomplished include article contributions to various publications, paper presentations, panel participation, booth exhibits at numerous conferences, and visits to rehabilitation programs and facilities.

Cooperation has been developed with the REC at the Electronic Industries Foundation (EIF), which shares the responsibility for the total mission of evaluation of technology and stimulation of industry. EIF will focus on selecting products to be assisted by both programs and will interact with prospective manufacturers to develop the product for market, while this center will concentrate its resources on developing sound engineering and clinical testing procedures aimed at informing the intended purchaser(s).

As the center begins its second year of operation, plans call for intensifying efforts to identify and catalog prior and current experience in evaluation and testing of rehabilitation devices and methods. The center also will work toward attracting commercial and nongovernmental support for evaluation service.■

DEM523875

Rehabilitation R&D Progress Reports 1984

# Rehabilitation Information Project

David L. Jaffe, M.S.; Robert Chase, M.D.; Gregory Goodrich, Ph.D.;
Richard Steele, Ph.D.; Susan Phillips, M.A.; Steven Shindell, Ph.D.;
Sue Melrose, M.A.; Peggy Webber, M.S.; Rick Delgado;
and Melva Chang, B.S.
VA Rehabilitation Research and Development Center
Veterans Administration Medical Center
Palo Alto, California 94304

**Sponsor:** Veterans Administration Rehabilitation
Research and Development Service

**Problem** — The rehabilitation community, while sharing many common aims, means, and professional commitments, is also characterized by the geographical dispersion of its many members, and by the differences in professional specialties and levels of training inevitable in an essentially multidisciplinary field. With growth, this community has developed some special needs.

Among these emerging needs is one defined by the broad area of information exchange. Particular aspects are the need for better intracommunity communication, and the need for consumer involvement.

As important as these needs are, the current means for accomplishing them appear inadequate, as the literature suggests. Without efficient communication, informationally isolated islands of community members persist. As a result, research activities and funding are often duplicated, new techniques and devices are not widely disseminated, the experiences of members are not communicated, and the intended users of aids do not have a voice in their development.

**Significance** — An ideal solution to this situation would be a mechanism that enabled rehabilitation community members to make informed decisions based upon an enhanced ability to interact in an effective and synergistic manner. If such a mechanism existed, the barriers that distance, schedule, finances, ability, and possession of equipment impose on information access would be reduced, permitting wider participation by all. However, such a solution does not now exist.

**Background** — The RR&D Center and the VA's Western Blind Rehabilitation Center (WBRC) have cooperated on numerous projects during the past several years. These projects include a joint VA/Stanford project to develop a personal information system for the visually impaired. Preliminary work conducted at the RR&D Center has demonstrated the feasibility of a universally accessible information system serving the rehabilitation community. The WBRC has operated the

Electronic TeleCommunications, Education, Training, Evaluation, and Research Activity (ETCETERA) and more recently the Computer Training and Education Program (C-TEP) which provides a community locus for training and research on computer-based aids for the visually impaired. Other local resources, including the Sensory Aids Foundation, provide a vocational setting for the practical application of this training.

While other systems such as Abledata, Special Net, Wellnet, and Handicapped Education Exchange offer information in computer form, they all require the use of a modem and terminal or computer. A system that requires no special equipment for access, provides interaction between users, is easy to learn and use, and is equally suited for all those interested in rehabilitation issues would promote a significant improvement in information dissemination and informed decision making.

**Hypothesis** — It is hypothesized that a computer-based information system accessible by Touch-Tone input and machine produced synthetic speech can be developed and employed within the local rehabilitation community to foster increased information exchange and consumer involvement. The system's specific goals are to: improve employment opportunities, reduce social and economic dependence, improve information dissemination, and improve communication among rehabilitation researchers.

**Approach** — The goal of this project is to develop a universally accessible mechanism. Its potential users are both agencies and individuals. Federal and private organizations such as the Veterans Administration (RR&D and WBRC Centers) and Sensory Aids Foundation will be involved initially. Individual participants include those with disabilities, physicians, manufacturers, therapists, policy makers, employers, those seeking employment, educators, and senior citizens.

The information in this system would reside in a telephone-accessible central storehouse from which users could select a specific subset for decision making, evaluation, interaction, inquiry, or response. For example, one would be able to make a purchase decision between several functionally identical devices based upon the centrally held documented experiences of others.

The central system would manage data, convert selected information to synthetic speech, and transmit it over the telephone. The user's Touch-Tone keypad could provide unrestricted interactive input. In operation, one would telephone the system and respond to a series of spoken prompts with Touch-Tone button presses. The system would decode these

DEM523876

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

keystrokes and select information to be spoken from its store. Messages could be sent to the system by employing a two-button entry scheme.

In such a system, both information retrieval and generation could be performed by users without their purchasing specialized equipment (terminal and modem communication would also be supported, to accomodate those with impaired hearing). A human information specialist to aid new users and provide advanced assistance for others would reduce demands upon the user/system interface's versatility.

To achieve enhanced communication, there could be several methods of information exchange within the system. On-line newsletters could facilitate the dissemination of information from a central organization to its members. Separate publications would be created to cater to the interests of the spinal cord injured, visually impaired, and those desirous of data on vocational aids. An electronic employment service could also be implemented, acting as an information node among prospective employees, potential employers, and an employment counselor. A continuing advertising section on the system would provide users with an up-to-date list of jobs available and situations wanted. Interviews could be conducted and resumes exchanged in privacy over the proposed system. Finally, Design Circles will allow consumers to interact with designers at all stages of development of new products. Meetings of the group could also include both consumers, potential manufacturers, and health care professionals.

Although this one system could not possibly serve the entire national rehabilitation community, it could serve as a local model for other identical microcomputer-based systems, or for a national network connected to a large computer.

**Status**—Several speech synthesizers have been acquired and their characteristics have been investigated. Microcomputer hardware systems have been surveyed for their suitability for this project and a database software search has begun.

While the need and problem have been determined, a concerted effort on this project awaits funding. A proposal requesting funding for this project has been submitted for VA merit review. If approved, the 2-year project would receive initial funding in October 1984■

## Topical Anesthesia and Muscular Hypertonicity

M.A. Sabbahi and C.J. De Luca
The NeuroMuscular Research Center
Boston University
Boston, Massachusetts 02215
**Sponsor:** Liberty Mutual Insurance Company

Muscular hypertonicity is among the most disabling symptoms affecting patients with central nervous system disorders. It appears as spasticity in patients with stroke or cerebral palsy and as muscular rigidity in patients with Parkinson's disease. Increased joint stiffness during movement, coupled with muscle weakness in the upper and lower extremities, reduces these patients' functional capabilities. Pharmaceutical treatments are not often effective.

Our recent neurophysiological studies led us to develop and test a new treatment technique using topical anesthesia. Details of the double-blind research design involving the topical anesthesia and a placebo were reported in our 1982 Activities Report.

A controlled study of chronic stroke patients demonstrated that 5 out of 10 treated with topical anesthesia on the lower limb had short-term benefits, requiring less time to complete ten rapid repetitive movements of the limb joint. Longer-term treatments, consisting of three sessions per week for 1 month, yielded even better results: all nine patients tested in a long-term application achieved faster movement capability at the knee joint. At the elbow joint, three patients showed substantial improvement immediately after treatment and four showed a substantial improvement in the long-term treatment.

During the past year, we conducted a controlled study to measure the ground reaction forces on the affected and nonaffected legs of stroke patients and obtained stabilograms (pattern and degree of sway of the center of gravity) before and after immediate and long-term application of topical anesthetic. We observed an improving trend in all measures of gait immediately after anesthesia. The long-term treatment resulted in considerable progress toward normal values by the end of the treatment.

Numerous health professionals have expressed interest in using our technique and have written us for information. Since we wanted to evaluate the perceptions, practical experience, clinical findings, and complaints of health professionals who applied our techniques, we sent a questionnaire to all who had received our information. The responses were numerous and favorable. Of the 230 questionnaires that we sent out, 13.4 percent indicated that they had used the

DEM523877

Rehabilitation R&D Progress Reports 1984

technique on at least 109 patients. An overwhelming number of these reported improvements in their spastic patients' movement capabilities.

## Topical Anesthesia and Parkinson's Disease

M. Bailin; M.A. Sabbahi; and C.J. De Luca
The NeuroMuscular Research Center
Boston University
Boston, Massachusetts 02215

Sponsor: Liberty Mutual Insurance Company

Parkinson's disease is a movement disorder of the central nervous system and affects about 500,000 people in the United States. Neurochemical studies of patients with Parkinson's disease show an imbalance in the brain neurotransmitters, dopamine, and acetylcholine. But since causal factors are still unknown, rehabilitation plays the major role in functional recovery for these patients. Surgical, medical, and physical therapies all have been used with varying success.

Since we had demonstrated the usefulness of the topical anesthetic technique in mitigating symptoms of spasticity in other patients, we began a pilot study during 1983 to test the efficacy of a topical anesthetic spray with people suffering from Parkinson's disease. Individuals with this disease tend to walk with difficulty due to muscular rigidity. They take smaller steps at slower speeds and are more rigid while walking as a result of diminished central nervous system control of their peripheral musculature. They also usually exhibit some resting tremor and difficulty with other activities of daily living.

Our controlled double-blind study measured ground reaction forces, step length, and the temporal components of gait. Specific variables included stride, support, swing, step times, and sway patterns during quiet standing.

Preliminary results demonstrate some improvements in the ground reaction force pattern as the foot strikes the ground. Before treatment, as the weight-bearing phase of their gait began, patients exhibited force-vector profiles indicating reduced progression of the center-of-pressure of their weight. Weight acceptance was slow and showed abnormally sequenced force vectors indicating an abnormal movement of the body. After application of the topical anesthetic, their profiles shifted toward a normal pattern. We observed no measurable changes in the temporal parameters of gait. Electromyographic recording may help us to elucidate the factors leading to the changes. More subjects need to be tested before we can make any informative conclusions.

## Topical Anesthesia with Normal Subjects

M.A. Sabbahi and C.J. De Luca
The NeuroMuscular Research Center
Boston University
Boston, Massachusetts 02215

Sponsor: Liberty Mutual Insurance Company

We have previously published reports with evidence for increased excitation of motor activity in the spinal cord following desensitization of the skin by topical anesthetics. These increases have been associated with alterations in the gait of spastic patients.

In the past year, we have investigated these phenomena in the gaits of normal subjects. We tested six normal subjects on an instrumented walkway before and after the application of a topical anesthetic. Vertical ground reaction forces were measured from a computer-controlled force plate while the subject ambulated or walked in place. (Walking in place was tested because of the ease with which multiple steps could be recorded on a single-force platform.) Foot switches attached to the sole of the foot at the heel and toe recorded the foot contact history. A topical anesthetic was sprayed to all skin areas of one lower limb except for the skin overlying the front of the shin and the sole of the foot. Measurements were repeated at 15-minute intervals up to 1 hour after the anesthetic.

We found increases during gait and while walking in place in the vertical ground-reaction-force peaks following topical anesthesia; no consistent change occurred in the timing of foot contact or in the walking speed. These effects observed during gait and while walking in place are consistent with an increased excitability of the spinal neurons related to the extensor muscles. Therefore, the motor control of stereotyped movement patterns, such as those occurring in gait, can be modified by reducing the skin's sensory input.

The observed effect of topical anesthesia on ground reaction forces was more dramatic and more consistent for walking in place than for gait. This may have resulted from the greater stretch during walking in place to the extensors of the ankle; greater stretch occurs with the toe-heel sequence of walking in place than with the heel-toe sequence normally used in gait. Marching in place thus offers a useful new method of gait analysis.

DEM523878

# Sponsoring Agencies and Organizations

## American Foundation for the Blind
New York, New York 10011

### Douglas R. Maure, Director, Technical Development Department

The American Foundation for the Blind (AFB) began in 1981 to develop a new cane, a program supported in part by a contribution from the Veterans Administration. The Superfold Cane Development Program took approximately three years, involving many different types of experiments and analyses.

The foundation first commissioned an evaluation of the acoustical and vibratory characteristics of folding canes. The results of this study indicated that material selection has little effect on the vibratory characteristics of the cane because the rubber handle absorbs most of the high frequency. This seemed to indicate that if a cane could be fabricated without a rubber handle, and made of graphite (a superior material for transmission of vibrations), a great deal more feedback via the cane would result. Factors considered in the experimental designs were a strong handle-connecting joint, interchangeable cane tips for variations in acoustical reflections, easier ways to repair and replace individual parts of the cane, stronger metal parts, and a stronger cord.

A report on the various cane designs developed and tested to achieve these goals is in section **XIII. Sensory Aids, A. Blindness and Low Vision, 2. Mobility Aids** under the title of Superfold Cane Development Program∎

## American Paralysis Association
McLean, Virginia 22101

### Kent Waldrep, President

The American Paralysis Association serves as a research contractor whose resources come from fundraising projects and from donations. The association's research program has, until recently, concentrated on research projects that hold the greatest promise for achieving a cure for central nervous system trauma-related paralysis in humans. The scope of the association's efforts has broadened, however, to include all traumatic injuries to the central nervous system—brain and spinal cord. Since such central nervous system research is interdependent, future support and coordination of brain and spinal cord injury research should benefit and expand the association's mission.

Project reports included in this issue are in section **IV. Spinal Cord Injury**, under subheads **A. General Rehabilitation, B. Medical Treatment**, and **C. Spinal Cord Regeneration**. They are:
- Demographic and Economic Studies;
- Evoked Potentials Study;
- Effects of Low-Power Irradiation on Clonus and Spasticity in Spinal Cord Injured Persons;
- The Effect of Electrical Stimulation of Muscles on the Cardiovasculatory System;
- Monitoring of Post-Injury Changes;
- Tissue Implant Studies;
- Collagen Matrix Implant Studies;
- Omentum Transposition Study;
- Cortico Spinal Neuron Studies;
- Effects of Application of Direct Current on Regeneration of Nerve Cells; and
- Use of PF in Stimulation of Spinal Cord Neuron Development∎

## Research Unit for the Blind Institute for Bioengineering Brunel University
Uxbridge
Middlesex UBI 3PH, England

### Dr. J.M. Gill, Director

The goals of the Research Unit for the Blind are to develop methods of increasing access to information,

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523879

Rehabilitation R&D Progress Reports 1984

and help make these methods available to the visually disabled. Such developments include embossed maps and diagrams, a Braille and Ink-Print Text-Processing System, a Braille and Speech Information System, and braille bank statements. The research unit publishes a newsletter designed for researchers interested in applied research on braille. The unit also maintains three databases: an international directory of agencies for the visually disabled; an international register of research on visual disability; and, an international survey of aids for the visually disabled.

The Research Unit for the Blind is further described in the project reports under section XIII. **Sensory Aids, A. Blindness and Low Vision, 3. Reading Aids.** The report is titled Reading Aids for the Blind.∎

## Cerebral Palsy Research Foundation of Kansas, Inc., and Wichita State University College of Engineering
### Rehabilitation Engineering Center
Wichita, Kansas 67208

**John F. Jonas, Jr.; John H. Leslie, Jr.; and Roy H. Harris, Co-Directors. Leonard H. Anderson, Director of Engineering**

The Wichita Rehabilitation Engineering Center, a collaborative effort of the Cerebral Palsy Research Foundation of Kansas, Inc., and Wichita State University, College of Engineering, believes that severely handicapped persons can be productive on the job and at home through the interaction of engineering. To validate this belief, the center supports 13 individual projects related to the following three research areas:

1. Standards and assessment indicators for the worksite, including potential productivity on the job and, as an adjunct, the development of time standards to be utilized as performance criteria for hiring handicapped persons. A fundamental element of job matching is the determination of the physical abilities of the person being considered for employment, according to the center's working philosophy.

2. Worksite modification to enhance employability. This segment of the research investigates the utilization of robotic arms by disabled people in productive environments, the analysis of available motions of head, mouth, and hand stick users with particular application to keyboard designs, the design of a handwand with grasp and release capabilities, and

other studies related to the productive employment of severely handicapped persons. The development of models for employment of this segment of the population is extremely important, the center believes, since they are traditionally judged by rehabilitation professionals to be non-feasible for employment.

3. Development of independent living skills to enhance employability. Cerebral palsy research has shown that the life of a severely handicapped person is a tightly integrated continuum of services. The purpose of the Wichita Rehabilitation Engineering Center is to provide research information through engineering methodology to ensure that these services are cost effective.

The 13 projects in the three categorical areas are complementary and provide a continuum of research devoted to outcome oriented results. One of these projects, Headwand with Grasp and Release Capabilities, is summarized in section IV. **Spinal Cord Injury, F. Environmental Control Systems for the Severely Disabled**∎

## Department of Education National Institute of Handicapped Research
Washington, D.C. 20024

**Alton Hodges, Acting Director**

The National Institute of Handicapped Research provides support for national and international programs of comprehensive and coordinated research regarding the rehabilitation of handicapped individuals. The institute is a disseminator of information about developments in rehabilitation procedures, methods, and devices that may improve the lives of mentally and physically handicapped people, especially those who are severely disabled. An important aspect of research supported by the institute is finding ways to integrate the handicapped into independent and semi-independent community life.

One activity of the institute is the Research and Demonstration Program, through which grants and contracts are awarded to investigate unsolved problems relating to vocational rehabilitation and other services and specific needs of the handicapped. Another are the institute's Rehabilitation Research and Training Centers, where research is carried out in priority areas. From these centers research knowledge is transposed into usable products for rehabilitation practitioners and information is disseminated into existing service delivery programs.

This material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523880

The institute supports Rehabilitation Engineering Centers in the U.S. and abroad to develop methods of applying advances in scientific and medical knowledge with regard to the problems encountered by handicapped people. The centers are encouraged to establish official working relationships with institutions of higher learning in medicine, engineering, and related sciences. The institute's international research, demonstration, and training program serves to share information about advances in rehabilitation among professionals both in this country and abroad.

A special area of interest is a program the institute conducts for spinal cord injury research and demonstrations and the dissemination of information about advances in this area, as well as other special efforts to assist spinal cord injured persons. The rehabilitation needs of specific populations such as ethnic or racial minorities, those living in isolated, rural areas, and those who are very old or very young are addressed through these projects.

Projects reported in this issue have been in progress at locations throughout the U.S. and at research centers abroad. They are listed alphabetically by the name of the institution where projects have been carried out.

## Medical Rehabilitation Research and Training Center in Spinal Cord Dysfunction
## Spain Rehabilitation Center
## University of Alabama in Birmingham
Birmingham, Alabama 35233

### Samuel Stover, M.D., Director

The following project reports will be found in **IV. Spinal Cord Injury, B. Medical Treatment:**
• Determinants of Renal Function Alteractions During Long-Term Follow-up in Patients with Spinal Cord Dysfunction Using Radionuclide Procedures;
• Effectiveness of Prophylactic Antimicrobial Therapy in Patients with Spinal Cord Injury;
• Urinary LDH Fractions for Localizing Site of Urinary Infections in Patients with Spinal Cord Dysfunction;
• Didronel in the Prevention of Heterotopic Ossification Following Spinal Cord Injury; and
• Dermal Fibrosis in Spinal Cord Injury Patients.∎

## Research and Training Center in Spinal Cord Dysfunction
## Baylor College of Medicine and
## The Institute for Rehabilitation and Research
Houston, Texas 77030

### William A. Spencer, M.D., President

The following project reports are found in **IV. Spinal Cord Injury, A. General Rehabilitation:**
• Outcome Studies Pertinent in the National Spinal Cord Injury System;
• Development of a Reconditioning Exercise Program for Patients with Paraplegia;
• Assessment, Development, and Clinical Applications of Strategies to Coordinate Services for Spinal Cord Injured Clients after Discharge;
• Documenting and Utilizing Programs to Provide Community Adustment and Independent Living Services for Persons with Spinal Cord Injury; and
• Vocational Evaluation for Quadriplegics with a High School Education or Less.

In the same section, under **B. Medical Treatment,** are the following project reports:
• Effects of Spinal Cord Injury on Drug Metabolism;
• Collagen Dysfunction in Quadriplegia;
• Neuroaugmentive Procedures for Modification of Abnormal Motor Control in Patients with Spinal Cord Injury; and
• Longitudinal Assessment of Physical Therapy Factors that Affect Quality of Life of Persons with Spinal Cord Injury.∎

## Electronic Industries Foundation Rehabilitation Engineering Center
Washington, D.C. 20006

### John J. Walsh, Director
### Rehabilitation Engineering Center

Under a grant from the National Institute of Handicapped Research, the Electronic Industries Foundation formed the Rehabilitation Engineering Center in 1983 for the purpose of improving the commercial availability of assistive devices and systems designed to aid disabled people. The center results from the recognition that many worthwhile products have been developed through government and private research efforts but, for a variety of reasons, have never been commercially produced and made available to disabled individuals who may benefit through their use.

To address this concern two primary research core areas have been developed at the center: (i) commer-

DEM523881

cialization advancement and, (ii) evaluation of technology. The center will manage the evaluation of selected devices that have been developed by currently operating research and design programs. Following laboratory, clinical, and field testing, devices determined feasible for production will be advanced through a commercialization process involving private industry in production, marketing, and distribution. This center's activities will be structured to complement, not replace, activities underway in other centers.

The center employs a professional staff with special competencies in engineering, technical evaluation, product management, and marketing. An advisory committee comprised of individuals from private industry, general rehabilitation, rehabilitation research, and rehabilitation consumers has been formed and will participate in planning and evaluation of the center's activities and in validation of the need for proposed research■

### Faculty of Electrical Engineering
### Universitet Beograd
YU-11000 Beograd

**Dr. Dejan Popovic, Principal Investigator**

Research activity on this project is taking place at the Faculty of Electrical Engineering, Belgrade, and the Rehabilitation Institute "Dr. Miroslav Zotovic," Belgrade. The work is supported by the National Institute of Handicapped Research and the Serbian Science Community in Belgrade. The project report, Technical and Clinical Evaluation of the Self-Fitting Modular Orthosis, appears in the **II. Orthotics, A. Lower Limb** section of this publication■

### Fauji Foundation Medical Centre
### Department of Prosthetics and Orthotics
Rawalpindi, Pakistan

**Salim A. Khan, F.R.C.S., and Rana Azim, M.B.B.S., Principal Investigators**

The project conducted at the Fauji Foundation Medical Centre, Effectiveness of Prosthetic and Orthotic Devices Used in Pakistan, is reported on in section **1. Amputations and Limb Prostheses, A. General.**

A related project has been carried out at the following location.

### King Edward Medical College
### Orthopaedic Department
### Mayo Hospital
Lahore, Pakistan

**Naseer Mahmood Akhtar, F.R.C.S., Principal Investigator**

This project, Evaluation of the Effectiveness of Modern Prosthetic/Orthotic Techniques and/or Hardware in Pakistan at King Edward Medical College, also will be found in section **I. Amputations and Limb Prostheses, A. General.**■

### The Gallaudet Research Institute
### Gallaudet College
Washington, D.C. 20002

**Raymond Trybus, Dean**

Three projects conducted at the Gallaudet Research Institute and sponsored by the National Institute of Handicapped Research are reported on in section **XIII. Sensory Aids, B. Deafness and Hearing Impairment.** They are:
• Design and Evaluation of a Wearable Vibrotactile Aid for the Deaf;
• Improvement of Speech Perception for the Hearing Impaired by Enhancement of the Acoustic Features in Speech; and
• Evaluation of a Physiological Glottal Sensor for Speech Training of the Deaf■

### Government General Hospital
### Department of Orthopaedic Surgery
Madras-600 003, India

**T.K. Shanmugasundaram, M.S., M.Ch.Orth., F.R.C.S., Project Director and Principal Investigator**

This is a paraplegic project which has been completed during the past year. It is reported in section **IV. Spinal Cord Injury, A. General Rehabilitation,** under the title of A Research and Demonstration Project for Rehabilitation of Paraplegics in Madras■

DEM523882

## Rehabilitation Engineering Center Harvard University/Massachusetts Institute of Technology
Cambridge, Massachusetts 02139

### William Berenberg, M.D., Director

The Harvard University/Massachusetts Institute of Technology Rehabilitation Engineering Center has 12 years of experience as a closely coupled clinical and engineering setting for research on behalf of patients with physical disabilities, and has served as a regional consultation center for objective evaluation of the consequences of both conservative treatment and surgical therapy. The clinical center is located at the Children's Hospital Medical Center. Participating organizations include Children's Hospital Medical Center, Harvard Medical School, and Massachusetts Institute of Technology.

The research program consists of a number of interrelated projects consistent with the central objective, quantitative measures of the functional performance of handicapped persons, and of the technology to ameliorate their disabilities.

Projects are reported on in section **V. Functional Assessment:**
• Quantification of Mobility Performance for Functional Assessment, Diagnosis, and Therapy of Neuromuscular, Skeletal, and Synovial Joint Dysfunction;
• Quantification of the Functional Capacity of Upper Limb Amputees; and
• Predictive Assessment in Prescription of Functional Aids for the Motor Disabled.

Additional projects are described in section **VI. Biomechanics, C. Human Locomotion and Gait Training.** They are:
• Quantitative Interpretation of EMG During Gait;
• Mechanical Energy Analysis of Abnormal Gait;
• Objective Interpretation of Gait Analysis Data; and
• A Self-Contained Portable Force and Movement Measurement System to Aid Diagnosis and Rehabilitation of Human Movement Disorders.■

## Research and Training Center on Independent Living University of Kansas
Lawrence, Kansas 66045

### James F. Budde, Director

The mission of the Research and Training Center on Independent Living (RTC/IL) is to develop and disseminate practical techniques to enable people with severe disabilities to live more independently. These new social technologies include service-delivery systems, skill training methods, and relevant information that improves human services and community support for people with disabilities.

This is the only research and training center devoted exclusively to independent living. Its foremost constituency is the network of more than 300 independent living programs throughout the country and the consumers of their services. RTC/IL consumers include independent living specialists and administrators, vocational rehabilitation professionals, and other human service providers. In addition, technical assistance is provided to consumer organizations involved with independent living centers.

Research is carried on in three core areas: monitoring the state of independent living, facilitating consumer self-help, and improving independent living services.

Projects reported in this issue are in section **IV. Spinal Cord Injury, D. Independent Living for the Severely Disabled.** They are:
• Conducting a State Policy Study to Help Develop New Options for Independent Living;
• Human Concerns of Disabled Persons: Developing New Methods for Addressing Common Community Concerns, and Developing a Human Concerns National Data Base;
• Effects in the Family on Independence;
• Utilizing the Concerns of Disabled Consumers to Assess the Impacts of Independent Living Programs;
• Systematic Approaches to Consumer Involvement: Training Citizens with Disabilities in Community Leadership;
• Support for Families: Family Problem Solving;
• Management Procedures in Attendant Care: A Training Model for Disabled Consumers;
• Human Dignity Project;
• An Analysis and Review of Peer Counseling Provided by ILCs;
• Development of an Impact Evaluation Package for Independent Living Centers;

DEM523883

• Encouraging Private Sector Initiatives to Improve Community Accessibility;
• Nongovernmental Funding Alternatives; and
• Promoting Community Support for Independent Living■

## Rehabilitation Engineering Center for Personal Licensed Vehicles
### Louisiana Tech University
Ruston, Louisiana 71272

**Duane F. Bruley, Ph.D., Project Director**
**Paul N. Hale, Jr., Ph.D., Deputy Project Director**

In September of 1983, a cooperative agreement between Louisiana Tech University and the National Institute for Handicapped Research established a Rehabilitation Engineering Center for Personal Licensed Vehicles. This agreement funded a 4½-year project for research, development, and formulation of national standards. Objectives of the center are based on these research priorities: (i) the design of assistive devices and control systems; (ii) the analysis of control devices for safety, reliability, and ergonomics with the aim of establishing national standards; (iii) assessment of the disabled individual to create an appropriate match of adaptive devices to the client's measured abilities; and, (iv) expansion of the existing driver training program to habilitate and rehabilitate disabled drivers for safe, reliable performance on highways and streets.

The center will continue, and expand, research and development of assessment techniques, adaptive devices, and driver training strategies being conducted at the present time in the Department of Biomedical Engineering.

The project, Building a Data Base for Standards for Personal Licensed Vehicles, is described in section **IV. Spinal Cord Injury, H. Personal Licensed Vehicles**■

## Rehabilitation Engineering Center for the Quantification of Function/Performance
### University of Minnesota Hospitals
Minneapolis, Minnesota 55455

**G. Gullickson, Jr., Ph.D., and**
**R. Patterson, Ph.D., Project Directors**

The Department of Physical Medicine and Rehabilitation and the Department of Mechanical Engineering at the University of Minnesota have joined to develop quantitative means of assessing limb and truncal

motion and motor function in the normal and disabled populations.

The strength component of the motor evaluation of the physically handicapped individual is performed by the clinician in a qualitative manner. As a result, the amount of motor dysfunction and the effect of prescribed therapeutic programs cannot be quantified directly. Development of methods and equipment to quantitatively assess motor function using advanced technology will permit accurate assessment of an individual's status, as well as the effectiveness of therapeutic modalities.

Goals of this research are: (i) to develop computerized isometric instrumentation to assess ROM, strength, and endurance; (ii) to validate these instruments and methods; (iii) to establish performance criteria with respect to functional requirements for performing various activities; and, (iv) to prepare such equipment for use by appropriate service providers in the rehabilitation process.

Reports on these projects are in section V. **Functional Assessment**, under the titles of:
• Quantification of Motor Performance: Muscle Strength and Endurance Testing; and
• Quantitative Measures for Assessing Therapeutic Effectiveness■

## Rehabilitation Research and Training Center on Blindness and Low Vision
### Mississippi State University
Mississippi State, Mississippi 39762

**Steven D. Machalow, Ph.D., Research Director**

Mississippi State University, in cooperation with the University of Mississippi Center for Handicapped Research and Training and the University of Mississippi Medical Center, established the Rehabilitation Research and Training Center on Blindness and Low Vision (RRTC/BLV) during October 1981. The mission of the RRTC/BLV is to identify, assess, and augment services intended to facilitate the employment and career development of blind and visually impaired persons. The core research question being addressed by the RRTC/BLV is: How effectively do each of the career development services provided at each service delivery site contribute to the employment of blind persons?

The research reported in this issue receives its basic funding from the National Institute of Handicapped Research, with secondary contributions provided by Mississippi State University.

DEM523884

Descriptions of current projects are in section **XIII. Sensory Aids, A. Blindless and Low Vision, 1. General.** Titles are:

• Demonstration of a Low Vision Aid Clinic as an Employment Enhancement Technique;

• Industrial Services Program Model for Sheltered Workshops for Legally Blind Workers;

• Assessment of Current Career Development Intervention Services and the Needs of the Blind and Severely Visually Impaired Individuals;

• Functional Outcome for Blind/Severely Visually Impaired Clients of State Rehabilitation Agencies;

• Illumination Level and Color-Contrast Studies;

• Development of Electromechanical Vocational Assessment Technology for Finger Dexterity and Hand/Foot Coordination;

• Vocational Assessment of Blind, Partially Blind, and Severely Visually Impaired Persons;

• Training Opportunities Profile for Visually Impaired Persons;

• Prevocational Work Ability and Success Acquisition Training of Deaf-Blind and Other Multiply Handicapped Individuals;

• Assessment of Eye-Hand Coordination and Manual Dexterity Under Different Illumination Level and Contrast Conditions; and

• Selected Career Development Factors and Outcome of Vocational Rehabilitation Services Provided Middle-Aged and Older Blind Persons.

## Department of Rehabilitation Medicine
## New York University Medical Center
New York, New York 10016

**Joseph Goodgold, M.D., Chairman**
**Department of Rehabilitation Medicine, and**
**Director, Rehabilitation Medicine Services**

Project reports included in this issue follow.

In section **IV. Spinal Cord Injury, I. Functional Electrical Stimulation, 4. Other:**

• The Effect of Electrical Stimulation and Passive Stretch on Peripheral Nerve Disorders.

In section **V. Functional Assessment:**

• Investigation Regarding the Optimal Application of Technology-Based Treatment Modalities Applied to Assessing and Ameliorating Motor Defects.

Two projects receiving funding from the **Muscular Dystrophy Association** as well as NIHR are reported in section **XII. Respiration (Muscular Dystrophy).** They are:

• Inspiratory Muscle Fatigue as a Cause of Respiratory Insufficiency in the Muscular Dystrophies and other Neuromuscular Diseases, and

• Respiratory Load Compensating Mechanisms in Muscular Dystrophy.

## Low Vision Research and Training Center
## Pennsylvania College of Optometry
Philadelphia, Pennsylvania 19141

### Laura A. Edwards, Program Coordinator

The Pennsylvania College of Optometry is coordinating four research projects under a research and demonstration grant from the National Institute of Handicapped Research. The project reports are in section **XIII. Sensory Aids, A. Blindness and Low Vision, 2. Mobility Aids.** They are listed below:

• The Expansion of a Computerized Information System to Assist Researchers and Practitioners in Developing and Evaluating Theories and Aids to Improve Mobility for Individuals with Low Vision. [This project is being carried out at the Eastern Blind Rehabilitation Center, Veterans Administration Hospital, West Haven, Connecticut.]

• Orientation and Mobility of Low Vision Pedestrians. [Research is conducted at the Peabody College of Vanderbilt University, Department of Special Education, Nashville, Tennessee.]

• The Effects of Low Vision Aids and Traditional Versus Nontraditional Training Methods on the Independent Mobility Performance and Stress Levels of Low Vision Individuals. [This project is located at the Pennsylvania College of Optometry.]

• Illumination and Low Vision Mobility. [Research on this project is being carried out at the Pennsylvania College of Optometry.]

## Rehabilitation Engineering Center
## Southwest Research Institute
San Antonio, Texas 78284

### Samuel R. McFarland, Project Director

A report on the Rehabilitation Engineering Center for Product Evaluation will be found in section **XIV. Miscellaneous.**

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523885

Case 1:05-cv-00422-GMS    Document 382-7    Filed 08/31/2007    Page 16 of 31

Rehabilitation R&D Progress Reports 1984

## Center for Advanced Rehabilitation Engineering
### University of Texas at Arlington
Arlington, Texas 76019

**George V. Kondraske, Ph.D., Director**

The University of Texas at Arlington (UTA), the Dallas Rehabilitation Institute (DRI), the University of Texas Health Science Center at Dallas (UTHSCD), and the Dallas Rehabilitation Foundation (DRF) have formed a research consortium that has established the Center for Advanced Rehabilitation Engineering (CARE). Research is intended to develop improved methods for quantification of sensory and motor function in handicapped individuals.

Central to this effort is the computer-automated laboratory system for functional assessment developed in the joint UTA/UTHSCD Biomedical Engineering Program. The computer-automated system includes assessments of mental alertness, vision, hearing, steadiness, reactions, tactile sensations, manual dexterity, speed and coordination, posture, selected activities of daily living, strength, and fatigue. The laboratory is being expanded to include assessments of gait, range of limb motion, and proprioception. The system's utility for assessing the function of handicapped individuals is being evaluated.

The scope and status of these efforts are discussed in the project reports, which are in section **V. Functional Assessment**. They are:
• Development of a Computer-Automated System for Functional Assessment;
• Clinical Evaluation and Application of a Computer-Automated System for Functional Assessment, Part 1; and
• Clinical Evaluation and Application of a Computer-Automated System for Functional Assessment, Part 2.

## The Vermont Rehabilitation Engineering Center
### University of Vermont
Burlington, Vermont 05405

**John W. Frymoyer, M.D., Director**

The Vermont Rehabilitation Engineering Center, established in 1983 by a grant from the National Institute of Handicapped Research, takes a multidisciplinary approach to the reduction of disability caused by low back pain through coordinating clinical service with rehabilitation engineering research. The center incorporates a broad-based research program, improved systems of clinical health care and rehabilitation, patient education methods, and evolved methods of information dissemination at local, national, and international levels.

A report describing the work of the Vermont Rehabilitation Engineering Center is in section **XI. Low Back Pain**.

## Rehabilitation Engineering Center
### University of Virginia
Charlottesville, Virginia 22903

**Colin A. McLaurin, Sc.D.**
**Project Director**

The activities of the Rehabilitation Engineering Center have focused on wheelchairs and seating for the disabled during the past year. A report on the progress of the center's projects in this area is in section **IV. Spinal Cord Injury, G. Wheelchairs Including Seating and Controls**, under the title, Wheelchair Research and Development.

## Rehabilitation Research and Training Center
### University of Virginia Medical Center
### Department of Orthopaedics and Rehabilitation
Charlottesville, Virginia 22908

**Robert E. McLaughlin, M.D., Director**
**A. Bennett Wilson, Jr., B.M.S.E.,**
**Assistant Director**

The Rehabilitation Research and Training Center at the University of Virginia was initiated in January 1983, by the Department of Orthopaedics and Rehabilitation. Its core areas for study and training are arthritis and low back pain.

The work devoted to arthritis is being carried out in four projects:
• Development of a Biologic Cement for Fixation of Skeletal Implants [in section **III. Total Joint Replacement and other Orthopaedic Implants, A. General**];
• Evaluation of Methods to Measure Locomotion Performance and Activity [in section **VI. Biomechanics, C. Human Locomotion and Gait Training**];
• Assessment of Self-Care Programs for Arthritis

The material on this page was copied from the collection of the National Library of Medicine

DEM523886

Patients in Rural Settings [in section **X. Arthritis**]; and
• Arthritis Rehabilitation Unit [in section **X. Arthritis**].

The work devoted to low back pain consists of two primary projects, both located in section **XI. Low Back Pain**:
• Chronic Low Back Pain Attitude Survey, and
• Low Back Pain Prevention, Treatment, and High-Risk Inventory Development.■

# Trace Research and Development Center for the Severely Communicatively Handicapped University of Wisconsin
**Madison, Wisconsin 53706**

## Gregg C. Vanderheiden, M.S., Director

The Rehabilitation Engineering Center at the Trace Research and Development Center is charged with covering a wide variety of topics, including (i) establishing of priority needs for augmentative communication technology; (ii) study of methods for interfacing communication aids used by persons with different disabilities; (iii) improvement of access for severely handicapped individuals to systems and devices, including access to computers, typewriters, and writing systems, and to environmental controls; and, (iv) determination of appropriate devices and techniques for aphasic and other speech-disabled and language-disabled preschool children, and for adults with severe language dysfunction.

Project reports included in this issue are in section **IV. Spinal Cord Injury, E. Communication Methods and Systems for the Severely Disabled**. They are:
• Development of a Unified Quantitative Model for Augmentative Communication;
• Study of Dominant Single Speech Motor Subsystem Dysfunction;
• Cooperative and Commercial Facilitation Projects;
• Developing International Aids Compatability Standards;
• Portable Simple Electronic Transducer and Morse Code Decoder to Serial RS232 Converter;
• Information Resources;
• Access to Computer-Based Services for Persons Unable to Use Current Systems Due to Physical Impairments;
• Keyboard Emulators;

• CRT-Based Headpointing Input Device;
• Comparing Complex Position Averaging Techniques; and
• Adaptation of Standard Tests of Aphasia for Computer-Assisted Administration.■

# Medical Rehabilitation Research and Training Center for Multiple Sclerosis Albert Einstein College of Medicine Yeshiva University
**Bronx, New York 10461**

## Labe C. Scheinberg, M.D., Principal Investigator; Seymour R. Kaplan, M.D., Co-Principal Investigator

The Medical Rehabilitation Research and Training Center for Multiple Sclerosis of the Albert Einstein College of Medicine was initiated on January 1, 1983, under grant from the National Institute of Handicapped Research. With its inception, the center fulfills the mandate of the National Commission for Multiple Sclerosis which, in 1974, recommended the development of a federally supported research and training center for multiple sclerosis. The recommendation was based on a recognized need for a comprehensive multidisciplinary center with the capability for developing collaborative research projects and for the dissemination of the research findings through its education and training programs.

The mission of the Research and Training Center for Multiple Sclerosis is to conduct research on ways to restore or maintain physical function and retard the disabling effects of multiple sclerosis. The plans for the center's program follow the mandate of federal regulations, which define a core area as "research consisting of a group of related research projects or studies (that) contribute in a complementary way to a centralized body of knowledge of manageable scope."

To fulfill these plans, the initial phase of the center has focused on the implementation of the administrative structure proposed in the Plan of Operation which defines the authority for the clinical and research divisions of the Research and Training Center. A concomitant focus during the initial phase has been the establishment of a coordinated research structure to: (i) develop uniform and systematic procedures for the assessment of all multiple sclerosis patients accepted for the center's research projects; and, (ii) develop a data base management information system necessary for the effective implementation of the evaluation plan.

DEM523887

The hallmark of the center is a partnership of neurology, rehabilitation medicine, and psychiatry, collaborating on an integrated program of research and education in order to develop effective strategies for dealing with the consequences of multiple sclerosis. The program of the center consists of a broad range of laboratory, behavioral, and clinical research in chronic neurological illness.

Among the research projects operating under the aegis of the center are the following:

1. The development of standardized measures of functional disability in multiple sclerosis.

2. The use of radioisotopes as a noninvasive assessment procedure for neurogenic bladder dysfunction.

3. The value of physical therapy for improvement of gait.

4. An analysis of the effects of aerobic exercise in multiple sclerosis.

5. Evaluation of innovative job placement strategies.

6. Secondary analysis of RSA-300 data.

7. Evaluation of outpatient treatment for severely disabled patients.

8. Effects of abnormal interferon production.

9. Lymphocyte markers of disease activity in multiple sclerosis.

Progress during the past year has been significant. Implementation of the center's program of research has proceeded far enough to allow considerable data analysis in most projects. Dissemination of these findings has taken place as quickly as possible. One center project, the Development of Standardized Measures of Functional Disability, has already had significant international impact. The center was responsible for the field testing of the Minimal Record of Disability (MRD) in the United States and Canada. To date, more than 400 patients in 12 major medical centers in North America have been evaluated. The MRD has become a standard portion of the assessment in most new studies of multiple sclerosis. Beginning in July 1984, a national collaborative double-blind clinical trial of cyclosporine (an immunosuppressive) will use the MRD as a major part of its measurement component. Researchers interested in other chronic disorders have made inquiries to the center concerning their desire to adapt the MRD to chronic illness in general.

In the coming years, the center will look toward further refinements in its research program and exploration of new areas of investigation. A particular emphasis will be placed on collaborative studies pooling the resources of several different disciplines and institutions, and generalization of findings to chronic disabling illnesses other than multiple sclerosis.■

# Department of Health and Human Services

## National Institute of General Medical Sciences

### Physiology and Biomedical Engineering Program
### Bethesda, Maryland 20205

Leo H. von Euler, M.D., Acting Director
Marvin Cassman, Ph.D., Acting Chief, Biomedical Engineering and Instrument Development Section
Americo Rivera, Jr., Ph.D. Program Administrator

Four project reports sponsored by the National Institute of General Medical Sciences (NIGMS) are included in this issue. They are:

• Myoelectric Controls for Orthotic and Prosthetic Systems, in section I. Amputations and Limb Prostheses, C. Upper Limb, 1. General;

• Head/Neck/Upper Torso Response to Dynamic Loading;

• The Traumatology of the Head and Neck, both in section VI. Biomechanics, B. Spine; and

• Flexible Glow Discharge Polymer Leaching Barriers, in section XIV. Miscellaneous.■

# Liberty Mutual Insurance Company

## The NeuroMuscular Research Center
## Boston University
## Boston, Massachusetts 02215

Carlo J. De Luca, Ph.D., Director

The NeuroMuscular Research Center's efforts have for several years focused on five general areas:

Studies on muscle contraction include several investigations toward understanding how the central

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523888

nervous system controls individual muscles and groups of muscles in different types of contractions.

A second group of studies focuses on muscle fatigue. This research has continued for the past 6 years and involves developing and testing a technique for objectively measuring the fatigue rate of contracting muscles.

The third area of interest is clinical rehabilitation. For the past 5 years, the laboratory has been developing a new technique for improving the quality and quantity of joint movements among patients affected with muscle hypertonicity. The technique involves modulation of the skin's sensory input by applying topical anesthesia.

In the fourth area, prosthetics control, a recording electrode is being developed, which may be implanted around a severed peripheral nerve. Its purpose is to continuously detect distinguishable signals associated with functionally distinct limb movements.

Work in the fifth area is concerned with instrumentation. Some of the techniques and instruments the laboratory designs, evaluates, and refines are specific to one of the other four areas, and reports on these will be found in the section to which they pertain.

Project reports included in this issue are:
• Long-Term Recording of Voluntarily Elicited Nerve Signals, in section I. **Amputations and Limb Prostheses, C. Upper Limb, 1. General.**

The following reports are in section VIII. **Properties of Muscles:**
• Surface Electrode for Detecting Myoelectric Signals;
•.The Myoelectric Signal Decomposition Technique;
• The Common Drive Concept;
• The Control of Individual Muscles: Relationship Between Firing Rate and Recruitment;
• Synchronization of Motor Unit Discharges;
• The Control of Antagonist Muscles During Contraction;
• The Control of Synergist Muscles During Contraction;
• Muscle Fatigue and the Myoelectric Signal;
• Muscle Fatigue Differences Due to Handedness and Gender;
• The Muscle Fatigue Monitor; and
• The Estimation of Muscle Fiber Conduction Velocity.

The remaining reports are in section XIV. **Miscellaneous:**
• Topical Anesthesia and Muscular Hypertonicity;
• Topical Anesthesia and Parkinson's Disease; and
• Topical Anesthesia with Normal Subjects.■

# National Institutes of Health
## National Institute of Neurological and Communicative Disorders and Stroke
## Neural Prosthesis Program
Bethesda, Maryland 20205

### F. Terry Hambrecht, M.D., Head
### Neural Prosthesis Program

The National Institute of Neurological and Communicative Disorders and Stroke (NINCDS) Neural Prosthesis Program is composed of investigators whose main objective is the solution of fundamental neuroscience and technological problems that are preventing the development of aids to replace function in the neurologically handicapped. Although some prototype clinical testing is carried out by the program, most clinical testing of neural prostheses is supported by other NINCDS programs and by other government agencies. The principal prostheses being developed are multichannel cochlear prostheses for the deaf, motor prostheses for the paralyzed, and bladder evacuation prostheses for individuals with neurogenic bladders. Each of these prostheses has been demonstrated to be feasible, but must be perfected before large-scale clinical acceptance will occur. Such perfection includes the development of safer and more effective electrodes, the development of improved biomaterials specifically formulated for the prosthetic application, the development of implantable stimulators under closed-loop control, the design and fabrication of artificial transducers to interface with closed-loop control systems, etc.

The project reports in this issue are representative of the research and development work that presently is being supported.The following reports are in section IV. **Spinal Cord Injury, I. Functional Electrical Stimulation, 1. General:**
• Development and Evaluation of Safe Methods of Intracortical and Peripheral Nerve Stimulation;
• Development of Neural Stimulating Electrodes and Evaluation of their Electrochemical Reactions;
• Artificial Sensory Transducers;
• Adhesion Studies Program;
• Ion-Exchange Stimulation Electrodes;
• Capacitor Stimulating Electrodes for Activation of Neural Tissue;
• Capacitor Stimulating Electrodes for Activation of Neural Tissue; and
• Multichannel Multiplexed Intracortical Recording Arrays.

DEM523889

Rehabilitation R&D Progress Reports 1984

In section **IV., I., Functional Electrical Stimulation, 2. Upper Limb Applications:**
• Closed-Loop Control of Electrically Stimulated Muscle.

In section **XIII. Sensory Aids, B. Deafness and Hearing Impairment:**
• Speech Processors for Auditory Prostheses■

## National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases Musculoskeletal Diseases Program
Bethesda, Maryland 20205

### Stephen L. Gordon, Ph.D., Director
### Musculoskeletal Diseases Program

Project reports of rehabilitation related research supported by the Musculoskeletal Diseases Program of the National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases, a bureau of the National Institutes of Health, contained in this issue follow.

In section **III. Total Joint Replacement and other Orthopaedic Implants, A. General:**
• Diagnosis of Loose or Damaged Total Joint Replacement;
• Cementless Hip and Knee Prostheses;
• Mechanisms of Orthopaedic Implant Loosening;
• Bacterial Colonization of Surgical Biomaterials;
• In Vitro and In Vivo Corrosion of Orthopaedic Implants; and
• Intermediate Organometallic Corrosion Products.

In section **III., B. Hip:**
• Vascular Responses to Hip Replacements, and
• Total Surgical Replacement of the Human Hip Joint.

In section **III., C. Knee:**
• In Vivo Loading on Total Knee Joints, and
• Biomechanical Study of Total Knee Replacement.

In section **V. Functional Assessment:**
• Epidemiology of Physical Activity.

In section **VI. Biomechanics, A. Joint Studies, 1. General:**
• Joint Contracture: Biomechanical Correlates, and
• Biomechanics of Ligament/Tendon Repairs and Grafts.

In section **VI., A. Joint Studies, 2. Lower Limb:**
• Clinical Biomechanics of the Knee Rotation Laxities;
• Ligamentous Knee Stability Combined Clinical Loadings;

• Biomechanics of the Hip and Knee;
• Mechanics of Human Acetabulum;
• Biomechanics of Anterior Cruciate Repairs; and
• Proximal Femur Load Transmission in Early Childhood.

In section **VI., A. Joint Studies, 3. Upper Limb:**
• Functional Forces in Normal and Abnormal Fingers;
• Static Force and Stability Analysis of Human Elbow;
• Biomechanics of the Wrist; and
• Biomechanical Study of the Radial-Ulnar-Carpal Joint.

In section **VI., C. Human Locomotion and Gait Training:**
• Control of Human Locomotion;
• Locomotion Idling Metabolism and Gait Dynamics;
• Medical Gastrocnemius Muscle Function in Locomotion; and
• Development of a Clinically Applicable Model of Gait.

In Section **VI., D. Upper Limb Function:**
• Processes Underlying Arm Trajectory Formation.

In section **VI., E. Other:**
• Human Response and Lower Extremity Injury.

In section **VII. Wound and Fracture Healing:**
• Studies of Factors Affecting Orthopaedic Infections;
• Effects of Immobilization and Motion in the Injured Tendon; and
• Flexor Tendon Healing: Restoration of the Gliding Surface.

In section **VIII. Properties of Muscle:**
• Control of Muscle Protein Metabolism During Exercise;
• Adaptation of Muscle to High Resistance Exercise;
• Skeletal Muscle Adaptations Induced by Training; and
• Origin of Limb Position and Movement Signals in Humans.

In section **IX. Ligaments and Tendons:**
• Ligament Proteoglycans and Interactions with Collagen; and
• Development of Synthetic Replacement Fibro-Osseous Pulleys■

DEM523890

# Northwestern University Rehabilitation Engineering Program

**Prosthetics Research Laboratory**
Chicago, Illinois 60611

**Dudley S. Childress, Ph.D., Director**
**Edward C. Grahn, Associate Director**

The Rehabilitation Engineering Program at Northwestern University has sponsored the following projects reported in this issue:

In section **I. Amputations and Limb Prostheses, C. Upper Limb, 1. General:**
• Myoprocessor NU 110;
• Myoprocessor NU 112;
• Myotrode NU 126; and, in **2. Below Elbow,**
• Below-Elbow Prosthesic System.
In section **II. Orthotics, A. Lower Limb:**
• Design and Evaluation of a Knee Orthosis.
In section **III. Total Joint Replacement and other Orthopaedic Impants, A. General:**
• Evaluation and Development of Biomaterials Used in Total Joint Replacement;
• Investigation of the Bone/Bone Cement/Implant Interface Formed by Total Joint Replacement; and
• Structural Analysis of Total Joint Replacement.
In section **III., C. Knee:**
• Interaction of Total-Knee Replacement Geometry with Knee Ligaments; and
• Prospective Clinical Study of the Kinematic Knee Design.
In section **IV. Spinal Cord Injury, F. Environmental Control Systems for the Severely Disabled:**
• MICRODEC II: Environmental Control System and Computer Access Aid■

# Royal Commonwealth Society for the Blind

Haywards Heath
West Sussex RH16 3AZ, England

**A.W. Johns, O.B.E., Director**

The Royal Commonwealth Society for the Blind has contributed a description of The Positive Braille Writer, a new form of positive braille writing equipment for particular use in developing countries. The project report is in section **XIII. Sensory Aids, A. Blindness and Low Vision, 3. Reading Aids■**

# Royal Ottawa Regional Rehabilitation Centre Rehabilitation Engineering Department

Ottawa, Ontario, K1H 8M2, Canada

**Michael D. O'Riain, Ph.D., Director of Rehabilitation Engineering**

The Rehabilitation Engineering Department of the Royal Ottawa Regional Rehabilitation Centre (RORRC) is a teaching facility of the University of Ottawa. In addition to its inpatient facilities and its extensive outpatient services, the centre is involved in the coordination, administration, and planning of rehabilitation programs on a regional basis.

Other available services provided by the centre include: prosthetics and orthotics, leisure services, pulmonary assessment, outpatient clinics, communication disorders, psychology, vocational evaluation, physiotherapy, driving evaluation, funding assistance, community services, education, social work, and occupational therapy.

Services provided by Rehabilitation Engineering fall into three main categories:
1. The operation of specialized diagnostic services.
2. Research, development, and construction of innovative aids for handicapped persons.
3. Performance of investigative research.

The specialized diagnostic services operated by Rehabilitation Engineering include a Gait Laboratory, an Infra-red Thermography system, and the administration of an EMG clinic. Research, development, and construction of special aids is performed in association with personnel from occupational therapy, physiotherapy, communication disorders, social work,

DEM523891

Rehabilitation R&D Progress Reports 1984

prosthetics and orthotics, nursing, psychology, and also in association with psychiatrists. Rehabilitation Engineering also performs research and development for special aids on projects initiated within the department itself. Investigative research is generally performed by an interdisciplinary research team. Some research projects are initiated by personnel in other departments and some are initiated within Rehabilitation Engineering.

Among the projects conducted over the past year are the following:

**A Wheelchair Brake Alarm** — This is a device that alerts the wheelchair user if a transfer is being attempted without the brakes applied. It is currently undergoing testing by staff at RORRC.

**A New Lift Assist** — This design produces motion by an axle and a sliding mechanism. The lifting force is achieved by two sets of passive springs. The frame and most of the components are made of strong, lightweight aluminium; the seat can be locked in the folded position for carrying. The lift assist is being evaluated in use by patients at the centre.

**New Footswitches for Gait Analysis** — This new footswitch provides almost total absence of compliance (which can cause delays both in closing and in opening timing), springiness of materials used, and special precautions to prevent lead breakage. Equally important is a lip on the outside of each footswitch to ensure that switch closure occurs in all types of pressure situations.

**A Rate-Dependent Limb Load Monitor** — This system was developed to give patients biofeedback training in achieving an appropriate rate of weight acceptance and to produce a permanent record of their performance.

**Biofeedback in Ankle Re-Education of Stroke Patients** — This is a study to evaluate the efficacy of ankle position biofeedback and rhythmic practice as compared with more traditional EMG biofeedback and a no-treatment control. This treatment approach measures ankle position through the use of an electrogoniometer.

**EMG and Limb Strength** — The goal of this study is to devise a systematic method for relating measured changes in EMG parameters to changes in limb strength. Work has involved measurements of EMG from the vastus medialis and vastus lateralis muscles during walking.

**A Microprocessor-Controlled Electric Feeder** — This feeder, which is intended for paralyzed persons who could not otherwise feed themselves, will feature artificial vision as well as a microprocessor controller. The artificial vision enables the user to optically sense the shape of food and its position on a plate prior to attempting to pick it up.

**Motor Soccer** — A team game for persons of all ages who use electric wheelchairs to be played on a basketball court■

# Scottish Home and Health Department and Tayside Health Board Dundee Limb Fitting Centre

### Dundee DD5 1AG, Scotland

### G. Murdoch, Surgeon in Charge
### D.N. Condie, Senior Rehabilitation Engineer

Four rehabilitation engineering projects conducted at the Dundee Limb Fitting Centre are included in this issue. Three of these projects are funded by the Scottish Home and Health Department. They are:

• An Investigation into the Mobility of the Cerebral Palsied Child, in section **II. Orthotics, A. Lower Limb;**
• Modular Seating for Children; and
• Modular Seating for the Elderly, both in section **IV. Spinal Cord Injury, G. Wheelchairs Including Seating and Controls.**

The fourth report, funded by the Tayside Health Board is:
• Assessment of Hand Function and the Development of Wrist-Hand Orthoses, in section **II. Orthotics, B. Upper Limb.**■

191

The material on this page was copied from the collection of the National Library of Medicine by a third...

DEM523892

Sponsoring Agencies and Organizations

# Smith-Kettlewell Institute of Visual Sciences
## Rehabilitation Engineering Center
## Medical Research Institute of San Francisco
## Pacific Medical Center
San Francisco, California 94115

**Arthur Jampolsky, M.D., Director**
**John Brabyn, Ph.D., Co-Director**
**Deborah Gilden, Ph.D., Associate Director**

The Smith-Kettlewell Institute Rehabilitation Engineering Center specializes in the development of sensory aids, particularly for the blind. During the past year, emphasis has been placed on the research utilization phase of many projects to ensure maximum impact on the target population.

The research program is divided into the following main categories: vocational rehabilitation engineering, orientation and mobility research, low vision research, communication aids, and educational aids. Activities in the areas of training, evaluation, and information dissemination also have been undertaken.

**Vocational Rehabilitation Engineering** — A highlight of the vocational program has been the completion of the first microprocessor-based vocational aid (a talking telephone switchboard monitor). This system allows a blind operator to monitor and direct incoming calls on a 30-line switchboard. The system, with speech readout, is successfully being used in a local bank. Software can be easily adapted for larger switchboards, and work is underway to investigate methods of improving or bypassing the mechanical switch overlay used to monitor the incoming lines, so that replication and adaptation to other switchboards can be performed easily.

Other new vocational instruments developed for use by the blind are a braille dial maker, a speaker phase tester, a piano tuning aid, an auditory carpenter's level, a soldering aid, and an audio capacitance bridge. Several vocational aids entered commercial production, including a receptionist mat and a liquid level indicator. Another project involved the modification of a thermoform machine to allow for more efficient operation when producing large numbers of copies.

**Other Research Projects** — Orientation and mobility research have included the installation of a demonstra-

tion talking sign system in two campuses of the San Diego Community College system. Development of a rigid collapsible cane prototype also was completed.

In the low vision research program, development of inexpensive spectacles for people in Third World countries was begun. The viewscan text system was evaluated. Studies were completed on mobility and dark adaptation in ARM patients, and effects of glare on low contrast acuity in cataract patients were measured. The pediatric program included studies of visual acuity development in normal and premature infants, the application of a new screening system in diagnosing ocular disorders, and a comparison of different methodologies of acuity measurement. In the geriatric program, data has been gathered on vestibulo-ocular reflexes in the blind and mathematical models have been developed.

A new educational aid, the Animated Auditory Reinforcing Feedback (AARF) form board was developed and evaluated. An auditory arcade was evaluated in school settings, and desirable modifications identified. An exercise cycle speedometer for the blind also was developed.

Communication aids research has included evaluation of the VersaBraille, the Microbrailler, the Echo II speech synthesizer, and the Cranmer Modified Perkins Brailler. The new Oculo-Encephalographic Communication System was substantially improved, and a simplified demonstration version developed. An improved tactile paging system for the deaf and deaf-blind was completed, and residential evaluation of the HKNC Tactile Communicator was begun. Commercialization of the Holmlund/Alden Vibrotactor has been arranged, and development of a portable version of the Teletactor (a tactile-output speech encoder for deaf children) is nearing completion.■

# Speech Transmission Laboratory
## Royal Institute of Technology
S-100 44 Stockholm, Sweden

**Gunnar Fant, Director**

The Speech Transmission Laboratory is a research function of the Royal Institute of Technology and projects conducted there receive support from the

DEM523893

following: Swedish Board for Technical Development, the Bank of Sweden Tercentenary Foundation, The Swedish Council for Research in the Humanities and Social Sciences, the Swedish Natural Science Research Council, and The Swedish Council for Planning and Coordination of Research.

Included in this issue of the project reports is Bliss Symbol-to-Speech Conversion: "Blisstalk," in section **IV. Spinal Cord Injury, E. Communication Methods and Systems for the Severely Disabled.**

## University College London Department of Mechanical Engineering Bioengineering Centre
London SW15 5PR, England

### R.M. Davies, Ph.D., Director

A comprehensive program of research and development of prosthetic methods has been carried out over a number of years by the Bioengineering Centre, which is part of the University College London. The philosophy has been to distill the expertise of the artisan into specially developed automated systems. This has led to the introduction of microprocessor controls and computer-aided design techniques into this area of prosthetics. Part of the rationale is to use computer techniques to determine the prosthetic requirements of patients, and then to computer-control the automated machines that fabricate the prostheses. Later advances in the state of the prosthetic art would, theoretically, mean simple updating in software.

A project report on a computer aided design (CAD) is included in this issue. It is titled Successful Application of CAD Automation to the Production of Individual Prostheses, and is in section **1. Amputations and Limb Prostheses, A. General.**

## University of Strathclyde Bioengineering Unit Wolfson Centre
Glasgow G3 ONW, Scotland

### J.P. Paul, Head of Department

Seven projects conducted by the Bioengineering Unit are included in this issue. They are:

- Biomechanical Assessment of Patients Treated by Joint Surgery, in section **III. Total Joint Replacement and other Orthopaedic Implants, B. Hip;**
- Evaluation of Joint Loadings in the Use of Walking Aids in Total Hip Replacement and
- Ankle Biomechanics, both in section **VI. Biomechanics, A. Joint Studies, 2. Lower Limb;**
- The Role of Abdominal Muscles in Stabilizing the Spine in Flexion: The Mechanics of Force Transmission,
- The Detailed Anatomy of the Vertebral Attachments of the Thoracolumbar Fascia and Its Functional Implications, and
- The Morphological Changes in the Lumbar Foramina in Normal and Abnormal Motions Segments After Distraction, all in section **VI., B. Spine;** and
- A Study of Intertrochanteric Fracture Fixation Methods, in section **VII. Wound and Fracture Healing.**

## Veterans Administration Rehabilitation Research and Development Service
Department of Medicine and Surgery Washington, D.C. 20420

### Margaret J. Giannini, Director

The Rehabilitation Research and Development Service of the Veterans Administration sponsors investigative projects dealing with the rehabilitation and support of handicapped veterans in order to improve the quality of their lives and to enhance their functional independence. Projects focus on devices and prototype development which relate particularly to amputations and limb prostheses, spinal cord injury, and sensory aids. Development and evaluation of sponsored projects require compliance with the medical device laws and regulations of the U.S. Govern-

DEM523894

ment, including those of the Food and Drug Administration and other federal agencies that monitor applicable aspects of safety.

The VA cooperates closely with federal, state, and local governmental and nongovernmental organizations by jointly funding projects in rehabilitation research and development. In the past, merit reviewed and approved projects of the Rehabilitation Research and Development Service have been co-sponsored with such agencies as the Department of Health and Human Services, the Department of Education, universities, and veterans service organizations.

The Rehabilitation Research and Development Service encourages researchers to submit proposals for scientific merit review. Proposals are reviewed biannually, in April and October. Guidelines on procedural instructions for submitting proposals are available from the Rehabilitation Research and Development Service, VA Central Office, 810 Vermont Avenue, N.W., Washington, D.C. 20420.

Projects included in this issue follow:

## Veterans Administration Medical Center Birmingham, Alabama 35233

In section **IV. Spinal Cord Injury, E. Communication Methods and Systems for the Severely Disabled:**
• Efficacy of Remote Delivery of Aphasia Treatment by TEL-Communicology.

## Veterans Administration Medical Center Tuscon, Arizona 85723

In section **I. Amputations and Limb Prostheses, A. General:**
• Comprehensive Management of Upper and Lower Extremity Amputation.
In section **IV. Spinal Cord Injury, B. Medical Treatment:**
• Residual Bladder Volume Determination for Spinal Cord Injury Patients.

## Veterans Administration Medical Center Little Rock, Arkansas 72206

In section **IV. Spinal Cord Injury, B. Medical Treatment:**
• Development of Analytical and Laboratory Models of the Bladder and Urinary Tract.
In section **V. Functional Assessment:**

• The Efficacy of Surgical and Rehabilitative Procedures of the Knee.
In section **XIII. Sensory Aids, C. Speech Impairment:**
• Tongue Initiated Speech Prosthesis for the Laryngectomy Patient.

## University of California, San Diego Medical Center 92110, and Veterans Administration Hospital La Jolla, California 92161

In section **III. Total Joint Replacement and other Orthopaedic Implants:**
• Implant Fixation by Post-Insertion Pressurization of Polymethylmethacrylate.

## Veterans Administration Medical Center Loma Linda, California 92357

In section **I. Amputations and Limb Prostheses, B. Lower Limb, 2. Below-Knee:**
• Optimum Prosthetic Foot Characteristics for Dysvascular Below-Knee Amputees.
In section **IV. Spinal Cord Injury, I. Functional Electrical Stimulation, 4. Other:**
• Weight Transfer Training Using Biofeedback and Electrical Stimulation in Strokes and Incomplete Spinal Cord Transections.

## Wadsworth Veterans Administration Medical Center Los Angeles, California 90073

In section **III. Total Joint Replacement and other Orthopaedic Implants, B. Hip:**
• Total Hip Implant Biotelemetry.

## Veterans Administration Medical Center Martinez, California 94553

In section **XIII. Sensory Aids, B. Deafness and Hearing Impairment:**
• A Psychophysical Model to Characterize Sensorineural Hearing Loss, and
• An Electrotactile Aid for Treating Sensorineural Hearing Loss and Aphasia.

DEM523895

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

## Veterans Administration Medical Center
## Palo Alto, California 94304

In section **IV. Spinal Cord Injury, A. General Rehabilitation:**
• Interactive Video Education System for Rehabilitation.

In section **IV, F. Environmental Control Systems for the Severely Disabled:**
• Development and Evaluation of a Robotic Aid for the Severely Disabled Individual;
• Design of a Six-Axis Joystick for a Robotic Manipulation Aid;
• Sensor and Gripper Development for the Robotic Aid Project;
• Interactive Voice Studies and the Design of Command Vocabularies for Voice-Controlled Systems;
• The Study of Manipulator Motion Under Constraint;
• Evaluation of the Human/Machine/Environment Triad: An Interactive Model Applied to the Robotics Aid Project; and
• Ultrasonic Head Control Unit.

In section **IV, G. Wheelchairs, Including Seating and Controls:**
• Integrated Wheelchair Technology Tested;
• Wheelchair Feedback Controllers;
• Images Project; and
• Seating System for Body Support and Prevention of Tissue Trauma.

In section **V. Functional Assessment:**
• Quantitative Evaluation of Nerve Repair.

In section **VI. Biomechanics, B. Spine:**
• Mechanical Analysis of Cervical Spine Stabilization Techniques.

In section **XIII. Sensory Aids, A. Blindness and Low Vision, 3. Reading Aids:**
• Development of a Graphic Braille Display, and
• Development of a Hand-Guided Reading Aid for the Visually Impaired.

In section **XIV. Miscellaneous:**
• A Life-Span Approach to Product Design and Development for the Aging Population, and
• Rehabilitation Information Project.

## Veterans Administration Medical Center
## San Diego, California 92161

In section **I. Amputations and Limb Prostheses, B. Lower Limb, 2. Below-Knee:**
• Volume Changes Occuring in Postoperative Below-Knee Amputees, and

• Analysis of Below-Knee Suspension Systems: Effect on Gait.

In section **VI. Biomechanics, E. Other:**
• Foot Interface Pressure Study.

In section **VII. Wound and Fracture Healing:**
• Effect of Stress and Motion on Repair of Hard and Soft Tissues.

## Veterans Administration Medical Center
## San Francisco, California 94121

In section **III. Total Joint Replacement and other Orthopaedic Implants, B. Hip:**
• The Efficacy of Radiolucent Low Modulus Total Hip Surface Replacement.

## Veterans Administration Medical Center
## Denver, Colorado 80220

In section **IV. Spinal Cord Injury, F. Environmental Control Systems for the Severely Disabled:**
• Ocular Controlled Communication and Environmental Control for Severely Disabled Veterans.

## Veterans Administration Medical Center
## Gainesville, Florida 32602

In section **III. Total Joint Replacement and other Orthopaedic Implants, B. Hip:**
• Quantitative Analysis of the Effect of Total Hip Arthroplasty on Stress and Strain in the Human Pelvis.

In section **XIV. Miscellaneous:**
• Foreign Body Reaction in the Lung to Intravenously Injected Biomaterials.

## Veterans Administration Medical Center
## Atlanta, Georgia 30033

In section **IV. Spinal Cord Injury, E. Communication Methods and Systems for the Severely Disabled:**
• A Unique Comprehensive Communication System for Speech-Impaired Persons.

In section **IV, G. Wheelchairs, Including Seating and Controls:**
• Manual Wheelchair with Anti-Rollback Wheel, and
• Alternate Transit Vehicle for the Physically Disabled Person.

DEM523896



In section IV, H. **Personal Licensed Vehicles:**
• A Driving Simulator for the Physically Handicapped Person.
In section XIII. **Sensory Aids, A. Blindness and Low Vision, 2. Mobility Aids:**
• The VA Guide Dog Harness, and
• SONA/SONA-ECS.
In section XIII, **A. Blindness and Low Vision, 3. Reading Aids:**
• A Large Print Word Processor for the Visually Impaired Person, and
• Musical Language and Large Print Consideration in Human Factors Engineering.

## Veterans Administration Medical Center
## Augusta, Georgia 30910

In section XIII. **Sensory Aids, B. Deafness and Hearing Impairment:**
• Acoustic Feedback Suppression in Hearing Aids.

## Veterans Administration Medical Center
## Decatur, Georgia 30033

In section IV. **Spinal Cord Injury, F. Environmental Control Systems for the Severely Disabled:**
• Design and Evaluation of Showers and Bathing Fixtures for Disabled and Elderly Veterans.

## Veterans Administration Medical Center
## Hines, Illinois 60141

In section IV. **Spinal Cord Injury, B. Medical Treatment:**
• Neural Mechanisms Underlying Bladder Dysfunction After Spinal Trauma.
In section VI. **Biomechanics, B. Spine:**
• Biomechanical Study of Spinal Fusion and Its Effect on the Free Segments.
In section XIII. **Sensory Aids, A. Blindness and Low Vision, 1. General:**
• Predicting the Visual Abilities of Partially Sighted Persons, and
• A Study of the Effectiveness of a Blind Rehabilitation Program.
In section XIII, **A. Blindness and Low Vision, 2. Mobility Aids:**
• The Effects of Preview Distance on the Mobility of the Blind Pedestrian, and
• Measuring the Mobility of Blind Travelers.

## Veterans Administration Medical Center
## New Orleans, Louisiana 70112

In section III. **Total Joint Replacement and other Orthopaedic Implants, A. General:**
• The Mechanical Properties of Porous-Coated Orthopaedic Alloy, and
• Retrieval and Analysis of Orthopaedic Implants.

## Johns Hopkins University
## Applied Physics Laboratory
## Laurel, Maryland 20707

In section IV. **Spinal Cord Injury, F. Environmental Control Systems for the Severely Disabled:**
• Wheelchair Control and Robot Arm/Work Table System for High Spinal Cord Injured Persons.

## Veterans Administration Medical Center
## West Roxbury, Massachusetts 02132

In section II. **Orthotics, A. Lower Limb:**
• A Motion-Guiding Load-Bearing External Frame for the Knee.
In section III. **Total Joint Replacement and other Orthopaedic Implants, C. Knee:**
• Investigation of a Simplified Internal Knee Prosthesis.

## Veterans Administration Medical Center
## Bronx, New York 10468

In section IV. **Spinal Cord Injury, F. Environmental Control Systems for the Severely Disabled:**
• Capuchin Monkeys as Aides for Quadriplegics.

## Veterans Administration Medical Center
## Castle Point, New York 12511

In section III. **Total Joint Replacement and other Orthopaedic Implants, A. General:**
• Biomechanics of Bone Resorption/Regeneration at a Bone-Implant Interface.
In section VII. **Wound and Fracture Healing:**
• Stimulation of Repair of Cortical Bone Transplants by Implantation of Piezoelectric Materials.
In section XIV. **Miscellaneous:**
• A Program for Evaluation and Monitoring of the Dysvascular Patient.

DEM523897

## Case-Western Reserve University
## Cleveland, Ohio 44109

In section II. Orthotics, B. Upper Limb:
• Sensory Substitution System for Grasp Force and Hand Position Feedback.
In section IV. Spinal Cord Injury, I. Functional Electrical Stimulation, 2. Upper Limb Applications:
• Restoration of Upper Limb Function Using Functional Electrical Stimulation (FES).

## Veterans Administration Medical Center
## Cleveland, Ohio 44106

In section III. Total Joint Replacement and other Orthopaedic Implants, A. General:
• Late Loosening in Total Joint Replacement in the Lower Extremities.
In section IV. Spinal Cord Injury, I. Functional Electrical Stimulation, 3. Lower Limb Applications:
• Walking Restored in Paralyzed Man Using Electronic Orthotics.
In section XIV. Miscellaneous:
• Microsurgical Techniques Applied to Orthopaedic and Hand Surgery.

## Veterans Administration Medical Center
## Dayton, Ohio 45428

In secton IV. Spinal Cord Injury, I. Functional Electrical Stimulation, 4. Other:
• Fitness Improvements and Physiological Responses to FES Exercise.

## Wright State University School of Medicine
## Dayton, Ohio 45435

In section IV. Spinal Cord Injury, I. Functional Electrical Stimulation, 4. Other:
• Active Physical Therapy: Application of FES to Rehabilitation Medicine.

## Veterans Administration Medical Center
## Philadelphia, Pennsylvania 19104

In section I. Amputations and Limb Prostheses, B. Lower Limb, 3. Above-Knee:
• Myoelectrically Controlled Above-Knee Prosthesis: A Pilot Study.

## University of Pittsburgh
## Pittsburgh, Pennsylvania 15260

In section III. Total Joint Replacement and other Orthopaedic Implants, A. General:
• Study of Wear Particle Analysis in Human Artificial Joints.

## Veterans Administration Medical Center
## Columbia, South Carolina 29201

In section XIII. Sensory Aids, B. Deafness and Hearing Impairment:
• Investigation of Acoustic Reflex in Elderly Persons.

## Veterans Administration Medical Center
## Nashville, Tennessee 37203

In section VI. Biomechanics, A. Joint Studies, 2. Lower Limb:
• Pathokinesiology of Anterior Cruciate Ligament Deficiency.
In section VI, C. Human Locomotion and Gait Training:
• Feature Extraction for EMG Gait Analysis.
In section VI, E. Other:
• Bone In Vivo and In Vitro Stress and Strain Patterns.
In section XIII. Sensory Aids, B. Deafness and Hearing Impairment:
• The Modulation Transfer Function as a Predictor of Speech Intelligibility.

## Veterans Administration Medical Center
## Dallas, Texas 75216

In section VIII. Properties of Muscle:
• Myoelectric Assessment of Human Lumbar Muscle Function.

## Veterans Administration Medical Center
## Houston, Texas 77211

In section I. Amputations and Limb Prostheses, B. Lower Limb, 1. General:
• Automated Fabrication of Lower Extremity Prosthetic Sockets.

DEM523898

Sponsoring Agencies and Organizations

## Veterans Administration Medical Center
## Temple, Texas 76501

In section IV. **Spinal Cord Injury, B. Medical Treatment:**
• The Bio-Feedback Incontinence-Training Program.
In section XIII. **Sensory Aids, B. Deafness and Hearing Impairment:**
• Development of a Digital Hearing Aid and Fitting Procedure, and
• Effects of Auditory Cues in Computer-Assisted Instruction in Lipreading.

## Veterans Administration Medical Center
## Salt Lake City, Utah 84148

In section IV. **Spinal Cord Injury, I. Functional Electrical Stimulation, 4. Other:**
• Influence of Sural Nerve Stimulation on Motor Unit Control in Normal Subjects and Those with Spastic Paresis.

## Veterans Administration Medical Center
## Richmond, Virginia 23249

In section XIII. **Sensory Aids, B. Deafness and Hearing Impairment:**
• Changes in Frequency Organization of the Cochlea During Aging.

## University of Washington
## Department of Orthopaedics
## Seattle, Washington 98195

In section VII. **Wound and Fracture Healing:**
• Transcutaneous Oxygen Tension as Predictor of Wound Healing.

## Veterans Administration Medical Center
## Seattle, Washington 98108

In section I. **Amputations and Limb Prostheses, B. Lower Limb, 1. General:**
• The VA SEATTLE Foot.
In section I, **B. Lower Limb, 2. Below-Knee:**
• Evaluation of Physiologic Suspension Factors in Below-Knee Amputees.

In section III. **Total Joint Replacement and other Orthopaedic Implants, A. General:**
• Evaluation of Total Joint Loosening Using X--Ray Photogrammetry.
In section IV. **Spinal Cord Injury, B. Medical Treatment:**
• H Reflex Changes Following Spinal Cord Injury.
In section VII. **Wound and Fracture Healing:**
• Morphological and Clinical Studies of Microwounds in Ischemic Human Tissues.

## Veterans Administration Medical Center
## Wood (Milwaukee), Wisconsin 53191

In section VI. **Biomechanics, C. Human Locomotion and Gait Training:**
• Studies of Normal and Abnormal Motion.

## Waseda University
## Department of Science
## and Engineering
Tokyo, Japan

### Koichi Koganezawa and Ichiro Kato, Principal Investigators

An above-knee prosthesis to improve walking ability has been developed at the Department of Science and Engineering laboratory of Waseda University. A project report, The Development of an Above-Knee Prosthesis Adaptable to a Voluntary Walking Period, is included in this issue in section I. **Amputations and Limb Prostheses, B. Lower Limb, 2. Above-Knee.**

## Welfare Equipment Development Center
### The University of Tokyo
### Department of Precision
### Machinery Engineering
Bunkyo-ku, 113 Tokyo, Japan

### Kohnosuke Tomabechi, Chief Director

The Welfare Equipment Development Center, since its establishment in 1976, has distributed information

DEM523899

the uses of welfare equipment to disabled people
and to public welfare organization staff throughout
Japan, and has been conducting research for improvement, experimental production, and evaluation
of the equipment.

The objective of the project launched last year
under the professional advice of the Ministry of
Health and Welfare, and sponsored by the Tokyo
Masonic Association, has been to collect data on
patients in hospitals, rehabilitation centers, and various welfare facilities. Together with research findings
from universities, organizations, and businesses, this
data will form a publication for use by researchers
and users of the equipment involved.

A year before its start in Japan, this project was
initiated by the Nordic Committee, a group composed
of five north European nations.

The welfare equipment research project covers a
wide range of subjects that includes: deaf, deaf-blind,
and speech handicapped; prostheses, orthoses, mobility aids, communication aids, domestic aids, and
treatment; mental retardation; methodology, technical, and functional testing and adaptation of aids;
needs analyses; housing and community planning,
including public transportation; work environment
and work aids; and, general social and psychological
aspects of treating disabled people.■

DEM523900

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

# Index of Contributors

Abbs, James 57
Abraham, Gordon S. 100
Abraham, Jacob 52
Ackerman, Theresa M. 152
Agnew, William F. 82
Agre, J. 97
Ahlstrom, Christopher 168
Akeson, Wayne H. 104, 127
Akhtar, Naseer Mahmood, 3, 181
Alexander, J. 38
Alfred, W. 39
Amster, Walter W. 61
Amundsen, L. 97
An, Kai-Nan, 110
Anderson, D. J. 88
Anderson, James 76
Anderson, Leonard H. 63, 179
Anderson, Ronald C. 25
Andriacchi, Thomas P. 33
Armstrong, Robert B. 121
Awad, Roger 69, 173
Axen, Kenneth 143
Azim, Rana 2, 181

Bagley, M. 146
Bahniuk, Eugene 19
Bailin, M. 177
Banes, Albert J. 130
Barber, Ann 154
Bardsley, G. I. 80
Basiulis, Danute I. 85
Bass, Richard M. 75, 152
Beck, T. R. 86
Becker, Selwyn W. 150
BeMent, S. L. 88
Berenberg, William 182
Bess, Fred H. 168
Bilotto, J. 140
Bizzi, Emilio, 124
Black, Jonathan 24
Blair, William F. 111
Blocker, Willima P. 4
Boney, Stephen F. 168
Bostrom, James 73
Bourne, John R. 123

Bowman, Bruce R. 95
Brabyn, John 192
Brady, Mary 58, 59
Brand, Richard A. 108
Bratt, Gene W. 168
Brazell, James W. 75
Britell, Catherine 64
Broman, H. 137, 140
Brooks, K. 144
Brown, R. H. 33
Brown, Stanley A. 24
Brown, Thomas D. 109
Brown, T. R. M. 27
Bruley, Duane F. 81, 183
Brummer, S. B. 84, 87
Brunner, Carolyn M. 141
Brunski, John B. 22
Buckley, Charles 70
Budde, James F. 56, 182
Bullard, Leo A. 82
Bunch, Wilton H. 114
Burgess, Ernest M. 5, 8, 128

Campos, R. J. 50
Cardus, David 37
Carmichael, Timothy W. 134
Carpenter, Kenneth L. 5
Carter, Dennis R. 108
Carter, R. E. 36
Carus, D. A. 15
Cassman, Marvin 187
Chang, Melva 159, 175
Chao, Edmund Y. S. 110
Chase, Robert 78, 175
Chen, Benjamin 96
Childress, Dudley S. 11, 12, 190
Chizeck, Howard J. 89
Clark, Francis J. 135
Claus-Walker, Jacqueline, 50
Cochran, George Van B. 22, 129
Cochran, T. 32
Collins, Michael 59
Condie, D. N. 159
Convery, F. Richard 26
Cook, Stephen B. 30

Cook, Stephen D. 20, 25
Corcoran, Paul 63
Costanza, Janet 64
Cotman, Carl 52
Courington, S. M. 151
Coutts, Richard D. 127
Couvillion, Rick J. 47
Crago, Patrick E. 89
Creigh, J. C. 137, 138
Csongradi, J. 113
Cummins, Kenneth L. 100

Danpulos, D. 90
Davies, R. M. 2, 191
Davy, Dwight T. 171
Deivanayagam, S. 134
Dejan, P. B. 14
de la Torre, Jack 52
De l'Aune, William 153
Delgado, Rick 175
De Luca, Carlo J. 12, 135, 136,
   137, 138, 139, 140, 176, 177, 187
Desautels, Ed 59
Dimitrijevic, M. R. 50
Divenyi, Pierre L. 165
Dohm, G. Lynis 132
Donath, M. 101
Donovan, W. H. 36

Eberstein, Arthur 134
Edwards, Laura A. 184
Efron, Robert 164
Egolf, David P. 163
Engebretson, A. Maynard 162
Engelhardt, K. G. 35, 69, 71, 173
English, Arthur W. 122
Ergas, Zeki 35
Evans, Christopher H. 25
Evans, J. H. 112, 116

Fant, Gunnar 192
Farmer, L. 151
Fawcett, S. B. 53, 54
Feldman, Stuart 49
Field, Greg A. 171

Fine, P.
Flower,
Ford, F
Freeha
Friede
Frymo
Fuhrer

Gaine
Galan
Gardie
Garfin
Gay, F
Gelbe
Gerus
Giann
Gianu
Giese
Gilbe
Gilde
Gill, A
Gilmo
Glase
Go, M
Goep
Golb
Gold
Gold
Gold
Gon
Goo
Goo
Gor
Gra
Gra
Gris
Grood
Gullick

Haas, I
Haber,
Haddad
Halar,
Hale,
Halste

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523901