Fine, P. R. 42, 43
Flowers, Woodie 121
Ford, Peter C. H. S. 60, 81
Freehafer, Alvin A. 88
Frieden, Lex 38
Frymoyer, John W. 142, 185
Fuhrer, M. 36

Gaines, Ronald 72
Galante, J. O. 29
Gardier, R. W. 90
Garfin, Steven R. 127
Gay, R. E. 43
Gelberman, Richard 131
Geruschat, Duane 155
Giannini, Margaret J. 193
Gianutsos, John 102
Giesen, M. 145, 149
Gilbert, Douglas J. 61
Gilden, Deborah 192
Gill, J. M. 160, 178
Gilmore, L. D. 12, 135, 139
Glaser, Roger M. 94
Go, Mae Seam 100
Goeppinger, Jean 141
Golbranson, Frank L. 6, 7, 125
Goldsmith, Harry 52
Goldsmith, Verner 115
Goldstein, M., Jr. 162
Goneya, William J. 133
Goodgold, Joseph 184
Goodrich, Gregory L. 78, 157, 175
Gordon, Stephen L. 189
Grahn, Edward C. 190
Graves, W. H. 144, 145, 147, 149
Gristina, Anthony G. 23
Grood, Edward S. 106
Gullickson, G., Jr. 183

Haas, Francois 143
Haber, Paul 173
Haddad, Ray J., Jr. 25
Halar, Eugen 44
Hale, Paul N., Jr. 81, 183
Halstead, Laura 49

Hambrecht, F. Terry 188
Hannah, G. T. 56
Harding, Amanda F. 25
Harrington, Richard M. 23
Harris, Roy H. 179
Harrison, D. W. 80
Hasegawa, Akira 170
Haynes, D. W. 102
Heckathorne, Craig 65
Heidbreder, A. F. 162
Hennies, Dean 159
Hentz, Vincent R. 100
Hill, Everett W. 154
Hillstrom, Howard 9
Hipp, John 22
Hittenberger, Drew A. 5
Hodges, Alton 179
Hogan, Neville 99
Holloway, Karen 69, 173
Hollyfield, R. L. 151
Hood, C. Ian 171
Hopper, G. Robert 61
Huang, C. T. 40, 41, 42
Hunnicutt, Sheri 62

Ives, Douglas 77

Jackson, Patricia 64
Jaffe, David L. 72, 157, 175
Jampolsky, Arthur 192
Johns, Alan W. 158, 190
Johnson, Marvin W. 129
Jonas, John F., Jr. 179
Jones, M. L. 55, 56

Kabo, J. Michael 30
Kaplan, Seymour R. 186
Kassman, Marvin 187
Kato, Ichiro 10, 196
Kearns, Kevin P. 61
Keith, Michael W. 16, 88
Keller, Tony S. 124
Kelly, Gary W. 60, 75, 81, 152, 158
Kelly, I. G. 27, 131
Kelso, David 58, 59

Kezdi, Paul 90
Khan, Salim A. 2, 181
Kimura, K. K. 90
Koganezawa, Koichi 10, 196
Kondraske, George V. 96, 97, 134, 185
Kopra, Lennart L. 167
Krouskop, Thomas A. 4
Kuhlemeier, K. V. 40, 41, 42, 43

Lambert, Ross W. 150
LaPorte, Ronald E. 103
Larson, Vernon D. 163
Lautenschlager, Eugene 17
LeBlanc, Maurice 79
Lee, Bok Y. 129, 172
Lehmkuhl, L. Don 46
Leifer, Larry 35, 66, 67, 68, 69, 70, 71, 77, 78, 173
Leipzig, Bruce 170
Leslie, John H., Jr. 179
Levy, Walter 51
Lewis, Jack L. 13, 17, 18, 31, 32, 109
Limbird, Thomas 107
Lippert, Frederick G., III 8, 23
Little, James W. 44
Liu, Young K. 115
Lloyd, E. Elaine 35
Lloyd, L. K. 40, 41
Lockard, Brodie 69
Lonning, Michelle 79

Machalow, S. D. 144, 145, 146, 147, 148, 183
Mahshie, James 170
Malassigne, Pascal 43
Malone, James M. 1
Mambrito, B. 137
Mann, Robert W. 98
Manske, Paul R. 141
Mansour, Joseph M. 122
Manthorpe, Marston 53
Markolf, Keith 106
Marsolais, E. B. 88, 89

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523902

# Index of Contributors (continued)

Mathews, R. M. 54, 56, 57
Matsen, Frederick A., III 128
Maure, Douglas R. 155, 157, 178
Mayer, Tom G. 134
McCaa, C. 144
McCreery, Douglas B. 82
McFarland, Samuel R. 174, 184
McLaughlin, Robert E. 18, 185
McLaurin, Colin A. 74, 185
McLeod, P. C. 102
McTaggert, W. G. 37
Meadows, C. B. 13
Mears, Dana C. 25
Melrose, Sue L. 157, 175
Merritt, Katharine 129
Michalowski, Stefan 68
Miegel, R. 32
Miles, S. 145, 146, 149
Miller, Gary J. 28
Miranda, Rafael 159
Moody, Laura E. 152
Mooney, Vert 96
Moreland, John R. 30
Morley, R. E., Jr. 162
Morosoff, Nicholas C. 171
Moskowitz, Gordon D. 9
Moss, M. M. 105
Mote, C. D., Jr. 125
Murdoch, G. 191
Murray, M. Patricia 120
Mylrea, K. C. 47

Nakamura, Masahiko 96
Napolitano, David J. 76, 77
Neuman, Michael R. 84
Nicol, A. C. 105, 131
Niemoeller, A. F. 162
Noyes, Frank R. 104

O'Brien, J. P. 112, 116
O'Donnell, Pat 47
Ogden, A. 131
Olerud, John E. 127
O'Neill, Hugh 79
Opila, K. A. 105

O'Riain, Michael D. 190

Pachter, Bruce 94
Palmer, Andrew K. 111
Patterson, R. 183
Patwardhan, Avinash G. 114
Paul, J. P. 27, 193
Peckhan, P. Hunter 88
Pedrini, Vittorio A. 140
Perkash, Inder 35, 66, 71, 72, 77, 79, 113
Perry, Jacquelin 7
Petajan, Jack H. 91
Peterson, J. M. 148
Petrofsky, Jerrold S. 51, 90
Petty, R. William 28
Philips, C. A. 90
Phillips, Susan 175
Popelka, G. R. 162
Popovic, Dejan 181
Prentice, Timothy 76
Prescott, Thomas 64

Revoile, Sally G. 169
Rieser, John J. 154
Rinard, George 64
Rintala, D. 38
Riso, Ronald R. 16
Rivera, Americo, Jr. 187
Robblee, L. S. 84
Robinette, Larry N. 164
Robinson, C. J. 48
Rodgers, Barry 58
Rodriguez, Gladys 50
Roemer, R. B. 47
Roscoe, Dennis D. 11
Rose, T. L. 87
Rosen, Michael J. 101
Ross, David A. 81, 152, 159
Roth, Bernard 66
Rovick, J. 15, 32
Rowell, Derek 98
Rowlingson, John 142
Rowley, Blair 53
Roy, S. H. 139

Rubel, Edwin W. 166
Rudd, Amy Key 61
Ryals, Brenda M. 166

Sabbahi, M. A. 139, 176, 177
Sarafis, K. 131
Saunders, Frank A. 165
Scala, J. 137
Scheinberg, Labe C. 186
Schmeisser, G. 66
Schrier, Elliot 157
Seamone, W. 66
Seekins, T. 55
Selker, F. 113
Seress, Sandor A. 23
Shaffer, John W. 171
Shanmugasundaram, T. K. 34, 181
Sharkey, P. J. 50
Shaw-Dunn, J. 112
Shephard, Mark 22
Sherwood, A. M. 50
Shiavi, Richard 107, 123
Shindell, Steven 77, 175
Sibert, Tom W. 75, 81
Simon, Helen J. 164
Simon, Sheldon R. 117, 118
Skalbeck, Gretchen 165
Skinner, Harry B. 30
Smith, Jeffrey L. 158
Smith, Robert E. 76, 77, 159
Smith, Sue 96
Spengler, Dan M. 124
Spielholz, Neil 132
Springer, William T. 170
Stacy, R. W. 90
Starr, Thomas W. 8
Steele, Richard D. 159, 175
Stephens, M. M. 116
Sterling, Harold M. 7, 95
Stevens, Michael 157
Stewart, Gwendolyn J. 29
Stover, Samuel L. 40, 41, 42, 43, 180
Sullivan, George 66

DEM523903

iraprasad, Agaram G. 94

ng, John 35
ylor, P. M. 80
itelbaum, Steven L. 20
ncer, Allan F. 134
rjung, Ronald L. 133
sh, K. M. 112
oden, William R. 172
omas, E. 147
omas, Kevin A. 25
hompson, David J. 164
intner, Ron 96
omabechi, Kohnosuke 196
owbin, Eugene J. 47, 170
rimble, John L. 150, 151
riolo, Ronald J. 9
rybus, Raymond 181
urnbull, A. P. 54, 55
urner, James 53
uttle, Larry 76

Jmlauf, Mary Grace 48

anderby, Ray, Jr. 114
anderheiden, Gregg C. 57, 58, 59, 186
an der Loos, Machiel 67, 68, 69, 78
aughn, Gwenyth R. 61
on Euler, Leo H. 187
on Maltzahn, Wolf W. 96

Waldrep, Kent 178
Walker, Judith 51
Walker, P. S. 15, 19, 32
Walsh, John J. 180
Webber, Peggy 175
Wertz, Robert T. 165
Westgate, C. 162
Wetzel, Mary C. 116
Whalen, R. 113
Wharton, George 97
White, Robert L. 161
Wicke, Roger 69

Willard, Mary Joan 63
Willems, E. 38
Williams, Shelle Dawn 152
Wiliams, Wendell 129
Wilson, A. Bennett, Jr. 117, 185
Wilson, Blake S. 169
Windrow, Bernard 159
Wirta, Roy W. 6, 7, 125
Wise, K. D. 88
Wise, Margaret 97
Wong, David K. 86
Woo, Savio L-Y 127
Wood, Sally 159
Wright, Benjamin D. 150
Wright, Timothy M. 19
Wurster, R. D. 48
Wyss, Craig R. 128

Yamblen, D. L. 27
Yeh, Vao-Shan 82
Yoshida, Janet 72
Yuen, Ted G. H. 82
Yund, E. William 164

Zimmerman, R. 15, 32
Zomlefer, Michael R. 78



DEM523904

Rehabilitation R&D
Progress Report - 1984
March 1984

DEM523905

**EXHIBIT B**

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF      MARYLAND

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC.<br><br>v.<br><br>SONIC INNOVATIONS, INC., et al. | **SUBPOENA IN A CIVIL CASE**<br>(Duces Tecum)<br><br>CASE NUMBER: 05-CV-422-GMS<br>District Court of Delaware |

TO:     National Library of Medicine
           8600 Rockville Pike
           Bethesda, MD 20894

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| National Library of Medicine, 8600 Rockville Pike, Bethesda, MD 20894 | September 12, 2007 at 9:30 am |

☒ YOU ARE COMMANDED to ~~produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects)~~:
make a witness available to testify, pursuant to Fed. R. Civ. P. 30(b)(6), on the topics listed on attached schedule A

| PLACE | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to ~~permit inspection of the following premises at the date and time specified below.~~
produce for inspection and copying all copies of the "Publication" as defined in Schedule A, and all records associated with the Publication, including but not limited to all records of receipt, indexing, and cataloging of the Publication.

| PREMISES | DATE AND TIME |
|---|---|
| | September 12, 2007 at 9:30 am |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which a person will testify. Federal Rules of Civil Procedure. 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Defendants | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
     C. Gregory Gramenopoulos
     Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
     901 New York Ave., NW
     Washington, DC

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

## Schedule A - Topics of Deposition

1. Whether the publication entitled "Rehabilitation R&D Progress Reports - 1984, ("Publication": cover pages attached) and bearing a National Library of Medicine's ("Library's") stamp dated September 16, 1985, is in the Library's possession.

2. The meaning of the September 16, 1985 stamp on the Publication.

3. When the Publication was received by the Library, when it was indexed, and when it was made available for review by Library visitors.

4. The general process by which the Library receives and retains periodicals.

5. The specific process by which the Library receives and retains Progress Reports from the Veteran's Administration or Journal of Rehabilitation Research & Development, including ones such as the Publication, and what actions that library takes with Progress Reports from the Veteran's Administration, including reports such as the Publication.

6. The authenticity of the date stamp on the Publication.

7. All records produced pursuant to the attached August 31st Subpoena Duces Tecum to the National Library of Medicine.

1224724.1

AO 88 (Rev 12/06) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct:

Executed on _____
               DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.
(2)(A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.
(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or
(iv) subjects a person to undue burden.
(B) If a subpoena
(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.
(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.
(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.
(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.
(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.
(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of a Notice of Deposition of the National Library of Medicine were caused to be served via e-mail upon the following parties on August 31, 2007:

REPRESENTING ENERGY TRANSPORTATION GROUP, INC.

    Edmond D. Johnson
    PEPPER HAMILTON LLP
    **johnsone@pepperlaw.com**

    Brian M. Buroker
    HUNTON & WILLIAMS LLP
    **bburoker@hunton.com**
    **etg@hunton.com**

REPRESENTING GN RESOUND A/S AND GN HEARING CARE CORPORATION

    Jack B. Blumenfeld
    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
    **jblumenfeld@mnat.com**

    Kenneth B. Herman
    ROPES & GRAY LLP
    **kenneth.herman@ropesgray.com**

    William J. McCabe
    ROPES & GRAY LLP
    **william.mccabe@ropesgray.com**

    Eric Hubbard
    ROPES & GRAY LLP
    **eric.hubbard@ropesgray.com**

REPRESENTING PHONAK AG, PHONAK INC., PHONAK, LLC, UNITRON HEARING LTD., AND UNITRON HEARING, INC.

    Leslie A. Polizoti
    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
    **lpolizoti@mnat.com**

    James R. Sobieraj
    BRINKS HOFER GILSON & LIONE
    **jsobieraj@brinkshofer.com**

    David H. Bluestone
    BRINKS HOFER GILSON & LIONE
    **dbluestone@brinkshofer.com**

REPRESENTING RESISTANCE TECHNOLOGY INC.

    Barry M. Klayman
    WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
    **bklayman@wolfblock.com**

    Jeffrey D. Shewchuk
    SHEWCHUK IP SERVICES, LLP
    **jdshewchuk@comcast.net**

| | |
|---|---|
| REPRESENTING SONIC INNOVATIONS, INC. | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>**rhorwitz@potteranderson.com**<br><br>Brett L. Foster<br>HOLLAND AND HART LLP<br>**bfoster@hollandhart.com**<br><br>L. Grant Foster<br>HOLLAND AND HART LLP<br>**gfoster@hollandhart.com**<br><br>Donald Degnan<br>HOLLAND AND HART LLP<br>**ddegnan@hollandhart.com**<br><br>Bryan K. Hanks<br>HOLLAND AND HART LLP<br>**bkhanks@hollandhart.com** |
| REPRESENTING STARKEY LABORATORIES, INC. | Mary Matterer<br>MORRIS, JAMES LLP<br>**mmatterer@morrisjames.com**<br><br>Amy A. Quinlan<br>MORRIS, JAMES LLP<br>**aquinlan@morrisjames.com**<br><br>Steven L. Reitenour<br>BOWMAN AND BROOKE LLP<br>**steve.reitenour@msp.bowmanandbrooke.com**<br><br>Richard G. Morgan<br>BOWMAN AND BROOKE LLP<br>**richard.morgan@bowmanandbrooke.com** |
| REPRESENTING WIDEX A/S AND WIDEX HEARING AID CO. INC. | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**dreid@mnat.com**<br><br>William H. Mandir<br>SUGHRUE MION PLC<br>**wmandir@sughrue.com**<br><br>David J. Cushing<br>SUGHRUE MION PLC<br>**dcushing@sughrue.com**<br><br>Carl J. Pellegrini<br>SUGHRUE MION PLC<br>**cpellegrini@sughrue.com** |

The undersigned also hereby certifies that on August 31, 2007, true and correct copies of the foregoing were caused to be served by Federal Express upon:

>Brian M. Buroker
>HUNTON AND WILLIAMS LLP
>1900 K Street, N.W.
>Suite 1200
>Washington, DC 20006

>_____/s/ James W. Parrett, Jr._____
>Mary B. Graham (#2256)
>James W. Parrett, Jr. (#4292)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347

1224713.1