## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) C. A. No. 05-422 (GMS) |
| | ) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| SONIC INNOVATIONS, INC., et al. | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE

The undersigned counsel for Defendant Sonic Innovations, Inc. hereby certifies that true and correct copies of the following documents were caused to be served on August 31, 2007, on the attorneys of record at the following addresses in the manner indicated:

SONIC INNOVATIONS' THIRD SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO SONIC INNOVATIONS, INC.

### VIA ELECTRONIC MAIL

REPRESENTING ENERGY
TRANSPORTATION GROUP, INC.

Edmond D. Johnson
PEPPER HAMILTON LLP
**johnsone@pepperlaw.com**

Thomas H. Kovach
PEPPER HAMILTON LLP
**kovacht@pepperlaw.com**

Brian M. Buroker
HUNTON & WILLIAMS LLP
**etg@hunton.com**

Yisun Song
HUNTON & WILLIAMS LLP
**ysong@hunton.com**

Marty Steinberg
HUNTON & WILLIAMS LLP
**msteinberg@hunton.com**

REPRESENTING GN RESOUND A/S AND
GN HEARING CARE CORPORATION

Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**jblumenfeld@mnat.com**

Maryellen Noreika
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**mnoreika@mnat.com**

Kenneth B. Herman
ROPES & GRAY LLP
**kenneth.herman@ropesgray.com**

William J. McCabe
ROPES & GRAY LLP
**william.mccabe@ropesgray.com**

Jeffrey D. Mullen
ROPES & GRAY LLP
**jeffrey.mullen@ropesgray.com**

Eric R. Hubbard
ROPES & GRAY LLP
**eric.hubbard@ropesgray.com**

David S. Chun
ROPES & GRAY LLP
**david.chun@ropesgray.com**

REPRESENTING PHONAK AG, PHONAK INC.,
PHONAK, LLC, UNITRON HEARING LTD.,
AND UNITRON HEARING, INC.

Thomas C. Grimm
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**tgrimm@mnat.com**

James R. Sobieraj
David H. Bluestone
BRINKS HOFER GILSON & LIONE
**phonaketg@brinkshofer.com**

REPRESENTING RESISTANCE
TECHNOLOGY INC.

Barry M. Klayman
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
**bklayman@wolfblock.com**

Jeffrey D. Shewchuk
SHEWCHUK IP SERVICES, LLP
**jdshewchuk@comcast.net**

REPRESENTING STARKEY
LABORATORIES, INC.

Mary B. Matterer
MORRIS, JAMES, HITCHENS & WILLIAMS
**mmatterer@morrisjames.com**

Amy A. Quinlan
MORRIS, JAMES, HITCHENS & WILLIAMS
**aquinlan@morrisjames.com**

Steven L. Reitenour
BOWMAN AND BROOKE LLP
**steve.reitenour@bowmanandbrooke.com**

Richard G. Morgan
BOWMAN AND BROOKE LLP
**richard.morgan@bowmanandbrooke.com**

REPRESENTING WIDEX A/S
AND WIDEX HEARING AID CO. INC.

Donald E. Reid
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**dreid@mnat.com**

William H. Mandir
SUGHRUE MION PLC
**wmandir@sughrue.com**

David J. Cushing
SUGHRUE MION PLC
**dcushing@sughrue.com**

Carl J. Pellegrini
SUGHRUE MION PLC
**cpellegrini@sughrue.com**

Brian K. Shelton
SUGHRUE MION PLC
**bshelton@sughrue.com**

REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC

Mary B. Graham
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**mgraham@mnat.com**

James W. Parrett
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**jparrett@mnat.com**

John M. Romary
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
**john.romary@finnegan.com**

C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
**c.gregory.gramenopoulos@finnegan.com**

OF COUNSEL:

Brett L. Foster
L. Grant Foster
Mark A. Miller
Bryan K. Hanks
Holland & Hart, LLP
60 E. South Temple, Suite 2000
Salt Lake City, UT 84111
Tel: (801) 799-5800

Donald A. Degnan
Holland & Hart, LLP
1800 Broadway, Suite 300
Boulder, Colorado 80302
Tel: (303) 473-2700

Dated: September 4, 2007
816411 / 29316

POTTER ANDERSON & CORROON LLP

By: */s/ Richard L. Horwitz*
　　Richard L. Horwitz (#2246)
　　David E. Moore (#3983)
　　Hercules Plaza, 6th Floor
　　1313 N. Market Street
　　P.O. Box 951
　　Wilmington, DE 19899
　　Tel: (302) 984-6000
　　rhorwitz@potteranderson.com
　　dmoore@potteranderson.com

*Attorneys for Defendant Sonic Innovations, Inc.*

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on September 4, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 4, 2007, I have Electronically Mailed the document to the following person(s):

REPRESENTING ENERGY
TRANSPORTATION GROUP, INC.

Edmond D. Johnson
PEPPER HAMILTON LLP
**johnsone@pepperlaw.com**

Thomas H. Kovach
PEPPER HAMILTON LLP
**kovacht@pepperlaw.com**

Brian M. Buroker
HUNTON & WILLIAMS LLP
**etg@hunton.com**

Yisun Song
HUNTON & WILLIAMS LLP
**ysong@hunton.com**

Marty Steinberg
HUNTON & WILLIAMS LLP
**msteinberg@hunton.com**

REPRESENTING GN RESOUND A/S AND
GN HEARING CARE CORPORATION

Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**jblumenfeld@mnat.com**

Maryellen Noreika
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**mnoreika@mnat.com**

Kenneth B. Herman
ROPES & GRAY LLP
**kenneth.herman@ropesgray.com**

William J. McCabe
ROPES & GRAY LLP
**william.mccabe@ropesgray.com**

Jeffrey D. Mullen
ROPES & GRAY LLP
**jeffrey.mullen@ropesgray.com**

Eric R. Hubbard
ROPES & GRAY LLP
**eric.hubbard@ropesgray.com**

David S. Chun
ROPES & GRAY LLP
**david.chun@ropesgray.com**

REPRESENTING PHONAK AG, PHONAK INC.,
PHONAK, LLC, UNITRON HEARING LTD.,
AND UNITRON HEARING, INC.

Thomas C. Grimm
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**tgrimm@mnat.com**

James R. Sobieraj
David H. Bluestone
BRINKS HOFER GILSON & LIONE
**phonaketg@brinkshofer.com**

REPRESENTING RESISTANCE
TECHNOLOGY INC.

Barry M. Klayman
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
**bklayman@wolfblock.com**

Jeffrey D. Shewchuk
SHEWCHUK IP SERVICES, LLP
**jdshewchuk@comcast.net**

2

REPRESENTING STARKEY
LABORATORIES, INC.

Mary B. Matterer
MORRIS, JAMES, HITCHENS & WILLIAMS
**mmatterer@morrisjames.com**

Amy A. Quinlan
MORRIS, JAMES, HITCHENS & WILLIAMS
**aquinlan@morrisjames.com**

Steven L. Reitenour
BOWMAN AND BROOKE LLP
**steve.reitenour@bowmanandbrooke.com**

Richard G. Morgan
BOWMAN AND BROOKE LLP
**richard.morgan@bowmanandbrooke.com**

REPRESENTING WIDEX A/S
AND WIDEX HEARING AID CO. INC.

Donald E. Reid
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**dreid@mnat.com**

William H. Mandir
SUGHRUE MION PLC
**wmandir@sughrue.com**

David J. Cushing
SUGHRUE MION PLC
**dcushing@sughrue.com**

Carl J. Pellegrini
SUGHRUE MION PLC
**cpellegrini@sughrue.com**

Brian K. Shelton
SUGHRUE MION PLC
**bshelton@sughrue.com**

3

REPRESENTING WILLIAM DEMANT HOLDING
A/S, WDH, INC., OTICON A/S, OTICON INC.,
BERNAFON AG, AND BERNAFON, LLC

Mary B. Graham
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**mgraham@mnat.com**

James W. Parrett
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**jparrett@mnat.com**

John M. Romary
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
**john.romary@finnegan.com**

C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
**c.gregory.gramenopoulos@finnegan.com**

*/s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)

775184 / 29316

4