**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | ) ) ) | |
| | ) | C.A. NO. 05-422 (GMS) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SONIC INNOVATIONS, INC, *ET AL.,* | ) ) | JURY TRIAL DEMANDED |
| | ) ) | FILED UNDER SEAL |
| Defendants. | ) | |

**APPENDIX TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO**
**DEFENDANT WILLIAM DEMANT HOLDING A/S'S**
**RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

OF COUNSEL:

Brian M. Buroker
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006-1109
Telephone:  (202) 955-1500

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone:  (804) 788-8788

Marty Steinberg
HUNTON & WILLIAMS LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone:  (305) 810-2505

Date: September 4, 2007

Edmond D. Johnson (# 2257)
Thomas H. Kovach (# 3964)
PEPPER HAMILTON LLP
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
Telephone: (302) 777-6500


*Attorneys for Energy Transportation Group, Inc.*

#8845835 v1

**THIS DOCUMENT WAS FILED UNDER SEAL**