# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on 4th of September, 2007, I caused a copy of the following *Appendix to Plaintiff's Memorandum of Law in Opposition to William Demant holding A/S's Renewed Motion to Dismiss for Lack of Personal Jurisdiction [FILED UNDER SEAL]* to be served upon the following parties in the manner indicated below:

HAND DELIVERY

Mary B. Graham (#2256)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

ELECTRONIC MAIL

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW, GARRETT
& DUNNER
901 New York Ave., N.W.
Washington, DC  20001-4413

*Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC*

HAND DELIVERY

Jack B. Blumenfeld (#1014)
Maryellen E. Noreika (#3208)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

ELECTRONIC MAIL

Kenneth B. Herman
William J. McCabe
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036-8704

*Attorneys for GN ReSound A/S and GN Hearing Care Corporation*

#8845835 v1

HAND DELIVERY

Thomas C. Grimm (#1098)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19899

ELECTRONIC MAIL

James R. Sobieraj
Meredith Martin Addy
David H. Bluestone
Jeffrey A. Marx
BRINKS HOFER GILSON & LIONE
NBC Tower
455 Cityfront Plaza Dr., Suite 3600
Chicago, IL  60611

*Attorneys for Phonak Inc., Phonak LLC, Unitron Hearing Inc., and Unitron Hearing Ltd.*

HAND DELIVERY

Barry M. Klayman (#3676)
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
Wilmington Trust Center
1100 North Market St., Suite 1001
Wilmington, DE 19801

ELECTRONIC MAIL

Jeffrey D. Shewchuk
SHEWCHUK IP SERVICES, LLP
533 77th Street West
Eagan, MN  55121

*Attorneys for Resistance Technology Inc.*

HAND DELIVERY

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington,  DE

ELECTRONIC MAIL

Brett L. Foster
L. Grant Foster
HOLLAND & HART
60 East South Temple, Suite 2000
Salt Lake City, UT  84111

*Attorneys for Sonic Innovations, Inc.*

HAND DELIVERY

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Amy Quinlan (#3021)
MORRIS, JAMES, HITCHENS & WILLIAMS
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494

ELECTRONIC MAIL

Richard Morgan
Steven Reitenour
BOWMAN AND BROOKE LLP
150 S. Fifth St., Suite 2600
Minneapolis, MN  55402

*Attorneys for Starkey Laboratories, Inc.*

#8845835 v1

<u>HAND DELIVERY</u>

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19899

<u>ELECTRONIC MAIL</u>

William H. Mandir
David J. Cushing
Carl J. Pellegrini
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC  20037

*Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.*

                                                     _____
                                                     Edmond D. Johnson (# 2257)