IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-422 (GMS) |
| ) | |
| SONIC INNOVATIONS, INC., et. al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

Plaintiff Energy Transportation Group Inc., by counsel, hereby certifies that true and correct copies of Plaintiff's Objections and Responses to Defendants Oticon A/S, Oticon Inc., Bernafon AG, WDH, Inc., and Bernafon, LLC's First Set of Request for Admissions to Plaintiff were caused to be served on August 30, 2007, via electronic mail and United States mail upon the following counsel of record:

Mary B. Graham (#2256)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC 20001-4413

*Attorneys for William Demant Holding A/S,
WDH Inc., Oticon A/S, Oticon, Inc.,
Bernafon AG, and Bernafon LLC*

Jack B. Blumenfeld (#1014)
Maryellen E. Noreika (#3208)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Kenneth B. Herman
William J. McCabe
Jeffrey D. Mullen
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704

*Attorneys for GN ReSound A/S and
GN Hearing Care Corporation*

#8841239 v1

Thomas C. Grimm (#1098)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19899

James R. Sobieraj
David H. Bluestone
BRINKS HOFER GILSON & LIONE
NBC Tower
455 Cityfront Plaza Dr., Suite 3600
Chicago, IL  60611

*Attorneys for Phonak Inc., Phonak LLC, Unitron Hearing Inc., and Unitron Hearing Ltd.*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE

Donald Degnan
Bryan Hanks
HOLLAND & HART
60 East South Temple, Suite 2000
Salt Lake City, UT  84111

*Attorneys for Sonic Innovations, Inc.*

Barry M. Klayman (#3676)
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP Wilmington Trust Center
1100 North Market St., Suite 1001
Wilmington, DE 19801

Jeffrey D. Shewchuk
SHEWCHUK IP SERVICES, LLP
533 77th Street West
Eagan, MN  55121

*Attorneys for Resistance Technology Inc.*

Mary B. Matterer (#2696)
Amy Quinlan (#3021)
MORRIS, JAMES, HITCHENS & WILLIAMS
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494

Richard Morgan
Steven Reitenour
BOWMAN AND BROOKE LLP
150 S. Fifth St., Suite 2600
Minneapolis, MN  55402

*Attorneys for Starkey Laboratories, Inc.*

#8841239 v1

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

William H. Mandir
David J. Cushing
Carl J. Pellegrini
Brian K. Shelton
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC 20037

*Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.*
Date: September 5, 2007

_____
Edmond D. Johnson (# 2257)
Thomas H. Kovach (# 3964)
PEPPER HAMILTON LLP
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
Telephone: (302) 777-6500

*Attorneys for Energy Transportation Group, Inc.*

OF COUNSEL:

Brian M. Buroker
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006-1109
Telephone: (202) 955-1500

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: (804) 788-8788

Marty Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Ste. 2500
Miami, FL 33131
Telephone: (305) 810-2500

3

#8841239 v1