IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ENERGY TRANSPORTATION GROUP, INC.,

Plaintiff,

v.

SONIC INNOVATIONS, INC., et. al.,

Defendants.

C.A. No. 05-422 (GMS)

**NOTICE OF SERVICE**

Plaintiff Energy Transportation Group Inc., by counsel, hereby certifies that true and correct copies of the following documents listed:

- *Plaintiff, Energy Transportation Group Inc.'s Amended Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)*
- *Plaintiff Energy Transportation Group Inc.'s Objection and Answers to Defendants Widex A/S and Widex Hearing Aid Co. Inc.'s Second Set of Interrogatories*
- *Plaintiff Energy Transportation Group Inc.'s Objection and Responses to Defendant Sonic Innovations, Inc.'s First Set of Request for Admissions to Plaintiff*
- *Plaintiff Energy Transportation Group Inc.'s Objection and Reponses to Defendant Sonic Innovations, Inc.'s Second Set of Requests for Production of Documents and Things*
- *Plaintiff Energy Transportation Group Inc.'s Objection and Reponses to Defendant Sonic Innovations, Inc.'s First Set of Interrogatories*
- *Plaintiff Energy Transportation Group Inc.'s August 31, 2007 Supplemental Responses to GN Hearing Defendants First and Second Set of Interrogatories*
- *Plaintiff Energy Transportation Group Inc.'s Objections and Answers to GN Hearing Third Set of Interrogatories*
- *Plaintiff Energy Transportation Group Inc.'s Objections and Responses to Defendants GN Hearing Care Corporation's First Set of Request for Admissions to Plaintiff*

- *Energy Transportation Group Inc.'s Objections and Responses to Starkey Laboratories, Inc.'s First Set of Requests for Production of Documents and Things to Plaintiff*
- *Energy Transportation Group Inc.'s Objections and Responses to Starkey Laboratories, Inc.'s First Set of Requests for Admissions to Plaintiff*
- *Energy Transportation Group Inc.'s Objections and Responses to Starkey Laboratories, Inc.'s First Set of Interrogatories to Plaintiff*
- *Plaintiff Energy Transportation Group Inc.'s Objections to Defendant Resistance Technology, Inc.'s First Set of Interrogatories*
- *Plaintiff Objections and Supplemental Answers to Defendants OTicon A/S, Oticon Inc., Bernafon AG, WDH, Inc., and Bernafon, LLC's First Set of Interrogatories to Plaintiff*
- *Plaintiff Objections and Supplemental Answers to Defendants OTicon A/S, Oticon Inc., Bernafon AG, WDH, Inc., and Bernafon, LLC's Second Set of Interrogatories to Plaintiff*

were caused to be served on August 31, 2007, via electronic mail and United States mail upon the following counsel of record:


Mary B. Graham (#2256)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC 20001-4413

*Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC*

Jack B. Blumenfeld (#1014)
Maryellen E. Noreika (#3208)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Kenneth B. Herman
William J. McCabe
Jeffrey D. Mullen
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704

*Attorneys for GN ReSound A/S and GN Hearing Care Corporation*

Thomas C. Grimm (#1098)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

James R. Sobieraj
David H. Bluestone
BRINKS HOFER GILSON & LIONE
NBC Tower
455 Cityfront Plaza Dr., Suite 3600
Chicago, IL 60611

*Attorneys for Phonak Inc., Phonak LLC, Unitron Hearing Inc., and Unitron Hearing Ltd.*

Barry M. Klayman (#3676)
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP Wilmington Trust Center
1100 North Market St., Suite 1001
Wilmington, DE 19801

Jeffrey D. Shewchuk
SHEWCHUK IP SERVICES, LLP
533 77th Street West
Eagan, MN 55121

*Attorneys for Resistance Technology Inc.*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE

Donald Degnan
Bryan Hanks
HOLLAND & HART
60 East South Temple, Suite 2000
Salt Lake City, UT 84111

*Attorneys for Sonic Innovations, Inc.*

Mary B. Matterer (#2696)
Amy Quinlan (#3021)
MORRIS, JAMES, HITCHENS & WILLIAMS
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

Richard Morgan
Steven Reitenour
BOWMAN AND BROOKE LLP
150 S. Fifth St., Suite 2600
Minneapolis, MN 55402

*Attorneys for Starkey Laboratories, Inc.*



#8852092 v1

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

William H. Mandir
David J. Cushing
Carl J. Pellegrini
Brian K. Shelton
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC 20037

*Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.*
Date: September 6, 2007

Edmond D. Johnson (# 2257)
Thomas H. Kovach (# 3964)
PEPPER HAMILTON LLP
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
Telephone: (302) 777-6500

*Attorneys for Energy Transportation Group, Inc.*

OF COUNSEL:

Brian M. Buroker
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006-1109
Telephone: (202) 955-1500

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: (804) 788-8788

Marty Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Ste. 2500
Miami, FL 33131
Telephone: (305) 810-2500