## CERTIFICATE OF SERVICE

I do hereby certify that on the 13th day of September, 2007, I caused a true copy of the foregoing Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing Notice of Service was caused to be served via electronic mail and by United States mail upon the following counsel of record:

Mary B. Graham (#2256)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC  20001-4413

*Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC*

Jack B. Blumenfeld (#1014)
Maryellen E. Noreika (#3208)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Kenneth B. Herman
William J. McCabe
Jeffrey D. Mullen
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036-8704

*Attorneys for GN ReSound A/S and GN Hearing Care Corporation*

| | |
|---|---|
| Thomas C. Grimm (#1098)<br>MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE  19899<br><br>James R. Sobieraj<br>David H. Bluestone<br>BRINKS HOFER GILSON & LIONE<br>NBC Tower<br>455 Cityfront Plaza Dr., Suite 3600<br>Chicago, IL  60611<br><br>*Attorneys for Phonak Inc., Phonak LLC, Unitron Hearing Inc., and Unitron Hearing Ltd.* | Barry M. Klayman (#3676)<br>WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP Wilmington Trust Center<br>1100 North Market St., Suite 1001<br>Wilmington, DE 19801<br><br>Jeffrey D. Shewchuk<br>SHEWCHUK IP SERVICES, LLP<br>533 77th Street West<br>Eagan, MN  55121<br><br>*Attorneys for Resistance Technology Inc.* |
| Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>POTTER ANDERSON & CORROON<br>1313 N. Market St.<br>Hercules Plaza, 6th Floor<br>Wilmington,  DE<br><br>Donald Degnan<br>Bryan Hanks<br>HOLLAND & HART<br>60 East South Temple, Suite 2000<br>Salt Lake City, UT  84111<br><br>*Attorneys for Sonic Innovations, Inc.* | Mary B. Matterer (#2696)<br>Amy Quinlan (#3021)<br>MORRIS, JAMES, HITCHENS & WILLIAMS<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801-1494<br><br>Richard Morgan<br>Steven Reitenour<br>BOWMAN AND BROOKE LLP<br>150 S. Fifth St., Suite 2600<br>Minneapolis, MN  55402<br><br>*Attorneys for Starkey Laboratories, Inc.* |

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

William H. Mandir
David J. Cushing
Carl J. Pellegrini
Brian K. Shelton
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC 20037

*Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.*

                                             _____
                                             Thomas H. Kovach (# 3964)

#8870674 v1