# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ENERGY TRANSPORTATION GROUP, INC. )
)
) C.A. NO. 05-422 (GMS)
Plaintiff, )
)
v. )
)
Sonic Innovations, Inc, *et al.,* ) **PUBLIC VERSION**
)
)
Defendants. )

## APPENDIX TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT WILLIAM DEMANT HOLDING A/S'S RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

OF COUNSEL:

Brian M. Buroker
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006-1109
Telephone:  (202) 955-1500

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone:  (804) 788-8788

Marty Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue
Suite 2500
Miami, Florida  33131
Telephone:  (305) 810-2500

Edmond D. Johnson (No. 2257)
Thomas H. Kovach (No. 3964)
PEPPER HAMILTON
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

*Attorneys for Energy Transportation Group, Inc.*

Date:  September 4, 2007
**Public Version:  September 13, 2007**

TABLE OF CONTENTS

Page

1.    First Declaration of Niels Jacobsen ...............................................................B1
2.    Declaration of Brian M. Buroker ...............................................................B4

███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████

7.    Portion of Articles of Association of William Demant Holding A/S ............................B79
8.    WDH A/S's Responses to Jurisdictional Requests for Admissions ...............................B80
9.    Declaration of Harry L. Laxton, Jr. ...............................................................B88
      9A.  Extracts from Deposition Testimony of Soren Westermann and Exhibit thereto ... B90

███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████

13.    Portion of U.S. Pat. No. 4,992,966.............................................B149
14.    Portion of U.S. Pat. No. 4,972,487.............................................B150
15.    Portion of U.S. Pat. No. 5,016,280.............................................B151
16.    Portion of U.S. Pat. No. 5,475,759.............................................B152
17.    Portion of U.S. Pat. No. 5,111,419.............................................B154
18.    Portion of U.S. Pat. No. 5,357,251.............................................B155
19.    Portion of U.S. Pat. No. 5,475,759.............................................B156
20.    Portion of U.S. Pat. No. 5,706,352.............................................B158
21.    Portion of U.S. Pat. No. 5,724,433.............................................B159

███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████

26.    Portions of William Demant Holding A/S Records....................................B219
27.    Portions of William Demant Holding A/S Records....................................B232
28.    Portions of William Demant Holding A/S Records....................................B245

29.   Portions of William Demant Holding A/S Records ...................................................B259

30.   Portions of William Demant Holding A/S Records ...................................................B273

31.   Portions of William Demant Holding A/S Records ...................................................B284

32.   Portions of William Demant Holding A/S Records ...................................................B297

33.   Portions of PCT Records Regarding Application WO 99/65275 ..............................B312

34.   Portions of William Demant Holding A/S Records ...................................................B315

35.   Portions of USPTO Records Regarding U.S. Pat. App. No. 07/322,387 ..................B316

36.   Portions of William Demant Holding A/S Records ...................................................B333

37.   Portions of William Demant Holding A/S Records ...................................................B341

38.   Portions of William Demant Holding A/S Records ...................................................B342

39.   Portions of William Demant Holding A/S Records ...................................................B343

40.   Portions of William Demant Holding A/S Records ...................................................B344

41.   Portions of William Demant Holding A/S Records ...................................................B345

42.   Portions of William Demant Holding A/S Records ...................................................B347

43.   Portions of William Demant Holding A/S Records ...................................................B349

46.   Portions of William Demant Holding A/S Records ...................................................B361

48.   Portions of William Demant Holding A/S Records ...................................................B367

49.   Portions of William Demant Holding A/S Records ...................................................B368

50.   Portions of William Demant Holding A/S Records ...................................................B370

51.   Portions of William Demant Holding A/S Records ...................................................B372

52.   Portions of William Demant Holding A/S Records ...................................................B373

53.   *Philips Electronics North America Corp. v. Contec Corp.*, 2004 WL 503602
      (D. Del. 2004)...............................................................................B376



# IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | § § § § | |
| Plaintiff, | § § | Civil Action No. |
| v. | § § | 05-CV-422-GMS |
| SONIC INNOVATIONS, INC., et al. | § § § | |
| Defendants. | § | |

## FIRST DECLARATION OF NIELS JACOBSEN
## IN SUPPORT OF WILLIAM DEMANT HOLDING A/S'S MOTION TO DISMISS
## FOR LACK OF PERSONAL JURISDICTION

I, **Niels Jacobsen**, being over the age of eighteen and suffering from no physical or mental impairments that preclude me from understanding my statements, make the following declaration based on my personal knowledge and with authority to speak on behalf of William Demant Holding A/S:

1. I currently serve as Chief Executive Officer (CEO) and President of William Demant Holding A/S.

2. William Demant Holding A/S is organized under the laws of Denmark and has its principal and sole office in Strandvejen 58, DK-2900 Hellerup, Denmark.

3. William Demant Holding A/S has only nine (9) employees, all of whom reside outside the United States. Of these nine employees, five perform corporate functions and four serve as secretaries to the five corporate employees.

4. William Demant Holding A/S has not in the past manufactured, and does not now manufacture any goods in the State of Delaware, in the United States, or anywhere else in the world.

5. William Demant Holding A/S has not sold, offered for sale, traded, or imported, and does not now sell, offer for sale, trade, or import any goods or services in the State of Delaware, in the United States, or anywhere else in the world.

**EXHIBIT**

1

FIRST DECLARATION OF NIELS JACOBSEN

1

6. William Demant Holding A/S has not in the past and does not now use any products, methods, processes, services, or systems related to programmable digital hearing aid devices in the State of Delaware, in the United States, or anywhere else in the world.

7. William Demant Holding A/S is, and acts as, a parent holding company. It wholly owns, either directly or indirectly, approximately forty-five (45) subsidiary companies throughout the world, including Oticon A/S in Denmark, Oticon Inc. in the United States, WDH, Inc. in the United States, Bernafon AG in Switzerland, and Bernafon LLC in the United States. Each of its subsidiaries has its own organization and unique identity.

8. William Demant Holding A/S also owns minority positions in a number of corporations, including forty-nine percent (49%) of the shares of American Hearing Aid Associates ("AHAA"), a Pennsylvania corporation involved in the hearing aid business, but which has not been named as a defendant in this action. As with the other companies whose stock William Demant Holding A/S holds, William Demant Holding A/S has no involvement in the day-to-day management of AHAA, whose financial statements and corporate records are separate from the financial statements and corporate records of William Demant Holding A/S.

9. William Demant Holding A/S maintains its own financial statements and corporate records separate from the statements and records of its subsidiaries.

10. William Demant Holding A/S is not registered to do business in the State of Delaware and has never contracted to supply goods or services in the State of Delaware or anywhere else in the United States.

11. William Demant Holding A/S has not appointed an agent to accept service of process on its behalf in the State of Delaware or anywhere else in the United States.

12. William Demant Holding A/S has not maintained, and does not maintain any offices, telephone listings, or other facilities in the State of Delaware or anywhere else in the United States.

13. William Demant Holding A/S has not owned or leased, and does not now own or lease, any property in the State of Delaware or anywhere else in the United States.

14. William Demant Holding A/S does not maintain any bank accounts in the State of Delaware.

15. William Demant Holding A/S has never paid nor been obligated to pay any taxes or franchise fees in the State of Delaware.

16. Oticon A/S is a Danish company that designs, develops, and manufactures hearing aids in its facilities in Denmark.

17. Oticon Inc. is a California corporation having a place of business in Somerset, New Jersey that acts as a U.S. distributor for certain hearing aids manufactured by Oticon A/S.

FIRST DECLARATION OF NIELS JACOBSEN                                     2

18. Bernafon LLC is a New Jersey limited liability corporation having a place of business in New Jersey that also is a U.S. distributor for certain other hearing aids designed by Bernafon AG and manufactured by Oticon A/S.

19. Bernafon AG is a Swiss company that designs certain hearing aid products and also assists Bernafon LLC in the marketing and sale of hearing aids designed by Bernafon AG and manufactured by Oticon A/S.

20. WDH, Inc. is a holding company without employees and has no day-to-day operations. WDH, Inc. holds the stock of several United States and Canadian companies, including Oticon Inc. and Bernafon LLC.

21. William Demant Holding A/S does not control the day-to-day activities of its subsidiaries, including Oticon A/S, Oticon Inc., Bernafon AG, and Bernafon LLC.

22. I serve as CEO of Oticon Inc., WDH, Inc., and Oticon A/S, and I sit on the Board of Directors of Oticon Inc., Bernafon AG, and WDH, Inc.

23. I do not serve in any managerial capacity at Bernafon AG or Bernafon LLC.

24. The Board of Directors of William Demant Holding A/S consists of seven members, all of whom are Danish citizens. Four of these members also serve on the Board of Directors of Oticon A/S. None of the Board members of William Demant Holding A/S serve on the Board of Directors of Oticon, Inc., WDH, Inc., Bernafon AG, or Bernafon LLC.

25. Oticon A/S has over 1000 employees and, at the end of 2004, had a total equity of over USD $100,000,000.

26. Oticon, Inc. maintains an office in the United States with over 350 employees and, at the end of 2004, had a total equity of over USD $35,000,000.

27. Bernafon AG has over 100 employees and, at the end of 2004, had a total equity of nearly USD $100,000,000.

28. Bernafon LLC maintains an office in the United States with about 20 employees and, at the end of 2004, had a total equity of over USD $5,000,000.

29. WDH, Inc. had a total equity at the end of 2004 of more than USD $21,000,000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 11, 2005, Hellerup, Denmark,

Niels Jacobsen
CEO and President
William Demant Holding A/S

FIRST DECLARATION OF NIELS JACOBSEN                                    3

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | ) ) ) | C.A. NO. 05-422 (GMS) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SONIC INNOVATIONS, INC, PHONAK HOLDING AG, PHONAK INC., UNITRON HEARING, INC., WILLIAM DEMANT HOLDING A/S, OTICON A/S, OTICON INC., WIDEX A/S, WIDEX HEARING AID CO. INC, GN RESOUND A/S, GN RESOUND CORPORATION, STARKEY LABORATORIES, INC., GENNUM CORPORATION, RESISTANCE TECHNOLOGY INC., BERNAFON AG, WDH, INC., AND BERNAFON, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

## DECLARATION OF BRIAN M. BUROKER

1.      My name is Brian M. Buroker. I am over 18 years of age. I am a partner with the law firm of Hunton & Williams L.L.P. and my office is in Washington, D.C. I am fully competent to make this Declaration and I have personal knowledge of the facts stated in this Declaration. All of the facts stated in this Declaration are true and correct.

2.      I am counsel for the Plaintiff Energy Transportation Group, Inc. in the above referenced and styled cause.



3.    Attached as Exhibit A1 is a true and accurate copy of the web page available on November 14, 2005 from the URL http://www.demant.com/eprise/main/Demant/_Announcements/General/00-11-22_GB.pdf .

4.    Attached as Exhibit A2 is a true and accurate copy of the web page available on November 14, 2005 from the http://www.ahaanet.com/about_ahaa.asp.

5.    Attached as Exhibit A3 is a true and accurate copy of the web page available on November 14, 2005 from the URL http://ahaa.via.infonow.net/locator/jsp/index.jsp.

6.    Attached as Exhibit A4 is a true and accurate copy of the web page available on November 14, 2005 from the URL http://www.demant.com/eprise/main/Demant/com/SEC_AboutUs/CNT01_AboutUs.

7.    Attached as Exhibit A5-1 is a true and accurate copy of the web page available on November 14, 2005 from the URL http://www.demant.com/eprise/main/Demant/com/SEC_AboutUs/CNT01_Foundation and attached as Exhibit A5-2 is a true and accurate copy of the web page available on November 14, 2005 from the URL http://www.demant.com/eprise/main/Demant/com/SEC_AboutUs/CNT01_FAQ.

8.    Attached as Exhibit A6 is a true and accurate copy of the web page available on November 14, 2005 from the URL http://www.demant.com/eprise/main/Demant/com/SEC_AboutUs/CNT01_History.

9.    Attached as Exhibit A7 is a true and accurate copy of the web page available on November 14, 2005 from the URL http://www.demant.com/eprise/main/Demant/com/SEC_Investor/050817InvestorPresentation.pdf.

10.     Attached as Exhibit A8 is a true and accurate copy of the web page available on November 14, 2005 from the URL http://www.demant.com/eprise/main/Demant/com/SEC_Investor/050307InvestorPresentation.pdf.

11.     Attached as Exhibit A9 is a true and accurate copy of the web page available on November 14, 2005 from the URL http://www.williamdemant.com/eprise/main/Demant/com/SEC_Investor/2004_03_InvestorPrese ntation.pdf.

12.     Attached as Exhibit A10 is a true and accurate copy of the web page available on November 14, 2005 from the URL http://www.audiologyonline.com/interview/displayarchives.asp?interview_id=31.

13.     Attached as Exhibit A11 is a true and accurate copy of the web page available on November 14, 2005 from the URL http://www.reports.demant.com/Investor/report_01/directors_report.htm.

14.     Attached as Exhibit A12 is a true and accurate copy of the web page available on November 14, 2005 from the URL http://www.audiologyonline.com/news/displaynews.asp?news_id=275.

15.     Attached as Exhibit A13 is a true and accurate copy of the web page available on November 14, 2005 from the URL Attached as Exhibit A2 is a true and accurate copy of the web page available on November 14, 2005 from the URL http://www.demant.com/eprise/main/Demant/com/SEC_Investor/2004_04_InvestorPresentation. pdf.

16.     Attached as Exhibit A14 is a true and accurate copy of the web page available on November 14, 2005 from the URL

http://www.williamdemant.com/eprise/main/Demant/com/SEC_Investor/030301AnnualReport.p
df.

     17.    Attached as Exhibit A15 is a true and accurate copy of search results, available on
November 14, 2005 , for providers near Dover, Delaware from URL
http://ahaa.via.infonow.net/locator/jsp/index.jsp.

     18.    Attached as Exhibit A16 is a true and accurate copy of the web page available on
November 14, 2005 from the URL http://www.delawarehearingconsultants.com/skillsexpertise/.

     19.    Attached as Exhibit A17 is a true and accurate copy of the web page available on
November 14, 2005 from the URL
http://hcl.oticon.us/(ro2dys55z50mom550l551o45)/form.aspx.

     20.    Attached as Exhibit A18 is a true and accurate copy search results, available on
November 14, 2005, for providers near Delaware from URL
http://hcl.oticon.us/(ro2dys55z50mom550l551o45)/viewMap.aspx.

     21.    Attached as Exhibit A19 is a true and accurate copy of a document obtained on
July 26, 2005 from Lexis' state corporate records reflecting Niels Jacobsen's position as a
director on the American Hearing Aid Associates, Inc.

     22.    Attached as Exhibit A20 is a true and accurate copy of a November 8, 2005 letter
I sent William Demant Holding A/S's attorney which listed jurisdictional discovery requested by
Plaintiff and pertaining to William Demant Holding A/S.

     23.    Attached as Exhibit A21 rue and accurate copy of the letter of November 9, 2005
which I received from William Demant Holding A/S's attorney which stated that William
Demant Holding A/S declined to voluntarily participate in any jurisdictional discovery.

B7

24.    I have executed this Declaration on November 14, 2005.

_Brian M Buro_
_____
Brian M. Buroker

EXHIBIT A-1

To the Copenhagen Stock Exchange

**Announcement No. 2000-13**
**2 pages in total**

*Contact person:*
*Niels Jacobsen, President & CEO*

*Hellerup, 22 November 2000*
*NJA/aor*



William Demant
Holding

William Demant Holding A/S
58, Strandvejen
DK - 2900 Hellerup
Denmark

Tel.: +45 39 17 71 00
Fax: +45 39 27 89 00

CVR No. 71186911
william@demant.dk

**William Demant Holding A/S strengthens distribution in North America and concludes
OEM-agreement**

William Demant Holding A/S has just concluded a joint venture and an OEM-agreement
with a group of independent American hearing aid dispensers operating under the trade
name *AVADA Audiology and Hearing Care centers*.

The *AVADA* Group consists of 16 prominent hearing aid dispensers with a total of 390 em-
ployees in 163 clinics in 12 states. In 1999, revenues amounted to USD 36 million.

The co-operation with the *AVADA* Group was established through a newly established joint
venture company, and the parties have infused the 163 clinics and liquid capital in the
amount of USD 10-13 million for acquiring additional clinics under the *AVADA* brand. By
virtue of the recently concluded exclusive OEM-agreement, the clinics will in future mainly
sell OEM-products from the William Demant companies under the *AVADA* brand.

William Demant Holding A/S will invest a total of USD 53.8 million to obtain an exclusive
OEM-agreement and 47% ownership of the joint venture company. The investment will be
financed by a total cash amount of USD 37 million, and as far as the remaining part of the
investment is concerned through the issue of 335,600 new William Demant Holding A/S
shares (equivalent to 0.5% of the share capital).

The issue of new shares will be carried out in accordance with a standing authorisation
granted by the General Assembly to the Board of the Company, however without granting
existing shareholders a preferential subscription right. The shares will be offered at a price
of 439 corresponding to the average closing price of the past 10 days' official closing prices
at the Copenhagen Stock Exchange. It has been agreed with the holders of the newly issued
shares that half the new shares cannot be sold until a three-month lock-up period starting
today has expired and that the second half of shares cannot be sold until an additional
three-month lock-up period has expired.

The total investment of DKK 475 million will affect a number of items in the accounts of
William Demant Holding A/S. The joint venture co-operation will be consolidated propor-

1

tionally with 47% in the accounts for which reason the Group's net revenues for 2001 are expected to be affected positively by USD 18-20 million. Moreover, the additional revenues are expected to be realised with a profit margin corresponding to the Group's present profit margin.

After write-down of goodwill by a total of DKK 418 million and after infusion of the proceeds originating from the share issue in the amount of DKK 148 million, the shareholders' equity will be influenced negatively by a net total of DKK 270 million.

The co-operation with the *AVADA* Group will strengthen the position of William Demant Holding A/S on the North American market, and the newly established joint venture is expected to be a good basis for future growth.

### Dividend policy

Since the company went public in May 1995 and up to now, the William Demant Group has paid out a total of DKK 450 million in dividends – i.e. partly in the form of direct dividends totalling DKK 146 million and partly in the form of buy-back of own shares totalling DKK 304 million. These payments correspond to 54% of this period's overall profit.

This year alone, the William Demant group has carried through acquisitions totalling DKK 0.9 billion. Such acquisitions have mainly been financed through the contraction of debt. For the duration of the on-going expansion phase, the Company's Board considers it suitable to preserve a big part of the Group's cash-flow within the Company, for which reason the Board has decided to recommend the up-coming General Assembly (April 2001) that no dividends for the financial year 2000 be paid out.

In the coming years, the Company does not intend to pay out any dividends either and will use buy-back of own shares as the only means of dividend distribution. Thus, the Company will to a larger extent be able to adjust its stand-by capital to the growth and expansion in the years to come.

### Expectations of this financial year and 2001

The expectations of this financial year remain unchanged compared to the interim report released in August.

As mentioned earlier, the present investment is expected to influence the 2001 revenues positively by USD 18-20 million. Information on the expected overall result for the financial year 2001 will be sent to the Copenhagen Stock Exchange in connection with the publication of the Company's annual report on 6 March 2001.

*Yours sincerely,*
William Demant Holding A/S


Niels Jacobsen
President & CEO

2

# EXHIBIT A-2

About the American Hearing Aid Associates



**AMERICAN HEARING AID ASSOCIATES**

☑ News and Information  ☑ Hearing Aid Products  ☑ Service Plans  ☑ Find a Provider  ☑ Careers at AHAA

☐ Contact Us
☐ About AHAA
☐ Professionals
☐ FAQ's
☐ Search

- Home
- Hearing Loss
- Hearing Aids
- Children
- General Information
- Site Map
- Links
- Glossary









## About AHAA

Specializing in the diagnosis of hearing loss and the treatment of hearing loss, our highly trained professionals will find the best hearing solution for you.

AHAA is also dedicated to maintaining a strong online presence, which benefit the hard of hearing and their friends and family.

### About AHAA

more

- Contact Us
- FAQ
- Search Our Site
- Privacy Policy

- **AHAA** represents the nation's highest quality and most accessible hearing health care network comprised of professional audiologists, hearing aid dispensers, otolaryngologists, hospitals, and universities across the country.

- **AHAA** aims to raise the quality of hearing health care throughout America by the continual evaluation and upgrading of the educational standards and technical expertise of our hearing aid associates.

- While the provider/patient relationship is the foundation of our integrity, it is our duty to increase awareness of hearing loss throughout the country and deliver the hearing impaired person a better life as a result of improved hearing.

http://www.ahaanet.com/about_ahaa.asp

11/13/2005

Page 2 of 2

11/13/2005

About the American Hearing Aid Associates







©2002 American Hearing Aid Associates, All Rights Reserved. Privacy Policy | Conditions of Use

B14

EXHIBIT A-3

AHAA's Hearing Network

Page 1 of 2

# AMERICAN HEARING AID ASSOCIATES

☑ News and Information  ☑ Hearing Aid Products  ☑ Service Plans  ☑ Find a Provider  ☑ Careers at AHAA

☐ Contact Us
☐ About AHAA
☐ Professionals
☐ FAQ's
☐ Search

**Find a Provider**

- What is an Audiologist?
- About AHAA
- Patients Bill of Rights
- What is a hearing evaluation?

- Hearing Loss
- Hearing Aids
- Children
- General Information
- Site Map
- Links

[SEARCH]

## Welcome to
## The AHAA Network

The American Hearing Aid Associates (AHAA) represents the very best of hearing health care in America.

- AHAA represents the nation's highest quality and most accessible hearing health care network comprised of professional audiologists, hearing aid dispensers, otolaryngologists, hospitals, and universities across the country.

- AHAA aims to raise the quality of hearing health care throughout America by the continual evaluation and upgrading of the educational standards and technical expertise of our hearing and associates.

Professionals
## Join our Network

**AHAA Associates are Proud to Offer**

- Complete Hearing Healthcare
- HELPcard
- Universal Hearing Benefit Plan

### Find a Provider

Street (or cross streets):

City:

State/Province:
Select State

Zip Code:

Display Results:
⊙ Map & List ○ List Only

[Search Now]



**10-20% Off**
Name Brand Hearing Aids
*Click Here for Details*

Page 2 of 2

11/13/2005

AHAA's Hearing Network

Referral Management Services by InfoNow Corporation, Copyright ©2005.

B17

EXHIBIT A-4

Demant Website - About us

Page 1 of 1

ABOUT US    INVESTOR    MEDIA    CONTACTS
About us | Mission | History | Management | Corporate Governance | FAQ | Oticon Foundation | Jobs | Home

☞ search                    sitemap

## About us

The William Demant Holding Group develops, manufactures and sells products and equipment designed to aid the hearing and communication of individuals. The Group focuses on three business areas: Hearing Aids, Diagnostic Instruments and Personal Communication. Group undertakings collaborate in many areas and to a wide extent also share resources and technologies.

### William Demant Holding A/S

| Hearing Aids | Diagnostic Instruments | Personal Communication |
| --- | --- | --- |
| Oticon | Maico Diagnostics | Phonic Ear |
| Bernafon | Interacoustics | Sennheiser Communications |

Shared functions

Operational activities          Distribution activities

HISTORY

production because of World War II

1946:
First time Oticon hearing aid is introduced

1957:                Restart

BUSINESS UNITS

Hearing Aids
Oticon
Bernafon

Diagnostic Instruments
Maico Diagnostics
Interacoustics

Personal Communication
Phonic Ear
Sennheiser Communications

© 2004

William Demant Holding A/S, Kongebakken 9, DK-2765 Smørum, Phone +45 3917 7100, william@demant.dk

http://www.demant.com/eprise/main/Demant/com/SEC_AboutUs/CNT01_AboutUs          11/13/2005

B19

EXHIBIT A-5

Demant Website - The Oticon Foundation

ABOUT US    INVESTOR    MEDIA    CONTACTS
About us | Mission | History | Management | Corporate Governance | FAQ | Oticon Foundation | Jobs | Home

search    sitemap

## The Oticon Foundation

When Hans Demant founded Oticon in 1904, it was for a good reason: his wife was hearing-impaired, and he was determined to help her and others like her. From personal experience, Hans Demant knew about the effects of hearing impairment – the complex psychological problems which inevitably arise when people have difficulty communicating.

Inspired by Hans' humanistic philosophy, his son William and his wife created William Demants og Hustru Ida Emilies Fond in 1957. The foundation is later also known as the Oticon Foundation. Today the Oticon Foundation is the largest shareholder in William Demant Holding with a shareholding of just below 60%.

The foundation's statutes mandate that income be used to support the needs of hearing-impaired individuals as well as organizations. Income is derived through its ownership of the majority of shares in the Oticon company.

As one of the world's oldest foundations, the Oticon Foundation sponsors social and educational programs, publications, conferences, cultural activities and campaigns - both for researchers, hearing-care professionals and the general public.

**The Oticon Foundation**
William Demants og Hustri Ida Emilies Fond
Kongebakken 9
DK-2765 Smørum
Denmark
Phone +45 3917 7100
Fax +45 3927 7900
fonden@oticon.dk
www.oticonfonden.dk

HISTORY

1904:
The William Demant Group was founded by Hans Demant

Restart

BUSINESS UNITS

Hearing Aids
Oticon
Bernafon

Diagnostic Instruments
Maico Diagnostics
Interacoustics

Personal Communication
Phonic Ear
Sennheiser Communications

© 2004

William Demant Holding A/S, Kongebakken 9, DK-2765 Smørum, Phone +45 3917 7100, william@demant.dk

B21

Demant Website - Frequently Asked Questions

Page 1 of 2

🔍 search          sitemap

## Frequently Asked Questions

**On which stock exchange are William Demant Holding's shares traded?**

William Demant Holding's shares are traded on the Copenhagen Stock Exchange since May 1995.

**When did William Demant Holding change to its current name from Oticon Holding A/S?**

At the annual general meeting in May, 1997 it was decided to change the name of the parent company from Oticon Holding A/S to William Demant Holding A/S, due to the fact that it was considered disadvantageous to use the same name, both for the Group, and for one of its businesses. The name – William Demant Holding A/S – represents a return to the company's origins: William Demant managed the company as a private company from 1912-1957, at which time it became a limited company under the name "Aktieselskabet William Demant".

**Under which symbols are William Demant Holding's shares traded?**

Copenhagen Stock Exchange ID code/ISIN: DK010268440
Copenhagen Stock Echange Shortname: WDH
Reuter: WDH.CO
Bloomberg: WDH DC

**How many William Demant Holding shares are issued?**

65,568,804 shares are issued. The company's holding of own shares at 17 August 2005 was 797,150. No options or warrants on the shares have been issued.

**When did William Demant Holding go public and at what price? Has William Demant Holding had any share splits?**

William Demant Holding went public on 11 May 1995 at a price per share of 395. The listed shares had a nominal value of DKK 20. Since the initial public offering William Demant has had two stock splits. In May 1997 the shares were split from the nominal value of DKK 20 to DKK 5 per share, and in April 2000 a 1:5 share split was decided dividing the share capital into shares of DKK 1.

To compare today's share price with the share price of May 1995, a shareholder should divide the 1995 price by 20.

**What is William Demant Holding's policy on employee share**

HISTORY

**1940's:**
William Demant starts own production because of World War II.

- - - -          Restart

**BUSINESS UNITS**

Hearing Aids
  Oticon
  Bernafon

Diagnostic Instruments
  Maico Diagnostics
  Interacoustics

Personal Communication
  Phonic Ear
  Sennheiser Communications

Demant Website - Frequently Asked Questions

Page 2 of 2

**incentive programs?**
William Demant offers from time to time its employees to buy shares in the company at a favorable price to incentive its employees.

**Who should I contact regarding other questions on investor relations?**
You may contact either

Kenneth Sachse, VP, Finance
Tel.: +45 3917 7100
e-mail: william@demant.dk

or

Stefan Ingildsen, VP, Investor Relations
Tel.: +45 3913 8509, Mob.: +45 2922 0270
e-mail: william@demant.dk

**What is William Demant Holding's dividend policy?**
The traditional approach with payment of dividend in connection with the annual general meeting has been replaced by an active share buyback program. William Demant Holding will on an ongoing basis assess its capital resources and if required use surplus funds to buy back outstanding shares. This provides the company with a more dynamic planning of dividend policies rather than the static once-a-year dividend pay-out.

**I live outside Denmark and wish to purchase shares in William Demant Holding. How do I accomplish this?**
You should contact your broker or bank, which will be able to trade the shares for you through a correspondent bank in Denmark.

© 2004

William Demant Holding A/S, Kongebakken 9, DK-2765 Smørum, Phone +45 3917 7100, william@demant.dk

**EXHIBIT A-6**

Demant Website - History

ABOUT US    INVESTOR    MEDIA    CONTACTS

About us | Mission | History | Management | Corporate Governance | FAQ | Oticon Foundation | Jobs | Home

℗ search    sitemap

## History of WDH

The William Demant Holding Group was founded in 1904 by Hans Demant.

Hans Demant, whose wife had a severe hearing loss, **went to London to get a hearing aid for his wife**. That very same year, he founded a hearing instrument company 'Oticon' – **actually the oldest of its kind in the world. After Hans Demant's death in 1910,** his son William took over the business.

Already before World War I, Oticon increased its sales volume to cover the rest of Scandinavia and Saint Petersburg. In the twenties and thirties, a network of agents was established in Europe.

During World War II, Oticon started its own production due to the scarcity of goods from other countries.

From the fifties to the seventies a network of sales companies was established abroad. During this period, Oticon led the transition from pocket hearing instruments to behind-the-ear hearing instruments.

In 1957, William and his wife Ida Emilie donated the Demant **family's shares in the company to the Oticon Foundation.** The Oticon Foundation's general aim is charity with particular emphasis on helping people with a hearing impairment and today the Oticon Foundation is the main shareholder in William Demant Holding A/S with a holding of app. 61%.

In the eighties, the production of custom-made in-the-ear hearing instruments started.

In 1991, a new and very flexible company structure was established to strengthen the knowledge-based organisation.

1995 became a year of major changes: in January the Group acquired Bernafon – a hearing aid manufacturer based in Switzerland which is today a separate business unit in the William Demant Holding Group. In May, William Demant Holding was listed

The Demant Family

William and Ida Emilie Demant

**HISTORY**

**1904:**
The William Demant Group was founded by Hans Demant

**1910:**                    Restart

**BUSINESS UNITS**

Hearing Aids
Oticon
Bernafon

Diagnostic Instruments
Maico Diagnostics
Interacoustics

Personal Communication
Phonic Ear
Sennheiser Communications

Demant Website - History

on the Copenhagen Stock Exchange.

Finally in the autumn the first digital hearing aid was introduced on the market.

In 1997, Phonic Ear was acquired and today Phonic Ear is a major company in the Personal Communication business unit where FM and wireless technologies are core technologies.

In 1999, the headset manufacturer DanaCom was acquired.

In 2000, Interacoustics (audiometers) was acquired, and now the company is a major part of the Diagnostic Instruments business unit.

In 2000, the William Demant Holding Group acquired four major companies that have strengthened the distribution of hearing aids manufactured by both Oticon and Bernafon.



1900

Products 1900-2003

William Demant Holding A/S, Kongebakken 9, DK-2765 Smørum, Phone +45 3917 7100, william@demant.dk

© 2004

# EXHIBIT A-7