FIRST HALF 2005

William Demant / Holding

# William Demant Holding A/S

## Investor Presentation

## August 2005

B28



**William Demant / Holding**

FIRST HALF 2005

# Headlines first half 2005

- Strong growth in sales DKK 2,258 million – up from DKK 2,067 million in H1 2004

- Organic growth of 12% in wholesale of hearing aids supported by several successful product launches

- R&D expenditures up by 24% - totalling DKK 185 million

- EBIT of DKK 523 million corresponding to 16% growth

- EBIT margin of 23.1% or 1.3 percentage points better than H1 2004

- EPS DKK 5.7 - improvement of 21% versus H1 2004

- CFFO at DKK 423 million is a doubling on H1 2004

- Share buy-back programme continues – expected to reach the level of DKK 600-700 million

- EBIT guidance for 2005 maintained at DKK 1,050-1,100 million – small upgrade of revenue forecast due to currency movements

2

William Demant / Holding

FIRST HALF 2005

3

# Profit and loss account

| DKK million | H1 2005 | H1 2004 | % change | % change in local currency | Full Year 2004 |
|---|---|---|---|---|---|
| Net revenue | 2,258 | 2,067 | 9% | 11% | 4,303 |
| Gross profit | 1,497 | 1,368 | 9% | 10% | 2,859 |
| Gross profit ratio | 66.3% | 66.2% | | | 66.4% |
| R&D costs | -185 | -150 | 24% | 24% | -324 |
| Distribution costs | -648 | -631 | 3% | 4% | -1,264 |
| Administrative expenses etc. | -141 | -136 | 4% | 4% | -266 |
| Operating profit (EBIT) | 523 | 451 | 16% | 16% | 1,005 |
| Profit margin | 23.1% | 21.8% | | | 23.4% |
| Net profit | 373 | 319 | 17% | 17% | 717 |
| Earnings per share (EPS), DKK | 5.7 | 4.7 | 21% | | 10.7 |



# Organic growth – WDH Group

William Demant / Holding

B31



# Net revenue by business area

| DKK million | H1 2005* | H1 2004* | % change in local currency | H1 2004 |
|---|---|---|---|---|
| Hearing Aids | 2,002 | 1,808 | 11% | 1,832 |
| Diagnostic Instruments | 138 | 115 | 20% | 117 |
| Personal Communication | 118 | 116 | 2% | 118 |
| Total | 2,258 | 2,039 | 11% | 2,067 |

* Computed at H1 2005 exchange rates

William Demant / Holding

FIRST HALF 2005

5

B32

William Demant / Holding

FIRST HALF 2005

6

# Net revenue by region



| DKK million | H1 2005* | H1 2004* | % change in local currency |
|---|---|---|---|
| Europe | 1,123 | 992 | 13% |
| North America | 744 | 706 | 5% |
| Asia | 149 | 124 | 20% |
| Pacific Rim | 162 | 143 | 13% |
| Other countries | 80 | 74 | 8% |
| Total | 2,258 | 2,039 | 11% |

* Computed at H1 2005 exchange rates



William Demant / Holding

FIRST HALF 2005

7

# Currency impact on revenue

- Negative impact on H1 revenue amounts to DKK 28 million or 1% (versus H1 2004)

- USD strengthened more than 10% during H1 2005

- Impact on revenues recognized at the time of currency movement

- Positive impact of 1% on revenue expected for the full year based on a DKK/USD rate of 620 in August – December

- Delayed impact on EBIT due to currency hedging

- Negative currency impact still estimated to be DKK 30 million on EBIT for the full year compared to 2004

| FOREIGN EXCHANGE RATES | USD | JPY | GBP |
|---|---|---|---|
| Realised rate 1st half 2004 | 607 | 5.60 | 1105 |
| Realised rate 2004 | 599 | 5.54 | 1097 |
| Realised rate January 2005 | 567 | 5.49 | 1065 |
| Realised rate 1st half 2005 | 580 | 5.47 | 1085 |
| Realised rate July 2005 | 585 | 5.48 | 1085 |
| Expected rate Aug - Dec 2005 | 620 | 5.54 | 1085 |

| CURRENT HEDGING | USD | JPY | EUR |
|---|---|---|---|
| Hedging per 31 December 2004 | 601 | 5.74 | 746 |
| Hedging period | 13m | 9m | 8m |
| Hedging per 30 June 2005 | 596 | 5.75 | 746 |
| Hedging period | 10m | 11m | 10m |

B34

William Demant / Holding

FIRST HALF 2005

# Balance sheet

| DKK million | 30/6/05 | 31/12/04 | 30/6/04 |
|---|---|---|---|
| **Assets** | | | |
| Intangible | 58 | 59 | 27 |
| Tangible | 657 | 621 | 436 |
| Financial | 174 | 143 | 111 |
| **Total fixed assets** | **889** | **823** | **574** |
| Inventories | 635 | 603 | 673 |
| Debtors | 972 | 888 | 844 |
| Liquid funds | 152 | 126 | 137 |
| **Total current assets** | **1,759** | **1,617** | **1,654** |
| **Total assets** | **2,648** | **2,440** | **2,228** |

| | 30/6/05 | 31/12/04 | 30/6/04 |
|---|---|---|---|
| **Liabilities** | | | |
| Shareholders' equity | 703 | 652 | 474 |
| Provisions | 36 | 41 | 59 |
| Long-term creditors | 674 | 458 | 545 |
| Short-term creditors | 1,235 | 1,289 | 1,150 |
| **Total creditors** | **1,909** | **1,747** | **1,695** |
| **Total liabilities** | **2,648** | **2,440** | **2,228** |

B35

**William Demant/Holding**

FIRST HALF 2005

# Cash flow

- CFFO doubled to DKK 423 million (from DKK 209 million in H1 2004)
- Strong cash flow driven by improvements in operating performance, working capital and taxes paid
- Free cash flow for the full year (including new HQ) expected to exceed the 2004 level



9

B36



# William Demant / Holding

# Hearing aids

- Business area accounted for 89% of revenues

- 12% organic growth and 15% unit growth (own manufactured hearing aids)

- Growth negatively impacted by the loss of sales to US Veteran Affairs (VA) in H2 2004

- Overall market grew in line with long-term expectations of 3-5% growth

- WDH growth in H1 supported by a huge number of product launches

- Sales of Oticon Tego accounted for the largest contribution to unit growth in H1 – supports Tego's potential to become one of the world's best-selling hearing aids

## Growth in HA business



22%    18%    9%    14%    12%
2001   2002   2003   2004   H1 2005

AVADA and AHAA acquired in Nov 2000
and Aug 2001, respectively

## Growth in Group manufactured HA

15%    10%    14%    13%    15%
2001   2002   2003   2004   H1 2005

AVADA and AHAA acquired in Nov 2000
and Aug 2001, respectively

Oticon • Tego    Oticon • Tego Pro

Oticon · Syncro



B37

10

Case 1:05-cv-00422-GMS    Document 89-2    Filed 11/15/2005    Page 36 of 41



B.38

Case 1:05-cv-00422-GMS    Document 89-2    Filed 11/15/2005    Page 37 of 41



William Demant / Holding



# Other business areas

## Diagnostic Instruments

– Business area accounted for 6% of revenues

– Strong organic growth of 20% in a market being slightly upward

– Growth supported by a more aggressive and concentrated effort in sales and distribution



DKK million *

| H1 03 | H2 03 | H1 04 | H2 04 | H1 05 |
|-------|-------|-------|-------|-------|
| 101   | 104   | 115   | 125   | 138   |

## Personal Communication

– Business area accounted for 5% of revenues

– Organic growth modest at 2%

– Phonic Ear saw slight decline in sales

– FrontRow classroom loudspeaker system launched in Q2

– Sennheiser Communications generated fair growth in all segments



DKK million *

| H1 03 | H2 03 | H1 04 | H2 04 | H1 05 |
|-------|-------|-------|-------|-------|
| 93    | 127   | 116   | 126   | 118   |

* Computed at H1 2005 exchange rates

13

William Demant / Holding

FIRST HALF 2005

# Shareholder information

- Excess cash distributed to shareholders through buy-backs – DKK 1.9 billion in total since 2002

- At AGM in April 2005, the company cancelled 2.9% of issued shares – the share capital is now DKK 65.6 million

- 797,150 treasury shares held on 17 August 2005 corresponding to 1.2% of the number of outstanding shares

- Main shareholder, the Oticon Foundation, holds 61.3% as of 17 August 2005



Payments to shareholders since listing
DKK million

| | | | | | | | | | | | |
|95|96|97|98|99|2000|01|02|03|04|H1 05|
| | 23| 179| 188| 65| 27| 423| 541| 611| | 289|
|15| | | | | | | | | | |
|10| | | | | | | | | | |
|-150| |-52| | |-165| |-15|-15| |-15|

☑ Dividend    ☑ Buy-back of own shares    ☑ Issue of shares / **sale of own shares to employees**



William Demant / Holding

FIRST HALF 2005

# Guidance

- EBIT guidance for the full year maintained at DKK 1,050-1,100 million

- Revenues forecast raised to DKK 4.6–4.7 billion due to currency movements

- Currency fluctuations have little impact on EBIT in the short term due to hedging

- Consequently, EBIT margin now expected at 23.0–24.0% for 2005

- EPS expected to grow 10% in 2005

- Free cash flow in 2005 now expected to exceed level in 2004

- Shares worth DKK 600-700 million expected to be repurchased in 2005 versus a previous indication of DKK 550-600 million

15

FIRST HALF 2005

William Demant/Holding

# Summary of key points

• WDH continues to gain market shares ⇨ 15% unit growth in own manufactured hearing aids in H1 2005

• Oticon Tego has been a huge success so far ⇨ heavy demand supports Tego's potential to become one of the world's best-selling hearing aids

• We continue to generate a strong cash flow ⇨ CFFO doubled to DKK 423 million versus DKK 209 million in H1 2004

16

B43

**REDACTED B44 - B78**

# ARTICLES OF ASSOCIATION

1. **Name**

1.1 The Company's name is William Demant Holding A/S.

1.2 The Company's secondary name is Oticon Holding A/S (William Demant Holding A/S).

2. **Registered Office**

2.1 The Company's registered office is in the municipality of Gentofte.

3. **Objects**

3.1 The objects of the Company are to own other businesses, either wholly or in part, and international trade and industry.

4. **Company Capital**

4.1 The share capital of the Company consists of DKK [74,712,906] split into [74,712,906 shares] of DKK 1 each or multiples thereof.

4.2 The share capital is fully paid-up.

4.3 The shares shall be registered with the Danish Securities Centre (Værdipapircen-tralen) (central computer register of shares).

5. **Shares in the Company**

5.1 Shares in the Company shall be issued to the bearer, but the name of the bearer may be entered in the Company's register of shareholders.

5.2 Shares in the Company are freely transferable negotiable instruments.

5.3 The board of directors shall ensure that a register of shareholders is kept which shall contain a list of all shares in the Company.


EXHIBIT 7

DEM012642

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

ENERGY TRANSPORTATION GROUP, §
INC. §
§
    Plaintiff, §
§        Civil Action No.
    v. §        05-CV-422-GMS
§
SONIC INNOVATIONS, INC., et al. §
§
    Defendants. §

### WILLIAM DEMANT HOLDING A/S'S RESPONSES TO PLAINTIFF'S FIRST SET OF JURISDICTIONAL REQUESTS FOR ADMISSIONS (NOS. 1-5)

In response to Plaintiff's First Set of Jurisdictional Requests for Admissions (Nos. 1-5) of June 27, 2007, and in accordance with discovery limitations imposed by Judge Sleet in the Order dated December 4, 2006, William Demant Holdings A/S ("WDH A/S") hereby provides the following responses, subject to the General and Specific Objections set forth below.

### PRELIMINARY STATEMENTS AND GENERAL OBJECTIONS

WDH A/S incorporates herein by reference the Preliminary Statements and General Objections set forth in WDH A/S's response to Plaintiff's First Set of Jurisdictional Interrogatories (Nos. 1-5).

### SPECIFIC OBJECTIONS AND RESPONSES

Subject to and without waiving any of the General Objections, WDH A/S responds to Plaintiff's First Set of Jurisidictional Requests for Admissions (Nos. 1-5) as follows:

### Request for Admission No. 1:

Admit that the documents Bates numbered in this cause as:



EXHIBIT
8

DEM000001 through DEM013014,
DEM013031 through DEM106862,
DEM411136 through DEM468433,
DEM-WDH-000001 through DEM-WDH-000006, and
DEM-WDH-000008 through DEM-WDH-000400

are true and correct copies of documents created by William Demant Holding A/S, its subsidiaries, and/or a member of the William Demant Holding Group.

## Specific Objections and Response:

WDH A/S objects to this Request as overly broad, unduly burdensome and imposing an obligation beyond the requirements of law to the extent the Request seeks to require WDH A/S to review over 150,000 pages of production documents and determine whether WDH A/S created each one, and if so, whether each document is a "true and correct" copy. WDH A/S also objects to this request, because a vast majority of the listed documents are not even documents from WDH A/S files, and WDH A/S has no obligation to investigate the authenticity of other companies' documents.

In addition, WDH A/S objects to this Request as being outside the scope of permissible discovery to the extent the Court's Order of December 4, 2006, limited jurisdictional discovery of WDH A/S to induced infringement issues.

For the reasons set forth in the general and specific objections, WDH A/S is unable to admit or deny this request, and therefore denies this request in its entirety.

## Request for Admission No. 2:

Admit that the documents Bates numbered in this cause as:

DEM000001 through DEM013014,
DEM013031 through DEM106862,
DEM411136 through DEM468433,
DEM-WDH-000001 through DEM-WDH-000006, and
DEM-WDH-000008 through DEM-WDH-000400

are records of regularly conducted activity, as defined in Federal Rule of Evidence

2

803(6).

### Specific Objections and Response:

WDH A/S objects to this Request as overly broad, unduly burdensome and imposing an obligation beyond the requirements of law to the extent the Request seeks to require WDH A/S to review over 150,000 pages of production documents and determine whether each page falls within an exception to the hearsay rule. WDH A/S further objects to this request because the phrase "regularly conducted activity" is unqualified as to an entity, rendering the request vague and ambiguous. WDH A/S also objects to this request, because a vast majority of the listed documents are not even documents from WDH A/S files, and WDH A/S has no obligation to investigate the authenticity of other companies' documents.

In addition, WDH A/S objects to this Request as being outside the scope of permissible discovery to the extent the Court's Order of December 4, 2006, limited jurisdictional discovery of WDH A/S to induced infringement issues.

For the reasons set forth in the general and specific objections, WDH A/S is unable to admit or deny this request, and therefore denies this request in its entirety.

### Request for Admission No. 3:

Admit that the entity currently know as William Demant Holding A/S became a shareholder in HIMPP A/S in 1996.

### Response:

Subject to the General Objections, WDH A/S admits that it was formerly known as Oticon Holding A/S, and that Oticon Holding A/S became a shareholder in HIMPP A/S in 1996. In all other respects, this request is denied.

3

### Request for Admission No. 4:

Admit that prior to 1997, an employee and/or agent of the entity currently known as William Demant Holding A/S reviewed the following patents that were assigned in 1996 to K/S HIMPP, regardless whether the patents were so assigned at the time of such review( s):

U.S. Patent No. 4,992,966 and U.S. Patent No. 4,972,487.

### Specific Objections and Response:

WDH A/S objects to this Request as being vague and ambiguous, particularly with

respect to the terms "agent" and "reviewed." WDH A/S also objects to this Request as overly

broad, unduly burdensome, and imposing an obligation beyond the requirements of law to the

extent the request would require WDH A/S to investigate knowledge of individuals no longer

affiliated with the company.

Subject to the General and Specific Objections, WDH A/S denies Request No. 4.


### Request for Admission No. 5:

Admit that by virtue of the review(s) referenced in the preceding Request the entity currently known as William Demant Holding A/S became aware of the existence of the Levitt '850 Patent prior to 1997.

### Specific Objections and Response:

Subject to the General Objections and the Specific Objections for the preceding Request,

WDH A/S denies Request No. 5.

4

As to Objections:

Dated: July 27, 2007

Respectfully submitted,

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Phone: (202) 408-4000
Fax: (202) 408-4400

Mary Graham
MORRIS, NICHOLS, ARSHT & TUNNELL
LLP
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: (302) 658-9200
Fax: (302) 658-3989

ATTORNEYS FOR DEFENDANT,
WILLIAM DEMANT HOLDING A/S

#1409243v1

5

B84

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on July 27, 2007 upon the following parties:

REPRESENTING ENERGY
TRANSPORTATION GROUP, INC.

Edmond D. Johnson
PEPPER HAMILTON LLP
**johnsone@pepperlaw.com**

Thomas H. Kovach
PEPPER HAMILTON LLP
**kovacht@pepperlaw.com**

Brian M. Buroker
HUNTON & WILLIAMS LLP
**etg@hunton.com**

REPRESENTING GN RESOUND A/S AND
GN HEARING CARE CORPORATION

Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**jblumenfeld@mnat.com**

Maryellen Noreika
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**mnoreika@mnat.com**

Kenneth B. Herman
ROPES & GRAY LLP
**kenneth.herman@ropesgray.com**

William J. McCabe
ROPES & GRAY LLP
**william.mccabe@ropesgray.com**

Jeffrey D. Mullen
ROPES & GRAY LLP
**jeffrey.mullen@ropesgray.com**

REPRESENTING PHONAK AG, PHONAK INC.,
PHONAK, LLC, UNITRON HEARING LTD.,
AND UNITRON HEARING, INC.

Thomas C. Grimm
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**tgrimm@mnat.com**

Leslie A. Polizoti
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**lpolizoti@mnat.com**

James R. Sobieraj
David H. Bluestone
BRINKS HOFER GILSON & LIONE
**phonaketg@brinkshofer.com**

| | |
|---|---|
| REPRESENTING RESISTANCE<br>TECHNOLOGY INC. | Barry M. Klayman<br>WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP<br>**bklayman@wolfblock.com** |
| | Jeffrey D. Shewchuk<br>SHEWCHUK IP SERVICES, LLP<br>**jdshewchuk@comcast.net** |
| REPRESENTING SONIC INNOVATIONS, INC. | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>**sonicnet@potteranderson.com** |
| | Donald Degnan<br>HOLLAND AND HART LLP<br>**ddegnan@hollandhart.com** |
| | Bryan K. Hanks<br>HOLLAND AND HART LLP<br>**bkhanks@hollandhart.com** |
| REPRESENTING STARKEY<br>LABORATORIES, INC. | Mary B. Matterer<br>MORRIS JAMES LLP<br>**mmatterer@morrisjames.com** |
| | Amy A. Quinlan<br>MORRIS JAMES LLP<br>**aquinlan@morrisjames.com** |
| | Steven L. Reitenour<br>BOWMAN AND BROOKE LLP<br>**steve.reitenour@bowmanandbrooke.com** |
| | Richard G. Morgan<br>BOWMAN AND BROOKE LLP<br>**richard.morgan@bowmanandbrooke.com** |
| REPRESENTING WIDEX A/S<br>AND WIDEX HEARING AID CO. INC. | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**dreid@mnat.com** |
| | William H. Mandir<br>SUGHRUE MION PLC<br>**wmandir@sughrue.com** |
| | David J. Cushing<br>SUGHRUE MION PLC<br>**dcushing@sughrue.com** |
| | Carl J. Pellegrini<br>SUGHRUE MION PLC<br>**cpellegrini@sughrue.com** |

B86

REPRESENTING WILLIAM DEMANT HOLDING
A/S, WDH, INC., OTICON A/S, OTICON INC.,
BERNAFON AG, AND BERNAFON, LLC

Mary B. Graham
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**mgraham@mnat.com;**
**mbgeservice@mnat.com**

John M. Romary
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
**john.romary@finnegan.com**

C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
**c.gregory.gramenopoulos@finnegan.com**

The undersigned also hereby certifies that on July 27, 2007, true and correct copies

of the foregoing were caused to be served by hand upon the following local counsel:

Edmond D. Johnson
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE  19899-1709

James W. Parrett, Jr. (#4292)

913378

- 3 -

B87