IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SONIC INNOVATIONS, INC, ) <br> PHONAK HOLDING AG, ) <br> PHONAK INC., ) <br> UNITRON HEARING, INC., ) <br> WILLIAM DEMANT HOLDING A/S, ) <br> OTICON A/S, ) <br> OTICON INC., ) <br> WIDEX A/S, ) <br> WIDEX HEARING AID CO. INC, ) <br> GN RESOUND A/S, ) <br> GN RESOUND CORPORATION, ) <br> STARKEY LABORATORIES, INC., ) <br> GENNUM CORPORATION, ) <br> RESISTANCE TECHNOLOGY INC., ) <br> BERNAFON AG, ) <br> WDH, INC., AND ) <br> BERNAFON, LLC, ) <br> ) <br> Defendants. ) | C.A. NO. 05-422 (GMS) <br><br> JURY TRIAL DEMANDED |

## DECLARATION OF HARRY L. LAXTON, JR.

1.  My name is Harry L. Laxton, Jr. I am over 18 years of age. I am an associate with the law firm of Hunton & Williams L.L.P. and my office is in Richmond, Virginia. I am fully competent to make this Declaration and I have personal knowledge of the facts stated in this Declaration. All of the facts stated in this Declaration are true and correct.



EXHIBIT 9

2. I have assisted, since prior to the filing of the above referenced and styled cause, with the representation of the Plaintiff Energy Transportation Group, Inc. in the above referenced and styled cause.

3. Attached as Exhibit A1 is a true and accurate copy of portions of the deposition of Soren Westermann.

4. I have executed this Declaration on September 4, 2007.

*Harry L. Laxton, Jr.*

REDACTED B90 - B148

# United States Patent [19]
## Widin et al.

[11] Patent Number: 4,992,966
[45] Date of Patent: Feb. 12, 1991

[54] **CALIBRATION DEVICE AND AUDITORY PROSTHESIS HAVING CALIBRATION INFORMATION**

[75] Inventors: Gregory P. Widin, West Lakeland, Minn.; Stephan E. Mangold, Alingsas; Mats B. Dotevall, Gothenburg, both of Sweden

[73] Assignee: Minnesota Mining and Manufacturing Company, St. Paul, Minn.

[21] Appl. No.: 192,213

[22] Filed: May 10, 1988

[51] Int. Cl.$^5$ .................................................. H04R 25/00
[52] U.S. Cl. ................................. 364/571.04; 381/68; 128/746; 379/52; 73/585
[58] Field of Search ............... 364/571.04, 571.03, 364/571.06, 571.07, 413.02; 73/585; 128/746; 381/60, 68, 68.2, 68.4, 68.6, 98; 379/52

[56] **References Cited**
**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,425,481 | 1/1984 | Mangold et al. | 381/68 |
| 4,548,082 | 10/1985 | Engebretsen et al. | 73/585 |
| 4,577,641 | 3/1986 | Hochmair et al. | 128/746 |
| 4,611,304 | 9/1986 | Butenko et al. | 364/571.07 |
| 4,622,440 | 11/1986 | Slavin | 364/68 |
| 4,677,581 | 6/1987 | Malka et al. | 364/571.06 |
| 4,731,850 | 3/1988 | Levitt et al. | 381/68.2 |
| 4,759,070 | 7/1988 | Voroba et al. | 128/746 |
| 4,791,672 | 12/1988 | Nunley et al. | 381/68.2 |
| 4,852,175 | 7/1989 | Kates | 381/68.4 |

**FOREIGN PATENT DOCUMENTS**

2184629  6/1987  United Kingdom ............. 381/68

*Primary Examiner*—Joseph L. Dixon
*Attorney, Agent, or Firm*—Donald M. Sell; Walter N. Kirn; William D. Bauer

[57] **ABSTRACT**

A calibration device for an auditory prosthesis, such as a hearing aid, and an auditory prosthesis which contains such a calibration device. The calibration device comprises memory in which is stored information which is characteristic of information intrinsic to the invidiual auditory prosthesis, the information being either information which represents a sufficient set of adjustment parameters required to calculate the transfer function of the auditory prosthesis or manufcturing information and a mechanism by which this information may be utilized by the auditory prosthesis or by the programming system of such auditory prosthesis.

18 Claims, 1 Drawing Sheet




EXHIBIT 13

# United States Patent [19]
## Mangold et al.

[11] Patent Number: 4,972,487
[45] Date of Patent: Nov. 20, 1990

[54] **AUDITORY PROSTHESIS WITH DATALOGGING CAPABILITY**

[75] Inventors: Stephan E. Mangold, Alingsas; Rolf C. Rising, Kungbacka, both of Sweden

[73] Assignee: Diphon Development AB, Molandal, Sweden

[21] Appl. No.: 353,220

[22] Filed: May 16, 1989

### Related U.S. Application Data

[63] Continuation of Ser. No. 175,233, Mar. 30, 1988, abandoned.

[51] Int. Cl.$^5$ .............................................. H04R 25/00
[52] U.S. Cl. ....................................... 381/68; 381/68.2; 381/68.4; 381/60
[58] Field of Search ................ 381/68, 68.2, 68.3, 381/68.4, 60; 73/585; 128/420.6

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,099,035 | 7/1978 | Yanick | 381/68.2 |
| 4,187,413 | 2/1980 | Moser | 381/68 |
| 4,357,497 | 11/1982 | Hochmair et al. | 381/46 |
| 4,419,995 | 12/1983 | Hochmair et al. | 120/420.6 |
| 4,425,481 | 1/1984 | Mansgold et al. | 381/68.2 |
| 4,471,171 | 9/1984 | Köpke | 381/68.2 |
| 4,731,850 | 3/1988 | Levitt et al. | 381/68.2 |
| 4,768,165 | 8/1988 | Hohn | 381/68.2 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 241101 | 10/1987 | European Pat. Off. | 381/68 |
| 3642828 | 8/1987 | Fed. Rep. of Germany | 381/68 |
| 61-234700 | 10/1986 | Japan | 381/68 |
| 2184629 | 6/1987 | United Kingdom | 381/68 |

### OTHER PUBLICATIONS

Cummins et al., "Ambulatory Testing of Digital Hearing Aid Algorithms", Resna 10th Annual Conference, San Jose, Calif., 1987, pp. 398–400.
M-D-D-I Reports, Jun. 8, 1987, p. 12.
Karlsson et al., "Remote Controld Programmable Hearing Aid", (Abstract) Diploma Thesis Project, Chalmers University of Technology, 1987.
World Office 83/03701, Oct. 1983, "Speech Simulation System and Method", DuBrucq.

*Primary Examiner*—Jin F. Ng
*Assistant Examiner*—M. Nelson McGeary, III
*Attorney, Agent, or Firm*—Fliesler, Dubb, Meyer & Lovejoy

[57] **ABSTRACT**

An auditory prosthesis is provided with datalogging capability whereby the use of a plurality of settings as selected by the user is maintained. The recorded datalog can be periodically read and used for revising a prosthetic prescription by altering the settings and used as a means of refining initial prescriptions of other patients whose audiometric characteristics are similar to those of the user. In one embodiment for a programmable auditory prosthesis the datalogging information includes the number of times control programs are changed, the number of times a given control program is selected, and the total time duration for which a given program is selected. Accordingly, the processing of signals by a signal processor can be tuned to fit the needs of an individual user. The prosthesis can have a remote control unit, and a datalog memory can be provided in the remote control unit along with a programmable memory which stores the control programs.

20 Claims, 12 Drawing Sheets





# United States Patent [19]
## Engebretson et al.

[11] Patent Number: 5,016,280
[45] Date of Patent: May 14, 1991

[54] **ELECTRONIC FILTERS, HEARING AIDS AND METHODS**

[75] Inventors: A. Maynard Engebretson, Ladue; Michael P. O'Connell, Maplewood; Baohua Zheng, University City, all of Mo.

[73] Assignee: Central Institute for the Deaf, St. Louis, Mo.

[21] Appl. No.: 172,266

[22] Filed: Mar. 23, 1988

[51] Int. Cl.$^5$ .................. H04R 25/00; H03B 29/00
[52] U.S. Cl. ............................ 381/68; 381/68.2; 381/68.4; 381/83; 381/93
[58] Field of Search ............. 381/68, 68.4, 93, 83, 381/68.2

[56] **References Cited**
**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 3,818,149 | 6/1974 | Stearns et al. | 381/68.2 |
| 4,025,721 | 5/1977 | Graupe et al. | 381/68.2 |
| 4,038,536 | 7/1977 | Feintuch | 328/167 |
| 4,053,846 | 10/1977 | Acker | 330/279 |
| 4,099,035 | 7/1978 | Yanick | 381/68.2 |
| 4,118,604 | 10/1978 | Yanick | 381/68.4 |
| 4,185,168 | 1/1980 | Graupe et al. | 381/68 |
| 4,186,384 | 1/1980 | Acker | 375/11 |
| 4,187,413 | 2/1980 | Moser | 381/68 |
| 4,188,667 | 2/1980 | Graupe et al. | 381/68.4 |
| 4,232,192 | 11/1980 | Beex | 381/83 |
| 4,243,959 | 1/1981 | Duttweiler | 333/166 |
| 4,417,317 | 11/1983 | White et al. | 375/14 |
| 4,425,481 | 1/1984 | Mansgold et al. | 381/68.2 |
| 4,449,237 | 5/1984 | Stepp et al. | 381/83 |
| 4,471,171 | 9/1984 | Kopke et al. | 381/68.2 |
| 4,490,841 | 12/1984 | Chaplin et al. | 381/71 |
| 4,493,101 | 1/1985 | Muraoka et al. | 381/93 |
| 4,525,856 | 6/1985 | Admiraal et al. | 381/93 |
| 4,539,690 | 9/1985 | Speidel | 375/14 |
| 4,543,453 | 9/1985 | Brander | 381/68 |
| 4,548,082 | 10/1985 | Engebretson et al. | 381/68.2 |
| 4,621,172 | 11/1986 | Kanemasa et al. | 370/32.1 |
| 4,629,829 | 12/1986 | Puhl et al. | 379/411 |
| 4,637,402 | 1/1987 | Adelman | 381/68.2 |
| 4,658,426 | 4/1987 | Chabries et al. | 381/94 |
| 4,707,824 | 11/1987 | Kanemasa | 379/410 |
| 4,731,850 | 3/1988 | Levitt et al. | 381/68.2 |
| 4,752,903 | 6/1988 | Iwata et al. | 364/724.19 |
| 4,769,808 | 9/1988 | Kanemasa et al. | 379/410 |
| 4,783,818 | 11/1988 | Graupe et al. | 381/71 |

**FOREIGN PATENT DOCUMENTS**

624524  7/1981  Switzerland ..................... 381/68

**OTHER PUBLICATIONS**

*Hearing Instruments*, "Active Filtering—A Step Toward the Programmable Hearing Aid", vol. 33, No. 10, Oct. 1982, pp. 20+.
Oppenheim et al., *Digital Signal Processing* (1975), pp. 136-173, 268-269, 438-444, with face sheets.
MacWilliams et al., "Pseudo-Random Sequences and Arrays", Dec. (1976), pp. 1715-1729, *Proceedings of the IEEE*, vol. 64.

(List continued on next page.)

Primary Examiner—Jin F. Ng
Assistant Examiner—M. Nelson McGeary, III
Attorney, Agent, or Firm—Senniger, Powers, Leavitt & Roedel

[57] **ABSTRACT**

An electronic filter for an electroacoustic system. The system has a microphone for generating an electrical output from external sounds and an electrically driven transducer for emitting sound. Some of the sound emitted by the transducer returns to the microphone means to add a feedback contribution to its electical output. The electronic filter includes a first circuit for electronic processing of the electrical output of the microphone to produce a filtered signal. An adaptive filter, interconnected with the first circuit, performs electronic processing of the filtered signal to produce an adaptive output to the first circuit to substantially offset the feedback contribution in the electrical output of the microphone, and the adaptive filter includes means for adapting only in response to polarities of signals supplied to and from the first circuit. Other electronic filters for hearing aids, public address systems and other electroacoustic systems, as well as such systems, and methods of operating them are also disclosed.

78 Claims, 15 Drawing Sheets





EXHIBIT 15



US005475759A

## United States Patent [19]
### Engebretson

[11] Patent Number: 5,475,759
[45] Date of Patent: * Dec. 12, 1995

[54] **ELECTRONIC FILTERS, HEARING AIDS AND METHODS**

[75] Inventor: A. Maynard Engebretson, Ladue, Mo.

[73] Assignee: Central Institute for the Deaf, St. Louis, Mo.

[ * ] Notice: The portion of the term of this patent subsequent to May 14, 2008, has been disclaimed.

[21] Appl. No.: **59,800**

[22] Filed: May 10, 1993

**Related U.S. Application Data**

[60] Continuation of Ser. No. 792,706, Nov. 15, 1991, Pat. No. 5,225,836, which is a division of Ser. No. 180,170, Apr. 11, 1988, Pat. No. 5,111,419, which is a continuation-in-part of Ser. No. 172,266, Mar. 23, 1988, Pat. No. 5,016,280.

[51] Int. Cl.⁶ ............................................ H04R 25/00
[52] U.S. Cl. ........................ 381/68.2; 381/684; 381/68
[58] Field of Search ............................ 381/68, 94, 93, 381/68.2, 68.4, 83; 364/724.19, 724.01, 724.16, 724.15

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 3,229,049 | 1/1966 | Goldberg | 381/68.2 |
| 3,818,149 | 6/1974 | Stearns et al. | 381/68.2 |
| 3,889,108 | 6/1975 | Cantrell | 235/152 |
| 3,894,195 | 7/1975 | Kryter | 381/68.2 |
| 4,025,721 | 5/1977 | Graupe et al. | 381/68.2 |
| 4,038,536 | 7/1977 | Feintuch | 328/167 |
| 4,053,846 | 10/1977 | Acker | 330/279 |
| 4,099,035 | 7/1978 | Yanick | 381/68.2 |
| 4,118,604 | 10/1978 | Yanick | 381/68.4 |
| 4,185,168 | 1/1980 | Graupe et al. | 381/68 |
| 4,186,384 | 1/1980 | Acker | 375/11 |
| 4,187,413 | 2/1980 | Moser | 381/68 |
| 4,188,667 | 2/1980 | Graupe et al. | 381/68.4 |
| 4,232,192 | 11/1980 | Beex | 381/83 |

(List continued on next page.)

**FOREIGN PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 684125 | 4/1964 | Canada | 179/107 |
| 0252205A2 | 1/1988 | European Pat. Off. | |
| 57-162592 | 3/1981 | Japan | |
| 60-96997 | 5/1985 | Japan | |
| 624524 | 7/1981 | Switzerland | |
| 2134357 | 8/1984 | United Kingdom | 333/14 |
| WO83/02212 | 6/1983 | WIPO | H04R 25/00 |

**OTHER PUBLICATIONS**

*Hearing Instruments*, "Active Filtering—A Step Toward the Programmable Hearing Aid", vol. 33, No. 10, Oct. 1982, pp. 20+.

Oppenheim et al., *Digital Signal Processing* (1975), pp. 136–173, 268–269, 438–444, with face sheets.

MacWilliams et al., "Pseudo-Random Sequences and Arrays" (Dec., 1976), pp. 1715–1729, *Proceedings of the IEEE*, vol. 64.

(List continued on next page.)

Primary Examiner—Wing F. Chan
Assistant Examiner—Sinh Tran
Attorney, Agent, or Firm—Senniger, Powers, Leavitt & Roedel

[57] **ABSTRACT**

An electronic filter for an electroacoustic system. The system has a microphone for generating an electrical output from external sounds and an electrically driven transducer for emitting sound. Some of the sound emitted by the transducer returns to the microphone means to add a feedback contribution to its electrical output. The electronic filter includes a first circuit for electronic processing of the electrical output of the microphone to produce a first signal. An adaptive filter, interconnected with the first circuit, performs electronic processing of the first signal to produce an adaptive output to the first circuit to substantially offset the feedback contribution in the electrical output of the microphone, and the adaptive filter includes means for adapting only in response to polarities of signals supplied to and from the first circuit. Other electronic filters for hearing aids, public address systems and other electroacoustic systems, as well as such systems and methods of operating them are also disclosed.

**21 Claims, 15 Drawing Sheets**





5,475,759
Page 2

U.S. PATENT DOCUMENTS

| Patent No. | Date | Inventor | Class |
|---|---|---|---|
| 4,243,959 | 1/1981 | Duttweiler | 333/166 |
| 4,389,540 | 6/1983 | Nakamura et al. | 179/1.5 A |
| 4,417,317 | 11/1983 | White et al. | 375/14 |
| 4,425,481 | 1/1984 | Mansgold et al. | 381/68.2 |
| 4,449,237 | 5/1984 | Stepp et al. | 381/83 |
| 4,471,171 | 9/1984 | Kopke et al. | 381/68.2 |
| 4,490,841 | 12/1984 | Chaplin et al. | 381/71 |
| 4,493,101 | 1/1985 | Muraoka et al. | 381/93 |
| 4,508,940 | 4/1985 | Steeger | 179/107 FD |
| 4,525,856 | 6/1985 | Admiraal et al. | 381/93 |
| 4,539,690 | 9/1985 | Speidel | 375/14 |
| 4,543,453 | 9/1985 | Brander | 381/68 |
| 4,548,082 | 10/1985 | Engebretson et al. | 381/68.2 |
| 4,621,172 | 11/1986 | Kanemasa et al. | 370/32.1 |
| 4,629,829 | 12/1986 | Puhl et al. | 379/411 |
| 4,637,402 | 1/1987 | Adelman | 381/68.2 |
| 4,649,505 | 3/1987 | Zinser et al. | 379/411 |
| 4,658,426 | 4/1987 | Chabries et al. | 381/94 |
| 4,695,970 | 9/1987 | Renner et al. | 364/724 |
| 4,704,726 | 11/1987 | Gibson | 333/14 |
| 4,707,824 | 11/1987 | Kanemasa | 379/410 |
| 4,718,099 | 1/1988 | Hotvet | 381/68.4 |
| 4,731,850 | 3/1988 | Levitt et al. | 381/68.2 |
| 4,752,903 | 6/1988 | Iwata et al. | 364/724.19 |
| 4,769,808 | 9/1988 | Kanemasa et al. | 379/410 |
| 4,771,395 | 9/1988 | Watanabe et al. | 364/724.16 |
| 4,783,818 | 11/1988 | Graupe et al. | 381/93 |
| 4,845,757 | 7/1989 | Wagner | 381/68 |
| 5,091,957 | 2/1992 | Anderson et al. | 381/106 |

OTHER PUBLICATIONS

Widrow et al., "Adaptive Noise Cancelling: Principles and Applications" (1976), 25 pp., unnumbered.
Shichor et al., "Adaptive Linear Prediction Using a Sign Decorrelator" (1977), *IEEE Trans. Acous., Speech, & Signal Proces.*, Jun. 1977, pp. 262–264.
Rabiner et al., *Digital Processing of Speech Signals* 91978), Cover, face sheets, pp. 18–31.
Schroeder, "Integrated–Impulse Method Measuring Sound Decay Without Using Impulses", J. Acoust. Soc. Am., (1979) pp. 497–500.
Meade, *Introduction to VLSI Systems*, Adison–Wesley Series in Computer Science, (1980), face sheets, pp. 60–80, plates 1–8, pp. 81–85, 91–114, plates 9–15, pp. 155–164.
Duttweiler, "Adaptive Filter Performance with Nonlinearities in the Correlation Multiplier", *IEEE Trans. Acoust., Speech & Signal Process.*, vol. ASSP–30, #4, Aug. 1982.
Larson, "Studies in Acoustic Feedback in Hearing Aids", *Rehabilitation R&D Progress Reports*, 1985, pp. 304–305.
Weaver et al., "Electronic Cancellation of Acoustic Feedback to Increase Hearing–Aid Stability", J. Acoust. Soc. Am. Suppl. 1, vol. 77, Spring 1985, p. S105.
Egolf et al., "Studies in Acoustic Feedback in Hearing Aids", *Rehabilitation R&D Progress Reports*, 1986, p. 315.
Xue et al., "Adaptive Equalizer Using Finite–Bit Power–of–Two Quantizer", Trans. Acoust. Speech & Signal Proces., vol. ASSP–34, #6, Dec. 1986, pp. 1603–1611.
Egolf, "Review of the Acoustic Feedback Literature from a Control Systems Point of View", (undated), pp. 94–103.
Engebretson et al., "A Wearable, Pocket–Sized Processor for Digital Hearing Aid and Other Hearing Prostheses Applications", 1986, pp. 1–4.
Morley et al., "A Multiprocessor Digital Signal Processing System for Real–Time Audio Applications", *IEEE Trans. Acous., Speech, & Signal Proces.*, vol. ASSP–34, #2, Apr. 1986.
"Hearing Aids Are Going Digital", Electronics, Jan. 22, 1987, p. 108.
Morley, "Breaking the Frequency Barrier", *IEEE Potentials Magazine*, Feb. 1987, cover, index, pp. 32–35.
Engebretson, "RESNA '87", Proceedings of the 10th Annual Conf. on Rehab. Tech., Jun. 1987.
D. Preves et al., *Hearing Instruments*, "A Feedback Stabilizing Circuit for Hearing Aids", vol. 37, No. 4, Apr. 1986, pp. 34, 36, 39–41 and 51.
Vainio et al., "Logarithmic Arithmetic in FIR Filters", *IEEE Transactions on Circuits and Systems*, CAS–33 (1986), Aug., No. 8, 3 unnumbered pages.
The Decay of Sensation and the Remainder of Adaption After Short Pure–Tone Impulses on the Ear; E. Luscher, et al; ACTA Otolaryngology, vol. 35, 1947; pp. 428–445.
ISO Recommendation R 226; 1st Edition; Dec. 1961; pp. 1–11.
On Minimum Audible Sound Fields; L. J. Sivian, et al.; Forty Germinal Papers in Human Hearing; pp. 2–23.
Hearing Aids—A Review of Past Research on Linear Amplification, Amplitude Compression, and Frequency Lowering; Louis D. Brida, et al; American Speech–Langauge–Hearing Assoc., No. 19; Apr. 1979; pp. 52–87.
Signal Procesors: Application to the Hearing–Impaired; Hyman Goldberg; Hearing Aid Journal, Apr., 1982; pp. 1–4.
Sound Field Audiometric Measurements; Hyman Goldberg; Audecibel, Fall 1981; pp. 183–186.
Speech and Hearing in Communication; Harvey Fletcher, Ph.D.; 153; pp. 68–88.



US005111419A

# United States Patent [19]

Morley, Jr. et al.

[11] Patent Number: **5,111,419**

[45] Date of Patent: **May 5, 1992**

[54] **ELECTRONIC FILTERS, SIGNAL CONVERSION APPARATUS, HEARING AIDS AND METHODS**

[75] Inventors: Robert E. Morley, Jr., Richmond Heights; A. Maynard Engebretson, Ladue; George L. Engel, Crestwood; Thomas J. Sullivan, Kirkwood, all of Mo.

[73] Assignee: Central Institute for the Deaf, St. Louis, Mo.

[21] Appl. No.: 180,170

[22] Filed: Apr. 11, 1988

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 172,266, Mar. 28, 1988, Pat. No. 5,016,280.

[51] Int. Cl.$^5$ .................. G06F 15/31; H04R 25/00
[52] U.S. Cl. ................... 364/724.19; 381/68
[58] Field of Search ............. 364/724.19, 724.01, 364/724.16, 724.15; 381/68, 69, 51; 73/587

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 3,889,108 | 6/1975 | Cantrell | 364/724.19 |
| 4,038,536 | 7/1977 | Feintuch | 364/724.19 |
| 4,187,413 | 2/1980 | Moser | 179/107 FD |
| 4,389,540 | 6/1983 | Nakamura et al. | 364/724.15 |
| 4,508,940 | 4/1985 | Steeger | 179/107 FD |
| 4,548,082 | 10/1985 | Engebretson et al. | 73/585 |
| 4,649,505 | 3/1987 | Zinser, Jr. et al. | 364/724.19 |
| 4,695,970 | 9/1987 | Renner et al. | 364/724.15 |
| 4,731,850 | 3/1988 | Levitt et al. | 381/68.2 |
| 4,771,395 | 9/1988 | Watanabe et al. | 364/724.16 |

**FOREIGN PATENT DOCUMENTS**

83/02212  6/1983  PCT Int'l Appl. .

**OTHER PUBLICATIONS**

Blachman, "Band-Pass Nonlinearities", *IEEE Trans. on Info. Theory*, Apr. 1964, pp. 162–164.
Kingsbury et al., "Digital Filtering Using Logarithmic Arithmetic", *Electron. Lett.* 7:56–58 (1971), pp. 215–217.
Duke, "RC Logarithmic Analog-to-Digital (LAD) Conversion", *IEEE Trans. Instrum. & Meas.*, Feb. 1971, pp. 74–76.
Suarez et al., "All-MOS Charge Redistribution Analog-to-Digital Conversion Techniques—Part II", Reprinted from *IEEE J. Solid-State Circuits*, vol. SC-10, Dec. 1975, pp. 379–385, actual pp. 122–128.
Edgar et al., "FOCUS Microcomputer Number System", *Communic. of the ACM*, Mar. 1979, vol. 22, #3, pp. 166–177.
Kurokawa et al., "Error Analysis of Recursive Digital Filters Implemented with Logarithmic Number Sys-

(List continued on next page.)

Primary Examiner—Gary V. Harkcom
Assistant Examiner—Long T. Nguyen
Attorney, Agent, or Firm—Senniger, Powers, Leavitt & Roedel

[57] **ABSTRACT**

An electronic filter for filtering an electrical signal. Signal processing circuitry therein includes a logarithmic filter having a series of filter stages with inputs and outputs in cascade and respective circuits associated with the filter stages for storing electrical representations of filter parameters. The filter stages include circuits for respectively adding the electrical representations of the filter parameters to the electrical signal to be filtered thereby producing a set of filter sum signals. At least one of the filter stages includes circuitry for producing a filter signal in substantially logarithmic form at its output by combining a filter sum signal for that filter stage with a signal from an output of another filter stage. The signal processing circuitry produces an intermediate output signal, and a multiplexer connected to the signal processing circuit multiplexes the intermediate output signal with the electrical signal to be filtered so that the logarithmic filter operates as both a logarithmic prefilter and a logarithmic postfilter. Other electronic filters, signal conversion apparatus, electroacoustic systems, hearing aids and methods are also disclosed.

46 Claims, 12 Drawing Sheets







US005357251A

# United States Patent [19]

## Morley, Jr. et al.

[11] Patent Number: 5,357,251
[45] Date of Patent: Oct. 18, 1994

[54] **ELECTRONIC FILTERS, SIGNAL CONVERSION APPARATUS, HEARING AIDS AND METHODS**

[75] Inventors: Robert E. Morley, Jr., Richmond Heights; A. Maynard Engebretson, Ladue; George L. Engel, Crestwood; Thomas J. Sullivan, Kirkwood, all of Mo.

[73] Assignee: Central Institute For The Deaf, St. Louis, Mo.

[21] Appl. No.: 56,054

[22] Filed: Apr. 30, 1993

### Related U.S. Application Data

[60] Division of Ser. No. 792,706, Nov. 15, 1991, Pat. No. 5,225,836, which is a division of Ser. No. 180,170, Apr. 11, 1988, Pat. No. 5,111,419, which is a continuation-in-part of Ser. No. 172,266, Mar. 23, 1988, Pat. No. 5,016,280.

[51] Int. Cl.$^5$ .................................... H03M 1/12
[52] U.S. Cl. ............................ 341/172; 341/155
[58] Field of Search ............. 341/138, 150, 155, 172

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,745,555 | 7/1973 | Carbrey | 341/172 |
| 3,889,108 | 6/1975 | Cantrell | 364/724.19 |
| 3,906,488 | 9/1975 | Suarez-Gartner | 341/108 |
| 4,038,536 | 7/1977 | Feintuch | 364/724.19 |
| 4,187,413 | 2/1980 | Moser | 179/107 FD |
| 4,384,276 | 5/1983 | Kelley et al. | 340/347 |
| 4,389,540 | 6/1983 | Nakamura et al. | 364/724.15 |
| 4,451,820 | 5/1984 | Kapral | 340/347 |
| 4,508,940 | 4/1985 | Steeger | 179/107 FD |
| 4,513,279 | 4/1985 | Kapral | 340/347 |
| 4,548,082 | 10/1985 | Engebretson et al. | 73/585 |
| 4,649,505 | 3/1987 | Zinser, Jr. et al. | 364/724.19 |
| 4,695,970 | 9/1987 | Renner et al. | 364/724.15 |
| 4,731,850 | 3/1988 | Levitt et al. | 381/68.2 |
| 4,771,395 | 9/1988 | Watanabe et al. | 364/724.16 |
| 4,988,900 | 1/1991 | Fensch | 307/494 |
| 5,225,836 | 7/1993 | Morley, Jr. et al. | 341/150 |
| 5,258,759 | 11/1993 | Cauwinberghs et al. | 341/150 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0252205A2 | 1/1988 | European Pat. Off. |
| 57-162592 | 3/1981 | Japan |
| 60-96997A | 5/1985 | Japan |
| 83/02212 | 6/1983 | PCT Int'l Appl. |

### OTHER PUBLICATIONS

Blachman, "Band-Pass Nonlinearities", *IEEE Trans. on Info. Theory*, Apr. 1964, pp. 162–164.
Kingsbury et al., "Digital Filtering Using Logarithmic Arithmetic", *Electron Lett.* 7:56–58 (1971), pp. 215–217.
Duke, "RC Logarithmic Analog-to-Digital (LAD) Conversion", *IEEE Trans. Instrum. & Meas.*, Feb. 1971, pp. 74–76.

(List continued on next page.)

*Primary Examiner*—Marc S. Hoff
*Attorney, Agent, or Firm*—Senniger, Powers, Leavitt & Roedel

[57] **ABSTRACT**

An electronic filter for filtering an electrical signal. Signal processing circuitry therein includes a logarithmic filter having a series of filter stages with inputs and outputs in cascade and respective circuits associated with the filter stages for storing electrical representations of filter parameters. The filter stages include circuits for respectively adding the electrical representations of the filter parameters to the electrical signal to be filtered thereby producing a set of filter sum signals. At least one of the filter stages includes circuitry for producing a filter signal in substantially logarithmic form at its output by combining a filter sum signal for that filter stage with a signal from an output of another filter stage. The signal processing circuitry produces an intermediate output signal, and a multiplexer connected to the signal processing circuit multiplexes the intermediate output signal with the electrical signal to be filtered so that the logarithmic filter operates as both a logarithmic prefilter and a logarithmic postfilter. Other electronic filters, signal conversion apparatus, electroacoustic systems, hearing aids and methods are also disclosed.

**20 Claims, 12 Drawing Sheets**





US005475759A

## United States Patent [19]
### Engebretson

[11] Patent Number: 5,475,759
[45] Date of Patent: * Dec. 12, 1995

[54] **ELECTRONIC FILTERS, HEARING AIDS AND METHODS**

[75] Inventor: A. Maynard Engebretson, Ladue, Mo.

[73] Assignee: Central Institute for the Deaf, St. Louis, Mo.

[*] Notice: The portion of the term of this patent subsequent to May 14, 2008, has been disclaimed.

[21] Appl. No.: **59,800**

[22] Filed: **May 10, 1993**

### Related U.S. Application Data

[60] Continuation of Ser. No. 792,706, Nov. 15, 1991, Pat. No. 5,225,836, which is a division of Ser. No. 180,170, Apr. 11, 1988, Pat. No. 5,111,419, which is a continuation-in-part of Ser. No. 172,266, Mar. 23, 1988, Pat. No. 5,016,280.

[51] Int. Cl.$^6$ .................................................. H04R 25/00
[52] U.S. Cl. .............................. 381/68.2; 381/684; 381/68
[58] Field of Search .................... 381/68, 94, 93, 381/68.2, 68.4, 83; 364/724.19, 724.01, 724.16, 724.15

### [56] References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,229,049 | 1/1966 | Goldberg | 381/68.2 |
| 3,818,149 | 6/1974 | Stearns et al. | 381/68.2 |
| 3,889,108 | 6/1975 | Cantrell | 235/152 |
| 3,894,195 | 7/1975 | Kryter | 381/68.2 |
| 4,025,721 | 5/1977 | Graupe et al. | 381/68.2 |
| 4,038,536 | 7/1977 | Feintuch | 328/167 |
| 4,053,846 | 10/1977 | Acker | 330/279 |
| 4,099,035 | 7/1978 | Yanick | 381/68.2 |
| 4,118,604 | 10/1978 | Yanick | 381/68.4 |
| 4,185,168 | 1/1980 | Graupe et al. | 381/68 |
| 4,186,384 | 1/1980 | Acker | 375/11 |
| 4,187,413 | 2/1980 | Moser | 381/68 |
| 4,188,667 | 2/1980 | Graupe et al. | 381/68.4 |
| 4,232,192 | 11/1980 | Beex | 381/83 |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 684125 | 4/1964 | Canada | 179/107 |
| 0252205A2 | 1/1988 | European Pat. Off. | |
| 57-162592 | 3/1981 | Japan | |
| 60-96997 | 5/1985 | Japan | |
| 624524 | 7/1981 | Switzerland | |
| 2134357 | 8/1984 | United Kingdom | 333/14 |
| WO83/02212 | 6/1983 | WIPO | H04R 25/00 |

#### OTHER PUBLICATIONS

*Hearing Instruments*, "Active Filtering—A Step Toward the Programmable Hearing Aid", vol. 33, No. 10, Oct. 1982, pp. 20+.
Oppenheim et al., *Digital Signal Processing* (1975), pp. 136–173, 268–269, 438–444, with face sheets.
MacWilliams et al., "Pseudo–Random Sequences and Arrays" (Dec., 1976), pp. 1715–1729, *Proceedings of the IEEE*, vol. 64.

(List continued on next page.)

*Primary Examiner*—Wing F. Chan
*Assistant Examiner*—Sinh Tran
*Attorney, Agent, or Firm*—Senniger, Powers, Leavitt & Roedel

### [57] ABSTRACT

An electronic filter for an electroacoustic system. The system has a microphone for generating an electrical output from external sounds and an electrically driven transducer for emitting sound. Some of the sound emitted by the transducer returns to the microphone means to add a feedback contribution to its electrical output. The electronic filter includes a first circuit for electronic processing of the electrical output of the microphone to produce a first signal. An adaptive filter, interconnected with the first circuit, performs electronic processing of the first signal to produce an adaptive output to the first circuit to substantially offset the feedback contribution in the electrical output of the microphone, and the adaptive filter includes means for adapting only in response to polarities of signals supplied to and from the first circuit. Other electronic filters for hearing aids, public address systems and other electroacoustic systems, as well as such systems and methods of operating them are also disclosed.

**21 Claims, 15 Drawing Sheets**





5,475,759
Page 2

U.S. PATENT DOCUMENTS

| Patent No. | Date | Inventor | Class |
|---|---|---|---|
| 4,243,959 | 1/1981 | Duttweiler | 333/166 |
| 4,389,540 | 6/1983 | Nakamura et al. | 179/1.5 A |
| 4,417,317 | 11/1983 | White et al. | 375/14 |
| 4,425,481 | 1/1984 | Mansgold et al. | 381/68.2 |
| 4,449,237 | 5/1984 | Stepp et al. | 381/83 |
| 4,471,171 | 9/1984 | Kopke et al. | 381/68.2 |
| 4,490,841 | 12/1984 | Chaplin et al. | 381/71 |
| 4,493,101 | 1/1985 | Muraoka et al. | 381/93 |
| 4,508,940 | 4/1985 | Steeger | 179/107 FD |
| 4,525,856 | 6/1985 | Admiraal et al. | 381/93 |
| 4,539,690 | 9/1985 | Speidel | 375/14 |
| 4,543,453 | 9/1985 | Brander | 381/68 |
| 4,548,082 | 10/1985 | Engebretson et al. | 381/68.2 |
| 4,621,172 | 11/1986 | Kanemasa et al. | 370/32.1 |
| 4,629,829 | 12/1986 | Puhl et al. | 379/411 |
| 4,637,402 | 1/1987 | Adelman | 381/68.2 |
| 4,649,505 | 3/1987 | Zinser et al. | 379/411 |
| 4,658,426 | 4/1987 | Chabries et al. | 381/94 |
| 4,695,970 | 9/1987 | Renner et al. | 364/724 |
| 4,704,726 | 11/1987 | Gibson | 333/14 |
| 4,707,824 | 11/1987 | Kanemasa | 379/410 |
| 4,718,099 | 1/1988 | Hotvet | 381/68.4 |
| 4,731,850 | 3/1988 | Levitt et al. | 381/68.2 |
| 4,752,903 | 6/1988 | Iwata et al. | 364/724.19 |
| 4,769,808 | 9/1988 | Kanemasa et al. | 379/410 |
| 4,771,395 | 9/1988 | Watanabe et al. | 364/724.16 |
| 4,783,818 | 11/1988 | Graupe et al. | 381/93 |
| 4,845,757 | 7/1989 | Wagner | 381/68 |
| 5,091,957 | 2/1992 | Anderson et al. | 381/106 |

OTHER PUBLICATIONS

Widrow et al., "Adaptive Noise Cancelling; Principles and Applications" (1976), 25 pp., unnumbered.

Shichor et al., "Adaptive Linear Prediction Using a Sign Decorrelator" (1977), *IEEE Trans. Acous., Speech, & Signal Proces.*, Jun. 1977, pp. 262–264.

Rabiner et al., *Digital Processing of Speech Signals* 91978), Cover, face sheets, pp. 18–31.

Schroeder, "Integrated-Impulse Method Measuring Sound Decay Without Using Impulses", J. Acoust. Soc. Am., (1979) pp. 497–500.

Meade, *Introduction to VLSI Systems*, Adison-Wesley Series in Computer Science, (1980), face sheets, pp. 60–80, plates 1–8, pp. 81–85, 91–114, plates 9–15, pp. 155–164.

Duttweiler, "Adaptive Filter Performance with Nonlinearities in the Correlation Multiplier", *IEEE Trans. Acoust., Speech & Signal Process.*, vol. ASSP-30, #4, Aug. 1982.

Larson, "Studies in Acoustic Feedback in Hearing Aids", *Rehabilitation R&D Progress Reports*, 1985, pp. 304–305.

Weaver et al., "Electronic Cancellation of Acoustic Feedback to Increase Hearing-Aid Stability", J. Acoust. Soc. Am. Suppl. 1, vol. 77, Spring 1985, p. S105.

Egolf et al., "Studies in Acoustic Feedback in Hearing Aids", *Rehabilitation R&D Progress Reports*, 1986, p. 315.

Xue et al., "Adaptive Equalizer Using Finite-Bit Power-of-Two Quantizer", Trans. Acoust. Speech & Signal Proces., vol. ASSP-34, #6, Dec. 1986, pp. 1603–1611.

Egolf, "Review of the Acoustic Feedback Literature from a Control Systems Point of View", (undated), pp. 94–103.

Engebretson et al., "A Wearable, Pocket-Sized Processor for Digital Hearing Aid and Other Hearing Prostheses Applications", 1986, pp. 1–4.

Morley et al., "A Multiprocessor Digital Signal Processing System for Real-Time Audio Applications", *IEEE Trans. Acous., Speech, & Signal Proces.*, vol. ASSP-34, #2, Apr. 1986.

"Hearing Aids Are Going Digital", Electronics, Jan. 22, 1987, p. 108.

Morley, "Breaking the Frequency Barrier", *IEEE Potentials Magazine*, Feb. 1987, cover, index, pp. 32–35.

Engebretson, "RESNA '87", Proceedings of the 10th Annual Conf. on Rehab. Tech., Jun. 1987.

D. Preves et al., *Hearing Instruments*, "A Feedback Stabilizing Circuit for Hearing Aids", vol. 37, No. 4, Apr. 1986, pp. 34, 36, 39–41 and 51.

Vainio et al., "Logarithmic Arithmetic in FIR Filters", *IEEE Transactions on Circuits and Systems*, CAS-33 (1986), Aug., No. 8, 3 unnumbered pages.

The Decay of Sensation and the Remainder of Adaption After Short Pure-Tone Impulses on the Ear; E. Luscher, et al; ACTA Otolaryngology, vol. 35, 1947; pp. 428–445.

ISO Recommendation R 226; 1st Edition; Dec. 1961; pp. 1–11.

On Minimum Audible Sound Fields; L. J. Sivian, et al.; Forty Germinal Papers in Human Hearing; pp. 2–23.

Hearing Aids—A Review of Past Research on Linear Amplification, Amplitude Compression, and Frequency Lowering; Louis D. Brida, et al; American Speech-Langauge-Hearing Assoc., No. 19; Apr. 1979; pp. 52–87.

Signal Procesors: Application to the Hearing-Impaired; Hyman Goldberg; Hearing Aid Journal, Apr., 1982; pp. 1–4.

Sound Field Audiometric Measurements; Hyman Goldberg; Audecibel, Fall 1981; pp. 183–186.

Speech and Hearing in Communication; Harvey Fletcher, Ph.D.; 153; pp. 68–88.



US005706352A

# United States Patent [19]
## Engebretson et al.

[11] Patent Number: 5,706,352
[45] Date of Patent: Jan. 6, 1998

[54] ADAPTIVE GAIN AND FILTERING CIRCUIT FOR A SOUND REPRODUCTION SYSTEM

[75] Inventors: **A. Maynard Engebretson**, Ladue, Mo.; **Michael P. O'Connell**, Somerville, Mass.

[73] Assignee: **K/S HIMPP**, Vaerloese, Denmark

[21] Appl. No.: **44,246**

[22] Filed: **Apr. 7, 1993**

[51] Int. Cl.$^6$ .................................................. H04R 25/00
[52] U.S. Cl. .......................... 381/684; 381/68; 381/68.2; 381/106
[58] Field of Search ................... 381/68, 68.2, 68.4, 381/106, 98, 103, 107; 333/14

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,803,357 | 4/1974 | Sacks | 179/1 P |
| 3,818,149 | 6/1974 | Stearns et al. | 179/107 FD |
| 4,118,604 | 10/1978 | Yanick | 179/107 FD |
| 4,135,590 | 1/1979 | Gaulder | 179/1 P |
| 4,185,168 | 1/1980 | Graupe et al. | 179/1 P |
| 4,187,413 | 2/1980 | Moser | 179/107 FD |
| 4,227,046 | 10/1980 | Nakajima et al. | 179/1 SD |
| 4,384,276 | 5/1983 | Kelley et al. | 340/347 DA |
| 4,405,831 | 9/1983 | Michelson | 179/1 P |
| 4,425,481 | 1/1984 | Mansgold et al. | 179/107 FD |
| 4,433,435 | 2/1984 | David | 381/94 |
| 4,451,820 | 5/1984 | Kapral | 340/347 DA |
| 4,508,940 | 4/1985 | Steeger | 179/107 FD |
| 4,513,279 | 4/1985 | Kapral | 340/347 DA |
| 4,630,302 | 12/1986 | Kryter | 381/68.4 |
| 4,680,798 | 7/1987 | Neumann | 381/68.4 |
| 4,731,850 | 3/1988 | Levitt et al. | 381/68.2 |
| 4,829,593 | 5/1989 | Hara | 371/345 |
| 4,988,900 | 1/1991 | Fensch | 307/494 |
| 5,083,312 | 1/1992 | Newton | 381/68.4 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO 8908353 | 2/1988 | WIPO | H04B 1/64 |

### OTHER PUBLICATIONS

Braida et al., "Review of Recent Research on Multiband Amplitude Compression for the Hearing Impaired", 1982 pp. 133–140.

Yanick, Jr., "Improvement in Speech Discrimination with Compression vs. Linear Amplification", *Journal of Auditory Research*, No. 13, 1973, pp. 333–338.

Villchur, "Signal Processing to Improve Speech Intelligibility in Perceptive Deafness", *The Journal of The Acoustical Society of America*, vol. 53, No. 6, 1973, pp. 1646–1657.

Braida et al., "Hearing Aids—A Review of Past Research on Linear Amplification, Amplitude Compression, and Frequency Lowering", *ASHA Monographs*, No. 19, Apr. 1979, pp. vii–115.

Lim et al., "Enhancement and Bandwidth Compression of Noisy Speech", *Proceedings of the IEEE*, vol. 67, No. 12, Dec. 1979, pp. 1586–1604.

Lippmann et al., "Study of Multichannel Amplitude Compression and Linear Amplification for Persons with Sensorineural Hearing Loss", *The Journal of The Acoustical Society of America*, vol. 69, No. 2, Feb. 1981, pp. 524–534.

(List continued on next page.)

*Primary Examiner*—Sinh Tran
*Attorney, Agent, or Firm*—Senniger, Powers, Leavitt & Roedel

[57] **ABSTRACT**

Adaptive compressive gain and level dependent spectral shaping circuitry for a hearing aid include a microphone to produce an input signal and a plurality of channels connected to a common circuit output. Each channel has a preset frequency response. Each channel includes a filter with a preset frequency response to receive the input signal and to produce a filtered signal, a channel amplifier to amplify the filtered signal to produce a channel output signal, a threshold register to establish a channel threshold level, and a gain circuit. The gain circuit increases the gain of the channel amplifier when the channel output signal falls below the channel threshold level and decreases the gain of the channel amplifier when the channel output signal rises above the channel threshold level. A transducer produces sound in response to the signal passed by the common circuit output.

**50 Claims, 6 Drawing Sheets**





EXHIBIT 20



US005724433A

# United States Patent [19]
## Engebretson et al.

[11] Patent Number: 5,724,433
[45] Date of Patent: Mar. 3, 1998

[54] ADAPTIVE GAIN AND FILTERING CIRCUIT FOR A SOUND REPRODUCTION SYSTEM

[75] Inventors: A. Maynard Engebretson, Ladue, Mo.; Michael P. O'Connell, Somerville, Mass.

[73] Assignee: K/S HIMPP, Vaerloese, Denmark

[21] Appl. No.: 477,621

[22] Filed: Jun. 7, 1995

**Related U.S. Application Data**

[62] Division of Ser. No. 44,246, Apr. 7, 1993.

[51] Int. Cl.$^6$ .................................................. H04R 75/00
[52] U.S. Cl. ................................................ 381/106; 381/108
[58] Field of Search ........................... 381/68.4, 68, 68.2, 381/106, 94; 333/14

[56]         **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 3,803,357 | 4/1974 | Sacks | 179/1 P |
| 3,818,149 | 6/1974 | Stearns et al. | 179/107 FD |
| 4,118,604 | 10/1978 | Yanick | 179/107 FD |
| 4,135,590 | 1/1979 | Gaulder | 179/1 P |
| 4,185,168 | 1/1980 | Graupe et al. | 179/1 P |
| 4,187,413 | 2/1980 | Moser | 179/107 FD |
| 4,227,046 | 10/1980 | Nakajima et al. | 179/1 SD |
| 4,384,276 | 5/1983 | Kelley et al. | 340/347 DA |
| 4,405,831 | 9/1983 | Michelson | 179/1 P |
| 4,425,481 | 1/1984 | Mansgold et al. | 179/107 FD |
| 4,433,435 | 2/1984 | David | 381/94 |
| 4,451,820 | 5/1984 | Kapral | 340/347 DA |
| 4,508,940 | 4/1985 | Steeger | |
| 4,513,279 | 4/1985 | Kapral | 340/347 DA |
| 4,630,302 | 12/1986 | Kryter | |
| 4,680,798 | 7/1987 | Neumann | 381/68.4 |
| 4,731,850 | 3/1988 | Levitt et al. | 381/68.2 |
| 4,792,977 | 12/1988 | Anderson et al. | 381/68.4 |
| 4,829,593 | 5/1989 | Hara | 375/345 |
| 4,891,605 | 1/1990 | Tirkel | 381/94 |
| 4,988,900 | 1/1991 | Fensch | 307/494 |
| 5,010,575 | 4/1991 | Marutake et al. | 381/68 |
| 5,083,312 | 1/1992 | Newton | 381/68.4 |

**FOREIGN PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| WO 8908353 | 2/1988 | WIPO | H04B 1/64 |
| WO 91/05437 | 5/1990 | WIPO | |

**OTHER PUBLICATIONS**

Braida et al., "Review of Recent Research on Multiband Amplitude Compression for the Hearing Impaired", 1982 pp. 133–140.
Yanick, Jr., "Improvement in Speech Discrimination with Compression vs. Linear Amplification", *Journal of Auditory Research*, No. 13, 1973, pp. 333–338.
Villchur, "Signal Processing to Improve Speech Intelligibility in Perceptive Deafness", *The Journal of The Acoustical Society of America*, vol. 53, No. 6, 1973, pp. 1646–1657.
Braida et al., "Hearing Aids–A Review of Past Research on Linear Amplification, Amplitude Compression, and Frequency Lowering", *Asha Monographs*, No. 19, Apr. 1979, pp. vii–115.

(List continued on next page.)

*Primary Examiner*—Sinh Tran
*Attorney, Agent, or Firm*—Senniger, Powers, Leavitt & Roedel

[57]         **ABSTRACT**

Adaptive compressive gain and level dependent spectral shaping circuitry for a hearing aid include a microphone to produce an input signal and a plurality of channels connected to a common circuit output. Each channel has a preset frequency response. Each channel includes a filter with a preset frequency response to receive the input signal and to produce a filtered signal, a channel amplifier to amplify the filtered signal to produce a channel output signal, a threshold register to establish a channel threshold level, and a gain circuit. The gain circuit increases the gain of the channel amplifier when the channel output signal falls below the channel threshold level and decreases the gain of the channel amplifier when the channel output signal rises above the channel threshold level. A transducer produces sound in response to the signal passed by the common circuit output.

27 Claims, 6 Drawing Sheets





REDACTED B160 - B218