

## BERNAFON

The Bernafon business comprises the company, Bernafon AG, with headquarters in Bern, plus 10 foreign sales subsidiaries. The Swiss office serves the domestic market for hearing aids and some 40 independent distributors the world over.

In 1998 Bernafon experienced growth in market share. This tendency continued in 1999, and is based on a continual expansion of the distribution network, combined with new product launches.

In 1999 Bernafon strengthened its position in the market for in-the-ear hearing aids and is well prepared to make its mark in this area and keep apace with the general expansion of sales expected in the small digital instrument sector.

Although the German market went into a general recession in 1999, affecting Bernafon to a degree, the company's strengthened sales effort in South America proved fruitful and the company was still able to increase its market share

in that region. Positive results are also expected from two new distributors that were established in 1999 in China and in Taiwan.

The company's co-operation with Australian Hearing Services and The National Acoustics Laboratory in Australia continues to have a positive influence on Bernafon's product development and sales. In 1999, as a result of this liaison, Bernafon became the first company in the world to introduce a new audiological rationale called NAL-NL1 which is incorporated into the new generation of Bernafon fitting software, OASIS 3.5.

In 1999 Bernafon supplemented its product programme with a new family of digital hearing aids called *Smile*. This full-range family covers a broad spectrum, from completely-in-the-canal (CIC) hearing aids to the powerful behind-the-ear instruments. Sales of in-the-ear instruments began at the end of November, with sales of behind-the-ear instruments following in February 2000.

Smile differentiates itself from most competitive products by offering the wearer the flexibility to adjust various operational functions - such as choice of programme, tone and volume control - in a number of ways. Smile is available in three variations: fully automatic without an operational control, fully automatic with a control, or a concept where the user adjusts the hearing aid via a newly designed remote control.

Bernafon's success is based on the three product families: *Dualine*, *Audioflex* and *Opusz*. These are continually expanded to meet market demand. The most recent addition, released at the end of the second quarter, was a new hearing aid in the Audioflex product family.

The new Audioflex model offers several methods of controlling volume - both during the dispenser's fitting (gain control) and by giving the user the opportunity to adjust the volume to accommodate different sound environments (dynamic loudness control). This concept

DEM011984



*Silvia Araújo studied art in Brazil and today works as a freelance teacher and painter in Switzerland.*

*" My hearing began to deteriorate when I was only twelve. When the doctors told me that just 50% of my hearing remained, I decided to start using a hearing aid. My first experience with a hearing aid made by a well-known company was not entirely satisfactory. I then switched to a new, fully digital hearing system, Smile from Bernafon. Now when I listen to music and take part in conversations, even when there's a lot of background noise, the excellent sound quality gives me much better listening comfort. I can best describe the difference in visual terms: Hearing with my old hearing aid was like a painting where all the colors and details just merged into one. With my new Smile hearing system, the painting is clearer and the colors are more distinct. "*

was originally introduced in Dualine, but proved to be so popular that Bernafon also applied it to Audioflex. With the expansion of the Audioflex family Bernafon's products have become even more attractive. The market has certainly reacted positively, with sales increasing considerably, not least in the commercial market in Australia.

The Opus2 family was also expanded in the spring to include two models that target users with severe and profound hearing loss.

At the turn of 1999/2000 Peter Finnerup, previously President of the Bernafon Group, became part of the Oticon management team in Denmark. His successor is Erich Spahr, who has been with Bernafon for over 15 years.



**Smile**

Smile is a new family of digital hearing aids comprising both the very small, completely-in-the-canal (CiC) instruments and powerful behind-the-ear instruments. These products, which meet user demand for individual fittings, combine digital sound quality with unique flexibility.

23

DEM011985



## PRODUCTION AND OPERATIONAL ACTIVITIES

All the companies that comprise the William Demant Holding Group work in close co-operation, preferably utilising common resources, in a number of areas which include the manufacturing facilities, the Information Technology (IT) infrastructure, the quality control systems, service and technical support, finance and administration.

All of the companies use identical administrative systems that can be supported by a central team, an arrangement that nurtures a flexible working procedure and the ability to swiftly implement change.

The production of hearing aids takes place in the Group's own factories in Denmark, Scotland and Australia. For Oticon and Bernafon, the actual development of new hearing aids takes place in Denmark and Switzerland respectively. Phonic Ear, which produces solutions for wireless communication, has its own production facilities in California, while production of audiometers takes place in Denmark, Germany and the US.

DancoTech, in Danmark, produces components for the Group's four business areas, but also functions as a sub-supplier to other companies within the electronics industry. DancoTech specialises in two key areas: the mounting of small, complex microelectronic circuits, and interconnection technologies.

Globally, all the companies within the Group utilise the same IT systems. This helps to increase efficiency and improve internal communication. As the Group entered the new millennium no problems were experienced within the IT area.

The Group's electronic order system is under continual development. Customers have ordered mainstream hearing aids via this system for years, and today the system also processes orders for special types of hearing aids. This has led to a significant reduction in storage space, higher flexibility, and not least, the ability to quickly adapt production to meet individual customer needs. Whilst special types of hearing aids occupy only a minor part of the total production they are, nonetheless, an important link in the Group's strategy to meet dealer demand for full-range suppliers.

In 1999 the Group launched a new project within Supply Chain Management, where key sub-suppliers were invited to join the integrated IT network. This gave them valuable insight into the Group's short-term and long-term stock requirements, which in turn has resulted in improved efficiency and better utilisation of internal resources within the purchasing function.

During the course of the year the Group invested considerable resources in maintaining and developing its global quality control systems. In several areas, this included achieving ISO certification. In

DEM011990

William Demant Holding A/S

**36**

## BALANCE SHEET AT 31 DECEMBER 1999

| PARENT COMPANY | | Note | Assets (Amounts in DKK '000) | GROUP | |
|---|---|---|---|---|---|
| 1998 | 1999 | | | 1999 | 1998 |
| | 0 | | Leasehold improvements | 20,214 | |
| | 0 | 8 | Intangible fixed assets | 20,214 | |
| | 28,905 | | Land and buildings | 88,814 | |
| | 0 | | Technical plant and machinery | 49,570 | |
| | 1,136 | | Fixtures, tools and equipment | 50,360 | |
| | 30,041 | 7, 8 | Tangible fixed assets | 188,744 | |
| | 475,116 | | Shares in subsidiaries | - | |
| | 213 | | Shares in associated companies | 213 | |
| | 31,440 | | Loans to subsidiaries | - | |
| | 5,224 | | Securities and participating interests | 6,870 | |
| | 0 | | Other receivables | 13,960 | |
| | 0 | 6 | Deferred tax, asset | 7,113 | |
| | 0 | 9 | Own shares | 0 | |
| | 511,993 | 7, 8 | Financial fixed assets | 28,156 | |
| | 542,034 | | Total fixed assets | 237,114 | |
| | 0 | | Raw materials and purchased components | 125,525 | |
| | 0 | | Goods in progress | 23,087 | |
| | 0 | | Finished goods | 223,660 | |
| | 0 | | Inventories | 372,272 | |
| | 0 | | Trade debtors | 364,397 | |
| | 62,363 | | Accounts receivable, subsidiaries | - | |
| | 0 | | Accounts receivable, associated companies | 4,800 | |
| | 121,054 | | Dividends receivable | - | |
| | 761 | | Other debtors | 28,161 | |
| | 0 | | Prepayments and accrued expenses | 15,680 | |
| | 184,178 | | Debtors | 413,038 | |
| | 0 | | Securities and participating interests | 0 | |
| | 0 | | Liquid funds | 68,657 | |
| | 184,178 | | Total current assets | 853,967 | |
| | 726,212 | | Total assets | 1,091,081 | |

DEM011998

| PARENT COMPANY | | Note | Liabilities (Amounts in DKK '000) | GROUP | |
|---|---|---|---|---|---|
| *(illegible)* | 1999 | | | 1999 | *(illegible)* |
| *(illegible)* | 74,377 | | Share capital | 74,377 | *(illegible)* |
| *(illegible)* | 425,057 | | Other reserves | 425,057 | *(illegible)* |
| *(illegible)* | 499,434 | 10 | Shareholders' equity | 499,434 | *(illegible)* |
| *(illegible)* | - | | Minority interests | 1,090 | *(illegible)* |
| *(illegible)* | 2,597 | 6 | Provisions for deferred taxes | 0 | *(illegible)* |
| *(illegible)* | 0 | 11 | Other provisions | 62,001 | *(illegible)* |
| *(illegible)* | 2,597 | | Provisions | 62,001 | *(illegible)* |
| *(illegible)* | 0 | | Mortgages | 4,700 | *(illegible)* |
| *(illegible)* | 129,509 | | Other long-term creditors | 129,509 | *(illegible)* |
| *(illegible)* | 129,509 | 12 | Long-term creditors | 134,209 | *(illegible)* |
| *(illegible)* | 10,259 | | Short-term part of long-term creditors | 10,259 | *(illegible)* |
| *(illegible)* | 141 | | Bank debt | 23,634 | *(illegible)* |
| *(illegible)* | 0 | | Trade creditors | 92,303 | *(illegible)* |
| *(illegible)* | 2,279 | 6 | Corporation tax | 13,599 | *(illegible)* |
| *(illegible)* | 35,245 | | Debt, subsidiaries | - | - |
| *(illegible)* | 2,525 | | Other creditors | 161,631 | *(illegible)* |
| *(illegible)* | 0 | | Prepayments and accrued income | 48,698 | *(illegible)* |
| *(illegible)* | 44,223 | | Dividend payable for the year | 44,223 | *(illegible)* |
| *(illegible)* | 94,672 | | Short-term creditors | 394,347 | *(illegible)* |
| *(illegible)* | 224,181 | | Total creditors | 528,556 | *(illegible)* |
| *(illegible)* | 726,212 | | Total liabilities | 1,091,081 | *(illegible)* |

13 Contingent liabilities

14 Employees

15 Audit fees

16 Related party transactions

37

DEM011999

William Demant Holding A/S

| PARENT COMPANY | | Note 5 - Financial items, net (Amounts in DKK '000) | GROUP | |
|---|---|---|---|---|
| | 1999 | | 1999 | |
| | 13,763 | Interest income from subsidiaries | . | |
| | -8,344 | Interest expenses from subsidiaries | . | |
| | 1,704 | Interest income | 5,556 | |
| | -6,903 | Interest expenses | -9,983 | |
| | 1,053 | Realised exchange adjustments | 1,053 | |
| | 6,647 | Non-realised exchange adjustments | 6,647 | |
| | 7,920 | Total | 3,273 | |

| PARENT COMPANY | | Note 6 - Tax (Amounts in DKK '000) | GROUP | |
|---|---|---|---|---|
| | 1999 | | 1999 | |
| | | Expensed tax | | |
| | -4,916 | Tax on profit, parent company | -4,916 | |
| | -62,363 | Tax on profit, jointly taxed companies | -62,363 | |
| | -15,690 | Tax, other subsidiaries and associated companies | -21,736 | |
| | 1,067 | Change in deferred tax | 7,113 | |
| | 766 | Tax adjustment, prior years | 766 | |
| | 0 | Adjustment of deferred tax from 34% to 32% | 0 | |
| | -499 | Other taxes | -499 | |
| | -81,635 | Total | -81,635 | |
| | | | | |
| | | Deferred tax | | |
| | 3,664 | At 1.1. | 0 | |
| | 0 | Change in policy | 0 | |
| | 0 | Adjustment of deferred tax from 34% to 32% | 0 | |
| | -1,067 | Adjustment of deferred tax | -7,113 | |
| | 2,597 | At 31.12. | -7,113 | |
| | | | | |
| | | Corporation tax | | |
| | 7,321 | At 1.1 | 16,517 | |
| | -766 | Adjustment, prior years | -766 | |
| | 67,279 | Current tax on the year's profit | 89,514 | |
| | -71,555 | Paid in 1999 | -91,666 | |
| | 2,279 | At 31.12. | 13,599 | |

DEM012002

William Demant Holding A/S

46

## COMPANY STRUCTURE

| Companies of the William Demant Group | Function | Domicile | Established/ Acquired | Participation |
|---|---|---|---|---|
| William Demant Holding A/S | ※ | Denmark | | Parent Company |
| **SUBSIDIARIES** | | | | |
| Oticon A/S | ▨□▨ | Denmark | 1904 | 100% |
| Oticon AB | ▨ | Sweden | 1944 | 100% |
| Oticon Nederland B.V. | ▨ | Holland | 1964 | 100% |
| Oticon Inc. | ▨ | USA | 1965 | 100% |
| Oticon A/S | ▨ | Norway | 1968 | 100% |
| Oticon S.A. | ▨ | Switzerland | 1968 | 100% |
| Oticon GmbH | ▨ | Germany | 1969 | 100% |
| Oticon Italia S.r.l. | ▨ | Italy | 1973 | 100% |
| Oticon K.K. | ▨ | Japan | 1973 | 100% |
| Oticon Limited | □▨ | Great Britain | 1973 | 100% |
| Oticon New Zealand Ltd. | ▨ | New Zealand | 1974 | 100% |
| Oticon España S.A. | ▨ | Spain | 1985 | 100% |
| Oticon Australia Pty. Ltd. | ▨ | Australia | 1985 | 100% |
| Oticon do Brasil Ltda. | ※ | Brazil | 1994 | 100% |
| Oticon Polska Sp.z.o.o. | ▨ | Poland | 1994 | 79% |
| Oticon Belgium N.V. | ▨ | Belgium | 1997 | 100% |
| Oticon Nanjing Audiological Technology Co., Ltd. | ▨ | China | 1998 | 100% |
| Oticon South Africa (Pty.) Ltd. | ▨ | South Africa | 1998 | 100% |
| Prodition S.A. | ▨ | France | 1974 | 100% |
| Bernafon AG | ▨▨ | Switzerland | 1995 | 100% |
| Bernafon Australia Pty. Ltd. | ▨ | Australia | 1995 | 100% |
| Bernafon Hörgeräte GmbH | ▨ | Germany | 1995 | 100% |
| Maico S.r.l. | ▨ | Italy | 1995 | 100% |
| Bernafon U.K. Ltd. | ▨ | Great Britain | 1995 | 100% |
| Bernafon-Maico Inc. | ▨▨ | USA | 1995 | 100% |
| Bernafon Denmark A/S | ▨ | Denmark | 1996 | 100% |
| Bernafon AB | ▨ | Sweden | 1996 | 100% |
| Bernafon K.K. | ▨ | Japan | 1996 | 100% |
| Bernafon S.r.l. | ▨ | Italy | 1998 | 100% |
| Australian Hearing Aids Pty. Ltd. | ▨ | Australia | 1995 | 100% |
| Phonic Ear Holdings, Inc. | ※ | USA | 1997 | 100% |
| Phonic Ear, Inc. | ▨□▨ | USA | 1997 | 100% |
| Phonic Ear Ltd. | ▨ | Canada | 1997 | 100% |
| DanaCom A/S | ▨□▨ | Denmark | 1999 | 50% |
| Logia A/S | ▨ | Denmark | 1972 | 100% |
| Maico Audiometer GmbH | ▨▨ | Germany | 1995 | 100% |
| RhinoMetrics A/S | ▨□▨ | Denmark | 1996 | 100% |
| DancoTech A/S | □▨ | Denmark | 1996 | 100% |
| **ASSOCIATED COMPANIES** | | | | |
| Otwidan ApS | ▨ | Denmark | 1963 | 33% |
| Hearing Instrument Manufacturers Software Association A/S | ▨▨ | Denmark | 1993 | 25% |
| National Hearing Aid Systems Pty. Ltd. | ▨ | Australia | 1995 | 50% |

---

*As of the financial year 2000 the following companies are included in the Group*

| | | | | |
|---|---|---|---|---|
| **SUBSIDIARIES** | | | | |
| Centro Auditivo Telex S.A. | ▨ | Brazil | 2000 | 100% |
| Interacoustics A/S, Assens | ▨ | Denmark | 2000 | 100% |
| Dahlberg Sciences Ltd. | ▨□▨ | Canada | 2000 | 100% |
| Hidden Hearing (UK) Ltd. | □▨ | Great Britain | 2000 | 100% |
| Hidden Hearing (Portugal) Lda. | ▨ | Portugal | 2000 | 100% |
| Lectron Hearing | ▨ | Ireland | 2000 | 100% |
| Akoustica Medica EPE | ▨ | Greece | 2000 | 100% |

▨ Sales and Service  □ Production  ※ Finance  ▨ Research and Development





DEM012008