Corporate retail activities accounted for 20% of consolidated revenues and saw reasonable sales trends. Hidden Hearing in particular outgrew the underlying market.

*Gross profits*
The Group improved gross profits by 13.4% to DKK 2,859 million. With fixed exchange rates, the improvement was 14.9%. The gross profit ratio improved from 65.2% in 2003 to 66.4%, due to growth in volume generated by the same production apparatus. This was possible because, for several years, the Group has focused on developing products that require fewer working hours, on better utilising existing capacity and on a higher degree of refinement of externally acquired components. In addition, the rising sales of high-end hearing aids, which generate a relatively higher gross contribution per product, also contributed to the increase in gross profits.

*Capacity costs*
The following table shows that the Group's total capacity costs did not increase as much as revenues, which had a positive effect on the profit margin.

### Capacity costs

| (DKK million) | 2003 | 2004 | Percentage change DKK | Local currency |
|---|---|---|---|---|
| R&D costs | 295 | 324 | 9.9% | 11% |
| Distribution costs | 1,130 | 1,264 | 11.8% | 14.6% |
| Admin. expenses | 242 | 270 | 11.7% | 13.7% |
| Total | 1,667 | 1,858 | 11.4% | 13.8% |

*R&D costs*
In line with the Group's continued focus on R&D, costs rose by 9.9% (11.0% measured in fixed exchange rates). This is a heavier rate of growth than in the underlying market and emphasises the Group's policy to view investments in R&D as decisive as regards long-term competitiveness. It is the Group's ability to constantly innovate and launch products with more user benefits that will drive future growth. The acquisition of the new property at Smørum is an integral part of the focus on expanding the Group's development activities, including the provision of cutting-edge facilities and technology for continued growth.

Development functions in the William Demant Holding Group cooperate worldwide across business areas to ensure optimal utilisation of know-how and expertise, thus ensuring that basic technologies and special competencies developed for specific purposes in one part of the Group will be re-used in other contexts for maximum exploitation of our development resources.

The Group has major development centres in Denmark, Switzerland, Germany and the USA. The Group is a member of various networks of researchers and research institutes throughout the world.

*Distribution costs*
Distribution costs, which account for the biggest slice of the Group's capacity cost, rose by 11.8%, or 14.6% measured in local currency corresponding to the trend in sales. Distribution costs in 2004 include all costs relating to customer-oriented activities in connection with Oticon's centenary celebrations and the introduction of Oticon Syncro. Fair growth in the Group's retail activities, which place a relatively higher burden on distribution costs than the Group's other businesses, also contributed to the increase in distribution costs.



Operating profit (EBIT) — DKK million: 583 (2000), 683 (2001), 810 (2002), 856 (2003), 1,004 (2004)



Earnings per share (EPS) — DKK: 5.8 (2000), 6.5 (2001), 7.9 (2002), 8.8 (2003), 10.7 (2004)




Cash flow from operating activities — DKK million: 316 (2000), 317 (2001), 669 (2002), 754 (2003), 735 (2004)

DEM012180

William Demant Holding A/S

The purchase sum, DKK 171 million, will be funded through mortgage credit loans. After renovation and rebuilding to accommodate our wishes and needs, the aggregate price will be DKK 250 million. With an attractive finance market and a scrap value of the property based on the low square metre price, the cost of operating and financing the property will not exceed today's cost of renting the property at Hellerup – even though the new property has more than twice the floorage space. The property is thus geared for further growth without a corresponding increase in costs.

*Balance sheet*
The consolidated balance-sheet total rose by 21.1% to DKK 2.4 billion. On the assets side, land and buildings (new head office property) and trade debtors accounted for most of the increase. In 2004, we generally succeeded in keeping the remaining asset items at the level of 31 December 2003, which is very satisfactory. Inventories only rose slightly, despite the many introductions in 2004.

The investment in a new head office property was fully financed through loans via corporate bank credits. In the first quarter of 2005, the major part of these loans are expected to be converted into a fixed-rate long-term mortgage credit loan.

*Board of Directors, Management and employees*
At the annual general meeting on 25 March 2004, Mr Niels Boserup (chairman) and Mr Nils Smedegaard Andersen were both re-elected. Mr Jørgen Mølvang (deputy chairman) retired due to age. After the general meeting, the Directors appointed Mr Niels Boserup chairman and Mr Lars Nørby Johansen deputy chairman.

At year-end, the Group employed 4,501 staff. The average number of employees throughout the year on a full-time basis was 4,490 against 4,272 in 2003. Denmark had 1,372 employees against 1,250 in 2003.

Revenue per employee amounted to DKK 958,000, or a 5.8% increase on 2003. Growth was 8.8% measured in fixed rates of exchange.

The Directors would like to thank all staff for their professionalism, commitment and diligence, which is key to the Group's success, and for their dedicated effort throughout the centenary year.

*Incentive programmes*
At two- or three-year intervals, the Group offers its employees the opportunity to acquire shares at a favourable price depending on salary and seniority conditions. The purchased shares are held in trust for five years.

Again in 2004, we successfully carried through an employee share programme, under which about half the Group's approximately 4,500 staff chose to buy a total of 174,038 shares at an aggregate price of DKK 15 million. At the time of purchase, the gift element constituted DKK 32 million.

In connection with the centenary in June, 118,950 shares were distributed to Group staff. According to Danish law, these shares will be held in trust for seven years.

Following the distribution of centenary shares and the sale of shares under the employee share programme, 80% of Group employees are now shareholders in the Company.

An agreement has been made with William Demant Holding's managing director to the effect that for each additional four-year period of employment after 2005, he will be entitled to remuneration equivalent to one year's pay.

The Company has no share option programmes or similar programmes.

*Knowledge resources*
The William Demant Holding Group's mission statement says that the Group must endeavour to expand growth in revenue and profit, and that it must seek innovation through a flexible, knowledge-based organisational structure.

The prerequisite for the Group's continued competitiveness is extensive audiology know-how and a broad spectrum of competencies such as designing integrated circuits for sophisticated analogue and digital processing of sound signals, developing software for optimum fitting of hearing aids, designing micro-amplifiers and related acoustic systems as well as developing and producing micro-mechanic components. The Group's R&D activities are described further on page 13 under the heading R&D costs.

The Group's products are made in collaboration between a wide range of specialists, each with thorough knowledge of their own fields, in-depth understanding of other professional areas and appreciation of the corporate approach. In order to utilise competencies and knowledge across the organisation, substantial resources are channelled into communication and knowledge sharing through a shared IT platform, a high degree of openness, secondment of employees to other Group undertakings and a flat organisational structure.

*The Oticon Foundation*
In the Annual Report 2003, Management gave an outline of the Oticon Foundation's investment strategy. In 2004, William Demant Holding A/S and the Oticon Foundation cooperated

NOTES

| | Note 1 – Acquisition of undertakings (DKK - in thousands) | GROUP | |
|---|---|---|---|
| | | 2004 | 2003 |
| | Fixed assets | 1,966 | |
| | Inventories | 1,517 | |
| | Debtors | 4,863 | |
| | Short-term creditors | -14,818 | |
| | Liquid funds, net | 14,152 | |
| | **Acquired assets, net** | 7,680 | |
| | Goodwill | 36,538 | |
| | **Acquisition cost** | 44,218 | |
| | Of which liquid funds | -14,152 | |
| | Cash acquisition cost | 30,066 | |

Note 2 – Segment information (DKK - in thousands)    GROUP

| | Net revenue | | Fixed assets | | Liabilities | |
|---|---|---|---|---|---|---|
| | 2004 | 2003 | 2004 | 2003 | 2004 | 2003 |
| Europe | 2,067,774 | | 673,835 | | 1,145,659 | |
| North America | 1,507,263 | | 100,057 | | 563,384 | |
| Asia | 270,718 | | 18,253 | | 31,051 | |
| Pacific Rim | 309,114 | | 21,753 | | 36,229 | |
| Other countries | 147,873 | | 8,653 | | 11,913 | |
| Total | 4,302,742 | | 822,551 | | 1,788,236 | |

Net revenue by customer location.

| PARENT COMPANY | | Note 3 – Net financials (DKK - in thousands) | GROUP | |
|---|---|---|---|---|
| 2003 | 2004 | | 2004 | 2003 |
| | 6,133 | Interest income from subsidiary undertakings | - | |
| | 908 | Interest income | 10,927 | |
| | 648 | Realised foreign exchange gains | 648 | |
| | 96 | Non-realised foreign exchange gains | 96 | |
| | 7,785 | **Financial income** | 11,671 | |
| | -14,362 | Interest expenses to subsidiary undertakings | - | |
| | -12,306 | Interest expenses | -49,338 | |
| | -320 | Realised foreign exchange losses | -320 | |
| | -593 | Non-realised foreign exchange losses | -593 | |
| | -27,581 | **Financial expenses** | -50,251 | |
| | -19,796 | **Net financials** | -38,580 | |

DEM012200

William Demant Holding A/S

| Note 7 – Tangible fixed assets (DKK - in thousands) | PARENT COMPANY | |
|---|---|---|
| | Land and buildings | Fixtures, tools and equipment |
| Cost at 1 January 2004 | 30,407 | 1,662 |
| Cost at 31 December 2004 | 30,407 | 1,662 |
| | | |
| Depreciation at 1 January 2004 | -4,619 | -348 |
| Depreciation for the year | -838 | -316 |
| Depreciation at 31 December 2004 | -5,457 | -664 |
| | | |
| Book value at 31 December 2004 | 24,950 | 998 |
| | | |
| Book value at 31 December 2003 | 25,788 | 1,314 |

* Depreciation on tangible fixed assets by function:

| | 2004 | 2003 |
|---|---|---|
| Administrative expenses | -1,154 | -1,164 |
| Total | -1,154 | -1,164 |
DEM012203

| PARENT COMPANY | | Note 12 – Other provisions (DKK - in thousands) | GROUP | |
|---|---|---|---|---|
| 2003 | 2004 | | 2004 | 2003 |
| 0 | 0 | Other provisions at 1 January | 15,216 | 17,644 |
| 0 | - | Foreign exchange adjustments | -265 | 47 |
| 0 | 0 | Provisions for the year | 2,492 | 4,159 |
| 0 | 0 | Used in 2004 | -1,162 | -1,408 |
| 0 | 0 | Reversed in 2004 | -2,097 | -196 |
| 0 | 0 | Other provisions at 31 December | 14,184 | 15,216 |

Other provisions include estimated costs in respect of pensions, retirement payment etc.

| PARENT COMPANY | | Note 13 – Long-term creditors (DKK - in thousands) | GROUP | |
|---|---|---|---|---|
| 2003 | 2004 | | 2004 | 2003 |
| 0 | 0 | Long-term creditors, payable after 5 years | 0 | 30,000 |

| PARENT COMPANY | | Note 14 – Rent and lease obligations (DKK - in thousands) | GROUP | |
|---|---|---|---|---|
| 2003 | 2004 | | 2004 | 2003 |
| 0 | 0 | Rent | 113,577 | 113,208 |
| 0 | 0 | Other operating leases | 20,640 | 14,379 |
| 0 | 0 | Total | 134,217 | 127,587 |
| 0 | 0 | Operating leases, less than 1 year | 54,422 | 52,713 |
| 0 | 0 | Operating leases, 1-5 years | 66,536 | 60,923 |
| 0 | 0 | Operating leases, over 5 years | 13,259 | 13,951 |
| 0 | 0 | Total | 134,217 | 127,587 |

| PARENT COMPANY | | Note 15 – Contingent liabilities (DKK - in thousands) | GROUP | |
|---|---|---|---|---|
| 2003 | 2004 | | 2004 | 2003 |
| 120,258 | 95,152 | Guarantee commitments in respect of subsidiary undertakings' credit lines | 0 | 0 |
| 62,357 | 34,920 | Utilised | 0 | 0 |

William Demant Holding A/S acts as a guarantor for the joint credit facility established with its subsidiary undertaking, Oticon A/S, in the amount of DKK 475 million.

The jointly taxed Danish undertakings are jointly and severally liable for tax on the consolidated taxable income.

The William Demant Holding Group is party to a few lawsuits, the outcomes of which, in the Management's and the Board of Directors' opinion, are insignificant in terms of the financial position of the Group.

Land and buildings at a book value of DKK 20 million have been provided in security of a mortgage debt of DKK 3 million.

William Demant Holding A/S

| PARENT COMPANY | | Note 16 – Employees (DKK - in thousands) | GROUP | |
|---|---|---|---|---|
| 2003 | 2004 | | 2004 | 2003 |
| | | Employee costs: | | |
| | 15,037 | Wages and salaries | 1,240,474 | |
| | 328 | Pensions | 23,309 | |
| | 33 | Social security costs etc. | 102,612 | |
| | 15,398 | Total | 1,366,395 | |
| | | Of which remuneration of Management and Board of Directors: | | |
| | 6,038 | Management | 6,038 | |
| | 1,660 | Board of Directors | 1,958 | |
| | 8 | Average number of full-time employees* | 4,490 | |

\* The number of employees in pro rata-consolidated undertakings is included in Group staff with the Group's percentage interest in the particular undertakings. The average number of such employees is 536 (554 in 2003), the William Demant Holding Group accounting for 264 (272 in 2003).

| PARENT COMPANY | | Note 17 – Fees to auditors (DKK - in thousands) | GROUP | |
|---|---|---|---|---|
| 2003 | 2004 | | 2004 | 2003 |
| | | Deloitte | | |
| | 440 | Audit fees | 3,093 | |
| | 230 | Other fees | 967 | |
| | | KPMG | | |
| | 440 | Audit fees | 3,717 | |
| | 566 | Other fees | 2,895 | |

### Note 18 – Related parties

Related parties are the principal shareholder, William Demants og Hustru Ida Emilies Fond (the Oticon Foundation), Strandvejen 58, DK-2900 Hellerup, Denmark, including the Foundation's subsidiary undertakings as well as the Company's Management and Board of Directors.

The Oticon Foundation lets office and production premises on a commercial basis to Oticon A/S and the joint venture Sennheiser Communications A/S amounting to DKK 12 million against DKK 11 million in 2003. The Oticon Foundation and William Demant Invest A/S pay administrative fees amounting to DKK 0.7 million (DKK 0.6 million in 2003) and DKK 0.8 million (DKK 0 million i 2003), respectively.

William Demant Holding A/S and the Oticon Foundation have furthermore made an agreement that the Company seeks to identify active investment opportunities, and following any such investment the Company will be in charge of the control and development of the particular investments. In each case, a management agreement will be made on commercial terms.

### Note 19 – Government grants

Neither in 2003 nor in 2004 has the William Demant Holding Group received any significant Government grants.

DEM012209



Annual Report 2005

William Demant / Holding

EXHIBIT 32



## Mission

The international William Demant Holding Group develops, manufactures and sells innovative and high-technology solutions, incorporating micro-electronics, micro-mechanics, wireless technology, software and audiology. The Group operates in a global market. Its core business is hearing aids.

All Group enterprises work closely together in the early links of the value chain such as purchasing and production. In the R&D, marketing and sales links of the value chain, with their particular focus on markets and customers, each unit has its own organisation and unique identity.

The Group aims to become the customers' preferred supplier of state-of-the-art quality solutions and thus create a platform for continued organic growth. It strives to meet user needs by maintaining a high innovative level and constantly expanding its global infrastructure.

The Group plays a role in overall structural changes by acquiring enterprises in existing and related businesses. Through such acquisitions, the Group will capitalise on its technological and audiological expertise, managerial competencies and financial resources to create further growth.

The Group endeavours to increase its value through continued growth in revenues and results.

All Group enterprises seek to promote a stimulating and rewarding working environment through a flexible, knowledge-based organisational structure. Moreover, the Group is committed to high standards of ethics, quality and fairness and is dedicated to meeting its environmental and social responsibilities.



B298

DEM012215