## Business areas

The William Demant Holding Group develops, manufactures and sells products and equipment designed to aid the hearing and communication of individuals. The Group covers three business areas: Hearing Aids, Diagnostic Instruments and Personal Communication. Group undertakings collaborate in many areas and to a wide extent also share resources and technologies.



### Hearing Aids

The Group's core business is hearing aids, and this business area comprises Oticon and Bernafon.

Oticon's vision is "to enable people to live the life they want with the hearing they have". Oticon aims to supply the most sophisticated technology and audiology based on the needs and wishes of the hearing impaired and at any time to offer a full range of the best hearing aids and fitting systems on the market. Oticon wishes to be the most attractive provider of hearing aids and looks upon the hearing-care professional as its business partner. Oticon sells its products through sales companies in 22 countries and about 80 independent distributors worldwide.

Bernafon aims to help hearing-impaired people to hear and communicate better through innovative hearing-aid solutions. Bernafon offers a large range of quality hearing-aid systems in all product categories. Bernafon's hearing aids are flexible and easy to fit for hearing-care professionals, and the products represent some of the most attractive combinations on the market in terms of performance and price. Today, Bernafon sells its products through 14 sales companies and over 60 independent distributors.

## William Demant Holding A/S

**Hearing Aids**
Oticon
Bernafon

**Diagnostic Instruments**
Maico Diagnostics
Interacoustics

**Personal Communication**
Phonic Ear
Sennheiser Communications

Operational activities

Distribution activities



B299

4

DEM012216

# Board of Directors and Management

**Parent company**
William Demant Holding A/S
Kongebakken 9
DK-2765 Smørum
Denmark
CVR 71186911
Phone +45 3917 7100
Telefax +45 3927 8900
william@demant.dk
www.demant.com

**Board of Directors**
Niels Boserup, Chairman
*President and CEO of Københavns Lufthavne A/S.*
*Chairman of the board of directors of TV 2/DANMARK A/S.*

Lars Nørby Johansen, Deputy Chairman
*Chairman of the board of directors of Falck A/S.*
*Deputy chairman of the board of directors of DONG A/S.*
*Deputy chairman of the board of directors of TV 2/DANMARK A/S.*

Nils Smedegaard Andersen
*President and CEO of Carlsberg A/S.*
*Member of the board of directors of A.P. Møller - Mærsk A/S.*

Ivan Jørgensen
*Staff representative.*

Ole Lundsgaard
*Staff representative.*

Stig Michelsen
*Staff representative.*

Michael Pram Rasmussen
*President and CEO of Topdanmark A/S.*
*Chairman of the board of directors of A.P. Møller - Mærsk A/S.*
*Member of the board of directors of Coloplast A/S.*

**Management**
Niels Jacobsen, President & CEO
*Member of the boards of directors of Novo Nordisk A/S and Nielsen & Nielsen Holding A/S. Niels Jacobsen is also a member of the boards of a number of wholly and jointly owned William Demant Group enterprises, including HIMPP A/S, William Demant Invest A/S, Sennheiser Communications A/S, HIMSA A/S and HIMSA II A/S.*

**Auditors**
Deloitte
*Statsautoriseret Revisionsaktieselskab*

KPMG C.Jespersen
*Statsautoriseret Revisionsinteressentskab*

**Annual general meeting**
The annual general meeting will be held on Thursday, 30 March 2006 at 4 p.m. at Group headquarters
Kongebakken 9, 2765 Smørum, Denmark




*Stig Michelsen, Ivan Jørgensen, Ole Lundsgaard, Niels Jacobsen, Niels Boserup, Lars Nørby Johansen, Nils Smedegaard Andersen, Michael Pram Rasmussen.*

B300

8

DEM012220



## Management report

**Strong cash flow, increased market shares and much stronger corporate development activities**

Again in 2005, the William Demant Holding Group expanded its market position. Unit sales of Group manufactured hearing aids rose by 18%, among other factors driven by Oticon Syncro and the successful mid-priced products Tego og Tego Pro from Oticon and Swissfar from Bernafon. The improvement is to be viewed in the light of an estimated market growth rate in 2005 of 4-6%. In other words, the Group gained market shares also in 2005. Developments in 2005 suggest that our business is in a stronger position than ever before.

The highlights of the year summarised in a few facts and figures:

* In 2005, the Group realised revenues of DKK 4,716 million, or 9.6% growth. In local currencies, growth was 8.4%.
* Operating profits (EBIT) totalled DKK 1,103 million, corresponding to 10% growth or a profit margin of 23.4%.
* Net profits rose 10% to DKK 791 million, and earnings per share (EPS) improved by 14% to DKK 12.2.
* Corporate cash flows from operating activities amounted to DKK 892 million, or 24% growth.
* Based on the year's substantial cash flows, the Company bought back shares worth DKK 695 million.

Realised revenues and operating profits (EBIT) matched the forecasts announced in our stock exchange announcement on 10 November 2005 on the quarterly review for the third quarter.

In many areas, the Group continued its strong focus on innovation and product development in 2005 in an effort to expand corporate growth potential on the long term:

* 2005 was another year of fruitful response to our research and development endeavours, which enabled us to launch a number of new, innovative products with considerable commercial potential. The five product launches in the spring, including Oticon's Tego and Tego Pro, were followed up in the autumn by the introductions of the thin-tube concept, Oticon Corda, the Oticon SAM environmeter and Bernafon's high-end instrument, ICOS.

* The autumn inauguration of our new head office and development centre at Smørum was a milestone in the Group's dedicated effort to always have the very best setting for innovation. Our vision was to create the leading and most exciting development facility in the hearing-aid industry. The move of 450 staff proceeded as planned.

* 2005 was also a year in which the development effort received a tremendous boost from an already very high platform. This was done to gear our business for the development of products with improved features and user benefits also in the future and involved an increase in R&D costs of 18% in 2005.

In 2006, revenues are forecast at DKK 5.2-5.3 billion corresponding to a growth in the underlying business of about 10%. Operating profits (EBIT) are estimated at DKK 1,225-1,275 million. Generally, we plan to increase the buy-back of shares substantially in 2006. We forecast a buy-back of shares of up to DKK 1 billion in 2006. With full utilisation of this frame, it will be an increase of over 40% on 2005. The growth in earnings per share (EPS) is estimated at 15-17% in 2006.

### Business conditions

*Hearing Aids*

Growth in the global market for hearing aids continues in line with our long-term forecasts of 3-5%, with the underlying growth factors being more or less unchanged. Growth is, among other factors, underpinned by the continued 1.5-2.0% increase in the over sixties population in the OECD countries. Moreover, the number of hearing impaired fitted with hearing aids on both ears (binaural fitting) is growing. This growth will, however, decrease gradually in the future. Also, we see a somewhat higher growth rate in some developing countries, albeit from a low level.

In Europe, growth seems overall to match our forecasts. In some countries such as Norway and Holland, growth is higher, whereas other countries, e.g. Switzerland, lag somewhat behind.

For the year as a whole, growth on the US market also matched our expectations, but trends in the US embrace 4% growth in the private market and a drop of 6% in the public segment (Veterans Affairs).



Net revenue and profit margin

DKK million

4,716 T 26%
4,303
3,870
3,924
3,506

2001  2002  2003  2004  2005

24%
22%
20%
18%

Net revenue — Profit margin



Since the fourth quarter of 2004, the William Demant Holding Group has only supplied very few hearing aids under the Veterans Affairs scheme.

Although mix changes between the various price segments are increasingly frequent, which may lead to periodic movements in average selling prices, we are of the opinion that also on the longer term the development in prices will contribute to market growth by 1-2 percentage points. The positive price effect is the result of new innovative products, which typically sell at 5-10% higher prices than the hearing aids they replace.

As forecast in the Annual Report 2004, tougher competition in the high-end market segment has been a distinguishing feature in 2005, because – as expected – many competitors launched hearing aids in this segment in 2005.

One of the major market trends in 2005 was that recent years' substantial growth in the sale of behind-the-ear (BTE) instruments compared with the sale of in-the-ear (ITE) instruments continued. A trend that was particularly conspicuous in the USA, where the proportion of BTE instruments rose from some 26% to 37% from the first quarter of 2004 to the fourth quarter of 2005. Compared with the first quarter of 2003, the increase was as high as 13 percentage points. The reason being solid growth in the sale of cosmetically

attractive BTE instruments, which are typically based on thin tubes and open fittings.

The Group estimates that the market for cosmetically attractive thin-tube solutions now accounts for more than 10% of the total market. Almost all manufacturers have now introduced thin-tube instruments, and we are therefore convinced that in the next few years, the BTE market will outgrow the ITE market. Even though we were absent from the fastest growing market segment from 2003 to 2005, it is worth noting that during this period, the Group managed to capture market shares on a current basis. In summer 2005, Bernafon introduced SwissEar in this segment, and Oticon launched its universal thin-tube concept Oticon Corda, in late 2005. Over the next few years, we expect the two hearing-aid businesses together to achieve the same share of the thin-tube market as the Group's share of the hearing-aid market in general.

The first quarter of 2006 saw the launch of the Group's new, ground-breaking high-end hearing aid, Oticon Delta, which belongs to a new generation of communication solutions in the RITE (Receiver-In-The-Ear) category. Oticon Delta stands out from all the traditional ITE and BTE instruments on the market with its ultra-thin, almost invisible copper wire connecting a newly developed loudspeaker placed in the ear canal with a tiny, triangular, digital amplifier concealed behind the ear. Transferring the electronics to behind the ear makes space for an

B302

10

DEM012222





11

entirely open fitting without compromising the cosmetic and auditory benefits of ITE instruments. For example, the potential of the loudspeaker is fully utilised by the location close to the ear drum while preserving the robustness and functionality of the BTE instrument. Designed for people with mild or high-frequency hearing losses, Oticon Delta offers all the functions characteristic of the best and most sophisticated products on the market. Delta has been designed to accommodate the functional and design preferences of the rapidly growing group of 50-65-year olds. So far, the so-called baby boomers have been reluctant to use hearing aids, but the Group sees Oticon Delta as the industry's most determined effort to overcome this generation's reservations about using hearing aids.

2005 was another year with many vital product launches from the Group's hearing-aid companies. Apart from the launch of Corda, Oticon in the spring introduced the second generation of its Syncro concept, which made a positive contribution in 2005. Syncro2 has several new functionalities including Syncro Memory (data logging) and an automatic Adaptation Manager for gradual increase of the amplification of the instrument to the desired level. In spring 2005, Oticon also introduced the Tego product brand including two complete product families, Tego and Tego Pro, which in terms of prices and functionalities together cover the entire mid-priced segment. Tego has had considerable success since its launch and has, in an extremely short time span, achieved a status as one of the world's best-selling

hearing aids. This summer, Oticon launched Sumo DM, which is a very compact and sophisticated digital Super Power instrument for users with very profound hearing losses. Towards year-end, Oticon presented its new Syncro SAM (Sound Activity Meter), a so-called Envirometer™. Syncro SAM, which is pinned to the user's clothes, collects essential information on an ongoing basis about the hearing impaired's listening environment prior to a fitting session. Based on the recorded information, the filter creates an Envirogram™, which provides a detailed picture of the most frequent listening environments of the particular hearing-impaired person. This enables the filter to match the choice of instrument, functionalities and settings precisely to the user's needs.

Apart from SwissEar, Bernafon in spring 2005 launched the Win product family designed for the volume market. Win has contributed to Bernafon's continued growth in sales of less expensive hearing aids. In the autumn, Bernafon unveiled ICOS, a new high-end product. ICOS is a highly adaptive hearing aid with sophisticated fitting tools and a data logging system called ICOS Tracker. ICOS was released for sale in the first quarter of 2006.

In 2005, the sale of self-manufactured hearing aids rose by 18% against a market growth rate of about 4-6%. In other words, recent years' increase of market shares continued in 2005. Syncro, Tego Pro, Tego and GO, in particular, made a favourable contribution to unit

B303

DEM012223





Net revenue by business area

☐ Hearing Aids
▨ Diagnostic Instruments
▨ Personal Communication

89%

Net revenue by region

▨ Europe
▨ North America
▨ Asia
▨ Pacific Rim
▨ Other countries

48%

The diagnostic instruments industry continued its consolidation in 2005, now with four major players accounting for about 70% of revenues and with William Demant Holding's diagnostic business as the third-largest in the industry. However, the industry still has a fairly large number of small local manufacturers and many small, niche-oriented manufacturers.

The favourable sales and earnings trends in the Diagnostic Instruments business area are expected to continue in 2006.

*Personal Communication*

Personal Communication comprising Phonic Ear and the joint venture, Sennheiser Communications, saw a slight improvement in 2005, with that development in Phonic Ear and fair growth in Sennheiser Communications.

In the future, Phonic Ear will comprise three business areas: Active Learning Systems, Assistive Listening Devices and Assistive Listening Systems.

In 2005, Phonic Ear bolstered its position within Active Learning Systems with the introduction of FrontRow (previously Soundfield) that encompasses school systems consisting of a wireless microphone worn by the teacher and a loudspeaker with a built-in wireless receiver. The FrontRow system is used in classrooms to maintain students' attention in noisy environments with poor acoustics. So far, Active Learning Systems have been particularly popular in North America, UK, Australia and New Zealand. In 2006, Phonic Ear will continue to highlight this area, also on a number of other markets.

Personal FM equipment was previously a focus area for Phonic Ear. In conjunction with the development within the area of Personal FM equipment (PFM), Phonic Ear's activities in this area are however being transferred to Oticon's paediatric business. PFM are wireless systems primarily used in classrooms with the teacher wearing a microphone with a wireless transmitter and the hearing-impaired student wearing a receiver. The transfer of PFM from Phonic Ear to Oticon mirrors Oticon's growing interest in the paediatric market,

which is currently experiencing healthy growth driven among other things by the introduction of infant screening programmes in several countries. The FM receivers worn by students are undergoing particularly rapid development. In the past, receivers used to be separate, body-worn instruments, whereas today they are tiny units clicked directly onto the hearing aid. The trend towards integrating FM receivers into the hearing aid is another reason for transferring the activities.

Sennheiser Communications, a corporate joint venture in the headset area, is owned and operated in collaboration with German Sennheiser electronic GmbH & Co. KG. In 2005, Sennheiser Communications saw fair growth in all product areas and thus continued the upward trend in the sale of headsets for telecommunications and PC users. It presented its first wireless Bluetooth headset, BW-900, in 2005. BW-900 is designed for the so-called SOHO segment (Small Office/ Home Office). Two of its distinguishing features are long range and outstanding sound quality. The launch has been slightly delayed compared to previous communications, but it is expected to be released for sale in 2006. In 2005, Sennheiser Communications furthermore complemented its product range in the multi-media and mobile segments. The business expects the positive trends to continue in 2006.

*Financial statements for 2005*

*Revenues and foreign exchange conditions*

Revenues for 2005 amounted to DKK 4,716 million, or 9.6% growth. Realised revenues matched our most recent forecasts. In terms of local currencies, growth amounted to 8.4%. Realised growth in 2005 should be viewed in the light of the fact that the comparative year 2004 was characterised by significant growth owing to the success of the high-end product Oticon Syncro. Overall, acquisitions contributed 0.6% to annual growth reflecting the fact that we did not carry through any major acquisitions in 2004 and 2005.

97% of consolidated revenues are generated outside Denmark. The revenue-related impact of movements in the Group's trading

13

B304

DEM012225

19



On the occasion of Oticon's centenary in 2004, the Oticon Foundation granted 50 million Danish kroner for the renovation of the Kongens Nytorv square in Copenhagen. This work was completed in May 2005, and the new Kongens Nytorv was inaugurated on 28 May 2005 with celebrations in the square for all Copenhageners.

At year-end, the Group employed 4,809 staff. On a full-time basis, the average number of employees throughout the year was 4,730 against 4,490 in 2004. In Denmark, staff numbered 1,487 against 1,372 in 2004. Revenue per employee amounted to DKK 997,000, or an increase of 4% compared with 2004.

Key to the Group's success are the professionalism, commitment and diligence of our staff. Directors and Management would like to thank all staff throughout the world for their dedicated effort – also in 2005.

*Incentive programmes*

At two- or three-year intervals, the Group offers its employees the opportunity to buy shares at a favourable price depending on their salary and seniority. Such shares are held in trust for five years. The last employee share programme was carried through in 2004. In connection with the Group's 100-year anniversary, also in 2004, shares were distributed to staff. The gift element under the two models totalled DKK 59 million, which was recognised in the share capital in 2004.

The Company has no share option programmes or similar programmes.

An agreement has been made that for every four years' employment after 2005, William Demant Holding's President & CEO is entitled to a severance package corresponding to one year's salary.

*Knowledge resources*

Our mission statement stipulates that the Group must aim for continuous growth in revenues and earnings, and that we must strive for a high innovation level through a flexible and knowledge-based organisation. The prerequisite for the Group's competitiveness is extensive audiology know-how and a broad spectrum of competencies such as designing integrated circuits for sophisticated analogue and digital processing of sound signals, developing software for optimum fitting of hearing aids, designing micro-amplifiers and related acoustic systems as well as developing and producing micro-mechanic components. The Group's R&D activities are described further on page 15 under the heading Research and development costs.

The Group's products are made in an interaction between a wide range of specialists, each with thorough knowledge of their own

fields, in-depth understanding of other professional areas and appreciation of the corporate approach. In order to utilise competencies and knowledge across the organisation, substantial resources are channelled into communication and knowledge sharing through a shared IT platform, a high degree of openness, secondment of employees to other Group enterprises and a flat organisational structure.

The Group's new development centre at Smørum is a major catalyst for future innovation projects. Pages 26-29 include a detailed description of the centre.

*The Oticon Foundation*

William Demant Holding's main shareholder, the Oticon Foundation, has as its primary goal to safeguard and expand the William Demant Holding Group's business and provide support for various commercial and charitable purposes. The Oticon Foundation, the full name of which is William Demants og Hustru Ida Emilies Fond, was founded in 1957 by William Demant, son of the Company's founder, Hans Demant. At 31 December 2005, the Foundation's stake in the Company was 57%, which is also the case at 6 March 2006.

The William Demant Holding Group has not carried through any major acquisitions since the autumn of 2001, and in compliance with Company policy any free cash flows are applied for buy-back of shares. Sound liquidity and a satisfactory free flow are important to obtain a fair price of the Company's shares at the Copenhagen Stock Exchange. In order to ensure this the Oticon Foundation in the autumn of 2005 decided that in future it would strive to retain an interest of 55-60% in the Company against previously 60-65%. The Foundation seeks to keep its ownership below 60% by selling shares in the market on an ongoing basis. The execution of this sale is independent of the Company's share buy-back programme.

In accordance with the Oticon Foundation's investment strategy, its investments – apart from shares in William Demant Holding – also include other assets as the Foundation can make direct, active investments in enterprises whose business models and structures resemble that of the William Demant Holding Group, but which are outside our strategic sphere of interest.

B305

DEM012231



In 2003, William Demant Holding A/S and the Oticon Foundation thus agreed that the Company is to identify active investment opportunities on behalf of the Foundation. In each case, a management agreement will be made on commercial terms, cf. note 19 in the financial statements.

In 2004 and 2005, the Oticon Foundation carried through significant investments in the property company, Jeudan A/S, which is listed on the Copenhagen Stock Exchange, and in the medtech company, Össur hf., listed on the Icelandic stock exchange in Reykjavik. The Oticon Foundation also has an external asset manager for the management of investments in listed securities.

### Corporate governance

At the end of 2001, the Nørby Committee submitted a number of recommendations for good corporate governance in Denmark. On an ongoing basis, the Directors discuss corporate governance, and how to ensure good corporate management relative to the shareholders. The Directors are of the opinion that corporate governance in the William Demant Holding Group lives up to the basic principles expressed in the Committee's recommendations. Our website, www.demant.com, provides a more detailed review of the Group's approach to and handling of the principles reflected in the Nørby Committee's report.



We have chosen to publish quarterly reviews rather than quarterly financial statements. A quarterly review describes the market

situation and provides a general description of the Group's activities in the past quarter compared with previous forecasts of revenues and performance. In our opinion, quarterly statements would not promote a better understanding of the Group's activities. In fact, offering full financial statements on the Group's performance following each quarter might provide a misleading picture, because the Group's activities in any given quarter will vary considerably from one year to the next.

In 2005, the Copenhagen Stock Exchange's committee for good corporate governance revised the Nørby Committee's recommendations and emphasised that they would apply according to the "comply or explain" principle. The revised recommendations also incorporate the European Commission's recommendations as regards independence and remuneration. For financial years starting 1 January 2006 or later, Danish companies must take the revised recommendations into account. In the Annual Report 2006 William Demant Holding will adopt the revised recommendations.

### Outlook for the future

The strengthening of the Group's market position in recent years is expected to continue in 2006. Forecast growth in the underlying business is about 10% in a market estimated to grow by 3-5%. The strengthening of trading currencies in 2006 is also estimated to improve revenues. We therefore expect revenues for 2006 to the tune of DKK 5.2-5.3 billion.

B306

20

DEM012232

21



With the continuous exploitation of economies of scale, the Group's underlying earnings capability is expected to gain strength in 2006. Operating profits (EBIT) for 2006 are estimated at DKK 1,225-1,275 million, which corresponds to a profit margin of at least the same percentage as in 2005.

The exchange effect on the Company's profit margin in 2006 will be negative. The reason being that since early 2005 the strengthening of our trading currencies is reflected in reported revenues, whereas the effect on operating profits (EBIT) is somewhat delayed due to the Company's hedging transactions.

In 2006, the effective tax rate is estimated at about 26%, i.e. the same level as in 2005, but we do expect the Group's effective tax rate to gradually approach 28%, which is the corporate tax rate in Denmark. The convergence towards 28% is however thought to stretch over a slightly longer period than originally expected.

Investments in tangible assets are estimated at a total of DKK 160-200 million.

With the continuous growth in revenues and profits and following the end of a two-year period characterised by a high investment level, the Company has decided to expand its share buy-back programme in 2006 compared with 2005, and we expect to buy back shares at an aggregate amount of up to DKK 1 billion in 2006. On full utilisation of the frame, it will be an increase on 2005 of over 40%.

Earnings per share (EPS) are estimated to go up by 15-17% in 2006.

Competition in the hearing-aid industry is expected to be intense also in 2006. With the launches of Oticon Delta and ICOS from Bernafon in the first quarter, the William Demant Holding Group will focus particularly on the high-end-segment in 2006. We are of the opinion that the competition will concentrate more on the mid-priced segment in which, since the introduction of the Tego brand in spring 2005, Oticon has been extremely successful.

Oticon Delta belongs to a new generation of communication solutions in the RITE (Receiver-In-The-Ear) category and is a significant product novelty from the William Demant Holding Group. The Company has high expectations as regards the commercial success of Oticon Delta, which will offer its users the combination of all the most sophisticated features and the cosmetically most attractive solution available on the market. However, the RITE category represents a new and so far untested concept for most hearing care professionals, and revenue and earnings forecasts for 2006 are therefore rather more uncertain than in previous years. The introduction of Oticon Delta at the end of the first quarter suggests that revenues and earnings for the second half of 2006 will outmatch the first half-year.

### General meeting

William Demant Holding A/S will hold its annual general meeting on Thursday, 30 March 2006 at 4 p.m. at the Company's new address: Kongebakken 9, 2765 Smørum, Denmark

The Directors will propose that the year's profit be transferred to the Company's reserves.

At the annual general meeting, the Directors will propose that the share capital be reduced by an amount corresponding to the holding of own shares immediately before the general meeting.

At the annual general meeting, Mr Niels Boserup and Mr Nils Smedegaard Andersen will retire from the Board in accordance with the Company's Articles of Association. The Directors will recommend that both be re-elected.

DEM012233

**Consolidation**

The consolidated financial statements comprise William Demant Holding A/S (the parent company) and the entities in which the parent company, either directly or indirectly, holds more than 50% of the voting rights, or in which in some other manner it can or actually does exercise control. The consolidated financial statements have been prepared on the basis of the financial statements of the parent company and its subsidiary undertakings by aggregating uniform items. On pro rata consolidation, the consolidated financial statements also include entities, which by agreement are managed jointly with one or more entities. Intra-group income and expenditure, shareholdings, intra-group balances and dividends as well as non-realised intra-group profits on inventories are eliminated.

Undertakings, in which the Group holds between 20% and 50% of the voting rights or, in some other manner can or actually does exercise significant control, are considered associated and have been incorporated proportionately into the consolidated financial statements based on the equity method.

Newly acquired or newly established subsidiary or associated undertakings are recognised in the consolidated financial statements from the time of acquisition or formation. Divested or discontinued entities are recognised until the date of their divestment or discontinuation. Comparative figures and financial highlights in respect of newly acquired or divested entities have not been restated.

On acquiring new entities, the purchase method is applied, under which the identified assets and liabilities of the newly acquired entities are measured at their fair values at the time of acquisition. Any tax effects of revaluations will be taken into account.

The cost of the acquired enterprise includes the fair value of the consideration paid plus costs directly attributable to the acquisition. If the final consideration sum is conditional upon one or more future events, such adjustments will only be recognised in cost if the particular event is likely to happen and its effect on cost can be reliably calculated.

If cost exceeds the fair values of the assets, liabilities and contingent liabilities identified on acquisition, any remaining positive differences (goodwill) are recognised in the balance sheet under intangible assets and tested for impairment at least annually. If the carrying amount of an asset exceeds its recoverable amount, it will be written down to such lower recoverable amount.

**Translation of foreign currency**

On initial recognition, transactions in foreign currency are translated at the exchange rates ruling at the date of the transaction.

Receivables, payables and other monetary items in foreign currency are translated into Danish kroner at their rates on the balance sheet date. Realised and non-realised exchange adjustments are recognised in the profit and loss account under gross profit or net financials, depending on the purpose of the transaction.

Tangible and intangible assets, inventories and other non-monetary assets, purchased in foreign currency and measured on the basis of historical cost, are translated at the rates of exchange at the date of the transaction.

For subsidiary and associated undertakings presenting financial statements in foreign currency, profit-and-loss account items are translated at the average exchange rates for the year, whereas balance sheet items are translated at the rates on the balance sheet date.

Any exchange adjustments arising from the translation at the beginning of the year of balance sheet items of foreign Group undertakings at the exchange rates on the balance sheet date undertakings as well as the translation of profit-and-loss account items from average rates to the exchange rates on the balance sheet date are recognised direct in shareholders' equity. Similarly, exchange adjustments resulting from changes made directly in the shareholders' equity of a foreign entity are also recognised direct in shareholders' equity.

Any exchange adjustments of amounts receivable from or payable to subsidiary undertakings, which are considered part of the parent company's total investment in the particular entity, are recognised direct in shareholders' equity.

**Derivative financial instruments**

Derivative financial instruments, primarily forward exchange contracts and interest swaps, are measured at their fair values and recognised as receivables and payables.

Changes in fair values of derivative financial instruments, classified as and satisfying the criteria for hedging of the fair value of a recognised asset or a recognised liability, are recognised in the profit and loss account together with the changes in fair value of the hedged asset or hedged liability.

Changes in fair values of derivative financial instruments, classified as and satisfying the conditions for hedging of future transactions, are recognised direct in shareholders' equity. On realisation of the hedged transactions, the accumulated changes will be recognised as part of the particular transactions.

**Share-based incentive programmes**

Share based incentive programmes, solely enabling staff to buy shares in the parent company (equity-settled share-based payment schemes), are measured at the fair values of the equity instruments at the grant date and recognised in the profit and loss account as staff costs over the vesting period. The item is set off directly against shareholders' equity.

B308

DEM012243

# Balance sheet at 31 December 2005



| Assets (DKK · in thousands) | Note | PARENT COMPANY 2005 | PARENT COMPANY (2004) | GROUP 2005 | GROUP (2004) |
|---|---|---|---|---|---|
| Acquired patents and licences | 9 | 0 | | 9,675 | |
| Goodwill | 9 | 0 | | 54,342 | |
| Intangible assets | | 0 | | 64,017 | |
| Land and buildings | 10 | 24,770 | | 503,576 | |
| Production plant and machinery | 10 | 0 | | 138,263 | |
| Fixtures, tools and equipment | 10 | 534 | | 180,214 | |
| Leasehold improvements | 10 | 0 | | 26,609 | |
| Prepayments and plants under construction | 10 | 0 | | 7,578 | |
| Tangible assets | | 25,304 | | 856,240 | |
| Shares in subsidiary undertakings | 11 | 1,434,799 | | | |
| Shares in associated undertakings | 11 | 0 | | 3,824 | |
| Securities and participating interests | 11 | 3,118 | | 3,505 | |
| Receivables | 11 | 37,511 | | 144,344 | |
| Deferred tax | 12 | 0 | | 100,766 | |
| Other long-term assets | | 1,475,428 | | 252,439 | |
| Total long-term assets | | 1,500,732 | | 1,172,696 | |
| Inventories | 13 | 0 | | 632,336 | |
| Trade receivables | | 0 | | 862,599 | |
| Corporation tax | 7 | 84 | | 4,385 | |
| Other receivables | | 0 | | 49,510 | |
| Non-realised gains on financial contracts | | 0 | | 1,625 | |
| Prepayments and accrued expenses | | 0 | | 35,545 | |
| Receivables | | 84 | | 953,664 | |
| Cash and cash equivalents | | 0 | | 134,685 | |
| Total short-term assets | | 84 | | 1,720,685 | |
| Total assets | | 1,500,816 | | 2,893,381 | |

B309

36

DEM012248

## Note 14 – Long-term payables (DKK - in thousands)

| | PARENT COMPANY | | GROUP | |
|---|---|---|---|---|
| | 2005 | 2006 | 2005 | 2006 |
| Long-term payables, due after more than 5 years | 0 | 0 | 285,680 | · |

## Note 15 – Provisions (DKK - in thousands)

| | PARENT COMPANY | | GROUP | |
|---|---|---|---|---|
| | 2005 | 2006 | 2005 | 2006 |
| Provisions at 1.1. | 0 | 0 | 21,445 | |
| Foreign-exchange adjustments | 0 | 0 | 915 | |
| Provisions for the year | 0 | 0 | 7,639 | |
| Used in the year | 0 | 0 | 1,122 | |
| Reversed in the year | 0 | 0 | -133 | |
| Provisions at 31.12. | 0 | 0 | 28,744 | |
| | | | | |
| Provision breakdown as follows: | | | | |
| Long-term liabilities | 0 | 0 | 25,393 | |
| Short-term liabilities | 0 | 0 | 3,351 | |
| Provisions at 31.12. | 0 | 0 | 28,744 | |
| | | | | |
| Defined benefit plans | 0 | 0 | 4,188 | |
| Other long-term employee benefits | 0 | 0 | 18,625 | |
| Other provisions | 0 | 0 | 5,931 | |
| Provisions at 31.12. | 0 | 0 | 28,744 | |

In two foreign subsidiary undertakings (Switzerland), defined benefit plans have been made including 118 employees. According to actuarial calculations at 31 December 2005, the capital value of future benefits is DKK 43.3 million and the fair value of assets attached to the benefit plan is DKK 39.1 million. The discounted interest rate is 3.6% and the return on assets 4.0%. The net provision is DKK 4.2 million.

In Holland, a defined benefit plan has been made for several entities. As the assets cannot be attributed to the single entities, the defined benefit plan is treated as a defined contribution plan.

B310

50

DEM012262

## PARENT COMPANY

### Note 18 ~ Contingent liabilities (DKK - in thousands)

Guarantee commitments in respect of subsidiary

| | 2005 |
|---|---|
| undertakings' credit | 87,232 |
| Utilised | 22,904 |

William Demant Holding A/S acts as a guarantor for the credit facility established with its Danish subsidiary undertakings in the amount of DKK 490 million (DKK 490 million in 2004).

The William Demant Holding Group is party to a few lawsuits, the outcomes of which, in the Management's and the Board of Directors' opinion, are insignificant in terms of the Group's financial position.

## PARENT COMPANY

### Note 19 ~ Related parties (DKK - in thousands)

Related parties are the principal shareholder, William Demants og hustru Ida Emilies fond (the Oticon Foundation), Kongebakken 9, 2765 Smørum, Denmark, including the Foundation's subsidiary undertaking (William Demant Invest A/S).

Related parties with significant influence are the Company's Management and Directors and their family members. Furthermore, related parties are companies in which the above persons have significant interests.

Subsidiary and associated undertakings and the William Demant Holding Group's ownership interests are shown on page 54.

In 2005, the Oticon Foundation let office and production premises on a commercial basis to the joint-venture company, Sennheiser Communications A/S. From 1 January to 31 October 2005, the subsidiary undertaking, Oticon A/S, rented office premises from the Oticon Foundation. The two leases amounted to a total of DKK 10.9 million (DKK 12.0 million in 2004).

The Oticon Foundation and William Demant Invest A/S paid administration fees amounting to DKK 0.7 million (DKK 0.7 million in 2004) and DKK 0.3 million (DKK 0.8 million in 2004), respectively.

## GROUP

| | 2005 | 2005 |
|---|---|---|
| | | 0 |
| | | 0 |

As part of corporate activity, the Group has made normal agreements with suppliers, provided letters of intent for certain subsidiary undertakings and made agreements for the purchase of shareholdings.

Group land and buildings at a book value of DKK 356.2 million (DKK 20 million in 2004) have been provided in security of a mortgage debt of DKK 204.1 million (DKK 3 million in 2004).

## GROUP

William Demant Holding A/S and the Oticon Foundation have furthermore made an agreement that the Company seeks to identify active investment opportunities, and following any such investment the Company will be in charge of the control and development of the particular investment. In each case, a management agreement will be made on commercial terms.

Since 1 January 2005, William Demant Invest A/S has been jointly taxed with the other Danish undertakings. The tax value, DKK 2.2 million, of its taxable result was utilised by the other Danish undertakings which pay joint taxation contributions in respect hereof.

Sales to joint ventures not eliminated in the consolidated financial statements amount to DKK 109.5 million (DKK 99.3 million in 2004).

For transactions with Directors and Management, please refer to note 2 Staff and the mention of share-incentive programmes in the Management report on page 19.



B311

52

DEM012264



**PCT**

WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau

INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification 6 :<br>H04R 25/00 | A1 | (11) International Publication Number: **WO 99/65275**<br>(43) International Publication Date: 16 December 1999 (16.12.99) |
|---|---|---|

(21) International Application Number: PCT/DK99/00320

(22) International Filing Date: 10 June 1999 (10.06.99)

(30) Priority Data:
98110711.3      10 June 1998 (10.06.98)      EP

(71) Applicant (for all designated States except US): OTICON A/S [DK/DK]; Strandvejen 58, DK–2900 Hellerup (DK).

(72) Inventor; and
(75) Inventor/Applicant (for US only): HANSEN, Kim, Vejlby [DK/DK]; Skovbakken 56, DK–3520 Farum (DK).

(81) Designated States: AU, CA, JP, US.

Published
   With international search report.
   Before the expiration of the time limit for amending the claims and to be republished in the event of the receipt of amendments.

(54) Title: METHOD OF SOUND SIGNAL PROCESSING AND DEVICE FOR IMPLEMENTING THE METHOD



(57) Abstract

Method and device for sound signal processing in a signal processing device including a main signal path comprising input means (1, 2), a signal processor unit (3), and output means (4, 5), the signal processor (3) being controllable via several control parameters supplied from a programmable controller (6). The control parameters are generated continuously and dynamically in the programmable controller as a function of at least the sound environment. Further parameters can be supplied to the programmable controller for influencing the generating of control parameters for the signal processor, such as: the signal to be processed and/or the output signal from the signal processor unit and/or time of day and/or ambient temperature and/or ambient air humidity and/or ambient light and/or telecoil detection and/or voice recognized spoken control words etc. Although the invention is intended primarily for use in hearing aids, many other uses can be envisaged.



1

## INTERNATIONAL SEARCH REPORT

| | International application No. |
|---|---|
| | PCT/DK 99/00320 |

**A. CLASSIFICATION OF SUBJECT MATTER**

IPC6: H04R 25/00
According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)

IPC6: G10K, H04R

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

SE,DK,FI,NO classes as above

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | WO 9422276 A1 (TOPHOLM & WESTERMANN APS), 29 Sept 1994 (29.09.94), page 2, line 22 - page 7, line 18 | 1,2,4-6,8-13 |
| X | US 5706351 A (OLIVER WEINFURTNER), 6 January 1998 (06.01.98),  claims 1,3, abstract | 1,2,4-10 |
| X | US 4879749 A (HARRY LEVITT ET AL), 7 November 1989 (07.11.89), column 2, line 33 - column 3, line 22; column 4, line 65 - column 8, line 39 | 1-6,8-12 |

[X] Further documents are listed in the continuation of Box C.     [X] See patent family annex.

\* Special categories of cited documents:

"A"  document defining the general state of the art which is not considered to be of particular relevance

"E"  erlier document but published on or after the international filing date

"L"  document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O"  document referring to an oral disclosure, use, exhibition or other means

"P"  document published prior to the international filing date but later than the priority date claimed

"T"  later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X"  document of particular relevance: the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y"  document of particular relevance: the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art

"&"  document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 10 November 1999 | 18 -11- 1999 |
| Name and mailing address of the ISA/ <br> Swedish Patent Office <br> Box 5055, S-102 42 STOCKHOLM <br> Facsimile No.  + 46 8 666 02 86 | Authorized officer <br><br> Bo Gustavsson/MN <br> Telephone No.   + 46 8 782 25 00 |

Form PCT/ISA/210 (second sheet) (July 1992)

B313

## INTERNATIONAL SEARCH REPORT
Information on patent family members

28/09/99

International application No.

PCT/DK 99/00320

| Patent document cited in search report | | | Publication date | Patent family member(s) | | | Publication date |
|---|---|---|---|---|---|---|---|
| WO | 9422276 | A1 | 29/09/94 | AT | 143564 | T | 15/10/96 |
| | | | | AU | 676538 | B | 13/03/97 |
| | | | | AU | 5999994 | A | 11/10/94 |
| | | | | CA | 2150220 | A | 29/09/94 |
| | | | | DE | 4308157 | A | 22/09/94 |
| | | | | DE | 59400744 | D | 00/00/00 |
| | | | | DK | 689755 | T | 13/01/97 |
| | | | | EP | 0689755 | A,B | 03/01/96 |
| | | | | SE | 0689755 | T3 | |
| | | | | JP | 2782475 | B | 30/07/98 |
| | | | | JP | 8510602 | T | 05/11/96 |
| | | | | US | 5710819 | A | 20/01/98 |
| US | 5706351 | A | 06/01/98 | EP | 0674464 | A | 27/09/95 |
| US | 4879749 | A | 07/11/89 | AT | 91372 | T | 15/07/93 |
| | | | | DE | 3688677 | A,T | 12/08/93 |
| | | | | EP | 0250679 | A,B | 07/01/88 |
| | | | | SE | 0250679 | T3 | |
| | | | | ES | 2042496 | T | 16/12/93 |
| | | | | US | 4731850 | A | 15/03/88 |
| EP | 0788290 | A1 | 06/08/97 | NONE | | | |
| US | 5202927 | A | 13/04/93 | AT | 92702 | T | 15/08/93 |
| | | | | DE | 3900588 | A,C | 19/07/90 |
| | | | | DK | 453450 | T | 22/11/93 |
| | | | | EP | 0453450 | A,B | 30/10/91 |
| | | | | JP | 2511575 | B | 26/06/96 |
| | | | | JP | 3505808 | T | 12/12/91 |
| | | | | WO | 9008448 | A | 26/07/90 |
| US | 5303306 | A | 12/04/94 | NONE | | | |

Form PCT/ISA/210 (patent family annex) (July 1992)

B314