

ANNUAL REPORT 1999

William Demant Holding A/S

# Mission

The William Demant Holding Group of international companies develops, manufactures and sells innovative and highly advanced technological solutions. These solutions combine micro-electronics, micro-mechanics, wireless technology, software and acoustics and are sold to professional customers in a global market place.

The core business of the Group is hearing aids. By combining its expertise in the fields of technology, software and audiology, the Group is able to develop products and solutions that help to improve quality of life for the hearing impaired. Audiological expertise is crucial for developing high quality hearing aids, and this is why the Group invests considerable resources in audiological research and product development.

The Group is divided into three business areas: Hearing aids - which comprises two separate companies - Oticon and Bernafon. Diagnostic instruments - which consists of Maico Audiometer, Interacoustics and RhinoMetrics, and finally Personal communication - which consists of Phonic Ear, DanaCom and Logia.

The companies within the William Demant Holding Group work very closely together in the early links of the value chain (i.e. purchasing and production). In those parts of the value chain that focus on markets and customers (such as product development, marketing and sales), each business has its own organisation and identity.

The Group's mission is to become the customers' preferred supplier of advanced, quality solutions, thereby maintaining a basis for organic growth. This will be achieved by ensuring a high degree of innovation, by utilising the Group's technological and audiological expertise, through management proficiency and with the aid of financial resources.

The Group will also participate in the general structural rationalisation of the industry by acquiring companies within existing business areas. Outside the core area of business, the Group intends to acquire companies whose strengths can be utilised to create further growth. The Group will endeavour to increase its inherent value through continued growth in turnover and profitability.

The William Demant Holding Group subscribes to high standards of ethics, quality and fair play, which involves accepting responsibility for the environment and society as a whole. The companies within the group seek to cultivate a stimulating and varied working environment through a flexible, knowledge-based organisational form.

DEM011965

William Demant Holding A/S

4

## BOARD OF DIRECTORS AND MANAGEMENT

**The company**
William Demant Holding A/S
c/o Strandvejen, 2900 Hellerup, Denmark
CVR no. 71186911
Phone: +45 3917 7100
Telefax: +45 3927 7900
william@demant.dk
www.demant.com

**Board of Directors**
Niels Boserup, Chairman
President & CEO of Københavns Lufthavne A/S.
Chairman of the Board of Directors of Jyllands-Posten A/S.

Jørgen Mølvang, Deputy Chairman
Chairman of the Board of Directors of Recon System A/S,
H+H Holding A/S and Hedorf Holding A/S. Member of the
Board of Directors of Ferrosan A/S and BRF Holding A/S.

Franck Fogh Andersen
Elected by the employees.

Lars Nørby Johansen
President & CEO of Falck A/S. Chairman of the Board of
Directors of Carl Bro as. Deputy Chairman of the Board
of Directors of InWear A/S. Member of the Board of
Directors of DONG A/S.

Jørgen Kornum
Elected by the employees.

Michael Pram Rasmussen
President & CEO of Topdanmark A/S. Deputy Chairman of the
Board of Directors of Burmeister Brandforsikring A/S. Member
of the Board of Directors of Dampskibsselskabet af 1912 A/S.

Hanne Stephensen
Elected by the employees.

**Management**
Niels Jacobsen, President & CEO
Chairman of the Board of Directors of Hearing Instrument
Manufacturers Patent Partnership A/S. Deputy Chairman of
the Board of Directors of Carl Bro as. Member of the Board
of Directors of Micro Matic Holding A/S and Hearing
Instrument Manufacturers Software Association A/S.

**Auditors**
Deloitte & Touche, Statsautoriseret
Revisionsaktieselskab and KPMG C.Jespersen.

**Annual general meeting**
The annual general meeting will be held on Thursday
27 April 2000 at the Experimentarium, 7. Tuborg
Havnevej, 2900 Hellerup, Denmark.

DEM011966

William Demant Holding A/S

8

### DIRECTORS' REPORT

**Success on all fronts**
1999 saw progress in all Group activities, and for several activity areas the improvement outmatched the Board's expectations as reflected in the 1998 Annual Report and the Interim Report published in August 1999.

- Revenue increased by DKK 271 million, or an increase of 17%.

- Operating profit rose by 36% to DKK 337 million.

- Earnings per share went up by 33% from DKK 13.0 to DKK 17.3.

- The return on equity was 54% against 36% in 1998.

- Total assets of well over DKK 1 billion are more or less the same as in 1997 and 1998.

**Market conditions and Group sales**
The growth in sales for 1999 of DKK 271 million was mainly realised in the second half-year. During the first six months of the year revenue rose by 9%, or DKK 74 million, but in the second half sales went up by 24%, or just under DKK 200 million. In the Annual Report for 1998 the Board of Directors expected 1999 net profit to increase modestly in the first half and sharply in the second half in line with the introduction of a number of new, innovative products in mid-1999. In the second half of 1999 the introduction of DigiFocus II had a particularly positive effect on Group sales. Some of the other product introductions were postponed and will not contribute to growth until 2000.

The distribution of Group sales by business areas is more or less the same as in 1998, with Hearing aids as the largest area accounting for 84% of Group revenue, Personal communication for 12% and finally Diagnostic instruments 4%.

In terms of fixed exchange rates Diagnostic instruments experienced the highest percentage increase in revenue with 25%. Hearing aids and Personal communication went up by 13% and 10%, respectively.

**Hearing aids**
Competition on the market for hearing aids in 1999 was marked by two trends.

Firstly, the previous trend towards consolidation in the hearing instrument industry gathered momentum. GN Danavox and ReSound merged in 1999; Philips and Beltone merged their hearing instrument activities, and some of the major players in the industry acquired some of the minor hearing instrument manufacturers.

Secondly, 1999 saw a steady flow of new digital instruments so that today digital technology is available from all major manufacturers on the market. This means that competition is becoming increasingly



Net revenue
- 99: 1,884
- 98: 1,613
- 97: 1,413
- 96: 1,087
- 95: 940 DKK m

Net revenue per business area
- 84% Hearing aids
- 12% Personal communication
- 4% Diagnostic instruments

Net revenue by regions
- 26% Scandinavia
- 37% Rest of Western Europe
- 12% North America
- 7% Asia
- 12% Pacific Rim
- 6% Other countries

| Breakdown of Group sales (DKK million) | 1999* | 1998* | 1998** |
|---|---|---|---|
| Hearing instruments | 1,592 | 1,363 | 1,408 |
| Diagnostic instruments | 66 | 52 | 53 |
| Personal communication | 226 | 198 | 205 |
| Total | 1,884 | 1,613 | 1,666 |

*Computed at the rates of exchange for the period  **Translated at 1999 exchange rates

*Group revenue by area has been changed compared with prior years. Rather than consolidating all the legal entities included in the various core areas, sales are now computed by product, i.e. the above table is thus based on actual product sales in each business unit. The change was introduced because with the increasing integration of Group undertakings hearing aid companies now also sell diagnostic instruments and equipment for personal communication, and Phonic Ear distributes Oticon's products in Canada. The comparable figures for 1998 have been restated accordingly.*

DEM011970


## Oticon

Oticon is represented in 20 countries all over the world. The company's core functions and hearing-aid-related R&D are based in Denmark. It is from the company's headquarters in Copenhagen that Oticon also services the Danish market, plus some 80 independent distributors the world over.

During 1999 Oticon experienced significant growth in revenue through shifting its emphasis to increasing sales of the more expensive instruments in its product range, particularly the sale of in-the-ear instruments.

Virtually all of the leading hearing aid manufacturers have now introduced their first generation of digital hearing aids, and during the course of the year, a few manufacturers launched their second generation. Measured by volume, digital hearing aids today still only account for a small percentage of the total market. Measured by value, however, the picture changes drastically, and it is in this segment that the largest growth is becoming apparent.

The digital hearing aid market share is expected to increase, as dealers become more comfortable with the use of PCs to fit the digital products. We also expect many dealers to concentrate their purchasing around fewer suppliers, partly because they wish to avoid having to learn to master many different types of fitting software.

### Full-range

Oticon continues to be one of the market's few full-range suppliers. Firstly, Oticon can offer dispensers new and technologically leading-edge instruments that target all customer segments across the price ranges. And secondly, Oticon offers a wide range of hearing aids, from small in-the-ear devices to powerful behind-the-ear instruments.

This combination meets current demands from dealers for a broad product range from just one supplier. Such an arrangement means less need for training, greater confidence in the selected products and fitting software, larger discounts, plus a more goal-oriented service from Oticon's consultants and audiologists all over the world.

At the American Audiology Conference in April, Oticon introduced *DigiFocus II* - a new, complete family of digital hearing aids. This family is based on a new platform and comprises, amongst others, Oticon's first digital completely-in-the-canal (CIC) hearing aid.

DigiFocus II was released for sale on the first markets during the third quarter, and sales have developed very positively all over the world. This is partly due to the fact that the dealers have considerable experience using Oticon's audiological rationales, ASA2 and SKI, as well as the fitting systems, OtiSet and EasyFit. The increase in sales can also be attributed to the wide range of models offered.

In the fourth quarter Oticon introduced *Ergo* and *Swift* - two new families of very competitively priced programmable hearing aids. These new instruments offer government hearing clinics and private

DEM011982



Hilary Thorp is Associate Director at the Birmingham office of top ten UK PR consultancy, Grayling Public Relations. Approaching forty, she detected something wrong with her hearing:

"To be very honest the last thing you imagine happening at this age is finding that you are beginning to lose your hearing. Today, I am wearing Oticon's in-the-ear DigiFocus II instruments. There is certainly a better quality to sound from digital as opposed to my old analogue models. The sound is much truer to life. It is not as difficult for me to cope in meetings and I don't get as easily tired."

dispensers a new programmable alternative to non-programmable instruments in the same price category. Both instruments have been extremely positively received by both dealers and users world-wide.

Over the next few years Oticon will continue to invest considerable energy in product development, in order to reinforce its position as a full-range supplier.

At the beginning of the new year, Oticon expanded its management team to include Peter Finnerup, previously President of the Bernafon Group. It will be his responsibility to manage a newly established management area which will include, amongst other tasks, the co-ordination of the Group's entire production, purchasing and logistics functions.

Also at the turn of 1999/2000, Oticon strengthened its activities in Brazil by increasing its shareholding in Centro Auditivo Telex from 20% to 100%.



**DigiFocus II**

DigiFocus II is a complete family of digital hearing aids and an evolution of the world's first digital hearing aid. The product family covers the full spectrum - from a completely-in-the-canal (CIC) instrument to behind-the-ear instruments.

**Ergo**

**Swift**

In 1999 Oticon introduced Ergo and Swift - two new families of programmable hearing aids that offer users a high degree of flexibility at very competitive prices.

21

DEM011983