ANNUAL REPORT 2000

William Demant Holding **A/S**

EXHIBIT

27

DEM012009

# Mission

The William Demant Holding Group of international
companies develops, manufactures and sells innovative and
high-technology solutions incorporating micro-electronics,
micro-mechanics, wireless technology, software
and audiology. The Group operates in a global market.
Its core business is hearing aids.

All Group companies work closely together in the early links
of the value chain such as purchasing and production.
In the R&D, marketing and sales links of the value chain, with
their particular focus on markets and customers, each unit has
its own organisation and unique identity.

The Group aims to become the customers' preferred supplier
of state-of-the-art solutions and thus create a platform for
continued organic growth. It strives to meet user needs by
maintaining a high innovative level and constantly
expanding its global infrastructure.

The Group plays a role in overall structural changes by
acquiring companies in existing core and related businesses.
Through such acquisitions the Group will capitalise on its
technological and audiological expertise, managerial
competencies and financial resources to create further growth.

The Group will thus endeavour to increase its value through
continued growth in revenues and results.

The Group companies seek to promote a stimulating and
rewarding working environment through a flexible, knowledge-
based organisational structure. Moreover the Group is
committed to high standards of ethics, quality and
fairness and is dedicated to meeting its environmental and
social responsibilities.

DEM012011

### Personal Communication

This unit includes Phonic Ear and Logia, which provide wireless communication systems and assistive listening equipment for the hearing impaired, as well as Danacom which offers headsets for professional users.

Phonic Ear develops and distributes wireless communication equipment for the hearing impaired in difficult listening situations. Its products are typically used in classrooms, churches, sports centres and theatres.

Logia offers assistive listening equipment, such as teleloop systems, for private homes and audio systems for large establishments. Logia's mission is to provide technical solutions which assist and support the human ear as much as possible.

Danacom provides headsets for professionals who use the telephone throughout most of their working day. Danacom's wide product range combines ergonomics, high quality and good design. The development of future products will exploit the Group's extensive know-how of hearing and wireless technology.

### Shared functions

*Operational activities*

The Group's shared functions co-ordinate and handle a substantial part of its operational activities such as purchasing, logistics, production facilities, IT infra-structure, quality management systems, service and technical support as well as finance and administration.

*Distribution activities*

Through a number of distribution companies in selected countries Group products are sold direct to end-users and to OEM customers either under own brands or as private labels.



DEM012013

5

William Demant Holding A/S

6

## DIRECTORS AND MANAGEMENT

### The parent company
William Demant Holding A/S
Strandvejen 58
2900 Hellerup
Denmark
CVR 71186911
Phone  +45 39 17 71 00
Telefax  +45 39 27 79 00
william@demant.dk
www.demant.com

### Board of Directors
Niels Boserup, Chairman
*President & CEO of Københavns Lufthavne A/S. Chairman of
the Board of Directors of Jyllands-Posten A/S. Member of the
Board of Directors of TK Development A/S.*

Jørgen Mølvang, Deputy Chairman
*Chairman of the Board of Directors of Resan System A/S, H+H
International A/S and Hedorf Holding A/S.*

Franck Fogh Andersen
*Elected by the employees.*

Lars Nørby Johansen
*President & CEO of Group 4 Falck A/S. Deputy Chairman of the
Board of Directors of InWear A/S. Member of the Board of
Directors of DONG A/S and Københavns Lufthavne A/S.*

Jørgen Kornum
*Elected by the employees.*

Michael Pram Rasmussen
*President & CEO of Topdanmark A/S. Deputy Chairman of the
Board of Directors of Bornholms Brandforsikring A/S and
Sund og Bælt Holding A/S. Member of the Board of Directors
of Dampskibsselskabet af 1912 A/S.*

Hanne Stephensen
*Elected by the employees.*

### Management
Niels Jacobsen, President & CEO
*Chairman of the Board of Directors of Danacom A/S and
Hearing Instrument Manufacturers Patent Partnership A/S.
Member of the Board of Directors of Novo Nordisk A/S,
Micro Matic Holding A/S and Hearing Instrument Manufacturers
Software Association A/S.*

### Auditors
Deloitte & Touche, Statsautoriseret Revisionsaktieselskab
and KPMG C.Jespersen.

### Annual general meeting
The annual general meeting will be held on
Wednesday 4 April 2001 at 4.00 p.m. at the Experimentarium,
Tuborg Havnevej 7, 2900 Hellerup, Denmark.

DEM012014

*William Demant Holding A/S*

∞

### DIRECTORS' REPORT

#### Growth

Throughout 2000 the William Demant Holding Group continued the growth trend from previous years with significant increases in both revenues and profits. Growth was generated by substantial organic growth and by acquisitions. In 2000 the Group thus gained market shares while also realising the acquisition strategy to the tune of DKK 835 million.

Profits outmatched the expectations reflected in last year's Annual Report and are in line with the upgraded figures announced on the publication of the Interim Report in August 2000.

The year may be summed up as follows:

- Consolidated revenue rose by DKK 1.1 billion - or 57% - to a total of DKK 3 billion.

- The gross profit ratio went up from 55.5% to 62.2%.

- Operating profit (EBIT) increased by 74% amounting to DKK 585 million, and the profit margin rose by 2 percentage points to 19.8%.

- Pre-tax profit rose by 65% and earnings per share (EPS) by 67%.

- Cash flow from operations (CFFO) increased by DKK 94 million to DKK 316 million.

- The return on average equity was 145%.

#### Acquisitions in 2000

In the first few months of the year four companies within the Group's existing business areas were acquired in order to strengthen the particular areas in various ways. Through the acquisition of Interacoustics, Diagnostic Instruments acquired a new brand and a new, up-to-date product range, while Oticon and Bernafon both boosted distribution on markets where they were too weakly represented.

On acquisition in January 2000 Interacoustics, which is located in Denmark, employed just under 100 employees. In the year preceding acquisition its revenue amounted to DKK 65 million. Interacoustics' products are sold throughout the world via a number of distributors most of which are independent. Some markets have two or more distributors, but on other markets the products are sold either through William Demant Holding Group companies or through other hearing aid manufacturers. The identity of Interacoustics as an independent audiometer manufacturer is maintained and so is generally the distribution structure.

The integration of Interacoustics into the William Demant Holding Group has strengthened its distribution power on the markets where it used to have a fairly weak position, and since the acquisition and throughout 2000 the company experienced tremendous growth.

In terms of products Diagnostic Instruments has thus acquired another audiometer brand and through Interacoustics also an extremely competent R&D department, thereby improving the future potential for the development of products that really make a difference in the audiometer market.

The most important acquisition in hearing instruments took place in February 2000 when William Demant Holding acquired Hidden Hearing International Plc. Hidden Hearing was quoted at the London Stock Exchange and acquired through a public offer for the company's shares. Prior to the offer shareholders holding about 3/4 of the company's shares had agreed to sell their shares. On expiry of the offer period more than 96% of the shareholders had agreed to the sale. The remaining shares were subsequently compulsorily redeemed, and the company is now a wholly-owned subsidiary of William Demant Holding.

Hidden Hearing is a multi-brand hearing aid distributor with companies in England, Ireland, Portugal and Greece. It sells and fits hearing aids direct to end-users. Prior to the acquisition of Hidden Hearing, Oticon and Bernafon had a weak market position in the private sector markets in these countries, but with this acquisition the Group's hearing aid companies have secured access to strong distribution outlets locally. Hidden Hearing will be maintained as a multi-brand distributor and Oticon's and Bernafon's products are now part of Hidden Hearing's product range.

Hidden Hearing has fully matched the assumptions and expectations on which the acquisition was based, and all the required adjustments and managerial changes will have been completed and fully implemented by early 2001.

In the financial year preceding the acquisition Hidden Hearing had a group revenue of GBP 44 million. It has about 600 employees of whom more than 2/3 are sales consultants or audiologists.

For further improvement of the distribution of Bernafon and Oticon products, the Group in January 2000 acquired Dahlberg Sciences Ltd. in Canada and Centro Auditivo Telex S.A. in Brazil.

Dahlberg Sciences is the distributor of Bernafon's products in Canada and the acquisition boosted sales on the Canadian market considerably. Prior to acquisition Dahlberg Sciences was a sub-supplier of certain Bernafon hearing instruments. Its production facilities are still part of the Group's overall productive capacity. In 2000 Dahlberg had an average of 92 employees and a revenue of CAD 9 million.

Centro Auditivo Telex has been Oticon's distributor in Brazil for many years, but a difficult political and economic situation in the country with sizeable devaluation of the Brazilian real placed the company in a difficult financial position and Oticon

DEM012016

therefore had to take over the company to secure distribution on the Brazilian market. Since the acquisition in early 2000 the company has undergone a major restructuring process which towards year-end resulted in increasing sales and a result from operations that was back in the black.

At the end of November 2000 William Demant Holding made a joint venture agreement with a group of US hearing care professionals operating under the Avada brand. Avada has 163 stores throughout the USA and required financing for the establishment of the group under the new name as well as for further expansion. The group wanted co-operation with a full-line supplier that would be able to supply hearing instruments in all price ranges under the Avada brand. With the major product launches over the past 12-18 months, the William Demant Group was a natural choice.

On setting up the joint venture William Demant Holding acquired a 47% interest and cash funds were made available from the start to secure the further expansion of the Avada chain.

A consolidated statement of the 16 Avada dealerships shows that in 1999 revenue amounted to USD 36 million.

The major acquisitions in 2000 as well as a few minor ones totalled DKK 835 million, mainly funded through loans with a minor amount being funded through the issue of new shares. Reference is made to Shareholders' equity on page 13 which has more details of the issue.

The two largest investments were effective on 1 March (Hidden Hearing) and 22 November (Avada), respectively.

In 2000 William Demant Holding increased the average number of employees by 1,191, acquisitions accounting for 966. Prior to the acquisitions the companies, exclusive of joint ventures, generated revenues to the tune of DKK 665 million; trade with the William Demant Holding Group accounting for DKK 25 million. The acquisition strategy remains the same, but it is unlikely that acquisitions can be carried through in 2001 of the same magnitude as in 2000. Acquisition opportunities arise suddenly and perhaps unexpectedly, and there is not much you can do to influence the timing. Both in terms of funding and management the Group is geared for further acquisitions when relevant opportunities arise.

## Market conditions and Group sales
### Hearing Aids
Consolidation trends in the hearing aid industry in recent years continued in 2000. In 1994 well over 20 companies accounted for about 80% of hearing aid sales. Since then consolidation in the hearing aid industry has reduced the number of players. In 2000 GN ReSound thus acquired the recently merged Philips/

Beltone constellation and in the autumn Phonak took over Unitron in Canada who had just acquired the US companies Lori Medical and Argosy. The hearing aid industry is now consolidated with about six global groups which are represented on more or less all markets, albeit with varying degrees of strength. The six players, now estimated to account for 90% of all hearing aid sales in the world, are: GN ReSound, Phonak, Siemens, Starkey, Widex and William Demant Holding.

The economic rationale behind the consolidation trends is the rapidly soaring R&D costs and the increasing pressures for new product breakthroughs every second or third year. The acceleration of R&D costs has engaged manufacturers in a quest for volume growth over which to spread such costs. Today all major manufacturers are able to offer digital technology. With the rising R&D costs triggered by the need for new technology, break-even revenues grow faster than the underlying market growth. It is thus the wish for more distribution power and volume growth rather than new technology that drives the consolidation trend.

As a parallel to consolidation trends in manufacturing there is a similar trend towards consolidation in the retail link. Hearing aid chains grow bigger (partly through mergers and acquisitions), independent hearing care professionals join forces and hearing aid manufacturers establish closer and tighter links with sales chains - either in the form of strategic alliances, joint ventures or other forms of partnership. It is evident that large manufacturers' pursuit of volume growth and market shares has grown considerably, and is expected to grow even more vigorously over the next few years.

This development also influenced the hearing aid acquisitions made in 2000 by the William Demant Holding Group, the main purpose of which is to bolster up distribution and thereby strengthen volume growth.

Another manifest trend in the hearing aid industry in recent years is the growing complexity of the fitting process. New technology is making hearing aids increasingly flexible. In line with the need for fitting software, which in the hearing care professional's own language can support the precise fitting of a hearing aid, the hearing care professional must now be an expert in each manufacturer's software. Where a hearing care professional used to know all about the use of products from up to five manufacturers, he must now reduce the number of suppliers whose software he can handle.

This means that manufacturers must be able to supply a full-line product range - one brand must include most of the instruments needed by the individual hearing care professional.

The hearing aid market is divided into three or four price segments spanning from the most sophisticated aids (the high-end segment) to the simplest and least expensive aids (the basic

9

DEM012017

William Demant Holding A/S

10

segment) with minimum flexibility. The trend in recent years has been for manufacturers to spend all or a large part of their R&D resources on competitiveness in the high-end segment which means that no resources have been channelled into the development of new aids in the basic segment. However the mid- and basic segments are by far the greatest in terms of volume, and many hearing care professionals generate the absolute largest slice of their sales in these two segments.

Around new year 1999/2000 Oticon introduced Ergo and Swift, two new product families in the mid- and basic segment, which have been tremendously successful due to their high quality, simple programming and reasonable pricing. The reasonable price is possible because the products have been developed partly for automatic production.

Other product introductions in both the high-end and mid-end segments - DigiFocus II and Digilife.com - have placed Oticon in front as a full-line supplier. These products enable hearing care professionals to satisfy most of their customers' needs through

only one programming software, namely Oticon's OtiSet. As a full-line supplier Oticon has been extremely well received by the market which has resulted in substantial organic growth and growth in market shares.

In 2000 Bernafon continued the expansion of its market position among other things through the digital Smile product family. The easy-to-use product with flexible tone and volume control is very successful on the market. Also Bernafon's Audioflex, Dualine and Opus2 sold well in 2000.

At the beginning of 2000 Erich Spahr took over the management of the Bernafon Group. He replaced Peter Finnerup who had been the president of Bernafon since the acquisition of this company in 1995. Mr. Finnerup is now responsible for William Demant Holding's production and logistics functions.

As in previous years sales of hearing aids in terms of units grew only slightly in 2000. In our opinion the hearing aid market rose by 2-4% in terms of units and by 6-8% in terms of value although





Net revenue and gross profit ratio



Profit margin, %



Cash earnings (CE), DKK million



Net revenue by business area

DEM012018

William Demant Holding A/S

12

As planned the Group exercised an option to acquire a further 25% interest in Danacom in the autumn of 2000. The Group now holds a 75% interest, and the plan is to acquire the remaining 25% in a similar fashion in the autumn of 2001.

### Financial statements 2000
*Sales and gross profit*

All the Group's business areas generated growth in 2000. Total revenue rose from DKK 1.9 billion to DKK 3.0 billion. The acquired companies generated revenue growth to the tune of DKK 554 million and organic growth accounted for DKK 521 million, or 28%.

Hearing Instruments rose by almost DKK 1 billion and now accounts for 85% of Group sales (84% in 1999). Diagnostic Instruments, which acquired the audiometer business Interacoustics and experienced heavy organic growth, more than doubled its revenue which now accounts for 6% (4%) of consolidated revenue. As previously mentioned Personal Communication saw a more moderate trend due to problems with the delivery of a new product and its share of revenue fell to 9% (12%).

The table below shows revenues by business area.

Revenues by business area (DKK million)

|  | 2000* | 1999* | 1999** |
|---|---|---|---|
| Hearing Aids | 2,518 | 1,687 | 1,592 |
| Diagnostic Instruments | 177 | 72 | 66 |
| Personal Communication | 265 | 255 | 226 |
| Total | 2,960 | 2,014 | 1,884 |

* Translated at 2000 exchange rates. ** Translated at 1999 exchange rates.

In terms of exchange rates 2000 was a year of considerable changes for some of the Group's major trading currencies - particularly the most important ones, the US dollar and the Japanese yen. The dollar and yen increases throughout the year had a positive impact on revenues. Towards the end of the year the Danish krone strengthened somewhat vis-a-vis the two currencies.

The Group's exchange and financing positions are gathered in and managed from Denmark. Intercompany transactions are based on the central logistics function which pays purchases from the particular marketing subsidiaries in the local currencies. Any profits in the individual subsidiaries are currently repatriated through dividends. This policy causes all exchange positions and exchange flows to be gathered in Copenhagen.

Denmark is not a member of the EMU, but has instead chosen to link the Danish krone to the euro, which means that the Group's

most important currencies are now the US-dollar-related currencies and the Japanese yen. As the Group has a major cost base in England with about 500 employees including production, GBP net is not one of the significant currencies for the Group.

Hedging of expected net exchange flows for 6-24 months into the future is an active part of the Group's exchange policies and any gains or losses compared with the current market rates of forward contracts are included in the contribution margin of the underlying items. All forward exchange contracts are made solely for the purpose of covering cash flows in foreign currencies and do not contain any financial or speculative element that would require such gains or losses to be recorded under financial items. At year-end open forward exchange contracts amounted to DKK 927 million. Compared with the Danish krone the major currencies are hedged at the following average rates: USD 7.72 and JPY 7.25.

With our hedging policies there will normally be a time delay between the date when the Group derives the benefit of any exchange gains on its major currencies and vice versa the date when it is affected by any exchange losses on the same currencies.

From 1999 to 2000 gross profit as a percentage of revenue went up from 55.5% to 62.2%, or almost 7 percentage points; higher gross profits from sales direct to end-users and the remaining improvement generated by our core business accounting for 3.5 percentage points hereof. The improvement was realised despite the fact that the success of the Ergo and Swift products caused some shift in product mix towards more mid-end and basic products, which basically tends to slightly reduce the contribution ratio.

The Group has invested a substantial sum in R&D for the development of new product series partly for automatic production, thereby reducing unit costs and increasing gross profit margins.

As a result of increased gross profits, organic growth and acquisitions, the overall contribution margin rose from DKK 1.0 billion to DKK 1.8 billion, or an increase of about 80%.

*R&D costs*

The increase in R&D costs in recent years continued in 2000 although their share of total revenue fell slightly. So far the Group's R&D effort has been very successful and enabled the Group to supply new products that make a difference in the market. Some of the acquisitions in 2000 were aimed at enhancing distribution power and these companies have no R&D functions. Total R&D costs rose from DKK 159 million to DKK 198 million, or a 25% increase.

For 2001 we have planned major increases in R&D staff. Consequently we also expect a heavy increase in R&D costs in 2001.

DEM012020

*Capital structure*

The company's main shareholder with 61% of shares is William Demants og Hustru Ida Emilies Fond (the Oticon Foundation), Gentofte.

In connection with the general meeting in April 2000 a 1:5 share split was carried through according to which the company's share capital was divided into shares of DKK 1.

In the autumn the share capital was increased with an issue of new shares of nominally DKK 335,616 on the establishment of the Avada joint venture.

At year-start the Group held 671,700 own shares. In 2000 we acquired another 78,825 shares at a total sum of DKK 21 million.

In the autumn our employees were offered shares at a favourable price, and 236,913 shares were sold from the company's own holding. At the end of the financial year we held 513,612 of our own shares (0.7% of the share capital).

## Prospects for 2001

Throughout 2000 the William Demant Holding Group experienced tremendous growth generated by major acquisitions and high organic growth. This growth trend is expected to continue in 2001, albeit at a somewhat slower rate and driven by the activities existing in the Group at the start of 2001.

Acquisitions are still an active part of the Group's growth strategy, but it is impossible to predict when and to what extent such acquisitions can be carried through.

As in recent years the global market for hearing aids also in 2000 grew by only 2-4% in terms of units and there is no immediate expectation that it will increase considerably over the next few years. Statistics for the fourth quarter of 2000 from US hearing care professionals seemed to suggest stagnation on the US market at the end of 2000, and continued stagnation or an outright fall in unit sales in the US can have a negative impact on our growth potential. At present it is not possible to see whether the stagnating sale of hearing aids in the US is rooted in changes in the US economy or is merely a short seasonal fluctuation.

Based on the acquisitions made in 2000, today's competition on the markets and more or less the same exchange rates of the yen and the dollar as at year-end 2000, the Directors expect the consolidated revenue to grow by 12-15% to about DKK 3.4 billion in 2001.

The profit margin for 2001 is estimated at 18.5-20%. Compared with 2000 the profit margin will be negatively affected by increasing sales to end-users and by rising R&D costs that outmatch revenue growth. On the other hand the focus on reduction of unit costs and a shift in product mix towards sale of more expensive products are expected to impact the profit margin positively. For 2001 operating profit (EBIT) is thus estimated at DKK 670-700 million and growth in earnings per share (EPS) at over 10%.

The Group's next financial announcement is planned for publication in August 2001 in connection with the interim report for the first half of 2001.

15

DEM012023

*William Demant Holding A/S*

*22*

## BALANCE SHEET AT 31 DECEMBER 2000

| PARENT COMPANY | | Note | Assets (DKK - in thousands) | GROUP | |
|---|---|---|---|---|---|
| 1999 | 2000 | | | 2000 | 1999 |
| 0 | 0 | | Leasehold improvements | 24,114 | 20,214 |
| 0 | 0 | 6 | Intangible fixed assets | 24,114 | 20,214 |
| | | | | | |
| 28,905 | 28,210 | | Land and buildings | 136,523 | 88,814 |
| 0 | 0 | | Technical plant and machinery | 68,321 | 40,270 |
| 1,156 | 865 | | Fixtures, tools and equipment | 98,303 | 50,360 |
| 30,061 | 29,075 | 5,6 | Tangible fixed assets | 303,147 | 188,744 |
| | | | | | |
| 475,136 | 346,529 | | Shares in subsidiaries | - | - |
| 273 | 120 | | Shares in associated companies | 120 | 213 |
| 32,440 | 12,755 | | Loans to subsidiaries | - | - |
| 5,224 | 5,584 | | Securities and participating interests | 8,526 | 6,870 |
| 0 | 0 | | Other receivables | 13,647 | 13,960 |
| 0 | 0 | 7 | Deferred tax, asset | 26,576 | 19,611 |
| 0 | 0 | 8 | Own shares | 0 | 0 |
| 513,993 | 364,988 | 5,6 | Financial fixed assets | 48,869 | 40,654 |
| | | | | | |
| 543,034 | 394,063 | | Total fixed assets | 376,130 | 249,612 |
| | | | | | |
| 0 | 0 | | Raw materials and purchased components | 191,501 | 135,525 |
| 0 | 0 | | Goods in progress | 39,153 | 23,087 |
| 0 | 0 | | Finished goods | 268,714 | 223,666 |
| 0 | 0 | | Inventories | 499,368 | 372,278 |
| | | | | | |
| 0 | 0 | | Trade debtors | 478,341 | 364,597 |
| 62,363 | 105,523 | | Accounts receivable, subsidiaries | - | - |
| 0 | 0 | | Accounts receivable, associated companies | 6,569 | 4,800 |
| 121,054 | 241,175 | | Dividends receivable | - | - |
| 761 | 121 | | Other debtors | 30,678 | 28,161 |
| 0 | 0 | | Prepayments and accrued expenses | 18,826 | 15,680 |
| 184,178 | 346,819 | | Debtors | 534,414 | 413,038 |
| | | | | | |
| 0 | 0 | | Liquid funds | 139,104 | 68,657 |
| | | | | | |
| 184,178 | 346,819 | | Total current assets | 1,172,886 | 853,967 |
| | | | | | |
| 726,212 | 740,882 | | Total assets | 1,549,016 | 1,103,579 |

DEM012030

| PARENT COMPANY | | Note | Liabilities (DKK - in thousands) | GROUP | |
|---|---|---|---|---|---|
| 1999 | 2000 | | | 2000 | 1999 |
| 74,377 | 74,713 | | Share capital | 74,713 | 74,377 |
| 0 | 137,752 | | Share premium account | 137,752 | 0 |
| 425,057 | 0 | | Other reserves | 0 | 425,057 |
| 499,434 | 212,465 | 9 | Shareholders' equity | 212,465 | 499,434 |
| | - | | Minority interests | 2,674 | 1,090 |
| 2,597 | 3,367 | 7 | Provisions for deferred taxes | 18,906 | 19,498 |
| 0 | 0 | 10 | Other provisions | 113,804 | 52,101 |
| 2,597 | 3,367 | | Provisions | 132,710 | 71,499 |
| 0 | 0 | | Mortgages | 4,023 | 4,700 |
| 129,509 | 119,544 | | Other long-term creditors | 293,958 | 129,509 |
| 129,509 | 119,544 | 11 | Long-term creditors | 297,981 | 134,209 |
| 10,259 | 10,302 | | Short-term part of long-term creditors | 14,210 | 10,259 |
| 941 | 251,202 | | Interest-bearing short-term debt | 430,606 | 23,634 |
| 0 | 0 | | Trade creditors | 130,939 | 92,703 |
| 2,279 | 14,209 | 4 | Corporation tax | 53,855 | 13,599 |
| 35,245 | 126,352 | | Debt, subsidiaries | | |
| 2,525 | 3,441 | | Other creditors | 213,930 | 161,631 |
| 0 | 0 | | Prepayments and accrued income | 59,646 | 43,698 |
| 44,073 | 0 | | Dividend payable for the year | 0 | 44,923 |
| 94,672 | 405,506 | | Short-term creditors | 903,186 | 394,347 |
| 226,182 | 525,050 | | Total creditors | 1,201,167 | 528,556 |
| 726,212 | 740,882 | | Total liabilities | 1,549,016 | 1,203,579 |

12  Contingent liabilities
13  Employees
14  Audit fees
15  Related party transactions
16  Government subsidies

DEM012031

*NOTES*

| ■ Note 1 · Acquisition of companies (DKK · in thousands) | | GROUP |
|---|---|---|
| | 2000 | 1999 |
| Fixed assets | -88,980 | -907 |
| Inventories | -25,609 | -7,339 |
| Debtors | -66,990 | -4,168 |
| Provisions | 46,158 | 323 |
| Short-term creditors | 175,726 | 9,584 |
| Long-term creditors | 13,142 | 0 |
| Liquid funds, net | -62,084 | -553 |
| Net assets | -8,637 | -2,960 |
| Goodwill charged to shareholders' equity | -826,504 | -66,454 |
| Acquisition cost | -835,141 | -69,354 |
| Liquid funds, net | 62,084 | 553 |
| Purchase price | -773,057 | -68,801 |

| ■ Note 2 · Net revenue (DKK · in thousands) | | GROUP |
|---|---|---|
| | 2000 | 1999 |
| Scandinavia | 316,979 | 235,696 |
| Rest of Europe | 1,052,333 | 526,677 |
| North America | 1,000,503 | 639,853 |
| Asia | 182,216 | 140,570 |
| Pacific Rim | 256,309 | 219,395 |
| Other countries | 151,346 | 71,559 |
| Total | 2,959,686 | 2,824,270 |

| PARENT COMPANY | | ■ Note 3 · Financial items, net (DKK · in thousands) | GROUP | |
|---|---|---|---|---|
| 1999 | 2000 | | 2000 | 1999 |
| 13,763 | 11,881 | Interest income from subsidiaries | - | - |
| -8,984 | -5,956 | Interest expenses to subsidiaries | - | - |
| 1,784 | 293 | Interest income | 8,984 | 5,556 |
| -6,903 | -19,484 | Interest expenses | -32,630 | -9,983 |
| 1,653 | -644 | Realised exchange adjustments | -644 | 1,053 |
| 6,647 | 18,345 | Non-realised exchange adjustments | 2,240 | 6,647 |
| 7,920 | 4,435 | Total | -22,050 | 3,273 |

25

DEM012033

*GROUP COMPANIES*

| Company | Interest |
|---|---|
| William Demant Holding A/S, Denmark | Parent company |

| Subsidiaries | |
|---|---|
| Oticon A/S, Denmark | 100% |
| Oticon AB, Sweden | 100% |
| Oticon Nederland B.V., Netherlands | 100% |
| Oticon Inc., USA | 100% |
| Oticon A/S, Norway | 100% |
| Oticon S.A., Switzerland | 100% |
| Oticon GmbH, Germany | 100% |
| Oticon Italia S.r.l., Italy | 100% |
| Oticon K.K., Japan | 100% |
| Oticon Limited, United Kingdom | 100% |
| Oticon New Zealand Limited, New Zealand | 100% |
| Oticon España S.A., Spain | 100% |
| Oticon Australia Pty Limited, Australia | 100% |
| Oticon Polska Sp.z o.o., Poland | 91% |
| Oticon Belgium N.V., Belgium | 100% |
| Oticon Nanjing Audiological Technology Co. Ltd., China | 100% |
| Oticon South Africa (Pty) Ltd, South Africa | 100% |
| Oticon Singapore Pte. Ltd., Singapore | 100% |
| Prodition S.A., France | 100% |
| Bernafon AG, Switzerland | 100% |
| Bernafon Australia Pty Ltd, Australia | 100% |
| Bernafon Hörgeräte GmbH, Germany | 100% |
| Maico S.r.l., Italy | 100% |
| Bernafon U.K. Ltd., United Kingdom | 100% |
| Bernafon Inc., USA | 100% |

| Subsidiaries | |
|---|---|
| Bernafon Danmark A/S, Denmark | 100% |
| Bernafon AB, Sweden | 100% |
| Bernafon K.K., Japan | 100% |
| Bernafon S.r.l., Italy | 100% |
| Australian Hearing Aids Pty. Ltd., Australia | 100% |
| Phonic Ear Inc., USA | 100% |
| Phonic Ear Ltd., Canada | 100% |
| Danacom A/S, Denmark | 75% |
| Logia A/S, Denmark | 100% |
| Maico Diagnostic GmbH, Germany | 100% |
| RhinoMetrics A/S, Denmark | 100% |
| DancoTech A/S, Denmark | 100% |
| Centro Auditivo Telex S.A., Brazil | 100% |
| Interacoustics A/S, Assens, Denmark | 100% |
| Dahlberg Sciences Ltd., Canada | 100% |
| Hidden Hearing Ltd., United Kingdom | 100% |
| Hidden Hearing (Portugal), Lda., Portugal | 100% |
| Hidden Hearing Limited, Ireland | 100% |
| Hidden Hearing, Akoustica Medica M EPE, Greece | 100% |

| Joint venture | |
|---|---|
| HDN Holding, Inc. (Avada), USA | 47% |

| Associated companies | |
|---|---|
| Otwidan ApS, Denmark | 33% |
| HIMSA A/S, Denmark | 25% |
| National Hearing Aid Systems Pty. Ltd., Australia | 50% |
| NewDae Technologies Inc., USA | 25% |

The above list covers the Group's active companies.

33

DEM012041



ANNUAL REPORT 2001

William Demant Holding A/S



EXHIBIT
28

DEM012043

# Mission

The William Demant Holding Group of international
companies develops, manufactures and sells innovative and
high-technology solutions incorporating micro-electronics,
micro-mechanics, wireless technology, software
and audiology. The Group operates in a global market.
Its core business is hearing aids.

All Group companies work closely together in the early links
of the value chain such as purchasing and production.
In the R&D, marketing and sales links of the value chain, with
their particular focus on markets and customers, each unit has
its own organisation and unique identity.

The Group aims to become the customers' preferred supplier
of state-of-the-art solutions and thus create a platform for
continued organic growth. It strives to meet user needs by
maintaining a high innovative level and constantly
expanding its global infrastructure.

The Group plays a role in overall structural changes by
acquiring companies in existing core and related businesses.
Through such acquisitions the Group will capitalise on its
technological and audiological expertise, managerial
competencies and financial resources to create further growth.

The Group will thus endeavour to increase its value through
continued growth in revenues and results.

The Group companies seek to promote a stimulating and
rewarding working environment through a flexible, knowledge-
based organisational structure. Moreover the Group is
committed to high standards of ethics, quality and
fairness and is dedicated to meeting its environmental and
social responsibilities.

DEM012044

William Demant Holding A/S

## BUSINESS UNITS

The William Demant Holding Group develops, manufactures and sells products and equipment designed to aid the hearing and communication of individual people. The Group includes three business units: Hearing Aids, Diagnostic Instruments and Personal Communication. Group companies collaborate in many areas and to a wide extent also share resources and technologies.

### Hearing Aids

The Group's core business is hearing aids. This business unit comprises Oticon and Bernafon.

Oticon's vision is "to help people live the life they want with the hearing they have." Oticon aims to supply the most sophisticated technology and audiology based on the needs and wishes of the hearing impaired and to offer a full range of the best hearing aids and fitting systems on the market. Oticon wishes to be the most attractive provider of hearing aids and views the hearing care professional as a collaboration partner.

Oticon sells its products through sales subsidiaries in 20 countries and about 80 independent distributors world-wide.

Bernafon aims to enable hearing-impaired people to hear and communicate better through innovative hearing aid solutions. Bernafon offers a large range of quality hearing aids in all product categories. Bernafon's hearing aids are flexible and easy to fit for hearing care professionals, and its products represent one of the most attractive combinations on the market in terms of performance, size and price.

In recent years Bernafon has expanded its distribution power through the establishment or acquisition of sales subsidiaries on the most important markets. Today it sells its products through 13 subsidiaries and more than 40 independent distributors.

A precondition for both Oticon's and Bernafon's solutions is that they master a wide spectrum of technologies including the design of integrated circuits for advanced processing of sound signals, the development of fitting software, the design of micro-amplifiers and the development of micro-mechanical components. The products are created in collaboration with experts with in-depth knowledge of their particular field and through interaction between the two companies, the users and the hearing care professionals.

### Diagnostic Instruments

This business unit includes Maico, Interacoustics and RhinoMetrics. Maico and Interacoustics develop, manufacture and distribute audiometers for hearing measurement and other instruments used by audiologists and ear-nose-and-throat specialists. Rhinometrics develops, manufactures and distributes systems for measuring of respiratory irregularities.

Maico sells and services its own audiometers and tympanometers. The products designed for hearing measurement cover the entire spectrum from simple, mobile units to fully digital systems designed for PCs. Maico has sales subsidiaries in Germany and the USA.

Interacoustics develops, manufactures, sells and services audiometers with focus on advanced diagnostic and clinical products. From its head office in Denmark the company sells its products primarily through external distributors.

DEM012046

Rhinometrics develops, manufactures and sells systems for measuring of respiratory irregularities. Its acoustic rhinometry and manometry products *RhinoScan* and *RhinoStream* are used for measuring the internal dimensions of and the air flow through the nose.

**Personal Communication**

This unit includes Phonic Ear which provides wireless communication systems and assistive listening equipment for the hearing impaired and Danacom which offers headsets for professional users.

Phonic Ear develops and distributes wireless communication equipment for the hearing impaired in difficult listening situations. Its products are typically used in classrooms, churches, sports centres and theatres. Phonic Ear also offers Logia-branded assistive listening equipment, such as teleloop systems, for private homes and audio systems for large establishments.

Danacom specialises in the development and manufacture of headsets for professionals. The product range includes quality solutions for all telephones on the market. Danacom headsets and related products are marketed with focus on sound quality, comfort, design, user-friendliness and safety.

**Shared functions**

*Operational activities*

The Group's shared functions co-ordinate and handle a substantial part of Group operational and distribution activities such as purchasing, logistics, production facilities, IT infrastructure, quality management systems, service and technical support as well as finance and administration.

*Distribution activities*

Group products are sold through a number of distribution subsidiaries in selected countries direct to end-users and to other suppliers either under own brands or as private labels.



WILLIAM DEMANT HOLDING A/S

| | | | |
|---|---|---|---|
| Oticon | Bernafon | Maico Audiometer | Phonic Ear |
| | | Interacoustics | DanaCom |
| | | RhinoMetrics | |

Shared functions

Operational activities          Distribution activities

DEM012047

William Demant Holding A/S

## DIRECTORS AND MANAGEMENT

**The parent company**
William Demant Holding A/S
Strandvejen 58
2900 Hellerup
Denmark
CVR 71186911
Phone +45 3917 7100
Telefax +45 3927 7900
william@demant.dk
www.demant.com

**Board of Directors**
Niels Boserup, Chairman
*President & CEO of Københavns Lufthavne A/S. Chairman of the
Board of Directors of Jyllands-Posten A/S. Member of the Board
of Directors of TK Development A/S.*

Jørgen Mølvang, Deputy Chairman
*Chairman of the Board of Directors of Reson System A/S,
H+H International A/S and Hedorf Holding A/S.*

Franck Fogh Andersen
*Elected by the employees.*

Lars Nørby Johansen
*President & CEO of Group 4 Falck A/S. Deputy Chairman
of the Board of Directors of IC Companys A/S and DONG A/S.
Member of the Board of Directors of Københavns Lufthavne A/S.*

Jørgen Kornum
*Elected by the employees.*

Michael Pram Rasmussen
*President & CEO of Topdanmark A/S. Deputy Chairman
of the Board of Directors of Bornholms Brandforsikring A/S
and Sund og Bælt Holding A/S. Member of the Board of
Directors of Dampskibsselskabet af 1912 A/S.*

Hanne Stephensen
*Elected by the employees.*

**Management**
Niels Jacobsen, President & CEO
*Chairman of the Board of Directors of Hearing Instrument Manufacturers
Patent Partnership A/S. Member of the Board of Directors of Novo
Nordisk A/S, Micro Matic Holding A/S, Højgaard Holding A/S and
Hearing Instrument Manufacturers Software Association A/S.*

**Auditors**
Deloitte & Touche, Statsautoriseret Revisionsaktieselskab
and KPMG C.Jespersen.

**Annual general meeting**
The annual general meeting will be held on
Thursday 21 March 2002 at 4:00 pm at the Experimentarium,
Tuborg Havnevej 7, 2900 Hellerup, Denmark.

DEM012050

## DIRECTORS' REPORT

### Continued growth

The William Demant Holding Group continued its expansion in 2001. The acquisitions made in 2000 are included for the first time in the 2001 financial statements for a full financial year. Moreover new products were introduced at the end of the year which will contribute to continued growth in 2002 and onwards.

Profits for the year match the expectations published in our annual report for 2000 and in the interim report published in August 2001.

The year may be summed up as follows:

- Consolidated revenue rose by DKK 547 million, or 18% to a total of DKK 3.5 billion.
- The gross profit ratio went up from 62.2% to 63.6%.
- Operating profit (EBIT) increased by 17% to DKK 683 million, and the profit margin remained at 20% which is the same level as in 2000.
- Cash flow from operating activities accounted for DKK 536 million, or a 19% rise.

### Acquisitions

In 2000 the William Demant Holding Group made a number of major acquisitions, the integration of which was begun in 2000 and continued in 2001. Their integration is now complete. There were fewer acquisitions in 2001, the major one being the take-over of 49% of the US wholesale distributor AHAA (American Hearing Aid Associates Inc.). In addition selected product activities were acquired within the Group's Diagnostic Instruments business. In 2001 the Group also acquired all minority holdings in Danacom A/S and Oticon Polska Sp.zo.o. which are now both wholly-owned Group undertakings.

*AHAA*

To improve distribution on the North American market, the Group made an agreement with the shareholders of AHAA on 22 August to acquire 49% of their shares at an amount of USD 50 million. AHAA was valued on the basis of an EBITDA multiple of 9. An amount of USD 36 million was paid on completion of the deal with the remaining USD 14 million falling due for payment once both sales and profits reach certain specified targets within a four-year period.

The acquisition was financed through a USD loan. On acquisition the consolidated goodwill amounted to DKK 408 million which was written off at the time of acquisition through shareholders' equity.

AHAA is a multi-brand wholesale distributor of hearing aids and business services on the North American market, providing products and services for independent hearing care professionals operating outside the established chains. For the independent hearing care professionals the advantages of AHAA are its systematic and thoroughly tested business concepts comprising management and business systems, marketing programmes, referral programmes, training programmes and course modules. In the 2001 financial year AHAA's revenue amounted to USD 55 million, or a 50% increase on the year 2000.

AHAA will remain an independent organisation under its present management. It offers hearing aids from several manufacturers including the William Demant Holding Group. Today the sale of William Demant products to AHAA's members is moderate, but sales are expected to increase in the years to come. In our opinion AHAA will contribute positively to the development of Group revenue and profit in 2002.

*Diagnostic Instruments*

In order to strengthen and expand the product lines of Diagnostic Instruments, the Group acquired the rights in various products for analysing and measuring the function of the vestibular system (videonystagmography) from SensoMotoric Instruments GmbH. The vestibular system is part of the inner ear and its function is often measured by ear, nose and throat specialists when they measure the hearing of people.

This business area has also acquired the rights in various industrial screening audiometry products from Thermo Finnigan, Llc. These products are marketed under the Tremetrics brand.

The Group acquisitions in 2000 and 2001 in the Diagnostic Instruments business area with Interacoustics as the most significant one have progressed as expected or even outmatched our expectations. Since Interacoustics became part of the William Demant Holding Group in January 2000, it has experienced very heavy growth and successfully managed to control this growth while at the same time boosting profitability throughout 2000 and 2001.

*General*

Over the past two years the Group's acquisition efforts mainly focused on improving distribution power for hearing aids on markets in which Group market shares were relatively low and on developing the Diagnostic Instruments business area in general. The enhanced distribution power has substantially strengthened our market position in Greece, Portugal, England, Ireland and the US.

The integration of the new activities is aimed to ensure that the acquired businesses retain their market positions from before the acquisition, and subsequently as far as distribution companies are concerned that Oticon's and Bernafon's products are incorporated into their product ranges. This aspect of

DEM012052

William Demant Holding A/S

12

Revenues by business areas (DKK million)

|  | 2001** | 2000** | 2000* |
|---|---|---|---|
| Hearing Aids | 3,017 | 2,483 | 2,518 |
| Diagnostic Instruments | 199 | 177 | 177 |
| Personal Communication | 290 | 271 | 265 |
| Total | 3,506 | 2,931 | 2,960 |

\* Translated at 2000 foreign-exchange rates ** Translated at 2001 foreign-exchange rates

In terms of exchange rates Group revenue was not very affected in 2001. The USD was strengthened 5% vis-à-vis the DKK and thus the EUR. The JPY, SEK and AUD were weakened vis-à-vis the DKK, and there are no exchange effects on consolidated revenue.

The Group's exchange and financing positions are managed centrally from Denmark through the central finance department. The exchange positions are hedged through exchange contracts, raising and servicing of foreign exchange loans, borrowing and lending transactions vis-à-vis associated and subsidiary undertakings and payment of dividends from these undertakings. A very sizeable share of the Group's trading is undertaken through the central logistics function in Denmark. The Group's sales subsidiaries are invoiced in local currencies whereby the greatest portion of the Group's exchange exposure is gathered in Denmark.

Hedging expected net exchange positions up to 6-24 months ahead is Group policy. On settlement forward contracts are booked under the Group's gross profit and any exchange gains or losses compared with the current market rates are entered under the underlying items. Under the heading *New company accounts act* is a description of the new policy for computation

of financial assets and liabilities effective as of 1 January 2002. At 31 December 2001 the hedging value of exchange contracts totalled DKK 1,046 million. The contracts include unrealised losses of less than DKK 6 million.

The major currencies vis-à-vis the DKK are the JPY, USD and EUR. They are hedged at average rates of 7.28, 812 and 750, respectively.

The Group's gross profit rose by 21% to DKK 2.2 billion which exceeded the 18% increase in Group revenue. There are various factors involved in the 1.4 percentage points rise in gross profit ratio: The growth in retail distribution activities has a considerable effect on the gross profit ratio and the effect of the Hidden Hearing and Avada acquisitions in 2000 did not fully materialise until 2001. In return running-in problems at the Group's components factory in the first half-year involved substantial costs due to discarding of products and lower efficiency. These problems were solved in the second half-year, but for the year as a whole cut the gross profit ratio by about 1 percentage point. Finally the consolidation of the wholesale distributor AHAA from August negatively affected the gross profit ratio (due to the nature of the business). The heavy expansion of AHAA will further dilute the gross profit ratio in 2002 on consolidation of the company for a full year.

In 2001 production capacity rose through larger investments in new and sophisticated technology; in particular the automatisation of production and warehousing functions in Denmark. Finally the Group took over production activities from Crystal-aid Manufacturing Pty. Ltd. in Brisbane, Australia which used to be a major sub-supplier of Bernafon's Australian company. The investment in more capacity enables us to meet the expected rise in demand and will on the long view also reduce unit costs.

Net revenue and gross profit ratio



Net revenue by business unit



Net revenue by region



DEM012055

### R&D costs

The success of our R&D projects continued in 2001. As previously mentioned the substantial resources resulted in a number of breakthrough products. R&D costs totalled DKK 253 million, or an increase of 28% compared with last year. Over the past five years R&D costs on an average rose by 25% annually.

Despite the fact that the majority of businesses acquired by the Group over the past two years did not include any R&D activities the R&D share of costs rose from 6.7% in 2000 to 7.2% for 2001. For 2002 total costs are estimated to go up moderately by 10-15%.

The refurbishment and expansion of Oticon's research centre Eriksholm was completed in the autumn of 2001. The overall investment in the centre amounted to DKK 20 million.

### Distribution costs

The composition of retail and wholesale undertakings is relevant to the share of sales and distribution costs compared with Group revenue. Due to the acquisitions in 2000 sales direct to hearing aid users constituted an increasing share of sales. For 2001 distribution costs thus accounted for 29.6%, which is also the percentage expected for 2002.

### Administrative expenses

In recent years the Group has updated and expanded its office automation systems. The same finance systems and the same standard computer software are used throughout the Group. The Group has also created an intranet which helps improve efficiency.

The moderate development in administrative expenses compared with consolidated revenue in recent years reduced the share of administrative expenses from 7.8% in 2000 to 7.3% in 2001. This trend is expected to continue in 2002.

### The year's profit

The operating profit (EBIT) rose by 17% to DKK 683 million. The Group's profit margin was retained at 20%, which is more or less the same level as in 2000.

The acquisitions in 2000 and 2001 to the tune of well over DKK 1.2 billion were primarily financed through loans resulting in a doubling of net financial expenses from 2000 to 2001 and mainly funded in local currencies, i.e. with a large share in USD, the majority of acquisitions having been made in North America. The most recent loans were raised in August in connection with the AHAA acquisition and these loans do therefore not fully affect the year. Net financial expenses for 2002 are expected to be at the same level as in 2001 despite the increase in debt towards year-end. The explanation is firstly the large consolidated cash flow which will be mainly used for reduction of the debt, and secondly the general fall in interest rates which has also had a positive effect.

Pre-tax profit rose to DKK 640 million, or an increase of well over 14%. Tax accounted for DKK 158 million (24.7%). With harmonisation of European corporate tax rates and the exploitation of tax losses that may be carried forward for a number of years, the Group has been able to keep a low effective tax rate. For 2002 a slight increase in tax rates is expected.

With the Group's takeover of the remaining shares of both Oticon Polska and Danacom in 2001, minority interests' portion of consolidated profits only amounts to DKK 0.6 million. The Group thus does not have any minority shareholders apart from the two joint venture companies which are consolidated on a pro rata basis. No minority items are thus expected for 2002.

The net profit of DKK 481 million generated earnings per share (EPS) of DKK 6.5, or a 13% increase up from DKK 5.8 in 2000.



Operating profit (EBIT)

DKK million

195.6  248.3  337.0  585.0  683.3

1997  1998  1999  2000  2001



Cash flow from operating activities

DKK million

204.6  222.9  311.6  450.6  536.5

1997  1998  1999  2000  2001



Earnings per share (EPS)

DKK

2.1  2.6  3.5  5.8  6.5

1997  1998  1999  2000  2001

DEM012056

William Demant Holding A/S

At the general meeting the Directors propose that the share-holders decide that the year's profit be retained.

*Shareholders' equity, dividend and capital*
Shareholders' equity at year-end fell against shareholders' equity at year-start because in 2001 the amount of acquired consolidated goodwill written down and the buyback of own shares together exceed the year's net profit of DKK 481 million. Good-will was written down in the amount of DKK 468 million and the buyback of own shares accounted for DKK 27 million.

In 2000 the Directors decided to use the buyback of own shares as a dividend instrument rather than to pay out traditional an-nual dividends, enabling us to better plan financial resources. With today's high cash flow and assuming that no major acquisi-tions be made, the Directors have authorised Management to currently use part of the consolidated earnings to carry through further buyback of shares at the total value of up to DKK 200 million. If the entire buyback programme is carried through at today's market prices, the programme will involve well over 1% of the share capital.

The Group's holding of own shares in 2001 increased by 114,450 worth a total of DKK 27 million. At 31 December 2001 the holding of own shares was 628,062, or some 0.8% of the share capital.

In the autumn of 2002 the company will enable Group staff to participate in an employee share programme on favourable terms. The programme is expected to constitute less than 0.5% of the share capital.

The main shareholder - William Demants og Hustru Ida Emilies Fond (the Oticon Foundation), Gentofte - has notified the com-pany that it holds 61% of the shares in the company.

*Consolidated cash flows, financing and liquidity*
The Group's cash flow from operating activities rose by 19% aggregating DKK 536 million, which is satisfactory in view of the build-up of inventories in late 2001 for the major Oticon product introductions.

Excluding non-recurrent expenses in connection with the expan-sion of production areas and the Eriksholm research centre to the tune of DKK 35 million, cash flow from investing activities developed as in 2000. For 2002 investing activities (excluding acquisitions) are expected to remain at the same level (DKK 110-140 million).

Overall the liquidity effect of the period is an increase in interest-bearing debt of DKK 302 million amounting to DKK 897 million at year-end.

In Management's opinion the Group's interest and loan terms are comparable with the best on the market. The Group has

unutilised credit facilities of DKK 0.5 billion available for opera-tions and continued expansion.

*Balance sheet*
The consolidated balance sheet rose to DKK 2 billion, due partly to acquisitions and partly to growth in activities throughout 2001.

Trade debtors rose by 34% primarily due to the pro rata consol-idation of AHAA and the increase in consolidated revenue.

Shareholders' equity amounted to DKK 169 million, or 8% of total assets.

On acquisition of AHAA it was agreed that the purchase price be paid in two stages. On signing the agreement an amount of USD 36 million was payable and on fulfilment of certain sales and earnings targets within the next four years, another USD 14 mil-lion will be due for payment. The Group expects AHAA to reach these targets, and the amount which is interest-free is therefore entered as long-term debt.

*Management and employees*
At the ordinary general meeting in April 2001, Mr Lars Nørby Johansen and Mr Michael Pram Rasmussen were both re-elected. Subsequently the Directors appointed Mr Boserup Chairman and Mr Mølvang Deputy Chairman of the Board of Directors.

At year-end the Group employed 4,150 employees. The average number of employees throughout the year on a full-time basis was 3,997 (3,323 in 2000). Denmark had 1,274 employees against 1,098 in 2000.

Revenue per employee amounted to DKK 877,000.

All our employees have done a great job with the integration of new businesses and the creation and marketing of new prod-ucts as well as the continuous improvement of our competitive power. The Directors would like to thank both old and new staff for their enthusiastic commitment in 2001.

*Corporate governance*
At the end of 2001 the Nørby Committee submitted a number of recommendations for good company management (corporate governance) in Denmark. The Directors have currently discussed the matters of principle as now described in the Nørby Commit-tee's report, and the Articles of Association and management processes have been amended and upgraded currently in accord-ance with good corporate governance.

Corporate governance in William Demant Holding is in good har-mony with the recommendations and attitudes reflected in the Nørby report. The Directors consider the effort to introduce cor-porate governance a continuous process and do not at this time find that any further adjustments are required.

DEM012057

_N O T E S_

| ■ Note 1 - Acquisition of companies (DKK - in thousands) | | G R O U P |
|---|---|---|
| | 2001 | 2000 |
| Fixed assets | -10,999 | |
| Inventories | -16,721 | |
| Debtors | -62,242 | |
| Provisions | 2,942 | |
| Short-term creditors | 62,847 | |
| Long-term creditors | 15,446 | |
| Liquid funds, net | -44,400 | |
| Net assets | -53,127 | |
| Goodwill charged to shareholders' equity | -468,156 | |
| Acquisition cost | -521,283 | |
| Liquid funds, net | 44,400 | |
| Purchase price | -476,883 | |

| ■ Note 2 - Net revenue (DKK - in thousands) | | G R O U P |
|---|---|---|
| | 2001 | 2000 |
| Europe | 1,572,104 | |
| North America | 1,306,795 | |
| Asia | 182,433 | |
| Pacific Rim | 263,043 | |
| Other countries | 181,816 | |
| Total | 3,506,191 | |

| P A R E N T  C O M P A N Y | | ■ Note 3 - Financial items, net (DKK - in thousands) | | G R O U P |
|---|---|---|---|---|
| | 2001 | | 2001 | 2000 |
| | 15,551 | Interest income from subsidiary undertakings | - | |
| | -4,129 | Interest expenses to subsidiary undertakings | - | |
| | 371 | Interest income | 13,450 | |
| | -17,134 | Interest expenses | -55,625 | |
| | 1,424 | Realised exchange adjustments | 1,424 | |
| | -2,590 | Non-realised exchange adjustments | -2,590 | |
| | -6,507 | Total | -43,341 | |

DEM012069

| PARENT COMPANY | | Note | Liabilities (DKK - in thousands) | GROUP | |
|---|---|---|---|---|---|
| | 2001 | | | 2001 | |
| | 74,713 | | Share capital | 74,713 | |
| | 0 | | Share premium account | 0 | |
| | 93,943 | | Other reserves | 93,943 | |
| | 168,656 | 9 | Shareholders' equity | 168,656 | |
| | - | | Minority interests | 0 | |
| | 3,381 | 7 | Provisions for deferred taxes | 26,658 | |
| | 0 | 10 | Other provisions | 109,514 | |
| | 3,381 | | Provisions | 136,172 | |
| | 0 | | Mortgages | 3,666 | |
| | 109,024 | | Other long-term debt | 865,498 | |
| | 109,024 | 11 | Long-term creditors | 869,164 | |
| | 10,265 | | Short-term part of long-term creditors | 13,887 | |
| | 155,949 | | Interest-bearing short-term debt | 258,735 | |
| | 0 | | Trade creditors | 164,227 | |
| | 13,300 | 4 | Corporation tax | 41,666 | |
| | 95,971 | | Debt, subsidiary undertakings | - | |
| | 3,528 | | Other creditors | 267,160 | |
| | 0 | | Prepayments and accrued income | 84,277 | |
| | 279,013 | | Short-term creditors | 829,952 | |
| | 388,037 | | Total creditors | 1,699,116 | |
| | 560,074 | | Total liabilities | 2,003,944 | |

12  Contingent liabilities
13  Employees
14  Audit fees
15  Related party transactions
16  Government subsidies

DEM012067

*N O T E S*

| ■ Note 1 - Acquisition of companies (DKK - in thousands) | GROUP | |
|---|---|---|
| | 2001 | 2000 |
| Fixed assets | -10,999 | |
| Inventories | -16,721 | |
| Debtors | -62,242 | |
| Provisions | 2,942 | |
| Short-term creditors | 62,847 | |
| Long-term creditors | 15,446 | |
| Liquid funds, net | -44,400 | |
| Net assets | -53,127 | |
| Goodwill charged to shareholders' equity | -468,156 | |
| Acquisition cost | -521,283 | |
| Liquid funds, net | 44,400 | |
| Purchase price | -476,883 | |

| ■ Note 2 - Net revenue (DKK - in thousands) | GROUP | |
|---|---|---|
| | 2001 | 2000 |
| Europe | 1,572,104 | |
| North America | 1,306,795 | |
| Asia | 182,433 | |
| Pacific Rim | 263,043 | |
| Other countries | 181,816 | |
| Total | 3,506,191 | |

| PARENT COMPANY | | ■ Note 3 - Financial items, net (DKK - in thousands) | GROUP | |
|---|---|---|---|---|
| 2000 | 2001 | | 2001 | 2000 |
| | 15,551 | Interest income from subsidiary undertakings | - | |
| | -4,129 | Interest expenses to subsidiary undertakings | - | |
| | 371 | Interest income | 13,450 | |
| | -17,134 | Interest expenses | -55,625 | |
| | 1,424 | Realised exchange adjustments | 1,424 | |
| | -2,590 | Non-realised exchange adjustments | -2,590 | |
| | -6,507 | Total | -43,341 | |

DEM012069

| PARENT COMPANY | | ■ Note 11 - Long-term creditors (DKK - in thousands) | GROUP | |
|---|---|---|---|---|
| 2000 | 2001 | | 2001 | 2000 |
| _(faded)_ | 67,964 | Long-term creditors, payable after 5 years | 69,994 | _(faded)_ |

| PARENT COMPANY | | ■ Note 12 - Contingent liabilities (DKK - in thousands) | GROUP | |
|---|---|---|---|---|
| 2000 | 2001 | | 2001 | 2000 |
| _(faded)_ | 158,297 | Guarantee commitment, subsidiary undertakings' credit lines | . | _(faded)_ |
| _(faded)_ | 99,012 | Utilised | . | |
| | . | Leasehold liabilities | 53,183 | _(faded)_ |
| | . | Leasing commitments | 13,862 | _(faded)_ |

The jointly taxed Danish companies are jointly and
severally liable for tax of the consolidated taxable
income.
The Group's exchange exposure at 31 December 2001
is covered by forward contracts at the equivalent of
DKK 1,046 million (DKK 927 million in 2000).

| PARENT COMPANY | | ■ Note 13 - Employees (DKK - in thousands) | GROUP | |
|---|---|---|---|---|
| 2000 | 2001 | | 2001 | 2000 |
| _(faded)_ | 6 | Number of full-time employees*) | 3,997 | _(faded)_ |
| | | Employee costs: | | |
| _(faded)_ | 9,183 | Wages and salaries | 1,078,033 | _(faded)_ |
| _(faded)_ | 423 | Pensions | 13,490 | _(faded)_ |
| _(faded)_ | 23 | Social security costs | 79,743 | _(faded)_ |
| _(faded)_ | 9,629 | Total | 1,171,266 | _(faded)_ |
| | | Of which remuneration of managers and directors: | | |
| _(faded)_ | 4,531 | Management | 4,531 | _(faded)_ |
| _(faded)_ | 1,140 | Directors | 1,335 | _(faded)_ |

*) The number of employees in pro rata consolidated
undertakings is included with the share held by the
Group in the particular undertakings. Their average
number of employees is 378.

DEM012075

## COMPANY STRUCTURE

| Company | Interest |
|---|---|
| William Demant Holding A/S, Denmark | Parent company |

### Subsidiary undertakings

| | |
|---|---|
| Oticon A/S, Denmark | 100% |
| Oticon A/S, Norway | 100% |
| Oticon AB, Sweden | 100% |
| Oticon GmbH, Germany | 100% |
| Oticon Nederland B.V., the Netherlands | 100% |
| Oticon Belgium N.V., Belgium | 100% |
| Oticon S.A., Switzerland | 100% |
| Oticon Italia S.r.l., Italy | 100% |
| Oticon España S.A., Spain | 100% |
| Oticon Polska Sp.z o.o., Poland | 100% |
| Oticon Limited, United Kingdom | 100% |
| Oticon, Inc., USA | 100% |
| Oticon Australia Pty Ltd., Australia | 100% |
| Oticon New Zealand Ltd., New Zealand | 100% |
| Oticon K.K., Japan | 100% |
| Oticon Singapore Pte. Ltd., Singapore | 100% |
| Oticon Nanjing Audiological Technology Co. Ltd., China | 100% |
| Oticon South Africa (Pty) Ltd., South Africa | 100% |
| Prodition S.A., France | 100% |
| Bernafon AG, Switzerland | 100% |
| Bernafon Danmark A/S, Denmark | 100% |
| Bernafon AB, Sweden | 100% |
| Bernafon Hörgeräte GmbH, Germany | 100% |
| Bernafon S.r.l., Italy | 100% |
| Maico S.r.l., Italy | 100% |

### Subsidiary undertakings

| | |
|---|---|
| Bernafon U.K. Ltd., United Kingdom | 100% |
| Bernafon Inc., USA | 100% |
| Dahlberg Sciences Ltd., Canada | 100% |
| Bernafon Australia Pty Ltd., Australia | 100% |
| Australian Hearing Aids Pty. Ltd., Australia | 100% |
| National Hearing Aid Systems Pty. Ltd., Australia | 100% |
| Bernafon K.K., Japan | 100% |
| Phonic Ear Holdings Inc., USA | 100% |
| Phonic Ear Ltd., Canada | 100% |
| Logia A/S, Denmark | 100% |
| Danacom A/S, Denmark | 100% |
| Maico Diagnostic GmbH, Germany | 100% |
| RhinoMetrics A/S, Denmark | 100% |
| Interacoustics A/S, Assens, Denmark | 100% |
| DancoTech A/S, Denmark | 100% |
| Hidden Hearing Ltd., United Kingdom | 100% |
| Hidden Hearing (Portugal), Unipessoal Lda., Portugal | 100% |
| Hidden Hearing Limited, Ireland | 100% |
| Akoustica Medica M EPE (Hidden Hearing), Greece | 100% |
| Centro Auditivo Telex S.A., Brazil | 100% |

### Joint ventures

| | |
|---|---|
| American Hearing Aid Association, Inc. (AHAA), USA | 49% |
| Hearing Healthcare Management, Inc. (Avada), USA | 47% |

### Associated undertakings

| | |
|---|---|
| HIMSA A/S, Denmark | 25% |
| NewDae Technologies Inc., USA | 25% |

The above list covers the Group's operative companies.

DEM012077