

ANNUAL REPORT 2002

# William Demant Holding A/S

EXHIBIT

29

DEM012079

# Mission

The William Demant Group of international companies
develops, manufactures and sells innovative and
high-technology solutions incorporating micro-electronics,
micro-mechanics, wireless technology, software
and audiology. The Group operates in a global market.
Its core business is hearing aids.

All Group companies work closely together in the early links
of the value chain such as purchasing and production.
In the R&D, marketing and sales links of the value chain, with
their particular focus on markets and customers, each unit has
its own organisation and unique identity.

The Group aims to become the customers' preferred supplier
of state-of-the-art solutions and thus create a platform for
continued organic growth. It strives to meet user needs by
maintaining a high innovative level and constantly
expanding its global infrastructure.

The Group plays a role in overall structural changes by
acquiring companies in existing core and related businesses.
Through such acquisitions the Group will capitalise on its
technological and audiological expertise, managerial
competencies and financial resources to create further growth.

The Group will thus endeavour to increase its value through
continued growth in revenues and results.

The Group companies seek to promote a stimulating and
rewarding working environment through a flexible, knowledge-
based organisational structure. Moreover the Group is
committed to high standards of ethics, quality and
fairness and is dedicated to meeting its environmental and
social responsibilities.

DEM012082

William Demant Holding A/S

## BUSINESS UNITS

The William Demant Group develops, manufactures and sells products and equipment designed to aid the hearing and communication of individuals. The Group includes three business units: Hearing Aids, Diagnostic Instruments and Personal Communication. Group companies collaborate in many areas and to a wide extent also share resources and technologies.

### Hearing Aids

The Group's core business is hearing aids. This business unit comprises Oticon and Bernafon.

Oticon's vision is "to give people an opportunity to live the life they want with the hearing they have". Oticon aims to supply the most sophisticated technology and audiology based on the needs and wishes of the hearing impaired and to offer a full range of the best hearing aids and fitting systems on the market. Oticon wishes to be the most attractive provider of hearing aids and views the hearing-care professional as a collaboration partner.

Oticon sells its products through subsidiary undertakings in 20 countries and about 80 independent distributors world-wide.

Bernafon aims to enable hearing-impaired people to hear and communicate better through innovative hearing-aid solutions. Bernafon offers a large range of quality hearing aids in all product categories. Bernafon's hearing aids are flexible and easy to fit for hearing-care professionals, and its products represent one of the most attractive combinations on the market in terms of performance, size and price.

In recent years Bernafon has expanded its distribution power through the establishment or acquisition of subsidiary undertakings on the most important markets. Today it sells its products through 14 subsidiary undertakings and more than 40 independent distributors.

A condition for both Oticon's and Bernafon's solutions is that they master a wide spectrum of technologies, including the design of integrated circuits for advanced processing of sound signals, the development of fitting software, the design of micro-amplifiers and the development of micro-mechanical components. The products are created in collaboration with experts with in-depth knowledge of their particular field and through interaction between the company, the user and the hearing-care professional.

### Diagnostic Instruments

This business unit includes Maico and Interacoustics which develop, manufacture and distribute audiometers for hearing measurement and other instruments used by audiologists and ear-nose-and-throat specialists.

Maico sells and services its own audiometers and tympanometers. The products designed for hearing measurement cover the entire spectrum from simple, mobile units to fully digital systems designed for PCs. Maico has subsidiary undertakings in Germany and the USA.

Interacoustics develops, manufactures, sells and services audiometers with focus on advanced diagnostic and clinical products. From its head office in Denmark the company sells its products primarily through external distributors.

DEM012083

### Personal Communication

This unit includes Phonic Ear which provides wireless communication systems and assistive listening devices for the hearing impaired and Sennheiser Communications which offers headsets for professional users.

Phonic Ear develops, manufactures and distributes wireless communication equipment for the hearing impaired in difficult listening situations. Its products are typically used in classrooms, churches, sports centres and theatres. Under the *PhonicEar Logia* brand Phonic Ear also offers assistive listening devices, such as teleloop systems, for private homes as well as audio systems for large establishments.

Sennheiser Communications, a joint venture between Sennheiser electronic GmbH & Co. KG and William Demant Holding A/S, develops, manufactures and markets hand-free communication solutions and sells these products through a global network of distributors, OEM manufacturers, retailers and telecommunications companies. Sennheiser Communications aims to become the customers' preferred supplier of quality solutions on the headset market.

### Shared functions

*Operational activities*

The Group's shared functions co-ordinate and handle a substantial part of its operational and distribution activities, such as purchasing, logistics, production facilities, IT infrastructure, quality management systems, service and technical support as well as finance and administration.

*Distribution activities*

Group products are sold through a number of distribution undertakings in selected countries direct to end-users and to other suppliers both under own brands and as private labels.



WILLIAM DEMANT HOLDING A/S

| HEARING AIDS | | | PERSONAL COMMUNICATION |
| --- | --- | --- | --- |
| Oticon | Bernafon | Maico Audiometer | Phonic Ear |
| | | Interacoustics | Sennheiser Communications |

SHARED FUNCTIONS

Operational activities          Distribution activities

DEM012084

William Demant Holding A/S

## DIRECTORS AND MANAGEMENT

### The parent company
William Demant Holding A/S
Strandvejen 58
2900 Hellerup
Denmark
CVR 71186911
Phone +45 39 17 71 00
Telefax +45 39 27 89 00
william@demant.dk
www.demant.com

### Board of Directors
Niels Boserup, Chairman
*President & CEO of Københavns Lufthavne A/S.*
*Member of the Board of Directors of TK Development A/S.*

Jørgen Mølvang, Deputy Chairman
*Chairman of the Board of Directors of Reson System A/S*
*and Hedorf Holding A/S.*

Franck Fogh Andersen
*Elected by the employees.*

Lars Nørby Johansen
*President & CEO of Group 4 Falck A/S. Deputy Chairman of*
*the Board of Directors of IC Companys A/S and DONG A/S.*

Jørgen Kornum
*Elected by the employees.*

Michael Pram Rasmussen
*President & CEO of Topdanmark A/S. Deputy Chairman of the*
*Board of Directors of Bornholms Brandforsikring A/S, Sund*
*og Bælt Holding A/S and Dampskibsselskabet af 1912 A/S.*

Hanne Stephensen
*Elected by the employees.*

### Management
Niels Jacobsen, President & CEO
*Chairman of the Board of Directors of Hearing Instrument*
*Manufacturers Patent Partnership A/S. Member of the Board*
*of Directors of Novo Nordisk A/S, Micro Matic Holding A/S,*
*Højgaard Holding A/S, Sennheiser Communications A/S and*
*Hearing Instrument Manufacturers Software Association A/S.*

### Auditors
Deloitte & Touche, Statsautoriseret Revisionsaktieselskab
and KPMG C.Jespersen.

### Annual general meeting
The annual general meeting will be held on
Tuesday 25 March 2003 at 4:00 p.m. at the Experimentarium,
Tuborg Havnevej 7, 2900 Hellerup, Denmark.

DEM012087

*M A N A G E M E N T   R E P O R T*

### Growth in a difficult market

With a 16% increase in revenue measured in local currency and a 22% earnings growth per share, the William Demant Group continued its stable growth in 2002 in a difficult market for hearing aids.

During 2002 Group undertakings continued their rapid pace of product introductions. They are consequently well positioned for generating further growth and contributing to growth in earnings per share of over 10% in 2003.

The year's highlights may be summarised as follows:

* In 2002 consolidated revenue rose by 16% in local currency terms, organic growth accounting for 13%.

* Falling exchange rates had a negative 4% impact on revenue. In Danish kroner the Group's revenue thus totalled DKK 3.92 billion.

* The gross profit ratio retained a high level of 63.9%.

* Operating profit rose by 18% to DKK 809 million.

* The profit margin was up from 19.5% in 2001 to 20.6% in 2002.

* Earnings per share (EPS) improved by 22% to DKK 7.9.

* Net cash flow from operating activities accounted for DKK 669 million, and the free cash flow (excluding acquisitions) amounted to DKK 549 million.

The year's many product introductions resulted in stronger-than-expected growth in the Group's core business (wholesale of hearing aids). Organic growth in this area was thus 17%. On the other hand revenue and profit were adversely affected by weaker-than-expected market growth which overall resulted in zero growth in the Group's retail activities.

Consolidated revenue was also affected by falling rates of exchange of some of the Group's major trading currencies. The revenue was thus negatively affected by an amount of DKK 127 million, or 4% of revenue. The strong Danish krone did not have a material impact on operating profit, the Group's major trading currencies being hedged through forward exchange contracts.

In the light of the trends in exchange rates and on the market for hearing aids, the Group's revenue and profit generally matched the expectations announced earlier, most recently in connection with the quarterly review on 5 November 2002.

### Business conditions
*Hearing Aids*

Oticon and Bernafon both reinforced their positions in the market in 2002, and the Group once again captured market shares and consolidated its position as the second-largest manufacturer of hearing aids globally.

In 2002 the hearing-aid market developed with a flat to negative trend in terms of the number of hearing aids sold and a flat to positive tendency in market value terms. Particularly the US market was under pressure, whereas the most important markets in Europe including Holland and France developed more favourably. In our opinion the cautious market development may be linked with potential hearing-aid users' uncertainties about their purchasing power. In the US this uncertainty is probably due to potential hearing-aid users' general uncertainty of the economic development, falling share prices and a fall in direct interest yields on pension funds. However despite current market trends, the Group is convinced that the core ingredients for growth in the market for hearing aids are still present.

On an average a first-time hearing-aid user is 69 years old, and the demographic development shows that the number of elderly in the OECD countries – which are in fact the Group's most important markets – will on average grow by close on 2% annually until 2025. Moreover the number of hearing-aid users outside the OECD countries is growing and so is the number of users requiring binaural fitting. The Group therefore forecasts an annual rate of growth of 2-3% in the number of hearing aids sold on a medium to long-term basis. In addition price increases are expected at an annual rate of 1-2%, which will improve growth in the hearing-aid market to 3-5% annually. The forecast for 2003 is however slightly weaker market growth.

Market conditions and growing consolidation of manufacturers have triggered tougher competition at manufacturing level. Major manufacturers used to be able to capture market shares from minor manufacturers through rapid product development and expansion of distribution networks, but in future these manufacturers are much more likely to compete directly with each other. The Group's competitors have responded in different ways to these pressures. A few have tried to expand volume

**Net revenue and profit margin**



DEM012090

through aggressive volume discounts and similar initiatives. However in the Group's opinion random lowering of wholesale prices will not lead to revenue growth. Participating in a vicious pricing circle is therefore not part of Group strategy.

In 2002 Oticon and Bernafon both continued the corporate strategy of continuously introducing new products in different product segments. In August Oticon launched the Atlas product family, which is the company's first digital hearing aid for the standard segment, which was in fact the fastest growing market segment in 2002. The introduction of Atlas was very satisfactory and indeed the most successful in the history of the Group in terms of units sold in the first few months following introduction.

Oticon's new Super Power product Sumo was released for sale in early December. Sumo is designed for people with a profound hearing loss, and at the moment it is the behind-the-ear aid with the most powerful amplification on the market. It is the first of a series of new products that the Group expects to launch for this segment over the next few years. For profoundly hearing-impaired people even tiny differences in the sound-pressure level provided by a hearing aid may be of decisive importance to their ability to communicate.

In the first half-year Bernafon launched Symbio, a new digital high-end aid, which was well received on the market and has proved to be fully competitive with the market's best high-end products.

Together with Oticon's high-end product Adapto launched late in 2001, Atlas and Symbio were the growth generators in 2002, which saw a 10% increase in the unit sale of hearing aids manufactured by the Group.

The market development has put the Group's retail sales under pressure. In periods when demand is slack, it is difficult for retail chains to boost or even maintain sales in the individual clinics and thereby to generate organic growth. Overall the Group's retail activities, which account for one fifth of total consolidated revenue, were stagnant in 2002. In terms of profit the Group managed to compensate for failing growth in retailing by boosting the sale of products manufactured by Group undertakings through the corporate distribution network.

The weak market trend did not to the same extent affect the US wholesale distributor, the American Hearing Aid Association (AHAA), in which the Group holds a 49% interest. AHAA sees a healthy inflow of independent hearing-care professionals wishing to join the Association, and the development has been satisfactory.

*Diagnostic Instruments*
The market for traditional audiometers and impedance equip-

ment fell slightly in 2002. In return the market for objective hearing measurement gained ground, in particular screening of infants' hearing.

Diagnostic Instruments saw a substantial boost in revenue. Growth derived partly from a product-mix shift towards more expensive products, e.g. through the addition of new products, and partly through the expansion by Interacoustics in Assens (Denmark) of production of components for businesses outside the Group. Sales received an additional boost through one single large order.

During the year Interacoustics reorganised the production flow at its Assens-based factory in order for the Group's diagnostic equipment to be manufactured in one place and to meet the increasing demand for Group products. The reorganisation of production temporarily reduced efficiency and thus negatively affected earnings. In 2003 improving efficiency will be a focus area.

At the end of 2002 the Group decided to transfer Rhinometrics's commercial products to Interacoustics and discontinue Rhinometrics as an independent undertaking. It has been difficult to achieve a satisfactory volume in the sale of Rhinometrics's products for it to bear the cost of a distribution network and to exist as an independent undertaking. The most promising aspects of Rhinometrics's development of new products – based on technology used for urology, gastrointestinal, sleep and oesophageal examinations – were integrated with other Group R&D activities.

*Personal Communication*
The market for Phonic Ear's products – wireless communication systems and technical aids for the hearing impaired – was sluggish in 2002. Phonic Ear's main market, the USA, was particularly affected by a decline in demand, mainly due to cuts in public spending.

With the dull market and a delay in the introduction of a new wireless product portfolio, Phonic Ear did not match expectations.

However the introduction of a completely new product family – consisting of a wireless, hand-held, directional microphone and a mini-radio receiver for mounting on the hearing aid – is expected to generate growth in 2003. The products will be introduced in the second quarter of 2003. The new product family will reinforce Phonic Ear's competitiveness on the growing market for on-the-ear FM receivers. Likewise the merger of Phonic Ear's and Logia's activities in Europe in the first half of 2002 has provided a good platform for further growth.

In the autumn of 2002 the Group announced a new joint venture agreement with German Sennheiser electronic GmbH & Co. KG

DEM012091

William Demant Holding A/S

12

half of 2001. Diagnostic Instruments grew by 24% in terms of local currency whereas Personal Communication saw a 9% decline compared with 2001.

### Revenue by business area

| (DKK million) | 2001* | 2001** | 2002** |
|---|---|---|---|
| Hearing Aids | 3,017 | 2,907 | 3,429 |
| Diagnostic Instruments | 199 | 193 | 240 |
| Personal Communication | 290 | 279 | 255 |
| Total | 3,506 | 3,379 | 3,924 |

* Computed at 2001 exchange rates    ** Computed at 2002 exchange rates

The Group's gross profit rose from DKK 2.2 billion in 2001 to DKK 2.5 billion in 2002, or an increase of 12%. In fixed exchange rates the increase was 16%, which matched the increase in revenue. In recent years the Group has earmarked substantial resources for the development of new manufacturing technologies and methods for the purpose of reducing unit costs particularly of hearing aids. This has resulted in new products involving substantially lower direct production costs (Swift and Ergo in autumn 1999 and Atlas in summer 2002) and a higher degree of automation. The Group was thus able to retain the gross profit ratio at a high level despite the acquisition of AHAA in 2001, which – being a distribution operation – has a considerably lower gross profit ratio than other corporate undertakings. The gross profit ratio is forecast at a level of 64% in 2003.

*Research & development costs*
Corporate R&D expenditure has risen over the years. Continued investment in research and development is seen as vital to our

future success and ability to maintain the position as a world leader.

In 2002 an amount of DKK 272 million was allocated for R&D, i.e. an increase of 8%.

R&D activities are undertaken through collaboration between Group undertakings. In order to optimise and exploit know-how and knowledge across the organisation, Group undertakings transfer and share technology as well as know-how, particularly background technology, whereas the determination of product concepts and the development of actual products take place in the individual undertaking. The Group's management of knowledge resources is described further on page 16 under the heading *Knowledge resources*.

The Group has R&D centres in Denmark, Switzerland, Germany and the USA. In addition Oticon has Eriksholm Research Centre located north of Copenhagen, which employs 14 researchers involved in basic research in audiology, psychoacoustics and new methods for fitting of hearing aids and the remedying of hearing losses. In addition to own activities in R&D, the Group works with many leading researchers, scientists and research institutes throughout the world.

In 2003 R&D costs are estimated to grow by approx. 10%.

*Distribution costs*
Distribution costs accounted for DKK 1,160 million, or just under 30% of consolidated revenue in 2002 and thus constituted a relatively large share of total costs. Distribution costs have increased from 22-23% to now 29-30% in line with the acquisition of distribution activities: First Hidden Hearing (2000), later Avada (2000) and finally AHAA (2001). These undertakings sell and dis-



DEM012093

tribute hearing aids, but have no actual production or product development. In periods of slack market growth, undertakings with direct sales to end-users will see increased pressure on their earnings capabilities as a sizeable slice of distribution costs is paid prior to sale. This also applies to Group retail activities.

The share of distribution costs of consolidated revenue in 2003 will continue at about 30%.

*Administrative expenses*
In 2002 administrative expenses totalled DKK 263 million, which is a 3% increase. In terms of fixed exchange rates the increase was 4%. The Group considers this modest increase very satisfactory, especially in the light of sales growth to the tune of 16%.

The Group's intranet is now fully developed and throughout the Group all subsidiary undertakings now use the same financial system and only recognised software products on standard PCs. This streamlining enables the Group's central IT function to service and maintain all parts of the corporate computer network, and will thus contribute to improving efficiency. Only a moderate increase is forecast for administrative expenses in 2003.

*The year's profit*
In relative terms the increase in total overheads in 2002 was less than the increase in gross profit, thereby improving the Group's profit margin to 20.6%.

Operating profit (EBIT) constituted DKK 809 million, or an increase of 18%, which has to a high degree been translated into a positive cash flow. Cash flow from operating activities thus amounted to DKK 892 million, and the net cash flow from operating activities constituted DKK 669 million.

Depreciation on intangible assets amounted to a mere DKK 0.3 million in 2002.

In 2002 financial expenditure fell from DKK 43 million to DKK 31 million due to a falling interest level and positive exchange adjustments. The Group's free cash flow is mainly used for the buyback of shares rather than a reduction of the loans raised for investments in the expansion of the US distribution network. The Group foresees a slight increase in financial expenses in 2003.

Pre-tax profit rose to DKK 779 million, which is an increase of 22%. Tax on the profit amounted to DKK 201 million, i.e. an effective tax rate of 25.8%. For 2003 the Group expects a slight increase in the corporation tax rate.

The year's profit was DKK 579 million. Earnings per share (EPS) rose by 22% to DKK 7.9, which matched previous forecasts.

At the general meeting the Directors will propose that the entire profit for the year be transferred to reserves as the Directors wish that consolidated earnings be used to buy back further shares. At their meeting on 4 March 2003 the Directors authorised Management to continue the buyback of shares with due regard to the Group's current cash inflow.

William Demants og Hustru Ida Emilies Fond (the Oticon Foundation) has informed the Company that the Foundation wishes to make shares available to the share market in order to retain the Foundation's relative ownership interest in the Group between 60% and 65%.

In 2002 the Group increased its holding of own shares to 2,421,277 shares at a total cost of DKK 423 million. On 4 March 2003 the Company held 3,414,113 shares, or 4.6% of the share



Operating profit (EBIT)



Earnings per share (EPS)



Free cash flow

DEM012094

William Demant Holding A/S

capital. At the general meeting the Directors will propose that the share capital be written down by a number of shares corresponding to the holding of own shares.

*Shareholders' equity and capital*
At end-2002 shareholders' equity amounted to DKK 428 million, or 21% of the consolidated balance sheet total.

### Development in consolidated shareholders' equity

| (DKK million) | 2001 | 2002 |
|---|---|---|
| Shareholders' equity at 1 January | 200 | 163 |
| Value adjustment of hedging instruments | 9 | 133 |
| Exchange adjustments of subsidiary undertakings | -30 | -40 |
| Write-down of own shares | -27 | -423 |
| Write-down of goodwill on acquisitions | -468 | - |
| Other adjustments | -2 | 16 |
| Profit for the period | 481 | 579 |
| Shareholders' equity at 31 December | 163 | 428 |

*Cash flows, financing and cash position*
Group net cash flow from operating activities doubled to DKK 669 million, the primary reason being that the Group was able to reduce inventories and trade debtors while boosting activities by 16%. The Group continues its effort to minimise Group undertakings' working capital while maintaining growth in revenue and earnings.

The Company has established credit facilities mainly with Danish credit institutes for continued expansion and acquisitions, if and when opportunity arises.

### Development in cash flows by main items

| (DKK million) | 2000 | 2001 | 2002 |
|---|---|---|---|
| Year's profit | 426 | 481 | 579 |
| CFFO | 316 | 317 | 669 |
| CFFI, excl. acquisitions | -116 | -184 | -120 |
| Free cash flow | 200 | 133 | 549 |
| Acquisitions | -773 | -477 | -7 |
| Buyback of shares | -21 | -27 | -423 |
| Other financing activities | 257 | 524 | -84 |
| Year's net effect | -337 | 153 | 35 |

In Management's opinion the Group's interest and loan terms are comparable with the best on the market. The composition of interest-bearing assets and liabilities is seen from the following table.

### Interest rate risk at 31 December 2001 (DKK million)

| Maturity | Under 1 year | 1-5 years | Over 5 years | Total | Weighted interest rate |
|---|---|---|---|---|---|
| Financial fixed assets | 0.0 | 0.0 | 1.8 | 1.8 | |
| Liquid funds | 116.5 | 0.0 | 0.0 | 116.5 | |
| Interest-bearing assets | 116.5 | 0.0 | 1.8 | 118.3 | 1.5% |
| | | | | | |
| Mortgages | 0.4 | 1.7 | 1.5 | 3.6 | |
| Long-term interest-bearing debt | 12.5 | 548.5 | 57.7 | 618.7 | |
| Interest-bearing short-term debt | 237.7 | 0.0 | 0.0 | 237.7 | |
| Interest-bearing debt | 250.6 | 550.2 | 59.2 | 860.0 | 4.0% |
| Net position | -134.1 | -550.2 | -57.4 | -741.7 | 4.4% |

In 2002 the Group chose to fix interest rates for three to five years for part of the long-term debt through interest-rate swaps of USD 37 million and EUR 8 million, respectively. At 31 December 2002 a non-realised loss on these swaps was computed at DKK 10 million.

DEM012095

William Demant Holding A/S

16

In 2002 the Company published two so-called quarterly reviews regarding the first and third quarters, respectively. A quarterly review describes the market situation and provides a general description of the Group's activities in the past quarter compared with previously announced expectations in respect of revenue and profit. The Company has chosen to publish annual and semi-annual reports as its only financial reports since in the Company's opinion quarterly statements would not promote a better understanding of its activities and might give some very short-term targets for Company development which may result in a misleading picture of the development of the Group because activities in any given quarter will vary considerably from one year to the next.

### Incentive programmes

In November 2002 the Group successfully carried through the sale of employee shares giving the Group's employees an opportunity to buy shares at a favourable price depending on the individual employee's salary and seniority.

About 1,800 employees chose to buy a total of 277,248 shares at an aggregate price of DKK 15 million. The favourable element for participating in the employee share programme constituted DKK 23 million at the date of purchase.

In the Directors' opinion the incentive programme provides a reasonable balance between employees' opportunity for gain and their commitment to the Company. Apart from ordinary sales-related bonus schemes the Company has no other incentive programmes such as share option programmes or similar initiatives.

### Knowledge resources

The William Demant Group's mission states that the Group will endeavour to expand growth in revenue and profit, and that it will seek innovation through a flexible, knowledge-based organisational structure.

The prerequisite for the Group's continued competitiveness is extensive know-how of audiology and a wide spectrum of competencies including the design of integrated circuits for sophisticated analogue and digital processing of sound signals, the development of software for optimum fitting of hearing aids, the design of micro-amplifiers and related acoustic systems as well as the development and production of micro-mechanic components. The Group's R&D activities are described further on page 12 under the heading *Research & development costs*.

The Group's products are made in collaboration with a wide range of specialists each with thorough knowledge of their own field and in-depth understanding of other professional areas as

well as appreciation of the corporate approach as such. In order to utilise competencies and knowledge across the organisation, substantial resources are spent on communication and sharing of knowledge including a shared IT platform, a high degree of openness, exchange of employees across Group undertakings and a flat organisational structure.

### Prospects for the future

With the many product introductions from both Oticon and Bernafon in 2002 and the new products scheduled for launching this year, the Company also expects to capture market shares in 2003. For the Group's core business (wholesale of hearing aids), the Group foresees growth at a rate of over 10%, which is considerably higher than the underlying market growth for 2003 forecast at 0-3%. For the Group as a whole, organic growth is estimated at 7-10%, as growth in corporate retail activities is estimated to be somewhat lower.

With current exchange rates (average rates in January 2003), the Group's revenue in Danish kroner will be negatively affected by 7% for all 2003, with the main impact in the first half-year. With unchanged exchange rates throughout 2003, revenue is estimated at DKK 3.9-4.1 billion and operating profit at DKK 850-900 million. The profit margin is thus estimated to go up by 1-2 percentage points.

As in 2002 the Group foresees a substantial free cash flow for 2003. With due regard to the current cash inflow, the Company will use its free cash flow for the buyback of more shares.

Net financial expenses and the Company's tax rate are likely to show slight increases. Overall, earnings per share are thought to go up by more than 10% in 2003.

### General meeting

William Demant Holding A/S will hold its annual general meeting on 25 March 2003 at 4 p.m. in the Experimentarium, Tuborg Havnevej 7, 2900 Hellerup, Denmark.

The Directors will propose that the year's profit be transferred to corporate reserves.

At the annual general meeting the Directors will propose that the Company's share capital be reduced by an amount corresponding to its holding of own shares.

At the annual general meeting Mr Lars Nørby Johansen and Mr Michael Pram Rasmussen will both retire from the Board of Directors in accordance with the Company's Articles of Association. The Directors will recommend that both be re-elected.

DEM012097

| PARENT COMPANY | | Note | Liabilities (DKK - in thousands) | | GROUP | |
|---|---|---|---|---|---|---|
| 2000 | 2002 | | | 2002 | 2000 | |
| | 74,713 | | Share capital | 74,713 | | |
| | 353,054 | | Retained profit | 353,054 | | |
| | 427,767 | 10 | Shareholders' equity | 427,767 | | |
| | 3,545 | 8 | Provisions for deferred tax | 30,578 | | |
| | 0 | 11 | Other provisions | 86,493 | | |
| | 3,545 | | Provisions for liabilities | 117,071 | | |
| | 0 | | Mortgage debt | 3,267 | | |
| | 98,684 | | Other long-term debt | 707,647 | | |
| | 98,684 | 12 | Long-term creditors | 710,914 | | |
| | 10,249 | | Short-term part of long-term creditors | 27,666 | | |
| | 150,747 | | Interest-bearing short-term debt | 220,636 | | |
| | 0 | | Trade creditors | 124,705 | | |
| | 0 | 4 | Corporation tax | 20,477 | | |
| | 27,413 | | Debt, subsidiary undertakings | - | | |
| | 5,109 | | Other creditors | 243,484 | | |
| | 0 | | Non-realised losses on financial contracts | 10,241 | | |
| | 0 | 15 | Prepayments and accrued income | 88,600 | | |
| | 193,518 | | Short-term creditors | 735,809 | | |
| | 292,202 | | Total creditors | 1,446,723 | | |
| | 723,514 | | Total liabilities | 1,991,561 | | |

13  Contingent liabilities
14  Employees
16  Fees to auditors
17  Related party transactions
18  Government subsidies

DEM012108

*N O T E S*

| ■ Note 1 - Acquisition of companies (DKK - in thousands) | | G R O U P |
|---|---|---|
| | 2002 | 2001 |
| Fixed assets | -643 | 46.090 |
| Inventories | -2,399 | 46.700 |
| Debtors | -4,364 | 59.100 |
| Provisions | 44 | 3.062 |
| Short-term creditors | 9,661 | 61.807 |
| Long-term creditors | 0 | 15.650 |
| Liquid funds, net | -1,625 | 46.490 |
| **Net assets** | 674 | -455.097 |
| Goodwill | -8,874 | - |
| Goodwill charged to shareholders' equity | - | -166.150 |
| | -8,200 | -521,264 |
| Liquid funds, net | 1,625 | 46.490 |
| | -6,575 | -1,676.807 |

| ■ Note 2 - Segment information (DKK - in thousands) | | | | | | G R O U P |
|---|---|---|---|---|---|---|
| | Net revenue | | Fixed assets | | Liabilities | |
| | 2002 | 2001 | 2002 | 2001 | 2002 | 2001 |
| Europe | 1,721,655 | 1.871.109 | 406,725 | 406.236 | 653,065 | 739.698 |
| North America | 1,524,391 | 1.366.797 | 76,432 | 54.104 | 822,224 | 975.538 |
| Asia | 243,030 | 168.349 | 15,561 | 9.804 | 33,971 | 32.090 |
| Pacific Rim | 319,506 | 382.443 | 11,163 | 10.704 | 44,308 | 60.672 |
| Other countries | 115,087 | 37.406 | 6,183 | 7.738 | 10,226 | 24.459 |
| Total | 3,923,669 | 3.806.104 | 516,064 | 487.598 | 1,563,794 | 1.842.661 |

<table>
<tr><th colspan="2">P A R E N T   C O M P A N Y</th><th>■ Note 3 - Financial items, net (DKK - in thousands)</th><th colspan="2">G R O U P</th></tr>
<tr><td>2001</td><td>2002</td><td></td><td>2002</td><td>2001</td></tr>
<tr><td>15.535</td><td>16,528</td><td>Interest from subsidiary undertakings</td><td>-</td><td>-</td></tr>
<tr><td>557</td><td>1,011</td><td>Interest income</td><td>10,536</td><td>13.456</td></tr>
<tr><td>5.824</td><td>2,393</td><td>Realised exchange gains</td><td>2,393</td><td>5.826</td></tr>
<tr><td></td><td>2,091</td><td>Non-realised exchange gains</td><td>2,091</td><td></td></tr>
<tr><td>27.446</td><td>22,023</td><td>**Financial income**</td><td>15,020</td><td>19.874</td></tr>
<tr><td>-6.128</td><td>-11,752</td><td>Interest to subsidiary undertakings</td><td>-</td><td>-</td></tr>
<tr><td>-37.174</td><td>-7,733</td><td>Interest expenses</td><td>-45,053</td><td>-55.255</td></tr>
<tr><td>-43</td><td>-43</td><td>Realised exchange losses</td><td>-43</td><td>-</td></tr>
<tr><td>-2.050</td><td>-708</td><td>Non-realised exchange losses</td><td>-708</td><td>-2.580</td></tr>
<tr><td>-42.853</td><td>-20,236</td><td>**Financial expenses**</td><td>-45,804</td><td>-58.915</td></tr>
<tr><td>-6.507</td><td>1,787</td><td>Financial items, net</td><td>-30,784</td><td>-43.565</td></tr>
</table>

27

DEM012110

William Demant Holding A/S

14

capital. At the general meeting the Directors will propose that the share capital be written down by a number of shares corresponding to the holding of own shares.

*Shareholders' equity and capital*
At end-2002 shareholders' equity amounted to DKK 428 million, or 21% of the consolidated balance sheet total.

### Development in consolidated shareholders' equity

| (DKK million) | 2001 | 2002 |
|---|---|---|
| Shareholders' equity at 1 January | 200 | 163 |
| Value adjustment of hedging instruments | 9 | 133 |
| Exchange adjustments of subsidiary undertakings | -30 | -40 |
| Write-down of own shares | -27 | -423 |
| Write-down of goodwill on acquisitions | -468 | - |
| Other adjustments | -2 | 16 |
| Profit for the period | 481 | 579 |
| Shareholders' equity at 31 December | 163 | 428 |

*Cash flows, financing and cash position*
Group net cash flow from operating activities doubled to DKK 669 million, the primary reason being that the Group was able

to reduce inventories and trade debtors while boosting activities by 16%. The Group continues its effort to minimise Group undertakings' working capital while maintaining growth in revenue and earnings.

The Company has established credit facilities mainly with Danish credit institutes for funding of continued expansion and acquisitions, if and when opportunity arises.

### Development in cash flows by main items

| (DKK million) | 2000 | 2001 | 2002 |
|---|---|---|---|
| Year's profit | 426 | 481 | 579 |
| CFFO | 316 | 317 | 669 |
| CFFI, excl. acquisitions | -116 | -184 | -120 |
| Free cash flow | 200 | 133 | 549 |
| Acquisitions | -773 | -477 | -7 |
| Buyback of shares | -21 | -27 | -423 |
| Other financing activities | 257 | 524 | -84 |
| Year's net effect | -337 | 153 | 35 |

In Management's opinion the Group's interest and loan terms are comparable with the best on the market. The composition of interest-bearing assets and liabilities is seen from the following table.

### Interest rate risk at 31 December 2001 (DKK million)

| Maturity | Under 1 year | 1-5 years | Over 5 years | Total | Weighted interest rate |
|---|---|---|---|---|---|
| Financial fixed assets | 0.0 | 0.0 | 1.8 | 1.8 | |
| Liquid funds | 116.5 | 0.0 | 0.0 | 116.5 | |
| Interest-bearing assets | 116.5 | 0.0 | 1.8 | 118.3 | 1.5% |
| Mortgages | 0.4 | 1.7 | 1.5 | 3.6 | |
| Long-term interest-bearing debt | 12.5 | 548.5 | 57.7 | 618.7 | |
| Interest-bearing short-term debt | 237.7 | 0.0 | 0.0 | 237.7 | |
| Interest-bearing debt | 250.6 | 550.2 | 59.2 | 860.0 | 4.0% |
| Net position | -134.1 | -550.2 | -57.4 | -741.7 | 4.4% |

In 2002 the Group chose to fix interest rates for three to five years for part of the long-term debt through interest-rate swaps of USD 37 million and EUR 8 million, respectively. At 31 December 2002 a non-realised loss on these swaps was computed at DKK 10 million.

DEM012095



ANNUAL REPORT 2003

William Demant Holding

EXHIBIT
30

DEM012121

# Mission

The William Demant Holding Group of international companies
develops, manufactures and sells innovative and high-technology
solutions incorporating micro-electronics, micro-mechanics,
wireless technology, software and audiology. The Group operates
in a global market. Its core business is hearing aids.

All Group undertakings work closely together in the early
links of the value chain such as purchasing and production.
In the R&D, marketing and sales links of the value chain, with
their particular focus on markets and customers, each unit has its
own organisation and unique identity.

The Group aims to become the customers' preferred
supplier of state-of-the-art quality solutions and thus create
a platform for continued organic growth. It strives to meet user
needs by maintaining a high innovative level and constantly
expanding its global infrastructure.

The Group plays a role in overall structural changes by
acquiring enterprises in existing core and related businesses.
Through such acquisitions, the Group will capitalise on its
technological and audiological expertise, managerial competencies
and financial resources to create further growth.

The Group endeavours to increase its value
through continued growth in revenues and results.

All Group undertakings seek to promote a stimulating
and rewarding working environment through a flexible, knowledge-
based organisational structure. Moreover, the Group is committed to
high standards of ethics, quality and fairness and is dedicated
to meeting its environmental and social responsibilities.

DEM012124

**Personal Communication**

This unit includes Phonic Ear, which provides wireless communication systems and assistive listening devices for the hearing impaired, and Sennheiser Communications offering headsets for professional users.

Phonic Ear develops, manufactures and distributes communication equipment within three main areas: Assistive listening devices, FM systems and major audio systems. Assistive listening devices like for instance alarm systems, teleloop amplifiers and amplifier phones are typically used by hearing impaired in their private homes. Wireless FM systems are mainly used in classrooms. Teleloop and audio systems etc. are mainly sold to old people's homes, churches, cinemas, theatres etc.

Sennheiser Communications, a joint venture created by German Sennheiser electronic and the William Demant Group, develops, manufactures and markets hand-free communication solutions, mainly headsets, and sells these products through a global network of distributors, OEM manufacturers, retailers and telecommunications businesses. Sennheiser Communications aims to become the customers' preferred supplier of quality solutions on the headset market.

**Shared functions**
*Operations*
The Group's shared functions co-ordinate and handle a substantial part of its operational and distribution activities, such as purchasing, logistics, production facilities, IT infrastructure, quality management systems, service and technical support as well as finance and administration.

*Distribution*
Group products are sold through a number of distribution undertakings in some countries direct to end-users and to other suppliers both under own brands and as private labels.



WILLIAM DEMANT HOLDING A/S

| Oticon | Bernafon | Maico Diagnostics<br>Interacoustics | Phonic Ear<br>Sennheiser<br>Communications |

SHARED FUNCTIONS

Operational activities          Distribution activities

DEM012126

William Demant Holding A/S

## BOARD OF DIRECTORS AND MANAGEMENT

**Parent company**
William Demant Holding A/S
Strandvejen 58
DK-2900 Hellerup
Denmark
CVR 71186911
Phone +45 3917 7100
Telefax +45 3927 8900
william@demant.dk
www.demant.com

**Board of Directors**
Niels Boserup, Chairman
*President and CEO of Københavns Lufthavne A/S. Member of the board of directors of Jyllands-Posten Holding A/S.*

Jørgen Mølvang, Deputy Chairman
*Chairman of the boards of directors of Reson System A/S and Hedorf Holding A/S.*

Nils Smedegaard Andersen
*President and CEO of Carlsberg Breweries A/S.*

Lars Nørby Johansen
*President and CEO of Group 4 Falck A/S. Deputy chairman of the board of directors of DONG A/S.*

Ole Lundsgaard
*Staff representative.*

Stig Michelsen
*Staff representative.*

Michael Pram Rasmussen
*President and CEO of Topdanmark A/S. Chairman of the board of directors of A.P. Møller - Mærsk A/S.*

Hanne Stephensen
*Staff representative.*

**Management**
Niels Jacobsen, President and CEO
*Chairman of the board of directors of HIMPP A/S. Member of the boards of directors of Novo Nordisk A/S, Nielsen & Nielsen Holding A/S, Højgaard Holding A/S, Sennheiser Communications A/S, HIMSA A/S and HIMSA II A/S.*

**Auditors**
Deloitte
Statsautoriseret Revisionsaktieselskab
and
KPMG C.Jespersen
Statsautoriseret Revisionsinteressentskab

**Annual general meeting**
The annual general meeting will be held on Thursday, 25 March 2004 at 4 p.m. at the Experimentarium, Tuborg Havnevej 7, DK-2900 Hellerup.

DEM012129

*MANAGEMENT REPORT*

**The William Demant Holding Group continues growth trend**
The William Demant Holding Group continued the favourable trends in 2003 and generated 8% organic growth. This improvement was achieved in a market with moderate growth and in a year without any major product introductions from the Group's hearing-aid undertakings.

The Group expects to maintain its strong market position in 2004. In the first two months of 2004, Oticon has already introduced two new hearing-aid families - GO and Atlas Plus. A third major product introduction is scheduled for 2004 also. All other business areas will currently update existing products and introduce new ones during 2004.

Despite unfavourable foreign-exchange trends, the Group was able to improve its operating profits. The year's highlights may be summarised as follows:

- In 2003, revenues rose by 8% in local currency. Our core business improved by 10%.
- The consolidated revenues amounted to DKK 3.87 billion after a negative foreign-exchange impact of 9%.
- The gross profit ratio increased to 65.2% against 63.9% in 2002.
- Operating profits (EBIT) totalled DKK 856 million against DKK 810 million in 2002.
- The profit margin was up to 22.1% in 2003 from 20.6% in 2002.
- Earnings per share (EPS) improved by 12% to DKK 8.8.
- Net cash flow from operating activities accounted for DKK 754 million, and the free cash flow was DKK 616 million.

Overall, the rate of growth matched expectations at the start of the year. The product mix was slightly different though with higher-than-expected growth in the sale of less costly hearing

aids, and the total increase of 14% in the number of instruments manufactured by Group undertakings was higher than estimated.

As in 2002, consolidated revenues were negatively affected by falling exchange rates in 2003. The falling exchange rates also affected consolidated earnings, even though the Group's cost structure provides a partial hedge against fluctuations in exchange rates and despite the major trading currencies being hedged through forward-exchange contracts. With the expiry of existing forward-exchange contracts, new contracts will be concluded at lower exchange rates, and the negative impact will thus continue into 2004. Overall, it is estimated that the lower foreign-exchange rates will result in an annual negative effect on operating profits in 2004 and onwards of about DKK 120 million compared with 2002.

Consolidated revenues and operating profits matched our previously announced expectations.

**Business conditions**
*Hearing Aids*
The market for hearing aids was flat in the first half of 2003, but picked up nicely in the second half. Throughout the year, global sales of hearing aids grew moderately which is marginally better than expected at the start of the year. On the important US market, trends as a whole matched expectations, whereas the major European markets such as France, Germany and to some degree the Netherlands developed more favourably than expected.

Over time, growth rates in the hearing-aid business will fluctuate, and development on the short term is difficult to foresee. The Group still expects that on the medium to long term, the market will grow by 3-5% annually. Growth will be sustained by the demographic development, an increasing number of users requiring binaural fitting, development in new markets and modest price increases.

Trends in 2003 confirmed that having competitive products is all-important, and that the launching of new products is of far greater significance to the success of a manufacturer than random price reductions. The positive shifts in demand, which are typical on product introductions, show that new products can differentiate themselves from existing ones enabling such new products to generate growth.

With no major product introductions, 2003 was an "intermediate" year for the Group's hearing-aid undertakings – Oticon and Bernafon. The focus was instead on expanding the product portfolios, and today both Oticon and Bernafon have a complete digital product portfolio with digital products in all relevant price categories.



Net revenue and profit margin

DKK million

1,884   2,960   3,506   3,924   3,870

1999   2000   2001   2002   2003

▬ Net revenue   ◆ Profit margin

DEM012132

William Demant Holding A/S

10

Atlas, which was introduced in August 2002, accounts for a large slice of the growth in 2003. In order to maintain the positive momentum in the medium to low-end segment, Oticon has decided to launch the Atlas Plus product family on selected markets. Atlas Plus offers more user features and is priced slightly higher than Atlas.

In April 2003, Oticon introduced the Gaia product family, which is positioned in the high-end segment just under Adapto. Gaia was a growth contributor in 2003, and we expect the Gaia product family to continue the favourable trends in 2004.

In order to benefit from the continued conversion of very inexpensive analogue instruments into inexpensive digital instruments, Oticon in January 2004 introduced a new inexpensive, digital product family, GO, with the most basic user features. The product family will help Oticon expand its position in the low-end segment of the hearing-aid market, a position which has been obtained in the past five years through the sale of Swift and Ergo.

Bernafon has already successfully convinced a number of the customers who used to buy inexpensive analogue instruments to buy the slightly more expensive digital Flair, which was launched in the second quarter of 2003. In December 2003, Bernafon also introduced a new upgraded version of its high-end product, now called Symbio XT.

At the end of August, Oticon was chosen as one of two main suppliers of digital hearing aids to the British government through its National Health Service (NHS). The agreement is a continuation of Oticon's long-standing cooperation with the NHS and an expansion of the existing cooperation relating to the NHS' roll-out of digital instruments to the public hearing clinics in Great Britain. The collaboration will boost growth in the number of aids sold in 2004, but its effect on earnings will not be as significant because of the relatively low prices, at which the products are sold. Moreover, the increased sale of digital instruments will have a negative impact on the sale of analogue products to the NHS. The volume growth will also to some extent be offset by the fact that Bernafon lost its contract as main supplier to the Australian government through the Australian Hearing Services (AHS) in spring 2003.

Compared with 2002, the Group's retail activities with sale of hearing aids direct to end-users saw reasonable growth as well as improved profitability in 2003. Retail activities depend more directly on the underlying market trends than wholesale activities with the individual hearing clinics being immediately affected by the general demand in the local market.

In recent years, Oticon has grown tremendously on the North American market partly through organic growth and partly

through strategic acquisitions. The greater activity level has of course also put growing pressure on financing and manufacturing systems. In the second and third quarters of 2003, Oticon's American sales company, Oticon, Inc., introduced a new IT system, which with the simultaneous implementation of a new telephone system meant that in certain periods, Oticon, Inc. was unable to meet the demand for Group products and provide a satisfactory service to customers. The problems created by the new IT system have now been solved, and Oticon, Inc. is again geared for growth.

In 2003, Bernafon chose to reposition its activities on the US market resulting in the replacement of its management team and the relocation of its head office to New Jersey. The related restructuring costs are included in the 2003 financial statements.

In line with the increasing sale of in-the-ear units, the Group has successfully extended its local manufacturing capacity, and the various undertakings are geared for volume growth as forecast for 2004.

The manufacture of in-the-ear instruments used to be very labour-intensive and the possibilities for improving efficiency fairly limited. In recent years, the hearing-aid industry has worked on a new technology for manufacture of shells for in-the-ear instruments. This technology is based on 3D scanning of the ear impression for subsequent modelling on a computer and automatic production of the shell by a machine that prints the shell. Oticon and Bernafon have waited for this technology to be ready for implementation, and it will be introduced at a number of the Group's major production sites during 2004. The necessary laboratory tests and modification of the technology to match the Group's products and production sites were carried through in 2003.

*Diagnostic Instruments*
The diagnostic instruments business area is more sensitive to economic fluctuations than our core business, and sales in 2003 were affected by the adverse economic situation. The total market for audiometric equipment dropped slightly in 2003. The unfavourable market trends had a detrimental effect on the sale of almost all product lines in this business area. There were however signs in the fourth quarter of a rise in the order inflow suggesting that 2004 will be a better year than 2003.

In the autumn, Interacoustics introduced an OAE screener for screening of the hearing of children and infants. OAE stands for OtoAcoustic Emission and enables objective identification of a hearing loss. At UHA, the German hearing-aid conference, Interacoustics introduced a PC-based audiometer and fitting system, Affinity, designed for hearing-care professionals. This

DEM012133

### Revenue by business area

| (DKK million) | 2002* | 2002** | 2003** |
|---|---|---|---|
| Hearing Aids | 3,429 | 3,135 | 3,424 |
| Diagnostic Instruments | 240 | 227 | 211 |
| Personal Communication | 255 | 225 | 235 |
| Total | 3,924 | 3,587 | 3,870 |

*Computed at 2002 exchange rates   **Computed at 2003 exchange rates

With revenues of DKK 3,424 million, or 89% of the consolidated revenues, Hearing Aids is the biggest business area in the Group, and also the area with the relatively largest increase in terms of local currency with a rate of growth of 9%. Compared with 2002, both wholesale and retail activities performed satisfactorily.

The market for diagnostic instruments has been affected by the recession in recent years. This is the major reason for the flat trend in sales in Diagnostic Instruments. Sales are also affected by the postponement of a major product introduction.

The consolidated revenues of Personal Communication show a moderate increase in terms of local currency, which reflects good progress in Canada and Europe, but disappointing sales by Phonic Ear in the USA. Due to the establishment of the Sennheiser Communications joint venture on 1 January 2003 50% of Danacom's revenues have not been consolidated, and this had a negative impact on this business area of 5%, or DKK 11 million.

Despite falling revenues, the Group's gross profit was maintained at DKK 2.5 billion, which improved to a total of 65.2% against 63.9% in 2002. If gross profit is translated at fixed rates, it rose by 7%, which is satisfactory in a year, in which the product mix shifted towards less expensive instruments due to the introduction of Atlas in mid-2002 and Flair in early 2003. AHAA also showed relatively higher growth than the remaining Group, which also had an adverse impact on the gross profit ratio.

*Overheads*
The following table shows overheads with percentage changes in Danish kroner and in local currency. The table shows that relatively speaking total overheads rose more moderately than revenues resulting in a positive impact on the profit margin.

### Overheads

| (DKK million) | 2002 | 2003 | Percentage change | |
|---|---|---|---|---|
| | | | DKK | Local currency |
| R&D costs | 272.2 | 294.9 | 8% | 11% |
| Distribution costs | 1,160.2 | 1,130.4 | -3% | 7% |
| Admin. expenses | 263.3 | 242.1 | -8% | -1% |
| Total | 1,695.7 | 1,667.4 | -2% | 6% |

Operating profit (EBIT)



Earnings per share (EPS)



Free cash flow



DEM012136

William Demant Holding A/S

14

### R&D costs

R&D activities also rose in 2003 with the Group spending DKK 295 million, or an increase of 11% in local currency. The Group's strategy of increasing the R&D effort has turned out to be the major reason that we have been able to maintain long-term growth. Most R&D efforts are based in Copenhagen, and most R&D costs are therefore paid in Danish kroner.

The William Demant Holding Group's development functions work across business areas and continents for optimal exploitation of know-how and knowledge. This process also ensures that basic technologies and special competencies developed for specific purposes in one part of the Group are used in other parts of the Group in other contexts for maximum utilisation of all development resources.

The Group has major development centres in Denmark, Switzerland, Germany and the USA, and participates in various research networks and institutions throughout the world.

R&D costs are estimated to grow also in 2004.

### Distribution costs

Apart from production costs, the largest cost item is distribution, which in 2003 accounted for 29.2% of consolidated revenues. With 7% growth in local currency, distribution costs rose in line with consolidated revenues. A relatively large share is attributable to our retail activities. Measured in terms of core business alone – wholesale of hearing aids – distribution costs account for 21% of revenues.

Through a targeted focus on closer contact to hearing-care professionals as well as training and education, our sales companies have been able to increase the sale per customer and create new customer relations.

Also in 2004, distribution costs are forecast at 29-30% of consolidated revenues.

### Administrative expenses

The flat development in administrative expenses is a continuation of trends in recent years. Expenses fell by 1% in local currency. The development of the Group's administrative systems has now in general been completed in the various sales companies, and increasing the activity level based on the existing capacity will thus not necessarily trigger new costs.

All Group undertakings are linked up on the same intranet, which facilitates day-to-day communication between Group staff and improves the centralisation and efficiency of support functions.

We expect a slight increase in administrative expenses in 2004.

### The year's profit

The Group's profit margin went up by 1.5 percentage point to 22.1% in 2003. The explanation is the negative trend in our trading currencies, operating profits (EBIT) having gone up by 6% to DKK 856 million despite the fall in consolidated revenues, which is satisfactory.

As in previous years, profits were to a high degree converted into free cash flow, and cash flow from operating activities rose to DKK 754 million from DKK 669 million in 2002.

Amortisation of goodwill accounted for DKK 0.4 million.

The continued low interest level, internationally, enabled the Group to realise net financials of DKK 28 million, which is slightly lower than in 2002 with DKK 31 million. Interest expenses are mainly attributable to the loans raised for financing of acquisitions in the USA. The free cash flow is still used for buyback of shares, consequently there is no significant financial income.

Pre-tax profits rose by 6% to DKK 827 million. Corporation tax is 25%, which is at the same level as in 2002, and the year's profit is therefore DKK 618 million. The return on equity is 140% (p.a.).

Earnings per share (EPS) are DKK 8.8, or a 12% increase, which matches our previously announced expectations.

The Board of Directors recommend that the shareholders in general meeting decide that all the year's profit be transferred to free reserves since the Board of Directors intend to pursue its policy of buying back shares as the only dividend instrument.

In 2003, we acquired 3,412,652 own shares at a total of DKK 541 million. At 3 March 2004, the Company's holding is 2,426,740 shares, or 3.5% of the share capital. At the general meeting, the Directors will propose that the share capital be written off by the number of shares corresponding to the holding of own shares on that date. Our shareholders will thus increase their ownership interest.

In this connection William Demant og Hustru Ida Emilies Fond (the Oticon Foundation) has informed us that concurrently with the cancellation of shares it will make shares available to the share market in order to maintain the liquidity of the share and that it will seek to retain its ownership interest at a level of 60-65%.

DEM012137

William Demant Holding A/S

16

In the Board of Directors' and the Management's opinion, there are no significant financial risks that have not been hedged.

*Investments*
Investments in tangible fixed assets in 2003 amounted to DKK 124 million net. Investments of less than DKK 50,000 totalling DKK 17 million were written off when acquired.

The Group currently tests new production technologies such as the new technology for printing of shells for in-the-ear hearing aids described previously. This particular technology will be implemented at our major production sites during 2004.

In 2001 and 2002, the Group invested heavily in the expansion of the Eriksholm research centre and the facilities in Oticon, USA. In 2003, investments focused on the expansion and maintenance of our productive capacity both in the central factories and locally in the sales companies. For 2004, the level of investments is expected to be DKK 120-140 million.

*Balance sheet*
The consolidated balance-sheet total is unchanged at a level of DKK 2 billion, of which total assets and investments account for about 27%.

The largest asset items are inventories and trade debtors. Investments in new automatic inventory handling equipment and increased integration with our suppliers resulted in inventories (based on fixed exchange rates) developing at a slower rate than the increase in consolidated revenues.

*Board of Directors, Executive Board and employees*
At the annual general meeting in March 2003, Mr Lars Nørby Johansen and Mr Michael Pram Rasmussen were both re-elected. Mr Nils Smedegaard Andersen was elected to sit on the Board. Employees elected new staff representatives to sit on the Board. Mr Stig Michelsen and Mr Ole Lundsgaard were elected and Ms Hanne Stephensen was re-elected.

At year-end, the Group employed 4,352 staff against 4,325 in 2002. The average number of employees throughout the year on a full-time basis was 4,272 against 4,208 in 2002. Denmark had 1,250 employees against 1,272 in 2002.

The Board of Directors would like to take the opportunity to thank all staff for their tremendous effort and commitment throughout 2003, which is vital to the Group's success.

**Corporate governance**
At the end of 2001, the Nørby Committee submitted a number of recommendations for good corporate governance in Denmark. The Directors currently discuss corporate governance, and how

to ensure good corporate management vis-à-vis the shareholders. The Directors are of the opinion that corporate governance in the William Demant Group matches the basic principles expressed in the Committee's recommendations. Our website, www.demant.com, provides a more detailed review of the Group's approach to and handling of the principles reflected in the Nørby committee's report.

We have chosen to publish quarterly reviews rather than quarterly financial statements. A quarterly review describes the market situation and provides a general description of the Group's activities in the past quarter compared with previously announced expectations in respect of revenues and performance. In our opinion, quarterly financial statements would not promote a better understanding of the Group's activities and might in fact give some very short-term targets for the development of the Group, which may result in a misleading picture of such development, because the Group's activities in any given quarter will vary considerably from one year to the next.

Incentive programmes
At two or three years' interval, the Group offers its employees the opportunity to acquire shares at a favourable price depending on salary and seniority conditions. The purchased shares are held in trust for five years. Since 1990, we have carried through six employee share programmes – most recently in 2002. Today, almost half the Group's employees are shareholders.

Apart from ordinary sales-related bonus schemes, we have no other incentive programmes such as share option programmes or similar initiatives.

**The Oticon Foundation**
The William Demant Holding Group has carried through no major acquisitions since the autumn of 2001, and in pursuit of the Group's dividend policy, consolidated free cash flows are applied for buyback of shares.

To achieve correct pricing of the William Demant share at the Copenhagen Stock Exchange, it is important that the liquidity of the share is good and that it has a large free flow. In order to ensure this, our main shareholder, William Demant og Hustru Ida Emilies Fond (the Oticon Foundation), has informed us that it seeks to retain an ownership interest of 60-65%.

The Oticon Foundation seeks to keep its relative interest under 65% by currently selling shares in the market, which takes place independently of the Company's buyback of shares. The Foundation's alternative to the sale of shares is an increased ownership interest, and subsequently future de-listing of the Company.

DEM012139

The Foundation and the Company consider the continued listing of the Company at the Stock Exchange absolutely vital to the positive development of the Company. Listing is important for others to take part in the ownership, including the Company's employees, while also maintaining the focus on improvement of shareholder value in the day-to-day operations of the business. Furthermore, listed shares can be used as a means of payment in connection with major acquisitions.

On this background, the Oticon Foundation is convinced that it can generate the best return in relation to risk by placing free funds in low-risk assets and by investing more actively in businesses whose business model and structure resemble that of the William Demant Holding Group, but which are of course outside the Company's strategic sphere of interest.

In the Directors' and the Management's opinion, collaboration between a business owned by the Foundation and the William Demant Holding Group may provide synergies in back-office functions and the development of technologies as well as creating more career and work opportunities for Group employees.

William Demant Holding A/S and the Oticon Foundation have therefore made an agreement that the Company seeks to identify active investment opportunities, and following any such investment the Company will be in charge of the control and development of the particular investments. In each case, a management agreement will be made between the Oticon Foundation and the Company on commercial terms.

The Oticon Foundation and the Company are of the clear opinion that this strategy ensures the continuation of positive development of the William Demant Holding Group for the benefit of all stakeholders, including shareholders and staff.

### Knowledge resources

The William Demant Holding Group's mission states that the Group will endeavour to expand growth in revenues and profits, and that it will seek innovation through a flexible, knowledge-based organisational structure.

The prerequisite for the Group's continued competitiveness is extensive know-how of audiology and a wide spectrum of competencies including the design of integrated circuits for sophisticated analogue and digital processing of sound signals, the development of software for optimum fitting of hearing aids, the design of micro-amplifiers and related acoustic systems as well as the development and production of micro-mechanic components. The Group's R&D activities are also described on page 14 under the heading R&D costs.

The Group's products are made in collaboration with a wide range of specialists each with thorough knowledge of their own fields and in-depth understanding of other professional areas as well as the appreciation of the corporate approach as such. In order to utilise competencies and knowledge across the organisation, substantial resources are spent on communication and sharing of knowledge including a shared IT platform, a high degree of openness, secondment of employees to other Group undertakings and a flat organisational structure.

### Centenary

In 1904, William Demant's father began selling hearing aids, and on 8 June 2004, the Group will celebrate its centenary. The centenary celebrations will include activities involving customers and business partners as well as staff. The one-off expense for centenary celebrations and staff gifts is estimated at some DKK 30 million. This cost will be expensed under ordinary operations and is thus included in our 2004 forecasts.

### Prospects for the future

2004 started with the introduction of two new product families in Oticon, GO and Atlas Plus. A third major product introduction from Oticon is planned for 2004 also. All other business areas will currently update existing products and introduce new ones during 2004.

Compared with the realised foreign-exchange rates for 2003, the level is 3% lower in January 2004. Provided that this level will exist throughout 2004, consolidated revenues for 2004 are expected to grow to about DKK 4.0 billion, or an organic growth rate of 7-10%. As in prior years, the Group's core business, wholesale of hearing aids, is expected to outgrow the other Group activities.

In line with the continued fall in trading currencies, forward-exchange contracts will be made at lower rates. This will have a significant impact on operating profits, and the Company expects that the lower foreign-exchange rates will have an annual negative effect in 2004 and onwards of about DKK 120 million compared with 2002.

The underlying growth of the business has more than compensated for this adverse development, and in 2004 after centenary celebration costs of about DKK 30 million, the Company expects to continue its growth trends. Operating profits (EBIT) are thus estimated at about DKK 875 million. The largest profit will be generated in the second half-year of 2004, when the largest effect of product introductions will be reflected in performance figures.

17

DEM012140

William Demant Holding A/S

38

| PARENT COMPANY | | ■ Note 17 - Employees (DKK - in thousands) | GROUP | |
|---|---|---|---|---|
| 2002 | 2003 | | 2003 | 2002 |
| | | Employee costs: | | |
| 10,625 | 11,608 | Wages and salaries | 1,132,159 | 1,080,870 |
| 280 | 330 | Pensions | 21,419 | 19,651 |
| 45 | 29 | Social security costs etc. | 99,294 | 87,360 |
| 10,950 | 11,967 | Total | 1,252,872 | 1,187,881 |
| | | | | |
| | | Of which remuneration of Management and Board of Directors: | | |
| 5,252 | 5,701 | Management | 5,701 | 5,252 |
| 1,140 | 1,470 | Board of Directors | 1,750 | 1,635 |
| | | | | |
| 7 | 7 | Average number of full-time employees* | 4,272 | 4,269 |

* The number of employees in pro rata-consolidated undertakings is included with the interest held by the Group in the particular undertakings. For these undertakings, the average number of employees is 554 (579 in 2002), of which the William Demant Holding Group's share is 272 (274 in 2002).

| PARENT COMPANY | | ■ Note 18 - Fees to auditors (DKK - in thousands) | GROUP | |
|---|---|---|---|---|
| 2002 | 2003 | | 2003 | 2002 |
| | | Deloitte | | |
| 575 | 425 | Audit fees | 1,854 | 1,966 |
| 43 | 317 | Other fees | 750 | 458 |
| | | | | |
| | | KPMG | | |
| 375 | 425 | Audit fees | 4,275 | 4,773 |
| 275 | 643 | Other fees | 3,338 | 3,834 |

■ Note 19 - Related parties

Related parties are the principal shareholder, William Demants og hustru Ida Emilies Fond (the Oticon Foundation), Strandvejen 58, DK-2900 Hellerup, Denmark and the Management and Board of Directors.

The Oticon Foundation lets office and production premises on a commercial basis to Oticon A/S and Sennheiser Communication A/S amounting to DKK 11 million. The Oticon Foundation pays an administrative fee amounting to DKK 0.6 million to Oticon A/S for handling of its administration.

William Demant Holding A/S and the Oticon Foundation have furthermore made an agreement that the Company seeks to identify active investment opportunities, and following any such investment the Company will be in charge of the control and development of the particular investments. In each case, a management agreement will be made on commercial terms. For further information, please see the Management Report under the heading The Oticon Foundation on page 16.

■ Note 20 - Government grants

Neither in 2002 nor in 2003 has the William Demant Holding Group received any significant Government grants.

DEM012163