

B284    DEM012166

**Personal Communication**
This business area includes Phonic Ear, which provides communication systems and Assistive Listening Devices for the hearing impaired, and Sennheiser Communications offering headsets for professional and private users.

Phonic Ear develops, manufactures and distributes wireless communication equipment within four main areas: Assistive Listening Devices (ALD), Assistive Listening Systems (ALS), FM systems and major sound equipment. ALD like for instance alarm systems, teleloop amplifiers and amplifier phones are typically used by hearing impaired in their private homes. ALS comprise equipment including teleloop and audio systems for residential nursing homes, churches, cinemas, theatres etc. Wireless FM systems are mainly used for teaching purposes, and Soundfield, Phonic Ear's sound equipment, is mainly used in classrooms.

Sennheiser Communications, a joint venture created by German Sennheiser electronic and the William Demant Holding Group, develops, manufactures and markets hand-free communication solutions, mainly headsets, and sells these products through a global network of distributors, OEM manufacturers, retailers and telecommunications businesses.

**Shared functions**
*Operations*
The Group's shared functions co-ordinate and handle a substantial part of its operational and distribution activities, such as purchasing, logistics, production facilities, IT infrastructure, quality management systems, service and technical support as well as finance and administration.

*Distribution*
Group products are mainly distributed through own subsidiary undertakings and external distributors. In some markets, products are distributed to the end-user direct.



William Demant Holding A/S

## BOARD OF DIRECTORS AND MANAGEMENT

**Parent company**
William Demant Holding A/S
Strandvejen 58
DK-2900 Hellerup
Denmark
CVR 71186911
Phone +45 3917 7100
Telefax +45 3927 8900
william@demant.dk
www.demant.com

**Board of Directors**
Niels Boserup, Chairman
*President and CEO of Københavns Lufthavne A/S.*
*Chairman of the board of directors of TV2/DANMARK A/S.*

Lars Nørby Johansen, Deputy Chairman
*CEO of Group 4 Securicor plc.*
*Deputy chairman of the board of directors of DONG A/S.*

Nils Smedegaard Andersen
*President and CEO of Carlsberg A/S.*

Ole Lundsgaard
*Staff representative.*

Stig Michelsen
*Staff representative.*

Michael Pram Rasmussen
*President and CEO of Topdanmark A/S.*
*Chairman of the board of directors of A.P. Møller - Mærsk A/S.*

Hanne Stephensen
*Staff representative.*

**Management**
Niels Jacobsen, President and CEO
*Member of the boards of directors of Novo Nordisk A/S,*
*Nielsen & Nielsen Holding A/S and Højgaard Holding A/S.*
*Niels Jacobsen is also a member of the boards of a*
*number of wholly and jointly owned William Demant Group under-*
*takings, including HIMPP A/S, William Demant Invest A/S,*
*Sennheiser Communications A/S, HIMSA A/S and HIMSA II A/S.*

**Auditors**
Deloitte
Statsautoriseret Revisionsaktieselskab

KPMG C.Jespersen
Statsautoriseret Revisionsinteressentskab

**Annual general meeting**
The annual general meeting will be
held on Tuesday, 5 April 2005 at 4 p.m.
in Pyramidesalen, Industriens Hus,
H.C. Andersens Boulevard 18,
DK-1787 Copenhagen V.

### Oticon introduces new category of hearing aids

With Oticon Syncro, Oticon introduced a new category of hearing aids that – inspired by the human brain – uses artificial intelligence to analyse the listening environment and provides optimal amplification in all listening situations.

Like the brain, Syncro detects voices and noise and within milliseconds adapts its sound processing accordingly. Decisions in Syncro are not based on predictions and assumptions of the various sound environments. Syncro bases its decisions on meticulous real-time comparisons of the various processing options that are evaluated inside the Syncro chip. In each listening environment, Syncro applies the optimum combination of thousands of settings to deliver the best voice-over-noise ratio.

Thus, Oticon Syncro sets new standards for what people with hearing loss can expect from the best hearing aids.





### Oticon Syncro wins DI's product prize

"The product is an excellent example of the important role of the industry in the global development of better quality of life for people with hearing impairment," said Johan Schrøder, chairman of the Confederation of Danish Industries (DI), in his mention of Syncro when awarding the prize.

This is the tenth time DI's product prize is awarded to a unique Danish product.





### Affinity – much more than an audiometer

In 2004, Interacoustics introduced Affinity, which is a new computerised audiometer and fitting system for hearing aid dispensers. With its elegant design, new digital technology and user-friendly software, Affinity has made Interacoustics a key player on the market for hearing aid fitting systems.

Hospital audiology wards and private hearing clinics use Affinity to test people's hearing ability and fit hearing aids for children and adults with impaired hearing. To achieve maximum benefit and comfort from a modern digital hearing aid, each aid must be fitted as precisely as possible to the hearing loss it is designed to remedy. Affinity enables dispensers to measure the acoustics of the individual ear. The system then ensures that the hearing aid is not only fitted to the hearing loss but also compensates for the special acoustic conditions of the ear. This improves – sometimes decisively so – comfort as well as speech understanding.

### A banner year for Bernafon

2004 was a banner year for Bernafon. The Company succeeded in boosting its commercial unit sales in 2004 thus contributing to growth in the William Demant Holding Group, despite the discontinuation of supplies to the Australian Government in 2003. Bernafon's growth was stimulated by the optimisation of its distribution channels and the introduction of new products, in particular, Symbio XT, which is the first hearing aid to process sound independently of channels or bandwidth, was introduced in January 2004. At the German EUHA fair in October, Bernafon launched another whole new hearing aid family, Neo. Neo is the first aid to offer product features and user benefits formerly reserved for high-end products to all hearing aid users. Today, with its portfolio of innovative, fully digital hearing aids covering the entire price range, Bernafon meets all user needs.





Indexed development in Bernafon's commercial unit sales

Unit sales in 2000 = 100

MANAGEMENT REPORT

**Record year in the William Demant Holding Group**
In 2004 – its centenary year – the William Demant Holding Group achieved its best result ever. Corporate growth improved throughout the year – particularly driven by the introduction of Oticon Syncro. The Group thus enters 2005 with continued optimism.

The year's highlights can be summarised as follows:

- Corporate growth in local currency rose by 14.3% and organic growth by 14.1%.
- Revenues amounted to DKK 4.3 billion, or an increase in DKK of 11.2%.
- Operating profits (EBIT) totalled DKK 1,004 million, resulting in a profit margin of 23.3%. For the second half of 2004, the profit margin was 24.7%.
- Net profits rose by 15.9% to DKK 716 million, and earnings per share (EPS) improved by 21.6% to DKK 10.7.

Growth significantly exceeded forecasts at the start of the year and matched the expectations most recently announced on the publication of the quarterly review for the third quarter.

Activities and events celebrating Oticon's centenary were successfully launched. At the start of the year, we estimated centenary costs at DKK 30 million, but as the centenary celebrations and the introduction of Oticon Syncro coincided, we derived the maximum commercial benefit out of the two events, and centenary costs are therefore not identifiable as particular cost items.

Fluctuations in the exchange rates of the Group's most important trading currencies, particularly the USD, continue to have a negative impact on consolidated revenues and profits.



Net revenue and profit margin

Revenues were affected negatively by 2.7%, which is slightly more than anticipated at the end of the first half-year. The Group's forward exchange contracts delay the impact on EBIT. Falling exchange rates mean that the Group will hedge the net flow of trading currencies at lower rates. In 2004, lower exchange rates had a major impact on operating profits, and compared with realised rates in 2003 we estimate an overall negative effect of DKK 70-80 million, which is in tune with our expectations at the start of the year.

Corporate growth also led to an increase in R&D staff, primarily based in or around the corporate head office in Copenhagen. However, the existing head office is no longer large enough to house the growing number of employees, so at the end of 2004 the Group acquired a new property at Smørum. The newly acquired property will be renovated during the first half-year 2005 to accommodate corporate needs and is expected to be ready for use in summer 2005.

**Business conditions**
*Hearing Aids*
In 2004, the global market for hearing aids as a whole developed in line with our long-term market growth expectations of 3-5%. As in previous years, there have been fluctuations over the year, and the pattern of demand has varied considerably on the various markets.

Any general discussion about short-term trends, past or future, is plagued with great uncertainty, due particularly to large regional differences in market trends and the vulnerability of individual markets to major single events. Following a period in which market growth in the sale of hearing aids concentrated on the mid-priced segment, the past twelve months have seen sales spreading across the various price segments. Low-end hearing aids have improved and now offer comparatively generic and comparable user benefits. This low-end market has increasingly focused on price as a competitive parameter. However, the introduction of Oticon Syncro has sparked greater differentiation in the high-end market, enabling us to maintain or increase our prices for high-end types of hearing aids. Syncro was introduced in April 2004, and demand trends have been very encouraging to date.

However, we must expect intensified competition in the high-end segment in the first half of 2005, as those of our competitors who do not currently have products in this segment are bound to introduce new products. We believe that better high-end products can help to maintain positive growth trends in the high-end market overall.

In addition to Syncro, other newly introduced products also contributed favourably to the development within Hearing Aids. In the first month of 2004, Oticon introduced Atlas Plus and GO. During the same period, Bernafon launched Symbio XT, and at the EUHA fair in October in Frankfurt an entirely new product family, Neo.

Overall, the Group's hearing aid businesses increased the sale of hearing aids manufactured by Group undertakings by 13.3%, which should be viewed against a market unit growth of about 5%. The Group's two hearing aid businesses will introduce new products in 2005, as well. The importance of constantly being able to offer new products with different user benefits and fresh concepts is underscored by the fact that over half the hearing aids manufactured by Group undertakings sold in 2004 were introduced in the past two years.

The Group's largest business area is Oticon, which over the years has contributed significantly to corporate growth, and 2004 was no exception. However, corporate development was also stimulated by Bernafon, which in 2004 reversed the decline in revenues caused by the loss of the Australian Government contract in 2003. In 2004, Bernafon's sales to commercial markets improved dramatically.

In addition to competition on user benefits and product concepts, the Group's hearing aid businesses must be very flexible in the distribution link. This means that manufacturers are occasionally required to offer customers an "exit" in the form of an acquisition or other initiative in connection with succession, etc. It may also be necessary to contribute financially when key customers wish to expand their business. In 2004, the Group acquired a few minor businesses in the distribution link and made some financial resources available to new and existing customers.

In the Annual Report 2003, we mentioned that in recent years the hearing aid industry has worked on a new technology for manufacturing individual shells for in-the-ear hearing aids. The technology is based on 3D scanning of the ear impression, which is modelled on a computer. The computer model is then used for automatic production by means of a 3D printer. In 2004, Oticon and Bernafon implemented this new shell technology in five of the Group's largest production facilities, and another two large production facilities will follow in early 2005. In the short term, the new technology will not generate any savings, but in the long term manufacturers, when developing new types of in-the-ear hearing aids, will be able to cut production time significantly. Furthermore, the new production technology will make individualisation more precise than conventional technology, and may thus reduce the number of hearing aids requiring adjustment due to faulty design.

The Group's retail activities developed more positively than the underlying market.

Diagnostic Instruments
Diagnostic Instruments saw good growth in 2004, and we estimate that this business area has increased its market share during the year. The underlying market showed slight growth in 2004, a trend that is expected to continue in 2005.

Growth in this business area was distributed on a variety of products. In the second quarter, Interacoustics launched Affinity, a computerised audiometer and fitting system. The product will support future growth, and the AUD (Audiometer), REM (Real Ear Measurement) and HIT (Hearing Instrument Test) modules have now been introduced in most markets.

The business area continued to enhance production and logistics efficiency.

Personal Communication
This business area includes Phonic Ear and Sennheiser Communications.

Following major restructuring in 2003, Phonic Ear has reversed the trend in 2004. Today, Phonic Ear covers four product areas: FM systems, sound equipment (Soundfield), ALD (Assistive Listening Devices) and ALS (Assistive Listening Systems). FM systems include the Lexis system – introduced in 2003 – which is increasingly sold in combination with hearing aids. The system contributed to growth particularly in the first half-year, whereas for the year as a whole sales were flat. Assistive Listening Devices (ALD) and sound equipment (Soundfield) saw steady growth throughout the year. Soundfield, used as a loudspeaker system in classrooms, has proved to have a positive effect on children's learning ability.

Sennheiser Communications, the Group's joint venture within headsets, matched expectations, and sales of headsets for telecommunications and computers are on the rise. In 2004, Sennheiser Communications expanded its product portfolio in most product areas.