ful for the mutual benefit of Phonic Ear and Oticon/Bernafon.

Logia which has its main market in Denmark selling assistive listening equipment, loudspeakers and teleloop systems for use in places of worship, assembly halls and public buildings produced the best ever result in 1998. Revenue rose by 10% and exports to the near markets also developed favourably.

**Contribution Margin and Gross Profit**

The shift in product mix with increased sale of digital hearing instruments, i.e. more expensive instruments with a higher profit margin, increased the Group's gross profit ratio from 54.1% to 55.4%. A fall in the sale of low-margin products in Australia in connection with the privatisation of the Australian Hearing Services and by a decline in the sale of discount hearing instruments to the British Hearing Services also contributed to this improvement. Overall gross profit rose from DKK 765 million to DKK 893 million in 1998, or an increase of 17%.

**R&D Costs**

R&D costs rose by 24% to DKK 146 million and now account for 9.1% of Group revenue against 8.3% in 1997. In 1998 the Group deliberately staked much on upscaling the R&D effort, and 1999 will see a record programme of new product introductions in all four business areas. R&D costs will be increased in the years to come, albeit at a somewhat lower rate of growth.

**Distribution Costs**

Throughout 1998 there was increased focus on overall efficiency in sales and distribution. The total cost of establishing the programming platform and software for digital instruments and the education of audiologists and hearing aid dispensers in the use of such software was substantial in 1996 and 1997. In 1998 the programming platform was exploited more effectively. Moreover the effort in mass communication to end-users was toned down as it turned out that profitability was limited to a few areas only. The increase of distribution costs in absolute terms was first and foremost the result of Phonic Ear being included in the consolidated accounts for all of 1998. Moreover distribution rose in connection with the acquisition of 10 retail outlets of hearing instruments in Australia on 1 July 1998.

Compared with Group revenue overall distribution costs fell from 24% to 23% which contributed to an increase in profit margin for the Group as a whole.

**Administrative Expenses**

Total administrative expenses rose from DKK 116 million to DKK 124 million, i.e. they rose at a lower rate than revenue. Administrative expenses rose due to an extra effort to replace the administrative systems in several Group undertakings that would otherwise face problems with the existing systems in connection with the Millennium. Therefore the group chose to speed up the modernisation and updating of said systems in 1998 rather than spend fewer but not future-oriented resources on a short-term solution.

Throughout 1997 and 1998 all Group undertakings reviewed not only their administrative systems but their other systems and equipment as well. Based on this review an action plan was drawn up for the solution of any Millennium-related problems. With this analysis and action plan the Group will in our opinion not experience any major problems with operations in connection with the Millennium. The Millennium is not expected to create problems for our existing customers and users either. We expect furthermore the Group to be able to maintain our present insurance program without any Millennium exclusions.

Costs to counteract any such problems compared with Group activities as a whole are insignificant.

**Profit for the Year and Equity**

The Group's profit on primary operations is DKK 248 million which is a 27% increase on 1997. The result constitutes 15.4% of the year's reve-



EXHIBIT 37

To the Copenhagen Stock Exchange

**William Demant**
**Holding**

**Announcement No. 2000-09**
**Totally 1 p.**

William Demant Holding A/S
58, Strandvejen
DK - 2900 Hellerup
Denmark

*Contact Person:*
*Kenneth Aaby Sachse, CFO*

Tel.: +45 39 17 71 00
Fax.: +45 39 27 89 00

CVR-nr. 71186911
william@demant.dk

*Hellerup, 5 July 2000*
*KES/msk*

**Employee shares**

The Board of Directors of William Demant Holding A/S has decided to offer all employees (approx. 3,300) the opportunity during the autumn of 2000 to buy shares at a favourable rate. The individual employee may choose to buy shares according to either their seniority or current pay. The shares are sold at DKK 50 or 100 per share of DKK 1 depending on the model chosen.

The program consists of 375,000 shares of DKK 1 each which corresponds to 0.5% of the outstanding shares. The net proceeds are expected to be approx. DKK 30m if all shares are sold. The shares will be taken from the company's holdings of own shares

For further information please contact CFO Kenneth Aaby Sachse at +45 39 17 71 00.


*Yours sincerely,*
William Demant Holding A/S



Niels Jacobsen
President & CEO



**EXHIBIT**
*38*

DEM012483

To the Copenhagen Stock Exchange

**Announcement no. 2002-07**
**1 page in total**

*Contact person:*
*Niels Jacobsen, President & CEO*

*Hellerup, 17 June 2002*
*KDN/boh*

William Demant
Holding

William Demant Holding A/S
Strandvejen 58
DK-2900 Hellerup
Denmark

Phone: +45 39 17 71 00
Fax: +45 39 27 89 00

CVR-no. 71186911
william@demant.dk

**William Demant Holding A/S – Employee shares**

The Board of Directors of William Demant Holding A/S has once again decided to offer the approx. 4,000 Group employees the opportunity to buy shares at a favourable price during the autumn of 2002. It is the sixth time that an employee share programme is being offered.

The opportunity to buy shares at a favourable price is open to Group employees who have been employed since 1 December 2001 and who are not under notice at the time of allotment. The buying period starts at 1 October 2002 and ends at 7 November 2002, upon which the purchased shares will be held in trust until 1 January 2008.

The employee may choose to buy shares according to either seniority or current pay/salary. The shares are sold at DKK 50 or 100 per share of DKK 1 depending on the chosen model.

A maximum of 375,000 shares of DKK 1 each will be offered under this programme, corresponding to 0.5% of the outstanding shares. The net proceeds will amount to approx. DKK 30m if all shares are sold. The shares will be taken from the Company's holding of own shares.

*Sincerely yours*
William Demant Holding A/S

Niels Jacobsen
President & CEO

EXHIBIT
39

DEM012598



William Demant / Holding

# Stock Exchange Announcement No 2004-34    7 December 2004
## Acquisition of new head office

The William Demant Holding Group has today acquired a property situated at Kongebakken 9, DK-2760 Måløv, northwest of Copenhagen for the purpose of vacating our existing domicile in Hellerup in the summer of 2005.

In the past decade, during which the William Demant Holding Group has been listed on the Copenhagen Stock Exchange, consolidated revenues have quintupled and the number of staff at headquarters in Hellerup has trebled. We have thus outgrown our existing offices at Strandvejen, and moving to bigger and better premises is quite simply necessary for us to house our ambitions for growth in the years to come.

The purchase sum was DKK 170 million, and over the next six months the property will be fitted out to suit the space requirements and physical framework of our development organisation to facilitate the design of the future generations of hearing aids.

The purchase that has been funded through loans will not affect our forecasts and expectations for 2004.

◆ ◆ ◆ ◆ ◆ ◆ ◆

Further information (after 1 p.m.):
Niels Jacobsen, President & CEO
Phone +45 39 17 71 00
www.demant.com

William Demant Holding A/S
Strandvejen 58
DK-2900 Hellerup
Denmark

Phone +45 3917 7100    willia m@demant.dk    CVR 71186911
Fax    +45 3927 8900    www.demant.com

Page 1 of 1





Phonic Ear, which manufactures wireless communication systems and assistive listening devices for hearing impaired, has seen a minor decline in sales – mainly due to declining sales on the key markets in Europe.

Sennheiser Communications, a joint venture with German Sennheiser electronic GmbH & Co. KG, has seen handsome growth within all product categories. At the German IT fair, CeBIT, Sennheiser Communications introduced a new compact wireless Bluetooth-based headset, BW 900, which is expected to be released for sale in late 2005.

### Other matters

The ongoing completion, rebuilding and furnishing of the Group's new domicile and development centre at Smørum west of Copenhagen is progressing according to plan. The new headquarters are expected to be ready for occupation during the second half of 2005. Immediately after this, the Company will move out of the rented premises at Hellerup.

Since 1 January 2005, the Company has acquired a total of 663,600 own shares at a total value of DKK 185 million.

At the Company's general meeting on 5 April 2005, it was decided to write down the share capital to DKK 65,568,804 by cancelling the holding of own shares as of the date of the general meeting. Officially, the share captial will be written down at the beginning of July after the expiration of the obligatory three-month statutory notice.

After the Company's general meeting, the Company has acquired an additional portfolio of own shares. Today, this portfolio amounts to 126,500 shares, corresponding to 0.19% of the share capital. The shares were bought at an average price of DKK 292 per share.

### Expectations

After the first quarter, the Group's expectations for 2005 remain unchanged.

Overall, the Company expects revenues in 2005 to continue to be around DKK 4.5-4.6 billion, corresponding to organic growth of 6-9%. Similarly, the Group expects an operating profit (EBIT) between DKK 1,050 million and DKK 1,100 million, corresponding to a profit margin between 23.5% and 24.5%. Earnings per share (EPS) are expected to rise by 10% in 2005.

As expressed in the annual report published at the beginning of March, the Group's expectations for increasing competition in the high-end segment have been confirmed after the first quarter of 2005. With the introduction of Oticon Syncro2 and taking the new functionalities of this product family into account, Management estimates, however, that the Group is more than ready to face the sharpened competition in this segment.



DEM012753

William Demant   Holding

In the first quarter, the Group has generated a cash flow from operating activities above the cash flow generated during the same period last year – a period characterised by inventory built-up due to the Oticon Syncro launch. For 2005 on the whole, the Group expects the free cash flow (excluding investments relating to the purchase of the new domicile) to be around or over the level of 2004.

The Company expects to publish its interim report for the first half-year on 17 August 2005.

◆ ◆ ◆ ◆ ◆ ◆ ◆

Further information:
Niels Jacobsen, President & CEO
Phone +45 39 17 71 00
www.demant.com

DEM012754

against just under 30% at the same time last year, which means that in terms of value the year-to-date market is thought to be unchanged.

Trends in the European markets show a relatively higher rate of growth in East Europe than in West Europe. In Germany in the first nine months of 2002, the market for hearing aids was slack.

The long-term growth factors of the hearing aid market are thought to be intact. With a growing population of elderly people, better technology and rising GNP per capita, the Group forecasts a long-term volume growth of 2-3% per annum.

In the first nine months of 2002 Group wholesale of hearing aids developed very positively and as planned. In 2002 Adapto and Atlas from Oticon and Bernafon's Symbio accounted for the major part of sales progress.

In mid-third quarter Oticon introduced a new digital hearing aid family – Atlas – designed for the standard segment. At the end of the third quarter Atlas had been introduced on all major markets and will contribute positively to sales in the fourth quarter.

At the German hearing aid fair in October Oticon launched Sumo - a new Super Power product. The first in a series of new hearing instruments will be ready for sale from 1 December. In 2003 Oticon will expand the Sumo Super Power family.

In the current dull market the Group's hearing clinics with sales direct to end-users have had difficulty in expanding and maintaining revenues. As planned the joint-venture company Avada has increased the number of hearing clinics from about 170 clinics on establishment in November 2000 to approx. 210 today.

An increasing number of independent hearing care professionals are becoming associates of the wholesale distributor American Hearing Aid Association (AHAA). The development in AHAA has thus been satisfactory.

Overall the Group's hearing aid activities show healthy growth – particularly wholesale which is the core business. The market share increased more than expected which as regards wholesale compensated for the weak market development in the third quarter.

*Personal Communication*

In the first half of 2002 Personal Communication felt the effects of the general economic recession, which in particular adversely affected Phonic Ear's sales to schools in North America. In the third quarter sales were unchanged compared with the same period in 2001.

With effect from 1 January 2003 corporate headsets activities, including Danacom A/S, will merge with German Sennheiser electronic GmbH & Co. KG's newly established telecom unit. The joint venture will operate under the name of Sennheiser Communications A/S. For further information, please refer to our recent stock exchange announcement 2002-10 of 25 October 2002 proclaiming that Sennheiser Communications will introduce new products at the CeBit fair in Hanover in March 2003.

Page 2 of 3



DEM012628

*Diagnostic Instruments*

Diagnostic Instruments continued the upward trend. Increased market shares and the addition of new product lines, either developed by the Group itself or for which the Group have obtained licenses, have contributed to a strengthening of this business area.

Organic growth was substantial, among other things due to a single large order.

**Other news**

Since 1 January 2002 the company has bought back about 1.5 million shares at a total value of DKK 291 million. The company's holding of own shares today constitutes nominally DKK 2,172,419, or 2.9% of the share capital.

Just now an employee share programme is being carried through. About 90% of employees in Denmark and 45% of the Group's 4,100 employees have decided to acquire shares at a favourable price under the share programme. The programme will amount to nominally DKK 280,000, which with today's share price corresponds to a gift element of nominally DKK 23 million. Shares for the employee share programme will be taken from the company's own holding of shares.

**Prospects for 2002**

With the current market trends and today's rates of exchange throughout the remaining part of 2002, the Group expects net revenues for 2002 to be in the region of DKK 4 billion.

In the third quarter the translation-related exposure to foreign exchange fluctuations had a negative impact on revenues of about 7%, primarily due to the USD and the USD-related currencies, but also the Brazilian Real and the Polish Zloty developed unfavourably from the Group's point of view.

The Group maintains its earnings target for 2002 with an operating profit (EBIT) of over DKK 800 million.

The Group's positive cash flow continued into the third quarter, and for all 2002 the free cash flow is expected to amount to more than DKK 400 million against DKK 133 million in the 2001 financial year.

The Group expects its financial statements announcement for 2002 to be published on 4 March 2003.

Hellerup, 5 November 2002

Niels Jacobsen
President & CEO

DEM012629

To the Copenhagen Stock Exchange

**Announcement No. 2000-13**
**2 pages in total**

*Contact person:*
*Niels Jacobsen, President & CEO*

*Hellerup, 22 November 2000*
*NJA/aor*

William Demant
Holding

William Demant Holding A/S
58, Strandvejen
DK - 2900 Hellerup
Denmark

Tel.: +45 39 17 71 00
Fax: +45 39 27 89 00

CVR No. 71186911
william@demant.dk

### William Demant Holding A/S strengthens distribution in North America and concludes OEM-agreement

William Demant Holding A/S has just concluded a joint venture and an OEM-agreement with a group of independent American hearing aid dispensers operating under the trade name *AVADA Audiology and Hearing Care centers.*

The *AVADA* Group consists of 16 prominent hearing aid dispensers with a total of 390 employees in 163 clinics in 12 states. In 1999, revenues amounted to USD 36 million.

The co-operation with the *AVADA* Group was established through a newly established joint venture company, and the parties have infused the 163 clinics and liquid capital in the amount of USD 10-13 million for acquiring additional clinics under the *AVADA* brand. By virtue of the recently concluded exclusive OEM-agreement, the clinics will in future mainly sell OEM-products from the William Demant companies under the *AVADA* brand.

William Demant Holding A/S will invest a total of USD 53.8 million to obtain an exclusive OEM-agreement and 47% ownership of the joint venture company. The investment will be financed by a total cash amount of USD 37 million, and as far as the remaining part of the investment is concerned through the issue of 335,600 new William Demant Holding A/S shares (equivalent to 0.5% of the share capital).

The issue of new shares will be carried out in accordance with a standing authorisation granted by the General Assembly to the Board of the Company, however without granting existing shareholders a preferential subscription right. The shares will be offered at a price of 439 corresponding to the average closing price of the past 10 days' official closing prices at the Copenhagen Stock Exchange. It has been agreed with the holders of the newly issued shares that half the new shares cannot be sold until a three-month lock-up period starting today has expired and that the second half of shares cannot be sold until an additional three-month lock-up period has expired.

The total investment of DKK 475 million will affect a number of items in the accounts of William Demant Holding A/S. The joint venture co-operation will be consolidated propor-



1

DEM012498

tionally with 47% in the accounts for which reason the Group's net revenues for 2001 are expected to be affected positively by USD 18-20 million. Moreover, the additional revenues are expected to be realised with a profit margin corresponding to the Group's present profit margin.

After write-down of goodwill by a total of DKK 418 million and after infusion of the proceeds originating from the share issue in the amount of DKK 148 million, the shareholders' equity will be influenced negatively by a net total of DKK 270 million.

The co-operation with the *AVADA* Group will strengthen the position of William Demant Holding A/S on the North American market, and the newly established joint venture is expected to be a good basis for future growth.

### Dividend policy

Since the company went public in May 1995 and up to now, the William Demant Group has paid out a total of DKK 450 million in dividends – i.e. partly in the form of direct dividends totalling DKK 146 million and partly in the form of buy-back of own shares totalling DKK 304 million. These payments correspond to 54% of this period's overall profit.

This year alone, the William Demant group has carried through acquisitions totalling DKK 0.9 billion. Such acquisitions have mainly been financed through the contraction of debt. For the duration of the on-going expansion phase, the Company's Board considers it suitable to preserve a big part of the Group's cash-flow within the Company, for which reason the Board has decided to recommend the up-coming General Assembly (April 2001) that no dividends for the financial year 2000 be paid out.

In the coming years, the Company does not intend to pay out any dividends either and will use buy-back of own shares as the only means of dividend distribution. Thus, the Company will to a larger extent be able to adjust its stand-by capital to the growth and expansion in the years to come.

### Expectations of this financial year and 2001

The expectations of this financial year remain unchanged compared to the interim report released in August.

As mentioned earlier, the present investment is expected to influence the 2001 revenues positively by USD 18-20 million. Information on the expected overall result for the financial year 2001 will be sent to the Copenhagen Stock Exchange in connection with the publication of the Company's annual report on 6 March 2001.

*Yours sincerely,*
William Demant Holding A/S

Niels Jacobsen
President & CEO

2

DEM012499

REDACTED B351 - B360



INTERIM REPORT 2003

1 January - 30 June

William Demant Holding A/S

EXHIBIT
46

William Demant Holding A/S

In summer 2002, Oticon launched the Atlas hearing aid family in the mid-range segment. The launch was extremely successful and contributed to growth in market shares in this segment.

In early 2003, Oticon started the sale of a new Super Power product family – Sumo – that includes a number of behind-the-ear hearings aids with very powerful amplification. The Sumo range has quickly gained a solid position in a very demanding market segment.

Towards the end of the first half-year, Gaia – a new digital high-end hearing aid – was released for sale positioned immediately under Adapto. Gaia will make a positive contribution to growth in the second half of 2003.

Bernafon also had a good half-year with major product introductions: Smile+ for the digital mid-range segment and Flair for the digital low-end segment.

In order to strengthen sales through Bernafon's American subsidiary undertaking, it was reorganised during the first half of 2003 and moved to New Jersey. Also effective as of 1 August 2003, Bernafon has established a new partly owned subsidiary undertaking on the Dutch market.

In both the US and Europe, the Group's retail activities improved results compared with the first half of 2002, albeit with relatively lower growth rates than in the core business.

### Diagnostic Instruments
In the first half of 2003, this area experienced a decline mainly because a product introduction was postponed to the autumn. Furthermore, this business area received a very large order in 2002, the magnitude of which is not expected this year. The market for audiometric equipment was marked by the uncertain economic situation, and customers were reluctant to invest in this type of equipment in the first half-year.

### Personal Communication
In the first half-year, Phonic Ear underwent a major reorganisation to optimise production profitability. In this connection the production facilities in California were closed down, and production was outsourced to external suppliers.

Lexis, which consists of a handheld, wireless, directional microphone and an FM receiver for mounting direct on the hearing aid, was introduced in the last part of the first half-year. The Lexis system is distributed through Phonic Ear, Bernafon, Oticon and Starkey.

Sennheiser Communications has just launched the sale of a number of new headset families (for the PC market). The joint venture with German Sennheiser progresses successfully, and in the autumn the company will launch new product families in the call centre and SoHo (Small office/Home office) segments.

The Group's previous headset activity under the Danacom brand is part of the joint venture and will thus be consolidated with only 50% in 2003 against 100% in the first half of 2002.

The consolidated revenue of this business area shows a fall of 4% measured in local currency with organic growth of 1% and a negative effect of 5% due to non-consolidation of 50% of Danacom's revenue.

### PROSPECTS FOR THE 2003 FINANCIAL YEAR
The Group expects market trends throughout 2003 to be modest in a hesitant market, particularly in the US, and a more positive market in Europe.

Revenues computed in local currencies for all 2003 are expected to match the growth expectations of 7-10% previously announced to the Copenhagen Stock Exchange. However, with the continued strengthening of the Danish krone vis-à-vis the major trading currencies, the consolidated revenue for 2003 is estimated at about DKK 3.9 billion against a previous estimate of DKK 3.9-4.1 billion, since the overall exchange effect for the 2003 financial year is expected to be negative by 8%.

The Group retains its earnings estimates with an operating profit of DKK 850-900 million and a free cash flow that will exceed last year's level of DKK 550 million.

Earnings per share are estimated to go up by more than 10%.

DEM012378

INTERIM REPORT 2004



1 January - 30 June 2004

William Demant / Holding

DEM012384

## HANDSOME GROWTH IN WILLIAM DEMANT HOLDING GROUP
– upgrading profit expectations for 2004

- Consolidated revenue of DKK 2,067 million rose by 11% compared with the first half of 2003 measured in local currency, outmatching our expectations.

- Continued high profit margin of 21.8% (22.2% in the first six months of 2003).

- Operating profit (EBIT) rose to DKK 451 million (DKK 423 million in the first half of 2003). Operating profit was negatively affected by exchange rates.

- Earnings per share improved by 10% to DKK 4.7 in the first half of 2004 (DKK 4.3 in the first half of 2003).

- Cash flows from operating activities amounted to DKK 371 million (DKK 446 million in the first six months of 2003).

The William Demant Holding Group experienced a good first half of 2004. Consolidated revenue totalled DKK 2,067 million against DKK 1,903 million in the same period last year, corresponding to a rise of 9%. Measured in local currency, growth was 11%. Growth in the second quarter was stronger than in the first quarter.

In the Group's core business – wholesale of hearing aids – the first half of 2004 saw a number of product introductions. The most important one – Oticon Syncro – was launched in May and June, and therefore did not have a chance to boost sales in the first half-year. Growth in core business outdid growth in the underlying market.

The rate of growth in the Personal Communication and Diagnostic Instruments business units exceeded growth rates in the Group as a whole.

Operating profit (EBIT) amounted to DKK 451 million in the first six months, matching a profit margin of 21.8%. Compared with the same period last year, the Group realised sales at lower exchange rate levels, due particularly to the fall in exchange rates of the JPY and USD vis-à-vis the DKK over the past few years, which triggered a fall in EBIT to the tune of DKK 40 million. In this light, the increase in EBIT in the first half of 2004 is therefore extremely positive.

Earnings per share (EPS) rose by 10% to DKK 4.7.

The accounting policies applied in the first half of 2004 are the same as in 2003.

Based on the positive trends in the first six months and our expectations of continued favourable trends in the underlying market, the Group expects to realise a revenue at a level of DKK 4.25-4.35 billion on condition that current exchange rates apply throughout the year.

The introduction of Oticon Syncro is expected to contribute notably to growth in the second-half year. Organic growth in consolidated revenues is therefore estimated at a level of 12-15% for the year as a whole against our previous forecast of 7-10%.

Despite the unfavourable impact from exchange rates, which for the financial year as a whole is estimated to affect operating profit negatively by about 10%, or DKK 80-85 mil-

DEM012385