**CERTIFICATE OF SERVICE**

I, Thomas H. Kovach, do hereby certify that on the 13th day of September 2007, I caused a true copy of the public version of the foregoing *APPENDIX TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT WILLIAM DEMANT HOLDING A/S'S RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [PUBLIC VERSION]* to be served upon the following parties via electronic mail:

Mary B. Graham (#2256)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC 20001-4413

*Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC*

Jack B. Blumenfeld (#1014)
Maryellen E. Noreika (#3208)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Kenneth B. Herman
William J. McCabe
Jeffrey D. Mullen
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704

*Attorneys for GN ReSound A/S and GN Hearing Care Corporation*

Thomas C. Grimm (#1098)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

James R. Sobieraj
David H. Bluestone
BRINKS HOFER GILSON & LIONE
NBC Tower
455 Cityfront Plaza Dr., Suite 3600
Chicago, IL 60611

*Attorneys for Phonak Inc., Phonak LLC, Unitron Hearing Inc., and Unitron Hearing Ltd.*

Barry M. Klayman (#3676)
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP Wilmington Trust Center
1100 North Market St., Suite 1001
Wilmington, DE 19801

Jeffrey D. Shewchuk
SHEWCHUK IP SERVICES, LLP
533 77th Street West
Eagan, MN 55121

*Attorneys for Resistance Technology Inc.*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE

Donald Degnan
Bryan Hanks
HOLLAND & HART
60 East South Temple, Suite 2000
Salt Lake City, UT 84111

*Attorneys for Sonic Innovations, Inc.*

Mary B. Matterer (#2696)
Amy Quinlan (#3021)
MORRIS, JAMES, HITCHENS & WILLIAMS
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

Richard Morgan
Steven Reitenour
BOWMAN AND BROOKE LLP
150 S. Fifth St., Suite 2600
Minneapolis, MN 55402

*Attorneys for Starkey Laboratories, Inc.*

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

William H. Mandir
David J. Cushing
Carl J. Pellegrini
Brian K. Shelton
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC 20037

*Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.*

_____
Thomas H. Kovach (# 3964)