# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347

302 658 9200
302 658 3989 FAX

MARY B. GRAHAM
302.351.9199
mgraham@mnat.com

September 14, 2007

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE  19801

> RE:    *Energy Transportation Group, Inc. v. Sonic Innovations, Inc., et al.*
> C.A. No. 05-422-GMS

Dear Chief Judge Sleet:

In connection with the discovery dispute teleconference scheduled for Tuesday, September 18, 2007 at 9:30 a.m., the parties submit the following agenda:

**Defendants' Issues:**

1. An additional day of deposition of an inventor, Harry Levitt.

2. Depositions of two third party witnesses with regard to the status of prior art (a VA report).

3. Privilege and work/product issues:

   a. whether plaintiff's reliance on certain communications with counsel results in a waiver of privilege;

   b. whether certain documents relating to work of a third party retained by ETG (EKMS) have been improperly withheld as work product.

**Plaintiff's Issues:**

DEMANT GROUP

1. Failure to provide 1498 supporting documents timely during discovery

2. Refusal of Demant to explain the key words and other criteria used to perform searches for electronic documents on work product grounds

The Honorable Gregory M. Sleet
September 14, 2007
Page 2

    3.       Failure to make Thomas Kaulberg available for deposition

    4.       Failure of some defendants, including Demant, to produce HIMPP documents that other defendants produced

STARKEY

    1.       Failure to provide discovery on products sold through Starkey's divisions and wholly owned subsidiaries

    2.       Failure to search its library and other places for responsive documents where the Agnew Article might have been located

    3.       Failure to supplement Common Interrogatories 9, 12 and Specific Interrogatory No. 4

    4.       Failure to identify specific document ranges responsive to Interrogatories

RTI

    1.       No substantive discovery agreement pending jurisdictional discovery decision by the Court

SONIC

    1.       Untimely production of 1350 pages of technical and financial documents on August 31, 2007, after the discovery cut-off.

    2.       Untimely production of picture of "Bread Board" (SII 226589) on August 31, 2007, after discovery cut-off.

    3.       Deposit of several of non-code technical documents pertaining to "schematics" of the IC2 Chip platform in the source code escrow facility.

    4.       Failure to respond to ETG's Second Set of Interrogatories and Second Request for Production, served on July 27, 2007

RESOUND GROUP

    1.       Instruction to K. Kopper not to answer question regarding knowledge at ReSound of Levitt Patents

    2.       Deposit of non-code technical documents with escrow facility and refusal to de-designate them

Respectfully,

*/s/ Mary B. Graham*

Mary B. Graham

MBG/dam
cc:    Clerk of the Court (via hand delivery)
       All Counsel of Record (via efiling and email)
1233662