# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

302 658 9200
302 658 3989 Fax

Mary B. Graham
302.351.9199
mgraham@mnat.com

September 17, 2007

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE  19801

      RE:    *Energy Transportation Group, Inc. v. Sonic Innovations, Inc., et al.*
               C.A. No. 05-422-GMS

Dear Chief Judge Sleet:

      As discussed with Chambers during our conversation regarding the logistics of tomorrow's discovery dispute teleconference, I enclose for the Court's convenience a list of counsel who are presently expected to participate in the teleconference.

      Respectfully,

      */s/ Mary B. Graham*

      Mary B. Graham (#2256)

MBG/dam
Enclosure
cc:    Clerk of the Court (via hand delivery w/enclosure)
        All Counsel of Record (via email w/enclosure)

1235115