**COUNSEL EXPECTED TO PARTICIPATE IN
<u>SEPTEMBER 18, 2007 DISCOVERY DISPUTE TELECONFERENCE</u>**

| **DELAWARE COUNSEL** | **OUTSIDE COUNSEL** |
|---|---|
| **PLAINTIFF** ||
| *Energy Transportation Group, Inc.* ||
| **Edmond D. Johnson**<br>**Thomas H. Kovach**<br>PEPPER HAMILTON | **Brian M. Buroker**<br>**Maya M. Eckstein**<br>**Rafael Ribeiro**<br>HUNTON & WILLIAMS LLP |
| **DEFENDANTS** ||
| *Demant Group: William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC* ||
| **Mary B. Graham**<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP | **John M. Romary**<br>**C. Gregory Gramenopoulos**<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER |
| *GN ReSound A/S and GN Hearing Care Corporation* ||
| **Maryellen Noreika**<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP | **Eric R. Hubbard**<br>**David Chun**<br>ROPES & GRAY LLP |
| *Phonak AG, Phonak, LLC, Unitron Hearing Ltd., and Unitron Hearing, Inc.* ||
| **Thomas C. Grimm**<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP | **David H. Bluestone**<br>**Charles M. McMahon**<br>BRINKS HOFER GILSON & LIONE |
| *Resistance Technology Inc.* ||
| **Barry M. Klayman**<br>WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP | **Jeffrey D. Shewchuk**<br>SHEWCHUK IP SERVICES, LLP |
| *Sonic Innovations, Inc.* ||
| **Richard L. Horwitz**<br>POTTER ANDERSON & CORROON | **Donald A. Degnan**<br>HOLLAND & HART |
| *Starkey Laboratories, Inc.* ||
| **Amy A. Quinlan**<br>MORRIS, JAMES, HITCHENS & WILLIAMS | **Richard Morgan**<br>**Steven Reitenour**<br>BOWMAN AND BROOKE LLP |
| *Widex A/S and Widex Hearing Aid Co. Inc.* ||
| **Donald E. Reid**<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP | **Carl J. Pellegrini**<br>SUGHRUE MION PLC |

1234305