## CERTIFICATE OF SERVICE

I do hereby certify that on the 20th day of September, 2007, I caused a true copy of the foregoing Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing Notice of Service was caused to be served via electronic mail and by United States mail upon the following counsel of record:

| | |
|---|---|
| Mary B. Graham (#2256)<br>MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Jack B. Blumenfeld (#1014)<br>Maryellen E. Noreika (#3208)<br>MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |
| John M. Romary<br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER<br>901 New York Ave., N.W.<br>Washington, DC 20001-4413 | Kenneth B. Herman<br>William J. McCabe<br>Jeffrey D. Mullen<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 |
| *Attorneys for William Demant Holding A/S,<br>WDH Inc., Oticon A/S, Oticon, Inc.,<br>Bernafon AG, and Bernafon LLC* | *Attorneys for GN ReSound A/S and<br>GN Hearing Care Corporation* |

#8892027 v1

Thomas C. Grimm (#1098)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

James R. Sobieraj
David H. Bluestone
BRINKS HOFER GILSON & LIONE
NBC Tower
455 Cityfront Plaza Dr., Suite 3600
Chicago, IL 60611

*Attorneys for Phonak Inc., Phonak LLC, Unitron Hearing Inc., and Unitron Hearing Ltd.*

Barry M. Klayman (#3676)
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP Wilmington Trust Center
1100 North Market St., Suite 1001
Wilmington, DE 19801

Jeffrey D. Shewchuk
SHEWCHUK IP SERVICES, LLP
533 77th Street West
Eagan, MN 55121

*Attorneys for Resistance Technology Inc.*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE

Donald Degnan
Bryan Hanks
HOLLAND & HART
60 East South Temple, Suite 2000
Salt Lake City, UT 84111

*Attorneys for Sonic Innovations, Inc.*

Mary B. Matterer (#2696)
Amy Quinlan (#3021)
MORRIS, JAMES, HITCHENS & WILLIAMS
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

Richard Morgan
Steven Reitenour
BOWMAN AND BROOKE LLP
150 S. Fifth St., Suite 3000
Minneapolis, MN 55402

*Attorneys for Starkey Laboratories, Inc.*

#8892027 v1

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

William H. Mandir
David J. Cushing
Carl J. Pellegrini
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC 20037

*Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.*

Thomas H. Kovach (# 3964)

#8892027 v1