EXHIBIT 1A

**Redacted**

# CONFIDENTIAL EXHIBIT

**EXHIBIT 1B**

# Redacted



US00RE34961E

## United States Patent [19]

### Widin et al.

| | |
|---|---|
| [11] E | **Patent Number:** | **Re. 34,961** |
| [45] **Reissued** | **Date of Patent:** | **Jun. 6, 1995** |

[54] **METHOD AND APPARATUS FOR DETERMINING ACOUSTIC PARAMETERS OF AN AUDITORY PROSTHESIS USING SOFTWARE MODEL**

[75] Inventors: **Gregory P. Widin**, Lakeland Township, Washington County, Minn.; **Mats B. Dotevall**, Gothenburg, Sweden

[73] Assignee: **The Minnesota Mining and Manufacturing Company**, St. Paul, Minn.

[21] Appl. No.: **888,148**

[22] Filed: **May 26, 1992**

### Related U.S. Patent Documents

Reissue of:
[64] Patent No.: **4,953,112**
    Issued: **Aug. 28, 1990**
    Appl. No.: **192,214**
    Filed: **May 10, 1988**

[51] Int. Cl.⁶ ........................................... H04R 25/02
[52] U.S. Cl. ...................................... **364/578**; 73/585; 128/746; 381/68.2
[58] Field of Search ................. 364/578, 149, 150, 151; 381/68.2, 68.4, 158; 73/585; 128/746

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,989,904 | 11/1976 | Rohrer et al. | 179/107 |
| 4,289,143 | 9/1981 | Canavesio et al. | 73/585 |
| 4,425,481 | 10/1984 | Mangold et al. | 381/68.2 |
| 4,489,610 | 12/1984 | Slavin | 73/585 |
| 4,548,082 | 10/1985 | Engebretsen et al. | 73/585 |
| 4,577,641 | 3/1986 | Hochmair et al. | 381/68.2 |
| 4,586,194 | 4/1986 | Kohashi et al. | 73/585 |
| 4,622,440 | 11/1986 | Slavin | 381/68 |
| 4,637,402 | 1/1987 | Adelman | 381/68.2 |
| 4,675,835 | 6/1987 | Pfleider | 364/571.02 |
| 4,694,401 | 9/1987 | Higuchi | 364/553 |
| 4,713,782 | 12/1987 | Blackham | 364/553 |
| 4,748,598 | 5/1988 | Kopke | 73/585 |
| 4,901,353 | 2/1990 | Widin | 381/68.2 |
| 4,972,487 | 11/1990 | Mangold et al. | 381/68.2 |
| 5,046,102 | 9/1991 | Zwicker et al. | 381/68.2 |

### FOREIGN PATENT DOCUMENTS

2184629  6/1987  United Kingdom ........ H04R 25/00

### OTHER PUBLICATIONS

Adby et al; "Introduction to optimization method"; Chapman and Hall (1974).
Green, D. S. "Pure Tone Air Conduction Testing." In: Katz, J., Handbook of Clinical Audiology. (Baltimore, Williams & Wilkins, 1978) pp. 98–109.
Skinner; "Hearing Aid Evaluation"; Prentice Hall (1988).
Briskey; "Instrument fitting Techniques" NIHI (1985).
Sandlin; "Hearing Instrument Science and Fitting Practices" NIHI (1985).

(List continued on next page.)

*Primary Examiner*—Ellis B. Ramirez
*Attorney, Agent, or Firm*—Gary L. Griswold; Walter N. Kirn; William D. Bauer

[57] **ABSTRACT**

A software model of the auditory characteristics of an auditory prosthesis is stored independently of the actual auditory prosthesis being fitted to determine the acoustic parameters to be utilized. A transfer function of the auditory characteristics of the individual auditory prosthesis to be fitted, or of an exemplary model of such an auditory prosthesis, is created, transformed into a table, or other usable form, and stored in software usable by the automated fitting program. The automated fitting program may then "test" or try by iterative process, the various settings for the acoustic parameters of the auditory prosthesis and determine accurately the results without actual resort the physical auditory prosthesis itself.

**16 Claims, 5 Drawing Sheets**



**Re. 34,961**

Page 2

---

OTHER PUBLICATIONS

Engebretson et al; "A Digital Hearing Aid and Computer–Based Fitting Procedure"; Hearing Instruments, vol. 37, No. 2, 1986.

Cole; "Present and Future developments in hearing aid design"; May 1979.

Engebretson et al., "A Computer Program for Fitting a Master Hearing Aid to the Residual Hearing Characteristics of Individual Patients", *Journal of the Acoustical Society of America*, 72, No. 2, pp. 426–430 (1982).

Engebretson et al., "Development of an Ear–Level Digital Hearing Aid and Computer–Assisted Fitting Procedure: An Interim Report", *Journal of Rehabilitation Research and Development*, vol. 24, No. 4, pp. 55–64 (1987).

Bade et al., "Use of a Personal Computer to Model the Electroacoustics of Hearing Aids", *Journal of the Acoustical Society of America*, vol. 75, No. 2, pp. 617–620 (1983).

Katz, Jack, Editor, Handbook of Clinical Audiology, Williams & Wilkins, Baltimore, Md. (1978).

# United States Patent [19]

## Engebretson et al.

[11] Patent Number: **4,548,082**

[45] Date of Patent: **Oct. 22, 1985**

[54] **HEARING AIDS, SIGNAL SUPPLYING APPARATUS, SYSTEMS FOR COMPENSATING HEARING DEFICIENCIES, AND METHODS**

[75] Inventors: **A. Maynard Engebretson**, Ladue; **Robert E. Morley, Jr.**, Richmond Heights; **Gerald R. Popelka**, Ladue, all of Mo.

[73] Assignee: **Central Institute for the Deaf**, St. Louis, Mo.

[21] Appl. No.: **645,004**

[22] Filed: **Aug. 28, 1984**

[51] Int. Cl.⁴ ........................................... H04R 29/00

[52] U.S. Cl. .............................. 73/585; 179/107 FD; 128/746

[58] Field of Search ........................... 73/585; 128/746; 179/107 FD, 107 E, 107 R; 381/68; 364/415

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,757,769 | 9/1973 | Arguimbau et al. ............... 128/746 |
| 3,818,149 | 6/1974 | Stearns et al. ............... 179/107 FD |
| 3,927,279 | 12/1975 | Nakamura et al. ........... 179/107 FD |
| 4,099,035 | 7/1978 | Yanick .......................... 179/107 FD |
| 4,187,413 | 2/1980 | Moser ........................... 179/107 FD |
| 4,188,667 | 2/1980 | Graupe et al. ...................... 364/724 |
| 4,251,686 | 2/1981 | Sokolich ................................ 73/585 |
| 4,390,748 | 6/1983 | Zwicker ................................ 73/585 |
| 4,403,118 | 9/1983 | Zollner et al. ............... 179/107 FD |
| 4,489,610 | 12/1984 | Slavin ................................... 73/585 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 2808516 | 6/1979 | Fed. Rep. of Germany . |
| 624524 | 7/1981 | Switzerland . |

### OTHER PUBLICATIONS

"Statistical Measurements on Conversational Speech" by H. K. Dunn et al., *J. Acoust. Soc. Am.*, vol. 11, Jan. 1940, pp. 278–288.

"American National Standard Methods for the Calculation of the Articulation Index,", *ANSI Standard S. 35–* Jan. 1969, 25 pages.

"A Computer Program for Designing Optimum FIR Linear Phase Digital Filters", by J. H. McClellan et al., *IEEE Trans. Audio and Electroacoustics*, vol. AU-21, No. 6, Dec. 1973, pp. 506–526.

"Optimum FIR Digital Filter Implementations for Dec-imation, Interpolation, and Narrow–Band Filtering", by R. E. Crochiere et al., *IEEE Trans. Acoust. Speech, and Signal Proc.*, vol. ASSP-23, No. 5, Oct. 1975, pp. 444–456.

"Clinical Implications of Nonverbal Methods of Hearing Aid Selection and Fitting", by D. P. Pascoe, *Seminars in Speech, Language and Hearing*, vol. 1, No. 3, Aug. 1980, pp. 217–229.

"A Computer Program for Fitting a Master Hearing Aid to the Residual Hearing Characteristics of Individual Patients", by A. M. Engebretson et al., *J. Acoust. Soc. Am.*, 72(2), Aug. 1982, pp. 426–430.

"An Approach to Hearing Aid Selection", D. P. Pascoe, *Hearing Instruments*, Jun. 1978.

"The Implementation of Frequency Selective Amplification", G. R. Popelka, Annual Meeting of ASHA, Nov. 23, 1981.

"A Computer–Based System for Hearing Aid Assessment", G. R. Popelka et al., *Hearing Instruments*, vol. 34, No. 7, 1983, pp. 6–9, 44, 53.

*Primary Examiner*—Stephen A. Kreitman
*Attorney, Agent, or Firm*—Senniger, Powers, Leavitt and Roedel

[57] **ABSTRACT**

A hearing aid including a microphone for generating an electrical output from sounds external to the user of the hearing aid, an electrically driven receiver for emitting sound into the ear of the user of the hearing aid, and circuitry for driving the receiver. The circuitry drives the receiver in a self-generating mode activated by a first set of signals supplied externally of the hearing aid to cause the receiver to emit sound having at least one parameter controlled by the first set of externally supplied signals and then drives the receiver in a filtering mode, activated by a second set of signals supplied externally of the hearing aid, with the output of the external microphone filtered according to filter parameters established by the second set of the externally supplied signals. Other forms of the hearing aid, apparatus for supplying the sets of signals to the hearing aid in a total system, and methods of operation are also described.

**57 Claims, 19 Drawing Figures**



# United States Patent [19]

## Widin

| | |
|---|---|
| [11] Patent Number: | **4,901,353** |
| [45] Date of Patent: | Feb. 13, 1990 |

[54] **AUExplicitDITORY PROSTHESIS FITTING USING VECTORS**

[75] Inventor: **Gregory P. Widin**, Township of West Lakeland, County of Washington, Minn.

[73] Assignee: **Minnesota Mining and Manufacturing Company**, St. Paul, Minn.

[21] Appl. No.: **192,351**

[22] Filed: **May 10, 1988**

[51] Int. Cl.⁴ ............................................. H04K 25/00
[52] U.S. Cl. ......................................... 381/68; 381/60; 381/68.2; 381/68.4
[58] Field of Search ...................... 381/68, 68.2, 68.4, 381/60

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,025,721 | 5/1977 | Graupe et al. | 381/68.2 |
| 4,185,168 | 1/1980 | Graupe et al. | 381/68 |
| 4,425,481 | 1/1984 | Mansgold et al. | 381/68.2 |
| 4,471,171 | 9/1984 | Köpke et al. | 381/68 |
| 4,508,940 | 4/1985 | Steeger | 381/68.2 |
| 4,548,082 | 10/1985 | Engebretsen et al. | 381/68.2 |
| 4,596,902 | 6/1986 | Gilman | 381/68.2 |
| 4,622,440 | 11/1986 | Slavin | 381/68 |
| 4,791,672 | 12/1988 | Nunley | 381/68 |

### OTHER PUBLICATIONS

Skinner, Margaret W., Hearing Aid Evaluation, Prentice Hall, Englewood Cliffs, New Jersey (1988).
Briskey, Robert J., "Instrument Fitting Techniques",

from Sandlin, Rober E., Hearing Instrument Science and Fitting Practices, National Institute for Hearing Instruments Studies, Livonia, Michigan, pp. 439–494 (1985).
Green, David S., "Pure Tone Air Conduction Testing", Chapter 9, in Katz, Jack, Editor, Handbook of Clinical Audiology, Williams & Wilkins, Baltimore, Maryland (1978).
Adby, P. R. and Dempster, M. A. H., Introduction to Optimization Methods, Chapman and Hall, London (1974).

*Primary Examiner*—Jin F. Ng
*Assistant Examiner*—Danita R. Byrd
*Attorney, Agent, or Firm*—Donald M. Sell; Walter N. Kirn; William D. Bauer

[57] **ABSTRACT**

Hearing improvement device, auditory prosthesis, hearing aid, fitting device for these apparatus and method of fitting or determining new auditory characteristic by selecting and applying a vector consisting of relative changes to a plurality of individual ones of a set of acoustic parameters which determine the auditory characteristic of such apparatus. The method involves selecting a proper vector, applying the relative changes to the individual acoustic characteristics and, if necessary, utilizing or storing these new values of acoustic characteristics to obtain a new auditory characteristic for such apparatus.

**40 Claims, 5 Drawing Sheets**



# United States Patent [19]

**Widin et al.**

[11] **Patent Number:** **4,953,112**

[45] **Date of Patent:** **Aug. 28, 1990**

[54] **METHOD AND APPARATUS FOR DETERMINING ACOUSTIC PARAMETERS OF AN AUDITORY PROSTHESIS USING SOFTWARE MODEL**

[75] Inventors: **Gregory P. Widin**, West Lakeland, Minn.; **Mats B. Dotevall**, Goteborg, Sweden

[73] Assignee: **Minnesota Mining and Manufacturing Company**, St. Paul, Minn.

[21] Appl. No.: **192,214**

[22] Filed: **May 10, 1988**

[51] Int. Cl.$^5$ ........................ A61N 1/36; H04R 25/00
[52] U.S. Cl. ........................................ 364/578; 73/585; 128/746
[58] Field of Search ............... 364/553, 571.02, 571.07, 364/578, 579, 413.02, 413.05; 371/20; 73/585; 128/746; 381/68; 379/1, 52

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,289,143 | 9/1981 | Canavesio et al. | 73/585 |
| 4,425,481 | 10/1984 | Mangold et al. | 381/68.2 |
| 4,548,082 | 10/1985 | Engebretsen et al. | 73/585 |
| 4,577,641 | 3/1986 | Hochmair et al. | 73/585 |
| 4,586,194 | 4/1986 | Kohashi et al. | 73/585 |
| 4,622,440 | 11/1986 | Slavin | 381/68 |
| 4,675,835 | 6/1987 | Pfleiderer | 364/571.02 |
| 4,694,401 | 9/1987 | Higuchi | 364/553 |
| 4,713,782 | 12/1987 | Blackham | 364/553 |
| 4,748,598 | 5/1988 | Kopke | 73/585 |

### OTHER PUBLICATIONS

Skinner, Margaret W., Hearing Aid Evaluation, Prentice Hall, Englewood Cliffs, N.J. (1988).
Briskey, Robert J. "Instrument Fitting Techniques".
Sandlin, Robert E., Hearing Instrument Science and Fitting Practices, National Institute for Hearing Instruments Studies, Livonia, Mich., pp. 439–494 (1985).
Green, David S., "Pure Tone Air Conduction Testing", Chapter 9.
Katz, Jack, Editor, Handbook of Clinical Audiology, Williams & Wilkins, Baltimore, Md. (1978).
Adby, P. R. and Dempster, M. A. H., Introduction to Optimization Method, Chapman and Hall, London (1974).

*Primary Examiner*—Parshotam S. Lall
*Assistant Examiner*—Christopher L. Makay
*Attorney, Agent, or Firm*—Donald M. Sell; Walter N. Kirn; William D. Bauer

[57] **ABSTRACT**

A software model of the auditory characteristics of an auditory prosthesis is stored independently of the actual auditory prosthesis being fitted to determine the acoustic parameters to be utilized. A transfer function of the auditory characterictics of the individual auditory prosthesis to be fitted, or of an exemplary model of such an auditory prosthesis, is created, transformed into a table, or other usable form, and stored in software usable by the automated fitting program. The automated fitting program may then "test" or try by iterative process, the various settings for the acoustic parameters of the auditory prosthesis and determine accurately the results without actual resort the physical auditory prosthesis itself.

**8 Claims, 5 Drawing Sheets**



# United States Patent [19]

## Rising

[11] Patent Number: 4,961,230

[45] Date of Patent: Oct. 2, 1990

[54] HEARING AID PROGRAMMING INTERFACE

[75] Inventor: Rolf C. Rising, Kungbacka, Sweden

[73] Assignee: Diaphon Development AB, Molndal, Sweden

[21] Appl. No.: 192,242

[22] Filed: May 10, 1988

[51] Int. Cl.⁵ ............................................. H04R 25/02
[52] U.S. Cl. ...................................... 381/69.2; 381/68; 381/69
[58] Field of Search ........................ 381/69.2, 69.1, 69, 381/68, 60; 73/585

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,075,561 | 2/1978 | Stevens | 324/149 |
| 4,425,481 | 1/1984 | Mansgold et al. | 381/68.2 |
| 4,471,171 | 9/1984 | Köpke et al. | 381/60 |
| 4,548,082 | 10/1985 | Engebretson et al. | 73/585 |

### FOREIGN PATENT DOCUMENTS

3624619  1/1988  Fed. Rep. of Germany .

Primary Examiner—Jin F. Ng
Assistant Examiner—M. Nelson McGeary, III.
Attorney, Agent, or Firm—Flehr, Hohbach, Test, Albritton & Herbert

[57]                ABSTRACT

A programmable hearing aid having a battery compartment which holds a battery under normal operating conditions is also adapted to hold a coupler member for connecting an external programming device to the hearing aid. To connect an external programming device to the hearing aid, lead wires in contact with the programming device are contacted with battery and programming terminals in the battery compartment by means of a coupling member. The coupling member is shaped to fit in the battery compartment and has electrodes in contact with the lead wires from the programming device arranged for contacting the battery and programming terminals in the battery compartment.

10 Claims, 5 Drawing Sheets



# United States Patent [19]

## Mangold et al.

[11] Patent Number: **4,972,487**

[45] Date of Patent: **Nov. 20, 1990**

[54] **AUDITORY PROSTHESIS WITH DATALOGGING CAPABILITY**

[75] Inventors: **Stephan E. Mangold**, Alingsas; **Rolf C. Rising**, Kungbacka, both of Sweden

[73] Assignee: **Diphon Development AB**, Molandal, Sweden

[21] Appl. No.: **353,220**

[22] Filed: **May 16, 1989**

### Related U.S. Application Data

[63] Continuation of Ser. No. 175,233, Mar. 30, 1988, abandoned.

[51] Int. Cl.$^5$ ............................................. H04R 25/00
[52] U.S. Cl. ...................................... **381/68**; 381/68.2; 381/68.4; 381/60
[58] Field of Search ................... 381/68, 68.2, 68.3, 381/68.4, 60; 73/585; 128/420.6

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,099,035 | 7/1978 | Yanick | 381/68.2 |
| 4,187,413 | 2/1980 | Moser | 381/68 |
| 4,357,497 | 11/1982 | Hochmair et al. | 381/46 |
| 4,419,995 | 12/1983 | Hochmair et al. | 120/420.6 |
| 4,425,481 | 1/1984 | Mansgold et al. | 381/68.2 |
| 4,471,171 | 9/1984 | Köpke | 381/68.2 |
| 4,731,850 | 3/1988 | Levitt et al. | 381/68.2 |
| 4,768,165 | 8/1988 | Hohn | 381/68.2 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 241101 | 10/1987 | European Pat. Off. | 381/68 |
| 3642828 | 8/1987 | Fed. Rep. of Germany | 381/68 |
| 61-234700 | 10/1986 | Japan | 381/68 |
| 2184629 | 6/1987 | United Kingdom | 381/68 |

### OTHER PUBLICATIONS

Cummins et al., "Ambulatory Testing of Digital Hearing Aid Algorithms", Resna 10th Annual Conference, San Jose, Calif., 1987, pp. 398–400.
M–D–I Reports, Jun. 8, 1987, p. 12.
Karlsson et al., "Remote Controld Programmable Hearing Aid", (Abstract) Diploma Thesis Project, Chalmers University of Technology, 1987.
World Office 83/03701, Oct. 1983, "Speech Simulation System and Method", DuBrucq.

*Primary Examiner*—Jin F. Ng
*Assistant Examiner*—M. Nelson McGeary, III
*Attorney, Agent, or Firm*—Fliesler, Dubb, Meyer & Lovejoy

[57] **ABSTRACT**

An auditory prosthesis is provided with datalogging capability whereby the use of a plurality of settings as selected by the user is maintained. The recorded datalog can be periodically read and used for revising a prosthetic prescription by altering the settings and used as a means of refining initial prescriptions of other patients whose audiometric characteristics are similar to those of the user. In one embodiment for a programmable auditory prosthesis the datalogging information includes the number of times control programs are changed, the number of times a given control program is selected, and the total time duration for which a given program is selected. Accordingly, the processing of signals by a signal processor can be tuned to fit the needs of an individual user. The prosthesis can have a remote control unit, and a datalog memory can be provided in the remote control unit along with a programmable memory which stores the control programs.

**20 Claims, 12 Drawing Sheets**



# United States Patent [19]

## Mangold

[11] Patent Number: **4,989,251**

[45] Date of Patent: **Jan. 29, 1991**

[54] **HEARING AID PROGRAMMING INTERFACE AND METHOD**

[75] Inventor: **Stephan E. Mangold**, Alingsas, Sweden

[73] Assignee: **Diaphon Development AB**, Molndal, Sweden

[21] Appl. No.: **192,259**

[22] Filed: **May 10, 1988**

[51] Int. Cl.$^5$ ...................... H04R 25/00; H04R 29/00

[52] U.S. Cl. ...................................... 381/68.2; 381/68; 381/60; 73/585

[58] Field of Search .......................... 381/68, 68.2, 60; 73/585

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,187,413 | 2/1980 | Moser | 381/68 |
| 4,425,481 | 1/1984 | Mangold et al. | 381/68.2 |
| 4,471,171 | 9/1984 | Köpke et al. | 381/68 |
| 4,548,082 | 10/1985 | Engebretson et al. | 73/585 |
| 4,596,902 | 6/1986 | Gilman | 381/68 |
| 4,622,440 | 11/1986 | Slavin | 381/68 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 250679 | 1/1988 | European Pat. Off. | 381/68 |

Primary Examiner—Jin F. Ng
Assistant Examiner—Jason Chan

Attorney, Agent, or Firm—Flehr, Hohbach, Test, Albritton & Herbert

[57] **ABSTRACT**

A programmable hearing aid has a serial data interface for receiving data transmissions, a decoder for decoding data transmissions, a program memory which stores program data values received via the serial interface, and read control logic that transmits the program data stored in the program memory when the decoder detects the receipt of a predefined read signal. Programming begins with the sending of a set of program data values to the programmable hearing aid, preceded by a predefined write signal. The hearing aid automatically mutes or inhibits its operation upon receiving the write signal. A first checksum value corresponding to the program data values sent to the programmable hearing aid is calculated. Next, the data stored in the hearing aid is checked by sending a predefined read signal to the hearing aid, causing the hearing aid to transmitting the program data stored in its program memory. A second checksum value corresponding to the program data transmitted by the hearing aid is calculated and compared with the first checksum value. If the first and second checksum values do not match an error signal is generated and the hearing aid remains muted. If the checksum values do match, an unlock signal is sent to the hearing aid, causing the hearing aid to resume normal operation.

**6 Claims, 7 Drawing Sheets**



# United States Patent [19]

## Widin et al.

| | |
|---|---|
| [11] | Patent Number: **4,992,966** |
| [45] | Date of Patent: **Feb. 12, 1991** |

[54] **CALIBRATION DEVICE AND AUDITORY PROSTHESIS HAVING CALIBRATION INFORMATION**

[75] Inventors: **Gregory P. Widin**, West Lakeland, Minn.; **Stephan E. Mangold**, Alingsas; **Mats B. Dotevall**, Gothenburg, both of Sweden

[73] Assignee: **Minnesota Mining and Manufacturing Company**, St. Paul, Minn.

[21] Appl. No.: **192,213**

[22] Filed: **May 10, 1988**

[51] Int. Cl.⁵ .......................................... **H04R 25/00**
[52] U.S. Cl. ............................... **364/571.04; 381/68; 128/746; 379/52; 73/585**
[58] Field of Search ................ 364/571.04, 571.03, 364/571.06, 571.07, 413.02; 73/585; 128/746; 381/60, 68, 68.2, 68.4, 68.6, 98; 379/52

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,425,481 | 1/1984 | Mangold et al. | 381/68 |
| 4,548,082 | 10/1985 | Engebretsen et al. | 73/585 |
| 4,577,641 | 3/1986 | Hochmair et al. | 128/746 |
| 4,611,304 | 9/1986 | Butenko et al. | 364/571.07 |
| 4,622,440 | 11/1986 | Slavin | 364/68 |
| 4,677,581 | 6/1987 | Malka et al. | 364/571.06 |
| 4,731,850 | 3/1988 | Levitt et al. | 381/68.2 |
| 4,759,070 | 7/1988 | Voroba et al. | 128/746 |
| 4,791,672 | 12/1988 | Nunley et al. | 381/68.2 |
| 4,852,175 | 7/1989 | Kates | 381/68.4 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2184629 | 6/1987 | United Kingdom | 381/68 |

*Primary Examiner*—Joseph L. Dixon
*Attorney, Agent, or Firm*—Donald M. Sell; Walter N. Kirn; William D. Bauer

[57] **ABSTRACT**

A calibration device for an auditory prosthesis, such as a hearing aid, and an auditory prosthesis which contains such a calibration device. The calibration device comprises memory in which is stored information which is characteristic of information intrinsic to the invididual auditory prosthesis, the information being either information which represents a sufficient set of adjustment parameters required to calculate the transfer function of the auditory prosthesis or manufcturing information and a mechanism by which this information may be utilized by the auditory prosthesis or by the programming system of such auditory prosthesis.

**18 Claims, 1 Drawing Sheet**



# United States Patent [19]

## Engebretson et al.

[11] Patent Number: **5,016,280**

[45] Date of Patent: **May 14, 1991**

[54] **ELECTRONIC FILTERS, HEARING AIDS AND METHODS**

[75] Inventors: **A. Maynard Engebretson**, Ladue; **Michael P. O'Connell**, Maplewood; **Baohua Zheng**, University City, all of Mo.

[73] Assignee: **Central Institute for the Deaf**, St. Louis, Mo.

[21] Appl. No.: **172,266**

[22] Filed: **Mar. 23, 1988**

[51] Int. Cl.⁵ ..................... H04R 25/00; H03B 29/00
[52] U.S. Cl. .................................. 381/68; 381/68.2; 381/68.4; 381/83; 381/93
[58] Field of Search ................... 381/68, 68.4, 93, 83, 381/68.2

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,818,149 | 6/1974 | Stearns et al. | 381/68.2 |
| 4,025,721 | 5/1977 | Graupe et al. | 381/68.2 |
| 4,038,536 | 7/1977 | Feintuch | 328/167 |
| 4,053,846 | 10/1977 | Acker | 330/279 |
| 4,099,035 | 7/1978 | Yanick | 381/68.2 |
| 4,118,604 | 10/1978 | Yanick | 381/68.4 |
| 4,185,168 | 1/1980 | Graupe et al. | 381/68 |
| 4,186,384 | 1/1980 | Acker | 375/11 |
| 4,187,413 | 2/1980 | Moser | 381/68 |
| 4,188,667 | 2/1980 | Graupe et al. | 381/68.4 |
| 4,232,192 | 11/1980 | Beex | 381/83 |
| 4,243,959 | 1/1981 | Duttweiler | 333/166 |
| 4,417,317 | 11/1983 | White et al. | 375/14 |
| 4,425,481 | 1/1984 | Mansgold et al. | 381/68.2 |
| 4,449,237 | 5/1984 | Stepp et al. | 381/83 |
| 4,471,171 | 9/1984 | Kopke et al. | 381/68.2 |
| 4,490,841 | 12/1984 | Chaplin et al. | 381/71 |
| 4,493,101 | 1/1985 | Muraoka et al. | 381/93 |
| 4,525,856 | 6/1985 | Admiraal et al. | 381/93 |
| 4,539,690 | 9/1985 | Speidel | 375/14 |
| 4,543,453 | 9/1985 | Brander | 381/68 |
| 4,548,082 | 10/1985 | Engebretson et al. | 381/68.2 |
| 4,621,172 | 11/1986 | Kanemasa et al. | 370/32.1 |
| 4,629,829 | 12/1986 | Puhl et al. | 379/411 |
| 4,637,402 | 1/1987 | Adelman | 381/68.2 |
| 4,658,426 | 4/1987 | Chabries et al. | 381/94 |
| 4,707,824 | 11/1987 | Kanemasa | 379/410 |
| 4,731,850 | 3/1988 | Levitt et al. | 381/68.2 |
| 4,752,903 | 6/1988 | Iwata et al. | 364/724.19 |
| 4,769,808 | 9/1988 | Kanemasa et al. | 379/410 |
| 4,783,818 | 11/1988 | Graupe et al. | 381/71 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 624524 | 7/1981 | Switzerland | 381/68 |

### OTHER PUBLICATIONS

*Hearing Instruments*, "Active Filtering—A Step Toward the Programmable Hearing Aid", vol. 33, No. 10, Oct. 1982, pp. 20+.
Oppenheim et al., *Digital Signal Processing* (1975), pp. 136–173, 268–269, 438–444, with face sheets.
MacWilliams et al., "Pseudo–Random Sequences and Arrays", Dec. (1976), pp. 1715–1729, *Proceedings of the IEEE*, vol. 64.

(List continued on next page.)

*Primary Examiner*—Jin F. Ng
*Assistant Examiner*—M. Nelson McGeary, III
*Attorney, Agent, or Firm*—Senniger, Powers, Leavitt & Roedel

[57] **ABSTRACT**

An electronic filter for an electroacoustic system. The system has a microphone for generating an electrical output from external sounds and an electrically driven transducer for emitting sound. Some of the sound emitted by the transducer returns to the microphone means to add a feedback contribution to its electical output. The electronic filter includes a first circuit for electronic processing of the electrical output of the microphone to produce a filtered signal. An adaptive filter, interconnected with the first circuit, performs electronic processing of the filtered signal to produce an adaptive output to the first circuit to substantially offset the feedback contribution in the electrical output of the microphone, and the adaptive filter includes means for adapting only in response to polarities of signals supplied to and from the first circuit. Other electronic filters for hearing aids, public address systems and other electroacoustic systems, as well as such systems, and methods of operating them are also disclosed.

**78 Claims, 15 Drawing Sheets**



5,016,280

Page 2

## OTHER PUBLICATIONS

Widrow et al., "Adaptive Noise Cancelling: Princples and Applications", (1976?), 25 pps., unnumbered.

Shichor et al., "Adaptive Linear Prediction Using a Sign Decorrelator", (1977), *IEEE Trans. Acous., Speech, & Signal Proces.*, 6/77, pp. 262–264.

Rabiner et al., *Digital Processing of Speech Signals* (1978), cover, face sheets, pp. 18–31.

Schroeder, "Integrated–Impulse Method Measuring Sound Decay Without Using Impulses", J. Acoust. Soc. Am., (1979), pp. 497–500.

Meade, *Introduction to VLSI Systems*, Adison–Wesley Series in Computer Science, (1980), face sheets, pp. 60–80, plates 1–8, pp. 81–85, 91–114, plates 9–15, pp. 155–164.

Duttweiler, "Adaptive Filter Performance with Non-linearities in the Correlation Multiplier", *IEEE Trans. Acoust., Speech, & Signal Proces.*, vol. ASSP–30, #4, 8/82.

Larson, "Studies in Acoustic Feedback in Hearing Aids", *Rehabilitation R&D Progress Reports*, 1985, pp. 304–305.

Weaver et al., "Electronic Cancellation of Acoustic Feedback to Increase Hearing–Aid Stability", *J. Acoust. Soc. Am. Suppl.* 1, vol. 77, Spring 1985, p. S105.

Egolf et al., "Studies in Acoustic Feedback in Hearing Aids", *Rehabilitation R&D Progress Reports*, 1986, p. 315.

Xue et al., "Adaptive Equalizer Using Finite–Bit Power–of–Two Quantizer", Trans. Acoust. Speech & Signal Proces., vol. ASSP–34, #6, Dec. 1986, pp. 1603–1611.

Egolf, "Review of the Acoustic Feedback Literature from a Control Systems Point of View", (undated), pp. 94–103.

Engebretson et al., "A Wearable, Pocket–Sized Processor for Digital Hearing Aid and Other Hearing Prostheses Applications", 1986, pp. 1–4.

Morley et al., "A Multiprocessor Digital Signal Processing System for Real–Time Audio Applications", *IEEE Trans. Acous., Speech & Signal Proces.*, vol. ASSP–34, #2, Apr. 1986.

"Hearing Aids Are Going Digital", *Electronics*, 1–2–2–87, p. 108.

Morley, "Breaking the Frequency Barrier", *IEEE Potentials Magazine*, 2/87, cover, index, pp. 32–35.

Engebretson, "RESNA '87", Proceedings of the 10th Annual Conf. on Rehab. Tech., Jun. 1987.

US005111419A

# United States Patent [19]

## Morley, Jr. et al.

[11] **Patent Number:** 5,111,419

[45] **Date of Patent:** May 5, 1992

[54] **ELECTRONIC FILTERS, SIGNAL CONVERSION APPARATUS, HEARING AIDS AND METHODS**

[75] Inventors: **Robert E. Morley, Jr.**, Richmond Heights; **A. Maynard Engebretson**, Ladue; **George L. Engel**, Crestwood; **Thomas J. Sullivan**, Kirkwood, all of Mo.

[73] Assignee: **Central Institute for the Deaf**, St. Louis, Mo.

[21] Appl. No.: **180,170**

[22] Filed: **Apr. 11, 1988**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 172,266, Mar. 28, 1988, Pat. No. 5,016,280.

[51] Int. Cl.[5] ...................... G06F 15/31; H04R 25/00
[52] U.S. Cl. .................................. 364/724.19; 381/68
[58] Field of Search ...................... 364/724.19, 724.01, 364/724.16, 724.15; 381/68, 69, 51; 73/587

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,889,108 | 6/1975 | Cantrell | 364/724.19 |
| 4,038,536 | 7/1977 | Feintuch | 364/724.19 |
| 4,187,413 | 2/1980 | Moser | 179/107 FD |
| 4,389,540 | 6/1983 | Nakamura et al. | 364/724.15 |
| 4,508,940 | 4/1985 | Steeger | 179/107 FD |
| 4,548,082 | 10/1985 | Engebretson et al. | 73/587 |
| 4,649,505 | 3/1987 | Zinser, Jr. et al. | 364/724.19 |
| 4,695,970 | 9/1987 | Renner et al. | 364/724.15 |
| 4,731,850 | 3/1988 | Levitt et al. | 381/68.2 |
| 4,771,395 | 9/1988 | Watanabe et al. | 364/724.16 |

#### FOREIGN PATENT DOCUMENTS

83/02212 6/1983 PCT Int'l Appl. .

#### OTHER PUBLICATIONS

Blachman, "Band–Pass Nonlinearities", *IEEE Trans. on Info. Theory*, Apr. 1964, pp. 162–164.
Kingsbury et al., "Digital Filtering Using Logarithmic Arithmetic", *Electron. Lett.* 7:56–58 (1971), pp. 215–217.
Duke, "RC Logarithmic Analog-to-Digital (LAD)

Conversion", *IEEE Trans. Instrum. & Meas.*, Feb. 1971, pp. 74–76.
Suarez et al., "All-MOS Charge Redistribution Analog-to-Digital Conversion Techniques—Part II", Reprinted from *IEEE J. Solid–State Circuits*, vol. SC-10, Dec. 1975, pp. 379–385, actual pp. 122–128.
Edgar et al., "FOCUS Microcomputer Number System", *Communic. of the ACM*, Mar. 1979, vol. 22, #3, pp. 166–177.
Kurokawa et al., "Error Analysis of Recursive Digital Filters Implemented with Logarithmic Number Sys-

(List continued on next page.)

*Primary Examiner*—Gary V. Harkcom
*Assistant Examiner*—Long T. Nguyen
*Attorney, Agent, or Firm*—Senniger, Powers, Leavitt & Roedel

[57] **ABSTRACT**

An electronic filter for filtering an electrical signal. Signal processing circuitry therein includes a logarithmic filter having a series of filter stages with inputs and outputs in cascade and respective circuits associated with the filter stages for storing electrical representations of filter parameters. The filter stages include circuits for respectively adding the electrical representations of the filter parameters to the electrical signal to be filtered thereby producing a set of filter sum signals. At least one of the filter stages includes circuitry for producing a filter signal in substantially logarithmic form at its output by combining a filter sum signal for that filter stage with a signal from an output of another filter stage. The signal processing circuitry produces an intermediate output signal, and a multiplexer connected to the signal processing circuit multiplexes the intermediate output signal with the electrical signal to be filtered so that the logarithmic filter operates as both a logarithmic prefilter and a logarithmic postfilter. Other electronic filters, signal conversion apparatus, electroacoustic systems, hearing aids and methods are also disclosed.

**46 Claims, 12 Drawing Sheets**



# 5,111,419

Page 2

## OTHER PUBLICATIONS

tems", *IEEE Trans. on Acoustics, Speech, & Sig. Proces.*, vol. ASSP–28, #6, Dec. 1980, pp. 706–715.

Allen et al., *Switched Capacitor Circuits*, 1984, title pages & pp. 72–87, 504–547.

Morley, "Breaking the Frequency Barrier", IEEE Potentials, Feb. 1987, vol. 6, #1, cover, pp. 1, 32–35.

Engebretson et al., "Development of an ear-level digital hearing aid and computer-assisted fitting procedure: An interim report", *J. of Rehab. Research & Develop.*, vol. 24, No. 4, pp. 55–64, Fall 1987.

Lang et al., "Integrated–Circuit Logarithmic Arithmetic Unis", Dept. of Elec. Eng. & Comp. Science, Mass. Inst. of Tech., face sheet, 27 unnumbered pages, 1988.

Lang, "Analysis and Design of Digital Signal Processors Which Utilize Logarithmic Arithmetic", Mass. Inst. of Tech., 32 unnumbered pages, 1988.

Wang et al., "The Analog Circuit Design for the Pipeline A/D Converter", Dept. of Elec. Engrng., Univ. of Calif., pp. 307–310, 1985.

Engebretson et al., "A Wearable, Pocket–Sized Processor for Digital Hearing Aid and Other Hearing Prostheses Applications", Central Institute for the Deaf, pp. 1–4, 1986.

Morley et al., "A Multiprocessor Digital Signal Processing System for Real–Time Audio Applications", *IEEE Trans. on Acous., Speech, & Signal Proces.*, vol. ASSP–34, No. 2, Apr. 1986, pp. 225–231.

"Hearing Aids Are Going Digital", *Electronics*, Jan. 22, 1987, p. 108.

Ohara et al., "A CMOS Programmable Self–Calibrating 13–bit Eight–Channel Data Acquisition Peripheral", *IEEE J. of Solid–State Circuits*, vol. SC–22, No. 6, Dec. 1987, pp. 930–938.

Analog Devices, "CMOS Logarithmic D/A Converter", Digital–To–Analog Converters, vol. 1, pp. 10–91, 1988.

"Re–Thinking the DSP Design Approach", single page, unnumbered, 1988.

US005197332A

# United States Patent [19]

## Shennib

[11] Patent Number: **5,197,332**

[45] Date of Patent: **Mar. 30, 1993**

[54] **HEADSET HEARING TESTER AND HEARING AID PROGRAMMER**

[75] Inventor: **Adnan A. Shennib,** Fremont, Calif.

[73] Assignee: **CalMed Technology, Inc.,** Union City, Calif.

[21] Appl. No.: **838,542**

[22] Filed: **Feb. 19, 1992**

[51] Int. Cl.⁵ .................................................. A61B 1/22
[52] U.S. Cl. ........................................ 73/585; 128/746
[58] Field of Search .................. 73/585; 128/746, 903

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,091,234 | 5/1963 | Jerger | 73/585 |
| 4,038,496 | 7/1977 | Feezor | 73/585 |
| 4,157,456 | 6/1979 | Voss | 73/585 |
| 4,284,847 | 8/1981 | Besserman | 73/585 |
| 4,489,610 | 12/1984 | Slavin | 73/585 |
| 4,759,070 | 7/1988 | Voroba et al. | 381/60 |
| 4,953,112 | 8/1990 | Widin et al. | 73/585 |
| 4,961,230 | 10/1990 | Rising | 381/69.2 |
| 4,964,304 | 10/1990 | Eckstein | 73/585 |
| 4,989,251 | 1/1991 | Mangold | 381/68.2 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2907842 | 9/1980 | Fed. Rep. of Germany | 73/585 |
| 3517749 | 11/1986 | Fed. Rep. of Germany | 73/585 |

*Primary Examiner*—Tom Noland
*Assistant Examiner*—Rose M. Finley
*Attorney, Agent, or Firm*—Schneck & McHugh

[57] **ABSTRACT**

A headset-based hearing tester and hearing aid programming instrument featuring an electronic module shaped as a headband having a connected acoustic transducer module. The electronic module includes microcontroller, internal and plug-in external memory for storage of program code and patient data. The headset instrument in conjunction with a hand-held patient response device is capable of automatic hearing testing. The produced audio stimuli including test tones, speech and verbal instructions are retrieved from external memory cards. The instrument automatically computes fitting parameters and is capable of programming a programmable hearing aid via a port for direct wire programming or via wireless methods including inductive coil coupling to a hearing aid equipped with a receiving coil.

**19 Claims, 7 Drawing Sheets**



US005225836A

# United States Patent [19]

## Morley, Jr. et al.

[11] Patent Number: 5,225,836

[45] Date of Patent: Jul. 6, 1993

[54] **ELECTRONIC FILTERS, REPEATED SIGNAL CHARGE CONVERSION APPARATUS, HEARING AIDS AND METHODS**

[75] Inventors: **Robert E. Morley, Jr.,** Richmond Heights; **A. Maynard Engebretson,** Ladue; **George L. Engel,** Crestwood; **Thomas J. Sullivan,** Kirkwood, all of Mo.

[73] Assignee: **Central Institute for the Deaf,** St. Louis, Mo.

[21] Appl. No.: **792,706**

[22] Filed: **Nov. 15, 1991**

### Related U.S. Application Data

[62] Division of Ser. No. 180,170, Apr. 11, 1988.

[51] Int. Cl.⁵ ............................................... H03M 1/66
[52] U.S. Cl. ...................................... 341/150; 381/68; 364/602; 341/138; 307/540
[58] Field of Search ......................... 341/138, 150, 144

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,384,276 | 5/1983 | Kelley et al. | 341/150 |
| 4,451,820 | 5/1984 | Kapral | 341/150 |
| 4,513,279 | 4/1985 | Kapral | 341/138 |

4,988,900  1/1991  Fensch ................................. 307/494

*Primary Examiner*—Marc S. Hoff
*Attorney, Agent, or Firm*—Senniger, Powers, Leavitt & Roedel

[57]  **ABSTRACT**

An electronic filter for filtering an electrical signal. Signal processing circuitry therein includes a logarithmic filter having a series of filter stages with inputs and outputs in cascade and respective circuits associated with the filter stages for storing electrical representations of filter parameters. The filter stages include circuits for respectively adding the electrical representations of the filter parameters to the electrical signal to be filtered thereby producing a set of filter sum signals. At least one of the filter stages includes circuitry for producing a filter signal in substantially logarithmic form at its output by combining a filter sum signal for that filter stage with a signal from an output of another filter stage. The signal processing circuitry produces an intermediate output signal, and a multiplexer connected to the signal processing circuit multiplexes the intermediate output signal with the electrical signal to be filtered so that the logarithmic filter operates as both a logarithmic prefilter and a logarithmic postfilter. Other electronic filters, signal conversion apparatus, electroacoustic systems, hearing aids and methods are also disclosed.

**23 Claims, 12 Drawing Sheets**





US005226086A

# United States Patent [19]

## Platt

| [11] | Patent Number: | 5,226,086 |
| --- | --- | --- |
| [45] | Date of Patent: | Jul. 6, 1993 |

[54] **METHOD, APPARATUS, SYSTEM AND INTERFACE UNIT FOR PROGRAMMING A HEARING AID**

[75] Inventor: **Jonathan C. Platt**, Bloomington, Minn.

[73] Assignee: **Minnesota Mining and Manufacturing Company**, St. Paul, Minn.

[21] Appl. No.: **525,901**

[22] Filed: **May 18, 1990**

[51] Int. Cl.⁵ ..................... H04R 29/00; H04R 25/00; H04M 11/00

[52] U.S. Cl. ...................... 381/58; 379/90; 379/102; 381/60; 381/68; 381/68.2; 381/68.4

[58] Field of Search ................ 379/90, 102, 106, 107; 381/23.1, 58, 60, 68, 68.2, 68.4

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
| --- | --- | --- |
| 3,989,904 | 11/1976 | Rohrer et al. ...................... 179/107 |
| 4,173,971 | 11/1979 | Karz ...................................... 128/2 |
| 4,216,462 | 8/1980 | McGrath et al. .................... 340/150 |
| 4,268,721 | 5/1981 | Nielson et al. ..................... 179/2 C |
| 4,356,545 | 10/1982 | West .................................. 379/102 |
| 4,425,481 | 1/1984 | Mangold et al. ..................... 381/68 |
| 4,548,082 | 10/1985 | Engebretson et al. ............. 381/68.2 |
| 4,759,070 | 7/1988 | Voroba et al. ...................... 381/60 |
| 4,825,869 | 5/1989 | Sasmor et al. ................ 128/419 PT |
| 4,830,018 | 5/1989 | Treatch ............................... 128/677 |
| 4,837,805 | 6/1989 | Okumura ............................. 379/90 |
| 4,947,432 | 8/1990 | T pholm ............................ 381/68.2 |
| 4,972,487 | 11/1990 | Mangold et al. ..................... 381/68 |
| 4,989,251 | 1/1991 | Mangold ............................ 381/68.2 |
| 4,992,966 | 2/1991 | Widin et al. ......................... 381/68 |
| 5,007,090 | 4/1991 | Bransky et al. ...................... 381/60 |
| 5,083,312 | 1/1992 | Newton et al. .................... 381/68.4 |
| 5,144,674 | 9/1992 | Meyer et al. ......................... 381/68 |

### FOREIGN PATENT DOCUMENTS

9009760  9/1990  PCT Int'l Appl. ................... 381/68

### OTHER PUBLICATIONS

Bracale, Rugglero, "Multichannel Telephone System for Biomedical Applications", Med. & Biol. Eng. vol. 10 #5, Sep. 1972.

Widin, Mangold, "Fitting a Programmable Hearing Instruments" Hearing Instruments, vol. 39 #6, 1988.

Gentner Electronics Corporation "VRC–2000 Remote Control System", 1989.

Ascom Companies, "PHOX, Programmable Hearing Operating System", Oct. 27, 1989.

3M Company, "Master–Fit Hearing Evaluation and Recommendation (HEARI) System" Version 3.2 Sep. 1989.

*Primary Examiner*—James L. Dwyer
*Assistant Examiner*—William Cumming
*Attorney, Agent, or Firm*—Gary L. Griswold; Walter N. Kirn; William D. Bauer

[57]  **ABSTRACT**

System and method for programming a plurality of hearing aids physically located at a plurality of remote locations, each of the plurality of hearing aids being capable of being responsive to the auditory characteristics of an individual user, being responsive to a set of auditory parameters and having a programmable memory for storing the set of auditory parameters. A first transmitting mechanism, located at each of the plurality of remote locations, transmits the auditory characteristics of those of the individual users located at one of the plurality of remote locations to a central location. A calculating mechanism, located at the central location, calculates an appropriate set of auditory parameters for each of the hearing aids based upon the auditory characteristics of each of the individual users. A second transmitting mechanism transmits the appropriate set of auditory parameters from the central location to each of the plurality of remote locations for each of the hearing aids. A storing mechanism, located at each of the plurality of remote locations, stores the appropriate auditory parameters in the programmable memory of each of the plurality of hearing aids.

**10 Claims, 5 Drawing Sheets**





US005321757A

# United States Patent [19]

## Woodfill, Jr.

| [11] | Patent Number: | **5,321,757** |
|---|---|---|
| [45] | Date of Patent: | **Jun. 14, 1994** |

[54] **HEARING AID AND METHOD FOR PREPARING SAME**

[75] Inventor: **Ernest L. Woodfill, Jr.,** Columbia Heights, Minn.

[73] Assignee: **Minnesota Mining and Manufacturing Company,** St. Paul, Minn.

[21] Appl. No.: **887,592**

[22] Filed: **May 20, 1992**

### Related U.S. Application Data

[63] Continuation of Ser. No. 569,955, Aug. 20, 1990, abandoned.

[51] Int. Cl.⁵ .............................................. **H04R 25/00**
[52] U.S. Cl. ...................................... **381/68;** 381/68.6; 381/69
[58] Field of Search ................. 381/68.6, 68, 69, 68.7, 381/69.1; 181/135, 130; 264/222, DIG. 30

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| Re. 33,017 | 8/1889 | Bellafiore | 381/68.6 |
|---|---|---|---|
| 2,787,670 | 2/1953 | Rowland | 179/107 |
| 3,097,059 | 7/1963 | Hoffman | 18/55.05 |
| 3,440,314 | 4/1969 | Frisch | 264/222 |
| 3,513,269 | 1/1967 | Wilson | 179/107 |
| 3,527,901 | 3/1967 | Geib | 179/107 |
| 3,890,474 | 6/1975 | Glicksberg | 179/107 |
| 4,091,067 | 5/1978 | Kramer et al. | 264/222 |
| 4,569,812 | 8/1986 | Werwath et al. | 264/222 |
| 4,712,245 | 12/1987 | Lyregaard | 381/68.6 |
| 4,729,451 | 3/1988 | Brander et al. | 181/130 |
| 4,739,512 | 4/1988 | Hartl et al. | 381/68.6 |
| 4,800,636 | 1/1989 | Topholm | 29/169.5 |
| 4,834,927 | 5/1989 | Birkholz et al. | 264/134 |
| 4,860,362 | 8/1989 | Tweedle | 381/69 |
| 4,870,688 | 9/1989 | Voroba et al. | 381/60 |
| 4,871,502 | 10/1989 | Lebisch et al. | 264/222 |
| 4,962,537 | 10/1990 | Basel et al. | 301/68.6 |
| 5,031,219 | 7/1991 | Ward et al. | 381/68.6 |

#### FOREIGN PATENT DOCUMENTS

| 0361594 | 9/1989 | European Pat. Off. | H04R 25/02 |
|---|---|---|---|
| 969734 | 5/1963 | United Kingdom . | |
| 1586432 | 3/1978 | United Kingdom | B29D 31/00 |
| 2203379 | 10/1988 | United Kingdom | B29C 39/02 |

#### OTHER PUBLICATIONS

Voroba, B., "A Tool for the Optimization of Hearing Aid Fittings", Hearing Instruments, vol. 35, No. 1 (1984) pp. 12–16.
PCT Publication WO88/03740 (Ward) 19 May 1988.

*Primary Examiner*—James L. Dwyer
*Assistant Examiner*—Jason Chan
*Attorney, Agent, or Firm*—Gary L. Griswold; Walter N. Kirn; John H. Hornickel

[57] **ABSTRACT**

A method is disclosed for forming a hearing aid by the in situ molding of a room temperature curing material about hearing aid components. The in situ molding of the custom hearing aid provides an acoustical and comfort fit and minimizes processing involving multiple impression and casting procedures.

**16 Claims, 1 Drawing Sheet**





US005357251A

# United States Patent [19]

Morley, Jr. et al.

[11] **Patent Number:** **5,357,251**

[45] **Date of Patent:** **Oct. 18, 1994**

[54] **ELECTRONIC FILTERS, SIGNAL CONVERSION APPARATUS, HEARING AIDS AND METHODS**

[75] Inventors: **Robert E. Morley, Jr.,** Richmond Heights; **A. Maynard Engebretson,** Ladue; **George L. Engel,** Crestwood; **Thomas J. Sullivan,** Kirkwood, all of Mo.

[73] Assignee: **Central Institute For The Deaf,** St. Louis, Mo.

[21] Appl. No.: **56,054**

[22] Filed: **Apr. 30, 1993**

### Related U.S. Application Data

[60] Division of Ser. No. 792,706, Nov. 15, 1991, Pat. No. 5,225,836, which is a division of Ser. No. 180,170, Apr. 11, 1988, Pat. No. 5,111,419, which is a continuation-in-part of Ser. No. 172,266, Mar. 23, 1988, Pat. No. 5,016,280.

[51] Int. Cl.$^5$ ............................................. H03M 1/12
[52] U.S. Cl. ...................................... 341/172; 341/155
[58] Field of Search ............ 341/138, 150, 155, 172

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,745,555 | 7/1973 | Carbrey ............................. 341/172 |
| 3,889,108 | 6/1975 | Cantrell ..................... 364/724.19 |
| 3,906,488 | 9/1975 | Suarez-Gartner ............ 341/108 |
| 4,038,536 | 7/1977 | Feintuch ..................... 364/724.19 |
| 4,187,413 | 2/1980 | Moser ..................... 179/107 FD |
| 4,384,276 | 5/1983 | Kelley et al. ............... 340/347 |
| 4,389,540 | 6/1983 | Nakamura et al. ......... 364/724.15 |
| 4,451,820 | 5/1984 | Kapral ........................... 340/347 |
| 4,508,940 | 4/1985 | Steeger ..................... 179/107 FD |
| 4,513,279 | 4/1985 | Kapral ........................... 340/347 |
| 4,548,082 | 10/1985 | Engebretson et al. ............. 73/585 |
| 4,649,505 | 3/1987 | Zinser, Jr. et al. ......... 364/724.19 |
| 4,695,970 | 9/1987 | Renner et al. ............. 364/724.15 |
| 4,731,850 | 3/1988 | Levitt et al. ................. 381/68.2 |
| 4,771,395 | 9/1988 | Watanabe et al. ......... 364/724.16 |
| 4,988,900 | 1/1991 | Fensch ........................... 307/494 |
| 5,225,836 | 7/1993 | Morley, Jr. et al. ......... 341/150 |
| 5,258,759 | 11/1993 | Cauwinberghs et al. ......... 341/150 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0252205A2 | 1/1988 | European Pat. Off. . |
| 57-162592 | 3/1981 | Japan . |
| 60-96997A | 5/1985 | Japan . |
| 83/02212 | 6/1983 | PCT Int'l Appl. . |

#### OTHER PUBLICATIONS

Blachman, "Band–Pass Nonlinearities", *IEEE Trans. on Info. Theory,* Apr. 1964, pp. 162–164.
Kingsbury et al., "Digital Filtering Using Logarithmic Arithmetic", *Electron Lett.* 7:56–58 (1971), pp. 215–217.
Duke, "RC Logarithmic Analog–to –Digital (LAD) Conversion", *IEEE Trans. Instrum. & Meas.,* Feb. 1971, pp. 74–76.

(List continued on next page.)

*Primary Examiner*—Marc S. Hoff
*Attorney, Agent, or Firm*—Senniger, Powers, Leavitt & Roedel

[57] **ABSTRACT**

An electronic filter for filtering an electrical signal. Signal processing circuitry therein includes a logarithmic filter having a series of filter stages with inputs and outputs in cascade and respective circuits associated with the filter stages for storing electrical representations of filter parameters. The filter stages include circuits for respectively adding the electrical representations of the filter parameters to the electrical signal to be filtered thereby producing a set of filter sum signals. At least one of the filter stages includes circuitry for producing a filter signal in substantially logarithmic form at its output by combining a filter sum signal for that filter stage with a signal from an output of another filter stage. The signal processing circuitry produces an intermediate output signal, and a multiplexer connected to the signal processing circuit multiplexes the intermediate output signal with the electrical signal to be filtered so that the logarithmic filter operates as both a logarithmic prefilter and a logarithmic postfilter. Other electronic filters, signal conversion apparatus, electroacoustic systems, hearing aids and methods are also disclosed.

**20 Claims, 12 Drawing Sheets**



**5,357,251**

Page 2

## OTHER PUBLICATIONS

Suarez et al., "All–MOS Charge Redistribution Analog–to–Digital Conversion Techniques–Part II", Reprinted From *IEEE J. Solid–State Circuits*, vol. SC–10, Dec. 1975, pp. 379–385, actual pp. 122–128.

Edgar et al., "FOCUS Microcomputer Number System", Communic. of the ACM, Mar. 1979, vol. 22, #3, pp. 166–177.

Kurokawa et al., "Error Analysis of Recursive Digital Filters Implemented with Logarithmic Number Systems", IEEE Trans. on Acoustics, Speech, & Sig. Proces., vol. ASSP–28, #6, Dec. 1980, pp. 706–715.

Allen et al., *Switched Capacitor Circuits*, 1984, title pages & pp. 72–87, 504–547.

Morley, "Breaking the Frequency Barrier", IEEE Potentials, Feb. 1987, vol. 6, #1, cover, pp. 1, 32–35.

Engebretson et al., "Development of an ear–level digital hearing aid and computer–assisted fitting procedure: An interim report", *J. of Rehab. Research & Develop.*, vol. 24, No. 4, pp. 55–64, Fall 1987.

Lang et al., "Integrated–Circuit Logarithmic Arithmetic Unis", Dept. of Elec. Eng. & Comp. Science, Mass. Inst. of Tech., face sheet, 27 unnumbered pages, 1988.

Lang, "Analysis and Design of Digital Signal Processors Which Utilize Logarithmic Arithmetic", Mass. Inst. of Tech., 32 unnumbered pages, 1988.

Wang et al., "The Analog Circuit Design for the Pipe- line A/D Converter", Dept. of Elec. Engrng., Univ. of Calif., pp. 307–310, 1985.

Engrebretson et al., "A Wearable, Pocket–Sized Processor for Digital Hearing Aid and Other Hearing Prostheses Applications", Central Institute for the Deaf, pp. 1–4, 1986.

Morley et al., "A Multiprocessor Digital Signal Processing System for Real–Time Audio Applications", *IEEE Trans. on Acous., Speech, & Signal Proces.*, vol. ASSP–34, No. 2, Apr. 1986, pp. 225–231.

"Hearing Aids Are Going Digital", *Electronics*, Jan. 22, 1987, pp. 108.

Ohara et al., "A CMOS Programmable Self–Calibrating 13–bit Eight–Channel Data Acquistion Peripheral", *IEEE J. of Solid–State Circuits*, vol. SC–22, No. 6, Dec. 1987, pp. 930–938.

Analog Devices, "CMOS Logarithmic D/A Converter", Digital–To–Analog Converters, vol. 1, pp. 10–91, 1988.

"Re–Thinking the DSP Design Approach", single page, unnumbered, 1988.

D. Preves et al., *Hearing Instruments*, "A Feedback Stabilizing Circuit for Hearing Aids", vol. 37, No. 4, Apr. 1986, pp. 34, 36, 39–41 and 51.

Vainio et al., "Logarithmic Arithmetic in FIR Filters", *IEEE Transactions on Circuits and Systems*, CAS–33 (1986), Aug., No. 8, 3 unnumbered pages.

US005402496A

# United States Patent [19]

## Soli et al.

[11] Patent Number: **5,402,496**

[45] Date of Patent: **Mar. 28, 1995**

[54] **AUDITORY PROSTHESIS, NOISE SUPPRESSION APPARATUS AND FEEDBACK SUPPRESSION APPARATUS HAVING FOCUSED ADAPTIVE FILTERING**

[75] Inventors: **Sigfrid D. Soli**, Sierra Madre, Calif.; **Kevin M. Buckley**, Robbinsdale; **Gregory P. Widin**, West Lakeland Township, Washington County, both of Minn.

[73] Assignee: **Minnesota Mining and Manufacturing Company**, St. Paul, Minn.

[21] Appl. No.: **912,886**

[22] Filed: **Jul. 13, 1992**

[51] Int. Cl.$^6$ ............................................. H04B 15/00
[52] U.S. Cl. ...................................... 381/94; 381/71
[58] Field of Search ..................... 381/94, 71, 83, 93

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,548,082 | 10/1985 | Engebretson et al. | 73/585 |
| 4,658,426 | 4/1987 | Chabries et al. | 381/94 |
| 4,947,434 | 8/1990 | Ito | 381/71 |
| 5,016,280 | 5/1991 | Engebretson et al. | 381/93 |
| 5,222,148 | 6/1993 | Yuan | 381/71 |

**FOREIGN PATENT DOCUMENTS**

0339819 11/1989 European Pat. Off. ..... H03H 17/02

**OTHER PUBLICATIONS**

The Journal of the Acoustical Society of America, No. 3, "Evaluation of an adaptive beamforming method for hearing aids," Julie E. Greenberg and Patrick M. Zureck (Mar. 1992).

Widrow et al, "Adaptive Noise Cancelling: Principles and Applications", *Proceedings IEEE*, vol. 63, No. 12, pp. 1692–1716 (Dec. 1975).

Elliott et al, "A Multiple Error LMS Algorithm and Its

Application to the Active Control of Sound and Vibration", *IEEE Transactions on Acoustics, Speech, and Signal Processing*, vol. ASSP-35, No. 10, pp. 1423–1434 (Oct. 1987).

Widrow et al, *Adaptive Signal Processing*, pp. 288–300, Prentice-Hall, Inc. (1985).

Haykin, *Adaptive Filter Theory*, p. 261, Prentice-Hall (1986).

(List continued on next page.)

Primary Examiner—Curtis Kuntz
Assistant Examiner—Ping W. Lee
Attorney, Agent, or Firm—Gary L. Griswold; Walter N. Kirn; William D. Bauer

[57] **ABSTRACT**

A noise and feedback suppression apparatus processes an audio input signal having both a desired component and an undesired component. When implemented so as to effect noise cancellation, the apparatus includes a first filter operatively coupled to the input signal. The first filter generates a focused reference signal by selectively passing an audio spectrum of the input signal which primarily contains the undesired component. The reference signal is supplied to an adaptive filter disposed to filter the input signal so as to provide an adaptive filter output signal. A combining network subtracts the adaptive filter output signal from the input signal to create an error signal. The noise suppression apparatus further includes a second filter for selectively passing to the adaptive filter an audio spectrum of the error signal substantially encompassing the spectrum of the undesired component of the input signal. This cancellation effectively removes the undesired component from the input signal without substantially affecting the desired component of the input signal. When the present apparatus is implemented so as to suppress feedback the adaptive filter output signal is employed to cancel a feedback component from the input signal.

**34 Claims, 11 Drawing Sheets**



5,402,496

Page 2

### OTHER PUBLICATIONS

O'Connell et al, *An Adaptive Noise Reduction Algorithm for Digital Hearing Aids*, (5 pages).

Bustamante et al, "Measurement and Adaptive Suppression of Acoustic Feedback in Hearing Aids", *ICASSP Proceedings*, pp. 2017–2020 (1989).

Chabries et al, "Application of Adaptive Digital Signal Processing to Speech Enhancement for the Hearing Impaired", *Journal of Rehabilitation Research and Development*, vol. 24, No. 4, pp. 65–74 (1987).

Weiss, "Use of an Adaptive Noise Canceler as an Input Preprocessor for a Hearing Aid", *Journal of Rehabilitation Research and Development*, vol. 24, No. 4, pp. 93–102 (1987).

Neuman et al, "The Effect of Filtering on the Intelligibility and Quality of Speech in Noise", *Journal of Rehabilitation Research and Development*, vol. 24, No. 4, pp. 127–134 (1987).

Chabries et al, "Application of the LMS Adaptive Filter to Improve Speech Communication in the Presence of Noise", *Proceedings of ICASSP82–IEEE International Conference on Acoustics, Speech & Signal Processings*, vol. 1, pp. 148–151 (1982).



US005412735A

# United States Patent [19]

## Engebretson et al.

[11] **Patent Number:** **5,412,735**

[45] **Date of Patent:** **May 2, 1995**

[54] **ADAPTIVE NOISE REDUCTION CIRCUIT FOR A SOUND REPRODUCTION SYSTEM**

[75] Inventors: **A. Maynard Engebretson**, Ladue, Mo.; **Michael P. O'Connell**, Somerville, Mass.

[73] Assignee: **Central Institute for the Deaf**, St. Louis, Mo.

[21] Appl. No.: **842,566**

[22] Filed: **Feb. 27, 1992**

[51] Int. Cl.6 ............................................. H04B 15/00
[52] U.S. Cl. ...................................... 381/94; 381/68.4; 381/18.2
[58] Field of Search ...................... 381/68.2, 94, 68.4, 381/68.7, 71

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,927,279 | 12/1975 | Nakamura et al. | 179/107 |
| 4,433,435 | 2/1984 | David | 381/94 |
| 4,548,082 | 10/1985 | Engebretson | 73/585 |
| 4,658,426 | 4/1987 | Chabries et al. | 381/94 |
| 4,833,719 | 5/1989 | Carne et al. | 381/94 |
| 5,018,202 | 5/1991 | Takahashi et al. | 381/71 |

### OTHER PUBLICATIONS

A self-adaptive noise filtering system (about 1987) by D. Graupe, J. Grosspietsch, and R. Taylor.
Adaptive Noise Cancelling: Principles and Applications

(Dec., 1975) by B. Widrow, J. Glover, Jr., J. McCool, J. Kaunitz, C. Williams, R. Hearn, J. Zeidler, E. Dong, Jr., R. Goodlin.
Linear prediction: A Tutorial Review (Apr., 1975) by John Makhoul.
A Roundoff Error Analysis of the LMS Adaptive Algorithm (Feb., 1984) by Christos Caraiscos.

*Primary Examiner*—Forester W. Isen
*Assistant Examiner*—Ping W. Lee
*Attorney, Agent, or Firm*—Senniger, Powers, Leavitt & Roedel

[57] **ABSTRACT**

A noise reduction circuit for a hearing aid having an adaptive filter for producing a signal which estimates the noise components present in an input signal. The circuit includes a second filter for receiving the noise-estimating signal and modifying it as a function of a user's preference or as a function of an expected noise environment. The circuit also includes a gain control for adjusting the magnitude of the modified noise-estimating signal, thereby allowing for the adjustment of the magnitude of the circuit response. The circuit also includes a signal combiner for combining the input signal with the adjusted noise-estimating signal to produce a noise reduced output signal.

**39 Claims, 2 Drawing Sheets**



US005475759A

# United States Patent [19]

## Engebretson

[11] Patent Number: 5,475,759

[45] Date of Patent: * Dec. 12, 1995

[54] **ELECTRONIC FILTERS, HEARING AIDS AND METHODS**

[75] Inventor: **A. Maynard Engebretson**, Ladue, Mo.

[73] Assignee: **Central Institute for the Deaf**, St. Louis, Mo.

[ * ] Notice: The portion of the term of this patent subsequent to May 14, 2008, has been disclaimed.

[21] Appl. No.: **59,800**

[22] Filed: **May 10, 1993**

### Related U.S. Application Data

[60] Continuation of Ser. No. 792,706, Nov. 15, 1991, Pat. No. 5,225,836, which is a division of Ser. No. 180,170, Apr. 11, 1988, Pat. No. 5,111,419, which is a continuation-in-part of Ser. No. 172,266, Mar. 23, 1988, Pat. No. 5,016,280.

[51] Int. Cl.$^6$ ............................................. H04R 25/00
[52] U.S. Cl. ........................... 381/68.2; 381/684; 381/68
[58] Field of Search ................................ 381/68, 94, 93, 381/68.2, 68.4, 83; 364/724.19, 724.01, 724.16, 724.15

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,229,049 | 1/1966 | Goldberg | 381/68.2 |
| 3,818,149 | 6/1974 | Stearns et al. | 381/68.2 |
| 3,889,108 | 6/1975 | Cantrell | 235/152 |
| 3,894,195 | 7/1975 | Kryter | 381/68.2 |
| 4,025,721 | 5/1977 | Graupe et al. | 381/68.2 |
| 4,038,536 | 7/1977 | Feintuch | 328/167 |
| 4,053,846 | 10/1977 | Acker | 330/279 |
| 4,099,035 | 7/1978 | Yanick | 381/68.2 |
| 4,118,604 | 10/1978 | Yanick | 381/68.4 |
| 4,185,168 | 1/1980 | Graupe et al. | 381/68 |
| 4,186,384 | 1/1980 | Acker | 375/11 |
| 4,187,413 | 2/1980 | Moser | 381/68 |
| 4,188,667 | 2/1980 | Graupe et al. | 381/68.4 |
| 4,232,192 | 11/1980 | Beex | 381/83 |

(List continued on next page.)

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 684125 | 4/1964 | Canada | 179/107 |
| 0252205A2 | 1/1988 | European Pat. Off. . | |
| 57-162592 | 3/1981 | Japan . | |
| 60-96997 | 5/1985 | Japan . | |
| 624524 | 7/1981 | Switzerland . | |
| 2134357 | 8/1984 | United Kingdom | 333/14 |
| WO83/02212 | 6/1983 | WIPO | H04R 25/00 |

### OTHER PUBLICATIONS

*Hearing Instruments,* "Active Filtering—A Step Toward the Programmable Hearing Aid", vol. 33, No. 10, Oct. 1982, pp. 20+.

Oppenheim et al., *Digital Signal Processing* (1975), pp. 136–173, 268–269, 438–444, with face sheets.

MacWilliams et al., "Pseudo-Random Sequences and Arrays" (Dec., 1976), pp. 1715–1729, *Proceedings of the IEEE,* vol. 64.

(List continued on next page.)

*Primary Examiner*—Wing F. Chan
*Assistant Examiner*—Sinh Tran
*Attorney, Agent, or Firm*—Senniger, Powers, Leavitt & Roedel

[57] **ABSTRACT**

An electronic filter for an electroacoustic system. The system has a microphone for generating an electrical output from external sounds and an electrically driven transducer for emitting sound. Some of the sound emitted by the transducer returns to the microphone means to add a feedback contribution to its electrical output. The electronic filter includes a first circuit for electronic processing of the electrical output of the microphone to produce a first signal. An adaptive filter, interconnected with the first circuit, performs electronic processing of the first signal to produce an adaptive output to the first circuit to substantially offset the feedback contribution in the electrical output of the microphone, and the adaptive filter includes means for adapting only in response to polarities of signals supplied to and from the first circuit. Other electronic filters for hearing aids, public address systems and other electroacoustic systems, as well as such systems and methods of operating them are also disclosed.

**21 Claims, 15 Drawing Sheets**



**5,475,759**

Page 2

## U.S. PATENT DOCUMENTS

| 4,243,959 | 1/1981 | Duttweiler | 333/166 |
| 4,389,540 | 6/1983 | Nakamura et al. | 179/1.5 A |
| 4,417,317 | 11/1983 | White et al. | 375/14 |
| 4,425,481 | 1/1984 | Mansgold et al. | 381/68.2 |
| 4,449,237 | 5/1984 | Stepp et al. | 381/83 |
| 4,471,171 | 9/1984 | Kopke et al. | 381/68.2 |
| 4,490,841 | 12/1984 | Chaplin et al. | 381/71 |
| 4,493,101 | 1/1985 | Muraoka et al. | 381/93 |
| 4,508,940 | 4/1985 | Steeger | 179/107 FD |
| 4,525,856 | 6/1985 | Admiraal et al. | 381/93 |
| 4,539,690 | 9/1985 | Speidel | 375/14 |
| 4,543,453 | 9/1985 | Brander | 381/68 |
| 4,548,082 | 10/1985 | Engebretson et al. | 381/68.2 |
| 4,621,172 | 11/1986 | Kanemasa et al. | 370/32.1 |
| 4,629,829 | 12/1986 | Puhl et al. | 379/411 |
| 4,637,402 | 1/1987 | Adelman | 381/68.2 |
| 4,649,505 | 3/1987 | Zinser et al. | 379/411 |
| 4,658,426 | 4/1987 | Chabries et al. | 381/94 |
| 4,695,970 | 9/1987 | Renner et al. | 364/724 |
| 4,704,726 | 11/1987 | Gibson | 333/14 |
| 4,707,824 | 11/1987 | Kanemasa | 379/410 |
| 4,718,099 | 1/1988 | Hotvet | 381/68.4 |
| 4,731,850 | 3/1988 | Levitt et al. | 381/68.2 |
| 4,752,903 | 6/1988 | Iwata et al. | 364/724.19 |
| 4,769,808 | 9/1988 | Kanemasa et al. | 379/410 |
| 4,771,395 | 9/1988 | Watanabe et al. | 364/724.16 |
| 4,783,818 | 11/1988 | Graupe et al. | 381/93 |
| 4,845,757 | 7/1989 | Wagner | 381/68 |
| 5,091,957 | 2/1992 | Anderson et al. | 381/106 |

## OTHER PUBLICATIONS

Widrow et al., "Adaptive Noise Cancelling: Principles and Applications" (1976), 25 pp., unnumbered.

Shichor et al., "Adaptive Linear Prediction Using a Sign Decorrelator" (1977), *IEEE Trans. Acous., Speech, & Signal Proces.*, Jun. 1977, pp. 262–264.

Rabiner et al., *Digital Processing of Speech Signals* 91978), Cover, face sheets, pp. 18–31.

Schroeder, "Integrated–Impulse Method Measuring Sound Decay Without Using Impulses", J. Acoust. Soc. Am., (1979) pp. 497–500.

Meade, *Introduction to VLSI Systems*, Adison–Wesley Series in Computer Science, (1980), face sheets, pp. 60–80, plates 1–8, pp. 81–85, 91–114, plates 9–15, pp. 155–164.

Duttweiler, "Adaptive Filter Performance with Nonlinearities in the Correlation Multiplier", *IEEE Trans. Acoust., Speech & Signal Process.*, vol. ASSP–30, #4, Aug. 1982.

Larson, "Studies in Acoustic Feedback in Hearing Aids", *Rehabilitation R&D Progress Reports*, 1985, pp. 304–305.

Weaver et al., "Electronic Cancellation of Acoustic Feedback to Increase Hearing–Aid Stability", J. Acoust. Soc. Am. Suppl. 1, vol. 77, Spring 1985, p. S105.

Egolf et al., "Studies in Acoustic Feedback in Hearing Aids", *Rehabilitation R&D Progress Reports*, 1986, p. 315.

Xuc et al., "Adaptive Equalizer Using Finite–Bit Power–of–Two Quantizer", Trans. Acoust. Speech & Signal Proces., vol. ASSP–34, #6, Dec. 1986, pp. 1603–1611.

Egolf, "Review of the Acoustic Feedback Literature from a Control Systems Point of View", (undated), pp. 94–103.

Engebretson et al., "A Wearable, Pocket–Sized Processor for Digital Hearing Aid and Other Hearing Prostheses Applications", 1986, pp. 1–4.

Morley et al., "A Multiprocessor Digital Signal Processing System for Real–Time Audio Applications", *IEEE Trans. Acous., Speech, & Signal Proces.*, vol. ASSP–34, #2, Apr. 1986.

"Hearing Aids Are Going Digital", Electronics, Jan. 22, 1987, p. 108.

Morley, "Breaking the Frequency Barrier", *IEEE Potentials Magazine*, Feb. 1987, cover, index, pp. 32–35.

Engebretson, "RESNA '87", Proceedings of the 10th Annual Conf. on Rehab. Tech., Jun. 1987.

D. Preves et al., *Hearing Instruments*, "A Feedback Stabilizing Circuit for Hearing Aids", vol. 37, No. 4, Apr. 1986, pp. 34, 36, 39–41 and 51.

Vainio et al., "Logarithmic Arithmetic in FIR Filters", *IEEE Transactions on Circuits and Systems*, CAS–33 (1986), Aug., No. 8, 3 unnumbered pages.

The Decay of Sensation and the Remainder of Adaption After Short Pure–Tone Impulses on the Ear; E. Luscher, et al; ACTA Otolaryngology, vol. 35, 1947; pp. 428–445.

ISO Recommendation R 226; 1st Edition; Dec. 1961; pp. 1–11.

On Minimum Audible Sound Fields; L. J. Sivian, et al.; Forty Germinal Papers in Human Hearing; pp. 2–23.

Hearing Aids—A Review of Past Research on Linear Amplification, Amplitude Compression, and Frequency Lowering; Louis D. Brida, et al; American Speech–Langauge–Hearing Assoc., No. 19; Apr. 1979; pp. 52–87.

Signal Procesors: Application to the Hearing–Impaired; Hyman Goldberg; Hearing Aid Journal, Apr., 1982; pp. 1–4.

Sound Field Audiometric Measurements; Hyman Goldberg; Audecibel, Fall 1981; pp. 183–186.

Speech and Hearing in Communication; Harvey Fletcher, Ph.D.; 153; pp. 68–88.

US005645074A

# United States Patent [19]

## Shennib et al.

[11] Patent Number: 5,645,074

[45] Date of Patent: Jul. 8, 1997

[54] **INTRACANAL PROSTHESIS FOR HEARING EVALUATION**

[75] Inventors: **Adnan Shennib**, Fremont; **Richard Urso**, Redwood City, both of Calif.

[73] Assignee: **Decibel Instruments, Inc.**, Hayward, Calif.

[21] Appl. No.: **292,067**

[22] Filed: **Aug. 17, 1994**

[51] Int. Cl.⁶ .................................................... **A61B 1/00**

[52] U.S. Cl. ................................. **128/746; 128/782**

[58] Field of Search ...................................... 128/746, 748, 128/774, 782; 73/585

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,757,769 | 9/1973 | Arguimbau et al. | 128/746 |
| 4,002,161 | 1/1977 | Klar et al. | 128/746 |
| 4,118,599 | 10/1978 | Iwahara et al. | 179/1 |
| 4,139,728 | 2/1979 | Haramoto et al. | 179/1 |
| 4,219,696 | 8/1980 | Kogure et al. | 179/1 |
| 4,289,143 | 9/1981 | Canavesio et al. | 128/746 |
| 4,567,881 | 2/1986 | Heller | 128/746 X |
| 4,759,070 | 7/1988 | Voroba et al. | 381/60 |
| 4,774,515 | 9/1988 | Gehring | 242/53 |
| 4,809,708 | 3/1989 | Geisler et al. | 128/746 |
| 4,841,986 | 6/1989 | Marchbanks | 128/746 |
| 5,007,090 | 4/1991 | Bransky et al. | 128/746 X |
| 5,173,944 | 12/1992 | Begault | 381/17 |

### OTHER PUBLICATIONS

Mueller, H. Gustav; "A Practical Guide to Today's Bonanza of Underused High-Tech Hearing Products," The Hearing Journal, Mar. 1993, vol. 46, No. 3. pp. 13–27.

Hawkins, David B., Ph.D.; Probe Microphone Measurements: Hearing aid Selection and Assessment, Chapter 5, "Prescriptive Approaches to Selection of Gain and Frequency Response", pp. 91–112.

Mowrer, Donald E., Ph.D. and Stearns. Carol; "Threshold measurement variability among hearing aid dispensers," Hearing Instruments, vol. 43. No. 4. 1992. pp. 26–27.

Gauthier, E.A. and Rapisardi, D.A., MS; "A threshold is a threshold is a threshold . . . or is it?", Hearing Instruments, vol. 43, No. 3, 1992, pp. 26–27.

Earphone Calibration, "Real Ear Methods", p. 26.

Valente, M; Potts, L.; and Vass, Bill; "Intersubject Variability of the Real-Ear SPL: TDH–39P vs ER 3A Earphones".

Chen, Joseph K. and Geisler, C. Daniel, "Estimation of eardrum acoustic pressure and of ear canal length from remote points in the canal,". Acoust. Soc. Am. 87 (3), Mar. 1990, pp. 1237–1247.

Sandberg, Robert, MS; McSpaden, Jay B., Ph.D.; and Allen, Dan, MA; "Real measurement from real ear equoment," Hearing Instruments, vol. 42, No. 3, 1993, pp. 17–18.

"Selection instrumentation/master hearing aids in review," Hearing Instruments, vol. 39, No. 3, 1988, pp. 18–20.

(List continued on next page.)

*Primary Examiner*—Sam Rimell
*Attorney, Agent, or Firm*—Michael A. Glenn

[57] **ABSTRACT**

A hearing evaluation and hearing aid fitting system provides a fully immersive three-dimensional acoustic environment to evaluate unaided, simulated aided, and aided hearing function of an individual. Digital filtering of one or more signal sources representing speech and other audiologically significant stimuli according to selected models and digitally controlled signal processing parameters, including audio sources, spatializing coordinates, acoustic boundaries, signals representing one or more simulated hearing aids, and individualized body/external ear transfer functions synthesizes a simulated acoustic condition for presentation to a hearing-impaired person for objective and subjective hearing evaluation via an intra-canal prosthesis that is positioned in the ear canal, and that incorporates a microphone probe to measure in-the-ear-canal responses at a common reference point near the tympanic membrane during unaided, simulated aided, and aided hearing evaluation, thus providing measurements that are directly correlated across all phases of hearing assessment during the fitting process of a hearing aid. A virtual electroacoustic audiometer computes the electroacoustic parameters of a hearing aid based on the results of unaided audiometric evaluation.

**24 Claims, 28 Drawing Sheets**



**5,645,074**
Page 2

## OTHER PUBLICATIONS

"Its—Hearing Aid Simulator," software brochure.

Wightman, Frederic L. and Kistler, Doris J.; "Headphone simulation of free–field listening. I: Stimulus synthesis,". Acoust. Soc. Am. 85 (2), Feb. 1989, pp. 858–867.

Wightman, Frederic L. and Kistler, Doris J.; "Headphone simulation of free–field listening. II: Psychophysical validation,". Acoust. Soc. Am. 85 (2), Feb. 1989, pp. 868–878.

Begault; Durand R. and Wenzel, Elizabeth M., NASA Ames Research Center, Moffett Field, California, "Headphone Localization of Speech," Factors, 1993, 35(2), 361–376.

American National Standard, Specification of Hearing Aid Characteristics, ANSI S3.22–1987.

"Three–dimensional audio for PC–compatibles," The Beachtron, Beachtron User's Guide, Crystal River Engineering, Inc.

Zdeblick, Mark J., Ph.D., "A Revolutionary Actuator for Microstructures," reprint from Sensors, Feb. 1993.

Mills, A.W., "On the Minimum Audible Angle,". Acoust. Soc. Am., vol. 30, No. 4, Apr. 1953, pp. 237–246.

Rife, Douglas D. and Vanderkooy, John; "Transfer–Function Measurement with Maximum–Length Sequences," J. Audio Eng. Soc., vol. 37, No. 6, Jun. 1989, pp. 419–442.

American National Standard, Specification for Audiometers, ANSI S3.6. 1989.

Jamieson, Donald G., "Consumer–Based Electroacoustic Hearing Aid Measures," JSLPA Monogr. Suppl. 1, Jan. 1993, pp. 87–98.

Assessment of Fitting, Arrangements, Special Circuitry, and Features, pp. 221–224.

Cherry, E. colin; "Som Experiments on the Recognition of Speech, with One and with Two Ears," The Journal of the Acoustical Society of America, vol. 25, No. 5, Sep. 1953, pp. 975–979.

Cherry, E. Colin and Taylor, W.K.; "Some Further Experiments upon the Recognition of Speech, with One and with Two Ears," The Journal of the Acoustical Society of America, vol. 26, No. 4, Jul. 1994, pp. 554–559.

Bronkhorst, A.W. and Plomp, R.; "The effect of head–induced interaural time and level differences on speech intelligibility in noise," J. Acoust. Soc. Am. 83 (4), Apr. 1988, pp. 1508–1516.

Bronkhorst, A.W. and Plomp, R.; "Effect of multiple speech-like maskers on binaural speech recognition in normal and impaired hearing,". Acoust. Soc. Am. 92 (6), Dec. 1992, pp. 3132–3139.

Begault, Durand R.; "Call Signal Intelligibility Improvement Using a Spatial Auditory Display," NASA Technical Memorandum 104014, Apr. 1993.

US005701348A

# United States Patent [19]

## Shennib et al.

| | |
|---|---|
| [11] Patent Number: | **5,701,348** |
| [45] Date of Patent: | Dec. 23, 1997 |

[54] **ARTICULATED HEARING DEVICE**

[75] Inventors: **Adnan Shennib**, Fremont; **Richard Urso**, Redwood City, both of Calif.

[73] Assignee: **Decibel Instruments, Inc.,** Hayward, Calif.

[21] Appl. No.: **365,913**

[22] Filed: **Dec. 29, 1994**

[51] Int. Cl.$^6$ .................................. **H04R 25/00**

[52] U.S. Cl. ........................... **381/68.6**; 381/69

[58] Field of Search .................... 381/68.6, 68, 68.3, 381/69, 69.2; 181/135, 130

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 26,258 | 8/1967 | Martin | 381/68.6 |
| 3,061,689 | 10/1962 | McCarrell et al. | 381/68.6 |
| 3,414,685 | 12/1968 | Geib et al. | 381/68.6 |
| 3,527,901 | 9/1970 | Geib | 381/68.6 |
| 4,539,440 | 9/1985 | Sciarra | 179/107 |
| 4,870,688 | 9/1989 | Voroba et al. | 381/60 |
| 4,937,876 | 6/1990 | Biermans | 381/68.6 |
| 5,031,219 | 7/1991 | Ward et al. | 381/68.6 |
| 5,185,802 | 2/1993 | Stanton | 381/68.6 |
| 5,201,007 | 4/1993 | Ward et al. | 381/68.6 |
| 5,201,008 | 4/1993 | Arndt et al. | 381/68.6 |
| 5,390,254 | 2/1995 | Adelman | 381/68 |

### FOREIGN PATENT DOCUMENTS

2203379  10/1988  United Kingdom .

### OTHER PUBLICATIONS

Gudmundsen, Gail L. "Fitting CIC Hearing Aids—Some Practical Problems", The Hearing Journal, Jul. 1994, pp. 10, 45–48.

Agnew, Jeremy PhD, "Acoustic advantages of deep canal hearing aid fittings", Hearing Instruments, vol. 13, No. 6, 1992, pp. 22–25.

Oliveira, Robert J., PhD et al., "A Look at Ear Canal Changes with Jaw Motion", Ear and Hearing, vol. 13, No. 6, 1992, pp. 464–466.

Staab, Wayne J. et al., "Taking Ear Impressions For Deep Canal Hearing Aid Fittings", The earing Journal, vol. 47, No. 11, Nov. 1994.

"Special Product Guide" for Completely–in–the–Canal Hearing Instruments (CICs), The Hearing Journal, vol. 47, No. 11, Nov. 1994, pp. 56–57.

"Mini–canal hearing instruments in review", Hearing Instruments, vol. 40, No. 1, 1989, pp. 30–52.

"E–Z Ear" specifications, General Hearing Instruments, Inc., New Orleans, LA.

Oliveira, Robert J., PhD, "Better hearing instruments through chemistry", Technological Report, reprinted from Hearing Instruments, vol. 39, No. 10, 1988.

Bryant, Margaret P. et al., "Minimal contact long canal ITE hearing instruments", Hearing Instruments, vol. 41, No. 1, 1991.

*Primary Examiner*—Curtis Kuntz
*Assistant Examiner*—Vivian Chang
*Attorney, Agent, or Firm*—Michael A. Glenn

[57] **ABSTRACT**

A hearing device having highly articulated, non-contiguous parts and adapted for placement within the ear canal includes a receiver module for delivering acoustic signals within close proximity to the tympanic membrane, a main module containing all hearing aid components except the receiver, and a connector that routes amplified electrical signals from the main module to the receiver module. The connector fits in the cartilaginous area of the ear canal and is articulated with both the receiver module and main module to permit independent movement of the receiver module and main module while the hearing device is inserted or removed and during various jaw movements, such as chewing, yawning, and talking. The connector may be an adjustable shaft that accommodates various canal lengths and that allows incremental receiver placement depths within the ear canal. The receiver module, which is inserted deeply, preferably in the bony portion of the ear canal to provide all of the advantages associated with deep receiver placement, incorporates various sealing means to substantially reduce acoustic leakage that causes oscillatory feedback.

**46 Claims, 14 Drawing Sheets**



US005706352A

# United States Patent [19]

## Engebretson et al.

| | |
|---|---|
| [11] Patent Number: | **5,706,352** |
| [45] Date of Patent: | **Jan. 6, 1998** |

[54] **ADAPTIVE GAIN AND FILTERING CIRCUIT FOR A SOUND REPRODUCTION SYSTEM**

[75] Inventors: **A. Maynard Engebretson**, Ladue, Mo.; **Michael P. O'Connell**, Somerville, Mass.

[73] Assignee: **K/S HIMPP**, Vaerloese, Denmark

[21] Appl. No.: **44,246**

[22] Filed: **Apr. 7, 1993**

[51] Int. Cl.⁶ ..................................... **H04R 25/00**

[52] U.S. Cl. ........................ **381/684**; 381/68; 381/68.2; 381/106

[58] Field of Search ......................... 381/68, 68.2, 68.4, 381/106, 98, 103, 107; 333/14

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| 3,803,357 | 4/1974 | Sacks ........................ 179/1 P |
| 3,818,149 | 6/1974 | Stearns et al. ............ 179/107 FD |
| 4,118,604 | 10/1978 | Yanick ..................... 179/107 FD |
| 4,135,590 | 1/1979 | Gaulder ................... 179/1 P |
| 4,185,168 | 1/1980 | Graupe et al. ............ 179/1 P |
| 4,187,413 | 2/1980 | Moser ..................... 179/107 FD |
| 4,227,046 | 10/1980 | Nakajima et al. .......... 179/1 SD |
| 4,384,276 | 5/1983 | Kelley et al. ............ 340/347 DA |
| 4,405,831 | 9/1983 | Michelson ................. 179/1 P |
| 4,425,481 | 1/1984 | Mansgold et al. .......... 179/107 FD |
| 4,433,435 | 2/1984 | David ..................... 381/94 |
| 4,451,820 | 5/1984 | Kapral .................... 340/347 DA |
| 4,508,940 | 4/1985 | Steeger .................. 179/107 FD |
| 4,513,279 | 4/1985 | Kapral .................... 340/347 DA |
| 4,630,302 | 12/1986 | Kryter .................... 381/68.4 |
| 4,680,798 | 7/1987 | Neumann .................. 381/68.4 |
| 4,731,850 | 3/1988 | Levitt et al. ............ 381/68.2 |
| 4,829,593 | 5/1989 | Hara ...................... 371/345 |
| 4,988,900 | 1/1991 | Fensch .................... 307/494 |
| 5,083,312 | 1/1992 | Newton .................... 381/68.4 |

**FOREIGN PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| WO 8908353 | 2/1988 | WIPO | ............... H04B 1/64 |

**OTHER PUBLICATIONS**

Braida et al., "Review of Recent Research on Multiband Amplitude Compression for the Hearing Impaired", 1982 pp. 133–140.

Yanick, Jr., "Improvement in Speeech Discrimination with Compression vs. Linear Amplification", *Journal of Auditory Research*, No. 13. 1973. pp. 333–338.

Villchur, "Signal Processing to Improve Speech Intelligibility in Perceptive Deafness", *The Journal of The Acoustical Society of America*, vol. 53. No. 6. 1973. pp. 1646–1657.

Braida et al., "Hearing Aids—A Review of Past Research on Linear Amplification, Amplitude Compression, and Frequency Lowering", ASHA Monographs, No. 19. Apr. 1979, pp. vii–115.

Lim et al., "Enhancement and Bandwidth Compression of Noisy Speech", *Proceedings of the IEEE*, vol. 67, No. 12, Dec. 1979, pp. 1586–1604.

Lippmann et al., "Study of Multichannel Amplitude Compression and Linear Amplification for Persons with Sensorineural Hearing Loss", *The Journal of The Acoustical Society of, America*, vol. 69, No. 2, Feb. 1981, pp. 524–534.

(List continued on next page.)

*Primary Examiner*—Sinh Tran
*Attorney, Agent, or Firm*—Senniger, Powers, Leavitt & Roedel

[57] **ABSTRACT**

Adaptive compressive gain and level dependent spectral shaping circuitry for a hearing aid include a microphone to produce an input signal and a plurality of channels connected to a common circuit output. Each channel has a preset frequency response. Each channel includes a filter with a preset frequency response to receive the input signal and to produce a filtered signal, a channel amplifier to amplify the filtered signal to produce a channel output signal, a threshold register to establish a channel threshold level, and a gain circuit. The gain circuit increases the gain of the channel amplifier when the channel output signal falls below the channel threshold level and decreases the gain of the channel amplifier when the channel output signal rises above the channel threshold level. A transducer produces sound in response to the signal passed by the common circuit output.

**50 Claims, 6 Drawing Sheets**



**5,706,352**
Page 2

### OTHER PUBLICATIONS

Walker et al., "Compression in Hearing Aids: An Analysis, A Review and Some Recommendations", National Acoustic Laboratories, Report No. 90, Jun. 1982, pp. 1–41.

Dillon et al., "Compression–Input or Output Control?", *Hearing Instruments*, vol. 34, No. 9, 1983, pp. 20, 22 & 42.

Laurence et al., "A Comparison of Behind–the–Ear High–Fidelity Linear Hearing Aids and Two–Channel Compression Aids, in the Laboratory and in Everyday Life", *British Journals of Audiology*, No. 17, 1983, pp. 31–48.

Nabelek, "Performance of Hearing–Impaired Listeners under Various Types of Amplitude Compression", *The Journal of The Acoustical Society of America*, vol. 74, No. 3, Sep. 1983, pp. 776–791.

Leijon et al., "Preferred Hearing Aid Gain and Bass–Cut in Relation to Prescriptive Fitting", Scand Audiol, No. 13, 1984 pp. 157–161.

Walker et al., "The Effects of Multichannel Compression/Expansion Amplification on the Intelligibility of Nonsense Syllables in Noise", *The Journal of The Acoustical Society of America*, vol. 76, No. 3, Sep. 1984, pp. 746–757.

Moore et al., "Improvements in Speech Intelligibility in Quiet and in Noise Produced by Two–Channel Compression Hearing Aids", *British Journal of Audiology*, No. 19, 1985, pp. 175–187.

Moore et al., "A Comparison of Two–Channel and Single–Channel Compression Hearing Aids", *Audiology*, No. 25, 1986, pp. 210–226.

De Gennaro et al., "Multichannel Syllabic Compression for Severely Impaired Listeners", *Journal of Rehabilitation Research and Development*, vol. 23, No. 1, 1986, pp. 17–24.

Revoile et al., "Some Rehabilitative Considerations for Future Speech–Processing Hearing Aids", *Journal of Rehabilitation Research and Development*, vol. 23, No. 1, 1986, pp. 89–94.

Graupe et al., "A Single–Microphone–Based Self–Adaptive Filter of Noise from Speech and its Performance Evaluation", *Journal of Rehabilitation Research and Development*, vol. 24, No. 4, Fall 1987, pp. 119–126.

Villchur, "Multichannel Compression Processing for Profound Deafness", *Journal of Rehabilitation Research and Development* vol. 24, No. 4, Fall 1987, pp. 135–148.

Bustamante et al., "Multiband Comprression Limiting for Hearing–Impaired Listeners", *Journal of Rehabilitation Research and Development*, vol. 24, No. 4, Fall 1987, pp. 149–160.

Yund et al., "Speech Discrimination with an 8–Channel Compression Hearing Aid and Conventional Aids in Background of Speech–Band Noise", *Journal of Rehabilitation Research and Development*, vol. 24, No. 4, Fall 1987, pp. 161–180.

Moore, "Design and Evaluation of a Two–Channel Compression Hearing Aid", *Journal of Rehabilitation Research and Development*, vol. 24, No. 4, Fall 1987, pp. 181–192.

Plomp, "The Negative Effect of Amplitude Compression in Multichannel Hearing Aids in the Light of the Modulation–Transfer Function", *The Journal of The Acoustical Society of America*, vol. 83, No. 6, Jun. 1988, pp. 2322–2327.

Waldhauer et al., "Full Dynamic Range Multiband Compression in a Hearing Aid", *The Hearing Journal*, Sep. 1988, pp. 29–32.

Van Tasell et al., "Effects of an Adaptive Filter Hearing Aid on Speech Recognition in Noise by Hearing–Impaired Subjects", *Ear and Hearing*, vol. 9, No. 1, 1988, pp. 15–21.

Moore et al., "Practical and Theoretical Considerations in Designing and Implementing Automatic Gain Control (AGC) in Hearing Aids", *Quaderni di Audiologia*, No. 4, 1988, pp. 522–527.

Leijon, "1.3.5 Loudness–Density Equalization", *Optimization of Hearing–Aid Gain and Frequency Response for Cochlear Hearing Losses*, Technical Report No. 189, Chalmers University of Technology, 1989, pp. 17–20.

Leijon, "4.7 Loudness–Density Equalization", *Optimization of Hearing–Aid Gain and Frequency Response for Cochlear Hearing Losses*, Technical Report No. 189, Chalmers University of Technology, 1989, pp. 127–128.

Johnson et al., "Digitally Programmable Full Dynamic Range Compression Technology", *Hearing Instruments*, vol. 40, No. 10 1989, pp. 26–27 & 30.

Killion, "A High Fidelity Hearing Aid", *Hearing Instruments*, vol. 41, No. 8, 1990, pp. 38–39.

Van Dijkhuizen, *Studies on the Effectiveness of Multichannel Automatic Gain–Control in Hearing Aids*, Vrije Universiteit te Amsterdam, 1991, pp. 1–86, in addition to ERRATA sheets, pp. 1 & 2.

Rankovic et al., "Potential Benefits of Adaptive Frequency–Gain Characteristics for Speech Reception in Noise", *The Journal of The Acoustical Society of America*, vol. 91, No. 1, Jan. 1992, pp. 354–362.

Moore et al., "Effect on the Speech Reception Threshold in Noise of the Recovery Time of the Compressor in the High–Frequency Channel of a Two–Channel Aid", *Scand Audiol*, No. 38 1993, pp. 1–10.

US005724433A

# United States Patent [19]

## Engebretson et al.

[11] **Patent Number:** **5,724,433**

[45] **Date of Patent:** **Mar. 3, 1998**

[54] **ADAPTIVE GAIN AND FILTERING CIRCUIT FOR A SOUND REPRODUCTION SYSTEM**

[75] Inventors: **A. Maynard Engebretson**, Ladue, Mo.; **Michael P. O'Connell**, Somerville, Mass.

[73] Assignee: **K/S HIMPP**, Vaerloese, Denmark

[21] Appl. No.: **477,621**

[22] Filed: **Jun. 7, 1995**

### Related U.S. Application Data

[62] Division of Ser. No. 44,246, Apr. 7, 1993.

[51] **Int. Cl.**$^6$ ........................................... **H04R 75/00**
[52] **U.S. Cl.** ........................................... **381/106**; 381/108
[58] **Field of Search** ........................ 381/68.4, 68, 68.2, 381/106, 94; 333/14

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,803,357 | 4/1974 | Sacks | 179/1 P |
| 3,818,149 | 6/1974 | Stearns et al. | 179/107 FD |
| 4,118,604 | 10/1978 | Yanick | 179/107 FD |
| 4,135,590 | 1/1979 | Gaulder | 179/1 P |
| 4,185,168 | 1/1980 | Graupe et al. | 179/1 P |
| 4,187,413 | 2/1980 | Moser | 179/107 FD |
| 4,227,046 | 10/1980 | Nakajima et al. | 179/1 SD |
| 4,384,276 | 5/1983 | Kelley et al. | 340/347 DA |
| 4,405,831 | 9/1983 | Michelson | 179/1 P |
| 4,425,481 | 1/1984 | Mansgold et al. | 179/107 FD |
| 4,433,435 | 2/1984 | David | 381/94 |
| 4,451,820 | 5/1984 | Kapral | 340/347 DA |
| 4,508,940 | 4/1985 | Steeger . | |
| 4,513,279 | 4/1985 | Kapral | 340/347 DA |
| 4,630,302 | 12/1986 | Kryter . | |
| 4,680,798 | 7/1987 | Neumann | 381/68.4 |
| 4,731,850 | 3/1988 | Levitt et al. | 381/68.2 |
| 4,792,977 | 12/1988 | Anderson et al. | 381/68.4 |
| 4,829,593 | 5/1989 | Hara | 375/345 |
| 4,891,605 | 1/1990 | Tirkel | 381/94 |
| 4,988,900 | 1/1991 | Fensch | 307/494 |
| 5,010,575 | 4/1991 | Marutake et al. | 381/68 |
| 5,083,312 | 1/1992 | Newton | 381/68.4 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO 8908353 | 2/1988 | WIPO | H04B 1/64 |
| WO 91/05437 | 5/1990 | WIPO . | |

### OTHER PUBLICATIONS

Braida et al., "Review of Recent Research on Multiband Amplitude Compression for the Hearing Impaired", 1982 pp. 133–140.

Yanick, Jr., "Improvement in Speech Discrimination with Compression vs. Linear Amplification", *Journal of Auditory Research*, No. 13, 1973, pp. 333–338.

Villchur, "Signal Processing to Improve Speech Intelligibility in Perceptive Deafness", *The Journal of The Acoustical Society of America*, vol. 53, No. 6, 1973, pp. 1646–1657.

Braida et al., "Hearing Aids–A Review of Past Research on Linear Amplification, Amplitude Compression, and Frequency Lowering", *Asha Monographs*, No. 19, Apr. 1979, pp. vii–115.

(List continued on next page.)

*Primary Examiner*—Sinh Tran
*Attorney, Agent, or Firm*—Senniger, Powers, Leavitt & Roedel

[57] **ABSTRACT**

Adaptive compressive gain and level dependent spectral shaping circuitry for a hearing aid include a microphone to produce an input signal and a plurality of channels connected to a common circuit output. Each channel has a preset frequency response. Each channel includes a filter with a preset frequency response to receive the input signal and to produce a filtered signal, a channel amplifier to amplify the filtered signal to produce a channel output signal, a threshold register to establish a channel threshold level, and a gain circuit. The gain circuit increases the gain of the channel amplifier when the channel output signal falls below the channel threshold level and decreases the gain of the channel amplifier when the channel output signal rises above the channel threshold level. A transducer produces sound in response to the signal passed by the common circuit output.

**27 Claims, 6 Drawing Sheets**



**5,724,433**

Page 2

## OTHER PUBLICATIONS

Lim et al., "Enhancement and Bandwidth Compression of Noisy Speech", *Proceedings of the IEEE*, vol. 67, No. 12, Dec. 1979, pp. 1586–1604.

Lippmann et al., "Study of Multichannel Amplitude Compression and Linear Amplification for Persons with Sensorineural Hearing Loss". *The Journal of The Acoustical Society of, America*, vol. 69, No. 2, Feb. 1981, pp. 524–534.

Walker et al., "Compression in Hearing Aids: An Analysis, A Review and Some Recommendations", National Acoustic Laboratories, Report No. 90, Jun. 1982, pp. 1–41.

Dillon et al., "Compression–Input or Output Control?", *Hearing Instruments*, vol. 34, No. 9, 1983, pp. 20, 22 & 42.

Laurence et al., "A Comparison of Behind–the–Ear High–Fidelity Linear Hearing Aids and Two–Channel Compression Aids, in the Laboratory and in Everyday Life", *British Journal of Audiology*, No. 17, 1983, pp. 31–48.

Nabelek, "Performance of Hearing–Impaired Listeners under Various Types of Amplitude Compression", *The Journal of The Acoustical Society of America*, vol. 74, No. 3, Sep. 1983, pp. 776–791.

Leijon et al., "Preferred Hearing Aid Gain and Bass–Cut in Relation to Prescriptive Fitting", Scand Audiol, No. 13, 1984 pp. 157–161.

Walker et al., "The Effects of Multichannel Compression/Expansion Amplification on the Intelligibility of Nonsense Syllables in Noise", *The Journal of The Acoustical Society of America*, vol. 76, No. 3, Sep. 1984, pp. 746–757.

Moore et al., "Improvements in Speech Intelligibility in Quiet and in Noise Produced by Two–Channel Compression Hearing Aids", *British Journal of Audiology*, No. 19, 1985, pp. 175–187.

Moore et al., "A Comparison of Two–Channel and Single–Channel Compression Hearing Aids", *Audiology*, No. 25, 1986, pp. 210–226.

De Gennaro et al., "Multichannel Syllabic Compression for Severely Impaired Listeners", *Journal of Rehabilitation Research and Development*, vol. 23, No. 1, 1986, pp. 17–24.

Revoile et al., "Some Rehabilitative Considerations for Future Speech–Processing Hearing Aids", *Journal of Rehabilitation Research and Development*, vol. 23, No. 1, 1986, pp. 89–94.

Graupe et al., "A Single–Microphone–Based Self–Adaptive Filter of Noise from Speech and its Performance Evaluation", *Journal of Rehabilitation Research and Development*, vol. 24, No. 4, Fall 1987, pp. 119–126.

Villchur, "Multichannel Compression Processing for Profound Deafness", *Journal of Rehabilitation Research and Development* vol. 24, No. 4, Fall 1987, pp. 135–148.

Bustamante et al., "Multiband Compression Limiting for Hearing–Impaired Listeners", *Journal of Rehabilitation Research and Development*, vol. 24, No. 4, Fall 1987, pp. 149–160.

Yund et al., "Speech Discrimination with an 8–Channel Compression Hearing Aid and Conventional Aids in Background of Speech–Band Noise", *Journal of Rehabilitation Research and Development*, vol. 24, No. 4, Fall 1987, pp. 161–180.

Moore, "Design and Evaluation of a Two–Channel Compression Hearing Aid", *Journal of Rehabilitation Research and Development*, vol. 24, No. 4, Fall 1987, pp. 181–192.

Plomp, "The Negative Effect of Amplitude Compression in Multichannel Hearing Aids in the Light of the Modulation–Transfer Function". *The Journal of the Acoustical Society of America*, vol. 83, No. 6, Jun. 1988, pp. 2322–2327.

Waldhauer et al., "Full Dynamic Range Multiband Compression in a Hearing Aid", *The Hearing Journal*, Sep. 1988, pp. 29–32.

Van Tasell et al., "Effects of an Adaptive Filter Hearing Aid on Speech Recognition in Noise by Hearing–Impaired Subjects", *Ear and Hearing*, vol. 9, No. 1, 1988, pp. 15–21.

Moore et al., "Practical and Theoretical Considerations in Designing and Implementing Automatic Gain Control (AGC) in Hearing Aids", *Quaderni di Audiologia*, No. 4, 1988, pp. 522–527.

Leijon, "1.3.5 Loudness–Density Equalization", *Optimization of Hearing–Aid Gain and Frequency Response for Cochlear Hearing Losses*, Technical Report No. 189, Chalmers University of Technology, 1989, pp. 17–20.

Leijon, "4.7 Loudness–Density Equalization", *Optimization of Hearing–Aid Gain and Frequency Response for Cochlear Hearing Losses*, Technical Report No. 189, Chalmers University of Technology, 1989, pp. 127–128.

Johnson et al., "Digitally Programmable Full Dynamic Range Compression Technology", *Hearing Instruments*, vol. 40, No. 10 1989, pp. 26–27 & 30.

Killion, "A High Fidelity Hearing Aid", *Hearing Instruments*, vol. 41, No. 8, 1990, pp. 38–39.

Van Dijkhuizen, *Studies on the Effectiveness of Multichannel Automatic Gain–Control in Hearing Aids*, Vrije Universiteit te Amsterdam, 1991, pp. 1–86, in addition to ERRATA sheets, pp. 1 & 2.

Rankovic et al., "Potential Benefits of Adaptive Frequency–Gain Characteristics for Speech Reception in Noise", *The Journal of The Acoustical Society of America*, vol. 91, No. 1, Jan. 1992, pp. 354–362.

Moore et al., "Effect on the Speech Reception Threshold in Noise of the Recovery Time of the Compressor in the High–Frequency Channel of a Two–Channel Aid", *Scand Audiol*, No. 38 1993, pp. 1–10.

US005785661A

# United States Patent [19]

## Shennib

[11] Patent Number: 5,785,661

[45] Date of Patent: Jul. 28, 1998

[54] **HIGHLY CONFIGURABLE HEARING AID**

[75] Inventor: **Adnan Shennib**, Fremont, Calif.

[73] Assignee: **Decibel Instruments, Inc.**, Fremont, Calif.

[21] Appl. No.: **292,072**

[22] Filed: **Aug. 17, 1994**

[51] Int. Cl.$^6$ ................................................. **A61B 10/00**
[52] U.S. Cl. ............................................. **600/559**
[58] Field of Search ......................... 128/864, 865, 128/746; 73/585, 591; 600/25; 607/56, 57; 381/60, 68, 68.4

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,118,599 | 10/1978 | Iwahara et al. | 179/1 |
| 4,139,728 | 2/1979 | Haramoto et al. | 179/1 |
| 4,219,696 | 8/1980 | Kogure et al. | 179/1 |
| 4,759,070 | 7/1988 | Voroba et al. | 381/60 |
| 4,774,515 | 9/1988 | Gehring | 242/53 |
| 4,809,708 | 3/1989 | Geisler et al. | 128/746 |
| 4,870,688 | 9/1989 | Voroba et al. | 381/60 |
| 5,173,944 | 12/1992 | Begault | 381/17 |
| 5,325,436 | 6/1994 | Soli et al. | 381/60 |

OTHER PUBLICATIONS

Chen, Joseph K. and Geisler, C. Daniel, "Estimation of eardrum acoustic pressure and of ear canal length from remote points in the canal.". Acoust. Soc. Am. 87(3), Mar. 1990, pp. 1237–1247.
Sandberg, Robert, MS; McSpaden, Jay B., Ph.D.; and Allen, Dan, MA; "Real measurement from real ear equipment." Hearing Instruments, vol. 42, No. 3, 1993, pp. 17–18.
"Selection instrumentation/master hearing aids in review", Hearing Instruments, vol. 39, No. 3, 1988, pp. 18–20.
Wightman, Frederic L., and Kistler, Doris J.; "Headphone simulation of free-field listening. I: Stimulus synthesis.". Acoust. Soc. Am. 85(2), Feb. 1989, pp. 858–867.
Wightman, Frederic L. and Kistler, Doris J.; "Headphone simulation of free-field listening. II: Psychophysical validation." Acoust. Soc. Am. 85(2), Feb. 1989, pp. 868–878.

Begault, Durand R. and Wenzel, Elizabeth M., NASA Ames Research Center, Moffett Field, California. "Headphone Localization of Speech." Human Factors, 1993, 35(2), 361–376.
American National Standard, Specification of Hearing Aid Characteristics, ANSI S3.22–1987.
"three–dimensional audio for PC–compatibles." The Beachtron, Beachtron User's Guide, Crystal River Engineering, Inc. 1993.

(List continued on next page.)

*Primary Examiner*—Max Hindenburg
*Attorney, Agent, or Firm*—Michael A. Glenn

[57] **ABSTRACT**

A hearing evaluation and hearing aid fitting system provides a fully immersive three-dimensional acoustic environment to evaluate unaided, simulated aided, and aided hearing function of an individual. Digital filtering of one or more signal sources representing speech and other audiologically significant stimuli according to selected models and digitally controlled signal processing parameters, including audio sources, spatializing coordinates, acoustic boundaries, signals representing one or more simulated hearing aids, and individualized body/external ear transfer functions synthesizes a simulated acoustic condition for presentation to a hearing-impaired person for objective and subjective hearing evaluation via an intra-canal prosthesis that is positioned in the ear canal, and that incorporates a microphone probe to measure in-the-ear-canal responses at a common reference point near the tympanic membrane during unaided, simulated aided, and aided hearing evaluation, thus providing measurements that are directly correlated across all phases of hearing assessment during the fitting process of a hearing aid. A virtual electroacoustic audiometer computes the electroacoustic parameters of a hearing aid based on the results of unaided audiometric evaluation and reference measurements that include the individual's acoustic responses near the tympanic membrane to acoustic stimuli in three-dimensional acoustic space. The system then synthesizes acoustic signals reflecting the combined selection of audio signal model, spatialization model, acoustic boundaries model, as well as computed hearing aid model in the case of simulated aided condition.

**49 Claims, 28 Drawing Sheets**



5,785,661
Page 2

OTHER PUBLICATIONS

Zdeblick, Mark J., Ph.D., "A Revolutionary Actuator for Microstructures," reprint from Sensors, Feb. 1993.

Mills, A.W., "On the Minimum Audible Angle,". Acoust. Soc. Am., vol. 30, No. 4, Apr. 1958, pp. 237–246.

Rife, Douglas D. and Vanderkooy, John; "Transfer–Function Measurement with Maximum–Length Sequences," J. Audio Eng. Soc., vol. 37, No. 6, Jun. 1989, pp. 419–442.

American National Standard, Specification for Audiometers, ANSI S3.6.1989.

Jamieson, Donald G., "Consumer–Based Electoacoustic Hearing Aid Measures," JSLPA Monogr. Suppl. 1, Jan. 1993, pp. 87–98.

Mueller, H. Gustav; "A Practical Guide to Today's Bonanza of Underused High–Tech Hearing Products," The Hearing Journal, Mar. 1993, vol. 46, No. 3, pp. 13–27.

Mowrer, Donald E., Ph.D. and Stearn, Carol; "Threshold measurement variability among hearing aid dispensers," Hearing Instruments, vol. 43, No. 4, 1992, pp. 26–27.

Gauthier, E.A. and Rapisardi, D.A., MS; "A threshold is a threshold . . . or is it?", Hearing Instruments, vol. 43, No. 3, 1992, pp. 26–27.

Cherry, E. Colin; "Som Experiments on the Recognition of Speech, with One and with Two Ears," The Journal of the Acoustical Society of America, vol. 25, No. 5, Sep. 1953, pp. 975–979.

Cherry E. Colin and Taylor, W.K.; "Some Further Experiments upon the Recognition of Speech, with One and with Two Ears," The Journal of the Acoustical Society of America, vol. 26, No. 4, Jul. 1954, pp. 554–559.

Bronkhorst, A.W. and Plomp, R.; "The effect of head–induced interaural time and level differences on speech intelligibility in noise," J. Acoust. Soc. Am. 83(4), Apr. 1988, pp. 1508–1516.

Bronkhorst, A.W. and Plomp, R.; "Effect of multiple speech-like maskers on binaural speech recognition in normal and impaired hearing,". Acoust. Soc. Am. 92(6), Dec. 1992, pp. 3132–3139.

Begault, Durand R.; "Call Signal Intelligibility Improvement Using a Spatial Auditory Display," NASA Technical Memorandum 104014, Apr. 1993.

US005825894A

## United States Patent [19]

### Shennib

[11] Patent Number: **5,825,894**

[45] Date of Patent: **Oct. 20, 1998**

[54] **SPATIALIZATION FOR HEARING EVALUATION**

[75] Inventor: **Adnan Shennib**, Fremont, Calif.

[73] Assignee: **Decibel Instruments, Inc.**, Fremont, Calif.

[21] Appl. No.: **580,051**

[22] Filed: **Dec. 20, 1995**

### Related U.S. Application Data

[62] Division of Ser. No. 292,073, Aug. 17, 1994.

[51] Int. Cl.$^6$ ............................... **H04S 5/00; H04R 29/00**
[52] U.S. Cl. ............................... **381/60**; 381/17; 600/559
[58] Field of Search .......................... 381/17, 68.2, 68.4,
381/60, 68.1; 128/746; 600/559

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,394,569 | 2/1946 | Strommen . |
| 4,118,599 | 10/1978 | Iwahara et al. ............................ 179/1 |
| 4,139,728 | 2/1979 | Haramoto et al. ......................... 179/1 |
| 4,219,696 | 8/1980 | Kogure et al. ............................ 179/1 |
| 4,759,070 | 7/1988 | Voroba et al. ............................ 381/60 |
| 4,774,515 | 9/1988 | Gehring ................................... 242/53 |
| 4,809,708 | 3/1989 | Geisler et al. .......................... 128/746 |
| 4,901,353 | 2/1990 | Widin . |
| 5,173,944 | 12/1992 | Begault .................................. 381/17 |
| 5,233,665 | 8/1993 | Vaughan et al. .......................... 381/17 |
| 5,303,306 | 4/1994 | Brillhart et al. . |
| 5,325,436 | 6/1994 | Soli et al. . |
| 5,434,924 | 7/1995 | Jampolsky ............................... 387/17 |
| 5,436,975 | 7/1995 | Lowe et al. ............................. 381/17 |

#### FOREIGN PATENT DOCUMENTS

US96/13126    6/1996    WIPO .

### OTHER PUBLICATIONS

Mueller, H. Gustav; "A Practical Guide to Today's Bonanza of Underused High–Tech Hearing Products," The Hearing Journal, Mar. 1993, vol. 46, No. 3, pp. 13–27.

Hawkins, David B., Ph.D.; Probe Microphone Measurements: Hearing Aid Selection and Assessment, Chapter 5, "Prescriptive Approaches to Selection of Gain and Frequency Response", pp. 91–112.

(List continued on next page.)

*Primary Examiner*—Forester W. Isen
*Attorney, Agent, or Firm*—Michael A. Glenn

[57] **ABSTRACT**

A hearing evaluation and hearing aid fitting system provides a fully immersive three-dimensional acoustic environment to evaluate unaided, simulated aided, and aided hearing function of an individual. Digital filtering of one or more signal sources representing speech and other audiologically significant stimuli according to selected models and digitally controlled signal processing parameters, including audio sources, spatializing coordinates, acoustic boundaries, signals representing one or more simulated hearing aids, and individualized body/external ear transfer functions synthesizes a simulated acoustic condition for presentation to a hearing-impaired person for objective and subjective hearing evaluation via an intra-canal prosthesis that is positioned in the ear canal, and that incorporates a microphone probe to measure in-the-ear-canal responses at a common reference point near the tympanic membrane during unaided, simulated aided, and aided hearing evaluation, thus providing measurements that are directly correlated across all phases of hearing assessment during the fitting process of a hearing aid.

**4 Claims, 28 Drawing Sheets**



**5,825,894**

Page 2

## OTHER PUBLICATIONS

Mowrer, Donald E., Ph.D. and Stearns, Carol; "Threshold measurement variability among hearing aid dispensers," Hearing Instruments, vol. 43, No. 4, 1992, pp. 26–27.

Gauthier, E.A. and Rapisardi, D.A., MS; "A threshold is a threshold is a threshold . . . or is it?", Hearing Instruments, vol. 43, No. 3,1992, pp. 26–27.

Earphone Calibration, "Real Ear Methods", p. 26.

Valente, M; Potts, L.; and Vass, Bill; "Intersubject Variability of the Real-Ear SPL: TDH–39P vs ER 3A Earphones."

Chen, Joseph K. and Geisler, C. Daniel, "Estimation of eardrum acoustic pressure and of ear canal length from remote points in the canal", Acoust. Soc. Am. 87 (3), Mar. 1990, pp. 1237–1247.

Sandberg, Robert, MS; McSpaden, Jay B., Ph.D.; and Allen, Dan, MA; "Real measurement from real ear equipment," Hearing Instruments, vol. 42, No. 3, 1993, pp. 17–18.

"Selection instrumentation/master hearing aids in review," Hearing Instruments, vol. 39, No. 3, 1988, p. 18–20.

"Its—Hearing Aid Simulator," software brochure.

Wightman, Frederic L. and Kistler, Doris J.; "Headphone simulation of free–field listening. I: Stimulus synthesis,". Acoust. Soc. Am. 85(2), Feb. 1989, pp. 858–867.

Wightman, Frederic L. and Kistler, Doris J.; "Headphone simulation of free–field listening. II: Psychophysical validation,". Acoust. Soc. Am. 85(2). Feb. 1989, pp. 868–878.

Cherry, E. Colin; "Som Experiments on the Recognition of Speech, with One and with Two Ears," The Journal of the Acoustical Society of America, vol. 25, No. 5, Sep. 1953, pp. 975–979.

Cherry, E. Colin and Taylor, W.K.; "Some Further Experiments upon the Recognition of Speech, with One and with Two Ears," The Journal of the Acoustical Society of America, vol. 26, No. 4, Jul. 1994, pp. 554–559.

Bronkhorst, A.W. and Plomp, R.; "The effect of head–induced interaural time and level differences on speech intelligibility in noise," J. Acoust. Soc. Am. 83 (4), Apr. 1988, pp. 1508–1516.

Bronkhorst, A.W. and Plomp, R.; "Effect of multiple speech–like maskers on binaural speech recognition in normal and impaired hearing,". Acoust. Soc. Am. 92 (6), Dec. 1992, pp. 3132–3139.

Begault, Durand R. and Wenzel, Elizabeth M., NASA Ames Research Center, Moffett Field, California, "Headphone Localization of Speech," Human Factors, 1993, 35(2), 361–376.

American National Standard, Specification of Hearing Aid Characteristics, ANSI S3.22–1987.

"three–dimensional audio for PC–compatibles," The Beachtron, Beachtron User's Guide, Crystal River Engineering, Inc.

Zdeblick, Mark J. Ph.D., "A Revolutionary Actuator for Microstructures," reprint from Sensors, Feb. 1993.

Mills, A.W., "On the Minimum Audible Angle,". Acoust. Soc. Am., vol. 30, No. 4, Apr. 1953, pp. 237–246.

Rife, Douglas D. and Vanderkooy, John; "Transfer–Function Measurement with Maximum–Length Sequences," J. Audio Eng. Soc., vol. 37, No. 6, Jun. 1989, pp. 419–442.

American National Standard, Specification for Audiometers, ANSI S3.6. 1989.

Jamieson, Donald G., "Consumer–Based Electroacoustic Hearing Aid Measures," JSLPA Monogr. Suppl. 1, Jan. 1993, pp. 87–98.

Assessment of Fitting, Arrangements, Special Circuitry, and Features, pp. 221–224.

Wenzel, "Localization in Virtual Acoustic Displays", Presence, vol. 1, No. 1, pp. 81–107, 1992.

Begault et al, "Call Sign Intelligibility Improvement Using A Spatial Auditory Display," (NASA Technical Memorandum 104014) Apr. 1993.

US005835610A

# United States Patent [19]

## Ishige et al.

[11]    Patent Number:    **5,835,610**

[45]    Date of Patent:    **Nov. 10, 1998**

[54]    **HEARING AIR SYSTEM**

[75]    Inventors: **Ryuuichi Ishige; Reishi Kondo; Yukio Mitome**, all of Tokyo, Japan

[73]    Assignee: **NEC Corporation**, Tokyo, Japan

[21]    Appl. No.: **774,069**

[22]    Filed:    **Dec. 23, 1996**

[30]        **Foreign Application Priority Data**

Dec. 22, 1995    [JP]    Japan ..................................... 7-334525

[51]    **Int. Cl.⁶** .................................................. **H04R 25/00**
[52]    **U.S. Cl.** ............................... **381/315;** 381/79
[58]    **Field of Search** .......................... 381/68, 68.2, 68.4, 381/79, 110; 455/41, 66

[56]        **References Cited**

U.S. PATENT DOCUMENTS

4,453,264    6/1984    Hochstein .............................. 381/110

4,845,755    7/1989    Busch et al. ............................. 381/68
5,343,532    8/1994    Shugart, III ............................. 381/68

FOREIGN PATENT DOCUMENTS

60-47599    3/1995    Japan .

*Primary Examiner*—Vivian Chang
*Attorney, Agent, or Firm*—Foley & Lardner

[57]        **ABSTRACT**

An external device to be used along with a hearing aid device comprises an input means through which voice data are inputted, a hearing aid processor coupled to the input means for receiving the voice data from the input means to make an acoustic sense compensation of the voice data, and a transmitter coupled to the hearing aid processor for receiving compensated voice data from the hearing aid processor and transmitting the compensated voice data to the hearing aid device.

**8 Claims, 2 Drawing Sheets**



US005838801A

# United States Patent [19]

## Ishige et al.

[11] **Patent Number:** 5,838,801

[45] **Date of Patent:** Nov. 17, 1998

[54] **DIGITAL HEARING AID**

[75] Inventors: **Ryuuichi Ishige; Yukio Mitome**, both of Tokyo, Japan

[73] Assignee: **Nec Corporation**, Tokyo, Japan

[21] Appl. No.: **987,617**

[22] Filed: **Dec. 9, 1997**

[30] **Foreign Application Priority Data**

Dec. 10, 1996 [JP] Japan ..................................... 8-329354

[51] **Int. Cl.⁶** ................................................... **H04R 25/00**
[52] **U.S. Cl.** ............................................. **381/68.4**; 381/68
[58] **Field of Search** .......................... 381/68, 68.4, 68.2, 381/60, 58; 128/746

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,419,544  12/1983  Adelman ................................. 381/68.4

FOREIGN PATENT DOCUMENTS

03-284000  12/1991  Japan .

*Primary Examiner*—Minsun Oh Harvey
*Attorney, Agent, or Firm*—Foley & Lardner

[57] **ABSTRACT**

A digital hearing aid has input means for converting an input sound into a digital data for generating an input data, analyzing means for analyzing the input data converted by the input means by a digital conversion and calculating an acoustic pressure at each frequency band, control means for inputting a result of calculation by the analyzing means, acoustic sense characteristics storage means for preliminarily storing acoustic sense characteristics of a deafness and a person having healthy acoustic sense from a fitting means, gain calculation data storage means for preliminarily storing an acoustic pressure range the easiest to hear for the deafness from the fitting means, and acoustic sense compensating means for performing acoustic sense compensation process by amplifying the input data with a given gain. The control means calculates the gain of each frequency range on the basis of the acoustic sense characteristics and an acoustic pressure range stored in the acoustic sense characteristics storage means and the gain calculation data storage means.

**8 Claims, 17 Drawing Sheets**



US005852668A

# United States Patent [19]

## Ishige et al.

[11] Patent Number: 5,852,668

[45] Date of Patent: Dec. 22, 1998

[54] **HEARING AID FOR CONTROLLING HEARING SENSE COMPENSATION WITH SUITABLE PARAMETERS INTERNALLY TAILORED**

[75] Inventors: **Ryuuichi Ishige; Reishi Kondo**, both of Tokyo, Japan

[73] Assignee: **NEC Corporation**, Tokyo, Japan

[21] Appl. No.: **773,952**

[22] Filed: **Dec. 26, 1996**

[30] **Foreign Application Priority Data**

Dec. 27, 1995 [JP] Japan ..................................... 7-340826

[51] **Int. Cl.⁶** ................................................ **H04R 25/00**

[52] **U.S. Cl.** .......................................... **381/312;** 381/60

[58] **Field of Search** ........................... 381/231, 60, 68.2, 381/68.4, 68, 312, 314, 320, 321, 323; 73/585; 128/746

[56] **References Cited**

U.S. PATENT DOCUMENTS

| 4,425,481 | 1/1984 | Mansgold et al. ........................ 381/68 |
| 4,901,353 | 2/1990 | Widin ..................................... 381/68.2 |

FOREIGN PATENT DOCUMENTS

| 3-284000 | 12/1991 | Japan . |
| 4-242400 | 8/1992 | Japan . |

*Primary Examiner*—Huyen Le
*Attorney, Agent, or Firm*—Foley & Lardner

[57] **ABSTRACT**

A hearing aid stores a plurality of sets of hearing aid parameters in built-in memories, and tailors suitable hearing aid parameters through an interpolation between the sets of hearing aid parameters so as to cope with new working conditions, thereby allowing a user to adjust the hearing aid to his hearing sense.

**12 Claims, 1 Drawing Sheet**



US005892836A

# United States Patent [19]

## Ishige et al.

[11] **Patent Number:** 5,892,836

[45] **Date of Patent:** **Apr. 6, 1999**

[54] **DIGITAL HEARING AID**

[75] Inventors: **Ryuuichi Ishige; Reishi Kondo; Yukio Mitome,** all of Tokyo, Japan

[73] Assignee: **NEC Corporation**, Tokyo, Japan

[21] Appl. No.: **738,556**

[22] Filed: **Oct. 28, 1996**

[30] **Foreign Application Priority Data**

Oct. 26, 1995 [JP] Japan ..................................... 7-278648

[51] Int. Cl.⁶ ............................................ **H04R 25/00**

[52] U.S. Cl. ............................................ **381/316; 381/320**

[58] **Field of Search** ................................ 381/68.2, 68.4, 381/68, 98, 312, 316, 320, 321; 128/746; 73/585; 364/724.19

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,637,402 | 1/1987 | Adelman ....................... 381/68.2 |
| 4,901,353 | 2/1990 | Widin ........................... 381/68.2 |
| 4,941,191 | 7/1990 | Miller et al. ................ 364/724.19 |
| 4,972,487 | 11/1990 | Mangold et al. ............... 381/68.2 |
| 4,992,966 | 2/1991 | Widin et al. .................... 128/746 |
| 5,027,410 | 6/1991 | Williamson et al. ............ 381/68.4 |
| 5,083,312 | 1/1992 | Newton et al. ................ 381/68.2 |
| 5,111,419 | 5/1992 | Morley, Jr. et al. ............ 381/68 |
| 5,193,070 | 3/1993 | Abiko et al. ................ 364/724.01 |
| 5,230,344 | 7/1993 | Özdamar et al. ................ 128/746 |
| 5,303,306 | 4/1994 | Brillant et al. ............... 381/68.4 |
| 5,475,759 | 12/1995 | Sngebretson ................. 381/68.2 |
| 5,600,728 | 2/1997 | Satre ......................... 381/68.2 |
| 5,604,812 | 2/1997 | Meyer ........................ 381/68.2 |
| 5,608,803 | 3/1997 | Magotra et al. ............... 381/68 |
| 5,771,299 | 6/1998 | Melanson .................... 381/316 |
| 5,796,848 | 8/1998 | Martin ....................... 381/316 |

### FOREIGN PATENT DOCUMENTS

3-284000   12/1991  Japan .

### OTHER PUBLICATIONS

Journal of Acoustic Society of Japan, vol. 47, No. 10, 1991, pp. 778–784.

*Primary Examiner*—Curtis A. Kuntz
*Assistant Examiner*—Xu Mei
*Attorney, Agent, or Firm*—Foley & Lardner

[57] **ABSTRACT**

A digital hearing aid having a variable hearing compensating characteristics, comprises a hearing compensating circuit having a transposed transversal filter, an analyzer for frequency-analyzing an input signal, a memory storing a hearing characteristics of a person to be fitted with the hearing aid, and a controller receiving a frequency analysis result of the input signal and the hearing characteristics, for deriving coefficients for the transposed transversal filter to supply the derived coefficients to the transposed transversal filter. Since the transposed transversal filter is used, the S/N ration is improved, and the control of the characteristics of the filter becomes easy.

**18 Claims, 12 Drawing Sheets**





US005910997A

# United States Patent [19]

## Ishige et al.

[11] **Patent Number:** 5,910,997

[45] **Date of Patent:** Jun. 8, 1999

[54] **DIGITALLY PROGRAMMABLE HEARING AID COMMUNICABLE WITH EXTERNAL APPARATUS THROUGH ACOUSTIC SIGNAL**

[75] Inventors: **Ryuuichi Ishige**; **Reishi Kondo**, both of Tokyo, Japan

[73] Assignee: **NEC Corporation**, Tokyo, Japan

[21] Appl. No.: **08/732,879**

[22] Filed: **Oct. 16, 1996**

[30]       **Foreign Application Priority Data**

Oct. 17, 1995   [JP]   Japan ..................................... 7-268188

[51] **Int. Cl.⁶** ................................................. **H04R 25/00**
[52] **U.S. Cl.** ............................................... **381/314**; 381/312
[58] **Field of Search** ........................... 381/68, 68.2, 68.4

[56]            **References Cited**

U.S. PATENT DOCUMENTS

5,083,312   1/1992   Newton et al. ............................ 381/68

FOREIGN PATENT DOCUMENTS

5-115096   5/1993   Japan .

OTHER PUBLICATIONS

Ono, "Today's Digitally Hearing Aid Technology and Outlook for the Future", Japan Society of Acoustics, vol. 47, No. 10, (1991).

*Primary Examiner*—Sinh Tran
*Attorney, Agent, or Firm*—Foley & Lardner

[57]            **ABSTRACT**

A digitally programmable hearing aid modifies a digital signal representative of a piece of talk and background noise by using hearing aid parameters, and the hearing aid parameters are transferred between the digitally programmable hearing aid and an external system in the form of acoustic signal so as to delete an electric connector from the digitally programmable hearing aid.

**12 Claims, 11 Drawing Sheets**



US005923764A

# United States Patent [19]

## Shennib

[11] **Patent Number:** **5,923,764**

[45] **Date of Patent:** **Jul. 13, 1999**

[54] **VIRTUAL ELECTROACOUSTIC AUDIOMETRY FOR UNAIDED SIMULATED AIDED, AND AIDED HEARING EVALUATION**

[75] Inventor: **Adnan Shennib**, Fremont, Calif.

[73] Assignee: **Decibel Instruments, Inc.**, Fremont, Calif.

[21] Appl. No.: **08/769,186**

[22] Filed: **Dec. 18, 1996**

**Related U.S. Application Data**

[63] Continuation of application No. 08/292,073, Aug. 17, 1994, abandoned.

[51] Int. Cl.⁶ .................................................. **H04R 39/00**
[52] U.S. Cl. ...................................... **381/60**; 381/23.1
[58] Field of Search ................................. 381/23.1, 60

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,118,599 | 10/1978 | Iwahara et al. ........................... | 179/1 |
| 4,139,728 | 2/1979 | Haramoto et al. ......................... | 179/1 |
| 4,219,696 | 8/1980 | Kogure et al. ........................... | 179/1 |
| 4,759,070 | 7/1988 | Voroba et al. ........................... | 381/60 |
| 4,774,515 | 9/1988 | Gehring ................................. | 242/53 |
| 4,809,708 | 3/1989 | Geisler et al. ......................... | 128/746 |
| 5,173,944 | 12/1992 | Begault ................................ | 381/17 |

### OTHER PUBLICATIONS

Mueller, H. Gustav; "A Practical Guide to Today's Bonanza of Underused High–Tech Hearing Products," The Hearing Journal, Mar. 1993, vol. 46, No. 3, pp. 13–27.

Hawkins, David B., Ph.D.; Probe Microphone Measurements: Hearing Aid Selection and Assessment, Chapter 5, "Prescriptive Approaches to Selection of Gain and Frequency Response", pp. 91–112.

Mowrer, Donald E., Ph.D. and Stearns, Carol; "Threshold measurement variability among hearing aid dispensers," Hearing Instruments, vol. 43, No. 4, 1992, pp. 26–27.

Gauthier, E.A. and Rapisardi, D.A., MS; "A threshold is a threshold is a threshold . . . or is it?", Hearing Instruments, vol. 43, No. 3, 1992, pp. 26–27.

(List continued on next page.)

*Primary Examiner*—Thomas D. Lee
*Assistant Examiner*—Stephen Brinich
*Attorney, Agent, or Firm*—Michael A. Glenn

[57] **ABSTRACT**

A hearing evaluation and hearing aid fitting system provides a fully immersive three-dimensional acoustic environment to evaluate unaided, simulated aided, and aided hearing function of an individual. Digital filtering of signal sources representing speech and other sound stimuli according to selected models and signal processing parameters, such as audio sources, spatializing coordinates, acoustic boundaries, hearing aid simulations, and individualized transfer functions synthesizes a simulated acoustic condition for presentation to an individual for objective and subjective hearing evaluation. An intra-canal prosthesis incorporating a microphone probe is positioned in the ear canal to measure in-the-ear-canal responses at a common reference point near the tympanum during unaided, simulated aided, and aided hearing evaluation to provide measurements that directly correlate across all phases of hearing assessment during hearing aid fitting. A virtual electroacoustic audiometer computes hearing aid prescription based on unaided evaluation results and various reference measurements including in-the-ear canal responses to acoustic stimuli. The system synthesizes signals reflecting the combination of an audio signal model, spatialization model, and acoustic boundary model, as well as hearing aid model in the case of simulated aided condition. Once an optimal simulated hearing aid model is selected, based on a number of criteria including optimal performance, sound, restoration, listening preference, type, size, controls, and life-style factors, a detailed hearing aid specification is derived and provided to the dispenser/manufacturer for assembly. A modular hearing aid according to the results of such hearing assessment is also provided that includes highly configurable electroacoustic and electronic signal processing elements.

**32 Claims, 28 Drawing Sheets**



## OTHER PUBLICATIONS

Earphone Calibration, "Real Ear Methods", p. 26.

Valente, M; Potts, L; and Vass, Bill; "Intersubject Variability of the Real–Ear SPL: TDH–39P vs ER 3A Earphones".

Cherry, E. Colin; "Som Experiments on the Recognition of Speech, with One and with Two Ears," The Journal of the Acoustical Society of America, vol. 25, No. 5, Sep. 1953, pp. 975–979.

Cherry, E. Colin and Taylor, W.K; "Some Further Experiments upon the Recognition of Speech, with One and with Two Ears," The Journal of the Acoustical Society of America, vol. 26, No. 4, Jul. 1994, pp. 554–559.

Bronkhorst, A.W. and Plomp, R.; "The effect of head–induced interaural time and level differences on speech intelligibility in noise," J. Acoust. Soc. Am. 83 (4), Apr. 1988, pp. 1508–1516.

Bronkhorst, A.W. and Plomp, R.; "Effect of multiple speech-like maskers on binaural speech recognition in normal and impaired hearing,". Acoust. Soc. Am. 92 (6), Dec. 1992, pp. 3132–3139.

Begault, Durand R.; "Call Signal Intelligibility Improvement Using a Spatial Auditory Display," NASA Technical Memorandum 104014, Apr. 1993.

Chen, Jospeh K. and Geisler, C. Daniel, "Estimation of eardrum acoustic pressure and of ear canal length from remote points in the canal,". Acoust. Soc. Am. 87 (3), Mar. 1990, pp. 1237–1247.

Sandberg, Robert, MS; McSpaden, Jay B., Ph.D.; and Allen, Dan, MA; "Real measurement from real ear equipment," Hearing Instruments, vol. 42, No. 3, 1993, pp. 17–18.

"Selection instrumentation/master hearing aids in review," Hearing Instruments, vol. 39, No. 3, 1988, pp. 18–20.

"ITS—Hearing Aid Simulator," software brochure.

Wightman, Frederic L. and Kistler, Doris J.; "Headphone simulation of free–field listening. I: Stimulus synthesis,". Acoust. Soc. Am. 85 (2), Feb. 1989, pp. 858–867.

Wightman, Frederic L. and Kistler, Doris J.; "Headphone simulation of free–field listening. II: Psychophysical validation.". Acoust. Soc. Am. 85 (2). Feb. 1989. pp. 868–878.

Begault, Durand R. and Wenzel, Elizabeth M., NASA Ames Research Center, Moffett Field, California, "Headphone Localization of Speech," Human Factors, 1993, 35(2), 361–376.

American National Standard, Specification of Hearing Aid Characteristics, ANSI S3.22–1987.

"three–dimensional audio for PC–compatibles," The Beachtron, "Beachtron User's Guide", Crystal River Engineering, Inc.

Zdeblick, Mark J., Ph.D., "A Revolutionary Actuator for Microstructures," reprint from Sensors, Feb. 1993.

Mills, A.W., "On the Minimum Audible Angle,". Acoust. Soc. Am., vol. 30, No. 4, Apr. 1953, pp. 237–246.

Rife, Douglas D. and Vanderkooy, John; "Transfer–Function Measurement with Maximum–Length Sequences," J. Audio Eng. Soc., vol. 37, No. 6, Jun. 1989, pp. 419–442.

American National Standard, Specification for Audiometers, ANSI S3.6.1989.

Jamieson, Donald G., "Consumer–Based Electroacoustic Hearing Aid Measures," JSLPA Monogr. Suppl. 1, Jan. 1993, pp. 87–98.

Assessment of Fitting, Arrangements, Special Circuitry, and Features, pp. 221–224.

US006023517A

# United States Patent [19]

## Ishige

[11] **Patent Number:** 6,023,517

[45] **Date of Patent:** Feb. 8, 2000

[54] **DIGITAL HEARING AID**

[75] Inventor: **Ryuuichi Ishige**, Tokyo, Japan

[73] Assignee: **NEC Corporation**, Tokyo, Japan

[21] Appl. No.: **08/955,454**

[22] Filed: **Oct. 21, 1997**

[30] **Foreign Application Priority Data**

Oct. 21, 1996 [JP] Japan ..................................... 8-277918

[51] Int. Cl.[7] ................................................ **H04R 25/00**

[52] U.S. Cl. ................................... **381/315**; 381/312

[58] Field of Search ........................... 381/312, 315, 381/316, 317, 321

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,237,449 | 12/1980 | Zibell | 381/315 |
| 4,689,820 | 8/1987 | Kopke et al. | 381/315 |
| 5,867,581 | 2/1999 | Obara | 381/312 |
| 5,892,836 | 4/1999 | Ishige et al. | 381/316 |

FOREIGN PATENT DOCUMENTS

8-223698  8/1996  Japan .

Primary Examiner—Sinh Tran
Attorney, Agent, or Firm—Foley & Lardner

[57] **ABSTRACT**

A digital hearing aid enables a user to distinguish an alarm sound from other environmental sound. The hearing aid includes a control unit for determining amplifications for respective frequency band required for acoustic sense compensation on the basis of the result of analysis by an analyzing unit, the hearing characteristics data from a storage unit, and presence and absence of the alarm sound per respective frequency bands from an alarm sound detecting unit for feeding amplification data, and an acoustic sense compensating unit for receiving the input data from an input unit and amplification data from the control unit, for performing an acoustic sense compensating process to increase amplification of the frequency band containing the alarm sound to be greater than those of other frequency bands when the alarm sound contained in a specific frequency band is detected by the alarm sound detecting unit, for outputting.

**6 Claims, 12 Drawing Sheets**



US006094489A

# United States Patent [19]

**Ishige et al.**

[11] **Patent Number:** 6,094,489

[45] **Date of Patent:** Jul. 25, 2000

[54] **DIGITAL HEARING AID AND ITS HEARING SENSE COMPENSATION PROCESSING METHOD**

[75] Inventors: **Ryuuichi Ishige; Yukio Mitome**, both of Tokyo, Japan

[73] Assignee: **NEC Corporation**, Tokyo, Japan

[21] Appl. No.: **08/929,771**

[22] Filed: **Sep. 15, 1997**

[30] **Foreign Application Priority Data**

Sep. 13, 1996 [JP] Japan ..................................... 8-243254

[51] **Int. Cl.**[7] ...................................................... **H04R 25/00**

[52] **U.S. Cl.** ................................................ **381/60**; 381/312

[58] **Field of Search** ........................... 381/60, 71.6, 312, 381/320, 321, 314

[56] **References Cited**

U.S. PATENT DOCUMENTS

| 5,838,801 | 11/1998 | Ishige et al. | ............................. | 381/68.4 |
| 5,852,668 | 12/1998 | Ishige et al. | ............................. | 381/312 |
| 5,892,836 | 4/1999 | Ishige et al. | ............................. | 381/316 |

FOREIGN PATENT DOCUMENTS

| 3-284000 | 12/1991 | Japan . |
| 8-223698 | 8/1996 | Japan . |

Primary Examiner—Curtis A. Kuntz
Assistant Examiner—Phylesha Dabney
Attorney, Agent, or Firm—Sughrue, Mion, Zinn, Macpeak & Seas, PLLC

[57] **ABSTRACT**

Input data are analyzed by FFT, etc. in an analyzing section and power every frequency band is calculated and sent to a control section. In a gain control section, changing characteristics of a gain used in the control section are calculated on the basis of hearing ability characteristics of a user obtained from a memory section and a gain setting memory section, a sound pressure for starting a reduction in gain, and a sound pressure for setting the gain to be equal to or greater than 0 dB. The calculated changing characteristics are sent to the control section. In the control section, the gain every frequency band required in a hearing sense compensating section is determined on the basis of analyzed results obtained from the analyzing section, the hearing ability characteristics of the user obtained from the memory section, and the changing characteristics of the gain obtained from the gain control section. The control section sends data of the gain to the hearing sense compensating section. The hearing sense compensating section obtaining the input data and the gain data performs hearing sense compensation processing with respect to the input data and sends the processed input data to an output section.

**14 Claims, 19 Drawing Sheets**





US006129174A

# United States Patent [19]

## Brown et al.

[11] **Patent Number:** **6,129,174**

[45] **Date of Patent:** **Oct. 10, 2000**

[54] **MINIMAL CONTACT REPLACEABLE ACOUSTIC COUPLER**

[75] Inventors: **Joseph Brown**, Valley Center; **Scott Rouw**, Union City; **Gregory A. Anderson**, Fremont, all of Calif.

[73] Assignee: **Decibel Instruments, Inc.**, Fremont, Calif.

[21] Appl. No.: **09/224,817**

[22] Filed: **Dec. 30, 1998**

[51] Int. Cl.[7] ........................................ **A61B 7/02**
[52] U.S. Cl. ............................................ **181/135**; 381/325
[58] Field of Search ................................... 181/135, 129, 181/131; 381/322, 325, 324, 328

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,803,308 | 8/1957 | Mattia ..................................... 181/131 |
| 4,607,720 | 8/1986 | Hardt . |
| 4,880,076 | 11/1989 | Ahlberg et al. . |
| 5,002,151 | 3/1991 | Oliveira et al. . |
| 5,031,219 | 7/1991 | Ward et al. . |
| 5,201,007 | 4/1993 | Ward et al. . |
| 5,654,530 | 8/1997 | Sauer et al. . |
| 5,742,692 | 4/1998 | Garcia et al. . |
| 5,748,743 | 5/1998 | Weeks . |

| | | |
|---|---|---|
| 5,824,968 | 10/1998 | Packard et al. ..................... 181/135 |

*Primary Examiner*—Khanh Dang
*Attorney, Agent, or Firm*—Michael A. Glenn; Christopher Peil

[57] **ABSTRACT**

An acoustic coupler adapted for use with an intracanal receiver module can be deeply inserted into the ear canal of the user while making minimal contact with the walls of the ear canal. The minimal contact feature of the invention allows the acoustic coupler to seal the ear canal acoustically and anchor a hearing device at an optimal depth within the ear canal, while maximizing the user's comfort. The acoustic coupler is manufactured from a soft, pliable elastomer that allows it to conform readily to the shape of the ear canal. The acoustic coupler incorporates structural supports that allow the coupler to maintain an acoustical seal and withstand the inward pressure of the ear canal wall while making minimal contact with the ear canal. The invention incorporates a cerumen-protecting feature that prevents damage to a hearing device from infiltration of earwax into the sound port of the receiver. A vent pathway for control of occlusion effects is also provided. A user-friendly, attachment mechanism incorporating a snap-on, twist-off feature allows the acoustic coupler to concentrically surround the receiver module within the ear canal in a space-efficient manner.

**28 Claims, 12 Drawing Sheets**



US006167138A

# United States Patent [19]

## Shennib

[11] **Patent Number:** **6,167,138**

[45] **Date of Patent:** *****Dec. 26, 2000**

[54] **SPATIALIZATION FOR HEARING EVALUATION**

[75] Inventor: **Adnan Shennib**, Fremont, Calif.

[73] Assignee: **Decibel Instruments, Inc.**, Fremont, Calif.

[ * ] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: **09/129,542**

[22] Filed: **Aug. 5, 1998**

### Related U.S. Application Data

[60] Continuation of application No. 08/580,051, Dec. 20, 1995, Pat. No. 5,825,894, which is a division of application No. 08/292,073, Aug. 17, 1994, abandoned, which is a continuation of application No. 08/769,186, Dec. 18, 1996.

[51] Int. Cl.[7] .............................. **H04R 5/00**; H04R 29/00
[52] U.S. Cl. .............................................. **381/60**; 381/23.1
[58] Field of Search ............................ 381/60, 23.1, 26, 381/74, 68, 97; 607/56, 57

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,233,665 | 8/1993 | Vaughn et al. | ............................. 381/97 |
| 5,303,306 | 4/1994 | Brillhart et al. | .......................... 381/68 |
| 5,325,436 | 6/1994 | Soli et al. | ............................... 381/68 |
| 5,434,924 | 7/1995 | Jampolsky | ............................. 381/68.4 |
| 5,825,894 | 10/1998 | Shennib | .................................. 381/60 |
| 5,923,764 | 7/1999 | Shennib | .................................. 381/60 |

*Primary Examiner*—Forester W. Isen
*Assistant Examiner*—Brian Tyrone Pendleton
*Attorney, Agent, or Firm*—Michael A. Glenn; Christopher Peil

[57] **ABSTRACT**

A hearing evaluation and hearing aid fitting system provides a fully immersive three-dimensional acoustic environment to evaluate unaided, simulated aided, and aided hearing function of an individual. Digital filtering of signal sources representing speech and other sound stimuli according to selected models and signal processing parameters, such as audio sources, spatializing coordinates, acoustic boundaries, hearing aid simulations, and individualized transfer functions synthesizes a simulated acoustic condition for presentation to an individual for objective and subjective hearing evaluation. An intra-canal prosthesis incorporating a microphone probe is positioned in the ear canal to measure in-the-ear-canal responses at a common reference point near the tympanum during unaided, simulated aided, and aided hearing evaluation to provide measurements that directly correlate across all phases of hearing assessment during hearing aid fitting. A virtual electroacoustic audiometer computes hearing aid prescription based on unaided audiometric evaluation results and various reference measurements including in-the-ear canal responses to acoustic stimuli. The system synthesizes signals reflecting the combination of an audio signal model, spatialization model, and acoustic boundary model, as well as hearing aid model in the case of stimulated aided condition. Once an optimal simulated hearing aid model is selected, based on a number of criteria including optimal performance, sound, restoration, listening preference, type, size, controls, and life-style factors, a detailed hearing aid specification is derived and provided to the dispenser/manufacturer for assembly. A modular hearing aid according to the results of such hearing assessment is also provided that includes highly configurable electroacoustic and electronic signal processing elements.

**4 Claims, 28 Drawing Sheets**



US006330339B1

(12) **United States Patent**       (10) Patent No.:     **US 6,330,339 B1**
Ishige et al.                        (45) Date of Patent:    *Dec. 11, 2001

(54) **HEARING AID**

(75) Inventors: **Ryuuichi Ishige**; **Reishi Kondo**, both
of Tokyo (JP)

(73) Assignee: **NEC Corporation**, Tokyo (JP)

(*) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **08/773,954**

(22) Filed: **Dec. 26, 1996**

(30)      **Foreign Application Priority Data**

Dec. 27, 1995 (JP) .................................. 7-340960

(51) Int. Cl.[7] .................................. **H04R 25/00**
(52) U.S. Cl. .................. **381/312**; 387/67; 387/320;
387/321
(58) Field of Search .................. 381/23.1, 60, 68.2,
381/68.4, 68, 68.3, 67, 312, 317, 320, 321,
314; 340/506, 531, 522, 699, 573.1, 573.7

(56)           **References Cited**

U.S. PATENT DOCUMENTS

3,132,208 * 5/1964 Dymski et al. ..................... 381/67

4,318,245 * 3/1982 Stowell et al. ..................... 46/232
4,425,481 * 1/1984 Mansgold et al. .............. 381/68.2
4,534,058 * 8/1985 Hower .......................... 381/67
5,111,506 * 5/1992 Charpentier et al. ......... 381/68.4
5,467,775 * 11/1995 Callahan et al. .............. 381/67
5,604,811 * 2/1997 McIntyre et al. ............. 381/67

FOREIGN PATENT DOCUMENTS

58-57899    4/1983  (JP) .
1-269400   10/1989  (JP) .
2-62896     5/1990  (JP) .
4-242400    8/1992  (JP) .
5-344595   12/1993  (JP) .
6-105399    4/1994  (JP) .
8-163700    6/1996  (JP) .

* cited by examiner

Primary Examiner—Huyen Le
(74) *Attorney, Agent, or Firm*—Foley & Lardner

(57)           **ABSTRACT**

Outputs of a pulse sensor, a brain wave sensor, a conductivity sensor and an acceleration sensor are input to respectively corresponding condition detecting means, and the condition of the wearer (biological information, motion) is detected by the condition detecting means. The condition determining means determines the operation mode of the hearing aid from the condition of the wearer according to predetermined algorithm. Operation mode control portion drives an earphone based on the operation mode. By this, the characteristics of the hearing aid can be varied adapting to the wearer's condition.

**19 Claims, 6 Drawing Sheets**



100

Case 1:05-cv-00422-GMS    Document 410    Filed 08/31/2008    Page 1 of 51

US006563931B1

(12) **United States Patent**
Soli et al.

(10) Patent No.: **US 6,563,931 B1**
(45) Date of Patent: **May 13, 2003**

(54) **AUDITORY PROSTHESIS FOR ADAPTIVELY FILTERING SELECTED AUDITORY COMPONENT BY USER ACTIVATION AND METHOD FOR DOING SAME**

(75) Inventors: **Sigfrid D. Soli**, Sierra Madre, CA (US); **Ralph P. Fravel**, Woodbury, MN (US)

(73) Assignee: **K/S HIMPP**, Vaerloese (DK)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **07/921,508**

(22) Filed: **Jul. 29, 1992**

(51) Int. Cl.[7] ............................................... **H04R 25/00**
(52) **U.S. Cl.** ........................ **381/318**; 381/321; 381/83
(58) **Field of Search** ........................ 381/68, 68.2, 68.4, 381/71, 93, 72, 83, 312, 318, 320, 321

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,025,721 A | 5/1977 | Graupe et al. | |
| 4,185,168 A | 1/1980 | Graupe et al. | |
| 4,425,481 A | * 1/1984 | Mansgold et al. | ............ 381/68 |
| 4,471,171 A | 9/1984 | Kopke et al. | |
| 4,630,304 A | 12/1986 | Borth et al. | |
| 4,658,426 A | * 4/1987 | Chabris et al. | ............... 381/93 |
| 4,759,071 A | 7/1988 | Heide | |
| 4,783,818 A | * 11/1988 | Graupe et al. | ............... 381/71 |
| 4,791,390 A | * 12/1988 | Harris et al. | |
| 4,815,140 A | 3/1989 | Wagner | |
| 4,815,141 A | 3/1989 | Carver et al. | |
| 4,956,867 A | 9/1990 | Zurek et al. | ............... 381/94.1 |
| 5,027,410 A | 6/1991 | Williamson et al. | |
| 5,083,312 A | 1/1992 | Newton et al. | ............ 381/68.4 |
| 5,091,952 A | 2/1992 | Williamson et al. | |
| 5,259,033 A | * 11/1993 | Goodings et al. | ............ 381/68 |

OTHER PUBLICATIONS

Widrow et al., Adaptive Signal Processing, 1985, pp. 103–106 & 305.*

* cited by examiner

*Primary Examiner*—Huyen Le
(74) *Attorney, Agent, or Firm*—Sughrue Mion, PLLC

(57) **ABSTRACT**

An auditory prosthesis, and method, which is able to adapt better to filter out a selected unwanted portion of the auditory input signal by relying on a human activation, such as activation by the user, who knows by listening when the auditory environment contains only, or mostly only, the selected unwanted portion of the auditory input signal. This person may then activate the adaptive filter of the auditory prosthesis. The adaptive filter then utilizes the then current auditory environment as a noise reference on which to adapt. A transducer is adapted to receive the environmental sound and convert the environmental sound into an electrical input signal. The electrical input signal contains a selected electrical component corresponding to the selected auditory component in the environmental sound. An adaptive filter receives the electrical input signal and provides a filtered signal. The adaptive filter has adaptable filtering characteristics based upon a reference. The adaptive filter is operable in response to activation by the user to adapt the filtering characteristics using the electrical input signal as the reference to determine the filtering characteristics required to filter the selected electrical component from the electrical input signal. The filtered signal is received and converted to the auditory stimulus.

**15 Claims, 3 Drawing Sheets**

