# EXHIBIT A

Case 1:05-cv-00422-GMS    Document 418    Filed 10/02/2007    Page 1 of 4

**THIS DOCUMENT WAS FILED UNDER SEAL**

# EXHIBIT B

**THIS DOCUMENT WAS FILED UNDER SEAL**