IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-422 (GMS) |
| ) | |
| SONIC INNOVATIONS, INC., et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, under the Court's Scheduling Order (D.I. 206), modified Order (D.I. 309), and the minute entry of June 13, 2007, the fact discovery cutoff was set for August 31, 2007, opening expert reports were due on September 14, 2007, answering expert reports are due on October 15, 2007, and expert depositions are to be completed by November 21, 2007;

WHEREAS ETG has proposed to Defendants Widex Group and Demant Group that the answering expert reports be extended by four days to Friday, October 19, 2007 because one of its experts expected to provide an answering expert report has been traveling outside the country;

WHEREAS Defendants Widex Group and Demant Group have agreed to this extension;

WHEREAS the date for the completion of expert depositions and discovery will remain November 21, 2007 and this extension will not affect any other dates in the Court's scheduling order;

- 2 -

WHEREAS the Court during the teleconference on September 18, 2007 permitted the extension of fact discovery so that certain fact depositions could proceed, and asked that the parties submit a stipulated form of order setting a date for that extension of fact discovery; and

WHEREAS the parties are working to complete those fact depositions by November 15, 2007, but there are certain difficulties in scheduling those depositions relating to the physical condition of one witness and the availability and accessibility of the third party witnesses;

IT IS HEREBY STIPULATED by the parties listed above, subject to the approval of the Court, that paragraph 5 of the Court's Scheduling Order (D.I. 206), and the Court's July 30, 2007 modified Order (D.I. 309), be changed to the following extent:

(1)     The date for the completion of fact discovery shall be extended to November 15, 2007 for the limited purpose of completing the fact depositions permitted by the Court. If there is a need for a further extension due to difficulties in scheduling as noted above, the parties will seek by stipulation the Court's approval of a further extension; and

(2)     All answering expert reports shall be served by October 19, 2007. The date for the completion of expert depositions shall remain November 21, 2007.

| | |
|---|---|
| PEPPER HAMILTON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Edmond D. Johnson* | */s/ Mary B. Graham* |
| Edmond D. Johnson (#2257)<br>Thomas Henry Kovach (#3964)<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, DE 19899-1709<br>302.777.6539 | Mary B. Graham (#2256)<br>James W. Parrett, Jr. (#4292)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |
| Brian M. Buroker<br>Robert Kinder<br>Maya M. Eckstein<br>Marty Steinberg<br>HUNTON & WILLIAMS LLP<br>1900 K Street, N.W.<br>Washington, D.C. 20006-1109<br>202.955.1500 | John M. Romary<br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER<br>901 New York Ave., N.W.<br>Washington, DC 20001-4413 |
| *Attorneys for Energy Transportation Group, Inc.* | *Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC* |
| | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| | */s/ Donald E. Reid* |
| | Donald E. Reid (#1058)<br>Jason A. Cincilla (#4232)<br>1201 N. Market Street<br>Wilmington, DE 19899 |
| | William H. Mandir<br>David J. Cushing<br>Carl J. Pellegrini<br>SUGHRUE MION PLC<br>2100 Pennsylvania Ave., N.W.<br>Washington, DC 20037 |
| | *Attorneys for Widex A/S and Widex Hearing Aid Co. Inc.* |

Dated: October 14, 2007

SO ORDERED this _____ day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE

1260790