# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) ) |
| | ) C.A. NO. 05-422 (GMS) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SONIC INNOVATIONS, INC., ET AL., | ) JURY TRIAL DEMANDED |
| | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, Energy Transportation Group, Inc. ("ETG"), and defendant Resistance Technology, Inc. ("RTI"), by their undersigned counsel, the parties having entered into a Settlement Agreement dated October 12, 2007, that, subject to the approval of the Court hereof, pursuant to Fed. R. Civ. P. 41(a)(1), this action between ETG and RTI, including all claims, defenses and counterclaims between them, is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

Dated: October 24, 2007

WIL:69265.1/RES068-230363

STIPULATED AND AGREED TO:

          /s/ Edmond D. Johnson
Edmond D. Johnson (No. 2257)
PEPPER HAMILTON
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

OF COUNSEL:

Marty Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue
Suite 2500
Miami, Florida  33131
Telephone:  (305) 810-2500
Facsimile:  (305) 810-2460

Brian M. Buroker
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006-1109
Telephone:  (202) 955-1500
Facsimile:  (202) 778-2201

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone:  (804) 788-8788
Facsimile:  (804) 343-4630

*Attorneys for Plaintiff,  Energy Transportation Group, Inc.*

- 3 -

        /s/ Barry Klayman
Barry M. Klayman (#3676)
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
Wilmington Trust Center
1100 North Market St., Suite 1001
Wilmington, DE 19801
Telephone: (302) 777-0313
Facsimilie: (302) 778-7813

     and

Jeffrey D. Shewchuk
SHEWCHUK IP SERVICES, LLP
533 77th Street West
Eagan, MN 55121

*Attorneys for Defendant, Resistance Technology Inc.*

SO ORDERED:

_____
               Sleet, J.