# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Mary B. Graham
302.351.9199
mgraham@mnat.com

November 1, 2007

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

        RE:   *Energy Transportation Group, Inc. v. Sonic Innovations, Inc., et al.*
                C.A. No. 05-422-GMS

Dear Chief Judge Sleet:

        In follow-up to Ted Johnson's and my call today with chambers, this is to let the Court know that, as a result of further developments, defendants have additional concerns with respect to the 1984 VA Report, produced to us by ETG at the end of discovery, and our ability to obtain the evidence necessary to prove its prior art status and the inventor's contemporaneous knowledge of that report. The issue of the 1984 VA Report was raised in the teleconference with the Court on September 18, and the Court permitted certain additional discovery. A dispute has recently arisen over the further developments and whether and what consequences might flow from them.

        We understand that ETG is not in a position to argue this issue in today's call (scheduled by the Court to address issues briefed after the last call). We therefore would not ask that it be argued today. But we did not want the call to pass without our at least alerting the Court to the fact that there was a further issue, and, if appropriate, asking the Court either to allow letter briefing on the issue or to schedule a further call.

        Respectfully,

        */s/ Mary B. Graham*

        Mary B. Graham

MBG/dam
cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via efiling and email)
1302760