## CERTIFICATE OF SERVICE

I do hereby certify that on the 8th day of November, 2007, I caused a true copy of the foregoing Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing Notice of Service was caused to be served via electronic mail and by United States mail upon the following counsel of record:

Mary B. Graham (#2256)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC 20001-4413

*Attorneys for William Demant Holding A/S,
WDH Inc., Oticon A/S, Oticon, Inc.,
Bernafon AG, and Bernafon LLC*

Thomas C. Grimm (#1098)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

James R. Sobieraj
David H. Bluestone
BRINKS HOFER GILSON & LIONE
NBC Tower
455 Cityfront Plaza Dr., Suite 3600
Chicago, IL 60611

*Attorneys for Phonak Inc., Phonak LLC,
Unitron Hearing Inc., and Unitron
Hearing Ltd.*

#9026262 v1

| | |
|---|---|
| Mary B. Matterer (#2696) | Donald E. Reid (#1058) |
| Amy Quinlan (#3021) | Jason A. Cincilla (#4232) |
| MORRIS, JAMES, HITCHENS & WILLIAMS | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| 500 Delaware Avenue, Suite 1500 | 1201 N. Market Street |
| Wilmington, DE 19801-1494 | Wilmington, DE 19899 |
| | |
| Richard Morgan | William H. Mandir |
| Steven Reitenour | David J. Cushing |
| BOWMAN AND BROOKE LLP | Carl J. Pellegrini |
| 150 S. Fifth St., Suite 2600 | SUGHRUE MION PLC |
| Minneapolis, MN 55402 | 2100 Pennsylvania Ave., N.W. |
| | Washington, DC 20037 |
| *Attorneys for Starkey Laboratories, Inc.* | |
| | *Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.* |

Edmond D. Johnson (# 2257)

#9026262 v1