IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-422 (GMS) |
| ) | |
| SONIC INNOVATIONS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION REGARDING DATE STAMPED COPIES OF**
**<u>REHABILITATION R & D PROGRESS REPORTS - 1984</u>**

Defendants Oticon A/S, Oticon, Inc., Bernafon AG, Bernafon LLC, WDH Inc. and William Demant Holding A/S (collectively the "Demant Defendants"); Widex A/S and Widex Hearing Aid Co. Inc. (collectively the "Widex Defendants"); and Plaintiff Energy Transportation Group, Inc. ("ETG") stipulate as follows:

1. The VA's Rehabilitation R&D Progress Reports -1984 (the "1984 VA Report") was received by the four indicated libraries by the corresponding dates indicated, namely:

| <u>Library</u> | <u>Date by which received:</u> |
|---|---|
| New York State Education Department, Office of Vocational Rehabilitation, Library Resource Center | September 5, 1985 |
| Indiana University School of Medicine Library | September 9, 1985 |
| National Library of Medicine | September 16, 1985 |
| Madigan Army Medical Center- Medical Library | October 2, 1985 |

2. Each of the date-stamped covers and cover pages, attached as Exhibit 1, is a true and correct copy from the files of the libraries indicated in paragraph 1, above.

| PEPPER HAMILTON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Edmond D. Johnson* | */s/ James W. Parrett, Jr.* |
| Edmond D. Johnson (#2257)<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, DE 19899-1709<br>302.777.6539 | Mary B. Graham (#2256)<br>James W. Parrett, Jr. (#4292)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |
| Brian M. Buroker<br>Robert Kinder<br>Maya M. Eckstein<br>Marty Steinberg<br>HUNTON & WILLIAMS LLP<br>1900 K Street, N.W.<br>Washington, D.C. 20006-1109<br>202.955.1500 | John M. Romary<br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER<br>901 New York Ave., N.W.<br>Washington, DC 20001-4413 |
| *Attorneys for Energy Transportation Group, Inc.* | *Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC* |
|  | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
|  | */s/ Donald E. Reid* |
|  | Donald E. Reid (#1058)<br>Jason A. Cincilla (#4232)<br>1201 N. Market Street<br>Wilmington, DE 19899 |
|  | William H. Mandir<br>David J. Cushing<br>Carl J. Pellegrini<br>SUGHRUE MION PLC<br>2100 Pennsylvania Ave., N.W.<br>Washington, DC 20037 |
|  | *Attorneys for Widex A/S and Widex Hearing Aid Co. Inc.* |

Dated: November 15, 2007
1314722