# EXHIBIT 1

WB 22.1 R345    SEQ: R11210000
REHABILITATION R AND D PROGRESS

# Rehabilitation R&D Progress Reports - 1984



Department of
Medicine and Surgery
Rehabilitation R&D Service



NATIONAL LIBRARY SEP 16 1985 OF MEDICINE

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.





# Rehabilitation R&D Progress Reports 1984

Rehabilitation R&D Progress Reports
is a publication of
The Veterans Administration,
Department of Medicine and Surgery

Rehabilitation Research and Development Service
Office of Technology Transfer (153D)
Veterans Administration Medical Center
50 Irving Street, N.W.
Washington, D.C. 20422

New York State Education Department
Office of Vocational Rehabilitation
Library Resources Center
99 Washington Avenue  Room 1905
Albany, NY 12207

SEP 5  1985



Rehabilitation R&D Progress Reports - 1984

Veterans Administration

INDIANA UNIVERSITY
SEP 9 1985
SCHOOL OF MEDICINE
LIBRARY







# Rehabilitation R&D Progress Reports 1984

Rehabilitation R&D Progress Reports
is a publication of
The Veterans Administration,
Department of Medicine and Surgery

Rehabilitation Research and Development Service
Office of Technology Transfer (153D)
Veterans Administration Medical Center
50 Irving Street N.W.
Washington, D.C. 20422

MEDICAL LIBRARY
OCT 2 1985
\_ \_ \_ AN ARMY



MEDICAL LIBRARY
BOX 375
MADIGAN ARMY MEDICAL CENTER
TACOMA, WASHINGTON 98431
TEL. 206/967-6782