## CERTIFICATE OF SERVICE

I do hereby certify that on the 20th day of November, 2007, I caused a true copy of the foregoing Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing Notice of Service was caused to be served via electronic mail and by United States mail upon the following counsel of record:

| | |
|---|---|
| Mary B. Graham (#2256)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Donald E. Reid (#1058)<br>Jason A. Cincilla (#4232)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19899 |
| John M. Romary<br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER<br>901 New York Ave., N.W.<br>Washington, DC 20001-4413 | William H. Mandir<br>David J. Cushing<br>Carl J. Pellegrini<br>SUGHRUE MION PLC<br>2100 Pennsylvania Ave., N.W.<br>Washington, DC 20037 |
| *Attorneys for William Demant Holding A/S,<br>WDH Inc., Oticon A/S, Oticon, Inc.,<br>Bernafon AG, and Bernafon LLC* | *Attorneys for Widex A/S, Widex Hearing<br>Aid Co., Inc.* |

_____
Edmond D. Johnson (# 2257)

#9071118 v1