IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-422 (GMS) |
| | ) |
| SONIC INNOVATIONS, INC., et al., | ) ATTORNEYS' EYES ONLY |
| | ) SUBJECT TO PROTECTIVE |
| Defendant. | ) ORDER |

### EXHIBITS 1 THROUGH 15
### FOR PLAINTIFF ENERGY TRANSPORTATION GROUP, INC.'S
### BRIEF IN OPPOSITION TO DEMANT AND WIDEX DEFENDANTS; MOTION TO
### AMEND ANSWER AND COUNTERCLAIM [FILED UNDER SEAL]

Of COUNSEL:

Brian M. Buroker
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006-1109
Telephone: (202) 955-1500

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: (804) 788-8788

Marty Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500

Dated: November 21, 2007

Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Fax: (302) 421-8390

*Attorneys for Energy Transportation Group, Inc.*

# EXHIBITS 1 THROUGH 15

# THESE DOCUMENTS WERE FILED UNDER SEAL