IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SONIC INNOVATIONS, INC., *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)    C.A. No. 05-422-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Energy Transportation Group, Inc. ("ETG") and defendants Phonak AG, Phonak, Inc., Phonak, LLC, Unitron Hearing, Inc., and Unitron Hearing, LTD. (collectively "Phonak"), acting by and through counsel, do hereby stipulate that, pursuant to an Agreement executed November 9, 2007, this action, including all claims, defenses or counterclaims as between ETG and Phonak, is hereby dismissed with prejudice, with each party to bear its own costs.

The Court shall retain jurisdiction to enforce the terms of the Agreement entered into in this case, the terms of which are hereby specifically incorporated by reference in this order. In addition, both ETG and Phonak hereby agree that this Court shall retain jurisdiction over any dispute related to the Agreement.

PEPPER HAMILTON LLP

*/s/ Edmond D. Johnson*

_____

Edmond D. Johnson (#2257)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500
johnsone@pepperlaw.com
  *Attorneys for Plaintiff*

*OF COUNSEL:*

Marty Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
(305) 810-2500

Brian M. Buroker
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006-1109
(202) 955-1500

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
(804) 788-8788

Dated: November 27, 2007

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

_____

Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
  *Attorneys for Defendants Phonak AG,*
  *Phonak LLC, Unitron Hearing Ltd.,*
  *and Unitron Hearing, Inc.*

*OF COUNSEL:*

James R. Sobieraj
Meredith Martin Addy
David H. Bluestone
Robert G. Pluta
BRINKS HOFER GILSON & LIONE
455 North Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL 60611-5599
(312) 321-4200

SO ORDERED this _____ day of _____, 2007.


_____
United States District Court Judge

1322301

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 27, 2007, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on November 27, 2007 upon the following parties:

| | |
|---|---|
| Representing Energy Transportation Group, Inc. | Edmond D. Johnson<br>Pepper Hamilton LLP<br>**johnsone@pepperlaw.com**<br><br>Thomas H. Kovach<br>Pepper Hamilton LLP<br>**kovacht@pepperlaw.com**<br><br>Brian M. Buroker<br>Hunton & Williams LLP<br>**etg@hunton.com** |
| Representing Phonak AG, Phonak, LLC, Unitron Hearing Ltd., and Unitron Hearing, Inc. | Thomas C. Grimm<br>Morris, Nichols, Arsht & Tunnell llp<br>**tgrimm@mnat.com**<br><br>James R. Sobieraj<br>David H. Bluestone<br>Brinks Hofer Gilson & Lione<br>**phonaketg@brinkshofer.com** |

Representing Starkey
Laboratories, Inc.

Mary B. Matterer
Morris James LLP
**mmatterer@morrisjames.com**

Amy A. Quinlan
Morris James LLP
**aquinlan@morrisjames.com**

Steven L. Reitenour
Bowman and Brooke llp
**steve.reitenour@bowmanandbrooke.com**

Richard G. Morgan
Bowman and Brooke llp
**richard.morgan@bowmanandbrooke.com**

Representing Widex A/S
and Widex Hearing Aid Co. Inc.

Donald E. Reid
Morris, Nichols, Arsht & Tunnell llp
**dreid@mnat.com**

William H. Mandir
Sughrue Mion PLLC
**wmandir@sughrue.com**

David J. Cushing
Sughrue Mion PLLC
**dcushing@sughrue.com**

Carl J. Pellegrini
Sughrue Mion PLLC
**cpellegrini@sughrue.com**

Brian K. Shelton
Sughrue Mion PLLC
**bshelton@sughrue.com**

Representing William Demant Holding A/S, WDH, Inc., Oticon A/S, Oticon Inc., Bernafon AG, and Bernafon, LLC

Mary B. Graham
Morris, Nichols, Arsht & Tunnell llp
**mgraham@mnat.com;**
**mbgeservice@mnat.com**

John M. Romary
Finnegan, Henderson, Farabow, Garrett & Dunner
**john.romary@finnegan.com**

C. Gregory Gramenopoulos
Finnegan, Henderson, Farabow, Garrett & Dunner
**c.gregory.gramenopoulos@finnegan.com**

*/s/ Thomas C. Grimm*

_____

Thomas C. Grimm (#1098)

1322301