# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC. ) | |
| ) | C.A. NO. 05-422 (GMS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SONIC INNOVATIONS, INC., ET AL. ) | JURY TRIAL DEMANDED |
| ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Energy Transportation Group, Inc. ("ETG") and defendant Starkey Laboratories Inc. ("Starkey"), acting by and through counsel, do hereby stipulate that, in accordance with a Settlement Agreement & Covenant Not to Sue ("Agreement") entered into on November 12, 2007, this action, including all claims, defenses and counterclaims as between ETG and Starkey, is hereby dismissed with prejudice, with each party to bear its own costs.

The Court shall retain jurisdiction to enforce the terms of the Agreement, the terms of which are hereby specifically incorporated by reference in this Order. In addition, both ETG and Starkey hereby agree that this Court shall retain jurisdiction over any dispute related to the Agreement.

STIPULATED AND AGREED TO:

/s/ Edmond D. Johnson
Edmond D. Johnson (No. 2257)
PEPPER HAMILTON LLP
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

Marty Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue
Suite 2500
Miami, Florida  33131

Brian M. Buroker
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006-1109

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

*Attorneys for
Energy Transportation Group, Inc.*


Dated:  November 28, 2007

/s/ Mary B. Matterer
Mary B. Matterer (#2696)
Amy Quinlan (#3021)
MORRIS, JAMES, HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899

Richard Morgan
Steven Reitenour
BOWMAN AND BROOKE LLP
150 S. Fifth St., Suite 3000
Minneapolis, MN  55402

*Attorneys for Starkey Laboratories, Inc.*


SO ORDERED:

_____
United States District Court Judge

- 2 -