**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )   C.A. No. 05-422 (GMS) |
| SONIC INNOVATIONS, INC., et al, | ) ) )   **FILED UNDER SEAL** |
| Defendants. | ) ) ) |

**[PROPOSED] FINAL PRETRIAL ORDER**

| **PEPPER HAMILTON LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
|---|---|---|
| Edmond D. Johnson (# 2257) | Mary B. Graham (#2256) | Donald E. Reid (#1058) |
| Matthew A. Kaplan (#4956) | James W. Parrett, Jr. (#4292) | Jason A. Cincilla (#4232) |
| Hercules Plaza Suite 5100 | 1201 N. Market Street | 1201 N. Market Street |
| 1313 Market Street | Wilmington, DE 19899 | Wilmington, DE 19899 |
| Wilmington, DE 19899-1709 | | |
| | | |
| Of Counsel: | Of Counsel: | Of Counsel: |
| | | |
| Marty Steinberg | John M. Romary | William H. Mandir |
| HUNTON & WILLIAMS LLP | C. Gregory Gramenopoulos | David J. Cushing |
| 1111 Brickell Avenue, Suite 2500 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER | Carl J. Pellegrini |
| Miami, FL 33131 | | Brian K. Shelton |
| | | SUGHRUE MION PLC |
| Brian M. Buroker | 901 New York Ave., N.W. | 2100 Pennsylvania Ave., |
| Robert L. Kinder, Jr. | Washington, DC 20001-4413 | N.W., Ste. 800 |
| HUNTON & WILLIAMS LLP | | Washington, DC 20037 |
| 1900 K Street, N.W.; | *Attorneys for the Demant Defendants* | |
| Suite 1200 | | *Attorneys for the Widex Defendants* |
| Washington, DC 20006-1109 | | |

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

*Attorneys for Plaintiff Energy
Transportation Group, Inc.*

#9120691 v1

**THIS DOCUMENT WAS FILED UNDER SEAL**

#9120691 v1

# CERTIFICATE OF SERVICE

I do hereby certify that on the 6th day of December, 2007, I caused a true copy of the foregoing *[Proposed] Final Pretrial Order* to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing *[Proposed] Final Pretrial Order* were caused to be served on December 7, 2007 via Hand Delivery upon the local counsel of record:

| | |
|---|---|
| Mary B. Graham (#2256)<br>James W. Parrett, Jr. (#4292)<br>MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br><br>John M. Romary<br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER<br>901 New York Ave., N.W.<br>Washington, DC 20001-4413<br><br>*Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC* | Donald E. Reid (#1058)<br>Jason A. Cincilla (#4232)<br>MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19899<br><br>William H. Mandir<br>David J. Cushing<br>Carl J. Pellegrini<br>SUGHRUE MION PLC<br>2100 Pennsylvania Ave., N.W.<br>Washington, DC 20037<br><br>*Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.* |

/s/ Matthew A. Kaplan
Matthew A. Kaplan (#4956)

#9120691 v1