**EXHIBITS 1 THROUGH 19**

**THESE DOCUMENTS WERE FILED UNDER SEAL**