EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC. )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SONIC INNOVATIONS, INC, ET AL. )<br>)<br>)<br>Defendants. )<br>) | C.A. NO. 05-422 (GMS) |

**PLAINTIFF, ENERGY TRANSPORTATION GROUP INC.'S,**
**AMENDED INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Pursuant to Federal Rules of Civil Procedure 26(a)(1), Plaintiff, Energy Transportation Group, Inc. ("ETG"), submits the following amended initial disclosures. These disclosures are made without waiver of and with preservation of the following:

A.      The right to object to the use of any matters disclosed herein, or the subject matter thereof, on any ground in any further proceeding in this action (including the trial of this action) and any other action;

B.      All issues as to competency, relevancy, materiality, privilege, and admissibility of matters disclosed herein, and the subject matter thereof, as evidence for any purposes in any further proceeding in this action (including the trial of this action) and any other action;

C.      The right to object on any legitimate ground at any time to a demand or request for further disclosure of matters identified herein, including, but not limited to, requests for documents, interrogatories, requests for admission, depositions, or other discovery proceedings involving or relating to the subject matter or this controversy;

D.    The right at any reasonable time to revise, correct, add to, supplement, or clarify any of the disclosures contained herein; and

E.    The right to object to the disclosure of the underlying information unless there is an inappropriate protective order in force.

In the event any matters are inadvertently disclosed by ETG and otherwise fall within the attorney-client privilege and/or work-product privilege, ETG shall not be deemed to have waived its privilege as to any such disclosure or the information contained therein, or the right to the attorney-client privilege and/or work-product privilege as to any matter that arises during the course of this litigation or any subsequent proceeding.

**Persons Likely to Have Discoverable Information**

Pursuant to Rule 26(a)(1)(A), ETG presently believes that the following individuals are likely to have discoverable information that ETG may use to support its claims or defenses to counterclaims, excluding persons to be used solely for impeachment. The subjects of discoverable information for which these individuals are identified are also provided.

| Name | Company & Address | Subject(s) of Information |
|------|-------------------|---------------------------|
| Jeremy Agnew | 2110 Wood Avenue<br>Colorado Springs, Colorado 80907 | Infringement; Willful Infringement; Damages |
| Jont Allen | 2061 Beckman Institute, MC-251<br>405 North Matthews<br>Urbana, Illinois 61801 | Validity |
| David Anderson | Address Unknown, Identified by Defendants | Validity |
| Harold Antin | Address Unknown, Identified by Defendants | Validity |
| Mark Antin | Address Unknown, Identified by Defendants | Validity |
| Hans-Peter Attinger | Phonak AG<br>Laubistrutistrasse 28<br>CH8712 Stafa<br>Switzerland | Infringement; Willful Infringement; Damages |
| Anthony G. Barriero, Sr. | 3095 Willow Green<br>Sarasota, FL 34235-2039 | Infringement; Willful Infringement; Damages |

| Name | Company & Address | Subject(s) of Information |
|------|-------------------|---------------------------|
| S. Basseas | Address Unknown, Identified by Defendants | Validity |
| Christian Berg | Moritzbergstrasse 5<br>CH-8713 Uerikon<br>Switzerland | Infringement; Willful Infringement; Damages |
| D. A. Berkley | Address Unknown, Identified by Defendants | Validity |
| Leland Best | 6309 Zinnia Street<br>Arvada, Colorado 80004-3852 | Validity |
| Peter Nikolai Bisgaard | GN Resound<br>Markaevej 2A<br>P.O. Box 224<br>DK 2630 Tastrup<br>Denmark | Infringement; Willful Infringement; Damages; Licensing of hearing aid technology |
| J. Blauert | Address Unknown, Identified by Defendants | Validity |
| Pascal Brandenberger | Phonak AG<br>Laubistrutistrasse 28<br>CH8712 Stafa<br>Switzerland | Infringement; Willful Infringement; Damages |
| Kip Brown | 11275 Terra Bella Drive,<br>Cupertino, California 95014 | Infringement |
| Ora Buerkli | Phonak AG<br>Laubistrutistrasse 28<br>CH8712 Stafa<br>Switzerland | Infringement; Willful Infringement; Damages |
| John Bunce | Address Unknown, Identified by Defendants | Validity |
| D. Causey | Address Unknown, Identified by Defendants | Validity |
| Dr. Douglas Chabries | 1856 North 690 East<br>Oren, UT 84097 | Validity |
| Kimball C. Chen | Energy Transportation Group, Inc.<br>654 Madison Avenue, 17th Floor<br>New York, NY 10021<br>(Should be contacted through counsel of record) | Patent procurement and ownership of the patents in suit; Willful Infringement; ETG Corporate Information; damages. |
| R.W. Christiansen | Address Unknown, Identified by Defendants | Validity |
| Thomas Christensen | William Demant Holding A/S<br>Oticon A/S<br>Strandvejen 58,<br>2900 Hellerup<br>Denmark | Infringement; Willful Infringement; Damages |

| Name | Company & Address | Subject(s) of Information |
|------|-------------------|---------------------------|
| Davis J. Cushing | Sughrue Mion PLLC<br>2100 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, District of Columbia<br>20037-3213 | Notice<br>Willful Infringement,<br>Damages |
| Jerry DaBell | Sonic Innovations Inc.<br>2795 East Cottonwood Parkway<br>Suite 660<br>Salt Lake City, UT  84121 | Infringement; Willful<br>Infringement; Damages;<br>Licensing of hearing aid<br>technology |
| Keith Davis | Sonic Innovations Inc.<br>2795 East Cottonwood Parkway<br>Suite 660<br>Salt Lake City, UT  84121 | Infringement; Willful<br>Infringement; Damages |
| Richard S. Dugot | 590 West End Avenue<br>New York, NY  10024<br>(212) 873-8067<br>(Should only be contacted through<br>counsel of record) | Conception, Reduction to<br>Practice; Patent procurement;<br>Inventorship; Infringement;<br>Willful Infringement;<br>Damages; Validity |
| David Egolf | 504 Eagle Alley<br>Troy, Idaho  83871 | Validity |
| Glen Ethe | Widex Hearing Aid Co., Inc.<br>3553  24th Street<br>Long Island City, NY  11106 | Infringement; Willful<br>Infringement; Damages |
| Alex W. Evans | Energy Transportation Group, Inc.<br>654 Madison Avenue, 17th Floor<br>New York, NY  10021<br>(Should only be contacted through<br>counsel of record) | Ownership of the patents in<br>suit; ETG Corporate<br>Information; damages. |
| Mark Gorder | Resistance Technology, Inc.<br>1260 Red Fox Road<br>Arden Hills, MN  55112-6944 | Infringement; Willful<br>Infringement; Damages |
| Daniel Graupe | 496 Hillside Drive<br>Highland Park, Illinois  66035 | Validity |
| J. Grosspietsch | Address Unknown, Identified by<br>Defendants | Validity |
| Robert Guinta | Former Employee of Energy<br>Transportation Group, Inc.<br>654 Madison Avenue, 17th Floor<br>New York, NY  10021<br>(Should only be contacted through<br>counsel of record) | Conception, Reduction to<br>Practice |
| Joseph L. Hall | 20 Kinnan Way<br>Basking Ridge, New Jersey  07920 | Validity |

4

| Name | Company & Address | Subject(s) of Information |
|---|---|---|
| Bruno Haller | Phonak AG<br>Laubistrutistrasse 28<br>CH8712 Stafa<br>Switzerland | Infringement; Willful<br>Infringement; Damages |
| Michael Halloran | Sonic Innovations Inc.<br>2795 East Cottonwood Parkway<br>Suite 660<br>Salt Lake City, Utah 84121 | Infringement; Willful<br>Infringement; Damages |
| Martha Hanscom | c/o Susan Weidel, Esq.<br>University of Wyoming<br>Old Main, Room 203, Dept. 3434<br>Laramie, Wyoming 82071 | Validity |
| Christian Hauge | William Demant Holding A/S<br>Oticon A/S<br>Strandvejen 58,<br>2900 Hellerup<br>Denmark | Infringement; Willful<br>Infringement; Damages |
| Niels Jacobsen | William Demant Holding A/S<br>Oticon A/S<br>Strandvejen 58,<br>2900 Hellerup<br>Denmark | Infringement; Willful<br>Infringement; Damages;<br>Licensing of hearing aid<br>technology |
| Raymond G. Jacquot | 1072 Empinado Drive<br>Laramie, Wyoming 82072-5019 | Validity |
| James Kates | 6796 Audubon Avenue<br>Longmont, Colorado 80503-8667 | Infringement; Willful<br>Infringement; Damages;<br>Validity |
| Thomas Kaulberg | William Demant Holding A/S<br>Oticon A/S<br>Strandvejen 58,<br>2900 Hellerup<br>Denmark | Infringement; Willful<br>Infringement; Damages |
| Dr. R. Lynn Kirlin | 24 Robins Place<br>Everson, Washington 98247 | Validity |
| Wen H. Ko, Ph.D. | Case Western Reserve University<br>715 B Glenman Building<br>Cleveland, Ohio 44106 | Conception, Reduction to<br>Practice |
| Kenneth W. Kopper | 1221 Crossman Ave<br>Sunnyvale, CA 94089<br>(Should only be contacted through<br>counsel of record) | Conception, Reduction to<br>Practice; Patent procurement;<br>Inventorship; Infringement;<br>Willful Infringement;<br>Damages; Validity |

| Name | Company & Address | Subject(s) of Information |
|---|---|---|
| Robert Krebs | Thelen Reid Brown Raysman & Steiner LLP 225 West Santa Clara Street Suite 1200 San Jose, California 95113 | Validity Notice HIMPP |
| Francis Kuk | Widex Hearing Aid Co., Inc. 3553 24th Street Long Island City, NY 11106 | Infringement; Willful Infringement; Damages |
| Vernon Larson | 114 Meadow Lake Circle Ardmore, Alabama 35739 | Validity, Commercialization, Damages |
| Harry Levitt | P.O. BOX 610 Bodega Bay, CA 94923 998 Sea Eagle Drive (707) 875-2289 (Should only be contacted through counsel of record) | Conception, Reduction to Practice; Patent procurement; Inventorship; Infringement; Willful Infringement; Damages; Validity |
| Doug Lynn | Address Unknown, Identified by Defendants | Validity |
| Michael Marion | Address Unknown, Identified by Defendants | Validity |
| Giselle Matsui | Expert Hearing & Audiology 18315 Cascade Dr. Suite 100 Eden Prairie, MN 55347 | Infringement; Willful Infringement; Damages |
| Thomas McConnell | Address Unknown, Identified by Defendants | Validity |
| Ronald Meltsner | Widex Hearing Aid Co., Inc. 3553 24th Street Long Island City, NY 11106 | Infringement; Willful Infringement; Damages |
| Nicholas Michael | 68 McCoppin Street San Francisco, California 94103 | Infringement; Willful Infringement; Damages |
| Beth Dodge Glenn Gaffield Judy Hickey Sue Kelly Heide Mueller Elizabeth Piveteau Karen Slosser Ricard Vieira | MicroPatent LLC 250 Dodge Avenue East Haven, CT 06512 | Notice Willful Infringement, Damages |
| Scott Arthur Nelson | 12087 Gantry Lane Apple Valley, Minnesota 55124 | Infringement; Willful Infringement; Damages |

| Name | Company & Address | Subject(s) of Information |
|---|---|---|
| Kim Nielsen | Widex A/S<br>Ny Vestergaardsvej 25<br>3500 Vaerloese<br>Denmark | Infringement; Willful Infringement; Damages |
| Itsuo Ono | William Demant Holding A/S<br>Strandvejen 58<br>2900 Hellerup<br>Denmark | Willful Infringement; Licensing of hearing aid technology |
| Margret Paul | c/o Susan Weidel, Esq.<br>University of Wyoming<br>Old Main, Room 203, Dept. 3434<br>Laramie, Wyoming 82071 | Validity |
| Charles Pavlovic | 3430 West Bayshore Road<br>Palo Alto, California 94303 | Infringement; Willful Infringement; Damages |
| Rodney Perkins | Rodney Perkins Associates<br>2995 Woodside RD<br>Woodside, California 94062 | Infringement; Willful Infringement; Damages |
| Shaun Perman | GN Resound Corporation<br>8001 Bloomington Freeway<br>Bloomington, MN 55420 | Infringement; Willful Infringement; Damages |
| Keith Peterson | 3601 241 Street Place Southeast<br>Issaquah, Washington 98020 | Infringement; Willful Infringement; Damages |
| Mike Pitonyak | Heat-Timer Corporation<br>20 New Dutch Lane<br>Fairfield, NJ, 07004 | Presuit Investigation, Commercialization |
| Vincent J. Pluvinage | 49 Spencer Lane<br>Atherton, California 94027 | Infringement; Willful Infringement; Damages |
| Stephen Puthuff | 13001 Saratoga Sunnyvale RD<br>Saratoga, California 95070 | Infringement; Willful Infringement; Damages; Validity |
| Jams-Ueli Roeck | Phonak AG<br>Laubistrutistrasse 28<br>CH8712 Stafa<br>Switzerland | Infringement; Willful Infringement; Damages |
| Gerhard Rohrlein | Phonak, LLC<br>4520 Weaver Parkway<br>Warrenville, IL 60555-3927 | Willful Infringement; Licensing of hearing aid technology |
| Valentin Ruda | Phonak, LLC<br>4520 Weaver Parkway<br>Warrenville, IL 60555-3927 | Infringement; Willful Infringement; Damages; Licensing of hearing aid technology |
| Jerome Ruzicka | Phonak AG<br>Laubistrutistrasse 28<br>CH8712 Stafa Switzerland | Infringement; Willful Infringement; Damages; Licensing of hearing aid technology |

| Name | Company & Address | Subject(s) of Information |
|---|---|---|
| Arthur Schaub | Bernafon AG<br>Morgenstrasse 131<br>3018 Berne<br>Switzerland | Infringement; Willful Infringement; Damages |
| Teresa Schwander | Address Unknown, Identified by Defendants | Validity |
| Philip Seamon | Resistance Technology, Inc.<br>1260 Red Fox Road<br>Arden Hills, MN  55112-6944 | Infringement; Willful Infringement; Damages |
| Erich Spahr | William Demant Holding A/S<br>Oticon A/S<br>Strandvejen 58,<br>2900 Hellerup<br>Denmark | Infringement; Willful Infringement; Damages |
| John Steadman | 30119 Dolive Ridge<br>Spanish Fort, Alabama 36527 | Validity |
| Laszio K. Stein | Address Unknown, Identified by Defendants | Validity |
| Timothy Trine | 8670 Stanley Trail<br>Eden Prairie, Minnesota  55347 | Infringement; Willful Infringement; Damages |
| Jorn Vestergaard | Widex A/S<br>Ny Vestergaardsvej 25<br>3500 Vaerloese<br>Denmark | Infringement; Willful Infringement; Damages |
| Kim Weaver | 311 Seminole Drive, # B<br>Boulder Colorado  80303-4118 | Validity |
| Perry Wechsler | 4810 Ponderosa LN<br>Laramie, Wyoming 82070 | Validity |
| Soren Eric Westermann | Widex A/S<br>Ny Vestergaardsvej 25<br>3500 Vaerloese<br>Denmark | Infringement; Willful Infringement; Damages; Licensing of hearing aid technology |
| Tom Westermann | Widex A/S<br>Ny Vestergaardsvej 25<br>3500 Vaerloese<br>Denmark | Infringement; Willful Infringement; Damages |
| Stephen L. Wilson | 14020 NW Passage 207<br>Salt Lake City, Utah  90290 | Infringement; Willful Infringement; Damages |
| Janet Woods | c/o Susan Weidel, Esq.<br>University of Wyoming<br>Old Main, Room 203, Dept. 3434<br>Laramie, Wyoming  82071 | Validity |

| Name | Company & Address | Subject(s) of Information |
|---|---|---|
| Mikael Worning | William Demant Holding A/S<br>Oticon A/S<br>Strandvejen 58,<br>2900 Hellerup<br>Denmark | Infringement; Willful Infringement; Damages |
| One or More Corporate Representatives of Sonic Innovations, Inc. | Sonic Innovations Inc.<br>2795 East Cottonwood Parkway<br>Suite 660<br>Salt Lake City, UT 84121 | Infringement; Willful Infringement; Damages |
| One or More Corporate Representatives of Phonak AG | Phonak AG<br>Laubistrutistrasse 28<br>CH 8712 Stafa<br>Switzerland | Infringement; Willful Infringement; Damages |
| One or More Corporate Representatives of Phonak, Inc. | Phonak, Inc.<br>4520 Weaver Parkway<br>Warrenville, IL 60555-3927 | Infringement; Willful Infringement; Damages |
| One or More Corporate Representatives of Phonak, LLC | Phonak, LLC<br>4520 Weaver Parkway<br>Warrenville, IL 60555-3927 | Infringement; Willful Infringement; Damages |
| One or More Corporate Representatives of Unitron Hearing, Inc. | Unitron Hearing, Inc.<br>2300 Berkshire Lane North<br>Plymouth, MN 55441 | Infringement; Willful Infringement; Damages |
| One or More Corporate Representatives of Unitron Hearing, Ltd. | Unitron Hearing, Ltd.<br>20 Beasley Drive<br>Kitchener, Ontario<br>Canada N2G 4X1 | Infringement; Willful Infringement; Damages |
| One or More Corporate Representatives of William Demant Holding A/S | William Demant Holding A/S<br>Strandvejen 58<br>2900 Hellerup<br>Denmark | Infringement; Willful Infringement; Damages |
| One or More Corporate Representatives of Oticon A/S | Oticon A/S<br>Strandvejen 58<br>2900 Hellerup<br>Denmark | Infringement; Willful Infringement; Damages |
| One or More Corporate Representatives of Oticon Inc. | Oticon Inc.<br>29 Schoolhouse Road<br>P.O. Box 6724<br>Somerset, New Jersey 08873 | Infringement; Willful Infringement; Damages |

| Name | Company & Address | Subject(s) of Information |
|---|---|---|
| One or More Corporate Representatives of Widex A/S | Widex A/S<br>Ny Vestergaardsvej 25<br>3500 Vaerloese<br>Denmark | Infringement; Willful Infringement; Damages |
| One or More Corporate Representatives of Widex Hearing Aid Co., Inc. | Widex Hearing Aid Co., Inc.<br>3553 24th Street<br>Long Island City, NY  11106 | Infringement; Willful Infringement; Damages |
| One or More Corporate Representatives of GN Resound A/S | GN Resound A/S<br>Markaevej 2A<br>P.O. Box 224<br>DK 2630 Tastrup<br>Denmark | Infringement; Willful Infringement; Damages |
| One or More Corporate Representatives of GN Resound Corporation | GN Resound Corporation<br>8001 Bloomington Freeway<br>Bloomington, MN  55420 | Infringement; Willful Infringement; Damages |
| One or More Corporate Representatives of Starkey Laboratories, Inc. | Starkey Laboratories, Inc.<br>6700 Washington Avenue, South<br>Eden Prairie, MN  55344 | Infringement; Willful Infringement; Damages |
| One or More Corporate Representatives of Gennum Corporation | Gennum Corporation<br>970 Frasier Drive<br>Burlington, ON<br>Canada L7L 5P5 | Infringement; Willful Infringement; Damages |
| One or More Corporate Representatives of Resistance Technology, Inc. | Resistance Technology, Inc.<br>1260 Red Fox Road<br>Arden Hills, MN  55112-6944 | Infringement; Willful Infringement; Damages |
| One or More Corporate Representatives of Bernafon AG | Bernafon AG<br>Morgenstrasse 131<br>3018 Berne<br>Switzerland | Infringement; Willful Infringement; Damages |
| One or More Corporate Representatives of WDH, Inc. | WDH, Inc.<br>9675 West 76th Street<br>Eden Prairie, MN  55344 | Infringement; Willful Infringement; Damages |
| One or More Corporate Representatives of Bernafon, LLC | Bernafon, LLC<br>200 Cottontail Lane<br>Bldg. B<br>Somerset NJ  08873 | Infringement; Willful Infringement; Damages |

10

| Name | Company & Address | Subject(s) of Information |
|------|-------------------|---------------------------|
| One or More Corporate Representatives of Biomet, Inc. f/k/a EBI | 100 Interpace Parkway Parsippany, NJ 07054 | Validity Infringement; Willful Infringement; Damages |
| One or More Corporate Representatives of Apherma Corporation | 440 N. Wolfe Road Sunnyvale, CA 94085 | Validity Infringement; Willful Infringement; Damages |
| One or More Corporate Representatives of Hearing Solutions, Inc. | 26732 Crown Valley Pkwy Suite 501 Mission Viejo, CA. 92691 | Validity Infringement; Willful Infringement; Damages |
| One or More Corporate Representatives of Sughrue Mion, PLLC | 2100 Pennsylvania Avenue NW Suite 800 Washington, DC 20037-3213 | Validity Notice HIMPP |
| One or More Corporate Representatives of Buchanan Ingersoll & Rooney PC | 1700 K Street NW Suite 300 Washington, DC 20006-3807 | Validity Notice HIMPP |
| One or More Corporate Representatives of MicroPatent LLC | c/o Prentice Hall Corporation System, Inc. 50 Weston Street Hartford, Connecticut 06120-1537 | Validity Notice HIMPP |
| Persons or entities disclosed by Defendants in their Initial Disclosures or amended Initial Disclosures | | |
| Persons or entities ascertained through ongoing discovery | | |

## Documents, Data Compilations and Tangible Things

Pursuant to Rule 26(a)(1)(B), the following is a description, by category and location, of the documents, data compilations, and tangible things, in the possession, custody, or control of ETG or its retained counsel, that ETG presently believes may be used to support its claims or

11

defenses to counterclaims, excluding such documents, data compilations and tangible things to be used solely for impeachment.

1) U.S. Patent Nos. 4,731,850 and 4,879,749;

2) Patent prosecution files for U.S. Patent Nos. 4,731,850 and 4,879,749;

3) Documents showing Defendants' prior notice of patents-in-suit;

4) Documents relating to the ownership and assignment of the patents-in-suit;

5) Documents relating to the development, conception and reduction to practice of the claimed inventions of the patents-in-suit;

6) Documents relating to Defendants' infringement of the patents-in-suit;

7) Documents relating to any licensing of the patents-in-suit or the technology claimed in the patents in suit, and sales, marketing, and financial documents relating to the Defendants' products; and

8) Documents relating to technical information, schematics, block and circuit diagrams relating to Defendants' products.

These documents, data compilations and things are located primarily at the offices of ETG's counsel herein, or at each respective Defendants' places of business, or at the offices of counsel for each respective Defendant, or at ETG's office at 654 Madison Avenue, 17th Floor New York, NY 10021. Additionally, certain documents are located in the possession of HIMPP A/S and/or K/S HIMPP located at Ny Vestergårdsvej 25, 3500 Værløse Denmark.

**Computation of Damages**

Pursuant to 35 U.S.C. § 284, ETG seeks damages adequate to compensate it for Defendants' infringement of the asserted patents in suit in the form of at least a reasonable royalty to compensate ETG for Defendants' patent infringement, together with pre- and post-judgment interest and costs as fixed by the Court. ETG also requests a trebling of damages as a result of willful infringement and an award of its attorney fees and costs.

12

**Insurance Agreement**

ETG is not aware of any insurance agreements that pertain to issues identified in the pleadings of this action.

Dated:    August 31, 2007                    Respectfully Submitted,

Energy Transportation Group, Inc.

By Counsel:

_____
Edmond D. Johnson (No. 2257)
PEPPER HAMILTON
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

Attorneys for Energy Transportation Group, Inc.

OF COUNSEL:

Brian M. Buroker
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006-1109
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: (804) 788-8788
Facsimile: (804) 343-4630

Marty Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue
Suite 2500
Miami, Florida 33131

13

Telephone: (305) 810-2500
Facsimile: (305) 810-2460

## CERTIFICATE OF SERVICE

I do hereby certify that on the 31st day of August 2007, I caused a true copy of the foregoing **Amended Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)** to be served via electronic service and by United States mail service upon the following counsel of record:

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW, GARRETT
& DUNNER
901 New York Ave., N.W.
Washington, DC 20001-4413

*Attorneys for William Demant Holding A/S,
WDH Inc., Oticon A/S, Oticon, Inc., Bernafon
AG, and Bernafon LLC*

Thomas C. Grimm (#1098)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

James R. Sobieraj
Meredith Martin Addy
David H. Bluestone
Jeffrey A. Marx
BRINKS HOFER GILSON & LIONE
NBC Tower
455 Cityfront Plaza Dr., Suite 3600
Chicago, IL 60611

*Attorneys for Phonak Inc., Phonak LLC,
Unitron Hearing Inc., and Unitron Hearing
Ltd.*

Jack B. Blumenfeld (#1014)
Maryellen E. Noreika (#3208)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Kenneth B. Herman
William J. McCabe
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704

*Attorneys for GN ReSound A/S and
GN Hearing Care Corporation*

Barry M. Klayman (#3676)
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
Wilmington Trust Center
1100 North Market St., Suite 1001
Wilmington, DE 19801

Jeffrey D. Shewchuk
SHEWCHUK IP SERVICES, LLP
533 77th Street West
Eagan, MN 55121

*Attorneys for Resistance Technology Inc.*

14

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE

Donald A. Degnan
Brett L. Foster
L. Grant Foster
HOLLAND & HART
60 East South Temple, Suite 2000
Salt Lake City, UT 84111

*Attorneys for Sonic Innovations, Inc.*

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

William H. Mandir
David J. Cushing
Carl J. Pellegrini
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC 20037

*Attorneys for Widex A/S, Widex Hearing Aid
Co., Inc.*

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Amy Quinlan (#3021)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

Richard Morgan
Steven Reitenour
BOWMAN AND BROOKE LLP
150 S. Fifth St., Suite 2600
Minneapolis, MN 55402

*Attorneys for Starkey Laboratories, Inc.*

15

# EXHIBIT A

The '850 patent

| Claim 2 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| and *means jointly responsive to said delay line taps and to coefficients stored in said memory means for providing an output having at least one response characteristic effective to compensate for impaired hearing of the wearer of the aid.* | • means . . . for providing an output having at least one response characteristic effective to compensate for impaired hearing of the wearer of the aid:<br>• Function – providing an output having at least one response characteristic.<br>• Structure – transmission channels leading to the output along with combined circuitry, and structural equivalents thereof.<br>'850 Patent: Col. 2, ll. 46-54; col. 3, ll. 49-60; col. 5, ll. 18-25; col. 5, ll. 31-41; col. 5, ll. 48-53; col. 8, ll. 47-61; Fig. 2; Fig. 4. | |

| Claim 3 | Term | Proposed Construction |
|---|---|---|
| A hearing aid as in claim 2 in which said filter comprises a digital delay line and *means for converting analog signals in said channel to digital signals* for application to said delay line. | • means for converting analog signals in said channel to digital signals:<br>• Function – converting analog signals in said channel to digital signals.<br>• Structure – analog to digital converters, and structural equivalents thereof.<br>'850 Patent: Fig. 2 (70); col. 5, ll. 9-13; col. 11, ll. 58-66. | **Because claims 2 and 3 have not been asserted against any of the defendants, it is not necessary to construe the claims.** |

| Claim 5 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A hearing aid comprising at least one input microphone, an output receiver, and a transmission channel interposed between said microphone and receiver, *means controllable to impart different response characteristics to said hearing aid,* | • means controllable to impart different response characteristics to said hearing aid:<br>• Structure – programmable filter(s) that can be programmed with different coefficients to impart different response characteristics to audio signals present in the transmission channel of the hearing aid, and structural equivalents thereof.<br>'850 Patent: Abstract; col. 2, ll. 40-59; col. 2, l. 67 - col. 3, l. 2; col. 3, ll. 12-20; col. 4, l. 66 - col. 5, l. 44; col. 7, ll. 9-14; col. 7, ll. 60-66; col. 8, ll. 2-22; col. 9, ll. 2-11; col. 10, ll. 38-43; col. 11, ll. 32-38; col. 11, ll. 46-57; Fig. 2 (64); Fig. 3; Fig. 4. | • means controllable to impart different response characteristics to said hearing aid:<br>Structure – programmable filter 64 (structures 63a, 70-75, 77, 78, 78a, 79, and 80) programmed to impart different response characteristics; or 5 bit counter, timing logic, and structures 63a, 77, 80, and 145-151; and equivalent structures<br>4:66-5:27; 6:35-54; 7:67-8:4; 8:19-22; 10:44-11:3; Figs. 2, 4 |

| Claim 5 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| *and controlling means responsive to the level of speech signals in said transmission channel in excess of the level of noise signals in said channel for automatically controlling said controllable means to impart a selected one of said different response characteristics to said hearing aid.* | • controlling means . . . for automatically controlling said controllable means: <br> Function – selecting the appropriate response characteristic based on the current environment. <br> • Structure – processing element(s), and structural equivalents thereof. <br><br> '850 Patent: col. 3, ll. 12-20; col. 5, l. 60 - col. 6, l. 54; col. 7, l. 67 - col. 8, l. 22; Fig. 2 (96-118). | • controlling means responsive to the level of speech signals in said transmission channel in excess of the level of noise signals in said channel for automatically controlling said controllable means to impart a selected one of said different response characteristics to said hearing aid: <br> • Function – responding to [a determination that] the level of speech signals in the transmission channel [is] in excess of the level of noise signals in the channel for automatically controlling the controllable means to impart a selected one of the different response characteristics to the hearing aid <br> • Structure – speech detector 96, band pass filters 97-100, sample and hold circuits 105-108, rectifiers 109-112, comparators 113-116, latch 118, switch 95, and switch 88; and equivalent structures <br> 5:60-6:54; 7:67-8:22; Fig. 2 <br> File history: March 31, 1987 Office Action at p. 3; June 29, 1987 Response to Office Action at 2-6; U.S. Patent Application Serial No. 879,214 as filed, at 26-27 <br> U.S. Patent No. 4,628,529 to Borth |

| Claim 6 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| *A hearing aid as described claim 5 in which said controlling means comprises speech detector means for determining when speech signals are in said transmission channel,* <br><br> *a plurality of bandpass filter means for determining the noise frequency spectrum in said transmission channel,* | • speech detector means for determining when speech signals are in said transmission channel: <br> Structure – a speech detector(s), and structural equivalents thereof. <br> '850 Patent: col. 5, ll. 60-66; col. 6, ll. 1-54; Fig. 2 (96); Fig. 3. <br><br> • a plurality of bandpass filter means for determining the noise frequency spectrum in said transmission channel: <br> Structure – bandpass filters and processing elements, and structural equivalents thereof. <br> '850 Patent: col. 5, ll. 60-66; col. 6, ll. 1-54; Fig. 2 (64, 97-100, 109-112, 105-108); Fig. 3. | • speech detector means for determining when speech signals are in said transmission channel: <br> • Structure – speech detector 96; and equivalent structures <br> 5:60-6:13; 6:23-31; 6:39-44; 8:4-7; Fig. 2 <br><br> • plurality of bandpass filter means for determining the noise frequency spectrum in said transmission channel: <br> • Structure – bandpass filters 97-100 and rectifiers 109-112 and S/H 105-108; and equivalent structures <br> 5:60-6:1; 6:9-31; 8:12-17; Fig. 2 |

# EXHIBIT B

*The '749 patent*

May 9, 2007 200p

| Claim 1 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| and *means controlled by the computer for adjusting the phase and amplitude necessary to eliminate acoustic feedback and produce a null summation.* | • Function – adjusting the phase and amplitude necessary to eliminate acoustic feedback.<br>• Structure – amplifiers and processing elements, and structural equivalents thereof.<br><br>'749 Patent: Abstract; col. 2, ll. 42-56; col. 3, ll. 51-62; col. 3, ll. 65-4:7; col. 4, ll. 26-30; col. 4, ll. 45-62; col. 6, ll. 65-67; col. 7, ll. 6-11; col. 9, ll. 14-19; col. 9, ll. 38-48; Fig. 1; Fig. 2; Fig. 4. Prosecution History, Response Dated March 17, 1989, pages 3-4. | • Function – adjusting [at the host controller and controlled by the computer] [the phase and amplitude [of a signal from the hearing aid] necessary to eliminate acoustic feedback and produce a null summation<br><br>• Structure – latches 33, 42, and 43, digital phase shifter 30 and programmable gain amplifier 32; and equivalent structures<br>4:8-62, 6:57-62 and 9:20-48; Fig. 1<br>File history: October 17. 1988 First Office Action at pp. 3-5; March 23, 1989 Amendment at pp. 1-4 |

| Claim 2 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A *host controller* as set forth in claim 1 including *means controlled by the computer for transmitting phase shift and amplitude data to program the hearing aid to eliminate acoustic feedback.* | • **host controller** – see claim 1<br>• **means controlled by the computer for transmitting phase shift and amplitude data to program the hearing aid;**<br>• Function – transmitting phase shift and amplitude data to program the hearing aid.<br>• Structure – combined circuitry, and structural equivalents thereof.<br><br>'749 Patent: Abstract; col. 3, ll. 51-62; col. 4, ll. 30-33; col. 4, ll. 38-44; col. 6, ll. 65-67; col. 7, ll. 1-2; col. 8,l. 40 - col. 9, l. 13; Fig. 1; Fig. 2; Fig. 4. Prosecution History, Response Dated March 17, 1989, pages 3-4. | • **host controller** – see claim 1<br>• **means controlled by the computer for transmitting phase shift and amplitude data to program the hearing aid to eliminate acoustic feedback:**<br>• Function – transmitting phase shift and amplitude data [from the host controller to the computer] to program the hearing aid to eliminate acoustic feedback<br>• Structure – programmable gain amplifier 32, latches 33, 42, and 43, and digital phase shifter 30; and equivalent structures<br>4:8-62, 6:57-62; 9:20-48; Fig. 1 |

16

May 9, 2007 200p

| Claim 3 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A *host controller* as set forth in claim 1 including a sound generator for generating test signals supplied to the hearing aid and in which the *means for receiving signals from the hearing aid* includes a circuit for receiving the test signals back from the hearing aid to provide reference phase and amplitude signals. | • host controller – see claim 1<br>• **means for receiving signals from the hearing aid** – see claim 1 ("means for receiving signals from the hearing aid and measuring phase and amplitude") | • host controller – see claim 1<br>• **means for receiving signals from the hearing aid** – see claim 1 ("means for receiving signals from the hearing aid and measuring phase and amplitude") |

| Claim 4 | ETG's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| A *host controller* as set forth in claim 3 in which said circuit includes *computer controlled means for adjusting the phase shift and amplitude to produce an acoustic feedback cancellation signal.* | • host controller – see claim 1<br>• **computer controlled means for adjusting the phase shift and amplitude to produce an acoustic feedback cancellation signal:**<br>• Structure – amplifiers and processing elements, and structural equivalents thereof.<br><br>'749 Patent: Abstract; col. 2, ll. 42-56; col. 3, ll. 51-62; col. 3, ll. 65-47; col. 4, ll. 26-30; col. 4, ll. 45-62; col. 6, ll. 65-67; col. 7, ll. 6-11; col. 9, ll. 14-19; col. 9, ll. 38-48; Fig. 1; Fig. 2; Fig. 4. Prosecution History, Response Dated March 17, 1989, pages 3-4. | • host controller – see claim 1<br>• **computer controlled means for adjusting the phase shift and amplitude to produce an acoustic feedback cancellation signal:**<br>• Structure – programmable gain amplifier 32, digital phase shifter 30, latches 33, 42, and 43, and terminal 144 (VFBK) adapted for connection to a hearing aid summing amplifier; and equivalent structures<br><br>4:8-62, 6:57-62, and 9:20-48; Fig. 1<br>File history: U.S. Patent Application Serial No. 155,374 as filed, at p. 8; October 17, 1988 First Office Action at pp. 3-5; March 23, 1989 Amendment at pp. 1-4 |

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-422 (GMS) |
| | ) | |
| SONIC INNOVATIONS, INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## [PROPOSED] ORDER CORRECTING CLAIM CONSTRUCTION

IT IS HEREBY ORDERED that the Court's Order Construing the Terms of U.S. Patents Nos. 4,731,850 and 4,879,749, entered August 17, 2007 (D.I. 351) is hereby modified as follows:

**A.      The '850 Patent**

6.     The term "means controllable to impart different response characteristics to said hearing aid" is a means plus function term pursuant to 35 U.S.C. § 112(6).  The function of the term is "imparting different response characteristics to the hearing aid."   The corresponding structure is "programmable filter 64 (structures 63a, 70-75, 77, 78, 78a, 79, and 80) programmed to impart different response characteristics; or 5 bit counter, timing logic, and structures 63a, 77, 80, and 145-151;" and all equivalents thereof.[1]

**B.      The '749 Patent**

6.     The term "computer controlled means for adjusting the phase shift and amplitude to produce an acoustic feedback cancellation signal" is a means plus function term pursuant

---

[1]     See footnote 3 to D.I. 351.

to 35 U.S.C. § 112(6).  The function of the term is "adjusting the phase shift and amplitude to produce an acoustic feedback cancellation signal."  The corresponding structure is "programmable gain amplifier 32, digital phase shifter 30, latches 33, 42, 43, terminal 144," and all equivalents thereof.[2]

_____
DATE

12224609

_____
UNITED STATES DISTRICT JUDGE

_____

[2]    See footnotes 3 and 8 to D.I. 351.

## RULE 7.1.1. CERTIFICATION

Counsel for defendants have sought ETG's agreement to this motion and have spoken with counsel for ETG. ETG agrees that the two claim construction rulings appear to have been unintentional, but disagrees with defendants as to how they should be corrected.

Dated: August 31, 2007

*/s/ Mary B. Graham*

_____

Mary B. Graham (#2256)

1224397