IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-422 (GMS) |
| ) | |
| SONIC INNOVATIONS, INC., et al., ) | ATTORNEYS' EYES ONLY |
| ) | SUBJECT TO PROTECTIVE |
| Defendant. ) | ORDER |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION *IN* LIMINE NO. 5 TO LIMIT ETG'S DATE OF INVENTION EVIDENCE AND REQUIRE ETG TO SEPARATE PX452 INTO INDIVIDUAL EXHIBITS**

Of COUNSEL:

Brian M. Buroker
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006-1109
Telephone: (202) 955-1500

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: (804) 788-8788

Marty Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500

Dated: December 10, 2007

Edmond D. Johnson (DE Bar #2257)
Matthew A. Kaplan (DE Bar #6528)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Fax: (302) 421-8390

*Attorneys for Energy Transportation Group, Inc.*

**THIS DOCUMENT WAS FILED UNDER SEAL**

# EXHIBITS A THROUGH K

**THESE DOCUMENTS WERE FILED UNDER SEAL**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 5th day of December, 2007, a copy of the foregoing **PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION IN LIMINE NO. 5 TO LIMIT ETG'S DATE OF INVENTION EVIDENCE AND REQUIRE ETG TO SEPARATE PX452 INTO INDIVIDUAL EXHIBITS** to be served via electronic service and by United States mail service upon the following counsel of record:

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC 20001-4413

*Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC*

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

William H. Mandir
David J. Cushing
Carl J. Pellegrini
Brian K. Shelton
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W., Ste. 800
Washington, DC 20037

*Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.*

/s/ Edmond D. Johnson
Edmond D. Johnson (No. 2257)