IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-422 (GMS) |
| | ) |
| SONIC INNOVATIONS, INC., et al., | ) ATTORNEYS' EYES ONLY |
| | ) SUBJECT TO PROTECTIVE |
| Defendant. | ) ORDER |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION *IN* LIMINE NO. 8 TO EXCLUDE WITNESSES NOT TIMELY IDENTIFIED DURING DISCOVERY**

Of COUNSEL:

Brian M. Buroker
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, DC  20006-1109
Telephone: (202) 955-1500

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
Telephone: (804) 788-8788

Marty Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue
Suite 2500
Miami, FL  33131
Telephone: (305) 810-2500

Dated:  December 10, 2007

Edmond D. Johnson (DE Bar #2257)
Matthew A. Kaplan (DE Bar #6528)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Fax: (302) 421-8390

*Attorneys for Energy Transportation Group, Inc.*

**THIS DOCUMENT WAS FILED UNDER SEAL**

# EXHIBITS 1 THROUGH 14

**THESE DOCUMENTS WERE FILED UNDER SEAL**

CERTIFICATE OF SERVICE

I do hereby certify that on this 5th day of December, 2007, a copy of the foregoing **PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* NO. 8 TO EXCLUDE WITNESSES NOT TIMELY IDENTIFIED DURING DISCOVERY** to be served via electronic service and by United States mail service upon the following counsel of record:

| | |
|---|---|
| Mary B. Graham (#2256)<br>James W. Parrett, Jr. (#4292)<br>MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br><br>John M. Romary<br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>901 New York Ave., N.W.<br>Washington, DC 20001-4413<br><br>*Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC* | Donald E. Reid (#1058)<br>Jason A. Cincilla (#4232)<br>MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19899<br><br>William H. Mandir<br>David J. Cushing<br>Carl J. Pellegrini<br>Brian K. Shelton<br>SUGHRUE MION PLC<br>2100 Pennsylvania Ave., N.W., Ste. 800<br>Washington, DC 20037<br><br>*Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.* |

/s/ Edmond D. Johnson
Edmond D. Johnson (No. 2257)