# EXHIBITS A THROUGH E

**THESE DOCUMENTS WERE FILED UNDER SEAL**