**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-422 (GMS) |
| | ) | |
| SONIC INNOVATIONS, INC., et al., | ) | **CONFIDENTIAL – FILED UNDER** |
| | ) | **SEAL** |
| Defendant. | ) | |

**PLAINTIFF'S OPENING BRIEF IN SUPPORT OF MOTION TO STRIKE
JONATHAN D. PUTNAM, PH.D. AS AN EXPERT**

Of COUNSEL:

Brian M. Buroker
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, DC  20006-1109
Telephone: (202) 955-1500

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
Telephone: (804) 788-8788

Marty Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue
Suite 2500
Miami, FL  33131
Telephone: (305) 810-2500

Dated:  December 10, 2007

Edmond D. Johnson (DE Bar #2257)
Matthew A. Kaplan (DE Bar #6528)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Fax: (302) 421-8390

*Attorneys for Energy Transportation Group, Inc.*

**THIS DOCUMENT WAS FILED UNDER SEAL**

## CERTIFICATE OF SERVICE

I do hereby certify that on the 21st day of December 2007, I caused a true copy of the foregoing *Plaintiff's Daubert Opening Brief in support of Motion To Strike Jonathan D. Putnam, Ph.D as an Expert* to be served upon the following counsel of record as indicated below:

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
**Via Hand Deliver**

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC 20001-4413
**Via Electronic Mail**

*Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC*

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899
**Via Hand Deliver**

William H. Mandir
David J. Cushing
Carl J. Pellegrini
Brian K. Shelton
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W., Ste. 800
Washington, DC 20037
**Via Electronic Mail**

*Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.*

/s/ Edmond D. Johnson
Edmond D. Johnson (No. 2257)