# EXHIBITS A THROUGH C

**THESE DOCUMENTS WERE FILED UNDER SEAL**