EXHIBIT 10

# THE JOURNAL
## of the
## Acoustical Society of America

DEPOSITION
EXHIBIT
115
Levitt

### Supplement 1, Vol. 77, Spring 1985



Program of the
109th Meeting

•

Joe C. Thompson Conference Center
The University of Texas at Austin
Austin, Texas
8–12 April 1985

Table of Contents on p. v

Published by the American Institute of Physics for the Acoustical Society of America



# ACOUSTICAL SOCIETY OF AMERICA

*The Acoustical Society of America* was founded in 1929 to increase and diffuse the knowledge of acoustics and promote its practical applications. Any person or corporation interested in acoustics eligible for membership in this Society.

Annual Dues: Fellows and Members, $45; Associates, $38; Associates after the 5th year, $45; Student $15 (limit of 4 years); Sustaining Members, $300 for small businesses (annual gross below $100 million $500 for large businesses (annual gross above $100 million or staff of commensurate size). Furthe information concerning membership, together with application forms, may be obtained by addressing th Secretary of the Society.

## Officers 1984–1985

Daniel W. Martin, *President*
Baldwin Piano & Organ Co.
1801 Gilbert Avenue
Cincinnati, Ohio 45202

Floyd Dunn, *President-Elect*
Bioacoustics Research Lab.
University of Illinois
1406 West Green Street
Urbana, Illinois 61820

Chester M. McKinney, *Vice President*
Applied Research Laboratories
University of Texas
P. O. Box 8029
Austin, Texas 78712

Harvey H. Hubbard, *Vice President-Elect*
NASA Langley Research Center
Mail Stop 463
Hampton, Virginia 23665

Robert T. Beyer, *Treasurer*
Department of Physics
Brown University
Providence, Rhode Island 02912

R. Bruce Lindsay, *Editor-in-Chief*
91 Indian Avenue
Portsmouth, Rhode Island 02871

William Melnick, *Standards Director*
Department of Otolaryngology
Ohio State University
University Hospital Clinic
456 Clinic Drive
Columbus, Ohio 43210

Betty H. Goodfriend, *Secretary*
Acoustical Society of America
335 East 45 Street
New York, New York 10017
Telephone: (212) 661-9404

## Members of the Executive Council

Frederick H. Fisher
Marine Physical Laboratory, P-001
Scripps Institution of Oceanography
University of California, San Diego
La Jolla, California 92093

Juergen Tonndorf
4425 Tibbett Avenue
Bronx, New York 10471

Jozef J. Zwislocki
Institute for Sensory Research
Syracuse University
Merrill Lane
Syracuse, New York 13210

Mahlon D. Burkhard
Industrial Research Products Inc.
321 North Bond Street
Elk Grove Village, Illinois 60007

Eric E. Ungar
Bolt Beranek and Newman Inc.
10 Moulton Street
Cambridge, Massachusetts 02238

Carleen M. Hutchins
Catgut Acoustical Society
112 Essex Avenue
Montclair, New Jersey 07042

William W. Lang
IBM Acoustics Lab., C18/704
P.O. Box 390
Poughkeepsie, New York 12602

## Members of the Technical Coun

A. C. C. Warnock, *Architectural Acou*
J. Erdreich, *Biological Response to V tion*
M. Pierucci, *Engineering Acoustics*
T. D. Rossing, *Musical Acoustics*
A. H. Marsh, *Noise*
A. J. Rudgers, *Physical Acoustics*
F. L. Wightman, *Psychological and Physiological Acou*
W. T. Reader, *Shock and Vibration*
R. J. Porter, Jr., *Speech Communicatic*
W. A. Kuperman, *Underwater Acoust*

## 109th Meeting Committee

David T. Blackstock, *Chairman*
Dennis McFadden, *Technical Progr Chairman*
John M. Huckabay, *Facilities*
Mary Beth Bennett, *Program Preparatio*
Joseph F. Willman, *Bus Transportation*
Thomas G. Muir and James E. Stockt *Barbecue*
Clark S. Penrod, *Buffet Socials*
Patti B. Hall, *Registration*
Elizabeth A. Korts, *Paper Copying Servi*
A. Jeanette Chambers, *Hotels*
Terri Culbertson, *Visitors' Program*
Kenneth R. Dickensheets and Richard Boner, *Special Events and Tours*
Ilene Busch-Vishniac, *Plenary Session*
Harry D. Record, *Publicity*
Robert A. Altenburg, *Treasurer*

**Subscription Prices** (includes three supplements) **(1985)**

|  | U.S.A., Canada, Mexico | Foreign (surface mail) | Optional Air Freight | | |
| --- | --- | --- | --- | --- | --- |
|  |  |  | Europe, Mideast, North Africa | Asia Oceania | |
| ASA Members (on membership) |  |  | $55.00 | $95.00 | |
| Regular rate | $240.00 | $268.00 | $295.00 | $335.00 | |

Single copies: $24.00 each.

**Microfiche editions:** *The Journal of the Acoustical Society of America* is published simultaneously in microfiche and hard copy. Prices of microfiche editions are the same as hard copy.

**Back Numbers:** Yearly rate (when complete year is available) beginning with Volume 29 (1957): $240.00. Volumes 1–28: $24.00 per issue. All back numbers are available on microfiche.

*The Journal of the Acoustical Society of America* (ISSN: 0001-4966) is published monthly by the American Institute of Physics for the ASA. Second class postage paid at Woodbury, NY and at additional mailing offices.

**Subscriptions, renewals, address changes, and single-copy c ders** should be addressed to: *Subscription Fulfillment Division, Ame can Institute of Physics, 335 East 45th St., New York, NY 10017.* Alk at least six weeks advance notice. For address changes please se both old and new addresses, and, if possible, include a mailing lat from the wrapper of a recent issue. For your convenience a **change address form is included in every issue of *Physics Today*; plea use it.** Requests from subscribers for missing journal issues will honored without charge only if received within six months of the issue actual date of publication; otherwise, the issue may be purchased at t single-copy price. (AIP Headquarters are located at 335 East 45th S New York, NY 10017; Subscription Fulfillment offices are located at 5( Sunnyside Blvd., Woodbury, NY 11797.)

**Microfilm, editions** of complete volumes of the *Journal of tł Acoustical Society of America* are available on 16 and 35 mm. Tł *Journal of the Acoustical Society of America* also appears on a month basis in *Current Physics Microform* (CPM) along with 26 other journa published by the American Institute of Physics and its member soc eties. A *Microfilm Catalog* is available on request. This journal is i dexed quarterly in *Current Physics Index*, a subject and author inde (with abstracts) to all journals published by AIP and its member soc eties.

# **CONTENTS**

Page

Calendar . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . viii

Schedule of Technical Sessions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xiii

Meeting Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xiv

Dates of Future Meetings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xviii

Map of Austin, Texas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xxii

Map of Texas Heritage Center . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xxiv

Map of Meeting Rooms, Conference Center . . . . . . . . . . . . . . . . . . . . . . . xxvi

Map of Meeting Rooms, Villa Capri Hotel . . . . . . . . . . . . . . . . . . . . . . . xxviii

25- and 50-year Members . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xxx

Technical Sessions A–F, Tuesday Morning . . . . . . . . . . . . . . . . . . . . . . . . . S1

Technical Sessions G–M, Tuesday Afternoon . . . . . . . . . . . . . . . . . . . . . . . S16

Technical Sessions N–S, Wednesday Morning . . . . . . . . . . . . . . . . . . . . . . . S32

Plenary Session, Wednesday Morning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . S42

Technical Sessions T–Z, Wednesday Afternoon . . . . . . . . . . . . . . . . . . . . . . S43

Barbecue, Wednesday Evening . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . S57

Technical Sessions AA–GG, Thursday Morning . . . . . . . . . . . . . . . . . . . . . . S58

Technical Sessions HH–MM, Thursday Afternoon . . . . . . . . . . . . . . . . . . . S73

Technical Sessions NN–TT, Friday Morning . . . . . . . . . . . . . . . . . . . . . . . . S88

Technical Sessions UU–WW, Friday Afternoon . . . . . . . . . . . . . . . . . . . . . S103

Author Index to Abstracts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . S109

Sustaining Members . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . S113

Application Forms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . S115

Regional Chapters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . S120

CODEN: JACSCV
(for Suppl. 1 only)

Suppl. 1: Program of the 109th Meeting
Acoustical Society of America

ISSN: 0163-096
(for Suppl. 1 onl

# THE JOURNAL
## of the
# Acoustical Society of America

**EDITOR–IN–CHIEF:** R. Bruce Lindsay

Submit manuscripts (3 copies) of articles and letters to the **Associate Editor** having cognizance of the subject-matter field of the paper as listed below and in the Classification of Subjects printed in the last (index) issue of each volume. Please do not send them to the Editor in-Chief or to the American Institute of Physics.

### ASSOCIATE EDITORS

**General Linear Acoustics** (PACS 43.20)
J.E. Greenspon, J G Engineering Research, 3831 Menlo Dr., Baltimore, MD 21215

**Nonlinear Acoustics, Macrosonics** (PACS 43.25)
M.A. Breazeale, Department of Physics, University of Tennessee, Knoxville, TN 37996-1200

**Aeroacoustics, Atmospheric Sound** (PACS 43.28)
E.H. Brown, Cooperative Inst. for Research in Environmental Science (CIRES), Univ. of Colorado, Boulder, CO 80309

**Underwater Sound** (PACS 43.30)
C. W. Horton, Sr., Applied Research Laboratories, The Univ. of Texas at Austin, P. O. Box 8029, Austin, TX 78713-8029

**Ultrasonics, Quantum Acoustics and Physical Effects of Sound** (PACS 43.35)
H. E. Bass, Physical Acoustics Res. Lab., Dept. of Physics and Astronomy, Univ. of Mississippi, University, MS 38677

**Mechanical Vibrations and Shock** (PACS 43.40)
P.J. Remington, Bolt Beranek and Newman Inc., 50 Moulton St., Cambridge, MA 02138

**Vibrations of Plates and Shells** (PACS 43.40)
A. Kalnins, Department of Mechanical Engineering and Mechanics, Lehigh University, Bethlehem, PA 18015

**Random Vibration** (PACS 43.40)
T.I. Šmits, TRW Defense and Space Systems Group, Washington Operations, 7600 Colshire Dr., McLean, VA 22102

**Noise, Its Effects and Control** (PACS 43.50)
F. M. Kessler, 31 Shady Lane, Bound Brook, NJ 08805

**Architectural Acoustics** (PACS 43.55)'
R. M. Guernsey, Cedar Knolls Acoustical Laboratories, 9 Saddle Rd., Cedar Knolls, NJ 07927

**Acoustic Signal Processing** (PACS 43.60)
W.A. Von Winkle, Naval Underwater Systems Center, New London Laboratory, Code 10, New London CT 06320

**Physiological Acoustics** (PACS 43.63)
J.F. Brugge, University of Wisconsin, 627 Waisman Center, 1500 Highland Ave., Madison, WI 53705-2280

**Psychological Acoustics** (PACS 43.66B,D,F,G,L,M,N,P,Q,R,Y)
R.D. Sorkin, Department of Psychological Sciences, Purdue University, West Lafayette, IN 47907

**Psychological Acoustics** (PACS 43.66B,C,E,G,H,J,K,L,M,S,T, V,W,Y)
W. D. Ward, 2630 University Ave. S. E., Minneapolis, MN 55414

**Speech Production** (PACS 43.70)
B. H. Repp, Haskins Laboratories, 270 Crown St., New Haven, CT 06510

**Speech Perception** (PACS 43.71)
B. H. Repp, Haskins Laboratories, 270 Crown St., New Haven, CT 06510

**Speech Processing** (PACS 43.72)
P. Mermelstein, Bell Northern Research 3, Place du Commerce, Nun's Island, Verdun, Quebec, Canada H3E 1H6

**Music and Musical Instruments** (PACS 43.75B,M,N,P,T,W)
R.W. Young, 1696 Los Altos Road, San Diego, CA 92109

**Music and Musical Instruments** (PACS 43.75C,D,E,F,H,K Q,Y)
A. H. Benade, Case Western Reserve University, Clevelar OH 44106

**Bioacoustics** (PACS 43.80)
F. Dunn, Bioacoustics Lab., Dept. of Electrical Engineerii 1406 W. Green St., University of Illinois, Urbana, IL 61801

**Acoustical Measurement and Instrumentation** (PACS 43.85
S. L. Ehrlich, Submarine Signal Div., Raytheon Co., P.O. B 360, Portsmouth, RI 02871

**Transduction; Acoustical Devices for the Generation and Reproduction of Sound** (PACS 43.88)
S. L. Ehrlich, Submarine Signal Div., Raytheon Co., P.O. B 360, Portsmouth, RI 02871

**References to Contemporary Papers on Acoustics** (PA 43.10)
F.E. White, Physics Department, Boston College, Chestnut H MA 02167
D.C. Teas, Department of Speech, University of Florida, Gainesville, FL 32601

**Technical Notes and Research Briefs**
R.H. Nichols Jr., Physics Dept., Code 61/No, Naval Postgrac ate School, Monterey, CA 93943

**Acoustical News—USA**
R.V. Waterhouse, Code 1940, David W. Taylor Naval Sl R&D Ctr., Bethesda, MD 20084

**Acoustical News from Abroad**
W.G. Mayer, Physics Department, Georgetown University, Washington, DC 20057

**Standards News, Standards** (PACS 43.15)
A. Brenig, Standard Secretariat, Acoustical Society of Americ 335 E. 45th St., New York, NY 10017
W.A. Yost, Parmly Hearing Institute, Loyola University, Chicago, IL 60626

**Patents** (PACS 43.10K)
D. W. Martin, Baldwin Piano and Organ Company, 1801 Gilbert Ave., Cincinnati, OH 45202

**Analytic Subject Index; Book Reviews** (PACS 43.10H)
R.B. Lindsay, Brown University, Providence, RI 02912

EDITORIAL ASSISTANTS AT AIP: Rosalind Nissim, Editorial S pervisor; (JASA) Janis Bennett, Chief Copy Editor; Don Boucher, Senior Copy Editor; Connie Nedohon, Susan Wals Copy Editors; (RCPA) Lin Miller, Chief Copy Editor

# CALENDAR: 8–12 April 1985

109th Meeting of the Acoustical Society of America
Joe C. Thompson Conference Center
The University of Texas at Austin
Austin, Texas

## MONDAY MORNING, 8 APRIL 1985

| | |
|---|---|
| 9:00 | Executive Council. Villa Capri, Childress Room |
| 9:00 | ANSI S3-48 (Hearing Aids). Villa Capri, Navarro Room |

## MONDAY AFTERNOON, 8 APRIL 1985

| | |
|---|---|
| 3:00 | ASACOS Steering Committee. Villa Capri, Green Room |
| 4:00 | Registration. Villa Capri, Sherman Room |
| 4:30 | Technical Council. Villa Capri, McKinney Room |

## MONDAY EVENING, 8 APRIL 1985

| | |
|---|---|
| 7:30 | ASA Committee on Standards (ASACOS). Villa Capri, Childress Room |

## TUESDAY MORNING, 9 APRIL 1985

| | | |
|---|---|---|
| 7:45 | | Registration. Thompson Conference Center Lobby |
| 9:00 | A. | Noise I and Coordinating Committee on Environmental Acoustics (CCEA): (1) Where Do We Stand on Standards on Noise? (2) Airport and Traffic Noise. Room 3-120 |
| 8:45 | B. | Physical Acoustics I: Solids. Room 3-122 |
| 8:30 | C. | Physiological Acoustics I and Psychological Acoustics I: Anatomy, Physiology, and Information Processing in the Central Auditory Pathway. LBJ Auditorium |
| 8:45 | D. | Speech Communication I: Vowel Perception, Lexical Access. Room 1-110 |
| 8:30 | E. | Speech Communication II: Analysis, Synthesis, and Recognition. Room 2-120 |
| 8:45 | F. | Underwater Acoustics I: Propagation. Room 3-102 |

## TUESDAY AFTERNOON, 9 APRIL 1985

| | |
|---|---|
| 12:15 | Editorial Board Luncheon Meeting. Villa Capri, McKinney Room |
| 1:30 | Committee on Meetings. Villa Capri, Childress Room |

| | | |
|---|---|---|
| 2:00 | G. | Engineering Acoustics I: Transducers. Room 3-122 |
| 2:00 | H. | Noise II: Legal, Economic, and Beneficial Aspects of Noise Control. Room 3-120 |
| 2:00 | I. | Physical Acoustics II: Fluids. Room 2-120 |
| 2:00 | J. | Physiological Acoustics II and Psychological Acoustics II: Anatomy, Physiology, and Information Processing in the Central Auditory Pathway (cont'd). LBJ Auditorium |
| 1:30 | K. | Shock and Vibration I: Structural Acoustics. Room 2-122 |
| 1:30 | L. | Speech Communication III: Segment and Feature Perception. Room 1-110 |
| 2:00 | M. | Underwater Acoustics II: Reflection, Random Media, and Nonlinear Acoustics. Room 3-102 |
| 4:00 | | Coordinating Committee on Environmental Acoustics (CCEA). Villa Capri, McKinney Room |

## TUESDAY EVENING, 9 APRIL 1985

| | |
|---|---|
| 5:30 | Buffet Social Hour. Thompson Conference Center, Dining Room and Patio |
| 6:30 | S12-23 (Determination of Sound Power). Villa Capri, Ney Room |
| 6:30 | Technical Committee on Underwater Acoustics (Open Meeting). Villa Capri, Childress Room |
| 7:00 | Technical Committee on Psychological and Physiological Acoustics (Open Meeting). Villa Capri, Club Room |
| 7:30 | Technical Committee on Architectural Acoustics (Open Meeting). Villa Capri, Green Room |
| 7:30 | Technical Committee on Shock and Vibration (Open Meeting). Villa Capri, McKinney Room |
| 7:30 | Joint Meeting of the Technical Committees on Physical Acoustics and Underwater Acoustics (Open Meeting— Special Invited Paper). Villa Capri, Childress Room |
| 8:00 | Technical Committee on Physical Acoustics (Open Meeting). Villa Capri, Sherman Room |

WEDNESDAY MORNING, 10 APRIL 1985

| 7:00 | Long Range Planning Committee Break-fast Meeting. Villa Capri, McKinney Room |
| 7:45 | Registration, Thompson Conference Center Lobby |
| 9:00 | S3-39/S2 (Human Exposure to Mechanical Vibration and Shock). Villa Capri, Childress Room |
| 8:00 | N. Architectural Acoustics I and Noise III: Workshop on Low-Frequency Acoustics of Enclosed Spaces. Room 3-120 |
| 9:00 | O. Musical Acoustics I: Modal and Finite Element Analysis Applied to Musical Instruments. Room 2-120 |
| 8:45 | P. Physical Acoustics III: Chaos and Cavitation. Room 3-122 |
| 8:00 | Q. Psychological Acoustics III: Pitch Perception, Frequency Discrimination, and Perception of Complex Sounds. Room 2-102 |
| 8:00 | R. Speech Communication IV: Intonation and Stress. Room 1-110 |
| 8:45 | S. Underwater Acoustics III: Sediment Acoustics. Room 3-102 |
| 11:00 | Plenary Session. Bates Recital Hall (in Music Recital Hall) |

WEDNESDAY AFTERNOON, 10 APRIL 1985

| 12:15 | Special Fellowships Committee Luncheon Meeting. Villa Capri, Sherman Room |
| 12:15 | Committee on Regional Chapters Luncheon Meeting. Villa Capri, McKinney Room |
| 12:15 | Medals and Awards Committee Luncheon Meeting. Villa Capri, Childress Room |
| 12:15 | Membership Committee Luncheon Meeting. Villa Capri, Green Room |
| 2:00 | T. Engineering Acoustics II: Underwater Flow Noise. Room 3-120 |
| 2:00 | U. Musical Acoustics II: Modal and Finite Element Analysis Applied to Musical Instruments (cont'd). Room 2-120 |
| 2:00 | V. Physical Acoustics IV: Nonlinear Acoustics. Room 3-122 |
| 2:00 | W. Physiological Acoustics III and Psychological Acoustics IV: Masking, Lateralization, and Pitch—A Session Honoring Lloyd A. Jeffress. Room 2-102 |
| 2:00 | X. Shock and Vibration II and Bioresponse to Vibration I: Physiological Aspects of Vibrotaction. Room 3-102 |
| 2:00 | Y. Speech Communication V: Rhythm, Timing, and Segment Duration. Room 1-110 |
| 2:00 | Z. Underwater Acoustics IV: Arctic Acoustics. Room 2-122 |

| 2:30 | S2/TAG TC108 (Mechanical Shock and Vibration). Villa Capri, Sherman Room |

WEDNESDAY EVENING, 10 APRIL 1985

| 6:00 | Buses to Texas Heritage Center (see map page xxiv) for Social Hour and Barbecue |

THURSDAY MORNING, 11 APRIL 1985

| 7:45 | Registration. Thompson Conference Center Lobby |
| 9:00 | AA. Engineering Acoustics III: Sirens, Waves, and Systems. Room 3-122 |
| 9:00 | BB. Physical Acoustics V: Theoretical and Computational Problems. Room 2-122 |
| 8:15 | CC. Psychological Acoustics V: Detection, Discrimination, and Loudness Perception. Room 2-102 |
| 8:45 | DD. Physiological Acoustics IV: Auditory Evoked and Steady-State Responses. Room 2-120 |
| 9:00 | EE. Shock and Vibration III and Bioresponse to Vibration II: Bioresponse to Vibrotaction: Effects and Models. Room 3-102 |
| 8:00 | FF. Speech Communication VI: Prediction of Speech Discrimination in the Hearing Impaired. LBJ Auditorium |
| 9:00 | GG. Underwater Acoustics V: Signal Processing. Room 1-110 |
| 9:30 | S12 (Noise) and TAG TC 43/SC1. Villa Capri, Childress Room |

THURSDAY NOON, 11 APRIL 1985

| 12:00 | Education in Acoustics: Exercises in Acoustical Measurements. Room 3-120 |

THURSDAY AFTERNOON, 11 APRIL 1985

| 12:15 | Patent Reviewers Luncheon Meeting. Villa Capri, McKinney Room |
| 1:30 | S3/S1 Joint Meeting and TAG TC 43 and TC 29. Villa Capri, Childress Room. |
| 1:30 | HH. Musical Acoustics III: Real-Time Music Synthesizers. Room 2-120 |
| 1:30 | II. Noise IV: General Noise Control. Room 3-122 |
| 2:00 | JJ. Physical Acoustics VI and Underwater Acoustics VI: Target Physics. Room 3-102 |
| 2:00 | KK. Physiological Acoustics V and Psychological Acoustics VI: Speech-Signal Specification and Processing, and Cochlear Prostheses. Room 2-102 |

1:15    LL.   Physiological Acoustics VI and Psychological Acoustics VII: Susceptibility, TTS, and Noise Effects; Localization and Bioacoustics. Room 3-120

1:20    MM. Speech Communication VII: Speech Production. Room 1-110

4:00    Committee on Education in Acoustics (Open Meeting). Villa Capri, McKinney Room


**THURSDAY EVENING, 11 APRIL 1985**

5:30    Buffet Social Hour: Thompson Conference Center, Dining Room and Patio

7:00    Technical Committee on Musical Acoustics (Open Meeting). Villa Capri, Childress Room

7:30    Technical Committee on Noise (Open Meeting). Villa Capri, Green Room

7:30    Technical Committee on Engineering Acoustics (Open Meeting). Villa Capri, McKinney Room

7:30    Technical Committee on Bioresponse to Vibration (Open Meeting). Villa Capri, Sherman Room

7:30    Technical Committee on Speech Communication (Open Meeting). Villa Capri, Club Room


**FRIDAY MORNING, 12 APRIL 1985**

7:00    Technical Council Breakfast Meeting. Villa Capri, Green Room

7:45    Registration. Thompson Conference Center Lobby


8:30    NN.   Architectural Acoustics II: Theatres for Drama Performance: Recent Experiences in Acoustical Design—Poster Session. Villa Capri, Navarro/McKinney Rooms

9:00    OO.   Musical Acoustics IV: Contributed Papers. Room 2-122

9:00    PP.   Physical Acoustics VII: Atmospheric Sound. Room 3-122

8:00    QQ.   Physiological Acoustics VII: Diverse Approaches to Studying the Auditory System. Room 2-120

8:00    RR.   Psychological Acoustics VIII: Speech Perception, Discrimination, and Training; Amplification Schemes; Vibrotactile Devices; and Auditory Consequences of Central Nervous System Anomalies. Room 2-102

8:20    SS.   Speech Communication VIII: Articulatory Dynamics and Coarticulation. Room 1-110

9:00    TT.   Underwater Acoustics VII: Scattering. Room 3-120

10:30    Executive Council Luncheon Meeting. Villa Capri, Green Room


**FRIDAY AFTERNOON, 12 APRIL 1985**

1:00    UU.   Physical Acoustics VIII and Engineering Acoustics IV: Laser-Induced Sound. Room 3-120

1:00    VV.   Physiological Acoustics VIII and Psychological Acoustics IX: Instrument Calibration, Measurement Procedures, and Amplification Techniques for Hearing Aids. Room 2-120

1:30    WW. Speech Communication IX: Intelligibility and Performance of the Hearing Impaired. Room 1-110

Case 1:05-cv-00422-GMS    Document 484-5    Filed 12/21/2007    Page 9 of 52

FRIDAY AFTERNOON, 12 APRIL 1985                ROOM 2-120, 1:00 TO 2:20 P.M.

## Session VV. Physiological Acoustics VIII and Psychological Acoustics IX: Instrument Calibration, Measurement Procedures, and Amplification Techniques for Hearing Aids

Larry N. Robinette, Chairman

*Audiology Research Program, Dorn Veterans Administration Hospital, Columbia, South Carolina 29201*

Chairman's Introduction—1:00

*Contributed Papers*

1:05

**VV1. "Representing" inherently variable quantities: The artificial mastoid and other acoustical calibrators.** Edith L. R. Corliss (Forest Hills Laboratory, 2955 Albemarle Street, NW, Washington, DC 20008)

Because human beings vary widely in their physical attributes, one often must describe a representative individual for the purpose of calibration and specifications. A common procedure is to summarize the median or mean at specific audiofrequencies of determinations made at those frequencies. Less commonly, parameters for each individual are derived, and median parameters taken for the group. The choice of alternative reduction processes yields significant differences. This is illustrated by reducing the same measured data by both alternative procedures. At least, the load the human head presents to a bone vibrator has a specified plane of contact, and can be represented by lumped parameters. However, similar problems exist for representations of the external ear and ear canal, where the load approximates a transmission line. Diffraction patterns about the ear, head, and body present comparable problems. Feasible processes for reducing the systematic errors will be discussed. [Access to National Bureau of Standards data and statistical advice is acknowledged with thanks.]

1:20

**VV2. Effect of measurement parameters on acoustic reflex thresholds.** Larry N. Robinette and David J. Thompson (Audiology Research Program (151B), Dorn Veterans Hospital, Columbia, SC 29201)

Estimates of acoustic reflex thresholds (ARTs) may differ by 5 dB or more between lowest ("best") and highest reported values. These discrepancies are likely due to differences in measurement characteristics (sensitivity, probe tone level, display mode, and temporal response) of acoustic immittance instruments in addition to criteria used for judgment of threshold and normal threshold variability. Continued development of ART measurement methods for clinical evaluation is hampered by such disparities. We therefore studied the effects of selected measurement parameters on ARTs. Contralateral acoustic-reflex thresholds were measured in ten subjects with normal hearing sensitivity using a digital acoustic-immittance instrument that allowed discrete changes in measurement parameters. In the first experiment, probe microphone sensitivity was varied in four steps from low to high values, in the second experiment probe tone (226 Hz) level was varied from 72 to 84 dB in 4-dB steps, and in the third experiment effective measurement time constant was varied from 8.8 to 141.6 ms in 8.8-ms steps. Three independent judgments of ARTs were made from plots of responses to a 1000-Hz tone and broadband noise and means of the judgments were used for analysis. Results indicate that instrument measurement parameters can affect ARTs and should be accounted for. [Research supported by Rehabilitation Research and Development Service of the Veterans Administration.]

1:35

**VV3. Programmable artificial ear incorporating desk-top scientific computer.** William A. Kennedy (Martin Marietta Corp., P. O. Box 179, Denver, CO 80201) and David P. Egolf (Department of Electrical Engineering, University of Wyoming, Laramie, WY 82071)

Sound-pressure recordings made in real-ear simulators are more realistic than those made in 2-cc couplers. Unfortunately, most real-ear simulators (1) require factory calibration and (2) were designed to simulate only the mean acoustic impedance of normal adult ears. Due to variability of ear-canal geometry and eardrum impedance among subjects, the statistical possibility of any one subject exhibiting such "mean" characteristics—especially if that subject has a conductive pathology—is very remote. Reported herein is the development of a programmable artificial ear (PAE) which (1) requires no factory calibration and (2) can be programmed to account for individual variations in source impedance, ear-canal geometry, and eardrum impedance. The PAE consists of a 2-cc coupler, microphone, amplifier, and desk-top scientific computer, equipment which is included in most laboratory/clinic inventories. Sound pressures recorded in the 2-cc coupler are adjusted via the computer to what they would have been had the recordings been made in a particular subject's ear. Good agreement has been obtained between PAE data and real-ear simulator measurements.

1:50

**VV4. Open-loop transfer function simulation as a means for understanding acoustic feedback in hearing aids.** David P. Egolf and Brett T. Haley (Department of Electrical Engineering, University of Wyoming, Laramie, WY 82071)

The "squeal" of unstable acoustic feedback in hearing aids occurs when Nyquist's stability criterion involving the system's open-loop transfer function (OLTF) has been violated. To understand the causes and possible remedies of unstable feedback in hearing aids, one must first investigate the OLTF of such a system. Reported herein is a scheme for simulating, on the computer, the OLTF of an eyeglass-type hearing aid. This scheme consists of taking the serial product of two-port network models of the various components which transduce, amplify, and transmit sound to the eardrum. These components are (in order) the microphone, amplifier, receiver, sound tubes leading to the eardrum, earmold vent, and external pathway from the vent exit back to the microphone. Computer simulations were compared with laboratory measurements of the OLTF. These were obtained by applying an electrical signal to the amplifier input and simultaneously monitoring electrical output of the hearing-aid microphone. Computer results and experimental data followed the same trends but differed by as much as 6 dB at one frequency.

2:05

**VV5. Electronic cancellation of acoustic feedback to increase hearing-aid stability.** Kim A. Weaver and David P. Egolf (Department of Electrical Engineering, University of Wyoming, Laramie, WY 82071)

The acoustic feedback which causes a hearing aid to become unstable at high gains is effectively reduced by the addition of negative electrical feedback. Electrical feedback is formed by a system estimator which closely matches the open-loop transfer function of an *in situ* hearing aid. The system estimator is produced by correlating the estimator signal with the hearing-aid signal. Because the estimator does not affect the characteristics of the hearing aid, speech intelligibility is not degraded by this feedback suppression circuit as it is by most other schemes. Thus 10 to 15 dB of additional stable gain have been achieved through the use of stabilizing negative electrical feedback.

EXHIBIT 11



DEPOSITION
EXHIBIT
135
Levitt
8-23-07

Veterans
Administration

Rehabilitation R&D
Progress Reports - 1984




**Veterans Administration**

# Rehabilitation R&D Progress Reports 1984

Margaret J. Giannini, M.D.
Director

Rehabilitation Research and Development
Service, Department of Medicine and Surgery,
Veterans Administration.

PUBLICATION STAFF

Seldon P. Todd, Jr., Editor
Tamara T. Sowell, Associate Editor
Holly M. Jellison, Managing Editor

Medical Consultant: Jacquelin Perry, M.D.
Technical Consultants: Howard Freiberger, A.M.,
Leon Bennett, M.A.E., and
A. Bennett Wilson, Jr., B.M.S.E.
Technical Information Specialist:
Lily W. Horn, M.L.S., M.S.

Address correspondence to: Editor, Rehabilitation R&D Progress Reports, Office of Technology Transfer (153D), 50 Irving Street, N.W., Washington, D.C. 20422

The opinions expressed in contributed material are those of the authors and those responsible for supplying the material, and are not necessarily those of the Veterans Administration.

Contents of Rehabilitation R&D Progress Reports are within the public domain, with the exception of material which was already under copyright when received and appears here with the permission of the copyright owner. Such copyrighted material is clearly identified as such on the page where it appears, and all such material in an issue is listed at or near this position in that issue.

Copyrighted material in this issue: NONE.

**DISTRIBUTION/CIRCULATION POLICY**
Rehabilitation R&D Progress Reports is distributed to recipients on the mailing list for the Journal of Rehabilitation Research and Development. The mailing list is intended to cover all professionals in the rehabilitation field who are either actively involved in research, contemplate such involvement, or need to remain familiar with the direction and methods of current research and the clinical application of its results.

At present, the Journal and the progress report annual publication are distributed free of charge, both in the United States and in foreign countries. Additions will be made to the mailing list upon request to:

The Editor
Journal of Rehabilitation Research and Development
Office of Technology Transfer (153D)
Veterans Administration Medical Center
50 Irving Street, N.W.
Washington, D.C. 20422

Although it is not required for addition to the mailing list, it will be appreciated if those asking to be placed on the list furnish the following information for our reader-demographics databank: degree; area of particular professional specialization, license, or practice; and whether currently actively involved in a program of research.

In addition to mailings to individuals, copies in requested quantities go to VA Hospitals and Medical Centers, Clinics, and Regional Offices. Copies also go to certain Depository Libraries, and to libraries in schools and colleges, medical and research institutions, with or without government affiliation, in the United States and foreign countries.

**SINGLE-COPY and BACK-ISSUE SALES**
Rehabilitation R&D Progress Reports will also be on sale over the counter and by mail-order from the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402.

Single-copy sales are offered for the benefit of those whose interest is limited to topics not covered regularly by the publication. We offer such individuals a free "Availability Announcement" of each issue. It includes a reproduction of the issue's Table of Contents along with an official Superintendent of Documents mail-order form.

A similar "Availability Announcement" will also be mailed for future issues of the Journal of Rehabilitation Research and Development. Those announcements will include a 10-year list of available back-issues (with prices) for the former Bulletin of Prosthetics Research as well as for Journal back-issues.

# Editor's Note: _____

This is the second yearly issue of the Rehabilitation R&D Progress Reports. The series seeks to present an annual comprehensive overview of work in progress in the field of rehabilitation research and engineering both in this country and abroad.

Several improvements in format and organization have been made in this issue. These changes will make the information in this publication easier to use by allowing readers to quickly locate research of a particular nature. Project reports are categorized into 14 major subject headings: Amputations and Limb Prostheses; Orthotics; Total Joint Replacement (and other Orthopaedic Implants); Spinal Cord Injury; Functional Assessment; Biomechanics; Wound and Fracture Healing; Properties of Muscle; Ligaments and Tendons; Arthritis; Low Back Pain; Respiration (Muscular Dystrophy); Sensory Aids; and, Miscellaneous.

Following the progress reports are brief descriptions of the general research activities conducted by sponsoring agencies and organizations. Included in each agency/organization entry is a list of projects sponsored over the past year and the subject heading where they will be found.

The third section is an index of contributors. Names are listed alphabetically along with the page number(s) on which their contributions are located.

For the 1985 edition of the Rehabilitation R&D Progress Reports greater comprehensiveness in coverage of rehabilitation research and engineering developments is planned. All readers are urged to send progress reports by June 1st of this year in the format specified in Information for Principal Investigators Providing Progress Reports for Future Issues, located on page ii.

## On the cover:

A graphic representation of the VA SEATTLE foot, a new prosthetic foot developed in the VA Rehabilitation Research and Development Program in Seattle, Washington. The design illustrates the internal keel, which improves the storage and release of gravity generated energy throughout the weight-bearing phase of the gait cycle. A progress report on the VA SEATTLE foot is on page 5.

# Table of Contents

**1    Rehabilitation R&D Progress Reports**

1    **I. Amputations and Limb Prostheses**
1    **A. General**
1    Comprehensive Management of Upper and Lower Extremity Amputation
2    Successful Application of CAD Automation to the Production of Individual Prostheses
2    Effectiveness of Prosthetic and Orthotic Devices Used in Pakistan
3    Evaluation of the Effectiveness of Modern Prosthetic/Orthotic Techniques and/or Hardware in Pakistan at King Edward Medical Center
4    **B. Lower Limb, 1. General**
4    Automated Fabrication of Lower Extremity Prosthetic Sockets
5    The VA SEATTLE Foot
6    **B. Lower Limb, 2. Below-Knee**
6    Volume Changes Occurring in Postoperative Below-Knee Amputees
7    Optimum Prosthetic Foot Characteristics for Dysvascular Below-Knee Amputees
7    Analysis of Below-Knee Suspension Systems: Effect on Gait
8    Evaluation of Physiologic Suspension Factors in Below-Knee Amputees
9    **B. Lower Limb, 3. Above-Knee**
9    Myoelectrically Controlled Above-Knee Prosthesis: A Pilot Study
10    Development of an Above-Knee Prosthesis Adaptable to a Voluntary Walking Period
11    **C. Upper Limb, 1. General**
11    Myoelectric Controls for Orthotic/Prosthetic Systems
11    Myoprocessor NU-110
11    Myoprocessor NU-112
12    Myotrode NU-126
12    Long-Term Recording of Voluntarily Elicited Nerve Signals
12    **C. Upper Limb, 2. Below-Elbow**
12    Below-Elbow Prosthetic System

13    **II. Orthotics**
13    **A. Lower Limb**
13    Design and Evaluation of a Knee Orthosis
13    An Investigation into the Mobility of the Cerebral Palsied Child
14    Technical and Clinical Evaluation of the Self-Fitting Modular Orthosis

15    A Motion-Guiding Load-Bearing External Frame for the Knee
15    **B. Upper Limb**
15    Assessment of Hand Function and the Development of Wrist-Hand Orthoses
16    Sensory Substitution System for Grasp Force and Hand Position Feedback

17    **III. Total Joint Replacement and other Orthopaedic Implants**
17    **A. General**
17    Evaluation and Development of Biomaterials Used in Total Joint Replacement
17    Investigation of the Bone/Bone Cement/Implant Interface Formed by Total Joint Replacement
18    Structural Analysis of Total Joint Replacement
18    Development of a Biologic Cement for Fixation of Skeletal Implants
19    Late Loosening in Total Joint Replacement in the Lower Extremities
19    Diagnosis of Loose or Damaged Total Joint Replacement
19    Cementless Hip and Knee Prostheses
20    Mechanisms of Orthopaedic Implant Loosening
20    The Mechanical Properties of Porous-Coated Orthopaedic Alloy
22    Biomechanics of Bone Resorption/Regeneration at a Bone-Implant Interface
23    Evaluation of Total Joint Loosening Using X-Ray Photogrammetry
23    Bacterial Colonization of Surgical Biomaterials
24    In Vitro and In Vivo Corrosion of Orthopaedic Implants
24    Intermediate Organometallic Corrosion Products
25    Study of Wear Particle Analysis in Human Artificial Joints
25    Retrieval and Analysis of Orthopaedic Implants
26    Implant Fixation by Post-Insertion Pressurization of Polymethylmethacrylate
27    **B. Hip**
27    Biomechanical Assessment of Patients Treated by Joint Surgery
28    Quantitative Analysis of the Effect of Total Hip Arthroplasty on Stress and Strain in the Human Pelvis
29    Vascular Responses to Hip Replacements
29    Total Surgical Replacement of the Human Hip Joint
30    The Efficacy of Radiolucent Low Modulus Total Hip Surface Replacement
30    Total Hip Implant Biotelemetry

Table of Contents

31    **C. Knee**
31    Interaction of Total Knee Replacement Geometry
          with Knee Ligaments
32    Prospective Clinical Study of the Kinematic Knee
          Design
32    Investigation of a Simplified Internal Knee
          Prosthesis
33    In Vivo Loading on Total Knee Joints
33    Biomechanical Study of Total Knee Replacement

34    **IV.  Spinal Cord Injury**
34    **A.  General Rehabilitation**
34    A Research and Demonstration Project for
          Rehabilitation of Paraplegics in Madras
35    Demographic and Economic Studies
35    Interactive Video Education System for
          Rehabilitation
36    Outcome Studies Pertinent to the National Spinal
          Cord Injury System
37    Development of a Reconditioning Exercise
          Program for Patients with Paraplegia
38    Assessment, Development, and Clinical
          Applications of Strategies to Coordinate
          Services for Spinal Cord Injured Clients After
          Discharge
38    Documenting and Utilizing Programs to Provide
          Community Adjustment and Independent Living
          Services for Persons with Spinal Cord Injury
39    Vocational Evaluation for Quadriplegics with a
          High School Education or Less
40    **B.  Medical Treatment**
40    Determinants of Renal Function Alterations During
          Long-Term Follow-Up in Patients with Spinal
          Cord Dysfunction Using Radionuclide
          Procedures
41    Effectiveness of Prophylactic Antimicrobial
          Therapy in Patients with Spinal Cord Injury
41    Urinary LDH Fractions for Localizing Site of
          Urinary Infections in Patients with Spinal Cord
          Dysfunction
42    Didronel in the Prevention of Heterotopic
          Ossification Following Spinal Cord Injury:
          Determination of an Optimal Treatment
          Schedule
43    Dermal Fibrosis in Spinal Cord Injury Patients
44    H Reflex Changes Following Spinal Cord Injury
46    Longitudinal Assessment of Physical Therapy
          Factors that Affect Quality of Life of Persons
          with Spinal Cord Injury
47    Residual Bladder Volume Determination for Spinal
          Cord Injury Patients
47    Development of Analytical and Laboratory Models
          of the Bladder and Urinary Tract
48    Neural Mechanisms Underlying Bladder
          Dysfunction After Spinal Trauma
48    The Bio-Feedback Incontinence-Training Program
49    Effects of Spinal Cord Injury on Drug Metabolism
50    Collagen Dysfunction in Quadriplegia
50    Neuroaugmentive Procedures for Modification of
          Abnormal Motor Control in Patients with Spinal
          Cord Injury

51    Evoked Potentials Study
51    Effects of Low-Power Irradiation on Clonus and
          Spasticity in Spinal Cord Injured Persons
51    The Effect of Electrical Stimulation of Muscles on
          the Cardiovascular System
52    **C.  Spinal Cord Regeneration**
52    Monitoring of Post-Injury Changes
52    Tissue Implant Studies
52    Collagen Matrix Implant Studies
52    Omentum Transposition Study
53    Cortico Spinal Neuron Studies
53    Effects of Application of Direct Current on
          Regeneration of Nerve Cells
53    Use of PF in Stimulation of Spinal Cord Neuron
          Development
53    **D.  Independent Living for the Severely
          Disabled**
53    Conducting a State Policy Study to Help Develop
          New Options for Independent Living
54    Human Concerns of Disabled Persons: Developing
          New Methods for Addressing Common
          Community Concerns, and Developing a Human
          Concerns National Data Base
54    Effects of the Family on Independence
54    Utilizing the Concerns of Disabled Consumers to
          Assess the Impact of Independent Living
          Programs
55    Systematic Approaches to Consumer
          Involvement: Training Citizens with Disabilities
          in Community Leadership
55    Support for Families: Family Problem Solving
55    Management Procedures in Attendant Care: A
          Training Model for Disabled Consumers
55    Human Dignity Project
56    An Analysis and Review of Peer Counseling
          Provided by ILCs
56    Development of an Impact Evaluation Package for
          Independent Living Centers
56    Encouraging Private-Sector Initiatives to Improve
          Community Accessibility
56    Nongovernmental Funding Alternatives
57    Promoting Community Support for Independent
          Living
57    **E.  Communication Methods and Systems for
          the Severely Disabled**
57    Development of a Unified Quantitative Model for
          Augmentative Communication Systems
57    Study of Dominant Single Speech Motor
          Subsystem Dysfunctions
58    Cooperative and Commercial Facilitation Projects
58    Developing International Aids Compatibility
          Standards
58    Portable Simple Electronic Transducer and Morse
          Code Decoder to Serial RS232 Converter
58    Information Resources
59    Access to Computer-Based Services for Persons
          Unable to Use Current Systems Due to Physical
          Impairments
59    Keyboard Emulators
59    CRT-Based Headpointing Input Device
59    Comparing Complex Position Averaging
          Techniques
59    Adaptation of Standard Tests of Aphasia for
          Computer-Assisted Administration



**Veterans
Administration**

# Rehabilitation
# R&D Progress
# Reports 1984

Rehabilitation R&D Progress Reports
is a publication of
The Veterans Administration,
Department of Medicine and Surgery

Rehabilitation Research and Development Service
Office of Technology Transfer (153D)
Veterans Administration Medical Center
50 Irving Street, N.W.
Washington, D.C. 20422

# Information for Principal Investigators
# Providing Progress Reports for Future Issues

We welcome contributions to Rehabilitation R&D Progress Reports. It is our desire to present a comprehensive view of research and progress, and we do not want significant work to be omitted.

Reports intended for future issues must be received at the Office of Technology Transfer in Washington, D.C., in final form suitable for publication and ready for typesetting, by June 1 of each year. This will allow October mailing of future issues, as planned. It is hoped that contributing agencies and principal investigators will mark June 1 on their calendars as an ongoing, routine report period.

The text should contain a brief version of the research hypothesis, methodology, and preliminary findings and/or results since the last report. If the project is not completed, a brief comment on future plans or goals is appropriate. However, the entire report may not exceed 600 words. These reports are not meant to be, nor will they be handled as, short research papers. The goal of this progress report publication is to facilitate access to sources of information, formal or informal, about scientific research and engineering development, both completed and ongoing. The progress reports will not be refereed and their contents will be solely the statements of the investigators.

If a research project has come to its conclusion, only a very brief final report should be supplied to Rehabilitation R&D Progress Reports. Scientific findings should be submitted to the Journal of Rehabilitation Research and Development or other appropriate scientific journals for publication as a scientific paper. (If such a paper has been submitted or is in press, include that information in your brief report.)

To facilitate publishing, please note the following requirements:

1. Type letter-quality, double-spaced on 8½×11 inch paper.
2. Leave 1-inch margin left and right.
3. Include investigator(s) name(s) with highest degree, position, organization, and location (full address and zip code of principal investigator).
4. Clearly indicate on the first page the source(s) of funding for the work described in the report and the location(s) of the actual research activity.
5. Number the pages visibly.

Address contributions to:

Editor
Rehabilitation Research and Development
Office of Technology Transfer (153D)
Veterans Administration
50 Irving Street, N.W.
Washington, D.C. 20422



**Veterans Administration**

# Rehabilitation R&D Progress Reports 1984

Margaret J. Giannini, M.D.
Director

Rehabilitation Research and Development
Service, Department of Medicine and Surgery,
Veterans Administration.

PUBLICATION STAFF

Seldon P. Todd, Jr., Editor
Tamara T. Sowell, Associate Editor
Holly M. Jellison, Managing Editor

Medical Consultant: Jacquelin Perry, M.D.
Technical Consultants: Howard Freiberger, A.M.,
  Leon Bennett, M.A.E., and
  A. Bennett Wilson, Jr., B.M.S.E.
Technical Information Specialist:
  Lily W. Hom, M.L.S., M.S.

Address correspondence to: Editor, Rehabilitation R&D Progress Reports, Office of Technology Transfer (153D), 50 Irving Street, N.W., Washington, D.C. 20422

The opinions expressed in contributed material are those of the authors and those responsible for supplying the material, and are not necessarily those of the Veterans Administration.

Contents of Rehabilitation R&D Progress Reports are within the public domain, with the exception of material which was already under copyright when received and appears here with the permission of the copyright owner. Such copyrighted material is clearly identified as such on the page where it appears, and all such material in an issue is listed at or near this position in that issue.

Copyrighted material in this issue: NONE.

**DISTRIBUTION/CIRCULATION POLICY**
Rehabilitation R&D Progress Reports is distributed to recipients on the mailing list for the Journal of Rehabilitation Research and Development. The mailing list is intended to cover all professionals in the rehabilitation field who are either actively involved in research, contemplate such involvement, or need to remain familiar with the direction and methods of current research and the clinical application of its results.

At present, the Journal and the progress report annual publication are distributed free of charge, both in the United States and in foreign countries. Additions will be made to the mailing list upon request to:

The Editor
Journal of Rehabilitation Research and Development
Office of Technology Transfer (153D)
Veterans Administration Medical Center
50 Irving Street, N.W.
Washington, D.C. 20422

Although it is not required for addition to the mailing list, it will be appreciated if those asking to be placed on the list furnish the following information for our reader-demographics databank: degree; area of particular professional specialization, license, or practice; and whether currently actively involved in a program of research.

In addition to mailings to individuals, copies in requested quantities go to VA Hospitals and Medical Centers, Clinics, and Regional Offices. Copies also go to certain Depository Libraries, and to libraries in schools and colleges, medical and research institutions, with or without government affiliation, in the United States and foreign countries.

**SINGLE-COPY and BACK-ISSUE SALES**
Rehabilitation R&D Progress Reports will also be on sale over the counter and by mail-order from the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402.

Single-copy sales are offered for the benefit of those whose interest is limited to topics not covered regularly by the publication. We offer such individuals a free "Availability Announcement" of each issue. It includes a reproduction of the issue's Table of Contents along with an official Superintendent of Documents mail-order form.

A similar "Availability Announcement" will also be mailed for future issues of the Journal of Rehabilitation Research and Development. Those announcements will include a 10-year list of available back-issues (with prices) for the former Bulletin of Prosthetics Research as well as for Journal back-issues.

# Editor's Note: ────────────

This is the second yearly issue of the Rehabilitation R&D Progress Reports. The series seeks to present an annual comprehensive overview of work in progress in the field of rehabilitation research and engineering both in this country and abroad.

Several improvements in format and organization have been made in this issue. These changes will make the information in this publication easier to use by allowing readers to quickly locate research of a particular nature. Project reports are categorized into 14 major subject headings: Amputations and Limb Prostheses; Orthotics; Total Joint Replacement (and other Orthopaedic Implants); Spinal Cord Injury; Functional Assessment; Biomechanics; Wound and Fracture Healing; Properties of Muscle; Ligaments and Tendons; Arthritis; Low Back Pain; Respiration (Muscular Dystrophy); Sensory Aids; and, Miscellaneous.

Following the progress reports are brief descriptions of the general research activities conducted by sponsoring agencies and organizations. Included in each agency/organization entry is a list of projects sponsored over the past year and the subject heading where they will be found.

The third section is an index of contributors. Names are listed alphabetically along with the page number(s) on which their contributions are located.

For the 1985 edition of the Rehabilitation R&D Progress Reports greater comprehensiveness in coverage of rehabilitation research and engineering developments is planned. All readers are urged to send progress reports by June 1st of this year in the format specified in Information for Principal Investigators Providing Progress Reports for Future Issues, located on page ii.

## On the cover:

A graphic representation of the VA SEATTLE foot, a new prosthetic foot developed in the VA Rehabilitation Research and Development Program in Seattle, Washington. The design illustrates the internal keel, which improves the storage and release of gravity generated energy throughout the weight-bearing phase of the gait cycle. A progress report on the VA SEATTLE foot is on page 5.

# Table of Contents

**1    Rehabilitation R&D Progress Reports**

**1    I. Amputations and Limb Prostheses**
1    A. General
1    Comprehensive Management of Upper and Lower Extremity Amputation
2    Successful Application of CAD Automation to the Production of Individual Prostheses
2    Effectiveness of Prosthetic and Orthotic Devices Used in Pakistan
3    Evaluation of the Effectiveness of Modern Prosthetic/Orthotic Techniques and/or Hardware in Pakistan at King Edward Medical Center
4    B. Lower Limb, 1. General
4    Automated Fabrication of Lower Extremity Prosthetic Sockets
5    The VA SEATTLE Foot
6    B. Lower Limb, 2. Below-Knee
6    Volume Changes Occurring in Postoperative Below-Knee Amputees
7    Optimum Prosthetic Foot Characteristics for Dysvascular Below-Knee Amputees
7    Analysis of Below-Knee Suspension Systems: Effect on Gait
8    Evaluation of Physiologic Suspension Factors in Below-Knee Amputees
9    B. Lower Limb, 3. Above-Knee
9    Myoelectrically Controlled Above-Knee Prosthesis: A Pilot Study
10   Development of an Above-Knee Prosthesis Adaptable to a Voluntary Walking Period
11   C. Upper Limb, 1. General
11   Myoelectric Controls for Orthotic/Prosthetic Systems
11   Myoprocessor NU-110
11   Myoprocessor NU-112
12   Myotrode NU-126
12   Long-Term Recording of Voluntarily Elicited Nerve Signals
12   C. Upper Limb, 2. Below-Elbow
12   Below-Elbow Prosthetic System

**13   II. Orthotics**
13   A. Lower Limb
13   Design and Evaluation of a Knee Orthosis
13   An Investigation into the Mobility of the Cerebral Palsied Child
14   Technical and Clinical Evaluation of the Self-Fitting Modular Orthosis

15   A Motion-Guiding Load-Bearing External Frame for the Knee
15   B. Upper Limb
15   Assessment of Hand Function and the Development of Wrist-Hand Orthoses
16   Sensory Substitution System for Grasp Force and Hand Position Feedback

**17   III. Total Joint Replacement and other Orthopaedic Implants**
17   A. General
17   Evaluation and Development of Biomaterials Used in Total Joint Replacement
17   Investigation of the Bone/Bone Cement/Implant Interface Formed by Total Joint Replacement
18   Structural Analysis of Total Joint Replacement
18   Development of a Biologic Cement for Fixation of Skeletal Implants
19   Late Loosening in Total Joint Replacement in the Lower Extremities
19   Diagnosis of Loose or Damaged Total Joint Replacement
19   Cementless Hip and Knee Prostheses
20   Mechanisms of Orthopaedic Implant Loosening
20   The Mechanical Properties of Porous-Coated Orthopaedic Alloy
22   Biomechanics of Bone Resorption/Regeneration at a Bone-Implant Interface
23   Evaluation of Total Joint Loosening Using X-Ray Photogrammetry
23   Bacterial Colonization of Surgical Biomaterials
24   In Vitro and In Vivo Corrosion of Orthopaedic Implants
24   Intermediate Organometallic Corrosion Products
25   Study of Wear Particle Analysis in Human Artificial Joints
25   Retrieval and Analysis of Orthopaedic Implants
26   Implant Fixation by Post-Insertion Pressurization of Polymethylmethacrylate
27   B. Hip
27   Biomechanical Assessment of Patients Treated by Joint Surgery
28   Quantitative Analysis of the Effect of Total Hip Arthroplasty on Stress and Strain in the Human Pelvis
29   Vascular Responses to Hip Replacements
29   Total Surgical Replacement of the Human Hip Joint
30   The Efficacy of Radiolucent Low Modulus Total Hip Surface Replacement
30   Total Hip Implant Biotelemetry

Table of Contents

**31    C. Knee**
31    Interaction of Total Knee Replacement Geometry
       with Knee Ligaments
32    Prospective Clinical Study of the Kinematic Knee
       Design
32    Investigation of a Simplified Internal Knee
       Prosthesis
33    In Vivo Loading on Total Knee Joints
33    Biomechanical Study of Total Knee Replacement

**34    IV.  Spinal Cord Injury**
**34    A.  General Rehabilitation**
34    A Research and Demonstration Project for
       Rehabilitation of Paraplegics in Madras
35    Demographic and Economic Studies
35    Interactive Video Education System for
       Rehabilitation
36    Outcome Studies Pertinent to the National Spinal
       Cord Injury System
37    Development of a Reconditioning Exercise
       Program for Patients with Paraplegia
38    Assessment, Development, and Clinical
       Applications of Strategies to Coordinate
       Services for Spinal Cord Injured Clients After
       Discharge
38    Documenting and Utilizing Programs to Provide
       Community Adjustment and Independent Living
       Services for Persons with Spinal Cord Injury
39    Vocational Evaluation for Quadriplegics with a
       High School Education or Less
**40    B.  Medical Treatment**
40    Determinants of Renal Function Alterations During
       Long-Term Follow-Up in Patients with Spinal
       Cord Dysfunction Using Radionuclide
       Procedures
41    Effectiveness of Prophylactic Antimicrobial
       Therapy in Patients with Spinal Cord Injury
41    Urinary LDH Fractions for Localizing Site of
       Urinary Infections in Patients with Spinal Cord
       Dysfunction
42    Didronel in the Prevention of Heterotopic
       Ossification Following Spinal Cord Injury:
       Determination of an Optimal Treatment
       Schedule
43    Dermal Fibrosis is Spinal Cord Injury Patients
44    H Reflex Changes Following Spinal Cord Injury
46    Longitudinal Assessment of Physical Therapy
       Factors that Affect Quality of Life of Persons
       with Spinal Cord Injury
47    Residual Bladder Volume Determination for Spinal
       Cord Injury Patients
47    Development of Analytical and Laboratory Models
       of the Bladder and Urinary Tract
48    Neural Mechanisms Underlying Bladder
       Dysfunction After Spinal Trauma
48    The Bio-Feedback Incontinence-Training Program
49    Effects of Spinal Cord Injury on Drug Metabolism
50    Collagen Dysfunction in Quadriplegia
50    Neuroaugmentive Procedures for Modification of
       Abnormal Motor Control in Patients with Spinal
       Cord Injury

51    Evoked Potentials Study
51    Effects of Low-Power Irradiation on Clonus and
       Spasticity in Spinal Cord Injured Persons
51    The Effect of Electrical Stimulation of Muscles on
       the Cardiovascular System
**52    C. Spinal Cord Regeneration**
52    Monitoring of Post-Injury Changes
52    Tissue Implant Studies
52    Collagen Matrix Implant Studies
52    Omentum Transposition Study
53    Cortico Spinal Neuron Studies
53    Effects of Application of Direct Current on
       Regeneration of Nerve Cells
53    Use of PF in Stimulation of Spinal Cord Neuron
       Development
**53    D.  Independent Living for the Severely
       Disabled**
53    Conducting a State Policy Study to Help Develop
       New Options for Independent Living
54    Human Concerns of Disabled Persons: Developing
       New Methods for Addressing Common
       Community Concerns, and Developing a Human
       Concerns National Data Base
54    Effects of the Family on Independence
54    Utilizing the Concerns of Disabled Consumers to
       Assess the Impact of Independent Living
       Programs
55    Systematic Approaches to Consumer
       Involvement: Training Citizens with Disabilities
       in Community Leadership
55    Support for Families: Family Problem Solving
55    Management Procedures in Attendant Care: A
       Training Model for Disabled Consumers
55    Human Dignity Project
56    An Analysis and Review of Peer Counseling
       Provided by ILCs
56    Development of an Impact Evaluation Package for
       Independent Living Centers
56    Encouraging Private-Sector Initiatives to Improve
       Community Accessibility
56    Nongovernmental Funding Alternatives
57    Promoting Community Support for Independent
       Living
**57    E.  Communication Methods and Systems for
       the Severely Disabled**
57    Development of a Unified Quantitative Model for
       Augmentative Communication Systems
57    Study of Dominant Single Speech Motor
       Subsystem Dysfunctions
58    Cooperative and Commercial Facilitation Projects
58    Developing International Aids Compatibility
       Standards
58    Portable Simple Electronic Transducer and Morse
       Code Decoder to Serial RS232 Converter
58    Information Resources
59    Access to Computer-Based Services for Persons
       Unable to Use Current Systems Due to Physical
       Impairments
59    Keyboard Emulators
59    CRT-Based Headpointing Input Device
59    Comparing Complex Position Averaging
       Techniques
59    Adaptation of Standard Tests of Aphasia for
       Computer-Assisted Administration

60    A Unique Comprehensive Communication System for Speech-Impaired Persons
61    Efficacy of Remote Delivery of Aphasia Treatment by TEL-Communicology
62    Bliss Symbol-to-Speech Conversion: "Blisstalk"
63    F. Environmental Control Systems for the Severely Disabled
63    Capuchin Monkeys as Aides for Quadriplegics
63    Headwand with Grasp and Release Capabilities
64    Ocular Controlled Communication and Evironmental Control for Severely Disabled Veterans
65    MicroDEC II—Environmental Control System for Computer Access Aid
66    Wheelchair Control and Robot Arm/Work Table System for High Spinal Cord Injured Persons
66    Development and Evaluation of a Robotic Aid for the Severely Disabled Individual
67    Design of a Six-Axis Joystick for a Robotic Manipulation Aid
68    Sensor and Gripper Development for the Robotic Aid Project
69    Interactive Voice Studies and the Design of Command Vocabularies for Voice-Controlled Systems
70    The Study of Manipulator Motion Under Constraint
71    Evaluation of the Human/Machine/Environment Triad: An Interactive Model Applied to the Robotics Aid Project
72    Ultrasonic Head Control Unit
73    Design and Evaluation of Showers and Bathing Fixtures for Disabled and Elderly Veterans
74    G. Wheelchairs, Including Seating and Controls
74    Wheelchair Research and Development
75    Manual Wheelchair with Anti-Rollback Wheel
75    Alternate Transit Vehicle for the Physically Disabled Person
76    Integrated Wheelchair Technology Tested
77    Wheelchair Feedback Controllers
78    Images Project
79    Seating System for Body Support and Prevention of Tissue Trauma
80    Modular Seating for Children
80    Modular Seating for the Elderly
81    H. Personal Licensed Vehicles
81    Building a Data Base for Standards for Personal Licensed Vehicles
81    A Driving Simulator for the Physically Handicapped Person
82    I. Functional Electrical Stimulation, 1. General
82    Development and Evaluation of Safe Methods of Intracortical and Peripheral Nerve Stimulation
84    Development of Neural Stimulating Electrodes and Evaluation of Their Electrochemical Reactions
84    Artificial Sensory Transducers
85    Adhesion Studies Program
86    Ion-Exchange Stimulation Electrodes
86    Capacitor Stimulating Electrodes for Activation of Neural Tissue

87    Capacitor Stimulating Electrodes for Activation of Neural Tissue
88    Multichannel Multiplexed Intracortical Recording Arrays
88    I. Functional Electrical Stimulation, 2. Upper Limb Applications
88    Restoration of Upper Limb Function Using Functional Electrical Stimulation (FES)
89    Closed-Loop Control of Electrically Stimulated Muscles
89    I. Functional Electrical Stimulation, 3. Lower Limb Applications
89    Walking Restored in Paralyzed Man Using Electronic Orthotics
90    I. Functional Electrical Stimulation, 4. Other
90    Active Physical Therapy: Application of FES to Rehabilitation Medicine
91    Influence of Sural Nerve Stimulation on Motor Unit Control in Normal Subjects and Those with Spastic Paresis
94    Effect of Electrical Stimulation and Passive Stretch on Peripheral Nerve Disorders
94    Fitness Improvements and Physiological Responses to FES Exercise
95    Weight Transfer Training Using Biofeedback and Electrical Stimulation in Strokes and Incomplete Spinal Cord Transections

96    **V. Functional Assessment**
96    Development of a Computer-Automated System for Functional Assessment
96    Clinical Evaluation and Application of a Computer-Automated System for Functional Assessment—Part I
97    Clinical Evaluation and Application of a Computer-Automated System for Functional Assessment—Part II
97    Quantification of Motor Performance: Muscle Strength and Endurance Testing
98    Quantification of Mobility Performance for Functional Assessment, Diagnosis, and Therapy of Neuromuscular, Skeletal, and Synovial Joint Dysfunctions
99    Quantification of the Functional Capacity of Upper Limb Amputees
100    Quantitative Evaluation of Nerve Repair
101    Quantitative Measures for Assessing Therapeutic Effectiveness
101    Predictive Assessment in Prescription of Functional Aids for the Motor-Disabled
102    Investigation Regarding the Optimal Application of Technology-Based Treatment Modalities Applied to Assessing and Ameliorating Motor Defects
102    The Efficacy of Surgical and Rehabilitative Procedures of the Knee
103    Epidemiology of Physical Activity

104    **VI. Biomechanics**
104    A. Joint Studies, 1. General
104    Joint Contracture: Biomechanical-Clinical Correlates

**Table of Contents**

| | | | |
|---|---|---|---|
| 104 | Biomechanics of Ligament/Tendon Repairs and Grafts | 124 | E. Other |
| **105** | **A. Joint Studies, 2. Lower Limb** | 124 | Bone in Vivo and In Vitro Stress and Strain Patterns |
| 105 | Evaluation of Joint Loading in the Use of Walking Aids in Total Hip Replacement Patients | 125 | Human Response and Lower Extremity Injury |
| 105 | Ankle Biomechanics | 125 | Foot Interface Pressure Study |
| 106 | Clinical Biomechanics of the Knee: Rotation Laxities | | |
| 106 | Ligamentous Knee Stability: Combined Clinical Loadings | **127** | **VII. Wound and Fracture Healing** |
| 107 | Pathokinesiology of Anterior Cruciate Ligament Deficiency | 127 | Morphological and Clinical Studies of Microwounds in Ischemic Human Tissues |
| 108 | Biomechanics of the Hip and Knee | 127 | Effect of Stress and Motion on Repair of Hard and Soft Tissues |
| 108 | Mechanics of Human Acetabulum | | |
| 109 | Biomechanics of Anterior Cruciate Repairs | 128 | Transcutaneous Oxygen Tension as Predictor of Wound Healing |
| 109 | Proximal Femur Load Transmission in Early Childhood | 129 | Studies of Factors Affecting Orthopaedic Infections |
| **110** | **A. Joint Studies, 3. Upper Limb** | 129 | Stimulation of Repair of Cortical Bone Transplants by Implantation of Piezoelectric Materials |
| 110 | Functional Forces in Normal and Abnormal Fingers | 130 | Effects of Immobilization and Motion in the Injured Tendon |
| 110 | Static Force and Stability Analysis of the Human Elbow | 131 | Flexor Tendon Healing: Restoration of the Gliding Surface |
| 111 | Biomechanics of the Wrist | 131 | A Study of Intertrochanteric Fracture Fixation Methods |
| 111 | Biomechanical Study of the Radial-Ulnar-Carpal Joint | 132 | The Effects of Pulsed Galvanic Currents on the Healing of Soft Tissue Injuries |
| **112** | **B. Spine** | | |
| 112 | The Role of Abdominal Muscles in Stabilizing the Spine in Flexion: the Mechanics of Force Transmission | | |
| 112 | The Detailed Anatomy of the Vertebral Attachments of the Thoracolumbar Fascia and Its Functional Implications | **132** | **VIII. Properties of Muscle** |
| 113 | Mechanical Analysis of Cervical Spine Stabilization Techniques | 132 | Control of Muscle Protein Metabolism During Exercise |
| 114 | Biomechanical Study of Spinal Fusion and Its Effect on the Free Segments | 133 | Adaptation of Muscle to High-Resistance Exercise |
| 115 | Head/Neck/Upper Torso Response to Dynamic Loading | 133 | Skeletal Muscle Adaptations Induced by Training |
| 115 | The Traumatology of the Head and Neck | 134 | Myoelectric Assessment of Human Lumbar Muscle Function |
| 116 | The Morphological Changes in the Lumbar Intervertebral Foramina in Normal and Abnormal Motion Segments After Distraction | 134 | Direct Measurement of Muscle Conduction Velocity and Fatigue in Neuromuscular Disease Patients |
| **116** | **C. Human Locomotion and Gait Training** | 135 | Origin of Limb Position and Movement Signals in Humans |
| 116 | Control of Human Locomotion | 135 | Surface Electrode for Detecting Myoelectric Signals |
| 117 | Evaluation of Methods to Measure Locomotion Performance and Activity | 136 | The Myoelectric Signal Decomposition Technique |
| 117 | Quantitative Interpretation of EMG During Gait | 136 | The Common Drive Concept |
| 118 | Mechanical Energy Analysis of Abnormal Gait | 137 | The Control of Individual Muscles: Relationship Between Firing Rate and Recruitment |
| 118 | Objective Interpretation of Gait Analysis Data | 137 | Synchronization of Motor Unit Discharges |
| 120 | Studies of Normal and Abnormal Motion | 137 | The Control of Antagonist Muscles During Contraction |
| 121 | A Self-Contained Portable Force and Movement Measurement System to Aid Diagnosis and Rehabilitation of Human Movement Disorders | 138 | The Control of Synergist Muscles During Contraction |
| 121 | Locomotion: Idling Metabolism and Gait Dynamics | 138 | Muscle Fatigue and the Myoelectric Signal |
| 122 | Medical Gastrocnemius Muscle Function in Locomotion | 139 | Muscle Fatigue Differences Due to Handedness and Gender |
| 122 | Development of a Clinically Applicable Model of a Gait | 139 | The Muscle Fatigue Monitor |
| 123 | Feature Extraction for EMG Gait Analysis | 140 | The Estimation of Muscle Fiber Conduction Velocity |
| **124** | **D. Upper Limb Function** | | |
| 124 | Processes Underlying Arm Trajectory Formation | | |

**140   IX. Ligaments and Tendons**
140   Ligaments Proteoglycans and Interactions with
         Collagen
141   Development of Synthetic Replacement
         Fibro-Osseous Pulleys

**141   X. Arthritis**
141   Assessment of Self-Care Programs for Arthritis
         Patients in Rural Settings
141   Arthritis Rehabilitation Unit

**142   XI. Low Back Pain**
142   Chronic Low Back Pain Attitude Survey
142   Low Back Pain Prevention, Treatment, and
         High-Risk Inventory Development
142   Low Back Pain Studies

**143   XII. Respiration (Muscular Dystrophy)**
143   Inspiratory Muscle Fatigue as a Cause of
         Respiratory Insufficiency in the Muscular
         Dystrophies and Other Neuromuscular Diseases
143   Respiratory Load Compensating Mechanisms in
         Muscular Dystrophy

**144   XIII. Sensory Aids**
144   A. Blindness and Low Vision, 1. General
144   Demonstration of a Low Vision Aid Clinic as an
         Employment Enhancement Technique
144   Industrial Services Program Model for Sheltered
         Workshops for Legally Blind Workers
145   Assessment of Current Career Development
         Intervention Services and the Needs of Blind
         and Severely Visually Impaired Individuals
145   Functional Outcome for Blind/Severely Visually
         Impaired Clients of State Rehabilitation
         Agencies
146   Illumination Level and Color Contrast Studies
146   Development of Electromechanical Vocational
         Assessment Technology for Finger Dexterity and
         Hand/Foot Coordination
147   Vocational Assessment of Blind, Partially Blind,
         and Severely Visually Impaired Persons:
         Adaptation of the Vocational Education
         Readiness Test
148   Training Opportunities Profile for Visually
         Impaired Persons: (TOP-VIP)
148   Prevocational Work Ability and Success
         Acquisition Training of Deaf-Blind and Other
         Multiply Visually Handicapped Individuals
149   Assessment of Eye-Hand Coordination and
         Manual Dexterity Under Different Illumination
         Levels and Contrast Conditions
149   Selected Career Development Factors and
         Outcome of Vocational Rehabilitation Services
         Provided Middle-Aged and Older Blind Persons

150   Predicting the Visual Abilities of Partially Sighted
         Persons
150   A Study of the Effectiveness of a Blind
         Rehabilitation Program
**151   A. Blindness and Low Vision, 2. Mobility Aids**
151   The Effects of Preview Distance on the Mobility of
         the Blind Pedestrian
151   Measuring the Mobility of Blind Travelers
152   The VA Guide Dog Harness
152   SONA/SONA-ECS
153   The Expansion of a Computerized Information
         System to Assist Researchers and Practitioners
         in Developing and Evaluating Theories and Aids
         to Improve Mobility for Individuals with Low
         Vision
154   Orientation and Mobility of Low Vision
         Pedestrians
154   The Effects of Low Vision Aids and Traditional
         Versus Nontraditional Methods on the
         Independent Mobility Performance and Stress
         Levels of Low Vision Individuals
155   Illumination and Low Vision Mobility
155   Superfold Cane Development Program

**157   A. Blindness and Low Vision, 3. Reading Aids**
157   Development of a Graphic Braille Display
158   The Positive Braille Writer
158   A Large Print Word Processor for the Visually
         Impaired Person
159   Musical Language and Large Print Considerations
         in Human Factors Engineering
159   Development of a Hand-Guided Reading Aid for
         the Visually Impaired
160   Reading Aids for the Blind

**161   B. Deafness and Hearing Impairment**
161   Development of a Cochlear Prosthesis for the
         Profoundly Deaf
162   Design and Evaluation of a Wearable Vibrotactile
         Aid for the Deaf
162   Development of a Digital Hearing Aid and Fitting
         Procedure
163   Acoustic Feedback Suppression in Hearing Aids
164   Investigation of Acoustic Reflex in Elderly Persons
164   A Psychophysical Model to Characterize
         Sensorineural Hearing Loss
165   An Electrotactile Aid for Treating Sensorineural
         Hearing Loss and Aphasia
166   Changes in Frequency Organization of the Cochlea
         During Aging
167   Effects of Auditory Cues in Computer-Assisted
         Instruction in Lipreading
168   The Modulation Transfer Function as a Predictor of
         Speech Intelligibility
169   Speech Processors for Auditory Prostheses
169   Improvement of Speech Perception for the
         Hearing Impaired by Enhancement of the
         Acoustic Features in Speech
170   Evaluation of a Physiological Glottal Sensor for
         Speech Training of the Deaf

**170   C. Speech Impairment**
170   Tongue Initiated Speech Prosthesis for the
         Laryngectomy Patient

**Table of Contents**

**171    XIV. Miscellaneous**
171    Foreign Body Reaction in the Lung to
          Intravenously Injected Biomaterials
171    Flexible Glow Discharge Polymer Leaching
          Barriers
171    Microsurgical Techniques Applied to Orthopaedic
          and Hand Surgery
172    A Program for Evaluation and Monitoring of the
          Dysvascular Patient
173    A Life-Span Approach to Product Design and
          Development for the Aging Population
174    Rehabilitation Engineering Center for Product
          Evaluation
175    Rehabilitation Information Project
176    Topical Anesthesia and Muscular Hypertonicity
177    Topical Anesthesia and Parkinson's Disease
177    Topical Anesthesia with Normal Subjects

**178    Sponsoring Agencies and
          Organizations**

178    American Foundation for the Blind
178    American Paralysis Association
178    Research Unit for the Blind
          Institute for Bioengineering, Brunel
          University
179    Cerebral Palsy Research Foundation of
          Kansas, Inc., and Wichita State University,
          College of Engineering
179    Department of Education, National Institute
          of Handicapped Research
180    Project Sites—National Institute of Handicapped
          Research
180    Medical Rehabilitation Research and Training Center in
          Spinal Cord Dysfunction, Spain Rehabilitation Center,
          University of Alabama in Birmingham
180    Research and Training Center in Spinal Cord
          Dysfunction, Baylor College of Medicine and the
          Institute for Rehabilitation and Research
180    Electronic Industries Foundation, Rehabilitation
          Engineering Center
181    Faculty of Electrical Engineering, Universitet Beograd
181    Fauji Foundation Medical Centre, Department of
          Prosthetics and Orthotics
181    King Edward Medical College, Orthopaedic Department,
          Mayo Hospital
181    The Gallaudet Research Institute, Gallaudet College
181    Government General Hospital, Department of
          Orthopaedic Surgery
182    Rehabilitation Engineering Center, Harvard
          University/Massachusetts Institute of Technology
182    Research and Training Center on Independent Living,
          University of Kansas
183    Rehabilitation Engineering Center for Personal Licensed
          Vehicles, Louisiana Tech University
183    Rehabilitation Engineering Center for the Quantification
          of Function/Performance, University of Minnesota
          Hospitals
183    Rehabilitation Research and Training Center on
          Blindness and Low Vision, Mississippi State University
184    Department of Rehabilitation Medicine, New York
          University Medical Center

184    Low Vision Research and Training Center, Pennsylvania
          College of Optometry
184    Rehabilitation Engineering Center, Southwest Research
          Institute
185    Center for Advanced Rehabilitation Engineering,
          University of Texas at Arlington
185    The Vermont Rehabilitation Engineering Center,
          University of Vermont
185    Rehabilitation Engineering Center, University of Virginia
185    Rehabilitation Research and Training Center, University
          of Virginia Medical Center, Department of
          Orthopaedics and Rehabilitation
186    Trace Research and Development Center for the Severely
          Communicatively Handicapped, University of
          Wisconsin
186    Medical Rehabilitation Research and Training Center for
          Multiple Sclerosis, Albert Einstein College of
          Medicine, Yeshiva University
187    Department of Health and Human Services,
          National Institute of General Medical
          Sciences
187    Liberty Mutual Insurance Company
188    National Institutes of Health, National
          Institute of Neurological and
          Communicative Disorders and Stroke
189    National Institutes of Health, National
          Institute of Arthritis, Diabetes, and
          Digestive and Kidney Diseases
190    Northwestern University Rehabilitation
          Engineering Program
190    Royal Commonwealth Society for the Blind
190    Royal Ottawa Regional Rehabilitation Centre,
          Rehabilitation Engineering Department
191    Scottish Home and Health Department and
          Tayside Health Board, Dundee Limb Fitting
          Centre
192    Smith-Kettlewell Institute of Visual Sciences
192    Speech Transmission Laboratory, Royal
          Institute of Technology
193    University College, London, Department of
          Mechanical Engineering, Bioengineering
          Centre
193    University of Strathclyde, Bioengineering
          Unit, Wolfson Centre
193    Veterans Administration, Rehabilitation
          Research and Development Service
194    Project Sites—Rehabilitation Research and Development
          Service
194    Veterans Administration Medical Center, Birmingham,
          Alabama
194    Veterans Administration Medical Center, Tucson, Arizona
194    Veterans Administration Medical Center, Little Rock,
          Arkansas
194    University of California, San Diego Medical Center, and
          Veterans Administration Hospital, La Jolla, California
194    Veterans Administration Medical Center, Loma Linda,
          California
194    Wadsworth Veterans Administration Medical Center, Los
          Angeles, California
194    Veterans Administration Medical Center, Martinez,
          California
195    Veterans Administration Medical Center, Palo Alto,
          California

| | |
|---|---|
| 195 | Veterans Administration Medical Center, San Diego, California |
| 195 | Veterans Administration Medical Center, San Francisco, California |
| 195 | Veterans Administration Medical Center, Denver, Colorado |
| 195 | Veterans Administration Medical Center, Gainesville, Florida |
| 195 | Veterans Administration Medical Center, Atlanta, Georgia |
| 196 | Veterans Administration Medical Center, Augusta, Georgia |
| 196 | Veterans Administration Medical Center, Decatur, Georgia |
| 196 | Veterans Administration Medical Center, Hines, Illinois |
| 196 | Veterans Administration Medical Center, New Orleans, Louisiana |
| 196 | Johns Hopkins University, Applied Physics Laboratory, Laurel, Maryland |
| 196 | Veterans Administration Medical Center, West Roxbury, Massachusetts |
| 196 | Veterans Administration Medical Center, Bronx, New York |
| 196 | Veterans Administration Medical Center, Castle Point, New York |
| 197 | Case-Western Reserve University, Cleveland, Ohio |
| 197 | Veterans Administration Medical Center, Cleveland, Ohio |
| 197 | Veterans Administration Medical Center, Dayton, Ohio |
| 197 | Wright State University School of Medicine, Dayton, Ohio |
| 197 | Veterans Administration Medical Center, Philadelphia, Pennsylvania |
| 197 | University of Pittsburgh, Pittsburgh, Pennsylvania |
| 197 | Veterans Administration Medical Center, Columbia, South Carolina |
| 197 | Veterans Administration Medical Center, Nashville, Tennessee |
| 197 | Veterans Administration Medical Center, Dallas, Texas |
| 197 | Veterans Administration Medical Center, Houston, Texas |
| 198 | Veterans Administration Medical Center, Temple, Texas |
| 198 | Veterans Administration Medical Center, Salt Lake City, Utah |
| 198 | Veterans Administration Medical Center, Richmond, Virginia |
| 198 | University of Washington, Department of Orthopaedics, Seattle, Washington |
| 198 | Veterans Administration Medical Center, Seattle, Washington |
| 198 | Veterans Administration Medical Center, Wood (Milwaukee), Wisconsin |
| 198 | Waseda University, Department of Science and Engineering |
| 199 | Welfare Equipment Development, University of Tokyo |
| 200 | Index of Contributors |

that allow auditory signal processing to be flexibly adjusted to fit the patient's hearing deficiency. The computer-based audiometer system controls the measurement of the patient's residual hearing, and uses the data to specify the hearing aid characteristics.

The digital hearing aid that is worn home by the patient at the completion of the clinical visit is, in effect, an integral part of the hearing evaluation and, therefore, the individual acoustic variability introduced by the size of the patient's ear, the ear hook, the connective tubing, and the ear insert are correctly accounted for in the fitting procedure. Since the hearing evaluation and fitting procedure is automated, the clinical visit is simplified and shortened with concomitant benefit to the patient and audiologist.

Project Goals—Specific tasks are: (i) to construct a breadboard simulator of the digital hearing aid from conventional components that operates in real time, (ii) to study the performance of the breadboard connected to an ear-level, hearing aid mockup containing the microphones and receivers, (iii) to develop a computer-based clinical test system and programs for controlling the aid during testing and for controlling the test protocol, (iv) to study the perception of noise, distortion, and annoying sounds with hearing-impaired listeners as related to the hearing aid, (v) to fabricate a small number of pocket-sized versions of the digital hearing aid, and (vi) to evaluate the pocket-sized versions under natural conditions of signal and noise in field tests.

Work related to the first three goals will be completed this first year and is described below.

The Digital Hearing Aid Simulator operates in real time and has been designed with the capacity for testing a wide range of signal parameters. The simulator is connected to an ear-level mockup containing the microphones and receivers of the aid. The simulator consists of six high-performance digital signal processors (DSP). These are low-cost integrated circuit chips manufactured by Texas Instruments. One DSP controls the system bus, the analog-to-digital converter subsystem, and the serial interface to the host computer. Four DSPs provide the multiband filtering and limiting of the signals; their output values are routed to the sixth processor, which sums and interpolates the samples and passes them directly to the digital to analog converter.

The computer-based clinical test system has been assembled, and the programs for this system are under development. One program will act like an automatic audiometer and will measure the patient's

auditory area (threshold, MCL, and UCL) and adjust the characteristics of the hearing aid according to a specific fitting rule. Another program will administer speech intelligibility tests under simulated conditions of speech, and noise for the purpose of testing the digital hearing aid.

## Acoustic Feedback Suppression in Hearing Aids

Vernon D. Larson, Ph.D., and David P. Egolf, Ph.D.
Veterans Administration Medical Center
Augusta, Georgia 30910

Sponsor: Veterans Administration Rehabilitation Research and Development Service

Background—Acoustic feedback is a problem to all hearing aid users and to all audiologists who fit hearing aids. In fact, it is one of the major limitations of fitting high-gain aids to those with severe hearing loss.

Hypothesis—The purpose of this project is to answer the following long-standing questions which have plagued engineers and audiologists:

1. What are the physical mechanisms that facilitate the squeal of acoustic feedback and which, if any, of these could be altered in predetermined ways to suppress feedback?

2. How does the presence of the feedback path from vent outlet back to the microphone affect the shape of the frequency response of an aid that is not undergoing feedback?

3. How effective are recently developed earmold designs for suppressing acoustic feedback?

4. Could any of the current schemes for suppressing acoustic feedback in public address systems be adapted to hearing aids?

5. Could a microprocessor-based, adaptive system be utilized in a feedback suppression scheme designed specifically for hearing aids?

6. Could a feedback-suppression circuit, microprocessor-based or otherwise, be designed to meet requirements such as size, maximum allowable current drain, etc. of a head-worn hearing aid?

Methodology and Preliminary Findings—A hearing aid's stability (i.e., a measure of the likelihood that it will squeal under a given set of conditions) may be judged by determining values of its open-loop transfer function $GH$. In particular, stability determinations are made by comparing values of $GH$ with those known to cause feedback in other systems. Conse-

quently, preliminary work on this project has concentrated on methods for (i) determining GH of an in situ hearing aid and (ii) avoiding those values of GH that are known to cause feedback.

A mathematical replica of this portion of the GH transfer function lying between the vent outlet and the microphone has been developed. This replica is currently being incorporated into a mathematical model of an entire in situ hearing aid. Preliminary work indicates that the one-port rendition of this model is inadequate to explain signal flow in an in situ hearing aid. Investigators have replaced this with a more realistic two-port rendition.

Investigators also have designed and built two different microprocessor-based, adaptive feedback suppression systems. In both systems, low-level pseudo-random noise (PRN) is injected into the circuit just ahead of the amplifier. That portion of the original PRN that returns to the microphone via the feedback path is monitored at the microphone output. A microprocessor then utilizes these two signals—the original PRN and that returning via the vent—to compute the open-loop transfer function GH of the hearing aid. In one system, called the time delay/notch filter (TDNF) system, the microprocessor uses computed values of GH to automatically place high-Q notch filters at those frequencies where feedback is most likely to occur.

In the other system, called the active feedback cancellation (AFC) system, the microprocessor uses computed values of GH to create an estimator. The estimator causes the input informational signal (e.g., that containing information such as speech and not PRN) to react destructively with signals returning via the vent outlet, thereby canceling the effect of the feedback path.

Preliminary results indicate that 6 to 8 dB of additional stable gain can be achieved with either of these systems∎

## Investigation of Acoustic Reflex in Elderly Persons

David J. Thompson, Ph.D., and Larry N. Robinette, Ph.D.
Veterans Administration Medical Center
Columbia, South Carolina 29201

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

The report period covers termination of one project (above) and initiation of another.

A large-scale laboratory study was completed on the morphology of the acoustic reflex response. The acoustic reflex, activated with tones and noise, was measured with an aural acoustic immittance instrument. The investigation utilized a new digital instrument, coupled with a quantitative approach to analysis and reduction of acoustic reflex data. Reduced data contained predictably large intersubject variance, but the analytical procedure was sensitive to small, intrasubject changes. Results revealed age-depended trends in several measures related to amplitude of the acoustic reflex response. The relative success of the quantitative approach has implications for assessment of acoustic reflex in persons with hearing loss. The data have been presented at a recent professional meeting and are being prepared for publication.

The new project is entitled Implementation of Digital Measurement of Aural Acoustic Immittance. The project involves continuing development, implementation, and evaluation of a digital acoustic-immittance instrument for improved quantitative measurement of aural acoustic immittance. The instrument is a computer peripheral with measurement capacities far exceeding those of existing acoustic-immittance instruments. The new system will allow efficient acquisition of large amounts of data in single test sessions, supporting rigorous clinical evaluations, alteration and tailoring of diagnostic routines, rapid assessment of new clinical measures, and exacting research applications. The system will be evaluated on a clinical population.

Work completed on the new project during the first few months includes modifications of the digital instrument's sample rate, pressure range, and monitor software. In addition, support software has been written for data reduction/measurement and for statistical analysis, and a paper on digital measurement of aural acoustic immittance has been prepared for publication∎

## A Psychophysical Model to Characterize Sensorineural Hearing Loss

E. William Yund, Ph.D.; Robert Efron, M.D.; and
Helen J. Simon, Ph.D.
Veterans Administration Medical Center
Martinez, California 94553

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

The purpose of this research program is to characterize the suprathreshold auditory function of an individual with sensorineural hearing loss (SNHL) by means of a theoretical model of pitch processing

# EXHIBIT 12



ELECTRONIC CANCELLATION OF ACOUSTIC FEEDBACK
TO INCREASE HEARING-AID STABILITY

Kim A. Weaver and David P. Egolf (Department of Electrical Engineering,
University of Wyoming, Laramie, WY 82071)

The acoustic feedback which causes a hearing aid to become unstable at

high gains is effectively reduced by the addition of negative electrical

feedback. Electrical feedback is formed by a system estimator which closely

matches the open-loop transfer function of an in-situ hearing aid. The system

estimator is produced by correlating the estimator signal with the hearing-aid

signal. Because the estimator does not affect the characteristics of the

hearing aid, speech intelligibility is not degraded by this feedback

suppression circuit as it is by most other schemes. Ten to fifteen dB of

additional stable gain have been achieved through the use of stabilizing

negative electrical feedback.

Technical Committee:  Psychological Acoustics
Subject Classification Numbers:  43.66 Ts.
Telephone Numbers:  (307) 766-3188, (307) 742-5567 (K. A. Weaver)
Send Acceptance or Rejection notice to:  K. A. Weaver
Manner of Presentation:  Lecture only.

# EXHIBIT 13

## FULLY REDACTED

EXHIBIT 14

0196/0202/84/0504-0199$02.00/0
EAR AND HEARING
Copyright © 1984 by The Williams & Wilkins Co.

Vol. 5, No. 4
Printed in U.S.A.

DEPOSITION
EXHIBIT
113
Levitt

# Listener-Assessed Intelligibility of a Hearing Aid Self-Adaptive Noise Filter

Laszlo K. Stein, and Deborah Dempsey-Hart

Siegel Institute [L. K. S., D. D.-H.], Michael Reese Hospital, and Department of Surgery (Otolaryngology) [L. K. S.], University of Chicago, Chicago, Illinois

## ABSTRACT

A principal complaint of hearing aid users is the inability to understand speech in the presence of competing background noise. Efforts at reducing the adverse effects of external noise on amplification systems have centered on manually adjusted or low frequency activated high-pass filtering; however, there has been recent interest in the potential of self-adaptive noise reduction systems. In this study we investigate the performance of normals and three groups of sensorineural loss subjects under five noise conditions with a self-adaptive noise filter incorporated in a conventional hearing aid. Significant improvement in monosyllabic word scores with the self-adaptive noise filter were recorded by 30 to 65% of the hearing-impaired subjects under four of the five noise conditions.

The ability of a hearing-impaired individual to understand speech in the presence of competing noise is often severely reduced. Unlike the normal hearing person, the hearing-impaired listener may not be able to attend selectively to one of several sounds or to one speaker among many because of a combination of reduced frequency selectivity, poorer temporal resolution, and difficulty in localization.[5] Use of a hearing aid may increase the problem when both speech and the interfering background noise are amplified without improvement in the speech-to-noise ratio. Not only would speech intelligibility be affected but the amplified competing noise could produce irritation and discomfort, thereby further limiting the hearing-impaired listeners' functional use of a hearing aid.

Attempts at reducing the adverse effects of external noise with communication systems, including hearing aids, have centered principally on the use of manually engaged fixed configuration high-pass filters or noise suppression circuits activated by low frequencies to engage preset high-pass filters. Modification of frequency response through tailored high-pass filtering can reduce predominantly low-frequency noise and improve the signal-to-noise ratio but only in a specified and preselected way. Fixed configuration filtering can also affect the quality of speech in no-noise situations, a factor that many hearing aid users may find objectionable. Recently, there has been growing interest in the potential advantages of adaptive noise reduction systems.[1]

Essentially, self-adaptive noise reduction filters, whether analog or digital, sample an incoming signal, identify the spectra of the noise present, and automatically set filter parameters that approximate the inverse of the noise spectrum present at any instant. Theoretically, a self-adaptive noise reduction filter system should improve both the intelligibility and the quality of speech because the full frequency range is passed when noise is not present and the characteristics of the filter change selectively and automatically with changes in the spectra of the noise.

The purpose of this study was to investigate the effects on speech intelligibility under several noise conditions of the Graupe-Causey Self-Adaptive Noise Filter (GCAF) incorporated in a conventional hearing aid.

## METHOD

### Graupe-Causey Self-Adaptive Noise Filter

The GCAF (U.S. Patent 4025721, 1977) operates on the principle that the characteristic temporal variations in the power spectra of an input signal (speech alone, speech plus noise, or noise alone) can be compared, identified, and programmed into memory to automatically and adaptively adjust a tunable discrete frequency filter to minimize the effects of noise on speech throughout the spectrum.

The first stage of the filter examines the input signal by comparing variations in the power spectra of different frequency regions over a series of time windows. This stage utilizes a predetermined threshold to identify the fast temporal variations as speech phonemes and the slow variations as noise. Babble noise, because of the averaging effects of room acoustics and of speech mixing, also has a slower rate-of-change in power spectra than speech alone. Once the spectral characteristics of the input signal have been identified, a discrete frequency filter (essentially a least squares-type) is automatically tuned to selectively reduce the spectrum of noise relative to the spectrum of speech. The filter differs from conventional least-squares-type filters in that it can automatically adapt and adjust itself to a continually-changing noise environment. Furthermore, the GCAF is programmed in nonlinear manner to take into account the greater importance of high-frequency phonemes versus low-frequency phonemes for speech intelligibility.

199

ETG00002591

The GCAF is transparent if no noise exists and modifies the spectrum only when noise is detected above a preselected threshold. It allows any part of the speech spectrum to pass unaffected, including low-frequency phonemes, in those frequency regions where noise does not exist. If, however, noise does exist somewhere in the spectrum and within the filter's resolution, the spectrum is modified accordingly. This modification will not eliminate all noise. When both speech and noise are present in the same frequency range, the filter theoretically can only pass both speech and noise or reject both. In actuality, the filter alternates between passing and rejecting both speech and noise depending on the relative importance of the speech phoneme at that frequency range. Thus, the filter automatically and continuously computes and readjusts its filter parameters. Figure 1 is a simplified block diagram of the GCAF.

Maximum delay between onset of a new noise and final filter tuning is 500 msec, with the average delay being 300 msec. If the change in noise spectra is minimal or gradual, the tuning delay of the filter can be as short as 100 msec. These delays in tuning may affect the quality of filtering but not the temporal flow of speech which is heard with no delay. Threshold of the GCAF varies with spectra of the noise (approximately 53 dB SPL for white noise to 63 dB SPL for a 1700- to 2400-Hz band pass noise).

The GCAF is presently being manufactured in a single C-MOS chip approximately $3.9 \times 5.5$ mm in size. This chip is a special purpose computer that is mainly digital but with some analog elements and analog/digital conversion on board. It will consume less than 250 microwatts at 1.4 volts DC and will function down to 1.0 volts DC. The chip will thus have electrical and physical characteristics such that it can be included in conventional hearing aids (ear-level and possibly in-the-ear) and operate with conventional hearing aid batteries without seriously adding to drain on the battery. Interconnection will be between the hearing aid preamplifier and the power-amplifier-speaker stage.

For this study, a prototype bench model of the GCAF was utilized, the electrical and performance equivalent of the C-MOS chip described. Available to us were a postauricular mild-to-moderate gain aid and a higher gain body aid. Extensive pilot studies with both indicated that the technical and methodological variables associated with the prototype GCAF-hearing aid configuration were, for the purposes of this initial study, more easily controlled with a body-type aid. The GCAF prototype was hard-wired between the preamplifier and power-amplifier-speaker stage of a Rexton 25 PP body aid with variable output, gain, and tone controls.

Subjects  A total of 19 subjects were tested. The normal hearing group consisted of 5 subjects (15 dB HL re: ANSI 1969 at octave frequencies 0.25 to 4 kHz) with a mean age of 20.0, range 17 to 24 years. Fourteen subjects (15 ears) with sensorineural hearing loss comprised the following three groups: SN group 1: 5 subjects with sensorineural hearing loss of mild to moderate degree (0.25 to 4 kHz octave thresholds falling between 15 and 55 dB HL); SN group 2: 5 subjects with sensorineural impairment of moderate to severe degree (0.25 to 4 kHz octave thresholds falling between 55 and 80 dB HL); and SN group 3: 5 subjects with sloping high-frequency sensorineural loss (15 dB difference between three or more octave thresholds from 0.25 to 4 kHz). Audiograms, speech discrimination scores, and ages for each subject in the sensorineural loss groups are shown in Figure 2. One ear of each subject was tested with the exception of subject SB whose right ear was tested for SN group 1 and left ear for SN group 2. All hearing-impaired subjects were experienced hearing aid users.

Test Materials and Equipment  Magnetic tape recordings of monosyllabic words (Northwestern University Auditory Test No. 6) transcribed to cassette tape were utilized with all subjects. The 200 monosyllabic words consisted of four randomizations of four 50-word lists.

Five noise conditions were utilized: (1) 600 to 800 band-pass filtered noise, (2) 1700 to 2400 band-pass filtered noise, (3) cafeteria noise, (4) six-speaker babble (3 male and 3 female voices), and (5) white noise. The band-pass noises (48 dB per octave slope), cafeteria noise, and the six-speaker babble were recorded on cassette tape (Biocommunications Research Corporation). A Grason-Stadler 1701 two-channel audiometer was the source of the white noise.

Selection of two band-pass noises, cafeteria, and six-speaker babble as competing noise conditions allowed measures of the response of the GCAF to quasi-steady noises with spectra similar to predominantly low-frequency and mid-frequency noise and to speech. White noise was included in deference to its continued use as a clinical test of hearing aid performance.

All speech materials and competing noises, except the white noise, were routed from two cassette tape decks (Sony TC-K35) to a two-channel audiometer (Grason-Stadler 1701) and booster amplifier. The speech signal was delivered from one of the

### SELF-ADAPTIVE NOISE FILTER



Figure 1. Simplified block diagram of self-adaptive filter.

ETG00002592



Figure 2. Audiograms, speech discrimination scores, and ages for each subject in the sensorineural loss groups.

cassette tape decks to the primary loudspeaker situated 74 cm from the floor at 0° incidence to the subject seated in an acoustically and electrically shielded double-wall sound room (IAC 1204A). The correlated competing noises were delivered from the second cassette tape deck to two loudspeakers situated 60 cm from the floor at 90° and 270° incidence to the subject. The Rexton 25 PP body aid, wired to the GCAF was placed upright on a small table with the top mounted microphone 1.94 and 2.1 meters from the primary and secondary speakers. At regular intervals, the speaker system was acoustically calibrated using "speech noise" as the calibration source at the center of the position occupied by the aid.

The receiver of the aid (SM-W, wide receiver) was connected to snap ring earmolds custom made for each subject. For purposes of this study we kept the earmold type constant, although most of the hearing-impaired subjects used or were candidates for alternative earmold configurations. Controls of the aid (tone = "N", PC = −24, GC = −36) were kept constant for all subjects and conditions. Bioacoustic and electroacoustic checks of the aid were made at the start of each test session.

## PROCEDURE

Aided sound field speech discrimination measures were obtained in a no-noise situation and in the presence of five background noises. Each subject aided was presented one speech discrimination list in quiet and two lists for each background noise condition. Thus, 11 scores were obtained in a randomized manner for each subject: one aided in quiet and one each in the filter bypassed and filter-on mode with five types of noises: (1) 600 to 800 Hz band-passed filtered, (2) 1700 to 2400 Hz band-passed filtered, (3) cafeteria, (4) babble, and (5) white noise.

The level of the primary speech signal was held constant throughout the entire test procedure at 68 dB SPL, the approximate midpoint in the critical range of average conversational speech.[2] Due to the variability of hearing sensitivity across subjects (normal hearing to severe sensorineural hearing loss), a standard SN ratio could not be used because a SN ratio that degrades a severely hearing-impaired individual's speech discrimination score to 50% would not appreciably affect the speech discrimination score of a normal hearing or mild hearing loss subject. Therefore, a transformed up-down adaptive procedure was utilized prior to each noise condition to estimate the SN ratios which would degrade an individual subject's speech dis-

crimination score to a 30 to 50% range.[2,3] The transformed up-down procedure involved maintaining the primary signal at 68 dB SPL while adjusting the intensity of the background noise in 2.5 dB steps. Six reversals were made and the means of the midpoints of the last four reversals were used to estimate the SN ratio for a 30 to 50% performance in the filter bypassed mode.

The volume control of the hearing aid was initially adjusted by the subject to a most comfortable listening level (MCL) for speech in quiet in the filter bypassed mode, then either held constant or adjusted by the subject for MCL for speech to the noise present in the filter bypassed and filter-on mode, depending on which procedure yielded higher speech discrimination scores during preliminary trials. It was reasoned that a hearing aid user will arbitrarily elect to either adjust or not adjust the volume control of an aid in the presence of background noise.

All testing was conducted during two, 2-hr test sessions. Subjects were given a minimum of two 5-min breaks every 20 min and a 10-min break on the hour to minimize effects due to fatigue, with additional rest periods if needed. Subjects wrote their responses. Subjects' nontest ear was acoustically dampened by an E-A-R plug and circumaural earphone to produce a monaural listening condition and prevent auditory input from the nonaided ear.

## RESULTS

Individual performance data for 20 ears (19 subjects) under the five noise conditions are presented in Table 1. Raffin and Thornton's[4] computer-generated tables delineating confidence levels for speech discrimination scores in an open set test were employed to determine statistical significance at the 0.05 level of confidence for the difference between individual scores. Subjects whose filter bypassed (D) or filter-on (F) mode scores were significant at the 0.05 level of confidence are identified in Table 1.

Examination of Table 1 reveals that the GCAF had the most marked effect on speech discrimination ability under the 600 to 800 Hz band-pass and cafeteria noise conditions. Speech discrimination scores recorded by 14 (70%) and 15 (75%) of the total 20 subjects exceeded the critical difference limits for the 600 to 800 Hz band-pass and cafeteria noise conditions, respectively. Eight of 20 scores

202   Stein and Dempsey-Hart

Table 1. Aided monosyllabic word scores for normal hearing and hearing-impaired subjects obtained in the filter bypassed (D) and filter-on mode (F) with five types of background noise. Also shown are aided no-noise scores

| | | Noise Type | | | | | | | | | |
| | | 600–800 Hz | | 1700–2400 Hz | | Cafeteria | | Babble | | White noise | |
| Subject | Quiet | D | F | D | F | D | F | D | F | D | F |
| **Normals** | | | | | | | | | | | |
| MP | 98 | 38 | 66* | 36 | 60* | 44 | 68* | 48 | 52 | 34 | 54* |
| SS | 92 | 48 | 78* | 42 | 74* | 44 | 76* | 30 | 54* | 46 | 62 |
| PP | 98 | 50 | 74* | 34 | 36 | 44 | 74* | 36 | 78* | 44 | 32 |
| FG | 100 | 50 | 82* | 46 | 60 | 30 | 62* | 32 | 42 | 36 | 24 |
| JG | 100 | 38 | 48 | 42 | 62* | 30 | 62* | 38 | 54 | 36 | 48 |
| Mean | 97.6 | 44.2 | 73.6* | 40 | 58.4 | 38.4 | 68.4* | 36.8 | 56.0* | 39.2 | 44.0 |
| **SN group 1** | | | | | | | | | | | |
| MN | 86 | 46 | 58 | 34 | 62* | 38 | 62* | 32 | 36 | 38 | 58* |
| TR | 96 | 32 | 78* | 44 | 52 | 30 | 76* | 38 | 80* | 38 | 52 |
| CO | 94 | 32 | 94* | 28 | 74* | 46 | 50 | 28 | 42 | 46 | 60 |
| LT | 98 | 34 | 84* | 48 | 66 | 42 | 74* | 48 | 82* | 38 | 44 |
| SB | 98 | 38 | 84* | 36* | 16 | 32 | 84* | 46 | 78* | 42 | 48 |
| Mean | 94.4 | 36.4 | 80.4* | 38 | 54 | 37.6 | 69.2* | 38.4 | 63.6* | 40 | 52.4 |
| **SN group 2** | | | | | | | | | | | |
| SB | 90 | 44 | 86* | 44 | 50 | 46 | 80* | 44 | 62 | 40 | 36 |
| HC | 56 | 18 | 40* | 26 | 54* | 28 | 64* | 34 | 36 | 32 | 42 |
| IG | 92 | 48 | 80* | 50 | 64 | 30 | 56* | 34 | 54* | 46 | 66* |
| MM | 66 | 30 | 56* | 42* | 18 | 34 | 70* | 40 | 34 | 30 | 24 |
| HK | 82 | 48 | 58 | 38 | 56 | 42 | 78* | 36 | 44 | 48* | 24 |
| Mean | 77.6 | 37.6 | 64 | 40 | 48 | 36 | 69.6 | 37.6 | 46 | 39.2 | 38.4 |
| **SN group 3** | | | | | | | | | | | |
| CS | 62 | 38 | 62* | 30 | 48 | 38 | 52 | 42 | 46 | 36 | 50 |
| CP | 74 | 32 | 56* | 42 | 44 | 44 | 64* | 46 | 58 | 40 | 56 |
| BB | 92 | 44 | 62 | 48 | 72* | 54 | 48 | 46 | 66* | 26 | 50* |
| MJ | 86 | 46 | 56 | 46 | 48 | 48 | 48 | 38 | 40 | 38 | 40 |
| RS | 60 | 44 | 38 | 38 | 58* | 30 | 24 | 40 | 56 | 30 | 42 |
| Mean | 74.8 | 40.8 | 53.2 | 40.8 | 54 | 42.8 | 48.8 | 42.4 | 52.8 | 34 | 48 |

*Significant at the 0.05 level of confidence.

(40%) with the GCAF were statistically higher for the 1700 to 2400 band-pass condition and in two instances (10%) statistically lower. For babble and white noise, 7 of 20 (35%) and 4 of 20 (20%) respectively, were statistically higher with the GCAF. One of 20 (5%) scores with the GCAF was statistically lower for white noise. Table 2 summarizes these results.

Figure 3 graphically displays the performance differences recorded by the normal (A) and three SN groups (B, C, D) with the filter-on and filter bypassed for the five competing noise conditions. The monosyllabic word scores (% correct) for the filter bypassed mode are plotted along the horizontal axis in Figure 3 and the monosyllabic word scores (% correct) for the filter-on along the vertical. Each data point represents the score obtained under the filter-on mode for the respective noise condition. The curved lines denote the 95% confidence level for critical differences acording to the tables of Raffin and Thornton.[4] Scores falling outside these boundaries have a high statistical probability of a true difference. The closer to the diagonal line a data point falls, the closer the scores were under the filter bypassed and filter-on modes (no difference).

From Figure 3, it is apparent that more normals and SN group 1 and 2 subjects recorded significantly higher speech discrimination scores with the GCAF than did SN

Table 2. Percent of all subjects whose monosyllabic word scores exceeded the 95% level of confidence for performance differences under the filter-on mode for the five competing noise conditions.

| Noise Type | Percent of Subjects |
| --- | --- |
| 600–800 Hz | 70 |
| 1700–2400 Hz | 40 (10%)* |
| Cafeteria | 75 |
| Babble | 35 |
| White noise | 20 (5%)* |

* Percent recording statistically lower speech discrimination under the filter-on mode.

group 3 (the high-frequency loss group). Sixty percent of the normals, 56% of SN group 1, and 48% of SN group 2 obtained speech discrimination scores that exceeded the 95% level of confidence. In comparison, 7 of 25 scores (28%) for SN group 3 exceeded the 95% confidence level. In only three instances were filter-on scores significantly poorer than in the filter bypassed mode. If data for the white noise condition are excluded, these percentages for the sensorineural loss groups rise to 65% for SN group 1, 55% for SN group 2, and 30% for SN group 3.

Table 3 compares the performance of each subject group with each of the five competing noise conditions. Overall, these percentage figures indicate that 80 to 100% of the

ETG00002594



**Figure 3.** Performance differences with filter bypassed and filter-on under five competing noise conditions for normals (A), SN group 1 (B), SN group 2 (C), and SN group 2 (D). Monosyllabic word recognition score (% correct) in filter bypassed mode shown on horizontal axis; filter-on mode on vertical axis. Curved lines indicate 95% confidence level.

**Table 3.** Percent of subjects in each group whose monosyllabic word scores exceeded the 95% level of confidence for performance differences under the filter-on mode for each of the five competing noise conditions.

| | Noise Types | | | | |
|---|---|---|---|---|---|
| Subjects | 600–800 Hz | 1700–2400 Hz | Cafe-teria | Babble | White noise |
| Normals | 80 | 60 | 100 | 40 | 20 |
| SN group 1 | 80 | 40 (20%)* | 80 | 60 | 20 |
| SN group 2 | 80 | 20 (20%)* | 100 | 20 | 20 (20%)* |
| SN group 3 | 40 | 40 | 20 | 20 | 20 |

* Percent recording statistically lower speech discrimination under the filter-on mode.

normals and subjects in SN groups 1 and 2 recorded statistically higher speech discrimination scores in the filter-on mode for the 600 to 800 Hz band-pass and cafeteria competing noise conditions. Performance of SN group 3 subjects across the five noise conditions ranged from 20 to 40%.

## DISCUSSION

In recent years, methodology to evaluate possible differences in hearing aid performance has undergone critical reappraisal.[6,7] This is particularly true for speech discrimination testing where both the reliability and validity of

the method have been questioned. The work of Thornton and Raffin[8] and Raffin and Thornton[4] addressing the issue of test-retest reliability provides both clinicians and researchers tabled confidence limit values on which to predict true differences between two speech test scores. Using their tables, the outcome of speech test scores can be accepted with high statistical certainty. Similarly, Studebaker[7] has indicated that speech discrimination testing can be made almost as reliable as anyone would want provided adequate data are collected.

The question of the validity of clinic or laboratory measures, such as speech discrimination scores, must of course be eventually weighed against some criterion measure of successful or satisfactory hearing aid use by the wearer in his or her real world situation. Unfortunately, the lack of generally acceptable validation means that for the foreseeable future, first approximations of hearing aid performance differences, at least in the laboratory situation, must rely on some form of direct or indirect measure of which aid provides best speech intelligibility. This, of course, assumes there is a direct relationship between the aid that enables the wearer to better understand speech and his or her ultimate success and satisfaction with that aid.

In this study, we utilized monosyllabic word lists to evaluate differences in listener performance in noise with GCAF. Statistical treatment relied principally on the confidence level tables of Raffin and Thornton.[4] Significant

ETG00002595

improvement in speech discrimination scores with the GCAF were obtained by 70% of all subjects in the presence of 600 to 800 Hz noise, 40% in 1700 to 2400 Hz noise, 75% in cafeteria noise, 35% in six-speaker babble, and 20% on white noise.

The principal effects of the GCAF were with low-frequency noise (600 to 800 Hz) and cafeteria noise and to a lesser extent midfrequency noise (1700 to 2400 Hz) and babble. The effects of the GCAF with white noise were minimal. The design of the GCAF predicted some of these performance differences found among the competing noises utilized in this study. Recall that the GCAF is biased toward rejecting predominantly low-frequency noise and passing higher frequency phonemic information when both occur at the same instant in time. The apparent ability of the GCAF to adaptively and automatically filter some of the interfering low-frequency components of cafeteria and babble noise is encouraging in terms of its potential for improving speech intelligibility in every day listening situations. Added to this is the fact that, although fixed configuration filtering can improve speech-to-noise ratios when the spectra of the noise is in the lower frequencies, the GCAF has the advantage of passing low-frequency phonemic information in the no-noise situation.

Inclusion of white noise in this study as a noise condition was done in deference to its continued use as a clinical test of hearing aid performance. White noise exists basically in the clinic or laboratory because it is easily generated as a repeatable reference. It is seldom, if ever, encountered in the real world. The GCAF was designed to adaptively filter noises in the environment as they occur at any instant in time. The steady state broadband spectral characteristic of white noise (flat over the whole frequency range of the hearing aid) does not allow the adaptive filter to adjust to any specific parameter in time, only to a long-term average.

Normal hearing, mild sensorineural loss (SN group 1), and moderate to severe sensorineural loss (SN group 2) subjects demonstrated greater gains in speech discrimination in noise with the GCAF than the sloping high-frequency loss (SN group 3) subjects. Possible explanations for poorer performance of SN group 3 include interactions between the frequency characteristics of the Rexton 25 PP aid, the sloping nature of the subjects' loss, and the frequency filtering traits of the GCAF. While the frequency/gain characteristics of the Rexton 25 PP body aid electroacoustic response with the SM-W earphone in the frequency range 0.5 to 2 kHz) were probably better suited for the two sensorineural loss groups with generally flat audiometric profiles, it may not have been for the sloping high-frequency loss subjects in SN group 3. This was recognized when the study was planned but for technical reasons we were able to utilize the prototype GCAF with only one hearing aid. We also felt varying the frequency response parameters of the aid or the acoustic characteristics of the earmold for an individual subject would have introduced variables beyond the scope of this initial study. Because the GCAF is programmed to weigh and selectively

filter low-frequency phonemic information and pass high-frequency phonemes when noise is present, the low-frequency phonemic cues SN group 3 subjects were forced to rely on were the very ones the GCAF filtered. This combination of minimal high-frequency emphasis and filtering of low-frequency phonemic cues may have rendered the Rexton 25 PP aid inappropriate for testing the effects of the GCAF with high-frequency hearing loss subjects.

## CONCLUSIONS

Given the fact that a true performance difference of 10% in monosyllabic word scores may reflect differences as great as 20 to 25% in sentence intelligibility,[7] the practical implications for those hearing-impaired subjects in this study who were able to achieve statistically significant improvement in monosyllabic scores may be considerable. As a first approximation under laboratory conditions, the GCAF provided significant improvement in monosyllabic word scores for 65% of the hearing-impaired subjects in SN group 1, 55% in SN group 2, and 30% in SN group 3 under the four noise conditions of 600 to 800 Hz band pass, 1700 to 2400 band pass, cafeteria, and babble. In contrast, only 4% of the SN group 1 subjects, 8% of the SN group 2 subjects, and none of the SN group 3 subjects recorded significantly poorer speech discrimination scores with the GCAF. The number of hearing aid users who could potentially benefit from the GCAF appear sufficient to warrant further laboratory study, and ideally, validation through extended field trials. Availability of the GCAF in a C-MOS chip incorporated into several different model ear level or possibly in-the-ear aids should make such additional evaluations possible.

### References

1. Cole, W. A. 1983. Prospects for the application of high technology to hearing aids. Hear. Instrum. 34, 6–12..
2. Dirks, D. D., D. E. Morgan, and J. R. Dubno. 1982. A procedure for quantifying the effects of noise on speech recognition. J. Speech Hear. Disord. 47, 114–123.
3. Levitt, H. 1971. Transformed up-down methods in psychoacoustics. J. Acoust. Soc. Am. 49, 113–122.
4. Raffin, M. J., and A. R. Thornton. 1980. Confidence levels for differences between speech discrimination scores: A research note. J. Speech Hear. Disord. 23, 5–18.
5. Scharf, B., and M. Florentine. 1983. Psychoacoustics of elementary sounds, pp. 3–15. in G. Studebaker, and F. Bess, eds. The Vanderbilt Hearing-Aid Report. Monographs in Contemporary Audiology, Upper Darby, NY.
6. Schwartz, D. 1983. Hearing aid selection methods: An Enigma. pp. 180–187. in G. Studebaker, and F. Bess, eds. The Vanderbilt Hearing-Aid Report. Monographs in Contemporary Audiology, Upper Darby, NY.
7. Studebaker, G. 1983. Hearing aid selection: An overview. pp. 147–155. in G. Studebaker, and F. Bess, eds. The Vanderbilt Hearing-Aid Report. Monographs in Contemporary Audiology, Upper Darby, NY.
8. Thornton, A. R., and M. J. Raffin. 1978. Speech discrimination scores modeled as a binomial variable. J. Speech Hear. Res. 21, 507–518.

Address reprint requests to Laszlo K. Stein, Ph.D., Siegel Institute, Michael Reese Hospital and Medical Center, Lake Shore Drive at 31st St., Chicago, IL 60616.

Received December 5, 1983; accepted March 29, 1984.

ETG00002596

# EXHIBIT 15

## FULLY REDACTED

# EXHIBIT 16

## FULLY REDACTED

# EXHIBIT 17

## FULLY REDACTED

# EXHIBIT 18

## FULLY REDACTED

# EXHIBIT 19

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. Nos. 05-586 (GMS) 05-730 (GMS) 06-620 (GMS) |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, | ) ) ) | CONSOLIDATED |
| Defendants. | ) ) ) | |

## ORDER

1.    The plaintiff, Biovail Laboratories SRL ("Biovail"), filed the above-captioned actions against

Andrx Pharmaceuticals LLC and Andrx Corporation ("Andrx"), alleging infringement of United

States Patent Nos. 5,529,791 (the "'791 patent") and 7,108,866 (the "'866 patent"), which are

directed to extended release tablets of varying dosages containing the active ingredient diltiazem

hydrochloride, which are marketed in the United States under the trade name Cardizem® LA, and

are indicated for the treatment of hypertension and the management of chronic stable angina.[1]

2.    On January 3, 2007, the case was reassigned to this court.

---

[1] On August 10, 2005, Biovail filed the 05-586 action against Andrx, alleging infringement of the '791 patent by dosages of Andrx's generic diltiazem hydrochloride product. On October 14, 2005, Biovail filed the 05-730 action against Andrx, alleging infringement of the '791 patent by additional dosages of Andrx's product. On October 4, 2006, Biovail filed the 06-620 action against Andrx for infringement of the'866 patent. On February 22, 2006 and October 17, 2006, the Honorable Kent A. Jordan ("Judge Jordan") issued Orders consolidating the 05-586 action with the 05-730 and 06-620 actions. Pursuant to Judge Jordan's Orders, 05-586 action has been designated as the Lead Case for the purpose of filing of documents with the court.

3.      On January 30, 2007, the court reset the trial of this matter from its last scheduled date of January 14, 2008 to October 9, 2007.

4.      On March 20 2007, Andrx filed a Motion for Leave to File a First Amended Answer and Counterclaims (D.I. 139).  Andrx's motion seeks to add the defense of patent unenforceability due to inequitable conduct, as well as a counterclaims for declaratory judgment of unenforceability.

5.      On April 11, 2007, Biovail filed an answering brief (D.I. 155) opposing Andrx's motion. Biovail contends that the court should deny the motion for two reasons: (1) Andrx's allegation of inequitable conduct is baseless and futile; and (2) Andrx has acted with undue delay  in bringing its motion which, given the time remaining before trial, will unduly prejudice Biovail.

6.      The gravamen of the dispute between the parties is Andrx's assertion that the delay in filing for leave to amend resulted from inappropriate resistance by Biovail to Andrx's taking certain depositions, and Biovail's counter that these depositions in no way informed Andrx's judgment on this issue.  Biovail argues that this is so, because all the factual bases for the allegations of inequitable conduct were revealed by documents, which were produced and otherwise known to Andrx early this litigation.  Andrx asserts that those depositions were, indeed, critical and did not take place until the court issued an order forcing Biovail to produce the witnesses in question. Andrx contends that the taking of these depositions was crucial to its decision of whether to seek to amend its answer because, in order to comply with the pleading requirements of Rule 9(b) of the Federal Rules of Civil Procedure, Andrx needed to learn and confirm the bases of its allegations of inequitable conduct.

7.      Leave to amend an answer should be "freely given when justice so requires." Fed. R. Civ.

P. 15(a). The court has discretion to deny leave to amend when there exists undue delay, bad faith, dilatory motive or undue prejudice to the opposing party, or when the amendment would be futile. *See Foman v. Davis*, 371 U.S. 178, 182 (1962); *In re Burlington Coat Factory Sec. Litig.*, 114 F.3d 1410, 1434 (3d Cir. 1997).

8.      After having considered Andrx's proposed amendment, the parties' submissions on the issue, and the pertinent law, the court concludes that leave to amend should be granted. Given the circumstances, including those attendant to the delayed depositions discussed above, and the court's ability to ameliorate any adverse impact upon Biovail of the belated insertion of the defense of inequitable conduct into this action by, among other remedies, adjusting the schedule, the court believes this to be a fair result.

9.      In addition, the court is persuaded that, under the circumstances of this case, a contrary ruling would tend to encourage knee jerk, thoughtless, and poorly grounded assertions of inequitable conduct by defendants in patent infringement actions. The court is mindful of the need to be vigilant to attempts by parties to achieve an unfair advantage by delaying the making of such assertions, however, it does not believe that concern obtains here.

10.     The court also concludes that Andrx's amendment is not futile, because it includes factual contentions which, if proved, could provide the basis for a finding of unenforceability.

Therefore, IT IS HEREBY ORDERED that:

1.              Andrx's Motion for Leave to File a First Amended Answer and Counterclaims (D.I. 139) is GRANTED.

2.              Andrx's amended answer and counterclaim, which is attached to its motion to amend, is deemed filed.

3

3.        The court will hold a teleconference to discuss with the parties what, if any,

adjustments to the schedule might be needed to accommodate the interest of

all parties, including the court.

Dated: May 4, 2007

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

EXHIBIT 20

1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF DELAWARE

 3
                                    COPY
 4

 5    C.A. NO. 05-422(GMS)

 6    ENERGY TRANSPORTATION GROUP, INC.,

 7              Plaintiff,

 8              vs.

 9    SONIC INNOVATIONS, INC., et al.,

10              Defendants.

11

12

13          S T I P U L A T I O N S

14

15            IT IS STIPULATED AND AGREED, by and

16    between the parties through their respective counsel,

17    that the video deposition of Vernon Larson may be taken

18    by Timothy T. Casey, Court Reporter, Notary Public, at

19    the Four Points Sheraton Huntsville Airport, 1000 Glenn

20    Hearn Boulevard, Huntsville, Alabama, on the 30th day

21    of August, 2007.

22            IT IS FURTHER STIPULATED AND AGREED that
```


L.A.D
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

VIDEOTAPED DEPOSITION OF VERNON LARSON
CONDUCTED ON THURSDAY, AUGUST 30, 2007

193

1  confidential attorneys eyes only.

2       MR. ROMARY:  I just want to know if I can show

3  it to this witness.

4       MR. KINDER:  Yes.

5       MR. ROMARY:  Thank you.

6    Q.   (By Mr. Romary) I'm showing you what has been

7  previously marked as Levitt Exhibit 135, and give you a

8  moment to look through the document.

9    A.   (Witness complying with request) Okay.

10   Q.   Can you identify Levitt Exhibit 135?

11   A.   This is an issue of the VA Rehabilitation

12 Research and Development Progress Reports dated 1984.

13   Q.   And I believe you said on direct these reports

14 are published annually; is that correct?

15   A.   That's my recollection, yes, reviewing the

16 publication.

17   Q.   I'd like you to look at page Roman numeral

18 two.  Do you have that page?

19       MR. KINDER:  Do you have an extra copy, John?

20       MR. ROMARY:  I'm sorry, I don't.  You're

21 welcome to come over here and look over my shoulder if

22 you want.

VIDEOTAPED DEPOSITION OF VERNON LARSON
CONDUCTED ON THURSDAY, AUGUST 30, 2007

194

1    MR. KINDER:  That's all right.

2    MR. ROMARY:  It's fine with me if you want to

3    do that.

4    MR. KINDER:  I know what it says.

5    Q.   (By Mr. Romary) The second paragraph, Roman

6    numeral two, do you see that?  It begins reports

7    intended?

8    A.   Yes.

9    Q.   Would you read that paragraph into the record,

10   please?

11   A.   "Reports intended for future issues must be

12   received at the office of technology transfer in

13   Washington, D.C. in final form, suitable for

14   publication and ready for typesetting by June 1 of each

15   year.  This will allow October mailing of future issues

16   as planned.  It is hoped that contributing agencies and

17   principal investigators will mark June 1st on their

18   calenders as an ongoing routine report period."

19   Q.   Do you have any reason to believe that these

20   reports were not, in fact, mailed in the October time

21   frame each year?

22   A.   No, I have no reason to believe that.