# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-422 (GMS) |
| ) | |
| SONIC INNOVATIONS, INC., et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S *DAUBERT* MOTION TO STRIKE SIGRFRID D. SOLI AS AN EXPERT**

Plaintiff hereby moves to strike Plaintiff's Daubert motion to strike Jonathan D. Putnam, Ph.D. as an expert for the reasons set out in the accompanying opening brief in support of Plaintiff's Daubert motion to strike Jonathan D. Putnam, Ph.D.

Dated: December 21, 2007

/s/ Edmond D. Johnson
Edmond D. Johnson (No. 2257)
Matthew A. Kaplan (No. 4956)
PEPPER HAMILTON LLP
Hercules Plaza Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

*Attorneys for Energy Transportation Group, Inc.*

OF COUNSEL:

Brian M. Buroker
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006-1109

#9164015 v1

-2-

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Marty Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue
Suite 2500
Miami, Florida  33131

#9164015 v1

-3-

## CERTIFICATE OF SERVICE

I do hereby certify that on the 21st day of December 2007, I caused a true copy of the foregoing *Plaintiff's Daubert Motion to Strike Sigrfrid D. Soli as an Expert* to be served upon the following counsel of record as indicated below:

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
**Via CM/ECF**

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC 20001-4413
**Via Electronic Mail**

*Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC*

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899
**Via CM/ECF**

William H. Mandir
David J. Cushing
Carl J. Pellegrini
Brian K. Shelton
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W., Ste. 800
Washington, DC 20037
**Via Electronic Mail**

*Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.*

/s/ Edmond D. Johnson
Edmond D. Johnson (No. 2257)

-3-

#9164015 v1