# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ENERGY TRANSPORTATION GROUP, INC.,           )
                                             )
          Plaintiff,                         )
                                             )
     v.                                      )          C.A. No. 05-422 (GMS)
                                             )
SONIC INNOVATIONS, INC., et al.,             )
                                             )
          Defendants.                        )
                                             )

**EXPERT REPORT OF SIGFRID SOLI, Ph.D.**
**<u>REGARDING INVALIDITY OF THE ETG PATENTS</u>**

# TABLE OF CONTENTS

I.     BACKGROUND AND QUALIFICATIONS ................................................................ 2
II.    MATERIALS CONSIDERED ................................................................................ 6
III.   SUMMARY OF ISSUES COVERED.................................................................... 6
IV.    TECHNOLOGY BACKGROUND ........................................................................ 6
V.     INVALIDITY .................................................................................................... 13
    A.  Legal Standards.......................................................................................... 13
        1.   Claim Construction............................................................................ 13
        2.   Anticipation ...................................................................................... 13
        3.   Obviousness...................................................................................... 13
    B.  Level of Ordinary Skill in the Art............................................................. 15
VI.    DISCUSSION OF THE ETG PATENTS ............................................................. 15
    A.  The Host Controller .................................................................................. 18
    B.  Programmable Delay Line Filter................................................................ 21
    C.  Programming the Hearing Aid ................................................................... 24
    D.  Adjustment of the Hearing Aid ................................................................. 25
    E.  Feedback Cancellation .............................................................................. 30
    F.  Multiple Microphone System ................................................................... 35
VII.   FILE HISTORY OF THE '850 PATENT ............................................................ 37
VIII.  THE SCOPE AND CONTENT OF THE PRIOR ART ............................................. 39
    A.  Prior Art Directed to Differentiating Desired Signals from Undesired Signals ............... 39
        1.   US Patent No. 4,025,721 to Graupe et al........................................... 39
        2.   Stein et al., "Listener-assessed intelligibility of a hearing aid self-adaptive noise filter,"
             Ear and Hearing, Vol. 5, No. 4, 1984, pp. 199-204 ............................................ 43
        3.   US Patent No. 4,185,168 to Graupe et al........................................... 44
        4.   US Patent No. 4,791,672 to Nunley et al........................................... 45
        5.   US Patent No. 4,628,529 to Borth et al.............................................. 47
        6.   AT&T Multi-Band Compression Hearing Aid (from 12/4/84 Waldhauer "Prototype
             Architecture" Memo) ........................................................................ 49
    B.  Prior Art Directed to the Suppression of Acoustic Feedback ........................................ 49
        1.   US Patent No. 4,232,192 to Beex ..................................................... 49
        2.   Larson and Egolf-VA Rehabilitation R&D Progress Report 1984 ............................. 51
        3.   US Patent No. 4,188,667 to Graupe et al........................................... 51
        4.   US Patent No. 4,038,536 to Feintuch ................................................ 55
    C.  Prior Art Directed to the Cancellation of Acoustic Feedback .................................... 56
        1.   The Hearing Journal June 1986 - HearTech Electronic Anti-Feedback Circuit........... 56
        2.   US Patent No. 4,658,426 to Chabries et al. ....................................... 57
        3.   South et al., "Adaptive Filter to Improve Loudspeaker Telephone," Electronic Letters,
             Vol. 15, No. 21, 1979, pp. 673-674 ................................................. 59
        4.   Weaver, "An Adaptive Open-Loop Estimator for the Reduction of Acoustic
             Feedback," Masters Thesis, University of Wyoming, 1984 ............................... 61
        5.   Automatic Feedback Cancellation (AFC-1) Circuit Described in Weaver Thesis....... 64
        6.   Weaver et al., "Electronic Cancellation of Acoustic Feedback to Increase Hearing Aid
             Stability," abstract of presentation at the 109th Meeting of the Acoustical Society of

i

America, 12 April, 1985, Austin, TX, abstract published in the Journal of the Acoustical
Society of America, Vol. 77, S1, p. S105 ("Weaver abstract".) ............................................ 65
   7.   Weaver Presentation at Acoustical Society of America Meeting – April 12, 1985 ..... 66
   8.   Veterans Administration Rehabilitation R&D Progress Report 1984 .......................... 68
   9.   Best, "Digital Suppression of Acoustic Feedback in Hearing Aids," Masters Thesis,
University of Wyoming, 1985 .......................................................................................... 69
   10.  US Patent No. 4,783,818 to Graupe et al. ..................................................................... 72
  D.  Prior Art Primarily Directed to Microphone Systems ....................................................... 74
   1.   US Patent No. 3,995,124 to Gabr ................................................................................. 74
   2.   JP S59-64994 to Ibaraki et al. ...................................................................................... 76
  E.  Prior Art Primarily Directed to Controller Devices .......................................................... 77
   1.   US Patent No. 4,425,481 to Mansgold et al. ................................................................ 77
   2.   US Patent No. 4,548,082 to Engebretson et al. ............................................................ 78
  F.  Delay Line Filters .............................................................................................................. 79
IX.   ANALYSIS ............................................................................................................................. 83
  A.  THE '850 PATENT ............................................................................................................ 84
   1.   Claim 1 ......................................................................................................................... 84
   2.   Claims 5 and 6 .............................................................................................................. 87
   3.   Claim 9 ......................................................................................................................... 88
   4.   Claim 10 ....................................................................................................................... 89
   5.   Claim 13 ....................................................................................................................... 89
   6.   Claim 14 ....................................................................................................................... 90
   7.   Claim 15 ....................................................................................................................... 91
   8.   Claim 16 ....................................................................................................................... 92
   9.   Claim 17 ....................................................................................................................... 92
   10.  Claim 18 ....................................................................................................................... 95
   11.  Claim 19 ....................................................................................................................... 96
  B.  THE '749 PATENT ............................................................................................................ 98
   1.   Claim 1 ......................................................................................................................... 98
   2.   Claim 2 ......................................................................................................................... 98
   3.   Claim 3 ......................................................................................................................... 99
   4.   Claim 4 ......................................................................................................................... 99
   5.   Claim 5 ......................................................................................................................... 99
   6.   Claim 6 ......................................................................................................................... 99
X.   MATERIALITY OF REFERENCES THE EXAMINER DID NOT CONSIDER ............. 99
  A.  1984 VA Rehabilitation R&D Progress Report, the April 1985 Weaver abstract, the 1982
Egolf Vanderbilt article and the Nunley et al. article ..................................................... 100
  B.  Zeta Noise Blocker, as described in Graupe '721 and the Stein Article ........................ 100
XI.  CONCLUSION .................................................................................................................... 101
EXHIBIT A ................................................................................................................................. 103
EXHIBIT B ................................................................................................................................. 122
EXHIBIT C ................................................................................................................................. 125

1.      I have been retained by the Defendants in this case as an expert witness and I expect to be called to testify in this case regarding various matters concerning hearing aid technology. I have been asked to review the following ETG patents: U.S. Patent No. 4,731,850 ("the '850 patent") and U.S. Patent No. 4,879,749 ("the '749 patent") (collectively, "the ETG patents"), and to render an opinion as to the validity of the asserted claims of the ETG patents. This report sets forth a summary of the opinions I expect to testify on with respect to the issues of validity. In addition, I expect to testify regarding the testimony and opinions of other experts in this case.

1

## I.     BACKGROUND AND QUALIFICATIONS

2.     I received a Bachelor's Degree with honors in mathematics with a minor in physics from St. Olaf College, Northfield, Minnesota, in 1968. I received a second Bachelor's Degree, summa cum laude, in experimental psychology from the University of Minnesota in 1975. Finally, I earned a PhD in experimental psychology with specialization in hearing and speech science from the Center for Research in Human Learning, University of Minnesota in 1979.

3.     After I received my PhD, I served as an Assistant Professor of Psychology at the University of Maryland, College Park, Maryland from 1979 to 1984. During that time I conducted and published research on speech perception and speech intelligibility in noise. I took a one year leave of absence from the University of Maryland to work in the Biosciences Research Laboratory at 3M Center, St. Paul, Minnesota in 1984. This newly formed laboratory was focused on the development and evaluation of medical device technologies for treatment of hearing loss. Although I was offered promotion to Associate Professor with tenure by the University of Maryland, I decided to resign my position at Maryland and continue full time research at 3M. I worked at 3M until 1989 when I moved to the House Ear Institute (HEI) and founded its Hearing Aid Research Laboratory. I remain employed by HEI, where I now am the Head of the Department of Human Communication Sciences and Devices and Vice President, Technology Transfer.

2

4.    My expertise and research experience in the field of hearing aids began while I was at 3M. During the first three or four years in the Biosciences laboratory our research focused on the development and evaluation of a new multi-channel cochlear implant technology. During the last two to three years at 3M, beginning about 1987, we turned our attention to the development of digital hearing aid technologies. We were especially interested in the development of feedback cancellation algorithms for use in hearing aids. My first hearing aid patent on feedback cancellation came about as a result of this research. 3M had a contract with Central Institute for the Deaf (CID), St. Louis, to develop digital hearing aid algorithms and circuits. I worked closely with Maynard Engebretson and his colleagues at CID on both algorithm and circuit design, gaining substantial exposure to issues related to the design of digital hearing aids.

3

5.    My research efforts on digital hearing aids continued after I joined HEI in 1989. One of our first projects was to conduct an independent field trial evaluation of the digital hearing aid technology developed by Nicolet during Project Phoenix. This project was contracted by Cochlear Corporation. The Nicolet technology had been developed over the preceding several years, and was the subject of a licensing negotiation between the two companies. After this project, my laboratory focused on the development of hearing aid signal processing algorithms that manipulate and control both the magnitude and phase of signals reaching the ear. We, as well as other researchers, found that binaural hearing functions such as sound localization and directional hearing in noise rely on the differences in level (magnitude) and time of arrival (phase) of signals reaching both ears. We designed, built, and tested a real-time portable digital hearing aid prototype that used tapped delay line digital filters designed to have a specified magnitude and phase response that compensated for the subject's hearing loss while preserving the magnitude and phase auditory cues for binaural hearing. The algorithms used in this prototype were patented and licensed to Starkey Laboratories, Eden Prairie, Minnesota. Following this research, I received a grant from the National Institute for Deafness and Other Communication Disorders (NIDCD) to develop custom circuit that would implement a very low power feedback cancellation algorithm developed and patented by investigators in my laboratory. The emergence of low power open platform digital hearing aid circuits eliminated the need for a custom circuit; however, the feedback cancellation algorithm was successfully implemented. This algorithm has been licensed to Dynamic Hearing Pty, Melbourne, Australia, which has in turn licensed it to several hearing aid manufacturers. Most recently, my research at HEI has been directed toward the development of digital signal processing algorithms for novel hearing aid-like devices, such as bone-anchored hearing aids and implantable hearing aids. Feedback

4

cancellation is an issue for these devices, as it is with conventional air conduction hearing aids, and we are working to adapt our algorithms to their novel requirements.

6.    Highlights of my professional activities include the following. I have served as Chair of the Speech Communication Technical Committee of the Acoustical Society of America for two terms, or 6 years, from 1989-1995. I am also a Fellow of this Society. I also served as a member of the NIDCD Advisory Committee on Hearing Aid Research and Development from 1993-1998. I have also been a frequent consultant to NIDCD for review of grant proposals related to research on hearing aids and other auditory prostheses for more than 10 years. I was a voting member of the FDA's ENT Device Panel from 2001-2004 and am currently a consultant to that Panel. I was also a consultant to the National Research Council's Committee on Disability Determination for Individuals with Hearing Impairments in 2003. I also consult and advise US Federal Occupational Health, Law Enforcement Division, and Health Canada on matters related to occupational hearing loss and fitness for duty in law enforcement positions. Finally, I am the founding Chair of the International Hearing Aid Research Conference, one of the leading conferences throughout the world in this field. This conference has met every two years since 1990.

7.    My resume is attached as Exhibit A.

8.    A list of my publications I authored over at least the past ten years is set forth in Exhibit A.

9.    I am the named inventor of issued U.S. patents as well as other foreign patents. A list of these issued U.S. patents is set out in Exhibit A.

10.    During the past four years I have not testified as an expert witness.

5

11.    I am being compensated for my work in this matter at a consulting rate of $300 per hour for my time spent consulting on technical matters and preparing expert reports, and $400 per hour for depositions and testimony. My compensation is in no way dependent on the outcome of this matter.

## II.    MATERIALS CONSIDERED

12.    In addition to materials cited in this report, I also considered the materials set forth in Exhibit B and on my experience in the relevant field in forming the opinions expressed here.

13.    I will also consider any reports and testimony of ETG's experts.  At trial I may rely on some of these materials as exhibits, as well as demonstrative exhibits that I will prepare or have prepared to illustrate the points I make in this report.

## III.    SUMMARY OF ISSUES COVERED

14.    It is my opinion that the asserted claims of the '850 patent (claims 1, 5, 6, 9, 10, 13-19) are invalid as being anticipated and/or rendered obvious from the prior art.

15.    It is my opinion that the asserted claims of the '749 patent (claims 1-6) are invalid as being anticipated and/or rendered obvious from the prior art.

## IV.    TECHNOLOGY BACKGROUND

16.    **Hearing impairment:** Hearing impairment may be caused either by reduced ability of the middle and external ear to provide sound energy to the inner ear (conductive hearing loss) or by damage to the inner ear (sensorineural hearing loss). Sensorineural hearing loss (SNHL) is by far the most common hearing impairment, affecting a majority of elderly individuals to varying degrees. At present, there is no medical treatment to correct or reduce the

6

effects of SNHL. Thus, hearing aids are the primary rehabilitative means available for the treatment of SNHL.

17.    **Analog hearing aids:** There are currently many different hearing aid styles, designs and technologies, but they all share two common objectives: improvement of audibility for soft sounds, and improvement of speech communication in noise. The widespread use of digital technology in contemporary hearing aids has been developed, in large part, to address these objectives. Prior to the mid 1980s, hearing aids used low power analog circuits to filter and amply sound. The limitations of analog technology were substantial, in that this technology lacks the flexibility to allow subject-specific frequency-dependent amplification needed to compensate for varying degrees of reduced audibility at different frequencies. It also can not readily implement adaptive or dynamically varying signal processing needed to suppress background noise.

18.    **Digitally programmable analog hearing aids:** Several developments in the early and mid 1980s led to the eventual (near) abandonment of analog hearing aid technology. First was the development of digitally programmable analog hearing aid circuits. With this technology, several different frequency-dependent amplification responses could be selected when the hearing aid was fitted to the subject. The digital parameters needed to configure digitally programmable analog circuits that would achieve these responses were stored in a digital memory within the hearing aid. User controls on the hearing aid allowed the subject to select the preferred response in different sound environments. For example, a response with greater amplification could be selected for a quiet environment where soft speech would be used to communicate; and another response with less amplification could be selected for a noisy environment where louder speech is anticipated. The Mansgold patent (U.S. Patent No.

7

4,425,481) in 1984 is early evidence of this technology. Digitally programmable hearing aids are still in limited use at present.

19.    **Digital hearing aids:** The development of digital hearing aid technology also began in the early and mid 1980s. This technology relied on several significant advances in circuit design, including low noise analog/digital and digital/analog converters, signal processing circuits with low power and high processing speeds, and miniaturization. With this technology, the analog signal from the microphone is sampled and converted to digital numerical values. The sampled numerical values can then be processed with a wide variety of digital signal processing algorithms. Initially, these algorithms were primarily digital filters used to shape the frequency response of the hearing aid to provide more accurate frequency-dependent amplification that would meet the needs of individual subjects. Two different approaches to digital filtering have been used throughout the history of digital hearing aids. One approach uses a single wide bandwidth shaping filter that spans the frequency response of the hearing aid. The shape of this filter is based on the configuration of hearing thresholds at different frequencies. Filters used for this purpose are usually finite impulse response (FIR) filters, because of the ease of filter design needed to achieve the desired frequency response. Examples of hearing aid digital signal processing that use FIR filters include the Moser patent (U.S. Patent No. 4,187,413). The second approach uses a set of bandpass filters that that span the bandwidth of the hearing aid. The output of each bandpass filter is selectively amplified, and the amplified signals are mixed to produce the desired frequency-dependent amplification. Digital amplitude compression may also be selectively applied to the output of each bandpass filter to control loudness. The bandpass filters used in this approach may be either FIR filters, as in the first approach, or infinite impulse response (IIR) filters, also know as recursive filters. IIR filters are perhaps more common

8

because they are computationally more efficient. The bandpass filters are usually designed once and their values are factory-set, whereas wide bandwidth FIR filters used in the first approach are designed separately for each subject and use values stored in the digital hearing aid at the time the subject is fitted with the device. An example of hearing aid digital signal processing that uses bandpass filters is the Graupe patent (U.S. Patent No. 4,185,168).

20.  **Input-dependent processing in digital hearing aids:** The control logic in digital hearing aids can be used to sense characteristics of the input to the hearing aid and modify the frequency response and amplification of the hearing aid based on these characteristics. In one approach, control logic can determine when the input is only noise and reduce the output level or modify the frequency response to minimize the annoyance and interfering effects of the noise. This type of logic must assume some identifying characteristics of the noise that distinguish it from desired input such as speech. For example, the logic might be programmed to classify stationary low frequency input as noise, such as that from an air conditioner or automobile. In this example when noise is detected low frequency gain may be reduced, or a more high pass frequency response may be selected. An alternative approach is to use control logic that determines when the input is speech. The frequency response in this case would be modified or selected to optimize the audibility of the speech. The goal with both approaches is to selectively attenuate noise and to selectively amplify speech as a means of addressing the communication handicap in noisy environments. This has proven to be an elusive goal even today because the assumptions needed to accurately identify intervals of noise, speech, or speech plus noise in the output of a hearing aid microphone have not proven to be robust.

21.  **Reduction of acoustic feedback in digital hearing aids:** The microphone and output transducer (receiver) are in close proximity for small, ear level hearing aids. This allows

9

the amplified output of the receiver to propagate through the air back to the microphone and be re-amplified and output again through the receiver. This "closed loop" system causes sound energy at some frequencies to grow to very high levels. The audible result of this process is high pitch squealing that is called acoustic feedback. All hearing aids function as closed loop systems, but when the hearing aid is adequately sealed in the ear canal, the sound that propagates back to the microphone is attenuated, reducing the likelihood of feedback. Nyquist defined the specific conditions under which feedback makes a closed loop system become unstable, as in a squealing hearing aid. There are two conditions. First, the gain around the closed loop must be greater than unity. In other words, the gain of the hearing aid and the attenuation of the seal in the ear canal must sum to greater than unity. Second, the feedback signal reaching the microphone must add in phase as it circulates in the closed loop each time. In other words, some frequencies in the feedback signal will add in phase, and others will not. Unstable feedback oscillation (squealing) occurs at only those frequencies where the signals add in phase and the closed loop gain is greater than unity. The number of frequencies for which the Nyquist phase conditions are met depends on the time it takes for sound to travel around the closed loop. The longer the delay, the more frequencies. The processing in digital hearing aids introduces small inaudible time delays that increase the number of frequencies for which the Nyquist phase conditions are met, and thus the number of frequencies at which unstable feedback might occur if the closed loop gain condition is also met. There are three basic methods that have been used to reduce acoustic feedback in digital hearing aids. The first two methods prevent feedback by preventing one or both of the Nyquist conditions from being satisfied; while the third method attempts to cancel the feedback component of the input to the microphone. The first and conceptually simplest approach is to prevent the closed loop gain condition from being satisfied by reducing the gain of

10

the hearing aid, ideally at only those frequencies that satisfy the phase condition. This can be done, for example, by using a narrow bandwidth notch filter to attenuate the hearing aid output in the frequency region where the phase condition is satisfied. The second approach is to modify the phase response of the hearing aid so that the phase condition is not satisfied at those frequencies where the closed loop gain is greater than unity. This can be done, for example, by introducing a phase shifter, such as an all pass filter, or a variable delay in the hearing aid. Neither of these first two methods has proven to be entirely satisfactory because they modify the response of the hearing aid in ways that can introduce undesirable artifacts in the sound output. The third method of reducing feedback is to introduce a cancellation feedback path in the hearing aid that has the same magnitude and phase response as the acoustic feedback path, including the microphone and receiver. The electrical output of the hearing aid generates an acoustical output from the receiver that travels through the acoustic feedback path and is converted into an electrical signal by the microphone, and at the same time through the cancellation feedback path with the same response. By subtracting the cancellation feedback path from the output of the microphone, the feedback component of the microphone signal is eliminated, leaving only the desired microphone signal. These responses can be estimated in situ at the time the hearing aid is fitted, to configure a digital filter with the desired magnitude and phase response can be designed and the coefficients for the filter can be programmed into the hearing aid. A fundamental limitation of this method is that the feedback path often changes when acoustically reflective surfaces, e.g., a telephone, are placed near the ear. When such changes occur, the cancellation signal will no longer be effective. Consequently, a digital filter that uses "fixed" coefficients is ineffective in actual use. An alternative method for obtaining the coefficients of the digital filter with the desired magnitude and phase response for use in the cancellation feedback path is to use

11

an adaptive filter. The least mean square (LMS) adaptive filtering algorithm developed by Widrow and others continuously adjusts the coefficients so as to minimize the power of the signal that remains after the internal feedback signal has been subtracted from the microphone signal. If the feedback signal and the desired signal are uncorrelated in the microphone output, the adaptive filter achieves the power minimization by adjusting its coefficients to more accurately cancel the feedback component of the microphone signal, even as the feedback path changes. This method of feedback cancellation has been used in telephony, speaker phones, public address systems, and other applications where closed loop systems subject to unstable oscillation are found.

22.     **Microphone systems in digital hearing aids:** Sound is directional. In an open space this directionality is preserved, but in closed spaces such as rooms sound reaches the ear via the direct path from the source and from reflections off the walls that originate from other directions. The reflected sound, or reverberation, can degrade speech communication. The delayed reflections of the speech reduce its clarity and intelligibility. When noise is present in a reverberant space, the reflections of the noise function as noise sources that surround the listener. Directional microphone systems with increased sensitivity to sound from the front and reduced sensitivity to sound from the sides and rear may help to reduce the effects of reverberation and noise on communication handicap for hearing aid users. Directional microphone systems use two or more microphones that are separated by a small distance. There will be two directions from which sound arrives at both microphones at the same time. From all other directions the separation of the microphones is such that sound will arrive at one microphone slightly earlier or later than at the other microphone, depending on the direction of arrival. If the microphone outputs are summed, the summed signal for sound that arrives at the same time at both

12

microphones will be greater than the summed signal for sounds that arrive from other directions. In other words, the microphone system will have directional sensitivity.

## V.    INVALIDITY

23.    I understand that a U.S. patent is presumed valid.  In addition, I understand that invalidity must be proven through clear and convincing evidence, which is a higher burden than the preponderance of evidence standard.  Nevertheless, upon review and analysis of prior art to the '850 and '749 patents, it is my opinion that such clear and convincing evidence exists to invalidate the claims of those patents that ETG accuses Defendants of infringing.

### A.    Legal Standards
#### 1.    Claim Construction

24.    I am informed that the Court has construed certain terms used in the asserted claims of the ETG patents with its Claim Construction Order dated August 17, 2007, and that the parties have stipulated to a construction of other language in the claims.  I have reviewed and relied on the Court's claim construction and the parties' agreement on the claim language in preparing this report.

#### 2.    Anticipation

25.    I am informed that to be valid, a patent claim can not be anticipated by the prior art.  To be anticipated, it is my understanding that every element of the claim must be present in a single piece of prior art, either expressly or inherently.  I am informed that for an element to be inherently disclosed, it must be the case that the element is necessarily present in the prior art device.

#### 3.    Obviousness

13

26.    I am informed that for a claim to be obvious in light of one or more prior art teachings, those elements must, either alone or in combination, teach or suggest every element of that claim. I am also informed that in order to combine the teachings of more than one reference, there must be some reason why a person of ordinary skill in the art would modify a reference or combine references.

27.    While I understand that a patent is presumed to be valid, I also understand that one or more of the claims in a patent may be invalid if at the time of the invention the subject matter of the claim would have been obvious to a person of ordinary skill in the art. For example, the patent examiner may not have had before him all of the relevant prior art and therefore could not have considered that prior art when he decided to grant the patent.

28.    A claim is obvious if prior art references, either alone or in combination, would have taught or suggested the invention to one of ordinary skill in the art. In determining obviousness, the invention must be considered as a whole without the benefit of hindsight, and the claims must be considered in their entirety.

29.    Any analysis of whether a claim is obvious is based on several factual inquires. I understand that these factual inquiries are known as the *Graham* factors, and involve the determination of (1) the scope and content of the prior art, (2) the differences between the prior art and the claimed subject matter, and (3) the level of ordinary skill in the art at the time the invention was made. These inquiries should also take into account objective evidence of non-obviousness, referred to as "secondary considerations." These secondary considerations include, for example, whether prior to the invention there existed a long felt but unresolved need, whether the invention produced unexpected results, the commercial success, if any, of a product embodying the patented invention, and whether others copied the invention, if this evidence is

14

available. A conclusion as to whether a patent claim is obvious is based on these factual determinations.

30.    I understand that obviousness may be established by noting that there existed at the time of invention a known problem for which there was an obvious solution encompassed by the patent's claim. The focus should be on whether a given modification of the prior art would have provided one of ordinary skill in the art with a predictable solution and whether such a person would have had a reason to modify the prior art to achieve the claimed invention.

31.    Accordingly, if a person of ordinary skill in the art would have had a reason to combine elements from the prior art such that the combination of the prior art references would meet all the elements of a claim in the patent, then the patent claim is invalid as being obvious.

**B.    Level of Ordinary Skill in the Art**

32.    In my opinion a person of ordinary skill in the art of the ETG patents would have been an individual with at least training at the Masters Degree level with a specialty in acoustic related engineering. In the alternative, this person would have training in hearing and speech science, auditory physiology, or sensory psychology, and at least three years of practical experience with hearing aid device development, including the design, development, and behavioral evaluation of prototype hearing aid devices. I possess these qualifications, and I have considered the issues herein from the perspective of a person of ordinary skill in the art.

**VI.    DISCUSSION OF THE ETG PATENTS**

33.    The '850 and the '749 patents describe a programmable digital hearing aid system comprised of a digital hearing aid and a host controller. The specifications for both patents are the same, so references to the patents in this document will refer by name to only the '850 patent for simplicity. The hearing aid consists of a digital filter, implemented as a programmable delay

15

line filter, as defined in the Claim Construction Order. This filter is programmed with a set of coefficients so as to produce a desired frequency response, or response characteristic, for the hearing aid. A number of sets of coefficients are stored in the hearing aid. In one embodiment, from time to time, the stored coefficient set is purported to change to another one of the sets of stored coefficients to achieve a different hearing aid response characteristic. The various response characteristics and their corresponding coefficient sets are purportedly determined at the time the hearing aid is configured for the individual user. The various response characteristics of the ETG patents are purported to produce "optimum" hearing aid performance in a variety of acoustic environments where the hearing aid will be used.

34.     The hearing aid described in the '850 patent also contains a means that purportedly senses when to select a different set of filter coefficients based on an evaluation of the speech and noise characteristics present in the microphone input signal. The ETG patents describe that a particular set of coefficients is selected by determining the relationship between the level of speech and the level of noise in different frequency bands or regions, as well as the overall level of the input signal.

35.     In addition, the digital hearing aid and the host controller are used together to obtain in situ measures of the magnitude and phase characteristics of the acoustic feedback path from the hearing aid output (the receiver) to the microphone, as defined by the Claim Construction Order. When a hearing aid is worn in the ear some of its amplified sound output can leak out through the earmold or ear piece of the hearing aid, which may be imperfectly sealed in the ear canal. The ETG patents describe measuring the magnitude and phase characteristics of the acoustic feedback path in order to provide a parallel cancellation feedback path in the hearing aid circuit with the same magnitude and phase characteristics. The same

16

signals that are sent to the receiver are also passed through the cancellation feedback path and subtracted from the microphone input signal, and in so doing the acoustic feedback component of the microphone input signal is purportedly cancelled. The '850 patent describes a procedure for obtaining these measurements using an external host controller and for programming a digital filter with the appropriate magnitude and phase characteristics. The ETG patents purport that the filter can cancel feedback by placing the filter in either the cancellation feedback path or in the forward path of the hearing aid between the microphone input and the receiver output.

36.     The digital hearing aid in the '850 patent also describes a two microphone system that purportedly produces frequency selective directional sensitivity. According to the ETG patents, by summing the input of two closely spaced microphones, after adjusting their magnitude and phase responses to achieve the maximum directional sensitivity in a desired direction, the hearing aid can selectively attenuate sounds arriving for directions other than directly in front of the subject.

37.     Finally, according to the ETG patents, the programmable digital hearing aid system includes a host controller. The host controller interfaces between a computer and the digital hearing aid. It is used to deliver electrical signals directly to the hearing aid for measuring hearing thresholds during the programming of the hearing aid. Other signals are delivered to the hearing aid while measuring the magnitude and phase characteristics of the acoustic feedback path. The host controller also receives inputs from the hearing aid when configured to measure the acoustic feedback path. During the configuration of the hearing aid for the user, the host controller calculates digital coefficients and then transfers these calculated coefficients to the random access memory (RAM) of the hearing aid. These coefficients are purportedly used to implement programmable delay line filters with various response characteristics that are

17

evaluated by the hearing aid user. Once the filter coefficient sets have been determined, the host

controller is used to program these coefficients in the hearing aid's erasable electrical

programmable read only memory (EEPROM). A programming slot in the host interface is used

for this purpose. Finally, the host controller includes a means for providing direct electrical input

to the hearing aid from a tape player for use in presentation of various recorded sounds to the

user through the hearing aid.

      38.     In the remainder of this report, each of the components of the '850 patent is

discussed in detail. The host controller is discussed first, followed by the programmable filter in

the digital hearing aid. Next, the methods for programming the filter are presented. The methods

for automatic adjustment of the hearing aid based on the microphone output signal are presented

next, followed by the methods for feedback cancellation, and finally the multiple microphone

system is described.

### A.      The Host Controller

      39.     The host controller is shown in Figure 1 below. The host controller is a processor

for controlling operations of a device, as specified by the Claim Construction Order. In this case,

the device it controls is the programmable digital hearing aid. The host controller itself is

purportedly controlled by computer 24 through a series of latches and decoders arrayed along the

left hand side of the figure. According to the ETG patents, the audiometric signal generator 21 at

the top of the figure is controlled by latches 25 and 27. The signal generator is comprised of D/A

converter 23, signal generator 22, and programmable attenuator 26. Together these elements

purportedly generate a tone that is routed through switch 29, amplifier 119, and switch 120 to

output 121, labeled $V_{TEST\ IN}$. This output provides a direct electrical input to the hearing aid, and is used to present the tone for threshold measurements and for feedback measurements.

    40.    Latches 42, 43, and 33 control the digitally controlled phase shifter 32 and programmable amplifier 32. These elements receive input from input 31, labeled $V_{0\ OUT}$. Together these elements receive a tonal input signal from the hearing aid during the measurement of the magnitude and phase characteristics of the acoustic feedback path. The magnitude of this input signal is adjusted by programmable amplifier 32, and the phase is adjusted (shifted) by digitally controlled phase shifter 30. The adjusted tonal signal is sent to output 144, labeled $V_{FBK}$. This signal is summed with the microphone output signal to purportedly obtain a measure of the magnitude and phase response of the acoustic feedback path at the frequency of the tonal signal.

    41.    Figure 1 shows that latches 41 and 45 control programmable gain amplifier 38 and switch 37, respectively. These elements receive input from input 34, labeled NUL, which is sent through switch 37 to programmable gain amplifier 38, rectifier 39, A/D converter, and to computer 24. Input 34 is the sum of output 144, $V_{FBK}$, and the microphone signal during measurement of the magnitude and phase characteristics of the acoustic feedback path. Programmable gain amplifier 38 is used to scale the signal level prior to rectification by rectifier 39. The rectified signal provides instantaneous information about the level of the signal from input 34. The rectified signal is sampled digitally by A/D 40 and sent to the computer where it is monitored to determine the point at which input 34 reaches a minimum or null value. The magnitude and phase of output 144 at this minimum or null point purportedly provide information about the magnitude and phase characteristics of the acoustic feedback path at the frequency of the tonal signal from output 121.

19

42.     Figure 1 shows that latches 44 and 45, address decoder 55, and RD/WR logic 56 together control the programming of the filter coefficients and other parameters in the hearing aid through tri-state buffer 46, lines 125 and 128, and EEPROM programming socket 124. According to the ETG patents, together these elements are used to program filter coefficients in RAM during configuration of the hearing aid for the patient and, after the coefficient sets have been determined, to permanently program them in the EEPROM through the programming socket.

43.     Switches 123, 123A, and 123B, together with the input buffer, are used to obtain subject responses during configuration of the hearing aid and to send these responses to the computer.

44.     Latches 44, 48, and 50 are used to control switch 52, tape player 47, and attenuator 49. These elements enable recorded materials on a tape to be presented to the hearing aid user either through a loudspeaker (not shown) via output 53, or directly to the hearing through output connector 121.

45.     According to the ETG patents, once the programming and testing of the hearing aid has been completed with the host controller and computer and the EEPROM has been programmed with the coefficients and parameters needed to operate the hearing aid, the EEPROM is removed from programming slot 124 in the host controller and plugged into the hearing aid (10:16-20). When the hearing aid is turned on, the parameters and coefficients are transferred from the EEPROM to the RAM, the EEPROM is turned off, and the hearing aid is operational.

### B.    Programmable Delay Line Filter

46.    A block diagram for the entire hearing aid is shown in Figure 2. The elements comprising the programmable delay line filter and programmable limiter, as well as the entire signal path from the microphone input to the receiver output within which programmable filter and limiter are located are highlighted in the figure. Sound incident on microphone 57 produces an electrical input signal that is sent to programmable automatic gain control (AGC) 58, switch 59, summer 60, and line 61 to output 140, labeled NUL. According to the ETG patents, during normal hearing aid operation this output is connected to input 122, labeled $V_{TEST IN}$, as shown by the arrow drawn in the figure. From input 122 the signal is sent on line 62 to fixed filter 63 (whose function is not specified in the '850 patent), switch 138, and low pass filter 63a. This filter serves as an antialiasing filter and is necessary prior to digitally sampling the signal with 12-bit A/D 70.



*FIG. 1*

47.    Programmable delay line filter 64 in the '850 patent includes a number of

elements: low pass filter 63a, 12-bit A/D 70, 32 X 12 RAM 71, 12-bit temporary register 72,

2048 X 12 RAM, 7-bit D/A 78, 12-bit D/A 73, capacitive summing circuit 78a, sample/hold 79,

and low pass filter 80. Each 12-bit sample is stored in RAM 71. The capacity of this RAM is

such that the most recent sample and the last 31 samples are retained. After each sample, these

32 samples and the 32 corresponding filter coefficients stored in RAM 77 are converted to

analog signals by D/As 73 and 78 one at a time, multiplied, and summed by capacitive summing

circuit 78a and sample/hold 79. The speech samples from RAM 71 are actually shifted through

temporary register 72 one at a time before they reach D/A 73 and are multiplied by the

22

appropriate filter coefficients. The resulting sum of products is low pass filtered by filter 80 and

sent through switch 82 to volume control slider 66, which is under the control of the hearing aid

user. The output of the adjustable volume control is sent to programmable limiter 67, amplifier

68, and hearing aid receiver 69 to produce sound output.

48.     There are several noteworthy details about filter 64. The structure described is

that of a non-recursive finite impulse response (FIR) filter. Each output sample is the sum of the

products of the last 32 input samples and the 32 filter coefficients. A recursive infinite impulse

response (IIR) filter also sums the product of input samples and filter coefficients; however,

some of these products are added back recursively to the filter input for the next sample. There is

no structure shown in the figure that allows for recursion by returning products of the

multiplication to RAM 71 or temporary register 72.

49.     Figure 2 of the '850 Patent with my highlighted elements, is reproduced below.

23



FIG. 2

### C.    Programming the Hearing Aid

50.    According to the ETG patents, the elements within the hearing aid used during

programming of the programmable delay line filter coefficients and other parameters are

highlighted in Figure 2 below. RAM 77 is programmed by the host controller during

configuration of the hearing aid for the user. Switch 88, element 127, lines 126 and 136 which

are connected to lines 125 and 128 in the host controller, as well as associated logic elements and

counters highlighted in the figure are purportedly used to transfer coefficient sets into RAM 77

from the host controller. According to the ETG patents, the hearing aid is in situ and operates in

normal processing mode while connected to the host controller. Once the filter coefficient sets

that produce the desired response characteristics have been identified, these coefficients and

other programming parameters are transferred to EEPROM 84 while the EEPROM is in

programming socket 124 of the host controller. These coefficient sets reside in computer

24

memory and are transferred through the host controller, as described above, to the EEPROM.

When the transfer is completed, the EEPROM is removed from the socket and inserted in the

hearing aid. According to the ETG patents, when the hearing aid is powered on with the

programmed EEPROM in place, the coefficient sets and other parameters are transferred to

RAM 77 and other programmable elements such as programmable AGC 58 and programmable

limiter 67.



FIG. 2

### D.    Adjustment of the Hearing Aid

51.    The figure below highlights the portion of the hearing aid block diagram from

Figure 2 of the '850 patent that functions as the controlling means recited in claim 5 of the '850

patent to impart different responses characteristics to the hearing aid. According to the ETG

patents, this controlling means is responsive to the level of speech signals in excess of the level

of noise signals in four frequency bands. These means also include a speech detector that

purportedly functions as an interval classifier, providing one output when input intervals contain speech and another output when they contain noise or silence.



FIG. 2

52.    This controlling means receives continuous analog input from summer 60. This input is sent to rectifier (unnumbered), bandpass filters 97-100, and to speech detector 96. The output of the rectifier is sent to four differentially pre-biased comparators 101-104. Each comparator outputs a bit that is set to '1' if the rectified signal exceeds its pre-biased threshold or to '0 if it does not. The pre-biased thresholds are presumably set at increasingly higher levels so that their 4-bit output pattern codes the instantaneous level of the input signal. The output of the four comparators is sent to 4-to-2 decoder 117, which decodes the 4-bit input into 2 bits. Thus, according to the ETG patents, the rectifier, comparators 101-104, and decoder 117 function together as a level detector that quantifies the level of the input signal to one of four discrete values.

26

53.     The continuous analog input from summer 60 is also sent to the four bandpass filters 97-100. The signal path for only the first filter, 97, is highlighted for clarity. The suggested bandwidths for these filters are 100-750 Hz, 750-1500 Hz, 1500-3000 Hz, and 3000 Hz to the upper frequency limit, e.g., 5000 Hz if the sampling rate is 10,000 Hz (5:67-6:1). The output of bandpass filter is rectified with rectifiers 109-112. Each rectifier output is sent to sample/hold circuits 105-108, respectively, and to comparators 113-116, respectively. The rectifier output in each bandpass filter channel defines the instantaneous signal level in that channel. The signal level stored in the sample/hold circuit in each channel is compared with the instantaneous signal level from the rectifier in that channel. If the output level of the rectifier exceeds the level stored in the sample/hold circuit, the comparator outputs a bit set to '1,' and if the output of the comparator does not exceed the value in the sample/hold circuit the comparator outputs a bit set to '0.' In this fashion, sets of 4-bit comparator outputs are purportedly generated. Again, no timing control for the comparators is shown in the figure.

54.     The 4-bit output of the structure includes the bandpass filters, rectifiers, sample/hold circuits, and comparators together with that of the 2-bit output of the level detector used in conjunction with the output of speech detector 96 to create a 6-bit address word that controls the selection of filter coefficient sets in RAM 77 for use in programmable delay line filter 64. Speech detector 96 receives an analog input from summer 60. The structure of this speech detector 96 is not specified in the '850 patent, and only some general descriptive information about the detector is given (6:1-11).

55.     The control signal from the speech detector determines the action of sample/hold circuits 105-108 and latch 118. According to the ETG patents, as long as the detector classifies the input interval as noise and outputs a '0,' all the sample/hold circuits are continuously updated

27

with the current instantaneous output of their respective rectifiers and the contents of latch 118 are not updated. However, when the detector classifies the input interval as speech and outputs a '1,' the sample/hold circuits are not updated, and purportedly contain the last level from the previous noise interval immediately prior to the interval classified as speech by the detector. At this point each sample/hold circuit contains the last instantaneous noise level from the previous noise interval, and the output of the rectifier contains the first instantaneous speech level from the current speech interval. Thus, the action of each comparator at this instant is to compare the level of speech from the rectifier with the level of noise stored in the sample/hold circuit. If the level of speech is in excess of the level of noise, the comparator output is a '1,' and if it is not the output is a '0.' The '1' output from the speech detector also causes latch 118 to be updated with the four 1-bit comparator outputs and the 2-bit output of the decoder for the level detector. The new 6-bit word in latch 118 is sent via switches 95 and 98 to RAM 77. The bit pattern in this 6-bit control word is purportedly used to select 1 of 64 sets of filter coefficients. This set of coefficients replaces the set of coefficients currently being used to filter the hearing aid input and produce the desired response characteristic.

56.    According to the ETG patents, the purpose of the foregoing processing steps and actions is to adjust the response characteristic of the hearing aid to take into account the speech level and the type of background noise in the environment (5:60-65). The 2-bit output of the level detector is purportedly used to estimate the speech level in the input. Its output at the time the speech detector classifies an input interval as speech purportedly provides information about the instantaneous level of the input signal at that moment. Thus, the four possible bit patterns from the level detector are used to code the instantaneous signal levels each time the output of the speech detector is a '1.' Note that these bit patterns may be subject to substantial variation

28

during speech intervals, just as the instantaneous levels in the input signal are. Note also that these bit patterns code the instantaneous levels of the input signal, which is not necessarily the same as the speech signal, especially when speech and noise are both present in the input.

57.    The type of background noise is estimated from the output of the four comparators at the time the speech detector first classifies an interval as containing speech. Recall that when the output of the speech detector is '1' the sample/hold circuits are not updated and thus they purportedly contain the last instantaneous level in each bandpass filter channel prior to the onset of the speech interval. This means that the comparator in each channel will purportedly compare the new output from the rectifier in the channel, which is the first instantaneous speech level in the interval, with the last instantaneous noise level in the channel. If the instantaneous level of speech is in excess of the level of noise in a channel, the comparator for that channel will output a '1,' and if it is not it will produce a '0.' In other words, frequency channels where speech dominates will have a comparator output of '1,' and frequency channels where noise dominates or is equal to speech will have an output of '0.' Thus, the updated 6-bit control word in latch 118 will contain two bits of information about the signal level and four bits of information about the frequency regions where the instantaneous speech levels exceed the instantaneous noise levels. The strategy described in ETG patents for using this information is to select one of several pre-defined filter coefficient sets that produce response characteristics appropriate for the users hearing loss and the level of sound input to the hearing aid. According to the ETG patents, if the speech level does not dominate the noise level in any of the four frequency regions, a different response characteristic with less gain in that frequency region is selected.

29

58.    Since instantaneous values are used to define speech and noise levels as well as

the overall signal level, note that these levels are subject to unpredictable fluctuations each time

the speech detector classifies an input interval as speech. These fluctuations will directly affect

the bit pattern in latch 118 used to determine the selection of the filter coefficient set and thus the

response characteristic of the hearing aid. Note also that any unreliability in the output of the

speech detector can also affect the unpredictability of fluctuations in the output of latch 118. It

should also be noted that when the output of latch 118 specifies the selection of a different

coefficient set for the programmable delay line filter, the new coefficients are used immediately

on the next sample. Delay line filters, or FIR filters, have a "memory" equal to the number of

coefficients in the filter, 32 in the current case. Thus, it takes 32 samples for sampled input data

to move through the filter. If the filter coefficients are suddenly changed, there are samples in the

filter that will not be processed with the same set of coefficients through the entire filter. The

consequence of a sudden change in the filter coefficient set is to produce loud and annoying

clicks and distortion that would occur every time the coefficients are changed. Large changes in

the coefficients, as might be expected from unpredictable fluctuations in the output of latch 118

due to the use of instantaneous levels, would make these processing artifacts all the more

annoying.

**E.    Feedback Cancellation**

59.    The process of feedback cancellation, as described in the '850 patent, is achieved

by first measuring the acoustic feedback in situ with the hearing aid in the user's ear. These

measurements are used to program a programmable delay line filter with purportedly the same

magnitude and phase response as the acoustic feedback path (9:41-46). This filter is placed in a

cancellation feedback path and its output is subtracted from the electrical output of the

30

microphone signal that contains acoustic feedback components as well as other input. If the

magnitude and phase responses of the acoustic feedback path and the cancellation feedback path

are matched, the result of the subtraction is cancellation of the feedback component from the

microphone input. Note that this process does not reduce the acoustic feedback—this feedback is

still present in the microphone input. Instead, this process removes by cancellation the acoustic

feedback component of the microphone input.

60.    Figures 1 and 2 below displays the programmable digital hearing aid on the right

of the figure, together with the host controller on the left. Both the hearing aid and the host

controller are purportedly used to measure the effects of acoustic feedback before feedback

cancellation can be achieved. The hearing aid in the ear canal operates as a closed loop system.

Sound enters microphone 57, is amplified as at passes through programmable digital filter 64,

and exits the hearing aid through receiver 69. Some of the sound travels back through the ear

canal to the microphone in an acoustic feedback path because of the imperfect seal of the hearing

aid ear module in the ear canal. This sound enters the microphone and is amplified again, and the

process repeats in a closed loop. Recirculation of sound around the closed loop feedback path

occurs continuously at all frequencies. At some frequencies the recirculated sound adds in phase

with itself each time it travels around the closed loop feedback path. These frequencies are said

to satisfy one of the two Nyquist criteria, the phase criterion, that are necessary for unstable

feedback and the resultant screeching and howling. The other Nyquist criterion, the magnitude

criterion, is satisfied if the gain around the closed loop feedback path—in other words, the gain

of the hearing aid plus the attenuation of the acoustic feedback path—is greater than unity. When

both Nyquist criteria are satisfied at a frequency, the recirculating sound at that frequency adds in

31

phase and is amplified each time it travels around the closed loop. The result is the almost

instantaneous build up of energy at that frequency that results in howling and screeching.

61.    The ETG patents purportedly provide a parallel cancellation feedback path within

the hearing aid with the same magnitude and phase characteristics as the acoustic feedback path.

According to the ETG patents, if the same signal is input to these parallel closed loop systems at

the same point before the hearing aid receiver and travels through both systems at the same time,

the two signals will reach the same point simultaneously after the hearing aid microphone. If the

signal from the cancellation feedback path is subtracted from the electrical output of the

microphone, the two feedback signals will cancel each other and be eliminated from the

microphone input signal. In this case, the Nyquist criteria are still satisfied and potentially

unstable acoustic feedback still arrives at the microphone, but it is purportedly eliminated by the

cancellation signal from the cancellation feedback path.

62.    According to the '850 patent, the magnitude and phase response of the acoustic

feedback path are obtained by "breaking" the closed loop system to create an open loop system.

The '850 patent describes interrupting the connection between NUL connector 140 and $V_{TEST\ IN}$

connector 122, as seen in Figures 1 and 2 (9:18-29). An external input is provided to connector

122. This input bypasses programmable digital filter 64 and is sent through switch (unlabeled) to

volume control 66, programmable limiter 67, and amplifier 68 to receiver 69. A connection

between amplifier 68 and receiver 69 is made to send this signal also to $V_{0\ OUT}$ connector 142.

The signal reaching receiver 69 is converted to sound, some of which travels via an acoustic

feedback path (not shown) to reach microphone 57. This feedback signal at the electrical output

of microphone 57 is sent to programmable AGC 58, switch 59 and summer 60. The output of the

summer is sent on line 61 to NUL connector 140. Since NUL connector 140 is disconnected

32

from $V_{TEST\,IN}$ connector 122, as described above, the internal feedback signal is not allowed to recirculate in a closed loop through the hearing aid again.

63.     In other words, the signal travels through an open loop path from input at $V_{TEST\,IN}$ connector 122 to output at NUL connector 140. The most important portion of this open loop path is from the connection between amplifier 68 and receiver 69 that sends the signal to $V_{0\,OUT}$ connector 142 and summer 60. This portion is comprised of receiver 69, the acoustic feedback path (unlabeled), microphone 57, programmable AGC 58, and switch 59. The '850 patent refers to this portion of the open loop path as "the acoustic feedback path." We will use this terminology, although this path is actually comprised of acoustic, electroacoustic, and electrical elements.

64.     The magnitude and phase characteristics of the acoustic feedback path, as defined above, are determined according to the '850 patent by processing the signal from $V_{0\,OUT}$ connector 142, which is the same signal that is input to the acoustic feedback path, in the host controller and summing this processed signal with the output of the acoustic feedback path at summer 60. If the signal from $V_{0\,OUT}$ connector 142 is processed in the host controller by adjustment of its magnitude and phase so that it produces a null or zero result when it is summed by summer 60 with the acoustic feedback signal, the adjusted magnitude and phase produced by the host controller purportedly matches the magnitude and phase characteristics of the acoustic feedback path at the frequency of the signal used for the measurement.

65.     A tone at a specified frequency is produced by the host controller at $V_{TEST\,IN}$ connector 121. This signal is input to the hearing aid at $V_{TEST\,IN}$ connector 122 and travels through the open loop feedback path as described above. Just before this signal reaches receiver 69 and is converted to sound, it is also sent via $V_{0\,OUT}$ connector 142 from the hearing aid to $V_0$

33

$_{OUT}$ connector 31 in the host controller, as seen in Figures 1 and 2. The magnitude of the signal reaching $V_{0\,OUT}$ connector 31 is adjusted by programmable gain amplifier 32, and the phase is adjusted by digital control phase shifter 30. According to the ETG patents, adjustments are controlled by computer 24 through latches 42, 43, and 33. The magnitude and phase adjusted signal is sent to $V_{FBK}$ connector 144, returned to the hearing aid through $V_{FBK}$ connector 143, and reaches summer 60. At summer 60 the adjusted signal from the host controller is summed with the feedback signal reaching the microphone, and the resultant signal is sent on line 61 to NUL connector 140. The output of NUL connector 140 is input to NUL connector 34 in the host controller and is sent to switch 37, programmable gain amplifier 38, rectifier 39 and A/D converter 40 where it is digitally sampled and sent to computer 24. The digital signal reaching the computer provides the instantaneous level of the output of summer 60. This level is monitored by computer 24 as the magnitude and phase of the $V_{FBK}$ signal are adjusted by the computer until a null or minimum value is achieved. At the null, the setting of programmable gain amplifier 32 is purportedly used to specify the magnitude response of the acoustic feedback path at the particular frequency of the test signal. The '850 patent states that the setting of digital control phase shifter 30 is used to specify the phase response of the acoustic feedback path at the frequency of the tone signal. The patent also states that these settings are used by the host controller to calculate a set of coefficients for a programmable filter that can be inserted in the cancellation feedback path between $V_{0\,OUT}$ connector 142 and $V_{FBK}$ connector 143 so as to cancel acoustic feedback (9:41-46).

66.    The '850 patent describes two structures for use of a programmable filter in the cancellation feedback path. The first structure includes a programmable filter in the cancellation feedback path in addition to filter 64 in the forward path. This structure has been discussed above.

34

The second structure purportedly could use a single programmable filter in the cancellation feedback path, and would be achieved by moving filter 64 from the forward path to the cancellation feedback path (9:54-55).

### F.    Multiple Microphone System

67.    The '850 patent also describes a multiple microphone system in which the outputs of two or more microphones are processed through a means of gain and phase control based on weighting coefficients so that their summed output is directional (11:16-23). Referring to the figure below, the analog outputs of two microphones 155 and 156 are sent to amplifiers 157 and 158. These amplifiers purportedly receive separate inputs of gain and phase control parameters from an unspecified source. After gain and phase processing by these amplifiers, the signals from each amplifier are combined by summing in summing amplifier 159. The output of this summing amplifier is sent to programmable AGC 58 in Figure 5 below for purportedly processing through the rest of the hearing aid system.

68.    According to the ETG patents, this multiple microphone structure purportedly produces an output from summing amplifier 159 like that of a frequency-dependent directional microphone so as to reduce the effects of noise and room reverberation. By appropriately delaying the inputs of the two microphones at different frequencies, the ETG patents purportedly cause inputs from some direction to add in phase, while inputs from other directions add out of phase and partially cancel each other. The choice of delay is, however, different at different frequencies because the delays that produce summation and cancellation depend on the period of the signal at each frequency. The choice of delays also depends on the separation of the microphones and their orientation in relation to the direction at which the greatest sensitivity, i.e., the best summation of the two inputs, is desired. No consideration is given to these issues, which

35

must be addressed if the microphone system is to have the desired frequency-dependent

directional response characteristic. In addition, the means by which the gain and phase control of

each microphone is achieved with an analog amplifier is not described.



FIG. 5



FIG. 1



FIG. 2

36



*FIG. 2*

## VII.    FILE HISTORY OF THE '850 PATENT

69.    The '850 patent was filed on June 26, 1986, and contained twenty-three claims (1-

23).  On March 31, 1987, Examiner Schroeder issued an Action, which rejected claims 8-10 as

being clearly anticipated by the Mansgold '481 patent, the Gilman '902 patent, the Borth '529

patent or the Borth '305 patent.  Claims 1-7 were rejected as being unpatentable over the

Engebretson patent in view of the Reticon Note 105.   Claims 11-18 were objected to, and claims

19-23 were allowable.

70.    On June 29, 1987, an AMENDMENT was filed that amended claim 1 to include a

"programmable signal limiter means" and to recite that both the limiter means and the

programmable delay filter were located in the feedback path for the transmission channel.

Claims 2-6 were cancelled.  Claim 5 (which became patent claim 2) was amended to depend

from claim 1. Claim 8 (which became patent claim 5) was rejected based on Borth '529 and was subsequently amended to include the feature that the controlling means is responsive to the level of speech signals in excess of the level of noise signals in the channel. Claim 9-11 were cancelled. Claim 12 (which became patent claim 6) was amended to depend from claim 5. Claim 15 (which became claim 9) was amended to include all of the features in claim 2, and claim 17 (which become patent claim 11) was amended to include all of the limitations of claim 6. Claim 18 (which became patent claim 12) was amended to include all of the limitations of claim 7. Finally, two new claims 24 and 25 were added. These claims became patent claims 18 and 19, respectively.

71.     The AMENDMENT included a REMARKS section. The patent applicant argued that claim 1 as amended should be patentable over the prior art cited by the Examiner. Specifically, the applicant argued that a limiter and frequency filter are used to keep the overall gain of the hearing aid low when only noise is present and then to increase gain when the input level is increased by the addition of speech. The applicant also argued that it would not be obvious to place a limiter in a feedback path because the gain of such a system would be expected to increase, thereby increasing noise, rather than reducing or controlling the noise. (AMENDMENT p. 7.) The applicant noted that Engebretson uses a multi-band compression approach that is detrimental to the quality of the speech signal. The applicant also argued that "[t]he Engebretson et al. patent nowhere teaches or suggests placing a f[il]ter or programmable signal limiter means in a feedback path in the transmission channel, and the Reticon Note No. 105 does not remedy the deficiencies in the teachings of Engebretson et al. in the respect, since it merely discloses a tapped analog delay line without any disclosure of application to hearing aids.

72.     The patent applicant argued that the new claim 24 was patentable over Engebretson et al. because it fails to teach a level-dependent amplifier in a feedback path in a transmission channel between the input microphone and output receiver in a hearing aid. Finally, the applicant argued that new claim 25 should be patentable because it is similar to claim 15 (which was objected to) except that it recites a programmable delay line filter in the feedback path, rather than a forward path, of the transmission chancel. The applicant argued that this arrangement is not taught by Engebretson et al. or any other of the references.

73.     In response to the AMENDMENT, Examiner Schroeder issued a Notice of Allowability and Notice of Allowance on September 15, 1987.

74.     On September 22, 1987, the Examiner issued a SUPPLEMENTAL Notice of Allowability in which claim 16 was amended to be dependent on claim 1 instead of claim 4, and line 2 of the claim was amended to recite a programmable delay line "filter". The application was subsequently issued as the '850 patent on March 15, 1988

## VIII.   THE SCOPE AND CONTENT OF THE PRIOR ART

75.     Next I will discuss the scope and content of the various prior art references discussed in this report. Because of the number of prior art pieces, this discussion is organized into six separate sections: (1) prior art directed to differentiating desired signals from undesired signals, (2) prior art directed to the suppression of acoustic feedback, (3) prior art directed to the cancellation of acoustic feedback, (4) prior art directed to microphone systems, (5) prior art directed to delay line filters, and (6) prior art directed to controller devices.

### A.    Prior Art Directed to Differentiating Desired Signals from Undesired Signals

#### 1.    US Patent No. 4,025,721 to Graupe et al.

39

76.     I am informed that US Patent No. 4,025,721 to Graupe et al. (the '721 patent) qualifies as prior art with respect to the ETG patents.

77.     The '721 patent describes a method for identifying intervals in an input signal that contain speech alone, speech plus near-stationary noise, near-stationary noise alone, and silence. This method uses spectral and temporal parameters that are identified during intervals that are much shorter than the smallest interval of speech or pause between speech intervals. See Figure 3 below. These parameters are evaluated by discriminator 18 to determine whether they are stationary, indicating the presence of noise. When noise alone is identified, the spectral characteristics of this noise are transferred via element 26 to modify filter 16 that will eliminate the noise. The input, as controlled by element 23, is passed through this filter during noise and speech plus noise intervals until discriminator 18 and noise cessation circuit 28 identify a stationary interval with parameter values of zero, indicating silence in the input, i.e., that the noise has ended. At this point the noise filter is bypassed by element 23 during subsequent silent intervals and subsequent non-stationary intervals that indicate the presence of speech in quiet. No further noise filtering is initiated until an interval with near-stationary, non-zero parameters is again identified, at which time a new noise filter is created and the process repeats. This method comprises recognition subsystem 15 that extracts and identifies parameters from an input signal that are used to identify intervals containing near-stationary noise, near-stationary noise plus speech, quiet, and speech in quiet. The method also comprises filtering subsystem 16 that imparts a response characteristic to the input signal based on the state of the recognition subsystem. When noise or speech plus noise is present in the input, the response characteristic is determined adaptively to attenuate the noise. When speech alone or quiet is present in the input a different response characteristic is applied to the input.



FIG. 3.



78.    Figures 4A and 4B above displays in greater detail how speech, noise, speech plus

noise, and quiet intervals are identified according to the '721 patent. Recognition subsystem 15A

extracts and identifies parameters with parameter identifier 33. The variance of the input signal is

calculated by element 32 and applied to threshold detector 34. If the variance is below the

threshold value the signal is passed through the system without further processing. If the signal is

above the threshold value, it is assumed to contain speech, noise, or speech plus noise and is

passed to adaptive filter subsystem 16A. At the same time, element 43 tests the signal parameters

to determine whether they are stationary, and thus characterize noise during a pause, or non-

stationary, and thus characterize speech or speech plus noise. In the event that a noise interval is

42

identified, the noise parameters, $\alpha_n$, are stored in element 44 for use in adaptive filter subsystem 16A. If the signal parameters, $\alpha_y$, are non-stationary and exceed the threshold value, they represent an interval containing speech and are passed to element 46 for comparison with the previously stored noise parameters, $\alpha_n$. This comparison of previously stored noise parameters, $\alpha_n$, and speech or speech plus noise parameters, $\alpha_y$, allows element 46 to compute the parameters of the speech, $\alpha_s$. The computation of speech parameters, $\alpha_s$, necessitates comparison of the level of the speech or speech plus noise parameters, $\alpha_y$, with the level of the previously stored noise parameters, $\alpha_n$. (5:58-7:4).

### 2.    Stein et al., "Listener-assessed intelligibility of a hearing aid self-adaptive noise filter," Ear and Hearing, Vol. 5, No. 4, 1984, pp. 199-204

79.    I am informed that Stein et al., "Listener-assessed intelligibility of a hearing aid self-adaptive noise filter," Ear and Hearing, Vol. 5, No. 4, 1984, pp. 199-204 (the Stein article) qualifies as prior art with respect to the ETG patents.

80.    The Stein article is a research publication reporting the evaluation of a self-adaptive noise reduction filter (i.e., the Graupe-Causey Self Adaptive Noise Filter (GCAF)). This filter comprises an implementation of the filter described in the Graupe '721 patent. A prototype of this filter was used to conduct the research. The Stein article describes the method used by this filter to identify intervals in an input signal that contain speech alone, speech plus near-stationary noise, near-stationary noise alone, and silence. Specifically, the Stein article confirms my description of the '721 patent. Stein describes the GCAF as "operat[ing] on the principle that the characteristic of an input signal (speech alone, speech plus noise, or noise alone) can be compared, identified, and programmed into memory to automatically and adaptively adjust a tunable discrete frequency filter to minimize the effects of noise on speech throughout the

43

spectrum." (Stein at 199.) Discrimination and classification of intervals in these categories is

based on the use of predetermined thresholds that distinguish the relatively fast temporal

variations produced by speech alone or speech plus noise in the input signal from the slow

variations produced by near-stationary noise alone in the input signal. When intervals containing

noise alone are identified, a filter is automatically tuned to selectively cancel the noise based on

its spectrum. This filter is used to process the input signal during subsequent speech plus noise or

noise alone intervals. When intervals containing speech alone or quite are identified, this filter is

automatically bypassed.

### 3.    US Patent No. 4,185,168 to Graupe et al.

81.    I am informed that US Patent No. 4,185,168 to Graupe et al. (the '168 patent)

qualifies as prior art with respect to the 'ETG patents.

82.    The '168 patent is a continuation-in-part to the '721 patent. The '168 patent

addresses the same problem as in the '721 patent, namely, filtering of near-stationary noise from

an information-bearing signal. However, the methods for identification of intervals of near-

stationary noise alone in the '168 patent uses a plurality of bandpass filters to split the signal into

frequency bands. The absolute value, or a function thereof, of the output of each filter is obtained

and smoothed. The recent minima of these values are compared against a threshold value for

each filter bandwidth. Noise is assumed to be present if these minima exceed the threshold value.

An alternative method for identifying noise intervals uses the inverse signal-to-noise ratio, $S/N^{-1}$,

also called the noise-to-signal ratio or N/S. The N/S ratio compares a recent minimum value to

the difference between the current value (CV) and that minimum (Min), i.e., $N/S = Min/(CV -$

$Min)$. When noise is detected by one of these or other means, the level of the noise in each filter

band of the identification system is used to set or control the gain in a parallel and identical set of

44

bandpass filters, shown in Figure 1 below, that are used to impart a desired response

characteristic on the input signal, thus intending to reduce the level of the noise in the output.



Fig. 1

### 4.    US Patent No. 4,791,672 to Nunley et al.

83.    I am informed that US Patent No. 4,791,672 to Nunley et al. (the '672 patent)

qualifies as prior art with respect to the ETG patents.

84.    The '672 patent describes a wearable digital hearing aid together with a method

for improving hearing ability. The hearing aid, shown in Figure 1 below , consists of microphone

11, anti-aliasing filter 15, A/D converter (not shown as part of programmable signal processing

means 14), digital signal processing means 15, D/A converter (not shown as part of

programmable signal processing means 14), smoothing filter 19 and output transducer 13. The

digital signal processor processes the sampled input with a digital filter that adds or subtracts

weighted versions of past and present sampled values (5:35-42). The coefficients used to apply

45

the weights are programmed to personalize the action of the hearing aid to its individual wearer (9:48-58). This description encompasses both FIR and IIR digital filters. The coefficients for a plurality of such digital filters are stored in the memory of the digital signal processor. Each coefficient set is used to realize a difference response characteristic for the hearing aid output. The coefficient sets and thus the response of the hearing aid are selected and changed automatically based on an estimate of the noise level present in the microphone input. The noise level in the input is estimated with an analog circuit in parallel with the digital signal processing part of the hearing aid. Noise is defined as any microphone input below 750 Hz. (5:14-64). The analog circuit consists of a 750 Hz low pass filter, a noise level indicator that produces a DC voltage corresponding to the output of the low pass filter, and attack and release circuitry that cause the DC voltage to vary smoothly as microphone input changes. The output of the attack and release circuitry provides the input signal to the digital signal processor that controls the selection of the filter coefficients. As the level of control signal changes, different filter coefficient sets are selected to produce hearing aid response characteristics with varying amounts of low frequency attenuation and high frequency emphasis. By so doing, the hearing aid improves the signal/noise ratio adaptively, based on the level of noise in the input signal below 750 Hz (1:65-2:2).



### 5.     US Patent No. 4,628,529 to Borth et al.

85.     I am informed that US Patent No. 4,628,529 to Borth et al. (the '529 patent)

qualifies as prior art with respect to the 'ETG patents. I note that Borth '529 was also cited as

prior art by the Examiner handling the '850 patent. As described above, the original form of

what became claim 5 did not include the features of the controlling means being responsive to

speech in excess of noise. This original claim 5 was rejected as being anticipated by Borth '529,

as well as other prior art. Only after the patentee added the feature of the controlling means

being responsive to the level of speech plus noise in excess of the level of noise did the Examiner

allow claim 5.

86.     The '529 patent describes a noise suppression system utilizing a channel filter-

bank technique. In such a system the input speech-plus-noise signal is bandpass filtered into a

plurality of frequency bands, as shown in Figure 2 below. The speech/noise (S/N) ratio in each

band is estimated from channel energy estimator 220 and channel noise estimator 230. Gain in

those bands with high S/N ratios is increased, and gain in bands with low S/N ratios is decreased.

The S/N ratio in each band is derived from channel energy detectors consisting of a rectifier, bandpass filter, and possibly a second rectifier. Individual channel energy estimates for the current input signal are compared with a current estimate of the background noise energy. The estimate of noise energy is obtained from a channel energy measurement during the most recent pause in speech. If the energy estimate for the current input signal is greater than that of the noise estimate, the S/N ratio is positive, and gain may be applied to the channel. If the current energy estimate is less than that of the noise estimate, the S/N ratio is negative, and attenuation may be applied to the channel. Thus, the background noise estimator must locate pauses in speech and retain the energy estimate during these pauses for later possible comparisons with subsequent channel energy estimates during intervals when speech may be present. In so doing, the estimated level of speech in the frequency band or channel, in relation to the previously estimated level of noise in the same channel, is used to modify the frequency response of the system by increasing the gain in channels with a positive S/N ratio and decreasing the gain in channels with a negative S/N ratio. The preferred method for selection of channel gains, and thus frequency response of the system, is to use the channel S/N ratios as entries to a channel table from which a limited set of channel gain combinations, and thus frequency responses, are selected (5:67-6:12). The Examiner must have taken the position that Borth does not teach the added feature in claim 5 of "controlling means responsive to the level of speech signals in said transmission channel in excess of the level of noise signals in said channel for automatically controlling said controllable means ..." In this regard, I note that Borth does not teach a binary determination as to whether the level of speech plus noise exceeds the level of noise, as shown by the comparators 113-116 of the '850 patent. The Examiner must have interpreted the added language in claim 5 as referring to this binary determination.

48



*Fig. 2*

**6.    AT&T Multi-Band Compression Hearing Aid (from 12/4/84 Waldhauer "Prototype Architecture" Memo)**

87.    I understand that AT&T Bell Laboratories developed a digitally programmable hearing aid, referred to the "Electronic Ear Trumpet" or "EET" LEV00077073; 105).    I understand that the AT&T hearing aid development work included a December 4, 1984 specification memorandum (LEV00077071-126).    The EET included multi-band compression technology, by which noise reduction in multiple frequency bands was accomplished using a programmable compressor (LEV00077074; LEV00077086; LEV00077097-98).    Algorithms were used to adjust the gains for each of those frequency bands (LEV 00077083-87; LEV00077097).    The December 1984 memorandum, as ETG has applied claim 5, discloses each element of that claim, as set forth in the attached chart.

**B.    Prior Art Directed to the Suppression of Acoustic Feedback**

**1.    US Patent No. 4,232,192 to Beex**

88.    I am informed that US Patent No. 4,232,192 to Beex (the '192 patent) qualifies as prior art with respect to the 'ETG patents.

49

89.    The '192 patent discloses a method for reducing or suppressing the effects of acoustic feedback in a sound system. The patent explains this method in the context of a hearing aid system. Acoustic feedback occurs in a hearing aid or other sound system when the amplified output of the system travels through the air to the microphone and is re-amplified, and the process repeats with the re-amplified sound. The resulting closed loop system produces a high pitched squealing sound at one or more frequencies. The feedback frequencies are those at which the re-amplified sound adds in phase as it travels through the closed loop system. The '192 describes the use of a notch filter in the hearing aid (Figure 3). The frequency at which the notch is located is the same, or nearly the same as the feedback frequency. When the notch is located in this fashion, the gain of the hearing aid at the feedback frequency is reduced to level where feedback does not occur. The '192 patent emphasizes that the notch filter should modify only the magnitude response of the hearing aid and not its phase response. Otherwise, new feedback frequencies may be produced. The '192 patent teaches the use of a linear phase finite impulse response (FIR) filter for this purpose. This type of filter is also referred to as a moving-average filter. Implementation of the FIR filter, or moving-average filter, is described using a tapped delay line with 32 taps. The '192 patent also discloses a means for modifying the center frequency of the notch to accommodate changes in the feedback frequency.

50



FIGURE 3

### 2.    Larson and Egolf-VA Rehabilitation R&D Progress Report 1984

90.    The Larson and Egolf report Progress Report describes a means of measuring the open loop transfer function of an in situ hearing aid by inserting a pseudonoise signal. They use the computed values of GH to automatically place a notch filter in the forward path of the hearing aid, with notches positioned at frequencies at which the feedback is most likely to occur. By inserting such a notch filter in the forward path of the hearing aid, those values of GH that are likely to result in acoustic feedback are prevented from occurring. The notch filter is described as a time delay/notch filter suggesting that it is realized as a programmable delay line filter.

91.    It would be understood by one of ordinary skill in the art at the time of the ETG patents that a "time delay/notch filter" could be and often was implemented as a filter that operates on time delayed samples by multiplying each sample by a corresponding weighting coefficient and summing the weighted samples, as disclosed by Beex, for example.

### 3.    US Patent No. 4,188,667 to Graupe et al.

51

92.    I am informed that US Patent No. 4,188,667 to Graupe et al. (the '667 patent) qualifies as prior art with respect to the 'ETG patents.

93.    The '667 patent describes a method for designing digital filters that use fewer parameters than FIR filters. These filters, referred to as autoregressive moving average (ARMA) filters, can be designed to achieve a wide variety of arbitrary frequency responses. The '667 patent points out the need for such variety in applications such as hearing aids, because of the wide range of hearing loss configurations that need to be accommodated when the hearing aid is fit to the subject. The '667 patent provides an illustrative example of this point in Figure 8, showing Figure 8(a) the closed loop response of the hearing aid and feedback path with a large peak in the spectrum at a feedback frequency caused by unstable oscillation. The patent proposes the design of an additional filter, whose frequency response is shown in Figure 8(b), with a deep notch at or near the feedback frequency. Note that Figure 8(a) displays the closed loop response of the hearing aid system while unstable feedback is occurring, while Figure 8(b) displays the open loop response H(f) of the hearing aid system, thus the difference in the frequency location of the feedback peak $f_o$ in Figure 8(a) and the notch in Figure 8(b).

52



FIG.8.

94.    This notch filter is placed in the hearing aid, shown as element 50 in Figure 7

below, together with the filter that accommodates for hearing loss, with the result that gain at the

feedback frequency is reduced to a level where unstable feedback no longer occurs.

FIG.7.



95.    The Graupe '667 patent discloses an auto regressive moving average ("ARMA")

type filter for use in a hearing aid and to cancel acoustic feedback when used in a hearing aid.  A

signal u(t) in the transmission channel from the microphone 21 to the receiver 24 is the input to

the filter.  The filter first processes the signal u(t) in a delay line filter which uses $\beta$ coefficients,

as shown in Figure 3 below.

53

FIG.3.



96.    The signal is then further processed to the output y(t). The output y(t) is then fed

back through a second delay line filter which uses α coefficients, to join into the feed forward

path at a location just below the " $\sum_{1}^{5} \alpha y_{k-i}$ " notation in FIG. 4(a), as shown below. Both the

feed forward filter using β coefficients and the feedback filter using α coefficients are

programmed through fitting of the hearing aid to reduce or eliminate acoustic feedback as well as

compensate for the hearing of the user.

54



FIG. 4 (o).

### 4.    US Patent No. 4,038,536 to Feintuch

97.    Feintuch discloses an adaptive recursive least mean square error filter. A signal x(n) is processed through a first adaptive delay line filter $AF_1$ 21. See Fig. 2 below. The output from the feed forward delay line filter $AF_1$ 21 is fed to a summer 25, and the output from the summer 25 is the recursive filter output y(n). The output y(n) is also applied to a feedback adaptive delay line filter $AF_2$ 23. After the signal is operated on by the adaptive delay line filter $AF_2$ 23, it is feed back to the summer 25. For both the feed forward filter $AF_1$ 21 and the feedback filter $AF_2$ 23, the coefficients are established by a least means squared minimization algorithm operating on the error signal $\mathbb{C}(n)$. Feintuch explicitly states that its filter can be used in any of the applications described in Widrow et al., "Adaptive Noise Cancelling: Principles and Applications" in Proc. IEEE, Vol. 63, Dec. 1975. See col. 8, l. 48-66.

55



Fig. 2

C.    **Prior Art Directed to the Cancellation of Acoustic Feedback**

1.    **The Hearing Journal June 1986 - HearTech Electronic Anti-Feedback Circuit**

98.    It is my understanding that the hearing aid including HearTech's Electronic Anti-Feedback Circuit described in the Hearing Journal qualifies as prior art to the '850 patent.

99.    The Hearing Journal describes the Electronic Anti-Feedback Circuit as including "a special type of feedback network for hearing aids that provide a sample of the output signal to the input of the amplifier." The figure shows a Feedback Network B located in the feedback path between the microphone and the receiver. The output of the Feedback Network is subtracted from the input signal of the microphone $x_o$. The Hearing Journal also states "[t]he degenerative nature in which the sampled signal is fed back to the basic amplifier serves to stabilize hearing aid performance." The Hearing Journal also states that "[t]he electronic anti-

56

feedback circuit is particularly beneficial in canal aids, in which the close proximity of the

microphone and the receiver aggravates the problem of acoustic feedback."



### 2.    US Patent No. 4,658,426 to Chabries et al.

100.    I am informed that US Patent No. 4,658,426 to Chabries et al. (the '426 patent)

qualifies as prior art with respect to the 'ETG patents

101.    According to Chabries, embodiments of the invention may be "incorporate[d] . . .

into a hearing aid having a microphone . . . and output device." (13:23-34.)

102.    Chabries also discloses a programmable delay line filter. A programmable delay

line filter "operates on time-delayed samples of an input." According to Chabries, "feedback

suppression may be implemented in the time domain . . . . In [the case of time-domain feedback

suppression], the adaptive filter would essential be represented by the embodiment of FIG. 3

utilizing tapped delay lines." (12:52-61.)

103.    FIG. 3 of Chabries shows a tapped delay line filter: "The structure of adaptive

filters 52 and 72 may comprise a standard tapped delay line filter. . . such a filter for adaptive

filter 72 (FIG. 2) is shown in FIG. 3 and is per se well known as shown, for example in

references (10) and (11)."  (4:56-62.)



FIG. 3

104.    The filter shown in FIG. 3 operates on time-delayed samples (X(k)) by multiplying each sample by a corresponding weighting coefficient (W(0) – W(N)) and summing the weighted samples at summer 80.  Weights W(0) – W(N) are programmed as a function of the feedback signal mu.

105.    FIG. 2 of Chabries illustrates adaptive delay line filter 72 interposed in a cancellation feedback path.



Cancellation feedback path

FIG. 2

106.    In the Chabries filter the weights of the weighted means are internally readjusted to effect substantial reduction of acoustic feedback (minimizes the feedback suppressed speech signal).  According to Chabries, "[t]he would[-]be feedback squeal is filtered at its very inception so that it never really develops into any noticeable squeal." *12:41-43*.

107.    In 1982, Dr. Chabries' work on LMS adaptive noise reduction filters was presented the Acoustical Society of America.  According to the abstract for the presentation, the

58

presentation would include "[a] study of the LMS adaptive filter as applied to the problem of

noise suppression for speech signals with noise corruption." WID232764. FIG. 6 from the ASA

presentation, which is reproduced below, shows the same structure as figures found in the '426

Chabries patent. WID232769.



Figure 6. Block Diagram for the Frequency-Domain
Normalized Weightspace Filter

108.    An abstract for the February 1983 ASHA presentation states that "[a] comparison

of the various techniques for signal microphone temporal processing will be performed and

hardware implications of the algorithms discussed. A staging of these techniques also provides

the mechanism for the removal of acoustic feedback. . . . Future applications for binaural hearing

with linear phase filtering and for feedback cancellation will be discussed." WID232830-33.

109.    I understand that in June of 1983, Dr. Chabries created an audio demo using a

computer simulation to show how his adaptive filters canceled feedback and reduced noise.

*WID232881*. Based on this tape, Dr. Chabries was able to effectively reduce acoustic feedback.

**3.    South et al., "Adaptive Filter to Improve Loudspeaker Telephone,"**

**Electronic Letters, Vol. 15, No. 21, 1979, pp. 673-674**

110.    I am informed that South et al., "Adaptive Filter to Improve Loudspeaker Telephone," Electronic Letters, Vol. 15, No. 21, 1979, pp. 673-674 (the South article) qualifies as prior art with respect to the 'ETG patents.

111.    The South article reports the effective use of an adaptive tapped delay line filter in a cancellation feedback path to cancel acoustic feedback produced by a loudspeaker telephone. Loudspeaker telephones, like hearing aids, have a microphone and output transducer (loudspeaker for telephones, receiver for hearing aids) in close proximity, allowing amplified output to reach the microphone. The concepts related to echo cancellation in telephony and feedback cancellation in hearing aids are substantially similar.  Thus, one of ordinary skill in the art would certainly consider telephony echo cancellation in designing a hearing aid that addresses the acoustic feedback problem.  In fact, Leland Best testified at his deposition that prior to embarking on his Master's thesis in 1984, he researched literature for solutions to the problem of acoustic feedback and uncovered prior art relating to echo canceling in telephone systems and relied upon these similar approaches in his thesis project. (Best Dep. Tr. at 114:13-115:7.) Best also cited two references about telephony echo cancellation in his Master's thesis.

112.    The output of a loudspeaker in a telephone system or of the receiver in a hearing aid is re-amplified and circulates through the closed loop system causing unstable feedback. The South article describes the creation of a cancellation feedback path within the circuit that parallels the acoustic feedback path, as shown in Figure 4 below. The electronic signal to the loudspeaker is also sent to an adaptive tapped delay line filter. The filtered signal is then subtracted from the electronic signal at the output of the microphone. If the tapped delay line filter has the same magnitude and phase response as that of the feedback path, the feedback component of the microphone input is cancelled by the subtraction. The coefficients of the

60

tapped delay line filter are adapted continuously to achieve a filter response that matches the magnitude and phase response of the feedback path. Widrow's least-mean-square (LMS) method of adaptation was applied for this purpose. Using the LMS method, the tapped delay line filter compares the filter input signal to the signal after cancellation to calculate small adjustments to the filter's coefficients that cause its magnitude and phase response to converge to that of the feedback path.



**Fig. 4** *Acoustic path cancellation measurement*

113.    Based on ETG's Validity Statement, I understand ETG's position that the South article does not provide an enabling disclosure to allow a person of ordinary skill in the art to make and use the devices described in the article. I disagree. The South Article builds upon the conventional loudspeaking telephone shown in Fig. 1 with a loudspeaking telephone as shown in Figs. 2, 3 and 4. Figs. 2 shows the loudspeaking telephone's adaptive filters and Fig. 3 details the components and operations of the adaptive filter. Finally, Fig. 4 explains the operation of the adaptive filter for purposes of acoustic path cancellation measurement. In my opinion, the South article provides more than sufficient for enabling one skilled in the art to make and use the loudspeaking telephone described in the article without undue experimentation.

    **4.**      **Weaver, "An Adaptive Open-Loop Estimator for the Reduction of Acoustic Feedback," Masters Thesis, University of Wyoming, 1984**

61

114.    I am informed that Weaver, "An Adaptive Open-Loop Estimator for the Reduction of Acoustic Feedback," Masters Thesis, University of Wyoming, 1984 (the Weaver thesis) qualifies as prior art with respect to the 'ETG patents.

115.    The Weaver thesis reports a method of canceling acoustic feedback by introduction of a cancellation feedback path in a sound system. The studies in the thesis used a microphone and speaker separated by a small distance; however, the intention of this research was to apply the knowledge and information from the thesis studies to acoustic feedback cancellation in a hearing aid. The simple sound system with a microphone and loudspeaker offered a convenient starting point for this research. Weaver described the conditions under which unstable acoustic feedback occurs in a closed loop system. He proposed that a cancellation feedback path parallel to the acoustic feedback path be introduced. Weaver's proposed placement of the cancellation feedback path is similar to that described in the South article. However, the input to the cancellation feedback path was obtained prior to the amplifier in the sound system, as shown in Figure 6.1 below. The output from the cancellation feedback path was subtracted from the electrical output of the microphone, as in the South article. Weaver's selection of input to the cancellation feedback path prior to amplification of the loudspeaker signal allowed him to utilize the unamplified signal in the cancellation feedback path.

62

Figure 6.1. Acoustic amplifier with open loop estimator added.

116.    The Weaver thesis describes, on pages 15-16, the requirement that the magnitude

and phase response of the cancellation feedback path match that of the acoustic feedback path as

closely as possible for effective feedback cancellation of the acoustic feedback component in the

electrical output of the microphone. Relying on the fact that the phase response of the acoustic

feedback path could be derived from a measurement of the delay around the open loop system,

he developed a method for measuring this delay using a phase locked loop circuit in Chapter IV.

He opened the closed loop system by introducing a pseudo-noise to the input of the amplifier and

then measuring the pseudo-noise signal present in the electrical output of the microphone. He

used known methods to autocorrelate and cross correlate between the input noise signal and the

noise signal at the output of the microphone. A circuit was designed to process these correlations

to derive the delay of the open loop system. (Appendix F). This circuit also updated the delay

measurement from time to time and estimated the magnitude response of the acoustic feedback

path. This method provides an estimate of the phase response of the open loop acoustic feedback

path, including the amplifier, loudspeaker, the acoustic link from the speaker to the microphone,

63

and the microphone, if one assumes that the path has a linear phase response. That is, the delay is the same at all frequencies.

117.    Weaver used the assumption that the open loop feedback path was linear phase, enabling him to model the delay in the open loop acoustic feedback path using an Intel 2920 signal processing chip programmed to function as a digital tapped delay line filter with several zero valued coefficients and a single unity valued coefficient. Once this filter had been configured, the closed loop system was restored and the cancellation feedback path was activated. The gain of the loudspeaker amplifier was increased until feedback occurred, and then the gain of the amplifier in the cancellation feedback path was increased until feedback was suppressed. Once this condition was achieved, both the magnitude and phase response of the cancellation feedback path have been adjusted to match the response of the acoustic feedback path. (page 15) In this condition, the tapped delay line filter and amplifier functioned to cancel the effects of acoustic feedback and to maintain the stability of the closed loop system. (Chapter V)

118.    From time to time, the delay and magnitude measurements are repeated automatically upon the detection of acoustic feedback with the phase locked loop circuit, and the phase and magnitude response are adjusted accordingly.

5.    **Automatic Feedback Cancellation (AFC-1) Circuit Described in Weaver Thesis**

119.    I have been informed that the AFC-1 circuit, as described in the Weaver Thesis, is prior art to the '850 patent filing date. Subsequently, Weaver developed the AFC-2 and AFC-3 circuits, and I understand that these two later circuits are also prior art to the '850 patent filing date. The AFC-1, AFC-2 and AFC-3 circuits and related documents are discussed in Widex A/S Second Supplemental Interrogatory Responses, which I have reviewed. The Weaver Thesis

64

describes actually making and testing the AFC-1 circuit for use in a hearing aid. The appendices detail the components of this circuit, including the circuit schematics and source code for the Intel 2920 signal processing chip. (Appendices B-G and Chapters IV-V.) Weaver describes testing the AFC-1 circuit by determining the amount of additional stable gain that can be obtained with the acoustic feedback cancellation circuit active. Weaver indicated that he obtained 6 dB of additional stable gain, demonstrating its ability to cancel the effect of acoustic feedback. (Chapter VI; Figure 6.2.)

      **6.      Weaver et al., "Electronic Cancellation of Acoustic Feedback to Increase Hearing Aid Stability," abstract of presentation at the 109th Meeting of the Acoustical Society of America, 12 April, 1985, Austin, TX, abstract published in the Journal of the Acoustical Society of America, Vol. 77, S1, p. S105 ("Weaver abstract".)**

      120.    I am informed that Weaver et al., "Electronic Cancellation of Acoustic Feedback to Increase Hearing Aid Stability," presentation at the 109th Meeting of the Acoustical Society of America, 12 April, 1985, Austin, TX, abstract published in the Journal of the Acoustical Society of America, Vol. 77, S1, p. S105 (the Weaver abstract) qualifies as prior art with respect to the 'ETG patents.

      121.    The Weaver abstract describes a method for estimating the in situ magnitude and phase response of the acoustic feedback path in a prototype hearing aid worn on a human subject. The method comprises opening the closed loop hearing aid system by injecting noise into the amplifier and receiver and recording the electrical output of the microphone. The input electrical noise signal and the electrical noise signal at the output of the microphone are processed by a spectrum analyzer that estimates the magnitude and phase response of the acoustic feedback path. The magnitude response is modeled with a 6-pole high-pass filter, and the phase response,

assumed to be linear, is modeled using a programmable tapped delay line filter with a single unity valued coefficient, as in the Weaver thesis. These two filters are used in the cancellation feedback path to create a feedback cancellation signal that is subtracted from the electrical output of the microphone to cancel the feedback component of the input. Additional stable gain of approximately 14 dB is reported using this cancellation feedback path for cancellation.

122.    In comparing the Weaver Abstract to the prior art that the Examiner considered in allowing the '850 patent, it is my opinion that the Weaver Abstract is considerably more relevant than any of the considered prior art. In particular, none of the prior art the Examiner considered described cancelling acoustic feedback using an electrical cancellation signal.

### 7.    Weaver Presentation at Acoustical Society of America Meeting – April 12, 1985

123.    I understand that on April 12, 1985, Mr. Weaver presented his work on cancelling acoustic feedback at the meeting of the Acoustical Society of America in Austin, Texas. I understand that this presentation qualifies as prior art. As described in Widex A/S's Second Supplemental Response and as Mr. Weaver testified, he presented a number of transparency slides to the audience detailing using a cancellation feedback path to cancel the acoustic feedback in a hearing aid. The transparency shown below displays graphically the method used by Mr. Weaver to open the closed loop system in the hearing aid and to inject a reference test signal measurement of the amplitude and phase response of the acoustic feedback path.

66



124.    Mr. Weaver also showed in another transparency his procedure for creating the

open loop estimator, GH, that would be placed in a cancellation feedback path to cancel acoustic

feedback in the hearing aid. The transparency outlining this procedure is shown below. This

procedure includes first creating an estimator of the magnitude response of the open loop

feedback path, and then creating a phase estimator. These magnitude and phase estimates were

realized in GH, which was placed in the cancellation feedback path to cancel feedback. Mr.

Weaver reported on one of his other slides (not shown) that 14.7 dB of additional gain without

feedback could be obtained with the hearing aid when estimator GH was used in the cancellation

feedback path to cancel acoustic feedback.

8.    **Veterans Administration Rehabilitation R&D Progress Report 1984**

125.    I understand that the Veterans Administration Rehabilitation R&D Progress
Report 1984 qualifies as prior art.  The Progress Report describes using an active feedback
cancellation (AFC) system, in which a test signal is injected to allow a microprocessor to
compute values of GH to create an estimate of the acoustic feedback path.  This estimate is used
to "react destructively with signals returning via the vent outlet, thereby canceling the effect of
the feedback path."  The Progress Report indicates that 6-8 dB of additional stable gain can be
achieved with this system.

126.    Based on ETG's Validity Statement, I understand that ETG believes the Weaver
work merely describes an experimental hearing aid system that does not sufficiently describe
how to make a practical hearing aid that effectively addresses acoustic feedback.  I understand
that for a prior art reference to be enabled it need not describe how to make a commercially
viable product, unless the claim states such a requirement.  Rather, I understand it is sufficient if

68

the reference teaches a person of ordinary skill in the art how to make the invention that is claimed without undue experimentation. In my opinion, the Weaver work describes a hearing aid that uses a filter that would compensate for impaired hearing of the wearer of the aid, just as claim 1, for example, of the '850 patent states. None of the asserted claims states any requirement that the hearing aid provides a specific amount of compensation for impaired hearing or that the hearing aid must be commercially viable. Accordingly, any of the Weaver work, in my opinion, enables a person of ordinary skill in the art to make and use a hearing aid that compensates for impaired hearing of the wearer of the aid. Moreover, I have reviewed Mr. Weaver's deposition transcripts, and it's my opinion that Mr. Weaver actually made his hearing aid and successfully tested it for its intended purpose of substantially reducing acoustic feedback.

### 9.  Best, "Digital Suppression of Acoustic Feedback in Hearing Aids," Masters Thesis, University of Wyoming, 1985

127.  I am informed that the hearing aid described in Leland Best, "Digital Suppression of Acoustic Feedback in Hearing Aids," Masters Thesis, University of Wyoming, 1985 (the Best thesis) qualifies as prior art with respect to the 'ETG patents.

128.  The Best thesis describes the use of an adaptive digital delay line filter in the cancellation feedback path of a hearing aid to cancel the acoustic feedback component of microphone input by subtraction of the signal processed through the cancellation feedback path from the electrical output of the microphone. The coefficients of this delay line filter are continuously adjusted according to the least-mean-square (LMS) adaptive filter algorithm. The LMS algorithm calculates new coefficient values based on the input signal to the filter and the signal after subtraction of the filter output from the microphone signal. The coefficients are adjusted to match the magnitude and phase response of the delay line filter to the magnitude and

69

phase response of the acoustic feedback path. The structure of the feedback cancellation system used by Best is shown in Figure 13 of the Best thesis. A low level white noise is added to the output of the hearing aid and also used as input to the LMS algorithm. Best indicates that the white noise can be generated in software. (page 24.) This method prevents the LMS algorithm from cancelling the desired component of microphone input rather than the feedback component. The coefficients determined by the LMS algorithm are used by a 32-tap digital delay line filter, which is located in the feedback path. The LMS adaptive filter is shown in Figure 3. As shown, the filter operates on time delayed samples of the input $x(k)$ by multiplying each sample by a corresponding weighting coefficient. The weighting coefficients are thereafter summed to obtain $y(k)$. The system includes memory for each of the 32 taps of the delay line taps for storing the present coefficient value $w_n$.

129.    Best describes a prototype in Chapter IV. In the prototype, 24 of the 32 taps have non-zero coefficients. (page 23). The complete source code listing of the prototype software is attached to the thesis and is described as a direct implementation of the LMS feedback cancelling algorithm in Chapter III. (pages 24 and 60-70.) Best conducted experiments on his prototype and the experimental results are described in Chapter V. Best describes a test procedure in which the transfer function of the feedback path is measured using a HP3582A spectrum analyzer. Next, the spectrum analyzer is removed from the system and Best's cancellation algorithm is allowed to run, and the coefficients recorded. The Fourier Transform of the coefficients will be the transfer function of the feedback path seen by the cancellation algorithm. The magnitude and phase of the Fourier Transform of the coefficients and the magnitude and phase of the corrected transfer function are compared, as shown in Figure 16. Figures 17, 18 and 19 show various transfer function adaptations with different time constants. On page 39, Best

70

describes a measurement in order to quantify the effectiveness of the canceller. Best recognizes

that the whole point of the canceller is to allow higher stable gains, and measures the additional

stable gain obtained. (Page 39.) Figure 30A-30C show the additional gain obtained as a

function of time constant. The system described in the Best thesis demonstrates that the LMS

feedback canceller provided additional stable gain with an ordinary hearing aid. The maximum

stable gain achieved with this system was 13.3 dB, which is more than four times the amplitude

without the cancelling circuit.



Figure 13. Complete LMS feedback canceller.

130. Based on ETG's Validity Statement, I understand that ETG believes the Best

Thesis merely describes an experimental hearing aid system that does not sufficiently describe

how to make a practical hearing aid that effectively addresses acoustic feedback. I disagree

completely as the Best thesis describes a working practical hearing aid which in fact, was a

substantial advancement. I understand that for a reference to be enabled it need not describe how

to make a commercially viable product, unless the claim states such a requirement. Rather, I

understand it is sufficient if the reference teaches a person of ordinary skill in the art how to

make and use the invention that is claimed without undue experimentation. In my opinion, the

Best Thesis more than sufficiently describes a hearing aid that uses an LMS adaptive delay line

filter that would compensate for impaired hearing of the wearer of the aid. None of the asserted

claims states any requirement that the hearing aid provides a specific amount of compensation

for impaired hearing or that the hearing aid must be commercially viable. In any event, besides

reviewing Mr. Best's thesis, I reviewed Mr. Best's deposition transcript. It is my opinion that Mr.

Best's hearing aid was actually made and it was tested to work for its intended purpose of

substantially reducing acoustic feedback. This is clearly shown, for example, in the charts of Fig.

20. Mr. Best's hearing aid was able to obtain substantial additional gain (i.e., 13 dB) beyond

conventional hearing aids at the time. Accordingly, the Best work, in my opinion, enabled a

hearing aid that substantially reduced acoustic feedback.

### 10.    US Patent No. 4,783,818 to Graupe et al.

131.    I am informed that US Patent No. 4,783,818 to Graupe et al. (the '818 patent)

qualifies as prior art with respect to the 'ETG patents.

132.    The '818 patent discloses a method of and devices for adaptively filtering

screeching noise caused by acoustic feedback in hearing aids and public address systems. (3:48-

4:5) The disclosed method utilizes both an identification circuit 31 and a correction circuit 32, as

shown in Figure 3 below. The hearing aid and acoustic feedback path are regarded as a closed

loop system. The closed loop system is opened in the identification mode by breaking the circuit

prior to the receiver with switch S2 and using the output of the identification system to drive the

speaker 18. The input of the identification system is obtained from the electrical output of the

microphone 12 by opening switch S1 and routing the signal to identifier 34. Pseudo-random

noise from PRNG 38 is output from the identification system, and travels via the speaker 18 and

acoustic link 20 to the microphone where it is transduced to an electrical signal that serves as an

input to the identification system. The identification system uses a cross correlation circuit to

72

cross correlate the output signal and the input signal. The output of this process consists of parameters that establish the magnitude and phase response of the feedback path that includes the speaker, acoustic link, and microphone. These parameters are used to create the coefficients for a digital tapped delay line filter that comprises the correction circuit 32. Once the filter C(S) 21 in the correction circuit is updated with coefficients that model the present feedback path, the identification circuit is switched out so that the speaker receives input from the amplifier 16, and the microphone output is reconnected to the input of the amplifier. The correction circuit is placed in the hearing aid or public address system so that its input is the same as the speaker input, and its output is subtracted from the electrical output of the microphone by the summing junction following switch S1 and before input to amplifier 16. Configured in this manner, the correction circuit serves as a cancellation feedback path that models the magnitude and phase response of the acoustic feedback path. Signals processed through the digital tapped delay line filter C(S), element 21, of the correction circuit 32 and subtracted from the microphone output are intended to cancel the feedback component of the microphone input. The identification mode may be triggered by system turn-on, gain change, a threshold change in the output of the amplifier, in the high frequency (above 1200 Hz) portion of the output of the amplifier, or at periodic intervals. After the parameter identification takes place, the communications system reverts to its operational mode and the correction circuit is activated. As a result, Graupe '818 provides a dynamic and adaptive way to filter screeching noise caused by acoustic feedback without manual intercession.

73

FIG. 3

133.    The '818 patent also discloses that the filter comprising the correction circuit can be connected serially or in parallel to the amplifier in the hearing aid system, instead of being placed in a cancellation feedback path. With these alternative placements, however, the corrections and analyses used in the identification circuit are said to be more complex. (5:16-21.)

### D.    Prior Art Primarily Directed to Microphone Systems

#### 1.    US Patent No. 3,995,124 to Gabr

134.    I am informed that US Patent No. 3,995,124 to Gabr (the '124 patent) qualifies as prior art with respect to the 'ETG patents.

135.    The '124 patent discloses a two-microphone system and housing for the diaphragms of the microphones. The diaphragms are positioned parallel to each other and separated by a distance no greater than one-fourth the shortest wavelength of the range of frequencies to be cancelled. The '124 patent also discloses that with  this microphone geometry,

74

incident sound arriving from a direction parallel to the surface of the diaphragms reaches both microphones at the same time, as shown in Figure 1 below. Likewise, incident sound arriving from a direction perpendicular to the surface of the diaphragms reaches one diaphragm slightly earlier than the other. The outputs of the two microphones are routed through separate potentiometers and then subtracted. The potentiometers for each microphone can be adjusted to compensate for mismatches between the microphones or for asymmetries in the housing or alignment of the microphones. When the microphone signals are combined by subtraction in this manner, the microphone system will have a response that varies in sensitivity as a function of direction. Sounds originating from any direction parallel to the microphone diaphragms will be attenuated in the output of the subtractive process, while sounds originating from the direction perpendicular to the diaphragms will not be so attenuated. The '124 patent discloses that when the perpendicular direction is oriented toward a nearby desired sound source, such as a person engaged in conversation, the microphone system will function to selectively attenuate echoes and reflections, i.e., reverberation, as well as ambient noise, since these sounds originate from directions other than the direction perpendicular to the microphone diaphragms. The patent discloses that such a microphone system "can of course be applied to hearing aid equipment" for this as well as other purposes.



FIG. 1.

2.    JP S59-64994 to Ibaraki et al.

136.    I am informed that JP S59-64994 to Ibaraki et al. (the '994 published application)

qualifies as prior art with respect to the 'ETG patents.

137.    The '994 published application discloses a two-microphone system comprised of

a unidirectional microphone oriented toward a desired sound source, and a second unidirectional

microphone oriented in the opposite direction. The outputs of the microphones are combined in a

synthesizing device. Several embodiments of a synthesizing device are disclosed. In one

embodiment shown in Figure 2, the relative magnitude of the two microphone signals is set by

use of a variable gain amplifier applied to one of the microphone outputs before the outputs are

combined by subtraction. In another embodiment shown in Figure 4, the outputs of the two

microphones are bandpass filtered, and a variable gain amplifier is applied to one of the

microphone outputs in each frequency band before the outputs are combined by subtraction.

Such a synthesizing device allows frequency dependent control of the relative magnitudes of the

microphone signals before they are combined. The '994 published application discloses that

"large noise removal effects" can be obtained with respect to noises with different frequency

characteristics. In yet another embodiment shown in Figure 6, the outputs of two non-directional

microphones are combined by addition after the output of one of the microphones is processed through a phase-shifting circuit to achieve a unidirectional microphone response. Taken together, these various embodiments disclose devices for improving the directivity, or directional sensitivity, of a two-microphone system with circuits that use frequency-dependent control of the relative magnitudes of the two microphone outputs, as well as circuits that control the relative phase of the two microphone outputs. The '944 published application discloses that the effect of a microphone system configured in this manner is to "remove surrounding noise" and to "collect only the target sound with a good S/N."



### E.    Prior Art Primarily Directed to Controller Devices

#### 1.    US Patent No. 4,425,481 to Mansgold et al.

138.    I am informed that US Patent No. 4,425,481 to Mansgold et al. (the '481 patent) qualifies as prior art with respect to the 'ETG patents.

139.    The '481 patent discloses a signal processor that can be used in a hearing aid, as shown in Figure 1 below. The signal processing device 1 can automatically select different sets of parameters that implement different signal processing best suited for a particular sound environment. Alternatively, the user of the device can manually select a desired set of parameters by using a switch on the hearing aid. Some of the signal processing functions that may be controlled by automatic or manual selection of the parameters include the frequency response

characteristic of the device, the output limit level as a function of frequency, and the automatic

gain control compression threshold and compression ratio. The parameter sets are created in an

external programming unit 2 that is connected to the hearing aid via an input/output terminal 3.

This connection is used to transfer the parameters to the hearing aid memory 6 via controller unit

5. After the transfer of all parameter sets is completed, the programming unit is disconnected and

the operational mode of the hearing aid is enabled. In this mode, signals from microphone 7 are

processed by signal processor 7 and routed to output transducer 8. The '481 patent discloses that

it is also possible to read the contents of hearing aid memory via the input/output terminal 3.

Parameter sets for as many as eight different listening situations or sound environments can be

stored into or read from the hearing aid memory 6. When a parameter set is selected

automatically or manually, a control unit 5 within the hearing aid transfers the parameters from

the previously programmed hearing aid memory 6 to the signal processor 4, which uses these

parameters to process input from the microphone7 to produce a processed output for the hearing

aid receiver 8.

## FIG .1



### 2.    US Patent No. 4,548,082 to Engebretson et al.

140.    I am informed that US Patent No. 4,548,082 to Engebretson et al. (the '082 patent)

qualifies as prior art with respect to the 'ETG patents.

78

141. The '082 patent describes in Figure 1 below a hearing aid 21 worn by a patient

that is programmed by a host controller system comprised of a host computer 14, serial interface

34 and data link 32 connecting the output of the host computer to the hearing aid, and a second

serial interface 22 that connects keyboard 20 and CRT monitor 18 to the host computer. This

host controller system is used to provide externally supplied electrical signals to the hearing aid

(1:10-16). These electrical signals from the host controller system are used to fit and program the

hearing aid by determining the patients hearing thresholds. The patient measurements are in turn

used by the host controller system to establish filter parameters that program the hearing aid

filters to ameliorate the hearing deficiencies of the patient (3:21-34). After the fitting and testing

of the hearing aid is completed, the serial communication data link from the host controller

system to the hearing aid is disconnected, and the hearing aid operates as a "self-contained, self-

adjusting" unit by the patient (6:31-36).



**F.    Delay Line Filters**

142.    By the time Levitt filed the '850 patent, delay line filters were well known for use

in the hearing aid area.  Two types of delay line filters were used in hearing aids at this time:

programmable delay line filters and adaptive delay line filters. A "programmable delay line

filter" is defined by the Court as a "filter that operates on time-delayed samples of an input by

multiplying each sample by a corresponding weighting coefficient and summing the weighted

samples," and "the value of at least one weighting coefficient can be 'programmed.'"  Further,

the Court defined "programmed" as to mean "provided with one or more values so as to produce

a response." This definition is consistent with my view of the term "programmed," (as well as

the ETG patents) which is providing or supplying coefficients from the programmer in order to

produce the response desired by the programmer.

      143.    There are several examples of programmable delay line filters in the hearing aid

area.  These include the programmable filters 27 of Graupe '721 (Fig. 3), 5 of Moser (Fig. 1), 14

of Nunley (Fig. 1), 50 of Graupe '667 (Fig. 7), and 113 of Engebretson (Fig. 4).  Another

example of a programmable delay line filter in the hearing aid is described in the article by

Nunley et al., entitled, "A Wearable Digital Hearing Aid," The Hearing Journal, October 1983.

ETG00002649-2652.  The Nunley et al. article describes a digital signal processing (DSP)

system for use in a hearing aid.  Fig. 2.  The Nunley et al. article describes converting a

conditioned analog signal to a digital signal using an analog-to-digital converter (ADC) and then

using a programmable delay line filter to operate on this digital signal.  Specifically, Nunley et al.

states "[t]his digital representation is operated on by adding and subtracting weighted versions of

past and present outputs to deemphasize various aspects of the signal.  By adjusting these

weighting factors, the action of the hearing aid may be 'personalized' for each recipient."

ETG00002651.  Further, the Nunley et al. article describes a digital hearing aid that is "free from

feedback." ETG00002652.

      144.    In contrast to programmable delay line filters, the values of at least one or more of

the filter coefficients in an adaptive delay line filters are not provided by a programmer.  Rather,

the filter coefficients are generated periodically in real time by the filter itself.  Examples of

adaptive delay line filters in the hearing aid area include the adaptive filters of Best (Fig. 3-LMS adaptive filter), GH of Weaver (Fig. 1), the adaptive filter of South (Fig. 4), and adaptive filter 21A and 21 of Graupe '818 (Figs. 2 and 5).

145.     In an adaptive filter, the values of the coefficients are not "programmed." That is, the values of the coefficients are not "provided" to the filter. Instead, an adaptive filter continually recalculates its coefficients based upon its own internal algorithm. However, if an adaptive filter is considered to have "programmable" coefficients, then filters and hearing aids having the programmable filter -- programmed to effect -- a reduction in acoustic feedback have existed long before the filing of the ETG patents.

146.     The basic idea of an adaptive filter – one in which the coefficients are continually recalculated based upon an internal algorithm – was widely known from the classic published work of Widrow.  In addition, the idea of using an adaptive filter to suppress "noise" when amplifying a speech signal was also well known from the published work of Widrow et al. in 1975 and 1976. According to Widrow, an adaptive filter includes "a tapped delay line, variable weights (variable gains) whose input signals are the signals at the delay-line taps, a summer to add the weighted signals, and an adaptation process that automatically seeks an optimal impulse response by adjusting the weights." Widrow 1976, at 1151.

147.     To segregate "noise" from "speech", the 1975 adaptive filter proposed by Widrow et al. uses a "least means squared" or "LMS" algorithm, one which compares differences between two sound signals and tries to adaptively change coefficients in the filter to arrive at an output signal that minimizes the "noise" and amplifies only the "speech".  In the LMS algorithm, the filter essentially teaches itself, by listening to the signals being processed, to pull out the "correlated" and "uncorrelated" portions of the two input signals.  Acoustic feedback would be

heard in this 1975 system as a form of additive interference signal, and the term "noise", which "is used in this paper to signify all forms of interference, deterministic as well as stochastic", would include acoustic feedback. "This objective is accomplished by feeding the system output back to the adaptive filter and adjusting the filter through an LMS adaptive algorithm to minimize total system output power." Widrow 1975 at 1694. See also U.S. Pat. No. 4,238,746.

148.    Thus, the 1975-76 structure disclosed by Widrow included:  an input microphone, an output receiver and a signal transmission channel interposed between the microphones and the receiver, with an adaptive delay line filter interposed in a path in which a signal travels from the output to the input, with the acoustic filter effecting a substantial reduction of acoustic feedback from the receiver to the microphones.

149.    Applications of the Widrow adaptive filter to hearing aids intended to be listener-worn occurred in the 1982 to 1985 time frame, such as at Brigham Young associated with Chabries. See Christiansen, R.W., D. M. Chabries, and D. Lynn, "Noise Reduction in Speech Using Adaptive Filtering I: Signal Processing Algorithms," 103rd ASA Conference, Chicago, Ill., April 26, 1982. Christiansen, R.W., D.M. Chabries, and D.B. Anderson, "Noise Reduction in Speech Using a Modified LMS Adaptive Predictive Filter," Proceedings IEEE/EM BS. Chicago, Ill., September 1985. These earlier articles are examples of the "prior art" discussed in the October 1985 filed patent application of Chabries et al.

150.    The 1975-76 structures disclosed by Widrow placed the adaptive filter in a feedback path for calculating and updating the coefficients of the tapped delay line. Another improvement of the Widrow structure was disclosed in Feintuch. In Feintuch, two adaptive filters are used, with both adaptive filters using feedback paths for calculating the adaptive coefficients. One of the Feintuch adaptive filters also uses a feedback path for the time delayed

82