samples of the signal. That is, one of the Feintuch filters is both in a feed forward path and a

feedback path, but the entire Feintuch filter is entirely in feedback paths, with no feed forward

aspect. To the extent that ETG argues that a filter which is both in a feed forward path and a

feedback path is not in a feedback path as required by claim 19, Feintuch clearly teaches a

feedback path tapped delay line adaptive filter.

## IX.    ANALYSIS

151.    Below I provide my analysis in which I compare claims 1, 5, 6, 9, 13-19 of the

'850 patent and claims 1-6 of the '749 patent to the prior art to determine whether these claims

are anticipated and/or rendered obvious.

152.    As described above, it is my understanding that the test of obviousness includes as

one of the factors, any secondary considerations. I have considered such secondary

considerations in my analysis. I am unaware of any information indicating that one or more of

the Defendants copied the subject matter claimed in the ETG patents. Further, as described

below, is my opinion that neither the '850 nor the '740 patents solved any long felt but unsolved

need. As indicated in my analysis, it is my opinion that the prior art already solved the problems

identified in the '850 and the '749 patents before these patents were filed. Finally, I understand

that neither ETG nor anyone else has made a commercial product embodying the subject matter

claimed in the ETG patents.

153.    In my opinion, based on my experience in the industry, every manufacturer in the

industry has not adopted the alleged inventions in the ETG patents. In fact, it is my

understanding that none of the manufacturers have adopted the hearing aid described in the ETG

patents as ETG states in its Validity Statement. In my opinion, the ETG patents do not describe

a commercially viable hearing aid. For example, to my understanding, all of the manufacturers

83

employ an adaptive filter for purposes of canceling acoustic feedback. The ETG patents, in contrast, describe a fixed filter for purposes of acoustic feedback. As described above, such a fixed filter would not be viable for canceling acoustic feedback because the acoustic feedback changes according to the environment. Finally, I understand that each of the defendants in this litigation has taken a position that it does not infringe the ETG patents. Thus, the defendants' actions appear to contradict ETG's statement.

154. In my opinion and based on my experience in the industry, the industry has not recognized that the ETG patents are an important technological advance, in contrast to ETG's position in its Validity Statement.

155. In my opinion, it is not apparent from the awards and distinctions listed in ETG's Validity Statement that the titles and positions conferred on Mr. Levitt have any relationship to the systems and methods described in the ETG patents.

156. ETG's Validity Statement indicates that the defendants tout the claimed inventions of the ETG patents as key features for their hearing aid products. For example, ETG points to the feedback cancellation techniques touted by the Defendants in their products as one of the ETG's claimed inventions. The features ETG identifies, such as "feedback cancellation techniques" were known well before the ETG patents. For example, Graupe '818, the Best work, the Weaver work, the South article and the HearTech Circuit, all employed feedback cancellation technique for purposes of canceling acoustic feedback prior to the ETG patents. It is my opinion that none of the features identified by ETG as being touted by the Defendants indicate that the ETG patents are non-obviousness.

## A. THE '850 PATENT

### 1. Claim 1

157.    In my opinion, claim 1 (as I understand it is being applied to the Defendants' products) would have been obvious to one of ordinary skill in the art at the time of the ETG patents from several different combinations of prior art.  Specifically, it is my understanding that ETG interprets the phrase "to compensate for impaired hearing of the wearer of the aid" as including canceling acoustic feedback.  I disagree with ETG's interpretation for the following reasons. Compensation for impaired hearing by a hearing aid consists of providing frequency-dependent amplification of sound so as to ensure audibility. This goal can be accomplished regardless of whether acoustic feedback occurs and whether it is cancelled. Many hearing aids, especially those at the time of the ETG patents, successfully compensated for the impaired hearing of the wearer, even though they did not include cancellation of acoustic feedback. There are numerous techniques well known to individuals who dispense and fit hearing aids that provide compensation for impaired hearing by use of a hearing aid without the occurrence of acoustic feedback. Likewise, cancellation of acoustic feedback is a desirable feature of many sound systems that have nothing to do with compensation for impaired hearing. For example, loudspeaker telephones and public address systems are susceptible to acoustic feedback. Feedback cancellation in these systems does not compensate for impaired hearing.

158.    Further, it is my understanding that ETG interprets the "programmable signal limiter means…in a feedback path" as including elements that reduce the overall gain of the hearing aid by supplying a control signal from the output to a gain reduction element acting in the forward path. I disagree with ETG's interpretation of this claim phrase for the following reasons. ETG argued that limiting includes reducing, but the Court disagreed and found that the function of the term is "to limit the signal from exceeding a certain level." Also, a signal path from the output to a control line is not a feedback path as defined by the Court.  The Court has

defined feedback path as "a path in which the signal travels from the output to the input." Finally, I understand that ETG is interpreting "programmable delay line filter" so as to include adaptive delay line filters. I disagree for the reasons previously stated.

159.    In my opinion, claim 1, as applied by ETG, is rendered obvious by Best, Weaver, Graupe '818 or South in combination with Egolf (Vanderbilt article). In addition, it is my opinion that claim 1 is rendered obvious by the HearTech Circuit in combination with the Nunley et al. article and the Egolf (Vanderbilt article). The article describing the HearTech Circuit was only very recently uncovered and it is not clear at this point whether the Electronic Anti-Feedback Circuit described in that article is a digital hearing aid. However, digital hearing aids were known at the time of the ETG patents. For example, the Nunley et al. article describes a wearable digital hearing aid with a programmable digital processor. In particular, Nunley et al. article describes a programmable delay line filter for operating on a digital input signal. In my opinion it would have been obvious to one of ordinary skill in the art to employ a programmable delay line filter of Nunley et al., in the HearTech Circuit, if in fact, the HearTech Circuit did not already include such a filter. The HearTech Circuit and the Nunley et al. article are both directed to a hearing aid, and the use of the Nunley programmable digital line filter to provide the cancellation signal in the HearTech Circuit would have been an obvious and predictable implementation. None of this prior art was considered by the Examiner in allowing the '850 patent. As described above and as applied by ETG, the Best thesis and work, the collective Weaver work, as well as the South article all describe a programmable delay line filter located in the feedback path for canceling acoustic feedback. The Egolf Vanderbilt article describes a correlation detector on page 101. As shown in Figure 10, the correlation detector D monitors the onset of acoustic feedback and computes a correlation coefficient $C_c$ between each successive

86

pair of samples. If the coefficient were high, then the system would take corrective action in the form of automatic gain control (AGC) of the amplifier, whereby the closed loop response GH [abs value] would be reduced. In my opinion, it would have been obvious to one of ordinary skill in the art to modify the HearTech Circuit (in combination with Nunley et al. article), Best, Weaver, Graupe '818, or South to include the system shown in Figure 10 of Egolf Vanderbilt Article. The HearTech Circuit, Best, Weaver, Graupe '818, and South references all deal with solving the problem of acoustic feedback by cancelling its effect. However, one of ordinary skill in the art would understand that they could supplement the cancellation techniques by preventing the onset of acoustic feedback by reduction of the gain in the forward path, as described by Egolf, since that is also a technique for solving the acoustic feedback problem. One of ordinary skill in the art would understand that where the canceling techniques alone was completely effective in canceling acoustic feedback and would therefore would have been motivated to include some other mechanism to deal with the onset of acoustic feedback in that situation. The combination of the filters in the HearTech Circuit, Best, Weaver, Graupe '818 or South with the system shown in Figure 10 of Egolf Vanderbilt article provides no more than the predictable result of solving the acoustic feedback problem and, therefore, in my opinion is obvious.[1]

### 2.    Claims 5 and 6

160.    In my opinion, claims 5 and 6 are invalid as being obvious based on Graupe '721 in view of Borth '529. The Graupe '721 patent was not considered by the Examiner in allowing claims 5 and 6. The description of the noise filter of Graupe '721 is further reflected in the Stein Article. The Court has construed many of the limitations of claims 5 and 6 as means plus function limitations. Graupe '721 and Borth together perform the identical function that the Court has construed, and the combination of these references provides the corresponding

---

[1] A chart describing my prior art analysis for each of the asserted claims is attached as Exhibit C

structures or equivalents therefore, to perform the function. I believe that the claim construction

for the means controllable of claim 5 is in error, in that it describes the exact structure for the

controlling means. Accordingly, my opinion is based on my best understanding of the

appropriate structure for the means controllable. I reserve the right to supplement my report

should the Court change the claim construction. As set forth in my attached chart, under ETG's

broad interpretation of claim 5, it is my opinion that the AT&T work includes every element of

this claim and therefore anticipates it.

### 3.    Claim 9

161.    Claim 9 requires a programmable delay line filter in the forward path to effect

substantial reduction of acoustic feedback. As set forth in the attached chart, Larson and Egolf-

VA Rehabilitation R&D Progress Report 1984, Beex '192 and Graupe '667 describe each and

every element of claim 9, and therefore anticipate this claim. Neither of these references was

considered by the Examiner.

162.    In addition, it is my opinion that the Egolf Vanderbilt article anticipates claim 9.

The Egolf Vanderbilt article was not considered by the Examiner. The Egolf Vanderbilt article

reviews the acoustic feedback literature from a control systems point of view. On pages 98-100,

the article discusses methods for suppression of acoustic feedback by placing various filters in

the forward path of a sound system, or more specifically, a hearing aid. One method, reported in

earlier research, is referred to as the gain reduction method. This method describes the use of a

notch filter inserted in the forward path, in which the center frequency of the notch is set to

coincide with peaks in the magnitude spectrum of the open loop transfer function. A second

method, the phase shifting method, is also described. According to this method, a broadband

phase shifting filter is inserted in the forward path of a hearing aid. By changing the phase

88

response of the forward path, potentially unstable feedback frequencies are moved to other frequencies, where instability may not occur.

### 4.    Claim 10

163.    Claim 10 depends from claim 1 and requires that the programmable delay line filter is programmed to effect substantial reduction of acoustic feedback. As discussed above in connection with claim 1, it is my understanding that ETG is interpreting the phrase "effective to compensate for impaired hearing of the wearer of the aid," as including the reduction of acoustic feedback. As indicated for claim 1, the HearTech Circuit, Weaver work, Best thesis, and Graupe '818 patent all describe filters whose effect is to substantially reduce acoustic feedback. As also indicated above, although the filter in South is not used in a hearing aid, it is used to substantially reduce acoustic feedback (i.e., echo canceling) in a telephone loudspeaker. In my opinion, it would have been obvious to apply the echo canceling techniques of South to address the similar problems of acoustic feedback in hearing aids.

### 5.    Claim 13

164.    It is my understanding that ETG has applied claim 13 to the Defendants' hearing aids that include adaptive filters. The operation of an adaptive filter does not determine the effect on the amplitude and phase, as required by this claim. Therefore, in applying claim 13 to the prior art, I have used ETG's overly broad construction. As set forth in the attached chart, it is my opinion that the HearTech Circuit, Best, Weaver, Graupe '818, Graupe '667 and South all describe each and every element in claim 13.

165.    In addition, it is my opinion that, as applied by ETG to Defendants' products, claim 13 is rendered obvious based on the Larson and Egolf 1984 VA Rehabilitation R&D Progress Report in view of the South Article. None of this prior art was considered by the

89

Examiner. The Larson and Egolf Progress Report includes an estimator in which the estimated values of the open loop feedback transfer function are obtained and used to create an estimate of the acoustic feedback path GH. One of ordinary skill in the art would understand that Larson and Egolf are teaching estimating values of phase and amplitude, since those are the values that define the acoustic feedback transfer function. It would have been obvious to one of ordinary skill in the art to implement the estimator as a filter located in the cancellation feedback path as described in, for example, the South article. One of ordinary skill in the art would understand that the echo canceller of South addresses the acoustic feedback problem and therefore would consider this art in a way similar to the way that Leland Best did in performing the work that resulted in his thesis.

### 6.    Claim 14

166.    It is my understanding that ETG has applied claim 14 to the Defendants' hearing aids that include adaptive filters. The operation of an adaptive filter does not determine the effect on the amplitude and phase, as required by this claim. Therefore, in applying claim 14 to the prior art, I have used ETG's overly broad construction. As set forth in the attached chart, it is my opinion that the HearTech Circuit, Best, Weaver, Graupe '818, Graupe '667, Larson and Egolf-VA Rehabilitation R&D Progress Report 1984 and Beex '192 all describe each and every element in claim 14. The South article does not explicitly describe a hearing aid, but rather a telephone loudspeaker. In my opinion, it would have been obvious to apply the system found in South to the analogous hearing aid area. One of ordinary skill in the art would understand that the teachings of canceling echoes in a telephone loudspeaker would be applicable in hearing aids. This is because one of ordinary skill in the art would understand that the speaker and receiver in a hearing aid are close together, and therefore a similar problem (acoustic feedback) exists. In

90

fact, Leland Best, in working on his thesis at the University of Wyoming specifically cited two different echo cancellation articles as the basis for his thesis research. It is also my understanding that an issue exists as to whether claim 14 is limited to a "hearing aid," or whether the claim would cover a loudspeaker system, such as in South. If claim 14 is broad enough to cover a loudspeaker system, then it is my opinion that claim 14 is anticipated by South.

167.    Unlike claim 13, claim 14 does not require that the filter be inserted in the feedback path. Claim 14, does, however, require that the method be applied to a hearing aid. Since the HearTech Circuit (in combination with Nunley et al. article), Weaver, Best, Graupe '818 all describe a hearing aid, each one of these prior art references necessarily invalidates claim 14, as set forth in the attached chart. As also indicated above, although the adaptive filter in South is not used in a hearing aid, it is used to substantially reduce acoustic feedback (i.e., echo canceling) in a telephone loudspeaker. In my opinion, it would have been obvious to apply the echo canceling techniques of South to address the similar problems of acoustic feedback in hearing aids.

168.    In addition, it is my opinion that claim 14 is also anticipated by the Larson and Egolf Progress Report, which describes using computed values of GH to automatically place a notch filter in the forward path of the hearing aid such that notches positioned at frequencies at which the feedback is most likely to occur. By inserting such a notch filter in the forward path of the hearing aid, those values of GH that are likely to result in acoustic feedback are prevented from occurring. Also, it is my opinion that Larson and Egolf, in combination with the South article, teaches implementing the estimator of Larson and Egolf as a filter located in the cancellation feedback path. (see discussion of claim 13 above.)

7.    **Claim 15**

91

169.    Claim 15 requires that the "programmable filter" of claim 14 be located in the forward path. The Graupe '818 patent teaches, in column 5, lines 14-21, that the correction circuit 21A, which is shown in Figure 2 to be located in the feedback path, can alternatively be connected serially with the amplifier 16A in the forward path. Since Graupe '818 teaches the correction circuit 21A can be located either in the feedback or forward path, Graupe '818 anticipates claim 15, as set forth in the attached chart. Therefore, simply following this express teaching in Graupe '818, it would have been obvious to one of skill in the art to modify the filters of the HearTech Circuit, Best, Weaver, or South to be located or placed in the forward path. In addition, it is my opinion that the Larson and Egolf Progress Report, which teaches the use of a time delay/notch filter in the forward path of a hearing aid, anticipates this claim. Finally, as set forth in the attached chart, and as interpreted by ETG, it is my opinion that Graupe '667 anticipates claim 15 (e.g., Fig. 3).

### 8.    Claim 16

170.    Claim 16 requires that the "programmable filter" claim 14 be located in the feedback path. As set forth in the attached chart, and as applied by ETG to Defendants' products, the HearTech Circuit, Weaver, Best, Graupe '818 and Graupe '667 include each and every element of claim 16, and therefore anticipate this claim. In addition, claim 16 is obvious in view of the South article. Although the South article describes a method of reducing echo canceling in a telephone loudspeaker, one skilled in the art would understand that loudspeaker telephones, like hearing aids, are subject to the problems of acoustic feedback. Further, it is my opinion that, as applied by ETG to Defendants' products, the combination of the Larson and Egolf Progress Report and the South article renders obvious all the features of claim 16.

### 9.    Claim 17

171.   Claim 17 defines a hearing aid including two input microphone channels, means for adjusting the amplitude and phase of each of the microphone channels, and means for summing the outputs of each of the microphone channels. Claim 17 also recites a programmable filter between the summing means and the output of the transmission channel. Finally, claim 17 requires that the filter be programmed in order to compensate for impaired hearing of wearer of the aid and to reduce the effects of both noise and reverberation. Initially, my impression of claim 17 is that the claimed hearing aid is inoperable because a programmable filter could not be used to reduce the effect of reverberation. This is confirmed by the '850 patent specification, which never describes using the programmable filter for purposes of reducing the effect of reverberation. Rather, the patent specification describes reducing reverberation exclusively with the two microphone configuration shown in Figure 5. (11:16-31.) In addition, I note that Dr. Levitt testified during his deposition that he never evaluated a system that including two microphones and a programmable delay line filter for the purposes of reducing reverberation. The only explanation Dr. Levitt could provide as to why claim 17 includes a programmable filter for reducing reverberation is that if the filter can reduce noise at a certain frequency, then reverberation that may happen to be at that frequency could also be reduced. However, such a filter would not only reduce reverberation, but it would also reduce all signals at that frequency, including desired signals that may include speech. Therefore, it cannot be said that such a filter is programmed to reduce reverberation.

172.   In my opinion, claim 17, as applied by ETG to Defendants' products, is obvious from Ibaraki (JP S59-64994) in combination with the well-known prior art that uses a filter in the forward path for compensation of a wearer's impaired hearing, such as Moser. Neither of these prior art references were considered by the Examiner. Although, in my opinion, such a

93

combination would not reduce reverberation, any reverberation that might happen to be in a frequency that is deemphasized by the filter would, according to Dr. Levitt, be a reduction in reverberation.

173.     The Ibaraki reference shows, in Figure 4, amplitude control of each of the two microphones channels 1 and 2. Figure 4 shows, for each microphone channel, a bandpass filter (21, 24), a variable gain amplifier (22, 25), and a summer (22, 25), and summer (27) for summing all of the microphone channels. Figure 4 functions to allow the attenuation of noise sources with different frequency characteristics (6:2-5.) Figure 6 of Ibaraki shows two microphone channels (41, 42), each of which includes a phase shifting circuit (43, 45), and a summer (44, 46).

174.     In my opinion, it would have been obvious to one of ordinary skill in the art to modify the circuit shown in Figure 4 to include the arrangement shown in Figure 6, such that each of the microphone channels includes both phase and amplitude adjustment. One of ordinary skill would certainly recognize the benefit to a sound system to include both the features of directivity, as provided by the Figure 6 arrangement, as well as amplitude adjustment to reduce the magnitude of signals at certain frequencies, as provided by the Figure 4 arrangement. The combination of these circuits simply results in the predictable, beneficial functions of each individual circuit.

175.     In my opinion, it would further have been obvious to apply the combined circuit to a conventional hearing aid using a programmable delay line filter, such as Moser. One of ordinary skill would have been motivated to make this combination so as to provide the hearing aid with the benefits of directivity and noise reduction. Moser describes, in Figure 7, a programmable delay line filter 5 that receives multiple microphone inputs via input 51. The

94

filter 5 serves to compensate for the impaired hearing of the wearer of the aid. Consequently, the

combination of Ibaraki and Moser results in each feature of claim 17, as applied by ETG to

Defendants' products, and therefore renders this claim obvious.

### 10.    Claim 18

176.    Claim 18 requires a signal level dependent amplifier located in the feedback path

that is programmed to compensate for impaired hearing of the wearer of the hearing aid. Initially,

my opinion of this claim is that it is inaccurate and inadequately described in the '850 patent

specification. Claim 18 is inaccurate because the use of a signal level dependant amplifier in a

feedback path does not impart a response characteristic that would be beneficial to compensate

for impaired hearing of the wearer. Further, there is no disclosure in the '850 patent of a signal

level dependent amplifier in a feedback path that imparts a response characteristic effective to

compensate for the impaired hearing of the wearer. The only disclosure of signal level

dependent amplifier, as required by claim 18, is the claim itself, which was added during

prosecution of the application. In any event, it is my opinion that claim 18, as the claim has been

applied by ETG against the Defendants' products, is invalid. For example, it is my

understanding that ETG has asserted that the signal level dependent amplifier of claim 18 is

satisfied by Widex's feedback path simulator (FPS), and alternatively by Widex's dynamic

cancellation optimizer (DCO). It is my understanding that the FPS cancels acoustic feedback

whereas the DCO suppresses acoustic feedback. It is also my understanding that neither of these

elements is involved in compensating for impaired hearing of the wearer of the aid, as required

by claim 18. Finally, it is my understanding that neither the FPS nor DCO employs a signal level

dependent amplifier, as also required by claim 18. Based on this overbroad interpretation of

signal level dependent amplifier in claim 18, it is my opinion that claim 18 is invalid as being

anticipated by the Egolf Vanderbilt Article, Best, Weaver, or Graupe '818. In addition, claim 18

is invalid from South. Although South describes a loudspeaker rather than a hearing aid, it

would have been obvious to one of ordinary skill in the art to apply the teachings of South to the

analogous art of hearing aids. The attached chart describes how I have applied the claim to the

prior art.

### 11.    Claim 19

177.    Claim 19 requires a hearing aid including a programmable delay line filter located

in the feedback path, which filter is programmed to effect a substantial reduction in acoustic

feedback. As set forth in the attached chart and as applied by ETG to Defendants' products,

Weaver, Best, Graupe '818 and Chabries include each and every element of claim 19 and

therefore anticipate this claim. As also set forth in the attached chart, it is my opinion that one of

ordinary skill in the art would understand the Feedback Network B of the HearTech Circuit and

the system estimator of Weaver abstract could be implemented as a programmable delay line

filter as required by claim 19. In any event, programmable delay line filters for operating on

signals in hearing aids was well known in the art as discussed above. For example, the Nunley et

al. article describes using a programmable delay line filter in a digital hearing aid. None of this

prior art, including the Nunley et al. article, was considered by the Examiner in allowing claim

19. In addition, and as applied by ETG to Defendants' products, claim 19 is obvious in view of

the South article. Although the South article describes a method of reducing echo canceling in a

telephone loudspeaker, one skilled in the art would understand that loudspeaker telephones, like

hearing aids, are subject to the problems of acoustic feedback. It is also my understanding that

an issue exists as to whether claim 19 is limited to a "hearing aid," or whether the claim would

cover a loudspeaker system, such as in South. If claim 19 is broad enough to cover a loudspeaker system, then it is my opinion that claim 19 is anticipated by South.

178.    It is also my understanding that ETG has broadly applied the "programmable delay line filter" of claim 19. For example, ETG has applied this filter to an LMS adaptive filter in accusing Defendants'' hearing aids of infringing this claim. Based on what appears to be a very broad and general interpretation of the "programmable delay line filter" of claim 19, it is my opinion that claim 19 is anticipated by Graupe '667 and rendered obvious by Feintuch (U.S. Patent No. 4,038,536.)

179.    Graupe '667 describes in Figure 3 TAD#1 and TAD#2 as delay line filters. Figure 4(a) shows a single amplifier labeled as having an output corresponding to the summation of all of the weighted TAD#1 outputs, and a different amplifier labeled as having an output which is the summation of the weighted outputs of TAD#2. The combined ARMA structure serves to reduce acoustic feedback. Since the combined structure serves to reduce acoustic feedback, TAD#2, which is located in a "feedback path" as ETG would define it, has to take into account reduction of acoustic feedback. (see, e.g., 7:7-10.) Therefore, based on ETG's broad construction, Graupe '667 describes a "programmable delay line filter" in a "feedback path" in order to reduce acoustic feedback.

180.    Feintuch describes, in Figure 2, a similar structure as Graupe '667. Therefore, Feintuch includes all the claim features as described above in connection with Graupe '667. Feintuch does not explicitly describe a hearing aid. However, one of ordinary skill in the art at the time of the ETG patents would understand that the acoustic feedback problem described in Feintuch would also exist in hearing aids. Therefore, one of ordinary skill in the art would

understand that the Feintuch system could be applied to hearing aids. For this reason, Feintuch renders claim 19 obvious.

### B.    THE '749 PATENT

#### 1.    Claim 1

181.    It is my understanding that ETG has asserted claim 1 on the operation of an adaptive hearing aid. It is my understanding that ETG asserts that the "host controller" of the '749 patent can be incorporated into the hearing aid itself. This position seems unreasonable as the host controller is consistently described in the specification and claims as being a device that is different from the hearing aid itself. Furthermore, in my opinion, a host controller, as described and claimed in the '749 patent, would seem to be superfluous when an adaptive filter is used. In addition, it is my understanding that ETG has not identified any discernible equivalents to the structure for the means elements interpreted by the Court's Claim Construction Order. Rather, it is my understanding that ETG has taken a position that a means element is satisfied so long as the function of that element is performed. In construing the '749 patent claims, I have used ETG's overly broad construction.

182.    As set forth in the attached chart, and based on ETG's construction, it is my opinion that claim 1 is anticipated Best, Weaver, and Graupe '818, because each of these references includes every element of the claim. It is also my opinion that South includes each of the elements of claim 1 except South does not explicitly describe a hearing aid. For the reasons described previously, however, it is my opinion that it would have been obvious to one of ordinary skill in the art at the time of the ETG patents to apply the teaching of South to a hearing aid.

#### 2.    Claim 2

98

183.    As set forth in the attached chart, it is my opinion that claim 2 is anticipated by Weaver and Graupe '818.

### 3.    Claim 3

184.    As set forth in the attached chart, it is my opinion that claim 3 is anticipated by Weaver, Best, and Graupe '818.

### 4.    Claim 4

185.    As set forth in the attached chart, it is my opinion that claim 4 is anticipated by Weaver, Best, and Graupe '818.

### 5.    Claim 5

186.    As set forth in the attached claim chart, Graupe '818 anticipates claim 5.

### 6.    Claim 6

187.    As set forth in the attached claim chart, claim 6 is anticipated by Weaver, Graupe '818 and the hearing aid described in the Best thesis.

## X.    MATERIALITY OF REFERENCES THE EXAMINER DID NOT CONSIDER

188.    I have been asked to consider whether the following documents would have been material to the examination of the claims in either of the ETG patents:  the 1984 VA Rehabilitation R&D Progress Report; the Egolf, "Review of the Acoustic Feedback Literature from a Control Systems Point of View", 1982 (Vanderbilt Article); and April '85 Weaver JASA abstract; Stein at al., "Listener-Assessed Intelligibility of a Hearing Aid Self-Adaptive Noise Filter", Ear and Hearing, Vol. 5, No. 4, 1984, pp.194-204 (the "Stein article").  I understand to be material to a patent claim, the prior art reference must be more relevant than any of the prior art that the Examiner had before him or her during examination.  That is, the prior art reference must

99

not be merely cumulative to the prior art of record that the Examiner considered in allowing the patent.

**A.      1984 VA Rehabilitation R&D Progress Report, the April 1985 Weaver abstract, the 1982 Egolf Vanderbilt article and the Nunley et al. article**

189.    In reviewing the prior art of record, I note that none of the prior art the Examiner considered describes canceling acoustic feedback. In fact, the Examiner, in the Examiner's Action date mailed March 31, 1987, indicated that claim 15 defined allowable subject matter, but rejected claims 1 and 2, upon which claim 15 was dependent. Claim 15 simply recited that the programmable filter recited in claims 1 and 2 was programmed to effect substantial reduction of acoustic feedback. Therefore, the only feature the Examiner believed that made claim 15 allowable was the feature of substantially reducing acoustic feedback. Accordingly, any prior art that described substantially reduced acoustic feedback would certainly have been material to the Patent Office's examination because none of the art even mentions this feature. The following references all describe substantially reducing acoustic feedback, and therefore were material to the examination of the '850 patent: the 1984 VA Rehabilitation R&D Progress Report, the April 1985 Weaver abstract, the 1982 Egolf Vanderbilt article and the Nunley et al. article. Therefore, it is my opinion that VA Progress Report, the Weaver abstract, the Egolf Vanderbilt articles and the Nunley et al. article are all material to those claims of the ETG patents that recite reducing or canceling acoustic feedback.

**B.      Zeta Noise Blocker, as described in Graupe '721 and the Stein Article**

190.    As described above, claim 5 was originally rejected as anticipated over several references, including Borth '529. Claim 5 was subsequently allowed after the inventors amended the claim to include the limitation of "the level of speech in excess of the level of

noise." As also discussed above, Graupe '721 and the Stein article describe the feature that was added to claim 5 to make it allowable. Therefore, it is my opinion that the Examiner would have certainly considered Graupe '721 and the Stein article material to claims 5 and 6 because this prior art discloses the very feature considered to be patentable.

## XI.     CONCLUSION

191.     It is my opinion that the asserted '850 and '749 patent claims, are invalid for the reasons I have stated above regarding anticipation and obviousness, among others.

192.     It is also my opinion that the 1984 VA Rehabilitation R&D Progress Report; the Egolf, "Review of the Acoustic Feedback Literature from a Control Systems Point of View"(Vanderbilt Article); and April '85 Weaver JASA abstract; and Stein at al., "Listener-Assessed Intelligibility of a Hearing Aid Self-Adaptive Noise Filter", Ear and Hearing, Vol. 5, No. 4, 1984, pp.194-204 (the "Stein article") are material to the examination of the '850 and '749 patent claims for the reasons I have described above.

193.    In conclusion, based upon my education, my experience in the hearing aid industry, my work on the development and evaluation of digital hearing aid technology, and my review of the literature from 1985 and earlier, in my opinion each of the asserted claims of the ETG patents is invalid as being anticipated and/or obvious.

194.    I reserve the right to respond to any opinions put forth by ETG's experts and to supplement this report accordingly. In addition, I reserve the right to supplement this report based on any additional information brought forth during further proceedings in this case.

Dated:   __17 September 2007__

_____
Sigfrid D. Soli

# EXHIBIT A

## Curriculum Vitae
## Sigfrid D. Soli

### Personal
Birth date: 15 May 1946
Nationality: American

### Office Address
House Ear Institute
2100 West 3rd Street
Los Angeles, California 90057

### Education
Ph.D., Experimental Psychology, Center for Research in Human Learning, University of Minnesota, Minneapolis, Minnesota, 1978

B.A., summa cum laude, Psychology, University of Minnesota, Minneapolis, Minnesota, 1974

B.A., cum laude, Physics and Mathematics, St. Olaf College, Northfield, Minnesota, 1968

### Professional Experience
1995-present: Vice President, Technology Transfer, House Ear Institute, Los Angeles, California

1994-1995: Acting Director of Research, House Ear Institute, Los Angeles, California

1989-present: Head, Human Communication Sciences and Devices Department, House Ear Institute, Los Angeles, California

1984-1989: Senior Speech Scientist, Communications Group, Hearing Research Laboratory, 3M Center, St. Paul, Minnesota

1984-1985: Associate Professor of Psychology, University of Maryland, College Park, Maryland

1983-1985: Research Associate, Haskins Laboratories, New Haven, Connecticut

1978-1984: Assistant Professor of Psychology, University of Maryland, College Park, Maryland

1977-1978: Research assistant in speech perception, Center for Research in Human Learning, University of Minnesota, Minneapolis, Minnesota

1974-1978: NIH Graduate Trainee, Center for Research in Human Learning, University of Minnesota, Minneapolis, Minnesota

**Other Experience**

1968-1972: US Air Force Officer, promoted to Captain in 1971

**Honors and Awards**

- Fellow, Acoustical Society of America
- Circle of Technical Excellence, Biosciences Laboratory, 3M Company
- NIH Traineeship, Center for Research in Human Learning, University of Minnesota, 1974-1978
- Sigma Pi Sigma, National Physics Honor Society
- Dean's Scholarship, St. Olaf College, 1965-1968

**Professional Activities**

Member, NIDCD SBIR Review Panel, 2003-present
Consultant, Committee on Disability Determination for Individuals with Hearing Impairments, National Research Council, 2003
Chair, NIDCD Special Emphasis Review Panel, April 2002
Member, NIDCD Special Emphasis Review Panel, August 2001
Editor at large, Ear & Hearing, 2001-present
Section Editor for Amplification, Ear & Hearing, 2001
Member, ENT Device Panel, US Food and Drug Administration, 2001-present
Member, Steering Committee, UCLA Biomedical Engineering Program, 2000-2003
Member, Steering Committee, UCLA Neuroengineering Program, 2000-2004
Member, Technical Advisory Group, Otologics, LLD, 1999-2001
General Chair, Newport Beach meeting of the Acoustical Society of America, 2000
Founding Chair, Lake Arrowhead and Lake Tahoe Hearing Aid Research Conferences, 1990-present
Member, Southern California Biomedical Council Board of Directors, 1999-2003
Expert consultant on functional hearing requirements and assessment, US Federal Occupational Health, 1999-present
Chair, Special session entitled "Digital Signal Processing for Hearing Aids," Joint meeting of the Acoustical Society of America and the Acoustical Society of Japan, Honolulu, Hawaii, 1996
National Institute on Deafness and Other Communication Disorders Advisory Committee on Hearing Aid Research and Development, 1993 - 1998
Chair, Management Committee for House Ear Institute–Archer Communications HEAR Joint Venture, 1991 - 1999
Chair, Project Management Committee, Starkey Laboratories and HEAR Joint Venture, 1993 - 1999
Chair, Special session entitled "Education in Speech Communication," Salt Lake City meeting of the Acoustical Society of America, 1992

Chair, Special session entitled "Speech Perception and Hearing Handicap," Baltimore meeting of the Acoustical Society of America, 1991 Advisory Consultant in speech perception and speech processing for cochlear implants, NINCDS, 1991, 1993

Co-Chair, Special session entitled "Prediction and Physical Measurement of Speech Intelligibility," San Diego meeting of the Acoustical Society of America, 1990

Chair, Arrowhead Conference on Advanced Topics in Hearing Aid Research, 1990, 1992, 1994, 1996, 1998, 2000, 2002, 2004

Consultant, Speech Processors for Auditory Prostheses Contract to Research Triangle Institute, North Carolina, 1988-1993, 1997

Consultant, Auditory Prosthesis Research and Development, to Advanced Bionics Corporation, 1993-1996

Unpaid Coinvestigator, Mechanisms of Auditory Processing Program Project, University of Minnesota, 1988-1991.

Chair, Technical Committee on Speech Communication, Acoustical Society of America, 1989-1995

Member, Technical Committee on Speech Communication, Acoustical Society of America, 1985-present

Member, Nominating Committee, Acoustical Society of America, 1991, 1993

Member, Publications Committee, Acoustical Society of America

Co-chair, Engineering Research Foundation Conference on Implantable Auditory Prostheses, 1989

Reviewer for prosthesis research and speech perception, occasional reviewer for speech processing and for psychological acoustics, Journal of the Acoustical Society of America; occasional reviewer for Journal of Speech and Hearing Research, Ear and Hearing

## Membership in Professional Organizations

Acoustical Society of America

American Association for the Advancement of Science

Association for Research in Otolaryngology

Sigma Pi Sigma, National Physics Honor Society

## Publications

1. Zheng, Y, Meng, Z-L, Soli, SD, Tao, Y, Meng, J, Zu, K, and Wang, K (2007). Development and Norming of the Mandarin Early Speech Perception (MESP Test. Ear & Hearing, submitted

2. Wong, LL, Chu, EWW, and Soli, SD (2007). Development of the Cantonese Speech Intelligibility Index. Journal of the Acoustical Society, submitted.

3. Wong, LL, Soli, SD, Liu, S, Han, N, and Huang, M-W (2007). Development of the Mandarin Hearing In Noise Test (MHINT). Ear & Hearing, 28, 70-74S.

4.  Yuen, KCP, Yuan, M, Lee, T, Soli, SD, Tong, MCF, and van Hasselt, CA (2007). Frequency-specific temporal envelope and periodicity components for lexical tone identification in Cantonese. Ear & Hearing, 28, 107-113S.

5.  Colletti, V, Soli, SD, Carner, M, and Colletti L (2006). Treatment of mixed hearing losses via implantation of a vibratory transducer on the round window. International Journal of Audiology, 45, 600-608.

6.  Wong, LN and Soli, SD (2005). Development of the Cantonese Hearing In Noise Test (CHINT). Ear & Hearing, 26, 1-14.

7.  Vaillancourt, V, Laroche, C, Mayer, C, Basque, C, Nali, M, Eriks-Brophy, A, Soli, SD, and Giguere, C (2005). Adaptation of the HINT (hearing in noise test) for adult Canadian Francophone populations. International Journal of Audiology, 44, 358-369.

8.  Laroche, C, Soli, SD, Giguère, C, Lagacé, J, Vaillancourt, V, and Fortin, M (2003). "An approach to the development of hearing standards for hearing-critical jobs," Noise & Health, 6:21, 17-37

9.  Zeng, FG, Martino, KM, Linthicum, FH, and Soli, SD (2000). "Auditory perception in vestibular neurectomy subjects," Hearing Research 142, 102-112.

10. Nelson, D.A., Van Tasell, D.J., Schroder, A.C., and Soli, S.D. (1995). "Electrode ranking of 'place pitch' and speech recognition in electrical hearing," Journal of the Acoustical Society of America 98, 1987-1999.

11. Koch, D., Nilsson, M.J., and Soli, S.D. (1995). *A Primer on Binaural Hearing*, Starkey Laboratories: Minneapolis.

12. Koch, D., Nilsson, M.J., and Soli, S.D. (1995). *Users' Guide for the Hearing In Noise Test*, Starkey Laboratories: Minneapolis.

13. Nilsson, M., Soli, S.D., and Sullivan, J. (1994). "Development of the Hearing In Noise Test for the measurement of speech reception thresholds in quiet and in noise," Journal of the Acoustical Society of America 95, 1085-1099.

14. Soli, S.D., and Nilsson, M. (1994). "Assessment of communication handicap with the HINT," Hearing Instruments 45, 12-16.

15. Mann, V., and Soli, S.D. (1991). "Perceptual order and the effect of vocalic context on fricative perception," Perception & Psychophysics.

16. Hoffman, M.W., Buckley, K.M., Link, M.J., and Soli, S.D. (1991). "Robust microphone array processor incorporating head shadow effects," ICASSP 91.

17. Dorman, M.F., Soli, S.D., Dankowski, K., Smith, L.M., McCandless, G., and Parkin, J. (1990). "Acoustic cues for consonant identification by patients who use the Ineraid cochlear implant," Journal of the Acoustical Society of America 88, 2074-2079.

18. Soli, S.D. (1989). "Perceptual evaluation of a neurally-based encoding strategy for cochlear implants," in J.M. Miller and F.A. Spelman (Eds.), *Models of the Electrically Stimulated Cochlea*, Springer-Verlag, New York.

19. Van Tasell, D.J., Soli, S.D., Kirby, V.M., and Widin, G.P. (1987). "Speech waveform envelope cues for consonant recognition," Journal of the Acoustical Society of America 82, 1152-1161.

20. Dooling, R.J., Soli, S.D., Kline, R.M., Park, T.J., Hue, C., and Bunnell, T. (1987). "Perception of synthetic speech sounds by the budgerigar (Melopsittacus undulatus)," Bulletin of the Psychonomic Society 25, 139-142.

21. Dooling, R.J., Brown, S.D., Park, T.J., Okanoya, K., and Soli, S.D. (1987). "Perceptual organization of acoustic stimuli by the budgerigar (Melopsittacus undulatus): I. Pure tones," Journal of Comparative Psychology 101, 139-149.

22. Dooling, R.J., Brown, S.D., Park, T.J., Okanoya, K., and Soli, S.D. (1987). "Perceptual organization of acoustic stimuli by the budgerigar (Melopsittacus undulatus): II. Vocal Signals," Journal of Comparative Psychology 101, 367-381.

23. Soli, S.D., Arabie, P., and Carroll, J.D. (1986). "Discrete representation of perceptual structure underlying consonant confusions," Journal of the Acoustical Society of America 79, 826-837.

24. Gingrich, G., and Soli, S.D. (1984). "Subjective evaluation and allocation of resources in routine decision making," Organizational Behavior and Human Performance 33, 188-203.

25. Soli, S.D. (1983). "The role of spectral cues in the discrimination of voice onset time differences," Journal of the Acoustical Society of America 73, 2150-2165.

26. Soli, S.D. (1982). "Structure and duration of vowels together specify final fricative voicing," Journal of the Acoustical Society of America 72, 366-378.

27. Chew, S.L., Larkey, L.S., Soli, S.D., Blount, J., and Jenkins, J.J., (1982). The abstraction of musical ideas," Memory and Cognition 10, 413-423.

28. Arabie, P., and Soli, S.D., (1982). "The interface between type of regression and method of collecting proximities data," in R. Gollege and J.N. Raynor (Eds.), *Proximity and Preference: Multidimensional Analysis of Large Data Sets*, 90-115. University of Minnesota Press, Minneapolis, Minnesota.

29. Yeni-Komshian, G.H., and Soli, S.D., (1981). "Recognition of vowels from information in fricatives: Perceptual evidence of fricative-vowel coarticulation," Journal of the Acoustical Society of America 70, 966-975.

30. Soli, S.D. (1981). "Second formats in fricatives: The acoustic consequences of fricative-vowel coarticulation," Journal of the Acoustical Society of America 70, 976-984.

31. Soli, S.D., Nuechterlein, K.H., Garmezy, N., Devine, V.T., and Schaefer, S.M. (1981). "A classification system for research in childhood psychopathology: Part I. An empirical approach using factor and cluster analyses and conjunctive decision rules," in B.A. Maher and W.B. Maher (Eds.), *Progress in Experimental Personality Research, Vol. 10*, 115-161. Academic Press, New York.

32. Nuechterlein, K.H., Soli, S.D., Garmezy, N., Devine, V.T., and Schaefer, S.M. (1981). "A classification system for research in childhood psychopathology: Part II. Validation research examining converging descriptions from the parent and from the child," in B.A. Maher and W.B. Maher (Eds.), *Progress In Experimental Personality Research, Vol. 10*, 163-202. Academic Press, New York.

33. Soli, S.D. (1980). "Some effects of acoustic attributes of speech on the processing of phonetic feature information," Journal of Experimental Psychology: Human Perception and Performance 6, 622-638.

34. Yeni-Komshian, G.H., and Soli, S.D. (1979). "Extraction of vowel information from fricative spectra" in J.J. Wolf and D.H. Klatt (Eds.), Speech Communication Papers: 97th Meeting of the Acoustical Society of America, 37-40.

35. Soli, S.D., and Arabie, P. (1979). "Auditory versus phonetic accounts of observed confusions between consonant phonemes," Journal of the Acoustical Society of America 66, 46-59.

36. Soli, S.D., and Devine, V.T. (1976). "Behavioral correlates of achievement: A look at high and low achievers," Journal of Educational Psychology 68, 335-341.

37. Soli, S.D. and Balch, W.R. (1976). "Performance biases and recognition memory for semantic and formal changes in connected discourse," Memory and Cognition 4, 673-676.

**Patents and Copyrights**

1. Gao, S, Soli, SD, and Chi, F. (2005) Band-limited adaptive feedback canceller for hearing aids. US Patent 6,876,751.

2. Gao, S, Soli, SD, and Chi, F. (2005) Band-limited adaptive feedback canceller for hearing aids. PCT application US99/22757 pending in Europe and Japan.

3. Freed, DJ, and Soli, SD (2004). Frequency shifter for use in adaptive feedback cancellers for hearing aids..

4. Gao, S., and Soli, S.D. (2000). "Method of measuring and preventing unstable feedback in hearing aids," (US).

5. Soli, SD, Gao, SX, and Chi, H-F. (2000) "Band-limited adaptive feedback canceller for hearing aids," filed (US).

6. Soli, SD (2000). "Assessment and prediction of functional hearing ability," provisional application filed (US).

7. Mobley, J.P., Zhang, C., Soli, S.D., Johnson, C., and O'Connell, D. (1995) "Pressure-regulating ear plug," (US).

8. Mobley, J.P., Zhang, C., Soli, S.D., Johnson, C., and O'Connell, D. (1998) "Pressure-regulating ear plugs (First Continuation in Part)

9. Mobley, J.P., Zhang, C., Soli, S.D., Johnson, C., and O'Connell, D. (1998) "Pressure-regulating ear plugs (Second Continuation in Part)

10. Soli, S.D., and Fravel, R.P. (1995) "Auditory prosthesis, noise suppression apparatus, and feedback suppression apparatus having focused adaptive filtering" (US)

11. Soli, S.D., Jayaraman, S., Sullivan, J., and Gao, S. (1994) "Method of signal processing for maintaining directional hearing with hearing aids" (US).

12. Soli, S.D., and van den Honert, C. (1989). "Signal processor for an auditory prosthesis utilizing channel dominance" (US).

13. Soli, S.D., and Fravel, R.P. "Auditory prosthesis with user-controlled feedback cancellation,"

14. Soli, S.D. et al. "Auditory prosthesis for adaptively filtering selected auditory component by user activation and method for doing same," (US)

15. Soli, SD, Vermiglio, A, Iwaki, T, and Shiroma, M (2000). "Sound recordings of Japanese sentences for the Hearing In Noise Test," copyright registered (US).

16. Soli, SD, Nilsson, MJ, Sullivan JA, Sumida, A, and Rayle, H (2000). "Sound recordings of American English sentences for the Hearing In Noise Test," copyright registered (US).

17. Soli, SD, Vermiglio, A, Freed, DJ, and McCaw, V (2000). "User manual for HINT for Windows, Version 6," copyright registered (US).

18. Soli, SD, Nilsson, MJ, and Sullivan, JA (2000). "Text of American English sentences for the Hearing In Noise Test," copyright registered (US).

19. Soli, SD, Vermiglio, A, Iwaki, T, and Shiroma, M (2000). "Text of Japanese sentences for the Hearing In Noise Test," copyright registered (US).

20. Soli, SD, Vermiglio, A, Freed, DJ, Gao, SX, and Nilsson, MJ (2000). "Software code for HINT for Windows, Version 6," copyright registered (US).

## Published Abstracts and Conference Presentations

1. Allsman, C., Eisenberg, L., Soli, S.D., and Sullivan, J. (1990). "Field and laboratory ratings of hearing aid sound quality," presented at the Seattle meeting of the American Speech-Language-Hearing Association.

2. Alwan, A., Sequero, M., Soli, S.D., and Gao, S. (1995). "An analysis of the acoustic path transfer function in hearing aids," NIDCD Interdisciplinary Forum on Hearing Aid Research and Development, Bethesda, Maryland.

3. Andrew J. Vermiglio and Sigfrid D. Soli (2006). The Relationship Between a Pure Tone Hearing Loss Classification Scheme, the Articulation Index And Hearing in Noise Performance. Presentation at the International Hearing Aid Research Conference, Lake Tahoe, California.

4. Andrew J. Vermiglio and Sigfrid D. Soli (2007). Relationship of Objective and Subjective Measures of Hearing to OAEs. Presentation at the American Academy of Audiology, Denver, CO.

5. Bassich, C.J., Yeni-Komshian, G.H., and Soli, S.D. (1984). "Fricative-vowel coarticulatory effects in Arabic," Journal of the Acoustical Society of America 76, S15.

6. Bill Hodgetts, Bo Hakansson and Sigfrid Soli (2006). Two in-situ approaches to assessing the audibility of amplified speech for BAHA users. Presentation at the International Hearing Aid Research Conference, Lake Tahoe, California.

7. Cox, KM, Vermiglio, AJ, Niparko, JK, and Soli, SD (2002). The bone-anchored hearing aid (BAHA) single-sided deafness study. American Academy of Audiology, Philadelphia, PA.

8. Daniel J. Freed (2006). Adaptive feedback cancellation in hearing aids with nonlinear feedback paths. Presentation at the International Hearing Aid Research Conference, Lake Tahoe, California.

9. Edman, T.R., Soli, S.D., and Widin, G.P. (1978). "Learning and generalization of intraphonemic VOT discrimination," Journal of the Acoustical Society of America 63, S19.

10. Ephraim, Y., Van Trees, H.L., and Soli, S.D. (1995). "Enhancement of noisy speech for the hearing impaired using the signal subspace approach," NIDCD Interdisciplinary Forum on Hearing Aid Research and Development, Bethesda, Maryland.

11. Freed, DJ, and Soli, SD (2004). Comparative performance of adaptive anti-feedback algorithms in commercial hearing aids and integrated circuits. International Hearing Aid Research Conference, Lake Tahoe, CA.

12. Gao, S., Soli, S.D. (1999) A novel approach of adaptive feedback cancellation for hearing aids, IEEE International Symposium on Circuit and System.

13. Gao, S., Soli, S.D. (1999) Method of measuring and preventing acoustic feedback in hearing aids, joint annual meeting of Acoustical Society of America and European Acoustic Society, Berlin

14. Gao, S., Sullivan, J., Gelnett, D.J., Jayaraman, S., Wygonski, J., Wu, E., Nilsson, M.J., and Soli, S.D. (1995). "Fitting algorithm for a prototype portable binaural digital hearing aid," NIDCD Interdisciplinary Forum on Hearing Aid Research and Development, Bethesda, Maryland.

15. Gao, S., Sullivan, J., Jayaraman, S., and Soli, S.D. (1994). "Method for fitting binaural hearing aids," Journal of the Acoustical Society of America 95, S2991.

16. Gelnett, D., Nilsson, M.J., Sumida, A., and Sullivan, J. (1993). " Normative data for the Hearing In Noise Test (HINT). Paper presented at the American Academy of Audiology, Phoenix, Arizona.

17. Gelnett, D., Hinton, L., and Soli, S.D. (1995). "Hearing In Noise Test for Children: Norming results and headphone simulation," American Academy of Audiology, Dallas, Texas.

18. Gelnett, D., Sumida, A., and Soli, S.D. (1994). "The development of the Hearing In Noise Test for Children (HINT-C)," American Academy of Audiology, Richmond, Virginia.

19. Gelnett, D.J., Nilsson, M.J., and Soli, S.D. (1996). "Use of $AI_{MAX}$ to maximize speech intelligibility in noise for hearing impaired individuals." Poster presented at the Meeting of the American Academy of Audiology, Salt Lake City, Utah.

20. Gelnett, D.J., Soli, S.D., Nilsson, M.J., Dymond, R., and Gamer, A. (1995). "Field trials of a portable binaural digital hearing aid," NIDCD Interdisciplinary Forum on Hearing Aid Research and Development, Bethesda, Maryland.

21. Hoffman, M.W., Link, M.J., Buckley, K.M., Soli, S.D., and Jayaraman, S. (1990). "Evaluation of reverberant room impulse responses, including the effects of head shadow," Journal of the Acoustical Society of America 88, S185.

22. Jayaraman, S., Soli, S.D., Hoffman, M.W., and Buckley, K.M. (1990). "Validity of intelligibility measures for adaptive beamforming hearing aids," Journal of the Acoustical Society of America 88, S32-S33.

23. Jenny C. Y. Chan, Andrew J. Vermiglio, Sigfrid D. Soli (2007). Assessment of a New Power Bone Anchored Hearing Aid (Baha) Processor. Presentation at the American Academy of Audiology, Denver, CO.

24. Jenny Chan, Andrew Vermiglio, Daniel Freed, and Sigfrid Soli (2006). Development of a modified HINT protocol and a new localization test for evaluating adults with vastly different binaural abilities. Presentation at the International Hearing Aid Research Conference, Lake Tahoe, California.

25. Kirby, V.M., Nelson, D.A., Soli, S.D., and Fortune, T.W. (1987). " Channel inter-actions measured by forward-masked "place" tuning curves with multichannel electrical stimulation," Journal of the Acoustical Society of America 82, S72.

26. Kirby, V.M., Widin, G.P., and Soli, S.D. (1985). "Loudness of complex signals pre-sented by electrical stimulation of the auditory nerve," Journal of the Acoustical Society of America 77, S81.

27. Kubo, T, Shiroma, M, Iwaki, T, and Soli, SD (2002). Development of the Hearing In Noise Test in Japanese. Japanese Audiological Society, Sendai, Japan.

28. Laroche, C, Giguere, C, Vaillencourt, V, and Soli, SD (2004). Evaluation of functional hearing abilities in nosy workplaces. Canadian Association of Speech-Language Pathologists and Audiologists, Ottawa, Canada.

29. Mann, V.A., and Soli, S.D. (1983). "Asymmetries in the influence of vocalic context on fricative perception," Journal of the Acoustical Society of America 73, S53.

30. McCaw, V.M., Nilsson, M.J., & Soli, S.D. (1997). "Functional evaluation of the AMA prediction of hearing handicap," American Academy of Audiology, Fort Lauderdale, FL.

31. McFarland, WH, Soli, SD, Vermiglio, AJ. (2001) "Digital versus analog hearing aid performance in noise," 115, American Academy of Audiology, San Diego.

32. Meng Yuan, Kevin C. P. Yuen, Tan Lee, Sigfrid Soli, Michael C.F. Tong and Charles A. van Hasselt (2006). Frequency-specific expansion of temporal cues for lexical-tone identification in Cantonese. Presentation at the International Hearing Aid Research Conference, Lake Tahoe, California.

33. Nielsen, L.B., Wu., E., Hoffman, M.W., Buckley, K.M., and Soli, S.D. (1990). "Design and evaluation of FIR filters for digital hearing aids with arbitrary amplitude and phase response," Journal of the Acoustical Society of America 87, S24.

34. Nilsson, M., Sullivan, J., and Soli, S.D. (1990). "Development of a speech intelligibility test for hearing aid research," Journal of the Acoustical Society of America 88, S175.

35. Nilsson, M.J., Felker, D., Senne, A., & Soli, S.D. (1993). "Comparison of hearing handicap, estimated by the AMA method and by self evaluation , with reduction in speech intelligibility in quiet and noise." Paper presented at the American Academy of Audiology, Phoenix, Arizona.

36. Nilsson, M.J., Soli, S.D., & Sullivan, J. (1993). "The Hearing in Noise Test: A measurement tool for assessing speech intelligibility in quiet and noise." Paper presented at the American Academy of Audiology, Phoenix, Arizona.

37. Nilsson, M.J., & Soli, S.D. (1997). "The influence of masker modulation and linguistic content on functional measures of hearing in noise," National Hearing Conservation Association, Orlando, FL.

38. Nilsson, M.J., and Soli, S.D. (1994). "Norms for a headphone simulation of the Hearing In Noise Test: Comparison of physical and simulated spatial separation of sound sources," Journal of the Acoustical Society of America 95, S2995.

39. Nilsson, M.J., and Soli, S.D. (1995). "Headphone-based test system for the assessment of binaural directional hearing in noise," National Hearing Conservation Association, Cincinnati, Ohio.

40. Nilsson, M.J., and Soli, S.D. (1996). "Binaural speech intelligibility in quiet and noise with mild hearing losses: Case studies." Poster presented at the Meeting of the American Academy of Audiology, Salt Lake City, Utah.

41. Nilsson, M.J., and Soli, S.D. (1996). "Experience with a functional test of hearing in noise as a screening device for hearing critical jobs." Podium presentation at the Meeting of the National Hearing Conservation Association, San Francisco, California.

42. Nilsson, M.J., Cody, D.F., Vermiglio, A., & Soli, S.D. (1997). "Using speech as a masker with the HINT to detect discriminatory hearing loss," American Academy of Audiology, Fort Lauderdale, FL.

43. Nilsson, M.J., Felker, D., Senne, A., and Soli, S.D. (1993). " Estimated hearing handicap (using the AMA method and a self-evaluation questionnaire) versus reduction in speech intelligibility in quiet and noise," Journal of the Acoustical Society of America 93, S2337.

44. Nilsson, M.J., Gellnet, D., Sullivan, J., and Soli, S.D. (1992). "Norms for the Hearing In Noise Test: The influence of spatial separation, hearing loss, and English language experience on speech reception thresholds," Journal of the Acoustical Society of America 92, S2385.

45. Nilsson, M.J., Gelnett, D.J., and Soli, S.D. (1995). "Binaural directional hearing in noise with conventional hearing aids," NIDCD Interdisciplinary Forum on Hearing Aid Research and Development, Bethesda, Maryland.

46. Nilsson, M.J., Jayaraman, S., and Soli, S.D. (1993). "The separate contribution of head-shadow and binaural interactions to directional hearing in noise," Journal of the Acoustical Society of America 94, S1888.

47. Nilsson, M.J., Sullivan, J., and Soli, S.D. (1991). "Measurement and prediction of hearing handicap using an additive noise model," Journal of the Acoustical Society of America 90, S2326.

48. Nilsson, M.J., Sullivan, J., and Soli, S.D. (1991). "Validation of a speech intelligibility test using SRT for hearing aid research," Journal of the Acoustical Society of America 89, S1960.

49. Nilsson, M.J., Vermiglio, A.J., Soli, S.D (1998). "A Comparison of Signal Detection, Speech Understanding, and Localization Performance," poster presentaiton, American Academy of Audiology Tenth Annual Conference, Los Angeles, California.

50. Nilsson, MJ, Vermiglio, AJ, and McCaw, VM (1998). "Aided and unaided assessment using HINT for Windows," Instructional course, American Academy of Audiology, Los Angeles.

51. Opie, JM, Mills, D, Smith, S, Donaldson, G, and Soli, SD (1999). "New directions in speech perception," Instructional course, American Academy of Audiology, Miami

52. Paul-Brown, D., and Soli, S.D. (1981). "Interactions of lexical status and stimulus dominance effects in dichotic listening," Journal of the Acoustical Society of America 69, S114.

53. Shiroma, M, Iwaki, T, Kubo, T, and Soli, SD (2001). "Development of the Hearing In Noise Test (HINT) in Japanese," IIIrd Congress of Asia Pacific Symposium on Cochlear Implant and Related Sciences, Osaka

54. Sigfrid Soli, Sung-Kyun Moon, Hong Joon Park, Seung-Chul Lee, Young-Myoung Chun, Hanah Lee, Kyoung You, Jae Lee (2006). Korean HINT: Cross-Language Equivalency in

Normal and CI Listeners. Presented at the 9th International Conference on Cochlear Implants, Vienna, Austria.

55. Sigfrid Soli, Xin Xi, Fei Ji, Ai-Ting Chen, Meng-Di Hong, Dong-Yi Han, Jianing Wei (2006). Effects of Cochlear Implant Microphone Location on Speech Intelligibility. Presented at the 9th International Conference on Cochlear Implants, Vienna, Austria.

56. Soli, S.D. (1978). "Perceptual segmentation of consonant-vowel syllables," Journal of the Acoustical Society of America 63, S5.

57. Soli, S.D. (1981). "Second formants in fricatives," Journal of the Acoustical Society of America 69, S15.

58. Soli, S.D., and Mann, V.A. (1982). "The influence of vocalic context on the /s/-/sh/ distinction in initial and final position," Journal of the Acoustical Society of America 71, S75.

59. Soli, S.D., and Mann, V.A. (1983). "Acoustic and articulatory asymmetries in fricative-vowel and vowel-fricative productions," Journal of the Acoustical Society of America 73, S53.

60. Soli, S.D., and Wilson, B.S. (1988). "Within-subject comparisons of analog and pulsatile speech processors for cochlear implants," Journal of the Acoustical Society of America 84, S40.

61. Soli, S.D., Arabie, P., and Carroll, J.D. (1984). "Representation of discrete structure underlying perceptual confusions between phonemes," Journal of the Acoustical Society of America 76, S88.

62. Soli, S.D., Kirby, V.M., van den Honert, C., and Widin, G.W. (1987). "Evaluation of a multichannel cochlear implant," Journal of the Acoustical Society of America 82, S71.

63. Soli, S.D., Kirby, V.M., Van Tasell, D., and Widin, G.P. (1985). "Time-intensity envelope cues for consonant recognition," Journal of the Acoustical Society of America 78, S69.

64. Soli, S.D., Lasalle, A.D., and Summers, W.V. (1980). "Perceptual information for voicing of postvocalic fricatives," Journal of the Acoustical Society of America 67, S50.

65. Soli, S.D., Strange, W., and Jenkins, J.J. (1977). "Separability of place and voicing cues for initial consonants in natural speech," Journal of the Acoustical Society of America 61, S47.

66. Soli, S.D, Vermiglio, A.J., Cruz, R.J. (2000). "Clinical applications of the Hearing-in-Noise Test (HINT)," Instructional course presented at the American Academy of Audiology Twelfth Annual Conference, Chicago, Illinois

67. Soli, S.D., and Nilsson, M.J. (1997). "Predicting speech intelligibility in noise: The role of factors other than pure-tone sensitivity," Journal of the Acoustical Society of America, abstract to be published.

68. Soli, S.D., and Shannon, R.V. (1993). "Design of auditory prostheses to aid speech communication," Journal of the Acoustical Society of America 94, S1818.

69. Soli, S.D., and Sullivan, J.A. (1997). "Factors affecting children's speech communication in classrooms," Journal of the Acoustical Society of America, abstract to be published.

70. Soli, S.D., Gao, S.X., & Nilsson, M.J. (1996). "An algorithm for enhancement of binaural hearing with hearing aids," Journal of the Acoustical Society of America 100, 2739-2740.

71. Soli, S.D., Gelnett, D., Mayhugh, C., Nilsson, M.J., and Agnew, J. (1995). "Assessment of binaural directional hearing in hearing aid fitting," Instructional Short Course, American Academy of Audiology, Dallas, Texas.

72. Soli, S.D., Mayhugh, C., and Nilsson, M.J. (1996). "Applications for advanced methods of measuring hearing in noise." Short course presented at the Meeting of the American Academy of Audiology, Salt Lake City, Utah.

73. Soli, S.D., Mayhugh, C., Gelnett, D., Agnew, J., and Nilsson, M.J. (1995). " Advanced research in hearing in noise," Starkey Research Seminar, American Academy of Audiology, Dallas, Texas.

74. Soli, S.D., Nilsson, M.J., and Gelnett, D.J. (1996) "The effects of sensorineural hearing loss on binaural directional hearing." Poster presented at the Meeting of the Association for Research in Otolaryngology, St. Petersburg, Florida.

75. Soli, S.D., Nilsson, M.J., McCaw, V., & Vermiglio, A. (1997). "Use of HINT for Windows to assess functional hearing in noise," Short course, American Academy of Audiology, Fort Lauderdale, FL.

76. Soli, S.D., Sullivan, J., Mayhugh, C., Nilsson, M.J., and Agnew, J. (1994). "Assessment of binaural directional hearing in hearing aid fitting," Instructional Short Course, American Academy of Audiology, Richmond,

77. Soli, SD (1997). "Assessment of binaural directional hearing,", Boston University, Boston, November, (invited)

78. Soli, SD (1997). "Effects of language experience on speech intelligibility in noise," ASHA symposium on Second Language Learning, Boston, November, (invited)

79. Soli, SD (1997). "Individual differences in functional hearing ability," special session, Acoustical Society of America, San Diego, December, (invited)

80. Soli, SD (1998). "Empirical assessment of hearing disability," AAO Committee on Hearing, AAO-HNS Meeting, San Antonio, October, (invited)

81. Soli, SD (1998). "Feedback cancellation algorithms for hearing aids," Old Dominion University, Norfolk, October, (invited)

82. Soli, SD (1998). "Measuring and preventing acoustic feedback in hearing aids," Issues in Advanced Hearing Aid Research, Lake Arrowhead, May, (invited)

83. Soli, SD (1998). "Objective assessment hearing aid benefit," Pre-Convention Workshop on Outcome Assessment, American Academy of Audiology, Los Angeles, (invited)

84. Soli, SD (1998). "Recent advances in hearing aid technology," SHHH National Meeting, Boston, June, (invited)

85. Soli, SD (1999). "Classroom acoustics and classroom learning," special session, American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Chicago, January, (invited)

86. Soli, SD (1999). "Feedback cancellation algorithm for hearing aids," Philips Hearing Aid Company, Eindhoven, Netherlands

87. Soli, SD (1999). "Feedback cancellation algorithm for hearing aids," Oticon Hearing Aid Company, Copenhagen

114

88. Soli, SD (1999). "Hearing aid technologies and algorithms," Samsung Advanced Institute of Technology, Seoul, Korea, February

89. Soli, SD (1999). "Issues in classroom acoustics," Architectural and Transportation Barriers Compliance Board (ACCESS Board), Washington, DC, June, (invited)

90. Soli, SD (1999). "The reference transmitter and receiver: Middle ear implant metrology," Otologics' surgeon investigators meeting, AAO, New Orleans

91. Soli, SD (2000). "Assessment of binaural function in clinical environments," Binaural Hearing Conference, University of Iowa Medical School, Iowa City, (invited)

92. Soli, SD (2000). "Direct mechanical stimulation of the ossicles via middle ear implant devices," International Hearing Aid Research Conference, Lake Tahoe, (invited)

93. Soli, SD (2000). "Functional hearing assessment in occupational health," Ear Professionals International Workshop, Lake Geneva, (invited)

94. Soli, SD (2000). "HINT and functional hearing assessment," Annual Military Audiology Meeting, Norfolk, (invited)

95. Soli, SD (2001). "Current trends in middle ear implants," Special Podium Session, American Academy of Audiology, San Diego, (invited)

96. Soli, SD (2001). "Hearing conservation: Alternatives to the present paradigm" Short Course, American Academy of Audiology, San Diego,

97. Soli, SD (2001). "Mechanical stimulation of the ossicles via middle ear implant devices," CID Conference, (invited)

98. Soli, SD (2001). "Preliminary middle ear implant results," IIIrd Congress of Asia Pacific Symposium on Cochlear Implant and Related Sciences, Osaka (invited)

99. Soli, SD (2001). Assessment of functional hearing ability, Sigfrid D. Soli, invited tutorial presentation, National Institute Standards and Technology, Gaithersburg, MD.

100. Soli, SD (2001). Assessment of the classroom as a communication channel, Sigfrid D. Soli, invited presentation by the Acoustical Society of America, Ft. Lauderdale, FL.

101. Soli, SD (2001). Issues in practical assessment of binaural hearing abilities, Sigfrid D. Soli, invited presentation at Asilomar meeting, August 2001, Pacific Grove, CA.

102. Soli, SD (2001). The Hearing In Noise Test (HINT), Sigfrid D. Soli, invited presentation at Academy of Dispensing Audiologists, Asheville, NC.

103. Soli, SD (2002). Assessment of functional hearing abilities in noise, SD Soli, Audio Engineering Society, Los Angeles, CA.

104. Soli, SD (2002). Assessment of functional hearing ability with the Hearing In Noise Test, SD Soli, invited presentation at the Canadian Speech and Hearing Association, Ottawa, Canada.

105. Soli, SD (2002). Assessment of noise levels for hearing-critical jobs, Sigfrid D. Soli, National Hearing Conservation Association, Dallas, TX.

106.    Soli, SD (2002). Hearing loss, background noise, and functional hearing ability, SD Soli, invited presentation to the Society of Motion Picture and Television Engineers, Los Angeles, CA.

107.    Soli, SD (2002). Rationale for acoustical performance criteria in classrooms, SD Soli, Orange County Chapter of the Acoustical Society of America, Irvine, CA.

108.    Soli, SD (2003). Choice and development of testing materials for hearing aid assessment, SD Soli, invited presentation at Prospects for Communicative Research in Hong Kong— 2003 Seminar on Development of Language, Speech, and Hearing Assessment Instruments, Hong Kong.

109.    Soli, SD (2003). IMEHD output and in vitro modeling systems, invited presentation at the FDA Implantable Middle Ear Hearing Device (IMEHD) Strategy Meeting, Rockville, MD.

110.    Soli, SD (2003). Multilingual assessment of functional hearing ability, SD Soli, invited presentation at the 9th Ajou Otology Symposium—Cochlear Implantation, Ajou University Hospital, Suwon, Korea.

111.    Soli, SD (2003). Outcome Assessment: Comparing results for tonal and non-tonal languages, SD Soli, invited presentation for the 4th Congress of the Asia Pacific Symposium on Cochlear Implants and Related Sciences, Taipei, Taiwan.

112.    Soli, SD (2003). Reliability of speech tests for audiological assessment of hearing aid benefit, SD Soli, American Academy of Audiology, San Antonio, TX.

113.    Soli, SD (2003). Use of the Bone-anchored hearing aid (BAHA) for trans-cranial stimulation of individuals with single-sided deafness, SD Soli, invited presentation for the 4th Congress of the Asia Pacific Symposium on Cochlear Implants and Related Sciences, Taipei, Taiwan.

114.    Soli, SD (2004). Applications of the Hearing In Noise Test (HINT), SD Soli, invited presentation at the Brazilian International Audiology Meeting, Bauru, Brazil.

115.    Soli, SD (2004). Are speech tests superior to pure tones for assessing hearing impairment? SD Soli, invited oral presentation at the meeting of the National Hearing Conservation Association, February 2005, Tucson, AZ.

116.    Soli, SD (2004). Assessment of functional hearing ability in real-world sound environments, SD Soli, invited presentation to the Los Angeles chapter of the Acoustical Society of America, Los Angeles, CA.

117.    Soli, SD (2004). Clinical measures with IMEHDs: Patient selection, device fitting, outcome assessment, invited presentation at the FDA Implantable Middle Ear Hearing Device (IMEHD) Second Strategy Meeting, Rockville, MD.

118.    Soli, SD (2004). Development of the Hearing In Noise Test (HINT) in new languages, SD Soli, invited presentation at the Brazilian International Audiology Meeting, Bauru, Brazil.

119.    Soli, SD (2004). Devices and technologies for enhancing speech communication: What the present holds and the future promises, SD Soli, invited presentation at the National Summit on Deafness sponsored by the AG Bell Association, Washington, DC.

120.    Soli, SD (2004). Reliability of speech tests for audiological assessment of hearing aid benefit, SD Soli, American Academy of Audiology, Salt Lake City, UT.

121.    Soli, SD (2004). Use of the bone-anchored hearing aid as a treatment for single-sided deafness, SD Soli, invited oral presentation at the Speech and Hearing Association of Virginia, March 2005, Charlottesville, VA.

122.    Soli, SD, and Brackmann, DE (2002). HEI's experience with the BAHA as a treatment for single-sided deafness. SD Soli and DE Brackmann, invited presentation at Entific International Conference, Sardinia, Italy.

123.    Soli, SD, and Freed, DJ (2004). A quantitative evaluation of acoustic feedback cancellation algorithms used in contemporary digital hearing aids. International Symposium on Middle Ear Implants, Kyungpook National University, Daegu, Korea.

124.    Soli, SD, and Larson, VD (2005). A system for assessing the fit of hearing protectors in the field. National Hearing Conservation Association, Tucson, AZ.

125.    Soli, SD, and Vermiglio, AJ (2001). "Pure-tone audiometry and the Hearing-in-Noise Test (HINT)," Annual meeting of the National Hearing Conservation Association, Raleigh, (invited)

126.    Soli, SD, Gao, S, Vermiglio, AJ, and Freed, DJ (1999). "Prevention of acoustic feedback during hearing aid fitting," Instructional course, American Academy of Audiology, Miami

127.    Soli, SD, Gao, S, Vermiglio, AJ, and Freed, DJ. (1999). "Prevention of acoustic feedback during hearing aid fitting," 144, American Academy of Audiology, Miami.

128.    Soli, SD, Laroche, C, and Giguere, C (2003). Predicting speech intelligibility in noise for hearing-critical jobs. Acoustical Society of America, Austin, TX.

129.    Soli, SD, Laroche, C, Giguere, C, and Vaillencourt, V (2004). A model for prediction of functional hearing abilities in real-world noise environments. International Hearing Aid Research Conference, Lake Tahoe, CA.

130.    Soli, SD, Laroche, C, Wong, LN, Shiroma, M, and Abdala, C (2002). Cross-language assessment of functional hearing, International Hearing Aid Research Conference, Lake Tahoe, CA.

131.    Soli, SD, Vaillencourt, V, Laroche, C, and Giguere, C (2004). HINT: A clinical tool unknown to most Canadian audiologists. Canadian Association of Speech-Language Pathologists and Audiologists, Ottawa, Canada.

132.    Soli, SD, Vermiglio, AJ, Wen, K, and Abdala, C (2002). Development of the Hearing In Noise Test in Spanish, Joint Meeting of the Acoustical Society of America and the Acoustical Society of Mexico, Cancun, Mexico.

133.    Soli, SD, Vermiglio, AJ, Wen, K, Laroche, C, Giguere, C, Iwaki,, T, Shiroma, T, and Wong, LN (2002). Development of the Hearing In Noise Test (HINT) in New Languages, , American Academy of Audiology, Philadelphia, PA.

134.    Sullivan, J.A., Eisenberg, L., Allsman, C., and Soli, S.D. (1990). "Laboratory and field evaluation of hearing aid performance in noise," Journal of the Acoustical Society of America 87, S25.

135.    Sullivan, J., and Soli, S.D. (1991). "Effects of hearing aids on directional hearing," Journal of the Acoustical Society of America 90, S2267.

136.    Summers, W.V., and Soli, S.D. (1982). "Syllable type influences the acoustic consequences of variations in lexical stress," Journal of the Acoustical Society of America 71, S113.

137.    Vaillancourt, V, Laroche, C, Soli, SD, and Giguere, C (2004). Use of audio VR to evaluate functional hearing abilities in the workplace. 2004 Conference on Cybertherapy, San Diego, CA.

138.    Vermiglio, A.J., Freed, D.J., Soli, S.D (2000). "When "Normal" isn't normal part 2: pure-tone audiograms, HINT, DPOAE and HHIA Results for Obscure Auditory Dysfunction (OAD) and control subjects," poster presentation, American Academy of Audiology Twelfth Annual Conference, Chicago, Illinois

139.    Vermiglio, A.J., Nilsson, M.J., & Soli, S.D. (1997). "Assessment of functional hearing: The Source Azimuth Identification in Noise Test (SAINT)," American Academy of Audiology, Fort Lauderdale, FL.

140.    Vermiglio, A.J., Nilsson, M.J., Freed, D.J., Cody, D., Soli, S.D (1999). "When "Normal" isn't normal: pure-tone audiograms, HINT, DPOAE and HHIA Results for Obscure Auditory Dysfunction (OAD) and control subject," poster presentation, American Academy of Audiology Eleventh Annual Conference, Miami, Florida.

141.    Vermiglio, A.J., Nilsson, M.J., Soli, S.D. Freed, D.J (1998). "Development of a Virtual Test of Sound Localization: The Source Azimuth Identification in Noise Test (SAINT)," poster presentation, American Academy of Audiology Tenth Annual Conference, Los Angeles, California.

142.    Vermiglio, AJ, and Soli, SD (2004). A measurement of sound level perception when using the bone-anchored hearing aid (BAHA) for trans-cranial stimulation of individuals with single-sided deafness, AJ Vermiglio and SD Soli, International Hearing Aid Research Conference, Lake Tahoe, CA.

143.    Vermiglio, AJ, Soli, SD, Freed, DJ. (2001). "Relationship of audiometric thresholds, HINT and localization," 143, American Academy of Audiology, San Diego,.

144.    Widin, G.P., Soli, S.D., and Kirby, V.M. (1985). "Perceptual similarity of complex signals presented by electrical stimulation of the auditory nerve," Journal of the Acoustical Society of America 77, S81.

145.    Wong, L., Sullivan, J.A., and Soli, S.D. (1993). "Characterization of hearing aids with broadband noise stimuli." Paper presented at the American Academy of Audiology, Phoenix, Arizona.

146.    Yao, K., Korompis, D., Wang, A., Hudson, R., Lorenzelli, F., Soli, S.D., Nilsson, M.J., and Gao, S. (1995). "Microphone array for hearing aid preprocessing," NIDCD Interdisciplinary Forum on Hearing Aid Research and Development, Bethesda, Maryland.

147.    Yao, K., Soli, S.D., and Korompis, D. (1994). "Wideband microphone array for hearing aid preprocessing," Journal of the Acoustical Society of America 96, S3244.

148.    Yeni-Komshian, G., and Soli, S.D. (1979). "Extraction of vowel information from fricative spectra," Journal of the Acoustical Society of America 65, S7.

149.   Yun Zheng and Sigfrid D. Soli  (2007). Application of the Mandarin Early Speech Perception Test (MESP). Presentation at the WHO 1st International Conference on Prevention and Rehabilitation of Hearing Impairment, Beijing, PRC.

150.   Yun Zheng, Kai Wang, and Sigfrid D. Soli  (2006). The Mandarin Early Speech Perception Test (MESP): An Assessment Tool for Early Intervention with Hearing Impaired Children. Presentation at the International Hearing Aid Research Conference, Lake Tahoe, California.

151.   Yun Zheng, Kai Wang, Zhaoli Meng, and Sigfrid D. Soli (2007). Development of the Mandarin Early Speech Perception Test (MESP). Presentation at the WHO 1st International Conference on Prevention and Rehabilitation of Hearing Impairment, Beijing, PRC.

## Invited Presentations (Selected)

1985

Gordon Conference on Implantable Auditory Prostheses,  Tilton, New Hampshire

1986

Research Laboratory in Electronics, Massachusetts Institute of Technology,  Cambridge, Massachusetts

1987

Gordon Conference on Implantable Auditory Prostheses

1988

Kresge Research Institute, University of Michigan,  Ann Arbor, Michigan

1989

Engineering Foundation Conference on Implantable Auditory Prostheses,  Potosi, Missouri

NIDR Conference on Hearing Aid Research, New York, New York

1990

Arrowhead Conference, Issues in Advanced Hearing Aid Research, Lake Arrowhead, California

1991

Conference on Implantable Auditory Prostheses,  Asilomar, California

1992

IEEE Workshop in Audio and Acoustic Signal Processing, Mohonk, New York

1993

AAO Cherry Blossom Conference, Washington, D.C.

International Conference on Implantable Auditory Prostheses and Hearing Aids, Orlando, Florida

1994

Arrowhead Conference, Issues in Advanced Hearing Aid Research, Lake Arrowhead, California

1995

John O'Neal Lecture, University of Illinois, Champaign, Illinois

40th International Congress of Hearing Aid Acousticians, Hamburg, Germany

International Symposium on Signals, Systems, and Electronics, San Francisco, California

1996

Special Session on Digital Hearing Aids, Joint Meeting of the Acoustical Society of America and the Acoustical Society of Japan, Honolulu, Hawaii

1997

Workshop on Classroom Acoustics, Acoustical Society of America, Los Angeles, California

International Symposium on Speech Perception by Non-Native Listeners, Boston, Massachusetts

Special Session on Basic Science at the Intersection of Speech Science and Communication Disorders, Acoustical Society of America, San Diego, California

1998

Arrowhead Conference, Issues in Advanced Hearing Aid Research, Lake Arrowhead, California

Department of Electrical Engineering, Old Dominion University, Norfolk, Virginia

Von Ripper Lectures, University of Western Michigan, Kalamazoo, Michigan

1999

Special session on classroom acoustics, American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Chicago

Special presentation on issues in classroom acoustics, Architectural and Transportation Barriers Compliance Board (ACCESS Board), Washington, DC

2000

Annual Military Audiology Meeting, Norfolk

Workshop on Advances in Hearing Assessment for Occupational Health, Ear Professionals International, Lake Geneva

Binaural Hearing Conference, University of Iowa Medical School, Iowa City

International Hearing Aid Research Conference, Lake Tahoe

Annual meeting of the National Hearing Conservation Association, Raleigh

2001

CID Conference in Honor of James Miller, St. Louis

Special Podium Session on Middle Ear Implants, American Academy of Audiology, San Diego

Asilomar Conference on Implantable Auditory Prostheses

Hong Kong University Hearing and Speech Department

2002

National Hearing Conservation Association, Dallas

California Speech and Hearing Association

Entific International Conference, Sardinia

Ajou University, Korea

Audio Engineering Society, Los Angeles

Acoustical Society of America, Cancun

Chinese University of Hong Kong (2 talks)

National Acoustics Laboratory, Sydney

2003

The 9th Ajou Otology Symposium, Suwon, Korea

4th Congress of Asia Pacific Symposium on Cochlear Implant and Related Sciences (APSCI), Taipei, Taiwan

Kyoto Satellite Symposium to APSCI, Kyoto, Japan

Seminar on the Development of Speech and Hearing Assessment Tools, Chinese University of Hong Kong, Hong Kong

Acoustical Society of America, Austin

2004

AG Bell Summit on Deafness, Washington, DC

University of Alberta Department of Hearing and Speech Science, Edmonton, Alberta

Brazilian Audiology Association, Bauru, Brazil

Canadian Association of Speech Pathologists and Audiologists, Ottawa, Canada

2005

Speech, Hearing, and Audiology Association of Virginia, Charlottesville

Seminar on Mathematics of the Ear and Sound, Institute for Pure and Applied Mathematics, UCLA

Seminars on direct connect CI testing, Beijing, China, and Seoul, Korea

Seminar on Middle Ear Implants, Kyungpook National University, Daegu, Korea

Keynote lecture, Forum for hearing instrument developers, Oldenburg, Germany

2006

Keynote lecture on global harmonization of audiology, Implant and Rehabilitative Otology, Chinese University of Hong Kong, Hong Kong, China

Keynote lecture, founding ceremony for the Chinese Academy of Audiological Rehabilitation, Tianjin, China

Seminars and lectures on functional hearing assessment, National Meeting of the Turkish Academy of Audiology, Ankara, Turkey

Seminar on round window implants, World Congress on Medical Physics and Biomedical Engineering 2006, Seoul, Korea

# EXHIBIT B

The following is a list of patents, documents and other information I considered in preparing my report.

Patents

| |
|---|
| U.S. Patent No. (US) 4,731,850 and prosecution history and references cited |
| U.S. Patent No. (US) 4,879,749 and prosecution history and references cited |
| CH653508 |
| DE3264764 |
| EP209894 |
| GB1305359 |
| GB1595260 |
| JPS5964994 (English translation) |
| US2263233 |
| US2723316 |
| US3105877 |
| US3257510 |
| US3429999 |
| US3651266 |
| US3803357 |
| US3995124 |
| US4025721 |
| US4052559 |
| US4099035 |
| US4109116 |
| US4122303 |
| US4130726 |
| US4131760 |
| US4170720 |
| US4185168 |
| US4187413 |
| US4188667 |
| US4191864 |
| US4232192 |
| US4238746 |
| US4308425 |
| US4366349 |
| US4378468 |
| US4412097 |
| US4425481 |
| US4449237 |
| US4453039 |
| US4471171 |

| US4489610 |
|---|
| US4508940 |
| US4548082 |
| US4589137 |
| US4596902 |
| US4622440 |
| US4628529 |
| US4630305 |
| US4658426 |
| US4731850 |
| US4747144 |
| US4751738 |
| US4783818 |
| US4791672 |
| US4879749 |
| US5029217 |

Articles

Allen, J., "Multimicrophone Signal Processing Technique to Remove Room Reverberation from Speech signals, " J. Acoustical Society of America, Vol. 62, No. 4 (Oct. 1977)

Andersen, D.B., "Noise Suppression in Speech Signals Using Pre-Whitening and the Leaky Weight Adaptive Line Enhancer," A Projection Report Presented to the Department of Electrical Engineering, Brigham Young University, February 1981

Best, L., "Digital Suppression of Acoustic Feedback in Hearing Aids," Masters Thesis, University of Wyoming, 1985

Bustamante, D.K., et al., :Measurement and Adaptive Suppression of Acoustic Feedback in Hearing Aids," 1989 International Conference on Acoustics, Speech, and Signal Processing, ICASSP-89., Vol. 3, p. 2017 - 2020 (May, 1989)

BYU Campus Memorandum from M. Orme to J. Lamb et al., Re BYU/Digital Ear License Agreement of November, 1988

Chabries, D.M., et al., "Digital Hearing Enhancement Apparatus," (undated)

Chabries, D.M., et al., "General Frequency - Domain LMS Adaptive Algorithm," submitted to IEEE Transactions on Acoustics, Speech, and Signal Processing, August 1984

Chazan, D., et al., "Noise Cancellation for Hearing Aids," 1986, IEEE Transactions on Acoustics, Speech and Signal Processing, vol. 36, no.11, p.1697-705 (Nov. 1988)

Christiansen, R.W., Chabries, D.M. and Andersen, D.B., "Noise Reduction in Speech Using a Modified LMS Adaptive Predictive Filter," Proceedings from IEEE/EM BS. Chicago, ILL, September 1985

Christiansen, R.W., Chabries, D.M. and Lynn, D., "Noise Reduction in Speech Using Adaptive Filtering I: Signal Processing Algorithms," 103rd ASA Conference, Chicago, ILL, April 26, 1982

Christiansen, R.W., et al., "A Frequency Domain Digital Hearing Aid," Final Program And Paper Summaries For The 1986 IEEE ASSP Workshop On Applications Of Signal Processing To Audio and Acoustics, Session 4 Sept. 16 ,1986

Egolf, D., "Review of the Acoustic Feedback Literature from a Control Systems Point of View", 1982, The Vanderbilt Hearing-Aid Report, 1982, p. 94-103

| JASA Weaver Abstract April '85 |
| --- |
| Kaneda, Y., et al., "Noise Suppression Signal Processing Using 2-Point Received Signals," Electronics and Communications in Japan, Vol. 67-A, No. 12, 1984 (translation) |
| McAulay, R., "Speech Enhancement Using a Soft-Decision Noise Suppression Filter" IEEE Trans. On Acoustics, Speech, and Signal Processing, Vol. ASSP-28, No. 2, April 1980. |
| Nunley, J., et al., "A wearable digital hearing aid," Hear. J. 29-31, 34-35, Oct. 1983 |
| Proposal for 1983 ASHA, "Overview: Digital Signal Processing to Enhance Speech Communication," Feb. 1983 |
| Reticon Application Note 105, "A Tapped Analog Delay For Sampled Signal Processing" p.97-101 |
| South, C., et al., "Adaptive Filter to Improve Loudspeaker Telephone, " Electronic Letters, Vol. 15, No. 21, 1979, pp. 673-674 |
| Stein, L., et al., "Listener-Assessed Intelligibility of Hearing Aid Self-Adaptive Noise Filter Ear and Hearing," Vol. 5, No. 4, 1984, pp.199-204 |
| Veterans Administration Rehabilitation R&D Progress Report 1984, The Veterans Administration, Department of Medicine and Surgery, Seldon P. Todd, Jr. Editor |
| Weaver, K., "An Adaptive Open-Loop Estimator for the Reduction of Acoustic Feedback," Masters Thesis, University of Wyoming, 1984 |
| Weaver, K., et al., "Electronic Cancellation of Acoustic Feedback to Increase Hearing Aid Stability", presentation at the 109th meeting of the Acoustical Society of America, 12 April, 1985, Austin, TX, abstract published in the Journal of the Acoustical Society of America, Vol. 77, S1, p. S105 |
| Widrow, B., et al., "Adaptive Noise Cancelling: Principles and Applications," Proceedings of the IEEE, Vol. 63, No. 12, Dec. 1975 |
| Widrow, B., et al., "Stationary and Nonstationary Learning Characteristics of the LMS Adaptive Filter," Proceedings of the IEEE, Vol. 64, No. 8, August 1976 |

Other documents

| Best Deposition Transcript dated August 30, 2007 |
| --- |
| Court's Claim Construction Order dated August 17, 2007 |
| Defendant Widex A/S's Supplemental Interrogatory Responses and Objections to Plaintiff's First Set Of Common Interrogatories To All Defendants |
| Defendants Widex A/S and Widex Hearing Aid Co. Inc.'s Prior Art Statement |
| Defendants' Opening Claim Construction Brief |
| ETG's Preliminary Infringement Analysis of Accused Widex Products |
| Levitt Curriculum Vitae |
| Levitt Deposition Transcripts of Feb. 27-28 and Aug. 23, 2007 and Exhibits |
| Plaintiff Energy Transportation Group, Inc.'s Validity Statement |
| Weaver Deposition Transcript dated August 25, 2007 |

# EXHIBIT C

# '850 and '749 PATENT INVALIDITY CHARTS

| '850 Patent - Claim 1 | IDENTITY OF PRIOR ART THAT ANTICIPATES AND/OR RENDERS CLAIM OBVIOUS |
|---|---|
| A hearing aid comprising at least one input microphone, an output receiver, and a signal transmission channel interposed between said microphone and said receiver in which the improvement comprises | **HearTech Electronic Anti-Feedback Circuit** |
| | The HearTech circuit shown includes an input microphone, an output receiver, and a signal transmission channel between the input microphone and the output receiver. For the reasons described above, it would have been obvious to implement Feedback Network B as a programmable delay line filter in view of Nunley et al. article. |
| | **Best** |
| | Best describes in Chapter V a hearing aid including an input microphone, output receiver, and a signal transmission channel between the microphone and the receiver. (Chapter V, e.g., Figure 15.) |
| | **Weaver Work** |
| | Weaver's collective work all show a hearing aid including an input microphone, output receiver, and a signal transmission channel between the microphone and the receiver. (Chapter II (e.g., Figures 2.1 and 2.4) and VI.) |
| | **Graupe '818** |
| | Graupe '818 describes a hearing aid for inputting audio information, an amplifier for amplifying the input signal, and a speaker, or output receiver. (See abstract) Graupe '818 also describes a transmission channel between the microphone and the receiver (e.g., Figure 1). |
| | **South Article** |
| | The South Article describes a loudspeaker telephone including an input microphone, an output speaker, and a transmission between the microphone and receiver. Although South describes a loudspeaker rather than a hearing aid, it would have been obvious to one of |

126

| '850 Patent - Claim 1 | IDENTITY OF PRIOR ART THAT ANTICIPATES AND/OR RENDERS CLAIM OBVIOUS |
| --- | --- |
| | ordinary skill in the art to apply the teachings of South to the analogous art of hearing aids. Further, I am informed that in this type of claim, all the structure described before the "improvement comprises" has been admitted by the patentee to be prior art. |
| a programmable delay line filter and programmable signal limiter means interposed between the input and output of said transmission channel in a feedback path for said transmission channel, | **HearTech Electronic Anti-Feedback Circuit**<br><br>The Electronic Anti-Feedback Circuit includes a Feedback Network B between the input and the output of the transmission channel in a feedback path for the transmission channel.<br><br>**Best**<br><br>Best describes an adaptive LMS delay line filter (Figures 3 and 11). As shown in Figure 11, the adaptive LMS filter is located in the feedback path between the input and output of the transmission channel.<br><br>**Weaver**<br><br>Weaver discloses an adaptive delay line filter GH [hat] between the input and output of the transmission channel. (Chapter VI and Figure 6.1). The Weaver abstract describes a system estimator that matches the open loop transfer function of the in-situ hearing aid. The acoustic feedback, which causes the hearing aid to become unstable at high gain, is effectively reduced by the addition of cancellation feedback.<br><br>**Graupe '818**<br><br>Graupe '818 discloses an adaptive delay line filter 21 in Figure 5. As shown in Figure 2, the delay line filter is located between the input and output of the transmission channel in a feedback path. |

127

| '850 Patent - Claim 1 | IDENTITY OF PRIOR ART THAT ANTICIPATES AND/OR RENDERS CLAIM OBVIOUS |
|---|---|
| | **South Article**<br><br>South discloses an adaptive filter in Figure 4 for reducing acoustic feedback. The filter is shown in the feedback path of the transmission channel.<br><br>**Egolf Vanderbilt Article**<br><br>The Egolf Vanderbilt Article describes a programmable limiter (i.e., correlation detector D and automatic gain control (AGC)) located in the feedback path, as interpreted by ETG. (See Figure 10.) |
| said filter being programmed to impart to the hearing aid at least one response characteristic effective to compensate for impaired hearing of the wearer of the aid. | **HearTech Circuit (in combination with Nunley et al.), Best, Weaver, Graupe '818, and South.**<br><br>The filters in HearTech Circuit, Best, Weaver, Graupe '818 and South all function to cancel acoustic feedback. (See description above.) |

128

| '850 Patent - Claim 5 | IDENTITY OF PRIOR ART THAT ANTICIPATES AND/OR RENDERS CLAIM OBVIOUS |
|---|---|
| A hearing aid comprising at least one input microphone, an output receiver, and a transmission channel interposed between said microphone and receiver, | **Graupe '721/Intellitech Zeta Noise Blocker**<br><br>Graupe '721 discloses a hearing aid including a microphone 11, a speaker, and a transmission channel interposed between. (3:48-66).<br><br>**Stein Article/Intellitech Zeta Noise Blocker**<br><br>The Stein article discloses a hearing aid, including a microphone and receiver, and a transmission channel interposed between. (p. 200 and Fig. 1).<br><br>**AT&T Multi-Band Compression Hearing Aid (from 12/4/84 Waldhauer "Prototype Architecture" Memo)**<br><br>The AT&T electronic ear trumpet (EET) described a transmission channel between the microphone and receiver for transfer or relay of the acquired signal. (LEV00077073; 105). |
| means controllable to impart different response characteristics to said hearing aid, and | The claim construction order appears to identify, in error, the structure corresponding to the controlling means instead of the structure that performs the function of the means controllable. The structure disclosed in Levitt '850 patent corresponding to the function of the means controllable of "imparting different response characteristics to the hearing aid" is the programmable filter 64 (structures 63a, 70-75, 77, 78, 78a, 79, and 80), as shown in Fig. 2 (i.e., the digital version), or the 5-bit counter, timing logic, and structures 63a, 77, 80 and 145-151, as shown in Fig. 4 (i.e., the analog version). My opinion is based on this assumption. I reserve the right to supplement this report should the Court revise its claim construction.<br><br>**Graupe '721**<br><br>Graupe '721 discloses a filter 27 (Fig. 3) of subsystem 16, which is adjusted so as to attenuate frequencies constituting noise without substantially affecting other frequencies in the input signal. (5:9-11). Graupe '721 discloses, as an example of the filter 27, a Wiener filter (5:18). The claim construction describes a very specific structure for the means |

| '850 Patent - Claim 5 | IDENTITY OF PRIOR ART THAT ANTICIPATES AND/OR RENDERS CLAIM OBVIOUS |
|---|---|
| | controllable. I am informed that ETG is interpreting "means controllable" so as to include merely a programmable filter. I disagree because the '850 patent describes very specific components that perform the function identified by the Court, as stated above. |
| | In my opinion, the means controllable of claim 5, as applied by ETG, would be described by the Wiener filter of Graupe '721, which would qualify as a "programmable filter" under such an interpretation. |
| | **Stein Article/Intellitech Zeta Noise Blocker** The Stein article describes the GCAF as a "self-adaptive filter" including a filter with adjustable parameters that is responsive to parameter identification circuitry. (p. 200 and Fig. 1). Stein, as noted above, expressly refers to Graupe '721 in its description of the filter. |
| | **AT&T Multi-Band Compression Hearing Aid (from 12/4/84 Waldhauer "Prototype Architecture" Memo)** The EET was described to perform noise suppression in multiple frequency bands or channels using a programmable compressor structure. (LEV00077074, LEV00077086, and LEV00077097-98). |
| | The Memo states that "valley detection" may be used to "evaluate the noise level, and modify the lower knee point of the compression characteristic upward to suppress this noise." (LEV00077086). The Memo further describes that the detectors "include several central operating features of the hearing aid, including the attack and release times and the type of detection (energy, peak detection). In addition, once the envelope of the signal is detected, the minima of the signal (or valley) can be determined and held for an arbitrary period. This allows us to measure the background noise level and adjust the knee point accordingly so that the noise is suppressed." (LEV00077097-98). |
| | My understanding is ETG is applying the means controllable to programmable compressor structures, and therefore using ETG's construction, would include a programmable compressor structure of the EET. |

130

| '850 Patent - Claim 5 | IDENTITY OF PRIOR ART THAT ANTICIPATES AND/OR RENDERS CLAIM OBVIOUS |
|---|---|
| controlling means responsive to the level of speech signals in said transmission channel in excess of the level of noise signals in said channel for automatically controlling said controllable means to impart a selected one of said different response characteristics to said hearing aid. | **U.S.P.N. 4,025,721 to Graupe**<br><br>Graupe '721 teaches automatically controlling a filter, which imparts different response characteristics to the hearing aid.<br><br>More specifically, Graupe '721 teaches responding to the level of speech signals in a transmission channel in relation to the level of noise signals in excess of the level of noise. This is done to automatically control a filter to select one of a variety of different response characteristics and to impart those characteristics to a hearing aid.<br><br>Graupe '721 describes identifying speech in a signal in the presence of noise. Figures 4A and 4B display in greater detail how speech, noise, speech plus noise, and quiet intervals are identified according to the '721 patent. Recognition subsystem 15A extracts and identifies parameters with parameter identifier 33. The variance of the input signal is calculated by element 32 and applied to threshold detector 34. If the variance is below the threshold value the signal is passed through the system without further processing. If the variance of the signal is above the threshold value, it is assumed to contain speech, noise, or speech plus noise and is passed to adaptive filter subsystem 16A. At the same time, element 43 tests the signal parameters to determine whether they are stationary, and thus characterize noise during a pause, or non-stationary, and thus characterize speech or speech plus noise. In the event that a noise interval is identified, the noise parameters, $\alpha_n$, are stored in element 44 for use in adaptive filter subsystem 16A. If the signal parameters, $\alpha_y$, are non-stationary and exceed the threshold value, they represent an interval containing speech. In this instance, element 43 functions as a speech detector. If speech is detected, element 43 outputs speech parameters. (6:55-7:3.) The speech parameters are passed to element 46 for comparison with the previously stored noise parameters, $\alpha_n$. This comparison of previously stored noise parameters, $\alpha_n$, and speech or speech plus noise parameters, $\alpha_y$, allows element 46 to compute the parameters of the speech, $\alpha_s$. The condition allowing the computation of speech parameters will include a comparison of the level of speech in relation to the level of the noise. (5:58-7:4.) The speech parameters output from element 46 are used in combination with the noise parameters output from |

131

| '850 Patent - Claim 5 | IDENTITY OF PRIOR ART THAT ANTICIPATES AND/OR RENDERS CLAIM OBVIOUS |
|---|---|
| | element 44 to generate parameters applied to filter 42. (Fig. 4B.) Filter 42 thereby is automatically controlled to select a different one of the response characteristics to the hearing aid. |
| | Graupe '721 describes a recognition subsystem in which parameter identification is made using time series models. Graupe '721 also describes the parameter identification can be made by way of spectral identification using Fourier Transformation processes. (4:18-30.) Both of these methods introduce undesirable computational complexity and processing delays, as was known at the time of the ETG patents. |
| | **Stein Article/Intellitech Zeta Noise Blocker** – The Stein article describes the GCAF as a "self-adaptive filter" including a filter with adjustable parameters that is responsive to parameter identification circuitry. (p. 200 and Fig. 1). Stein, as noted above, expressly refers to Graupe '721 in its description of the filter. |
| | **Borth**<br>Borth '529 specifically points out undesirable features for noise suppression systems, like those used in Graupe '721. (4:46-53.) Borth '529 proposes an alternative implementation using a channel-filter bank technique which overcomes both of these undesired features. (4:53-65, Fig. 2.) This alternate implementation separates a signal plus noise signal into a number of selected frequency channels by a channel divider 210. Borth '529 describes the channel divider 210 as "typically comprised of a number N of contiguous bandpass filters." (4:66-67.) |
| | In my opinion, a person of ordinary skill in the art at the time of the ETG patents would have found it obvious to use the channel filter bank technique of Borth with the Graupe '721 recognition subsystem. Graupe's realization of the recognition subsystem uses a linear delay device for parameter identification, which introduces both processing delay and computational complexity of the type that Borth describes. Because of the problems that Borth has identified, it would have been obvious to use the channel filter bank technique instead of a linear delay device or a spectral identification device based on a |

132

| '850 Patent - Claim 5 | IDENTITY OF PRIOR ART THAT ANTICIPATES AND/OR RENDERS CLAIM OBVIOUS |
|---|---|
| | Fourier Transform. The channel filter bank technique allows one to identify within each channel the level of speech in relation to the level of noise without additional delays and complexity of the methods used by Graupe '721. Information about the level of speech in relation to the level of noise in each channel can be used to select response characteristics for the hearing aid. |
| | I am informed that while the Examiner considered Borth '529, he did not have the Graupe '721 reference or the Stein Article, and thus did not consider the combination of Graupe '721 or Stein with the channel filter bank teaching of Borth '529. |
| | **AT&T Multi-Band Compression Hearing Aid (from 12/4/84 Waldhauer "Prototype Architecture" Memo)** |
| | My understanding is that ETG is applying the controlling means to noise reduction algorithms. Based on this broad construction, the controlling means would include "2.4 The Algorithm for Compression in Bands." |
| | "The function of the algorithm is to translate several parameters and variables into four sets of binary integers that set the digitally operated gain controls in each of the four frequency bands." |
| | "We may use valley detection to evaluate the noise level, and modify the lower knee point of the compression characteristic upward to suppress this noise." (LEV00077086). |

133

| '850 Patent - Claim 6 | IDENTITY OF PRIOR ART THAT ANTICIPATES AND/OR RENDERS CLAIM OBVIOUS |
|---|---|
| A hearing aid as described in claim 5 in which said controlling means comprises | See claim 5 claim charts. |
| speech detector means for determining when speech signals are in said transmission channel, | According to the claim construction order, the function of the speech detector means is "determining when speech signals are in the transmission channel." Corresponding structure is speech detector 96, and all equivalents thereof. |
| | Graupe '721 discloses determining when speech signals are in a transmission channel. (4:44-60; 6:55-7:3.) Graupe '721 also discloses a circuit 43 that performs this function. (Fig. 4B.) |
| | **Graupe '721.** |
| | The '721 patent describes a "recognition subsystem" for a hearing aid that is used to classify intervals in an input signal as to whether they contain near-stationary noise, speech plus near-stationary noise, speech alone, or silence. The classification of an interval determines subsequent processing steps that in turn determine the response characteristic of the hearing aid. The recognition subsystem, or interval classifier, in the '721 patent identifies spectral or temporal parameters of an input signal and determines whether they meet predetermined criteria for being stationary (4:12-18). These parameters are identified periodically at intervals much shorter than the intervals between syllables and pauses in speech (4:31-35). One normally skilled in the art at the time would recognize that the output of a short term level detector and the magnitude component of a spectral parameter, or the variance of a temporal parameter extracted from the same signal over the same periodic short intervals are very similar and highly correlated. |
| | The '721 patent states that during speech intervals the parameters will fluctuate, while during pauses in speech when near-stationary noise is present the parameters will not change significantly over. Thus, intervals characterized by relatively constant parameter values are classified as noise intervals, and intervals with fluctuating values are classified as speech intervals (4:44-60). Likewise, intervals with relatively constant parameter values |

134

| '850 Patent - Claim 6 | IDENTITY OF PRIOR ART THAT ANTICIPATES AND/OR RENDERS CLAIM OBVIOUS |
|---|---|
| | at or near zero are classified as silent intervals (4:61-62). Speech intervals may be further classified as to whether they contain speech plus noise or speech in quiet. The presence of fluctuating parameter values indicative of speech following an interval classified as silent indicates the occurrence of speech in quiet. Likewise, the presence of fluctuating parameter values indicative of speech following an interval classified as near-stationary noise indicates the occurrence of speech in noise. If the noise terminates during a speech plus noise interval, the interval classifier can use the sudden drop in level coincident with termination of the noise and re-classify the interval as speech in quiet (7:39-62). |
| | **Stein article.**

The Stein article reports a research study using a device called the "Graupe-Causey Self-Adaptive Noise Filter," abbreviated the GCAF. The article states refers to the '721 patent as the basis for the GCAF. The article also describes the means by which the interval classifier in the GCAF classifies input intervals as speech alone, speech plus noise, or noise alone. The Stein article states that variations in the power spectra from different frequency regions of an input signal are compared over a series of time windows (p. 199). One normally skilled in the art at the time would recognize that the use of variations in the power spectra, as described by Stein, variations in the spectral and temporal parameters, as described in the '721 patent, and variations in the output of a level detector followed by a short term averaging device is equivalent for the purpose of classifying intervals that contain speech or near-stationary noise. The Stein article goes on to state that intervals are classified as speech, or the occurrence of "speech phonemes," when fast temporal variations in the power spectra are evident, and that intervals are classified as noise when slow variations are evident. The Stein article implies, without detailed description, that the interval classifier in the GCAF uses parameters related to the level or power of the input signal from different frequency regions of this signal. One normally skilled in the art at the time would recognize that the means for classifying intervals based on the possible use of such additional parameters are not substantially different than the means of classification using parameters that are not frequency dependent. |
| a plurality of bandpass filter | According to the claim construction order, the function of the plurality of bandpass filter |

135

| '850 Patent - Claim 6 | IDENTITY OF PRIOR ART THAT ANTICIPATES AND/OR RENDERS CLAIM OBVIOUS |
|---|---|
| means for determining the noise frequency spectrum in said transmission channel, | means is "determining the noise frequency spectrum in the transmission channel." The corresponding structure is bandpass filter 97-100, rectifiers 109-112, sample and hold circuits 105-108, and all equivalents thereof.

Graupe '721 teaches the function recited above with the exception of the bandpass filters. Graupe '721 uses a time series identification method or a Fourier Transform to generate spectral parameters. (see claim 5 above.) Borth teaches the use of a channel filter bank employing a plurality of bandpass filters, instead of time series identification or Fourier Transform, to reduce computational complexity and processing delay. (see claim 5 above.)

In my opinion, it would have been obvious to a person of ordinary skill in the art at the time of the ETG patents to use the channel filter bank method of Borth '529. This combination would perform the identical function of the plurality of bandpass filter means set forth above.

Borth describes a structure corresponding to this function. Specifically, Borth describes a plurality of bandpass filters in the channel divider 210 followed by channel energy estimator 220 comprised of full-wave rectifiers that serve as energy detectors in each channel. The background noise estimates are generated by performing a channel energy measurement during the pauses in human speech. (5:37-56.)

It was well known at the time of the ETG patents to use sample and hold circuits to hold a value for future computation. This would be well within the realm of design options available to a circuit designer to select sample and hold circuits for this purpose. |
| a plurality of comparator means each response to said speech detector and to respective bandpass filter means for indicating whether the speech level in each said bandpass filter exceeds the noise level therein and for actuating said controlling means to impart to the hearing aid a | According to the claim construction order, the function of the plurality of comparator means is "indicating whether the speech in each bandpass filter exceeds the noise level therein and actuating the controlling means to impart to the hearing aid a response characteristic effective to compensate for the impaired hearing of the wearer of the aid at the noise levels obtaining in the channel." The corresponding structure is comparators 113-116, and all equivalents thereof.

Graupe '721 teaches the function recited above with the exception of the bandpass filters. |

| '850 Patent - Claim 6 | IDENTITY OF PRIOR ART THAT ANTICIPATES AND/OR RENDERS CLAIM OBVIOUS |
|---|---|
| response characteristic effective to compensate for impaired hearing of the wearer of the aid at the noise levels obtaining in said channel. | Graupe '721 teaches a comparison of speech plus noise parameters with noise parameters. (6:55-7:25.) These parameters are derived either from time series identification or Fourier Transform of the complete signal. (see above.) One of ordinary skill in the art at the time would understand that this comparison would indicate when the speech level exceeds the noise level. For example, when the speech level exceeds the noise level, the parameters output from element 46 will indicate this condition. In my opinion, these parameters output from element 46 would necessarily affect the coefficients of filter 42. Accordingly, the coefficients of filter 42 would impart a response characteristic to the hearing aid effective to compensate for impaired hearing of the wearer of the aid at the noise level obtaining in the channel.

It would have been obvious to a person of ordinary skill in the art at the time of the ETG patents to use the channel filter bank of Borth, as discussed above. Accordingly, separate comparators would be used for each channel.  (see claim 5 above.) |

137

| '850 Patent - Claim 9 | IDENTITY OF PRIOR ART THAT ANTICIPATES AND/OR RENDERS CLAIM OBVIOUS |
|---|---|
| A hearing aid comprising at least one input microphone, an output receiver, a signal transmission channel interposed between said microphone and said receiver, and | **Egolf Vanderbilt article**<br><br>The Egolf Vanderbilt article reviews the acoustic feedback literature from a control systems point of view. On pages 98-100, the article discusses methods for suppression of acoustic feedback by placing various filters in the forward path of sound system, or more specifically, a hearing aid. One method, described in earlier research is referred to as the gain reduction method. This method describes the use of a notch filter inserted in the forward path. The center frequency of the notch is set to coincide with peaks in the magnitude spectrum of the open loop transfer function. One normally skilled in the art at the time of the ETG patents would realize that such a filter could be implemented using a programmable delay line filter.<br><br>A second method, the phase shifting method, is also described. According to this method, a broadband phase shifting filter is inserted in the forward path of a hearing aid. By changing the phase response of the forward path, potentially unstable feedback frequencies are moved to other frequencies, where instability may not occur. One normally skilled in the art at the time of the ETG patents would understand that all-pass phase shifting can also be implemented by a programmable delay line filter.<br><br>**Beex '192.**<br><br>The '192 patent describes applications to a variety of sound amplification systems, and states that the invention is especially well suited to hearing aid applications (1:10-17).<br><br>**Graupe '667**<br><br>The '667 patent describes the use of a notch filter in the forward path of hearing aid. (9:45-10:25 and Figure 7.)<br><br>**Beex '192.**<br><br>The '192 patent describes a circuit comprised of a microphone, a signal transmission |

| '850 Patent - Claim 9 | IDENTITY OF PRIOR ART THAT ANTICIPATES AND/OR RENDERS CLAIM OBVIOUS |
|---|---|
| | channel, and a receiver. This circuit is shown in Figure 8 and described in 8:1-9:26. |
| | **Graupe '667** |
| | The hearing aid shown in Figures 5A and 5B includes a microphone 21, output receiver 24, and a signal transmission channel there between. |
| | **Larson and Egolf-VA Rehabilitation R&D Progress Report 1984** |
| | Describes a hearing aid including an input microphone and an output receiver and a signal transmission channel between those elements. |
| a programmable delay line filter interposed in a forward path between the input and output of said transmission channel, | **Egolf Vanderbilt Article** |
| | See discussion above. |
| | **Larson and Egolf-VA Rehabilitation R&D Progress Report 1984** |
| | The Larson and Egolf Progress Report describes a means of measuring the open loop transfer function of an in situ hearing aid. They use the computed values of GH to automatically place a notch filter in the forward path of the hearing aid, with notches positioned at frequencies at which the feedback is most likely to occur. By inserting such a notch filter in the forward path of the hearing aid, those values of GH that are likely to result in acoustic feedback are prevented from occurring. |
| | **Beex '192.** |
| | The '192 patent describes a programmable tapped delay line filter in Figure 7. The position of this filter in the forward path between the input and output is shown schematically in Figure 3. A more detailed circuit diagram showing a programmable tapped delay line filter in the forward path between the input and output is shown in Figure 8 and described in 8:1-9:26 |

139

| '850 Patent - Claim 9 | IDENTITY OF PRIOR ART THAT ANTICIPATES AND/OR RENDERS CLAIM OBVIOUS |
|---|---|
| | **Graupe '667** |
| | Figure 7 of Graupe '667 shows a hearing aid with filter 50 located in a forward path of the transmission channel. This filter is characterized as an "auto-regressive-moving-average (ARMA) type filter" (2:55-57). The patent also states that finite impulse filters can also be used for the same purpose, and are ideally suited for use in hearing aids (2:31:39). The '192 patent (Figure 8) and '413 patent (Figure 1) also describe the use of finite impulse response filters in the forward path of a hearing aid. |
| | **Larson and Egolf-VA Rehabilitation R&D Progress Report 1984** |
| | The Larson and Egolf Progress Report describes a means of measuring the open loop transfer function of an in situ hearing aid by inserting a pseudonoise signal. They use the computed values of GH to automatically place a notch filter in the forward path of the hearing aid, with notches positioned at frequencies at which the feedback is most likely to occur. By inserting such a notch filter in the forward path of the hearing aid, those values of GH that are likely to result in acoustic feedback are prevented from occurring. The notch filter is described as a time delay/notch filter suggesting that it is realized as a programmable delay line filter. |
| | It would be understood by one of ordinary skill in the art at the time of the ETG patents that a "time delay/notch filter" could be and often was implemented as a filter that operates on time delayed samples by multiplying each sample by a corresponding weighting coefficient and summing the weighted samples, as disclosed by Beex, for example. |
| said programmable filter being programmed to effect substantial reduction of acoustic feedback from said receiver to said microphone. | **Beex '192.** |
| | The '192 patent describes the conditions under which unstable acoustic feedback can occur, as well as a method for determination of the frequency or frequencies at which feedback instability can occur (1:18-2:7). The patent also discloses the use of a notch filter to modify the magnitude response of the hearing aid by placing the notch at the location of the frequency at which feedback instability can occur. The patent states that "the resulting transfer function vanishes the oscillation frequency," thus substantially reducing the |

140

| '850 Patent - Claim 9 | IDENTITY OF PRIOR ART THAT ANTICIPATES AND/OR RENDERS CLAIM OBVIOUS |
|---|---|
| | acoustic feedback from the receiver to the microphone (2:8-2:24). The patent goes on to describe how the notch filter can be designed as a finite impulse response filter (5:4-6:58). The patent also states, by way of example, that this filter may be implemented as a delay line filter, using a Reticon tapped delay line with 32 taps (8:15-17). |
| | **Graupe '667** |
| | The '667 patent describes the occurrence of unstable acoustic feedback in a hearing aid and a method for designing an ARMA type filter that will produce a cancellation signal at the frequency of the feedback instability (Figures 7 and 8, 9:45-10:25). |

141

| '850 Patent - Claim 10 | IDENTITY OF PRIOR ART THAT ANTICIPATES AND/OR RENDERS CLAIM OBVIOUS |
|---|---|
| A hearing aid as described in claim 1 in which said programmable delay line filter is programmed so as to effect substantial reduction of acoustic feedback from said receiver to said microphone. | See Claim 1 and the discussion of this claim set forth above. |

142