# EXHIBIT 3



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VIRGINIA 23219-4074

TEL  804 • 788 • 8200
FAX  804 • 788 • 8218

MAYA M. ECKSTEIN
DIRECT DIAL: 804-788-8788
EMAIL: meckstein@hunton.com

FILE NO: 66718.2

January 5, 2007

**VIA OVERNIGHT MAIL:**

John M. Romary
C. Gregory Gramenopoulous
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC 20001-4413

Kenneth B. Herman
William J. McCabe
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020

Jeffrey D. Shewchuk
SHEWCHUK IP SERVICES, LLP
533 77th Street West
Eagan, MN 55121

Richard Morgan
Steven Reitenour
BOWMAN AND BROOKE LLP
150 S. Fifth St., Suite 2600
Minneapolis, MN 55402

Robert C. Kahrl
David B. Cochran
Thomas R. Goots
Isaac A. Molnar
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, OH 44114

James R. Sobieraj
David H. Bluestone
Robert Pluta
Meredith Addy
BRINKS HOFER GILSON & LIONE
NBC Tower
455 Cityfront Plaza Dr.; Suite 3600
Chicago, IL 60611

Brett L. Foster
L. Grant Foster
HOLLAND & HART
60 East South Temple; Suite 2000
Salt Lake City, UT 84111

William H. Mandir
David J. Cushing
Carl J. Pellegrini
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC 20037


HUNTON & WILLIAMS

January 5, 2007
Page 2

Re: <u>Energy Transportation Group, Inc. v. Sonic Innovations, Inc., et al.</u>

Dear Counsel:

Enclosed is a DVD containing documents produced on behalf of Energy Transportation Group, Inc labeled ETG00000001 - ETG00005188. We are continuing to identify documents and will produce additional documents as soon as possible. Additionally, the documents on this DVD have been given confidentiality designations according to the proposed protective order the parties are considering.

Please let me know if you have any questions regarding this production.

Very truly yours,

Maya M. Eckstein

MME/mhw

Enclosure

cc (w/o encl): Brian M. Buroker