# EXHIBIT 5



**SUGHRUE MION, PLLC**

2100 Pennsylvania Avenue, NW
Washington, DC 20037-3213
T 202.293.7060
F 202.293.7860

www.sughrue.com

Carl J. Pellegrini
T 202-775-7485
cpellegrini@sughrue.com

April 10, 2007

<u>Via Hand Delivery</u>

Brian M. Buroker, Esq.
Hunton & Williams
1900 K St. NW, Suite 1200
Washington, DC 20006

Re:  <u>ETG v. Sonic Innovations, Inc. et al.</u>
     Case No. 1:05-cv-00422-GMS (D. Del.)
     Our Reference No.: L01530

Dear Brian:

Enclosed please find a compact disc containing new Widex production documents bearing Bates numbers WID189088 - WID189305. These documents also have some of the "OTI" Bates numbers cited in the Prior Art Statement. This disc also contains renumbered replacement copies of the following documents: WID188668 - WID188671.001, WID188929 - WID189004 and WID189009 - WID189078. These documents have the remaining "OTI" Bates numbers cited in the Prior Art Statement. If you have any questions, please let me know.

Very truly yours,

Carl J. Pellegrini

CJP
Enclosure

Washington, DC – Tokyo – Silicon Valley – San Diego