# EXHIBIT 6

Case 1:05-cv-00422-GMS    Document 492-7    Filed 12/28/2007    Page 1 of 2



HUNTON & WILLIAMS LLP
1900 K STREET, N.W.
WASHINGTON, D.C. 20006-1109

TEL    202 • 955 • 1500
FAX   202 • 778 • 2201

ROBERT KINDER
DIRECT DIAL: 202-955-1878
EMAIL: rkinder@hunton.com

September 7, 2007

FILE NO:

**Via Overnight Delivery**

Defense Counsel

Re:   RE: ETG v. Sonic (Levitt materials - LEV00077606 - LEV00085994)

Dear Counsel:

Enclosed is a CD containing documents LEV00077606 - LEV00085994, which are copies of documents previously produced to the Defense by Dr. Harry Levitt on or before August 20, 2007.

Pursuant to the Protective Order, certain of the materials are "Confidential" and "Confidential - Attorneys Eyes Only." Please handle such documents according to the Protective Order entered by the Court.

Sincerely,

Robert Kinder