# EXHIBIT 8



HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VIRGINIA 23219-4074

TEL   804 • 788 • 8200
FAX   804 • 788 • 8218

MAYA M. ECKSTEIN
DIRECT DIAL: 804-788-8788
DIRECT FAX: 804-343-4630
EMAIL: meckstein@hunton.com

June 18, 2007

FILE NO: 66718.2

TO:   ALL DEFENSE COUNSEL (Via Email Distribution)

   Re: *Energy Transportation Group, Inc. v. Sonic Innovations, Inc., et al.*

Dear Counsel:

   Several of you have asked to inspect original versions of Dr. Levitt's document production. The inspection will occur at Dr. Levitt's home        , but cannot occur between June 27 and July 9 or July 15-20.

   We ask that the defendants coordinate this inspection, as we cannot be expected to coordinate multiple inspections. The records will be available for inspection once.

   Please let me know when the defendants would like to inspect original versions of Dr. Levitt document production.

                              Very truly yours,

                              Maya M. Eckstein

MME:dbg

cc:  Brian M. Buroker

REDACTED