IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-422 GMS |
| v. ) | |
| ) | |
| WILLIAM DEMANT HOLDING A/S et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

WHEREAS, on January 3, 2008, the court held a pretrial conference in the above-captioned action;

WHEREAS, the defendants raised an issue with respect to the type of willfulness evidence that the jury may consider and, more specifically, whether the jury may consider the fact that they have not obtained advice of counsel;

WHEREAS, the defendants assert that the Federal Circuit's recent opinion in *In re Seagate Technology, LLC*, 497 F.3d 1360 (Fed. Cir. 2007), effected a change in the law such that failure to obtain advice of counsel cannot be considered by the jury;

WHEREAS, the plaintiff contends that the *Seagate* opinion effected no such change in the law;

WHEREAS, after having considered the parties' arguments and relevant law, the court concludes that, while the *Seagate* opinion does effect a change in the standard for willfulness, from the lower duty of care standard to that of objective recklessness,[1] it does not inform the totality of

---

[1] *In re Seagate, LLC*, 497 F.3d 1360, 1371 (Fed. Cir. 2007).

circumstances analysis for the objective recklessness standard as the defendants suggest; and

WHEREAS, the court further concludes that nothing in *Seagate* forbids a jury to consider whether a defendant obtained advice of counsel as part of the totality of the circumstances in determining willfulness;

IT IS HEREBY ORDERED that:

1. The defendants' request to preclude evidence regarding their failure to obtain advice of counsel is DENIED.

Dated: January 4, 2008

        /s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE