IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-422 (GMS) |
| v. | ) | |
| | ) | |
| SONIC INNOVATIONS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### [PROPOSED] ORDER

Sonic Innovations, Inc. is hereby ordered to immediately produce to counsel for ETG, counsel for the Demant Defendants, and counsel for the Widex Defendants, the following documents:

| Bates Number | Description |
|---|---|
| SII043844 - SII043850 | Rules of Procedure of the Board of Directors of HIMPP A/S, dated October 5, 2000 |
| SII043851 | Handwritten Notes regarding HIMPP & Sonic to Share Litigation Costs |
| SII043858 - SII043860 | K/S HIMPP Budget/Forecast 2000-2002, dated September 28, 2000 |
| SII043861 - SII043865 | Memorandum from Henrik Heile Christensen enclosing Documents regarding the Micropatent Surveillance |
| SII043876 - SII043878 | Minutes of HIMPP A/S Board Meeting Held on April 1, 2004 |
| SII043889 - SII043893 | Voluntary Procedures |
| SII043894 - SII043897 | Minutes of HIMPP A/S Board Meeting Held on April 3, 2003 |
| SII043906 | Letter from Bente Højmark to Greg Koskowich regarding Oppositions, dated June 17, 2003 |
| SII043964 - SII043967 | Minutes of HIMPP A/S Board Meeting Held on April 3, 2003 |
| SII043976 - SII043989 | HIMPP A/S (Hearing Instrument Manufacturers Patent Partnership A/S) Annual Report 2002 |
| SII043990 - SII043994 | HIMPP A/S (Hearing Instrument Manufacturers Patent Partnership A/S) Audit Book Comments for the Annual Report for 2002 |
| SII043995 - SII044000 | HIMPP A/S (Hearing Instrument Manufacturers Patent Partnership A/S) Statement of Taxable Income for the Year of Income 2002 (For the Year January 1, 2002 - December 31, 2002) |

| | |
|---|---|
| SII044001 - SII044017 | K/S HIMPP (Hearing Instrument Manufacturers Patent Partnership K/S) Annual Report 2002 |
| SII044018 - SII044023 | K/S HIMPP (Hearing Instrument Manufacturers Patent Partnership K/S) Audit Book Comments for the Annual Report for 2002 |
| SII044057 - SII044059 | Facsimile from Greg Koskowich to Søren Westermann, dated November 14, 2001 |
| SII044060 - SII044061 | Letter from Hans Zward to Søren Westermann, dated October 16, 2001 |
| SII044247 - SII044248 | K/S HIMPP Management Meeting, Micropatent Surveillance, Micropatent Status as of January 18, 2002 |
| SII044420 - SII044422 | Introduction to HIMPP's Surveillance with Micropatent |
| SII044514 - SII044520 | Minutes of HIMPP A/S Board Meeting Held on October 18, 2001 |

This production is for Attorneys' Eyes Only, specifically those individuals designated in paragraphs 5a and 5b of the Protective Order, for the sole purpose of addressing privilege, relevance and/or admissibility issues regarding the above-listed documents. Until further order of the Court, no other use of these documents is permitted.

The production of these documents shall not constitute a waiver of any applicable privilege, relevance, and/or admissibility claims. Any documents determined to be subject to privilege or otherwise inadmissible shall be returned or destroyed by counsel for ETG, the Demant Defendants, and the Widex Defendants within 5 days after such a determination. Both before and after the trial, the protections of the Protective Order shall apply to these documents, including paragraphs 11, 16, 19, and 21-24.

So ORDERED:

Dated: January ___, 2008                    _____
                                            CHIEF, UNITED STATES DISTRICT JUDGE

**AGREED TO AS FORM:**

/s/ Edmond D. Johnson
Edmond D. Johnson (No. 2257)
Matthew A. Kaplan (No. 4956)
PEPPER HAMILTON LLP
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

*Attorneys for*
*Energy Transportation Group, Inc.*

/s/ Donald E. Reid
Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

*Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.*

/s/ Mary B. Graham
Mary B. Graham (#2256)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC*