# Pepper Hamilton LLP
#### Attorneys at Law

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

Edmond D. Johnson
direct dial: 302.777.6539
johnsone@pepperlaw.com

January 10, 2008

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: Energy Transportation Group, Inc. v. Sonic Innovations et al.,
C.A. No. 05-422 (GMS

Dear Judge Sleet:

I am writing to bring to the Court's attention the Federal Circuit's January 8th decision in *SRI International Inc. v. Internet Security Systems Inc.*, 2007-1065 (Fed. Cir. 2008), a copy of which is attached hereto as Exhibit A. The case is the Federal Circuit's latest opinion on what constitutes reasonable accessibility for prior art purposes. I am sending it to the Court because the Court took under advisement Plaintiff's Motion in *Limine* with respect to the *Best* reference at the Pretrial Conference in referenced matter and this case is relevant to that motion.

Counsel are available for consultation if the Court has any questions.

Respectfully,

Edmond D. Johnson (# 2257)

EDJ/kw
cc: Peter T. Dalleo, Clerk of the Court
 Mary B. Graham, Esquire
 Donald E. Reid, Esquire

Philadelphia   Boston   Washington, D.C.   Detroit   New York   Pittsburgh
#9209145 v1
Berwyn   Harrisburg   Orange County   Princeton   Wilmington

www.pepperlaw.com