## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 01/01/2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: January 14, 2008

_____
Daniel G. Vivarelli, Esquire
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, D.C. 20006
Tel. (202) 955-1878

Attorneys for Energy Transportation Group, Inc

#9219678 v1