IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ENERGY TRANSPORTATION GROUP, INC.,   )
   )
               Plaintiff,   )
   )
            v.   )      C.A. No. 05-422 (GMS)
   )
SONIC INNOVATIONS, INC., et al.,   )
   )
            Defendants.   )
   )

### ORDER

IT IS HEREBY ORDERED that the United States Marshal for the District of Delaware be and

hereby is directed to furnish lunch for eight jurors engaged in the above entitled case on

February 4, 2008.


Dated: February 4, 2008         /s/ Gregory M. Sleet        
                        UNITED STATES DISTRICT CHIEF JUDGE