IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SONIC INNOVATIONS, INC., et al., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 05-422 GMS |

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict on February 4, 2008. The verdict was accompanied by a verdict form (D.I. 521), a copy of which is attached hereto. Therefore,

IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the plaintiff, ENERGY TRANSPORTATION GROUP, INC., and against the defendant, WIDEX A/S AND WIDEX HEARING AID CO., INC. - (the "Widex Defendants"), that the "WIDEX Defendants" literally infringe Claim 19 of U.S. PATENT NO. 4,731,850, that the "WIDEX Defendants" infringe Claims 13, 14, 16, and 19 of U.S. PATENT NO. 4,731,850 under the doctrine of equivalents and that the infringement was willful, that the "WIDEX Defendants" infringe Claims 1 and 2 of U.S. PATENT NO. 4,879,749 under the doctrine of equivalents and that the infringement was willful in the amount of FIFTEEN MILLION DOLLARS ($15,000,000.00); AND against the defendant, WILLIAM DEMANT HOLDING A/S, WDH INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC (the "Demant

Defendants"), that the "DEMANT Defendants" literally infringe Claim 19 of U.S. PATENT NO. 4,731,850, that the "DEMANT Defendants" infringe Claims 13, 14, 16, and 19 of U.S. PATENT NO. 4,731,850 under the doctrine of equivalents and that the "DEMANT Defendants" infringe Claims 1 and 2 of U.S. PATENT NO. 4,879,749 under the doctrine of equivalents in the amount of SIXTEEN MILLION DOLLARS ($16,000,000.00).

Dated: February 6, 2008



CHIEF, UNITED STATES DISTRICT JUDGE

FILED

FEB 8 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE