IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-422 (GMS) |
| | ) | |
| SONIC INNOVATIONS, INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the jury rendered its verdict on February 4, 2008;

WHEREAS the Court asked the parties to agree upon a briefing schedule for post trial motions;

IT IS HEREBY STIPULATED by ETG, The Widex Defendants and the Demant Defendants, subject to the approval of the Court that:

1) Post trial briefing shall be served on the following schedule:

| | |
|---|---|
| Opening briefs: | March 27, 2008 |
| Answering briefs: | May 9, 2008 |
| Reply briefs: | May 29, 2008 |

2) Post trial briefing shall include briefing on all permissible Rule 50 motions, any permissible motion for the grant of enhanced damages and/or attorneys' fees and any permissible motion for the grant of any form of interest, including pre-judgment and post judgment interest, on the verdict. Post trial briefing shall not include an application for the taxation of costs. Any application for the taxation of costs will be presented in accord with D. Del. LR 54.1.

#9309624 v1

- 2 -

| | |
|---|---|
| PEPPER HAMILTON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Edmond D. Johnson | /s/ Mary B. Graham |
| Edmond D. Johnson (#2257) | Mary B. Graham (#2256) |
| Matthew A. Kaplan (#4956) | James W. Parrett, Jr. (#4292) |
| Hercules Plaza, Suite 5100 | 1201 North Market Street |
| 1313 Market Street | P.O. Box 1347 |
| Wilmington, DE 19899-1709 | Wilmington, DE 19899 |
| 302.777.6539 | |
| | John M. Romary |
| Brian M. Buroker | C. Gregory Gramenopoulos |
| Robert Kinder | FINNEGAN, HENDERSON, FARABOW, |
| Maya M. Eckstein | GARRETT & DUNNER |
| Marty Steinberg | 901 New York Ave., N.W. |
| HUNTON & WILLIAMS LLP | Washington, DC 20001-4413 |
| 1900 K Street, N.W. | |
| Washington, D.C. 20006-1109 | *Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC* |
| 202.955.1500 | |
| *Attorneys for Energy Transportation Group, Inc.* | |
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | /s/ Donald E. Reid |
| | Donald E. Reid (#1058) |
| | Jason A. Cincilla (#4232) |
| | 1201 N. Market Street |
| | Wilmington, DE 19899 |
| | |
| | William H. Mandir |
| | David J. Cushing |
| | Carl J. Pellegrini |
| | SUGHRUE MION PLC |
| | 2100 Pennsylvania Ave., N.W. |
| | Washington, DC 20037 |
| | |
| Dated: February 12, 2008 | *Attorneys for Widex A/S and Widex Hearing Aid Co. Inc.* |

SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE