# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-422 (GMS) |
| | ) |
| SONIC INNOVATIONS, INC., et al, | ) |
| | ) |
| Defendants. | ) |

## JOINT EXHIBIT LIST

**PEPPER HAMILTON LLP**
Edmond D. Johnson (# 2257)
Matthew A. Kaplan (#4956)
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

Of Counsel:

Marty Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131

Brian M. Buroker
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W.;
Suite 1200
Washington, DC 20006-1109

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

*Attorneys for Plaintiff Energy
Transportation Group, Inc.*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
Wilmington, DE 19899

Of Counsel:

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC 20001-4413

*Attorneys for the Demant
Defendants*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 N. Market Street
Wilmington, DE 19899

Of Counsel:

William H. Mandir
David J. Cushing
Carl J. Pellegrini
Brian K. Shelton
SUGHRUE MION PLC
2100 Pennsylvania Ave.,
N.W., Ste. 800
Washington, DC 20037

*Attorneys for the Widex
Defendants*

# United States District Court

### DISTRICT OF DELAWARE

**EXHIBIT LIST**

Energy Transportation Group, Inc.

v.

William Demant Holdings A/S, Oticon A/S, Oticon Inc.,
Bernafon AG, WDH, Inc. and Bernafon, LLC,
Widex A/S, and Widex Hearing Aid Co., Inc.

**CASE NUMBER**  05-422-GMS

## <u>Trial Exhibits Submitted to the Jury</u>

| Presiding Judge: **Gregory M. Sleet** | | | | Plaintiff's Attorney: **Edmond T. Johnson** | | Defendant's Attorney: **Mary B. Graham and Donald E. Reid** |
|---|---|---|---|---|---|---|
| Trial Date: **January 22, 2007 (9 days)** | | | | Court Reporter: | | Courtroom Deputy: |
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| | | | | | | Declaration of Dr. Eric Dowling |
| JX 2 | | | | | ETG00002282-ETG00002296 | Certified Copy of U.S. Patent No. 4,879,749 |
| JX 3 | | | | | | Certified Copy of Prosecution File History of U.S. Patent No. 4,879,749 |
| JX 4 | | | | | ETG00001707-ETG00001721 | Certified Copy of U.S. Patent No. 4,731,850 |
| JX 5 | | | | | | Certified Copy of Prosecution File History of U.S. Patent No. 4,731,850 |
| JX 6 | | | | | DEM518858 - DEM518865 | U.S. Patent No. 7,106,871 "Nielson et al." |
| JX 7 | | | | Demant (Hauge) 8 | DEM518991 - DEM518995 | U.S. Patent No. 5,384,852 "Schären" |
| PX 8 | | | | Demant (Hauge) 13 | ETG00011853-ETG00011935 | Prosecution History of U.S. Application No. 07/322,387 |
| JX 9 | | | | Demant (Hauge) 14 | DEM518917 - DEM518990 | Prosecution History of U.S. Patent No. 5,033,090 "Weinrich" |

| Energy Transportation Group, Inc. v. Widex A/S et al. | | | | | | Case No. 05-422 (GMS) |
|---|---|---|---|---|---|---|
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| JX 26 | | | | Demant (Schaub) 42 | DEM006035 - DEM006042 | Bernafon, A Summary of the Alaska Feedback Manager Operation and Use, Revision 1.2, dated September 26, 2001 |
| JX 27 | | | | Demant (Schaub) 43 | DEM005661 - DEM006023 | Bernafon Alaska Digital Signal Processor, Last Modified November 21, 2000 |
| JX 28 | | | | Demant (Schaub) 48 | DEM518717- DEM518734 | U.S. Patent No. 6,611,600 "Leber at al." |
| JX 29 | | | | Demant (Christensen) 49 | DEM010798 - DEM010822 | Simulation Model: JUMP Hearing Aid and AFB System |
| PX 30 | | | | Demant (Christensen) 51 | DEM000444 - DEM000454 | Oticon Adapto Product Brochure: The Explanation |
| PX 31 | | | | Demant (Christensen) 52 | DEM001366 - DEM001453 | Oticon Gaia Handbook |
| JX 32 | | | | Demant (Christensen) 57 | DEM003960 - DEM004097 | Jump3 User Guide, 1.1 Development Target, Updated December 14, 2006 |
| PX 33 | | | | Demant (Christensen) 58 | DEM002099 - DEM002165 | Oticon Syncro Handbook |
| JX 36 | | | | Demant (Worning) 63 | DEM519747 - DEM519753 | Oticon Inc. Unit and Sales Development 1999-2006 |
| JX 40 | | | | Demant (Spahr) 81 | DEM519736 - DEM519744 | Bernafon LLC Unit and Sales Development 1999-2006 |
| JX 41 | | | | Demant (Spahr) 82 | DEM515133 - DEM515161 | Bernafon Product and Marketing Plan 2002, dated August 8, 2001 |
| JX 42A | | | | Weaver 212 | DEM516830 - DEM516831 | Letter from David P. Egolf to Vernon Larson, dated March 29, 1985 |
| JX 43A | | | | Weaver 217 | DEM517637 - DEM517640 | Letter from David Egolf to Vernon Larson, dated August 31, 1987 |

| Energy Transportation Group, Inc. v. Widex A/S et al. | | | | | | Case No. 05-422 (GMS) |
|---|---|---|---|---|---|---|
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| JX 45 | | | | Egolf 14 | DEM517960 - DEM517969 | Article, "A Technique for Simulating the Amplifier-to-Eardrum Transfer Function of an In Situ Hearing Aid," by David Egolf, Brett Haley, Henry Howell and Vernon Larson |
| JX 46 | | | | Egolf 15 | | Article, "Design Evolution of Miniature Electroacoustic Transducers," by David Egolf, Elmer Carson and August Mostardo |
| JX 49 | | | | Levitt 5 | ETG00002409 - ETG00002421 | Consulting Agreement between Audimax and Dr. Harry Levitt dated June 1, 1985 |
| JX 68 | | | | Levitt 24 | ETG00002485 - ETG00002490 | Possible Claims, dated December 12, 1985 |
| JX 78 | | | | Levitt 39 | ETG00002573 | Letter from Richard Dugot to Wen Ko enclosing Schematic of Pilot Digital Hearing Aid, dated January 17, 1986 |
| JX 85 | | | | Levitt 127 | LEV00066475 | Handwritten Notes regarding Test of Feedback Control, dated December 24, 1985 |
| JX 86 | | | | Levitt 128 | LEV00066476 - LEV00066479 | Handwritten Notes regarding Null Method of Feedback Cancellation, dated December 30, 1985 |
| JX 89 | | | | Levitt 131 | LEV00066482 - LEV00066487 | Null Method of Feedback Control Low Frequencies Suppressed in Forward Path, dated December 31, 1985 |
| JX 119 | | | | Kopper 74 | KK000037 | Photograph of Breadboard Prototype |
| JX 120 | | | | Kopper 75 | | Photograph |
| JX 121 | | | | Kopper 76 | KK000036 | Photograph of Breadboard Prototype |
| JX 122 | | | | Kopper 77 | | Photograph |
| JX 123 | | | | Kopper 78 | KK000038 - KK000048 | Photographs of Prototypes |
| JX 124 | | | | Kopper 79 | | Photograph |
| JX 125 | | | | Kopper 80 | | Photograph |
| JX 126 | | | | Kopper 81 | | Photograph |
| JX 127 | | | | Kopper 82 | | Photograph |

| Energy Transportation Group, Inc. v. Widex A/S et al. | | | | | | Case No. 05-422 (GMS) |
|---|---|---|---|---|---|---|
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| JX 128 | | | | Kopper 83 | | Photograph |
| JX 129 | | | | Kopper 84 | | Photograph |
| JX 130 | | | | Kopper 85 | | Photograph |
| JX 131 | | | | Kopper 86 | | Photograph |
| JX 132 | | | | Kopper 87 | | Photograph |
| JX 135 | | | | Brown 8 | WID234201 - WID234214 | Feedback Cancelling, dated February 23, 2001 [English Version of WID005811-23] |
| JX 138 | | | | Demant (Christensen) 50 | DEM005179 - DEM005237 | The AFB Algorithm P833, dated January 4, 2007 |
| JX 138A | | | | Brown 24 | DEM005179 - DEM005237 | The AFB Algorithm P833, dated January 4, 2007 |
| JX 151 | | | | | DEM016383 - DEM016410 | Bernafon-Maico, USA 1999 Business Plan |
| JX 159 | | | | | DEM013381 - DEM013413 | Oticon Inc. Business Plan 1999 |
| JX 178 | | | | Widex (S. Westermann) 42 | WID000051 - WID000058 | Articles of Association of K/S HIMPP, dated April 2002 |
| JX 179 | | | | Widex (S. Westermann) 43 | WID000059 | Press Release, Patent Partnership, Formation of Patent Partnership Ensures Optimal Development of Programmable and Digital Hearing Aids in the Future, dated August 28, 1996 |
| JX 180 | | | | Widex (S. Westermann) 44 | WID000060 | General Information about K/S HIMPP |
| JX 216 | | | | Ethe 2 | WIDH000615 | Units, Sales Dollars by model, 2000-2006 |
| JX 228A | | | | | DEM519080 - DEM519306 | Prosecution Documents for International Application No. PCT/DK99/00320 |
| PX 231 | | | | Demant (Christensen) 53 | DEM000766 - DEM000777 | Oticon AtlasPlus Product Brochure: Open up to a New World of Digital Hearing |
| JX 238 | | | | Woods 17 | ETG00027569 | Printout from the Electronic Catalog System of the University of Wyoming for Best Thesis |

| Energy Transportation Group, Inc. v. Widex A/S et al. | | | | | | Case No. 05-422 (GMS) |
|---|---|---|---|---|---|---|
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| JX 264 | | | | | DEM003752 - DEM003789 | Requirement Specification for the Digital IC of the Alaska Processor |
| JX 266 | | | | | DEM003922 - DEM003959 | Jump2B - The Facts, A Short Guide to the Jump2B Chip Set -- for Users and Programmers, November 2000 |
| JX 298 | | | | | DEM-EA-011827- DEM-EA-012843 | Source Code (Excerpts) |
| JX 301 | | | | | WID000270 - WID000278 | Feedback Cancelling Technical Documents |
| JX 305 | | | | | WID234003 - WID234030 | DSPRAP #1 Diva 2 Feedback Cancellation, dated September 25, 2006 [English Version of WID032018-45] |
| JX 306 | | | | | WID234031 - WID234058 | DSPRAP #2, Diva 2 DOC (Dynamic Cancellation Optimizer) [English Version of WID032075-102] |
| JX 315 | | | | Demant (Hauge) 10 | ETG00027468 - ETG00027485 | U.S. Patent No. 6,644,120 "Braun et al." |
| PX 316 | | | | | | Certified Copy of Assignment of U.S. Patent No. 4,731,850 from Inventors to Audimax, Inc. |
| PX 317 | | | | | | Certified Copy of Assignment of U.S. Patent No. 4,731,850 from Audimax, Inc. to Audimax Corporation |
| PX 318 | | | | | | Certified Copy of Assignment of U.S. Patent No. 4,731,850 from Audimax Corporation to Energy Transportation Group, Inc. |
| PX 319 | | | | | | Certified Copy of Assignment of U.S. Patent No. 4,879,749 from Audimax, Inc. to Audimax Corporation |
| PX 320 | | | | | | Certified Copy of Assignment of U.S. Patent No. 4,879,749 from Audimax Corporation to Energy Transportation Group, Inc. |
| PX 335 | | | | | | 6,611,600 File History |
| PX 357 | | | | | MUS00000254- MUS00000255 | Press Release for 1999 Mayor's Award (NYC) for Excellence in Science and Technology presented by Rudolph Giuliani. |

| Energy Transportation Group, Inc. v. Widex A/S et al. | | | | | | Case No. 05-422 (GMS) |
|---|---|---|---|---|---|---|
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| PX 358 | | | | | MUS00000001-MUS00000006 | 2006 James Jerger Career Award for Research in Audiology presented by The American Academy of Audiology |
| PX 366 | | | | Widex (S. Westermann) 36 | | Patent Assignment Abstract of Title |
| PX 367 | | | | Widex (S. Westermann) 37 | | Letter to the Patent and Trademark Office from Robert M. Evans, Jr., dated August 25, 1995 |
| PX 376 | | | | Widex (T. Westermann) 24 | | Feedback cancellation with minimal side effects - possibilities with the Senso Diva, dated December 11, 2001 |
| PX 377 | | | | Widex (T. Westermann) 31 | | Inteo Integrated Hearing Science Presentation |
| PX 378 | | | | Widex (T. Westermann) 32 | | Widex Inteo Presentation with Speaker Notes |
| PX 391 | | | | Demant (Schaub) 46 | DEM000143 - DEM000154 | Bernafon SwissEar Product Brochure: Open Fitting Perfection |
| PX 393 | | | | Demant (Schaub) 45 | DEM000165 - DEM000180 | Bernafon SymbioXT Product Brochure: A Revolution: The First ChannelFree Digital Hearing System in the World |
| PX 404 | | | | Demant (Christensen) 59 | DEM001866 - DEM001881 | Oticon Sumo DM Product Brochure: Master Digital Super Power |
| PX 409 | | | | Demant (Christensen) 54 | DEM002217 - DEM002223 | Oticon's Open-Ear Acoustics Product Brochure: Please Open Your Mind for a Little Experiment |
| PX 437 | | | | Demant (Schaub) 44 | DEM010963 - DEM010970 | Bernafon Symbio Technology Product Brochure |
| PX 445 | | | | | | AIP Style Manual |
| PX 446 | | | | | | Information for Contributors to The Journal of the Acoustical Society of America |
| PX 447 | | | | | | Definition of "Block Diagram" |

| Energy Transportation Group, Inc. v. Widex A/S et al. | | | | | | Case No. 05-422 (GMS) |
|---|---|---|---|---|---|---|
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| PX 481 | | | | Demant (Hauge) 9 | DEM519004 - DEM519014 | Amendment from "Schären" Prosecution History, dated February 24, 1992 |
| PX 482 | | | | Demant (Hauge) 6 | DEM519239 - DEM519250 | U.S. Patent No. 4,731,850 "Levitt et al." |
| PX 490 | | | | | ED00001045 | Widex Inteo: Integrated Signal Processing - A New Standard in Enhancing Hearing Aid Performance "Supplement_HearRev_DAR83.pdf" [WID000006\Rollo\Doc\Artikler] |
| PX 497 | | | | Nielson 74 | ED00002226 | Hearing Aid Schematic, Highlighted Copy "Rollo Powerpoint_Total_2.0_Topmøde_maj_2005 .ppt" [WID000006\Rollo\Doc\Koncept\produkt og koncept ppt\Topmøde maj 2005] |
| PX 501 | | | | Nielson 91 | ED00002541 | Widex Inteo, Integrated Signal Processing, A New Standard in Enhancing Hearing Aid Performance "Supplement_HearRev_DAR83.pdf" [WID000007\Formidling\artikler] |
| PX 506 | | | | Nielson 90 | ED00002874_001 - ED00002874_003 | Inteo Multi-Directional Active Feedback Cancelling |
| PX 524 | | | | | ED00021452 | Widex Inteo Integrated Hearing Science Presentation "inteo_integrated_hearing_science 2.9.ppt" [WID000007\Formidling\filer til BIZ feb 2006\filer der er korrekturlæst] |
| PX 532 | | | | | ED00025635 | Widex Professional Training, Inteo Integrated Signal Processing "wpt 17 Inteo intro final.ppt" [WID000007\Formidling\ppt\fkuk ppt\inteo talk] |
| PX 535 | | | | | ED00025774 | Inteo Integrated Hearing Science Presentation "Inteo_Integrated_hearing_science splash 4.0.ppt" [WID000007\Formidling\ppt\Inteo_Integrated_hearing_science SPLASH] |

| Energy Transportation Group, Inc. v. Widex A/S et al. | | | | | | Case No. 05-422 (GMS) |
|---|---|---|---|---|---|---|
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| PX 556 | | | | Demant (Hauge) 12 | ETG00006510 - ETG00006515 | U.S. Patent No. 5,033,090 "Weinrich" |
| PX 561 | | | | Demant (Schaub) 47 | ETG00023462 - ETG00023465 | Reports - Feedback: The Problem and Some Solutions, by Ken Bozeman Bernafon AG |
| PX 562 | | | | Widex (S. Westermann) 40 | ETG00024485 - ETG00024486 | Letter from David J. Cushing to Harry Levitt, dated December 26, 1996 |
| PX 576 | | | | | ETG00045364 - ETG00045367 | FTC Facts for Consumers, Sound Advice on Hearing Aids |
| PX 598 | | | | Widex (S. Westermann) 39 | LEV00000109 - LEV00000142 | Letter from David J. Cushing to Harry Levitt with Enclosures, dated July 9, 1997 |
| PX 605 | | | | | LEV00064961 - LEV00064964 | General Filter Program with Plotting Routines Report, dated December 31, 1985 |
| PX 639 | | | | | MOJ00000004 - MOJ00000017 | Translation of the Transcript of Court Records, The Court of Lyngby, Order from June 26, 2007 Hearing [with Danish version attached] |
| PX 640 | | | | | MOJ00000035 - MOJ00000043 | Pleadings on Behalf of K/S HIMPP and HIMPP A/S regarding Request for Evidence dated January 17, 2007 made by Energy Transportation Group, Inc., dated June 13, 2007 |
| PX 648 | | | | | MOJ00000242 - MOJ00000345 | German Federal Cartel Office Decision |
| PX 649 | | | | | MOJ00000347 - MOJ00000355 | Articles of Association of K/S HIMPP |
| PX 703 | | | | | SII043889 - SII043893 | Voluntary Procedures |
| PX 757 | | | | Widex (T. Westermann) 25 | WID002646 - WID002670 | Senso DivaProduct Brochure: New Solutions to Old Problems |
| PX 773 | | | | Widex (S. Westermann) 47 | WID004174 | Entry in Widex Computer System for HIMPP Listing of '850 Patent |

| Energy Transportation Group, Inc. v. Widex A/S et al. | | | | | | Case No. 05-422 (GMS) |
|---|---|---|---|---|---|---|
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| PX 774 | | | | Widex (S. Westermann) 49 | WID004175 - WID004185 | U.S. Patent No. 4,879,749 with Handwritten Notes |
| PX 775 | | | | Widex (S. Westermann) 48 | WID004186 - WID004200 | European Patent Application, Application Number 86307717.8 with Handwritten Notes |
| PX 777 | | | | Nielson 75 | WID005277 - WID005288 | Widexpress: Audiological Background and Design Rationale of Senso Diva by Carl Ludvigsen, dated February 2001 |
| PX 786 | | | | | WID049193 - WID049210 | DSPRAP #14, Elektriske Feedbackveje til Test af INTEOs FBC-System, dated June 2, 2005 |
| PX 789 | | | | | WID141996 - WID142018 | The Senso Diva: New Solutions to Old Problems with Figures |
| PX 790 | | | | Kuk 38 | WID142019 - WID142032 | Understanding the Real-World Benefits (and Limitations) of an Active Feedback Cancellation System, with Figures |
| PX 791 | | | | | WID142033 - WID142052 | Feedback Cancellation with Minimal Side Effects - Possibilities with the Senso Diva, dated December 11, 2001 with Figures |
| PX 809 | | | | | WID160285 - WID160303 | Feedback Cancellation with Minimal Side Effects - Possibilities with the Senso Diva, dated November 21, 2000 with Figures |
| PX 810 | | | | | WID160308 - WID160312.05 | FBC Desription [Danish and English Versions] |
| PX 820 | | | | Nielson 82 | WID163223 - WID163249 | Senso Diva Brochure - Frequently Asked Questions |
| PX 857 | | | | | WIDSC01107824 | Source Code (Excerpts) |
| DX 867 | | | | | DEM522605- DEM522813 | Certified File History to U.S. Patent No. 5,033,090 |
| DX 868 | | | | | DEM522819- DEM523050 | Certified File History to U.S. Patent No. 5,384,852 |
| DX 869 | | | | | DEM011113- DEM011125 | EP 1 203 509 B1 |

| Energy Transportation Group, Inc. v. Widex A/S et al. | | | | | | Case No. 05-422 (GMS) |
|---|---|---|---|---|---|---|
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| DX 870 | | | | | DEM518164-DEM518173 | U.S. Patent Application Publication No. 2002/0044148 A1 |
| DX 871 | | | | | DEM518174-DEM518187 | U.S. Patent Application Publication No. 2005/0063558 A1 |
| DX 872 | | | | | DEM518188-DEM518200 | U.S. Patent Application Publication No. 2005/0110700 A1 |
| DX 873 | | | | | DEM518201-DEM518211 | U.S. Patent Application Publication No. 2005/0111401 A1 |
| DX 874 | | | | | DEM518212-DEM518240 | U.S. Patent Application Publication No. 2005/0111681 A1 |
| DX 875 | | | | | DEM518241-DEM518248 | U.S. Patent Application Publication No. 2005/0124312 A1 |
| DX 876 | | | | | DEM518249-DEM518262 | U.S. Patent Application Publication No. 2005/0201577 A1 |
| DX 877 | | | | | DEM518263-DEM518266 | U.S. Patent Application Publication No. 2005/0241854 A1 |
| DX 878 | | | | | DEM518267-DEM518278 | U.S. Patent Application Publication No. 2005/0243010 A1 |
| DX 879 | | | | | DEM518279-DEM518282 | U.S. Patent Application Publication No. 2006/0050910 A1 |
| DX 880 | | | | | DEM518283-DEM518290 | U.S. Patent Application Publication No. 2006/0115097 A1 |
| DX 881 | | | | | DEM518291-DEM518297) | U.S. Patent Application Publication No. 2006/0120545 A1 |
| DX 882 | | | | | DEM518298-DEM518307 | U.S. Patent Application Publication No. 2006/0159285 A1 |
| DX 883 | | | | | DEM518735-DEM518743 | U.S. Patent No. 6,658,125 B1 |
| DX 884 | | | | | DEM518744-DEM518757 | U.S. Patent No. 6,700,983 B1 |

| Energy Transportation Group, Inc. v. Widex A/S et al. | | | | | | Case No. 05-422 (GMS) |
|---|---|---|---|---|---|---|
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| DX 885 | | | | | DEM518758-DEM518764 | U.S. Patent No. 6,724,901 B1 |
| DX 886 | | | | | DEM518765-DEM518771 | U.S. Patent No. 6,771,786 B1 |
| DX 887 | | | | | DEM518772-DEM518783 | U.S. Patent No. 6,928,171 B2 |
| DX 888 | | | | | DEM518784-DEM518796 | U.S. Patent No. 6,940,466 B2 |
| DX 889 | | | | | DEM518797-DEM518804 | U.S. Patent No. 6,975,739 B2 |
| DX 890 | | | | | DEM518805-DEM518813 | U.S. Patent No. 7,011,985 B2 |
| DX 891 | | | | | DEM518814-DEM518819 | U.S. Patent No. 7,035,745 B2 |
| DX 892 | | | | | DEM518820-DEM518829 | U.S. Patent No. 7,054,449 B2 |
| DX 893 | | | | | DEM518830-DEM518837 | U.S. Patent No. 7,058,191 B2 |
| DX 894 | | | | | DEM518838-DEM518848 | U.S. Patent No. 7,068,804 B2 |
| DX 895 | | | | | DEM518849-DEM518857 | U.S. Patent No. 7,076,075 B2 |
| DX 896 | | | | | DEM518866-DEM518874 | U.S. Patent No. 7,110,124 B2 |
| DX 897 | | | | | DEM518875-DEM518881 | U.S. Patent No. 7,127,077 B2 |
| DX 898 | | | | | DEM518882-DEM518885 | U.S. Patent No. 7,155,022 B2 |
| DX 899 | | | | | DEM518886-DEM518890 | U.S. Patent No. 7,181,030 B2 |

| Energy Transportation Group, Inc. v. Widex A/S et al. | | | | | | Case No. 05-422 (GMS) |
|---|---|---|---|---|---|---|
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| DX 903 | | | | | DEM518500-DEM518504 | U.S. Patent No. 4,712,245 |
| DX 904 | | | | | DEM518489-DEM518492 | U.S. Patent No. 4,142,072 |
| DX 905 | | | | | DEM518515-DEM518523 | U.S. Patent No. 5,201,006 |
| DX 906 | | | | | DEM518524-DEM518530 | U.S. Patent No. 5,293,008 |
| DX 907 | | | | | DEM518566-DEM518576 | U.S. Patent No. 5,725,544 |
| DX 908 | | | | | DEM518577-DEM518587 | U.S. Patent No. 5,797,934 |
| DX 910 | | | | | DEM518308-DEM518320 | U.S. Patent Application Publication no. 2006/0179018 |
| DX 911 | | | | | DEM518321-DEM518327 | U.S. Patent Application Publication No. 2006/0198529 |
| DX 912 | | | | | DEM518328-DEM518339 | U.S. Patent Application Publication No. 2006/0222194 |
| DX 913 | | | | | DEM518340-DEM518346 | U.S. Patent Application Publication No. 2006/0222195 |
| DX 914 | | | | | DEM518347-DEM518350 | U.S. Patent Application Publication No. 2006/0245611 |
| DX 915 | | | | | DEM518351-DEM518354 | U.S. Patent Application Publication No. 2006/0256987 |
| DX 916 | | | | | DEM518355-DEM518360 | U.S. Patent Application Publication No. 2006/0262944 |
| DX 917 | | | | | DEM518361-DEM518366 | U.S. Patent Application Publication No. 2006/0266202 |
| DX 918 | | | | | DEM518367-DEM518372 | U.S. Patent Application Publication No. 2006/0269082 |

| Energy Transportation Group, Inc. v. Widex A/S et al. | | | | | | Case No. 05-422 (GMS) |
|---|---|---|---|---|---|---|
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| DX 919 | | | | | DEM518373-DEM518379 | U.S. Patent Application Publication No. 2006/0274909 |
| DX 920 | | | | | DEM518380-DEM518388 | U.S. Patent Application Publication No. 2007/0007858 |
| DX 921 | | | | | DEM518389-DEM518395 | U.S. Patent Application Publication No. 2007/0030991 |
| DX 922 | | | | | DEM518396-DEM518401 | U.S. Patent Application Publication No. 2007/0041601 |
| DX 923 | | | | | DEM518402-DEM518409 | U.S. Patent Application Publication No. 2007/0053538 |
| DX 928 | | | | | DEM518442-DEM518450 | U.S. Patent Application Publication No. 2007/0100605 |
| DX 931 | | | | | DEM518467-DEM518472 | U.S. Patent Application Publication No. 2007/0116146 |
| DX 932 | | | | | DEM518588-DEM518598 | U.S. Patent No. 5,868,770 |
| DX 933 | | | | | DEM518599-DEM518617 | U.S. Patent No. 5,954,735 |
| DX 934 | | | | | DEM518618-DEM518630 | U.S. Patent No. 5,993,468 |
| DX 935 | | | | | DEM518631-DEM518638 | U.S. Patent No. 6,052,473 |
| DX 936 | | | | | DEM518639-DEM518650 | U.S. Patent No. 6,066,148 |
| DX 937 | | | | | DEM518651-DEM518656 | U.S. Patent No. 6,097,826 |
| DX 938 | | | | | DEM518657-DEM518668 | U.S. Patent No. 6,249,587 B1 |
| DX 939 | | | | | DEM518669-DEM518687 | U.S. Patent No. 6,370,255 B1 |

| Energy Transportation Group, Inc. v. Widex A/S et al. | | | | | | Case No. 05-422 (GMS) |
|---|---|---|---|---|---|---|
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| DX 940 | | | | | DEM518688-DEM518700 | U.S. Patent No. 6,420,065 B1 |
| DX 941 | | | | | DEM518701-DEM518708 | U.S. Patent No. 6,522,764 B1 |
| DX 942 | | | | | DEM518709-DEM518716 | U.S. Patent No. 6,580,798 B1 |
| DX 953 | | | | Demant 66 | DEM513692-DEM513697 | Excerpt of VA Detail Sales with Totals from January 2002 - April 2007 |
| DX 954 | | | | Weaver 201 | EGOLF02439-EGOLF02541 (OTI007708-OTI007810) | Grant Proposal: Acoustic Feedback Suppression in Hearing Aids |
| DX 954A | | | | Egolf 24 | EGOLF02439-EGOLF02541 (OTI007708-OTI007810) | Grant Proposal: Acoustic Feedback Suppression in Hearing Aids |
| DX 955 | | | | Weaver 202 | EGOLF00043-EGOLF00144 | Acoustic Feedback Suppression in Hearing Aids Part III by David Egolf |
| DX 956 | | | | Weaver 203 | EGOLF01957-EGOLF02026 | An Adaptive Open-Loop Estimator For The Reduction of Acoustic Feedback, Master's Thesis of Kim Weaver |
| DX 957 | | | | Weaver 204 | EGOLF00001-EGOLF00018 | Acoustic Feedback Suppression in Hearing Aids: Quarterly Progress Reports to Dr. Larson by D. P. Egolf |
| DX 959 | | | | Weaver 206 | EGOLF00145-EGOLF00209 | Acoustic Feedback Suppression in Hearing Aids Part IV-Quarterly Progress Report by David Egolf |
| DX 962 | | | | Weaver 209 | EGOLF02173-EGOLF02178 | The Journal of the Acoustical Society of America- Supplement 1, Vol. 77, Spring 1985 - Contributed Paper: Electronic Cancellation of Acoustic Feedback to Increase hearing-aid stability by Kim Weaver and David Egolf |

| Energy Transportation Group, Inc. v. Widex A/S et al. | | | | | | Case No. 05-422 (GMS) |
|---|---|---|---|---|---|---|
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| DX 962A | | | | Egolf 18 | EGOLF02173-EGOLF02178 | The Journal of the Acoustical Society of America-Supplement 1, Vol. 77, Spring 1985 - Contributed Paper: Electronic Cancellation of Acoustic Feedback to Increase hearing-aid stability by Kim Weaver and David Egolf |
| DX 963 | | | | Weaver 210 | EGOLF02211-EGOLF02224 | Electronic Cancellation of Acoustic Feedback To Increase Hearing-Aid Stability by Kim Weaver |
| DX 963A | | | | Egolf 22 | DEM516997-DEM517010 | Electronic Cancellation of Acoustic Feedback To Increase Hearing-Aid Stability by Kim Weaver |
| DX 963B | | | | Larson 15 | WID189088-WID189101 | Electronic Cancellation of Acoustic Feedback To Increase Hearing-Aid Stability by Kim Weaver |
| DX 964 | | | | Weaver 213 | EGOLF01157-EGOLF01166 | The Hearing Aid Feedback Path: Mathematical Simulations and Experimental Verification by David Egolf, Henry Howell, Kim Weaver, and Steven Barker |
| DX 967 | | | | Larson 5 | WID189205-WID189304 | Acoustic Feedback Suppression in Hearing Aids Part III - Quarterly Progress Report by David Egolf |
| DX 970 | | | | Larson 16 | WID189305 | Journal of Acoust. Soc. Am. contributed paper - Electronic Cancellation of acoustic feedback to increase hearing-aid stability by Kim Weaver and David Egolf |
| DX 971 | | | | Larson 17 | OTI009448-OTI009456, OTI009463-OTI009464 | The Hearing Center - Michael Marion - A Conference for Hearing Health Professionals from August 3 - September 3, 1985 - brochure and conference program |
| DX 971A | | | | Weaver 214 | OTI009448 OTI009456 | The Hearing Center - Michael Marion - A Conference for Hearing Health Professionals from August 3 - September 3, 1985 - brochure and conference program |
| DX 974 | | | | Egolf 20 | DEM517970-DEM517983 | Simulating the open loop transfer function as a means for understanding acoustic feedback in hearing aids |
| DX 975 | | | | Egolf 21 | DEM517931-DEM517940 | The hearing aid feedback path: Mathematical simulations and experimental verification |

| Energy Transportation Group, Inc. v. Widex A/S et al. | | | | | | Case No. 05-422 (GMS) |
|---|---|---|---|---|---|---|
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| DX 976 | | | | Egolf 23 | EGOLF01119-EGOLF01131 | The Vanderbilt Hearing-Aid Report, State of the Art-Research Needs, Review of the Acoustic Feedback Literature from a Control Systems Point of View |
| DX 977 | | | | Egolf 25 | EGOLF00703-EGOLF00895 | Acoustic Feedback Suppression in Hearing Aids Vol. 1 |
| DX 978 | | | | Egolf 26 | EGOLF00896-EGOLF01096 | Acoustic Feedback Suppression in Hearing Aids Vol. 2 |
| DX 979 | | | | Egolf 27 | WID188929-WID189004 | Digital Suppression of Acoustic Feedback in Hearing Aids, Master's Thesis, University of Wyoming |
| DX 980 | | | | Egolf 29 | EGOLF03039-EGOLF03044 | Acoustic Feedback Suppression in Hearing Aids Part VII |
| DX 982 | | | | Egolf 31 | WID188908-WID188921 | U.S. Patent No. 4,783,818 to Graupe et al. |
| DX 982A | | | | Graupe 3 | PHO_039189-PHO_039202 | U.S. Patent No. 4,783,818 to Graupe et al. |
| DX 998 | | | | Levitt 101 | LEV00000131-LEV00000142 | Curriculum Vitae for Harry Levitt. |
| DX 998A | | | | Egolf 10 | LEV00002316-LEV00002336 | Curriculum Vitae for Harry Levitt. |
| DX 999 | | | | Levitt 102 | LEV00019543-LEV00019561 | Digital Hearing Aids Article |
| DX 1002 | | | | Levitt 105 | EGOLF00631-EGOLF00643 | The Vanderbilt Hearing Aid Report. State of the Art Research Needs |
| DX 1006 | | | | Levitt 109 | ETG00002649-ETG00002652 | A Wearable Digital Hearing Aid, The Hearing Journal, by Nunley et al. |
| DX 1010 | | | | Levitt 115 | | The Journal of the Acoustical Society of America |

| Energy Transportation Group, Inc. v. Widex A/S et al. | | | | | | Case No. 05-422 (GMS) |
|---|---|---|---|---|---|---|
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| DX 1018B | | | | Levitt 125 | LEV00066468 | Test of System Feedback Control |
| DX 1029 | | | | Levitt 146 | GNR_D0384274-GNR_D0384316 | Journal of Communication Disorders with Preface by Harry Levitt and Whither High Technology? by Harry Levitt |
| DX 1082 | | | | | ETG00023325-ETG00023326 | Unanimous written consent of the Board of Directors and Shareholders of Audimax Corporation |
| DX 1101 | | | | Chen 101 | ETG00008628-ETG00008635 | Resumes and profiles of Guinta, de Rancher, Dugot, Chen and Klar |
| DX 1111 | | | | Best 2 | BEST00340-BEST00415 | Master's Thesis - Digital Suppression of Acoustic Feedback in Hearing Aids by Leland Best |
| DX 1112 | | | | Best 3 | BEST00556-BEST00580 | Adaptive Noise Cancelling:  Principles and Applications by Widrow, et al |
| DX 1113 | | | | Best 4 | BEST00301-BEST00308 | Dr. Best's notes for thesis/defense |
| DX 1114 | | | | Best 5 | BEST00190-BEST00206 | Bests's transparencies used for his defense - a collection of both written text and drawings |
| DX 1128 | | | | Brown 9 | WID003966-WID003993 | Widex- DSPRAP #2, Diva 2 DCO |
| DX 1174 | | | | | DEM524354-DEM524625 | The Department of Veterans Affairs RFP 791-03-00, Amendment One and Amendment Two |
| DX 1175 | | | | | DEM524626-DEM524681 | Award letters and contract regarding RFP 791-03-00 |
| DX 1181 | | | | | WID000108-WID000110 | HIMPP 14, Auditory prosthesis with datalogging capability |
| DX 1195 | | | | | WID000141-000142 | U.S. Patent No. 5111419 |
| DX 1195A | | | | | WID000141-000142 | U.S. Patent No. 5111419 |

| Energy Transportation Group, Inc. v. Widex A/S et al. | | | | | | Case No. 05-422 (GMS) |
|---|---|---|---|---|---|---|
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| DX 1196 | | | | | WID000143-000144 | U.S. Patent No. 5357251 |
| DX 1196A | | | | | WID000145-000146 | U.S. Patent No. 5225836 |
| DX 1200 | | | | | WID000153-WID000154 | HIMPP CID5, Adaptive gain and filtering circuit for a sound reproduction system |
| DX 1227 | | | | | WID234444-WID234464 | Handelsbanken Markets - Market Evaluation: William Demant (January 1999) |
| DX 1239 | | | | | GNR_D384342-GNR_D384345 | Measurement and Adaptive Suppression of Acoustic Feedback in Hearing Aids by D. Bustamente |
| DX 1240 | | | | | LEV0004189-LEV0004201 | The Problem of Feedback in Hearing Aids, J. Commun. Disord. 24 by Kates |
| DX 1248 | | | | | | U.S. Patent No. 4,548,082 to Engebretson et al. |
| DX 1267 | | | | | | European Patent No. 209894 |
| DX 1274 | | | | | DEM518479-DEM518488 | U.S. Patent No. 3,946,168 |
| DX 1275 | | | | | DEM518511-DEM518514 | U.S. Patent No. 5,056,204 |
| DX 1276 | | | | | DEM518531-DEM518534 | U.S. Patent No. 5,317,640 |
| DX 1277 | | | | | DEM518493-DEM518499 | U.S. Patent No. 4,634,815 to Marquis |
| DX 1278 | | | | | DEM518535-DEM518547 | U.S. Patent No. 5,365,233 to Schaub |
| DX 1279 | | | | | DEM518548-DEM518551 | U.S. Patent No. 5,384,852 to Schären |
| DX 1280 | | | | | DEM518552-DEM518562 | U.S. Patent No. 5,530,763 to Aebi et al. |

| Energy Transportation Group, Inc. v. Widex A/S et al. | | | | | | Case No. 05-422 (GMS) |
|---|---|---|---|---|---|---|
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| DX 1283 | | | | | DEM519307-DEM519494 | Prosecution Documents for EP 0 964 603 |
| DX 1311 | | | | | DEM013971-DEM014311 | Oticon Quality Manual |
| DX 1312 | | | | | DEM013033-DEM013380 | Bernafon Quality Manual |
| DX 1318 | | | | Todd 3 | DEM524682-DEM524921 | Compilation of copies of covers and cover pages of various Veterans Administration publications |
| DX 1357 | | | | Todd 4 | DEM523690-DEM523905 | Rehabilitation R & D Progress Reports - 1984 |
| DX 1357A | | | | Egolf 28 | DEM523690-DEM523905 | Rehabilitation R & D Progress Reports - 1984 |
| DX 1358 | | | | Todd 5 | | Compilation of covers and cover pages from various libraries of Rehabilitation R & D Progress Reports |
| DX 1364 | | | | | PUT000323-PUT000339 | M. Trajtenberg: "A Penny For Your Quotes: Patent Citations and the Value of Innovations," Rand Journal of Economics 21(1) (Spring 1990): 172-87 |
| DX 1368 | | | | | PUT000015-PUT000043 | J. Lanjouw, A. Pakes and J. Putnam, "How to Count Patents and Value Intellectual Property: Uses of Patent Renewal and Application Data." Journal of Industrial Economics 46(4) (December 1998): 405-32. |
| DX 1369 | | | | | PUT000291-PUT000322 | Mark Schankerman, "How Valuable is Patent Protection? Estimates by Technology Field," RAND Journal of Economics 29(1) (1998): 77-107. |
| DX 1393 | | | | | | Exhibit 8 to Putnam Report of October 19, 2007, Demant and Widex expected profit margins |
| DX 1417 | | | | | DEM004691-DEM004718 | Sumo DM Fitting Guide |
| DX 1473 | | | | | DEM-EA-011113-85 | Listing For Arthur Schaub |

| Energy Transportation Group, Inc. v. Widex A/S et al. | | | | | | Case No. 05-422 (GMS) |
|---|---|---|---|---|---|---|
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| DX 1532 | | | | | WID233065- WID233074 | Egolf, D., "Review of the Acoustic Feedback Liberature from a Control Systems Point of View," 1982, The Vanderbilt Hearing-Aid Report, 1982, p. 94-103 |
| DX 1536 | | | | Levitt 108 | | Nunley, J., et al., "A wearable digital hearing aid," Hear. J. 29-31, 34-35, Oct. 1983 |
| DX 1538 | | | | | WID188714- WID188715 | South, C., et al., "Adaptive Filter to Improve Loudspeaker Telephone," Electronic Letters, Vol. 15, No. 21, 1979, pp. 673-674 |
| DX 1540 | | | | Levitt 135 | | Veterans Administration Rehabilitation R&D Progress Report 1984, The Veterans Administration, Department of Medicine and Surgery, Seldon P. Todd, Jr., Editor |
| DX 1599 | | | | | | U.S. Patent No. 6,738,486 |
| DX 1608 | | | | | MP00000028 | Letter from Pitonyak to Meuse, Dugot, Chen, Levitt enclosing Audimax patents and regarding evaluation for recovery and new licensing opportunities |
| DX 1610 | | | | | MP00000031 - MP00000035 | EKMS, Inc. 2002 - ETG Summary Report |
| DX 1611 | | | | | MP00000036 - MP00000041 | Licensing Consultation Agreement between EKMS, Inc. and Audimax Corporation (unexecuted) |
| DX 1623 | | | | | P-02593 - P-02594 | Email chain between Pitonyak and Boddie regarding review of Audiomax patents and products by ReSound, Oticon, Widex, Siemans and others |
| DX 1624 | | | | | P-02599 | Email chain between Pitonyak and Boddie regarding request for US Patent 4,731,850 File Wrapper |
| DX 1625 | | | | | P-02600 - P-02605 | Email chain among Kahn, Chen, Pitonyak and Boddie regarding responses to SoundID objections and Chen's involvement in significant events only |

| Energy Transportation Group, Inc. v. Widex A/S et al. | | | | | | Case No. 05-422 (GMS) |
|---|---|---|---|---|---|---|
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| DX 1627 | | | | | P-02607 | Email from Erlich to ETG Global, Chen, Dugot, Levitt, Kahn and Boddie regarding approach for Sound ID, Resound, Oticon and Widex |
| DX 1630 | | | | | UTEK0001 - UTEK0006 | Draft Licensing Consultation Agreement between EKMS, Inc. and Kimball Chen and Kendall Chen (with track changes) |
| DX 1635 | | | | | UTEK0016 | Handwritten Notes |
| DX 1636 | | | | | UTEK0017 | Legal Research on US Patents 4,879,749; 4,731,850; 4,667,683; 4,667,676 |
| DX 1637 | | | | | UTEK0018 - UTEK0019 | Email from Meuse to Chen regarding licensing project, defensibility and enforceability of patents and legal recourse |
| DX 1640 | | | | | UTEK0022 - UTEK0027 | Audimax Patents - EKMS Patent Area Coverage Report |
| DX 1641 | | | | | UTEK0028 - UTEK0029 | Handwritten Notes |
| DX 1642 | | | | | UTEK0030 - UTEK0032 | Email from DSPEric@aol.com to Boddie regarding ETG Adaptive filter question |
| DX 1643 | | | | | UTEK0033 - UTEK0036 | Exploration of Patent Claim Comment made during EKmS call with SoundID (with handwriting) |
| DX 1644 | | | | | UTEK0037 - UTEK0046 | US Patent No. 4,731,850 to Levitt et al. |
| DX 1653 | | | | | UTEK0091 - UTEK0102 | Description and drawings of Audimax Digital Hearing Aid System |
| DX 1660 | | | | | WID003936- WID003963 | DSPRAP #1 Diva 2 Feedback Cancelling |
| DX 1661 | | | | | WID003994- WID004006 | DSPRAP #3 DSPRAP #3 Rollo Multibands-Locator |

| Energy Transportation Group, Inc. v. Widex A/S et al. | | | | | | Case No. 05-422 (GMS) |
|---|---|---|---|---|---|---|
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| DX 1664 | | | | | WID005041-WID005046 | Kommunikation med digital horeapparater |
| DX 1667 | | | | | WID047349-WID047372 | DSPRAP #12 Specifikation af tilpasningsprocedurer |
| DX 1668 | | | | | WID160339-WID160346 | AUDRAP #137 Brug af funktioner fra Ultrafit.h i Compass |
| DX 1670 | | | | | WID161772-WID161776 | Senso II Programmeringinterface specification |
| DX 1671 | | | | | WID234059-WID234071 | DSPRAP #3 DSPRAP #3 Rollo Multibands-Locator (translation) |
| DX 1673 | | | | | WID234088-WID234112 | DSPRAP #12 Specifikation af tilpasningsprocedurer (translation) |
| DX 1678 | | | | | WID234193-WID234200 | AUDRAP #137 Brug af funktioner fra Ultrafit.h i Compass (translation) |
| DX 1682 | | | | | WID234254-WID234265 | Betydning af data i 951/955/966//966/951+/955+/966+ designs (translation) |
| DX 1683 | | | | | WID234266-WID234271 | Kommunikation med digital horeapparater (translation) |
| DX 1684 | | | | | WID234271-WID234276 | Senso II Programmeringinterface specification (translation) |
| DX 1757 | | | | Levitt 8B | ETG00020286 | Hand drawn diagram and notes |
| DX 1758 | | | | Brown 15 | | Business Card of Clyde "Kip" Brown, Jr., P.E. |
| DX 1759 | | | | Soli 2 | | U.S. Patent No. 5,402,496 |
| DX 1761 | | | | Soli 4 | | U.S. Patent No. 6,134,329 |
| DX 1762 | | | | Soli 5 | | U.S. Patent No. 6,876,751 |

| Energy Transportation Group, Inc. v. Widex A/S et al. | | | | | | Case No. 05-422 (GMS) |
|---|---|---|---|---|---|---|
| Ex. No. | Date Offered | Marked | Admitted | Deposition Exhibit No. | Bates Number | Description |
| DX 1763 | | | | Soli 6 | | U.S. Patent Patent Pub. No. 2005/0163331 |
| DX 1764 | | | | Soli 7 | | An Objective Procedure for Evaluation of Adaptive Antifeedback Algorithms in Hearing Aids |
| DX 1765 | | | | Soli 8 | | Band-limited Feedback Cancellation with a Modified Filtered-X LMS Algorithm for Hearing Aids |
| DX 1766 | | | | Soli 9 | | A Novel Approach of Adaptive Feedback Cancellation for Hearing Aids |
| DX 1767 | | | | Soli 10 | | Robust Microphone Array Processor Incorporation Headshadow Effects |
| DX 1769 | | | | Kates 18 | GNR_D 0119789 - GNR_D | Feedback Cancellation in Hearing Aids, by James M. Kates, IEEE 1990 |
| DX 1770 | | | | Kates 19 | GNR_D 0383587 - GNR_D 0383608 | Feedback Cancellation ASA Meeting, Chicago June 5, 2001 |

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on the 19th day of February, 2008, I caused a true copy of the foregoing *Joint Exhibit List* to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Mary B. Graham (#2256)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC  20001-4413

*Attorneys for William Demant Holding A/S,
WDH Inc., Oticon A/S, Oticon, Inc.,
Bernafon AG, and Bernafon LLC*

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19899

William H. Mandir
David J. Cushing
Carl J. Pellegrini
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC  20037

*Attorneys for Widex A/S, Widex Hearing
Aid Co., Inc.*

/s/ Edmond D. Johnson
Edmond D. Johnson (#2257)
**PEPPER HAMILTON LLP**
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
Telephone No. 302.777.6500
Facsimile No.  302.421.8390
johnsone@pepperlaw.com