IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-422 (GMS) |
| ) | |
| SONIC INNOVATIONS, INC., et al, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW
ON DAMAGES, AND FOR REMITTITUR AND A NEW TRIAL**

Pursuant to Federal Rules of Civil Procedure 50 and 59, the Demant and Widex defendants hereby move for judgment as a matter of law on the issue of damages and for remittitur and a new trial. The grounds for this motion are as set forth in Defendants' motion pursuant to Rule 50 made during trial (D.I. 515) and as will be set forth in their opening brief.

Briefing on this motion will proceed in accordance with the parties' stipulation governing post-trial briefing, which has been approved by the Court (D.I. 525).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham (#2256)*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200
mgraham@mnat.com
jparrett@mnat.com

OF COUNSEL:

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Ave., N.W.
Washington, DC 20001-4413
202.408.4000

*Attorneys for William Demant Holding A/S,
WDH Inc., Oticon A/S, Oticon, Inc.,
Bernafon AG, and Bernafon LLC*

- 2 -

|  |  |
|---|---|
| OF COUNSEL:<br><br>SUGHRUE MION, PLLC<br>David J. Cushing<br>William H. Mandir<br>Carl J. Pellegrini<br>Brian K. Shelton<br>2100 Pennsylvania Ave., N.W.<br>Suite 800<br>Washington, DC  20037<br>202.293.7060<br><br>Dated:  February 21, 2008<br>1535305 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Donald E. Reid (#1058)*<br>_____<br>Donald E. Reid (#1058)<br>Jason A. Cincilla (#4232)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>302.658.9200<br>dreid@mnat.com<br>jcincilla@mnat.com<br><br>*Attorneys for Widex A/S and*<br>*Widex Hearing Aid Co. Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 21, 2008, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on February 21, 2008 upon the following parties:

| | |
|---|---|
| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson<br>PEPPER HAMILTON LLP<br>**johnsone@pepperlaw.com**<br><br>Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>**etg@hunton.com** |
| REPRESENTING WIDEX A/S AND WIDEX HEARING AID CO. INC. | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**dreid@mnat.com**<br><br>William H. Mandir<br>SUGHRUE MION PLLC<br>**wmandir@sughrue.com**<br><br>David J. Cushing<br>SUGHRUE MION PLLC<br>**dcushing@sughrue.com**<br><br>Carl J. Pellegrini<br>SUGHRUE MION PLLC<br>**cpellegrini@sughrue.com**<br><br>Brian K. Shelton<br>SUGHRUE MION PLLC<br>**bshelton@sughrue.com** |

| | |
|---|---|
| REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com;**<br>**mbgeservice@mnat.com**<br><br>John M. Romary<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**john.romary@finnegan.com**<br><br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**c.gregory.gramenopoulos@finnegan.com** |

*/s/ Mary B. Graham (#2256)*

_____
Mary B. Graham (#2256)