IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ENERGY TRANSPORTATION GROUP, INC.,　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　　　　　　)　　　　C.A. No. 05-422 (GMS)
　　　　　　　　　　　　　　　　　　　　　　　)
SONIC INNOVATIONS, INC., et al,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　　　　　　　　)

**WIDEX'S MOTION FOR JUDGMENT AS A MATTER
OF LAW OF NO WILLFUL INFRINGEMENT, AND A NEW TRIAL**

　　　　Pursuant to Federal Rules of Civil Procedure 50 and 59, the Widex defendants hereby move for judgment as a matter of law that they have not willfully infringed the patents in suit and for a new trial. The grounds for this motion are as set forth in Defendants' motion pursuant to Rule 50 made during trial (D.I. 513) and during oral argument (Tr. at 2021-28), and as will be set forth in the Widex defendants' opening brief.

　　　　Briefing on this motion will proceed in accordance with the parties' stipulation governing post-trial briefing, which has been approved by the Court (D.I. 525).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Donald E. Reid (#1058)*
_____

OF COUNSEL:

SUGHRUE MION, PLLC
David J. Cushing
William H. Mandir
Carl J. Pellegrini
Brian K. Shelton
2100 Pennsylvania Ave., N.W.
Suite 800
Washington, DC 20037
202.293.7060

Dated: February 21, 2008
1535307

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200
dreid@mnat.com
jcincilla@mnat.com

*Attorneys for Widex A/S and
Widex Hearing Aid Co. Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 21, 2008, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on February 21, 2008 upon the following parties:

REPRESENTING ENERGY
TRANSPORTATION GROUP, INC.

Edmond D. Johnson
PEPPER HAMILTON LLP
**johnsone@pepperlaw.com**

Brian M. Buroker
HUNTON & WILLIAMS LLP
**etg@hunton.com**

REPRESENTING WIDEX A/S
AND WIDEX HEARING AID CO. INC.

Donald E. Reid
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**dreid@mnat.com**

William H. Mandir
SUGHRUE MION PLLC
**wmandir@sughrue.com**

David J. Cushing
SUGHRUE MION PLLC
**dcushing@sughrue.com**

Carl J. Pellegrini
SUGHRUE MION PLLC
**cpellegrini@sughrue.com**

Brian K. Shelton
SUGHRUE MION PLLC
**bshelton@sughrue.com**

| | |
|---|---|
| REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com;**<br>**mbgeservice@mnat.com**<br><br>John M. Romary<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**john.romary@finnegan.com**<br><br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**c.gregory.gramenopoulos@finnegan.com** |

*/s/ Mary B. Graham (#2256)*
_____
Mary B. Graham (#2256)