**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO. 05-422 (GMS) |
| | ) | |
| SONIC INNOVATIONS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF ENERGY TRANSPORTATION GROUP, INC.'S MOTION FOR ENHANCED DAMAGES AND ATTORNEY'S FEES**

Pursuant to Federal Rule of Civil Procedures 54 and 59 and 35 U.S.C. §§ 284 and 285 and other applicable statutes and rules that provide for attorney's fees, Energy Transportation Group, Inc. ("ETG") respectfully moves for enhancement of up to three times the final amount of damages awarded based on the addition of the actual damages found by the jury and entered in the judgment (D.I. 522) plus prejudgment interest against the Widex Defendants. ETG also moves for a finding that this is an exceptional case against all defendants. ETG also moves for an award of a reasonable amount of attorney's fees and associated expenses incurred in this action against both the Widex Defendants and the Demant Defendants under one or more of the following bases: 35 U.S.C. § 285, 28 U.S.C. § 1927, Fed. R. Civ. P. 11 and/or 37 and/or the power of this Court under prevailing caselaw and common law doctrines. A reasonable estimate of ETG's attorney's fees and expenses is $ 11 Million in attorney's fees and $1.75 Million in expert witness fees and other associated expenses.[1]

The grounds for this motion will be more fully set forth in briefing set forth pursuant to

---

[1] ETG has not been ordered to provide its fee arrangement, so it has complied with all of the requirements of Fed.R. Civ. P. 54(d)(2)(iv).

-2-

the Court's Order (D.I. 526) granting the Stipulation (D.I. 525).  Although ETG believes that the Stipulation (D.I. 525) and Order (D.I. 526) provides for filing of both motions and memoranda by March 27, 2008, ETG is filing this motion separately in an abundance of caution.  ETG reserves the right to supplement the motion with its briefing filed according to the Stipulation (D.I. 525).

/s/ Edmond D. Johnson
Edmond D. Johnson (No. 2257)
Matthew A. Kaplan (No. 4956)
PEPPER HAMILTON
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
*Attorneys for Energy Transportation Group, Inc.*

OF COUNSEL:
Marty Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue
Suite 2500
Miami, Florida  33131
Telephone:  (305) 810-2500
Facsimile:  (305) 810-2460

Brian M. Buroker
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006-1109
Telephone:  (202) 955-1500
Facsimile:  (202) 778-2201

#9353968 v1

-3-

        Maya M. Eckstein
        HUNTON & WILLIAMS LLP
        Riverfront Plaza, East Tower
        951 East Byrd Street
        Richmond, VA 23219-4074
        Telephone: (804) 788-8788
        Facsimile: (804) 343-4630

## CERTIFICATE OF SERVICE

I do hereby certify that on the 22nd day of February, 2008, I caused a true copy of the foregoing **PLAINTIFF ENERGY TRANSPORTATION GROUP, INC.'S MOTION FOR ENHANCED DAMAGES AND ATTORNEY'S FEES** to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

| | |
|---|---|
| Mary B. Graham , Esq.<br>MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Donald E. Reid, Esq.<br>Jason A. Cincilla, Esq.<br>MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19899 |
| John M. Romary, Esq.<br>C. Gregory Gramenopoulos, Esq.<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER<br>901 New York Ave., N.W.<br>Washington, DC 20001-4413 | William H. Mandir, Esq.<br>David J. Cushing, Esq.<br>Carl J. Pellegrini, Esq.<br>SUGHRUE MION PLC<br>2100 Pennsylvania Ave., N.W.<br>Washington, DC 20037 |
| *Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC* | *Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.* |

    /s/ Edmond D. Johnson
    Edmond D. Johnson (#2257)