**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. NO. 05-422 (GMS) |
| v. ) | |
| ) | |
| SONIC INNOVATIONS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF ENERGY TRANSPORTATION GROUP, INC.'S MOTION FOR
PREJUDGMENT AND POST-JUDGMENT INTEREST**

Pursuant to Federal Rule of Civil Procedure 59 and 35 U.S.C. Section 284, Energy Transportation Group, Inc. ("ETG") respectfully moves for entry of prejudgment interest on the judgment (D.I. 522) of $31 Million dollars ($15 Million dollars against the Widex Defendants and $16 Million against the Demant Defendants). ETG moves that such prejudgment interest be calculated from the beginning of infringement through the expiration of the patents-in-suit using an interest rate based on the highest rate available, but no less than an interest rate based on the prime rate. As will be set forth in more detail in its motion, ETG also moves for calculation of the final amount due applying the jury award in equal installments over the period of infringement with interest compounding through the date of an order amending the judgment to reflect prejudgment interest.

In addition, pursuant to Federal Rule of Civil Procedure 59 and 28 U.S.C. § 1961, ETG respectfully moves for an order requiring post-judgment interest on the final and/or amended judgment entered in this action.

The grounds for this motion will be more fully set forth in briefing set forth pursuant to the Court's Order (D.I. 526) granting the Stipulation (D.I. 525). Although ETG believes that the

#9350614 v1

-2-

Stipulation (D.I. 525) and Order (D.I. 526) provides for filing of both motions and memoranda by March 27, 2008, ETG is filing this motion separately out of an abundance of caution. ETG reserves the right to supplement the motion with its briefing filed according to the Stipulation (D.I. 525).

| | |
|---|---|
| Dated: February 22, 2008 | /s/ Edmond D. Johnson<br>Edmond D. Johnson (No. 2257)<br>PEPPER HAMILTON<br>Hercules Plaza Suite 5100<br>1313 Market Street<br>Wilmington, DE 19899-1709<br><br>*Attorneys for Energy Transportation Group, Inc.*<br><br>OF COUNSEL:<br>Marty Steinberg<br>HUNTON & WILLIAMS LLP<br>1111 Brickell Avenue<br>Suite 2500<br>Miami, Florida 33131<br>Telephone: (305) 810-2500<br>Facsimile: (305) 810-2460<br><br>Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>1900 K Street, N.W., Suite 1200<br>Washington, DC 20006-1109<br>Telephone: (202) 955-1500<br>Facsimile: (202) 778-2201<br><br>Maya M. Eckstein<br>HUNTON & WILLIAMS LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219-4074<br>Telephone: (804) 788-8788<br>Facsimile: (804) 343-4630 |

## CERTIFICATE OF SERVICE

I do hereby certify that on the 22nd day of February, 2008, I caused a true copy of the foregoing **PLAINTIFF ENERGY TRANSPORTATION GROUP, INC.'S MOTION FOR PREJUDGMENT AND POST-JUDGMENT INTEREST** to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Mary B. Graham (#2256)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC 20001-4413

*Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC*

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

William H. Mandir
David J. Cushing
Carl J. Pellegrini
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC 20037
*Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.*

/s/ Edmond D. Johnson
Edmond D. Johnson (#2257)

-3-