# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ENERGY TRANSPORTATION GROUP, INC. )
           Plaintiff, )
           v. ) C.A. NO. 05-422 (GMS)
SONIC INNOVATIONS, INC., *et al.*, )
           Defendants. )

**DECLARATION OF TERRY L. MUSIKA IN SUPPORT OF PLAINTIFF'S MOTION FOR PREJUDGMENT AND POST-JUDGMENT INTEREST (D.I. 532)**

The undersigned, Terry L. Musika, makes this declaration based on personal knowledge and pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1. I am a Certified Public Accountant and the Chief Operating Officer of Invotex Group, a financial and economic consulting and intellectual property management firm that specializes in providing financial analyses related to complex financial transactions and intellectual property management, transaction, and finance services.

2. I have been retained by ETG as its damages expert in this matter. I am familiar with the periods of time relating to the sale of the infringing products by Defendants Widex and Demant and have reviewed the documents produced by Defendants pertaining to sales of the infringing products.

3. On February 4, 2008, the jury returned a verdict awarding ETG monetary damages of $15 Million against Defendant Widex and $16 Million against Defendant Demant. The Court entered judgment in favor of ETG on February 8, 2008.

4. Attached hereto as Exhibit 1 are the figures I used to derive the prejudgment awards for ETG based on (i) the documents relating to the sale of the infringing products supplied to ETG by Defendants and (ii) the prime rate as it is promulgated by the Board of Governors of the Federal Reserve Board.

5. Based on the prime rate, and utilizing the quarterly royalty payment apportionment model approved by this Court in the case of *IPPV Enterprises, LLC. v. EchoStar Communications Corp.*, No. Civ. A. 99-577, 2003 WL 723260, *3 (D. Del. Feb. 27, 2003) (J. Jordan), the prejudgment interest awarded ETG should be $4,515,570 against Defendant Widex and $4,816,608 against Defendant Demant.

6. The principal amounts set forth in Exhibit 1 assume that Defendants would have paid ETG the damages figure awarded to ETG by the jury ($15 million against Defendant Widex and $16 million against Defendant Demant) spread out over twenty-four (24) equal quarterly royalty payments from the beginning of the infringement, or January 1, 2001, until the expiration of the Patents-in-suit, or November 2006, this time period being the length of Defendants' hypothetical licensing of the Patents-in-suit.

7. The prejudgment interest calculations set forth in Exhibit 1 assume quarterly compounding to occur at the end of each quarter.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 25 day of March, 2008.

                                                  TERRY L. MUSIKA

Energy Transportation Group, Inc. v. Sonic Innovations, Inc., et al.
**Prejudgment Interest on Damages Awarded Against Widex**

| Quarter | Prime Rate: 1/ | Widex | | | |
|---|---|---|---|---|---|
| | | Beginning Balance | Current Period Royalty Payment a/ | Current Period Interest b/ | Cumulative Period Ending Balance |
| 1Q2001 | 8.00% | 0 | 625,000 | - | 625,000 |
| 2Q2001 | 6.75% | 625,000 | 625,000 | 10,547 | 1,260,547 |
| 3Q2001 | 6.00% | 1,260,547 | 625,000 | 18,908 | 1,904,455 |
| 4Q2001 | 4.75% | 1,904,455 | 625,000 | 22,615 | 2,552,070 |
| 1Q2002 | 4.75% | 2,552,070 | 625,000 | 30,306 | 3,207,376 |
| 2Q2002 | 4.75% | 3,207,376 | 625,000 | 38,088 | 3,870,464 |
| 3Q2002 | 4.75% | 3,870,464 | 625,000 | 45,962 | 4,541,426 |
| 4Q2002 | 4.25% | 4,541,426 | 625,000 | 48,253 | 5,214,678 |
| 1Q2003 | 4.25% | 5,214,678 | 625,000 | 55,406 | 5,895,084 |
| 2Q2003 | 4.00% | 5,895,084 | 625,000 | 58,951 | 6,579,035 |
| 3Q2003 | 4.00% | 6,579,035 | 625,000 | 65,790 | 7,269,825 |
| 4Q2003 | 4.00% | 7,269,825 | 625,000 | 72,698 | 7,967,524 |
| 1Q2004 | 4.00% | 7,967,524 | 625,000 | 79,675 | 8,672,199 |
| 2Q2004 | 4.25% | 8,672,199 | 625,000 | 92,142 | 9,389,341 |
| 3Q2004 | 4.75% | 9,389,341 | 625,000 | 111,498 | 10,125,840 |
| 4Q2004 | 5.25% | 10,125,840 | 625,000 | 132,902 | 10,883,741 |
| 1Q2005 | 5.75% | 10,883,741 | 625,000 | 156,454 | 11,665,195 |
| 2Q2005 | 6.25% | 11,665,195 | 625,000 | 182,269 | 12,472,464 |
| 3Q2005 | 6.75% | 12,472,464 | 625,000 | 210,473 | 13,307,936 |
| 4Q2005 | 7.25% | 13,307,936 | 625,000 | 241,206 | 14,174,143 |
| 1Q2006 | 7.75% | 14,174,143 | 625,000 | 274,624 | 15,073,767 |
| 2Q2006 | 8.25% | 15,073,767 | 625,000 | 310,896 | 16,009,663 |
| 3Q2006 | 8.25% | 16,009,663 | 625,000 | 330,199 | 16,964,863 |
| 4Q2006 | 8.25% | 16,964,863 | 625,000 | 349,900 | 17,939,763 |
| 1Q2007 | 8.25% | 17,939,763 | - | 370,008 | 18,309,770 |
| 2Q2007 | 8.25% | 18,309,770 | - | 377,639 | 18,687,409 |
| 3Q2007 | 7.75% | 18,687,409 | - | 362,069 | 19,049,478 |
| 4Q2007 | 7.25% | 19,049,478 | - | 345,272 | 19,394,750 |
| Ending 02/08/08 2/ | 0.62% | 19,394,750 | - | 120,820 | 19,515,570 |

| Widex Totals: | Cumul. Balance | 19,515,570 |
|---|---|---|
| | Principal | 15,000,000 |
| | Interest | 4,515,570 |

**Sources/Notes:**
1/ From federalreserve.gov
2/ Rate as of 02/08/2008 is 6%. The 6% is multiplied by 38/366 for the 38

**Assumptions:**
a/ All principal amounts assume equal quarterly royalty payments from the damages amounts through Q4 2006.
b/ All interest calculations assume quarterly compounding to occur at the end of each quarter.
c/ Point of infringement: 01/01/2001.
d/ Date of judgment: 02/08/2008.


EXHIBIT 1

Energy Transportation Group, Inc. v. Sonic Innovations, Inc., et al.
**Prejudgment Interest on Damages Awarded Against Demant**

| Quarter | Prime Rate: 1/ | Demant: Beginning Balance | Demant: Current Period Royalty Payment a/ | Demant: Current Period Interest b/ | Demant: Cumulative Period Ending Balance |
|---|---|---|---|---|---|
| 1Q2001 | 8.00% | 0 | 666,667 | - | *666,667* |
| 2Q2001 | 6.75% | 666,667 | 666,667 | 11,250 | *1,344,583* |
| 3Q2001 | 6.00% | 1,344,583 | 666,667 | 20,169 | *2,031,419* |
| 4Q2001 | 4.75% | 2,031,419 | 666,667 | 24,123 | *2,722,209* |
| 1Q2002 | 4.75% | 2,722,209 | 666,667 | 32,326 | *3,421,201* |
| 2Q2002 | 4.75% | 3,421,201 | 666,667 | 40,627 | *4,128,495* |
| 3Q2002 | 4.75% | 4,128,495 | 666,667 | 49,026 | *4,844,187* |
| 4Q2002 | 4.25% | 4,844,187 | 666,667 | 51,469 | *5,562,324* |
| 1Q2003 | 4.25% | 5,562,324 | 666,667 | 59,100 | *6,288,090* |
| 2Q2003 | 4.00% | 6,288,090 | 666,667 | 62,881 | *7,017,637* |
| 3Q2003 | 4.00% | 7,017,637 | 666,667 | 70,176 | *7,754,481* |
| 4Q2003 | 4.00% | 7,754,481 | 666,667 | 77,545 | *8,498,692* |
| 1Q2004 | 4.00% | 8,498,692 | 666,667 | 84,987 | *9,250,346* |
| 2Q2004 | 4.25% | 9,250,346 | 666,667 | 98,285 | *10,015,297* |
| 3Q2004 | 4.75% | 10,015,297 | 666,667 | 118,932 | *10,800,895* |
| 4Q2004 | 5.25% | 10,800,895 | 666,667 | 141,762 | *11,609,324* |
| 1Q2005 | 5.75% | 11,609,324 | 666,667 | 166,884 | *12,442,875* |
| 2Q2005 | 6.25% | 12,442,875 | 666,667 | 194,420 | *13,303,961* |
| 3Q2005 | 6.75% | 13,303,961 | 666,667 | 224,504 | *14,195,132* |
| 4Q2005 | 7.25% | 14,195,132 | 666,667 | 257,287 | *15,119,086* |
| 1Q2006 | 7.75% | 15,119,086 | 666,667 | 292,932 | *16,078,685* |
| 2Q2006 | 8.25% | 16,078,685 | 666,667 | 331,623 | *17,076,974* |
| 3Q2006 | 8.25% | 17,076,974 | 666,667 | 352,213 | *18,095,853* |
| 4Q2006 | 8.25% | 18,095,853 | 666,667 | 373,227 | *19,135,747* |
| 1Q2007 | 8.25% | 19,135,747 | - | 394,675 | *19,530,422* |
| 2Q2007 | 8.25% | 19,530,422 | | 402,815 | *19,933,237* |
| 3Q2007 | 7.75% | 19,933,237 | - | 386,206 | *20,319,443* |
| 4Q2007 | 7.25% | 20,319,443 | - | 368,290 | *20,687,733* |
| Ending 02/08/08 2/ | 0.62% | 20,687,733 | - | 128,874 | ***20,816,608*** |

| Demant Totals: | | |
|---|---|---|
| | Cumul. Balance | ***20,816,608*** |
| | Principal | ***16,000,000*** |
| | Interest | ***4,816,608*** |

**Sources/Notes:**

1/ From federalreserve.gov

2/ Rate as of 02/08/2008 is 6%. The 6% is multiplied by 38/366 for the 38 days

**Assumptions:**

a/ All principal amounts assume equal quarterly royalty payments from the damages amounts through Q4 2006.

b/ All interest calculations assume quarterly compounding to occur at the end of each quarter.

c/ Point of infringement: 01/01/2001.

d/ Date of judgment: 02/08/2008.