**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | ) | |
| Plaintiff, | ) | |
| | ) | C.A. NO. 05-422 (GMS) |
| v. | ) | |
| | ) | |
| SONIC INNOVATIONS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF ENERGY TRANSPORTATION GROUP, INC.'S AMENDED MOTION[1]
FOR ENHANCED DAMAGES AND ATTORNEY'S FEES**

Pursuant to Federal Rules of Civil Procedure 54 and 59; 35 U.S.C. §§ 284, 285; and other applicable statutes and rules that provide for attorney's fees, Energy Transportation Group, Inc. ("ETG") respectfully moves for enhancement of up to three times the final amount of damages awarded based on the addition of the actual damages found by the jury and entered in the judgment (D.I. 522) plus prejudgment interest against the Widex Defendants. ETG also moves for a finding that this is an exceptional case against all defendants. ETG also moves for an award of a reasonable amount of attorney's fees and associated expenses incurred in this action against both the Widex Defendants and the Demant Defendants under one or more of the following bases: 35 U.S.C. § 285, 28 U.S.C. § 1927, and/or the power of this Court under prevailing caselaw and common law doctrines. A reasonable estimate of ETG's attorney's fees and expenses is $ 11 Million in attorney's fees and $1.75 Million in expert witness fees and other associated expenses.[2]

---

[1] This Amended Motion replaces the Motion (D.I. 531) filed on February 22, 2008.

[2] ETG has not been ordered to provide its fee arrangement, so it has complied with all of the requirements of Fed.R. Civ. P. 54(d)(2)(iv).

#9479150 v1

-2-

The grounds for this motion will be more fully set forth in briefing set forth pursuant to the Court's Order (D.I. 526) granting the Stipulation (D.I. 525). Although ETG believes that the Stipulation (D.I. 525) and Order (D.I. 526) provides for filing of both motions and memoranda by March 27, 2008, ETG is filing this motion separately in an abundance of caution. ETG reserves the right to supplement the motion with its briefing filed according to the Stipulation (D.I. 525).

#9479150 v1

-3-

| | |
|---|---|
| Dated:  March 27, 2008 | Respectfully Submitted, |

/s/ Matthew A. Kaplan
Edmond D. Johnson (# 2257)
Matthew A. Kaplan (# 4956)
PEPPER HAMILTON
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390

*Attorneys for Energy Transportation Group, Inc.*

OF COUNSEL:

Marty Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue
Suite 2500
Miami, Florida  33131
Telephone:  (305) 810-2500
Facsimile:  (305) 810-2460

Brian M. Buroker
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006-1109
Telephone:  (202) 955-1500
Facsimile:  (202) 778-2201

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone:  (804) 788-8788
Facsimile:  (804) 343-4630

#9479150 v1

## CERTIFICATE OF SERVICE

I do hereby certify that on the 27th day of March, 2008, I caused a true copy of the foregoing **PLAINTIFF ENERGY TRANSPORTATION GROUP, INC.'S AMENDED MOTION FOR ENHANCED DAMAGES AND ATTORNEY'S FEES** to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Mary B. Graham (#2256)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC 20001-4413

*Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC*

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

William H. Mandir
David J. Cushing
Carl J. Pellegrini
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC 20037

*Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.*

/s/ Matthew A. Kaplan
Matthew A. Kaplan (# 4956)