IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-422 (GMS) |
| SONIC INNOVATIONS, INC., et al, | ) ) | |
| Defendants. | ) ) ) | |

**DECLARATION OF DANIEL G. VIVARELLI, JR. IN SUPPORT OF PLAINTIFF
ENERGY TRANSPORTATION GROUP INC.'S MEMORANDUM IN SUPPORT OF ITS
MOTION FOR ENHANCED DAMAGES AND ATTORNEY'S FEES**

I, Daniel G. Vivarelli, Jr., declare, depose and state as follows:

1. I am an attorney with the law firm of Hunton & Williams, LLP and I am one of the attorneys representing Energy Transportation Group, Inc. ("ETG") in the above-captioned litigation.

2. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently as to their truth.

3. Attached as Exhibit 1 is a true and correct copy of JX 4, U.S. Patent No. 4,731,850 entitled "Programmable Digital Hearing Aid System."

4. Attached as Exhibit 2 is a true and correct copy of JX 2, U.S. Patent No. 4,879,749 entitled "Host Controller for Programmable Digital Hearing Aid System."

5. Attached as Exhibit 3 is a true and correct copy of PX 820, Nielsen Deposition Exhibit 82, a Senso Diva brochure "Frequently Asked Questions," bearing bates nos. WID163223 - WID163249.

6.  Attached as Exhibit 4 is a true and correct copy of PX 33, Demant (Christensen) Deposition Exhibit 58, "Oticon Syncro Handbook," bearing bates nos. DEM002099 - DEM002165.

7.  Attached as Exhibit 5 is a true and correct copy of PX 394, Bernafon SymbioXT Product Information, bearing bates nos. DEM000181 - DEM000182.

8.  Attached as Exhibit 6 is a true and correct copy of PX 30, Demant (Christensen) Deposition Exhibit 51, Oticon Adapto Product Brochure: The Explanation, bearing bates nos. DEM000444 - DEM000454.

9.  Attached as Exhibit 7 is a true and correct copy of PX 391, Demant (Schaub) Deposition Exhibit 46, Bernafon SwissEar Product Brochure: Open Fitting Perfection, bearing bates nos. DEM000143 - DEM000154.

10. Attached as Exhibit 8 is a true and correct copy of PX 551, Widex Senso Diva High Definition Hearing Presentation, produced in native format on CD bearing bates no. WID000014.

11. Attached as Exhibit 9 is a true and correct copy of PX 393, Demant (Schaub) Deposition Exhibit 45, Bernafon SymbioXT Product Brochure: A Revolution: The First ChannelFree Digital Hearing System in the World, bearing bates nos. DEM000165 - DEM000180.

12. Attached as Exhibit 10 is a true and correct copy of JX 138, Demant (Christensen) Deposition Exhibit 50, The AFB Algorithm P833, dated January 4, 2007 and bearing bates nos. DEM005179 - DEM005237.

13. Attached as Exhibit 11 is a true and correct copy of JX 26, Demant (Schaub) Deposition Exhibit 42, Bernafon, A Summary of the Alaska Feedback Manager Operation and Use, Revision 1.2, dated September 26, 2001 and bearing bates nos. DEM006035 - DEM006042.

14. Attached as Exhibit 12 is a true and correct copy of JX 305, DSPRAP #1, Diva 2 Feedback Cancellation, dated September 25, 2006 and bearing bates nos. WID234003 - WID234030.

15. Attached as Exhibit 13 is a true and correct copy of excerpts of the transcript of the trial in the above-captioned action.

16. Attached as Exhibit 14 is a true and correct copy of excerpts of the transcript of the deposition of Kim Nielsen taken in the above-captioned action on July 26, 2007.

17. Attached as Exhibit 15 is a true and correct copy of excerpts of the transcript of the deposition of Thomas Christensen taken in the above-captioned action on August 1, 2007 and August 2, 2007.

18. Attached as Exhibit 16 is a true and correct copy of excerpts of the transcript of the deposition of Arthur Schaub taken in the above-captioned action on August 1, 2007.

19. Attached as Exhibit 17 is a true and correct copy of PX 501, Nielsen Deposition Exhibit 90, Inteo Multi-Directional Active Feedback Cancelling, bearing bates nos. ED00002874_001 - ED00002874_003.

20. Attached as Exhibit 18 is a true and correct copy of PX 598, Widex (S. Westermann) Deposition Exhibit 39, Letter from David J. Cushing to Harry Levitt with Enclosures, dated July 9, 1997 and bearing bates nos. LEV00000109 - LEV00000142.

21. Attached as Exhibit 19 is a true and correct copy of PX 562, Widex (S. Westermann) Deposition Exhibit 40, Letter from David J. Cushing to Harry Levitt, dated December 26, 1996 and bearing bates nos. ETG00024485 - ETG00024486.

22. Attached as Exhibit 20 is a true and correct copy of PX 773, Widex (T. Westermann) Deposition Exhibit 47, Entry in Widex Computer System for HIMPP Listing of '850 Patent, bearing bates no. WID004174.

23. Attached as Exhibit 21 is a true and correct copy of PX 774, Widex (S. Westermann) Deposition Exhibit 48, U.S. Patent No. 4,879,749 with Handwritten Notes, bearing bates nos. WID004175 - WID004185.

24. Attached as Exhibit 22 is a true and correct copy of PX 775, Widex (S. Westermann) Deposition Exhibit 48, European Patent Application No. 86307717.8 with Handwritten Notes, bearing bates nos. WID004186 - WID004200.

25. Attached as Exhibit 23 is a true and correct copy of DX 1195, HIMPP CID 3: Electronic Filters, Signal Conversion Apparatus, Hearing Aids and Methods, dated March 1, 2006 and bearing bates nos. WID000137 - WID000140.

26. Attached as Exhibit 24 is a true and correct copy of *Medtronic Navigation, Inc. v. BrainLAB Medizinische Computersystems GmbH*, No. 98-cv-01072 (D. Colo. Feb. 12, 2008).

27. Attached as Exhibit 25 is a true and correct copy of DX 1642, Email from Eric Dowling to John Boddie regarding ETG Adaptive Filter Question, bearing bates nos. UTEK0030 - UTEK0032.

28. Attached as Exhibit 26 is a true and correct copy of the Supplemental Expert Report of Robert E. Morley, Jr., D. Sc. on Behalf of Defendants, served November 11, 2007 in the above-captioned action.

29. Attached as Exhibit 27 is a true and correct copy of the Supplemental Expert Witness Report of Charles Donohoe on Behalf of Widex A/S, Widex Hearing Aid Co., Inc., Oticon A/S,

Oticon, Inc., Bernafon AG, Bernafon LLC, WDH, Inc., and William Demant Holdings A/S, served December 16, 2007 in the above-captioned action.

30. Attached as Exhibit 28 is a true and correct copy of DX 1610, EKMS Summary Report, bearing bates nos. MP00000031 - MP00000035.

31. Attached as Exhibit 29 is a true and correct copy of the Declaration of Eric M. Dowling, Ph. D., executed January 27, 2008.

32. Attached as Exhibit 30 is a true and correct copy of the EKMS Timeline.

33. Attached as Exhibit 31 is a true and correct copy of DX 1623, Email Chain Between Michael Pitonyak and John Boddie regarding Review of Audimax Patents and Products by ReSound, Oticon, Widex, Siemens and Others, bearing bates nos. P-02593 - P-02594.

34. Attached as Exhibit 32 is a true and correct copy of the Declaration of Marty Steinberg, executed March 26, 2008.

35. Attached as Exhibit 33 is a true and correct copy of the Declaration of Brian M. Buroker, executed March 26, 2008.

36. Attached as Exhibit 34 is a true and correct copy of PX 648, German Federal Cartel Office Decision, bearing bates nos. MOJ00000242 - MOJ00000345.

37. Attached as Exhibit 35 is a true and correct copy of excerpts of the transcript of the deposition of David Egolf taken in the above-captioned action on October 9, 2007.

38. Attached as Exhibit 36 is a true and correct copy of excerpts of the transcript of the deposition of Kim Weaver taken in the above-captioned action on August 25, 2007.

39. Attached as Exhibit 37 is a true and correct copy of excerpts of the transcript of the deposition of Sigfrid Soli taken in the above-captioned action on November 14, 2007.

40. Attached as Exhibit 38 is a true and correct copy of DX 1196, Excerpts of U.S. Patent No. 5,357,251, entitled "Electronic Filters, Signal Conversion Apparatus, Hearing Aids and Methods," bearing bates nos. WID000143 - WID000144.

41. Attached as Exhibit 39 is a true and correct copy of the Declaration of Thomas M. McKenney, executed March 26, 2008.

42. Attached as Exhibit 40 is a true and correct copy of William Demant Holdings A/S Annual Report 2007.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.


Executed on March 26, 2008 in Washington, D.C.


Daniel G. Vivarelli, Jr.

- 6 -

## CERTIFICATE OF SERVICE

I do hereby certify that on the 27th day of March, 2008, I caused a true copy of the foregoing **Declaration of Daniel G. Vivarelli, Jr. in Support of Plaintiff Energy Transportation Group Inc.'s Memorandum in Support of Its Motion For Enhanced Damages And Attorney's Fees** to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Mary B. Graham (#2256)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC  20001-4413

*Attorneys for William Demant Holding A/S,*
*WDH Inc., Oticon A/S, Oticon, Inc.,*
*Bernafon AG, and Bernafon LLC*

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19899

William H. Mandir
David J. Cushing
Carl J. Pellegrini
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC  20037

*Attorneys for Widex A/S, Widex Hearing*
*Aid Co., Inc.*

/s/ Edmond D. Johnson
Edmond D. Johnson (# 2257)

- 7 -