# EXHIBITS 1 THROUGH 40
# ARE FILED SEPARATELY DUE TO SIZE