IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-422 (GMS) |
| | ) | |
| SONIC INNOVATIONS, INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |

**APPENDIX OF EXHIBITS & TRIAL TRANSCRIPT EXCERPTS TO OPENING BRIEF IN SUPPORT OF THE WIDEX DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW AND REQUEST FOR NEW TRIAL ON THE ISSUE OF WILLFUL INFRINGEMENT**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200
dreid@mnat.com
*Attorneys for Widex A/S and*
*Widex Hearing Aid Co. Inc.*

OF COUNSEL:

SUGHRUE MION, PLLC
David J. Cushing
William H. Mandir
Carl J. Pellegrini
Brian K. Shelton
2100 Pennsylvania Ave., N.W.
Suite 800
Washington, DC 20037
202.293.7060

Dated: March 27, 2008

2170805

## TABLE OF EXHIBITS

| EXHIBIT | DESCRIPTION |
| --- | --- |
| JX77 | Handwritten Notes, dated January 6, 1986 |
| DX-982 | U.S. Patent No. 4,783,818 to Graupe et al. |
| DX-1239 | Measurement and Adaptive Suppression of Acoustic Feedback in Hearing Aids by D. Bustamente |
| DX-1240 | The Problem of Feedback in Hearing Aids, J. Commun. Discord. 24 by Kates |
| DX-1599 | U.S. Patent No. 6,738,489 |
| DX-1610 | EKMS, Inc. 2002-ETG Summary Report |
| PX0562 | Letter from David J. Cushing to Harry Levitt, dated December 26, 1996 |
| Appx. A | Trial Testimony |

JX77



CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

## Test Procedure.

1. Take earmold impression, make earmold (for pilot work, use universal mold or, preferably, use instantaneous mold.)

2. Fit BTE case with tubing to earmold

3. Obtain audiological data with subject
   a) deliver bands of noise from pre-recorded cassette, or to use bone input via Amp A2 with A1 disconnected.

Note: Peak sampling rate = 10k
∴ F Nyquist = 5k
see note (b)

   b) Measure threshold and discomfort levels at octave band frequencies of 312, 625, 937 1250, 1875, 2500, 3125, 3750, 4375.

   c) Measure comfort levels (MCL or Pascoe-type procedure) at the above frequencies, Measure Voltage at A2 for each of above

   d) With linear interpolation, specify comfort levels in steps of 312 Hz (can be programmed)

   e) Assume standard speech spectrum peaks at 1 meter (Tabulated) Choose forward gain [ G/F ] such that speech peaks spectrum is at MCL at all frequencies. To do this, generate a 70 dB SPL noise level and measure V at A2 with Amp. Subject + St meter needed + Loudspeaker + calibrated cassette + tape loops

CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

Note b.

If we use a standard audiometer, then standard frequencies may need to be used.

E.g., 250, 500, 1000, 1500, 2000, 3000, 4000, 5000

Then use linear interpolation to get mels etc in steps of 3.12 Hz.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

To accomplish (c), do the following



BTE case

Loudspeaker

atten.

Amp

Cassette Deck

subject

A₁
A₂

Test Box

Sound Level Meter

#) set 5

Pre-recorded set of calibrated cassettes loops with narrowband stimuli:

Note: above set-up is for immediate use. Final version will use stimuli generated in test box.

3ei) Calibrate playback system, i.e., for each cassette loop (which contains a narrowband noise) find attenuator setting for 70 dB SPL at subject's ear. (Real subject need not be used.)

3eii) With subject present, connect A₁ to ft and ft with filter programmed to flat response, with gain set at a known, predetermined level, e.g. maximum setting of volume control. If too loud, reduce gain by a known amount (e.g. set by hand & then measure gain change.)

3eiii) Measure voltage at A₂ for each cassette loop, this gives the transfer function from acoustic to electrical input T.F

CONFIDENTIAL - ATTORNEYS' EYES ONLY

LEV00001831

/5

3(iv) From Using Tac(F) and data
from (3), calculate coefficients
for the programmable filter
( Calculate transfer function of
filter such that "typical "speech peaks
are at MCL (see # 3) then
use HI FILTER to set
filter coefficients.
Above will in due course be
be programmed.

4    Enter coefficients in EPROM.

5    Check comfort, etc, with
real speech. Measure speech
discrim.

6.   Enter coefficients for 3 other
hearing aid responses. E.g. Flat
response, + 6dB response, low-freq
cut-off for noise reduction.
Do paired comparisons to
choose best response.
Note: In final system
these alternative responses will
be systematically chosen varied
from that obtained in (3e iv)

7.   Having found best response,
insert adjustments for feedback
control.

8.   Note: Set clipping level such that
discomfort levels not exceeded.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-982

# United States Patent [19]

## Graupe et al.

[11] Patent Number: **4,783,818**

[45] Date of Patent: **Nov. 8, 1988**

[54] **METHOD OF AND MEANS FOR ADAPTIVELY FILTERING SCREECHING NOISE CAUSED BY ACOUSTIC FEEDBACK**

[75] Inventors: Dan Graupe, Highland Park; John Grosspietsch, Schaumburg; Stavros P. Basseas, Chicago, all of Ill.

[73] Assignee: Intellitech Inc., Northbrook, Ill.

[21] Appl. No.: 788,411

[22] Filed: Oct. 17, 1985

[51] Int. Cl.⁴ ............................................. H03B 29/00
[52] U.S. Cl. ................................ 381/71; 381/83; 381/93
[58] Field of Search .................... 381/71, 83, 93

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,025,721 | 5/1977 | Graupe et al. . |
| 4,088,835 | 5/1978 | Thurmond et al. .................. 381/83 |
| 4,185,168 | 1/1980 | Graupe et al. . |
| 4,602,321 | 7/1986 | Cox ........................................ 381/83 |
| 4,636,586 | 1/1987 | Schiff ................................... 381/71 |
| 4,689,821 | 8/1987 | Salikuddin et al. ............... 381/71 |

Primary Examiner—Forester W. Isen
Attorney, Agent, or Firm—Sandler & Greenblum

[57] **ABSTRACT**

A communication system, such as a hearing aid or a public address system, may include a microphone for inputting audio information to the system, an amplifier for amplifying audio frequency signals inputed to the microphone, and a speaker for outputting amplified audio frequency signals into the environment which provides an acoustic feedback path between the speaker and the microphone. The invention provides an identification circuit for dynamically identifying those parameters associated only with acoustic feedback, and a correction circuit whose transfer function is established in accordance with the parameters identified by the identification circuit. The transfer function of the correction circuit is such that the effect of acoustic feedback is cancelled from the transfer function of communication system. The identification circuit is constructed and arranged to identify said parameters in response to a turn-on of the system, or to an automatically-sensed threshold change in gain of the amplifier.

60 Claims, 4 Drawing Sheets





EXHIBIT
31
EGOLF 10-9-07

Defendants Trial Exhibit DX-982
Civil Action no. 05-422

WID188908





FIG. 3

WID188910

FIG. 5



FIG. 6



WID188911

**U.S. Patent**    Nov. 8, 1988    Sheet 4 of 4    4,783,818

FIG. 7



FIG. 8

WID188912

1                                         4,783,818                                         2

## METHOD OF AND MEANS FOR ADAPTIVELY FILTERING SCREECHING NOISE CAUSED BY ACOUSTIC FEEDBACK

### CROSS REFERENCE TO RELATED MATTERS

The following patents, helpful to an understanding of the present invention, are hereby incorporated by reference:

[1] U.S. Pat. No. 4,025,721, issued May 24, 1977; and
[2] U.S. Pat. No. 4,185,168, issued Jan. 22, 1980.

### TECHNICAL FIELD

This invention relates to a method of and means for adaptively filtering screeching noise caused by acoustic feedback in communication systems such as hearing aids or public address systems.

### BACKGROUND OF THE INVENTION

Hearing impaired persons fitted with hearing aids, as well as persons around them, are familiar with loud, unpleasant, and often uncomfortable, screeching noises that often eminate from a hearing aid when it is turned on, and at other times as well. Persons with normal hearing have experienced similar problems with public address systems. In both hearing aids and public address systems, hereinafter referred to as communication systems of the type described, which are used in acoustic environments, acoustic feedback is the culprit. That is to say, some of the acoustic energy radiated from the speaker of a communication system into the acoustic environment is picked up by the microphone of that same system, is amplified by the system's electronics, and then rebroadcast into the environment. Under some conditions, signal reinforcement, or bootstrapping, occurs; and the result is a screeching noise that is both loud, physically uncomfortable, and annoying to all those in the vicinity of the speaker.

Screeching noise caused by acoustic feedback is a major irritation to hearing aid users as well as to persons with unimpaired hearing in their vicinity, and to persons in the vicinity of a malfunctioning public address system. Conventionally, the user of a hearing aid controls screech caused by acoustic feedback by reducing the gain on the amplifier in the hearing aid, but this expedient solves the problem at the expense of a reduction in the level of amplification of information, which is the basis for wearing a hearing aid in the first place. In addition, manual adjustment of the volume of a relatively small hearing aid is usually difficult, or at least inconvenient. In public address systems, on the other hand, resort to rearranging the microphone is often the only practical way to alleviate screeching noise. Thus, the elimination of screeching noise in a communication system caused by acoustic feedback often requires manual intercession into the operation of such system which may be inconvenient or inappropriate. Apparatus that automatically, and adaptively, overcomes the problem of screeching noise caused by acoustic feedback would therefore be very desirable.

It is an object of the present invention to provide both a method of and apparatus for automatically and adaptively overcoming the problem of screeching noise caused by acoustic feedback in a communication system of the type described.

### BRIEF DESCRIPTION OF INVENTION

The present invention is incorporated into a communication system of the type described which operates in an acoustic environment. The system includes a microphone component for inputting audio information, an amplifier component for amplifying audio frequency signals inputted into the microphone, and a speaker component for outputting amplified audio frequency signals into the environment which provides an acoustic feedback path between the speaker component and the microphone. According to the present invention, an identification circuit dynamically identifies those parameters associated with acoustic feedback, and a correction circuit, whose transfer function is established by the parameters identified by the identification circuit, and which is coupled to the amplifier component, cancels the effect of the acoustic feedback.

In order for the acoustic feedback parameters to be identified, the configuration of the communication system is altered from a conventional operational mode to a parameter identification mode. In its operational mode, the system is configured with the microphone coupled to the speaker through the amplifier of the system; and the speaker is coupled to the microphone through the acoustic medium of the environment. In its parameter identification mode, the amplifier is decoupled from the microphone and speaker and is replaced by an identifier circuit. By decoupling the amplifier according to the present invention, identification is performed in a manner that virtually ignores the amplifier and concentrates essentially only on the acoustics of the system. Identifying the parameters of the acoustics of the system is the goal of the present invention because it is these parameters that must be cancelled in order to eliminate acoustic feedback.

The identifier circuit, which is part of an identification circuit that also includes a pseudo-random noise generator, is a cross-correlation circuit that may be of type disclosed in Chapter 4 of the textbook *Identification of Systems*, D. Graupe, Krieger Publishing Company, Huntington, NY (1976) listed as reference [1] of U.S. Pat. No. 4,025,721 identified above. Such a cross-correlation circuit cross-correlates the signals that appear at each of two inputs to the circuit and produces either discrete or continuous time parameters as output. Instead of a cross-correlation circuit, the identifier circuit may utilize a least square minimization circuit (that minimizes a function of the squared integrated identification error), or a gradient, or a sequential gradient, minimization circuit (that minimizes the gradient of the squared integration identification error, e.g., using an iterative process in which minimization is done sequentially in time).

These last mentioned minimization circuits are described in Chapters 5 and 7 of *Identification of Systems*. The parameters so obtained establish the transfer function of the correction circuit enabling the effect of acoustic feedback to be significantly reduced or eliminated.

In order to establish the configuration of the communication system, a two-state switch means, operated by switch control means, is interposed between the microphone and the amplifier, and between the speaker and the amplifier. In its first state, the switch means is effective to configure the system in its operational mode, i.e., the amplifier is interposed between the microphone and the speaker, and the identification circuit is not in the

WID188913

4,783,818

3

loop. When the switch means is in its second state, the system is configured in its parameter identification mode wherein the identifier circuit of the identification circuit replaces the amplifier, i.e., one input to the identifier circuit is connected to the microphone and the other input is connected to both the speaker and the noise generator. In this configuration, the output of the noise generator is injected both into the speaker and into one input of the identifier circuit. Some of the noise broadcast by the speaker is received by the microphone because of the acoustic coupling therebetween; and the received noise is applied to the other input of the identifier circuit.

The cross correlation between the noise directly injected into the identifier circuit, and the noise (and perhaps information that is uncorrelated with the noise) received by the microphone via the acoustic link between the speaker and the microphone, is a representation of a transfer function related to the individual transfer functions of the microphone, the speaker, and the acoustic link. In this way, the parameters associated with the acoustic feedback are dynamically identified by the identification circuit in prepration for establishing the transfer function of the correction circuit.

The identification process requires a finite time; and the switch control means maintains the switch means in its second state of a predetermined period interval of time. At the end of such time interval, the switch control means changes the state of the switch means from its second to its first state, and the configuration of the system is converted from its identification mode to its operational mode. At the same time, the identified parameters are applied to the correction circuit to establish a transfer function that is directly associated with the acoustic feedback as it existed during the time the system was operated in its identification mode. Both the correction circuit and the amplifier of the communication system are coupled between the microphone and speaker of the system in its operational mode, preferably in a simple feedback connection. Because the transfer function of the correction circuit is in accordance with the output of the identifier circuit during the identification mode, the presence of the correction circuit is effective to alter the system transfer function in a way that cancels the effect of acoustic feedback as long as it remains substantially the same as it was during the identification time interval.

As indicated above, the switch control means establishes the states of the switch means which, in turn, determine the configuration of the communication system. The switch control means senses turn-on of the system and monitors the gain of the amplifier or threshold increases in amplitude, or in the root-means square (RMS) amplitude of the output of the amplifier, or in the high frequency portion of such output. Such threshold increases are assumed to be caused by acoustic feedback. In response to system turn-on, or gain change, or a threshold change in the output of the amplifier, or in the high-frequency (e.g., above say 1200 Hz.) portion of the output of the amplifier, or at periodic intervals (e.g., every 60 seconds), the switch-control means forces the switch means into their second state and maintains them in such state for a predetermined period of time during which the system is configured in its identification mode. During this period of time, parameter identification takes place. At the end of the predetermined period of time, the switch control means is effective to return the switch means to their first state at which the com-

4

munication system reverts to its operational mode. In this way, the present invention provides a dynamic and adaptive way to filter screeching noise caused by acoustic feedback from communication system without manual intercession.

BRIEF DESCRIPTION OF THE DRAWINGS

Embodiments of the present invention are illustrated in the accompanying drawings wherein:

FIG. 1 is a schematic representation of a prior art hearing aid that is representative of a communications system into which the present invention can be incorporated;

FIG. 2 is a schematic block diagram of the hearing aid shown in FIG. 1 illustrating the transfer functions of its components;

FIG. 3 is a block diagram of the present invention incorporated into a communication system such as a hearing aid housing or a public address system;

FIG. 4 is a block diagram of the device shown in FIG. 3 configured to operate in a parameter identification mode;

FIG. 5 is a schematic block diagram of the correction circuit shown in FIG. 3;

FIG. 6 is block diagram of an embodiment of logic circuit which provides for the sensing of gain changes in the amplifier means of the apparatus shown in FIG. 3;

FIG. 7 is a block diagram showing one type of noise generator shown in FIG. 3;

FIG. 8 is a block diagram showing electronic switch means by which the microphone and speaker are connected to the amplifier means of the system and the switch control means for controlling the switch means.

DETAILED DESCRIPTION

Referring now to FIG. 1 of the drawings, reference numeral 10 designates a prior art communication system such as a hearing aid or public address system. Communication system 10 comprises microphone component 12 for producing an audio output signal on line 13 in response to audio signals, figuratively identified by lines 14 and 15, in an acoustic environment within which the communication system is located. System 10 further includes amplifier component 16 for producing an amplified output on line 17 in response to an audio input signal on line 13. Finally, system 10 includes speaker component 18 for producing audio signals, designated figuratively by reference numeral 19, that are broadcast into the acoustic environment in response to an input signal on line 17. For the purpose of illustrating the prior art, the acoustical environment within which the communication system is located provides an acoustic link designated figuratively by reference numeral 20 between speaker 18 and microphone 12.

As a consequence of the arrangement shown in FIG. 1, audio information broadcast by speaker 18 may be received by microphone 12, amplified in amplifier 16, and supplied to speaker 18 such that reinforcement occurs. The result is the familiar screeching noise associated with acoustic feedback.

Reference is now made to FIG. 2 for the purpose of illustrating the problem of acoustic feedback in terms of the transfer function associated with each of the components shown in FIG. 1. Each of the components shown in FIG. 1, namely microphone 12, amplifier 16, speaker 18, and acoustic link 20 has associated with it a transfer function characteristic of the component. The transfer function of a component, as is well known, is the ratio of

WID188914

4,783,818

| 5 | 6 |

the Laplace transform of the output of the component to the Laplace transform of the input of the component. Expressed in this manner, the transfer function of a component is characteristic of the component regardless of the form of the input thereto.

In FIG. 2, the transfer function of the components shown in FIG. 1 are shown in corresponding blocks. That is to say, the transfer function of microphone 12 is $G_1(s)$ as indicated by block 12A, etc. The present invention contemplates the addition to the conventional circuitry in a communication system of a correction circuit, whose transfer function $C(s)$ is such that the presence of the correction circuit in the communication system is effective to cancel the acoustic feedback link. Such a circuit is shown in FIG. 2 and is designated by reference numeral 21A. While correction circuit 21A is shown connected in feedback relationship to the amplifier component, it is also possible for the correction circuit to be connected serially, or in parallel, to the amplifier component but the resulting corrections and analyses are more complex.

By conventional circuit analysis, the transfer function of the entire communication system $T(s)$ is defined as the Laplace transform of the output at point 22, in the circuit shown in FIG. 2, to the Laplace transform of the input at point 23 in the circuit. The circuit transform $T(s)$ can be expressed as follows:

$$T(s) = e(s)/i(s) \qquad (1)$$
$$= \frac{G_1(s)G_2(s)G_3(s)/[1 + G_2(s)C(s)]}{1 + G_1(s)G_2(s)G_3(s)H(s)/[1 + G_2(s)C(s)]}$$

where $G_1(s)$ is the transfer function of microphone 12, $G_2(s)$ is the transfer function of amplifier 16, $G_3(s)$ is the transfer function of speaker 18, and $H(s)$ is the transfer function of acoustic link 20.

From inspection of Eq. (1), the effect of acoustic link 20 can be eliminated form the transfer function of the system provided that the transfer function of correction circuit 21A is adjusted, or is established, such that:

$$C(s) + H(s)G_1(s)G_3(s) = 0 \qquad (2)$$

In the event that Eq. (2) is satisfied, Eq. (1) reduces to:

$$T(s) = G_1(s)G_2(s)G_3(s) \qquad (3)$$

Eq. (3) represents the transfer function of the communication system when no acoustic link exists between the output and the input of the system. From inspection of Eq. (2), one can see that the product $G_1(s)G_3(s)H(s)$ must be identified rather than the quantity $H(s)$, and the transfer function of the correction circuit must be set in accordance with Eq. (2).

Basically, the present invention provides an acoustic feedback identification circuit for selectively identifying those parameters associated with acoustic feedback between the speaker and microphone components of a communication system, and an adaptive correction circuit component, and which has a transfer function established by the parameters identified by the acoustic feedback identification means. In order to achieve this end, the present invention also includes configuration means for interconnecting the components such that the acoustic feedback identification circuit first identifies the parameters associated with acoustic feedback between the speaker and the microphone, and then, automatically,

and self adaptively, establishes the transfer function of the correction circuit such that the latter is effective to cancel acoustic feedback.

Apparatus according to the present invention is designated by reference numeral 30 in FIG. 3 to which reference is now made. This figure is similar to FIG. 2 in that the transfer functions of the components of the communication system are illustrated in FIG. 3. That is to say, the microphone component of the system is illustrated by block 12, the amplifier component is represented by block 16, the speaker of the system is represented by block 18, the acoustic feedback link is indicated by block 20, and the correction circuit is represented by block 21. Apparatus 30 also includes acoustic feedback identification means 31 and configuration means 32.

Configuration means 32 includes two-state switches S1 and S2, and switch control means 33 for establishing and maintaining the state of the switch means. In one state, the switch means is effective to interconnect the microphone to the speaker through the amplifier component thus establishing what is termed, herein, the operational configuration of the components. In the other state of the switch means, the components are connected in what is termed an identification configuration in which identification means 31 is substituted for amplifier component 16.

Identification means 31 comprises identifier circuit 34 (see details in FIG. 4) which, as explained below, cross correlates the signals appearing at first input 35 and second input 36, and produces an output signal at 37 which is applied to correction circuit 21A. In addition to identifier circuit 34, identification means 31 also includes pseudo-random noise generator 38 connected to the first input terminal 35 of the identifier circuit.

Switch S2 of configuration means 32 is an electronic switch but is shown schematically in FIG. 3 for the purpose of simplifying the explanation of the invention. As seen in FIG. 3, switch S2 has a first state in which the output of amplifier component 16 of the system is connected to the speaker (position B) and a second state at which the input to the speaker is connected to noise generator 38 (position A). The configuration means also includes switch S1, which, in its first state (position B) connects the output of the microphone component to the input of the amplifier component, and a second state (position A) in which the output of the microphone is connected to input 36 of identifier 34. In normal operation, configuration means 32 maintains switches S1 and S2 in their first state such that the communication system is configured in an operational mode and the circuit thus established resembles that shown in FIGS. 1 and 2.

As indicated previously, configuration means 32 also includes switch control means 33 for controlling the state of switches S1 and S2. In a manner described below, the switch control means is responsive to a threshold change in the gain of amplifier component 16 for switching switches S1 and S2 from their first to their second state for a predetermined interval of time. In addition, switch control means 32 is also responsive to a turn-on condition of the amplifier component for switching switches S1 and S2 from their first to their second state for a predetermined interval of time.

When switches S1 and S2 are in their second state, the output of microphone component 12 is applied to input 36 of identifier 34, and the output of noise generator 38 is applied to first input 35 of identifier 34 and to

WID188915

4,783,818

7

speaker 18. Noise from generator 38 is thus broadcast by speaker 18 into the ambient environment within which the communication system is located, and some of this noise is picked up, as acoustic link 20, by microphone 12 in addition to whatever information, such as speech, is also present in the environment. Thus, the input to identifier 34 is noise received directly from generator 38 as well as noise transmitted via acoustic link 20 between the speaker and the microphone. In a manner explained in Chapter 4 of "Identification of Systems" by D. Graupe, Krieger Publishing Co., Huntington, N.Y., (1976), and described below, identifier circuit 34 cross correlates the signals appearing at the first and second inputs 35 and 36, respectively, of the identifier and produces parameters that identify the acoustic line. While the input to the identifier supplied by the microphone may contain some intelligence, there is no correlation between it and the noise, and for this reason the presence of the intelligence does not affect the operation of identifier circuit 34 in a significant manner.

The parameters thus identified by identifier circuit 34 are applied to correction circuit 21 in a manner that establishes a transfer function for the correction circuit which satisfies Eq. (2). A finite time is required for the identifier circuit to generate the parameters associated with the acoustic feedback link, generally less than one second. After identification is complete, switch control means 32 becomes effective to reconfigure the communication circuit from its identification mode back to its operational mode by changing the state of switches S1 and S2 from their second state to their first state. Thereafter, the transfer function of the communication system will satisfy Eq. (3) with the result that the transfer function of the system in its operational mode eliminates acoustic feedback. Thus, the present invention prevents the communication system from producing screeching noise associated with acoustic feedback.

Summarizing the operation of the present invention, powering up the communication is sensed by switch control means 33 and is effective to configure the communication system into its identification mode as shown in FIG. 3. In this mode, the amplifier component, and the correction circuit that is feedback-connected thereto, are effectively removed from the communication system and identifier circuit 34 substituted therefor. In this configuration, the identifier circuit produces parameters which establish the transfer function of the correction circuit in a manner that solves Eq. (2). After identification is complete, switch control means 32 is effective to change the state of switches S1 and S2 to their first state where the identification means is disconnected from the communication system which operates in a conventional manner in the sense that the output of the microphone is amplified by the amplifier component 16 and applied to the speaker component.

The switch-control means is also responsive to a threshold change in the gain of the amplifier component for the purpose of switching the state of the switches S1 and S2 from their first to their second state for a predetermined period of time sufficient for parameter identification to occur. Thereafter, the switch control means is effective to reconfigure the system from its identification mode to its operational mode.

For an explanation of the identification process carried out by the identification circuit in FIG. 3, reference is made to FIG. 4 which shows the configuration of the communication system during its identification mode.

8

That is to say, the output of microphone component 12 is applied to the second input 36 of identifier circuit 34 and the output of noise generator 38 is applied to first input 35 of the identifier circuit. Nose from the generator 38 is also applied to speaker component 18 whose is output is linked by the acoustic environment to microphone component 12. For reference purposes, the acoustic link between the speaker component and the microphone component is designated by reference numeral 20. Intelligence picked up by microphone component 12 is indicated at 40 in FIG. 4.

Identifier 34 is constructed in accordance with chapter 4 of *Identification of System*, D. GRAUPE, Krieger Publishing Company, Huntington, NY (1976), listed as reference [1] in the reference of U.S. Pat. No. 4,025,721. Thus, the signal received by identifier circuit 34 from microphone 12 is applied in parallel to a series of multipliers designated $M_1$, $M_{2i}$ . . . $M_n$. The output of noise generator 38 is applied in parallel to a series of delay circuits $D_1$, $D_2$, . . . $D_n$; and the output of corresponding delay circuits is applied, individually, to the multipliers. The outputs of each of the multipliers is integrated by integrators $I_1$, $I_2$, . . . $I_n$ for a predetermined period of time, typically about one second, producing, as shown in FIG. 4, a series of discrete time parameters. If the inputs to identifier circuit 34 are designated $x(t)$ and $y(t)$, the discrete output parameters may be identified as $\phi_{xy}(\phi_1)$, $\phi_{xy}(\phi_2)$, . . . $\phi_{xy}(\phi_n)$.

Chapter 4 in the reference referred to above also discloses a way in which the parameters can be continuous time parameters instead of discrete time parameters. Thus, an identifier according to the present invention can produce either discrete time parameters, or continuous time parameters. In either case, all of the parameters are pole parameters; namely, they are autoregressive.

The discrete time parameters produced as the output of identifier circuit 34 are applied to correction circuit 21 in the manner shown in FIG. 5. During operation of the communication system in its operational mode, the output of amplifier component 16 is applied to the input of correction circuit 21, and this input is designated by $z(t)$. As shown in FIG. 5, the input signal $z(t)$ is applied in parallel to delay circuits $d_1$, $d_2$, . . . $d_n$ where the delays of these delay circuits respectively correspond to the delays associated with identifier circuit 34. The outputs of the delay circuits in correction circuit 21 are individually multiplied by multipliers $m_1$, $m_2$, . . . $m_n$ as shown in FIG. 5 and applied to adder circuit 41, which produces output signal C(t) that is fed back into the input of amplifier component 16. In this way, correction circuit 21 is configured by the parameters identified by identifier circuit 34 to have a transfer function that satisfies Eq. (2). As a result, the acoustic feedback link does not affect the communication circuit during its operational mode.

One embodiment of a suitable pseudo-random noise generator is illustrated in FIG. 7 as a pseudo-random binary noise generator circuit. This circuit is described in reference [1] referred to previously. Essentially, a clock signal is applied in parallel to a series of delay circuits, the output of which is combined, in an exclusive-OR circuit, to produce an essentially "white" noise signal. Other types of noise generators that produce "white" noise can be used with the present invention, however. Instead of using a noise-generator, as such, the noise may be pre-recorded and stored in memory. In such case, the noise generator is the memory and the circuitry for reading out the memory.

WID188916

9

4,783,818

10

An embodiment of configuration means 32 (FIG. 3) used with the present invention is shown in FIG. 8. Here, switch S1 is constituted by a pair of pass transistors 50 and 51, and switch S2 is constituted by a pair of pass transistors 52 and 53. When pass transistors 50 and 52 are enabled by a high level of node 54, the switches configure the communication system in its operational mode because the output from the microphone component is applied, via conducting pass transistor 50, to the input of amplifier component 16, and the output of the amplifier component is applied to the speaker by way of conducting pass transistor 52. On the other hand, when node 55 is high and node 54 is low, pass transistors 51 and 53 conduct, and pass transistors 50 and 52 are rendered non-conductive. The conduction of transistors 51 and 53 configure the communication system in its identifier mode because the output from the microphone component is applied, via conduction of transistor 51, to the input of identifier circuit 34 (i.e., "x"); and the output of identifier circuit 34 (i.e., "y") is applied to the speaker component by way of conducting transistor 53.

The voltages at nodes 54 and 55 are controlled by the resetting of counter 56. In operation, a reset signal produced by OR-gate 57 resets counter 56. The resetting of this counter causes the voltage at node 55 to go high 25 and the voltage at node 54 to go low. As a consequence, the switch control means configures the communication system into its identification mode. The system remains in this mode until counter 56 reaches a predetermined number, counting from zero being commenced by the 30 application of the output of AND gate 58 to which clock pulses are applied. The time required for the counter to count from zero to the preselected number is dependent upon the amount of time required for identifier 34 to identify the parameters associated with the 35 acoustic feedback link. In any event, once the counter reaches this predetermined number, the output thereof switches the voltage at nodes 54 and 55 such that the voltage at node 54 becomes high and the voltage at node 55 becomes low thereby causing the switch con- 40 trol means to convert the communication system from its identification mode back to its operational mode.

OR-gate 57 produces an output when either of two situations occur: powering up the amplifier by closing on/off switch 59, or by a signal r(t) applied to OR-gate 45 57. When switch 59 is closed, the voltage at node 60 begins to rise from ground level at a rate depending upon the time constant associated with capacitor 61 and the resistance in the circuitry of the power supply of the communications system until a threshold level is 50 reached at which Schmidt trigger 62 is activated producing a step-voltage output that is applied to OR-gate 57. In response, counter 56 is reset and the system is configured to its identification mode. Thus, after a small delay following powering up the system to allow the 55 components to become operational, the switch control means is effected to configure the communication system into its identification mode.

The signal r(t) shown in FIG. 8 is produced by gain-sensor circuit 40 in response to a threshold change in 60 gain of the amplifier component of the communication system. Gain sensor circuit 40 for generating signal r(t) is shown in FIG. 6. As shown therein, circuit 63 senses threshold changes in the gain of pre-amplifier 16' that is the gain-adjustable part of amplifier component 16. 65 Specifically, circuit 63 computes the ratio of the output b of preamplifier 16' to its input a, continuously applies the ratio to a comparator, and produces an output when

the change in gain across the pre-amplifier exceeds a threshold. The divisional operation by which the ratio of the output to the input of the pre-amplifier is done in an analog manner as shown in FIG. 6, but the operation could also be done digitally if desired.

As shown in FIG. 6, the output of the pre-amplifier is applied to a convertor which converts the root—mean-square of the signal at the output of the pre-amplifier to a dc voltage proportional to the root-mean-square of the output signal and applies this to operational amplifier 64. The same procedures apply to the input signal of the preamplifier, but this is limited at 65, and applied to one side of divider circuit 66. The other side of this divider circuit is taken from the output of operational amplifier 64 as shown. Thus, the voltage appearing at node 67 is a voltage proportional to the ratio of the output of preamplifier 16' to its input, i.e., to the gain of the preamplifier. This voltage is converted into a digital signal at 68, and digitally processed at 69 where the difference between this gain value and its value as delayed by delay element 72, are subtracted in difference circuit 73. The output of difference circuit 73 is then passed through absolute value circuit 74 and the subsequent absolute value of the difference is applied to comparator 70. The comparator is also supplied with a threshold signal at 71 for the purpose of comparing changes in gain of the pre-amplifier to some fixed level. When this gain reaches the threshold, comparator 70 produces the gain change signal r(t).

The advantages and improved results achieved by the method and apparatus of the present invention are apparent from the foregoing description of the preferred embodiment of the invention. Various changes and modifications may be made without departing from the spirit and scope of the invention as described in the claims that follow.

What is claimed is:

1. A method to control acoustic feedback in a communications system operating in an acoustic environment and having a microphone component for inputting audio information into the system, an amplifier component for amplifying audio frequency signals inputted to the microphone, and a speaker component for outputting audio frequency signals into said environment, said method comprising:

(a) identifying those parameters associated with acoustic feedback, including identifying time-variations in these parameters;

(b) adjusting the transfer function of said amplifier component in accordance with the identified parameter for cancelling the effects of said acoustic feedback in response to identification of the parameters associated therewith without attenuating any audio frequencies.

2. A method according to claim 1 including the step of configuring the communication system in an identification mode before parameter identification is carried out, and configuring the system to operate in an operational mode after parameter identification is carried out, the cancelling of the effects of said acoustic feedback being done while the system is configured in its operational mode.

3. A method according to claim 2 including the step of monitoring the condition of the communication system for effecting a change in configuration of the system from its operational to its identification mode when a predetermined condition exists.

WID188917

4,783,818

**11**

4. A method according to claim 2 wherein the step of cancelling the effects of said acoustic feedback includes establishing the transfer function of a correction circuit in accordance with the identified parameters, and coupling said correction circuit to said communication system when it is configured in its operational mode.

5. A method to control acoustic feedback in a communication system operating in an acoustic environment and having a microphone component for inputting audio information to the system, an amplifier component for amplifying audio frequency signals inputted to the microphone, and a speaker component for outputting said audio frequency signals into said environment, said method comprising:

(a) identifying those parameters associated with acoustic feedback, including identifying time-variations in these parameters;

(b) adjusting the transfer function of said amplifier component in accordance with the identified parameters for cancelling the affects of said acoustic feedback in response to identification of parameters associated therewith;

(c) configuring the communication system to operate in an identification mode before parameter identification is carried out;

(d) configuring the communication system to operate in an operational mode after parameter identification is carried out, the cancelling of the effects of said acoustic feedback being done when the system is configured in its operational mode; and

(e) wherein the communication system is configured in its identification mode by disconnecting said speaker from said amplifier means, and parameter identification is achieved by injecting a noise signal into said speaker, and cross-correlating the output of said microphone with said noise signal while speaker is disconnected from said amplifier means.

6. A method according to claim 5 including the step of maintaining the configuration of the system in its identification mode for a predetermined period of time after the configuration is changed from its operational to its identification mode.

7. A method according to claim 6 wherein said predetermined condition is system turn-on, or a threshold change in the gain of the amplifier component.

8. A method according to claim 7 wherein the identification of said parameters is carried out independently of audio information inputted into the microphone.

9. A method according to claim 7 wherein the communication system is configured in its identification mode by disconnecting said speaker from said amplifier means, and parameter identification is achieved by injecting a noise signal into said speaker, and cross-correlating the output of said microphone with said noise signal while said speaker is disconnected from said amplifier means.

10. A method according to claim 5 wherein said noise signal is pseudo-random.

11. Apparatus according to claim 5 wherein the communication system is reconfigured by terminating injection of noise into said speaker, and reconnecting said speaker to said amplifier means.

12. A method according to claim 5 wherein said noise signal is provided from a pre-recording stored in memory.

13. A method according to claim 5 wherein the step of configuring the communication system in an identification mode before parameter identification is carried

**12**

out, and after parameter identification is carried out, the cancelling of the effects of said acoustic feedback being done while the system is configured in its operational mode, and including the step of cancelling the effects of said acoustic feedback and establishing the transfer function of a correction circuit in accordance with the identified parameters, and coupling said correction circuit to said communication system when it is configured in its operational mode.

14. A method according to claim 13 wherein said noise is pseudo-random.

15. In an audio system operating in an acoustic environment and having a microphone for inputting audio information into the system, amplifier means for amplifying audio frequency signals inputted to the microphone, and a speaker for outputting amplified audio frequency signals into said environment which provides acoustic feedback between said speaker and said microphone, the improvement comprising:

(a) an identification circuit for dynamically identifying those parameters associated with said acoustic feedback;

(b) correction circuit means having a transfer function set in response to parameters identified by said identification means for cancelling the effect of said acoustic feedback; and

(c) wherein said identification circuit includes an identifier circuit having two inputs for cross-correlating the signals at said inputs, a noise generator for generating a noise signal that is applied to one of said inputs, switch means having a first state that connects said speaker to said amplifier means and disconnects said noise generator from said speaker, and having a second state that disconnects said speaker from said amplifier means and connects said noise generator to said speaker, and means for applying the output of said microphone to the other of said inputs of said identification circuit while said switch means is in its second state.

16. The invention of claim 15 including switch control means for controlling the state of said switch means.

17. The invention of claim 16 including gain sensor means operatively associated with said amplifier means for sensing changes in the gain of said amplifier means; and wherein said switch control means is responsive to said gain sensor means for maintaining said switch means in its first state until the occurrence of either turn-on of the system, or a predetermined change in the gain of said amplifier means, and then changing the switch means to its second state.

18. The invention of claim 17 wherein said switch control means is constructed and arranged to maintain the switch means in its second state for predetermined period of time before effecting a change of the switch means to its first state.

19. The invention of claim 17 wherein said amplifier means includes manually adjustable means for controlling the gain of said amplifier means, and said gain sensor means is responsive to the adjustment of said manually adjustable means for controlling the state of said switch means.

20. The invention of claim 17 wherein said amplifier means is a preamplifier stage, and the gain sensor means is responsive to the voltage across the preamplifier stage.

21. The invention of claim 20 wherein said gain sensor means includes a divider-limiter circuit.

WID188918

4,783,818

13

22. The invention of claim 21 wherein said divider limiter includes circuit for dividing the voltage appearing across the input and output of said preamplifier stage.

23. The invention of claim 15 wherein said identification circuit is constructed and arranged to produce discrete time parameters associated with said acoustic feedback.

24. The invention of claim 15 wherein said identification circuit is constructed and arranged to produce continuous time parameters associated with said accoustic feedback.

25. The invention of either of claims 23 or 24 wherein said identification circuit is constructed and arranged to produce only pole parameters.

26. The invention of claim 25 wherein said identification circuit is constructed and arranged to produce autoregressive parameters.

27. The invention of claim 16 including an amplitude sensor responsive to the output of said amplifier means for sensing a rise in amplitude of such output above a predetermined value, and wherein said switch-control means is constructed and arranged to maintain said switch means in its first state until occurrence of either a condition of turn-on of the system, or a condition of a rise in amplitude of the output of said amplifier above said predetermined value, and to change said switch means to its second state in response to occurrence of either condition, said switch-control means being further constructed and arranged to maintain said said switch means in its second state for a predetermined period of time and to thereafter change the state of said switch means to its first state.

28. The invention of claim 27 wherein said sensor is responsive to a rise in amplitude of only those frequency components in the output of said amplifier which have a frequency exceeding a predetermined value.

29. In an accoustic environment, apparatus comprising:

(a) a microphone component for responding to audio signals in said accoustic environment which are received by the microphone to produce an audio output signal;

(b) an amplifier component for producing an amplified output signal in response to an audio input signal;

(c) a speaker component for producing an audio signal broadcast into the acoustic environment in response to an input signal;

(d) acoustic feedback identification means for selectively identifying those parameters associated with accoustic feedback between the speaker and the microphone;

(e) an adaptive correction circuit component coupled to said amplifier component and having a transfer function established by the parameters identified by said accoustic feedback identification means; and

(f) configuration means for interconnecting the components such that said adaptive correction circuit component is effective to cancel said acoustic feedback without attenuating audio frequencies feedback.

30. Apparatus according to claim 29 wherein said configuration means is selectively operable for alternately connecting the components into an identification configuration that includes said acoustic feedback identification means, or into an operation configuration that excludes said acoustic feedback identification means.

14

31. Apparatus according to claim 30 wherein said configuration means includes two-state switch means, and switch control means for establishing and maintaining the state of said switch means, one state of said switch means interconnecting said microphone component to the speaker and amplifier components and disconnecting the acoustic feedback identification means from the components thereby establishing the operation configuration of the system.

32. The apparatus of claim 31 wherein said apparatus is a part of a public address system.

33. In an acoustic environment, apparatus comprising:

(a) a microphone component for producing an audio output signal and responsive to audio signals in said acoustic environment which are received by the microphone;

(b) an amplifier component for producing an amplified output signal in response to an audio input signal;

(c) a speaker component for producing an audio signal broadcast into the acoustic environment in response to an input signal;

(d) acoustic feedback identification means for selectively identifying those parameters associated with acoustic feedback between the speaker and the microphone;

(e) an adaptive correction circuit component coupled to said amplifier component and having a transfer function established by the parameters identified by said acoustic feedback identification means;

(f) configuration means for interconnecting the components such that said adaptive correction circuit component is effective to cancel said acoustic feedback;

(g) said configuration means being selectively operable for alternately connecting the components into an identification configuration that includes said acoustic feedback identification means, or into an operation configuration that excludes said acoustic feedback identification means;

(h) said configuration means including two-state switch means, and switch control means for establishing and maintaining the state of said switch means, one state of said switch means interconnecting said microphone component to the speaker and amplifier components and disconnecting the acoustic feedback identification means from the components thereby establishing the operation configuration of the system;

(i) wherein said acoustic feedback identification means includes: (1) an identifier circuit having first and second inputs for cross-correlating signals at said inputs and producing an output signal; and (2) a noise generator connected to said first of the inputs of said identifier circuit; (3) the other state of said switch means connecting the speaker component to said first of the inputs to said identifier circuit for effecting injection of noise from said noise generator into said identifier circuit and into said speaker, and connecting the microphone component to said second of the inputs to said identifier circuit for applying to the latter signals received by the microphone component due, in part, to the acoustic coupling between said speaker and said microphone.

34. Apparatus according to claim 33 including a hearing aid housing containing said apparatus.

4,783,818

15

35. The invention of claim 33 wherein said switch control means is responsive to a threshold change in the gain of said amplifier component for switching said switch means from its first to its second state.

36. The apparatus of claim 35 wherein said switch control means is responsive to a turn-on condition of said amplifier component for switching said switch means from its first to its second state for a predetermined period of time.

37. Apparatus according to either of claims 35 or 36 wherein said noise generator generates pseudo-random noise.

38. Apparatus according to claim 37 wherein said switch control means is constructed and arranged to maintain said electronic switch in its second state for a preselected period of time.

39. Apparatus according to claim 38 wherein said identifier circuit produces discrete time parameters.

40. The invention of claim 38 wherein said identifier circuit produces continuous time parameters.

41. Apparatus according to claim 40 wherein said parameters are pole parameters.

42. Apparatus according to claim 41 wherein said parameters are autoregressive parameters.

43. In an audio system operating in an acoustic environment and having a microphone for inputting audio information into the system, amplifier means for amplifying audio frequency signals inputted to the microphone, and a speaker for outputting amplified audio frequency signals into said environment which provides acoustic feedback between said speaker and said microphone, the improvement comprising;

(a) an identification circuit for dynamically identifying those parameters associated with said acoustic feedback; and

(b) correction circuit means having a transfer function set in response to parameters identified by said identification means for cancelling the effect of said acoustic feedback without attenuating any audio frequencies.

44. The invention of claim 43 wherein said identification circuit is constructed and arranged to identify said parameters in response to a condition selected from the group of conditions: turn-on of the system, and gain a change in said amplifier means.

45. The invention of claim 44 wherein said identification circuit includes means responsive to threshold changes in said acoustic feedback for effecting identification of the parameters thereof.

46. A method to control acoustic feedback in a communications system operating in an acoustic environment and having a microphone component for inputting audio information into the system, an amplifier component for amplifying audio frequency signals inputted to the microphone, and a speaker component for outputting audio frequency signals into said environment, said method comprising:

(a) identifying those parameters associated with acoustic feedback, including identifying time-variations in these parameters;

(b) adjusting the transfer function of said amplifier component in accordance with the identified parameters for cancelling the effects of said acoustic feedback in response to identification of the parameters associated therewith;

(c) configuring the communication system to operate in an identification mode before parameter identification is carried out;

16

(d) configuring the communication system to operate in an operational mode after parameter identification is carried out, the cancelling of the effects of said acoustic feedback being done while the system is configured in its operational mode;

(e) cancelling the effects of said acoustic feedback by establishing the transfer function of a correction circuit in accordance with the identified parameters;

(f) coupling said correction circuit to said communication system when it is configured in its operational mode; and

(g) wherein the step of configuring the communication system in its identification mode is carried out by disconnecting said amplifier component from said microphone and speaker components.

47. A method to control acoustic feedback in a communications system operating in an acoustic environment and having a microphone component for inputting audio information into the system, an amplifier component for amplifying audio frequency signals inputted to the microphone, and a speaker component for outputting audio frequency signals into said environment, said method comprising:

(a) identifying those parameters associated with acoustic feedback, including identifying time-variations in these parameters;

(b) cancelling the effects of said acoustic feedback in response to identification of the parameters associated therewith; and

(c) wherein the step of identifying those parameters associated with acoustic feedback utilizes a pseudo-random noise source and is carried out at least during a short interval immediately following system turn-on, or threshold gain change, and the step of cancelling the effects of said acoustic feedback is accomplished by a correction circuit whose parameters are set in accordance with the identified parameters and which feeds back to said amplifier component, a feedback signal whose phase is approximately opposite to the phase of the acoustic feedback and whose amplitude is approximately the same as the amplitude of the acoustic feedback.

48. A method according to claim 47 wherein the identification of said parameters is carried out periodically after system turn-on.

49. A method according to claim 47 wherein the identification of said parameters is carried out at fixed time intervals, and the parameters of the correction circuit are reset at fixed time intervals.

50. A method according to claim 47 wherein identification is based on minimizing the squared integrated error between the output of the microphone and the output of the correction circuit.

51. A method according to claim 49 wherein identification is based on minimizing the squared integrated error between the output of the microphone and the output of the correction circuit.

52. A method according to claim 50 wherein identification is based on minimizing the gradient of the squared integrated error between the output of the microphone and the output of the correction circuit.

53. A method according to claim 52 wherein minimization of the gradient of the squared integrated error is done sequentially in time by an iterative process.

54. A method according to claim 51 wherein identification is based on minimizing the gradient of the

WID188920

4,783,818

17

squared integrated error between the output of the microphone and the output of the correction circuit.

55. A method according to claim 54 wherein minimization of the gradient of the squared integrated error is done sequentially in time by an iterative process.

56. Apparatus comprising:

(a) a microphone component for producing an output audio signal in response to an applied input audio signals;

(b) amplifier means including a correction circuit having an adjustable transfer function for producing an amplified output in response to an applied input audio signal;

(c) a speaker component for broadcasting audio signals into an accoustic environment in response to an input audio signal;

(d) an identifier circuit means;

(e) switch means for selectively connecting either said identifier circuit means, or said amplifier means between the microphone and speaker components;

(f) said identifier means being constructed and arranged to identify those parameters associated with acoustic feedback when said switch means connects said identifier circuit means between the microphone and speaker components; and

(g) means responsive to parameters identified by said identifier means for adjusting the transfer function of said correction circuit such that acoustic feedback between the speaker and the microphone component is substantially cancelled without attenuating audio frequencies when the switch means

18

interconnects said amplifier means between the microphone and speaker components.

57. Apparatus according to claim 56 wherein said identifier circuit means includes a noise generator for generating noise, and cross-correlation means, said switch means being constructed and arranged such that when said identifier circuit means is interconnected between said microphone and said speaker components, noise from said generator is applied to both the cross-correlator and said speaker component, and said cross-correlator cross-correlates the output of said microphone component with said noise to produce an output that identifies the parameters associated with acoustic feedback.

58. Apparatus according to claim 57 including configuration means responsive to the application of power to the amplifier means for interconnecting said identifier circuit means between the microphone and speaker components for a predetermined period of time.

59. Apparatus according to claim 57 including configuration means responsive to a said speaker change in gain of the amplifier means for interconnecting said identifier circuit means between the microphone and speaker components for a predetermined period of time.

60. Apparatus according to claim 57 including configuration means responsive to either the application of power to the amplifier means, or a threshold change in gain of the amplifier means for interconnecting said identifier circuit means between the microphone and speaker components for a predetermined period of time.

* * * * *

WID188921

DX-1239

# A1a.11

MEASUREMENT AND ADAPTIVE SUPPRESSION
OF ACOUSTIC FEEDBACK IN HEARING AIDS

*Diane K. Bustamante*
*Thomas L. Worrall*
*Malcolm J. Williamson*

Nicolet Instruments, Audiodiagnostics Division
Madison, Wisconsin

## ABSTRACT

Acoustic feedback is a common complaint of hearing aid users. It is not only annoying but, more importantly, reduces the maximum usable gain of the hearing aid device. The onset and spectral content of acoustic feedback are dependent on the transfer function of both the hearing aid and the acoustic feedback path. *In situ* measurements with a behind-the-ear (BTE) hearing aid device demonstrate that the acoustic path transfer function can vary significantly in response to small changes in the acoustic environment, suggesting the need for adaptive methods of feedback suppression. We have explored three feedback suppression techniques: time-varying delay, adaptive inverse filtering and adaptive feedback cancellation. Currently, the latter approach is the most successful, increasing the maximum gain the hearing aid can deliver without acoustic feedback by 6-10 dB.

## INTRODUCTION

Feedback occurs at a particular frequency when the open-loop gain of the system (the hearing aid and acoustic feedback path in Figure 1) is greater than unity and the open-loop phase response of the system is a multiple of 360° at that frequency. A common approach for preventing acoustic feedback in hearing aids relies on attenuation of the overall or high-frequency gain. This is not often a useful alternative as the hearing aid users for whom feedback is a problem generally require more rather than less gain to achieve adequate compensation for their hearing loss. Another approach [1] is to compensate or alter the open-loop phase response by inserting a fixed phase shift in the signal path. This may work as long as the acoustic environment and, thus, the acoustic path transfer function do not change. Generally, this is not true in the case of a hearing-aid user.



Figure 1. Hearing aid system and acoustic feedback path.
[IT = input transducer, OT = output transducer.]

A third approach is a feedback cancellation technique. An estimate of the feedback signal is generated and subtracted from the microphone input signal. The feedback signal estimate is generated by filtering the hearing aid output signal with an estimate of the acoustic feedback path transfer function. A number of researchers [2-4] have achieved some success with this general approach. One [2] employed a fixed filter, derived from one measurement of the feedback path transfer function, as the transfer function estimate, rendering this approach vulnerable to changes in the acoustic environment. Another [3] employed an adaptive filter as the transfer function estimate, allowing the estimate to adapt to changes in the acoustic environment. However, this implementation caused alteration of the closed-loop response of the system. A third [4] employed an adaptive digital filter as the transfer function estimate, again, reducing system vulnerability to changes in the acoustic environment. However, this implementation requires a white noise signal to be added to the hearing aid output signal in order to generate an uncorrelated "noise" reference signal for the adaptation algorithm, a nonideal solution for a hearing aid.

In this paper we will describe a technique for making *in situ* measurements of the feedback path transfer function and present results demonstrating the effect of changes in the acoustic environment on this transfer function. Three methods of feedback suppression which we have explored will be described: time-varying delay, adaptive inverse filtering and adaptive feedback cancellation. Finally, the results of acoustic and perceptual evaluations of the adaptive feedback cancellation approach, the most successful of these methods, will be presented.

## ACOUSTIC FEEDBACK PATH MEASUREMENTS

*In situ* measurements of the acoustic feedback path transfer function (including the input and output transducer transfer functions) for a typical BTE hearing aid were made. Previous measurements of the feedback path [5] have been primarily limited to the magnitude response at a few select frequencies under a limited set of acoustic conditions. Our results, which included measurements of both magnitude and phase response, were made for various listeners under a number of acoustic conditions. All measurements were made in a sound-treated booth. The input and output signals of the BTE device were interfaced to a PC-based signal-processing system. The BTE output transducer, which delivers the acoustic stimulus, is coupled to the ear canal by an earmold

CH2673-2/89/0000-2017 $1.00 © 1989 IEEE

Defendants Trial
Exhibit
DX-1239
Civil Action no. 05-422

GNR_D0384342

(a close-fitting plastic plug molded to the contours of the ear canal and having an internal channel through which sound is transmitted). The response or feedback signal was recorded at the BTE microphone which sits near the top of the pinna. The acoustic stimulus was a click train of 200 clicks. The click responses were averaged to generate the impulse response of the feedback path transfer function. The stimulus generation, recording, and response averaging were all performed digitally.

One set of measurements was made on KEMAR (Knowles Electronic Mannikin for Acoustic Research). The effect of systematically varying a number of acoustic parameters was explored. These parameters were: 1) earmold type (which have varying degrees of leakage) 2) earmold vent size (which vary roughly between 1 and 5 mm in diameter and are used for acoustic frequency shaping) 3) earmold tube length (the tube connecting the BTE to the earmold plug) and 4) distance to a reflective surface (a 32 cm x 34 cm stainless steel plate placed parallel to the plane of the side of the head). Typically, the acoustic feedback path (Figure 2) is characterized by a frequency response with a broad peak between 1 to 4 kHz, and by a relatively constant group delay in this frequency region with values between 0.7 to 1.0 milliseconds. Different earmold types result in feedback path transfer functions which differ in terms of magnitude response, phase response, and group delay function. Increasing earmold vent size has little effect on the phase or group delay but does serve to increase the magnitude of the response. Increasing earmold tube length decreases the amplitude and frequency of the peak of the magnitude response and increases the group delay. Increasing the distance to a reflective surface alters the response in an unsystematic fashion. In general, the trends observed match predictions based on acoustic considerations, verifying the validity of the measurement technique.



Figure 2. Acoustic feedback path transfer function of a hearing aid system (a) magnitude response (b) phase response (c) group delay function.

A second set of measurements was made on human volunteers. Inter-subject and intra-subject differences in acoustic feedback path transfer functions were measured over time. The results of different subjects vary in terms of both frequency response shape and average group delay. More importantly, measurements made with the same subject and earmold but made on different days also demonstrated variability. In some cases, variability was observed only across measurements made in different acoustic environments (e.g. different rooms, different locations within a room, etc.), while in other cases, variability was observed across measurements made in the same acoustic environment. These latter differences may result from changes in earmold or earpiece placement, from interactions with eyeglasses, etc. These results indicate the need for an adaptive technique of feedback suppression.

## APPROACHES TO FEEDBACK SUPPRESSION

The three feedback suppression methods we studied were all implemented on a real-time PC-based signal processing system employing a TMS32010. The microphone signal of a BTE earpiece was the A/D input signal and the D/A output signal was delivered to the output transducer of the same BTE earpiece.

### Time-Varying Delay

One general approach to disrupting feedback is to reduce the gain or to change the phase relationships. Inclusion of a time-varying delay in the signal path of a hearing aid is an ad hoc means of generating a time-varying phase response. We experimented with a delay which varied periodically. Given an input signal $x(n)$ and an output signal $y(n)$,

$$y(n) = x(n - d(n))$$

where $d(n)$ is a triangular wave with a maximum amplitude of P, a minimum amplitude of 0 and a period of 2*P*L samples. Increasing the values of P and L increases the degree of feedback reduction but also increases the level of distortion. The distortion introduces a warbling quality to the processed signal. Reasonable values are P=8 and L=32 given a 16 kHz sampling rate. This results in a small increase of 1-2 dB in the maximum stable gain of the device and moderate distortion. These results are less than optimal for use in a hearing aid.

### Adaptive Inverse Filtering

Acoustic feedback generates tonal components in the input signal. Thus, one potential means of suppressing feedback is to apply a narrowband notch filter centered at the frequency of the tonal components when feedback is present. The second approach (Figure 3) we explored introduced an adaptive filter into the signal path with a frequency response roughly the inverse of the input spectrum. The adaptive inverse filter should provide a notch filter given tonal feedback components in the input signal, but should only provide mild high-frequency emphasis given speech input. The inverse filter was implemented by an adaptive LMS predictor filter with a small number of coefficients (2 to 6) and a long adaptation time constant (roughly 250 msec.) to minimize the effect of the filter on speech signals. Unfortunately, spectral measurements indicate that the bandwidth of the "notch" filter is broad. Thus, the filter acts to attenuate a significant fraction of the input signal bandwidth as well as the feedback components, significantly reducing its usefulness in hearing

GNR_D0384343

aid applications.



Figure 3. Adaptive inverse filter approach. This system was studied both with and without the delay.

A variant of the above approach, which includes a fixed time delay in the reference signal path prior to the adaptive filter, was also explored. This configuration is similar to that used in adaptive line enhancement systems and in schemes for cancelling periodic interference when a reference signal free of the desired broadband signal is unavailable [6]. The fixed delay acts to decorrelate the broadband signal components in the primary and reference signal, while having little effect on the correlation of the periodic or tonal components in the primary and reference signals. Setting the fixed delay to 0.8 milliseconds provided the greatest increase in the maximum stable gain for this approach. This value happens to roughly correspond to the average group delay of the feedback path transfer function in the frequency region most susceptible to instability (2-3 kHz) under a variety of conditions. With a 12-coefficient adaptive filter, this approach provided a 3-4 dB increase in the maximum stable gain of a BTE fitted on KEMAR. Spectral measurements of the system output given a naturally-produced, sustained vowel input signal indicated little or no attenuation of the vowel formant amplitudes. Thus, this approach was more successful than that without the fixed delay. However, the resultant increase in maximum stable gain was less than desired.

**Adaptive Feedback Cancellation**

Our third and most successful approach entailed subtracting an estimate of the feedback signal from the hearing aid input signal (Figure 4). The feedback signal is estimated by filtering the hearing aid output by an estimate of the acoustic feedback path transfer function. The transfer



Figure 4. Adaptive feedback cancellation approach.

function is modelled as a fixed delay followed by an adaptive FIR filter. The fixed delay was set to 0.85 milliseconds which, as stated previously, roughly corresponds to the average group delay of the acoustic feedback path. Measurements of the maximum stable gain also indicated this to be an optimal value. The inclusion of a fixed delay allows the use of a shorter FIR filter which reduces computation. The use of an adaptive as opposed to a fixed filter reduces the vulnerability of the system to changes in the acoustic environment.

The coefficients of the adaptive filter are estimated in a joint process estimator configuration. The inputs to the estimator are the reference signal—the delayed hearing aid output, and the error signal—the difference between the microphone input signal and the adaptive filter output. The coefficient adaptation is accomplished via the LMS algorithm. The stepsize of the LMS adaptation, μ, was continuously updated as per

$$\mu = \frac{k}{N(\text{signal power})}$$

where $N$ is the number of filter coefficients and $k$ is a constant. To assure convergence of the filter coefficients, $k$ was set to a value less than 0.01 [6]. The coefficients adapt to 90% of their final value in ~150 millisecond and to 100% of their final value in ~1 second.

To explore the effect of this system on speech signals, spectral measurements of the system output given a sustained vowel input were made. With a fixed delay in the reference signal path of roughly 0.7 to 1.0 milliseconds, feedback suppression is accomplished with minimal, if any, attenuation of formant amplitudes. Without this delay, feedback cancellation appears to improve (the maximum stable gain is increased) but some attenuation of the formant amplitudes of the vowel signal also occurs. This observation is consistent with measurements [7] which indicate that a delay of roughly one millisecond is sufficient to significantly decorrelate speech signals and suggests that the fixed delay in the reference signal path may serve to decorrelate the primary and reference signals. Spectral measurements of the system output given a sustained vowel input indicate some attenuation of formant amplitudes with filter lengths greater than 24, even with a one millisecond delay in the reference signal path. Elimination of the delay, further increased the degree of attenuation. Increasing the filter length does increase the maximum stable gain of the system (~2 dB per doubling of filter length for filters of 6-48 taps). However, both memory requirements and the desire to maintain optimal speech quality restricted performance evaluations to 6 and 12-coefficient filter implementations. Preliminary results with the adaptive feedback cancellation approach appear promising and are described below.

PERFORMANCE EVALUATION OF
ADAPTIVE FEEDBACK CANCELLATION

The performance evaluation focussed on two major questions: 1) the magnitude of the increase in maximum stable gain with the adaptive feedback cancellation (AFC) scheme and 2) the effect, if any, on speech and sound quality of the AFC scheme.

GNR_D0384344

The maximum stable gain of a hearing aid is the maximum gain the aid can deliver without becoming unstable and generating acoustic feedback. Measurements of maximum stable gain were conducted under the same acoustic conditions as were used to characterize the acoustic feedback path as described above. Maximum stable gain was determined by increasing the gain of the hearing aid system until an audible "howl" was heard over a test microphone and then decreasing the gain until the howl ceased. This gain value was recorded as the maximum stable gain. The test microphone was placed either near the subject in the sound booth or in the terminus of the ear canal within KEMAR's head. To reduce the bias and variability of this subjective technique, several measurements were made for each condition by two independent experimenters and were generally repeated in at least two independent test sessions. Measurements were performed on KEMAR and on two unilaterally deaf individuals. The results with KEMAR and with the dead ears of the two subjects were in good agreement.

Three feedback suppression modes were compared: 1) no feedback suppression, 2) AFC with a 6-coefficient adaptive filter, and 3) AFC with a 12-coefficient adaptive filter. The increase in maximum stable gain provided by the two



Figure 5. Output spectrum (measured at a microphone placed at the ear canal terminus in KEMAR's head) given speech-shaped noise as input (over a loudspeaker in a sound booth) (a) without adaptive feedback cancellation (AFC) and (b) with AFC. Each curve corresponds to a 5 dB increase in the hearing aid gain. The same gains were applied to both systems with the exception of the peak gain applied with the AFC system (corresponding to the dashed line). This gain was 5 dB greater than the peak gain applied to the non-AFC system.

feedback suppression modes relative to mode 1 across a variety of conditions were 6-8 dB and 8-10 dB, respectively. Figure 5 demonstrates the increase in stable gain achieved with the 12-coefficient AFC. Without feedback suppression, feedback begins to occur at 2300 Hz after a +20 dB increase in gain. With 12-coefficient AFC, little if any feedback is present even after a +30 dB gain increase.

Informal listening tests by normal-hearing listeners indicate that the feedback cancellation algorithm has little, if any, effect on the quality of speech or music signals. However, relatively steady-state tonal signals, e.g. whistles, tend to be attenuated by the algorithm.

For the purpose of field trials, hearing-impaired listeners were fitted with a wearable, pocket-sized processor coupled by a cable to a BTE earpiece housing the input and output transducers. The pocket processor was programmed with three modes: no feedback cancellation, 6-coefficient feedback cancellation, and 12-coefficient feedback cancellation. In terms of speech quality, the hearing-impaired listeners found no difference between the three modes. In terms of the effectiveness of the feedback suppression modes, roughly half of the subjects found the increase in the maximum stable gain provided by the feedback cancellation modes sufficient to suppress feedback in most situations prone to feedback in the "no feedback cancellation" mode. For the remainder of the subjects, primarily those with severe hearing losses and, consequently, those requiring high gains, feedback was not completely suppressed in the feedback cancellation modes.

## SUMMARY

The observed differences between measurements of the acoustic feedback path transfer function for a given listener under various acoustic conditions support the use of adaptive methods for feedback suppression. Of the three methods explored, adaptive feedback cancellation appears to be the most promising. The current implementations provide an increase of 6-10 dB in the maximum stable gain of the hearing aid with little or no loss in speech quality. This increased gain can provide a benefit for moderately-impaired listeners. Further work is necessary to provide a greater increase in the stable gain and, thus, to extend this benefit to severely-impaired listeners

## REFERENCES

[1] Preves, D.A. "The Effect of Phase Compensation on the Group Delay of Hearing Aids," Proc. IEEE Seventh Annual Conf. of the Eng. in Med. and Biol. Society, pp. 1109-1113:1985.

[2] Levin, H., Dugot, R.S., and Kopper, K.W. "Programmable Digital Hearing Aid System," U.S. Patent #4,731,850, Mar 1988.

[3] Egolf, D. Personal communication, 1988.

[4] Best, L.C. "Digital Suppression of Acoustic Feedback in Hearing Aids," Unpub. Master's Thesis, Univ. of Wyoming, Dept. of Elec. Eng., Laramie, Wyoming, 1985.

[5] Lybarger, S.F. "Acoustic Feedback Control," The Vanderbilt Hearing-Aid Report edited by G.A. Studebaker and F.H. Bess, Monographs in Contemporary Audiology, pp.91-93, 1982.

[6] Widrow, B. and Stearns, S.D. Adaptive Signal Processing, Prentice-Hall Inc., Englewood Cliffs, New Jersey, 1985.

[7] Noll, P. "Non-adaptive and adaptive DPCM of speech signals," Polytech. Tijdschr. Ed. Elektrotech./Eletron. (The Netherlands), No. 19, 1972.

2020

GNR_D0384345

DX-1240

J. COMMUN. DISORD.
24 (1991), 223–235

# THE PROBLEM OF FEEDBACK IN HEARING AIDS

**JAMES M. KATES**
*Center for Research in Speech and Hearing Sciences, City University of New York*

One of the factors that limits hearing-aid performance is feedback. This paper discusses the problem of feedback in hearing aids, illustrated with examples based on a computer simulation of hearing-aid behavior. The available technology for dealing with the problem of feedback is then reviewed, and new digital signal-processing approaches are described that may finally solve the feedback problem.

## INTRODUCTION

Feedback is a common problem in hearing aids. Feedback occurs when the amplified signal being output to the ear canal is routed back to the microphone input of the instrument. Low levels of feedback may not be noticeable, but high levels give rise to the phenomenon of "whistling" that is the bane of hearing-aid users and fitters. The feedback limits the maximum usable gain of the instrument and degrades the overall system response.

The objective of signal processing in reducing feedback is to increase the usable gain of the hearing aid while preserving the intelligibility of speech and maintaining the environmental awareness of the user. Several different procedures have been implemented in hearing aids to reduce feedback, the most common being modifications to the frequency response to reduce the output in the frequency region where feedback tends to occur, but none of these procedures have been truly effective in eliminating feedback. New techniques, based on digital signal processing and adaptive filters, are currently being developed. The adaptive filters are based on estimating the feedback signal and subtracting it from the input to cancel the feedback path.

The objective of this paper is to explain the feedback behavior of hearing aids and the techniques that are being used to reduce the effects of feedback. The paper begins with a discussion of the causes of feedback in

Address correspondence to James M. Kates, Center for Research in Speech and Hearing Sciences, City University of New York, Graduate School, 33 West 42nd St., New York, NY 10036.

© 1991 by Elsevier Science Publishing Co., Inc.                                    223
655 Avenue of the Americas, New York, NY 10010                     0021-9924/91/$3.50

Defendants Trial
Exhibit
DX-1240
Civil Action no. 05-422

CONFIDENTIAL

LEV00004189

2

224                                                                 J. M. KATES



**Figure 1.** Cross section of an in-the-ear (ITE) hearing aid.

hearing aids. Examples are based on the behavior of in-the-ear (ITE) instruments. This is followed by a review of the techniques currently in use to control feedback. The paper concludes with a description of some of the new digital signal-processing techniques that are being developed.

## THE PHYSICS OF FEEDBACK

A cross-sectional view of a typical in-the-ear (ITE) hearing aid is presented in Figure 1. The major external features of the hearing aid are the microphone opening, the battery compartment, the volume control, the vent openings, and the receiver opening. The microphone is positioned near the top of the hearing-aid faceplate, above the battery compartment and the volume control, and the vent is at the bottom. The circuitry is internal to the instrument, positioned where there is available space, and is not shown. The receiver is located in the canal portion of the hearing aid, and the receiver output is conducted to the ear canal via a short tube. The vent runs through the shell of the instrument from the faceplate to the ear canal.

Both acoustic and mechanical feedback can occur in the hearing aid. The mechanical feedback is caused by the vibrations of the receiver being transmitted back to the microphone through the tubes and the walls of the hearing-aid shell. The acoustic feedback is due to sound transmission from the receiver to the microphone through the vent and through any acoustic leakage paths that may exist between the hearing-aid shell and

CONFIDENTIAL                                                      LEV00004190

FEEDBACK IN HEARING AIDS                                                              225



**Figure 2.** Block diagram representation of an ITE hearing aid.

the ear into which it is inserted (Lybarger, 1982; Egolf, 1985). In most cases the vent is the dominant feedback path; acoustic leakage paths are equivalent to a small vent and can be subsumed under the vent model.

The hearing-aid behavior feedback can be modeled using the block diagram shown in Figure 2. The basic hearing aid is represented by the microphone, hearing-aid processing block, amplifier, and receiver. The receiver is assumed to be loaded by the unoccluded portion of the ear canal and the ear-drum impedance of the KEMAR anthropometric manikin (Burkhard and Sachs, 1975) since this is representative of the average acoustic environment presented by the adult ear. The mechanical and acoustic feedback paths connect the receiver output to the microphone input. The acoustic path is given by a vent typical of that in prescribed ITE instruments, having a length of 2.2 cm and a radius of 0.12 cm.

The transfer characteristics of the acoustic feedback path from the receiver to the microphone through the vent are illustrated in Figure 3 for a simulated ITE hearing aid (Kates, 1988a; 1988b; 1990b). At low frequencies the feedback path gives an attenuation of about 56.5 dB. At high frequencies, the feedback path has a very sharp resonance peak, the frequency of which corresponds to the half-wave resonance of the vent tube. The acoustic wave that propagates through the vent toward the faceplate gets partially reflected at the vent opening, returns towards the receiver, gets partially reflected at the vent opening near the receiver, and so on to give a series of reflections that constructively interfere at an input frequency of 7 kHz to give the peak in the response.

The attenuation of the feedback path, which is greater than 50 dB over most of the indicated frequency range, may appear to be adequate to ensure no feedback problems until one realizes that a hearing aid may have over 40 dB of acoustic gain. Thus the sound pressure reradiated by the vent will be close to the incoming sound pressure level, giving a feedback loop with nearly unity gain. The normal operating settings of an

CONFIDENTIAL                                                                    LEV00004191

APPENDIX A10

4

226                                                                J. M. KATES



**Figure 3.** Transfer function for a vent acoustic feedback path from the receiver to the microphone.

instrument may therefore bring it very close to oscillation, and modifications to the acoustic path, such as bringing a telephone receiver close to the aided ear, may cause the system to become unstable and start to whistle.

Acoustic feedback through the vent will affect the frequency response of the hearing aid even if the instrument is not whistling. The feedback effects are illustrated in Figure 4 for a simulated ITE hearing aid mounted on KEMAR and containing the vent used for Figure 3. The dashed line is the frequency response for the hearing aid without the vent, and the solid line is the frequency response for the vented system. The change in the frequency response at low frequencies is due to the vent–ear canal resonance and is not a feedback effect (Kates, 1988b), but the changes in the response at frequencies above about 1 kHz are due to the acoustic feedback. For this simulated instrument, both response peaks at about 2.2 and 5.4 kHz have increased in level by about 5 dB, changing the intended frequency response. The sharper response peaks also mean that the temporal response of the hearing aid will show longer ringing effects, and the greater system gain at the resonance frequencies means that the hearing aid is more likely to reach its limit of linear amplification and start to distort.

CONFIDENTIAL                                                          LEV00004192

APPENDIX A10

*5*

FEEDBACK IN HEARING AIDS                                              227



**Figure 4.** *In situ* frequency response for a simulated ITE hearing aid with vent (solid line) and without vent (dashed line).

## EXISTING FEEDBACK REDUCTION

Several different processing techniques are available in existing hearing aids to help reduce feedback. A low-pass filter is sometimes used to reduce the gain of the instrument at the high frequencies where feedback typically occurs. Other manufacturers provide controls that shift the locations of the receiver resonance peaks to lower frequencies (Ammitzboll, 1987) in order to reduce the gain at the frequencies near feedback. These common approaches reduce feedback by reducing the output at high frequencies, and leave unsolved the problem of reducing feedback without compromising the desired frequency response of the hearing aid.

Another approach is to provide adjustments to the amplifier phase response to reduce the tendency to oscillate at a specific frequency (Egolf, 1982). While a phase shift can reduce the tendency to oscillate at the one frequency, it may increase the possibility of oscillations at other frequencies. At best, one would expect only 1- or 2-dB improvement in gain from such a system.

Specific solutions are available for special feedback problems. In some high-power hearing aids, for example, the mechanical vibrations from the receiver can be carried back to the microphone through the walls of the hearing aid and cause oscillation. The degree of vibration can be reduced by using two receivers mounted back-to-back and having a common out-

CONFIDENTIAL

put. Both diaphragms move toward or away from the center of the pair at the same time, thus canceling the mechanical moment of the receiver vibration and reducing feedback. Increases in gain of up to 10 dB can be expected in unvented hearing aids that are free from acoustic leaks.

Acoustic modifications are also possible to reduce feedback. In behind-the-ear (BTE) hearing aids, the acoustics of the earhook can be modified to reduce the gain in a selected frequency region. An acoustic notch filter or a low-pass filter characteristic (Killion, 1985) can be used to reduce feedback in a manner analogous to their electronic counterparts. The earmold venting for a BTE fitting can also be designed so that the vent has a low-pass acoustic filter response (Macrae, 1981; 1983) that reduces the amount of high-frequency power that makes its way back to the microphone through the vent. Acoustic modifications are most suitable for BTE instruments where there is space for the acoustic circuit elements, and the application to ITE instruments is limited.

The majority of the existing feedback-suppression approaches reduce feedback by reducing the high-frequency output of the hearing aid. Reducing the relative gain at high frequencies allows the volume control setting to be increased, but the actual output at high frequencies remains unchanged. Some specialized solutions for specific problems, such as the use of paired receivers to reduce mechanical feedback, have proven to be successful, but no commercially available system can control all forms of mechanical and acoustic feedback simultaneously. Thus the problem of reducing feedback while keeping the desired response characteristics of the hearing aid remains unsolved in existing products.

## DIGITAL FEEDBACK REDUCTION

Feedback reduction is an area where digital signal processing is expected to benefit future hearing aids. New procedures, based on adaptive cancellation (Widrow et al., 1975), are being developed. In an adaptive cancellation system, the hearing-aid output signal is sampled, processed through an adaptive filter, and subtracted from the input from the microphone. The adaptive filter provides an estimate of the feedback path, and the subtraction from the microphone signal reduces the net intensity of the feedback signal that enters the amplifier, thus improving stability and allowing increased gain.

A block diagram of an adaptive feedback cancellation system is presented in Figure 5. The mechanical and acoustic feedback paths, shown separately in the block diagram of Figure 2, have been combined into a single composite feedback path. The input to the adaptive filter is the amplifier output $u(n)$. The adaptive filter output is $v(n)$, which is subtracted from the microphone signal $s(n)$. The adaptive filter shapes the amplifier output to match the combination of the receiver, feedback path,

CONFIDENTIAL                                                    LEV00004194

FEEDBACK IN HEARING AIDS                                                                 229



**Figure 5.** Block diagram for the adaptive feedback cancellation system.

and microphone responses; the more precise the estimate of these functions, the greater the degree of feedback cancellation. The adaptive filter computes this estimate by minimizing the signal $e(n)$. The adaptive filter will drive the error signal towards zero by matching the filtered amplifier output to the feedback signal picked up by the microphone.

The processing of this type of feedback-cancellation system can adversely affect desired incoming signals. The adaptive filter has no way to distinguish between the feedback signal at the microphone input and an ambient signal; it tries to cancel any signal that is present at the microphone. The adaptive filter can be modified to minimize the effects on speech (Bustamante et al., 1989) by adding a time delay of about a millisecond. This system, however, will still cancel a sinusoid at the input; the sinusoid passes through the system and is amplified, and the adaptive filter adjusts the amplitude and phase of the amplified sinusoid to cancel the signal at the input. Thus certain alarm and alerting signals would be greatly reduced in amplitude by this system even though it is effective in reducing feedback. In the presence of speech-shaped noise, for example, Bustamante et al. (1989) found approximately 6–10 dB of feedback reduction with this type of procedure for a 6-tap digital filter, and each doubling of filter length increased the amount of feedback cancellation by about 2 dB.

It is clear from the above example that using the hearing-aid input signal as a cancellation signal has undesirable side effects. The cancellation of the input can be avoided if the signal being used to measure the characteristics of the feedback path is unrelated to the input. This can be achieved by using a special probe signal, such as a pseudorandom noise sequence (Eriksson and Allie, 1989). An example is shown in Figure 6. The noise signal $p(n)$ is now injected into the system and is used to probe the feedback path. The adaptive filter coefficients are adjusted to match

230                                                          J. M. KATES



**Figure 6.** Block diagram for the adaptive feedback cancellation system with a noise probe signal.

the probe signal to the portion of the microphone signal that is due to the noise traveling through the feedback path. The coefficients are then copied to a filter that processes the entire hearing-aid signal to cancel the feedback path.

Using a probe sequence has the advantage that the input to the hearing aid will not be canceled along with the feedback. The disadvantage is that the presence of a signal at the microphone input interferes with the quality of the feedback-path estimate produced by the adaptive filter. The continuous noise that is being injected as the probe signal must be at a low enough level so as not to be annoying, so a probe at an input-referred level of about 40 dB SPL is about the most intense that could be used. Assume that the amplifier and receiver provide about 40 dB of gain, and that the feedback path provides about 55 dB of attenuation. The probe signal, when measured at the microphone, will then be at a level of about 25 dB SPL. During normal speech, which has a level of about 65 dB SPL, the system will be trying to adapt while functioning at a signal-to-noise ratio (SNR) of $-40$ dB. The adaptation procedure needs about a 0-dB SNR to function effectively (Treichler, 1979), so there will be substantial periods of time when the adaptive system will not be able to function properly owing to ambient signals or noise.

An alternative approach to using a continuous low-level noise probe signal is to occasionally excite the hearing aid with a short, more-intense test signal, and from the response determine the optimum (Wiener) filter (Davenport and Root, 1958) for estimating the feedback path. This approach can give a more accurate estimate of the feedback path in the presence of interfering signals than can be obtained from the adaptive

CONFIDENTIAL                                                    LEV00004196

FEEDBACK IN HEARING AIDS                                    231

noise cancellation procedures of Figure 5 or 6. The coefficients of the
Wiener filter are updated when evidence of feedback is detected, and then
held constant until the next change is required (Kates, 1990a).

   The system proposed by Kates (1990a) is an adaptive version of a feed-
back-cancellation system proposed by Levitt et al. (1988) that used a time-
invariant cancellation filter set when fitting the hearing aid. The fixed
filter, however, cannot adjust to changes in the acoustic environment.
Such changes occur when a telephone receiver is moved close to the aided
ear, when a hand is brought up to the hearing aid to adjust the volume
control, or when the position of the instrument shifts in the ear, as may
occur during eating or talking. The adaptive system, on the other hand,
updates the estimated feedback path whenever changes are detected in
the feedback behavior. The criterion for a change in the feedback path
is the onset of oscillation. When oscillation is detected, the normal hear-
ing-aid processing is interrupted. A pseudorandom noise burst is injected
into the system as a probe signal, and a set of filter coefficients is adjusted
to give an estimate of the feedback path. The hearing aid is then returned
to normal operation with the feedback-cancellation filter as part of the
system.

   The feedback-cancellation scheme described above differs from other
feedback-reduction systems (Patronis, 1978; Bustamante et al., 1989) in
that the adaptation does not occur continuously. A disadvantage of the
noncontinuous estimation approach is that small changes in the feedback
path may go undetected if they do not cause the system to go unstable;
this disadvantage can be overcome by estimating the feedback path on a
periodic update schedule or by the user initiating an update request. The
automatic detection of instability, however, would still be needed to guar-
antee that no oscillation occurs in normal use.

   An advantage of the approach is that the probe sequence can be very
short, typically 50 msec, and it need not occur very often. Speech intel-
ligibility is not expected to be significantly affected by the short pseu-
dorandom noise burst since Miller and Licklider (1950) found that alter-
nating 50-msec segments of speech with 50-msec gaps filled with random
noise caused only a small reduction in intelligibility, independent of the
signal-to-noise ratio (SNR). In addition, they reported that the speech
was perceived as being continuous despite the gaps. A continuous pseu-
dorandom noise sequence, as discussed above, would be undesirable
since it would reduce the signal-to-noise ratio of the signal at all times.
In addition, relatively intense probes may be needed to overcome the
difficulties in accurately estimating the feedback path in the presence of
interfering ambient noise; a short noise burst is probably acceptable, but
a continuous probe sequence would mask the desired speech signal.

   Another advantage of the approach is that switching off the normal
hearing-aid processing interrupts the feedback loop during the estimation

232                                                                J. M. KATES



**Figure 7.** Block diagram for the feedback detection and cancellation system.

of the feedback path. This can greatly improve the signal-to-noise ratio during the estimation since the feedback oscillations (at maximum amplifier power output) are eliminated. These oscillations could, however, be present during a continuous low-level probe measurement.

The feedback-cancellation system is illustrated in Figure 7. The figure shows the basic hearing aid consisting of the microphone, hearing-aid processing, amplifier, receiver, and feedback path. To the basic instrument is added the feedback detection and the cancellation filter. The feedback detection determines if a sinusoid having power above a preset threshold is present at the microphone. If so, the normal hearing-aid processing is disengaged and the pseudorandom noise burst used as a probe sequence is injected into the system. If the noise burst and the detection threshold are set to the same level, for example 80 dB SPL, then the probe becomes a continuation of the incoming signal intensity and would not be annoyingly loud.

The filter coefficients are computed during the noise burst. The signal at the microphone is compared with the amplified probe signal, the processing is averaged over the duration of the noise burst, and the filter coefficients are then computed at the end of the noise burst. A computer simulation of the system (Kates, 1990a) indicates that a 32-tap filter can give about 17 dB of feedback cancellation in quiet or in the presence of 65-dB SPL speech-shaped noise, and can still give 12 dB of cancellation in the presence of an 80-dB SPL sinusoid. The noise burst used for the

CONFIDENTIAL

FEEDBACK IN HEARING AIDS                                    233

simulations had a duration of 50 msec and an input-referred level of 80 dB SPL. Increasing the filter length to 64 taps or reducing it to 16 taps gave poorer results.

Another feedback-reduction scheme that is occasionally proposed is to use an adaptive notch filter to remove the feedback oscillations from the system. Such a system would suffer from several problems. First, the notch filter would be designed to remove sinusoidal components rather than to estimate and cancel the feedback path; thus reducing the amplitude of one component does not guarantee stability since the hearing aid may start to oscillate at another frequency as the gain is increased. The notch filter would also share a problem with the adaptive cancellation system of Figure 5 since it would automatically reduce the amplitude of sinusoidal alarm and alerting signals.

A further problem with a notch filter is that such a system could enter into nonlinear oscillations. In cancelling a component at a specific frequency, the notch filter may change the phase response of the hearing aid so that it starts to oscillate at a different frequency; the notch then adapts to the new frequency, but in doing so returns the hearing aid to conditions that allow oscillation at the original frequency. In this way the notch filter would cause the hearing aid to continuously oscillate between the two frequencies without permanently eliminating either one. Multiple notch filters could alleviate this problem, but at the expense of greatly increasing the system complexity and without a guarantee that the resulting system would be stable under all expected conditions.

## CONCLUSIONS

The ideal feedback-reduction system will control all forms of feedback no matter what the system frequency response, will not remove or modify desired incoming signals, and will fit into an ITE shell. Needless to say, such a system does not yet exist. The general-purpose solutions implemented in current hearing aids reduce feedback by reducing the high-frequency output of the instrument, and are accepted only due to the lack of anything better.

While the digital systems also have limitations, the effectiveness as shown in experiment and simulation is much greater than currently available technology and the potential problems are far fewer. Especially important is the ability to cancel all forms of feedback, both mechanical and acoustic, with the same basic system. Thus digital feedback cancellation could be added to a hearing aid without any need for prior knowledge about the design or behavior of the instrument.

The price for digital processing is the complexity and power consumption of the circuits. This will preclude fitting digital feedback cancellation into ITEs, where it is most needed, for a period of several years. Digital

CONFIDENTIAL                                                                LEV00004199

234

J. M. KATES

processing in a BTE package is more feasible, but even here there is a
considerable amount of progress needed in digital technology in order to
solve the problems of size and battery drain. Thus digital algorithms offer
a solution to the feedback problem, but practical digital implementations
will require solutions of their own.

The research presented in this paper was supported by grant No. H133E80019 from the
National Institute on Disability and Rehabilitation Research.

## REFERENCES

Ammitzboll, K. (1987). Resonant peak control. U.S. Patent No. 4 689 818.

Burkhard, M. D., and Sachs, R. M. (1975). Anthropometric manikin for acoustic
research. *J. Acoust. Soc. Am.* 58:214–222.

Bustamante, D. K., Worrall, T. L., and Williamson, M. J. (1989). Measurement
of adaptive suppression of acoustic feedback in hearing aids. Proc. 1989 In-
ternational Conference on Acoustics Speech and Signal Processing, Glasgow,
pp. 2017–2020.

Davenport, W. B., and Root, W. L. (1958). *An Introduction to the Theory of
Random Signals and Noise.* New York: McGraw-Hill.

Egolf, D. P. (1982). Review of the acoustic feedback literature from a control
theory point of view. In G. Studebaker and F. Bess (eds.), *The Vanderbilt
Hearing-Aid Report.* Upper Darby, PA: Monographs in Contemporary Au-
diology, pp. 94–103.

Egolf, D. P., Howell, H. C., Weaver, K. A., and Barker, S. (1985). The hearing
aid feedback path; Mathematical simulations and experimental verification. *J.
Acoust. Soc. Am.* 78(5):1578–1587.

Eriksson, L. J., and Allie, M. C. (1989). Use of random noise for on-line trans-
ducer modeling in an adaptive active attenuation system. *J. Acoust. Soc. Am.*
85(2):797–802.

Kates, J. M. (1988a). A computer simulation of hearing aid response and the
effects of ear canal size. *J. Acoust. Soc. Am.* 83(5):1952–1963.

Kates, J. M. (1988b). Acoustic effects in in-the-ear hearing aid response: Results
from a computer simulation. *Ear Hear.* 9(3):119–132.

Kates, J. M. (1990a). Feedback cancellation in hearing aids. Proceedings of the
1990 IEEE International Conference on Acoustics, Speech, and Signal Pro-
cessing, Albuquerque, NM, pp. 1125–1128.

Kates, J. M. (1990b). A time-domain digital simulation of hearing-aid response.
*J. Rehab. Res. Dev.* 27(3):279–294.

Killion, M. (1985). Response-modifying earhooks for special fitting problems.
*Audecibel,* Fall.

Levitt, H., Dugot, R. S., and Kopper, K. W. (1988). Programmable digital hearing
aid system. U.S. Patent No. 4 731 850.

CONFIDENTIAL

LEV00004200

APPENDIX A10

*13*

FEEDBACK IN HEARING AIDS                                                                235

Lybarger, S. F. (1982). Acoustic feedback control. In G. Studebaker and F. Bess (eds.), *The Vanderbilt Hearing-Aid Report*, Upper Darby, PA: Monographs in Contemporary Audiology, pp. 87–90.

Macrae, J. (1981). A new kind of earmold vent—The high-cut cavity vent. *Hear. Instrum.* 32(10):18–64.

Macrae, J. (1983). Vents for high-powered hearing aids. *Hear. J.* 36(1):13–16.

Miller, G. A., and Licklider, J. C. R. (1950). The intelligibility of interrupted speech. *J. Acoust. Soc. Am.* 22(2):167–173.

Patronis, E. T. (1978). Electronic detection of acoustic feedback and automatic sound system gain control. *J. Audio Eng. Soc.* 26(5):323–326.

Treichler, J. R. (1979). Transient and convergent behavior of the adaptive line enhancer. *IEEE Trans. Acoust. Speech Sig. Process.* ASSP-27(1):53–62.

Widrow, B., Glover, J. R. Jr., McCool, J. M., Kaunitz, J., Williams, C. S., Hearn, R. H., Zeidler, J. R., Dong, E. Jr., and Goodlin, R. C. (1975). Adaptive noise canceling: Principles and applications. *Proc. IEEE* 63(12):1692–1716.

CONFIDENTIAL                                                                LEV00004201

DX-1599

(12) **United States Patent**      (10) **Patent No.:**     **US 6,738,486 B2**
    Kaulberg                       (45) **Date of Patent:**        **May 18, 2004**

(54) **HEARING AID**

(75) Inventor: **Thomas Kaulberg**, Stenløse (DK)

(73) Assignee: **Widex A/S**, Vaerloese (DK)

( * ) Notice:  Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/725,262**

(22) Filed: **Nov. 29, 2000**

(65)            **Prior Publication Data**

US 2002/0057814 A1 May 16, 2002

(30)      **Foreign Application Priority Data**

Sep. 25, 2000   (EP) ............................................ 00610097

(51) Int. Cl.7 .............................................. H04R 25/00
(52) U.S. Cl. ...................... 381/318; 381/321; 381/94.3
(58) Field of Search ................................. 381/312, 318, 381/320, 321, 317, 91, 93, 94.1, 94.2, 94.3, 83, 71.1, 71.11, 71.12, 71.14

(56)            **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 5,016,280 A | 5/1991 | Engebretson et al. | |
| 5,402,496 A | 3/1995 | Soli et al. | |
| 5,500,902 A | 3/1996 | Stockham, Jr. et al. | |
| 5,619,580 A | 4/1997 | Hansen | |
| 6,078,612 A * | 6/2000 | Bertrand et al. ........... | 375/219 |
| 6,219,427 B1 * | 4/2001 | Kates et al. ................ | 381/318 |
| 6,480,610 B1 * | 11/2002 | Fang et al. ................. | 381/321 |

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| DE | 198 02 568 A1 | 8/1999 |

| | | |
|---|---|---|
| EP | 0814639 A2 | 12/1997 |
| WO | WO 98/47313 | 10/1998 |
| WO | WO 98/56210 | 12/1998 |

OTHER PUBLICATIONS

Lunner et al: "A Digital Filterbank Hearing Aid Design, Implementation and Evaluation" International Conference on Acoustics, Speech & Signal Processing. ICASSP, US, New York, IEEE, vol. CONF. 16, May 14, 1991, pp. 3661–3664.

M. Karjalainen et al, "Comparison of Loudspeaker Equalization Methods Based on DSP Techniques", Journal of the Audio Engineering Society, Audio Engineering Society, New York, US, vol. 47, No. 1/2 Jan. 1999, pp. 14–30, XP000823370.

A. Harma, "Implementation of frequency–warped recursive filters", Signal Processing, Amsterdam, NL, vol. 80, No. 3, Mar. 2000, pp. 543–548, XP004188172.

* cited by examiner

*Primary Examiner*—Sinh Tran
(74) *Attorney, Agent, or Firm*—Sughrue Mion, PLLC

(57)            **ABSTRACT**

The present invention relates to a hearing aid with an adaptive filter for suppression of acoustic feedback in the hearing aid. The hearing aid further comprises a controller that is adapted to compensate for acoustic feedback by determination of a first parameter of an acoustic feedback loop of the hearing aid and adjustment of a second parameter of the hearing aid in response to the first parameter whereby generation of undesired sounds is substantially avoided. Hereby a gain safety margin requirement is significantly reduced.

**23 Claims, 8 Drawing Sheets**



**Defendants Trial Exhibit**

**DX-1599**

**Civil Action no. 05-422**



**Fig. 1**



**Fig. 3**



**Fig. 2**



*Fig. 4*



*Fig. 5*



**Fig. 6**



**Fig. 7**



*Fig. 8*



*Figure 9*



**Figure 10**

**Figure 11**

1

# HEARING AID

## FIELD OF THE INVENTION

The present invention relates to a hearing aid with an adaptive filter for suppression of acoustic feedback in the hearing aid.

## BACKGROUND OF THE INVENTION

It is well known in the art of hearing aids that acoustic feedback may lead to generation of undesired acoustic signals which can be heard by the user of a hearing aid.

Acoustic feedback occurs when the input transducer of a hearing aid receives and detects the acoustic output signal generated by the output transducer. Amplification of the detected signal may lead to generation of a stronger acoustic output signal and eventually the hearing aid may oscillate.

It is well known to include an adaptive filter in the hearing aid to compensate for acoustic feedback. The adaptive filter estimates the transfer function from output to input of the hearing aid including the acoustic propagation path from the output transducer to the input transducer. The input of the adaptive filter is connected to the output of the hearing aid and the output signal of the adaptive filter is subtracted from the input transducer signal to compensate for the acoustic feedback. A hearing aid of this type is disclosed in U.S. Pat. No. 5,402,496.

In such a system, the adaptive filter operates to remove correlation from the input signal, however, signals representing speech and music are signals with significant auto-correlation. Thus, the adaptive filter cannot be allowed to adapt too quickly since removal of correlation from signals representing speech and music will distort the signals, and such distortion is of course undesired. Therefore, the convergence rate of adaptive filters in known hearing aids is a compromise between a desired high convergence rate that is able to cope with sudden changes in the acoustic environment and a desired low convergence rate that ensures that signals representing speech and music remain undistorted.

The lack of speed of adaptation may still lead to generation of undesired acoustic signals due to acoustic feedback. Generation of undesired acoustic signals is most likely to occur at frequencies with a high feedback loop gain. The loop gain is the attenuation in the acoustic feedback path multiplied by the gain of the hearing aid from input to output.

Acoustic feedback is an important problem in known CIC hearing aids (CIC=complete in the canal) with a vent opening since the vent opening and the short distance between the output and the input transducers of the hearing aid lead to a low attenuation in the acoustic feedback path from the output transducer to the input transducer, and the short delay time maintains correlation in the signal.

Various measures are well known in the art to cope with acoustic feedback. For example, it is well known to keep the loop gain below a certain limit in order to prevent generation of feedback resonance. It is also known to adjust the phase of the feedback signal, to perform a frequency transpose, and to compensate for the feedback signal.

Typically, the acoustic environment of the hearing aid changes over time, and often changes rapidly over time, in such a way that propagation of sound from the output transducer of the hearing aid to its input transducer changes drastically. For example, such changes may be caused by changes in position of the user in a room, e.g. from a free

2

field position in the middle of the room to a position close to a wall that reflects sound. Changes may also be generated if the user yawns or if the user puts the receiver of a telephone to the ear. Such changes, some of which may be almost instantaneous, are known to involve changes in attenuation of the feedback path of more than 20 dB.

It is known to keep the loop gain below a safe limit by limiting the gain adjustment in the hearing aid to a maximum allowable gain based on experience. However, a large safety margin is needed to cope with the above-mentioned variations in the acoustic environment and with variations in physical fitting of the hearing aid to the wearer. It is also known to determine the maximum allowable gain during fitting of the hearing aid to a specific user. However, a large safety margin is still needed. The safety margin prevents the capabilities of the hearing aid to be fully exploited, such as in situations where the gain could be adjusted to a value that is higher than the maximum allowable gain without generation of undesired sounds.

In order to be able to compensate for a severe hearing deficiency, it is desirable to be able to set a high gain in the hearing aid. However, the risk of generating oscillation, also denoted feedback resonance, restricts the maximum gain that may be employed, even in situations with a high attenuation in the acoustic feedback path.

In DE-A-19802568 and U.S. Pat. No. 5,016,280, a hearing aid is disclosed including a measuring system for determining the characteristics of the acoustic feedback path. A test signal is transmitted through the system in order to determine the characteristics of the feedback path.

In DE-A-19802568 the coefficients in a digital filter are determined based on the impulse response of the feedback path, and in U.S. Pat. No. 5,016,280 the filter coefficients of an adaptive compensation filter are calculated using a leaky LMS algorithm operating on white-noise signals transmitted through the feedback path.

The respective measuring systems are rather complicated and the duration of the determination is relatively long, and the normal function of the hearing aid is interrupted during the determination. Thus, the determination is performed at certain occasions only, e.g. when the user switches the hearing aid on. Thus, still, a relatively high safety margin for the gain is needed to cope with changes in the acoustic environment between determinations.

In U.S. Pat. No. 5,619,580 a hearing aid with an adaptive filter and a continuously operating measuring system is disclosed. A pseudo random noise signal is injected into the output signal. A monitoring system controls the gain of the hearing aid so that the loop-gain is kept below a constant value which may be frequency dependent. The filter coefficients of the adaptive filter are monitored and their update rate is adjusted according to a statistical analysis which complicates the system. It is another disadvantage of the system that a noise generator is needed and that the generated noise signal is always present. Moreover, the system increases the adaptation rate and thus deteriorates the signal quality when a change in acoustic environment is detected also in situations where the hearing aid is not operating close to resonance.

Thus, there is a need for an improved hearing aid that overcomes the above-mentioned disadvantages and substantially eliminates the requirement of a gain safety margin so that the operating gain in certain acoustic environments can be higher than for known hearing aids.

## SUMMARY OF THE INVENTION

According to a first aspect of the invention, these and other objects are fulfilled by a hearing aid with an adaptive

3

filter for compensation of acoustic feedback. The adaptive filter operates to estimate the transfer function from output to input of the hearing aid including the acoustic propagation path from the output transducer to the input transducer. The input of the adaptive filter is connected to the electric output of the hearing aid and the output signal of the adaptive filter may be subtracted from the input transducer signal to compensate for the acoustic feedback.

The hearing aid comprises an input transducer for transforming an acoustic input signal into a first electrical signal, a first filter bank with bandpass filters for dividing the first electrical signal into a set of bandpass filtered first electrical signals, a first set of combining nodes for receiving said set of bandpass filtered first electrical signals and combining them with a set of third electrical signals in order to output a first set of combining node output signals, a processor adapted for individual processing of each signal among the set of combining node output signals and adding together the processed electrical signals in order to generate a second electrical signal, an output transducer for transforming said second electrical signal into an acoustic output signal, a second filter bank with bandpass filters for dividing said second electric signal into a set of bandpass filtered second electrical signals, the bandpass filters of the second filter bank being substantially identical to respective bandpass filters of the filter bank, a first set of adaptive filters for estimating acoustic feedback by filtering of the bandpass filtered second electrical signals according to a set of the first filter coefficients and generating the set of third electrical signals, a second set of adaptive filters with second filter coefficients for filtering the bandpass filtered second electrical signals into respective fourth electrical signals, a second set of combining nodes for generation of fifth electrical signals by combining the fourth electrical signals with the respective signals of said first set of combining node output signals, and for inputting said fifth electrical signals to said second set of adaptive filters for adjustment of the second filter coefficients, and a controller adapted to determine a first parameter of an acoustic feedback loop of the hearing aid and to adjust a first adaptation rate of said set of first filter coefficients, wherein said controller is adapted to determine a second parameter of an acoustic feedback loop of the hearing aid and to adjust the second filter coefficients with a second adaptation rate that is higher than the first adaptation rate, and wherein said controller is adapted to estimate the amount of acoustic feedback based on information from said second set of adaptive filters.

It is an important advantage of the present invention that the requirement of a gain safety margin is significantly reduced since the controller automatically adjusts a parameter of the electronic feedback loop whenever the hearing aid operates with a high risk of generating undesired sounds so that such generation is substantially avoided.

In the following, the frequency ranges of the bandpass filters are also denoted channels.

The invention, in a second aspect, provides a hearing aid comprising an input transducer for transforming an acoustic input signal into a first electrical signal, a processor for generation of a second electrical signal by processing of said first electrical signals into a second electrical signal, an output transducer for transforming the second electrical signal into an acoustic output signal, a first adaptive filter with first filter coefficients for estimation of acoustic feedback by generation of a third electrical signal by filtering of said second electrical signal and adapting said third signal to said first first electrical signal, which first adaptive filter is a warped adaptive filter, wherein the first

4

filter coefficients are updated with a first convergence rate, a set of second adaptive filters with second filter coefficients for filtering said second electrical signals into respective fourth electrical signals, and a combining node for generation of fifth electrical signals by combining the fourth electrical signals with the respective first electrical signals and for inputting the fifth electrical signals to said set of second adaptive filters, and wherein the second filter coefficients are updated with a second convergence rate that is higher than the first convergence rate.

The invention, in a third aspect, provides a hearing aid comprising an input transducer to transforming an acoustic input signal into a first electrical signal, a first filter bank with bandpass filters for dividing the first electrical signal into a set of bandpass filtered first electrical signals, a first set of combining nodes for receiving said set of bandpass filtered first electrical signals and combining them with a set of third electrical signals in order to output a first set of combining node output signals, a processor adapted for individual processing of each signal among the set of combining node output signals and adding together the processed electrical signals in order to generate a second electrical signal, an output transducer for transforming said second electrical signal into an acoustic output signal, a second filter bank with bandpass filters for dividing said second electrical signal into a set of bandpass filtered second electrical signals, the bandpass filters of the second filter bank being substantially identical to respective bandpass filters of the first filter bank, a first set of adaptive filters for estimating acoustic feedback by filtering of the bandpass filtered second electrical signals according to a set of first filter coefficients and generating the set of third electrical signals, and a controller adapted to determine an operating gain of the processor and to adjust a first adaptation rate of said set of first filter coefficients according to the operation gain.

In a simple embodiment of the invention, the hearing aid is a single channel hearing aid, i.e. the hearing aid processes incoming signals in one frequency band only. Thus, the first filter bank consists of a single bandpass filter, and the single bandpass filter may be constituted by the bandpass filter that is inherent in the electronic circuit, i.e. no special circuitry provides the bandpass filter. Correspondingly, the adding in the processor of processed electrical signals is reduced to the task of providing the single processed electrical signal at the output of the processor. Further, the second filter bank consists of a single bandpass filter, and the first set of adaptive filters consists of a single adaptive filter.

Typically, hearing defects vary as a function of frequency in a way that is different for each individual user. Thus, the processor is preferably divided into a plurality of channels so that individual frequency bands may be processed differently, e.g. amplified with different gains. Correspondingly, the hearing aid may comprise a first set of adaptive filters with a plurality of adaptive filters for individual filtering of signals in respective frequency bands whereby a capability of individually controlling acoustic feedback in each channel of the hearing aid is provided. Preferably, the frequency bands of the first set of adaptive filters are substantially identical to the frequency bands of the first filter bank so that the bandpass filters do not deteriorate the operation of the adaptive filters.

In one embodiment of the invention, the first set of adaptive filters subtracts the electrical output of the hearing aid from the input to the processor and the difference signal is used for modification of the filter coefficients as explained below. The difference signal is not used for modification of

US 6,738,486 B2

5

the input signal to the processor whereby distortion of the signal is avoided. Thus, in this embodiment of the invention the first adaptive filter is used for estimation of the acoustic feedback signal without distortion of the processed signal. Further, in this embodiment, at least one of the adaptive filters of the first set of adaptive filters may operate on a respective decimated bandpass filtered second electrical signal whereby signal processing power requirement is minimized without requiring additional filters since the adaptive filter output signal does not affect the processed signal directly.

In another embodiment of the invention, the first set of adaptive filters subtracts the electrical output of the hearing aid from the electrical signal from the input transducer and the difference signal is used for modification of the filter coefficients and is fed to the input of the processor whereby the acoustic feedback signal is substantially removed from the signal before processing by the processor. In this embodiment, decimation of signals may be employed in the processor and in the first set of adaptive filters if a third filter bank that is substantially identical to the first filter bank is added in the processor before summation of the individual processed signals from each processor channel to the output signal from the processor.

Generation of undesired sounds may be avoided by monitoring of the loop gain of the acoustic feedback loop, i.e. the gain of the acoustic feedback path from the output transducer to the input transducer including the transfer functions of the transducers plus the gain of the electronic circuitry included in the signal path from input to output of the hearing aid. When the loop gain approaches one, certain actions may be taken to prevent generation of unwanted sounds. Since the first set of adaptive filters generates a signal that corresponds to the signal generated by acoustic feedback, monitoring of attenuation in the first set of adaptive filters and of gains in corresponding channels of the processor provides an indication of the loop gain of the acoustic feedback loop. Thus, the controller may be adapted to monitor attenuation in the first set of adaptive filters, e.g. by determination of the individual ratios between the magnitude of the signal at the inputs of the individual filters and the signals at the corresponding outputs of the individual filters. Further, the controller may be adapted to monitor the gains of the individual channels of the processor, e.g. by a similar determination of input and output signal levels of individual processor channels, or by reading values from registers in the processor containing current gain values of individual processor channels. Typically, the processor channel gains are different for different channels and they are input level dependent.

Based on the monitoring of a first parameter of the acoustic feedback loop, such as the loop gain, the gain of a processor channel, the attenuation of an adaptive filter of the first set of adaptive filters, etc, a second parameter of the hearing aid may be adjusted to prevent generation of undesired sounds. For example, the gain of at least one processor channel may be modified, e.g. lowered, to keep the acoustic feedback loop gain below one.

The second parameter may be a maximum gain limit $G_{max}$ that the gain of the processor is not allowed to exceed within a specific channel. The adaptation rate of the first set of adaptive filters may be kept constant while the maximum gain limit $G_{max}$ of a specific channel of the processor is lowered whenever the hearing aid approaches a state in that channel with a high risk of generating undesired sounds, e.g. caused by a sudden change in the acoustic environment. For example, the maximum gain limit $G_{max}$ of a specific channel

6

is lowered while the first adaptive filter adapts to a changed acoustic environment, and is restored to the original value when the adaptive filter has adapted to the new situation. Hereby, no distortion of the desired signal is generated.

It is an important advantage of this embodiment of the invention that the operating gain of the hearing aid may be very high without a risk of generating undesired sounds since the gain is automatically lowered if the feedback loop approaches resonance. Thus, a gain safety margin is substantially not required.

In embodiments wherein the bandpass filters of the second filter bank are substantially identical to respective bandpass filters of the first filter bank, each channel may be individually controlled based on a determination in that channel whereby reduction of gain by influence from frequencies outside the channel in question may be avoided.

Further, in an embodiment of the invention wherein the difference signal from the first adaptive filter is fed to the input of the processor, the second parameter may be a first convergence or adaptation rate of the first set of adaptive filters. For example, the adaptation rate of the filter may be made dependent on the operating processor gain in such a way that whenever the hearing aid approaches a state with a high risk of generating undesired sounds, e.g. caused by a sudden change in the acoustic environment, the adaptation rate of the first adaptive filter is increased to rapidly compensate for the change.

The convergence rate of the first set of adaptive filters may be adjusted by modifying the algorithm for updating the filter coefficients of the adaptive filter. As further described below, the algorithm may comprise one or more scaling factors that may be adjusted in response to the determination of the first parameter. For example, the one or more scaling factors may be adjusted as a predetermined function of the operating gains of the processor.

It is an important advantage of this embodiment that the operating gain of the hearing aid may be very high without a risk of generating undesired sounds since the closer the acoustic feedback loop gain approaches resonance the faster the adaptive filter will adapt to the situation. The fast adaptation of the adaptive filter may cause the desired signal to be distorted as previously described. However, as soon as the adaptive filter has adapted, the convergence rate is lowered and the desired signal is no longer distorted. Further, the distortion may take place in a frequency band that does not affect the intelligibility of the received sound signal.

A gain interval from $G_0$ to $G_a$ may be provided in the hearing aid. $G_0$ is a predetermined lower gain limit below which feedback resonance and generation of undesired sounds can not occur. $G_0$ may be determined during the fitting procedure. $G_a$ is an adjustable upper gain limit that is adjusted according to desired sound quality. Preferably, $G_a$ is adjusted during the fitting procedure.

The convergence rate may vary as a predetermined function, such as a linear or a non-linear function, of the gain of the processor, e.g. in the range from $G_0$ to $G_a$. For example, one or more scaling factors of the updating algorithm of the adaptive filter may vary as a predetermined function, such as a linear or a non-linear function, of the gain of the processor, e.g. in the range from $G_0$ to $G_a$.

During fitting of the hearing aid to the individual user, the transmission characteristics of the feedback path is measured. Based on these characteristics, the values of $G_0$ and $G_a$ with appropriate safety margins are determined and stored in the hearing aid. For determination of $G_0$ there are

US 6,738,486 B2

7

several factors to take into consideration. The feedback path characteristics are, as already mentioned, not constant. Thus, sudden changes may lead to feedback resonance if the feedback compensation is too slow. Further, prediction of the magnitude and duration of changes of the attenuation of the feedback path may be difficult. On the other hand, fast adaptation may lead to unacceptable distortion of the desired signal, the level of unacceptable distortion again being a subjective quantity.

However, in situations where the characteristics of the acoustic feedback path have been stable for a certain period it is possible to estimate the characteristics of the feedback path accurately since in such a situation the relation between the signals at the inputs of the first set of adaptive filters and the signals at the outputs of the first set of adaptive filters is a precise measure for such characteristics, e.g. the attenuation, of the acoustic feedback path. Knowing the gain characteristics of the digital processor and of the acoustic feedback signal, an estimate for the acoustic feedback loop may be provided. From this knowledge, a dynamically changing value of $G_0$ may be incorporated in the hearing aid. In one embodiment the interval from $G_0$ to $G_a$ may have a fixed size, independent of the changes in $G_0$, i.e. the entire interval is shifted in accordance with changes of $G_0$.

According to a preferred embodiment of the invention, the hearing aid further comprises a second set of adaptive filters operating in parallel with, i.e. on the same signals as, the first set of adaptive filters but with second convergence rates that are higher than the first convergence rates of the first set of adaptive filters. The outputs of the first set of adaptive filters are fed to the corresponding inputs of the processor whereby the acoustic feedback signal is substantially removed from the signal before processing by the processor. The outputs of the second set of adaptive filters are not used for modification of the processor input signals.

In this embodiment, the controller is adapted to estimate the amount of acoustic feedback by determination of a parameter of the second set of adaptive filters. The high second convergence rate allows the second adaptive filter to track the acoustic feedback more closely over time than the first adaptive filter. Further, since the output signal of the second adaptive filter is not subtracted from the input transducer signal, the desired signal is not distorted by the second adaptive filter.

Thus, according to a preferred embodiment of the invention, a hearing aid is provided further comprising a set of second adaptive filters with second filter coefficients for suppression of feedback in the hearing aid by filtering the bandpass filtered second electrical signals into respective fourth electrical signals, a combining node for generation of fifth electrical signals by subtraction of the fourth electrical signals from the respective bandpass filtered first electrical signals and for feeding the fifth electrical signals to the processor, and wherein the second filter coefficients are updated with a second convergence rate that is higher than the first convergence rate.

The amount of acoustic feedback may be estimated by determination of the ratio between the magnitude of the signals at the inputs of the second set of adaptive filters and the signals at the respective outputs of the second set of adaptive filters. This approach provides a quick response to changes in the acoustic feedback path and requires very little processor power.

The second parameter may be a second convergence or adaptation rate of the first set of adaptive filters. For example, the adaptation rate of the filtering may be made

8

dependent on the operating gain of the processor or, the attenuation of the second set of adaptive filters or, a combination of the two, in such a way that whenever the hearing aid approaches a state with a high risk of generating undesired sounds, e.g. caused by a sudden change in the acoustic environment, the adaptation rate of the first adaptive filter is increased to rapidly compensate for the change.

As previously described for the second set of adaptive filters, the convergence rate of the first set of adaptive filters may be adjusted by modifying the algorithm for updating the filter coefficients of the adaptive filters. As further described below, the algorithm may comprise one or more scaling factors that may be adjusted in response to the determination of the second parameter. For example, the one or more scaling factors may be set as a predetermined function of the operating gains of the processor.

The first set of adaptive filters provides individual filtering of signals in respective frequency bands. Preferably, the frequency bands of the first set of adaptive filters are substantially identical to the frequency bands of the second filter bank.

The frequency bands of the first set of adaptive filters may differ in number and range from the frequency bands of the first filter bank and the second set of adaptive filters. However, in a preferred embodiment of the present invention, the second filter bank comprises a plurality of bandpass filters while the first set of adaptive filters consists of a single adaptive filter providing modification of the processor input signal in a single frequency band whereby a hearing aid with a frequency dependent hearing aid compensation capability is provided with a simple single band acoustic feedback compensation loop.

Thus, according to a preferred embodiment of the present invention, a hearing aid is provided further comprising a second adaptive filter with second filter coefficients for suppression of feedback in the hearing aid by filtering the second electrical signal into a fourth electrical signal, a combining node for generation of a fifth electrical signal by subtraction of the fourth electrical signal from the first electrical signal and for feeding the fifth electrical signal to the respective bandpass filters of the first filter bank, and wherein the second filter coefficients are updated with a second convergence rate that is higher than the first convergence rate.

Thus, in a preferred embodiment of the invention, the processor and the second adaptive filter are divided into channels covering the same frequency bands while the first adaptive filter is not divided into a plurality of channels. Further, the controller may be adapted to control the individual maximum gain limits $G_{max}$ of each processor channel in response to determination of the attenuation of the corresponding first adaptive filter channel. The controller may further be adapted to increase a second convergence rate of a filter of the second set of adaptive filters when the corresponding processor channel gain is limited by a $G_{max}$ limit so that the duration of the gain limitation may be decreased. Still further, the controller may be adapted to adjust the gain limit and/or the convergence rate in accordance with the current mode of operation of the hearing aid. The term mode of operation will be explained below.

Preferably, at least one adaptive filter is a finite impulse response (FIR) filter, and even more preferred at least one adaptive filter is a warped filter, such as a warped FIR filter, a warped infinite impulse response (IIR) filter, etc.

In the present example of a warped FIR filter, the unit delays are substituted by first order allpass sections.

US 6,738,486 B2

9

However, the warping may as well be realized with second order and even higher order allpass sections. A first order allpass section has the z-transform:

$$\frac{z^{-1} - \gamma}{1 - z^{-1}\gamma}$$

where $\gamma$ is a warping parameter. Thus, the fixed delays in a FIR filter are substituted by frequency dependent delays leading to large delays at low frequencies and smaller delays at high frequencies. It should also be noted that the allpass elements are internally recursive and therefore warped FIR filters have infinite impulse responses. Thus, the term warped FIR is somewhat contradictory but describes well the structural analogy to transversal FIR filters.

In embodiments of the present invention, the order of a warped FIR filter may be considerably lower than the order of a FIR filter with comparable specifications. Thus, for a given circuit complexity, a warped FIR filter is capable of providing better filter characteristics than a FIR filter. Further, the warping parameter $\gamma$ may be used as a control parameter for controlling the transfer function, i.e. the positioning of resonances and cut-off frequencies in the frequency spectrum, whereby the spectrum of the error signal e(n), i.e. the difference between the filter output signal and the desired signal, may be minimized within a desired frequency range.

In the FIR or warped FIR filter, the next sample Y(t+T) is calculated according to the following equation:

$$Y(t+T) = \underline{c}(t)\underline{u}(t)$$

wherein

$$\underline{c}(t) = \begin{pmatrix} c_0 \\ c_1 \\ \vdots \\ c_i \\ \vdots \\ c_{N-1} \end{pmatrix} \text{ and } \underline{u}(t) = \begin{pmatrix} u_0 \\ u_1 \\ \vdots \\ u_i \\ \vdots \\ u_{N-1} \end{pmatrix} = \begin{pmatrix} u(t) \\ u(t-T) \\ \vdots \\ u(t-iT) \\ \vdots \\ u(t+T-NT) \end{pmatrix}$$

It is noted that $\underline{u}$ is an N dimensional vector containing the latest N samples of the signal u and $\underline{c}$ is a vector containing the N coefficients of the N'th order filter. T is the sampling period.

In the equation, u(t) is the actual value at the actual time t, and u(t-iT) is the signal value at i sampling periods prior to the actual time t. In discrete time systems, a shorthand notation is often used where the symbol u(i) indicates the signal value at the time t-iT, i.e. u(t-iT) in the equation above.

It is well known, e.g. cf. Adaptive Filtering by Paulo S. R. Diniz, Kluwer Academic Publishers, 1997, to use a least mean square algorithm for updating of the filter coefficients in an adaptive filter:

$$\underline{c}(t+T) = \underline{c}(t) + \mu \underline{u}(t)e(t)$$

Using the above-mentioned shorthand notation (n is the reference number of the actual sample), the equation is rewritten:

10

$$\begin{pmatrix} c_0(n+1) \\ c_1(n+1) \\ \vdots \\ c_i(n+1) \\ \vdots \\ c_{N-1}(n+1) \end{pmatrix} = \begin{pmatrix} c_0(n) \\ c_1(n) \\ \vdots \\ c_i(n) \\ \vdots \\ c_{N-1}(n) \end{pmatrix} + \mu \cdot e(n) \cdot \begin{pmatrix} u_0(n) \\ u_1(n) \\ \vdots \\ u_i(n) \\ \vdots \\ u_{N-1}(n) \end{pmatrix}$$

Or in an even shorter form:

$$c_i(n+1) = c_i(n) + \mu u_i(n)e(n)$$

wherein i references the individual vector elements.

It is preferred to use a leaky least mean square algorithm for updating the filter coefficients:

$$c_i(n+1) = \lambda(c_i(n) - c_i(0)) + \mu u_i(n)e(n),$$

where $u_i$ is a set of signal values derived from the output signal of digital processor in the n'th sampling period and the i-I preceding sampling periods, $c_i$ is a set of filter coefficients, e is the current value of the error signal and $\lambda$ and $\mu$ are scaling factors. The value of $\mu$ is typically in the magnitude of $10^{-6}$ and the value of $\lambda$ is typically approximately 0.99. $\lambda$ is denoted leakage and when $\lambda<1$, the filter coefficients will drift towards their respective initial values $c_i(0)$. $\mu$ is the convergence rate and determines the rate with which the adaptive filter adapts to a change. The adaptation rate increases with increasing values of $\mu$.

It may further be advantageous to normalize the algorithm so that the adaptive filter, substantially, does not respond to momentary dynamic changes in the input signal. It should be noted that for the purpose of estimating the acoustic feedback signal, the desired input signal is irrelevant and constitutes noise deteriorating the convergence performance of the adaptive filter. The normalized algorithm is referred to as a normalized Least Mean Square (nLMS) algorithm:

$$\underline{c}(n+1) = \lambda(\underline{c}(n) - \underline{c}(0)) + \underline{c}(0) + \mu \frac{\underline{u}(n)}{\underline{u}(n) \cdot \underline{u}(n)} e(n).$$

However in the above equation the calculation of the power requires significant processing power and consequently, it is preferred to use a power estimate according to the equation:

$$P_u(t+T) = \alpha P_u(t) + (1-\alpha)u^2(t)$$

where $\alpha$ is a predetermined constant that determines the rate with which the $P_u$ estimate changes. The algorithm is referred to as a power normalized Least Mean Square algorithm. The power estimate may also be based on the output signal from the input transducer so that the influence from sudden changes in the power of the input signal on the adaptation algorithm is minimized.

Further, a third update algorithm may be used for updating the adaptive filter coefficients denoted a leaky least mean square algorithm:

$$c_i(n+1) = \lambda(c_i(n) - c_i(0)) + c_i(0) + \mu_s \mu_i(n)$$

where $\mu_s$ is the sign of the e(n) signal multiplied by $\mu$.

Still further, a fourth update algorithm that may be used for the adaptive filter coefficients denoted a leaky sign—sign least mean square algorithm:

$$c_i(n+1) = \lambda(c_i(n) - c_i(0)) + c_i(0) + \mu_s \text{sgn}(u_i(n))$$

where sgn($u_i(n)$) is the sign of $u_i(n)$.

11

The filter coefficients may be updated based on a difference signal that is processed, e.g. combined with another signal, averaged or otherwise filtered, etc. Filtering may be performed in a focussed manner as known in the art.

Further, it should be noted that in a multichannel hearing aid according to the invention, the adaptive filters of the channels need not have identical number of taps. For example, it may be desirable to include more taps in adaptive filters operating in low-frequency channels.

As already mentioned, the controller may adjust λ and μ in response to the determination of a first parameter of the acoustic feedback loop of the hearing aid.

Various sets of parameters of the hearing aid may be provided for various respective types of sound, e.g. speech, music, etc, that the user desires to hear and various respective types of acoustic environment, e.g. silence, noise, echo, crowd, open air, room, head set, etc, in which the user is situated. For example, various gain settings as a function of frequency may be provided, various gain settings as a function of input signal level may be provided, and various convergence rates as a function of operating processor gain may be provided, etc. Each set of parameters defines a specific mode of operation of the hearing aid and when the hearing aid operates with a specific set of parameters it is said to operate in the corresponding mode. Thus, in a specific mode of operation, specific parameter values of the hearing aid are set for appropriately processing of corresponding specific sounds in a specific acoustic environment. Likewise automatic adjustment of the parameters may be performed in accordance with the current mode of operation.

The type of sound may be selected by the user or, it may be automatically detected by the hearing aid, e.g. by a frequency analysis, analysis of signal to noise ratio at various frequencies, analysis of sound dynamics, speech recognition, recognition by neural networks, etc.

Likewise, the type of acoustic environment may be selected by the user or, it may be automatically detected by the hearing aid, e.g. by a frequency analysis, analysis of signal to noise ratio at various frequencies, analysis of sound dynamics, recognition by neural networks, etc.

For example, the user may desire to listen to music. The first convergence rate of the first adaptive filter may then be set to a value that is in conformance with the auto-correlation of music. Further, gain adjustments or adjustments of the first convergence rate may also be performed in conformance with the auto-correlation of music. For example, when the first convergence rate, e.g. one or more scaling factors, is controlled as a function of processor gain, the function may be selected from a set of functions, each of which is adapted for use in a specific acoustic environment with certain sounds, such as music, speech, etc, that the user has decided to listen to.

Furthermore, adjustments may also be performed in accordance with the rate of change of measured parameters, e.g. of the acoustic feedback path, e.g. the feedback gain, etc, etc.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention will now be explained in greater detail with reference to the drawings in which

FIG. 1 is a block diagram of a hearing aid according to the present invention,

FIG. 2 is a block diagram of a multichannel hearing aid in which each channel corresponds to the hearing aid shown in FIG. 1,

FIG. 3 is a block diagram of a hearing aid incorporating a measuring system according to the invention,

12

FIG. 4 is a block diagram of a multichannel hearing aid in which each channel corresponds to the hearing aid shown in FIG. 3,

FIG. 5 is a block diagram of a multichannel hearing aid with a single band adaptive filter,

FIG. 6 is a block diagram illustrating an LMS type FIR filter implementing the update algorithms according to the invention,

FIG. 7 is a block diagram illustrating an LMS type warped FIR filter implementing the update algorithms according to the invention,

FIG. 8 is a plot of an impulse response of a FIR filter compared to an impulse response of a warped FIR filter,

FIG. 9 is a plot of the deviation from a desired transfer function of a FIR filter and a warped FIR filter,

FIG. 10 is a diagram representing possible variations in the filter coefficients in dependence of the gain in the digital processor, and

FIG. 11 is a diagram illustrating the improvement in maximum possible gain achieved with the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. 1 is a schematic block diagram of an embodiment of the present invention. It will be obvious for the person skilled in the art that the circuits indicated in FIG. 1 may be realized using digital or analogue circuitry or any combination hereof. In the present embodiment, digital signal processing is employed and thus, the processor 7 and the adaptive filter 10 are digital signal processing circuits. In the present embodiment, all the digital circuitry of the hearing aid may be provided on a single digital signal processing chip or, the circuitry may be distributed on a plurality of integrated circuit chips in any appropriate way.

In the hearing aid an input transducer 1, such as a microphone, is provided for reception of sound signals and conversion of the sound signals into corresponding electrical signals representing the received sound signals. The hearing aid may comprise a plurality of input transducers 1, e.g. whereby certain direction sensitive characteristics may be provided. The input transducer 1 has a transfer function $H_m$. The input transducer 1 converts the sound signal to an analogue signal. The analogue signal is sampled and digitized by an A/D converter (not shown) into a digital signal 4 for digital signal processing in the hearing aid. The digital signal 4 is fed to a combining node 9 where it is combined with a feedback compensation signal 85 which will be explained later. The combining node 9 outputs an output signal 86 which is fed to a digital signal processor 7 for amplification of the output signal 86 according to a desired frequency characteristic and compressor function to provide an output signal 80 suitable for compensating the hearing deficiency of the user.

The output signal 80 is fed to an output transducer 5 and an optional delay A and the delayed signal 83 is fed to an adaptive filter A, reference 10. The output transducer 5 converts the output signal 80 to an acoustic output signal. A part of the acoustic signal propagates to the input transducer 1 along a feedback path 6 having a transfer function $H_{fb}$. Preferably, the time delay of the delay line Δ is substantially equal to the transit time along the feedback path 6 from the output transducer 5 to the input transducer 1. Other time delays may be selected. However, shorter time delays or zero time delay complicates the filtering, e.g. when the filters are Finite Impulse Response filters longer filters will be

US 6,738,486 B2

13

necessary, i.e. filters with more taps. Thus, a further delay may be inserted in the circuit at the output of the processor 7, feeding a delayed signal to the output transducer 5 and the optional delay Δ, thereby decreasing the correlation between input signal 4 and filtered signal 85.

In the adaptive filter 10, the delayed signal 83 is filtered in order to provide a filtered signal 85 that is an estimate of the acoustic feedback, i.e. the filtered signal 85 is an estimate of the part of the transducer generated signal 4 that is generated by reception of sound originating from the output transducer 5. The filtered signal 85 is subtracted from the digital input signal 4 in the combining node 9 whereby a feedback compensated signal 86 is provided and input to the digital processor 7. In order to compensate for changes in the acoustic feedback path, the filter coefficients of the adaptive filter 10 are continuously updated so that the filtered signal 85 stays substantially identical to the signal propagated along the feedback path 6.

The filter 10 is a finite impulse response (FIR) filter or a warped FIR filter with a leaky sign—sign least mean square algorithm as disclosed above.

The controller adjusts λ and μ in response to the actual gain in the processor 7. A plot of the scaling factors λ and μ as functions of the gain is shown in FIG. 10. It should be noted that these functions may depend on the mode of operation of the hearing aid. A set of selectable subsets of functions as those shown in FIG. 10 may be provided that may be selected by the controller 13 in accordance with the current mode of operation of the hearing aid. Further, the functions may be selected in accordance with the rate of change of a measured parameter, e.g. attenuation in the acoustic feedback path.

In the embodiment of FIG. 1 the controller 13 receives information from the digital processor 7 via a line 15. According to the information received via line 15 about the current operating gain in the digital processor 7, the controller adjusts the adaptation rate for the filter coefficients of the adaptive filter 10. It should be noted that in the present drawing, dashed lines and arrows indicate control lines that do not form part of the signal path of the processed signal.

A FIR filter embodiment of the filter 10 is shown in more detail in FIG. 6. For simplicity only the first four taps are shown, but the filter may comprise any appropriate number of taps. If the operator H is set to 1 and the operator B is set to μ(e(n)), a leaky least mean square algorithm is achieved. If λ is set to 1, a simple least mean square algorithm is achieved. If H is set to 1 and B is set to μsgn(e(n)), a leaky sign least mean square algorithm is achieved. Finally H may be set to sgn(u(n)) and B may be set to μsgn(e(n)) thus achieving a leaky sign—sign LMS algorithm. The filter coefficients may also be calculated using recursive least square algorithms.

A warped FIR filter embodiment of the filter 10 is shown in more detail in FIG. 7. It should be noted that the circuitry below the upper delay line in FIG. 6 and in FIG. 7 are identical. It is preferred that the warping parameter γ is equal to 0.5. It should be noted that for γ=0, the warped FIR filter turns into a FIR filter.

FIG. 8 shows a plot of the infinite impulse response of a warped FIR filter and the finite response of a FIR filter. The plot indicates that a warped FIR filter inherently has a better capability of approximating a desired transfer function than a FIR filter.

FIG. 9 shows a blocked diagram of a test circuit 100 for determination of the transfer function Ha of an adaptive filter 102 adapting to a desired transfer function H of another

14

filter 104. The plotted curves shows the power spectrum 108 of the error signal 106 when the adaptive filter 102 is a warped FIR filter together with the power spectrum 110 of the error signal 106 when the adaptive filter 102 is a FIR filter. The FIR filter and the warped FIR filter have the same number of tabs. It is seen that below 6–7 kHz the warped FIR filter improves the error signal by up to 15 dB. Since the output of the output transducer 5 typically has a cut-off frequency around 6–8 kHz, the performance of the warped FIR filter above 8 kHz is unimportant. It should be noted that changes in the sampling frequency will shift the frequency values indicated along the frequency axis. It is also noted that γ may be adjusted for optimizing the spectrum of the error signal 106 for a specific application, such as a specific type of hearing deficiency.

FIG. 2 shows a multichannel embodiment of a hearing aid according to the present invention in which each channel generally operates in the same way as the single channel embodiment shown in FIG. 1. Corresponding parts of FIG. 1 and FIG. 2 are referenced by the same reference numbers except that indexes are added to the reference numbers of FIG. 2. For simplicity only three channels are indicated in FIG. 2. It should be noted, however, that the hearing aid may contain any appropriate number of channels.

The multichannel embodiment of the invention according to FIG. 2 comprises the same parts as the single channel embodiment shown in FIG. 1 in addition to a filter bank 3 that outputs bandpass filtered signals 4a, 4i, 4n. In combining nodes 9a, 9i, 9n the respective signals 4a, 4i, 4n are combined to form respective signals 86a, 86i, 86n. The signals 86a, 86i, 86n are fed to the multichannel digital processor 7 for processing according to a desired characteristic that matches the hearing deficiency of the user. This may involve adjustment of different gain settings in the individual channels. Further the processing may also involve compressor functions. Still further, other functions such as noise reduction may be performed by the signal processor.

The output signal from the digital signal processor 7 is fed to a filter bank 16 where it is split into bandpass filtered signals 83a, 83i, 83n corresponding to the different frequency bands or channels in the set of adaptive filters 10a, 10i, 10n. Preferably, the filter bank 16 comprises a digital fourth order filter.

From the adaptive filters 10a, 10i, 10n the filtered signals 85a, 85i, 85n are fed to the respective combining nodes 9a, 9i, 9n for subtraction from the signals 4a, 4i, 4n and generation of the signals 86a, 86i, 86n. As in the embodiment of FIG. 1, an optional delay line A may delay the output signal 80. Preferably, the delay is substantially equal to the maximum propagation time of sound from the output transducer 5 to the input transducer 1.

The processor 7 combines the signals of its channels into a single output signal 80.

In a multichannel embodiment, the adaptation rates of the respective channels may be different from each others. Thus, it is possible to apply higher adaptation rates with the resulting undesired distortion at frequencies where feedback resonance is likely to occur. This is an advantageous feature if feedback resonance occurs at frequencies that are unimportant to desired signals.

Further, signal detection is more difficult to perform in a broad frequency range. Thus, a multichannel system is less likely to produce convergence errors due to incorrect signal detection than a single channel system.

In one embodiment, the controller 13 controls the adaptation rate of the filter coefficients in the adaptive filter 10,

15

$10a$, $10i$, $10n$ as a function of the actual operating gains in the processor in a gain interval from $G_o$ to $G_a$.

The hearing aid illustrated in FIG. 3 corresponds to the hearing aid of FIG. 1 with an added measuring system. Corresponding parts are referenced by identical reference numbers and explanation of their operation is not repeated. The hearing aid shown in FIG. 3 further comprises a second adaptive filter B, reference 11, operating in parallel with, i.e. on the same signals as, the first adaptive filter A 10 but with a second convergence rate that is higher than the first convergence rate of the first adaptive filter A 10. The output 85 of the first adaptive filter A 10 is fed to the combining node 9 for subtraction from the signal 4 and generation of the signal 86 input to the processor 7 whereby the acoustic feedback signal is substantially removed from the signal before processing by the processor 7. It should be noted that the output 89 of the second adaptive filter B 11 is not used for modification of the processor input.

In this embodiment, the controller 13 is adapted to estimate the amount of acoustic feedback by determination of a parameter of the second adaptive filter 11. The high first convergence rate allows the second adaptive filter 11 to track the acoustic feedback more closely over time than the first adaptive filter 10. Further, since the output signal 89 of the second adaptive filter 11 is not subtracted from the input transducer signal 4, the desired signal is not distorted by the second adaptive filter 11.

The first adaptive filter 10 may be any kind of adaptive filter, but is preferably a FIR filter or a warped FIR filter using a power-normalized Least Mean Square (power-nLMS) algorithm.

The second adaptive filter 11 outputs a filtered signal 89 to a second combining node 12 where it is combined with the signal 86 from the first combining node 9. The output signal 90 from the combining node 12 is input to the second adaptive filter 11 for adjustment of the filter coefficients.

It is an important advantage of the embodiment shown in FIG. 3 that the output signal generated by the second adaptive filter 11 is not fed into the main signal path from the input transducer 1 to the output transducer 5. The main signal path comprises the input transducer 1, the digital conversion means (not shown), the combining node 9, the digital processor 7 and the output transducer 5. Consequently, the signal processing by the second adaptive filter 11 does not affect the signal in the main signal path directly. Thus, no signal distortion of signals in the main signal path is created by the second adaptive filter 11, and thus the adaptation rate of the second adaptive filter 11 may be substantially higher than that of the first adaptive filter 10. Since the adaptation rate of the second adaptive filter 11 may be significantly higher than that of the first adaptive filter 10, the feedback path can be monitored much more closely over time for changes by the second adaptive filter 11 than by the first adaptive filter 10. Preferably the second adaptation rate is a fixed high adaptation rate, but the adaptation rate may be adjusted, e.g. by modifying one or more of the scaling factors. For example, it may be preferred to adjust the adaptation rate of the second adaptive filter in accordance with the actual gain in the processor or the input power level.

Adjustment of adaptation rate may differ for different modes of operation.

If rapid changes in the acoustic environment occur, the first adaptive filter 10 of FIG. 3 will not be able to immediately adapt to and compensate for the changes. Accordingly, uncompensated feedback signals will start to emerge. The second adaptive filter 11, however, is much

16

faster than the first adaptive filter 10 and will adapt to the change in the feedback path.

In one embodiment, the controller controls the adaptation rate in the first adaptive filter 10, e.g. controlling the value of $\mu$, based on the rapid response of the second adaptive filter 11 to changes in the feedback path. Thus, if the properties, e.g. the filtering characteristics, such as the attenuation, etc, of the second adaptive filter 11 indicate a change in the feedback path, the first adaptive filter 10 is controlled accordingly, i.e. by increasing the adaptation rate of the first adaptive filter 10 if the gain is close to the feedback limit. The increased adaptation rate of the first adaptive filter 10 allows it to compensate for the change in acoustic feedback more rapidly, e.g. before the acoustic feedback leads to generation of undesired sounds.

It should be noted that the amount of acoustic feedback may be estimated preferably by determination of a parameter of the first adaptive filter 10 or, alternatively or additionally, by determination of a parameter of the second adaptive filter 11. For example, the ratio between the input and the output signal of the respective adaptive filter 10, 11 may be determined since the ratio constitutes an estimate of the attenuation of the feedback path including the acoustical feedback path. Further, it may be desirable to base such a calculation on averaged signals thereby suppressing influence from noise and speech and convergence errors. Alternatively an average of the desired properties may be determined. Preferably, a power estimate of the above-mentioned type is used for each signal. Alternatively, a parameter of one of the adaptive filters 10, 11 may be determined by appropriate transformation of the filter coefficients.

In another embodiment, the controller lowers the gain in the digital processor if a change in feedback is detected by the second adaptive filter 11. In particular this may be performed selectively in the different channels of the digital processor.

Based on the determination of the first parameter, the controller may calculate a maximum gain value $G_{max}$ that the processor is not allowed to exceed in order to avoid generation of undesired sound signals. In a multichannel hearing aid there may be an individual $G_{max}$-value for each channel.

In yet another embodiment, the controller changes the gain interval, $G_o$ to $G_a$. Thus, if the second adaptive filter 11 detects that the system is close to instability, this information may be used to lower the lower gain limit $G_o$ thereby shifting the whole gain interval downwards or expanding the gain interval if it is desired to keep $G_a$ at a specific level. If only the lower gain limit $G_o$ is changed the curves for $\lambda$ and $\mu$ will preferably be changed so as to cover the different interval.

In this respect it should be noted that the relation between the gain and $\lambda$ and $\mu$ may be different from the functions depicted in FIG. 10.

FIG. 4 shows a multichannel embodiment of a hearing aid according to the present invention in which each channel generally operates in the same way as the single channel embodiment shown in FIG. 3. Corresponding parts of FIG. 3 and FIG. 4 are referenced by the same reference numbers except that indexes are added to the reference numbers of FIG. 3. For simplicity only three channels are indicated in FIG. 4. It should be noted, however, that the hearing aid may contain any appropriate number of channels. For simplicity, control lines have been omitted in FIG. 4.

The multichannel embodiment of the invention according to FIG. 4 comprises the same parts as the single channel

US 6,738,486 B2

17

embodiment shown in FIG. 3 in addition to a filter bank 16 that outputs bandpass filtered signals 83a, 83i, 83n to a first set of adative filters as well as to a second set of adaptive filters 11a, 11i, 11n. The respective second set adaptive filters 11a, 11i, 11n provide filtered signals to respective combining nodes 12a, 12i, 12n for combination with respective signals 86a, 86i, 86, from the combining nodes 9a, 9i, 9n.

The multichannel embodiment shown in FIG. 4 provides a more detailed estimation of the transfer function of the feedback path. Moreover, signal processing may be performed at lower sampling frequencies in lower frequency bands, a technique known as decimation. Decimation is particularly simple to use in the second set of adaptive filters since no anti-aliasing filter is needed in the system because the output signals from these filters are not fed into the main signal path.

The embodiment shown in FIG. 4 may be controlled in the same way as the embodiment shown in FIG. 3. However, the embodiment shown in FIG. 4 allows selective reduction of the gain in each individual channel and selective adjustment of the adaptation rate of each individual adaptive filter of the first set of adaptive filters 10a, 10i, 10n. This has the further advantage that the gain may be maintained at a high value and the distortion may be maintained at a low level at frequencies where feedback resonance is not likely to occur.

FIG. 5 shows a multichannel embodiment that is similar to and operates in a similar way as the embodiment shown in FIG. 4. However, the embodiment shown in FIG. 5 is simpler since it has a first set of adaptive filters that consists of a single adaptive filter 10 and also, the combining node 9 is a single combining node.

Many other embodiments may be provided with varying numbers of channels in the processor and the first and second sets of adaptive filters. Also the number of channels in the processor may be different from the number of filters in the first set of adaptive filters that again may be different from the number of filters in the second set of adaptive filters.

In particular it is possible to provide a digital signal processor 7 having relatively few channels and a second set of adaptive filters containing more filters. Alternatively, the individual adaptive filters of the first set of filters may operate on a combination of channels in the digital signal processor 7, e.g. two or more channels in the digital signal processor 7 may operate with the same $G_{max}$ determined by a specific adaptive filter of the second set of adaptive filters or, a channel in the digital signal processor 7 may operate with a $G_{max}$ that is the lowest gain of two or more gains determined by adaptive filters of the second set of adaptive filters. At present, however, the embodiment with a single first adaptive filter 10 and a multichannel second set of adaptive filters 11 is preferred.

In FIG. 11, a plot of operating gains as a function of frequency is shown. The upper solid curve shows the maximum operating gain that can be obtained with a hearing aid according to the present invention without generation of undesired sounds, and the lower dashed curves shows the corresponding gain for a known hearing aid.

What is claimed is:

1. A hearing aid comprising:

an input transducer for transforming an acoustic input signal into a first electrical signal,

a first filter bank with bandpass filters for dividing the first electrical signal into a set of bandpass filtered first electrical signals,

18

a first set of combining nodes for receiving said set of bandpass filtered first electrical signals and combining them with a set of third electrical signals in order to output a first set of combining node output signals,

a processor adapted for individual processing of each signal among the set of combining node output signals and adding together the processed electrical signals in order to generate a second electrical signal,

an output transducer for transforming said second electrical signal into an acoustic output signal,

a second filter bank with bandpass filters for dividing said second electrical signal into a set of bandpass filtered second electrical signals, the bandpass filters of the second filter bank being substantially identical to respective bandpass filters of the first filter bank,

a first set of adaptive filters for estimating acoustic feedback by filtering of the bandpass filtered second electrical signals according to a set of first filter coefficients and generating the set of third electrical signals,

a second set of adaptive filters with second filter coefficients for filtering the bandpass filtered second electrical signals into respective fourth electrical signals,

a second set of combining nodes for generation of fifth electrical signals by combining the fourth electrical signals with the respective signals of said first set of combining node output signals, and for inputting said fifth electrical signals to said second set of adaptive filters for adjustment of the second filter coefficients,

a controller adapted to determine a first parameter of an acoustic feedback loop of the hearing aid and to adjust a first adaptation rate of said set of first filter coefficients,

wherein said controller is adapted to determine a second parameter of an acoustic feedback loop of the hearing aid and to adjust the second filter coefficients with a second adaptation rate that is higher than the first adaptation rate, and

wherein said controller is adapted to estimate the amount of acoustic feedback based on information from said second set of adaptive filters.

2. The hearing aid according to claim 1, wherein at least one of the adaptive filters of the first set of adaptive filters operates on a respective decimated bandpass filtered second electrical signal.

3. The hearing aid according to claim 1, wherein said first set of combining nodes is adapted for subtraction of the third electrical signals from the first electrical signals, and for feeding the subtracted signals to the processor.

4. The hearing aid according to claim 1 wherein said first set of combining nodes are adapted for subtraction of the third electrical signals from the respective bandpass filtered first electrical signals, and wherein the signals resulting from the subtraction are fed to the processor.

5. The hearing aid according to claim 1, wherein the first parameter is an operating gain of the processor, and wherein said controller is adapted to adjust said first adaptation rate according to the operating gain.

6. The hearing aid according to claim 1, wherein the first parameter is a parameter of the first set of adaptive filters.

7. The hearing aid according to claim 6 wherein the first parameter is the ratio between the magnitude of a signal at an input of a first adaptive filter of the first set of adaptive filters and the magnitude of a signal at the corresponding output.

8. The hearing aid according to claim 1, wherein the second parameter is a gain of the processor.

19

9. The hearing aid according to claim 1 wherein said controller is adapted to adjust the second adaptation rate.

10. The hearing aid according to claim 1, further comprising means for updating at least one of said first and second set of filter coefficients according to a leaky least mean square algorithm:

$$c_i(n+1) = \lambda(c_i(n) - c_i(0)) + c_i(0) + \mu u_i(n)e(n)$$

where $c_i(n+1)$ is the updated value of i'th filter coefficient, $c_i(n)$ is the current value of the i'th filter coefficient, $c_i(0)$ is the initial value of the i'th filter coefficient, $u_i(n)$ is the (n−i)'th sample of the processor output signal, $e(n)$ is the current sample of the second electrical signal, $\lambda$ is the leakage, and $\mu$ is the convergence, $\lambda$ and $\mu$ determining the first convergence rate.

11. The hearing aid according to claim 1, further comprising means for updating at least one of said first and said second set of filter coefficients according to a normalized Least Mean Square:

$$\underline{c}(n+1) = \lambda(\underline{c}(n) - \underline{c}(0)) + \underline{c}(0) + \mu \frac{\underline{u}(n)}{\underline{u}(n) \cdot \underline{u}(n)} e(n)$$

where $\underline{u}(n)$ is an N dimensional vector containing the latest N samples of the signal u, $\underline{c}(n)$ is a vector containing the current values of the N filter coefficients, $\underline{c}(0)$ is a vector containing the initial values of the N filter coefficients, $\underline{c}(n+1)$ is the updated values of the N filter coefficients, and $e(n)$ is the current sample of the second electrical signal.

12. The hearing aid according to claim 1, comprising means for updating at least one of said first and said second set of filter coefficients according to a power normalized Least Mean Square algorithm:

$$P_u(t+T) = \alpha P_u(t) + (1+\alpha)u^2(t)$$

where $\alpha$ is a predetermined constant that determines the rate with which the $P_u$ estimate changes.

13. The hearing aid according to claim 1, comprising means for updating at least one of said first and said second set of filter coefficients according to a leaky sign least mean square algorithm:

$$c_i(n+1) = \lambda(c_i(n) - c_i(0)) + c_i(0) + \mu_s u_i(n)$$

where $c_i(n+1)$ is the updated value of i'th filter coefficient, $c_i(n)$ is the current value of the i'th filter coefficient, $c_i(0)$ is the initial value of the i'th filter coefficient, $u_i(n)$ is the (n−i)'th sample of the processor output signal, $e(n)$ is the current sample of the second electrical signal, $\lambda$ is the leakage, and $\mu$ is the convergence, $\mu_s$ is the sign of the $e(n)$ signal multiplied by $\mu$, $\lambda$, and $\mu$ determining the first convergence rate.

14. The hearing aid according to claim 1, comprising means for updating at least one of said first and said second set of filter coefficients according to a leaky sign—sign least mean square algorithm:

$$c_i(n+1) = \lambda(c_i(n) - c_i(0)) + c_i(0) + \mu_s \text{sgn}(u_i(n))$$

where $c'(n+1)$ is the updated value of i'th filter coefficient, $c_i(n)$ is the current value of the i'th filter coefficient, $c_i(0)$ is the initial value of the i'th filter coefficient, $u_i(n)$ is the (n−i)'th sample of the processor output signal, $e(n)$ is the current sample of the second electrical signal, $\lambda$ is the leakage, and $\mu$ is the convergence factor, and sgn($u_i(n)$) is the sign of $u_i(n)$, $\lambda$ and $\mu$ determining the first convergence rate.

15. The hearing aid according to claim 1, wherein said controller is adapted to adjust said second parameter in

20

response to said first parameter and in response to the actual acoustic environment.

16. The hearing aid according to claim 1, comprising a delay line for delaying said second electrical signal and for feeding the delayed second electrical signal to said first adaptive filter.

17. The hearing aid according to claim 1, wherein said controller is adapted to calculate a maximum gain value for said processor.

18. A hearing aid comprising:

an input transducer for transforming an acoustic input signal into a first electrical signal,

a processor for generation of a second electrical signal by processing of the first electrical signals into the second electrical signal,

an output transducer for transforming the second electrical signal into an acoustic output signal,

a first adaptive filter with first filter coefficients for estimation of acoustic feedback by generation of third electrical signals by filtering of the second electrical signal and adapting the third signals to said first electrical signal, which first adaptive filter is a warped adaptive filter and wherein the first filter coefficients are updated with a first convergence rate,

a set of second adaptive filters with second filter coefficients filtering the second electrical signals into respective fourth electrical signals, and

a combining node for generation of fifth electrical signals by combining the fourth electrical signals with respective first electrical signals and for feeding the fifth electrical signals to the second set of adaptive filters, and wherein the second filter coefficients are updated with a second convergence rate that is higher than the first convergence rate.

19. The hearing aid according to claim 18, wherein the warped filter is a warped FIR filter.

20. A hearing aid comprising:

an input transducer for transforming an acoustic input signal into a first electrical signal,

a first filter bank with bandpass filters for dividing the first electrical signal into a set of bandpass filtered first electrical signals,

a first set of combining nodes for receiving said set of bandpass filtered first electrical signals and combining them with a set of third electrical signals in order to output a first set of combining node output signals,

a processor adapted for individual processing of each signal among the set of combining node output signals and adding together the processed electrical signals in order to generate a second electrical signal, an output transducer for transforming said second electrical signal into an acoustic output signal,

a second filter bank with bandpass filters for dividing said second electrical signal into a set of bandpass filtered second electrical signals, the bandpass filters of the second filter bank being substantially identical to respective bandpass filters of the first filter bank,

a first set of adaptive filters for estimating acoustic feedback by filtering of the bandpass filtered second electrical signals according to a set of first filter coefficients and generating the set of third electrical signals, and

US 6,738,486 B2

21

a controller adapted to determine an operating gain of the processor and to adjust a first adaptation rate of said set of first filter coefficients according to the operating gain.

21. The hearing aid according to claim **20**, wherein at least one of the adaptive filters of the first set of adaptive filters operates on a respective decimated bandpass filtered second electrical signal.

22. The hearing aid according to claim **20**, wherein said first set of combining nodes is adapted for subtraction of the

22

third electrical signals from the first electrical signals, and for feeding the subtracted signals to the processor.

23. The hearing aid according to claim **20**, wherein said set of combining nodes are adapted for subtraction of the third signals from the respective bandpass filtered first electrical signals, and wherein the signals resulting from the subtraction are fed to the processor.

* * * * *

DX-1610

## ETG Summary Report

EKMS began working to license the patents in the AudioMax portfolio in late May/ Early June of 2002. At that time, the decision was made to focus on patent US4,731,850, which appeared to be the strongest of the set of AudioMax patents. The following companies were chosen as targets:

1. ReSound (now part of GN Great Nordic)
2. Widex
3. Oticon
4. Siemens
5. Phonak

After talking with Harry Levitt and Richard Dugot in Mid-May we chose to contact several ex-ReSound scientists who had started a second company called SoundID. We delivered the patents to the SoundID scientists and held our first phone conversation on 9 July. During this conversation, SoundID revealed that they did not feel that the main Patent, US4731850, was relevant to their practice. Their reading of this patent focused on Claim 13 and they sought to define the term "Determining" in claim 13. Their interpretation (from the body of the patent) reveals that the term "determining" involved a process where:

1. Normal hearing aid function would be suspended
2. A test cycle using a signal (probe) would run
3. The cycle would allow the hearing aid to optimally reduce feedback
4. Normal function would resume

They noted that this model is not used in their hearing aids, all of which have a probe running continually in the background (a process called continuous adaptation)

SoundID noted that neither they nor ReSound used such a process and since such a process was material to the art disclosed in the patent and since such a process was implied in the claims, they felt that they were not offering services covered under the patent. They also raised the issue of prior art without providing any details.

Eric Dowling, the EKMS expert, took a look at the patent while EKMS arranged a second call with Harry Leavitt for early August . Over the course of two calls, we worked though the language of the patent and found that the body of the patent included language adverse to an interpretation of the claims involving a continuously adaptive approach. A key issue involved a breaking of a feedback loop and applying a test signal. This impacts Claim 13. At this point, EKMS ordered a copy of the file wrapper and engaged in a prior art search. While EKMS uncovered no invalidating prior art, it was noted that (1) there was relevant art in the field more than one year prior to the filing of the patent and (2) the claims in the patent had been narrowed during prosecution due to prior art concerns. While neither of these points prevent an interpretation of the patent that might require

Defendants Trial Exhibit

DX-1610

Civil Action no. 05-422

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MP00000031

compulsory licensing, it seems that such an interpretation is non-obvious enough to pose a serious hindrance to any litigation-free licensing effort.

The main child patent of 4731850 [US4879749: Host controller for programmable digital hearing aid system] seems to suffer from the same problem, specifying in the description of the preferred embodiment, that test sounds shall be provided as necessary rather than all of the time as would occur with a continuously adaptive system.

With respect to US4879749:

Claim 1 has some potential because it involves a continuously adaptive system. However, claim 1 involves a limiter, and this is harder to find in the product literature. Reverse engineering may be needed to find the limiter function in a target product. Also, the file wrapper indicates US Patent 548082 discloses a very similar system. This would indicate that Claim 1 would most likely receive a narrow interpretation and may need to be close to the exact embodiment disclosed in the patent. Hence to pursue Claim 1, we would probably need reverse engineering and then we would have to determine if the accused device uses the method of the ETG patent and not US Patent 548082. The risk here is that effort may be spent and the result may indicate the accused device is protected by the 548082 reference.

Claim 5 is similar in ways to Claim 1, but includes means-for language. Hence Claim 5 includes implicit limitations tied to the specific embodiments disclosed in the specification. Hence Claim 5 would most likely be difficult to read on a target product.

Claim 18 was also evaluated in more detail because it involves a continuously adaptive system. This claim involves an amplifier that is disclosed as a compression amplifier in the specification. So far none of the research has identified products that use a compression amplifier to impart a continuously-time-variable frequency response.

EKMS has not finished examining all of the patents in the set for weakness on the continuously/ intermittently adaptive front. It is worth noting , however, that an initial survey of the patents found the other patents in the set to be more limited in scope for unrelated reasons.

Taking a second tack, EKMS has begun examining the product literature of the major hearing aid companies listed above, trying to identify those products that are not continuously adaptive. The _feeling_ at present, is that most companies have chosen to strive for products that are continuously adaptive even though this approach can have problems, including a constant, buzzing noise in the background. The feeling at SoundID was that the art disclosed in the AudioMax patent might be tried if and only if continuously adaptive products failed to succeed in the market—an event unlikely in the next three years.

NFIDENTIAL - ATTORNEYS' EYES ONLY

MP00000032

From the product literature:

**WIDEX**— it seems that Widex is working on continuously adaptive methods:

From literature:
*Cancels Annoying Feedback (whistling)*
With previous technology, in order to control feedback (whistling), amplification had to be reduced. This minimized the effectiveness of the hearing aid. Senso Diva's unique Feedback Cancellation System is always on to monitor changes in the environment that may cause feedback. For example, when speaking on the phone, chewing, or in quiet surroundings, the likelihood of feedback increases. The Diva cancels the potentially annoying feedback without reducing amplification. This unique ability to reduce feedback before it is audible provides a more comfortable listening experience.
For more technical information visit our special Senso Diva web-site
*Back to features*

http://www.widex.co.za/sensdiva.htm#feedback

**OTICON**

## Fully Automatic
## Feedback Manager
In small, non-linear high-performance hearing aids such as DigiFocus II, utilizing the maximum gain without feedback is a very important fitting parameter. DigiFocus II offers a fully automatic 4-band feedback system that eliminates feedback automatically without affecting speech intelligibility and sound quality.

http://www.oticon.es/Product/DFocus/_gfx/pdf/pbr_uk.pdf

**TEXAS INSTRUMENTS**: Seems to be aimed at continuously adaptive methods
DSP and Hearing Aids

Although DSP technology can greatly enhance the effectiveness of digital hearing aids, high power consumption has prohibited their use in most devices. The C55x DSP core will likely eliminate the power consumption drawback for the first time. More than 300 million people worldwide are affected by hearing loss, but only five-percent benefit by wearing a hearing instrument. Hearing instruments are not widely used because current technology does not effectively address the intricacies of hearing and cannot be fully customized to the needs of the user. However, using DSP techniques made possible by the C55x DSP core, a new generation of hearing aids will offer programmability to accommodate each individual's hearing needs, and the ability to adapt to the dynamics of audio reproduction.

Existing hearing aids sample incoming speech, separate it according to its frequency and map it to a frequency-response profile of the wearer. DSP-based hearing aids will continue this mapping, but complement it with techniques such as noise cancellation, feedback cancellation, pitch shifting, speech enhancement and beam forming (to focus on the sound source). In addition, adaptive filtering, achievable only with a programmable device like a DSP, will allow frequency response curves to be continuously modified in response to various sound environments. For people who wear two hearing aids with different processing for each ear, the C55x DSP core will allow the devices (which are dependent on the level of processing) to be matched so sound arrives at both ears at the same time.
http://www.ti.com/sc/docs/news/2000/99085d.htm

NFIDENTIAL - ATTORNEYS' EYES ONLY

MP00000033

## RESOUND

Most hearing instruments attempt to deal with the problem of feedback. Some change programming parameters in certain frequency regions to reduce the likelihood of feedback. Others reduce amplification in the affected frequency bands until feedback disappears.

Only GN ReSound's Digital Feedback Suppression (DFS) doesn't reduce gain. And only GN ReSound uses an entirely digital approach to effectively beat feedback without compromising the wearer's ability to hear.

The DFS system instantly crushes feedback by simply detecting feedback and creating an inverted signal to cancel out the offending tone before it becomes audible. This inverted signal is opposite in phase, but with the same amplitude.

Digital Feedback Suppression constantly monitors sound returning to the microphone and compares it with an "image" in the static filter bank. If the signal is not identical then an inverted signal is added to cancel out the annoying feedback signal.
And it does it without reducing the wearer's hearing - or their ability to talk on the phone, wear a hat or give a hug. Canta 7 incorporates the very latest in DFS technology to make life a little easier for both you and your patients.

When feedback is detected, some instruments change programming parameters in certain frequency regions.

Others reduce amplification in the affected frequency bands until feedback disappears.

Only GN ReSound's Digital Feedback Suppression (DFS) doesn't reduce gain, effectively beating feedback without compromising the wearer's ability to hear.
Canta7 uses the most advanced, custom-designed chip ever designed for a hearing instrument. The software-based chip, which has the most computational power on the market, is a true microprocessor that makes it possible for the first-generation of Canta7 to already outperform all existing hearing
http://www.gnresound.com/canta/nocompromise.html

## SIEMENS

Offers several digital hearing aids:

| Fully Digital Hearing Aids | | |
|---|---|---|
|  |  |  |
|  | Because no two hearing losses are exactly alike<br><br>A multi-channel equalizer in SIGNIA Select shapes sound to meet your individual hearing requirements precisely. The SIGNIA Select chip operates continuously to make soft sounds audible and to keep loud sounds at a comfortable volume. | http://www.audioconsult.com/siemens.html |
|  |  |  |
|  |  |  |
|  |  |  |

NFIDENTIAL - ATTORNEYS' EYES ONLY                                    MP00000034

| Digitally Programmable Hearing Aids | | |
|---|---|---|
| | | |
| | | |

## Suppression of feedback

A further major advantage of the digital technology in modern hearing systems is the effective suppression of acoustic feedback. It used to be possible to reduce the feedback whistle only by strengthening or lengthening the otoplastic, making the ventilation hole smaller, reducing the level reproduction or lowering the volume. However, this was always to the detriment of the wear comfort and reproduction quality of the instrument. A digital hearing aid has much more effective ways available. Together with the useful signal, it also transmits a special inaudible test signal through the otoplastic and into the ear canal, and compares the test signal, which may be returned because of leaks and therefore tend to cause feedback, with the original signal sent. If it discovers feedback, it removes it immediately by means of a counter-phase correction signal, and so fast that the patient will not notice any feedback or the fact that it has been corrected.

The Siemens patents: *EP1017253A2: Blind source separation for hearing aids,    US6404895 06/11/2002 Method for feedback recognition in a hearing aid and a hearing aid operating according to the method and US6044163 03/28/2000 Hearing aid having a digitally constructed calculating unit employing a neural structure* deal with continuously adaptive feedback control.

## Phonak

### Effective dual feedback control
*Offers optimum all-round audibility.*
This innovative system is an option to support the fitter and the user, should feedback occur. The dual feedback control allows stable amplification with minimum gain loss. Two feedback control mechanisms are available. The fixed notch filter eliminates sources of constant feedback. A high-resolution notch is tuned to suppress a source of feedback with virtually no impact on gain. For further protection, an adaptive notch is available to eliminate feedback associated with occasional increased gain, for example from a jaw movement or the positioning a hat. It is deactivated once the feedback stops but stays on stand-by should feedback re-occur.
http://www.phonak.com/index.cfm?dom=1&rub=2&lng=1

## STARKEY:

Starkey AXENT Hearing Aid
February, 2002. Starkey Laboratories, America's largest hearing aid manufacturer, has just introduced the new line of Genesis digital signal processing hearing aids, The Axent is the leader of this new line. The Axent has an active feedback cancellation system that monitors its output, listening for feedback, and adjusts the feedback filter to subtract the feedback signal from the input.

http://www.hearingcenter.com/info_files/Axent.html

NFIDENTIAL - ATTORNEYS' EYES ONLY

MP00000035

PX0562

LAW OFFICES

SUGHRUE, MION, ZINN, MACPEAK & SEAS

2100 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, D.C. 20037-3202

TELEPHONE
(202) 293-7060

JOHN H. MION, P.C.
THOMAS J. MACPEAK, P.C.
ROBERT J. SEAS, JR., P.C.
DARRYL MEXIC, P.C.
ROBERT V. SLOAN, P.C.*
PETER D. OLEXY, P.C.
J. FRANK OSHA
WADDELL A. BIGGART, P.C.
ROBERT O. McMORROW, P.C.
LOUIS QUBINSKY, P.C.
NEIL B. SIEGEL
DAVID J. CUSHING
CYNTHIA CLARKE WEBER
JOHN R. INGE
JOSEPH J. RUCH, JR.*
SHELDON I. LANDSMAN, P.C.
RICHARD C. TURNER
HOWARD L. BERNSTEIN, P.C.
ALAN J. KASPER
KENNETH J. BURCHFIEL
GORDON KIT
SUSAN J. MACK
FRANK L. BERNSTEIN
MARK BOLAND
WILLIAM H. MANDIR
GARY D. KRUGMAN
SCOTT M. DANIELS
BRIAN W. HANNON
ABRAHAM J. ROSNER

BRUCE E. KRAMER
PAUL F. NEILS
BRETT B. SYLVESTER
ROBERT M. MASTERS
PAUL A. FARN
GEORGE F. LENNON
MARC S. KAUFMAN
MARIE-CLAIRE BONAVERY MAPLE
DEAN H. NAKAMURA, Ph.D.*
JOHN T. CALLAHAN
MARY E. GOULET
EDWARD D. GREFF
PETER A. McKENNA
AMRNA RANDHPAL GUPTA
DAWN K. O'CONNOR
STEVEN M. BRUNSON
JOSEPH BACH*
LAURA C. BRUTMAN
JOSEPH J. BUCZYNSKI
JOHN F. RABENA
GRANT R. ROYNAN*
KEVIN A. WOLFF
MICHAEL A. McKENNA*
OLIVER A. ABNE, JR.*
SUSAN PERNG PAN*
LESLIE L. JACOBS, JR.*
EDWARD F. KENEHAN, JR.
JOHN C. LUCE*
JEAN C. EDWARDS*
*ADMITTED OTHER THAN D.C.

SENIOR COUNSEL
RICHARD C. SUGHRUE, P.C.

DONALD E. ZINN

OF COUNSEL
W. MACK WEBNER

TELEX
6491103

FACSIMILE
(202) 293-7860
(202) 293-9131

JAPAN OFFICE
TOEI NISHI SHIMBASHI BUILDING 4F
13-5 NISHI SHIMBASHI I-CHOME
MINATO-KU, TOKYO 105 JAPAN
TELEPHONE (03) 3 503-3760
FACSIMILE (03) 3 503-3756

December 26, 1996

VIA FEDERAL EXPRESS

Our Ref:   03759406

Dr. Harry Levitt
46 Tanglewood Drive
Livingston, NJ  07039



**EXHIBIT**

**PX 562**

Re:  Anderson Reexamination

Dear Dr. Levitt:

Further to our discussion on Friday, I am enclosing some papers for you to review as time permits.  I will provide an explanation below that should put all of this in perspective.

The patent at issue is U.S. Patent 4,396,806 to Jared A. Anderson ("Anderson '806", copy enclosed).  As you will see later from reading the various materials, the center of the issue here is the PROM 36 in Anderson '806.  The patent resulted from an initial examination a the U.S. Patent and Trademark Office (USPTO) in which the art cited by the examiner taught everything claimed except that there was no specific teaching of the use of a PROM to store the control parameters for a hearing aid.

The USPTO offers a "reexamination" proceeding in which members of the public wishing to have the patentability issues reconsidered can submit additional prior art and have the case again reviewed by the examiner.  This was done, but the art cited taught the use of a PROM to store parameters for controlling digital circuits, and the patentee managed to convince the examiner that this would not have made it obvious to use a PROM to store digital control parameters for controlling <u>analog</u> circuits as is the case in Anderson '806.

*The patent owner subsequently sued ReSound, and due to a variety of circumstances, the patentee prevailed even though ReSound had cited prior art specifically mentioning the use of a PROM to store control parameters for analog circuits in a hearing aid.  Judges are often not technically savvy, and success of the case can depend heavily on having the judge listen carefully to*

ETG00024485

SUGHRUE, MION, ZINN, MACPEAK & SEAS

Dr. Harry Levitt                                                    Page 2
December 26, 1996

what you present.  It appears that this judge was not in a mood
to listen, and decided the issue of patentability on her own
without allowing ReSound to submit the case to the jury.  We
would expect that ReSound would have prevailed on appeal, but
nothing is certain and ReSound opted instead to settle the
matter.  Thus, it does not appear that the issue of patentability
over this new prior art has been properly addressed.

    The patent is now before the USPTO again in a further
reexamination proceeding.  The proceeding was commenced by
ReSound prior to its settlement with the patent owner, and
ReSound has since dropped out of the matter.  In response to
ReSound's initial request for reexamination and a subsequent
rejection of the claims by the examiner, the patentee filed a
response (copy enclosed) in which they submitted a declaration by
a Nobel prize recipient, opining that the invention claimed in
the Anderson '806 patent would not have been obvious in light of
the prior art.  We think the declaration misses the point, and
submitted a further reexamination request (copy enclosed)
explaining this.

    The examiner has now issued a new office action which
essentially agrees with us.  I am not enclosing a copy at this
time, since it is probably not necessary for the task at hand.  I
would be glad to send one along if you would like, and may also
ask you later to read it if we think there is some position taken
by the examiner we would like to explicitly support.  In any
event, while the examiner is presently in agreement with us, we
are concerned that the case may go before the USPTO Board of
Appeals and they may be persuaded by the expert declaration that
has not been rebutted.  We would like to submit for their
consideration a declaration by someone with much better
credentials on the issue.

    I think that on reading the Anderson '806 patent, and then
reading our reexamination request and its attachments, you will
have a full understanding of where we stand.  I will prepare over
the next couple of weeks a draft declaration for you to consider,
essentially supporting what we have argued in our reexam request
regarding the obviousness of the claims in light of the prior
art.  In the meantime, if you have any questions or wish to see
additional documents, please feel free to call.

    Thank you very much for your assistance in this matter.

                                  Very truly yours,

                                  David J. Cushing

DJC:kjc
Enclosures

cc: Søren Westermann

ETG00024486