Best - dep.

1           "Question:  When you say -- so Figure 2 is the

2     adaptive linear combiner.  What is being adaptive in this

3     case, in Figure 2?

4           "Answer:  The values of the weights.

5           "Question:  Okay.  Now we're going to refer to

6     Figure 3, which is on page Bates No. 352.  Now, Figure 3 is

7     entitled LMS Adaptive Filter.  A is the structure.  Does

8     Figure 3(a) show the structure of your LMS adaptive filter?

9           "Answer:  Yes.

10          "Question:  Have you ever heard of the term

11    delay line filter?

12          "Answer:  Yes.

13          "Question:  Is Figure 3(a) a delay line filter?

14          "Answer:  Yes.

15          "Question:  Okay.  Let's go to Figure 4.  What

16    is Figure 4 showing?

17          "Answer:  Figure 4 shows how the LMS algorithm

18    can be used to cancel noise, to do noise cancellation.

19          "Question:  Now, let's look at Chapter III of

20    your thesis.  And that is called "LMS Feedback Cancellation.

21          "Figure 5, it says here, is a behind-the-ear

22    hearing aid.  Did you use a behind-the-ear hearing aid for

23    your second prototype?

24          "Answer:  Yes.

25          "Question:  Is Figure 6 a model of the entire

Best - dep.

1    hearing aid system?

2              "Answer:  Yes.

3              "Question:  Let me now turn to the next page,

4    Figure 7.  What is Figure 7(a) showing?

5              "Answer:  It has sort of rearranged the blocks

6    in the block diagram in order to, as a way of getting to how

7    I think that the LMS can be fit into this system.

8              "Question:  And Figure 7(b), that is a -- is

9    that a -- it says a simplified figure.  Is that the

10   simplified version of Figure 7(a)?

11             "Answer:  Yes.

12             "Question:  What is H in Figure 7(b) referring

13   to?

14             "Answer:  Well, it's the blocks along the top in

15   Figure A.  It contains the entire -- everything that is in

16   the feedback path.

17             "Question:  And what is Block G in 7(b)

18   referring to?

19             "Answer:  That's everything from the amplifier

20   to the eardrum.

21             "Question:  Okay.  Let's go to Figure 8.  Figure

22   8 is entitled Block Diagram of Ideal Feedback Canceller.

23   Can you describe what is shown in Figure 8?

24             "Answer:  Sure.  This is basically the same as

25   Figure 7(b), except for this added block, a new transfer

Best - dep.

1    function Hc, and the idea here is that if Hc processes the

2    signal in exactly the same way that H does, then if I just

3    subtract the output of Hc, the result will have no feedback

4    component.

5            "Question:  Is Hc, is that representing a

6    physical circuit?

7            "Answer:  At this point I would -- well, I guess

8    I would say I'm not sure what you're getting at.

9            "Question:  Okay.  Let me try to rephrase.  The

10   Hc is subtracted from the second sigma.

11           "Is that correct?

12           "Answer:  Yes.

13           "Question:  And why is it subtracted?  Why did

14   you subtract it there?

15           "Answer:  Because that's exactly what I needed

16   to do.  I need to subtract out the feedback component.

17           "Question:  And is H the feedback component?

18           "Answer:  Yes.

19           "Question:  How does Hc relate to H?  What's the

20   relationship?

21           "Answer:  Well, in the ideal system, they're

22   identical.

23           "Question:  Okay.  Let me refer you to the

24   bottom of that page.  And you refer to some problems.  And

25   you say here, 'First, the feedback transfer function H

Best - dep.

1    contains a variable element (the amplifier) which may be
2    changed at will by the wearer of the aid.  The filter used
3    to cancel the feedback path must be able to change its gain
4    accordingly or else the two transfer functions will no
5    longer cancel.'
6            "What happens if the two transfer functions no
7    longer cancel?  What happens in that case?
8            "Answer:  Well, then, if you turn up the gain
9    sufficiently, you still have feedback because the -- they
10   don't exactly cancel out.
11           "Question:  Okay.  So that would be one problem?
12           "Answer:  Yes.
13           "Question:  It says, 'Second, the feedback
14   transfer function can change in ways more subtle than a
15   simple gain change.  Since much of the feedback path is
16   acoustic, any change in the physical system will cause
17   changes in H.  For example, if some external reflecting
18   surface is brought near the aid there will be reflections of
19   the sound exiting through the vent.  This will cause changes
20   in the magnitude and phase of transfer function Ty.  Since Ty
21   is part of H, the canceller must change its transfer
22   function in an identical way if it is to continue to operate
23   properly.  Other examples of such variables are the position
24   of the earmold, and the position of the body of the aid.
25   The variable nature of the feedback path makes the use of an

Best - dep.

```
 1    adaptive canceller inevitable.'
 2              "What did you mean, that last sentence, that the
 3    variable nature of the feedback path makes the use of an
 4    adaptive canceller inevitable?
 5              "Answer:  Simply that using a canceller that's
 6    not adaptive won't work.
 7              "Question:  Is that -- is an adapter -- a
 8    canceller that is not adaptive, is that what we were talking
 9    about before, a fixed filter?
10              "Answer:  Yes.
11              "Question:  Why wouldn't it work?  Why wouldn't
12    a fixed filter work?
13              "Answer:  Because the two -- referring to the
14    previous figure, the H and the Hc, practically speaking,
15    will never remain -- I mean, H doesn't remain the same.  So
16    if Hc doesn't change with it, then it can't cancel out the
17    feedback.
18              "Question:  And if it can't cancel out the
19    feedback, what would happen?
20              "Answer:  Then it squeals in your ear and hurts.
21              "Question:  Is that the reason why you went with
22    an adaptive canceller?
23              "Answer:  Yes.
24              "Question:  Okay.  Let's look at Figure 11.  How
25    does -- and that's entitled The Complete LMS Feedback
```

Best - dep.

1    Canceller.  Is that Figure 11, is that what you used in your
2    second prototype?
3              "Answer:  Yes.
4              "Question:  And is that an accurate depiction of
5    the LMS feedback canceller that you used in your prototype?
6              "Answer:  Yes.
7              "Question:  Can you explain Figure 11, please?
8              "Answer:  Well, in Figure 10, the LMS algorithm
9    would effectively estimate the transfer function of that
10   feedback path, but it didn't actually do the full
11   cancellation.  It was just trying to get rid of the white
12   noise component that was in that final signal.  And the
13   change here is that I then also used those weights to
14   process the full output that's driving the speaker.  And
15   therefore, I'm canceling out all of the sound that's
16   going -- well, hopefully all of the sound that's arriving by
17   the feedback path at the microphone.
18             "Question:  The LMS noise canceller that's in
19   the dotted box, is that canceling the white noise component?
20             "Answer:  Yes.
21             "Question:  Okay.
22             "Answer:  Well, actually, let me rephrase that.
23             "Question:  Okay.
24             "Answer:  The E(k) will be the signal with a
25   white noise component canceled out, but it's just used to

Best — dep.

1    adapt the LMS.

2            "Question:  There's some dotted lines coming

3    from this LMS noise canceller to a box W with a variable

4    sign on it.  Do you see that?

5            "Answer:  Yes.

6            "Question:  What is that W with this arrow going

7    through it?

8            "Answer:  It's showing that the weights that

9    were adapted by the LMS algorithm are then used also to

10   cancel out the full feedback signal.

11           "Question:  That W, are those weights?

12           "Answer:  They are the weights.

13           "Question:  Weights of a filter?

14           "Answer:  Of a filter, yes.

15           "Question:  And the coefficients of those

16   filters, the W's, they're being adjusted in a way -- how is

17   that being adjusted relative to what the LMS algorithm is

18   doing?

19           "Answer:  They're identical to what the LMS is

20   getting.

21           "Question:  And once you adjust the weights of

22   that filter, according to the LMS algorithm, what use is

23   that filter?

24           "Answer:  It's an estimate of the feedback path.

25           "Question:  And what -- I see it is then input

Best - dep.

1    to a sigma?

2              "Answer:  Yes.

3              "Question:  And as a subtraction.  Why is it a

4    subtraction?

5              "Answer:  That's how I do the cancellation.  I

6    want to subtract out the feedback.

7              "Question:  Okay.  Is that filter W, is that in

8    a feedback path?

9              "Answer:  Yes.

10             "Question:  Did your prototype system work well?

11             "Answer:  Yes.

12             "Question:  And you mentioned that you had a 13

13   dB additional gain as a result of your prototype?

14             "Answer:  Yes.

15             "Question:  And that was twice -- that's

16   basically twice the amount of loudness, this 13 dB gain?

17             "Answer:  Right.

18             "Question:  Okay.  Let's go to Chapter V of your

19   thesis.  This is Page 376, Best Bates No. 376.  Let me go

20   ahead and read this first part.  It says, 'This chapter

21   presents the results of experiments conducted to determine

22   the effectiveness of the prototype feedback canceller.'

23             "Did you conduct experiments to determine how

24   well the prototype worked?

25             "Answer:  Yes.

Best - dep.

1       "Question:  Figure 15 is entitled Setup for

2   Canceller Performance Tests.  Does the setup shown in Figure

3   15 accurately represent your experiment setup?

4       "Answer:  Yes.

5       "Question:  Can you describe what is shown in

6   Figure 15?

7       "Answer:  It shows, first of all, an ear which

8   was actually on a mannequin, a dummy.  So there was a head

9   attached to the ear, head and shoulders.  And then there's

10  one microphone that's located just above the ear near the

11  microphone and the hearing aid to measure the incident

12  sounded pressure level, the loudness of the sound coming in.

13  There's the hearing aid itself behind the ear, like it would

14  be on a person that was wearing it, with the earplug in the

15  ear.  And then there's this Zwislocki coupler, which is

16  both -- has a microphone attached to it to measure the sound

17  pressure level where the eardrum would be.

18      "Question:  My question, Dr. Best, is did you

19  compare the magnitude and phase of your algorithm

20  coefficients with the magnitude and phase that you obtained

21  from the spectrum analyzer?

22      "Answer:  Yes.

23      "Question:  Is that shown in Figure 16?

24      "Answer:  Yes.

25      "Question:  Can you describe what Figure 16 is

Best - dep.

1    showing and any -- why don't you just show -- please

2    describe what it shows.

3            "Answer:  Well, the top part of the figure

4    shows the magnitude of the feedback path transfer function

5    measured both by the spectrum analyzer, which is in the

6    solid lines, and then the estimated feedback transfer

7    function, which is the dotted line.  And Part b of that

8    figure shows, then, the phase part of that transfer

9    function.

10            "Question:  So your -- and 16(a) and 16(b),

11    you're comparing the solid line, which is the spectrum

12    analyzer, with the dotted, which is your adapted filter

13    coefficients, and looking at both how close the magnitude

14    and phase are of each?

15            "Answer:  Right.  It's comparing the measurement

16    by the two different means.

17            "Question:  Let me ask you a question.  What

18    influence at all were the references that were cited in your

19    thesis on your work that is shown in your thesis?"

20            THE COURT:  Ladies and gentlemen, I don't know

21    how much more there is at this point.  But I have a matter

22    that will takes place in this courtroom in about five

23    minutes.  It's going to take about 30 minutes.  So if you

24    want to go out and take a walk, just relax, about

25    30 minutes.

1322

Best - dep.

1               It is a sentencing.

2               Counsel, you can just remove yourselves.  You

3  can leave your belongings there if you wish.

4               (Jury leaves courtroom at 10:55 a.m.)

5               (Recess taken.)

6               THE COURT:  All right.  Ms. Walker.

7               How much more video do we have?

8               MR. MANDIR:  I think about 16-18 minutes, Your

9  Honor.

10              THE COURT:  Do we have another one after that?

11              MR. MANDIR:  No, we're going to go to someone

12  live.

13              THE COURT:  Okay.  Good.

14              (Jury returned.)

15              THE COURT:  Ladies and gentlemen, please take

16  your seats.

17              We'll resume the video.

18              (Video resumed.)

19              "Question:  Okay.  Let me ask you a question.

20  What influence, at all, were the references that were cited

21  in your thesis on your work that is shown in your thesis?

22              "Answer:  Well, they were -- essentially, there

23  was the one reference, Widrow's paper that introduced me to

24  the LMS and how it really worked and where I got the idea,

25  finally, how I could make this work.

1323

Best - dep.

1      The others were -- these Bell System papers were

2   related to echo cancellation, which is a similar problem but

3   a little bit different.  So they were different ideas,

4   actually, in some ways very similar ideas of how to approach

5   the problem.

6      And then I believe I referenced Mike Wreschner's

7   thesis, which is about the actual construction of the

8   hardware for a prototype feedback canceller.  I think that's

9   it.

10      "Question:  What was it -- you had mentioned the

11  Widrow article.  What was it about the Widrow article that

12  gave you the idea of using the LMS adaptive filter?

13      "Answer:  Well, it goes over a number of

14  examples of applying it.  But the one that stuck in my head

15  was the measurement of a fetus's heartbeat, because you have

16  two very similar looking signals there, the mother's

17  heartbeat and the fetus's heartbeat, and you have to be able

18  to cancel out the mother's heartbeat in order to get a good

19  signal, a good estimate of the fetus's heart rate.

20      "Question:  Why was that something that made an

21  impression on you?

22      "Answer:  Well, the feedback cancellation seemed

23  very similar.  I have sound coming in that I want to hear.

24  I also have the sound that is very similar coming in that I

25  don't want to hear; the feedback, namely.  And again, the

1324

Best - dep.

1    problem was to get rid of the one, still leaving the other

2    behind.

3              "Question:  And I believe you just said you

4    didn't ever read the thesis of Mr. Weaver; is that correct?

5              "Answer:  That's correct.

6              "Question:  Did you attend any presentation by

7    Mr. Weaver about his thesis?

8              "Answer:  No.

9              "Question:  Do you have any documents that

10   you're aware of that would indicate what dates you actually

11   began that work?

12             "Answer:  No.

13             "Question:  At the time you began the work, did

14   you have a solution in mind, or just that you were going to

15   begin working on the problem?

16             "Answer:  At the time I began the work, I

17   actually just wanted to apply adaptive filtering to hearing

18   aids.

19             "Question:  So in the fall of 1984, at the time

20   you began, you had not discovered the LMS algorithm; is that

21   correct?

22             "Answer:  That's correct.

23             "Question:  Do you have any documents that would

24   indicate when you discovered the LMS algorithm?

25             "Answer:  No.

1363

Morley - direct

1    Q.    Again, is there anything that is described in the

2    patent in terms of how you actually implement the feedback

3    cancellation filter that discusses changing the coefficients

4    in normal operation?

5    A.    No.  It's programmed once at the audiologist's office.

6    That feedback cancellation filter is inserted into the

7    circuit, and the patient walks away with the hearing aid,

8    and you can't change it anymore.

9    Q.    Can we also go to Column 12, Claim 5.

10            Okay.  This Claim 5, what is that referring to?

11    A.    Claim 5 talks about, impart, imparting or impart

12    different response characteristics to the hearing aid,

13    responsive to the level of speech signals in the

14    transmission channel in excess the level of noise.

15            So this is describing that circuit that I showed

16    in Figure 2 in the lower right-hand corner that's picking

17    from that menu again.  This is talking about changing the

18    settings of the hearing compensation filter when noise and

19    speech levels change.  It doesn't have anything to do

20    whatsoever with feedback, acoustic feedback canceling.

21    Q.    And is ETG asserting Claim 5 in this case?

22    A.    No.

23    Q.    Now, do you understand that ETG is asserting Claims

24    13, 14, 16 and 19?

25    A.    Yes, I do.

Morley - direct

1   A.   Well, that, although the original demo that we saw

2   mislabeled that, it said it was the phase, it's actually the

3   period which has to do with the tone, the frequency, so it

4   means that the frequency can change of the feedback and also

5   the phase as well, which is the distance from the left side

6   or our reference point.

7   Q.   Okay.  Take that off.

8        Is there anything that you could find in the

9   ETG patents that suggests that the feedback cancellation

10  filter could, the coefficients in that filter could change

11  depending on changes in the acoustic feedback condition?

12  A.   There is no circuitry to detect a change in this

13  feedback condition, and then there is no circuitry to change

14  those coefficients.  So absolutely not.

15  Q.   Okay.  Were in the courtroom when there was some

16  testimony about figure 1 and figure 2 and that they could be

17  connected together all the time?  Do you recall that

18  testimony?

19  A.   I heard that.

20  Q.   And based on your review of the '850 and the '749

21  patents, what is your opinion about that?

22  A.   I think that is misleading.  I don't think it's

23  possible.

24  Q.   Can we take a look at column 6, lines 55 through 60,

25  please, of the '850?

Morley - direct

1    on behalf of Widex?

2    A.    I was.

3    Q.    Have you spoken to Mr. Nielsen previously about how

4    the Inteo and Senso Diva products work?

5    A.    He was one of the engineers that I met with at Widex

6    when I visited.

7    Q.    Based on the documents we have just seen, JX-301,

8    DX-1660, DX-1128, DX-1661, and based on your discussions

9    with Mr. Nielsen, can you explain how the Senso Diva and

10   Inteo hearing aids cancel acoustic feedback?

11   A.    Well, both of the products use a variant of the LMS or

12   least mean squared algorithm to first subtract -- first

13   generate an estimate of the acoustic feedback signal, and

14   they then subtract that out from the microphone input.

15   Q.    We saw something, I think you called it the dynamic

16   cancellation optimizer.  Do you recall that?

17   A.    Yes.

18   Q.    What role does that have, if any, in canceling

19   acoustic feedback?

20   A.    Its role in acoustic feedback canceling is that it's a

21   fast-acting circuit that sort of detects the onset, if you

22   will, of this squeal.  What it does is it actually puts the

23   brakes on it, it holds the gain down, pulls the gain down or

24   the amplification in the forward path of the hearing aid.

25   It brings it down to keep it from squealing.

1388

Morley - direct

1        So it's a fast-acting sort of governor on that

2    circuit.

3    Q.    Is the DCO necessary in the Widex products to cancel

4    feedback?

5    A.    Yes.  It's part of that patent that describes their

6    technique.  They have this fast-acting system that can lower

7    the gains quickly in case feedback starts to happen.  Then

8    they also have a little more slowly adapting circuit, which

9    is what they call their feedback path simulator or the LMS

10   algorithm that is doing the subtracting the feedback

11   estimate out.

12   Q.    What happens if you don't use the DCO?

13   A.    Without the DCO, the patent clearly says that you

14   would have to change how fast the feedback path simulator

15   adjusts itself.  So that it would have to adjust even

16   quicker, so that it could try to remove things faster.  And

17   in so doing, though, it would create annoying sounds.  So

18   they had to put the DCO in in order to work in tandem with

19   this slower-acting feedback patent simulator.

20   Q.    Is the DCO used in both the accused products?

21   A.    Yes, there is DCO in both of them.

22   Q.    We are now going to turn to the claims of the ETG

23   patents.  Are you familiar with Claims 13, 14, 16 and 19 of

24   the '850 patent?

25   A.    Yes, I am.

Morley - direct

1   Mr. Brown is the ETG infringement expert.

2   A.    Yes, I read that.

3   Q.    Did Mr. Brown in your understanding do both a literal

4   and doctrine of equivalents analysis?

5   A.    He did both of those, yes.

6   Q.    Do you think that Mr. Brown's literal infringement

7   analysis was correct?

8   A.    I disagree with his literal infringement analysis.

9   Q.    Did you agree or disagree with his analysis under the

10  doctrine of equivalents?

11  A.    I disagreed with that as well.

12  Q.    Do you know if Mr. Brown considered any prior art as

13  part of his analysis under the doctrine of equivalents?

14  A.    Not only did he not consider any, he opined that it

15  was improper to do so, and that I shouldn't have done it in

16  my report.

17  Q.    Okay.  Let's start with Claim 19 of the '850 patent,

18  if we could.

19        MR. MANDIR:  Can we put up Claim 19, please.

20  BY MR. MANDIR:

21  Q.    Here we see Claim 19.  What is your opinion as to

22  whether or not the Senso Diva and the Inteo products

23  literally infringe Claim 19?

24  A.    The Senso Diva and the Inteo do not literally infringe

25  this claim.

Morley - direct

1    Q.    Can we look at Demonstrative No. 14 for a moment.

2          So this is the claim construction order that you

3    mentioned.  I see Items 1, 2, and 3 and 4 -- I don't see 3.

4    1, 2, 4 and 5.  Did you consider these definitions when you

5    did your infringement analysis?

6    A.    Yes, I did.

7    Q.    In your opinion, does the Senso Diva and the Inteo

8    hearing aids include a programmable delay line filter

9    located in a feedback path that is programmed?

10   A.    No.

11   Q.    And why is that?

12   A.    Well, if we look at the term programmed, it says, in

13   Item 4, The term programmed is construed to mean, quote,

14   "provided with one or more values so as to produce a

15   response," end quote.

16         In the Senso Diva and the Inteo products, the

17   filter that is in the feedback path is not provided with any

18   coefficients.  It generates its own.  It's got its chef

19   there whipping up the meals, whatever it needs.

20   Q.    Can we go to DX-1660.

21         It's Figure 2, which I believe is WID003941.

22         Were you here during the testimony of Mr. Brown?

23   A.    I was.

24   Q.    Did Mr. Brown refer to this figure?

25   A.    Yes, he did.

Morley - direct

1           (Laughter.)

2    A.          "Question:  So if I understand your view of

3    programmable, in order for a device to be programmable, you

4    have to have a memory; is that correct?

5          "Answer:  In order for a device to be programmable,

6    you would actually have to be able to change the values;

7    okay?  Programmable is the opposite of fixed.  Fixed means

8    you cannot change it.  In even a Court's construction,

9    programmable means that you can change the coefficients one

10   or more times.  In the era of digital systems design, you

11   have to store a value to be able to change it.  So when we

12   design a digital system, we put a memory, a coefficient

13   buffer or a RAM in its place.  That means programmable.  If

14   a computer had no memory, it would not be programmable."

15   Q.    Dr. Morley, what is your understanding of the

16   requirements that Dr. Gloster is testifying about here

17   concerning a device that is programmable?

18   A.    My understanding from reading this is that

19   Dr. Gloster's position is, after considering the Court's

20   construction, that for something to be programmable, it has

21   to have memory and you have to be able to change that

22   memory.  So there is two steps:  It has to contain memory in

23   the device and you have to be able to change that memory,

24   the stuff that is stored in the memory, in order for the

25   device to be programmable.

1398

Morley - direct

1    Q.    Do you agree with that?

2    A.    I agree with that.

3    Q.    Based on Dr. Gloster's testimony and your own

4    opinions, can you explain to the jury whether or not the

5    Widex Senso Diva and the Inteo products include a

6    programmable delay line filter, according to what Mr. Brown

7    has said?

8    A.    According to what Dr. Gloster said, they do not have a

9    programmable delay line filter because they are not

10   programmable because they don't have memory.

11   Q.    Okay.  So let's go back again.  Mr. Brown said that

12   the WFIR block is the programmable delay line filter;

13   correct?

14   A.    That is what he identified in his literal infringement

15   analysis, I believe as the programmable delay line filter in

16   Claim 19.

17   Q.    Okay.  Does WFIR have any memory?

18   A.    None.

19   Q.    So based on that, what would Dr. Gloster say about

20   that WFIR block?

21          MR. STEINBERG:  Objection, speculating as to

22   what Dr. Gloster would say.

23          THE COURT:  Well, you can rephrase.

24   BY MR. MANDIR:

25   Q.    Based on your understanding of Dr. Gloster's

1399

Morley - direct

1     definition, what would he say about WFIR?

2               MR. STEINBERG:  Same objection.

3               THE COURT:  Well you, can't say what Dr. Gloster

4     would say.  You can ask the question to elicit the response

5     you are looking for.

6     BY MR. MANDIR:

7     Q.    So, Dr. Morley, what is your opinion as to whether the

8     WFIR block is programmable?

9     A.    My opinion is because the WFIR block has no memory in

10     it, it's not programmable.

11     Q.    Now, did Dr. Gloster indicate where there is memory

12     between these two blocks, WFIR and WLMS?

13     A.    Yes, he did.

14     Q.    And what did Dr. Gloster say where the memory is

15     located?

16     A.    He correctly located the memory in the WLMS block and

17     not in the WFIR block.

18     Q.    And is WLMS block the block that ETG is saying is the

19     programmable delay line filter?

20     A.    No.

21     Q.    Were you here yesterday for the testimony of Widex

22     engineer, Mr. Neilsen?

23     A.    Yes, I was.

24     Q.    And you understand Mr. Neilsen is an engineer working

25     for Widex?

Morley - direct

1    transducer."

2    Q.    Do the Inteo and Senso Diva have those features in the

3    preamble?

4    A.    Yes.

5    Q.    By the way, what's your understanding of what it

6    requires to infringe a claim?  Do you have to have all of

7    the features in it or can you just have some of the

8    features?

9    A.    You have to have each and every element in the claim.

10   Q.    Okay.  Let's start now the next -- the first step is

11   the determining step.  Can you read that, please?

12   A.    Yes.  The first step here is determining the effect on

13   the amplitude and phase of a signal in said transmission

14   channel as a function of frequency of acoustic feedback

15   between said transducer and microphone.

16   Q.    Okay.  Does the Inteo or Senso Diva perform that

17   determining step?

18   A.    No, neither of them perform that step.

19   Q.    Why not?

20   A.    Because the Inteo and the Senso Diva just generate

21   inside the WLMS block coefficients to try to cancel the

22   feedback in an adaptive way.  They don't in any way, if we

23   go into the patent and look at the equations, there is

24   nothing in the equations that determines the calculation of

25   the coefficients in that adaptive filter.  Nothing in those

Morley - direct

1    equations has anything about phase and amplitude.

2    Q.    You mentioned equations.  Can we put up DX-1599,

3    please, Column 9 and 10.

4         The equations that you were just referring to,

5    is that described in the Widex patent?

6    A.    This is the right page.

7    Q.    What do these equations tell you about amplitude and

8    phase?

9    A.    Nothing.  These are the equations that are actually

10   calculated inside that filter 32,000 times a second to

11   update the coefficients inside the LMS filter.

12   Q.    And do these equations indicate that phase or

13   amplitude is used in figuring out those coefficients?

14   A.    There is no mention at all of phase.  You can see that

15   the value of the data coming through gets mentioned.  So

16   that's the feedback signal from the speaker.

17   Q.    Could we go back to Claim 13, please.  So is it your

18   opinion that the Inteo or Senso Diva performs this

19   determining step?

20   A.    Neither of those accused products performs the

21   required determining step in the claim.

22   Q.    And then the next step, could you read that?  It's

23   starting with "inserting"?

24   A.    "Inserting between the input and output of said

25   transmission channel an electrical feedback path having a

Morley - direct

1    to Claim 14?

2    A.    That's right.  It doesn't -- still, there is a

3    determining and inserting step here, and neither of those

4    products perform either of those steps.

5    Q.    Let's go to Claim 16, which is the claim we saw that

6    was dependent on 14.  Claim 14, why don't you go ahead and

7    read it into the record, Dr. Morley?

8    A.     "A method of reducing feedback in a hearing aid as

9    described in Claim 14 in which said programmable filter is

10   inserted in an electrical feedback loop for said

11   transmission channel."

12   Q.    Does either the Inteo or Senso Diva have that

13   programmable filter?

14   A.    No.

15   Q.    I want to go and talk about your doctrine of

16   equivalents analysis.  I think you mentioned that you

17   considered prior art in connection with that.  Is that

18   correct?

19   A.    I did.

20   Q.    And one of the references I think you mentioned was a

21   patent to a Dr. Graupe.  Is that right?

22   A.    Correct.

23   Q.    Can we have DX-982, please.  Is this the Graupe patent

24   you were referring to?

25   A.    Yes, it is.

Morley - direct

1    Q.    This patent was filed October 17, 1985.  Do you know

2    if that was before or after Dr. Levitt's -- ETG's patents?

3    A.    This was well before those were filed.

4    Q.    Let's go down, I think we can stay with the figure

5    that's on the cover page of this, unless you want to see

6    anymore.  Can you describe what we see here?  Would you like

7    a different figure, Dr. Morley?

8    A.    This will do fine.  What this is is a block diagram of

9    Dr. Graupe's invention for canceling feedback.  And it has

10   some various blocks here.  If we work our way through from

11   left to right, over here we see this microphone, here is the

12   sounds coming into the microphone.  There is the information

13   signal, that is the signal you want to hear, and then there

14   is also this other arrow coming in, that's stuff you don't

15   want to hear, that's feedback.

16            The microphone output is having its output is

17   being reduced by a feedback signal here that's electrical.

18   Q.    I am sorry.  What do you mean by reduced?

19   A.    There is a subtraction of electrical feedback estimate

20   here.  So we are trying to cancel the feedback at the same

21   point that we have seen in the ETG patents, after the

22   microphone.  It goes through an amplifier, which would be

23   the hearing compensation portion of the hearing aid, where

24   you adjust it to each patient.

25            And then we see it come to the SPK, that is the

Morley - direct

1    speaker, and then out of the speaker, he has a

2    representation of the acoustic feedback coming back.  And he

3    puts a block there to indicate that it's got a

4    characteristic called a transfer characteristic back to the

5    microphone input.

6    Q.    Let me ask you this, Dr. Morley:  That ling, H(S),

7    20A, is that a real circuit diagram?  What is that

8    representing?

9    A.    That is whatever happens to be there at the time that

10   the -- that's representing the acoustic feedback path, which

11   is not a physical per se item.  It is just the arrow or

12   whatever the path is.

13          Then he has here, tapped off here, just like we

14   have seen in the ETG patents, we have coming off a feedback

15   signal that comes through what he calls a correction

16   circuit.  But if we look at another diagram we will see it's

17   a tap delay line filter with coefficients stored in it.  So

18   he has got a tap delay line filter that's programmable in a

19   feedback path that's being used to cancel feedback.

20   Q.    Let's look at a figure so that we can see exactly the

21   type of circuit is 21A.  I think it's Figure 2 -- Figure 4.

22   What Figure do you want, Dr. Morley?

23   A.    I don't have the patent in front of me or I could tell

24   you.  That is not it.  I don't want these.

25   Q.    Next one.  It should be in your book, by the way.

Morley - direct

1    Next one?

2    A.    There you go, Figure 5.

3    Q.    Okay.  I see up on top of Figure 5 it says correction

4    circuit.  Was that the same correction circuit block we saw

5    in the cover page of the Graupe patent?

6    A.    Yes, and I know that because not only does it have the

7    same name, but over here it's got the No. 21 and on the

8    front page was No. 21.

9    Q.    Is this a delay line filter, what we see here in

10   Figure 5 of Graupe?

11   A.    This is a tapped delay line filter.  We have over here

12   on the right-hand side are the delay blocks.  And we have

13   these M blocks which multiply.  So what we have are

14   multiplication and then addition up in this block here.

15              Here we have our coefficients.

16   Q.    Can we go to the cover page of Graupe, please.  So

17   what does this correction circuit do?

18   A.    This correction circuit gives an estimate of the

19   acoustic feedback in an electrical form so it can be

20   subtracted out from the microphone input.

21   Q.    Does this correction circuit, does it have

22   coefficients?

23   A.    It has -- there are coefficients that are decided and

24   given to it from a circuit called an identifier circuit.

25   Q.    And so does that mean that the coefficients in this

Morley - direct

1    correction circuit change?

2    A.    Yes.  They get updated from time to time.

3    Q.    And this is a feedback cancellation filter?

4    A.    It is.

5    Q.    So how is that compared to what we have been

6    describing with respect to the discussion this morning of

7    the ETG patents?

8    A.    The ETG patents don't change the coefficients out in

9    normal use, whereas this invention does periodically measure

10   the acoustic feedback path, calculate new coefficients, and

11   then use those in the correction circuit for adjusting the

12   feedback, or canceling it.

13   Q.    Can we have Morley Demonstrative No. 16, please.

14            Okay.  Can you explain what we see here, Dr.

15   Morley?

16   Q.    Okay.  Up at the top is my simplified block diagram

17   for the ETG patented hearing aid, with its acoustic feedback

18   fixed filter in the feedback path.  And down below we see

19   the block diagram of the Graupe '818 patent, and I have had

20   the colors match up, so the acoustic feedback path here is

21   in purple on both of them, the microphone is blue, the

22   feedback canceling filter is in blue up at the top, the

23   hearing compensation filter here in the middle is in red.

24            The amplifier is in here, and that's why they

25   are both red.  And then we got a speaker that's orange.  So

1420

Morley - direct

1    there is a one-to-one correspondence between those blocks.

2    Q.    What is the purpose of this demonstrative with respect

3    to your doctrine of equivalents analysis?

4    A.    Well, if we are to believe that the '850 patent covers

5    an adaptive feedback canceling algorithm, like is in the

6    Widex products, then it's going to also cover this invention

7    right here from Mr. Graupe, which came out before it, and so

8    that would invalidate it as being obvious.

9    Q.    It's Dr. Graupe, but that's okay.

10   A.    Excuse me, Dr. Graupe.

11   Q.    Can we now go to DX-1111.  Do you recognize this

12   document, Dr. Morley?

13   A.    Yes, I do.

14   Q.    What is it?

15   A.    I believe it's the cover sheet of Leland Best's

16   Master's thesis.

17   Q.    Have you reviewed this document?

18   A.    I did.

19   Q.    Are you familiar with it?

20   A.    Yes.

21   Q.    Did you attend a deposition of Dr. Best that we saw

22   today?

23   A.    I had the pleasure of meeting him and attending that

24   deposition.

25   Q.    Okay.  Can we look at Figure 13, please.

1431

Morley - direct

1    13.

2              Now, we see in Claim 1, three

3    means-plus-function claim elements.  Do you see that?  Means

4    for receiving, means for receiving signals and then means

5    controlled?

6    A.    I see it.

7    Q.    And then we see the structure on the right-hand side.

8              Do you know if Mr. Brown identified the

9    structure that we see in the right-hand side either

10   identically or equivalently in the Inteo or the Senso Diva

11   products?

12   A.    I believe he lumped all of them together.

13   Q.    Did he do a comparison between this structure and what

14   is in the Inteo products, in the Senso Diva products?

15   A.    I don't recall at the moment.  I think he just said

16   that this was all in the WLMS block.

17   Q.    And do you think that is a proper analysis if he said

18   it's all in the WLMS block?

19             MR. STEINBERG:  Objection.

20   A.    I think you have to find an equivalent --

21             MR. STEINBERG:  He is opining whether some other

22   expert has done a proper analysis.

23             THE COURT:  Sustained.

24   BY MR. MANDIR:

25   Q.    Okay.  Did you try to find all this structure in the

Morley - direct

1    Senso Diva and the Inteo product?

2    A.   My understanding is I needed to find the equivalent

3    structure over there, and I looked for the equivalent

4    structure of each element there and did not find it.

5    Q.   Do you remember Mr. Brown's testimony concerning the

6    A-to-D converter, which is in the second block down on the

7    right-hand side, under corresponding structure?

8    A.   Yes, I see it.  Analog-to-digital converter 40.

9    Q.   Is there an A-to-D or analog-to-digital converter in

10   either the Inteo or the Senso Diva products?

11   A.   There is, but it's not in the WLMS block.  And that's

12   the block he identified.

13   Q.   In your opinion, is Claim 1 infringed under the

14   doctrine of equivalents by the Inteo or Senso Diva products?

15   A.   Not at all.

16   Q.   And for Claim 2, is Claim 2 infringed under the

17   doctrine of equivalents by either the Inteo or Senso Diva

18   products?

19   A.   No.

20   Q.   Okay.  Now we're going to talk about one of the

21   defenses that I think you said you testified on certain

22   validity issues with respect to both defendants.  Do you

23   have an opinion as to whether or not there is a proper

24   written description in the ETG patents about the invention?

25   A.   Well, I think if we take ETG's position on

Morley - direct

1    infringement that the claims 13, 14, 16 and 19 all cover

2    adaptive LMS filter-based feedback cancellers like the Widex

3    Inteo and the Widex Senso Diva, then the patent should tell

4    someone of ordinary skill in the art, it should have a

5    written description so when I read that patent and I get

6    back to the claim and it says, hey, there is a claim and

7    they're saying this claim covers an adaptive LMS filter for

8    canceling feedback, then I should, when I see that, go, oh,

9    now I know where to go in that patent and find the

10   description that says to me that when the inventor sent that

11   application to the Patent Office he understood that his

12   patent could do that, that it had that feature, that

13   capability.  And I have to be able to find that written

14   description that shows me he knew that it could do that.

15   Q.    Is there anything in the '850 or '749 patents that

16   indicate that the inventors of those patents had in their

17   possession the possibility that the programmable delay line

18   filter could be an adaptive filter?

19   A.    I don't believe there is any evidence that shows they

20   had that in their possession at the time that they filed

21   this patent, these patents.

22   Q.    And what is the basis for that?

23   A.    Well, we went through, today, when we looked at the

24   different parts of the patent, in the few places where it

25   does describe anything that could be stretched to be

1434

Morley - direct

1    considered to be adaptive, it has nothing to do with

2    feedback cancellation.  There is no description in the

3    patent about how to do adaptive feedback cancellation.

4    Q.    Okay.  Let me show you Exhibit 1239.

5          Are you familiar with this exhibit?

6    A.    Yes, I am.

7    Q.    What is this exhibit?

8    A.    It's an article written by, among others, Diane

9    Bustamante.  She is the first author cited.  And it says

10   it's the measurement and adaptive suppression of acoustic

11   feedback in hearing aids.  So it's sort of a summary

12   article.

13   Q.    In this article, does Ms. Bustamante say anything

14   about the '850 patent?

15   A.    I believe so?

16   Q.    And what does she say?

17   A.    I'm looking for the exact place, but I'm not sure it's

18   on this.

19   Q.    I think it's in your notebook under 1239.

20   A.    1239.  Thank you.

21   Q.    Yes.

22   A.    I haven't looked at this in awhile so it's going to

23   take awhile to find it.

24   Q.    I'll try to help you out.

25   A.    Sorry.

Morley - direct

1           I think in the second column here, she talks

2    about a number of researchers in, let's see, two through

3    four.

4    Q.    Yes.  And if you go back to the references on the last

5    page?

6    A.    Yes.  Reference two, is that the '850 patent of ETG?

7    Q.    Yes.  It's referring to the '850 patent, correct?

8    That's the second.

9    A.    Right.  Now I see it.  Right after that, if we can go

10   back to the second column of the first page?  In the top

11   paragraph, about five or six lines in.

12          It says, a number of researchers -- and then in

13   brackets, two through four, so that is an indication of the

14   references at the back of the document -- have achieved some

15   success with this general approach.  One, reference two that

16   we know now is the '850 patent, employed a fixed filter,

17   derived from one measurement of the feedback path transfer

18   function, as the transfer function estimate, rendering this

19   approach vulnerable to changes in the acoustic environment.

20   Q.    Is that consistent or inconsistent with your

21   understanding of the '850 patent?

22   A.    It's dead on.

23   Q.    Okay.  Let's look at Exhibit 1240, please.

24          This is a document entitled, The Problem of

25   Feedback in Hearing Aids by a Mr. James M. Kates.  Are you

Morley – direct

1    familiar with this document?

2    A.    Probably not as much as you would like me to be if

3    it's going to be just like the last one.

4    Q.    No, no, I can help you out this time.

5    A.    I've seen it.  I've read it.

6    Q.    If you could turn to, it's page 231.

7    A.    Yes.

8    Q.    It's at the top of page 231.

9    A.    I see it.

10    Q.    A reference to, it starts out, "the system proposed by

11    Kates."  Why don't you read that in, would you please?

12    A.    Yes.  The system proposed by Kates (1990A) is an

13    adaptive version of a feedback cancellation system proposed

14    by Levitt, et al. (1988.) that used a time invariant

15    cancellation filter set when fitting the hearing aid.

16    Q.    What is your understanding of time invariant

17    cancellation filter?

18    A.    That is just kind of a fancy way of saying it doesn't

19    change over time so it's fixed.

20    Q.    Can you read the next sentence?

21    A.    The fixed filter, however, cannot adjust to changes in

22    the acoustic environment.  Such changes occur when a

23    telephone receiver is moved close to the aided ear, when a

24    hand is brought up to the hearing aid to adjust the volume

25    control, or when the position of the instrument shifts in

Morley - direct

1    the ear, as may occur during eating or talking.

2    Q.    Does Mr. Kates' article, is it consistent or

3    inconsistent with your understanding of the '850 patent?

4    A.    It's exactly what I've been saying about it.  I agree

5    fully.

6    Q.    Okay.  Now we're going to talk about an issue that

7    came up with Dr. Best's thesis.  Can we have 1111 again?

8            Dr. Morley, have you heard of a Mr. Matzen in

9    connection with this case?

10    A.    Yes, I have.

11    Q.    And you understand Mr. Matzen is ETG's validity

12    expert?  We haven't heard from him yet.

13    A.    That's right.

14    Q.    Did you review Mr. Matzen's report in this case?

15    A.    Certainly at least portions of it, if not all.

16    Q.    Did Mr. Matzen take any position with respect to

17    whether or not Dr. Best's invention included a filter in a

18    feedback path?

19    A.    Yes, he did take a position.

20    Q.    And do you agree or disagree with Mr. Matzen's

21    position?

22    A.    I believe Mr. Matzen's position is that Mr. Best did

23    not have a filter in a feedback path, and I disagree with

24    that.

25    Q.    Can you put up Morley 17, please?

Morley - direct

1          It's no indication that there is some fatal flaw

2     or anything in it.

3          Every thesis, just about, has a section in there

4     that says, this is what I have done, this is the

5     performance, if I wanted to go further, in performance, this

6     is what I would suggest somebody do to improve this thing

7     even more.

8     Q.   Can we turn now to PX-774.  Dr. Morley, were you in

9     the courtroom when ETG's counsel asked Mr. Westermann about

10    this document?

11    A.   I was.

12    Q.   Do you see at the second-to-last line of that it says

13    phase shift Column 11 Line 22.  Do you see that?

14    A.   I see it.

15    Q.   Can we go to Column 11, Line 22 of the '749 patent.

16         Can you go ahead and read that, starting with by

17    using an array?

18    A.   "Using an array of two or more microphones on the

19    body (e.g., along the frame of a pair of spectacles), the

20    weighting coefficients can be chosen in the manner described

21    above such that the weighted summed output of the

22    microphones, with an appropriate phase shift, is equivalent

23    to the output of a frequency selective directional

24    microphone."

25    Q.   This word phase shift, that is found in Column 11,

Morley - direct

1    Line 22?

2    A.    Yes, it is.

3    Q.    The same that we saw on the cover page, the

4    handwritten portion.  Is that correct?

5    A.    That's correct.

6    Q.    Now, this phase shift we are talking about, does it

7    have anything to do at all with feedback cancellation?

8    A.    None whatsoever.

9              MR. MANDIR:  Thank you, Dr. Morley.

10             No further questions, Your Honor.

11             THE COURT:  Counsel, you may cross-examine.

12             MR. STEINBERG:  Thank you, Your Honor.

13                      CROSS-EXAMINATION

14   BY MR. STEINBERG:

15   Q.    Good afternoon, Dr. Morley.

16   A.    Good afternoon.

17   Q.    Not like fantasy camp.  Right?

18   A.    Not even close.  More like nightmare camp.

19   Q.    But when you go to fantasy camp, you aren't paid to go

20   to fantasy camp, are you?

21   A.    No, I am not.

22   Q.    But you are paid to be here, aren't you?

23   A.    That's correct.

24   Q.    And how much are you being paid to be here?

25   A.    I get paid $315 per hour.

1658

Soli - direct

1    Among the claims that are asserted in the '850

2    patent, did you find one in particular that you would like

3    to start with, discuss?

4    A.    I think it's easiest if we start with Claim 19.

5    Q.    With Claim 19, then, did you review that with respect

6    to the Graupe '818 patent and form an opinion?

7    A.    Yes, I did.

8    Q.    What is your opinion?

9    A.    My opinion is that all of the elements of Claim 19 in

10   the '850 patent are anticipated by Graupe '818 if we

11   interpret the claims of the '850 patent as they have been

12   interpreted in the infringement case.

13   Q.    Let's just start walking through the claim.

14         Can we go to the next slide, please.

15         Where in Graupe did you find the beginning of

16   the claim, a hearing aid with all the elements that are

17   listed?

18   A.    The first element is a hearing aid with a

19   microphone, output receiver and signal transmission channel.

20         In the patent it describes the technical field

21   of the patent is related to hearing aids.  And Figure 2

22   shows a block diagram of a communications system that could

23   be a hearing aid, according to what Graupe has said,

24   comprising a microphone, an amplifier in the transmission

25   channel, and a speaker.

Soli - direct

1    Q.     Okay.  Turning to the next element, next slide, a

2    programmable delay line filter, did you find that in Graupe

3    '818?

4    A.     Yes.  I relied on the claim construction for a

5    programmable delay line filter.  And I found such a filter

6    in Figure 5.

7           Graupe calls it a correction circuit.  But it

8    acts as a programmable delay line filter.  Here are the

9    delayed input samples.  Here are the coefficients.  Here are

10   the multiplies.  Here is the summation.  And here is the

11   output.

12          That comprises the elements of a programmable

13   delay line filter.

14   Q.     Now, is the filter in Graupe an adaptive type filter?

15   A.     The Graupe system is an adaptive system, as he claims

16   in the title of his invention and throughout.  Within that

17   system is found this filter.

18   Q.     Okay.  Go to the next slide.  The next element is

19   this programmable filter is interposed in a feedback path.

20   Did you find that in Graupe '818?

21   A.     Yes.

22   Q.     Where is that?

23   A.     Figure 3, which is kind of a complicated Figure,

24   shows a number of things.  It shows the hearing aid here

25   that we saw before, although the amplifier is divided into

1660

Soli - direct

1    two parts.  It also shows some other circuitry up here and

2    here that we will talk about momentarily.

3              Then it shows a path that begins here, right

4    before the speaker, goes up here, up here, through this

5    filter 21 we just looked at, and over here and back down,

6    and is subtracted from the signal right after the

7    microphone.

8              So this programmable delay line filter 21, the

9    correction circuit, is interposed in the feedback path

10   between the input and the output of the transmission

11   channel.

12   Q.    If we go to the next element, does the Graupe '818

13   describe programming the filter?

14   A.    Yes.  This block over here on the right-hand side is

15   called an identification circuit.  And what it does -- and I

16   will tell more about it later -- is goes through some

17   functions that obtain a set of coefficients that it then

18   provides via this line to the correction circuit 21.

19             So this process of doing so, then, it programs

20   that filter.

21             Then the other requirement is that it

22   substantially reduce acoustic feedback.

23             If we look in the specification, Column 8, Lines

24   50 to 55 down at the bottom there, it talks about this

25   process of programming the filter.  And then it says, as a

1661

Soli - direct

1    result the acoustic feedback link does not affect the

2    communications circuit during its operational mode.  This is

3    the acoustic feedback link, that is to say the feedback

4    path.

5    Q.    You mentioned the identification circuit providing

6    the coefficients.  Is that part of the entire Graupe system?

7    A.    Yes.  We are looking at the whole system right now as

8    Graupe described it.

9    Q.    Okay.  And how -- you mentioned that this is an

10   adaptive system also.  Does Graupe describe how it adapts or

11   how often it adapts?

12   A.    Well, like other adaptive systems, once you turn it

13   on it starts adapting.  And the first thing that happens

14   when you turn it on is this element here which is called a

15   logic circuit opens up these switches so it interrupts the

16   forward path of the hearing aid and this identification

17   system then shoots a noise through here that comes all the

18   way around, goes back up here, comes back and uses that

19   noise then to create a set of coefficients that are

20   programmed into this filter here and then those switches are

21   closed and the hearing aid begins operating.

22            This process is repeated automatically from time

23   to time under a variety of different conditions.  So it

24   begins by adaptively obtaining the first set of coefficients

25   for the filter and then adaptively modifying those from time

1662

Soli - direct

1    to time.

2    Q.    Does he give any examples of how often he changes the

3    coefficient?

4    A.    Well, he said when there is a change in the level of

5    the signal in the transmission channel, he might trigger the

6    adaptive process or he might do it every so often, maybe

7    every minute or so.

8    Q.    Every minute?

9    A.    Yes.

10   Q.    Now, if he does it every minute, does that tell you

11   whether or not there is any memory that must be in the

12   system?

13   A.    Well, if it happens every minute, that means that

14   this guy here is going to create some coefficients based

15   on the response of this path, every minute put them over

16   here, and then this filter is going to have to use those

17   coefficients to cancel feedback until it gets a new set.  So

18   those coefficients have to be held in a memory of some kind

19   during that time.

20   Q.    So, Dr. Soli, to sum it up, have you found all the

21   elements of Claim 19 in the Graupe '818 patent if you apply

22   Claim 19 as ETG has applied it to the defendant's products?

23   A.    Yes, I have.

24   Q.    And if we go to the next chart.

25         And now we've seen a bunch of checkmark charts.

Soli - direct

1    If we do the same thing here about that for the Graupe '818,

2    can we put checkmarks in the box?

3    A.    Yes, you can check them all off.

4    Q.    Okay.  Now I'd like to turn to Dr. Best's work and

5    that is Exhibit DX-111.

6            And, Dr. Soli, did you compare Claim 19 to Dr.

7    Best's work?

8    A.    Yes, I did.

9    Q.    Did you look at his thesis for that?

10   A.    Yes, I did.

11   Q.    And if we can go to the next slide.

12           Did you find a hearing aid with all the various

13   parts listed in the claim?

14   A.    Yes, I did.  Dr. Best, in figure 5 of his thesis,

15   shows us sort of a cartoon drawing of a hearing aid with all

16   the elements we're looking for:  the speaker, the microphone

17   and the amplifier in the transmission channel.

18   Q.    And if we can go to the programmable delay line

19   filter.

20           Did you find that?

21   A.    Well, this is labeled LMS adaptive filter.  But again

22   when I applied ETG's interpretation of the claims, that LMS

23   adaptive filters include programmable delay line filters,

24   then we would say that this structure that he shows us here

25   in figure 3 qualifies as a programmable delay line filter.

1664

Soli - direct

1    Q.    That's the LMS adaptive algorithm?

2    A.    Yes.  When we see it later, we're not going to see

3    all these details, we're just going to see this single block

4    labeled this way.

5    Q.    Can we go to the next slide.

6          And is that interposed in a feedback path?

7    A.    Yes, it is.  I think you have seen this figure before

8    but let me refresh your memory.

9          This is the forward path through the microphone

10   through the hearing aid.  This path here which goes from

11   this point back toward the input of the hearing aid contains

12   the programmable filter or adaptive filter W whose output is

13   subtracted here.

14         The coefficients for this filter are generated

15   by the LMS algorithm which is shown up here and the filter

16   is sitting in the feedback path, as we see.

17   Q.    And if we can go to the next slide.

18         Where, if at all, does Best show that the filter

19   is programmed?

20   A.    The programming process, again according to ETG's

21   interpretation of that process, is occurring continuously.

22   The algorithm is supplying coefficients to this filter on

23   every sample so that would be defined according to ETG's

24   programming.  So that is the programming process.

25         Now, regarding the substantial reduction of

1665

Soli - direct

1    acoustic feedback, if we look at his thesis, I think it's in

2    the abstract or summary, he says there in the highlighted

3    text, when he tested the prototype feedback canceller, it

4    was able to achieve an additional gain of 13 dB using this

5    method.

6    Q.    Does that indicate a substantial reduction of

7    acoustic feedback?

8    A.    Yes, 13 dB is pretty impressive.  It comes close to

9    what present day feedback cancelers can do in hearing aids.

10   Q.    Okay.  So again to sum this up, did you find all

11   elements of Claim 19 as ETG is applying them in Dr. Best's

12   work?

13   A.    Yes, I did.

14   Q.    All right.  Can we go to the next chart.

15         Can we place checkmarks here in the Best column?

16   A.    Please.

17   Q.    Okay.  Let's turn now to Dr. Weaver's work.  And if

18   we could look in DX-956, which is the weather thesis we have

19   seen before.

20         Did you compare Claim 19 to Dr. Weaver or, I'm

21   sorry, Mr. Weaver's work?

22   A.    Yes, I did.

23   Q.    And next chart, please.

24         Did you find -- well, what does this chart

25   represent?

Soli - direct

1    A.      This is a blowup of what I described before as sort

2    of the key figure, the key idea representing his invention

3    showing an electrical feedback path that can be used to

4    cancel acoustic feedback.

5    Q.      Okay.  Can you go to the next chart, please.

6            Now, again if we can compare Claim 19 to

7    Mr. Weaver's work, does he describe a hearing aid with the

8    various parts?

9    A.      Yes, he does.  He shows it in a couple different

10   places and figures.  Figure 2.4 shows the elements, the

11   common elements we've been talking about all along:  a

12   microphone, amplifier and receiver.  This is part of a

13   hearing aid.  And he is describing some of the other paths

14   where the sounds travel around the hearing aid that can

15   cause feedback.  And then this figure, it's kind of hard to

16   see it, but this shows a behind-the-ear hearing aid that

17   contains a microphone, amplifier and receiver as well.

18   Q.      So if we can go to the next element, programmable

19   delay line filter.

20           Did you find that in Mr. Weaver's work?

21   A.      Well, here what we have to do is we have to combine

22   Mr. Weaver's estimator, which I would characterize as a

23   rather primitive filter that changes its magnitude and phase

24   characteristics from time to time.  We have to combine that

25   with a programmable delay line filter, as was commonly known

Soli - direct

1    to someone of ordinary skill in the art at that time.

2    Q.    And from the materials you have seen, have you seen

3    any programmable delay line filters?

4    A.    Well, the one that comes to mind most immediately is

5    one that is described in the Nunley article we talked about

6    before that was published in 1983, I believe.

7    Q.    And what are you showing on this chart?

8    A.    This is one of the figures from Nunley's article

9    just showing in a very schematized way what a programmable

10   digital signal processor would be like in a hearing aid.  It

11   would have an analog-to-digital converter, it would have

12   digital processing, including digital filtering, and then it

13   would convert the signal back to analog and provide it to

14   the user.

15         And this schematic down here shows the same

16   thing.  This little mu, which is a Greek letter, and P means

17   microprocessor, which is shown here.

18   Q.    Is there anywhere in the Nunley article where he

19   describes programmable delay line filter?

20   A.    Yes, I think the next demonstrative will show us

21   that.

22   Q.    And can you go to the next chart, please.

23   A.    I'll just read what they say here.

24         They're talking about what happens after you do

25   the analog-to-digital conversion as I just showed you in the

1668

Soli - direct

1    last chart.  This digital representation then is operated

2    on by adding and subtracting weighted versions of past and

3    present inputs and outputs to emphasize or de-emphasize

4    various aspects of the signal.  Now, that is just a long

5    way of saying that we're applying a programmable delay line

6    filter to the input after the analog-to-digital conversion,

7    and the reason we do that is to emphasize certain

8    frequencies in the signal or de-emphasize other frequencies.

9    Q.    And that paragraph up there is a lot of words but I

10   don't see programmable delay line filter anywhere.  How do

11   you know that it's one?

12   A.    This description I think matches the Court's

13   description and is one that would be obvious to someone of

14   ordinary skill at that time.

15   Q.    You mentioned the person of ordinary skill.  Did you

16   have a definition of a person of ordinary skill?

17   A.    Well, my definition is the same one that Dr. Morley

18   has given.

19   Q.    We heard that yesterday?

20   A.    Yes.

21   Q.    Go to the next chart.

22         Now, was there anything else in Nunley where he

23   might suggest using any of his work for reducing feedback?

24   A.    Well, there is another section in there where he

25   describes in the article some of the possible things that

147

Soli - direct

1    could be done with the digital hearing aid of the future.

2    And the first thing on the list, as you can see up there,

3    is he is asking you to imagine a hearing aid free from

4    feedback.  The digital hearing aid of the future will have

5    this freedom.  So I think we can connect the dots here and

6    it's pretty easy to see there was some thinking out there

7    already about using digital filters to cancel acoustic

8    feedback.

9    Q.    So in your opinion, doctor, how would a person of

10   ordinary skill in the art take the programmable delay line

11   filter from the Nunley article and combine it with what

12   Mr. Weaver did?

13   A.    I think the next demonstrative would show that for

14   you.

15           Okay.  This is the figure 3.1 that we have seen

16   before.  This is Weaver's estimator which was part of an

17   analog circuit and he had one microprocessor controller in

18   there.  It's kind of a complicated circuit.  And what one of

19   ordinary skill would do would be to replace that with a

20   programmable delay line filter.

21   Q.    Before we do that, is there a feedback path here in

22   Weaver somewhere?

23   A.    Yes.  I'm sorry.  I wanted to draw attention to that.

24   The feedback path here is highlighted going from right

25   before the amplifier through the estimator back to the

1670

Soli - direct

1  output of the microphone where it is subtracted.

2  Q.    And if someone were to combine the Nunley

3  programmable delay line filter with Weaver, what would that

4  look like?

5  A.    I think the next demonstrative shows that.  It's

6  simply a matter of replacing the estimator with the filter.

7  And the filter and the estimator can perform the same

8  function.

9  Q.    And if we can go to the next slide, please.

10         Now, if that combination was made, would that

11  combination of Weaver with the programmable delay line

12  filter, would that substantially reduce acoustic feedback?

13  A.    That is what Kim Weaver tells us in the abstract of

14  his thesis and I think he testified to that effect as well.

15  This last sentence says that, using his estimator in the

16  feedback path, he was able to get six-to-eight decibels of

17  additional stable gain when the estimator was used.

18  Q.    That was just with the estimator?

19  A.    Yes.

20  Q.    Would you expect even better performance if you put a

21  programmable delay line filter in?

22  A.    Yes.  His estimator I think by all accounts could be

23  viewed as a very basic or primitive estimator.  The feedback

24  path he was working with at the very beginning was also very

25  simple.  It didn't require much more than that but as you go

Soli - direct

1   to hearing aids and more complicated applications as he did

2   when the work progressed, then the characteristics of the

3   estimator got more sophisticated.

4   Q.    So in your opinion, Dr. Soli, if a person of ordinary

5   skill would use a programmable delay line filter with

6   Mr. Weaver's work, would all the elements of Claim 19 be

7   satisfied?

8   A.    Yes, they would.

9   Q.    And so would you put a checkmark in all the boxes?

10  A.    Please.

11  Q.    Now, what we just talked about with Mr. Weaver's

12  work, does your opinion apply to all the different pieces of

13  Mr. Weaver's work that we saw in the time line?

14  A.    Yes, because all of those pieces, as I have tried to

15  explain earlier, are developments and demonstrations and

16  further presentations of his invention which was described

17  concisely in that figure 3.1 we saw above.

18  Q.    Okay. Dr. Soli, I'd like now to go to the next set

19  of claims which would be 14 and 16.

20  A.    Okay.

21  Q.    Did you review Claims 14 and 16 and compare them with

22  the Graupe '818 patent?

23  A.    Yes, we did.

24  Q.    And, again, we can just go through the same elements

25  of these claims. Next slide, please.

1674

Soli - direct

1    the method of reducing feedback as described in the claim

2    we just discussed is limited in such a way that the

3    programmable filter must be inserted in an electrical

4    feedback loop.

5    Q.    And you found that in Graupe?

6    A.    Yes, and that is what is shown again in figure 2.

7    Q.    So just to sum it up, is it your opinion that the

8    Graupe '818 patent satisfies all the elements of both Claims

9    14 and 16?

10   A.    Yes, it does.

11   Q.    And can we put checkmarks in the box in the Graupe

12   '818?

13   A.    Please.

14   Q.    Okay.  Now, if we could move on to Dr. Best's work.

15        And, again, did you compare Claims 14 and 16 to

16   Dr. Best's work?

17   A.    Yes, I did.

18   Q.    Did you find the beginning part of the claim relating

19   to a hearing aid?

20   A.    Right, there is the hearing aid as we have seen

21   before in figure 5.

22   Q.    Can we go to the next element.

23        And did you find that where Dr. Best's idea

24   involves determining the effect on the amplitude and phase?

25   A.    Yes, I did.  Again, I'm applying ETG's interpretation

Soli - direct

1    that this is the LMS filter that determines the effect on

2    amplitude and phase.

3    Q.     Okay.  And this was the LMS filter, itself?

4    A.     Yes.

5    Q.     And how about the next step, inserting between the

6    input and the output of the transmission channel, a

7    programmable filter?  How is that shown?

8    A.     Well, the inserting process here again takes place

9    over and over again very rapidly at the sampling rate for

10   the signal processor.  And this dotted line is meant to

11   indicate that after each sample, a new set of coefficients

12   is inserted in this LMS adaptive filter structure right

13   here.

14   Q.     And is that in a feedback loop?

15   A.     Yes, it is.  It might be shown on the next, I'm not

16   sure.  Anyway, the feedback loop, as we have seen before,

17   goes from here through the filter to the subtraction point.

18   Q.     Okay.  So to sum this up, did you find all the

19   elements of both Claims 14 and 16 in Dr. Best's invention?

20   A.     Yes, I did.

21   Q.     And can we put checkmarks in the Best box column?

22   A.     Please.

23   Q.     Okay.  I thinks we're in the home stretch with the

24   '850 here.  All right if we can turn to the Weaver thesis,

25   please.  DX-956, and this chart.

Soli - direct

1          Now, did you compare the Claims 14 and 16 to

2     Mr. Weaver's work?

3     A.     Yes, I did.

4     Q.     Okay.  And can you show us what this figure shows?

5     A.     Well, this is figure 3.1 again that shows us the

6     hearing aid.  I think we're looking at the first element of

7     the claims so that would be the microphone the amplifier and

8     the receiver.

9     Q.     Okay.  Can you go to the next slide, please.

10         And how about determining the effect on the

11    amplitude and phase?

12    A.     Yes this is a little bit more detailed presentation

13    of what Dr. Weaver did.  He actually had two separate

14    circuits that what he called DMS or delay measuring system

15    which determine the phase or delay response of this path and

16    the magnitude control system which was adjusted to achieve

17    the appropriate magnitude or amplitude associated with the

18    effect path and both of these systems together provided

19    control information to this estimator which functioned, as I

20    said, it's like a primitive filter.

21    Q.     If we can consider the next step of inserting.

22         And does Mr. Weaver talk about inserting a

23    programmable filter?

24    A.     Well, he talks about updating the magnitude and delay

25    or phase characteristics of his estimator but I think if we

1677

Soli - direct

1    consider the use of adaptive filters for that same purpose,

2    that we can combine Weaver with the work of south, which I

3    don't think you have heard about before.

4    Q.     Yes, we haven't heard about that before.  Can you put

5    up DX-1538, please.

6           What is this document, doctor?

7    A.     This is a paper that was published, actually long

8    ago, in 1979, before all of these things happened and South

9    in this short article describes to my knowledge the very

10   first use of an adaptive filter using LMS algorithm, the

11   very first use that is reported in the literature for

12   cancellation of acoustic feedback.

13   Q.     This isn't in a hearing aid, is it?

14   A.     No, it's not.  But that is not the point.  Dr. Egolf

15   in his article pointed out very clearly to everyone why it

16   is important to look to the research literature on PA

17   systems, loudspeaker systems and things of that sort which

18   is what this is.  Dr. Best in fact did that when he did his

19   thesis research and Mr. Weaver said it was important as

20   well.  And Graupe said that is in the '818.

21   Q.     So this South article is about a loudspeaker

22   telephone?

23   A.     Yes, it is but if we -- can we look at figure 4 which

24   is down below?

25   Q.     Sure.  What does figure 4 show?

1678

Soli - direct

1    A.    Figure 4 shows just a part of the circuit.  And

2    without going into too much detail, what it shows is a

3    circuit where you have this loudspeaker on the speakerphone

4    and the microphone.  Now, the signal comes in from the

5    person who is calling you, it gets amplified here, with the

6    volume control and it comes out the loudspeaker and it goes

7    back to the microphone and then it comes back around again.

8    It looks familiar so what is out there is he put in an

9    adaptive filter in an electrical feedback path and he used

10   an LMS filter for that and he just shows you in great detail

11   the structure of that filter below and he found that he got

12   almost 30 dB of additional gain under some conditions.

13   Q.    This is for use in like a speakerphone to cancel

14   feedback on the speakerphone?

15   A.    From the point of view as to what the system or the

16   problem is like, Egolf pointed out very clearly that PA

17   systems and loudspeakers tell us a lot about the same thing.

18   Q.    What is this diagram on the bottom showing?

19   A.    That is the adaptive filter that he used.

20   Q.    That is an LMS filter?

21   A.    That is an LMS filter.  It doesn't look like one, but

22   it is.

23   Q.    Back in 1979?

24   A.    It is an old one.

25   Q.    Can we go back to the Soli slides.

Soli - direct

1          So in your opinion, Doctor, would someone use

2    the adaptive filter with Mr. Weaver's circuit?

3    A.      I think that would be an obvious thing to do.

4    Q.      Is this just another example of an adaptive filter or

5    programmable delay line filter?

6    A.      Yes.  You can use either Nunley's programmable delay

7    line filter or South's adaptive filter.  According to ETG

8    here, they are almost the same thing.

9    Q.      What is shown here?

10   A.      This shows the use of an adaptive filter in an

11   electrical feedback path to cancel acoustic feedback based

12   on the combination of Weaver's invention and the South

13   article.

14   Q.      And to sum this up, did you find all the elements of

15   Claims 14 and 16 in the Weaver and South combination?

16   A.      Yes, I did.

17   Q.      So can we put checkmarks here for the Weaver/South?

18   A.      Please.

19   Q.      I think that does it, then, for the '850 patent.

20   That would be all the claims.  Right?

21   A.      I believe so.

22   Q.      If we can turn to the '749 patent?

23   A.      What about Claim 13?

24   Q.      I am sorry, yes.  Thank you.  Now, Claim 13, if you

25   could look at that.  Did you hear ETG's infringement expert

1680

Soli - direct

1  say that Claim 13 was very similar to Claims 14 and 16?

2  A.    Yes, I did.

3  Q.    And that the analysis for 14 and 16 were essentially

4  the same as 13?

5  A.    Yes, I did.

6  Q.    So if you take that position, what would your opinion

7  be of Claim 13?

8  A.    Well, Claim 13 is invalid for the same reasons that

9  14 and 16 are.

10  Q.    Can we go to the next chart.

11  A.    So you can check them all off if you would like.

12  Q.    Now I think we are finished with the '850?

13  A.    Yes.

14         THE COURT:  Why don't we take our lunch break

15  then?

16         THE WITNESS:  There is one more.

17         THE COURT:  Yes.  Thank you, Doctor.

18         (Jury leaves courtroom at 12:59 p.m.)

19         (Luncheon recess taken.)

20         THE COURT:  All right.  Ms. Walker, please bring

21  in the jury.

22         (Jury enters courtroom at 2:05 p.m.)

23         THE COURT:  We will continue, members of the

24  jury.  Please take your seats.

25         Counsel.

Soli - direct

1          MR. MANDIR:  Maybe we can rephrase and everybody

2     will be happy.  We will say if you interpreted Claims 1 and

3     2, the LMS adaptive filter includes all of that there, what

4     would you think it would be, would it be valid.

5          MR. STEINBERG:  If you ask him proper questions,

6     we won't object.

7          THE COURT:  A few dozen words ago I suggested

8     you rephrase.  Let's do that.

9          (End of sidebar conference.)

10    BY MR. LYTLE:

11    Q.    I would like you to just assume for a moment, Dr.

12    Soli, talking about Claims 1 and 2 of the '749 patent, that

13    for each element of those claims, that they would be

14    satisfied by an adaptive filter, such as an LMS adaptive

15    filter.  Can you do that?

16    A.    I will try.

17    Q.    Now, if you assume that each element of those claims

18    was satisfied by an LMS adaptive filter, and you compared it

19    to the Graupe '818 patent, would you find all those elements

20    of the claim satisfied?

21    A.    Yes, I believe I would.

22    Q.    Why is that?

23    A.    Well, the Graupe '818 patent discloses an adaptive

24    filter for the cancellation of feedback.  And if all the

25    elements of the claim, Claims 1 and 2 in '749, are the same

1687

Soli - direct

1    as those that are seen in '818, then the claim is

2    anticipated by '818.

3    Q.    Okay.  Then, also, if we go to the next slide.  How

4    about when you consider Dr. Best's work?

5    A.    The same would be true there, because, again, if the

6    elements of Claims 1 and 2 are similar to that of the

7    adaptive filter, as asserted by ETG, then we have an

8    adaptive filter that performs that function in Best's

9    thesis.

10   Q.    So to sum up the '749 patent, is it your opinion that

11   Claims 1 and 2 would be invalid if you would assume that all

12   the elements of the claims could be satisfied by an adaptive

13   filter?

14   A.    That is correct.

15          MR. LYTLE:  Can I have just a moment, Your

16   Honor?

17          THE COURT:  Sure.

18          MR. LYTLE:  Thank you, Your Honor.

19          THE COURT:  Thank you, counsel.  Cross-examine,

20   ETG.

21          MR. STEINBERG:  Yes, Your Honor.  We have some

22   books, as usual.

23                    CROSS-EXAMINATION

24   BY MR. STEINBERG:

25   Q.    Good afternoon Dr. Soli.

1909

Kates - dep.

1      "Question:  So that basically eliminated the
2  entire group other than you and --
3              "Answer:  And Tom Worrall.
4              "Question:  -- the other individual?  When you
5  gave this talk, was Dr. Levitt there?
6              "Answer:  The session was in his honor, and he
7  was there.
8              "Question:  Okay.  Had you spoken to him much
9  since you left CUNY?
10             "Answer:  I don't specifically remember any
11  discussions other than saying hello and chatting at
12  conferences where we would find ourselves both in residence.
13             "Question:  Did you write the abstract that's on
14  Page 2 of Exhibit 19?
15             "Answer:  Yes, I did.
16             "Question:  Is what you wrote in the abstract
17  true?
18             "Answer:  Let me re-read the abstract, please.
19             "Yes, I believe this to still be true.
20             "Question:  Okay.  Was -- do you consider Dr.
21  Levitt's work in the feedback cancellation area to have been
22  important to the work that you did?
23             "Answer:  No, I do not.
24             "Question:  Why not?
25             "Answer:  As I've mentioned before, Harry

1910

Kates - dep.

1    designed a fixed filter.  I did not, and still do not, feel

2    that that is an adequate solution to the problem of feedback

3    in hearing aids.  Work that dealt with adaptive filters I

4    felt then, and still feel, is much more appropriate.

5              "Question:  Did his work inspire you to create

6    or to work on the adaptive filters as opposed to the fixed

7    filter system that he had come up with?

8              "Answer:  You're asking me -- well, let -- give

9    me a second here.

10             "I do not remember the genesis of my work on

11   feedback cancellation in Harry's group.  Where that germ

12   came from, whether mine or Harry's, I don't remember.

13             "Question:  Could it have been your reading of

14   the '850 patent?

15             "Answer:  It was more likely my reading of Dave

16   Egolf's publications combined with the work that I had done

17   when I was at Signatron in adaptive noise cancellation.

18             "Question:  In a non-hearing aid context?

19             "Answer:  In a non-hearing aid context, correct.

20             "Question:  But you didn't start working on

21   feedback cancellation -- cancellation systems until you got

22   to CUNY.  Is that correct?

23             "Answer:  I had been modeling feedback behavior

24   prior to that.

25             "Question:  Right.

1927

Matzen - direct

1   Q.          During the identification mode, is there even a

2   transmission channel?

3   A.          No, there is not.

4   Q.          So let's go back to Matzen 8 again.  The third

5   bullet says function as a noise generator.  That is what we

6   talked about earlier.

7   A.          Yes, uh-huh.

8   Q.          It says the Graupe '''818 does not show

9   determining the effect on amplitude and phase on a signal

10  in the transmission channel.  Could you explain your reason

11  for that?

12  A.          Certainly.  During the identification mode,

13  there is no transmission channel so there is no way to

14  determine anything about the transmission channel.

15  Q.          So in your opinion then, can Graupe '''818

16  satisfy this claim limitation from Claims 13, 14 and 16?

17  A.          No.  Because there is so much error, because of

18  that, the system, not knowing what is happening through the

19  transmission channel when it's in the correction mode, it

20  would not be able to really effect substantial reduction of

21  acoustic feedback.

22  Q.          Does the Graupe '''818 patent discuss phase and

23  amplitude?

24  A.          No, it does not.

25  Q.          Does it discuss determining the effect on phase

Matzen - cross

1          MR. BUROKER:  Objection.  Same objection.

2          MR. LYTLE:  Your Honor, the witness is taking

3     the position that Graupe '818 doesn't teach all the elements

4     of the claim, and separates the amplifier during the

5     identification mode.  And we are trying to show that the

6     '850 patent operates in the same way.

7          THE COURT:  The basis of your objection is?

8          MR. BUROKER:  He didn't talk about the patent

9     specification.  And that's what he is talking about now.  He

10    talked about the claims.

11         MR. LYTLE:  But to construe the -- to understand

12    the claims, they need to be read in light of the spec.

13         MR. BUROKER:  You have already interpreted the

14    claims, Your Honor.  That is the point.

15         MR. LYTLE:  You have interpreted certain phrases

16    in the claim.

17         THE COURT:  And not the entire claim.

18         MR. LYTLE:  Correct.

19         THE COURT:  I will let him answer this.

20    BY MR. LYTLE:

21    Q.          Mr. Matzen, you just said that the Graupe '818

22    patent didn't satisfy the claims because it opens up those

23    switches and there is no amplifier in the middle when it

24    does its identification?

25    A.          That's right.

1988

Matzen - cross

1    Q.         Now, let's go back to Graupe '''818.  Figure 3,

2    please.

3               And now for, I think we established that Claim

4    19 had all the elements met.  That this was -- well, perhaps

5    we should go through that.  What, in your opinion, is

6    missing from the Graupe '''818 with respect to Claim 19?

7    A.         Can I see Claim 19?

8    Q.         Yes.  Can we put Claim 19 up, please.

9               What is missing from Claim 19?

10   A.         Nothing is missing from Claim 19.

11   Q.         Nothing.  So Graupe '''818 has everything that

12   is shown here in Claim 19?

13   A.         Yes.

14   Q.         Can we go to Claim 14, please?

15              And what, if anything, is missing from Claim 14

16   in the Graupe '''818 patent?

17   A.         Determining the effect on the amplitude and

18   phase of a signal in said transmission channel as a function

19   of frequency of acoustic feedback between said receiver and

20   microphone.

21   Q.         Again, if the jury disagrees with you on that,

22   is there anything else in this claim that, in your opinion,

23   the Graupe '818 patent doesn't have?

24   A.         No.

25   Q.         And the same with Claim 13?

Matzen - redirect

1   A.          My analysis.

2   Q.          Does the Graupe '818 have a programmable filter

3   that affects substantial reduction of acoustic feedback?

4   A.          In my opinion, not really.

5   Q.          Why not?

6   A.          Because due to the fact that the forward channel

7   is not considered when the coefficients are determined, the

8   coefficients do not include any errors in the transmission

9   channel.  And being that there is no errors corrected for

10  the reduction of the feedback would not be as good as it

11  would if they were considered.  So it isn't substantial.  It

12  does do some reduction, but it is not substantial reduction.

13  Q.          So what is your opinion as to whether Graupe

14  '818 anticipates Claim 19?

15  A.          In my opinion, it does not.

16  Q.          In the Weaver circuit, the Weaver thesis

17  circuit, the GH-hat, that was the echo estimator?

18  A.          Yes.

19  Q.          Was that in the feedback path?

20  A.          No, it was not.

21  Q.          Why not?

22  A.          Again, it's because it was inside of the total

23  circuitry of the Weaver estimator, and that resided in a

24  location between the microphone and the amplifier and was

25  not connected to the output of the transmission channel,

```
 1              THE COURT:  Do you think you can get your
 2  positions on JMOL on the record in the next 25 minutes?  By
 3  4:30?  Well, let's start.  Let me hear from defendants
 4  first.
 5              In the interest of full disclosure, I am going
 6  to forewarn you that this is a pro forma exercise I think we
 7  must go through but I'm going to reserve on these motions.
 8  Okay?
 9              MS. GRAHAM:  We will be splitting these up, Your
10  Honor.
11              THE COURT:  Yes, I'm really wondering how much I
12  have to be here, quite frankly.
13              MS. GRAHAM:  It's kind of like Congress.
14              THE COURT:  I know.  Go ahead.
15              MS. GRAHAM:  And actually, we're hoping that
16  particularly on one of them that Your Honor will in fact
17  consider it, and that is with respect to willful
18  infringement.
19              THE COURT:  I'll listen.
20              MS. GRAHAM:  And we filed a written JMOL.
21              THE COURT:  Why don't you turn that around?
22              MS. GRAHAM:  That would be good.  If I might
23  just grab one thing, Your Honor?
24              THE COURT:  Sure.
25              MS. GRAHAM:  As Your Honor knows, Seagate has
```

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 27, 2008, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on March 27, 2008 upon the following parties:

| | |
|---|---|
| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson<br>PEPPER HAMILTON LLP<br>**johnsone@pepperlaw.com** |
| | Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>**etg@hunton.com** |
| REPRESENTING WIDEX A/S AND WIDEX HEARING AID CO. INC. | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**dreid@mnat.com** |
| | William H. Mandir<br>SUGHRUE MION PLLC<br>**wmandir@sughrue.com** |
| | David J. Cushing<br>SUGHRUE MION PLLC<br>**dcushing@sughrue.com** |
| | Carl J. Pellegrini<br>SUGHRUE MION PLLC<br>**cpellegrini@sughrue.com** |
| | Brian K. Shelton<br>SUGHRUE MION PLLC<br>**bshelton@sughrue.com** |

| | |
|---|---|
| REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com;**<br>**mbgeservice@mnat.com** |
| | John M. Romary<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER<br>**john.romary@finnegan.com** |
| | C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER<br>**c.gregory.gramenopoulos@finnegan.com** |

The undersigned also hereby certifies that on March 27, 2008, true and correct copies of the foregoing were caused to be served by hand upon the following Delaware counsel:

Edmond D. Johnson
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE  19899-1709

*/s/ Donald E. Reid*

_____

Donald E. Reid (#1058)