Exhibit 2

*The United States of America*

## The Commissioner of Patents and Trademarks

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person or persons having title to this patent the right to exclude others from making, using or selling the invention throughout the United States of America for the term of seventeen years from the date of this patent, subject to the payment of maintenance fees as provided by law.*

*Acting Commissioner of Patents and Trademarks*

*Attest*

EXHIBIT

JX 2

ETG00002282

# NOTICE

*If the application for this patent was filed on or after December 12, 1980, maintenance fees are due three years and six months, seven years and six months, and eleven years and six months after the date of this grant, or within a grace period of six months thereafter upon payment of a surcharge as provided by law. The amount, number, and timing of the maintenance fees required may be changed by law or regulation.*

ETG00002283

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 4,879,749

DATED : Nov. 7, 1989

INVENTOR(S) : Levitt et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

First page, 2nd col., 3rd line of ABSTRACT, "as" should read
--are--.

Col. 11, line 5, "hearing a" should read --hearing aid--.

Col. 12, line 52, "acoutical" should read --acoustical--.



Signed and Sealed this

Sixteenth Day of October, 1990

Attest:

*Marthinia A. Thompson*

Attesting Officer

*Harry F. Manbeck, Jr.*

HARRY F. MANBECK, JR.

Commissioner of Patents and Trademarks

# United States Patent [19]

## Levitt et al.

[11] **Patent Number:** **4,879,749**

[45] **Date of Patent:** **Nov. 7, 1989**

[54] **HOST CONTROLLER FOR PROGRAMMABLE DIGITAL HEARING AID SYSTEM**

[75] Inventors: **Harry Levitt,** Livingston, N.J.; **Richard S. Dugot,** New York, N.Y.; **Kenneth W. Kopper,** River Edge, N.J.

[73] Assignee: **Audimax, Inc.,** Hackensack, N.J.

[21] Appl. No.: **155,374**

[22] Filed: **Feb. 12, 1988**

### Related U.S. Application Data

[62] Division of Ser. No. 879,214, Jun. 26, 1986, Pat. No. 4,731,850.

[51] Int. Cl.⁴ ...................... H04R 29/00; H04R 25/00
[52] U.S. Cl. ................................ 381/68.4; 73/585; 381/60; 381/68; 381/93
[58] Field of Search .................... 381/68.4, 68, 60, 83, 381/93; 73/585; 324/73 R, 73 AT, 73 PC

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,263,233 | 11/1941 | Bürck | 381/83 |
| 2,723,316 | 11/1955 | Goodell et al. | 381/83 |
| 3,105,877 | 10/1963 | Miller et al. | 381/83 |
| 3,257,510 | 6/1966 | Burkhard | 381/93 |
| 3,429,999 | 2/1969 | Stover | 381/93 |
| 3,651,266 | 3/1972 | Queen | 381/83 |
| 4,099,035 | 7/1978 | Yanick | 381/94 |
| 4,109,116 | 8/1978 | Victoreen | 381/93 |
| 4,191,864 | 3/1980 | Sopher | 381/60 |
| 4,378,468 | 3/1983 | Braun | 381/93 |

| | | | |
|---|---|---|---|
| 4,449,237 | 5/1984 | Stepp et al. | 381/93 |
| 4,453,039 | 6/1984 | Ferrieu | 381/93 |
| 4,471,171 | 9/1984 | Köpke | 381/60 |
| 4,747,144 | 5/1988 | Admiraal et al. | 381/83 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 209894 | 1/1987 | European Pat. Off. | 381/93 |
| 3624764 | 1/1988 | Fed. Rep. of Germany | 381/93 |
| 1305359 | 1/1973 | United Kingdom | 381/93 |

#### OTHER PUBLICATIONS

*Hearing Instruments,* Feb. 1977, Frye, George, J., "Computerized Hearing Aid Testing", pp. 14 and 29.

*Primary Examiner*—Jin F. Ng
*Assistant Examiner*—Danita R. Byrd
*Attorney, Agent, or Firm*—Brumbaugh, Graves, Donohue & Raymond

[57] **ABSTRACT**

A host controller for producing data from a computer for a programmable filter of a hearing aid to cancel feedback in which phase shift and gain control means as adjusted by the computer to generate a feedback cancellation voltage which is supplied to the hearing aid for summation of the feedback and feedback cancellation voltages by the hearing aid and in which the summed feedback and feedback cancellation voltages are returned to the host controller for further adjustment of said phase shift and gain control means until feedback has been cancelled. The host controller then transmits to the programmable filter the phase shift and gain control data necessary to cancel feedback.

**6 Claims, 4 Drawing Sheets**





FIG. 1

ETG00002286

**U.S. Patent**    Nov. 7, 1989    Sheet 2 of 4    **4,879,749**



FIG. 2

ETG00002287



FIG. 3



FIG. 5

ETG00002288

FIG. 4

4,879,749

1

## HOST CONTROLLER FOR PROGRAMMABLE DIGITAL HEARING AID SYSTEM

This application is a division of application Ser. No. 879,214, filed on June 26, 1986 now U.S. Pat. No. 4,731,850.

This invention relates to hearing aids, and more particularly to hearing aids that are programmable so as to have suitable characteristics to compensate for the hearing deficiencies of a patient. More specifically, it relates to hearing aids of this character that are capable of automatically adjusting to optimum parameter values as operating conditions such as speech level, room reverberation and background noise change, and also for reducing acoustic feedback.

## BACKGROUND OF THE INVENTION

Conventional hearing aids suffer from several shortcomings. It is difficult if not impossible with conventional hearing aids to provide a frequency-gain characteristic that is ideal for each individual user. The acoustic coupling between the hearing aid receiver and the eardrum also introduces changes in the frequency-gain characteristic that is usually deleterious to both speech intelligibility and overall sound quality. For many patients, the optimum frequency-gain characteristic varies as a function of the level of the speech signal reaching the hearing aid. In order to protect patients from uncomfortably or dangerously loud signals, it is also necessary to limit the maximum acoustic power output of the hearing aid in some way. The methods used to limit acoustic power output of hearing aids typically introduce deleterious distortions to the amplified speech signal.

Another common problem is that of acoustic feedback. Even in the best designed hearing aids, not all of the amplified acoustic signal is delivered to the eardrum. A small proportion of the amplified acoustic signal leaks back to the hearing aid microphone forming an acoustic feedback loop. If the gain of the hearing aid is sufficiently high, this acoustic feedback will cause a self-generating oscillation to occur, resulting in an unwanted and highly unpleasant whistling sound. These acoustic oscillations prevent the hearing aid from being used. Methods of acoustic feedback control that are typically used include a tighter acoustic seal between the earmold and the walls of the ear canal so as to reduce acoustic leakage, placing the microphone at some distance from the hearing aid receiver, e.g. on the opposite ear, or simply reducing the gain of the hearing aid. None of these methods provides a satisfactory solution for high-gain hearing aids.

One of the most common complaints of hearing aid users is that background noise is particularly damaging to the understanding of speech. Methods currently used to reduce background noise in hearing aids employ filtering techniques in which the frequency regions containing high noise levels are eliminated.

Another common problem is that of room reverberation produced by acoustic reflections off the walls, ceiling, floor, and other surfaces in a room. A small amount of reverberation is beneficial but too much reverberation will make a room sound hollow or echoic and will interfere with both the quality and the intelligibility of speech.

Systems have been proposed heretofore utilizing computers for testing the hearing of patients and gener-

2

ating programming for a programmable hearing aid, as disclosed in "Computer Application in Audiology and Rehabilitation of the Hearing Impaired" by Harry Levitt, *Journal of Communication* Disorders 13 (1980), pages 471–481, and in the U.S. Pat. Nos. 4,187,413 to Moser, 4,489,610 to Slavin, and 4,548,082 to Engebretson et al., for example. None of these systems, however, affords a satisfactory solution for the problems of acoustic feedback, background noise, room reverberation and changes in the optimum frequency-gain characteristic resulting from variations in the level of the speech signal reaching the hearing aid.

It is an object of the invention, accordingly, to provide a new and improved hearing aid system that is free of the above-noted deficiencies of the prior art.

Another object of the invention is to provide new and improved hearing aid apparatus of the above character which is capable of automatically adjusting to an optimum set of parameter values as the speech level and type of background noise change.

A further object of the invention is to provide new and improved hearing aid apparatus of the above character in which acoustic feedback is substantially reduced.

Still another object of the invention is to provide new and improved hearing aid apparatus that is capable of effective noise and reverberation suppression and acoustic feedback reduction while maintaining optimum hearing characteristics as the speech and noise levels vary.

## SUMMARY OF THE INVENTION

A hearing aid system according to the invention comprises a hearing aid that is programmable so as to have optimum electro-acoustic characteristics for the patient and acoustic environment in which it is used. It also includes instrumentation for measuring relevant audiological characteristics of the patient, as well as techniques and instrumentation for programming the hearing aid to have selected characteristics to compensate for hearing deficiencies determined from the measurements made. Desirably, several sets of optimum hearing aid parameter values, specified in terms of both the amplitude and phase characteristics, are determined for the patient as a function of speech level, type of background noise, and room reverberation, both spectral and temporal characteristics of the noise being taken into account. The selected optimum parameter values are preferably programmed into an electronically erasable, programmable read only memory (EEPROM) which supplies coefficients to programmable filter and amplitude limiting means in the hearing aid so as to cause the hearing aid to adjust automatically to the optimum set of parameter values for the speech level, room reverberation, and type of background noise then obtaining.

In one form, the programmable filter may be a digital equivalent of a tapped delay line in which each delayed sample is multiplied by a weighting coefficient. The sum of the weighted samples generates the desired electroacoustic characteristics. Alternatively, the programmable filter may be a tapped analog delay line in which the sum of the weighted outputs of the taps generates the desired characteristics. An important advantage of the latter type of filter is that the power consumption is low and quasidigital techniques can be used, i.e., the waveform is sampled at discrete intervals in time without analog-to-digital conversion.

ETG00002290

3

4,879,749

4

Another form of filter uses a small number of delays in which the delayed output is multiplied by a coefficient and added to the filter input so as to achieve additional delays, a technique known as recursive filtering.

The invention also provides means for reducing acoustical feedback. In one embodiment, an electrical feedback path in the hearing aid is matched in both amplitude and phase to the acoustic feedback path and the two feedback signals are subtracted so as to cancel each other. In an alternative embodiment, a single filter in the forward path is used with a transmission characteristic equivalent to that of the filter in the forward path plus the electrical feedback path.

Environmental noise control is effected according to the invention by providing means for sensing the relative speech/noise content in the signals from the hearing aid microphone and generating binary words that are supplied to the programmable filter for selecting from a memory a set of delay line tap coefficients that are effective to impart to the filter the appropriate frequency response for the specific environmental noise condition then being detected.

According to the invention, reduction in both noise and reverberation is achieved by the use of two or more microphones. The output of each microphone is processed in both amplitude and phase such that the summed output of the microphones is analogous to the output of a frequency selective directional microphone.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

For a better understanding of the invention, reference is made to the following detailed description of a representative embodiment taken in conjunction with the accompanying drawings, in which:

FIG. 1 illustrates schematically a host controller for use in ¸prescribing a wearable, programmable hearing aid according to the invention;

FIG. 2 illustrates schematically one form of programmable hearing aid according to the invention which utilizes a digital delay line filter;

FIG. 3 shows a set of optimum frequency-gain characteristics appropriate for different speech levels for a typical hearing impaired subject;

FIG. 4 is a partial schematic diagram of the hearing aid shown in FIG. 2, modified to utilize an analog delay line filter; and

FIG. 5 shows schematically how multiple microphones can be used according to the invention to reduce both noise and reverberation.

A hearing aid system according to the invention comprises generally a wearable, programmable hearing aid in which all operations are controlled by data stored in an erasable electrical programmable read only memory (EEPROM), and a host controller providing electrical signals and test sounds as necessary for measuring the residual hearing of a subject, establishing optimal hearing aid parameters for the subject (including the phase relationship between input and output) and generating control signals as necessary to program the EEPROM module to perform the desired operations in the hearing aid.

## THE HOST CONTROLLER

Referring first to FIG. 1, the host controller 20 is shown as comprising an audiometric signal generator 21 including a signal generator 22, the frequency of which is controllable by a digital-to-analog (D/A) converter

23 controlled by a computer 24 through a latch 25. The output level of the signal generator is adapted to be adjusted by an attenuator 26 also controlled by the computer 24, through a latch 27. The output of the attenuator 26 is supplied to one terminal 28 of a switch 29, from which it can be transmitted through an amplifier 119 and a switch 120 to a terminal connector 121.

The host controller 20 also includes a phase measurement circuit comprising a digital phase shifter 30 which is adapted to receive the output voltage of the hearing aid through a connector 31 and a programmable gain amplifier 32, the gain of which is controllable by the computer 24 through the latch 33.

In adjusting a hearing aid for reduced feedback as described below, the input voltage developed by the hearing aid microphone in response to acoustic feedback alone when a test signal is supplied to the hearing aid is summed with an electrical feedback voltage supplied to the terminal 144 by the phase shifter 30 as an acoustical feedback cancellation voltage. The summed acoustic and electrical feedback voltages from the hearing aid are supplied from the terminal 34 through the engaged movable and fixed contacts 35 and 36 of a switch 37, a programmable gain amplifier 38, a rectifier 39 and an analog to digital (A/D) converter 40 to the computer 24. In effecting the adjustment, the gain of the amplifier 32 and the phase shifter 30 are adjusted until a null output from the A/D converter 40 is read by the computer 24, indicating cancellation of the electrical and acoustic signals. The settings of the phase shifter 30 and the amplifier are then used to program an EEPROM in the hearing aid so as to cancel acoustic feedback.

The programmable gain amplifier 38 is controlled by the computer 24 through a latch 41, and the digital phase shifter 30 is also controlled by the computer 24 through the latches 42 and 43.

Additional components of the host controller 20 are programming logic comprising the latches 44 and 45 and a conventional tri-state buffer 46 which are activated in response to the computer 24 to provide the necessary signals to program the EEPROM and control the hearing aid during testing and programming, as described in greater detail below.

A conventional tape player 47 is also provided for generating various sound combinations for testing of a patient's hearing. The tape player 47 is controlled by the computer 24 through a latch 48 and its output level is adapted to be controlled by an attenuator 49, also controlled by the computer 24, through a latch 50. The output of the attenuator 49 is supplied to the movable contact 51 of a switch 52 which is controllable to supply the output either to a connector 53 to a sound field system, or to a fixed contact 54 on the switch 29 for supply to the hearing aid, as described in greater detail below. The switches 29 and 52 and the tri-state buffer 46 are adapted to be controlled by the computer 24 through the latch 44.

The respective latches 27, 25, 42, 43, 33, 40, 41, 44, 45, 48 and 50 are adapted to be controlled by the computer 24 through an address decoder 55 and Read/Write logic 56.

## THE HEARING AID

Referring now to FIG. 2, a wearable hearing aid according to the invention comprises a microphone 57, the output of which is fed through a programmable automatic gain control (AGC) circuit 58 and a switch

ETG00002291

4,879,749

5                                                    6

59 to one terminal of summing amplifier 60. In normal operation, amplifier 60 supplies the signal through the conductors 61 and 62 and a filter 63 to a programmable filter 64 which is adapted to be programmed in the manner described below to produce optimum hearing aid characteristics for the patient based on the measurements made of the patient's residual hearing. The output of the programmable filter 64 is fed from the movable contact 65 of the volume control 66, through a programmable limiter 67, and an amplifier 68 to the hearing aid receiver 69.

The programmable filter 64 comprises essentially a digital tapped delay line including a 12 bit A/D converter 70, which supplies outputs to a $32 \times 12$ random access memory (RAM) 71, a 12 bit temporary register 72, nd a 12 bit D/A converter 73. The signal supplied to the RAM 71 is sampled by a 5 bit up-down counter 74 controlled by timing logic 75 connected to receive clock signals from an oscillator divider 76 oscillating at a frequency at least twice the audio signal band width.

The characteristics of the programmable filter 64 are determined by coefficients stored in a random access memory (RAM) 77 which are selected and fed to a 7 bit D/A converter 78, the output of which is supplied to the D/A converter 73 for multiplication of the sampled data by a selected coefficient from the RAM 77. The output of the D/A converter 73 is summed in a conventional charge transfer summing circuit 78a and the sum signal is supplied through a sample and hold circuit 79 to a conventional anti-imaging filter 80. The output of the filter 80 is fed through the movable contact 81 of a switch 83 and a fixed contact 82 thereof to the volume control 66 and eventually to the receiver 69.

The coefficients stored in the RAM 77 when the hearing aid is in operation are provided essentially by an EEPROM 84 previously programmed by the host controller 20 (FIG. 1) as described in greater detail hereinafter. On power-up, the filter coefficients and limit parameters are transferred from the EEPROM 84 to the RAM 77 as follows: Tri-state switches 85 and 86 are enabled and power is supplied to the EEPROM 84 from a power-up control circuit 87. A switch 88 is now activated to connect an 11 bit counter 89 to the RAM 77 through the switch movable contact 90. The power-up control circuit 87 acting through the tri-state switch 85 supplies reset pulses to a divide-by-12 counter 91, to the 11 bit counter 89 and to a series parallel converter 92.

The power-up control circuit 87 also supplies clock pulses to the series parallel converter 92 and to the divide-by-12 counter 91 such that after every twelfth clock pulse, data is transferred from the EEPROM 84 through the series parallel converter 92 and the tri-state switch 86 to one of the memory locations in the RAM 77 as determined by the 11 bit counter 89. These steps are repeated as many times as are required to transfer all of the data stored in the EEPROM 84 to the RAM 77. When that occurs, the tri-state switch 86 is disabled and supplies a signal to the switch 88 to connect the movable contact 90 thereof to the fixed contact 93, which is connected to the movable contact 94 of a switch 95 and to the 5 bit counter 74 and the RAM 71. The hearing aid is then in its normal operating mode.

Automatic adjustment of the hearing aid to take into account environmental conditions such as changes in the speech level and type of background noise obtaining at any time is effected by environmental control means comprising a speech detector 96, four band pass filters 97, 98, 99 and 100, and a level detector including four

differently prebiased comparators 101, 102, 103 and 104. Typical bandwidths for the filters 97, 98, 99 and 100 might be 100–750 Hz, 750–1500 Hz, 1500–3000 Hz, and 3000 to the upper frequency limit, respectively. The speech detector 96 is conventional and may include a level detector followed by a short term averaging device. For steady state noise, the output of the level detector will be relatively constant, indicating that noise only is present. Whenever fluctuations in level are within a prescribed bandwidth typical of speech, the short term average increases, indicating that speech is present. The speech detector 96 is clocked periodically by signals from the oscillator divider 76 to provide either a zero output indicative of noise or a one output indicative of speech periodically to each of a plurality of sample and hold circuits 105, 106, 107 and 108. The outputs of the band pass filters 97, 98, 99 and 100 are rectified in the rectifiers 109, 110, 111 and 112, respectively, and fed to the sample and hold circuits 105–108, respectively, the outputs of which are fed to the comparators 113, 114, 115 and 116, respectively. The outputs of the rectifiers 109–112, respectively, are also supplied directly as inputs to the comparators 113–116, respectively.

So long as there is a one output from the speech detector 96 indicating the presence of speech in the input, the instantaneous outputs of each of the band pass filters 97–100 are compared with previous values held in the sample and hold circuits 105–108, causing the comparators 113–116, respectively, to generate a binary coefficient (0,1) indicating whether or not the speech level in the associated band pass filter exceeds the noise level. At the same time, a level detector 117 responsive to the respective outputs of the comparators 101–104 generates a two bit coefficient indicating the average signal level.

The outputs of the comparators 113–116, inclusive, and of the input level detector 117 are fed to latching means 118, which provides a six bit output that is adapted to be transmitted through the switches 95 and 88 to the RAM 77. Whenever the output of the speech detector 96 indicates that speech is present, the binary outputs of the four filter comparators 113–116, inclusive, and that of the average level detector 117 are transmitted to the RAM 77 through the control switches 95 and 88. These binary words are updated at regular intervals at a clock rate determined by the oscillator divider 76, as stated. Each of the sixty-four possible combinations of the 6 bit binary words identifies a different frequency response for the programmable filter,and a corresponding set of coefficients stored in the RAM 77 is selected, thereby automatically adjusting the hearing aid to the optimum set of parameter values as the speech level and type of background noise change.

In prescribing hearing aids with the use of the host controller, the subject is seated in a quiet room with the hearing aid inserted in his ear. The hearing aid is connected to the host controller by an electrical cable (not shown); thereby placing it directly under the control of the host controller. The prescriptive procedure usually consists of five stages:

(1) measurement of the subject's residual hearing;

(2) derivation of an appropriate set of electroacoustic characteristics of the hearing aid from such measurements, and programming the hearing aid accordingly;

(3) measuring acoustic feedback in the hearing aid;

ETG00002292

4,879,749

7

(4) re-programming the hearing aid to minimize acoustic feedback; and

(5) paired comparison testing of possible alternative settings of the hearing aid to determine the optimal hearing aid settings for the subject.

The subject's residual hearing is measured using signals generated by the audiometric section 21 in the host controller 20 (FIG. 1). These signals are delivered to the hearing aid via the switch 29, an amplifier 119, a switch 120, a connector 121, a connector 122 in the hearing aid, and the conductor 62. The signals are processed by the digital programming filter and associated circuitry in the hearing aid and are delivered to the subject's ear using the hearing aid receiver and associated coupling that the subject will actually wear after the hearing aid is prescribed. This procedure eliminates the need for any corrections in going from headphone to sound field measurements. The measurements are usually obtained with narrow band stimuli (tones, warble tones, or narrow band noise) and include threshold of hearing, various loudness levels (comfortable, loud) and loudness discomfort level.

The measurements obtained on the patient's residual hearing are used in deriving the electroacoustic characteristics of the hearing aid. The measurements of loudness discomfort level are used to program the limiter 67 so that sounds amplified by the hearing aid never exceed the patient's loudness discomfort level. The measurements of auditory threshold, most comfortable loudness level, and loudness discomfort level are used to determine the frequency gain characteristics of the hearing aid.

FIG. 3 shows four frequency-gain characteristics for a typical patient. Curve A is used when the speech signal reaching the hearing aid is relatively low, as would occur when somebody speaks in a very soft voice. Under these conditions the hearing aid provides a large amount of gain, particularly in the high frequencies. This is done to ensure that the speech spectrum is placed above the patient's threshold of hearing at all frequencies.

Curve B is used when the incoming speech signal is at the low end of the comfortable loudness range for a normal hearing person. The amplification provided places the speech spectrum at the bottom of the patient's most comfortable loudness range at all frequencies.

Curve C is used when the level of the incoming speech is moderately loud for a normal hearing person. The amplification provided places the speech spectrum at the top of the patient's most comfortable loudness range for all but the lowest frequencies. Less gain is provided at the low frequencies to reduce upward spread of masking effects; e.g., weak high-frequency sounds being masked by intense low frequency sounds.

Curve D is used when the signals reaching the hearing aid are very loud for a normal hearing person. Under these conditions the hearing aid provides relatively little gain with a significant roll off in the low frequency region in order to substantially reduce upward spread of masking effects.

A set of coefficients is derived for each of these frequency gain characteristics. These coefficients are derived using procedures that are well known in the field of digital signal filtering and are used to program filter 64 so that the hearing aid produces the required frequency-gain characteristic. The filter coefficients are stored in the RAM 77.

8

The level of the incoming speech signal is determined by the level detectors 101, 102, 103 and 104. The decoder 117 generates a binary word depending on the outputs of these level detectors. This binary word is transmitted to the RAM 77, in order to select the appropriate set of filter coefficients. If the signal reaching the hearing aid consists of speech plus noise, as determined by the speech detector 96, then alternative frequency-gain characteristics are used. These frequency-gain characteristics are derived by first determining the incoming signal level, as described above, selecting an appropriate frequency-gain characteristic and then reducing the gain in those frequency regions where the background noise level exceeds the speech level. This is determined by comparing the output levels of the band-pass filters 97, 98, 99, and 100 when speech is present to the corresponding levels measured when noise only is present. The latter information is stored in the sample and hold units 105, 106, 107 and 108. The comparisons are done by means of the comparators 113, 114, 115, and 116. The outputs of these comparators in combination with the outputs of the level decoder, 117, generate a 6-bit word that selects the appropriate set of filter coefficients in the RAM 77.

For patient hearing parameter selection and programming, the hearing aid is interfaced with the host controller as described above, and the EEPROM 84 (FIG. 2) is plugged into a programming slot 124 in the host controller 20. A conductor in the line 125 (FIG. 1) is set to logic 1 by operation of the computer 24 which applies a logic 1 signal to the line 126 (FIG. 2), resulting in the tri-state switch 85 being disabled and the switch 88 being activated by an OR gate 127 to move the switch movable contact 90 to connect the counter 89 to the RAM 77. The host controller 20 generates reset pulses which are transmitted over a conductor in the line 128 (FIG. 1) through the connector 129 and the line 130 in the hearing aid (FIG. 2) to reset the counters 91 and 89 and the series-to-parallel converter 92.

Clock signals are fed from the host controller 20 over another conductor in the line 128 through a connector 131 and a conductor 132 in the hearing aid to the serial-to-parallel converter 92 and are divided by 12 in the counter 91, the output of which is fed through the switch 88 to the RAM 77. Sychronously with the clock signals on the line 132, data are fed from a conductor in the line 128 in the host controller 20 and through a connector 133 and a conductor 134 in the hearing aid to the serial-to-parallel converter 92. After every twelfth clock signal, data is transferred from the serial-to-parallel converter 92 through the tri-state switch 86 to one of the memory locations in the RAM 77 determined by the counter 89. This step may be repeated as many times as required to store essential data in the RAM 77 within the storage limits of the latter. The line 126 is then set to logic 0 by operation of the computer 24 through a conductor in the line 125, thus disabling the tristate switch 86 and actuating the switch 88 to cause the movable contact 90 thereof to move into engagement with the fixed contact 93 resulting in the connection of the RAM 77 to the counter 74 and to the RAM 71. The hearing aid is now ready for patient hearing parameter selection and programming.

The selection of the desired hearing aid parameters is accomplished by actuating the computer 24 to set the line 135 in the hearing aid (FIG. 2) to logic 1 through a conductor in the cable 128 and a connector 136 on the hearing aid. This activates the switch 95 and supplies

ETG00002293

4,879,749

9

data in the form of 6 bit words from the series-to-parallel converter 92 over the line 137 through the movable contact 94 of the switch 95 and the movable contact 90 of the switch 88 to the RAM 77. The series-to-parallel converter 92 is reset by a signal from the computer 24 (FIG. 1) transmitted through a conductor in the line 128 and the connector 129 and conductor 130 in the hearing aid, and a 6 bit word is fed into the converter 92 and placed on seven of the address lines of the RAM 77, selecting one of sixty-four possible sets of coefficients for use in the programmable filter in the hearing aid. The selection proceeds in the like fashion throughout the process of frequency shaping of the filter.

Feedback cancellation is achieved in the hearing aid by first measuring the acoustic feed back in situ and then creating an electronic feedback path with identical amplitude and phase characteristics. The outputs of the two feedback paths are then subtracted, thereby cancelling any feedback signals that might occur.

Acoustic feedback is measured with the hearing aid in the ear as it would normally be worn. An electrical test signal is applied to the terminal 122 (FIG. 2) from the host controller 20. A portion of this amplified acoustic signal will leak through the ear mold and reach the microphone 57, which will then convert the signal back to electrical form and return it to the hearing aid amplifier. Feedback will occur if the total gain in the loop, i.e., from the input to the filter 63 through the filter and amplifier of the hearing aid to the output transducer 69 and from the microphone 57 back to the input to the filter 63, exceeds unity.

For the purpose of this measurement, the feedback loop is broken between 140 and 122. Terminal 140 of the hearing aid is then connected to terminal 34 of the host controller, terminal 142 of the hearing aid is connected to terminal 31 of the host controller, and terminal 143 of the hearing aid is connected to terminal 144 of the host controller. The programmable phase shifter 30 and programmable amplifier 32 are then adjusted by the computer 24 so as to minimize the sum of the acoustic and electrical feedback signals of the output of summing amplifier 60.

From the settings obtained with the phase shifter 30 and amplifier 32 at cancellation (at the "null"), the host controller calculates a set of coefficients for a programmable filter to be inserted in the electrical feedback path between terminals 142 and 143 so as to cancel the acoustic feedback.

If desired, the additional programmable filter in the feedback path of the hearing aid can be eliminated by calculating the effective gain of both the forward and feedback paths and modifying the programmable filter 64 so as to include this additional gain. This implementation necessarily requires an adjustment to both the amplitude and phase characteristics of the filter 64. Alternatively, filter 64 can be placed in the feedback path with appropriate changes in the coefficients.

The setting of the hearing aid is then checked using a paired comparison technique to determine if optimum frequency response characteristics for the patient have been obtained. This involves the provision in the host controller of one or more additional programmable filters adjusted to have frequency responses that differ systematically from that prescribed using the above procedure. In the practice of this technique, the patient compares the prescribed hearing aid against an alternative hearing aid by replacing the prescribed filter and limiter with components having alternative electro-

10

acoustic characteristics by actuation of a select switch 123 in the host controller 20. The patient listens to speech through the hearing aid, switching back and forth between 2 sets of electroacoustic characteristics at will by means of the switches 123A and 123B, choosing the characteristic which is more intelligible or preferable in some way. Paired comparisons made in this manner may be repeated with systematic deviations from the prescribed frequency response in order to determine whether another frequency response would be more intelligible or preferable. If a better response is found, the paired comparison procedure may be repeated iteratively until the optimum set of electroacoustic characteristics is found. Adaptive strategies for finding the optimum electro-acoustic characteristics are described in Levitt et al., Journal of Rehabilitation Research and Development, Vol. 23, No. 1, 1986, pages 79–87.

In normal operation, the EEPROM 84, with the optimum coefficients determined as described above stored therein, is plugged into the hearing aid, and when power is turned on the coefficients are transferred from the EEPROM 84 into the RAM 77. From then on the EEPROM is inactive in order to save power. The operating sequence is as follows: On power-up the tri-state switches 85 and 86 are enabled, power is supplied to the EEPROM 84 from the power-up control circuit 87, and the switch 88 is activated to connect the counter 89 to the RAM 77. The power-up circuit control 87 supplies reset pulses to the counters 89 and 91 and to the series-to-parallel converter 92, and clock pulses to the counter 91, the converter 92 and the EEPROM 84. After every twelfth clock pulse, data is transferred from the series-to-parallel converter 92 through the tri-state switch 86 to one of the memory locations in the RAM 77 determined by the counter 89. This step is repeated until all the data stored in the EEPROM 84 have been transferred to the RAM 77. The tri-state switch 86 is then disabled and the switch 88 is connected to the switch 37, the counter 74 and the RAM 71.

The hearing aid is now in its normal operating mode and speech detected by the microphone 57 is amplified in the programmable automatic gain control circuit 58 and transmitted through the amplifier 60, the filter 63 and the low pass filter 63a into the programmable filter circuitry.

A so-called "bucket brigade" analog delay line may be used as a programmable filter instead of the digital delay line described above, as shown in FIG. 4. Thus, the audio signal may be fed from the filter 63a through a compressor 145 to a delay line 146 having, say, thirty-two taps therealong. The delay line 146 is clocked by a 50% duty cycle signal at a frequency equal to at least twice the audio signal bandwidth. During the logic "1" period of the clock, the audio signal is supplied into the next stage of the analog delay line. On the falling edge of the clock signal, the analog signal is held in the next stage. During the logic "0" period of the clock, an analog multiplexer 147 selects one of the thirty-two taps of the delay line and feeds the signal therefrom into the input of a 7 bit D/A converter 148. The signal is divided down in a resistance ladder in the converter 148 as determined by a 7 bit word from the RAM 77, the address of which is specified by the counter 89.

The divided down voltage is then given a plus or minus sign as determined by a bit from the series-parallel converter 92 and is fed to a switched capacitor summing circuit 149. The analog multiplexer 147 proceeds to the next tap and repeats the process just described for

ETG00002294

4,879,749

**11**

a total of thirty-two times. The thirty-two voltages thus derived are summed in the summing circuit 149 and transferred to a sample and hold circuit 150, the output of which is expanded in an expander 151 and supplied through the filter 80 to the hearing a receiver 69.

An analog tapped delay line in which the delays are achieved acoustically might also be employed in a programmable hearing aid filter according to the invention, instead of the digital and analog delay lines described above. This might be accomplished by feeding the hearing aid electrical signals to a transducer to generate sound to travel along a tube of appropriate length and having taps in the form of miniature microphones disposed along the tube. The signals at the taps would be multiplied by selected predetermined coefficients and added to produce a resultant characteristic much in the same manner as described above.

By using an array of two or more microphones on the body (e.g., along the frame of a pair of spectacles), the weighting coefficients can be chosen in the manner described above such that the weighted summed output of the microphones, with an appropriate phase shift, is equivalent to the output of a frequency selective directional microphone. This will reduce the effects of both noise and room reverberation. A typical configuration is shown in FIG. 5 as comprising the microphones 155 and 156 supplying inputs to amplifiers 157 and 158, the gain and phase characteristics of each of which is programmable from the RAM 77 in the hearing aid. The outputs of the programmable gain amplifiers 157 and 158 are summed in a summing amplifier 159, the output of which would be supplied to the programmable AGC device 58.

Automatic adjustment of the frequency response of the hearing aid as a function of speech level may also be effected by placing the programmable filter in a feedback loop in series with a programmable compression amplifier. Since the degree of feedback depends on signal level, the overall frequency response also depends on signal level.

The components shown in FIGS. 2, 4 and 5 may be incorporated in the hearing aid or part may be contained in a pocket size case to be carried in the clothing of the person wearing the hearing aid. In the latter case, the components contained in the case may be coupled to the components in the hearing aid by a conventional FM transmission link, for example.

The invention thus provides a novel and highly effective hearing aid system for use by hearing impaired patients. By utilizing a digital or analog delay line as a programmable filter in a hearing aid, it is possible to establish optimal hearing aid parameters for the patient. Moreover, by virtue of the novel means employed for effecting automatic adjustment of the programmable filter to optimum parameter values as the speech level, room reverberation and type of background noise change and for reducing acoustic feedback, a superior hearing aid system of optimum characteristics can be prescribed for hearing deficient patients.

**12**

The several embodiments described above and depicted in the drawings are intended to be only illustrative, and modifications in form and detail are possible within the scope of the following claims. For example, more than four bandwidth filters and different frequency bands might be employed. Also, the number of taps on the digital filter may be greater than 32 as in the specific embodiment described above and the A/D converter may, of course have more than 12 bit resolution.

We claim:

1. A host controller for producing data from a computer for a programmable hearing aid to cancel acoustic feedback comprising means for receiving signals from the hearing aid and measuring phase and amplitude, means for receiving signals from the hearing aid indicative of the summation of acoustic feedback and acoustic feedback cancellation signals, and means controlled by the computer for adjusting the phase and amplitude necessary to eliminate acoustic feedback and produce a null summation.

2. A host controller as set forth in claim 1 including means controlled by the computer for transmitting phase shift and amplitude data to program the hearing aid to eliminate acoustic feedback.

3. A host controller as set forth in claim 1 including a sound generator for generating test signals supplied to the hearing aid and in which the means for receiving signals from the hearing aid includes a circuit for receiving the test signals back from the hearing aid to provide reference phase and amplitude signals.

4. A host controller as set forth in claim 3 in which said circuit includes computer controlled means for adjusting the phase shift and amplitude to produce an acoustic feedback cancellation signal.

5. A host controller as set forth in claim 2 including computer controlled means for supplying a logic signal to the hearing aid for programming and a logic signal to the hearing aid to restore it for use by the patient.

6. A host controller for programming a filter interposed in a transmission channel of a hearing aid between a microphone and a receiver from a computer associated with the host controller comprising a signal generator for generating test signals supplied to the receiver, a circuit for returning an output signal from the transmission channel, a phase and amplitude measuring circuit for measuring the phase and amplitude of the output signal, said phase and amplitude circuit including adjustable phase shift and amplitude means controlled by the computer for adjusting the phase shift and amplitude necessary to eliminate acoustic feedback and transmitting an acoustical feedback cancellation signal to the hearing aid and a circuit for receiving signals from the hearing aid indicative of the summation of acoustic feedback and acoustic feedback cancellation signals to produce a null summation when the phase shift and amplitude adjustments necessary to eliminate acoustic feedback have been achieved.

* * * * *

ETG00002295

PTO 377B (4/84)

ETG00002296

Exhibit 3

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc



# *Senso Diva*

October 2001

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

EXHIBIT

index 82

7-26-07

EXHIBIT

PX 820

WID163223

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only -- C O N F I D E N T I A L*

## 1. *Diva Amplification Rationale*

**Q:**    Which amplification rationale is used in *Senso Diva*?

**A:**    The rationale behind the amplification algorithm used in *Senso Diva* is a combination of loudness equalisation and loudness normalisation. In non-linear, multi-channel hearing instruments it is possible to differentiate between the gain provided at various frequencies and input levels. *Senso Diva* has been designed to maximise the benefit of this possibility. At medium input levels, *Senso Diva* utilises the loudness equalisation principle according to which normal speech is amplified to match the user's MCL contour at all frequencies. This strategy defines *Senso Diva's* gain at typical speech levels at every frequency. In addition to this, a loudness normalisation strategy has been used at low and high input levels. The objective at high input levels is to reproduce high-level input sounds slightly below the UCL contour. The objective at low input levels is to amplify low-level input sounds to a level slightly above the listener's threshold. The combination of these two underlying amplification principles ensures that the amplification strategy focuses upon both increased speech intelligibility and comfort in all situations.

**Q:**    Does this amplification algorithm compensate for recruitment?

**A:**    Yes, *Senso Diva* is a multi-channel, compression hearing instrument in which the compression system is designed primarily for recruitment compensation. In general, recruitment is frequency-specific and it is therefore necessary to counteract its effect differently at different frequencies. A combination of loudness equalisation (for enhanced speech intelligibility) and loudness normalisation (in order to restore loudness of all possible stimuli) has therefore been implemented in each of the 15 channels.

**Q:**    Is the amplification algorithm in *Senso Diva* new?

**A:**    Yes. The amplification algorithm has been designed especially for *Senso Diva*. The position and slopes of the segments comprising the input-output characteristic of each compressor (I/O curve) are calculated in accordance with the amplification rationale outlined above. In this calculation it is necessary to include the influence of filter bandwidth, detector type, regulation speed and other hearing instrument specific factors.

**Q:**    How does the *Senso Diva* amplification algorithm ensure that the user's UCL level is not violated?

**A:**    *Senso Diva* is equipped with multi-segmental compressors in all channels. Separate control over the sound reproduction at high input levels is possible by adjusting the compression ratio of the low and high level compressors.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163224

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

For Widex internal use only – C O N F I D E N T I A L

## 2.    *Diva Paediatric Rationale*

Q:    Why has the Paediatric Rationale been introduced?

A:    The Paediatric Rationale has been introduced in order to accommodate the special needs of young children. Since the ear canal of a child does not reach adult proportions until the age of five, the acoustic properties of the ear canal in infants and young children may influence the amplification needs of this age group. By utilising the Sensogram, the acoustic properties of the ear canal are incorporated in the gain calculation and the need for further age-specific corrections is therefore minimal. The Sensogram-based amplification algorithm compensates very precisely for the smaller ear cavity at input levels close to the hearing threshold but is slightly biased at high input levels. The Diva Paediatric Rationale is introduced in order to alleviate this bias and ensure an even higher amount of fitting precision for young children.

Confidential – Attorney's Eyes Only,
Subject to Prosecution Bar

WID163225

*For Widex internal use only – C O N F I D E N T I A L*

### 3.    *Diva Filter Bank*

Q:    Why does *Senso Diva* have 15 bands?

A:    Experiments have shown that narrowing the bandwidths and thereby increasing the number of bands could potentially increase the effectiveness of the noise reduction algorithm. Furthermore, an increased number of bands could result in increased precision in feedback cancellation strategies and in occlusion management. The optimum bandwidth for *Senso Diva* was found to be approximately one third of an octave throughout the main speech frequency range. With such narrow bandwidths, 15 bands were necessary.

Q:    Is there a difference between bands and channels?

A:    It is possible for a hearing instrument to have many bands and fewer channels. The number of channels is determined by the number of individually functioning compressors. *Senso Diva* has fifteen bands AND fifteen channels, meaning that each frequency band has its own compressor.

Q:    How has the steepness of the filters in Senso Diva been determined?

A:    The steepness of the filters in *Senso Diva* has been determined by three requirements: 1. The filters should be steep enough to compensate for abruptly sloping losses (precipitous losses, ski-slope audiograms). 2. The filters should not be too steep since this would introduce an unnecessary delay. 3. The filters should provide the most beneficial signal conditioning for Diva Noise Reduction with Speech Intensification. This has resulted in filters designed with a maximum steepness typically amounting to 50 dB per octave. The steepness of the filters is not constant across frequencies, but depends somewhat on the centre frequency of the band in question and where on the filter skirts the slope is measured.

Q:    What type of filter is used in Senso Diva?

A:    *Senso Diva* has a bank of 15 infinite impulse response (IIR) minimum delay filters.

Q:    What is the advantage of using Minimum Delay Filters rather than FFT technology?

A:    Minimum delay filters have several advantages over filters generated by means of Fast Fourier Transformation (FFT) technology. First of all, minimum delay filters may provide a better frequency resolution, as the low frequency range is divided into narrower bands than the high frequency bands. More narrow bands provides the means for better specificity in noise reduction, feedback cancellation and occlusion management, and the delay is minimised substantially in comparison to e.g. FFT-based filters.

Q:    Which bandwidth is used in Senso Diva?

A:    The bandwidths of *Senso Diva's* filters are one third of an octave throughout the main speech frequencies. Note that the difference between one-third octave bands and critical bands is small. The narrow bandwidths provide excellent resolution for noise reduction, occlusion management, acoustic feedback cancelling and frequency specific amplification.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163226

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only – C O N F I D E N T I A L*

## 4. Diva compression

**Q:** What type of compression is used in *Senso Diva*?

**A:** The compression system in *Senso Diva* is of the type "Enhanced Dynamic Range Compression" (EDRC). It utilises a multi-segmental compressor characteristic to meet the goal of the Diva Amplification Rationale: loudness equalisation for typical speech inputs and loudness normalisation for loud and soft sounds. EDRC includes the use of Low Level Compression (LLC) and High Level Compression (HLC), which provides separate control over sound reproduction at low and high input levels in each channel. EDRC also features a low compression kneepoint that provides the user with the ability to hear very weak sounds, not usually accessible with other hearing instruments. Consequently *Senso Diva* provides compression over an input range of more than 80 dBHL. This far exceeds the compression range of typical WDRC hearing instruments, hence the name "Enhanced Dynamic Range Compression".



**Q.** What is the "multi-segmental compressor characteristic"?

**A:** The compressor characteristic of *Senso Diva* is best illustrated by the input-output curve (or an input-gain curve, as seen in Compass). The input-output curve comprises five segments, each with a different function in regard to the amplification algorithm.

The first segment (1) is an expansion zone which renders circuit noise inaudible for that particular hearing loss. In *Senso Diva* the circuit-noise level is very low due to the use of narrow band filters and microphones with reduced internal noise levels. Therefore, expansion takes place at very low input levels (in many bands the expansion zone will be below 0 dBHL and thus not be visible within the input range shown in Compass). The second segment (2) is maximum gain limitation with linear gain. The size of this segment depends to some degree on the result of the feedback test. The third segment (3) is Low Level Compression (LLC), a compression zone with recruitment compensation. The fourth segment (4) is High Level Compression (HLC) for high level inputs. The kneepoint between segment 3 and 4 functions as a hinge allowing the compression ratio of the two segments to be adjusted independently of each other. Finally, the fifth segment (5) is the stage at which output is limited with Automatic Output Control (AOC). The combination of these five segments in each of Diva's 15 channels ensures the flexibility needed to fit and fine tune clients with a large range of auditory needs.

**Q:** How many compressors does *Senso Diva* have?

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163227

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only – CONFIDENTIAL*

A.     *Senso Diva* has 15 compressors. one in each of the 15 channels.

Q:     **What is "smearing"?**
A:     Smearing refers to the possible reduction of important perceptual contrasts of a speech signal that may occur when a compression system is used to compensate for hearing loss and recruitment. There are two types of smearing: spectral smearing, in which the spectral peaks and valleys are levelled out, and temporal smearing, which affects the differences in loudness of sound segments over time. The risk of smearing increases as the number of channels and/or regulation speed increases.

Q:     **What is "spectral smearing"?**
A:     Spectral smearing refers to the partial neutralisation of spectral contrasts in a sound signal which may occur in multi-channel compression systems - especially when fast-acting regulation is utilised - and will result in reduced intelligibility and clearness of speech. The short-term spectrum of speech provides important cues for distinguishing different speech sounds. For example, vowels are characterised by formants located at frequencies which are characteristic of each particular vowel. Formants are high-intensity frequency regions that are separated by spectral valleys where less energy is present. The perception of consonants similarly depends on the detection of formants, in that the transition of formants in connection with consonants provides an important cue for the identification of consonants. If spectral smearing levels out spectral peaks and valleys, intelligibility and clearness of speech will be affected.

Q:     **What is "temporal smearing"?**
A:     Temporal smearing refers to the partial neutralisation of temporal contrasts in a sound signal that may occur in fast-acting compression systems. The temporal structure of speech provides important cues for distinguishing different speech sounds. For example, a stop consonant is characterised by a brief pause followed by a burst when the closure is released. 'Voice onset time' and duration are also important for speech understanding. Fast-acting compression may lead to a reduction of the loudness differences between speech segments – the temporal envelope surrounding the sound is smoothed out. This may result in reduced clearness of speech and a significant reduction of the overall sound quality.

Q:     **What has been done to prevent smearing?**
A:     Several steps have been taken in order to ensure that the spectral and temporal contrasts in speech signals are preserved. The incoming signal is analysed in a digital filter bank consisting of 15 Minimum Delay Filters. Processing of the speech signal takes place in 15 individual processing channels with individual compressors. If such a large number of compressors were working independently of each other, the peaks and valleys of the speech spectrum would be smeared out and the sound quality would deteriorate as a consequence. In order to preserve the spectral contrasts, a special Anti-Smearing System has been established. The Anti-Smearing System ensures a certain level of inter-channel dependency and consequently makes sure that the individual compressors work in a way that preserves the spectral contrasts. Also, a Sound Stabilizer has been implemented in each channel in order to optimise the regulation speed of the compressors. In general. slow-acting regulation is used to preserve the temporal contrast; however, when the listening situation changes abruptly, the regulation speed is increased in order to ensure constant audibility.

Q:     **Is the Sound Stabilizer in *Senso Diva* the same as in Senso⁺?**
A:     The Sound Stabilizer in *Senso Diva* operates according to the same principles as the Sound Stabilizer in Senso+ and implements dynamic control of the regulation speed in the compressors. In *Senso Diva* the Sound Stabilizer operates in each of the 15 channels.

Q:     **Does *Senso Diva* use fast-acting or slow-acting regulation of gain?**
A      *Senso Diva* uses slow-acting regulation of gain whenever feasible in order to utilise the proven positive effect this has on the sound quality. However. in abruptly changing sound environments, slow-acting regulation may not be favourable since it may adapt too slowly to rapidly changing

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163228

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only –* **C O N F I D E N T I A L**

situations. The Sound Stabilizer optimises the regulation speed in the compressors by slowing down the regulation in stationary listening situations and speeding regulation up when the listening situation changes.

**Q:**  **What are the compression ratios in** *Senso Diva***?**
**A:**  The compression ratio is individual for each channel and depends on the hearing loss. Also, note that there are two different compression ratios in each channel, because the compression ratio for Low Level Compression typically differs from the compression ratio for High Level Compression.

**Q:**  **What are the compression thresholds in** *Senso Diva***?**
**A:**  The compression threshold (CT) is defined by two primary factors: 1) the level of microphone noise in that particular channel, and 2) the fit of the earmould/shell. In *Senso Diva* the circuit-noise level is very low due to the use of narrow band filters and microphones with reduced internal noise levels. This allows the compression threshold level to decrease; i.e. more gain can be provided for very soft input levels without compromising the sound quality. For a sufficiently tightly fitting earmould/shell the compression threshold may therefore be close to or even below 0 dBHL.

**Q:**  **What is the effect of the Automatic Output Control in** *Senso Diva***?**
**A:**  The AOC circuit functions in the output stage, limiting the electrical output level when necessary. This is typically the case in situations where the hearing instrument would otherwise go into saturation because the combination of a high input level and high gain exceeds the maximum output level of the output stage. The AOC circuit prevents distortion in situations with high input levels and high gain levels. Since the AOC works by limiting the electrical signal with a fast-acting limiter AGC, the active AOC circuit may make the hearing instrument sound slightly softer in situations with loud sounds, especially to users who are used to hearing aids with traditional peak clipping.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163229

*For Widex internal use only –* **C O N F I D E N T I A L**

### 5.   Sensogram

**Q:**   How are the in-situ thresholds of the hearing impaired person determined with *Senso Diva* compared with the Senso⁺ series?

**A:**   The original measurement of in-situ thresholds has been further developed in *Senso Diva*. The threshold measurements are measured in-situ with warbled stimuli. Each stimulus consists of frequency-modulated pulses with the maximum frequency deviation automatically set to the critical bandwidth that corresponds to the centre frequency of the band. Once the in-situ thresholds have been measured in the four basic bands, centred at 500, 1k, 2k and 4kHz, the setting of the remaining bands is calculated and implemented automatically.

**Q:**   In how many bands should the Sensogram be measured?

**A:**   The Sensogram is performed in four basic bands (500, 1k, 2k and 4kHz). The setting of the remaining bands is then calculated automatically by way of inter- and extrapolation. According to the experience obtained with earlier Senso hearing aids using three band in-situ measurements, four Sensogram thresholds should provide more than adequate information for precise programming of Senso *Diva* for the vast majority of individuals.

**Q:**   Is it possible to measure the Sensogram in all available bands?

**A:**   The option of performing the Sensogram in one or more additional bands is open. However, it is seldom necessary to measure the Sensogram in all bands, more often it will prove useful to measure more thresholds in a specific frequency region. In situations where the auditory thresholds below 500Hz or above 4000Hz differ greatly from the thresholds at 500Hz and 4000Hz it will be advisable to perform an expand Sensogram within these regions. In a BTE hearing instrument, the Sensogram can be performed in 13 bands and in an ITE/ITC and CIC hearing instrument in 14 bands. It is possible, with both the SP3 and Compass, to choose the frequency range where one wishes to "expand" to view or measure the thresholds of intermediate frequencies. The 125 Hz band will not be available for measurements in the Expand Sensogram mode due to the risk of ambient noise contaminating the threshold measurement. Likewise, it is not possible to measure Sensogram threshold for the 8kHz band in BTE models, as the output of the hearing aid in this frequency range is dampened by the tubing/sound bore.

**Q:**   If it is possible to measure a threshold in each band, would a peak in either microphone or receiver characteristics in a certain frequency band influence the Sensogram threshold measured?

**A:**   No. Compensations have been made for both the microphone and receiver characteristic internally in the hearing instrument.

**Q:**   Are there situations where the Sensogram might deviate from the measured audiogram?

**A:**   For hearing losses where one chooses to measure the intermediate frequencies (zigzag configurations) one would expect the Sensogram to reflect the "zigzag" curve that is represented in the standard audiogram and the final frequency response to be equalised in accordance with the peaks registered. However, the "zigzag" in the standard audiogram may be due to resonance created as the test tone is transmitted from headphone to eardrum. and if that is the case the Sensogram would most probably have a smoother frequency response, because the threshold is measured much closer to the eardrum.

**Q:**   When should a Sensogram be performed?

**A:**   A basic Sensogram should be performed whenever a client is fitted with *Senso Diva*. In addition, it is necessary to repeat the Sensogram measurement when major alterations have been made to the earmould. when one suspects changes in the client's hearing and when growth has caused the size of the ear canal in young children to increase resulting in changed amplification requirements.

**Q:**   Can *Senso Diva* be fitted without a Sensogram being performed?

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163230

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only – CONFIDENTIAL*

A:  We strongly recommend using the Sensogram as a basis for fitting *Senso Diva*. In rare cases, a Sensogram cannot be obtained. This can be the case with infants or persons who for some reason cannot co-operate. In such cases, thresholds obtained by other methods can be used instead. For infants, auditory brainstem response is typically used, and we recommend that Compass should be used for these fittings (entered information about the transducer used for the audiogram can be used by the program to predict the best estimation of Sensogram). Please note that whether Sensogram has been measured or not, in the case of small children, one should always enter the age of the child in the fitting software in order for gain to be optimised according to the Paediatric Rationale.

Q:  Is there a limit to how loud a tone can be presented?
A:  During the Sensogram measurement the maximum sound pressure level that will be presented is limited to the upper limit of the fitting range for each band.

Q:  Is the maximum presentation level for Sensogram tones specific for each hearing aid model?
A:  Yes, the limit depends on the fitting range for the specific models at specific frequencies.

Q:  Is it possible to use the Sensogram tones for loudness scaling?
A:  No, we have deliberately avoided including such measures in the fitting procedure due to the substantial procedural variability. Therefore, it is not possible to use such data in the fitting procedure. After the fitting has been completed, however, it makes good sense to assess the fitting e.g. by estimating the perceived loudness of various everyday sounds. Such results can be used as verification of the fitting and, if necessary, as a guide to fine tuning.

Q:  Does ventilation in the earmould/shell influence the Sensogram?
A:  The acoustic properties of the earmould are taken into account when measuring the Sensogram, i.e. if the earmould has a vent this will be reflected in the low frequency Sensogram thresholds. Therefore one must always repeat the Sensogram in case of alterations of the vent size. We do not recommend extending Sensogram measurements below 500 Hz if the earmould has a vent, as this may result in artificially high thresholds.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163231

*For Widex internal use only –* **C O N F I D E N T I A L**

### 6.   *Diva Noise Reduction with Speech Intensification*

**Q:**   How does the noise reduction system work in *Senso Diva* compared to Senso+?

**A:**   The original noise reduction scheme from Senso C and Senso+, which was based upon a statistical analysis of the incoming signal, forms the basis of the Noise Reduction with Speech Intensification system in *Senso Diva*. The goal of the noise reduction system is to preserve audibility of speech while reducing the masking noise signal. The system utilises the difference in level distribution between speech and noise to determine whether speech and/or noise is present in each of the 15 channels and adjusts gain in the relevant channels. While the original noise reduction in Senso operated in 3 independent channels the use of filters with much narrower bandwidths and a faster acting noise reduction system in *Senso Diva* has increased the potential benefit of the system. The bandwidths of *Senso Diva*'s filters are one third of an octave throughout the main speech frequency range. Consequently the noise reduction system operates with greater detail and precision and has considerably less impact on the speech signal.

**Q:**   Will Diva Noise Reduction with Speech Intensification improve speech intelligibility in noise?

**A:**   This depends on the type of noise and on how much the user is affected by spread of masking. Situations where the noise is stationary, and where its spectrum therefore differs substantially from the speech spectrum, have the best potential for speech intelligibility improvements. Such situations typically occur inside a car or an aeroplane. Another main effect of the noise reduction circuit is that a reduced noise level makes it more comfortable for the hearing aid user to communicate in noisy environments over an extended period of time. In connection with the Diva Locator system, *Senso Diva* provides state-of-the-art conditions for communication in noisy environments.

**Q:**   How fast will Diva Noise Reduction with Speech Intensification react?

**A:**   When the hearing aid user moves from a totally quiet environment to a noisy environment, the noise reduction system will take effect and be fully active in the course of 20-25 seconds. If the hearing aid user moves from a noisy environment to complete silence the noise reduction system will adapt instantly.

**Q:**   Does *Senso Diva* have a system similar to the SIS in Senso'?

**A:**   The Diva Speech Intensification System (Diva SIS) in *Senso Diva* is fundamentally similar to the SIS in the Senso+ series. Our research has shown that in situations with both speech and noise it is possible to improve speech intelligibility by slightly shifting the frequency balance. Thus an improvement in speech intelligibility was observed when more emphasis was put on the mid and high frequency regions, whereas relatively less emphasis was placed on the low frequencies. This is exactly what Diva SIS does by re-balancing the contributions of the frequency channels. Diva SIS receives information from all 15 channels and counterbalances the loudness reduction caused by the noise reduction system accordingly.

**Q:**   Will Diva Noise Reduction with Speech Intensification influence the loudness of speech?

**A:**   Noise reduction algorithms in general will reduce the overall loudness of sounds (that is speech and noise) passing through the hearing aid. When both speech and noise are present in the hearing aid it is advantageous to secure speech audibility/intelligibility by reassigning gain across the speech frequency range. In *Senso Diva*, the Diva SIS will ensure that the frequency range important for speech will remain audible by modifying the actions in the noise reduction algorithm.
Diva SIS receives information from all 15 channels of *Senso Diva* in order to determine if speech is present with the background noise. If the noise reduction algorithm is heavily active in the low frequency channels, the Diva SIS will counterbalance the ensuing loudness reduction by raising the gain in the channels in the speech frequency range. To the hearing instrument user, the net effect is an apparent reduction of the noise without degradation of speech loudness.

**Q:**   When is Diva SIS active?

Confidential - Attorney's Eyes Only.
Subject to Prosecution Bar

WID163232

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only –* **C O N F I D E N T I A L**

A:  The noise reduction system adjusts the gain in each channel based on a statistical analysis of the incoming sound. If the analysis shows that noise is present in a given frequency range, the gain in the corresponding channel will be reduced. The Diva SIS is active whenever a speech and a background noise signal are present at the same time. When the incoming signal is speech alone, Diva Noise Reduction with Speech Intensification is not active. When the incoming signal is noise alone Diva Noise Reduction is active without SIS in order to ensure user comfort.

Q:  **How fast will Diva SIS react?**
A:  When the input to the hearing aid changes from noise alone to speech in noise, Diva SIS becomes active within a fraction of a second, with a small variation depending upon the signal-to-noise ratio (SNR). When the input changes from speech in noise to noise alone, Diva SIS will gradually cease to be active. Diva SIS therefore has a fast attack time and a slow release time.

Q:  **Is Diva Noise Reduction with Speech Intensification active when listening to music?**
A:  Most types of popular music do not activate the Diva Noise Reduction system and the sound quality of the music is good. Some types of classical music, such as hymns and organ music, may activate the noise reduction and degrade the musical sound quality. Therefore, *Senso Diva* SD-9M and *Senso Diva* SD-XM have a second optional listening program derived from the fitting, which is designed specifically for listening to music. In the Music program, Diva Noise Reduction with Speech Intensification is disabled along with other modifications. Also, the fitting algorithm is slightly altered in order to optimise for music, by providing a bass boost. This combination provides the user with an excellent sound quality when listening to music.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163233

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only – C O N F I D E N T I A L*

## 7.    *Diva Locator*

**Q:**    What kind of directional system is used in *Senso Diva*?

**A:**    In *Senso Diva*, a specially developed patent-pending dual microphone technique has been used. The most prominent benefit of the dual microphone technique is that it can be adaptively controlled and continuously change its polar pattern from omnidirectional over cardioid, supercardioid and hypercardioid to bi-directional. The dual microphone technique in *Senso Diva* is further advanced and includes patent-pending digital signal processing algorithms, which secure high performance throughout the instrument's life and also reduce possible annoyance from circuit and wind noise.

**Q:**    What is "Adaptive Beamforming"?

**A:**    Adaptive Beamforming exploits the combination of digital signal processing and the dual microphone system. Consequently the directivity is set according to the direction of the signal and noise sources. Basically, the hearing instrument determines from which direction the noise is coming and adapts the microphone sensitivity accordingly. If the user is in an adverse listening situation with noise reaching the hearing instrument from many directions, the most effective way of reducing the noise is to shape the directional pattern in such a way that the overall noise from the rear and the sides is kept at a minimum. In the case of a single noise source, the sensitivity minima will automatically be placed in the direction of the noise source. Thus a single stationary or moving noise source will virtually be cancelled. In all situations, Adaptive Beamforming results in the microphone characteristic best suited for that specific situation. Adaptive Beamforming is performed without changing the frequency response of sounds from the frontal direction and does therefore not compromise the fitting. In *Senso Diva* the Adaptive Beamforming can glide from an omnidirectional characteristic to bi-directional characteristic through all the intermediate characteristics and back again in one smooth transition. As the polar characteristic changes smoothly, the hearing instrument user will not notice the transition.

**Q:**    If a sound suddenly comes from directly behind the user when *Senso Diva* is in directional mode, will the user be able to hear it?

**A:**    Yes, the adaptation to a new sound pattern will take some seconds, which allows the listener to turn around and face the sound source if he or she wants to listen to it. Moreover, the EDRC compression system of *Senso Diva* with its low compression threshold enables the *Senso Diva* user to detect even very soft sounds from behind.

**Q:**    How fast is *Senso Diva* able to change directionality?

**A:**    The Adaptive Beamforming feature in *Senso Diva* adapts rather slowly in order not to disturb directional hearing, and it typically uses a couple of seconds to adapt to a new situation.

**Q:**    Does the frequency response change as the microphone characteristic is optimised?

**A:**    No. All directional systems are characterised by a reduced sensitivity to low-frequency sounds. The degree depends somewhat on the distance between the two sound inlets as well as the directional characteristic used. This low-frequency loss may be especially problematic in an adaptive dual microphone system, where changes between omni and directional positions or between various directional patterns may cause loudness fluctuations. In *Senso Diva*, adaptive low-frequency compensation has been implemented, which ensures the same frequency response in all situations.

**Q:**    In which situations are fixed omnidirectional or fixed directional microphones recommended?

**A:**    In all situations, Diva Locator (Adaptive Beamforming) is recommended over a fixed directional function, unless the user specifically demands a fixed directional or omnidirectional function. As one of the options available in *Senso Diva*, one can choose to deactivate Diva Locator and set the hearing aid to a fixed directional or a fixed omnidirectional characteristic. A fixed omnidirectional setting may be preferable in situations in which the user needs to hear the sounds from behind to gain the full benefit of the present listening situation, for instance situations involving Surround

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163234

*For Widex internal use only – CONFIDENTIAL*

Sound. Also for very young children, who are learning language by picking up all the speech inputs that surround them, an omnidirectional setting may be considered.

**Q:** Hearing instruments with directional microphones are often more susceptible to wind noise. How is *Senso Diva* with regard to wind noise?

**A:** In *Senso Diva* the processor will immediately identify wind noise and swiftly change to an omnidirectional position whereby the level of the wind noise reproduced in the user's ear is suppressed by up to 25-30 dB.

**Q:** "Drifting" of one, or both, of the microphones may corrupt the directional characteristic of hearing instruments. How would this influence *Senso Diva*?

**A:** The two microphones in a dual microphone system must be identical in order to provide optimum directivity. In *Senso Diva*, a special patent-pending algorithm corrects any mismatch in amplitude or phase that appears initially or after a period of use. The digital microphone matching, OptiMic, ensures that the hearing aid retains its intended directional characteristic, even after years of use.

**Q:** Directional microphones very often have a low degree of directivity at the low frequencies. Does this problem also affect *Senso Diva*?

**A:** A high degree of directivity at low frequencies is very important with regard to listening in background noise as most environmental noise contains considerable low-frequency energy. The high degree of directivity in the low frequency range is a well-known challenge for traditional multi-microphone systems because of problems with microphone matching. Due to the OptiMic system *Senso Diva* provides excellent directivity both in the low and the high frequencies.

**Q:** Why does the problem of microphone mismatch have the greatest impact in the low frequencies?

**A:** When the two microphones in a dual microphone system are (or become) mismatched, the system's ability to attenuate sounds coming from the side and back will decrease. Thus the directional advantage offered by the system will also decrease. Due to the inherent low-frequency cut-off in directional microphone systems any mismatch between the microphones will primarily affect the low frequencies.
In other words, a system with poorly matched microphones may have no directional effect in the low frequencies while directionality is preserved to a higher extent in the high frequencies.

**Q:** Do both microphones have to be replaced if one microphone becomes defective?

**A:** No, due to the digital microphone matching (the OptiMic system) any mismatch that appears after one or both microphones have been replaced will be compensated for digitally.

**Q:** Is it possible to match any two microphones in *Senso Diva*?

**A:** Yes (assuming, of course, that the microphones are compatible with *Senso Diva*).

**Q:** Is it necessary to use a specific signal to match the microphones?

**A:** No, the adaptive matching uses the sounds generated in the environment and hence does not add any extra signal or noise.

**Q:** It is generally believed that the optimum distance between microphones is 12 mm. Why has a shorter distance been implemented in *Senso Diva*?

**A:** In traditional dual microphone systems, a short distance between the microphones will yield good directionality at high frequencies but will sacrifice directionality at low frequencies due to insufficient matching of the microphones. Increasing the distance will reduce the matching requirement, but at the same time reduce directionality at high frequencies. A microphone distance of 12 mm is not a magic number, but a compromise between these two aspects. *Senso Diva* ITC/ITE has a distance between the microphones of 5 mm, and *Senso Diva* BTE a distance of 10 mm. As a result of the digital microphone matching and the Adaptive Beamforming, excellent directionality

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163235

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only –* **C O N F I D E N T I A L**

can be obtained at low as well as high frequencies, even with a distance between the microphones of 5 mm. Note that this provides an excellent potential for making cosmetically appealing shells.

**Q:**  **What are the guidelines for placing the microphones in the *Senso Diva* ITE/ITC version?**
**A:**  In a free field, the effect of a directional microphone system is optimum when the line connecting the two sound inlets is pointing straight at the desired sound source. This will lead to the greatest sensitivity in the desired direction and less sensitivity to sounds from all other directions. When placed on/in the ear, reflections and shadow effects may influence the timing differences which are used by the directional system to identify the direction of a sound. Especially in ITE/ITC models it is important to consider how the two microphone openings are placed relative to the landmarks of the outer ear and ear canal opening in order to obtain optimum directivity. Extensive studies at Widex have led to a number of recommendations on the placement of *Senso Diva* SD-X in the ear.
1.  The line that connects the two sound inlets should be horizontal. A deviation of up to ±20° can be accepted.
2.  The sound inlets should be placed 3mm into the ear canal measured from the outer edge of the tragus.
3.  The faceplate should be placed at an angle of 42° inwards from the line that connects the outer edges of the tragus and the antihelix.

**Q:**  **How does *Senso Diva* react to speech from directly behind the user in a quiet situation?**
**A:**  Speech coming from directly behind the hearing instrument user, in an otherwise quiet place, will be attenuated by the beamformer, like other types of signals coming from the side and the rear. However, due to the fact that *Senso Diva* has a low compression kneepoint, which results in high gain for low input levels, the speech will still be audible from this position in an otherwise quiet situation.

**Q:**  **Is it possible to switch between omni and adaptive directional settings manually?**
**A:**  No. In *Senso Diva* the transition between omni and directional patterns happens automatically as response to changes in the sound environment. In this way, optimum signal-to-noise ratio is ensured in all situations independently of the client's ability to handle a switch and knowing when to do it.

**Q:**  **When will the system change to omnidirectional?**
**A:**  Whenever the most dominant noise source is wind noise the system will glide into and omnidirectional setting in order to improve the signal-to-noise ratio. The same happens in quiet situations, in which the internal noise in the hearing aid will be the most dominant noise source. Changing into an omnidirectional characteristic will reduce the level of internal noise, and because *Senso Diva* uses both microphones to obtain omnidirectionality, the improvement in the internal signal-to-noise level is 3dB larger than is the case with systems using only one microphone in omnidirectional mode.

**Q:**  **Does *Senso Diva* change abruptly from an omnidirectional to a directional pattern?**
**A:**  The transition from an omnidirectional to directional characteristic is a gradual process during which the hearing instrument changes, over a brief period of time, from an omnidirectional to a directional characteristic, e.g. cardioid, supercardioid, hypercardioid or bi-directional. Note that Diva Locator is not limited to these well-known polar patterns – all intermediate patterns are possible. The best directional characteristic, i.e. the characteristic that will dampen the noise from the sides and the back the most, is selected automatically, and the system thereby continuously optimise the user's listening benefit and comfort.

**Q:**  **How is the sound quality affected by the changing directional characteristic?**
**A:**  The user will experience no change of sound quality or loudness when Diva Locator changes its directional characteristic. The change in low-frequency sensitivity, which is a consequence of varying the polar pattern, is continuously compensated for and the frequency response to sounds from the frontal direction is always preserved.

October 2001                                                                Page 14 of 27

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163236

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only –* **CONFIDENTIAL**

**Q:**    Are both microphones active in the omnidirectional mode?
**A:**    When an omnidirectional characteristic is considered optimum this characteristic is achieved by adding the signals from both microphones in phase. This strategy has the effect that the effective inherent noise of the microphone will be reduced by 3 dB compared with the use of a single omnidirectional microphone. This will hardly increase speech intelligibility in any way but users who at some frequencies have near normal hearing may appreciate the more noise free sound reproduction in *Senso Diva*.

**Q:**    How can we clinically ensure that both microphones are functioning properly?
**A:**    Generally, we advise having the hearing instrument inspected by a Widex representative, if there is a suspicion that one or both of the microphones are malfunctioning. By way of the service program it is possible to ascertain whether or not the individual microphone is functioning properly. If the hearing instrument is in a fixed directional setting, the user will hear a bass boost if one of the microphones is malfunctioning. If Diva Locator is activated, the *Senso Diva* user will probably notice that the gain of the hearing instrument is weaker (approximately 6 dB). It is possible to determine which of the microphones is defective by touching each of the microphones separately and listening to the output; if the "scratching" noise cannot be heard when touching one of the microphones, the microphone is defective.

**Q:**    Do all *Senso Diva* hearing instruments have Diva Locator?
**A:**    All *Senso Diva* models, except one, include the Diva Locator system. The dual microphone system is not implemented in the SD-CIC due to the deep placement of the hearing instrument. The pinna contributes naturally to localisation. This ability is preserved in CIC fittings, and the need for a directional system therefore becomes smaller.

**Q:**    How is the Directivity Index (DI) for *Senso Diva* compared to other hearing aids with dual microphone systems?
**A:**    Due to the digital matching system, the DI is close to the theoretical maximum of 6 dB in most of the frequency range. Note that this also holds for frequencies below 500 Hz, which is of special importance since typical environmental noise has its maximum intensity at these low frequencies.

**Q:**    What is the influence of head size on DI?
**A:**    The size of the head has little influence on the directivity obtained with Diva Locator. Thus, a child will experience the same directivity index as adult listeners and consequently the same potential benefit of the Diva Locator as adult listeners.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163237

WID0000Z3\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only – CONFIDENTIAL*

## 8.    Feedback test

**Q:**  **What is the purpose of the feedback test in *Senso Diva*?**
**A:**  The feedback test in *Senso Diva* serves two purposes: 1) It allows the audiologist to judge if the fit of the earmould or shell is sufficient for the hearing loss to be fitted. 2) It provides a starting point for the adaptive feedback cancellation algorithm.

**Q:**  **Is a feedback test a necessary part of the fitting of *Senso Diva*?**
**A:**  Yes, the feedback test is an indispensable step in the *Senso Diva* fitting procedure. If a feedback test is not carried out the functionality of Diva Feedback Cancelling will be compromised and the client's gain requirements may be seriously violated.

**Q:**  **Is the feedback test measured in all 15 bands?**
**A:**  Yes. However, because the result from the test in the two lowest and the highest bands will have limited influence on the amplification of speech, these results are not included in the evaluation of the fit of the earmould.

**Q:**  **How long does the feedback test take to perform?**
**A:**  The entire feedback test is completed in approximately 15 seconds per ear. In this period of time, the acoustic leakage in all 15 bands is automatically measured in one uninterrupted process.

**Q:**  **How can I see if the fit of the mould or shell is acceptable?**
**A:**  The result of the feedback test is displayed for each of the four feedback regions (Fb500, Fb1k, Fb2k, Fb4k). Each feedback region encompasses one basic band and the two neighbouring bands. If an "OK" is displayed after the test, the gain needed for normal speech inputs can be realised without feedback. If "***" is displayed, the gain requirement for normal speech is violated in one or more of the channels. If "***" appears again after the test has been repeated, action should be taken to improve the fit of the earmould/shell. Since the criterion for an acceptable feedback test is gain for normal speech it is important to take the results of the feedback test seriously, as otherwise audibility of normal speech will be compromised. The action of Diva Feedback Cancelling is taken into account during the feedback test, i.e. the risk of getting "***" is higher when DFC is deactivated.

**Q:**  **Which criterion is used to determine whether the result of the feedback test is OK?**
**A:**  During the feedback test, the available gain (i.e. the amount of gain that can be delivered through the earmould without feedback) is measured in each of the 15 bands. These values must be equal to or exceed the gain requirements for normal speech (minimum acceptable gain) in each of the bands in the four feedback regions in order to obtain OK in all feedback regions.

**Q:**  **Is it possible to view the actual values measured during the feedback test?**
**A:**  During the feedback test, the Maximum Available Gain without feedback is measured in each of the 15 bands of Senso Diva. The measured Available Gain values are then compared to the Minimum Acceptable Gain values (= gain requirement for normal speech) in order to evaluate the fit of the earmould/shell. In the Sp3 box the Available Gain and Minimum Acceptable Gain values for the band with the poorest feedback test result in each feedback region will be displayed. If the feedback test result for a region is acceptable ("OK") the Available Gain will be equal to or greater than Minimum Acceptable Gain for that band. If the feedback test result for a region is unacceptable ("***") the Available Gain is less than the Minimum Acceptable Gain for that band. Compass displays identical values in the parameter window together with the individual feedback test results for all bands in a graphic format.

**Q:**  **The results of the feedback test are displayed for each of the four feedback regions. Is it possible to view the test result for each band?**

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163238

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only –* **C O N F I D E N T I A L**

A: Yes, Compass offers an additional graphic display of the test results, where the available gain values together with minimum acceptable gain values for all bands within the four feedback regions can be viewed.

**Q:** **Is it necessary to repeat the feedback test when fine tuning is done?**
A: In general, the feedback test only needs to be performed once. If the result of the feedback test is satisfactory, it is normally not necessary to repeat the feedback test. However, if a new shell or earmould is made or if the Sensogram is remeasured it is advisable to perform a new feedback test. In addition one should always re-evaluate the result of the feedback test after changing the status of the Diva Feedback Cancelling system – i.e. turning it on or off, as this will affect the amount of available gain.

**Q:** **At what sound pressure level is the feedback test performed?**
A: The feedback test is performed at an overall sound level set 12 dB below the estimated UCL levels for each of the bands.

**Q:** **Does the minimum acceptable gain values reflect gain requirement for binaural or monaural fittings?**
A: The system assumes a binaural fitting. Some users who are monaurally fitted may prefer more insertion gain for normal input levels. This can be accomplished in the fine tuning procedure.

**Q:** **When doing the feedback test, is it necessary for the surroundings to be as silent as when performing a feedback test on Senso'and Senso P?**
A: Yes.

**Q:** **Will the status of Diva Feedback Cancelling (on or off) affect the result of the feedback test?**
A: Yes. When Diva Feedback Cancelling is active, the system ensures more available gain without feedback. Therefore you will see the available gain values displayed in Compass and SP3 increase when DFC is activated and decrease when DFC is deactivated. This may influence the outcome of the test, i.e., when DFC is deactivated the risk of getting "***" increases. Therefore, the result of the test should always be re-evaluated when the status of Diva Feedback Cancelling is changed.

**Q:** **What is the purpose of a feedback margin in *Senso Diva*?**
A: In the "DFC" menu in SP3 and in the Feedback Verificator screen in Compass, it is possible to adjust the feedback margin for *Senso Diva*. This is primarily a tool that is useful when Diva Feedback Cancelling is turned off. In such cases, the system will operate as an "automatic feedback manager" (same principle as in Senso+) that reduces maximum gain permanently whenever a feedback problem is detected during the feedback test. Because this gain reduction is static, it only to a limited degree allows for the dynamic changes in the feedback path, consequently intermittent whistling may occur. Increasing the feedback margin leads to a decrease of maximum gain (or gain for soft input levels) and thus the risk of intermittent feedback can be reduced. Note that only one "handle" is available, i.e. an adjustment of the feedback margin will lead to an increase/decrease of gain for all channels.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163239

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only – CONFIDENTIAL*

## 9.   Diva Feedback Cancelling

Q:   What is Diva Feedback Cancelling?

A:   Diva Feedback Cancelling is a patent-pending active feedback cancellation algorithm specially developed for *Senso Diva* to control and eliminate audible feedback. Diva Feedback Cancelling consists of two main functions: The Feedback Path Simulator (FPS) tracks changes in the feedback path and adaptively imitates the signal leaking back from the receiver into the hearing aid microphone. The Dynamic Cancellation Optimizer (DCO) controls the intermittent audible feedback that occurs due to transient changes in the feedback path by shortly decreasing gain in the bands affected.

When the FPS has determined the characteristics of the feedback signal it will subtract an imitated feedback signal from the incoming signal, thus eliminating the annoying feedback. Due to the complexity of this process, it may take 1-2 seconds for the system to adapt to sudden changes in the feedback path. The Dynamic Cancellation Optimizer (DCO) handles transient feedback that may occur when e.g. chewing or yawning causes swift changes in the feedback path by short-term reductions of gain in the affected channels. As soon as the acoustic situation has become stationary and the FPS has adapted to the new situation, the DCO gives control back to the adaptive feedback algorithm and gain is restored.

Q:   How does Diva Feedback Cancelling benefit the hearing aid user?

A:   Diva Feedback Cancelling ensures acoustically stable listening comfort without compromising the gain requirements of the user. Situations which might previously have given rise to feedback, for instance as a result of jaw movement or loosely fitting earmoulds, no longer pose a potential "threat" or embarrassment. This is done without a general reduction of gain, which means increased benefit in terms of audibility.

Q:   Is it possible to insert *Senso Diva* in the ear, when switched "on", without whistling occurring?

A:   Whistling might occur if *Senso Diva* is adjusted to a severe hearing loss, but the level will be substantially reduced in comparison to hearing instruments without feedback cancelling.

Q:   If a *Senso Diva* user plays the flute or listens to flute music, would the system misinterpret this as feedback?

A:   Listening to long lasting tones could in fact evoke the functionality of the Dynamic Cancellation Optimizer and result in a reduction of gain at the frequency of the flute tone. This will not occur when listening to music with the Music program active.

Q:   If Diva Feedback Cancelling can increase the potential gain, does it influence the fitting range?

A:   No, the increase in potential gain does not affect the fitting range. The fitting range is determined by several criteria, such as the maximum power output allowed by the receiver. Therefore, even though the maximum gain is increased, the maximum power output is not. The fitting range is thus not affected.

Q:   Is it, with the introduction of Diva Feedback Cancelling, no longer necessary to make snugly fitting earmoulds/shells and can larger vents or even open fitting be used?

A:   It is always recommended to aim for the best possible fit of the earmould, since this will give the best comfort for the user. In principle, larger vents are possible but one should be aware that when choosing to make e.g. an open fitting this may reduce the effect of Diva Noise reduction with Speech Intensification. This is because the background noise signal bypasses the hearing instrument microphone and enters the ear canal via the vent.

Q:   Is Diva Feedback Cancelling switched off in the music program - and if so, will *Senso Diva* start whistling when the music program is selected?

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar                                    WID163240

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only –* **C O N F I D E N T I A L**

A:    When selecting the music program, the feedback algorithm is set in a special mode in which the speed and range of the adaptation of the FPS and the DCO are set for music listening rather than speech perception. These settings have been determined through listening experiments including several types of classical and rhythmical music. Since Diva Feedback Cancelling in this way is fully active, *Senso Diva* will not start whistling when the user selects the music program. When the music program is selected, the user may experience a prolonged period of whistling when the acoustic properties around the ear change. This will only happen in situations with jaw movements or something closing in on the hearing aid microphone.

Q:    **How will Diva Feedback Cancelling react to changes in the earmould fit over time?**
A:    If the earmould is no longer tight enough, the leakage will typically manifest itself as intermittent whistling in quiet situations. The Diva Feedback Cancelling system registers the change in the feedback path caused by the additional leakage and will, as long as the change is only minor, continue to eliminate feedback successfully. If the leakage becomes profound, the feedback data measured during the feedback test will no longer represent the present situation. In this case, it may take longer for Diva Feedback Cancelling to imitate the feedback signal, and the result will be longer periods of gain reductions in quiet situations and/or intermittent whistling. The solution is to perform a new feedback test, measure the integrity of the fit and if necessary make a new earmould/shell.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163241

*For Widex internal use only –* **CONFIDENTIAL**

## 10.    Diva Occlusion Manager

**Q:**    How does *Senso Diva* address the occlusion problem?

**A:**    The occlusion effect is generally less of a problem to users of *Senso Diva* than to users of other hearing aids with highly overlapping bands. This is mainly a consequence of the many low frequency channels, which allow for more specific signal processing in the low frequency range. In addition to this, *Senso Diva* also features the Diva Occlusion Manager. This tool allows the dispensing audiologist to fine tune compression and/or gain for the four lowest channels in order to further reduce the feeling of occlusion which may be especially dominating for new hearing aid users with mild-to-moderate, sloping hearing losses. The Diva Occlusion Manager only operates in the lowest frequency range (channels 1-4) and thus does not compromise overall audibility and sound quality for sounds in the environment. The Occlusion Manager is accompanied by a description of how to systematically vary the parameters within the manager in co-operation with the client.

**Q:**    How are the low frequency channels regulated with the Diva Occlusion Manager?

**A:**    When the Occlusion Manager is activated, high level compression is automatically applied to the frequency area below 500 Hz. This provides less gain for own voice without changing the gain for others' voices. After compression has been applied, the gain in the channels below 500 Hz can be regulated by way of two low frequency handles: "LF1" and "LF2".

**Q:**    Will activating the Diva Occlusion Manager have an impact in the high frequencies?

**A:**    No, activating the Diva Occlusion Manager disconnects the low frequency channels from the other channels, thereby making it possible to perform discrete adjustments of compression and gain characteristics in the low frequency channels, without influencing the remaining channels.

**Q:**    How is the user's subjective perception of occlusion taken into consideration?

**A:**    The user wearing the hearing aid plays an important role when working with the Diva Occlusion Manager. During the procedure, the client vocalises and evaluates the sound quality of own voice. For this purpose sentences which contain vocals with low first formants are especially suitable – e.g. "Baby Jeanie is teeny tiny".

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163242

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only –* **C O N F I D E N T I A L**

## 11.  *Listening programs*

**Q:**  Does *Senso Diva* have more than one listening program?

**A:**  Yes, some models have an additional, optional music program. In the development of *Senso Diva*, the main focus has been upon optimum reproduction of speech and everyday sounds. However, *Senso Diva* also has an optional music program, which is automatically derived from the original fitting. In this program, adaptive functions, designed to enhance speech intelligibility (i.e. Noise Reduction with Speech Intensification and Diva Locator), are disabled, Diva Feedback Cancelling is adjusted for music listening and the gain for low frequencies is increased. The parameters of the hearing instrument are thus optimised for listening to music rather than speech. Apart from the music program, *Senso Diva*, of course, also offers the traditional telecoil in 2 listening programs, T: telecoil alone and MT: a combination of telecoil and microphone.

**Q:**  Does it have to be a music program or can I custom design a program?

**A:**  *Senso Diva*'s music program is a derived program and cannot be altered. However, the combination of a program optimised for speech perception and a music program provides excellent amplification for hearing instrument users in all situations.

**Q:**  Is it possible to have more derived programs?

**A:**  No.

**Q:**  Which program should be used for daily activities?

**A:**  The standard listening program ("M") is optimal for practically all daily listening situations and is the setting we recommend.

**Q:**  Can the dispenser choose the number and/or combination of listening programs?

**A:**  Yes, by using the Options mode in Compass and SP3 it is possible to view all possible combinations of listening programs and select the one most appropriate for the individual hearing aid user.

**Q:**  Do all *Senso Diva* hearing instruments have a Music program?

**A:**  The *Senso Diva* series is divided into lines of models; SD-XM and SD-9M, which includes the music program, and SD-CIC, SD-X and SD-9 without the music program.

**Q:**  Can the client use the Music program when listening to music through a telecoil system?

**A:**  No, when the T or MT program is used, the setting will be identical to the standard program (M). However, even though this program has been optimised for speech perception, the sound quality for music is generally perceived as good.

**Q:**  Is Diva Locator active when the M+T program is chosen?

**A:**  When the M+T listening program is chosen, Diva Locator is not active, as the A/D converter associated with one of the microphones is allocated to the telecoil.

**Q:**  Is audio input available with Senso Diva?

Audio input is available in the SD-9 model. ...

Confidential – Attorney's Eyes Only,
Subject to Prosecution Bar

WID163243

*For Widex internal use only – CONFIDENTIAL*

## 12.    Compass V3

**Q:**    Is the fitting procedure the same when using Compass and SP3?
**A:**    Compass V3 and the SP3 programmer are completely parallel in terms of fitting and fine tuning procedure, flow and terminology. It should be noted that the functionality of *Senso Diva* is in no way influenced by the choice of programming tool, and the individual dispenser may freely choose which programming method is best suited in a given situation.

**Q:**    The SP3 seems very handy, is it necessary to use Compass?
**A:**    No, you don't need Compass as such. SP3 is very easy to use and includes all the tools necessary to perform a good fitting. However, Compass offers additional features such as graphic illustrations, fine-tuning guides and help functions that can be useful in the fitting and fine-tuning process. Furthermore, Compass fitting software is designed to be used with all types of Widex hearing aids (programmable and trimmer adjustable instruments alike) and it is possible to store all your fittings in one NOAH database.

**Q:**    Which features does Compass offer that will improve the fitting situation?
**A:**    Compass fitting software provides detailed graphic information. The graphic displays are helpful on many levels both in terms of understanding the fitting, the implications of fine-tuning handles and it is also helpful when counselling a hearing instrument user. Furthermore, the graphic displays allow the fitter a comprehensive overview, which is especially helpful when performing binaural fittings. In addition, Compass V3 provides a questionnaire based fine-tuning guide, on-line help functions as well as many other useful features.

**Q:**    Is Compass V3 compatible with NOAH V3
**A:**    Yes, Compass V3 is designed to run under NOAH V3, but is also NOAH V2.0a compatible. However, if run under NOAH V2.0a, some functions will not be available.

**Q:**    Does Compass V3 run under all Windows platforms?
**A:**    No, Compass V3 should run under any so-called 32 bit platforms; i.e. Windows 95 or later; but not under Windows V3.11. Compass V3 is designed and tested on the following Windows platforms: Windows 95/98, Windows NT SP4 and Windows 2000.

**Q:**    What are the requirements for running Compass V3?
**A:**    Compass V3 is designed to run under NOAH V3; consequently, we refer to the recommendations for NOAH V3. The exact requirements depend on several parameters (what is an acceptable response time, how many applications can be opened simultaneously etc.). Therefore, it is difficult to give a precise description. However, any modern PC is sufficient to run Compass V3. If you already have a PC that you want to use for Compass V3, it should at least have a Pentium processor, 64 MB RAM and 50 MB free hard disk for a minimum installation.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163244

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

For Widex internal use only – C O N F I D E N T I A L

## 13.   SP3

**Q:    What is the "SP3"**
A:     The SP3 is a new portable programmer for fitting all Senso hearing instruments from Widex. SP3 means: Portable programmer, number three, designed for Senso hearing instruments.

**Q:    Is the fitting procedure the same when using SP3 and Compass?**
A:     Compass V3 and the SP3 programmer are completely parallel in terms of fitting and fine-tuning procedures, flow and terminology. It should be noted that the functionality of *Senso Diva* is, in no way, influenced by the choice of programming tool, and the individual dispenser may freely choose the programming method/unit best suited in a given situation. As SP3 and Compass are fully compatible, it is possible – without compromising audiological professionalism – to fit more complex hearing losses using the SP3 than is usually possible with portable programmers.

**Q:    Which hearing instrument models can be programmed with the SP3?**
A:     The SP3 has been designed with the new *Senso Diva* in mind, but is capable of programming all Senso hearing aids. The fitting procedure of Senso+ and Senso P is identical to the original fitting procedure of the LP2. Furthermore the Bravo series may also be fitted with the SP3 programmer.

**Q:    Can I throw my LP2 programmer away?**
A:     The Logo series can only be programmed with the LP23 programmer. The SP3 programs all Senso hearing aids and later developments. Therefore it would be important to keep the LP2 programmer for Logo programming.

**Q:    How often must the PROM in the SP3 be changed?**
A:     The PROM used in the SP3 is only updated when necessary in order to provide the best up-to-date fitting and to accommodate new hearing aid models.

**Q:    Is it possible to program *Senso Diva* on the LP2 if a newer PROM than the current version 6.0 is used?**
A:     No, it is necessary to use the new fitting tool, the SP3. The PROMs, from LP2 and SP3 respectively, are not interchangeable, in fact they are not even the same physical size!

**Q:    Can the telegain in *Senso Diva* be adjusted through the SP3 programmer?**
*A:*    The telegain adjustment is not available as a fitting parameter through the SP3 box. If it is necessary to adjust the telegain in a fitting it must be done through the Options menu in the FineTuning screen in CompassV3

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163245

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only – CONFIDENTIAL*

## 14. General fitting, fine tuning and verification

**Q:** How long does it take to fit *Senso Diva*?
**A:** In *Senso Diva*, the balance between a fitting flow which seems intuitive and easy to the dispenser and the inherent complexity of the individual features has been a challenge. The goal has been to give the dispenser the opportunity to fit a complex hearing aid easily, without compromising the precision with which the user's needs can be matched. The fitting part of the procedure encompasses a basic Sensogram and a feedback test and will as such, approximately take as long as the fitting process for the original Senso hearing aids.

**Q:** Is the fitting procedure completely identical to what is known from Senso+?
**A:** No. Even though the terminology is in some respects the same, several major changes make the fitting procedure for *Senso Diva* stand out. The basic Sensogram is measured in 4 bands, but Sensogram thresholds can be measured in up to 14 bands. The function of the feedback test has been expanded to encompass both earmould/shell evaluation and initialisation of Diva Feedback Cancelling. And finally, the thresholds measured during the fitting process have been separated from the fine-tuning parameters, i.e. fine tuning is now carried out as adjustments of insertion gain, and not as previously in HTL and UCL offset.

**Q:** The fitting and fine-tuning procedure is very straightforward in *Senso Diva*. Is it possible to implement the same fitting procedure for the Senso⁺ and Senso P?
**A:** With Senso⁺ and Senso P, the well-known fitting procedure has been maintained in order to ensure continuity and utilise the experience in fitting and fine tuning already gained.

**Q:** Can loudness scaling be used when fitting *Senso Diva*?
**A:** No, we have deliberately avoided including such measures in the fitting procedure due to the substantial procedural variability. After the fitting has been completed, however, it makes good sense to assess the fitting e.g. by estimating the perceived loudness of various real life sounds. Such results can be used as verification of the fitting and, if necessary, as a guide for fine tuning.

**Q:** How can I utilise the individual UCLs that are routinely measured in the clinic, in the fitting of *Senso Diva*?
**A:** The fitting of *Senso Diva* is based on a product specific fitting rationale especially developed for *Senso Diva*. Based on the Sensogram thresholds the fitting algorithm maps the dynamic range of the hearing impaired utilising David Pascoe's data on the HTL, MCL and UCL relations for various frequencies. Pascoe explored the auditory dynamic range and recorded MCL and UCL judgements in reference to hearing threshold levels for a large group of normal hearing and hearing impaired individuals. Due to the inherent procedural variability in clinical UCL measurements we strongly recommend against using individually measured UCLs in the fitting. Compass will allow the dispensing audiologist to compare I/O spectra of speech in relation to individually measured UCLs and estimated UCL data in the fine-tuning module. Furthermore, both Compass and SP3 allow the audiologist to adjust insertion gain for loud input levels and in this way take individual preferences into account.

**Q:** Can *Senso Diva* be programmed according to generic fitting rule targets?
**A:** No. With *Senso Diva* the traditional procedure, in which measured insertion gain is compared to a fitting target, such as DSL i/o and NAL NL1, is not appropriate as these fitting rules do not take the specific features of *Senso Diva* into account.

**Q:** What does Widex recommend in regard to verification of *Senso Diva*?
**A:** The use of the in-situ Sensogram to specify gain represents the most accurate and efficient manner of gain specification and the need for verification is therefore minimal. Also, the use of traditional, external REM devices in combination with generic targets may introduce errors and thus compromise the precision of the fitting. Instead, we recommend using the data available in Compass

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163246

*For Widex internal use only – CONFIDENTIAL*

and keeping a hard copy of the input-output spectra and input-gain curves in Compass, as documentation of the precision of a *Senso Diva* fitting.

**Q:** **How should the gain be adjusted when making a monaural vs. a binaural fitting?**
**A:** The *Senso Diva* fitting procedure assumes a binaural fitting. If, on the other hand, the fitting is monaural, corrections may be appropriate. See the programming manual for details. Corrections are made in the fine-tuning mode, and involve increasing gain for normal input levels.

**Q:** **Do the fine-tuning procedures differ between the Senso⁺ series and the new *Senso Diva*?**
**A:** The fine-tuning procedures differ considerably. In *Senso Diva* a clear distinction has been made between measured thresholds and gain values, thus separating the fine-tuning procedure from the initial Sensogram-based fitting procedure. This means that a recorded threshold will remain unaltered during the fine-tuning procedure. A fine-tuning mode has been implemented instead, in which insertion gain can be adjusted in each of the four frequency ranges for three input levels (soft, normal and loud) in relation to the initial setting. Consequently, the fine-tuning strategies for Senso+ are not applicable to *Senso Diva*.

**Q:** **How are soft, normal and loud input levels defined?**
**A:** The fine tuning level denoted 'normal' is derived from the sound pressure levels within each band of normal speech produced at a distance of one metre from the listener. The 'normal' level therefore varies according to the frequency (since levels of normal speech are frequency-dependent). 'Loud' is defined relative to normal and is set 30 dB above 'normal' levels. 'Soft' levels are set 25 dB below 'normal' levels.

**Q:** **How do I know when to adjust for soft, normal or loud input levels?**
**A:** When fitting *Senso Diva* it is possible to adjust insertion gain for three input levels in the fine-tuning mode. The three input levels correspond to soft, normal and loud input levels. The insertion gain for soft input levels is adjusted if the user complains of either not being able to hear/hearing too loudly sounds at soft input levels e.g. birdsong, the humming of a fan or refrigerator. The insertion gain for normal input levels is adjusted if the user complains of not being able to hear sounds at medium (normal) input levels, e.g. speech, at an appropriate level and/or sound quality. Finally, the insertion gain for loud input levels is adjusted if the user perceives loud sounds such as e.g. slamming doors, chinking cutlery, as not loud enough or too loud. The final gain setting can be compared to the target gain for each basic channel, as determined by the *Senso Diva* amplification algorithm in the fine-tuning screens in Compass and in the SP3.

**Q:** **Does *Senso Diva* have a 30/50 slope optimisation?**
**A:** No, a 30/50 slope optimisation is not necessary in *Senso Diva*. The 30/50-slope optimisation is an automatic optimisation rationale that ensures a satisfactory fitting for hearing losses with abruptly changing audiogram values, such as precipitous losses, ski-slope losses, cookie-bite losses etc. The amplification algorithm of *Senso Diva* takes into account the special gain requirements for these types of hearing losses without any need for further optimisation.

**Q:** **Is it possible for a fine-tuning adjustment in *Senso Diva* to be over-ruled by an "internal rule" and therefore have no effect?**
**A:** No. However, in some cases, the physical limitations of the hearing instrument may prevent a certain fine-tuning command to be carried out. In such cases, Compass and SP3 will not allow a fine-tuning command of no effect to be displayed.

**Q:** **How can the fine-tuning guide in Compass help me?**
**A:** Compass V3 provides an interactive, questionnaire-based fine-tuning guide, dealing with various problems that the individual hearing aid user might be experiencing and offering a complete fine-tuning solution. The fine-tuning guide is available in two versions, a specific guide which addresses fitting problems one by one and a composite fine-tuning guide which can address several fine-tuning

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163247

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only –* **C O N F I D E N T I A L**

problems at the same time and suggest a joint solution. In connection with the fine-tuning guide, Compass allows comparison of the fine tuned vs. initial setting (the A/B test), thus allowing the hearing instrument user to participate actively in the fine tuning.

October 2001

Page 26 of 27

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163248

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only – CONFIDENTIAL*

## 15.   Miscellaneous

Q:   Is *Senso Diva* compatible with the MicroLink system?
A:   Yes. However, it should be noted that if the client chooses to listen to input from both an FM system and the hearing aid microphone (FM+Mic), the hearing aid will be set in a fixed omnidirectional mode.

Q:   Can *Senso Diva* be used with cellular (mobile) phones?
A:   Yes. To users of GSM or DECT telephones, interference is a well-known phenomenon that is often perceived as a "buzzing" sound. Digital hearing instruments are generally less affected by mobile phones than analogue hearing instruments, and *Senso Diva* is even less affected than most other digital hearing instruments.

Q:   *Senso Diva* has many features. Does this mean that its current consumption is high?
A:   *Senso Diva*'s current consumption is low, especially when the many features are taken into account. The reason for this is that we, at Widex, use our own dedicated signal processor and not an open platform with an overhead, which uses power. Furthermore, we combine the newest technology available with some special Widex tweaks!

Q:   Which models will be available in the *Senso Diva* series?
A:   The *Senso Diva* series consists of five models. All models are small in size and easy to operate. CIC (SD-CIC), BTE (SD-9 and SD-9M) and ITE/ITC (SD-X and SD-XM).

Q:   Will there be a power model of the *Senso Diva*?
A:   Probably later on, but not initially.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163249