Exhibit 4



Oticon · Syncro

oticon
PEOPLE FIRST

EXHIBIT

PX 33

EXHIBIT

Exhibit 58
8-2-07

DEM002099

INTRODUCTION

THE AUDIOLOGY IN SYNCRO

FITTING SYNCRO

TECHNICAL DATA

ALPHABETICAL INDEX

DEM002100



DEM002101



# 1.0 INTRODUCTION

*This handbook is designed to provide immediate access to detailed information on the groundbreaking processing technology in Syncro. The handbook is your personal key to detailed information and fitting guidance.*

*Section 1 gives you an overview of Syncro and the benefits it brings both you and the user.*

*Section 2 contains a thorough exploration of the audiology and technological innovations in Syncro, organized in a flow similar to Syncro's processing and performance.*

*Section 3 is a comprehensive guide, taking you through the nuances of fitting Syncro with Genie.*

*Section 4 gives you easy access to all the Syncro performance data available.*

*You will find detailed lists of content prior to each section. In addition to these, you will find an alphabetical index in the back of the handbook. We hope that you will find this handbook useful and we encourage you to add your own notes wherever where you will also find plastic sheets for filing any additional information you might find relevant. Please contact us for any additional information or assistance.*

*We wish you success with Syncro!*

# SYNCRO

## 2.0 Artificial Intelligence – inspired by the brain

Syncro marks the arrival of a new breed of hearing instruments incorporating Artificial Intelligence* to improve performance in the user's impredictable environments. Regardless of the environment, Syncro automatically screens out noise and focuses on voice. This guiding principle for Syncro is that speech is the determining factor for its performance.

*We call this Voice Priority Processing.*

Inspired by the brain's ability to prioritize speech, Syncro utilizes an array of sound refinement systems to deliver the best Voice-over-Noise ratio at all times. These systems are unique because they operate synchronously and interactively to optimize effortless communication in any listening situation.

Syncro takes digital sound processing technology to the next level.

*"Note: Artificial Intelligence is the science and engineering of designing systems to perform perception or logical operations to compensate to a greater or lesser extent for human functions in a manner appearing to be beyond the merely mechanical.*

**New design, from inside and out**

Syncro is based on an entirely new platform of digital signal processing. It includes an abundance of new advanced digital features and general possibilities, which you will read more about in the following pages.

With a product line ranging from CIC to BTE you will find a style to match the hearing loss and ear shape of almost any patient. With Syncro, important features like directionality, volume control and programs are no longer limited to a few, dedicated styles. No matter the choice of style, Syncro allows you to combine the optimum set of features, including volume control (VC is only available in Half Shell/Low Profile to BTE models), the option of up to four programs as well as directionality.*

*"Note: Directionality is not available in CIC/MIC styles.*

**The Artificial Intelligence in Syncro**

Most digital hearing instruments adjust their performance on predictions and assumptions of how a hearing impaired individual should hear in a given environment. However, it is impossible to accurately predict all the dynamically changing sound environments that a hearing impaired person may encounter during a day.

By employing Artificial Intelligence, Syncro goes beyond this limitation. The Voice Priority Processing system in Syncro is designed to complete real-time analyses and conduct true outcome comparisons to determine how to optimize performance for all situations. This is what makes Syncro truly unique.

**Syncro knows what the user wants**

Syncro responds in much the same way to the sound environment as people would if they had the opportunity to manually control all available feature settings, then compare, and select the preferred among the different combinations in various situations. Facilitated by the Voice Priority Processing technology, Syncro will always select the optimal processing scheme to prioritize speech.

**Intelligent decision making**

The sound environment is constantly analysed for input levels and Voice-over-Noise ratio. Based on synchronous parallel processing, the output is determined by the three innovations of Voice Priority Processing: Multi-band Adaptive

IN → DETECTION → CALCULATION / COMPARISON → ANALYSIS → VOICE PRIORITY PROCESSING → OUT



DEM002103

## Voice Priority Processing



**Directionality, Tri-State Noise Management and Voice Aligned Compression.** These processes function in a unique synergy to provide the intelligent decision making necessary to achieve the optimum listening experience.

**Individual performance**

Personal preferences as to how the instrument should react to changing sound conditions vary. This is why Syncro offers five different identities, defining exactly how the instrument's advanced automatics will perform, according to the preferences of the individual user.

The new Voice Priority Processing technology in Syncro is operating as a self-configuring system that constantly and automatically provides the best possible Voice-over-Noise relationship in any situation.

**The cornerstones of Voice Priority Processing**

Three now-developed features are combined to form the VPP system:

• Multi-band Adaptive Directionality
• Tri-State Noise Management
• Voice Alignment Compression

The synergy of these three features enables the Voice Priority Processing to adaptively suppress multiple noise

sources, to automatically choose the best directionality strategy across more frequency ranges, and to selectively balance noise reduction, voice preservation and overall audibility more intelligently than ever before.

Syncro makes this possible by using parallel processing. In the Voice Priority Processing, the incoming signal is split among parallel processing paths in order to evaluate the optimal combination of instrument configurations. Based on the individual results of the continuous stream of parallel processing of alternative sound treatment methods, Voice Priority Processing determines and applies the optimal feature combination to extract the cleanest signal at any time.

DEM002104

**Multiband Adaptive Directionality**
Unlike conventional, single-channel directional systems, Syncro introduces adaptive and voice-sensitive directionality in four independent frequency bands. Where traditional adaptive directionality systems switch between either directional or omni-directional, Syncro is able to split up the frequency band allowing for the implementation of a third mode of directionality: Split directionality. In situations with moderately loud input levels, conventional directional treatments will switch to omni-directional mode in order to avoid the side effects of conventional directionality which compromises the speech signal. In this situation, Syncro will switch in the new Split Directional mode, where only the LF band switches to Surround mode. The three upper frequency bands stay directional so the optimum Voice-over-Noise ratio is preserved at all times.

**TriState Noise Management**
By combining advanced voice-direction technology with a new 4-channel noise management system, Syncro restores the delicate and reputed discipline of simultaneously being able to provide comfort in noisy situations while pre-

serving speech understanding. As the name implies, Syncro's TriState Noise Management system moves between three different states. The system operates independently in all eight channels where the level of attenuation is influenced by the level of modulation and synchronous energy in the input signal.



**Voice Aligned Compression**
Syncro implements a voice-aligned compression strategy with multiple timeprints. Contrary to most prescription concepts in generic fitting rationales, Syncro applies large compression ratios at soft to medium input levels, where the signal level and Voice-over-Noise ratio is good, indicating a robust signal. Syncro then applies increasingly more linear processing as input levels increase. This approach preserves more of the intensity variations in the speech signal in situations with great need for a non-distorted speech signal, for instance in very loud and noisy sound environments. This is how Syncro preserves sound and voice dynamics, crucial for speech understanding, in adverse communication environments.

**Syncro Identities**
Syncro offers a new audiological tool for making the manipulation of this very advanced and adaptive instrument's performance easy and accessible.

The Identities in Syncro represent the evolution of rationales. They temper the instrument's behavior to match the user's needs, capabilities and preferences of sound. They consist of five unique combinations of amplification parameters and advanced feature settings. Each provides a categorically different listening scheme, recognizing that people have different preferences, auditory ecologies and auditory processing abilities. Syncro allows you to match these requirements, quickly and easily. Genie automatically prescribes an Identity based on the profile of the individual user.

*The five Identities in Syncro:*

• **Energetic** - Most responsive Identity. Provides fast and aggressive adaptation to rapidly changing listening environments

• **Dynamic** - Full audibility of speech in all situations and fast adaptation to the pressure of background noise

• **Active** - Full audibility of speech in all situations while automatically and transparently minimizing the effects of background noise

• **Gradual** - Good audibility and clarity of speech combined with a lower paced adaptation to occurrence of background noise

• **Calm** - A consistent high sound quality and stable sound picture with slow and transparent adaptation to changes in the environment

**Experience the difference**
The Syncro concept is unique - and so is the listening experience. Supported by a number of innovative, intuitive fitting and counseling tools you are now able to offer your clients a unique experience - a hearing aid that makes listening more effortless than ever.

DEM002105



DEM002106

# THE AUDIOLOGY IN SYNCRO

Syncro is the first hearing instrument with Artificial Intelligence allowing a series of solutions to be evaluated simultaneously. This parallel processing allows Syncro accurately to identify the listening environment and select the best processing solution. Underlying Syncro's advanced feature set is the Voice Priority Processing system. Here those previously independent systems progressively optimize the signal to focus on ensuring the best possible voice over noise ratio. Voice Priority Processing combines Multi-band Adaptive Directionality, TriState Noise Management and Voice Aligned Compression in a unique synergy. These systems are coupled by the Optimization Equation which takes the environment information and determines the best setting of the Voice Priority Processing System. The speed and magnitude with which the adaptive systems match this ideal state are governed by the chosen Syncro Identity. Each Syncro Identity controls the underlying processing to match both the user's expectations as well as the demands of their listening environment. The combination of environmental identification, analysis and the unique synergy of the advanced features is the key to the strength of Syncro.

## Syncro Technology Clusters

In principle, Syncro detects and identifies different acoustic environmental parameters, analyses the various output optima, problem-solves the best solution, and applies the optimized settings while taking the chosen Syncro Identity into consideration.

Syncro is best described and understood when viewed through six different technology clusters. These clusters are also arranged in a schematic flow chart to aid the understanding of the order of processing in Syncro.



Figure 1: The six Syncro technology clusters laid out in order of processing.

DEM002107

# 1.0 DETECTION

Detection: Syncro is built on a comprehensive array of detection systems. These systems control the way Syncro actively identifies the acoustic environment (Sound Environment Detectors) and how it rapidly identifies any threats to delivering the best possible signal (Alarm Detectors).

Analysis and Decision: Artificial Intelligence is the key to Syncro's ability to process and select from multiple solutions simultaneously (parallel processing). Syncro's parallel processing abilities allow it to make decisions based on actual outcomes and real-time comparisons of the signal to select the best solution. The underlying priority of the processing is to provide the best possible speech signal in all environments.

Voice Priority Processing: The three key sound enhancing features (Multi-band Adaptive Directionality, TriState Noise Management and Voice Aligned Compression) are combined and implemented through the Voice Priority Processing system. Through the progressive optimization of the signal the user will receive the best possible voice over noise signal and highest sound quality.

Syncro Identities: Syncro has five distinctly different Syncro Identities. Each Identity ensures that the moment to moment solutions are implemented in accordance with the listening preferences of the user.

Sound Quality: Ensures that the user is able to benefit from the best possible sound presentation through innovations such as OpenEar Acoustics.

User Intervention: The user has the ability to take control of their automatic hearing instrument (e.g. program selection).

We will now examine each cluster in greater detail to fully understand Syncro.

## Key Benefits

1. Syncro will constantly monitor the state of the listening environment and feed this information into the Analysis cluster.

2. The focus of the detectors is to determine the presence and level of background noise and the level of speech. These factors are important for making proper performance decisions.

3. Detectors are divided into Sound Environment Detectors (Information)

Syncro is equipped with a variety of detectors to classify the listening environment. For ease of understanding, the Detectors are divided into two detection systems: Sound Environment Detectors and Alarm Detectors.

### Sound Environment Detectors

Sound Environment Detectors seek to classify the user's listening environment from moment to moment. They are divided into:

• Global detectors
1. Sound Input Detector determines the overall level of sound input across all the channels.
2. Enhanced VoiceFinder Detector searches for the synchronous energy unique to human speech throughout the high-frequency channels to determine whether or not speech is present.
3. Global Modulation Index Detector measures the amount of modulation in the environment to determine the presence and level of background noise in the environment.
4. FrontBack Detector monitors whether the dominant input is from the front or the back of the user.

• Local detectors
1. Local Sound Input Detector determines the level of sound in the eight independent frequency channels.
2. Local Modulation Index Detector measures the degree of modulation and noise level in each frequency channel.

### Alarm Detectors

Alarm Detectors Search for obstacles to instrument functionality.

• Feedback Detector alerts and activates the fast mode of the Dynamic Feedback

and Alarm Detectors to provide a clear signal path for each detection system. The first technology cluster in Oticon Syncro is Detection. For an accurate response to challenging communication environments, it is critical that Syncro can rapidly detect acoustic changes in the environment. In today's premium hearing instrument, these detection systems must be far more elaborate than the simple detection of input level.

DEM002108

# 2.0 ANALYSIS & DECISION

Cancellation system if feedback is about to occur (e.g. when a telephone receiver is brought to the ear or when chewing). This effectively eliminates the problem of feedback in everyday use without having to reduce or change the sound processing of Syncro.

• Microphone Mismatch Detector constantly evaluates the outputs of the two microphones. A microphone mismatch, even of 0.1dB can cause a reduction of directionality by up to 1dB. To ensure optimum directionality at all times, the Microphone Mismatch Detector will alert when a reduction of directionality occurs through the automatch of the two microphones. Syncro will then automatically re-match the microphone signals to ensure that the maximum directional benefit is always maintained.

• Microphone Wind Detector measures the wind-speed over the directional microphone inlets and determines the probability of the wind-noise deteriorating the signal. This information is critical to selecting the best mode of the Multiband Adaptive Directionality and is a key to Syncro's ability to provide the benefits of directionality in adverse environments longer than other hearing instruments.

The results of the various Sound Environment and Alarm Detectors lead to an accurate identification of the crucial acoustic characteristics that comprise the sound environment. The results of this environment identification are fed to the Syncro Optimization Equation for analysis.

## Key Benefits

1. Parallel processing allows multiple processing options to be compared and the best solution implemented.
2. Decisions as to the best instrument state are based on an analysis of the actual hearing solution rather than a prediction.
3. All systems work together towards the single goal of maximizing the voice over noise relationship. Therefore, the user is never disadvantaged by systems working towards opposing goals.
4. The Syncro Optimization Equation, through parallel processing manages the transitions from one instrument state to the next to ensure that transitions are seamless.

Syncro is designed to take the input from the Sound Environment Detectors and activate relevant features when necessary. For example, when activation levels have been reached or the environmental feature such as the presence of speech or noise have been identified, dedicated features are enabled. Similarly, it is crucial that the action not interfere with the action of other features or systems. Therefore Syncro's detection systems are combined and organized in a single analysis process (Figure 2).



Figure 2: The parameters that go into the Syncro Optimization Equation

DEM002109

## Parallel Processing

One of the keys to understanding Syncro is the concept of parallel processing. Before Syncro, either hearing instruments could only cope with sequential processing of sound. To overcome this limitation, the processing was based on prediction or a "best guess" to a given situation. The problem with prediction based models is that these are always exceptions to rules which lead to incorrect processing decisions. Syncro, however, processes and compares multiple solutions (parallel processing) to any given situation. Therefore, for each situation every possible configuration of Syncro is assessed and the best solution implemented. The overall guiding principle is that speech is the priority.

## Voice over Noise Ratio (VNR) Analyzer

Based on the numerous inputs from the detectors, the analysis cluster organizes the various analyses that go together to determine the best instrument state. The outputs of these parallel tracks are fed to the core of the analysis cluster, the VNR Analyzer. The VNR analyzer evaluates the VNR output from the various processing options to determine which states and modes of the various features will provide the best voice over noise signal. The fast processing of the output is crucial to the performance of Syncro. The processing of the outputs before they are implemented allows the VNR analyzer to determine the state that provides the best voice over noise ratio in any situation.

## The Syncro Optimization Equation

The results of the VNR analyses for the individual features are fed to the Syncro Optimization Equation (Figure 2) which then determines the best overall configuration of each of the features and systems. This further coordination assures that systems are not working counter productively and confirms the best possible state. Therefore, the Syncro Optimization Equation can be referred to as the "conductor" who guarantees that all features and systems work in synergy.

For example, the Multi-band Adaptive Directionality will not switch to directional mode just because there is loud background noise present. The Syncro Optimization Equation will calculate and complete the VNR in all available modes (Surround, Split Directionality and Full Directionality) and will only react when a different mode will provide a better VNR. Syncro will then fade to the new mode.

The final outcome from the Syncro Optimization Equation indicates the best possible setting for the current listening situation. The best solution to the current environment is delivered in the Voice Priority Processing system to implement.

*"The underlying design of Syncro is to give priority to voice in any sound environment. To further emphasize this central goal, we use the term Voice over Noise (VNR) instead of Signal to Noise (SNR).*

DEM002110

# 3.0 VOICE PRIORITY PROCESSING

## Key Benefits

1. Voice Priority Processing combines into one system the Multi-band Adaptive Directionality, TriState Noise Management and the Voice Aligned Compression

2. Within each system parallel processes take place to determine various reactions to the environment. These reactions are sent back to the Syncro Optimization Equation which selects the best solution.

3. Progressive Optimization along the sound path ensures that all systems are working towards the key goal of ensuring the best voice over noise ratio.

Voice Priority Processing (VPP) is the combination of Multi-band Adaptive Directionality, TriState Noise Management and Voice Aligned Compression. All of these systems are designed to progressively optimize the signal with the focus on the speech. The unity of one single processing goal ensures that all systems are working in synergy and not in opposition.

Most importantly, within the VPP system, processing is conducted both in parallel and also with progressive optimization. Parallel processing allows multiple solutions to be evaluated simultaneously to ensure that the best solution is selected. This processing option overcomes the problem of single processing options that are built on a foundation of predictions. Unfortunately, predictions outside of the laboratory can often result in the wrong processing deci-

sion. Conversely, Syncro will evaluate the result of the various processing options and select the solution that will result in the best decision. The goal of the system being that speech should be prioritized.

Voice Priority Processing combines three systems seamlessly to provide the best speech understanding. First, Multi-band Adaptive Directionality provides the best method of improving the voice to noise ratio. Second, the TriState Noise Management detects both speech and noise and maintains speech understanding and in difficult listening situations and provides improved comfort in noisy environments when speech understanding is no longer possible. Third, Voice Aligned Compression provides an underlying amplification strategy that ensures optimum speech intelligibility in difficult listening situations.

## Cleaning the Signal

The combination of the Multi-band Adaptive Directionality and TriState Noise Management provides the best possible signal in the Voice Aligned Compression algorithm. The Multi-band Adaptive Directionality attenuates multiple noise sources behind the listener to provide the best possible voice to noise level. In complex environments, the noise level may still remain high and the user may require some additional comfort from the annoyance of that signal. Here the TriState Noise Management will implement varying degrees of attenuation in each channel depending on the noise level, the SpNR and whether the VoiceFinder has detected speech in the signal. By placing the adaptive systems in front of the Voice Aligned Compression allows the compressor to receive the best possible signal for presentation to the user. The overall purpose is to clean the dirt (noise) out of the signal.

DEM002111

# VOICE PRIORITY PROCESSING

## 3.1 Syncro Multi-band Adaptive Directionality

### Key Benefits

1. Parallel processing evaluates all of the potential instrument states to then allow the state with the best voice to noise ratio to be implemented. Unlike prediction based systems this assures that the best state is always emphasized.

2. The unique Split Directionality mode allows the directional system to be implemented at lower sound levels

3. Unique wind noise detector implements split directionality mode when in windy situations to allow directional benefit in outside environments.

4. Multiple bands of directionality allow multiple sound sources to be attenuated simultaneously.

The only proven method to improve speech understanding in noise is through the use of a directional microphone (Walden, Surr, & Cord, 2005). Directional microphones suppress the signal from the sides and/or rear of the wearer while retaining the audibility for signals from the front. The underlying assumption is that the user will be facing the person with whom they are talking and wish to penalize or background noise. In this way the improvement in signal-to-noise ratio has been estimated at around 3-4dBSPL when speech and noise are presented in ways that are representative of real world listening environments (Amlani, 2003; Wouters, Litiere, & van Wieringen, 1999).

One of the more recent advances in directionality has been the concept of adaptive directionality. Adaptive directionality provides two critical advantages over fixed directional systems. First, the DSP system evaluates the input and predicts whether the directional or omnidirectional mode will provide greater benefit to the user and then automatically switches between microphone modes. The second and more impressive feature of adaptive directionality systems is the ability of the system to detect the angle of the dominant noise source and to automatically change the polar pattern to provide maximum attenuation for that sound. Therefore, the null in the polar pattern is always directed towards the most dominant noise source. This ensures that the best audibility of the speech signal is maintained.

While adaptive directionality systems are impressive, they have a number of limitations. First, due to increased microphone noise they require a relatively large input level to switch to the directional mode. Second, the directional microphones are susceptible to wind noise (Thompson, 2003; Valente & Mispagel, 2004). Third, they cannot cancel multiple independent noise sources simultaneously (Thompson, 2003). For instance, different noise sources may arrive from different angles and each should be reduced, but a traditional system will only reduce the strongest signal as it can only position one null at a time. Fourth, the selection of directional versus omnidirectional mode is based on predictions of which mode will provide the best signal rather than making decisions based on which mode actually provides the best signal. The Multi-band Adaptive Directionality in Syncro overcomes each of these technological drawbacks resulting in the directional benefit being available longer and in more situations.

### Directionality at lower sound input levels

A directional microphone system provides the best benefit to moderate-to-loud sound environments when the listener requires an improvement to SpNR to assist communication. Additionally, a loud sound environment enables the noise from the directional microphones to be masked by the surrounding sound. To increase the benefit of directionality to more sound environments, Multi-band Adaptive Directionality can be implemented in these unique modes, thus enabling the user to enjoy the directional advantage in more situations and at lower sound levels.

DEM002112

**Surround Mode:** When the sound input is soft, Surround is preferred as there is little noise to attenuate. In Surround Mode, the signal from the two omni-directional microphones is enhanced by adding the signals and dividing by two. This effectively reduces microphone noise by 3dB thus providing an improved signal for low input levels."

**Split Directionality:** For medium level inputs, the Multiband Adaptive Directionality has a choice between Surround or the unique Split Directionality mode. Split Directionality is a new advance in directional microphone technology that allows directionality to be active at lower background noise levels - where other systems are forced to revert to the omni-directional mode. Traditionally, directional microphones need to be omni-directional or directional in all frequencies. By splitting the directional microphone into four bands Syncro allows the use of the enhanced Surround mode in the lowest frequency (below 1000Hz) and maintains three independent bands of directionality to the mid and high frequencies. This overcomes the issue of increased directional microphone noise (due to increased low-frequency gain to compensate for the roll-off in directional micro-

phones) while ensuring the noise cancellation benefits of multiple-band adaptive directionality. In the Split Directionality mode, the lowest frequency band is in the Surround mode while the three mid and higher frequency bands are free to cancel multiple noise sources. Split Directionality is used when there is a moderate degree of background noise and the Syncro Optimization Equation determines that the client will benefit from a directional microphones in the higher frequencies.

**Full Directionality:** Full Directionality enables the ability for each of the four bands to independently place their nulls to attenuate up to four different noise sources simultaneously. When in loud environments, the Syncro Optimization Equation chooses between three separate modes - Surround, Split Directionality and Full Directionality. Thus, enabling a full range of directionality systems and the implementation of which ever system provides the best A/DI in a given situation.

**Solving the problem of Wind Noise**
It is well known that wind noise can affect the performance of hearing aid microphones and especially directional microphones (Thompson, 2003). Airflow around the head generates noise within centimeters



*Figure 8: Representation of the three different modes (Surround, Split and Full Directionality) of the Multiband Adaptive Directionality across different sound input levels. Surround uses the enhanced omni-directional microphones. Split Directionality utilises Surround in the low frequency band and full directionality in the remaining three high frequency bands. Full Directionality implements full directionality in all four bands.*

"The two Surround microphones will receive a correlated sound signal. Microphone noise is uncorrelated and as such when added then divided by two will be decreased by 3dB.

DEM002113

of our ears. Due to the close proximity of the ears to this turbulence will be heard at a high intensity level. This wind noise is especially a problem in directional microphones because directional microphones are more sensitive to sounds from the rear field than omni-directional microphones. This has led to the situation where the use of omni-directional microphones is recommended in situations prone to wind noise (Thompsen, 2003).

Syncro solves this problem and allows the user to continue to benefit from a directional system despite the presence of wind noise. The solution is to use the Split Directionality mode in situations of moderate wind noise. Here the first band of the Multi-band Adaptive Directionality is set to the Surround mode so that the microphone is less sensitive to low frequency wind noise. The user can still benefit from three bands of directionality in the higher frequencies. A ratio of the set wind noise detector was developed to implement this decision. If the wind speed is moderate then the Split Directionality directionality is possible - if the environment is one where the SpNR will be improved by the Split Directionality mode. The distinction from wind noise is removed as the first band will remain in Surround while the higher bands will shift to Full Directionality, thus allowing the benefit of directionality longer. If the wind speed increases to high then directionality is set

enabled as the noise will be present in the higher frequency bands as well.

Simultaneously attenuating up to four independent noise sources.
Syncro not only stays in a directional signal longer than other systems, but will eliminate up to four different noise sources simultaneously (these noise sources when in Split Directionality mode). This is achieved through the Syncro Optimization Equation coordinating the control over four separate bands of directionality.

The placement of the nulls in the polar plot is crucial to ensure the maximum amount of noise attenuation. A common problem of conventional adaptive systems is that they can only lock onto and cancel one signal at any one time (the loudest). In complex listening situations, distracting noise arises from multiple sources and often have (loudness) spectral peaks rather than being broadband. Noise sources with differing amplitude peaks across frequencies provide an opportunity to separately target those signals. The Multi-band Adaptive Directionality has four distinct frequency bands. These enable the automatic directionality system to assign separate polar plots for each of these bands to provide the best possible SpNR. Therefore, it is now possible to simultaneously cancel out four separate noise sources. For instance, if in an environment with a low frequency rumble at



90 degrees but many people talking at 180 degrees the Multi-band Adaptive Directionality system will assign the low frequency band null to 90 degrees but keep the other nulls at 180 degrees [See figure 4]. This way the system can adapt the directional system to meet the needs of each environment.

*Figure 4: Full Directionality enables the four bands to independently place their nulls to attenuate up to four different noise sources simultaneously.*

DEM002114

## Parallel Processing rather than Prediction

Syncro's Artificial Intelligence has the ability to assign polar responses to multiple bands. Figure 5 illustrates that different sound level inputs have multiple processing options. Syncro processes loud inputs across three separate tracks. First, the "Dir Mode" evaluates all the possible polar responses in both the Split Directional mode and the Full Directional mode to establish the best polar response (based on the optimum VNR) for the given situation. The VNR is then calculated simultaneously in the Surround, Split Directional and

Full directional modes. The heart of the Multi-band Adaptive Directionality is the "VNR Decision". Here the results of the VNR are compared and the response with the best overall VNR is selected. This is contingent on the response of the Front/Back detector and the wind noise detector. In order for directional modes to be implemented the primary speaker must be in the front and the amount of wind noise determines whether the Full Directional and Split Directional modes are available. This result is then fed back to the Syncro Optimization Equation, which is in accordance with the chosen

Syncro Identity will then coordinate the change to a new directional mode.

The parallel processing ensures that Syncro will select the best solution from a large number of potential responses (unlike prediction based systems that can make errors or discover environments that cannot be predicted, the parallel processing and underlying Artificial Intelligence ensures that Syncro will always select the response that provides the best VNR decision in every single environment).

## Summary
The Multi-band Adaptive Directionality delivers an advanced automatic directionality system focused on providing the best SpNR. The underlying intelligence of the system that is the ability for the Syncro Optimization Equation to take the information from the various environmental detectors and analyze all the possible output combinations for the best AI/DI. The flexibility allows us two critical advantages over other adaptive directional systems. First, through Split Directionality we are able to offer the benefits of directionality at lower input levels in the presence of wind (where other systems would be forced into the omni-directional mode). Second, the four bands of directionality are able to attenuate four different noise sources simultaneously. Multi-band Adaptive Directionality therefore provides the ultimate adaptive directionality system available.

Figure 5: The advanced processing of the Multi-band Adaptive Directionality showing the parallel processing tracks and the VNR decision process.

DEM002115

Oticon · Syncro    29

# VOICE PRIORITY PROCESSING

## 3.2 TriState Noise Management

### Key Benefits

1. Three true states of operation thus ensuring that speech understanding is never compromised in poor signal to noise ratios.

2. Three states remove the need to compromise between speech understanding in noise and comfort.

3. These states are enabled through the combination of Oticon's advanced VoiceFinder speech detection technology with modulation estimation of the noise level.

4. Speech only mode provides the full amplification with no attenuation.

5. Speech in noise provides speech weighted attenuation to preserve the unique characteristics of speech while preserving speech understanding.

6. Noise only mode provide full noise reduction to ensure full comfort without the risk of attenuating speech understanding.

7. Parallel processing allows Syncro to know the preferred state of noise reduction at any time and manage a seamless transition from one state to the next.

The overall purpose of any noise reduction system is to reduce discomfort from loud noises. An unfortunate side effect of these systems is that they may also reduce the understandings of speech in difficult communication environments. This problem arises from the inability of modulation based systems to accurately determine, in difficult listening situations, whether speech is present in the signal. Thus, applying less reduction when speech is present at poor SpNRs. To overcome this limitation, the TriState Noise Management introduces a unique third state of operation to differentially reduce the signal when speech is present in noise or when noise is only detected. Therefore, the three states of the TriState are (1) no attenuation of the signal when in Speech Only (or quiet situations), (2) speech focused attenuation when listening to Speech in Noise and (3) increased attenuation when there is Noise Only.

The ability for Syncro to implement a noise management system with three distinct states is made possible through Syncro's unique environment detection. The Syncro Optimization Equation combines the input from the Modulation Detector the advanced VoiceFinder detector to determine the exact composition of the environment and thus to implement the best sound processing for that environment. The advanced VoiceFinder Detector allows the accurate identification of speech by the presence of the high frequency synchronous energy which is the unique property of the human voice. Modulation detection allows the accurate determination of the noise level. SpNR, provided by background noise.

This multi-dimensional approach allows the estimation between speech in noise, noise only or speech in quiet. This analysis occurs instantaneously in the eight separate channels of the TriState Noise Management system.



Figure 8: Schematic of the flow through the TriState Noise Management System.

DEM002116

Figure 7 provides a simplified overview of the working of the TriState Noise Management system and the way the environment is classified. First, the advanced VoiceFinder searches for the synchronous energy unique to, and indicates the presence or absence of speech in all channels. Then the channel specific noise level detector determines whether the noise is at a level that requires noise management. When the background noise reaches a level that interferes with the speech signal the noise management system will be activated. No attenuation will be applied if the noise level does not interfere with speech or cause discomfort. The presence of speech combined with the level of

background noise enables these separate states of noise reduction to be determined.

- **Speech only** to ensure optimum speech understanding across a wide range of input levels.

- **Speech in noise** to limit the degree of noise reduction in accordance with the Articulation Index when in complex listening environments where speech is present. This ensures that speech understanding is maintained.

- **Noise only** provides the maximum attenuation when there is only noise present in the signal. This provides maximum comfort to noise.



Figure 7: Demonstration of the attenuation in non state (Speech In Noise) of the Syncro TriState showing the progressive application of noise reduction as noise level increases and modulation lowers.

The degree of noise reduction in both the speech in noise and noise only modes is applied differentially depending on the actual noise level in each channel and the degree of modulation (the SpNR).

Attenuation will increase as a factor of noise level and of modulation index. The higher the noise and the lower the modulation (i.e. increased discomfort and poor SpNR), the greater the amount of attenuation.

The TriState Noise Management reacts to the presence of noise differently whether advanced VoiceFinder detects speech or not. If speech is present, then less attenuation is applied based on the Articulation Index (AI). This ensures that attenuation of the signal does not result in reduced speech understanding. If speech is not present (Noise Only) then the degree of attenuation is increased to provide maximum comfort.

Regardless of the listening environment, Syncro's parallel processing will select the most appropriate mode of noise reduction. The transition between the three states will, be managed seamlessly. The actual degree of attenuation and speed of change between states is prescribed by the chosen Syncro identity.

Prioritizing Signals

It is crucial for the Syncro Optimization equation to optimize the input from the

advanced VoiceFinder Detector, the Modulation Index and the level of background noise. Therefore, the speeds at which the TriState system will switch between states are controlled to prioritize speech information and maintain listening comfort in difficult acoustic environments. The advanced VoiceFinder detector has priority. Whenever speech is detected the TriState system will move quickly into the Speech only or Speech in Noise settings. Conversely a system that quickly adapts to the presence of noise (through modulation detection) will create a sound picture that is too reactive to transient noise signals which is uncomfortable to the listener. Therefore, Syncro's reactions to noise and fluctuations in noise level are more gradual. The chosen identity will control how the sound system reacts to noise and noise fluctuations.

Summary

Through the use of the TriState Noise Management, Syncro continuously analyzes the environment to provide the optimum amount of attenuation in any complex listening environment. When speech is present with background noise the degree of attenuation is dependent on the level of background noise. This provides the best speech understanding and comfort in such situations. When noise alone is present, the TriState system will be focused on comfort and will provide additional noise reduction as the noise

DEM002117

# VOICE PRIORITY PROCESSING

## 3.3 Voice Aligned Compression

### Key Benefits

1. New loudness model provides less compression at high input levels and more compression at softer input levels.

2. Low level compression increases the audibility of softer speech sounds when communication is in relatively listening situations.

3. Increased linearity reduces the compression when communicating in loud listening environments so that what temporal cues can be heard without distortion.

4. Increased bandwidth to provide excellent sound quality.

5. Eight independent channels of compression to provide the best management of various input levels.

6. Seven kneepoints of compression management for each of the eight channels.

7. Voice Aligned Compression is designed to work specifically with the Multi-band Adaptive Directionality and the TriState Noise Management to progressively optimize the signal for the best speech understanding regardless of the communication environment.

To ensure appropriate amplification without artifacts, Syncro implements Voice Aligned Compression. Oticon has built on its library of research-based amplification strategies (e.g. VCO II & ASA) to provide a new compression model. It should be remembered that Voice Aligned Compression is the compression model or amplification strategy for Syncro. It is not the rationale and should not be presented as such. The Syncro Identities (refer to Syncro Identity section) are the rationale. Voice Aligned

Compression is one process that is changed by of the Syncro Identities. The advanced sound processing of the new platform of eight independent channels of compression across an expanded bandwidth. The amplification itself provides curvilinear compression comprising up to seven kneepoints to ensure a smooth frequency response at all input levels. This increase in channels and functionality provides additional opportunities to create and optimize the sound scheme for the individual user.

level increases. The combination of speech detection with noise reduction provides the best management of any noise situa-

tion delivering comfort from background noise without sacrificing speech understanding.

DEM002118

Voice Aligned Compression is based on the new loudness model by Buus and Florentino (Buus & Florentino, 2001). This model refutes the longheld belief that people with impaired hearing see abnormal growth of loudness above an elevated threshold. Instead people with impaired hearing have softness imperception in that sounds that are just audible are not soft (i.e. they do not hear softly). Therefore, if soft sounds are made audible to people with a hearing loss they are likely to be perceived louder than normal (Figure 8).

Compared to conventional amplification strategies the Voice Aligned Compression provides less compression at high input levels (i.e. amplifies in exclusion), and more compression at low input levels through a lower compression kneepoint and increased gain. Loudness compensation is not the goal of this rationale, the priority is to provide improved subjective sound quality (naturalness) without loss of speech intelligibility. This objective is further enhanced by the TriState Noise Management and OpenEar Acoustics. The curvilinear compression assures that the reaction to different sound levels is smooth and not affected by unwanted side effects such as "pumping".



Figure 8: Illustration of normal loudness growth compared with traditional recruitment and the softness imperception model. The softness imperception model demonstrates that loudness at threshold is elevated in the cases of cochlear hearing loss.



Figure 9: Input/Output function for the Voice Aligned Compression

DEM002119

### Soft Squelch

As input levels fall below 20 dB SPL, soft squelch reduces the gain more rapidly, to reduce discomfort from low intensity sounds - below the intensity of speech.

The result is that low intensity background noise (e.g. hum and hiss of quiet rooms) is not amplified by the hearing aid. Additionally, the Multi-band Adaptive Directionality will further reduce the microphone noise ensuring a more natural amplification experience.

### Enhanced Listening Distance

Low Level Compression with a variable kneepoint between 20 and 45dB makes soft sounds audible, thus providing increased listening distance. This heightens the user's environmental awareness and connectivity with the auditory environment. Therefore, we can increase the awareness of low-level environmental sounds, without effecting the gain applied to louder inputs.

### Low Level Compression

For inputs between 45dB and 65dB compression is increased as listening conditions are not optimal and the impact of high compression ratios will not detract from speech understanding. The key benefit of lower kneepoints and increased compression for low level inputs is the ability to provide more linear gain (less compression) at higher sound inputs where the temporal cues in speech are more vital.

This is different to the key aspect of WDRC systems which is solely to make soft sounds louder.

### Increased High Level Linearity

One of the benefits of providing increased low level compression is the opportunity to provide less compression for higher input levels. Environments with higher sound levels are often comprised of complex sound sources (eg. background noise and multiple talkers) at low speech-to-noise ratios, which makes listening difficult. Providing increased linearity through less compression for louder signals allows the wearer greater access to important speech cues in difficult listening environments.

First, increased linearity provides increased access to the temporal cues in speech. This is particularly important for hearing impaired listeners as unlike frequency resolution, temporal resolution does not become impaired until the hearing loss is greater than 70 dBHL, at long as the audibility of the signal is compensated for (Turner, Souza, & Forget, 1995). Importantly, in difficult listening environments where the wearer will have reduced access to spectral information (due to masking by background noise) he/she will rely to a greater extent more on temporal cues, which are more resilient to masking. Therefore, it is critical to provide less compression so as to maximize the access to temporal information.

Second, communication situations at high intensity levels have low SNRs, therefore the short-term dynamic range of the environment is reduced, and compression is not needed to provide audibility of low-level signal portions. In these situations improved communication is facilitated by reducing the negative side effects of compression.

### Completion

To further enhance listening comfort in difficult listening environments the Voice Aligned Compression includes "completion": that is, for high input levels there will be no amplification (unity gain, i.e. 0dB gain). Completion combined with the TriState Noise Management will ensure that the user is not unnecessarily annoyed by high level sound inputs.

### Summary

The development of a new platform, Inium+ bank with eight independant channels of compression and seven kneepoints has allowed Oticon to implement a new suite of the art amplification strategy for Syncro. The key benefits of the Voice Aligned Compression are the ability to provide increased understanding to soft sounds along with increased listening distance and by providing more compression at lower sound pressure levels allows the opportunity to provide less compression in more difficulty listening situations to further maximize speech understanding.

The Syncro Optimization Equation will ensure that the Voice Aligned Compression works in unison with the Multi-band Adaptive Directionality and TriState Noise Management to ensure the wearer receives a comfortable amplified sound without artefacts that provides the best possible speech understanding in any listening environment.

DEM002120

## 4.0 THE SYNCRO IDENTITIES

For many years hearing instrument fittings have been guided by prescription based approaches (e.g. NAL-NL1, ISL)/o and ASA). While these approaches provide excellent guidance on prescribing gain and compression characteristics, it is becoming more and more complicated to fit modern hearing instruments with increasingly complex automatic and adaptive systems. Adding to the complexity of the fitting process is the reality that no single combination of settings will be best for all clients (Gatehouse, Naylor & Elberling, 2003). For instance, some clients may prefer the sound characteristics of an active, audible noise management system. Others may prefer that the adaptive reactions to the sound environment be less noticeable.

Patients vary greatly in instrument setting preferences, the function of the automatic systems of a hearing instrument is crucial to providing the best listening experience. It is the combination of the following factors: audiometric information, setting of gain and compression, user listening preference, individual auditory ecology and finding the right balance of automatic features that can be the key to a good fitting (Latimer, 2003). To achieve a good fitting that would address all of these factors, would require a complex fitting process, if traditional rationales were used. Providing access to all of the fitting controls and features combinations that underlie Voice Priority Processing would have made for an extremely complex fitting process. If incorrect feature combinations are selected, a poor fitting may result. Syncro's Identities have removed the need for multiple entrances and complex fitting processes.

Syncro provides a new unique solution to the increasing complexity by introducing a completely new concept in hearing aid fitting: The Syncro Identities. The Identities go beyond prescribing gain and frequency response. The Identities select and prescribe the unique characteristics of the hearing instrument, such as, attack and release times and advanced automatic features (e.g. directionality, environment analysis and detection systems).

The Syncro Identities consist of five unique combinations of amplification parameters and advanced feature settings. Each of the five Identities provide an easy and intuitive method of presenting different listening schemes, recognizing that people are different and have different listening preferences, auditory ecologies and higher level auditory processing abilities (Gatehouse, Naylor & Elberling, 2003). Syncro Indentities allow you to quickly and easily match the listener's requirements.

In Syncro, we have implemented five separate Syncro Identities (Energetic, Dynamic, Active, Gradual and Calm) which cover five distinct areas of hearing instrument function. The Identities are designed to match the requirements of a complex signal and the challenges of a complex listening environment that a hearing impaired individual encounters.

**Inputs to an Identity**: Each Syncro Identity will utilize all of the available inputs to prescribe the best hearing instrument settings for each individual. These inputs include hearing loss, age, auditory ecology, amplification experience, amplification preference and hearing loss etiology.

**Outputs from an Identity**: The different Identities prescribe distinctly different settings for the three processes of the Voice Priority Processing System, this will provide the best match to the individual listener, their lifestyle and listening preferences.

### Key Benefits

1. Syncro Identities represent a revolutionary approach in fitting rationales, where one Identity controls the responses of all the key features.
2. Prescribing how the VPP functions with one Syncro Identity will ensure that all systems are working toward the same goal and not in opposition.
3. Syncro Identities allow the dispenser to quickly match the performance of Syncro's advanced features to the individual.
4. Syncro Identities remove the need for the dispenser to individually configure multiple adaptive systems to the individual as these are now prescribed by the Syncro Identity.
5. Syncro takes all of the potential inputs to a prescription (e.g. audiogram, age, auditory ecology, amplification experience, and listening preference) to prescribe the Syncro Identity.
6. The Syncro Identity prescribes the functioning of all of the key parts of the VPP (e.g. frequency response, compression time, speed of automatic transitions, magnitude of change etc).
7. Syncro Identities allow the hearing instrument to be matched to the unique listening needs and expectations of the individual.

DEM002121



**Energetic**
**Dynamic**
**Active**
**Gradual**
**Calm**

*Figure 10: The Five Syncro Identities and examples of how they impact various hearing instrument functions.*

In terms of specifics, the following systems are prescribed differently in each of the Syncro Identities. The detailed specifics of how the systems are balanced in each Identity is proprietary to Oticon.

*Voice Aligned Compression*
- Frequency Response
- Maximum Compression Ratio
- Degree of Channel Coupling
- Kneepoint of Distance Trimmer
- Attack time
- Release time

*TriState Noise management*
- Speed of state transitions
- Maximum allowable attenuation
- Sensitivity of modulation

*Multi-band Adaptive Directionality*
- Fading time between modes
- Sensitivity of directions
- Input thresholds

As an overall concept we can view the Syncro Identities as changing the speed and magnitude of response to change in

the environment. Identities should not be viewed as a mode-trimmer. Each Identity-

has a specific goal and the systems are configured to best approach that ideal state.

Magnitude of Change

Speed of Change

t (s)

— Energetic
---- Dynamic
···· Active
······ Gradual
— Calm

*Figure 11: Each Identity controls the magnitude and speed of change of the components of the VPB.*

DEM002122

## 5.0 SOUND QUALITY

### Key Benefits

1. Dynamic Feedback Cancellation automatically removes feedback from the sound path through phase cancellation without a reduction in gain.
2. Dynamic Feedback Cancellation allows an increase of up to 10dB of amplification in the high frequencies.
3. The combination of Dynamic Feedback Cancellation, fast processing time and low frequency gain compression enable the implementation of the vent dramatically reduces the annoyance of occlusion.
4. Increased bandwidth increases the sound quality of Syncro through access to more high frequency sounds.
5. Eight channels of compression provides improved management of compression across the increased bandwidth and the Voice Aligned Compression.

The premium technology in Syncro allows greater scope for the hearing care professional to ensure that the sound delivery to the user is perceived as natural as possible as well as meeting their expectations from a premium hearing instrument.

Syncro ensures excellent sound quality through the use of state-of-the-art transducer technology, short signal pathways, precise digital signal processing, extra dynamic amplifier headroom, extended speech frequency range bandwidth and transparently working adaptive features that do not present abrupt changes to the sound image when changing modes of operation.

Furthermore, the Syncro identities ensure that the components of the Voice Priority Processing system are delivered in a way that is consistent with the wishes of the user along with matching the demands of their listening environment. This will ensure that each Syncro is specifically tailored to each user's unique listening needs. When inserting a hearing instrument into the ear, two further effects are introduced. First, feedback can occur when undertaking daily activities such as chewing or when in contact with reflective surfaces (e.g. the hand or receiver from a telephone). Second, the physical placing of a hearing instrument into the ear creates the unwanted occlusion effect, where sound can sound "booming." To eliminate these two unwanted side effects, of amplification Syncro implements OpenEar Acoustics which reduces the effects of occlusion without introducing feedback.

**Summary**

Syncro Identities provide a new and intelligent way to combine the advanced automatic features in the hearing instrument to increase user acceptance and long-term satisfaction. The Syncro Identity works to take the output from the Syncro Optimization Equation and implement the instrument by common solution in accordance with the user's listening preferences. Syncro Identities provide the following advantages:

- Quick selection of appropriate feature combinations.
- Matched to individual listening preferences.
- Fitting and fine tuning through new tools (e.g. Syncro Identity Selector) available in Genie.
- Uses the most effective and efficient instrument to provide the listening scheme that best meets the requirements of the user.

DEM002123

# SOUND QUALITY

## 5.1 Dynamic Feedback Cancellation (DFC)

Dynamic Feedback Cancellation is a two-stage feedback cancellation system designed to eliminate feedback before it develops into uncomfortable whistling (Figure 12). Unlike traditional feedback management, which reduces gain to eliminate feedback, the DFC in Syncro uses phase cancellation. Phase cancellation is the only way to eliminate feedback while maintaining audibility of the signal. As soon as feedback is detected the Feedback detection initiates the DFC system to remove the unwanted whistling sounds through digital phase cancellation.

Precise digital phase cancellation ensures no reduction or distortion of the signal and no loss of audibility (Figure 13). The DFC ensures that gain is not lost when eliminating feedback, it also increases Syncro's feedback margin so that an extra 10-15dB of high frequency gain can be provided without feedback (Figure 14). The DFC in Syncro uses an intelligent dual-mode adaptation to deliver excellent overall sound quality and rapid reaction to feedback.



Feedback Identified    Phase Cancellation    Feedback Removed

*Figure 13: Example of how phase cancellation can remove the feedback while leaving the important signal untouched.*

The fast-acting system is initiated by abrupt changes in the acoustical environment that would normally result in feedback (e.g. telephone to the ear). The continuous slower-acting stage with greater power-efficiency reacts to more gradual changes in the feedback path (e.g. our moist ear-canals or hand-cupping position during daily activities) ensuring high sound quality in all situations. In summary, the intelligent adaptation between modes results in effective feedback cancellation without sacrificing gain or sound quality.



*Figure 12: Schematic of the Dynamic Feedback Cancellation system in Syncro*

DEM002124

## 5.2 OpenEar Acoustics

# SOUND QUALITY

Users of modern hearing instruments have been disappointed by the distortion of the their own voice (i.e. the occlusion effect) [Kochkin, 2000]. There has been much discussion about the origins and effects of occlusion, but the reality remains that the only practical way to remove the occlusion effect (Carle, Laugesen, & Nielsen, 2000; Dillon, 2001; Flynn, 2003; Pegah & Williams, 2001) is to allow the low frequency sounds to escape via the ear

canal through increasing the vent size. When we occlude the ear canal with an unvented ear mold, low frequency sounds can increase by up to 30dB (Figure 15). Opening the ear mold by providing increasingly larger vents reduces the low frequency amplification of the patient's voice and therefore reduces the occlusion effect dramatically leading to an improved quality of fitting (Kok, 1001; Schum & Pogash, 2002).



Figure 15: Occlusion Increase of own voice with different ear mold vents.



Figure 14: Example of the extra high frequency gain provided by the Dynamic Feedback Cancellation system.

DEM002125

## Requirements for OpenEar Acoustics

The optimum solution for the build up of low frequency sound in the ear canal is to provide a large vent allowing the boosted sound to escape. In order to have large vents in an ear mold we must implement the OpenEar Acoustics concept. There is a three vent components of OpenEar Acoustics which allows for substantially large vent sizes.

1. Fast digital processing time. It takes time for the DSP chip of a hearing aid to process the signal. If there is a time delay between the processed and direct sound of greater than this time the users may report unpleasant sensations such as an echo or distortion (Agnew & Thornton, 2000).

2. Dynamic Feedback Cancellation. While there are a number of solutions to the issue of feedback in hearing aids (e.g. notch filtering and feedback management), these strategies have the common feature that they change the characteristics of the acoustic response feature at the problematic frequency. These solutions, however, do not allow the implementation of larger vent sizes as they only compensate for leakage occurring from normal size vents (e.g. from a "leaky" ear mold). Therefore, the feedback cancellation system for OpenEar Acoustics must allow for rapid identification and elimination of feedback without increasing the processing time or

distorting of the speech signal. Once we have achieved this situation we have the potential to increase the vent size and open up the ear canal. This will reduce the discomfort from occlusion.

3. Low-frequency gain compensation. With a short time delay and digital feedback control it is possible to provide the patient with an open fitting. Opening the ear canal by providing a larger vent has disadvantages in terms of low frequency amplification that is provided to the patient. If the ear mold is opened, the low frequency energy (<1000Hz) leads to a dissipate, resulting in a loss of low frequency amplification. In this situation, the fitting rationale must compensate for the loss of low frequency energy or the hearing aid will sound excessively tinny due to the increased high frequency emphasis.

### Synergy between OpenEar Acoustics and Directional Microphones

Some concern has been raised recently about the impact of increasing the vent size and the benefit of directionality. So much so, that some researchers have suggested that a larger vent will compromise the benefits of directional microphones (Kuk, Keenan, & Nelson, 2002; Mueller & Wesselkamp, 1999). In a directional microphone, sounds from the sides and the rear are attenuated in relation to sound from the front. The concern is that the vent

will allow low frequency sound from the rear to pass through the vent without attenuation, reducing the directionality.

Recent research has found that the effect of venting on directionality has no effect on the directionality of sounds over 2000Hz (Ricketts, 2000). Even with a 4mm vent size the loss of directivity is totally restricted to below 1000Hz. In this study with a 4mm vent and a relatively flat AI-DI, the average AI-DI results for a directional microphone were still approximately 4dB greater than for the omni-directional setting. Fortunately, not all directional microphones are equal. As the independent research by Ricketts (Ricketts, 2000)

determined, some directional microphones have more emphasis in the low frequencies than others. Consequently, when increasing the vent size care should be taken to use a directional microphone where the emphasis is in the high frequencies so that directionality is maintained. This lack of compatibility between the emphasis of the directional microphone and the effects of OpenEar Acoustics may be why some people have recommended against the fitting of large vents with directional microphones (Kuk et al., 2002). It is critical when implementing OpenEar Acoustics that the directional microphone does not have the emphasis in the low frequencies.



DI versus freq, AI-DI = 5.05

**Figure 18:** Directivity Index for the Syncro ITE implementing OpenEar Acoustics, which demonstrates the high frequency emphasis of the directional microphone.

DEM002126

Due to the low frequency loss of a larger vent size, Oticon specifically designed a directional system that optimizes the mid and high frequencies (Figure 18). There is 6 dB or less directional improvement in the frequency region from 500 to 1000 Hz, but greater than 6 dB improvement at 2000 through 4000 Hz. When implementing OpenEar Acoustics in an advanced digital hearing aid the directivity of the directional microphone must compliment the ear mold so that the patient is not at a disadvantage because they have both a directional microphone and a larger vent. Additionally, the focus of directionality on the high frequency regions will further enhance speech understanding in noise. With this design, the signal-to-noise ratio is enhanced in the frequency region that affects the overall understanding of speech.

We should also consider the effects of this fitting prescription on directivity and OpenEar Acoustics. First, we must ensure that approximately 50% of gain compensation is used. If a vent is not implemented in the study by Ricketts (Ricketts, 2000). Secondly, if the patient has a mild hearing loss in the low frequencies then less low frequency gain is prescribed. With or without a vent, the DI in the low frequencies will be lower, so the effects of opening the vent will be reduced. Thirdly, if the patient has a significant low frequency hearing loss, the amplified sound will be louder than any sound that might reach the eardrum by the direct pathway. The larger vent size reduces low frequency gain and provides a passageway for sounds to pass through the ear canal without being amplified. Vent compensation strategies increase the gain and for many uses the low frequency sound may not actually be audible. Even through the low frequency directivity is decreased with larger vents the DI above 1000 Hz is not significantly affected.

OpenEar Acoustics allow the comfort of increased vent size along with the benefits of directionality.

**Clinical Results of OpenEar Acoustics**

Previous clinical studies have shown that OpenEar Acoustics allows an 85% increase in the size of the vent. This larger vent size is combined with increased reports of user satisfaction in terms of occlusion, own voice and overall listening comfort. As shown in Figure 17, it is only when the vent is large (above 3mm) that we obtain a significant decrease in the effects of occlusion. A small vent (e.g. 0.8 mm) will provide ventilation but will not allow the amplified sound to escape. Therefore, the best way to reduce occlusion is to provide the patient with an open vent.

**Benefits of OpenEar Acoustics**

Modern digital hearing instruments offer the advantages of focusing on the issues that our patients have found problematic in traditional hearing instruments. One of these issues is the occlusion effect. Now with an advanced digital instrument it is possible to increase the vent size and reduce the occlusion effect through OpenEar Acoustics. The prerequisites of OpenEar Acoustics are a fast digital processing time, dynamic feedback cancellation and low frequency gain compensation. OpenEar Acoustics and Dynamic Feedback Cancellation provide our patients with improved sound quality and comfort.



Figure 17: Amount of decrease in amplification in the ear for open fittings compared to closed or ventilation vents.

DEM002127