# 6.0 USER INTERVENTION

**Summary**
The variety of sound enhancement features ensures that Syncro provides the best possible sound at all times. The Dynamic Feedback Cancellation system ensures that feedback is eliminated without a reduction in gain which allows a natural sound quality through OpenEar Acoustics. It is the unique combination of features and processes that provide Syncro users with an optimal listening experience.

## Key Benefits

1. Optional push button allows access to up to four listening programs, a standby function and direct access to the telecoil.
2. Optional manual override (volume control) allows the user to take manual control of Syncro.
3. Multiple listening programs are available and may be used for specific listening needs. Telecoil and music programs are available.
4. A 0s onset delay is provided to eliminate the discomfort of feedback while inserting Syncro in the ear.
5. Multiple options allow greater opportunity to configure Syncro to meet the individual listening requirements of each and every user.

Syncro is designed to work automatically from time to time, the user may feel a need to take control of the hearing instrument. The following options are available to facilitate this need.

**Program Selector**
An ergonomically designed toggle button is used for Syncro (in all models from CIC to BTE) to allow (1) program change, (2) standby (3) direct access to telecoil.

1. Program change: Short presses (<1.0s) allow the user to move to the next Syncro program. Programs are easily defined in the Program Manager section of Genie. Audible beep indicators allow the user to know exactly what program has been selected.
2. Standby: A long press of greater than 2.5 sec. sets Syncro into standby mode. A brief push will return the hearing instrument to the former program. Standby is enabled by default but can be disabled in Genie.
3. Direct Access to Telecoil (optional): Press the button for 1 - 2.5s to switch immediately to the telecoil program. If both T and MT programs are present, direct access will go to MT. Direct access to Telecoil is by default disabled, but can be enabled in Genie.

DEM002128






### Manual Override

While Syncro is a fully automatic hearing instrument, from time-to-time the user may wish to have manual control of the volume of the instrument. Patients who want to have the ability to manually adjust the volume will be provided with a volume control in BTE and ITE styles. A volume control wheel allows a 30dB range of the manual override. The range and options can be selected in Genie.

### Multiple Listening Programs

In Syncro you can have up to four independent listening programs. Each program can be either a General listening program (incorporating one of the Syncro identities), Music or Telecoil program.

The General program is the main listening program, ideal for everyday use in all communication environments. A General program should be selected for any listening environment other than when listening to music or when a telecoil is required. Three main purposes exist for each different General program. First, the main General program can be copied to another program so that user can evaluate the benefits of any fine-tuning. Second, a General program can be used to store an additional listening program for a specific environment (e.g. listening to TV, church, restaurant etc) with specific gain and frequency response characteristics to match that environment. Third, a General program can have a different Syncro identity to either allow the comparison between different identities or for when the patient suggests that a different Syncro identity may give better performance for a different listening situation. Therefore, the General program allows the hearing care professional a large degree of flexibility in defining the everyday listening programs.

The Music program was specifically developed to provide the best combination of gain, frequency response and features to match the enjoyment of listening to music. To facilitate listening pleasure the frequency response was flattened and compression time constants were slowed to ensure the best balance between temporal and frequency cues. The Multi-band Adaptive Directionality and the TriState Noise Management are both turned off to ensure that the listening enjoyment to music is not distorted by the action of automatic systems.

A Telecoil program is available for listening through an induction loop. When created, the telecoil is based on the P1 program. After creation the user can fine tune and boost the telecoil as with any other listening program. As the signal is sent directly to the hearing aid the Multi-band Adaptive Directionality and TriState Noise Management systems are bypassed.

### On-set Delay

When Syncro is turned on a 9 second onset delay is provided to reduce discomfort from feedback while inserting the hearing instrument in the ear. This onset delay is set as a default but can be turned off using the Genie fitting software.

### Summary

Syncro recognizes that occasionally patients require direct control over their hearing instrument through the use of a mute or manual override. The ability to personalize Syncro through the use of multiple listening programs and various beep/start-up options allow further customization for the user.

DEM002129

# REFERENCES

Agnew, J., & Thornton, J. M. (2000). Just noticeable and objectionable group delays in hearing aids. Journal of the American Academy of Audiology, 11, 330-336.

Amlani, A. M. (2001). Efficacy of directional microphone hearing aids: a meta-analytic perspective. J Am Acad Audiol, 12 (4), 202-214.

Buus, S., & Florentine, M. (2001). Growth of loudness in listeners with cochlear hearing losses: recruitment reconsidered. Journal of the Association for Research in Otolaryngology, 3, 120-139.

Carle, R., Laugesen, S., & Nielsen, C. (2002). Observations on the relations among occlusion effect, compliance, and vent size. Journal of the American Academy of Audiology, 13, 25-37.

Dillon, H. (2001). Hearing aids. New York: Thieme. Flynn, M. C. (2003). Opening Ears: The scientific basis for an Open Ear Acoustic System The Hearing Review, May, 34-47.

Kochkin, S. (2000). MarkeTrak V: "Why my hearing aids are in the drawer: the consumer's perspective. The Hearing Journal, 53 (2), 32-42.

Kuk, F. K. (1991). Perceptual consequences of vents in hearing aids. British Journal of Audiology, 25, 163-169.

Kuk, F. K., Keenan, D. M., & Nelson, J. A. (2002). Preserving directional benefits for new users wearing smaller hearing aids. Hearing Journal, 55 (10), 46-52.

Mueller, H. G., & Wesselkamp, M. (1999). Ten commonly asked questions about directional microphone fittings. Hearing Review, 3 (Suppl.), 26-30.

Pogash, R. R., & Williams, C. N. (2001). Occlusion and own voice issues: protocols and strategies. Hearing Review, 8 (3), 46-54.

Ricketts, T. (2000). Directivity quantification in hearing aids: Fitting and measurement effects. Ear & Hearing, 21, 45-58.

Schum, D. J., & Pogash, R. R. (2002). Initial clinical verification of a new DSP instrument: Adapto. News From Oticon: Audiological Research Documentation, June.

Thompson, S. C. (2003). Tutorial on microphone technologies for directional hearing aids. The Hearing Journal, 56 (11), 14-21.

Turner, C. W., Souza, P. E., & Forget, L. N. (1995). Use of temporal envelope cues in speech recognition by normal and hearing-impaired listeners. J Acoust Soc Am, 97 (4), 2568-2576.

Valente, M., & Mispagel, K. M. (2004). Performance of an automatic adaptive dual-microphone ITC digital hearing aid. Hearing Review.

Walden, B. E., Surr, R. K., & Cord, M. T. (2003). Real-world performance of directional microphone hearing aids. The Hearing Journal, 56 (11), 40-47.

Wouters, J., Littere, L., & van Wieringen, A. (1999). Speech intelligibility in noisy environments with one- and two-microphone hearing aids. Audiology, 38 (2), 91-98.

DEM002130



DEM002131

## FITTING

### Introduction




Genie is the intuitive, interactive fitting software from Oticon and is compatible withナnft 2.0 and 3.0. Genie is logically structured and provides all the tools for a successful fitting. The fitting flow is designed to facilitate fast, successful fitting of different instrument styles. The software offers support before, during and after the fitting via patient-focused tools for counseling, fitting and demonstration.

Genie offers comprehensive fitting instructions and well-proven audiological tools. High quality sound and picture examples can be used to demonstrate product features or to help validate adjustments made during the fine tuning process.

Oticon · Genie | 59

# QUICK FITTING

## 1.0

*This Guide assumes that you are using the Quick panel in the Fitting step. The Standard and Expanded panels are also available. If you want access to more controls during the initial fitting.*

**1. Connect instruments**

Syncro Custom products use an Oticon #3 cable and a FlexConnect strip. Syncro BTEs use an Oticon #3 cable and an adaptor shoe.



**2. Selection Step: Detect Instruments**

Click "Detect Instruments" to detect the style and hardware features. When entering the Fitting step the instruments will be connected to Genie.

**3. Fitting Step: Verify setting**

Verify the prescribed setting, for example by using the various built-in sounds and sound environments. If a different level of gain and overall performance is required, consider using the Adaptation Manager before adjusting individual controls.

**4. End Session step: Status and beeps**

This step shows the status of parameters and audiological tools used during the fitting. The Audible Status Indicator is also available here. Click "Save, Program and Exit" and detach the instruments.

# GETTING STARTED

## 2.0 Connecting Syncro

Syncro instruments are programmed using the Genie fitting software, compatible with Noah 2.0 or 3.0. A Hi-Pro box or NoahLink along with Oticon cable #3 is used to connect Syncro. For custom instruments a FlexConnect cable is also necessary.

### ITE / Custom Instruments

1. Connect the large jack on cable #3 to the Hi-Pro or NoahLink. Connect the small plug to the black connector on the FlexConnect, taking care to align the dots.

2. Insert a new battery in the instrument. With the battery door slightly open, insert the gold end of the FlexConnect into the space between the battery door and hinge. After insertion, make sure the dot is facing away from the door and the FlexConnect is pushed all the way in. The dot serves as "depth stop" for the FlexConnect.

3. Close the battery door and insert the instrument in the patient's ear.



### BTE Instruments

1. Connect the large jack on cable #3 to the Hi-Pro or NoahLink. Connect the small plug to the programming shoe, taking care to align the dots.

2. Insert a new battery in the instrument. Connect the programming shoe to the BTE. Do not twist the plug!

DEM002133

# 3.0 SELECTION STEP

The Selection step is the first step in the Genie Organizer and includes three sub-panels:

- **Hearing Instruments**
  - Select the physical instrument.
- **Personal Profile**
  - Enhance the individual prescribed setting.
- **Configuration**
  - Configure the hearing instrument with program content and acoustics (e.g. vent).

*Note: Personal Profile and Configuration are optional in the fitting process, but will often be very useful.*

## 3.1 Hearing Instruments



Selection of the hearing instruments can be done in 2 ways:
- Detection of aid(s)
- Selection of aid(s)

If you have the physical instrument, detection should be used. If you do not have the instrument, Selection should be used.

### 3.1.1 Detection of aid(s)

The detection of hearing instruments requires that one or two Syncro's are connected. Then Detect Instruments can be used.



### 3.1.2 Selection of aid(s)

The instruments will automatically be connected when you enter the fitting step after having used Detect Instruments.

The selection of hearing instruments involves 3 steps:
1. Choose Syncro
2. Select style (BTE, ITE, etc.)
3. Select features (battery size, telecoil, etc.)

*Note: You can also start by selecting features before selecting family.*

## 3.2 Personal Profile

The Personal Profile is the second panel in the Selection step and provides the opportunity to get a more personalized fitting for your patient.



### 3.2.1 Background

Even though two people might have the same hearing loss, they will probably not have the same demands to the processing in their hearing aids. Differences in sound environments, differences in sound preference and the ability to process and interpret sound input will influence the optimal sound processing of the hearing instrument.

The Syncro Identities, which represent an evolution of fitting rationales, have been designed to provide different sound schemes that take these different needs into consideration.

### 3.2.2 Parameters influencing the prescription

The Syncro Personal Prescription Questions interact with other parameters, such as age and hearing instrument experience, in order to prescribe the best Syncro identity for your patient.

**Age**

When a new instrument is selected, Genie automatically reads the patient's age from NOAH and sets the appropriate age group in the Personal Profile panel.

Age is used to provide an initial guide as to your patient's auditory processing capabilities:

- Elderly patients (>80 years) often have reduced auditory processing indicating that they may benefit from automatic systems that are less active.

- Younger patients (<60 years) typically have good auditory processing which allows them to benefit from the additional complexity of fast acting automatic systems.

- For patients between 60 and 80 years the age is not a solid predictor of auditory processing capabilities. In this case, only the Syncro Personal Prescription Questions are used as prediction of preferred identity.

DEM002134

- Children & adolescents (<20 years) typically have a need for active sound processing and optimal speech understanding. This allows them to benefit from a more active Identity.

**Experience**

Hearing instrument experience is used to select the initial setting of the Adaptation manager, see 4.1.2

**Personal Prescription Questions**
Basically two questions will be used to further personalize Syncro for your patient:

**Everyday listening environments?
Variable / Less variable**
A person who communicates in complex sound environments requires a hearing instrument that responds quickly to rapid changes in background noise, where as a person that experiences less challenging communication environments will prefer a more stable amplification scheme with focus on comfort and slower reaction to transient signals.

**Preferred speed of hearing instrument features? Fast, medium or slow acting?**
It will improve the prescription if you

have an idea of your patient's preferences as in how quickly and active the instrument should react to environmental changes. This applies to compression speed and the magnitude and speed of the features, such as Multi-band Adaptive Directionality and TriState Noise Management.

**Number of questions?**
Age determines whether the Syncro Personal Prescription Questions influence the prescribed Identity, and when they become active. This is why you sometimes see none or only one of the questions active.

**Severe hearing loss**
For severe hearing loss (60 dB HL or greater in low frequencies and 70 dB HL or greater in high frequencies) the Auditory Resolution is used to determine the best Syncro Identity. High resolution will cause a more dynamic Identity, while low resolution will result in a more gradual Identity.

### 3.2.3 Syncro Identity Profile

The Syncro Identities are introduced to combine factors such as audiometric information, settings of gain and compression, acoustics, user listening preferences and individual auditory ecology. Five different Identities have been developed:

- Energetic
- Dynamic
- Active
- Gradual
- Calm



The Syncro Identity Profile shows rankings of the different Syncro Identities depending on input (age, experience and Personal Prescription Questions). If the general satisfaction of your patient is not optimal or if two Identities scores are almost equal, you may try the Identity with the second highest ranking. Particularly you should select Identities with high rankings.

DEM002135

## 3.3 Configuration



The last part of the Selection step is Configuration. In this panel, you can select the contents of the programs and set up acoustics for the aid (e.g. vent). When ordering an ear mold for BTE instruments, you may want to enter the Configuration to see what ventilation Genie prescribes.

### 3.3.1 Program content

You can set up the content of all desired programs here. The tree structure is identical to the one used in the Program Manager in the Fitting step. A more thorough description is given in the Programs section.

### 3.3.2 Vent

Like any other instrument in Genie, the size of the vent in Syncro instruments is prescribed by Genie. Syncro incorporates *OpenEar Acoustics*, which increases the vent size in order to effectively reduce occlusion. However, the prescription of the vent is also dependent on the prescribed Syncro Identity, since the gain demands of the Identity sets the limits for the upper size of the vent.

**Vent check**

It is very important that Genie knows which vent is present either in custom instruments or in the ear mold for BTE instruments. If Genie does not know the actual vent size of the instrument, then your patient may get either too much or too little LF amplification.

- Custom instruments: when you detect the instrument, the vent will automatically be read into Genie. If you decrease the vent size you must manually change the vent in the Configuration tab.

- BTE instruments: A dialog box will prompt you to make sure that the vent in Genie is also the one that is present in your patient's ear mold.



DEM002136

# FITTING STEP
## 4.0

The Fitting step is the second step in the Genie Organizer. It displays the controls on the selected instrument(s), and contains the tools needed for fitting. The Fitting step consists of three panels that offer progressively greater access to adjustment parameters. The Quick panel is the simplest of the Standard and the Expanded panel. Present in the Fitting Step is also the diagram that lets you view different profiles, such as IG, Insitu output, 2cc gain and output and Input/Output curves. In the toolbar above the fitting screen you will find useful tools such as the Feedback Manager and the REM tool. Finally, the Fitting Step also gives access to a few applications developed for Syncro to help you in the fitting process.

- **Program Manager**
  - Manage the content of programs.



- **Identify Selector**
  - Change and compare identities.

- **Syncro Live**
  - Displays function of adaptive and automatic features.

## 4.1 Fitting controls



### 4.1.1 The Genie Sub-toolbar

Use the sub-toolbar to switch between programs and left/right during the fitting. The sub-toolbar also provides information about which program the patient is listening to. The sub-toolbar is present and active in the Fitting and Fine Tuning steps, where you work with instruments. Genie is designed for binaural fittings and makes it easy to fit binaurally, without sacrificing monaural fittings. The focus shows with which ear you are working:

- Binaural: right and left ears
- Right ear
- Left ear

The number of programs depends upon the selected instrument, for example:

- Program 1
- Make P2 to P2, P3 and P4: changes made to P1 also apply to the other programs
- Program 2

### 4.1.2 Adaptation Manager

 The Adaptation Manager provides easy access to a gradual acclimatization process. Changing the trimmer value affects gain, compression and frequency response.

The 3 steps are based on the patient's experience:

Step 1: Reduced settings optimized for helping first-time users through acclimatization.

Step 2: Slightly reduced settings for short-term or part-time users.

Step 3: Fully prescribed settings for the experienced user.

### 4.1.3 Manual Override

Instruments with volume control offer a Manual Override to let you control how much the patient can increase the gain and the ability to disable the volume control. The reserve gain visible on standard and expanded panel indicates how much the patient can increase the gain by using the volume control. The reserve gain can be changed in steps of 6 dB and maximum be set to 16 dB. The amount of reserve gain depends upon the actual setting of the instrument. The patient can always turn down the instrument 20 dB. You can disable/enable the volume control by clicking the "Disable" button. In instruments with more than one program, the volume control can be disabled in P1. However, this will influence all programs.

DEM002137

### 4.1.4 Quick Fitting panel

In most cases the Quick Fitting panel is sufficient to provide a good fitting. In this panel the underlying 8 frequency channels in Syncro are gathered in 3 channels: LF, MF and HF channels for low (0-500 Hz), medium (500-1750 Hz) and high (1750-5000 Hz) frequencies.



For both left and right ear Instrument Soft (40 dB SPL), Moderate (65 dB SPL) and Loud (80 dB SPL) input levels can be selected.

Likewise, you can select all three LF, MF or HF controls by clicking the LF, MF or HF button in the table. By selecting "All", all gain controls will be selected.

The colors of the control values are blue (left) and red (right) until adjustments are made, if any. To indicate that the control value is no longer prescribed, the value turns black.

 Link icon By checking this box you can make left and right adjustments for each parameter at the same time.

 +/- Button These controls adjust the gain controls in 1dB steps in the selected fields.

Balance Adjusts the right-left balance: thus, increasing the overall gain in the right instrument, while decreasing the overall gain in the left.

Fitting Controls set limits for one another. When changing a gain control, you may find its movement to be stopped before it reaches the visible limit (displayed as a shaded area on the Prescribed and Simulated Insertion Gain graph). The situation occurs when the setting of another control prevents further movement. The control which is causing the limitation flashes a colored arrow that shows the direction in which this control must be moved before the other control can be moved further.

- Compression Time: Changes the compression time to faster or slower than the time used in the prescribed or selected Syncro identity.



### 4.1.5 Standard Fitting Panel



The Standard Fitting panel uses the same functionality as the Quick Fitting panel, but allows configuration of all 8 frequency channels.

### 4.1.6 Expanded Fitting panel

The Expanded Fitting panel also uses all 8 frequency channels. This panel also includes several other advanced controls:

- MPO: Reduces / Increases maximum output in the selected channel(s). MPO controls are displayed in dB HL.

On the expanded fitting panel there is also access to the Compression Ratio dialog. In this dialog you can see two compression ratios for each channel in the instrument:

- CR1 shows the compression ratio between soft and moderate levels
- CR2 shows the compression ratio between moderate and loud levels

While the Compression Ratio dialog is open, you can make adjustments in the fitting panel, and see how these adjustments affect the CRs.

- TriState Noise Management (General Programs only): Enables or disables TriState Noise Management.
- Multi-band Adaptive Directionality (General Programs only): Sets the Multi-band Adaptive Directionality to:
  - Automatic
  - Surround
  - Split Directionality
  - Full Directionality

DEM002138

## 4.2 Syncro Graphs

In the right side of the fitting screen, you see a graphical display. The graphical display enables right, left and both sides view in addition to different layouts for a variety of technical and non-technical views.

The default graph for Syncro is "IG, Prescribed and Simulated" because it enables a good overview of prescribed versus instrument settings. Other views can be selected, eg. "Audiological view".

### 4.2.1 IG, Prescribed and Simulated



This view can be used as an indicator of how close the current fine tuning is to the prescribed setting and how much gain is available in the instrument.

The broken line shows the prescribed IG. The solid line shows the simulated IG of the current setting. When the instrument is in the prescribed setting the curves will be identical.

The area above the instrument's maximum gain is colored. This is the maximum amplification that is possible when the gain and MPO of the instrument is fully turned up and the input is soft (45-50 dB SPL). To the right of the curve it is possible to directly access three different input levels for the curves:

- Loud (80 dB SPL)
- Moderate (65 dB SPL)
- Soft (45 dB SPL)

The three levels correspond to the three input levels that are available on the Syncro fitting panel.

### 4.2.2 Input/Output curves

For Syncro instruments it is possible to view Input/Output curves for each of the 8 channels. The Input/output curves can be selected from the drop-down box above the graph in the Fitting screen. You can use



*Right-click on the graph and select Preferences to view the I/O-curves for other frequencies.*

Here to see the compression characteristics and kneepoints in the instrument. By default, input/output-curves are shown for 250 Hz, 1.5 kHz and 3 kHz

DEM002139

## 4.3 Programs

Syncro instruments provide high flexibility and easy handling of programs in the Program Manager. Up to 4 programs can be activated.

### 4.3.1 Managing Programs

The programs are handled in the Program Manager. Here you can activate, configure or delete a program and you can change the order of the programs.

The Program Manager is accessible in the Fitting step and in the Configuration panel in the Selection step.

The following program options are available for hearing instruments with a Telecoil:

- General Program:
  - Energetic
  - Dynamic
  - Active
  - Gradual
  - Calm
- Music program
- Telecoil
- MT (Microphone+Telecoil)
- Copy of any existing program

If the Telecoil is not present the Telecoil and MT programs will drop out of the list.

When a program is activated, a new one becomes available until all four programs are activated.

If you want to delete a program, select No Program. The remaining programs will move upward. Thus, if the patient has 3 programs and P2 is deleted, then P3 will become P2.

### 4.3.2 General Programs

Initially, Syncro has one active microphone program in P1: General Program. Voice Priority Processing and Dynamic Feedback Cancellation are active and all settings are determined by the Syncro Identity, Genie

prescribes the Syncro Identity for the General program based on the patient's hearing loss and the information in the Personal Profile. Any General program content includes the option of selecting among the various Identities (Click the "…").

### 4.3.3 Music Program

This program serves as a listening program in the following situations:
- Music
- Emotional sounds on television
- Diverse listening experiences at the theater
- Movies and live performances with music and speech

The music program has specifically developed gain, frequency response and compression. In the Music program the TriState Noise Management is inactive and Multi-band Adaptive Directionality is set to Surround mode. Those speech enhancing features are unwanted when listening to music. In order to make the most of the depth in the music experience, the performance of the hearing instruments is more linear than in the General program.

### 4.3.4 Telecoil Programs

With a Telecoil present in the hearing instrument, two programs become available:

- Telecoil
- MT (Microphone and Telecoil)

For FITEs with an Automatic Telecoil, four more programs are available:
- Auto T
- Auto T+T
- Auto MT
- Auto MT+MT

For all it Telecoil programs gain control settings are based on the prescribed setting in the first General program.

*Note: Since Telecoil signals are already processed and use limited bandwidth, TriState Noise Management is disabled and Multi-band Adaptive Directionality is set to Surround for Telecoil programs.*

T and MT Programs

Telecoil programs are always last in the sequence of programs. If you select a Telecoil program in P2 and Music in P3, then those programs will change place automatically.

In the T programs you can adjust soft, moderate and loud gain for LF, MF and HF, which is similar to the Quick Fitting panel for General programs.

Additionally, for the MT programs (combined Microphone and Telecoil), the 'M relative to T' controls the gain of the microphone relative to the gain of the telecoil. This can be set to -6, 0 or +6 dB.

### AutoT Programs

Automatic Telecoil detects strong magnetic fields usually from telephones (when brought near the ITE). This way Syncro can automatically shift to Telecoil program, when the phone is lifted to the ear. However, the phones used must have a special magnet installed to use with Syncro ITE when ordered with AutoT. ITEs with an Automatic Telecoil also have access to the manual (user operated) T programs. The AutoT and AutoMT programs can only be used when the telephone magnet activates them. It is not possible to activate these through the push button. There are two other AutoT programs:

- AutoT+T: This program is activated automatically when the telephone is lifted to the ear, but can also be activated manually through the push button.
- AutoMT+MT: Same as for AutoT+T, but with microphone and telecoil signal mixed (as in the MT program).

## 4.4 Identity Selector

The Syncro Identity Selector is the intuitive tool for the selection of Identities. It is available from the fitting step in Genie in any General program. With this tool, Syncro Identities can be compared and changed.



Any of the Identities can be chosen. If any fine tuning has been done in the current Genie session, it is also possible to change back between fine tuned and prescribed Identities

*Note: When you change the Identity in a General program it takes up to 20 seconds before automatics such as the Multi-band Adaptive Directionality and the TriState Noise Management will be fully adapted to the environment. Therefore care should be taken when comparing two identities using the Identity Selector.*

## 4.5 Syncro Live

Syncro Live is a tool designed specifically with the intent of giving you a simple way to explain the advanced features in Syncro. The tool visually demonstrates in real-time how Syncro evaluates listening environments in several dimensions. Thus, you can:

1. Use it as a counselling tool for the patient.
2. Use it to verify what the aid is doing at a certain time.

It is comprised of four panels each focusing on different parts of the aid:
- Environment Identification
- Voice Aligned Compression
- TriState Noise Management
- Multi-band Adaptive Directionality

### How to use Syncro Live

You start Syncro Live in the Fitting step in the current General Program when the instrument is connected.

- Click the Start Syncro Live button in any demonstration panel to activate the tool. The Start Syncro Live button changes name to Pause Syncro Live.
- Play a variety of the built-in sounds to support the demonstration.
- Switch between panels to demonstrate or examine the various features.

### 4.5.1 Genie as demo tool

When selecting, fitting and fine tuning Syncro it is important to base your decisions and settings on the patient's information.

In Genie you will find various integrated demonstration tools, tailor-made for explaining and demonstrating specific Syncro features. The different tools are accessible where needed in the fitting process. The demo tools are working with the connected hearing aid, so the patient experiences the settings and sound live in the aid. All demo tools are supported by clear and informative screen pictures showing features and instrument settings live for the patient. In addition to the specific Syncro demo tools you will find a comprehensive sound library with sound examples and dialogues in various sound environments. The sounds can be accessed in Genie, helping you to fit, verify and fine tune Syncro.

### 4.5.2 Syncro Live

Syncro Live is a tool designed specifically with the intent of giving you a simple way to explain the advanced features in Syncro. The tool visually demonstrates in real-time how Syncro evaluates

At any time, in any demonstration panel, you can pause Syncro Live by clicking the Pause Syncro Live button. You can then switch between panels to examine the state of the advanced Syncro features at the time you clicked the button.

### Environment Identification

*Note: In CIC/MIC hearing aids the Wind Noise detector and the Dominant Sound Direction detector are not used.*

Syncro is equipped with a variety of detectors that evaluate the listening environment. The Environment Identification panel displays the following detectors:

- Input Spectrum: shows the input level in 8 bands including peak-and-hold values.
- Speech/Noise detector: detects the state of the environment: Quiet, Speech only, Speech in Noise, or Noise only.
- Dominant Sound Direction: determines whether the sound level is loudest in front of or behind the patient. This detector is disabled when wind noise is present.
- Wind Noise detector: determines whether there is no, moderate or strong wind noise.
- Feedback detector: lights red when feedback is detected.

In the bottom left corner an overall sound level indicator is placed. This sound level indicator is available for all panels.



currently in. If the input level is below a certain threshold, Quiet will be detected. Below this state indication, a graph shows how much the TriState Noise Management system attenuates the signal in each of the 8 frequency bands.

### Voice Aligned Compression



This panel shows unaided vs. aided response (input vs. output) in Syncro. Sound levels and peak-and-hold values are presented in 8 bands. This gives you an opportunity to demonstrate to the patient how gain and compression strategies give a benefit in his/her hearing. The hearing threshold is marked by a grey shaded area and can be used to show audibility for the patient. UCL is marked by a line in the top of the diagram.

### TriState Noise Management

This panel provides information on which of the three states, Speech only, Speech in Noise, or Noise only, the instrument is

### Multi-band Adaptive Directionality

Split Directionality or Full Directionality. This panel is not active for CIC/MIC instruments because Multi-band Adaptive Directionality is not available in those styles. When the instrument is changing from one mode to another, the graph displays the gradual mode change. The Dominant Sound Direction detector and the Wind Noise detector are also part of this panel. In addition to this, a descriptive text box has been placed beneath the directionality mode display. This text box will help you understand how Syncro reacts in certain environments. E.g. if strong wind noise is present, Syncro will always be in Surround to reduce the wind noise. To get Syncro into Split Directionality the overall sound level should be moderate or loud. Full Directionality only occurs for loud sound inputs. Use the overall sound level indicator to verify the sound level.



The best way to demonstrate Multi-band Adaptive Directionality is to have a speech source at a moderate level in the front (e.g. "Dialogue with loud voices" from the built-in sound player). Then introduce an external noise source behind the patient at a moderate or loud level. By turning up and down the volume of this noise source you should be able to get into both Surround, Split Directionality and Full Directionality.

The Multi-band Adaptive Directionality panel displays the current directionality mode of the hearing instrument: Surround,

DEM002142

### 4.6 Feedback Management

The Feedback Manager is accessible from the toolbar in the Fitting and Fine Tuning steps. The Feedback Manager is a fast and effective way to set the instrument's feedback limits to ensure that no static feedback is present.

#### 4.6.1 Dynamic Feedback Cancellation

All Syncro instruments have a Dynamic Feedback Cancellation system that contributes to the instruments' superb sound quality. Unlike static feedback reduction methods, the DFC system does not reduce gain. So audibility and speech understanding are never compromised. DFC is present and default on in all microphone programs. The DFC system is active in the instrument during the fitting sequence in Genie.



mic acoustic changes, for example, a hand or telephone by the ear.

If feedback is detected while the Feedback Manager is running then the low level gain at one or more of the IF filter bands will be reduced. This increases the instrument's feedback margin, thereby giving the DFC sufficient "reserves" to effectively eliminate feedback caused by dynamic acoustic changes.

When to run the Feedback Manager:
If there is feedback then run the FBM, otherwise there is no reason to run the Feedback Manager and set the feedback limits.

#### 4.6.2 Feedback manager — setting the Feedback Limits

A few Syncro patients might experience feedback intermittently while wearing their instruments. This could be due to a loose ear mold, which outgrew the DFC to work close to maximum level to control the feedback. The DFC will in these cases not be able to fully compensate for dyna-

The in-situ gain of the instrument's different modes and program settings are taken into account when the limits are found. Therefore you don't need to measure the feedback limits separately for each

DEM002143

gain. If you change a program or add another program then the limits will be applied to the new program and you don't need to run the Feedback Manager again.

We recommend that you remove the feedback limits if the ear mold or shell is changed, if necessary, run the Feedback Manager again.

**How to set the Feedback Limits?**
You can set the Feedback Limits in two ways, automatically or manually. We recommend that you use the Automatic operation, because it also deals with feedback that you or your patient will be unable to detect.

**Automatic Operation**
1. Reduce excessive background noise.
2. Check that the Automatic option is selected and press Start.
   The instrument automatically detects the whistling, as the process does not require manual intervention.
3. Close the Feedback Management window.

Genie will now show the new settings in the synop. The icon in the status bar indicates that Feedback Limits have been found.

Note that it is not possible to adjust the controls above the new feedback limit. Gain limits applied in the control setting depend on whether the DFC system is

active or not. This means that gain can be increased more when the DFC is enabled. In environments with excessive background noise the Feedback Manager cannot disregard the signals accurately and the Feedback Manager cannot be performed automatically, in such case, Genie displays a window indicating that noise levels are too high.

You can then either reduce the environmental noise or use Manual operation to set the feedback limits.

**When to disable the DFC?**
*The instrument may "sing" when the patient is listening to sounds with high frequency pure tone content like for example in some types of classic music. If the patient finds the "singing" annoying then add another program with the DFC turned off.*

## 5.0 FINE TUNING SYNCRO

Patients will need to use the instruments for several days before they have experienced the benefits in daily life and can evaluate the instruments. Therefore, we recommend that no or only a little fine-tuning is done initially when the instrument is fitted.

If you need to adjust the instrument to address the patient's problems then for the General program you first have to consider whether you should fine and tune - in the Fine Tuning step - or change the Syncro Identity.

Music and TeleColl programs do not contain any Identity therefore problems related to any of these programs are dealt with in the Fine Tuning step, see the chapter "I want to fine-tune".

### 5.1 Should you fine-tune or change Identity?

Find out what the problem is and what it is present. The answers to these questions

enable you to decide if you should fine tune or change Identity.

*Examples of specific problems that you address by fine-tuning the instrument:*
- *Whistling*
- *Wind sounds tinny or hollow*
- *Much too loud*
- *Echo sound is too bassy*
- *Speech is not intelligible in noisy places*

If the patient's problem is specific then fine-tuning will provide the best outcome. If you fine-tune the control setting then the patient should be able to quickly tell you whether or not you've solved the problem.

However, if the patient reports general dissatisfaction or overall difficulties then consider changing the Identity or adding a new Identity in another program.

*Examples of general dissatisfaction that you should consider adjusting by changing the Identity:*
- *Too much noise in the environment*
- *Too little comfort*
- *The hearing aid changes are too slow / too fast in the environment*

Another Identity will provide changes to the amplification strategy and activeness of

the automatic systems and the instrument will respond slower or faster to changes in the environment. For example, changing from the Active to the Gradual Identity will cause the instrument to respond slower to changes in the environment.

*Note: The patient may need to use the instrument for several days in her own environment to decide whether the new Identity is better.*

### 5.2 I want to fine-tune



The Fine Tuning step provides you with knowledge and assistance in solving the patient's concerns. Suggestions on how to solve problems are provided and tapered the specific program the patient is listening to (the one that is selected in the sub-toolbar).

#### 5.2.1 How to use the Fine Tuning step

Let the patient listen to the program that causes him/her problem. It is likely that you want to fine tune the instrument's programs separately, one by one. However, if a problem exists in more programs then you can turn on the link from P1 to the other programs, and changes to P1 will be applied to the other programs as well. To activate the link press the link icon  placed in the right of the P1 button. Press one of the 5 buttons - at the top of the window - that matches the patient's problem. The buttons represents major complaint categories (Loudness, Sound Quality, Speech Intelligibility, Own Voice and Other).

In the middle section the problem is further defined by pressing the words that describe the problem. The sound files to the right can help you and your patient to define the problem. Double click on the word at the end of the tree structure and the bottom parts are filled in.

DEM002145



Cases on Fine Tuning

### 5.3 I want to change Identity

If you want to change the Identity then go to the Identity Selector in the Fitting step.

In case you are unsure whether changing Identity is the right solution, adding another program with another Identity might be a good solution. That will give the patient the opportunities to compare the two Identities in his/her own environment to judge which one is the best. At the follow-up meeting a program can easily be deleted. Any changes to the programs are done in the Program Manager.



*Open the floating Graph in the Fine Tuning step to see the effect in the graph while you apply adjustments.*

The button session contains solutions, adjustments or/and advice that addresses the problem. Press Apply to automatically apply the suggested control action.

If you change your mind then press Undo in the sub-toolbar. The arrow next to the Undo button consists the Undo list, which is useful if you want to check what you have applied.



DEM002146