## Cases on Fine Tuning

**Case 2**

You want to change the identity to Dynamic in the current general program.

1. Open Identity Selector in the Fitting step
2. Click Dynamic
3. Press OK

**Case 3**

You want to add a P2 with the Dynamic identity.

1. Open Program Manager in the Fitting step
2. Press the + next to "P2, No Program"
3. Press the + next to "General"
4. Click "Dynamic"
5. Press OK

# END SESSION

6.0

It is recommended to exit Genie via the End Session step, as it provides access to adjust the instrument's beeps, useful information for instructing the patient about the instrument, and an overview of the session:

**The status section for each instrument specifies:**

- Whether the instruments are connected or not.
- The activated programs and the content. If the instrument has been connected then a V (checkmark) to the left shows that the patient has been listening to the program.
- The acoustic parameters.

Click the Product Information Sheet icon [icon] to see the instrument's technical information.

The following tools are designed to assist you in the process of instructing the patient in how to use the instrument:

- Click the Information icon [icon] and drawings of how to change wax filter and battery will be shown.
- The battery size and the average battery lifetime.

At the bottom of the panel is the instrument's serial number shown. The serial number is automatically read from the instrument when it is detected.

To the right on the panel you find:

- **COSI.** This gives you an opportunity to review COSI data and measure the outcome.
- **Audible Status Indicator.** Here you can test and adjust the settings of the instrument's audible indicators (beeps).
- **Edit Session Comment.** Enter statements that you want to have listed in the NOAH session list, so that you can easily read what took place during the session.

To exit Genie, click the Save, Program and Exit button. Genie will ask whether changes should be saved.

DEM002147

## 6.1 Beeps and audible status

The new Syncro multi purpose push button can have up to 3 different functions:

- The program change function is always enabled. Switches between programs.

- The Standby function is enabled by default but can be disabled in Genie. Sets the aid in standby mode after 2.5 sec. of push duration. Mutes the aid. Briefly press the button and the hearing instrument will return to the former program.

- The Direct Access to telecoil function is by default disabled, but can be enabled in Genie if the instrument has 3 programs or more activated. Works like a shortcut. Push the button for 1 to 2.5 seconds and the instrument will switch to the telecoil program. If both T and MT programs are present, direct access will go to MT.

*Note: There is no audible indication to tell the patient that the button has been pushed for over 1 sec. Thus, the Direct Access to telecoil functionality is for people with good dexterity.*

Standby mode doesn't turn off the aid completely but can be used in cases where sound is unwanted; e.g. removal of aid without feedback.

**Programing Syncro user functionality**
Changes in user functionality are possible in Genie in the Audible Status Indicator, which can be accessed from the End Session step, and the Tools Menu.

**Syncro startup**
All Syncro styles except the CIC/MIC play a startup jingle when turned on (battery door is closed). This way the user is assured that the instrument starts up. Additionally, an optional 9 sec. startup delay is included. When enabled, it allows the patient to turn on the instrument and insert it in the ear without feedback. It is enabled by default but can be disabled in Genie.

**Beeps and warnings**
To indicate a program change, Syncro uses short tonal beeps at 1 kHz. Thus, a switch

to program 1 is followed by 1 beep at this frequency, a switch to program 2 is followed by 2 beeps at the preferred frequency, etc. This frequency is present during fitting, when you change program in Genie. If the default frequency, 1 kHz, isn't suitable for the patient, 800 or 700 Hz can be used instead.

The output level is pre-set to the patient's MCL but can be adjusted to match the needs. Use the Test button to check the audibility for the patient.

The battery low beep indicator consists of two medium duration beeps at a lower frequency than the program indicator and can also be tested in the Audible Status Indicator.

Case 1:05-cv-00422-GMS Document 546-6 Filed 03/27/2008 Page 3 of 19

# MEASURING SYNCRO

7.0

Syncro can be measured both in the ear and in a test box. Different tools in Genie make it possible for you to test Syncro, both in standard (reference) settings, but also in the actual setting of the instrument, with or without the influence of automatic features such as TriState Noise Management or Multi band Adaptive Directionality.

## 7.1 Real Ear Measurements

The Genie Real Ear Measurements (REM) Tool makes it easier for you to measure the hearing instrument response in your patient's ears. The REM Tool lets you run the software for your Real Ear Measurement equipment together with Genie, and it provides measurement tips and certain hearing instrument settings for REM.

The Real Ear Measurements Tool is available in Fitting. It can be opened from the toolbar ( ), or from the Tools menu.

### 7.1.1 Tips on REM

The Tips on REM contains general tips on REM, how to compare measured curves with target and simulated curves in Genie, as well as information on how to handle the automatic features in Syncro when doing REM. There is also access to help files with detailed information and troubleshooting.

### 7.1.2 Settings for REM

Settings for REM allows you to temporarily disable automatic features in Syncro. You should always view Settings for REM before you start your measurements. The settings are applied in the instrument when you click OK. The original settings of automatic features are restored in the instrument when the REM Tool is closed.

### 7.1.3 Purpose of measurement

Depending on how you measure you may want to configure the Settings for REM differently. In general, we recommend switching off TriState Noise Management and setting Multi-band Adaptive Directionality to Surround when doing REM. Only if you are specifically measuring the effect of these automatics should you leave them on. See also the cases on REM.

*REM settings*
*Unlike other Oticon instruments the Syncro settings for REM are programmed into the instrument, meaning that if the instrument is disconnected from Genie during the REM measurement, the settings for REM will remain in the instrument even if the instrument is turned off. This means that you should always make sure that the instrument is still connected to Genie when the REM Tool is closed. This will restore your original settings of automatic features and retain any other fine tuning. If you have to disconnect the instrument during the REM measurement, be sure to reconnect it before closing the REM Tool*

### 7.1.4 Signals used for measurement

Syncro has advanced features, that react in different ways to different input signals. You should be aware of which signal (pure tone, broad band noise, modulated or unmodulated speech noise) you are using to measure Syncro. If you are measuring with pure tones or warble tones, you should disable the Dynamic Feedback Cancellation to avoid those signals from being cancelled out during the measurement.

The TriState Noise Management will reduce gain in the instrument, if the signal used for the measurement is interpreted as noise. This will be the case with most unmodulated broadband signals, such as white noise or stationary speech-shaped noise. If you want to avoid the TriState Noise Management's reduction in gain, for such signals, you should disable it. If you are measuring with modulated speech noise, such as modulated ICRA speech/babble signals, the TriState Noise Management will interpret the signal as speech. The Multi-band Adaptive Directionality will select the directionality mode that has the maximum modulation in the signal. This means that if you measure with unmodulated noise from a 45° angle, the Multi-band Directionality might switch to Full Directional mode and reduce gain for the signal. To avoid this, set the Multi-band Adaptive Directionality to Surround.

DEM002149

### 7.1.5 Open REM Module

The final button on the REM Tool - "Open REM Module" - is enabled when REM Settings have been set. If you are using Madsen Aurical or Interacoustics MS40 the measurement module can be launched

from this button. If you are using another module you must open it manually from NOAH Module Selection. Use the floating graph [icon] in Genie to have the Genie curves and the measurement module placed next to each other on your screen.

### 7.1.5 Comparing curves

When you compare Genie's target or simulated curves to the measured curves in your measurement module, then select the IG, Target and Simulated view in Genie. Be sure that the input level and signal type matches what you have used in your measurement. The input level can be selected by right-clicking on the Genie graph and selecting Preferences. The input signal can be selected by clicking the Select Input Signal button next to the graph ([icon]). Remember also, that target curves in Genie shows the setting in Adaptation Manager step 3.

*Note: The REM Tool can only open your REM module if you are using Madsen Aurical or InterAcoustics MS40. Otherwise you must manually run you REM module from Noah Module Selection.*

## 1. Case on REM

**Verifying targets**

1. Open the REM Tool from the tool bar ([icon]) and click Settings for REM. Make sure that "Turn TriState Noise Management off" and "Set Multi-band Adaptive Directionality to Surround" are checked. If you are measuring with pure tones or warble tones, you should also check "Turn DFC off".
2. Click OK. The settings for REM are now applied to the instrument(s). Click Open REM.
3. Click the [icon] icon next to the graph to open the floating graph and click the [icon] icon to open the Select Input Signal dialog. Depending on which type of signal you are using for the measurement select one of the four available in the dialog. If you are measuring with warble tones, select "Pure tone". All signals in Genie are steady-state signals, so they will not necessarily match a measurement done with a modulated (speech) noise signal.
4. Click OK to close the Select Input Signal dialogue. Right click on the graph and select "Preferences..." and select the input levels of the signal you are measuring with (e.g. 65 and 80 dB SPL). Click OK.
5. Start your measurement in the REM module. While the REM module and the floating graph are open you can fine tune the hearing instruments on the fitting screen. Use this to match the measured curves to the curves in Genie. Run the measurement continuously or repeat the measurement if necessary.

*Note: Remember that REM is a guideline rather than a rule. You should not aim to match target if your patient's response/opinion indicates otherwise.*

6. When you are done measuring and/or fine tuning close your REM module. Remember to save measurements if desired. Close the Genie REM Tool. The settings of DFC, TriState Noise Management and Multi-band Adaptive Directionality will be restored to their original settings. Any fine tuning you have done while the REM Tool was open will be kept.

DEM002150

## 2 Case on REM

**Measuring the effect of TriState Noise Management:**

1. Open the REM Tool from the tool bar [illegible]. Click Settings for REM. Uncheck both "Turn TriState Noise Management off" and "Turn DFC off". "Set Multiband Adaptive Directionality to Surround" should be marked.
2. Click OK. The settings for REM are now applied to the instrument(s). Click Open REM.
3. Start your measurement in the REM Module using a white noise signal. Let it run continuously.

*Note: This measurement should be done using a white noise signal. Pure tones, warble tones or speech-like signals are not necessarily interpreted as noise by the TriState Noise Management. To ensure that the hearing aid does not detect speech, be quiet while the measurement is running. Wait at least 30 seconds before reading the curve to see the full effect of TriState Noise Management. Measurements with TriState Noise Management on should not be compared to target or simulated curves in Genie.*

When you are done measuring, close your REM module. Remember to save measurements if desired. Click Close on the REM Tool. The setting of DFC, TriState Noise Reduction and Multiband Adaptive Directionality will be restored to their original settings.

### 7.1.6 Troubleshooting

If the measured IG does not correspond to the target or simulated curves in Genie there could be various reasons for this.

**Check the initial preparation of the measurement:**

- Do an otoscopic examination - is the ear canal blocked with wax?
- Is the probe tube blocked with wax?
- Is the tube properly calibrated?

**Redo and check the REUR measurement:**

- Does the REUR have a normal peak at 2-3 kHz - if not the ear canal *may* be abnormal. In case of big deviations from a normal REUR you might want to enter your patient's REUR in the RECD and REUR Tool available from Selection - Personal Profile. After this Genie will calculate a new prescribed setting.

**Redo and check the IG measurement:**

- If the IC is very low at all frequencies, the probe tube may not be inserted all the way past the hearing aid or the ear mold. The inserted part of the tube should be at least 3-5 mm further into the ear canal.
- If the IC has a shape that differs from the shape of the target curve the correct input signal may not have been selected in Genie (change this by clicking the Select Input Signal button ([illegible]) next to the graph in Genie.)

- *If the IG is generally higher or lower than the curve in Genie*
  - The wrong input-level may be displayed in Genie (change this by right clicking on the graph and select Preferences).
  - The instrument may be in Adaptation Manager level 1 or 2 - target curves in Genie are always shown for AM level 3.
- *If the IG differs in the low frequencies only*
  - There may not be an error since the vent effect varies with different people. Only adjust the low frequencies if your patient complains of too low gain.
  - If the probe tube is put through the vent, the vent effect is reduced. Place the tube next to the instrument / ear mold instead - Beware of leakage.
  - If the vent is small, the probe tube may create significant extra leakage. Use impression material to seal the area between the ear mold / instrument and the ear canal wall where the tube is placed.
- *If the IG differs in the high frequencies only*
  The placement of the receiver and probe tube is extremely critical in the high frequency area. If the hearing instrument receiver is not placed exactly in the same position relative to the ear drum as in the Genie-reference

curve, or if the probe tube is not placed exactly in the same position in the aided and unaided situation, this will lead to high frequency deviations. The placement of the receiver varies between instruments and it is not always possible to account for receiver placement. The placement of the probe is usually controlled by a marker on the probe tube. Make sure that the marker is set and inserted at the same position for both aided and unaided measurements.

## 7.2 Technical Measurements

Genie provides a Technical Measurements window. With this tool you can set the instrument in a standard setting, test the instrument in a measuring box and verify that the results match the values shown in the data sheets (such as Full On Gain or OSPL90). The Technical Measurements window can be opened from the Tools menu in Fitting, Fine Tuning or End Session step.

### 7.2.1 Selecting reference settings

Unfold any of the possible groups and select a setting in one of them. It will automatically be transferred to the instrument, but it is NOT programmed permanently, so the setting will not remain in the instrument if it is turned off.

If you press the Program button, the technical settings will remain in the instrument, even after you turn it off. This might be useful if the instrument *must* be sent elsewhere for testing. To revert to the original setting: press Reset and then OK.

*Note: The settings that are obtainable through Technical Measurements are for coupler testing only, and not for use with patients. Be sure to remove the instruments from your patient's ears before accessing any of the settings.*

## Case: Verifying Full on Gain

1. Important: Remove the instrument from your patient's ear.
2. Open Technical Measurements from the Tools menu and click the [illegible] to Full on Gain. Click the [illegible] setting. The reference setting is now transferred to the instrument.
3. Place the instrument in your measurement box. Use a pure tone sweep and [illegible]
4. Select [illegible]. Right click on the graph and select Preferences. Select the Fitting tab and select [illegible]. Select [illegible] input and click OK. Click the Select Input Signal icon and select Pure Tone. Click OK.
5. Compare your measurement with the curve in Genie.
6. Close the Technical Measurements window by clicking OK. The original settings will be restored in the instrument.

[illegible] - Syncro | 99

DEM002152

# DAI and FM

8.0

**DAI (Direct Audio Input)**
If your hearing instrument is connected by means of a DAI shoe with an external sound source, like a walkman, discman or hand mic, the signals of these devices will be directly transferred to your hearing instrument.

With the new DAI shoe it is necessary to remove first the DAI shoe before you are able to turn your hearing instrument off.

**Mounting of DAI**
Start by clicking the DAI shoe onto the instrument. Then insert the DAI cord into the shoe.

When the DAI shoe is connected, the instrument will automatically switch to a DAI program. If you would like the combination of the DAI program and the microphone, you can switch to the next program by using the push button.

The two new programs will automatically place themselves after the standard programs, which your Hearing Care Professional has stored in your hearing instrument.

| Program | | DAI |
|---|---|---|
| Program | | DAI + Microphone |

To release the shoe from the hearing instrument, click the grey button and pull back.

**FM**
An FM receiver enables the hearing instrument to receive signals directly from an external wireless FM transmitter.

**Mounting of FM**
To use an FM receiver start by clicking the FM shoe onto the instrument. Then attach the FM receiver to the base of the FM shoe via the connector. When the FM receiver is connected, the instrument will automatically switch to an FM program that receives signals from an external wireless FM transmitter. If you would like the combination of the FM program and the microphone, you can switch to the next program by using the push button.

The two new programs will automatically place themselves after the standard programs, which your Hearing Care Professional has given you.

| Program | | FM |
|---|---|---|
| Program | | FM + Microphone |

To release the shoe from the hearing instrument, click the grey button and pull back.



DEM002154

# PRODUCT OVERVIEW

## 2.0 CIC / MIC / ITC (10) / ITC (312)

**CIC / MIC**

| | CIC/MIC |
|---|---|
| Peak Gain, dB (ES/2cc) | 47/37 |
| Peak Output, dB SPL (ES/2cc) | 114/103 |
| Programs | 1-4 |
| Directional | - |
| Telecoil | - |
| Auto T | - |
| Volume Control | - |
| Battery size | 10 |
| Battery life, typical | 100 |

**ITC (10) / ITC (312)**

| | ITC (10) | ITC (312) |
|---|---|---|
| Peak Gain, dB (ES/2cc) | 47/37 | 51/41 |
| Peak Output, dB SPL (ES/2cc) | 115/104 | 120/110 |
| Programs | 1 | 1-4 |
| Directional | Yes | Yes |
| Telecoil | - | - |
| Auto T | - | - |
| Volume Control | - | - |
| Battery size | 10 | 312 |
| Battery life, typical | 70 | 120 |

# PRODUCT OVERVIEW

## 2.1 Low Profile/Half Shell (312) / ITE (13) / BTE

**ITE (312) / ITE (13)**

| | ITE (312) | ITE (13) |
|---|---|---|
| Peak Gain, dB (ES/2cc) | 50/47 | 61/52 |
| Peak Output, dB SPL (ES/2cc) | 122/112 | 123/113 |
| Programs | 1-4 | 1-4 |
| Directional | Yes | Yes |
| Telecoil | Optional | Optional |
| Auto T | Optional | Optional |
| Volume Control | Optional | Yes |
| Battery size | 312 | 13 |
| Battery life, typical | 120 | 220 |

**BTE**

| | |
|---|---|
| Peak Gain, dB (ES/2cc) | 62/54 |
| Peak Output, dB SPL (ES/2cc) | 122/112 |
| Programs | 1-4 |
| Directional | Yes |
| Telecoil | Yes |
| Auto T | - |
| Volume Control | Optional |
| Battery size | 13 |
| Battery life, typical | 220 |

DEM002155

# TECHNICAL INFORMATION

## 2.3 CIC/MIC

**General measuring conditions**

All measurements are made on instruments without wax protection. Note: Measurement data obtained through standard pure tone measurements on advanced adaptive digital hearing aids may be misleading with regard to characteristics in normal use. For technical measurements, special technical settings are used to disable all the adaptive features. Unless otherwise stated all measurements are in the Omnidirectional mode.

| Ear Simulator | | 2cc Coupler |
|---|---|---|
| OSPL90 | Output, dB SPL | OSPL90 |
| 114 | Peak | 103 |
| 104 | 1000 Hz | 98 |
| 105 | 1600 Hz | 97 |
| 104 | Average (DIN) | 98 |
| | HF Average (ANSI) | 98 |

**Full-on gain, dB, Input: 50 dB SPL**

| | | |
|---|---|---|
| 47 | Peak | 37 |
| 38 | 1000 Hz | 33 |
| 39 | 1600 Hz | 31 |
| 38 | Average (DIN) | 33 |
| | HF Average (ANSI) | 32 |

**Frequency Range, Hz**

| | | |
|---|---|---|
| 100-7600 | DIN/ANSI | 100-7300 |

**Total harmonic distortion, %**

Reference setting, Input: 70 dB SPL

| IEC | Hz | ANSI |
|---|---|---|
| 1.0 | 500, typical | 1.0 |
| 1.0 | 800, typical | 0.5 |
| 1.5 | 1600, typical | 1.0 |

**Equivalent Input noise level (ANSI), dB SPL**

| | | |
|---|---|---|
| 20 | Typical/maximum | 20/24 |

**Battery consumption, mA**

| | | |
|---|---|---|
| 0.7 | Quiescent, typical/maximum | 0.7/0.9 |
| 0.7 | IEC | 0.7 |
| | ANSI | 0.7 |

**Battery**

| | | |
|---|---|---|
| Size 10 (IEC PR70) | | |
| Estimated life in hours | Typ | Min |
| 1.4 V Zinc air | 100 | 80 |

**EMC Immunity (IEC 118-13)**

| | | |
|---|---|---|
| IRIL, dB SPL | | Field strength, (V/m) |
| GSM/DECT | | GSM/DECT |
| -31/22 | Microphone | 3/2 |

Measured according to IEC publications 118-0, -1, -2, -6, -13 (incl. amendments) and 711.

Measured according to IEC publications 118-7 (incl. amendments) and 126 and to ANSI S3.22 (2003) and S3.7 (1995).










# TECHNICAL INFORMATION

## 2.4 ITC (10)

**General measuring conditions**
All measurements are made on instruments without wax protection.
Note: Measurement data obtained through standard pure tone measurements on advanced adaptive digital hearing aids may be misleading with regard to characteristics in normal use. For technical measurements, special technical settings are used to disable all the adaptive features. Unless otherwise stated all measurements are in the Omnidirectional mode.

| Ear Simulator OSPL90 | Output, dB SPL | 2cc Coupler OSPL90 |
|---|---|---|
| 115 | Peak | 104 |
| 105 | 1000 Hz | 99 |
| 106 | 1600 Hz | 98 |
| 106 | Average (DIN) | 99 |
| | HF Average (ANSI) | 99 |

**Full-on gain, dB, Input 50 dB SPL**

| | | |
|---|---|---|
| 47 | Peak | 37 |
| 37 | 1000 Hz | 32 |
| 39 | 1600 Hz | 31 |
| 38 | Average (DIN) | 33 |
| | HF Average (ANSI) | 33 |

**Frequency Range, Hz**

| | | |
|---|---|---|
| 100-7600 | DIN/ANSI | 100-7100 |

**Total harmonic distortion, %**
Reference setting, input 70 dB SPL

| IEC | Hz | ANSI |
|---|---|---|
| 0.5 | 500, typical | 0.5 |
| 0.5 | 800, typical | 0.5 |
| 0.5 | 1600, typical | 0.5 |

**Equivalent input noise level (ANSI), dB SPL**

| | | |
|---|---|---|
| 18 | Typical/maximum, Omni | 18/22 |
| 32 | Typical/maximum, Dir | 33/37 |

**Battery consumption, mA**

| | | |
|---|---|---|
| 1.0 | Quiescent, typical/maximum | 1.0/1.2 |
| 1.0 | IEC | 1.0 |
| | ANSI | 1.1 |

**Battery**

| Size 10 (IEC PR70) | | |
|---|---|---|
| Estimated life in hours | Typ | Min |
| 1.4V Zinc air | 70 | 60 |

**EMC Immunity (IEC 118-13)**

| IRIL, dB SPL | | Field strength, (V/m) |
|---|---|---|
| GSM/DECT | | GSM/DECT |
| -29/-9 | Microphone (Omni) | 3/2 |
| -13/19 | Microphone (Dir) | 3/2 |

106 | TECHNICAL INFORMATION

**Ear Simulator**

Measured according to IEC publications 118-0, -1, -2, -6, -13 (incl. amendments) and 711.

Output sound pressure level
OSPL90
Full-on gain

**2cc Coupler**

Measured according to IEC publications 118-7 (incl. amendments) and 126 and to ANSI S3.22 (2003) and S3.7 (1996).

Output sound pressure level
OSPL90
Full-on gain

Oticon • Syncro | 107

DEM002157

# TECHNICAL INFORMATION

## 2.5 ITC (312)

**General measuring conditions**
All measurements are made on instruments without wax protection.
Note: Measurement data obtained through standard pure tone measurements on advanced adaptive digital hearing aids may be misleading with regard to characteristics in normal use. For technical measurements special technical settings are used to disable all the adaptive features. Unless otherwise stated all measurements are in the Omnidirectional mode.

| Ear Simulator | | 2cc Coupler |
|---|---|---|
| OSPL90 | Output, dB SPL | OSPL90 |
| 120 | Peak | 110 |
| 110 | 1000 Hz | 105 |
| 111 | 1600 Hz | 103 |
| 111 | Average (DIN) | 105 |
| | HF Average (ANSI) | 105 |

| Full-on gain, dB, Input: 50 dB SPL | | |
|---|---|---|
| 51 | Peak | 41 |
| 41 | 1000 Hz | 36 |
| 44 | 1600 Hz | 36 |
| 42 | Average (DIN) | 37 |
| | HF Average (ANSI) | 37 |

| Frequency Range, Hz | | |
|---|---|---|
| 110-7600 | DIN/ANSI | 100-7200 |

**Total harmonic distortion, %**
Reference setting, Input: 70 dB SPL

| IEC | Hz | ANSI |
|---|---|---|
| 0.5 | 500, typical | 0.5 |
| 0.5 | 800, typical | 0.5 |
| 1.0 | 1600, typical | 0.5 |

| Equivalent input noise level (ANSI), dB SPL | | |
|---|---|---|
| 19 | Typical/maximum, Omni | 20/24 |
| 32 | Typical/maximum, Dir | 29/33 |

| Battery consumption, mA | | |
|---|---|---|
| 1.1 | Quiescent, typical/maximum | 1.1/1.3 |
| 1.1 | IEC | 1.1 |
| | ANSI | 1.2 |

| Battery | | |
|---|---|---|
| Size 312 (IEC PR41) | | |
| Estimated life in hours | Typ | Min |
| 1.4 V Zinc air | 120 | 100 |

| EMC Immunity (IEC 118-13) | | |
|---|---|---|
| IRIL, dB SPL | | Field strength, (V/m) |
| GSM/DECT | | GSM/DECT |
| -28/-7 | Microphone (Omni) | 3/2 |
| -20/11 | Microphone (Dir) | 3/2 |

**Ear simulator**

Measured according to IEC publications 118-0, -1, -2, -6, -13 (incl. amendments) and 711.

**2cc coupler**

Measured according to IEC publications 118-7 (incl. amendments) and 126 and to ANSI S3 22 (2003) and S3.7 (1996).

DEM002158

# TECHNICAL INFORMATION

## 2.6 Low Profile/Half Shell (312)

**General measuring conditions**
All measurements are made on instruments without wax protection.
Note: Measurement data obtained through standard pure tone measurements on advanced adaptive digital hearing aids may be misleading with regard to characteristics in normal use. For technical measurements, special technical settings are used to disable all the adaptive features. Unless otherwise stated all measurements are in the Omnidirectional mode.

| Ear Simulator OSPL90 | Output, dB SPL | 2cc Coupler OSPL90 |
|---|---|---|
| 122 | Peak | 112 |
| 111 | 1000 Hz | 106 |
| 112 | 1600 Hz | 105 |
| 112 | Average (DIN) | 107 |
| | HF Average (ANSI) | 106 |

**Full-on gain, dB**

| | Input 50 dB SPL | |
|---|---|---|
| 56 | Peak | 47 |
| 46 | 1000 Hz | 42 |
| 48 | 1600 Hz | 41 |
| 47 | Average (DIN) | 43 |
| | HF Average (ANSI) | 43 |

**Frequency Range, Hz**

| | | |
|---|---|---|
| 130-7600 | DIN/ANSI | 120-7200 |

**Telecoil output, dB SPL**

| | | |
|---|---|---|
| 79 | 1 mA/m field, 1600 Hz | 71 |
| 99 | 10 mA/m field, 1600 Hz | 91 |
| | SPLITS (ANSI) | 87 |

**Total harmonic distortion, %**
Reference setting, Input 70 dB SPL

| IEC | Hz | ANSI |
|---|---|---|
| 2.0 | 500, typical | 1.5 |
| 1.5 | 800, typical | 1.0 |
| 1.5 | 1600, typical | 1.0 |

**Equivalent input noise level (ANSI), dB SPL**

| | | |
|---|---|---|
| 19 | Typical/maximum, Omni | 19/23 |
| 14 | Typical/maximum, Dir | 31/35 |

**Battery consumption, mA**

| | | |
|---|---|---|
| 1.1 | Quiescent, typical/maximum | 1.1/1.3 |
| 1.1 | IEC | 1.1 |
| | ANSI | 1.2 |

**Battery**

| Size 312 (IEC PR41) | | |
|---|---|---|
| Estimated life in hours | Typ | Min |
| 1.4 V Zinc air | 120 | 100 |

**EMC Immunity (IEC 118-13)**

| IRIL, dB SPL | | Field strength, (V/m) |
|---|---|---|
| GSM/DECT | | GSM/DECT |
| -36/-16 | Microphone (Omni) | 3/2 |
| -29/-2 | Microphone (Dir) | 3/2 |
| -34/-8 | Telecoil | 3/2 |

**Ear simulator**

Measured according to IEC publications 118-0, -1, -2, -8, -13 (incl. amendments) and 711.

Frequency response with magnetic and acoustic input

**2cc coupler**

Measured according to IEC publications 118-7 (incl. amendments) and 126 and to ANSI S3.22 (2003) and S3.7 (1995).

Frequency response with magnetic and acoustic input

DEM002159



# TECHNICAL INFORMATION

## 2.7 ITE (13)

**General measuring conditions**

All measurements are made on instruments without wax protection.

Note: Measurement data obtained through standard pure tone measurements on advanced adaptive digital hearing aids may be misleading with regard to characteristics in normal use. For technical measurements, special technical settings are used to disable all the adaptive features. Unless otherwise stated all measurements are in the Omnidirectional mode.

| Ear Simulator OSPL90 | Output, dB SPL | 2cc Coupler OSPL90 |
|---|---|---|
| 123 | Peak | 113 |
| 112 | 1000 Hz | 106 |
| 113 | 1600 Hz | 106 |
| 113 | Average (DIN) | 107 |
| | HF Average (ANSI) | 107 |

**Full-on gain, dB**

| | Input 50 dB SPL | |
|---|---|---|
| 61 | Peak | 52 |
| 50 | 1000 Hz | 45 |
| 52 | 1600 Hz | 44 |
| 51 | Average (DIN) | 46 |
| | HF Average (ANSI) | 46 |

**Frequency Range, Hz**

| | | |
|---|---|---|
| 135-7600 | DIN/ANSI | 160-7300 |

**Telecoil output, dB SPL**

| | | |
|---|---|---|
| 83 | 1 mA/m field, 1600 Hz | 75 |
| 103 | 10 mA/m field, 1600 Hz | 75 |
| | SPLITS (ANSI) | 71 |

**Total harmonic distortion, %**

Reference setting. Input: 70 dB SPL

| IEC | Hz | ANSI |
|---|---|---|
| 2.0 | 500, typical | 1.5 |
| 1.0 | 800, typical | 1.0 |
| 2.0 | 1600, typical | 1.5 |

**Equivalent input noise level (ANSI), dB SPL**

| | | |
|---|---|---|
| 20 | Typical/maximum, Omni | 17/21 |
| 33 | Typical/maximum, Dir | 33/37 |

**Battery consumption, mA**

| | | |
|---|---|---|
| 1.1 | Quiescent, typical/maximum | 1.1/1.3 |
| 1.1 | IEC | 1.1 |
| | ANSI | 1.2 |

**Battery**

| Size 13 (IEC PR48) | | |
|---|---|---|
| Estimated life in hours | Typ | Min |
| 1.4V Zinc air | 220 | 180 |

**EMC Immunity (IEC 118-13)**

| IRIL, dB SPL | | Field strength, (V/m) |
|---|---|---|
| GSM/DECT | | GSM/DECT |
| -25/-8 | Microphone (Omni) | 3/2 |
| -18/2 | Microphone (Dir) | 3/2 |
| -23/2 | Telecoil | 3/2 |

Ear simulator
Measured according to IEC publications 118-0, -1, -2, -6, -13 (incl. amendments) and 711.
Output sound pressure level OSPL90
Full-on gain
Frequency response with magnetic and acoustic input
2cc coupler
Measured according to IEC publications 118-7 (incl. amendments) and 126 and to ANSI S3.22 (2003) and S3.7 (1995).
Output sound pressure level OSPL90
Full-on gain
Frequency response with magnetic and acoustic input

DEM002160

# TECHNICAL INFORMATION

## 2.8 BTE

**General measuring conditions**

Note: Measurement data obtained through standard pure tone measurements on advanced adaptive digital hearing aids may be misleading with regard to characteristics in normal use. For technical measurements, special technical settings are used to disable all the adaptive features. Unless otherwise stated all measurements are in the Omnidirectional mode.

| Ear Simulator OSPL90 | Output, dB SPL | 2cc Coupler OSPL90 |
|---|---|---|
| 127 | Peak | 112 |
| 115 | 1000 Hz | 111 |
| 116 | 1600 Hz | 109 |
| 114 | Average (DIN) | 109 |
| | HF Average (ANSI) | 111 |

**Full-on gain, dB**

| | Input 50 dB SPL | |
|---|---|---|
| 62 | Peak | 54 |
| 54 | 1000 Hz | 49 |
| 56 | 1600 Hz | 49 |
| 54 | Average (DIN) | 48 |
| | HF Average (ANSI) | 51 |

**Frequency Range, Hz**

| | | |
|---|---|---|
| 190-7300 | DIN/ANSI | 130-6900 |

**Telecoil output, dB SPL**

| | | |
|---|---|---|
| 87 | 1 mA/m field, 1600 Hz | 80 |
| 107 | 10 mA/m field, 1600 Hz | 100 |
| | SPLITS (ANSI), Right ear | 95 |
| | SPLITS (ANSI), Left ear | 94 |

**Total harmonic distortion, %**

Reference setting, Input 70 dB SPL

| IEC | Hz | ANSI |
|---|---|---|
| 0.5 | 500, typical | 0.6 |
| 0.5 | 800, typical | 0.5 |
| 0.3 | 1600, typical | 0.5 |

**Equivalent input noise level (ANSI), dB SPL**

| | | |
|---|---|---|
| 16 | Typical/maximum, Omni | 12/16 |
| 23 | Typical/maximum, Dir | 20/24 |

**Battery consumption, mA**

| | | |
|---|---|---|
| 1.1 | Quiescent typical/maximum | 1.1/1.3 |
| 1.1 | IEC | 1.1 |
| | ANSI | 1.1 |

**Battery**

| | | |
|---|---|---|
| Size 13 (IEC PR48) | | |
| Estimated life in hours | Typ | Min |
| 1.4V Zinc air | 220 | 185 |

**EMC Immunity (IEC 118-13)**

| IRIL, dB SPL | | Field strength, (V/m) |
|---|---|---|
| GSM/DECT | | GSM/DECT |
| -49/-8 | Microphone (Omni) | 3/2 |
| -39/-5 | Microphone (Dir) | 3/2 |
| -33/-3 | Telecoil | 3/2 |

**Ear Simulator**

Measured according to IEC publications 118-0, -1, -2, -6, -13 (incl. amendments) and 711.

Output sound pressure level OSPL90
Full-on gain

Frequency response with magnetic and acoustic input

**2cc Coupler**

Measured according to IEC publications 118-7 (incl. amendments) and 126 and to ANSI S3.22 (2003) and S3.7 (1995).

Output sound pressure level OSPL90
Full-on gain

Frequency response with magnetic and acoustic input



DEM002162

# ALPHABETICAL INDEX

Adaptation Manager 80
Alarm Detectors 13
Analysis & Decision 15
Artificial Intelligence, about 4
Artificial Intelligence, definition 4
Audiology in Syncro 11
AutoT Programs 76
Beeps and Audible Status 90
Clusters. Syncro Technology 11
Changing Identity 80
Changing Program Manually 53
Configuration 87
Connecting Instruments 61
DAI and FM 100
Detection. Environment 13
Detection of Hearing Aid 62
Dynamic Feedback Cancellation (DFC) 44, 81
End Session 89
Enhanced Listening Distance 30
Expanded Fitting Panel 71
Feedback Management 81
Fine Tuning 84
Fitting 59
Fitting Controls 88
Fitting Step 60
Full Directionality 23
General Programs 75
Identities 38
Identity Profile 65
Identity Selector 76
Increased High Level Linearity 36
Input/Output Curves 72
Introduction 3
Low Level Compression 36
Managing Programs 74
Manual Override 54, 89
Measuring Syncro 92
Multi-band Adaptive Directionality 8, 20
Multiple Listening Programs 54
Music Program 75
Noise Only (Noise Management) 30
On-set Delay 55
Optimization Equation 16
OpenEar Acoustics 47
OpenEar Acoustics, Benefits 51
OpenEar Acoustics, Clinical Results 50
OpenEar Acoustics, requirements 48
OpenEar Acoustics and Directional Microphones 48
Parallel Processing (vs. Prediction) 26
Personal Prescription Questions 64
Personal Profile 63
Product Overview, Technical 102
Programs 74
Program Selector 53
Quick Fitting Guide 60
Quick Fitting Panel 70
Real Ear Measurements 92
Real Ear Measurements, Troubleshooting 97
Selection Step 62
Selection Step, Hearing Instruments 62
Soft Squelch 36
Sound Environment Detectors 13
Sound Quality 43
Speech in Noise (Noise Management) 30
Speech Only (Noise Management) 30
Split Directionality 23
Standard Fitting Panel 71
Standby 53
Surround Mode 23
Syncro Identities 38
Syncro Graphs in Genie 72

Syncro Live 77

T and MT Programs 75

Technical Data 102

Technical Information, BTE 114

Technical Information, CIC/MIC 104

Technical Information, ITC (10) 106

Technical Information, ITC (312) 108

Technical Information, Low Profile/ Half Shell (13) 112

Technical Information, LOW PROFILE/ HALF SHELL (312) 110

Technical Measurements 98

Telecoil, direct access to 53

Telecoil Programs 76

TriState Noise Management 8, 28

User Intervention 53

Voice Aligned Compression 8, 33

Voice-over-Noise (VNR) Analyzer 18

Voice Priority Processing 7, 18

Wind Noise 23



People first
We believe that it takes more than technology and audiology to create the best hearing instruments. That's why we put the individual needs and wishes of people with hearing loss first in our development of new hearing care solutions.
www.oticonus.com
oticon
PEOPLE FIRST

DEM002165