JX5



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

### UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**July 09, 2007**

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

**APPLICATION NUMBER:** *06/879,214*
**FILING DATE:** *June 26, 1986*
**PATENT NUMBER:** *4,731,850*
**ISSUE DATE:** *March 15, 1988*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

E. BORNETT
Certifying Officer

EXHIBIT

JX 5

# REGULAR UTILITY

Form PTO-436
(Rev. 8/78)

SERIAL NUMBER **C879214**

PATENT NUMBER  4731850

| PATENT NUMBER |
| --- |

SERIAL NUMBER 06/879,214   FILING DATE 06/26/86   CLASS 28

HARRY LEVITT, LIVINGSTON, NJ; RICHARD S. DUGOT, NEW YORK, NY;
SKOPPEK, RIVER EDGE, NJ.

**CONTINUING DATA*********************
VERIFIED  NONE

**FOREIGN/PCT APPLICATIONS***********
VERIFIED  NONE

CERTIFICATE

OF CORRECTION

FOREIGN FILING LICENSE GRANTED 07/29/86

| | | | AS FILED | STATE OR COUNTRY | SHEETS DRWG | TOTAL CLAIMS | INDEP CLAIMS | FILING FEE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | NJ | 4 | | | |

BRUMBAUGH, GRAVES, DONOHUE & RAYMOND
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

PROGRAMMABLE DIGITAL HEARING AID SYSTEM

---

| PARTS OF APPLICATION FILED SEPARATELY | PREPARED FOR ISSUE |
| --- | --- |
| | (Assistant Examiner) / (Docket Clerk) |

| | | AT ALLOWANCE | | EXAMINED AND PASSED FOR ISSUE |
| --- | --- | --- | --- | --- |
| SHEETS DRWG | FIGURES DRWG | CLAIMS | CLASS | SUBCLASS | JIN F. NG |
| 4 | 5 | 19 | 381 | 68.2 | PRIMARY EXAMINER |
| | | | | | GROUP 268 |

| | (Primary Examiner) | (Art Unit) |

| Estimate of printed pages | Issue fee due (est.) |
| --- | --- |
| Drawings | Specs |

| Notice of allowance and issue fee due (est.) |
| --- |
| Date mailed | Date paid |



BRUMBAUGH, GRAVES, DONOHUE & RAYMOND
30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK  10112

5    TO ALL WHOM IT MAY CONCERN:

    Be it known that WE, HARRY LEVITT, RICHARD S. DUGOT and
KENNETH W. KOPPER, citizens of the United States, residing at
Livingston, County of Essex, State of New Jersey; New York,
County of New York, State of New York and River Edge, County
10  of Bergen, State of New Jersey, respectively, whose post
office addresses are 46 Tanglewood Drive, Livingston, New
Jersey 07039; 590 West End Avenue, New York, New York 10024
and 746 Oak Avenue, River Edge, New Jersey 07661, respec-
tively, have invented an improvement in

15  PROGRAMMABLE DIGITAL HEARING AID SYSTEM

of which the following is a

SPECIFICATION

    This invention relates to hearing aids, and more
particularly to hearing aids that are programmable so as to
20  have suitable characteristics to compensate for the hearing
deficiencies of a patient.  More specifically, it relates to
hearing aids of this character that are capable of automat-
ically adjusting to optimum parameter values as operating
conditions such as speech level, room reverberation and back-
25  ground noise change, and also for reducing acoustic feedback.

BACKGROUND OF THE INVENTION

    Conventional hearing aids suffer from several
shortcomings.  It is difficult if not impossible with conven-
tional hearing aids to provide a frequency-gain character-
30  istic that is ideal for each individual user.  The acoustic

-1-

26768-345/4779

WE CLAIM:

Sub a1

1. A hearing aid comprising at least one input microphone, an output receiver, and a signal transmission channel interposed between said microphone and said receiver
5 in which the improvement comprises a programmable delay line filter interposed between the input and output of said transmission channel, said filter being programmed to impart to the hearing aid at least one response characteristic effective to compensate for impaired hearing of the wearer of the
10 aid.

2. A hearing aid as described in claim 1 in which said programmable delay line filter is interposed in a forward path through said transmission channel.

3. A hearing aid as described in claim 1 with
15 programmable signal limiter means interposed between the input and output of said transmission channel.

4. A hearing aid as described in claim 3 in which said programmable delay line filter and said programmable signal limiter means are interposed in a feedback path for
20 said transmission channel.

Sub a2

5. A hearing aid as in claim 2 in which said filter comprises a delay line having a multiplicity of taps, first memory means for storing filter-response related coefficients therein, and means jointly responsive to said
25 delay line taps and to coefficients stored in said memory means for providing an output having at least one response

-25-

26768-345/4779

characteristic effective to compensate for impaired hearing
of the wearer of the aid.

3
8. A hearing aid as in claim 8 in which said
filter comprises a digital delay line and means for convert-
5   ing analog signals in said channel to digital signals for
application to said delay line.

4
7. A hearing aid as in claim 8 in which said
filter comprises an analog delay line having a multiplicity
of taps, and means for periodically sampling analog signals
10   in said channel and supplying them to said delay line.

Sub
A3
8. A hearing aid comprising at least one input
microphone, an output receiver, and a transmission channel
interposed between said microphone and receiver, means con-
trollable to impart different response characteristics to
15   said hearing aid, and means responsive to a characteristic of
the signal in said transmission channel for automatically
controlling said controllable means to impart a selected one
of said different response characteristics to said hearing
aid.

20   9. A hearing aid as described in claim 8 in which
said controlling means is responsive to the signal level in
said transmission channel.

10. A hearing aid as described in claim 8 in which
said controlling means is responsive to noise in said trans-
25   mission channel.

-26-

26768-345/4779

11.   A hearing aid as described in claim 6 in which
said controlling means is responsive to the level of speech
signals in said transmission channel in excess of the level
of noise signals in said channel.

5        12.   A hearing aid as described in claim 11 in which
said controlling means comprises speech detector means for
determining when speech signals are in said transmission
channel, a plurality of bandpass filter means for determining
the noise frequency spectrum in said transmission channel, a
10   plurality of comparator means each responsive to said speech
detector and to respective bandpass filter means for indica-
ting whether the speech level in each said bandpass filter
exceeds the noise level therein and for actuating said con-
trolling means to impart to the hearing aid a response
15   characteristic effective to compensate for impaired hearing
of the wearer of the aid at the noise levels obtaining in
said channel.

13.   A hearing aid as described in claim 12 in which
said controlling means also comprises means for rectifying a
20   portion of the signals in said transmission channel, a
plurality of differently pre-biased comparators connected to
receive the output of said rectifying means, and means
responsive to the outputs of said comparators for generating
a signal representative of the average level of the signals
25   in said transmission channel for controlling said control-
lable means to impart to the hearing aid a response charac-
teristic effective to compensate for impaired hearing of the

-27-

26768-345/4779

wearer of the aid at the signal and noise levels obtaining in
said channel.

&. A hearing aid as described in claim ~~13~~ 7 in which
said controllable means comprises a delay line having a
5    multiplicity of taps, memory means for storing predetermined
filter response-related coefficients therein, and means res-
ponsive to said controlling means for combining said delay
line taps and coefficients to constitute a delay line filter
of predetermined response characteristic in said transmission
10   channel.

Sub
Q5    ~~15. A hearing aid as described in claim 2 in which~~
~~said programmable  filter is programmed to effect substantial~~
~~reduction of acoustic feedback from said receiver to said~~
~~microphone.~~

B     10        1
B    15   ~~16.~~ A hearing aid as described in claim ~~4~~ in which
said programmable delay line filter is programmed so as to effect
substantial reduction of acoustic feedback from said receiver
to said microphone.

Sub
Q    20  ~~17. A hearing aid as described in claim 6 in~~
~~which said digital delay line comprises second memory means~~
arranged to receive digital signals from said analog-to-
digital converting means, register means connected to receive
digital signals from said second memory means, first
digital-to-analog converter means connected to receive
25   digital signals from said register means, timing means con-
~~trolling the transfer of digital signals from said second~~

-28-

26768-345/4779

memory means through said register means to said first
digital-to-analog converter means, second digital-to-analog
converter means connected to receive filter response related
coefficients from said memory means in timed relation to the
5 transfer of digital signals to said first digital-to-analog
converter means and to supply analog signals therefrom to
said first digital-to-analog converter means for combination
therein with digital signals transferred thereto from said
second memory means, signal summing means connected to
10 receive the output of said first digital converter means, and
sample and hold means connected to receive the output of said
signal summing means.

18.  A hearing aid as described in claim 7 with
digital-to-analog converter means connected to receive
15 filter-response related coefficients from said first memory
means for conversion to analog values, multiplexer means
connected to supply signal samples from said sampling means
to said digital converter means for combination with said
respective analog values, summing means for summing said
20 analog values and signal samples, and sample and hold means
connected to receive the output of said summing means.

13.  A method of reducing acoustic feedback in a
sound system comprising a microphone, a transducer and a
signal transmission channel interposed between said micro-
25 phone and transducer, comprising the steps of
    determining the effect on the amplitude and
phase of a signal in said transmission channel as a function

-29-

26768-345/4779

of frequency of acoustic feedback between said transducer and microphone, and

inserting between the input and output of said transmission channel an electrical feedback path having a

5    filter therein programmed to equalize and reduce the effect of said acoustic feedback both in amplitude and phase on a signal in said transmission channel.

14.    A method of reducing acoustic feedback in a hearing aid comprising a microphone, a receiver fitted in an

10   ear of a wearer of the aid, and a signal transmission channel interposed between said microphone and transducer, comprising the steps of

determining the effect on the amplitude and phase of a signal in said transmission channel as a function

15   of frequency of acoustic feedback between said receiver and microphone, and

inserting between the input and output of said transmission channel a programmable filter programmed to equalize and reduce the effect of said acoustic feedback both

20   in amplitude and phase on a signal in said transmission channel.

15.    A method of reducing feedback in a hearing aid as described in claim 14 in which said programmable filter is inserted in a forward path through said transmission channel.

25   16.    A method of reducing feedback in a hearing aid as described in claim 14 in which said programmable filter is

-30-

37

26768-345/4779

inserted in an electrical feedback loop for said transmission channel.

17.
28.    A hearing aid comprising at least two input microphone channels, means for adjusting the amplitude and 5 phase characteristics of each of said microphone channels, means for summing the outputs of said microphone channels, an output receiver, a signal transmission channel connected to receive the output of said summing means and to provide an output to said receiver, and a programmable filter interposed 10 between said summing means and the output of said transmission channel, said filter being programmed to impart to the hearing aid at least one response characteristic effective to compensate for impaired hearing of the wearer of the aid and to reduce the effects of both noise and reverberation.

add
a7

3 ℰ          Claims 18 and 19 ⟶



*170uc 116. 9c 361*

26768-345/4779

PATENT

RECEIVED

*'94 JUL 17 AM 7:57*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

*#5 Amdt. a
R. Logan
7-17-87
Rec'd
OK*

Applicants : Harry Levitt et al.

Serial No. : 879,214

Filed    : June 26, 1986

For      : PROGRAMMABLE DIGITAL
           HEARING AID SYSTEM

Examiner : L. Schroeder

Art Unit : 261

June 29, 1987

A M E N D M E N T

~~ONE MONTH EXTENSION GRANTED~~ *TWO*

~~By Direction~~
~~Primary Examiner~~

*R. Logan*      *7-17-87*
~~Clerk, Group 260~~    ~~Date~~

Hon. Commissioner of Patents and Trademarks

Washington, D.C. 20231

Sir:

In response to the Office Action of March 31, 1987, please amend the application as follows:

In the Specification:

On page 12, line 5, change "1500Kz" to --1500 Hz--.

In the Claims:

Amend claim 1 as follows:

1.    Amended) A hearing aid comprising at least one input microphone, an output receiver, and a signal transmission channel interposed between said microphone and said receiver in which the improvement comprises a programmable

*al y
cont.*

I hereby certify that this paper is being deposited with the U.S. Postal Service as First Class Mail in an envelope addressed to: Commissioner of Patents and Trademarks Washington, D.C. 20231 on  June 29, 1987
                                      Date of Deposit

Peter J. Phillips                 29,691
   Attorney Name                 Reg. No.

*[signature]*
   Signature                     June 29, 1987
                                Date of Signature

AT 07/15/87 879214                 *102*
                                1 115      170.00 PA

*111*

26768-345/4779

nel and sampling analog signals in said channel and supplying
them to said delay line, and first memory means for storing
filter-response related coefficients therein, digital-to-
analog converter means connected to receive filter-response
related coefficients from said first memory means for conver-
sion to analog values, multiplexer means connected to supply
signal samples from said sampling means to said digital
converter means for combination with said respective analog
values, summing means for summing said analog values and
signal samples, and sample and hold means connected to
receive the output of said summing means and for providing an
output having at least one response characteristic effective
to compensate for impaired hearing of the wearer of the aid.

Please add the following new claims 24 and 25:

24. A hearing aid comprising at least one input
microphone, an output receiver, and a signal transmission
channel interposed between said microphone and said receiver
in which the improvement comprises a signal-level dependent
amplifier interposed between the input and output of said
transmission channel in a feedback path for said transmission
channel, said amplifier being programmed to impart to the
hearing aid at least one response characteristic effective to
compensate for impaired hearing of the wearer of the aid.

25. A hearing aid comprising at least one input
microphone, an output receiver, a signal transmission channel
interposed between said microphone and said receiver, and a
programmable delay line filter interposed in a feedback path
between the input and output of said transmission channel,
said programmable filter being programmed to effect substan-
tial reduction of acoustic feedback from said receiver to
said microphone.

-5-

26768-345/4779

R E M A R K S

Reconsideration and allowance of the present appli-
cation in view of the foregoing amendments and accompanying
remarks are respectfully requested.

In the Office Action dated March 31, 1987, the
Examiner rejected claims 1-7 as being obvious over U.S.
Patent No. 4,548,082 to Engebretson in view of Reticon
Technical Note No. 105. Claims 8-10 were rejected as antici-
pated by U.S. Patent No. 4,425,481 to Mansgold, U.S. Patent
No. 4,596,902 to Gilman, U.S. Patent No. 4,6287,529 to Borth
or U.S. Patent No. 4,630,305 to Borth. Claims 11-18 were
indicated as allowable if rewritten in independent form and
claim 19-23 were allowed.

In response to the Office Action claim 1 has been
amended to include the limitations of claim 4, and claims 2-4
have been cancelled. Claim 5 has been amended to depend from
claim 1. Independent claim 8 has been amended to include the
limitations of claim 11, which was indicated as reciting
allowable subject matter and should thus be allowed. (While
claim 11 depended on claim 6, it should have depended on
claim 8, because it refers to controlling means which are
present in claim 8 but not claim 6). Claims 9-11 have been
cancelled and claim 12 has been amended to depend from claim
8. Claims 15, 17 and 18 have been rewritten in independent
form and should now be in condition for allowance. Claims 24
and 25 are being added. Claims 1, 5-8 and 12-25 are now
pending, of which claims 1, 8, 15, 17, 18, 19, 20, 23, 24 and
25 are independent claims. Claims 1, 24 and 25 are the only
claims which have not been previously indicated as allowable,
and the following remarks will be directed to these claims.

-6-

116

26768-345/4779

Claim 1 as amended is directed to a hearing aid having a signal transmission channel between an input micro-phone and an output receiver.  A programmable delay line and a programmable signal limiter means are provided in a feed-back path for the transmission channel, and the filter is programmed to impart to the hearing aid at least one response characteristic effective to compensate for impaired hearing of the wearer of the hearing aid.  Applicants' invention is not taught by the prior art cited.

A limiter's characteristic is to constrain its output from increasing, or at least increasing only very slowly, whenever its input signal reaches a critical level. A limiter thus reduces the gain of the system as a function of signal level when the limiter is in the forward path. However, when a limiter is placed in a feedback path, the gain of the system should increase, rather than decrease, when the input signal to the limiter reaches a critical level.  In a hearing aid or other audio system where one seeks to reduce noise and/or acoustical feedback, it would not be obvious to one skilled in the art to place a limiter in a feedback path because the gain of such a system would be expected to increase, thereby increasing the noise, rather than reducing or controlling the noise.  However, according to one application of the invention, a limiter and frequency filter are used to keep the overall gain of the hearing aid low when only noise is present and then to increase gain when the input level is increased by the addition of speech.

U.S. Patent No. 4,548,082 to Engebretson et al. is directed to a hearing aid using a bank of two filters 133 and 135 in its forward path.  The gain of each filter is control-led by the signal level within the filter band.  This

-7-

117

26768-345/4779

approach, known as multi-band compression, is intended to
control the shape of the speech spectrum so as not to over-
load the ear in any one frequency region. However, this
approach also produces a form of distortion that is detri-
mental to the quality of the speech signal since the gains in
the separate frequency bands change independently of each
other thereby destroying important phonetic information
conveyed by the envelope of the speech signal.

In contrast to the multi-band compression approach
of Engebretson where filters are placed in the forward path,
the invention as claimed in amended claim 1 employs a pro-
grammable signal filter and programmable signal limiter means
in the feedback path of a transmission channel between the
input microphone and output receiver of the hearing aid.
This arrangement achieves the desirable effect of multi-band
compression while at the same time maintaining a practical
compromise in terms of reducing fluctuations in the speech
envelope without destroying important inter-band fluctuations
in this envelope. The Engebretson et al. patent nowhere
teaches or suggests placing a fliter or programmable signal
limiter means in a feedback path in the transmission channel,
and the Reticon Note No. 105 does not remedy the deficiencies
in the teachings of Engebretson et al. in this respect, since
it merely discloses a tapped analog delay line without any
disclosure of application to hearing aids. In view of the
foregoing Engebretson et al. either alone or combined with
Reticon Note No. 105 fails to provide the invention as set
forth in claim 1 as amended, an allowance of this claim is
respectfully urged.

With respect to new claim 24, Engebretson et al.
also fails to teach a level-dependent amplifier in a feedback

-8-

118

26768-345/4779

path in a transmission channel between the input microphone
and output receiver in a hearing aid.  Claim 24 should there-
fore be allowable as well.  Claim 25 is similar to claim 15
except that it recites having a programmable delay line
filter in a feedback path, rather than a forward path, of the
transmission channel.  This arrangement is not taught by
Engebretson et al. or any of the other cited references, and
should be allowable as well.

        The application is now believed to be in condition
for allowance and such action is earnestly solicited.

                        Respectfully submitted,


                        _____
                        Frederick C. Carver
                        Patent Office Reg. No. 17,021

                        Peter J. Phillips
                        Patent Office Reg. No. 29,691

                        Attorneys for Applicants
                        (212) 408-2582

                        -9-

                        119

DX-962



EXHIBIT

209

Weaver

# THE JOURNAL

## of the

# Acoustical Society of America

Supplement 1, Vol. 77, Spring 1985



**Program of the
109th Meeting**

Joe C. Thompson Conference Center
The University of Texas at Austin
Austin, Texas
8–12 April 1985

Defendants Trial
Exhibit

DX-962

Civil Action no. 05-422

Table of Contents on p. v

Published by the American Institute of Physics for the Acoustical Society of America

EGOLF 02173          OTI  007442

FRIDAY AFTERNOON, 12 APRIL 1985

ROOM 2-120, 1:00 TO 2:20 P.M.

Session VV. Physiological Acoustics VIII and Psychological Acoustics IX: Instrument Calibration,
Measurement Procedures, and Amplification Techniques for Hearing Aids

Larry N. Robinette, Chairman

*Audiology Research Program, Dorn Veterans Administration Hospital, Columbia, South Carolina 29201*

Chairman's Introduction—1:00

*Contributed Papers*

**1:05**

VV1. "Representing" inherently variable quantities: The artificial mastoid and other acoustical calibrators. Edith L. R. Corliss (Forest Hills Laboratory, 2955 Albemarle Street, NW, Washington, DC 20008)

Because human beings vary widely in their physical attributes, one often must describe a representative individual for the purpose of calibration and specifications. A common procedure is to summarize the median or mean at specific audiofrequencies of determinations made at those frequencies. Less commonly, parameters for each individual are derived, and median parameters taken for the group. The choice of alternative reduction processes yields significant differences. This is illustrated by reducing the same measured data by both alternative procedures. At least, the load the human head presents to a bone vibrator has a specified plane of contact, and can be represented by lumped parameters. However, similar problems exist for representations of the external ear and ear canal, where the load approximates a transmission line. Diffraction patterns about the ear, head, and body present comparable problems. Feasible processes for reducing the systematic errors will be discussed. [Access to National Bureau of Standards data and statistical advice is acknowledged with thanks.]

**1:20**

VV2. Effect of measurement parameters on acoustic reflex thresholds. Larry N. Robinette and David J. Thompson (Audiology Research Program (151B), Dorn Veterans Hospital, Columbia, SC 29201)

Estimates of acoustic reflex thresholds (ARTs) may differ by 5 dB or more between lowest ("best") and highest reported values. These discrepancies are likely due to differences in measurement characteristics (sensitivity, probe tone level, display mode, and temporal response) of acoustic immittance instruments in addition to criteria used for judgment of threshold and normal threshold variability. Continued development of ART measurement methods for clinical evaluation is hampered by such disparities. We therefore studied the effects of selected measurement parameters on ARTs. Contralateral acoustic-reflex thresholds were measured in ten subjects with normal hearing sensitivity using a digital acoustic-immittance instrument that allowed discrete changes in measurement parameters. In the first experiment, probe microphone sensitivity was varied in four steps from low to high values, in the second experiment probe tone (226 Hz) level was varied from 72 to 84 dB in 4-dB steps, and in the third experiment effective measurement time constant was varied from 8.8 to 141.6 ms in 8.8-ms steps. Three independent judgments of ARTs were made from plots of responses to a 1000-Hz tone and broadband noise and means of the judgments were used for analysis. Results indicate that instrument measurement parameters can affect ARTs and should be accounted for. [Research supported by Rehabilitation Research and Development Service of the Veterans Administration.]

**1:35**

VV3. Programmable artificial ear incorporating desk-top scientific computer. William A. Kennedy (Martin Marietta Corp., P. O. Box 179, Denver, CO 80201) and David P. Egolf (Department of Electrical Engineering, University of Wyoming, Laramie, WY 82071)

Sound-pressure recordings made in real-ear simulators are more realistic than those made in 2-cc couplers. Unfortunately, most real-ear simulators (1) require factory calibration and (2) are designed to simulate only the mean acoustic impedance of normal adult ears. Due to variability of ear-canal geometry and eardrum impedance among subjects, the statistical possibility of any one subject exhibiting such "mean" characteristics—especially if that subject has a conductive pathology—is very remote. Reported herein is the development of a programmable artificial ear (PAE) which (1) requires no factory calibration and (2) can be programmed to account for individual variations in source impedance, ear-canal geometry, and eardrum impedance. The PAE consists of a 2-cc coupler, microphone, amplifier, and desk-top scientific computer; equipment which is included in most laboratory/clinic inventories. Sound pressures recorded in the 2-cc coupler are adjusted via the computer to what they would have been had the recordings been made in a particular subject's ear. Good agreement has been obtained between PAE data and real-ear simulator measurements.

**1:50**

VV4. Open-loop transfer function simulation as a means for understanding acoustic feedback in hearing aids. David P. Egolf and Brett T. Haley (Department of Electrical Engineering, University of Wyoming, Laramie, WY 82071)

The "squeal" of unstable acoustic feedback in hearing aids occurs when Nyquist's stability criterion involving the system's open-loop transfer function (OLTF) has been violated. To understand the causes and possible remedies of unstable feedback in hearing aids, one must first investigate the OLTF of such a system. Reported herein is a scheme for simulating, on the computer, the OLTF of an eyeglass-type hearing aid. This scheme consists of taking the serial product of two-port network models of the various components which transduce, amplify, and transmit sound to the eardrum. These components are (in order) the microphone, amplifier, receiver, sound tubes leading to the eardrum, earmold vent, and external pathway from the vent exit back to the microphone. Computer simulations were compared with laboratory measurements of the OLTF. These were obtained by applying an electrical signal to the amplifier input and simultaneously monitoring electrical output of the hearing-aid microphone. Computer results and experimental data followed the same trends but differed by as much as 6 dB at one frequency.

**2:05**

VV5. Electronic cancellation of acoustic feedback to increase hearing-aid stability. Kim A. Weaver and David P. Egolf (Department of Electrical Engineering, University of Wyoming, Laramie, WY 82071)

The acoustic feedback which causes a hearing aid to become unstable at high gains is effectively reduced by the addition of negative electrical feedback. Electrical feedback is formed by a system estimator which closely matches the open-loop transfer function of an *in situ* hearing aid. The system estimator is produced by correlating the estimator signal with the hearing-aid signal. Because the estimator does not affect the characteristics of the hearing aid, speech intelligibility is not degraded by this feedback suppression circuit as it is by most other schemes. Thus 10 to 15 dB of additional stable gain has been achieved through the use of stabilizing negative electrical feedback.

FRIDAY PM

EGOLF 02174     OTI 007443

## AUTHOR INDEX

to papers presented at

The 109th Meeting of the Acoustical Society of America

Abbs, James H.—SS14
Abdula, C.—WW8
Adler, Laszlo—B6, B7, B11
Ahroon, William A.—DD2, LL6
Albanese, Carl J.—Z5
Albers, F. W. J.—QQ7
Ali, Manaf—UU5
Alipour, Fariborz—MM15
Allen, George D.—E9
Allik, Henno—BB2
Amador Hernandez, Maris-cela—D14
Amastae, Jon—MM9
Ambrosiano, John—M11
Anderson, Aubrey L.—M1
Anderson, Roger N.—S5
Anderson, Samuel W.—R6
Antonanzas-Barroso, Norma—MM8
Apfel, Robert E.—Chairman I, II1, II2
Archibald, Frank—K1
Arehole, Shalini—DD5
Armson, Joy—Y8
Arnold, Sally A.—DD2
Ashford, Nicholas A.—H3
Asp, Carl W.—RR1, WW8
Ayers, R. Dean—OO8, OO9

Baade, Peter K.—A4
Badiey, Mohsen—S1, S2
Baer, Thomas—MM10, WW7
Baker, Steven R.—R1
Bakewell, Henry P., Jr.—T2
Ball, Susan—R1
Baran, Jane A.—RR11
Barnatz, M.—I7
Barna, B. A.—AA10
Barnwell, T. P., III—WW2
Barrett-Gultepe, M. A.—I14
Barron, Michael F. E.—NN2
Bartkova, Katarina—Y10
Bashford, James A., Jr.—Chairman Y, Y1
Bass, Henry E.—V1, UU5
Basson, Sara—Y14
Batra, G.—BB12
Baum, Shari R.—D6
Beckman, Mary E.—P3
Bedard, A. J., Jr.—PP4, PP5, PP6
Beddor, Patrice S.—D7, D8
Bedford, Anthony—Chairman B, S3, S4, BB12
Bell, Theodore—FF1, FF4
Bell-Berti, Fredericka—SS10
Beller, L.—AA10
Ben Salem, M. Mongi—OO8
Benade, A. H.—NN1, OO11
Benwell, Deirdre A.—H6
Beran, Mark J.—TT4

Berger, Elliott H.—II4
Berkovitz, R.—CC2
Berlage, E. J.—Q13
Berngardt, A. R.—P2
Bernhard, R. J.—O4
Bernstein, Leslie R.—W9
Bernstein, Lynne E.—RR9
Berthelot, Yves H.—UU2
Besov, A. S.—P2
Bessho, Y.—E14
Bickley, C. A.—MM12
Bies, David A.—N2
Bilger, Robert C.—CC4, FF6, QQ11
Birchall, John P.—CC10
Birdsall, T.—Z9
Bishop, Garner C.—Z5
Bittner, A. C., Jr.—EE4
Blackstock, D. T.—V7
Blake, William K.—T6
Bolanowski, S. J., Jr.—X1
Bolen, Lee N.—V1
Bolland, Ken—BB11
Bolton, J. S.—AA8
Bond, Z. S.—Chairman L, L7, Y4
Boner, Richard E.—Cochairman NN
Boothroyd, Arthur—WW9, WW10, WW11
Borden, Gloria J.—Y8
Borzone de Manrique, Ana Maria—R9
Bostian, David A.—T7
Botseas, George—Z4
Boves, Louis—E6, MM14
Bradley, J. S.—NN3
Bradley, Marshall R.—F7
Braida, Louis D.—D3, Y13, FF2, KK1, KK2, RR8
Brammer, A. J.—EE1
Branch, G. H.—Z8
Breazeale, M. A.—V4
Brekke, Bjoern—GG2
Brill, D.—B13
Brill, Michael H.—GG3
Brod, K.—BB1
Brooke, Gary H.—F2
Browning, David G.—F6, Z4
Brubaker, Brad S.—Y1
Bruce, R. D.—B5
Brunson, Burlie A.—F7
Bucker, Homer P.—GG10
Buckley, Richard—MI2
Buell, Thomas N.—W7
Buiting, Harry—E6
Bunker, S. S.—PP4, PP7
Bunnell, H. Timothy—WW5
Burke, J.—RR2
Burke, Shawn—V13
Burns, Edward M.—QQ14
Burroughs, C. B.—K8, T7

Busch-Vishniac, Ilene J.—G2, G4, G5, UU2
Busse, Lu Ann—RR3
Bustamante, D. K.—KK2
Buus, Søren—W3,

Caligiuri, Michael P.—SS14
Campanella, Angelo J.—A7
Candau, S. J.—M6
Cannito, Michael P.—MM17, MM18
Cant, Nell Beatty—C2
Cantrell, John H., Jr.—V8, V14
Carey, William M.—F7
Carney, Arlene E.—CC4, Chairman WW
Carre, Rene—MM11
Carrell, Thomas D.—E5
Carroll, G. P.—AA2
Champlin, Craig A.—LL4
Chamuel, Jacques R.—F2
Chan, Joseph C. K.—QQ8
Chang, Mark—G4
Chapman, David M. F.—M4
Chapman, R.—F9
Charles-Luce, Jan—L14, MM2
Chase, David M.—T3
Chen, W.—II2
Cheng, Alex—PP2
Chin-Bing, Stanley A.—Chairman Z
Ching, Yuk Ching—R12
Cho, Whang—G2
Christopherson, Frank D.—Q2
Clark, Joseph A.—II5, AA2
Cohen, Annabel J.—OO4
Cohen, Jordan R.—Chairman E
Cohen, M. H.—SS6, SS7
Cohen, Marion F.—W4
Cokely, Jeffrey A.—CC7
Colburn, H. Steven—W6
Collins, M. J.—RR5
Comegys, Thomas H.—QQ1, QQ2
Connors, Donald N.—Z4
Copeland, James E.—B11
Corbett, Scott S., III—AA3
Coriiss, Edith L. R.—VV1
Costahpes, J. A.—Q8
Costley, Dan—S4
Cottine, Bertram Robert—H2
Cranen, Bert—MM14
Crawford, Robert E., Jr.—HH7
Crighton, David G.—T4, Chairman V, V11
Crouch, Robert W.—Chairman II
Crum, Lawrence—Chairman P, P4
Cudahy, Edward A.—CC9
Cullen, John R.—CC3
Cummings, W. C.—Z10
Cuomo, Frank W.—G10
Curtis, W. D.—VI2
Cutler, Anne—R8

Daly, D. D.—WW15
Daly, D. M.—WW15
Danhauer, Jeffrey L.—RR1, RR2, WW8
Daniloff, Raymond—D13, Y15
Dardy, Henry D.—K2
Darwin, C. J.—KK5
Davy, Kent—JJ4
Deane, G. B.—F10
Decavenport, R. L.—Z6
DeFerrari, H. A.—M9
DeFosse, Carlton O.—RR12
DeMott, John E.—QQ1
Deutsch, Diana—Q1
Diehl, Randy L.—L6, L11
Dillon, Donald—R6
DiMarco, J.S.—BB3
Di Napoli, F. R.—Z6
Dinnsen, Daniel A.—MM3
Dirks, Donald D.—FP1, FF4
Dittmar, James H.—II7
Dixit, R. Prakash—SS10
Dixon, Daniel N.—F11
Dolson, Mark—Q1
Donahue, Amy—RR6
Doodeman, Gert J.—R10
Dorman, Michael F.—FF7
Doyle, P.—RR2
Dozier, Lewis B.—Chairman TT
Dragan, J. W.—WW15
Dragonette, L. R.—JJ2
Du, Gonghuan—V3
Dubno, Judy R.—KK3
Dubois, Paul F.—V2
Dudley, J. Duane—OO7
Durlach, Nathaniel I.—W6, Y13, FF2, KK1, RR8
Dwyer, Roger F.—II3

Ebbits, Gordon—U4
Edelstein, Maria X.—Y14
Edward, D.—L2
Edwards, Jan—SS15
Eefting, Wieke—R7
Egolf, David P.—VV3, VV4, VV5, WW4
Eldred, Kenneth McK.—A1
Elfner, Lloyd F.—LL13
Eliason, Lowell J.—OO8, OO9
Elliott, Lois L.—RR3
Ellison, David E.—KK3
Ellison, William T.—Z5
Embleton, Tony F. W.—PP8
Emmett, Brian K.—BB10
Emmorey, Karen—SS13
Englert, Sue Ellen—WW4
Erdreich, John—H8, Chairman EE
Espinoza-Varas, Blas—D10
Estes, J. M.—M10
Evensel, Cahit—K3

EGOLF 02175

OTI 007444

Fahmy, Mahmoud N.—AA9
Fallside, Frank—E10
Farrell, Joseph B.—GG8
Felsen, L. B.—F1, JJ1
Feth, Lawrence L.—LL4, LL5
Ffowcs Williams, J. E.—T1
Finch, Robert D.—P3, Chair-
man AA, AA9, QQ9
Finch, T.L.—OO5
Finitzo, Terese—MM17, MM18
Fink, Richard G.—K2
Fisher, William M.—E17
Flanagan, J. L.—G1
Flatte, Stanley M.—M7
Flax, L.—JJ3, JJ10
Flege, J. E.—MM4
Florentine, Mary—W3, WW3
Fokes, Joann—Y4
Foss, Donald J.—L6
Fowler, Carol A.—D8, Y2
Fowlkes, J.B.—P4
Fox, Robert Allen—Y12
Foyle, D. C.—L9
Franco, Horacio—L12
Franklin, Barbara—RR10
Freeman, Frances J.—MM17,
MM18
Frisk, George V.—TT1
Fromkin, Victoria A.—D15
Fryauf, H.—RR5
Fukuda, Yumiko—WW13
Fuzessery, Z. M.—LL10

Galambos, Robert—DD6,
DD7, DD8
Galloway, William J.—A3
Garrett, S. L.—I7
Gatehouse, R. W.—LL12
Gatts, John—HH4
Gaunaurd, G. C.—B13, Chair-
man JJ, JJ4, JJ11, JJ12
Gay, Thomas—SS17
Gedizlioglu, Ergun—A8
Gentil, Michele—SS3, SS17
Gereben, Estvan—F7
Gerhard-Multhaupt, R.—UU4
Gernsbacher, Morton Ann—L6
Gescheider, George A.—X5
Gibian, G. L.—HH8
Gielis, George R.—Z3
Gilbert, K.—JJ6
Ginsberg, J. H.—V9, BB3
Glasberg, Brian R.—CC10
Gold, Bernard—E7
Gold, E.—AA8
Goldberg, David S.—S5
Goldberg, Rina—D3
Goldhor, Richard—L16
Goldsberry, T. G.—TT6
Goldstein, Louis M.—D8
Goldstein, Moise H., Jr.—RR9,
WW14
Gordon, David F.—Z7
Goudie-Marshall, Kathleen
M.—E17
Gould, Herbert J.—SS11
Grant, Kenneth W.—HH7,
KK11
Grantham, D. Wesley—WI1
Gray, Lincoln—Q9, QQ9

Green, David M.—Chairman
W, CC2, CC6
Green, L. H.—JJ5, JJ10
Greene, G. E.—PP6
Gregg, D.—PP5
Griffy, Thomas A.—Chairman
BB
Grohn, Joseph J.—Q12
Guerin, Bernard—MM11
Guernsey, Richard M.—Chair-
man N
Guerriero, Lena—OO4
Guignard, J. C.—EE4
Guitar, Barry E.—Y15
Guitepe, M. E.—I14
Gurlekian, Jorge A.—L12

Haberman, Robert C.—BB2
Hackman, Roger H.—JJ5
Hadden, W. James, Jr.—Chair-
man Education Session
Hafter, Ervin R.—W7, W8
Haley, Brett T.—YV4
Hall, Donald E.—Chairman
OO, OO6
Hall, Joseph W.—Q10, CC7,
CC8
Hallander, J. E.—K8
Hamada, M.—I14
Hamernik, Roger P.—DD5
Hamilton, Mark F.—V4, V10
Hamlet, Sandra L.—SS4
Hanna, Thomas E.—CC6
Hannley, Maureen—FF7
Hansen, Uwe—U3
Harnden, E. N.—HH8
Harris, David M.—Chairman C,
Chairman J
Harris, Katherine S.—SS3, SS15
Harrison, Robert V.—QQ6
Hartmann, William M.—Chair-
man Q, Q3, LL11
Hattis, Dale B.—H3
Hauck, Walter S., III—GG12
Hawkins, S.—D7
Hayek, Sabih I.—Chairman K,
K4, K5
Helbig, Klaus—B4
Heller, R.—CC12
Hellman, W.—CC12
Henderson, Janette B.—SS10
Hengstenberg, Lora L.—LL5
Henning, G. B.—W5
Henry, Kenneth R.—DD3
Herscovitch, Peter—QQ10
Hertz, Susan R.—E11
Herwig, Heinz—TT5
Hess, Robert F.—CC10
Hetu, Raymond—H7, LL3
Heyman, Joseph S.—AA7
Hiki, Shizuo—WW13
Hillenbrand, James—Y6
Hiller, Steven—R14
Hind, Joseph E.—QQ8
Hirsh, Ira J.—Q5
Hixson, Elmer L.—Chairman
G, Education Session
Hixson, Robert B.—A6
Hoback, H.—F8
Hoffman, Paul—D13, Y15

Holden-Pitt, L.—L2
Holger, David K.—II9
Holliday, D. V.—Z10
Honda, Kiyoshi—SS3
Honda, Masaaki—E4
Horch, Kenneth W.—X3
Horiguchi, Satoshi—MM10,
SS3
Houlihan, Kathleen—MM9
Houtsma, A. J. M.—Q4, OO1
Howard, R. E.—AA4
Howarth, Thomas R.—G12
Howe, Bruce M.—M8
Howse, William R.—LL13
Hsiao, C.—B1
Hsieh, Hsiao-an—UU1, UU8
Hsu, C. J.—I5
Huang, C. B.—D9
Hubbard, Harvey H.—N1
Hudson, Amelia—R5
Huffman, Marie K.—MM5,
MM8
Humes, Larry—FF1, FF4
Hutchins, Carleen—U5, U7
Hutchins, D. A.—UU6

Ichinose, Yutaka—G3
Imaoka, Keiko—CC3
Ingrisano, Dennis R.—Y6
Innes, D.—K10
Ito, Yoshiko—KK1

Jackins, P. D.—JJ12
Jackson, Michel—MM8
Jagharghi, Amir J.—RR7
Jamieson, Donald G.—D10
Jamieson, Leah H.—E9
Jesteadt, Walt—Chairman CC
Jie, Pan—N2
Johannessen, Ola M.—Z4
Johnson, C.—WW8
Johnson, Carole E.—RR1
Johnson, Don H.—QQ3, QQ4
Johnson, J. A.—AA10
Johnson, Kenneth O.—X2
Johnson, Mark A.—PP9
Jones, Kenneth—QQ13
Jones, Z.—Z9
Jongman, Allard—L5
Jordan, Herbert N.—C11
Joung, Il-Bok—K4, K5

Kaas, John H.—J1, X4
Kaleps, Ints—EE3
Kallergis, M.—II6
Kalnins, Arturs—K3
Kazarian, Leon E.—EE5
Keba, James M.—E2
Kedrinskii, V. K.—P2
Keenan, Ruth Eta—F13
Kelso, J. A. S.—Y5
Keltic, R. F.—K6, K7
Kennedy, William A.—VV3
Keolian, Robert—I10, P5
Kerman, Bryan R.—M5
Kewley-Port, D.—L9
Khoury, J.—PP6

Kidd, Gerald, Jr.—CC2
Kimelman, Mikael D. Z.—
MM16
Kincaid, Gail E.—FF4
Kingon, Angus I.—G11
Kingston, John—MM13
Kirby, Virginia M.—KK8, KK9
Kishoni, Doron—B2, AA7
Klatt, Dennis H.—D5
Klawans, Judith L.—Y14
Kleinschmidt, Klaus—I110
Kline, R.—B1
Kluender, Keith—L6, L11
Knott, George—U6
Ko, D. S.—M9
Ko, Sung H.—Chairman T, T5
Kobayuashi, Noriko—MM10
Koch, Robert A.—F5
Kochnke, Janet—W6
Koenigs, Paul D.—GG11
Koike, Kazunari J. M.—D11
Koopmann, G. H.—BB1, II2
Korman, Murray S.—I13
Krakow, Rena A.—D8
Kreiman, Jody—D12
Krokstad, Asbjorn—NN4
Kroshinsky, Miriam B.—RR9
Kryter, Karl D.—H9
Kumar, Anand—QQ3
Kuntz, H. L.—B5
Kuo, Shyang-Lin—AA5
Kurra, Slema—A8

Ladefoged, Peter—Chairman
MM, MM6, MM8
Lakhtakia, A.—S7
Lalande, Nicole M.—H7
Landahl, Karen L.—SS11
Lang, William W.—A5
Langford, Ted L.—W2, DD1
Lauter, Judith L.—Q5, Q7,
DD4, QQ10
Lauterborn, Werner—P1
Laver, John—R14
Lawrence, Mimi Zebrik—GG6
Lawrence, T.—Z2
Layer, Jody Kaplan—L3
Layton, Bruce A.—V1
Lee, Anthony S.—OO9
Lee, Kai-Fu—E15
Lee, Lee-Jeong—NN2
Lebiste, Ilse—Y12
Leotta, Daniel F.—RR8
Letowski, Tomasz—RR6
Lewis, Don—HH4
Lewis, Edwin R.—X6, X7
Lewis, Kent—B7
Lewis, Nelson—I11
Li, Peter—V14
Lieberman, Philip—D6
Lindau, Mona—SS12
Lindberg, Jo B.—F5, F8
Lindholm, Julie Mapes—FF7
Linebarger, Darel—QQ4
Lockwood, James C.—GG7
Logan, Robert—L3
Long, Glenis R.—QQ13
Longinotti, Cheryl—RR4
Lonsbury-Martin, Brenda—
Chairman LL

EGOLF 02176

OTI 007445

Loomis, Robert—DD4
Lopez, Pamela T.—X6, X7
Lowry, L. D.—CC5
Loy, Gareth—HH2
Lu, Qiujiang—PP1
Luce, Paul A.—L14
Lucks, L.—RR2
Ludvigsen, Carl—FF5
Lyberg, Bertil—Y11
Lynch, James F.—Z9, Chairman GG, TT1

Ma, Y.—S6, JJ13
Ma, Yiping—PP2
Macaluso, Judith—H1
Maccabee, Bruce S.—UU3
Machell, Fred W.—GG4
Mack, Molly—E7
Mackenzie, Janet—R14
Macmillan, Neil A.—D3
Maddieson, Ian—MM6, SS13
Madigosky, W. M.—JJ13
Magen, Harriet—SS2
Mahan, J. R.—AA4
Maher, Robert C.—HH7
Mahoney, Judy W.—QQ12
Makeig, Scott—DD6, DD7, DD8
Makous, James C.—LL9
Mallo, P.—M6
Manninen, Olavi J.—LL2
Marandino, David—TT6
Marean, Grant C.—D6
Margulies, Timothy S.—I2, I3
Maroonroge, Sumalai—L8
Marshall, Kenneth D.—U1
Marshall, Sandra R.—OO4
Marston, Philip L.—I4, J7, J8, UU7
Martens, William L.—HH3
Martin, Daniel W.—Chairman Plenary
Martin, James G.—WW5
Mathews, M. V.—HH1, OO2, OO3
Matthies, Melanie L.—CC4, QQ1
Maynard, J. D.—B10
Mazel, David S.—I1
McCarthy, J. L.—I14
McCarthy, John J.—R2
McCoy, John J.—TT4
McDonald, B. Edward—M11
McGarr, Nancy S.—WW7, WW12
McGill, William J.—W1
McGowan, Richard S.—V6
McGrath, John C.—G9
McLean-Muse, Ann—SS18
Mellberg, Leonard E.—Z4, Z5
Mellen, R. H.—M6, Z6
Melnick, William—A2
Mendelsohn, Brian—HH5
Merzenich, Michael M.—KK7, KK10
Metz, Dale E.—WW7
Meyers, Mark D.—Y1
Miao, H. C.—V9
Michi, Ken-ichi—SS8

Mielnicka-Pate, Anna—K9
Miida, Yoshiro—BB7
Mikami, Karen A.—CC9
Miller, Creighton J.—L13, R5
Miller, G. Kirby—BB9
Miller, James D.—D4, Chairman KK
Miller, James H.—TT1
Miller, John—M3
Milner, G. Martin—B11
Milner, Paul—FF2
Mimpen, A. M.—FF8
Mitchell, Stephen K.—F11
Mitleb, Fares—L17
Mobbs, Stephen D.—K11
Moffett, Mark B.—E9
Monjo, C.—M9
Monti, Joseph M.—GG11
Moog, Robert A.—HH6
Moore, Brian C. J.—CC10
Moore, F. Richard—Q1
Moore, Kimberly C.—Y3
Moore, Morris—E2
Moore, Steven W.—X6, X7
Moos, Daniel—S5
Morfey, C. L.—M10, Chairman PP
Moriya, Takehiro—E4
Morledge, D.—KK7
Morris, Crystle—L3
Morse, Ivan E.—O1
Most, Tova—WW11
Mott, John B.—LL5, LL7
Muir, Thomas G.—F8, TT8
Munhall, Kevin G.—SS9
Musicant, Alan D.—QQ8
Musiek, Frank E.—RR11
Mutschlecner, J. P.—PP4, PP7

Nabelek, Anna K.—RR6
Nabelek, I. V.—L8
Nagl, Anton—M2, M3, JJ3
Narins, Peter M.—X6, X7
Nartey, Jonas N. A.—E8
Nassef, A. M.—QQ9
Naugol'nykh, K. A.—Joint meeting
Neely, Stephen T.—WW6
Neff, Donna L.—CC6
Neise, W.—JJ2
Nelson, D. A.—Y7
Nepgen, Andre J.—O11
Neubauer, Werner G.—SS4
Nghiem-Phu, Lan—TT2, TT3
Nicholas, R. E.—P3
Nittrouer, Susan—L1
Nolle, A. W.—OO5
Nooteboom, S. G.—R10
Norimatsu, T—E14
Norlin, Kjell—SS12
Norris, Dennis—R8
Northrop, John—Z1
Norton, Susan J.—LL7, Chairman RR
Nuetzel, Bernd—TT5
Nuetzel, John—W9
Numrich, S. K.—JJ2
Nuttall, H.—Z6

Ochs, Marleen T.—KK7, KK10
O'Keefe, Jack V.—H4
O'Neill, William E.—LL9
Osberger, Mary J.—WW6
Ostrovskii, L. A.—Joint meeting
Ostry, David J.—SS9
Overdeep, Suzanne E.—Z5
Owen, Thomas E.—G7

Packard, Thomas N.—Q3
Painter, C. A.—PP4, PP7
Pal'chikov, E. I.—P2
Palmer, A. R.—KK5
Pannatoni, Ronald F.—F3
Papcun, George—D12
Parker, Ellen M.—L6, L10
Parker, Frank—L13, SS1
Parks, Thomas N.—C1
Parrott, T. L.—N3
Partridge, Randy—RR3
Pastore, Richard E.—L3
Patterson, Roy D.—W12
Pavlovic, Cheslav—Chairman FF, FF3
Payton, Karen L.—KK4
Peng, H.—K6, K7
Penner, A. Raymond—GG5
Penrod, Clark S.—GG4
Perkell, J. S.—SS6, SS7
Perkins, Mark E.—CC13
Perrin, R.—O2
Peters, Robert W.—Q10
Phillips, John R.—X2
Phillips, Michael S.—E1
Pickett, J. M.—L2
Picone, Joseph—E17
Pierce, Allan D.—BB3, Chairman UU, UU1, UU8
Pierce, J. R.—OO2, OO3
Pierrehumbert, Janet B.—R3
Pierucci, Mauro—B9
Pinkston, Russell F.—OO12
Piquette, Jean C.—JJ9
Pla, Frederic G.—AA1
Poirier, Sylvie—LL3
Pollack, Irwin—Q11
Pollak, G. D.—LL10
Ponton, Curtis W.—D10
Pool, Kenneth D.—MM17
Pope, J.—H11
Popp, John—U3
Porter, Michael B.—F4
Posey, J. W.—Z8
Powell, J. W.—F6
Powers, James M.—G9
Pribram, Karl H.—J2
Price, G. Richard—LL1
Price, S. M.—O4
Proctor, Adele—WW14

Quackenbush, S. R.—WW2

Rabinowitz, William M.—RR8
Raggio, M.—KK7
Raichle, Marcus, E.—QQ10
Rajkovic, M. R.—OO11
Raju, P. K.—JJ3
Rakerd, Brad—Q3, LL11

Ramsdale, Dan J.—GG6
Ramzy, C.—PP5, PP6
Randolph, Mark A.—E3
Rasmussen, G.—II11
Raspet, Richard—II1, PP9
Reed, Charlotte M.—Y13, KK1, RR8
Reethof, Gerhard—AA1
Reeves, Alyson—OO2, OO3
Reid, G. N.—JJ11
Reiss, Edward L.—F4
Rekart, Deborah—D13
Remez, Robert E.—Chairman R, R1
Repp, Bruno H.—Chairman D, D1, D2
Revoile, Sally G.—L2
Reynolds, Douglas D.—EE2
Rich, Nola C.—QQ5
Richardson, B. E.—U2
Riley, Thomas L.—V5
Rittenmyer, K. M.—G8
Roberts, G. W.—U2
Roberts, Linda A.—OO2, OO3
Robin, Donald A.—Q12
Robinette, Larry N.—Chairman VV, VV2
Robinson, A. Zed—GG1
Roebuck, Ian—BB6
Rogers, Peter H.—G6
Rokhlin, S. I.—B6, B8, BB11
Rose, James H.—B7
Rosenkilde, C. E.—V12
Ross, L. S.—LL10
Rossing, Thomas D.—Chairman O, Q4, U3
Roy, Ronald A.—II1, II2
Royer, Fred L.—Q12
Royster, Julia Doswell—II4
Royster, Larry H.—II4
Rubel, Edwin W.—Q9
Rubin, Philip B.—R1
Rubin-Spitz, Judith—WW12
Rubinstein, Adrienne—WW9
Rudgers, Anthony J.—BB8
Ruding, P. R. J. W.—QQ7
Rudnick, Isadore—I8, I9, I10, P5
Rugar, Daniel—I6
Ruggero, Mario A.—QQ5
Rupert, Jennifer—RR3
Ryan, Allen F.—C3

Sachse, Wolfgang—B2
Saghatchi, H.—B1
Salvi, Richard J.—W2, Chairman DD, DD2, DD5, LL6
Salza, Pier Luigi—Y9
Saunders, Frank A.—RR10
Saunders, Samuel S.—DD2, DD5, LL6
Scandrett, John H.—HH7
Schaefer, Stephen—M18
Scharf, B.—CC12
Scharnhorst, K. P.—JJ13
Schau, H. C.—GG1
Schein, D. B.—N3
Schey, Philip W.—GG10
Schiano, Jeffrey L.—W9, W10
Schloemer, Howard H.—T5

EGOLF 02177                    OTI  007446

Schoenberg, Michael—B4, BB4
Schroeder, Manfred R.—CC1
Schubert, Earl D.—W4, KK10
Schum, D.—RR5
Schwarz, W. H.—I2, I3
Scully-Power, Paul D.—Plenary
Seidel, M. R.—O4
Sen, R.—AA6
Sereno, Joan A.—D6
Sessler, G. M.—UU4
Shadle, Christine H.—MM7
Shattuck-Hufnagel, Stefanie—MM1
Shaw, Brian—I12
Shaw, Leonard L.—II8
Shawker, Thomas H.—SS5
Shepherd, Kevin P.—N1
Sherbecoe, Robert L.—FF3
Shikano, Kiyohiro—E12
Shirley, Donald J.—G7
Shivapuja, Bhagyalakshmi G.—LL6
Shooter, Jack—Chairman S
Shull, C. R.—AA10
Sidtis, John J.—Q6
Signorini, Angela—R9
Silverman, Kim—R4
Simms, S.—PP5
Singh, Punita—Q5
Sklar, Bradley, F.—X5
Skrainar, Stephen F.—II4
Sleator, Daniel D.—OO10
Slowiaczek, Louisa M.—MM3
Small, Larry H.—L7
Smith, Bruce L.—Y6, SS18
Smith, M. R.—Y2
Smith, Suzanne E.—EE5
Smoorenburg, G. F.—FF8, QQ7
Soli, Sigfrid D.—KK8, KK9
Sonies, Barbara C.—SS5
Sorin, Christel—I15, Y10
Speller, Frank N.—Plenary
Spindel, Robert C.—M8, Z9
Staal, Philip R.—M4
Stager, Sheila V.—DD1
Stapells, David R.—DD6, DD7, DD8
Stefanowicz, Robert—I15
Stevens, Kenneth N.—CC2, MM12
Stewart, Noral D.—H5
Stockhausen, J. H.—GG8

Stone, Maureen—SS5
Strasberg, Murray—T8
Strong, William J.—Chairman HH, OO7
Strong, William Y.—Chairman U, U3
Stuart, Alan D.—AA3
Studdert-Kennedy, Michael—L1
Studebaker, Gerald A.—FF3
Subrahmanyam, J. V.—JJ3
Suter, Alice—Chairman H
Sutin, A.—Joint meeting
Suzuki, Hideo—O3, U4
Suzuki, Noriko—SS8
Svantesson, Jan-Olof—SS12
Syck, J.—F9

Talaske, Richard H.—Cochairman NN
Tango, G.—Z2
Tappert, Fred—TT2, TT3
Taylor, S. C.—AA10
Teas, Donald C.—Chairman QQ
Teghtsoonian, M.—CC12
Teghtsoonian, R.—CC12
Teich, Malvin C.—W1
Ten Cate, James A.—V10
Thalmann, Isolde—QQ1, QQ2
Thalmann, Ruediger—QQ1, QQ2
Thiessen, G. J.—A9
Tholen, H. J. M. G.—OO1
Thompson, Charles—V13, AA6
Thompson, David J.—VV2
Tian, Yuren—PP1
Tindle, C. T.—P10, Chairman F
Ting, R. Y.—G8
Titze, Ingo R.—MM15
Tjötta, Jacqueline Naze—V4
Tjötta, Sigve—V4
Tobits, Mizuhiro—G3
Todoroff, Douglas G.—JJ5
Tohkura, Yoh'ichi—E13
Toledo, Guillermo A.—Y7
Tolstoy, I.—TT7
Topuz, W.—F1
Trahiotis, Constantine—W9, W10
Trehub, Sandra E.—OO4
Trinh, Eugene H.—I4, I5

Trivett, D. H.—JJ10
Tsui, C. Y.—JJ11
Tubis, Arnold—QQ13
Tuller, Betty—Y5

Uberall, H.—M2, M3, JJ3
Uchanski, R. M.—Y13
Ukigai, Masahiro—BB7
Unger, Bruce T.—UU7
Uttal, William—J3

Vaissiere, Jacqueline—E16
van Deelen, G. W.—QQ7
Van Doren, Clayton L.—X5
van Golstein Brouwers, W. G.—FF8
Van Moorhem, W. K.—PP2
Varadan, Vasundara V.—B3, S6, S7, JJ13
Varadan, Vijay K.—B3, S6, S7, JJ13
Varga, Andrew—E10
Veldman, J. E.—QQ7
Verrillo, Ronald T.—Chairman X, X5
Vidmar, Paul J.—F12, GG9
Voiers, William D.—WW1
von Gierke, Henning E.—Chairman A, EE3, EE5
von Glahn, U. H.—II5
Von Winkle, William A.—T2
Voron, Dan—G5

Walsh, Thomas—L13, SS1
Walter, J. B.—AA10
Wang, Shaio-Wen—B7
Wansack, Samuel—LL1
Warren, Richard M.—Y1
Warshaw, Stephen I.—V2, BB5
Waterhouse, Richard V.—K1
Watson, C. S.—L9
Weaver, Kim A.—VV5
Webster, J. C.—FF9
Wei, Rong Jue—PP1
Weismer, Gary—MM16
Wenstrum, J. J.—LL10
Wenzel, Elizabeth M.—W8
Werby, M. F.—JJ4, JJ6
West, James E.—UU4

Westbury, John R.—Chairman SS, SS16
Westwood, Evan K.—F12
Whalen, D. H.—D16
Wheat, Marcia—R5
Wheeler, John Archibald—Plenary
Wheeler, Leslie A.—LL14
Whitaker, R. W.—PP4, PP7
White, J. E.—B12
White, Mark S.—KK6, KK7, KK10
Whitehead, Robert L.—R13, WW7
Widin, Gregory P.—KK8, KK9
Wiederhold, Michael L.—QQ12
Wightman, Frederic L.—CC13
Williams, B. J.—R11
Williams, David R.—D1, D2
Williams, Earl G.—K2
Williams, Kevin L.—JJ8
Willshire, W. L., Jr.—PP3
Wilson, Gary R.—GG9
Wilson, O. B.—GG2
Winter, I. M.—KK5
Wong, George S. K.—PP8
Worcester, Peter F.—M8
Wright, Beverly A.—L11
Wu, Junru—I9, P5
Wu, X.-F.—BB3
Wyber, R. J.—TT8

Yamada, A.—E14
Yamamoto, Tokuo—S1, S2
Yamashita, Yukari—SS8
Yanda, J. L.—RR5
Yayla, Nadir—A8
Yeager, E. B.—I14
Yilmaz, Sevtap—A8
Yoo, K. B.—M2
Yost, W. T.—V14
Young, Eric D.—C4
Young, I. M.—CC5

Zabal, Xavier—GG3
Zahorian, Stephen A.—RR7
Zuckerman, Allan J.—I1
Zue, Victor W.—Y3
Zurek, Patrick M.—FF2
Zwicker, E.—W5
Zwislocki, Jozef J.—CC11

Su...



Aco...
Golet...
Ampl...
and S

The...
Jacks
Noise

Ame...
Hea...
Roch
Conti

Arte...
New
Acou
Resea

AT8...
Murr
Rese

Bod...
Van F
Very

Boe...
Seatti
Produ

Boll...
Caml
Cons

Bos...
Franr
Loud

Bru...
Marl
Instr
and 1

Cam...
Camr
Resc

Cer...
Cedi
Acou

Cer...
Arle
Hi-F

Cre...
Tec
Elkl
Inst
Am

EGOLF 02178     OTI 007447

DX-982

# United States Patent [19]

## Graupe et al.

[11] Patent Number: 4,783,818

[45] Date of Patent: Nov. 8, 1988

[54] METHOD OF AND MEANS FOR ADAPTIVELY FILTERING SCREECHING NOISE CAUSED BY ACOUSTIC FEEDBACK

[75] Inventors: Dan Graupe, Highland Park; John Grosspietsch, Schaumburg; Stavros P. Basseas, Chicago, all of Ill.

[73] Assignee: Intellitech Inc., Northbrook, Ill.

[21] Appl. No.: 788,411

[22] Filed: Oct. 17, 1985

[51] Int. Cl.⁴ ............................................. H03B 29/00
[52] U.S. Cl. ............................... 381/71; 381/83; 381/93
[58] Field of Search ......................... 381/71, 83, 93

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,025,721 | 5/1977 | Graupe et al. |
| 4,088,835 | 5/1978 | Thurmond et al. ............... 381/83 |
| 4,185,168 | 1/1980 | Graupe et al. |
| 4,602,337 | 7/1986 | Cox .................... 381/83 |
| 4,636,586 | 1/1987 | Schiff .................. 381/71 |
| 4,689,821 | 8/1987 | Salikuddin et al. ........... 381/71 |

Primary Examiner—Forester W. Isen
Attorney, Agent, or Firm—Sandler & Greenblum

[57] ABSTRACT

A communication system, such as a hearing aid or a public address system, may include a microphone for inputting audio information to the system, an amplifier for amplifying audio frequency signals inputted to the microphone, and a speaker for outputting amplified audio frequency signals into the environment which provides an acoustic feedback path between the speaker and the microphone. The invention provides an identification circuit for dynamically identifying those parameters associated only with acoustic feedback, and a correction circuit whose transfer function is established in accordance with the parameters identified by the identification circuit. The transfer function of the correction circuit is such that the effect of acoustic feedback is cancelled from the transfer function of communication system. The identification circuit is constructed and arranged to identify said parameters in response to a turn-on of the system, or to an automatically-sensed threshold change in gain of the amplifier.

60 Claims, 4 Drawing Sheets





EXHIBIT

31

EGOLF 10-9-07

Defendants Trial
Exhibit
DX-982
Civil Action no. 05-422

WID188908

U.S. Patent     Nov. 8, 1988     Sheet 1 of 4     4,783,818



**U.S. Patent**    Nov. 8, 1988    Sheet 2 of 4    **4,783,818**



FIG. 3

WID188910

FIG. 5



FIG. 6



WID188911



FIG. 7



FIG. 8

WID188912

4,783,818

| 1 | 2 |

## METHOD OF AND MEANS FOR ADAPTIVELY FILTERING SCREECHING NOISE CAUSED BY ACOUSTIC FEEDBACK

### CROSS REFERENCE TO RELATED MATTERS

The following patents, helpful to an understanding of the present invention, are hereby incorporated by reference:
[1] U.S. Pat. No. 4,025,721, issued May 24, 1977; and
[2] U.S. Pat. No. 4,185,168, issued Jan. 22, 1980.

### TECHNICAL FIELD

This invention relates to a method of and means for adaptively filtering screeching noise caused by acoustic feedback in communication systems such as hearing aids or public address systems.

### BACKGROUND OF THE INVENTION

Hearing impaired persons fitted with hearing aids, as well as persons around them, are familiar with loud, unpleasant, and often uncomfortable, screeching noises that often emanate from a hearing aid when it is turned on, and at other times as well. Persons with normal hearing have experienced similar problems with public address systems. In both hearing aids and public address systems, hereinafter referred to as communication systems of the type described, which are used in acoustic environments, acoustic feedback is the culprit. That is to say, some of the acoustic energy radiated from the speaker of a communication system into the acoustic environment is picked up by the microphone of that same system, is amplified by the system's electronics, and then rebroadcast into the environment. Under some conditions, signal reinforcement, or bootstrapping, occurs; and the result is a screeching noise that is both loud, physically uncomfortable, and annoying to all those in the vicinity of the speaker.

Screeching noise caused by acoustic feedback is a major irritation to hearing aid users as well as to persons with unimpaired hearing in their vicinity, and to persons in the vicinity of a malfunctioning public address system. Conventionally, the user of a hearing aid controls screech caused by acoustic feedback by reducing the gain on the amplifier in the hearing aid, but this expedient solves the problem at the expense of a reduction in the level of amplification of information, which is the basis for wearing a hearing aid in the first place. In addition, manual adjustment of the volume of a relatively small hearing aid is usually difficult, or at least inconvenient. In public address systems, on the other hand, resort to rearranging the microphone is often the only practical way to alleviate screeching noise. Thus, the elimination of screeching noise in a communication system caused by acoustic feedback often requires manual intercession into the operation of such system which may be inconvenient or inappropriate. Apparatus that automatically, and adaptively, overcomes the problem of screeching noise caused by acoustic feedback would therefore be very desirable.

It is an object of the present invention to provide both a method and apparatus for automatically and adaptively overcoming the problem of screeching noise caused by acoustic feedback in a communication system of the type described.

### BRIEF DESCRIPTION OF INVENTION

The present invention is incorporated into a communication system of the type described which operates in an acoustic environment. The system includes a microphone component for inputting audio information, an amplifier component for amplifying audio frequency signals inputted into the microphone, and a speaker component for outputting amplified audio frequency signals into the environment which provides an acoustic feedback path between the speaker component and the microphone. According to the present invention, an identification circuit dynamically identifies those parameters associated with acoustic feedback, and a correction circuit, whose transfer function is established by the parameters identified by the identification circuit, and which is coupled to the amplifier component, cancels the effect of the acoustic feedback.

In order for the acoustic feedback parameters to be identified, the configuration of the communication system is altered from a conventional operational mode to a parameter identification mode. In its operational mode, the system is configured with the microphone coupled to the speaker through the amplifier of the system; and the speaker is coupled to the microphone through the acoustic medium of the environment. In its parameter identification mode, the amplifier is decoupled from the microphone and speaker and is replaced by an identifier circuit. By decoupling the amplifier according to the present invention, identification is performed in a manner that virtually ignores the amplifier and concentrates essentially only on the acoustics of the system. Identifying the parameters of the acoustics of the system is the goal of the present invention because it is these parameters that must be cancelled in order to eliminate acoustic feedback.

The identifier circuit, which is part of an identification circuit that also includes a pseudo-random noise generator, is a cross-correlation circuit that may be of type disclosed in Chapter 4 of the textbook *Identification of Systems*, D. Graupe, Krieger Publishing Company, Huntington, NY (1976) listed as reference [1] of U.S. Pat. No. 4,025,721 identified above. Such a cross-correlation circuit cross-correlates the signals that appear at each of two inputs to the circuit and produces either discrete or continuous time parameters as output. Instead of a cross-correlation circuit, the identifier circuit may utilize a least square minimization circuit (that minimizes a function of the squared integrated identification error), or a gradient, or a sequential gradient, minimization circuit (that minimizes the gradient of the squared integration identification error, e.g., using an iterative process in which minimization is done sequentially in time).

These last mentioned mimimization circuits are described in Chapters 5 and 7 of *Identification of Systems*. The parameters so obtained establish the transfer function of the correction circuit enabling the effect of acoustic feedback to be significantly reduced or eliminated.

In order to establish the configuration of the communication system, a two-state switch means, operated by switch control means, is interposed between the microphone and the amplifier, and between the speaker and the amplifier. In its first state, the switch means is effective to configure the system in its operational mode, i.e., the amplifier is interposed between the microphone and the speaker, and the identification circuit is not in the

WID188913

4,783,818

3

loop. When the switch means is in its second state, the system is configured in its parameter identification mode wherein the identifier circuit of the identification circuit replaces the amplifier, i.e., one input to the identifier circuit is connected to the microphone and the other input is connected to both the speaker and the noise generator. In this configuration, the output of the noise generator is injected both into the speaker and into one input of the identifier circuit. Some of the noise broadcast by the speaker is received by the microphone because of the acoustic coupling therebetween; and the received noise is applied to the other input of the identifier circuit.

The cross correlation between the noise directly injected into the identifier circuit, and the noise (and perhaps information that is uncorrelated with the noise) received by the microphone via the acoustic link between the speaker and the microphone, is a representation of a transfer function related to the individual transfer functions of the microphone, the speaker, and the acoustic link. In this way, the parameters associated with the acoustic feedback are dynamically identified by the identification circuit in prepration for establishing the transfer function of the correction circuit.

The identification process requires a finite time; and the switch control means maintains the switch means in its second state of a predetermined period interval of time. At the end of such time interval, the switch control means changes the state of the switch means from its second to its first state, and the configuration of the system is converted from its identification mode to its operational mode. At the same time, the identified parameters are applied to the correction circuit to establish a transfer function that is directly associated with the acoustic feedback as it existed during the time the system was operated in its identification mode. Both the correction circuit and the amplifier of the communication system are coupled between the microphone and speaker of the system in its operational mode, preferably in a simple feedback connection. The transfer function of the correction circuit is in accordance with the output of the identifier circuit during the identification mode, the presence of the correction circuit is effective to alter the system transfer function in a way that cancels the effect of acoustic feedback as long as it remains substantially the same as it was during the identification time interval.

As indicated above, the switch control means establishes the states of the switch means which, in turn, determine the configuration of the communication system. The switch control means senses turn-on of the system and monitors the gain of the amplifier or threshold increases in amplitude, or in the root-means square (RMS) amplitude of the output of the amplifier, or in the high frequency portion of such output. Such threshold increases are assumed to be caused by acoustic feedback. In response to system turn-on, or gain change, or a threshold change in the output of the amplifier, or in the high-frequency (e.g., above say 1200 Hz) portion of the output of the amplifier, or at periodic intervals (e.g., every 60 seconds), the switch-control means forces the switch means into their second state and maintains them in such state for a predetermined period of time during which the system is configured in its identification mode. During this period of time, parameter identification takes place. At the end of the predetermined period of time, the switch control means is effective to return the switch means to their first state at which the com-

4

munication system reverts to its operational mode. In this way, the present invention provides a dynamic and adaptive way to filter screeching noise caused by acoustic feedback from communication system without manual intercession.

BRIEF DESCRIPTION OF THE DRAWINGS

Embodiments of the present invention are illustrated in the accompanying drawings wherein:

FIG. 1 is a schematic representation of a prior art hearing aid that is representative of a communications system into which the present invention can be incorporated;

FIG. 2 is a schematic block diagram of the hearing aid shown in FIG. 1 illustrating the transfer functions of its components;

FIG. 3 is a block diagram of the present invention incorporated into a communication system such as a hearing aid housing or a public address system;

FIG. 4 is a block diagram of the device shown in FIG. 3 configured to operate in a parameter identification mode;

FIG. 5 is a schematic block diagram of the correction circuit shown in FIG. 3;

FIG. 6 is block diagram of an embodiment of logic circuit which provides for the sensing of gain changes in the amplifier means of the apparatus shown in FIG. 3;

FIG. 7 is a block diagram showing one type of noise generator shown in FIG. 3;

FIG. 8 is a block diagram showing electronic switch means by which the microphone and speaker are connected to the amplifier means of the system and the switch control means for controlling the switch means.

DETAILED DESCRIPTION

Referring now to FIG. 1 of the drawings, reference numeral 10 designates a prior art communication system such as a hearing aid or public address system. Communication system 10 comprises microphone component 12 for producing an audio output signal on line 13 in response to audio signals, figuratively identified by lines 14 and 15, in an acoustic environment within which the communication system is located. System 10 further includes amplifier component 16 for producing an amplified output on line 17 in response to an audio input signal on line 13. Finally, system 10 includes speaker component 18 for producing audio signals, designated figuratively by reference numeral 19, that are broadcast into the acoustic environment in response to an input signal on line 17. For the purpose of illustrating the prior art, the acoustical environment within which the communication system is located provides an acoustic link designated figuratively by reference numeral 20 between speaker 18 and microphone 12.

As a consequence of the arrangement shown in FIG. 1, audio information broadcast by speaker 18 may be received by microphone 12, amplified in amplifier 16, and supplied to speaker 18 such that reinforcement occurs. The result is the familiar screeching noise associated with acoustic feedback.

Reference is now made to FIG. 2 for the purpose of illustrating the problem of acoustic feedback in terms of the transfer function associated with each of the components shown in FIG. 1. Each of the components shown in FIG. 1, namely microphone 12, amplifier 16, speaker 18, and acoustic link 20 has associated with it a transfer function characteristic of the component. The transfer function of a component, as is well known, is the ratio of

WID188914

4,783,818

| 5 | 6 |

the Laplace transform of the output of the component to the Laplace transform of the input of the component. Expressed in this manner, the transfer function of a component is characteristic of the component regardless of the form of the input thereto.

In FIG. 2, the transfer function of the components shown in FIG. 1 are shown in corresponding blocks. That is to say, the transfer function of microphone 12 is $G_1(s)$ as indicated by block 12A, etc. The present invention contemplates the addition to the conventional circuitry in a communication system of a correction circuit, whose transfer function $C(s)$ is such that the presence of the correction circuit in the communication system is effective to cancel the acoustic feedback link. Such a circuit is shown in FIG. 2 and is designated by reference numeral 21A. While correction circuit 21A is shown connected in feedback relationship to the amplifier component, it is also possible for the correction circuit to be connected serially, or in parallel, to the amplifier component but the resulting corrections and analyses are more complex.

By conventional circuit analysis, the transfer function of the entire communication system T(s) is defined as the Laplace transform of the output at point 22, in the circuit shown in FIG. 2, to the Laplace transform of the input at point 23 in the circuit. The circuit transform T(s) can be expressed as follows:

$$T(s) = e(s)/i(s) \qquad (1)$$
$$= \frac{G_1(s)G_2(s)G_3(s)/[1 + G_2(s)C(s)]}{1 + G_1(s)G_2(s)G_3(s)H(s)/[1 + G_2(s)C(s)]}$$

where $G_1(s)$ is the transfer function of microphone 12, $G_2(s)$ is the transfer function of amplifier 16, $G_3(s)$ is the transfer function of speaker 18, and $H(s)$ is the transfer function of acoustic link 20.

From inspection of Eq. (1), the effect of acoustic link 20 can be eliminated form the transfer function of the system provided that the transfer function of correction circuit 21A is adjusted, or is established, such that:

$$C(s) + H(s)G_1(s)G_3(s) = 0 \qquad (2)$$

In the event that Eq. (2) is satisfied, Eq. (1) reduces to:

$$T(s) = G_1(s)G_2(s)G_3(s) \qquad (3)$$

Eq. (3) represents the transfer function of the communication system when no acoustic link exists between the output and the input of the system. From inspection of Eq. (2), one can see that the product $C(s)/G_2(s)H(s)$ must be identified rather than the quantity $H(s)$, and the transfer function of the correction circuit must be set in accordance with Eq. (2).

Basically, the present invention provides an acoustic feedback identification circuit for selectively identifying those parameters associated with acoustic feedback between the speaker and microphone components of a communication system, and an adaptive correction circuit component which has a transfer function established by the parameters identified by the acoustic feedback identification means. In order to achieve this end, the present invention also includes configuration means for interconnecting the components such that the acoustic feedback identification circuit first identifies the parameters associated with acoustic feedback between the speaker and the microphone, and then, automatically,

and self adaptively, establishes the transfer function of the correction circuit such that the latter is effective to cancel acoustic feedback.

Apparatus according to the present invention is designated by reference numeral 30 in FIG. 3 to which reference is now made. This figure is similar to FIG. 2 in that the transfer functions of the components of the communication system are illustrated in FIG. 3. That is to say, the microphone component of the system is illustrated by block 12, the amplifier component is represented by block 16, the speaker of the system is represented by block 18, the acoustic feedback link is indicated by block 20, and the correction circuit is represented by block 21. Apparatus 30 also includes acoustic feedback identification means 31 and configuration means 32.

Configuration means 32 includes two-state switches S1 and S2, and switch control means 33 for establishing and maintaining the state of the switch means. In one state, the switch means is effective to interconnect the microphone to the speaker through the amplifier component thus establishing what is termed, herein, the operational configuration of the components. In the other state of the switch means, the components are connected in what is termed an identification configuration in which identification means 31 is substituted for amplifier component 16.

Identification means 31 comprises identifier circuit 34 (see details in FIG. 4) which, as explained below, cross correlates the signals appearing at first input 35 and second input 36, and produces an output signal at 37 which is applied to correction circuit 21A. In addition to identifier circuit 34, identification means 31 also includes pseudo-random noise generator 38 connected to the first input terminal 35 of the identifier circuit.

Switch S2 of configuration means 32 is an electronic switch but is shown schematically in FIG. 3 for the purpose of simplifying the explanation of the invention. As seen in FIG. 3, switch S2 has a first state in which the output of amplifier component 16 of the system is connected to the speaker (position B) and a second state at which the input to the speaker is connected to noise generator 38 (position A). The configuration means also includes switch S1, which, in its first state (position B) connects the output of the microphone component to the input of the amplifier component, and a second state (position A) in which the output of the microphone is connected to input 36 of identifier 34. In normal operation, configuration means 32 maintains switches S1 and S2 in their first state such that the communication system is configured in an operational mode and the circuit thus established resembles that shown in FIGS. 1 and 2.

As indicated previously, configuration means 32 also includes switch control means 33 for controlling the state of switches S1 and S2. In a manner described below, the switch control means is responsive to a threshold change in the gain of amplifier component 16 for switching switches S1 and S2 from their first to their second state for a predetermined interval of time. In addition, switch control means 32 is also responsive to a turn-on condition of the amplifier component for switching switches S1 and S2 from their first to their second state for a predetermined interval of time.

When switches S1 and S2 are in their second state, the output of microphone component 12 is supplied to input 36 of identifier 34, and the output of noise generator 38 is applied to first input 35 of identifier 34 and to

WID188915

4,783,818

7

speaker 18. Noise from generator 38 is thus broadcast by speaker 18 into the ambient environment within which the communication system is located, and some of this noise is picked up, via acoustic link 20, by microphone 12 in addition to whatever information, such as speech, is also present in the environment. Thus, the input to identifier 34 is noise received directly from generator 38 as well as noise transmitted via acoustic link 20 between the speaker and the microphone. In a manner explained in Chapter 4 of "Identification of Systems" by D. Graupe, Krieger Publishing Co., Huntington, N.Y., (1976), and described below, identifier circuit 34 cross correlates the signals appearing at the first and second inputs 35 and 36, respectively, of the identifier and produces parameters that identify the acoustic line. While the input to the identifier supplied by the microphone may contain some intelligence, there is no correlation between it and the noise, and for this reason the presence of the intelligence does not affect the operation of identifier circuit 34 in a significant manner.

The parameters thus identified by identifier circuit 34 are applied to correction circuit 21 in a manner that establishes a transfer function for the correction circuit which satisfies Eq. (2). A finite time is required for the identifier circuit to generate the parameters associated with the acoustic feedback link, generally less than one second. After identification is complete, switch control means 32 becomes effective to reconfigure the communication circuit from its identification mode back to its operational mode by changing the state of switches S1 and S2 from their second state to their first state. Thereafter, the transfer function of the communication system will satisfy Eq. (3) with the result that the transfer function of the system in its operational mode eliminates acoustic feedback. Thus, the present invention prevents the communication system from producing screeching noise associated with acoustic feedback.

Summarizing the operation of the present invention, powering up the communication is sensed by switch control means 33 and is effective to configure the communication system into its identification mode as shown in FIG. 3. In this mode, the amplifier component, and the correction circuit that is feedback-connected thereto, are effectively removed from the communication system and identifier circuit 34 substituted therefor. In this configuration, the identifier circuit produces parameters which establish the transfer function of the correction circuit in a manner that solves Eq. (2). After identification is complete, switch control means 32 is effective to change the state of switches S1 and S2 to their first state where the identification means is disconnected from the communication system which operates in a conventional manner in the sense that the output of the microphone is amplified by the amplifier component 16 and applied to the speaker component.

The switch-control means is also responsive to a threshold change in the gain of the amplifier component for the purpose of switching the state of the switches S1 and S2 from their first to their second state for a predetermined period of time sufficient for parameter identification to occur. Thereafter, the switch control means is effective to reconfigure the system from its identification mode to its operational mode.

For an explanation of the identification process carried out by the identification circuit in FIG. 3, reference is made to FIG. 4 which shows the configuration of the communication system during its identification mode.

8

That is to say, the output of microphone component 12 is applied to the second input 36 of identifier circuit 34 and the output of noise generator 38 is applied to first input 35 of the identifier circuit. Nose from the generator 38 is also applied to speaker component 18 whose is output is linked by the acoustic environment to microphone component 12. For reference purposes, the acoustic link between the speaker component and the microphone component is designated by reference numeral 20. Intelligence picked up by microphone component 12 is indicated at 40 in FIG. 4.

Identifier 34 is constructed in accordance with chapter 4 of *Identification of System*, D. GRAUPE, Krieger Publishing Company, Huntington, NY (1976), listed as reference [1] in the reference of U.S. Pat. No. 4,025,721. Thus, the signal received by identifier circuit 34 from microphone 12 is applied in parallel to a series of multipliers designated $M_1, M_2, \ldots M_n$. The output of noise generator 38 is applied in parallel to a series of delay circuits $D_1, D_2, \ldots D_n$; and the output of corresponding delay circuits is applied, individually, to the multipliers. The outputs of each of the multipliers is integrated by integrators $I_1, I_2, \ldots I_n$ for a predetermined period of time, typically about one second, producing, as shown in FIG. 4, a series of discrete time parameters. If the inputs to identifier circuit 34 are designated x(t) and y(t), the discrete output parameters may be identified as $\phi_{xy}(\phi_1), \phi_{xy}(\phi_2), \ldots \phi_{xy}(\phi_n)$.

Chapter 4 in the reference referred to above also discloses a way in which the parameters can be continuous time parameters instead of discrete time parameters. Thus, an identifier according to the present invention can produce either discrete time parameters, or continuous time parameters. In either case, all of the parameters are pole parameters; namely, they are autoregressive.

The discrete time parameters produced as the output of identifier circuit 34 are applied to correction circuit 21 in the manner shown in FIG. 5. During operation of the communication system in its operational mode, output of amplifier component 16 is applied to the input of correction circuit 21, and this input is designated by z(t). As shown in FIG. 5, the input signal z(t) is applied in parallel to delay circuits $d_1, d_2, \ldots d_n$ where the delays of these delay circuits respectively correspond to the delays associated with identifier circuit 34. The outputs of the delay circuits in correction circuit 21 are individually multiplied by multipliers $m_1, m_2, \ldots m_n$ as shown in FIG. 5 and applied to adder circuit 41, which produces output signal C(t) that is fed back into the input of amplifier component 16. In this way, correction circuit 21 is configured by the parameters identified by identifier circuit 34 to have a transfer function that satisfies Eq. (2). As a result, the acoustic feedback link does not affect the communication circuit during its operational mode.

One embodiment of a suitable pseudo-random noise generator is illustrated in FIG. 7 as a pseudo-random binary noise generator circuit. This circuit is described in reference [1] referred to previously. Essentially, a clock signal is applied in parallel to a series of delay circuits, the output of which is combined, in an exclusive-OR circuit, to produce an essentially "white" noise signal. Other types of noise generators that produce "white" noise can be used with the present invention, however. Instead of using a noise-generator, as such, the noise may be pre-recorded and stored in memory. In such case, the noise generator is the memory and the circuitry for reading out the memory.

WID188916

9                                          4,783,818                                          10

An embodiment of configuration means 32 (FIG. 3) used with the present invention is shown in FIG. 8. Here, switch S1 is constituted by a pair of pass transistors 50 and 51, and switch S2 is constituted by a pair of pass transistors 52 and 53. When pass transistors 50 and 52 are enabled by a high level of node 54, the switches configure the communication system in its operational mode because the output from the microphone component is applied, via conducting pass transistor 50, to the input of amplifier component 16, and the output of the amplifier component is applied to the speaker by way of conducting pass transistor 52. On the other hand, when node 55 is high and node 54 is low, pass transistors 51 and 53 conduct, and pass transistors 50 and 52 are rendered non-conductive. The conduction of transistors 51 and 53 configure the communication system in its identifier mode because the output from the microphone component is applied, via conduction of transistor 51, to the input of identifier circuit 34 (i.e., "x"); and the output of identifier circuit 34 (i.e., "y") is applied to the speaker component by way of conducting transistor 53.

The voltages at nodes 54 and 55 are controlled by the resetting of counter 56. In operation, a reset signal produced by OR-gate 57 resets counter 56. The resetting of this counter causes the voltage at node 55 to go high and the voltage at node 54 to go low. As a consequence, the switch control means configures the communication system into its identification mode. The system remains in this mode until counter 56 reaches a predetermined number, counting from zero being commenced by the application of the output of AND gate 58 to which clock pulses are applied. The time required for the counter to count from zero to the preselected number is dependent upon the amount of time required for identifier 34 to identify the parameters associated with the acoustic feedback link. In any event, once the counter reaches this predetermined number, the output thereof switches the voltage at nodes 54 and 55 such that the voltage at node 54 becomes high and the voltage at node 55 becomes low thereby causing the switch control means to convert the communication system from its identification mode back to its operational mode.

OR-gate 57 produces an output when either of two situations occur: powering up the amplifier by closing on/off switch 59, or by a signal r(t) applied to OR-gate 57. When switch 59 is closed, the voltage at node 60 begins to rise from ground level at a rate depending upon the time constant associated with capacitor 61 and the resistance in the circuitry of the power supply of the communications system until a threshold level is reached at which Schmidt trigger 62 is activated producing a step-voltage output that is applied to OR-gate 57. In response, counter 56 is reset and the system is configured to its identification mode. Thus, after a small delay following powering up the system to allow the system components to become operational, the switch control means is effected to configure the communication system into its identification mode.

The signal r(t) shown in FIG. 8 is produced by gain-sensor circuit 40 in response to a threshold change in gain of the amplifier component of the communication system. Gain sensor circuit 40 for generating signal r(t) is shown in FIG. 6. As shown therein, circuit 63 senses threshold changes in the gain of pre-amplifier 16' that is the gain-adjustable part of amplifier component 16. Specifically, circuit 63 computes the ratio of the output b of preamplifier 16' to its input a, continuously applies the ratio to a comparator, and produces an output when

the change in gain across the pre-amplifier exceeds a threshold. The divisional operation by which the ratio of the output to the input of the pre-amplifier is done in an analog manner as shown in FIG. 6, but the operation could also be done digitally if desired.

As shown in FIG. 6, the output of the pre-amplifier is applied to a convertor which converts the root—mean-square of the signal at the output of the pre-amplifier to a dc voltage proportional to the root-mean-square of the output signal and applies this to operational amplifier 64. The same procedures apply to the input signal of the preamplifier, but this is limited at 65, and applied to one side of divider circuit 66. The other side of this divider circuit is taken from the output of operational amplifier 64 as shown. Thus, the voltage appearing at node 67 is a voltage proportional to the ratio of the output of preamplifier 16' to its input, i.e., to the gain of the preamplifier. This voltage is converted into a digital signal at 68, and digitally processed at 69 where the difference between this gain value and its value as delayed by delay element 72, are subtracted in difference circuit 73. The output of difference circuit 73 is then passed through absolute value circuit 74 and the subsequent absolute value of the difference is applied to comparator 70. The comparator is also supplied with a threshold signal at 71 for the purpose of comparing changes in gain of the pre-amplifier to some fixed level. When this gain reaches the threshold, comparator 70 produces the gain change signal r(t).

The advantages and improved results achieved by the method and apparatus of the present invention are apparent from the foregoing description of the preferred embodiment of the invention. Various changes and modifications may be made without departing from the spirit and scope of the invention as described in the claims that follow.

What is claimed is:

1. A method to control acoustic feedback in a communications system operating in an acoustic environment and having a microphone component for inputting audio information into the system, an amplifier component for amplifying audio frequency signals inputted to the microphone, and a speaker component for outputting audio frequency signals into said environment, said method comprising:

(a) identifying those parameters associated with acoustic feedback, including identifying time-variations in these parameters;

(b) adjusting the transfer function of said amplifier component in accordance with the identified parameter for cancelling the effects of said acoustic feedback in response to identification of the parameters associated therewith without attenuating any audio frequencies.

2. A method according to claim 1 including the step of configuring the communication system in an identification mode before parameter identification is carried out, and configuring the system to operate in an operational mode after parameter identification is carried out, the cancelling of the effects of said acoustic feedback being done while the system is configured in its operational mode.

3. A method according to claim 2 including the step of monitoring the condition of the communication system for effecting a change in configuration of the system from its operational to its identification mode when a predetermined condition exists.

WID188917

4,783,818

**11**

4. A method according to claim 2 wherein the step of cancelling the effects of said acoustic feedback includes establishing the transfer function of a correction circuit in accordance with the identified parameters, and coupling said correction circuit to said communication system when it is configured in its operational mode.

5. A method to control acoustic feedback in a communication system operating in an acoustic environment and having a microphone component for inputting audio information to the system, an amplifier component for amplifying audio frequency signals inputted to the microphone, and a speaker component for outputting said audio frequency signals into said environment, said method comprising:

(a) identifying those parameters associated with acoustic feedback, including identifying time-variations in these parameters;

(b) adjusting the transfer function of said amplifier component in accordance with the identified parameters for cancelling the affects of said acoustic feedback in response to identification of parameters associated therewith;

(c) configuring the communication system to operate in an identification mode before parameter identification is carried out;

(d) configuring the communication system to operate in an operational mode after parameter identification is carried out, the cancelling of the effects of said acoustic feedback being done when the system is configured in its operational mode; and

(e) wherein the communication system is configured in its identification mode by disconnecting said speaker from said amplifier means, and parameter identification is achieved by injecting a noise signal into said speaker, and cross-correlating the output of said microphone with said noise signal while said speaker is disconnected from said amplifier means.

6. A method according to claim 5 including the step of maintaining the configuration of the system in its identification mode for a predetermined period of time after the configuration is changed from its operational to its identification mode.

7. A method according to claim 6 wherein said predetermined condition is system turn-on, or a threshold change in the gain of the amplifier component.

8. A method according to claim 7 wherein the identification of said parameters is carried out independently of audio information inputted into the microphone.

9. A method according to claim 7 wherein the communication system is configured in its identification mode by disconnecting said speaker from said amplifier means, and parameter identification is achieved by injecting a noise signal into said speaker, and cross-correlating the output of said microphone with said noise signal while said speaker is disconnected from said amplifier means.

10. A method according to claim 5 wherein said noise signal is pseudo-random.

11. Apparatus according to claim 5 wherein the communication system is reconfigured by terminating injection of noise into said speaker, and reconnecting said speaker to said amplifier means.

12. A method according to claim 5 wherein said noise signal is provided from a pre-recording stored in memory.

13. A method according to claim 5 wherein the step of configuring the communication system in an identification mode before parameter identification is carried

**12**

out, and after parameter identification is carried out, the cancelling of the effects of said acoustic feedback being done while the system is configured in its operational mode, and including the step of cancelling the effects of said acoustic feedback and establishing the transfer function of a correction circuit in accordance with the identified parameters, and coupling said correction circuit to said communication system when it is configured in its operational mode.

14. A method according to claim 13 wherein said noise is pseudo-random.

15. In an audio system operating in an acoustic environment and having a microphone for inputting audio information into the system, amplifier means for amplifying audio frequency signals inputted to the microphone, and a speaker for outputting amplified audio frequency signals into said environment which provides acoustic feedback between said speaker and said microphone, the improvement comprising:

(a) an identification circuit for dynamically identifying those parameters associated with said acoustic feedback;

(b) correction circuit means having a transfer function set in response to parameters identified by said identification means for cancelling the effect of said acoustic feedback; and

(c) wherein said identification circuit includes an identifier circuit having two inputs for cross-correlating the signals at said inputs, a noise generator for generating a noise signal that is applied to one of said inputs, switch means having a first state that connects said speaker to said amplifier means and disconnects said noise generator from said speaker, and having a second state that disconnects said speaker from said amplifier means and connects said noise generator to said speaker, and means for applying the output of said microphone to the other of said inputs of said identification circuit while said switch means is in its second state.

16. The invention of claim 15 including switch control means for controlling the state of said switch means.

17. The invention of claim 16 including gain sensor means operatively associated with said amplifier means for sensing changes in the gain of said amplifier means; and wherein said switch control means is responsive to said gain sensor means for maintaining said switch means in its first state until the occurrence of either turn-on of the system, or a predetermined change in the gain of said amplifier means, and then changing the switch means to its second state.

18. The invention of claim 17 wherein said switch control means is constructed and arranged to maintain the switch means in its second state for predetermined period of time before effecting a change of the switch means to its first state.

19. The invention of claim 17 wherein said amplifier means includes manually adjustable means for controlling the gain of said amplifier means, and said gain sensor means is responsive to the adjustment of said manually adjustable means for controlling the state of said switch means.

20. The invention of claim 17 wherein said amplifier means is a preamplifier stage, and the gain sensor means is responsive to the voltage across the preamplifier stage.

21. The invention of claim 20 wherein said gain sensor means includes a divider-limiter circuit.

WID188918

4,783,818

13

22. The invention of claim 21 wherein said divider limiter includes circuit for dividing the voltage appearing across the input and output of said preamplifier stage.

23. The invention of claim 15 wherein said identification circuit is constructed and arranged to produce discrete time parameters associated with said accoustic feedback.

24. The invention of claim 15 wherein said identification circuit is constructed and arranged to produce continuous time parameters associated with said accoustic feedback.

25. The invention of either of claims 23 or 24 wherein said identification circuit is constructed and arranged to produce only pole parameters.

26. The invention of claim 25 wherein said identification circuit is constructed and arranged to produce autoregressive parameters.

27. The invention of claim 16 including an amplitude sensor responsive to the output of said amplifier means for sensing a rise in amplitude of such output above a predetermined value, and wherein said switch-control means is constructed and arranged to maintain said switch means in its first state until occurrence of either a condition of turn-on of the system, or a condition of a rise in amplitude of the output of said amplifier above said predetermined value, and to change said switch means to its second state in response to occurrence of either condition, said switch-control means being further constructed and arranged to maintain said said switch means in its second state for a predetermined period of time and to thereafter change the state of said switch means to its first state.

28. The invention of claim 27 wherein said sensor is responsive to a rise in amplitude of only those frequency components in the output of said amplifier which have a frequency exceeding a predetermined value.

29. In an accoustic environment, apparatus comprising:

(a) a microphone component for responding to audio signals in said accoustic environment which are received by the microphone to produce an audio output signal;

(b) an amplifier component for producing an amplified output signal in response to an audio input signal;

(c) a speaker component for producing an audio signal broadcast into the accoustic environment in response to an input signal;

(d) acoustic feedback identification means for selectively identifying those parameters associated with accoustic feedback between the speaker and the microphone;

(e) an adaptive correction circuit component coupled to said amplifier component and having a transfer function established by the parameters identified by said accoustic feedback identification means; and

(f) configuration means for interconnecting the components such that said adaptive correction circuit component is effective to cancel said accoustic feedback without attenuating audio frequencies feedback.

30. Apparatus according to claim 29 wherein said configuration means is selectively operable for alternately connecting the components into an identification configuration that includes said acoustic feedback identification means, or into an operation configuration that excludes said acoustic feedback identification means.

14

31. Apparatus according to claim 30 wherein said configuration means includes two-state switch means, and switch control means for establishing and maintaining the state of said switch means, one state of said switch means interconnecting said microphone component to the speaker and amplifier components and disconnecting the acoustic feedback identification means from the components thereby establishing the operation configuration of the system.

32. The apparatus of claim 31 wherein said apparatus is a part of a public address system.

33. In an acoustic environment, apparatus comprising:

(a) a microphone component for producing an audio output signal and responsive to audio signals in said acoustic environment which are received by the microphone;

(b) an amplifier component for producing an amplified output signal in response to an audio input signal;

(c) a speaker component for producing an audio signal broadcast into the acoustic environment in response to an input signal;

(d) acoustic feedback identification means for selectively identifying those parameters associated with acoustic feedback between the speaker and the microphone;

(e) an adaptive correction circuit component coupled to said amplifier component and having a transfer function established by the parameters identified by said acoustic feedback identification means;

(f) configuration means for interconnecting the components such that said adaptive correction circuit component is effective to cancel said acoustic feedback;

(g) said configuration means being selectively operable for alternately connecting the components into an identification configuration that includes said acoustic feedback identification means, or into an operation configuration that excludes said acoustic feedback identification means;

(h) said configuration means including two-state switch means, and switch control means for establishing and maintaining the state of said switch means, one state of said switch means interconnecting said microphone component to the speaker and amplifier components and disconnecting the acoustic feedback identification means from the components thereby establishing the operation configuration of the system;

(i) wherein said acoustic feedback identification means includes: (1) an identifier circuit having first and second inputs for cross-correlating signals at said inputs and producing an output signal; and (2) a noise generator connected to said first of the inputs of said identifier circuit; (3) the other state of said switch means connecting the speaker component to said first of the inputs to said identifier circuit for effecting injection of noise from said noise generator into said identifier circuit and into said speaker, and connecting the microphone component to said second of the inputs to said identifier circuit for applying to the latter signals received by the microphone component due, in part, to the acoustic coupling between said speaker and said microphone.

34. Apparatus according to claim 33 including a hearing aid housing containing said apparatus.

4,783,818

15

**35.** The invention of claim 33 wherein said switch control means is responsive to a threshold change in the gain of said amplifier component for switching said switch means from its first to its second state.

**36.** The apparatus of claim 35 wherein said switch control means is responsive to a turn-on condition of said amplifier component for switching said switch means from its first to its second state for a predetermined period of time.

**37.** Apparatus according to either of claims 35 or 36 wherein said noise generator generates pseudo-random noise.

**38.** Apparatus according to claim 37 wherein said switch control means is constructed and arranged to maintain said electronic switch in its second state for a preselected period of time.

**39.** Apparatus according to claim 38 wherein said identifier circuit produces discrete time parameters.

**40.** The invention of claim 38 wherein said identifier circuit produces continuous time parameters.

**41.** Apparatus according to claim 40 wherein said parameters are pole parameters.

**42.** Apparatus according to claim 41 wherein said parameters are autoregressive parameters.

**43.** In an audio system operating in an acoustic environment and having a microphone for inputting audio information into the system, amplifier means for amplifying audio frequency signals inputted to the microphone, and a speaker for outputting amplified audio frequency signals into said environment which provides acoustic feedback between said speaker and said microphone, the improvement comprising:
(a) an identification circuit for dynamically identifying those parameters associated with said acoustic feedback; and
(b) correction circuit means having a transfer function set in response to parameters identified by said identification means for cancelling the effect of said acoustic feedback without attenuating any audio frequencies.

**44.** The invention of claim 43 wherein said identification circuit is constructed and arranged to identify said parameters in response to a condition selected from the group of conditions: turn-on of the system, and gain a change in said amplifier means.

**45.** The invention of claim 44 wherein said identification circuit includes means responsive to threshold changes in said acoustic feedback for effecting identification of the parameters thereof.

**46.** A method to control acoustic feedback in a communications system operating in an acoustic environment and having a microphone component for inputting audio information into the system, an amplifier component for amplifying audio frequency signals inputted to the microphone, and a speaker component for outputting audio frequency signals into said environment, said method comprising:
(a) identifying those parameters associated with acoustic feedback, including identifying time-variations in these parameters;
(b) adjusting the transfer function of said amplifier component in accordance with the identified parameters for cancelling the effects of said acoustic feedback in response to identification of the parameters associated therewith;
(c) configuring the communication system to operate in an identification mode before parameter identification is carried out;

16

(d) configuring the communication system to operate in an operational mode after parameter identification is carried out, the cancelling of the effects of said acoustic feedback being done while the system is configured in its operational mode;
(e) cancelling the effects of said acoustic feedback by establishing the transfer function of a correction circuit in accordance with the identified parameters;
(f) coupling said correction circuit to said communication system when it is configured in its operational mode; and
(g) wherein the step of configuring the communication system in its identification mode is carried out by disconnecting said amplifier component from said microphone and speaker components.

**47.** A method to control acoustic feedback in a communications system operating in an acoustic environment and having a microphone component for inputting audio information into the system, an amplifier component for amplifying audio frequency signals inputted to the microphone, and a speaker component for outputting audio frequency signals into said environment, said method comprising:
(a) identifying those parameters associated with acoustic feedback, including identifying time-variations in these parameters;
(b) cancelling the effects of said acoustic feedback in response to identification of the parameters associated therewith; and
(c) wherein the step of identifying those parameters associated with acoustic feedback utilizes a pseudo-random noise source and is carried out at least during a short interval immediately following system turn-on, or threshold gain change, and the step of cancelling the effects of said acoustic feedback is accomplished by a correction circuit whose parameters are set in accordance with the identified parameters and which feeds back to said amplifier component, a feedback signal whose phase is approximately opposite to the phase of the acoustic feedback and whose amplitude is approximately the same as the amplitude of the acoustic feedback.

**48.** A method according to claim 47 wherein the identification of said parameters is carried out periodically after system turn-on.

**49.** A method according to claim 47 wherein the identification of said parameters is carried out at fixed time intervals, and the parameters of the correction circuit are reset at fixed time intervals.

**50.** A method according to claim 47 wherein identification is based on minimizing the squared integrated error between the output of the microphone and the output of the correction circuit.

**51.** A method according to claim 49 wherein identification is based on minimizing the squared integrated error between the output of the microphone and the output of the correction circuit.

**52.** A method according to claim 50 wherein identification is based on minimizing the gradient of the squared integrated error between the output of the microphone and the output of the correction circuit.

**53.** A method according to claim 52 wherein minimization of the gradient of the squared integrated error is done sequentially in time by an iterative process.

**54.** A method according to claim 51 wherein identification is based on minimizing the gradient of the

WID188920

4,783,818

**17**

squared integrated error between the output of the microphone and the output of the correction circuit.

55. A method according to claim 54 wherein minimization of the gradient of the squared integrated error is done sequentially in time by an iterative process.

56. Apparatus comprising:

(a) a microphone component for producing an output audio signal in response to an applied input audio signals;

(b) amplifier means including a correction circuit having an adjustable transfer function for producing an amplified output in response to an applied input audio signal;

(c) a speaker component for broadcasting audio signals into an accoustic environment in response to an input audio signal;

(d) an identifier circuit means;

(e) switch means for selectively connecting either said identifier circuit means, or said amplifier means between the microphone and speaker components;

(f) said identifier means being constructed and arranged to identify those parameters associated with acoustic feedback when said switch means connects said identifier circuit means between the microphone and speaker components; and

(g) means responsive to parameters identified by said identifier means for adjusting the transfer function of said correction circuit such that acoustic feedback between the speaker and the microphone component is substantially cancelled without attenuating audio frequencies when the switch means

**18**

interconnects said amplifier means between the microphone and speaker components.

57. Apparatus according to claim 56 wherein said identifier circuit means includes a noise generator for generating noise, and cross-correlation means, said switch means being constructed and arranged such that when said identifier circuit means is interconnected between said microphone and said speaker components, noise from said generator is applied to both the cross-correlator and said speaker component, and said cross-correlator cross-correlates the output of said microphone component with said noise to produce an output that identifies the parameters associated with acoustic feedback.

58. Apparatus according to claim 57 including configuration means responsive to the application of power to the amplifier means for interconnecting said identifier circuit means between the microphone and speaker components for a predetermined period of time.

59. Apparatus according to claim 57 including configuration means responsive to a said speaker change in gain of the amplifier means for interconnecting said identifier circuit means between the microphone and speaker components for a predetermined period of time.

60. Apparatus according to claim 57 including configuration means responsive to either the application of power to the amplifier means, or a threshold change in gain of the amplifier means for interconnecting said identifier circuit means between the microphone and speaker components for a predetermined period of time.

* * * * *

WID188921