DX-1111

DIGITAL SUPPRESSION OF ACOUSTIC FEEDBACK

IN HEARING AIDS

by

Leland C. Best

A Thesis

Submitted to the Department

of Electrical Engineering and The Graduate School

of the University of Wyoming in Partial Fulfillment of Requirements

for the Degree of

Master of Science

University of Wyoming

Laramie, Wyoming

May, 1985



DEPOSITION EXHIBIT

PENGAD 800-631-6989

Best-2
EA 8-30-07

Defendants Trial
Exhibit

DX-1111

Civil Action no. 05-422

BEST-00340

ACKNOWLEDGMENTS

I would like to express sincere thanks to the staff in the Department of Electrical Engineering for their support of graduate research in digital signal processing and acoustics. I would like to thank Dr. Steadman, Dr. Egolf, and Dr. Kirlin for their insight into the various aspects of feedback in hearing aids. I would also like to thank Dr. Dewey and the Engineering Graphics Laboratory staff without whom some of the plots in this thesis would not have been possible.

I would like to express special thanks to Kathy Green. Without her continued friendship and support this thesis might never have been completed.

BEST-00341

# CONTENTS

Chapter

I.     INTRODUCTION ....................................................................... 1

II.    THE LMS ALGORITHM ............................................................ 3

III.   LMS FEEDBACK CANCELLATION ........................................... 12

IV.    PROTOTYPE FEEDBACK CANCELLER ...................................... 21

V.     EXPERIMENTAL RESULTS ...................................................... 32

VI.    CONCLUDING REMARKS ......................................................... 44

REFERENCES ....................................................................................... 47

APPENDIX ............................................................................................ 48

BEST-00342

## LIST OF FIGURES

| Figure | | Page |
|---|---|---|
| 1. | Linear combiner | 4 |
| 2. | Adaptive linear combiner | 5 |
| 3. | LMS adaptive filter | 8 |
| 4. | LMS adaptive noise canceller | 9 |
| 5. | Behind the ear hearing aid | 12 |
| 6. | Hearing aid block diagram | 13 |
| 7. | Hearing aid block diagram re-drawn | 14 |
| 8. | Block diagram of ideal feedback canceller | 15 |
| 9. | Flawed LMS feedback canceller | 16 |
| 10. | Addition of white noise to make $n_t$ uncorrelated with S | 17 |
| 11. | Complete LMS feedback canceller | 18 |
| 12. | Prototype hardware block diagram | 21 |
| 13. | Complete LMS feedback canceller | 29 |
| 14. | Flowchart of feedback cancellation algorithm | 30 |
| 15. | Setup for canceller performance tests | 32 |
| 16. | Measured and estimated feedback transfer functions | 35 |
| 17. | Transfer function adaptation with $\tau = 5$ s | 36 |
| 18. | Transfer function adaptation with $\tau = 3$ s | 37 |
| 19. | Transfer function adaptation with $\tau = 1$ s | 38 |
| 20. | Additional gain as a function of time constant | 40 |
| 21. | Total harmonic distortion as a function of output SPL | 42 |

BEST-00343

v

22.    General case of LMS adaptive filter ................................................................ 46

BEST-00344

# CHAPTER I

## INTRODUCTION

Anyone who has used a hearing aid will be familiar with the phenomenon commonly referred to as feedback. This effect, which is characterized by a high pitched "squeal", can be uncomfortable to both the hearing aid user and to others nearby. Feedback occurs when the acoustic feedback path from speaker back to microphone causes the system to become unstable. Unfortunately this often occurs at ouput gain levels which are too low even for people with only mild hearing impairments.

In principle if the characteristics of the feedback path were known exactly, then it would be possible to simply subtract out that part of the microphone signal which is due to feedback. In practice, not only are the characteristics of the feedback path not known, but they may change with time. This paper presents a method for dealing with the unknown and time-varying nature of the feedback path. The solution presented here uses the discrete time LMS (Least Mean Square) adaptive linear combiner, configured as a noise canceller, to develop a real-time estimate of the feedback path. This estimate is then used to cancel the effects of feedback at the microphone.

The LMS algorithm requires no *apriori* knowledge of the feedback path and is able to track slow variations over time. It can not, however, account for any non-linearities in the system. Since the hearing-aid is somewhat non-linear, the amount of additional gain provided by this method is limited to about 13 dB.

The rest of this paper develops this method of feedback cancellation in detail. Chapter II

BEST-00345

2

reviews the LMS adaptive linear combiner and its use as a noise canceller. Chapter III then applies the LMS algortihm to feedback suppression in hearing aids. Chapter IV describes a prototype system used to test this method. Chapter V presents experimental results obtained using the prototype system and an actual hearing aid. Chapter VI contains some concluding remarks, and thoughts on possible future extensions and improvements. The Appendix contains a complete listing of the source code used on the prototype feedback suppression system.

BEST-00346

CHAPTER II

THE LMS ALGORITHM

This chapter reviews the concepts embodied in the LMS adaptive linear combiner, and its use as a noise canceller. More detailed treatments of these subjects are available in the literature [1], [2], [3], [4].

Before beginning it must be pointed out that the LMS algorithm is a discrete time algorithm. Therefore all signals are assumed to be discrete. Where these signals appear to originate from continuous time devices (such as microphones or amplifiers) it is assumed that the continuous time signal has been sampled in accordance with the sampling theorem.

Figure 1 shows the structure of the linear combiner. The input vector $X$ at time $k$ is multiplied by the weight vector $W$ to form $y(k)$. $Y(k)$ is then subtracted from the desired response $d(k)$ to form the error $e(k)$. An optimal linear combiner has a weight vector chosen to minimize the mean squared value of $e(k)$. The optimal weight vector can be derived as follows. First write the error as

$$e(k) = d(k) - y(k)$$

$$e(k) = d(k) - W^T X(k)$$

where bold face capital letters indicate vectors, and the superscript T indicates the transpose. Squaring and taking expected values yields

$$E[e^2(k)] = E[d^2(k)] - 2 E[d(k) X^T(k)] W$$

$$+ W^T E[X(k) X^T(k)] W$$

Then to find the minimum mean squared error set the gradient with respect to $W$ equal to zero.

4



Figure 1. Linear combiner.

This gives

$$\text{grad}(E[e^2(k)]) = 0 = -2 E[d(k) X(k)] + 2 E[X(k) X^T(k)] W$$

Now let $P$ be the cross-correlation $E[d(k) X(k)]$, and let $R$ be the autocorrelation $E[X(k) X^T(k)]$. Thus the above expression can be rewritten as

$$0 = -2 P + 2 R W$$

Hence the optimal weight vector is

$$W^* = R^{-1} P$$

where $W^*$ is the optimal weight vector (sometimes called the Wiener weight vector). The LMS adaptive algorithm is an iterative method of estimating this optimal weight vector from samples of $X(k)$ and $e(k)$.

The structure of an adaptive linear combiner is shown in Figure 2. The operation of the adaptive linear combiner is similar to that of the linear combiner except that the weights are now controlled by an adaptive algorithm. This is indicated in the figure by circles with arrows through

BEST-00348

5



Figure 2. Adaptive linear combiner.

them.  The objective of the adaptive algorithm is to adjust the weights so as to minimize the expected error squared.

Recall that in finding the optimal weight vector the gradient of the expected error squared was set to zero.  If $X(k)$ and $d(k)$ are stationary, and if the gradient is known exactly, then $W^*$ can be found by iterating

$$W(k + 1) = W(k) - \mu \; \text{grad}( \; E[e^2] \; )$$

were $\mu$ is the step size of each  iteration.  The weight vector will converge to the optimum weight vector as long as

$$1/\lambda_{max} \geq \mu \geq 0$$

where $\lambda_{max}$ is the largest eigenvalue of the autocorrelation matrix $R$ [2].  Since the gradient is not known the LMS algorithm uses the estimate

$$\text{grad}( \; E[e^2] \; ) = - 2 \, e(k) \, X(k)$$

It can be shown [5] that if the $X$ vectors are uncorrelated over time, then this estimate is

BEST-00349

unbiased. Substitution of the estimate for the actual gradient yields the LMS algorithm

$$W(k + 1) = W(k) + 2 \mu e(k) X(k)$$

Since $e(k)$ and $X(k)$ are random the weight vector no longer converges to the optimum weight vector, but given the above restrictions on $X$, $e$, and $\mu$, the mean values of the weights is guaranteed to converge to their optimum values.

The rate of convergence is controlled by $\mu$. If there are N weights and $\mu$ is much less than $1/\lambda_{max}$, then the weights' mean values follow a trajectory which is the sum of N exponentials [2]. The time constant of the ith mode is

$$\tau_i = 1 / (2 \mu \lambda_i)$$

where $\lambda_i$ is the ith eigenvalue of $R$. For the special case where the elements of $X$ are uncorrelated and have the same mean squared value, all the eigenvalues of $R$ are identical and are equal to $E[x_0^2(k)]$. In this case the weights' mean value trajectory is a single exponential with time constant

$$\tau = 1 / (2 \mu \lambda) = 1 / (2 \mu E[x_0^2])$$

Generally speaking then, increasing $\mu$ increases the rate of convergence. However, as $\mu$ approaches $1/\lambda_{max}$ the rate of convergence will begin to decrease. If $\mu$ becomes greater than $1/\lambda_{max}$ the algorithm becomes unstable and the weights will diverge.

Recall that only the mean values of the weights are guaranteed to converge to the optimum values. The actual weight values will continue to vary about the optimum even after their means have converged. This in turn causes the mean squared error to be greater than that for the optimal solution. The variance of the weights from their mean values and the mean squared error are also affected by $\mu$. Specifically, it can be shown [2] that for a converged LMS adaptive linear combiner the variance of the weights will be

$$\sigma_w^2 = \mu e_{min}$$

BEST-00350

7

and the excess mean squared error due to error in the weight vector will be

$$e_{ex} = \mu \, N \, e_{min} \, E[x_0^2]$$

where N is the number of weights, and $e_{min}$ is the mean squared error when $W = W^*$. This indicates that while increasing $\mu$ increases the rate of convergence, it also increases the error in the weight vector. It appears that increasing the number of weights should also increase the mean squared error. However, in most applications the number of coefficients will also affect $e_{min}$ thus making the relation between $e_{ex}$ and N more complex than the above equation seems to indicate.

Up to this point no mention was made of where the elements of X come from. In general they can come from anywhere. Of course if all the elements of X are uncorrelated with the desired response d(k), then the optimal weight vector will be zero and no filter is needed. Still, the elements of X need not all come from the same source. One example of such an application is an adaptive antenna array where each element of X is the signal from an individual antenna element [5]. For the purpose of feedback cancellation, as well as many other applications, the elements of X are chosen to be delayed versions of one signal. This gives rise to the LMS adaptive filter which is shown in Figure 3. Figure 3a shows the structure of the LMS adaptive filter. Figure 3b shows the LMS adaptive filter's block diagram symbol. In this configuration the weights become the coefficients of a FIR filter. The coefficients are adapted so as to make y(k) a best estimate of d(k) in the mean square sense. It should be noted that if the LMS algorithm is carried out for every value of k, then the X vectors will not be uncorrelated over time. Under some conditions this may cause the coefficients to converge to something other than the Weiner weights [1]. However, practical experience indicates that generally this effect can be ignored.

Now consider the adaptive noise cancelling system shown in Figure 4. The desired response consists of a signal s(k) and additive noise $n_2(k)$. The noise $n_2(k)$ is obtained by passing noise $n_1(k)$ through a linear system with transfer function H(z). Noise $n_1(k)$ (and therefore also

BEST-00351

8



(a)

(b)

Figure 3. LMS adaptive filter. (a) Structure. (b) Block diagram symbol.

$n_2(k)$) is assumed to be zero mean, stationary, and uncorrelated with $s(k)$. As before, the LMS adaptive filter will try to minimize $E[e^2(k)]$. The error for this system is

$$e(k) = s(k) + n_2(k) - y(k)$$

Therefore the error squared is

$$e^2(k) = s^2(k) + 2 s(k) (n_2(k) - y(k)) + (n_2(k) - y(k))^2$$

Taking expected values and noting that $s(k)$ is uncorrelated with $n_1(k)$ (and hence uncorrelated with $y(k)$) yields

BEST-00352

9



Figure 4. LMS adaptive noise canceller.

$$E[e^2] = E[s^2] + E[(n_2 - y)^2]$$

Thus $E[e^2]$ will be minimized when $E[(n_2 - y)^2]$ is minimized. This means that for the optimum weight vector, $y$ will be a minimum mean square estimate of $n_2$. Obviously the best possible result would be if $E[(n_2 - y)^2]$ became zero. In this case $y(k)$ would be equal to $n_2(k)$, and $e(k)$ would be equal to $s(k)$.

Starting from this point it is possible to derive a somewhat more intuitively appealing form for the optimum weight vector. Since $H(z)$ is a linear system $n_2(k)$ must be the convolution of $n_1(k)$ with the impulse response of $H(z)$. That is $n_2(k)$ can be written

$$n_2(k) = \sum_{j=-\infty}^{\infty} h(j) \, n_1(k-j)$$

where $h(k)$ is the impulse response of $H(z)$. If $W$ is allowed to have infinitely many elements, then $y(k)$ can be written similarly as

$$y(k) = \sum_{j=-\infty}^{\infty} w(j) \, n_1(k-j)$$

BEST-00353

From these two expressions it follows that

$$E[(n_2(k) - y(k))^2] = E[(\sum_{j=-\infty}^{\infty} (h(j) - w(j))\ n_1(k-j))^2]$$

which will be minimized when $w(j) = h(j)$. So, for the unconstrained optimal solution the weights are equal to the impulse response of $H(z)$. If $H(z)$ is causal then $h(j)$ and $w(j)$ will both be zero for $j < 0$. Finally, if $H(z)$ has a finite impulse response, then both $h(j)$ and $w(j)$ will be zero for $j > j_{max}$. Therefore, if $H(z)$ is a causal FIR system, and if there are at least $j_{max}$ weights, then the unconstrained optimal solution will be realizable with a finite number of coefficients and will result in complete cancellation of $n_2$. In this case $e_{min} = E[s^2]$. Because the weights of the adaptive noise canceller do not converge to the optimum values, the adaptive noise canceller will not provide complete cancellation. However, this ideal can be approached by making $\mu$ sufficiently small.

Most real systems are causal but not FIR. If the noise canceller has N coeficients while $H(z)$ is causal but IIR, then the previous result becomes

$$E[(n_2(k) - y(k))^2] = E[(\sum_{j=0}^{N-1} (h(j) - w(j))\ n_1(k-j) + \sum_{j=N}^{N} h(j)\ n_1(k-j))^2]$$

In general this expression will not be minimized for $w(k) = h(k)$. However, if $n_1$ is a white sequence then the cross terms on the right become zero. In this case the optimum weights are the first N values of the impulse response of $H(z)$. Then $e_{min}$ becomes

$$e_{min} = E[s^2] + E[\sum_{j=N}^{\infty} h^2(j)\ n_1{}^2(k-j)]$$

where the fact that $n_1$ is white has been used to simplify the square of the summation. Hence, if

BEST-00354

the uncancelled h(k) terms are large, then adding weights that cancel them will significantly reduce $e_{min}$. On the other hand, if the remaining terms are small, then adding weights will have little effect on $e_{min}$.

It was previously stated that the excess mean squared error due to variation of the adapted weight vector from the optimum weight vector is given by

$$e_{ex} = \mu N e_{min} E[x_0^2]$$

By comparing this with the above result it can be seen that adding weights that cancel large values of the impulse response will decrease $e_{ex}$, but that if all the significantly non-zero values have been cancelled, then adding still more weights will make things worse not better.

This chapter has briefly presented a derivation of the LMS algorithm for adapting a linear combiner, and the application of the LMS algorithm to the noise cancelling problem. In the next chapter the LMS adaptive noise canceller will be applied to the problem of feedback in hearing aids.

BEST-00355

CHAPTER III

LMS FEEDBACK CANCELLATION

This chapter applies the LMS adaptive noise canceller, developed in the previous chapter, to the problem of feedback in hearing aids. After presenting the transfer function model of the hearing aid, it will be shown that carefull application of the LMS adaptive noise canceller can eliminate that part of the transfer function responsible for feedback.

Figure 5 shows a typical behind-the-ear hearing aid. Sound from some external source arrives at the microphone which converts pressure to an electrical signal. An amplifier then



Figure 5. Behind-the-ear hearing aid.

boosts the signal to sufficient power to drive the speaker (sometimes called the reciever). Sound from the speaker travels down the sound tube, through the earmold, into the ear canal, and finally arives at the tympanic membrane (the eardrum). Unfortunately, some sound exits through the vent tube or leaks around the earmold to return to the microphone. If this sound is of sufficient

BEST-00356

13

magnitude and of the proper phase, then the system becomes unstable.

One obvious, but unacceptable, solution would be to plug the vent tube. This solution is not acceptable because the vent tube serves two important purposes. First, the vent tube allows equalization of static pressure in the ear canal. Second, the vent tube allows low frequency sound to pass directly into the ear canal, as the hearing aid is usually only intended to compensate for a hearing loss at high frequencies.

An alternative, but much more difficult, solution is to anticipate exactly how much of the sound from the speaker will eventually make its way back to the microphone and then subtract out the appropriate amount from the microphone output. It is to this end that the LMS noise canceller will be employed.

Strictly speaking the hearing aid system should be modeled using two-port networks. However, a one-port model can be used for purposes of explanation [7] and is shown in Figure 6.



Figure 6. Hearing aid block diagram.

Sound originates as a pressure wave at some source $P_S$. This sound travels through air eventually reaching the microphone. The transfer function from the sound source to the microphone is represented by $T_1$. The microphone (M) converts the sound pressure to a voltage. This signal is amplified (A) to provide sufficient power to drive the speaker (S). The amplifier is shown with

BEST-00357

an arrow through it to indicate that its gain can be varied by the volume control on the aid. The speaker produces another sound pressure at its output. This new sound pressure travels down the sound tube ($T_2$) and the ear canal ($T_3$) to arive at the tympanic membrane as sound pressure $P_T$. Sound from the sound tube also travels out through the vent tube ($T_4$) and the surrounding environment ($T_5$) back to the microphone.

To see how the feedback path can be eliminated, re-draw Figure 6 as shown in Figure 7a. This system can then be simplified to that shown in Figure 7b. Note that H contains the transfer



(a)

(b)

Figure 7. Hearing aid block diagram. (a) Re-drawn. (b) Simplified.

functions M, A, and S, as well as $T_4$ and $T_5$. Figure 6 shows that this would normally be refered to as the open-loop transfer function. However, from the point of view of the system being developed here, the hearing-aid appears as shown in Figure 7. Therefore, in this paper H will be refered to

BEST-00358

as the feedback path transfer function. It is a simple matter (conceptually) to add one block which exactly cancells out the feedback. This is shown in Figure 8 where $H_c$ represents the transfer



Figure 8. Block diagram of ideal feedback canceller.

function of the canceller. If $H_c = H$ then system reduces to the two blocks U and G connected in series with no feedback. Comparison of Figure 8 with Figure 7a shows that the new block has been added between the microphone and the amplifier. This is a particularly convenient point as it implies that no modifications to any of the acoustic transfer functions are required. In short, it is only necessary to filter the electrical signal from the microphone, in the proper way, to eliminate feedback.

There are, of course, some problems. First, the feedback transfer function H contains a variable element (the amplifier) which may be changed at will by the wearer of the aid. The filter used to cancel the feedback path must be able to change its gain accordingly or else the two transfer functions will no longer cancel. Second, the feedback transfer function can change in ways more subtle than a simple gain change. Since much of the feedback path is acoustic, any change in the physical system will cause changes in H. For example, if some external reflecting surface is brought near the aid there will be reflections of the sound exiting through the vent. This will cause cahnges in the magnitude and phase of transfer function $T_5$. Since $T_5$ is part of H, the

BEST-00359

Case 1:05-cv-00422-GMS    Document 547-4    Filed 03/27/2008    Page 22 of 96

canceller must change its transfer function in an identical way if it is to continue to operate properly. Other examples of such variables are the position of the earmold, and the position of the body of the aid. The variable nature of the feedback path makes the use of an adaptive canceller inevitable.

Recall now the operation of the LMS adaptive noise canceller. Given a noise $n_1$ and a signal corrupted by a filtered version of $n_1$ ($n_2$), the LMS adaptive noise canceller will develop a nearly least mean square error estimate of $n_2$. This estimate of $n_2$ is then subtracted from the signal plus noise leaving, ideally, only the signal at the canceller output. With this in mind consider the system shown in Figure 9 (the signals have been labeled so as to correspond to the LMS noise canceller block diagram given in Chapter II (Figure 4)). This structure is similar to



Figure 9. Flawed LMS feedback canceller.

the structure of an echo canceller except that the echo canceller assumes that $n_1$ originates from a second independent source. Such devices have been discussed extensively in the literature [3], [4], [6]. Comparison with Figure 7a shows that $n_1$ is now the signal driving the amplifier, S is now the result of incident sound from $P_S$, and $n_2$ is now the result of sound which has passed through the feedback path. It would seem that the canceller should adapt so that y becomes a least

BEST-00360

17

mean square error estimate of $n_2$. If this were so, then subtracting y from d would leave only that part of the signal which is due to incident sound. Unfortunately, such a simple solution will not work. One of the assumptions used in deriving the LMS noise canceller was that the signal and $n_1$ be uncorrelated. Since in this system $n_1$ is just a filtered version of S they will not be uncorrelated. In fact they will be highly correlated. It can be shown [1] that if the signal and $n_1$ are strongly correlated, then the signal component of the canceller output will be highly distorted. Hence, although this solution is elegant it is also fatally flawed. Fortunately, it is still possible to obtain a workable solution.

The system of Figure 9 will not work because $n_1$ and S are correlated, so it is only necessary to supply an $n_1$ that is not correlated with S. A white noise generator will do quite nicely as it will not only be uncorrelated with S, it will be independent of S. A system using white noise for $n_1$ is shown in Figure 10. In this system the noise canceller will adapt so that y becomes



Figure 10. Addition of white noise to make $n_1$ uncorrelated with S.

a least mean square error estimate of that part of the white noise which passes through the feedback path. Therefore subtracting y from d will cancel that part of the input which is feedback

BEST-00361

of $n_1$. But the output from the speaker still contains the amplified signal from $P_S$. Feedback of this signal must be cancelled as well.

Recall that the weights of the noise canceller will adapt to (approximately) $w(k) = h(k)$ where $h(k)$ is the impulse response of H. Also note that the total feedback is the output convolved with the impulse response of H. Hence, if the total output is convolved with the noise canceller coefficients the result will be an estimate of the total feedback. If this estimate is subtracted from the microphone signal the result is cancellation of the total feedback! The complete feedback cancellation system is shown in Figure 11. The block labeled W represents the convolution of the



Figure 11. Complete LMS feedback canceller.

total output with the coefficients of the LMS noise canceller. The dotted line connecting W to the noise canceller indicates that W is under the control of the LMS algorithm. The system operates as described above. The LMS noise canceller adapts based only on the white noise that has passed through the feedback path. In so doing W is adapted so that it has the same impulse response as H. Thus W and H are made approximately equal and thus cancel each other out. This leaves only U and

BEST-00362

G which represent the forward open loop transfer function from the sound source to the eardrum.

This system is not without its problems. Since the noise $n_1$ is injected directly into the signal driving the amplifier, it will also be present in $P_T$. Therefore it is desirable to make $n_1$ as small as possible. Also the system should be able to adapt to changes in H as quickly as possible ( in case of a sudden change in gain for example). Finally the closer the canceller coefficients are to the optimum weights the better will be the cancellation. All these requirements work against each other. In Chapter II the time constant for adaptation was given as

$$\tau = 1 / 2 \mu \lambda$$

where $\lambda = E[ n_1^2 ]$ (for the system of Figure 11, $x = n_1$ is white so the eigenvalues of R are all the same and equal to $E[ n_1^2 ]$ ). The variance of the coefficients about the optimum was given as

$$\sigma_w^2 = \mu \, e_{min}$$

For an ideal canceller the error is equal to the signal. So for a real canceller $e_{min} \geq E[ S^2 ]$. Hence for a real adaptive canceller

$$\sigma_w^2 \geq \mu \, E[ S^2 ]$$

Now define signal to noise ratio as

$$SNR = E[ S^2 ] / E[ n_1^2 ]$$

Then $\sigma_w$ can be rewritten as

$$\sigma_w^2 \geq \mu \, E[ n_1^2 ] \, SNR$$

Finally, solving the time constant equation for $E[ n_1^2 ]$ and substituting into the above equation yields

$$\sigma_w^2 \geq SNR / ( 2 \tau )$$

From this equation it is easy to see that it is not possible to increase the signal to noise ratio, decrease the time constant, and decrease the coefficient variance all at the same time. The trade-offs between these variables is and their effect on the performance of the adaptive feedback canceller are explored experimentally in Chapter V.

BEST-00363

20

This chapter has shown that the LMS adaptive noise canceller can be employed to cancel the feedback path in hearing aids (or, in principle, any other feedback system). The resulting system involves adding white noise to the output of the hearing aid to provide an uncorrelated reference for the adaptive noise canceller. The the signal to noise ratio, time constant of adaptation, and coefficient variance must be traded off against each other to obtain acceptable system performance.

BEST-00364

CHAPTER IV

PROTOTYPE FEEDBACK CANCELLER

This chapter contains a description of the hardware and software of a prototype feedback canceller. The hardware will be described only briefly as it has been treated in detail elsewhere [8]. The software was written in TMS 32010 assembly language and is highly machine dependent. The software is presented here on an algorithmic level giving only the details of the algorithm without relating it to the specific processor used. A complete source code listing along with a detailed commentary is given in the Appendix. The listing given in the Appendix also contains some code used only to facilitate testing and having no direct bearing on the feedback cancellation algorithm. This software will, for the most part, not be dealt with here.

The hardware for the feedback canceller is fairly straight forward and is shown in block diagram form in Figure 12. The canceller input is the signal from the hearing aid microphone



Figure 12. Prototype hardware block diagram.

while the canceller output drives the hearing aid amplifier at the same point where the microphone is normally connected. The physical connection from the aid to the canceller is made

BEST-00365

by a small shielded cable. One end plugs into the canceller, the other end is attached to the circuit whithin the aid. Thus all physical characteristics of the hearing aid are preserved even though the canceller is an external device.

The microphone output is typically a few millivolts and must be amplified by a factor of 200 to provide a suitable level for use by the canceller. This signal passes through the input anti-aliasing filter which removes any frequency components above half the 9.766 kHz sampling frequency. The anti-aliasing filter is a 5 th order Bessel filter with the 3 dB point at 4 kHz and zeros at 5kHz. Following the anti-aliasing filter is a sample-and-hold and an analogue-to-digital converter (A/D). Together these two sample the output of the anti-aliasing filter and convert the samples into 12 bit two's complement numbers for use by the processor. The processor is a Texas Instruments TMS 32010 high speed digital signal processor. This device is a microprocessor with a specialized instruction set and architecture that makes it ideally suited for signal processing tasks (and little else) [9]. Once every sample period the processor sends a 12 bit two's complement number to the digital-to-analogue converter (D/A) which is followed by the output anti-aliasing filter (the output anti-aliasing filter is the same type as the input anti-aliasing filter). Together these two devices convert the numbers from the processor into an analogue signal. This signal is attenuated by a factor of 200 to provide a suitable level for driving the hearing aid amplifier.

To avoid aliasing the microphone output must be sampled in accordance with the sampling theorem which requires that

$$f_s > 2 f_{max}$$

where $f_s$ is the sampling frequency ( $1 / f_s = \Delta t$ the time between samples) and $f_{max}$ is the highest frequency contained in the signal being sampled. The microphone output has significant energy at frequencies up to 8 kHz so $f_s$ should be greater than 16 kHz if this signal were to be sampled

BEST-00366

directly. However the hearing aid speaker is only capable of reproducing frequecies below 5 kHz. If all the information above 5 kHz is going to be lost in the speaker anyway, then there is no point in keeping it in the first place. Thus if the microphone signal is first (analogue) filtered to remove signal components above 5 kHz, then it can be sampled at $f_s > 10$ kHz with no loss of fidelity. For reasons involving the method of deriving the sample rate from the system clock [8], the actual sample rate was $f_s = 9.766$ kHz or $\Delta t = 102.4$ $\mu$s.

The algorithm being run by the processor must execute completely before the next sample is ready (100 $\mu$s in this case). For the LMS feedback cancellation algorithm execution time is directly proportional to the number of weights. As was shown in Chapter II the number of weights should be about the same as the number of samples of the impulse response that are significantly non-zero. If the impulse response lasts T seconds then the number of weights required is about N $= T / \Delta t = T f_s$.

If the hearing aid amplifier is driven with a short pulse, then the microphone output is the impulse response of the feedback path. Such tests (using a 50 $\mu$s pulse) have shown that the impulse response of the feedback path varies greatly depending on the acoustic environment near the aid. The duration of the impulse response varies from 2 ms (free field) to 15 ms (large acoustically reflecting surface nearby). To cancel a 15 ms impulse response while sampling at 10 kHz would require 150 weights. Such a large number of weights is beyond both the data storage and speed capabilities of the TMS 32010 processor. As a result the number of weights was simply made as large as possible (24). As it turns out this value is the result of the limited amount of data storage available in the processor and not due to the requirement that the algorithm finish within the 100 $\mu$s sample interval.

The impulse response consistently displayed an 800 $\mu$s delay. Thus the first 8

BEST-00367

coefficients should always be zero and need not be stored explicitly.  Hence the total length of impulse response that can be cancelled is

$$N \Delta t = (24 + 8)(100 \, \mu s) = 3.2 \, ms$$

Since this is 60% longer than the free field impulse response this number of coefficients should be adequate for all free field and near free field conditions.  Under other conditions however the performance can be expected to deteriorate.

The prototype software is a direct implementation of the LMS feedback cancellation algorithm developed in Chapter III.  There are however some considerations that were not dealt with at that time.

Perhaps the most obvious omission is where the white noise, required by the algorithm, is to come from.  If this noise is derived from an analogue source then it must be sampled and digitized so that it can be supplied as the x input to the cancellation algorithm.  This would mean the addition of another sample-and-hold and another analogue-to-digital converter.  Fortunately simple algorithms for generating sequences of random numbers are available.  Thus the white noise can be generated in software.  The method used, called the congruence method, generates the next random from the last random number according to

$$x(k + 1) = [a \, x(k) + b] \, MOD \, (T)$$

where $x(k + 1)$ is the next random number, $x(k)$ is the last random number, $[x] \, MOD \, (y)$ indicates x modulo y (remainder of x divided by y), and a, b, and T are integer constants.  It has been shown [10] that if a, b, and T are satisfy the certain conditions, then x will have a period of exactly T.  The conditions are

1)   b is relatively prime to T

2)   $[a] \, MOD \, (p_i) = 1$ where the $p_i$ are the prime factors of T

3)   $[a] \, MOD \, (4) = 1$ if 4 is a factor of T

BEST-00368

So if $T = 2^q$ (q an integer), then b must be odd and [a] MOD (4) must equal one. Thus acceptable choises for a, b, and T are $a = 15$, $b = 2134996569$, and $T = 2^{32}$. Note that if $T = 2^{32}$ and one random number is generated every 100 µs, then the random numbers will repeat about once every five days!

Another loose end that needs to be dealt with involves the fact that the incident sound will generally vary in amplitude with time. Recall from Chapter III that

$$\tau = 1 / (2 \mu E[x^2])$$

$$SNR = E[S^2] / E[x^2]$$

$$\sigma_w^2 = \mu E[S^2]$$

Note that as the incident sound (S) increases in amplitude the coefficient variance also increases. The coefficient variance can be kept constant by adapting µ as

$$\mu = \sigma_w^2 / E[S^2]$$

It also seems desirable to maintain a constant signal to white noise ratio at the canceller output. Therefore the random noise amplitude should be adjusted to

$$E[x^2] = E[S^2] / SNR$$

Substituting these two equations into the equation for $\tau$ yields

$$\tau = SNR / 2 \sigma_w^2$$

which is a constant. Finally, solving for the coefficient variance and using the definition of SNR allows the adaptation for µ to be rewritten as

$$\mu = 1 / (2 \tau E[x^2])$$

Thus the system performance can be controlled through the two variables SNR and $E[x^2]$.

There are two problems with the above schemes for adapting µ and $E[x^2]$. First, the value of $S^2$ is not available. If the LMS noise canceller were an ideal noise canceller, then its output e would be equal to S. So it seems reasonable to use the error of the adaptive noise canceller

BEST-00369

as an estimate of S. Still, while e is available, its expected squared value is not. The best that can be done is to time average $e^2$. Assuming that this estimate is good enough (after all there is no obvious reason why SNR or $\sigma_w^2$ must remain <u>exactly</u> constant, only that they not get too far out of line) there is still a practical problem. The TMS 32010 can only perform integer arithmetic. As a result squaring even a small number causes overflow unless the result is retained in double precision. This by itself is not a problem. However, manipulating double precision values is very time consuming with this processor. Therefore it is not practical to time average $e^2$. To aleviate these problems the approximation

$$SNR = AV(|e|) / AV(|x|)$$

has been used where AV(x) indicates time average of x and |x| indicates absolute value of x. Thus the adaption algorithms for the white noise and μ become

$$AV(|x|) = AV(|e|) / SNR$$

$$\mu = 1 / (2 \tau \ AV^2(|x|))$$

It sould be noted that the division in the equation for μ is not performed explicitly as this would require too much processor time. Instead it is carried out iteratively. See the Appendix for details. While these approximations are crude, in practice they seem to provide adequate results. This is probably because it is not critical to the canceller operation that these values be accurate. Only a "ballpark" estimate is required to keep the time constant and coefficient variance from becoming too big or to small due to variations in signal amplitude.

        The final problem which must be dealt with is that of what to do when the hearing-aid becomes unstable despite the best efforts of the feedback canceller. When this happens the hearing aid becomes highly non-linear. Since the canceller can only cancel a linear feedback path, the introduction of non-linearities will generally increase the error of the estimated feedback. Thus once the system becomes unstable there is little hope that the canceller will be able to recover on its own. Some special action must be taken.

BEST-00370

27

As long as the feedback path is not cancelled exactly the system will become unstable if the hearing aid amplifier gain is made sufficiently large (if the volume control is turned up far enough). Since the canceller can not be perfect (the weights do not converge to the optimum weights) it will always be possible for the system to become unstable. There are, however, some special conditions that exacerbate the problem.

When there is a sudden change in the feedback path (a quick change in gain for example) some time is required for the canceller to adapt to the new conditions. In the mean time the feedback path is being incorrectly cancelled. Hence immediately following changes in the feedback the system will be especially vulnerable. This problem can be aleviated somewhat by making $\tau$ smaller, but $\tau$ can only be reduced at the cost of making SNR or $\sigma_w^2$ larger.

If the impulse response of the feedback path becomes long compared to the number of weights, then even with the optimal weights the canceller will be substantially in error. As was noted earlier this can happen when there are acoustically reflecting surfaces near the aid. In principle this problem can be solved by making the number of weights larger. However there are both practical as well as theoretical limitations on how large N can be made. Obviously at some point the processor will either run out of space to store the coefficients (this is already the case here) or will not be fast enough to complete the algorithm between samples. Furthermore, the coefficient variance is a function of the number of weights and eventually will begin to increase as the number of weights is increased. Eventually the variance will become large enough to render the canceller useless.

Finally, if the feedback path is non-linear, then, as was explained above, the canceller's performance will be degraded. Such a loss of will cause the system to feed back at lower gain.

BEST-00371

28

The solution used is, again, rather crude. Since increasing the amplifier gain is the cause of instability, reducing the gain will eliminate instability. Thus a simple solution is to set the gain to zero whenever the system becomes unstable. After a time sufficient for the coefficients to converge the gain can be brought back to its original level in the hope that the canceller is now able to cancel the feedback path. Even though the volume control is not under software control the same effect can be achieved by multiplying the output value by the desired gain. Since the canceller must still be able to operate while the gain is zero, the white noise component of the output is left unchanged. Thus the method for recovery from instability is as follows. As soon as the system becomes unstable set the gain of the signal component of the output to zero. Then gradually increase the gain until it is again equal to one. Leave the white noise unaffected.

How does the software know that the system is unstable? There is no UNSTABLE signal that can be tested by the processor. One of the distinguishing features of an unstable system is that its output become very large. So it has been assumed that if the output ever becomes larger than the maximum value the processor can output (that is whenever the output overflows), then the system is unstable. This method is far from foolproof as the same thing can happen as the result of a very loud sound incident to the microphone. Furthermore, it is possible for the hearing-aid to become unstable without overflow occuring (although practical experience indicates that this condition usually does not last long).

A folwchart for the complete feedback-cancellation algorithm is given in Figure 14. The block diagram of the feedback canceller is shown again in Figure 13 with all the signals labelled to correspond with the flow chart of Figure 14 and with the gain g included.

Before beginning execution of the cancellation algorithm all of data memory is cleared and then loaded with required system constants. These include the desired SNR and time constant, b of

BEST-00372

29



Figure 13. Complete LMS feedback canceller.

the random number generator, and the initial values of $\mu$ and the random noise amplitude. The cancellation algorithm begins by getting the next available sample $d(k)$ from the A/D and sending the current output $z(k)$ to the D/A ($z(k)$ will be zero on the first pass through the algorithm). The next step calculates the estimated total feedback $z'(k)$ and the estimated noise feedback $y(k)$ from past output values $Z(k)$, past noise values $X(k)$, and the current weight vector $W(k)$. Then the error $e(k)$ is calculated and the weight vector $W(k)$ is adapted according to the LMS algorithm to form $W(k+1)$. The next block updates $AV(|e|)$ (shown as $e_{AV}(k)$), adjusts the random noise level $x_{AV}(k)$, and adjusts $2\mu$. As was noted earlier the adjustment of $2\mu$ is an iterated division. Both the averager and the iterated division have the form of a one pole low pass filter with a time constant of 26.2 ms ($\alpha = \delta = 1/256$). It should be pointed out that controlling $x_{AV}(k)$ is a simple matter since the random noise is software generated. After generating the next random noise value, the final output $z(k)$ is formed by subtracting the estimated feedback $z'(k)$ from the current input $d(k)$ and adding the random noise. Finally, the output is tested to see if it overflowed. If so then the gain g is set to zero. If not, then if g = 1 nothing happens. Otherwise the

BEST-00373

30



Figure 14. Flowchart of feedback cancellation algorithm.

BEST-00374

31

gain is increased by a small amount $\Delta g$. The incrementing by $\Delta g$ provides the gradual return to full gain required after the gain has initially been set to zero due to instability being detected. Then the whole process is repeated beginning with the next sample from the A/D. That's all there is to it!

This chapter has described both the hardware and software of the prototype feedback canceller. Solutions (albeit simple minded ones) were given for considerations that were not dealt with previously.

BEST-00375

CHAPTER V

EXPERIMENTAL RESULTS

This chapter presents the results of experiments conducted to determine the effectiveness of the prototype feedback canceller. First some initial tests are made to verify that the canceller is functioning as expected. Following these are a series of performance tests covering a range of adaptation time constants, signal to noise ratios, and incident sound levels. The results are presented as a series of graphs so that interrelationships among variables can be seen easily. Finally the salient features of the results are discussed, and conclusions drawn about the effectiveness of the LMS feedback canceller.

The physical arrangement of equipment is the same for all tests. This ensures that they are all conducted under identical acoustic environments. The test setup is shown in Figure 15. The



Figure 15. Setup for canceller performance tests.

BEST-00376

33

testing is performed with the hearing aid (Audiotone model no. A-38) mounted on a mannequin just as it would be if a person were to wear it. The mannequin does not have an ear canal so a Zwislocki coupler is used to simulate one. The Zwislocki coupler connects, on one end, to the mannequin's ear, and on the other to a lab microphone. The coupler ensures that the hearing aid will see the same acoustic load that it would from an average real ear canal. Thus the sound pressure seen by the lab microphone is the same as the sound pressure that normally arrives at the average eardrum. A second lab microphone is placed near the hearing aid's microphone to measure the incident sound pressure. This whole assembly is then placed in an anechoic chamber. A speaker placed in the anechoic chamber is used to supply the incident sound.

If the feedback canceller is operating properly, then the converged coefficients will be, approximately, samples of the impulse response of the feedback path. Linear systems theory shows that the impulse response and the transfer function form a Fourier transform pair. Therefore the Fourier transform of the coefficients will be approximately equal to the transfer function of the feedback path. If $\tau$ is made large ($\mu$ is made small) and the number of coefficients is at least as long as the impulse response, then the estimate will be a good one. Since the tests are being made in an anechoic chamber there are no reflecting surfaces near by. As was stated in Chapter IV the impulse response lasts about 2ms under these conditions. The weights of the canceller cover a time span of 3.2 ms. Hence, if $\tau$ is made large, then the Fourier transform of the converged weights should be in good agreement with the transfer function of the feedback path. This fact can be used to test the operation of the canceller.

The test proceeds as follows. First the transfer function of the feedback path is measured directly using a HP 3582A spectrum analyzer. The spectrum analyzer supplies white noise which is used to drive the output anti-aliasing filter (the anti-aliasing filters must be included in the feedback path since they will be there while the canceller is running) and is supplied as the

BEST-00377

"input" signal to the spectrum analyzer. The spectrum analyzer's "output" channel is driven by the input anti-aliasing filter. The spectrum analyzer can then measure the transfer function of the feedback path.

Next the spectrum analyzer is removed from the system and the cancellation algorithm is allowed to run using a time constant of ten seconds. After fifty seconds the canceller is stopped and the coefficients recorded (this can be done using the software "intended to facilitate testing" that was referred to in Chapter IV). The Fourier transform of these coefficients will be the transfer function of the feedback path seen by the cancellation algorithm. This is not quite the same feedback path measured by the spectrum analyzer though. The algorithm is "looking" through the D/A plus a delay due to processing time, where the spectrum analyzer is not. The D/A plus processing delay acts like a linear system with transfer function

$$D/A(f) = e^{-j(2\pi f \Delta t)} \sin(\pi f \Delta t) / (\pi f \Delta t)$$

Therefore the transfer function measured using the spectrum analyzer must be multiplied by D/A(f) in order for the results to agree with those from the algorithm. The magnitude and phase of the Fourier transform of the coefficients and the magnitude and phase of the corrected transfer function from the spectrum analyzer are shown in Figure 16. Since the two are in reasonably good agreement, it seems safe to assume that the algorithm is working properly.

A graphic illustration of the adaptive process can be produced by sampling the coefficients as the canceller adapts. Plotting the corresponding transfer function at each sample time shows how it adapts with time. This has been done in figures 17, 18, and 19 for time constants of 5 s, 3 s, and 1 s respectively. For all three plots the incident sound pressure level (SPL) is 50dB and the signal to noise ratio is 10 dB. It can easily be seen that for shorter time constants the estimate converges more quickly but is more noisy.

BEST-00378

35



Figure 16.  Measured and estimated feedback path transfer functions.  Solid lines indicate measured curves, dashed lines indicate estimated curves.  (a) Magnitude.  (b) Phase.

BEST-00379

36



Figure 17.  Transfer function adaptation with τ = 5 s.  Left wall shows exponential with time constant of 5 s for reference.

BEST-00380



Figure 18. Transfer function adaptation with τ = 3 s. Left wall shows exponential with time constant of 3 s for reference.

BEST-00381

Figure 19.  Transfer function adaptation with τ = 1 s.  Left wall shows exponential with time constant of 3 s for reference.

BEST-00382

39

A measure of performance is needed in order to quantify the effectiveness of the canceller. Since the whole point of the canceller is to allow higher stable gains, a good measure is the additional gain. The additional gain is measured as follows. Once the desired conditions for the test have been set up (time constant, SNR, etc.) the canceller is started. Then the volume control on the aid is set to the highest possible volume for which the system will remain stable once the canceller has converged. When this has been done the canceller is stoped and the feedback path transfer function is measured using the spectrum analyzer. Next the cancellation algorithm is bypassed in software so that the processor has no effect of the signal. The gain is once again set to the highest possible stable level and the feedback path transfer function measured again. The two transfer functions are identical except for a scale factor. This scale factor is the additional gain provided by the canceller.

The additional gain has been measured for a variety of time constants, signal to noise ratios, and incident sound pressure levels. The incident sound consisted of white noise played over the speaker in the anechoic chamber plus any "room noise" that found its way into the chamber. In fact the lowest sound pressure level consisted of "room noise" only. The range of conditions tested were

$$\tau = 0.5, 1, 2, 3, 4, 5, 6, \text{ and } 7 \text{ seconds}$$

$$\text{SNR} = 5, 10, \text{ and } 15 \text{ dB}$$

$$\text{incident SPL} = 46, 50, \text{ and } 55 \text{ dB}$$

The results are shown in Figure 20. Each plot is for a different incident sound pressure level, 46dB, 50dB, and 55dB respectively and shows the additional gain as a function of time constant for the three values of signal to noise ratio. As expected, smaller time constants generally yield less additional gain. There is, however, one unexpected feature of the results. All the curves show a span over which an increase in time constant results in a decrease in additional gain! For a constant signal to noise ratio, an increase in time constant always reduces the coefficient variance.

BEST-00383



40

Figure 20. Additional gain as a function of time constant. Solid lines are for SNR = 5dB, dashed lines SNR = 10dB, dotted lines SNR = 15 dB. (a) Incident SPL = 46 dB. (b) Incident SPL = 50 dB. (c) Incident SPL = 55 dB.

BEST-00384

This should produce a better estimate of the feedback path and therefore a larger additional gain. The implication is that something happens to the feedback path, as the gain is increased, that makes it harder to cancel.

Two things that can make the feedback path harder to cancel are 1) the impulse response becomes longer than the number of coefficients, and 2) the feedback path becomes non-linear. Since the physical conditions of the test were never changed it seems unlikely that the impulse response would get any longer (or shorter for that matter) just because the gain of the hearing aid is increased. This suggests that the feedback path becomes non-linear. One other aspect of the data seems to support this conclusion. Even under the most favorable conditions (long time constant, low signal to noise ratio, and small incident sound pressure level) no additional gain above about 13.3 dB could be obtained. If the system remains linear and the number of coefficients is longer than the impulse response, then increasing the time constant should continue to yield more additional gain. Since the number of coefficients is known to be longer than the impulse response, a non-linear feedback path is again suggested.

To further investigate this possibility, the total harmonic distortion of the hearing aid amplifier and speaker (the elements most likely to become non-linear) were measured at a frequency of 1 kHz over a range of ouput sound pressure levels. Total harmonic distortion was measured as follows. First the transfer function from the amplifier input to the speaker output was measured using the spectrum analyzer. Then the hearing aid amplifier was driven with a sine wave whose amplitude was adjusted to produce the desired output SPL. Next the spectrum of both the input and output were recorded using the spectrum analyzer. Finally the spectrum of the ambient room noise was recorded. Any excess energy at harmonics of the fundamental that is not accounted for by room noise or amplification due to the amplifier/speaker transfer function is considered to be distortion. The sum of the amplitudes of the excess harmonics divided by the

BEST-00385

42

amplitude of the fundamental all multiplied by 100 is the percent harmonic distortion. That is, the percent total harmonic distortion is given by

$$\%THD = (\sum_{j=1}^{N} |Y(j\,f_0)| - |X(j\,f_0)| - |N(j\,f_0)|) \,/\, |Y(f_0)|$$

where N is the highest harmonic present ( 5 in this case), $f_0$ is the frequency of the fundamental ( 1 kHz), Y(f) is the magnitude of the output spectrum at frequency f, X(f) is the magnitude of the input spectrum at f, and N(f) is the magnitude of the ambient noise spectrum at f. Total harmonic distortion is plotted against output SPL in Figure 21. The plot clearly shows a peak at about 85 dB



Figure 21. Total harmonic distortion as a function of ouput SPL at f = 1 kHz.

SPL. A peak in distortion would probably cause a drop in additional gain. Unfortunately the output SPLs for the additional gain data were not recorded. Thus it is not possible to determine whether

BEST-00386

43

this peak in distortion and the observed drop in additional gain are correlated. The evidence is, however, suggestive.

The experimental results presented here show, beyond a doubt, that the LMS adaptive feedback canceller is in fact capable of providing additional stable gain with an ordinary hearing aid, the maximum stable gain achieved with this system being 13.3 dB. There is some evidence which suggests that the amount of additional gain the system can provide is limited by the non-linearity of the hearing aid at high output SPL.

BEST-00387

CHAPTER VI

CONCLUDING REMARKS

It has been shown that proper application of the LMS adaptive algorithm can increase the maximum stable gain available from a hearing aid.  In fact an additional gain of 13 dB has been demonstated under the most favorable conditions.  Yet this is only the first step.  There are variations of this method, and different methods which may yield better results.  Some possible directions for future research are suggested below.

The relation between the time constant of adaptation, the signal to noise raito, and the amount of additional stable gain has been explored experimentally, and has yielded results which suggest that this method of feedback cancellation is limited by the non-linearity of the hearing aid.  In view of this, it seems appropriate that future research should begin by directly investigating the relation between additional stable gain and non-linearity (perhaps measured by percent total harmonic distortion as was done in Chapter V).  If such experiments show conclusively that the non-linear nature of the hearing aid is the factor currently limiting canceller performance, then methods capable of estimating non-linear transfer functions should be investigated or interested hearing-aid manufacturers should be encouraged to produce a device which is linear at higher gain settings.

Another variable affecting canceller performance is the number of weights.  It has been assumed here that the number of weights should be made large enough to cancel the longest expected impulse response.  This probably means that the number of coefficients is too large for a typical nearly free-field response.  Therefore it may be possible to trade off stability under

BEST-00388

45

adverse conditions for better performance under typical conditions.

The current method of detecting instability is not very reliable. This method often mistakes a loud noise for instability, yet may not detect actual instability if no arithmetic overflow occurs. A better method of detecting an unstable system would make the LMS feedback canceller considerably more robust.

Finally, the most general case of the LMS adaptive filter has weighted transfer functions instead of only weights. This configuration is shown in Figure 22. The transfer functions H can be



Figure 22. General case of LMS adaptive filter.

any linear system and furthermore need not all be identical. Since the hearing aid is an IIR device it may be that a good estimate of the feedback path requires combining only a few IIR responses. The corresponding reduction in the number of weights may allow faster adaptation while providing

BEST-00389

46

the same additional stable gain.

In summary the LMS adaptive feedback canceller presented in this paper, while effective, is far from perfect. It is hoped that the work presented here can be extended and improved in the future.

BEST-00390

REFERENCES

[1] B. Widrow, J. R. Glover, J. M. McCool, J. Kaunitz, C. S. Williams, R. H. Hearn, J. R. Zeidler, E. Dong Jr., and R. C. Goodlin "Adaptive Noise Cancelling: Principles and Applications," Proceedings of the IEEE, vol. 63, pp 1692–1716, December 1975.

[2] M. Honig and D. G. Messerscmitt, *Adaptive filters, Structures, Algorithms and Applications,* Boston, MA: Kluwer Academic Publishers, 1984

[3] M. M. Sohndi, "An Adaptive Echo Canceller," Bell System Technical Journal, vol. XLVI, pp 497–511, March 1967.

[4] J. R. Rosenberger and E. J. Thomas, "Performance of an Adaptive Echo Canceller Operating in a Noisy, Linear, Time-Invariant Environment," Bell System Technical Journal, vol. 50, pp 785–813, March 1971.

[5] B. Widrow, P. Manton, L. Griffiths, and B. Goode, "Adaptive Antenna Systems," Proceedings of the IEEE, vol. 55, pp 2143–2159, December 1967.

[6] C. W. K. Gritton and D. W. Lin, "Echo Cancellation Algorithms," IEEE Acoustics Speech and Signal Processing Magazine, pp 30–37, April 1984.

[7] D. P. Egolf, H. C. Howell, K. A. Weaver, and D. S. Barker, "The Hearing Aid Feedback Path: Mathematical Simulations and Experimental Verification," accepted for publication in Journal of the Acoustic Society of America, 1985.

[8] M. S. Wreschner, *An Audio-bandwidth, Adaptive Digital Signal Processing System,* unpublished M. S. Thesis, University of Wyoming, 1985.

[9] *TMS 32010 User's Guide,* Texas Instruments, 1983.

[10] E. J. Dudewicz, and T. G. Rally, *The Handbook of Random Number Generation and Testing with TESTRAND Computer Code,* Columbus, OH: American Sciences Press, 1981.

BEST-00391

APPENDIX

As was mentioned in Chapter IV the software used on the prototype feedback canceller is written in TMS 32010 assembly language. A complete listing is given beginning on page 59. Since assembly language can be quite cryptic to any but the original programmer, additional commentary is given below. It is assumed that the reader is familiar with the TMS 32010 architecture and instruction set.

Since the prototype feedback canceller is intended primarily as a test bed for the LMS feedback algorithm, the software is written assuming that a Texas Instruments EVM 320 evaluation module (EVM) will be connected to the system. The EVM provides many facilities for testing TMS 32010 based systems. Connection to the system is made through a target connector which fits in place of the actual 32010 chip. Amongst the facilities provided by the EVM are a text editor, an assembler, a reverse assembler, dissplay and modification of both program and data memory, and break points. The features most used in testing are display and modification of program and data memory, and the break points. Use of these features will be described below. Also the modifications necessary to make the system "stand alone" are given at the end of this appendix.

Although it is not obvious from the listing, the program consists of five basic segments. They are storage allocation, initialization, main program, and three subroutines. Under normal operating conditions the processor only executes code from one of the two subroutines. In this sense "subroutine" is almost a misnomer since the entire feedback cancellation algorithm is contained in one of them. The other subroutine simply reads the A/D and outputs that same value

BEST-00392

49

to the D/A once every sample period. Execution of ·.... second subroutine is how the cancellation algorithm is "bypassed" during the additional gain test described in Chapter V. These two subroutines will be refered to as the LMS routine and the INOUT routine respectively. The third subroutine is the interrupt routine and is executed only when the user presses the interrupt button on the prototype. The three subroutines are marked in the listing by comment blocks and begin with the lables LMS, INOUT, and INTR respectively.

The main program is just a chunk of code for deciding which subroutine to execute. The decision is based on the value stored in data memory location >02 (the > symbol indicates a hexidecimal value) which contains the current program mode. If the mode is one, then a call to INOUT is made. If the mode is two, then a call to LMS is made. If the mode is not one or two, then the program reinitializes. The mode is never modified by the program, but can be changed by the user when execution is stopped by the EVM at a break point. The main program is marked in the listing by a comment block and begins at the label MAIN.

The initialization segment is only executed once. This segment first clears all of data memory, then loads values (stored in program memory) into all locations that contain constants, or variables that must have non-zero initial values. The initialization segment is marked by a comment block and begins at the label INIT.

Storage allocation consists of nothing more than a list of equates. Equates associate a value with a mnemonic. The assembler will then substitute the value wherever it finds the mnemonic. Storage allocation begins the comment block CONSTANTS AND INITIALIZED VARIABLES.

The general program flow is as follows. The program begins execution by initializing data memory and setting the mode to one. Execution continues with the main program which will call

BEST-00393

50

INOUT since the mode is one.  Subroutine INOUT verifies that the mode is one once each sample interval.  If the user pushes the interrupt button, then execution passes to the interrupt routine. If a breakpoint has been set in the interrupt routine, then execution will halt and the user can change the mode word.  When execution resumes the interrupt routine returns to INOUT.  If the user has changed the mode, then INOUT will return to the main program, otherwise INOUT will continue as usual.  If the mode has been changed to two, then the main program will call LMS.  The LMS routine will continue to execute until the user changes the mode back to one, at which time MAIN will once again call INOUT.

Each of the segments described briefly above will now be considered in detail and related directly to the source listing.  The segments will be described in the order in which they are normally executed.  This is not the order in which they appear in the listing.

The storage allocation segment simply assigns values to mnemonics.  The values are used in the program as data memory locations.  So the statement

                    MODE   EQU   >02

means that the variable MODE is stored in location >02.  The storage equates are labeled by comment blocks CONSTANTS AND INTIALIZED VARIABLES, UNINITIALIZED VARIABLES, and DATA STORAGE.  Storage allocation also includes the values that must be loaded into the constants and initialized variables.  These are under DATA FOR CONSTANTS AND INITIALIZED VARIABLES.  The purpose of each of the variables will be described with the routine that uses them.  Equates generate no code.  They are simply a convenience.  The entire program could be written by specifying data memory addresses directly for each instruction.  However, if it became desirable to change the location of some variable, then every instruction that references that location would need to be changed individually.  With equates only the equate needs to be changed.

BEST-00394

The actual program begins at the comment block PROGRAM BEGINS.  The assembler directive AORG >0 tells the assembler to place the first instruction at program location zero. Since the TMS 32010 branches to location zero on a reset, this location contains a branch to the initialization routine.  On an interrupt the processor executes a call to location two, hence this is where the interrupt routine begins.   Following the interrupt routine is the data for initialized variables and constants.  Next is the initialization routine.  Execution begins with this routine.

The initialization routine begins by disabling interupts, setting overrflow mode, and loading the data page pointer with zero (locations >00 through >7F).  Next auxiliary register zero (ARO) is loaded with >8F which is the highest data memory location (note that the data page pointer does not affect indirect addressing through the auxiliary registers), and the auxiliary register pointer (ARP) is set to zero (points to ARO).  The accumumulator (ACC) is cleared.  The two instructions

```
ZERM  SACL  *,0
      BANZ  ZERM
```

form a loop that works its way down from location >8F to location >00 storing zero in each location.  After all of data memory has been set to zero by this loop, the low order word of ACC is loaded with a one which is then stored in ONE.  At first glance it may appear that storing 1 in a data memory location is a waste of space, but it must be remembered that the TMS 32010 contains <u>no</u> arithmetic instructions with imediate operands, except multiply by constant.  Thus the only way to decrement or increment the accumulator is to add or subtract a memory location containing1.  The same thing applies to any constant which will be refernced in the rest of the program.

The next five instructions calculate the number of constants that must be loaded into data memory from program memory.  This is done by first loading ACC with CONST, which is the program memory location of the first constant, and storing this value in TEMP1, one of two

BEST-00395

52

locations set aside for temporary storage of intermediate results. Next ACC is loaded with CONEND which is the program memory location of the last constant. Finally CONST is subtracted from CONEND leaving the number of constants in ACC. This number is stored in TEMP1, then loaded into AR0. Next ACC is again loaded with the program memory location of the last constant. At this point AR0 points to the data memory location of the last constant while ACC points to the program memory location of the last constant. The next three instructions form a loop that reads the constants from program memory into data memory until AR0 equals zero.

The next instruction (IN TEMP1,CH2) has to do with the fact that the prototype hardware is actually capable of sampling two analogue inputs. This instruction simply selects one of the two inputs.

Next ACC is loaded with ONE which is then stored in MODE thus setting the mode to 1. Finally, the initial value of the debounce timer (INITT) is loaded into ACC and then stored in the debounce timer. The debounce timer will be described along with INOUT below. Note that there are two NOP instructions at the end of the initialization routine. These instructions provide a place to set breakpoints. If a breakpoint is set on one of these, then exection can be stopped after intialization but before exection of the main program. This allows the programmer to check the operation of the initialization routine easily.

After initialization has been completed control passes to the main program. The main program begins by loading ACC with 1 and ANDing it with the mode word. If bit 1 of the mode word is set then the result will be 1, otherwise it will be zero. The next instruction tests the result. If ACC is not zero then a call to INOUT is made, otherwise the program branches to the test for mode 2. Thus bit one controls mode one. The test for mode 2 is similar except that ONE is loaded into bit one of ACC and ANDed with the mode word. If the result is not zero (bit 1 of the mode word is set)

BEST-00396

53

then a call to LMS is made, otherwise the mode is assumed to be in error (since there are only two possible modes) and the program branches back to INIT.

Before describing the INOUT routine it is appropriate to describe the purpose and operation of the debounce timer. The interrupt button is not debounced. Therefore what seems like one push of the button to a human user may in fact generate many interrupts. The debounce timer is a software fix for this problem. At the end of initialization and whenever an interrupt occurs an positive value (INITT) is stored in TIMER. The two subroutines INOUT and LMS decrement TIMER once each sample interval. When an interrupt occurs the interrupt routine looks at TIMER to see if it is still positive. If so the interrupt routine imediately executes a return. If TIMER is negative, then the rest of the interrupt routine is executed. Thus the interrupt routine is effectively disabled for the time it takes TIMER to count down to zero from its intial value. Note that TIMER will not "roll over" if overflow mode is set when TIMER is decremented.

The INOUT routine begins by loading TIMER into ACC, subtracting one, and storing the result back in TIMER. Next ONE is loaded into ACC, ANDed with the mode word, and tested to see that bit one is still set. If bit one is not set (ACC = 0) then INOUT returns to MAIN, otherwise execution continues at label IOOK (short for InOut OK). At IOOK interrupts are enabled. The next two instructions are a loop which waits for the BIO line on the processor to go low. This happens when the next sample from the A/D is ready for the processor. When the sample is ready, interrupts are disabled and the processor reads the sample from the A/D into D. The next instruction is a one line loop that waits for the BIO line to go high, after which the value read into D is output to the D/A. Output is done on the low-to-high transition of BIO because the time between these transitions is more nearly constant than for the high-to-low transitions. The next four instructions wait for one complete cycle of the BIO line thus skipping one sample. This must be done because the A/D is actually sampling at 20kHz which is twice the desired sample rate [8]. Notice that the program will stay in INOUT until the mode word is changed to something other than

BEST-00397

54

one. This will only happen if the user changes the m___ word. A good way to accomplish this is to set a breakpoint (using the EVM) in the interrupt routine. Then when an interrupt occurs execution will stop and the user can change the mode word (data memory location >02) from the keyboard. When execution is resumed INOUT will find that the mode is not one and will return to MAIN.

The interrupt routine is fairly simple. The first two instructions load TIMER into ACC and test it to see if it is less than or equal to zero. If not, then a return is executed, otherwise the initial debounce timer value INITT is loaded into ACC and stored in TIMER. Then a return is exectued. The usual place for putting the breakpoint to allow changing the mode word is on the SACL TIMER instruction which will be program memory location >07.

The final routine to be described is the LMS feedback cancellation routine, but before going any further some comments about scaling are in order. The TMS 32010 only operates on integers while digital filter coeficients are generally real numbers. Thus some method must be used to approximate real number by integers. The approach taken here is to assume that each integer is the numerator of a fraction whose denominator is $2^{(15-q)}$ (q an integer). Thus if q = 0 then the number is between negative one and positive one. If q = 1 then the number is between negative two and positive two. And so on. The exponent is not stored explicitly. It is implied by the operations performed on that number. In what follows all variables will be written as a mnemonic followed by the value of q in parentheses. Variables with no value of q shown are being treated as integers. Some variables are double precision (the coeficients and the estimated D. C. offset for example). They have an assumed denominator of $2^{(31-p)}$ (p an integer). These variables will be shown with p in parentheses. Furthermore double precision variables always consist of two words. The high order word has a mnemonic that ends in "M" while the low order word has a mnemonic ending with an "L." If only one of the words is being refered to, then its entire mnemonic will be given. However, if the entire double precision value is being refered to, then only the base mnemonic

BEST-00398

55

will be given. For example "GAINM (0)" refers to the high order word of the output gain value while "GAIN (0)" refers to the entire double precision value.

On entry to the LMS feedback cancellation routine ACC is cleared and stored in TEMP 1 (4). As will be seen shortly this simply forces the first value sent to the D/A to be zero. The label FLOOP marks the top of the LMS filter loop. The loop begins by loading TIMER into ACC, decrementing it, and storing the new value back in TIMER (see the INOUT routine above for explanation of the debounce timer). Next ONE is loaded into bit one of ACC and ANDed with MODE (see MAIN above for explanation of the mode word). If bit two is not set the LMS executes a return, otherwise execution continues at label LMSOK. At LMSOK interrupts are enabled. The next two instructions form a loop which waits for the BIO line to go low signalling that the next sample is ready. When the next sample is ready the processor reads it into D (4). The next step loads D (4) into ACC shifted four places. Thus ACC now holds D (0). This value is stored as D(0). The next line is a one line loop that waits for the BIO line to go high. When this happens TEMP 1 (4) is sent to the D/A. The next step resets the processor's overflow flag.

The next 76 steps calculate the value of ZPRIME (1), the estimated total feedback, from the weights (W8M (1) through W31M (1)) and past outputs (Z0 (0) through Z31 (0)). Note that there are 32 past outputs and only 24 weights. The first 8 weights are zero. Calculation of ZPRIME (1) begins by loading AR0 with the address of Z31 (0), loading the ARP with zero, and clearing ACC. Next the T register is loaded from the data memory location pointed to by the current AR, the current AR is decremented, and ARP is again set to zero. T is then multiplied by the most significant word of W31 (W31M (1)). The next instruction loads T from the location pointed to by the current AR, puts that same value in the next highest data memory location, adds the previous product to ACC, decrements the current AR, and sets ARP to zero. Then T is multiplied by W30M (1). This process repeats twenty two more times. The eight DMOV *-,0

BEST-00399

56

instructions simply shift the remaining eight Z values up one memory location. Finally the last product and the estimated D. C. offset (WDCM ( 1 )) are added to ACC, and the result is rounded at bit 15. Next the high order word of ACC is shifted left one bit and stored as ZPRIME ( 1 ). The high order word is also stored, un-shifted, in TEMP1 for use in checking for overflow. Note that ACC is stored with a shift, so overflow will ocurr if ACC has a value larger than $(2^{30}-1)$ when it is stored in ZPRIME.

The test for overflow proceeds as follows. The value stored in TEMP1 is loaded into the low order ACC word with a left shift of one and rounded at bit 16 of ACC. The high order word will now contain zero if there was no overflow, negative one if there was a negative overflow, or positive one if there was a positive overflow. The next two instructions test the processors overflow flag and ACC. If the overflow flag is not set and ACC is zero, then there was no overflow. If there was an overflow the processor stores ACC in TEMP1, loads $2^{15}+2^{14}$ into ACC, exclusive ORs TEMP1 with ACC, and stores the result in ZPRIME. This will leave ZPRIME ( 1 ) with the value of one if the overflow was positive, or negative one if the overflow was negative.

Beginning at lable ZPRMOK, Y ( 1 ) is calculated in an identical manner to that for ZPRIME except that past values of X are used. After the result has been stored in Y ( 1 ) the error is calculated. Y ( 1 ) is loaded into ACC high order word and D ( 0 ) is shifted left 15 bits and subtracted. The high order word is stored as ERR ( 1 ) (note that this is the negative of the error used by the LMS algorithm). The error ERR ( 1 ) is loaded into the T register and multiplied by TWOMUM ( 14 ). This product is loaded into ACC and the low order word is stored in TEMP2 ( 0 ). Next the low order word is tested for overflow as described above.

The adaptation of the weights according to the LMS algorithm begins at the label ERROK. AR0 is loaded with the location of X31(0) (note that X31 was shifted up one location during the

BEST-00400

calculation of Y and now is in the location equated to Z0). AR1 is loaded with the location of W31M, and ARP is set to 1. First the estimated D. C. offset is adapted. The entire double precision value WDC (1) (the double precision value consists of WDCM in the high order word and WDCL in the low order word) is loaded into ACC, and TEMP2 (0) is subtracted without shift from the low order word. This is equivalent to subtracting TEMP2 (-16) from the D. C. offset. The new D. C. offset is stored back in WDC (1). Next TEMP2 (0) is loaded into T.

Adaptation of a single coefficient proceeds as follows . First the high order word pointed to by AR1 is loaded into the high order word of ACC, and AR1 is decremented. AR1 now points to the low order word of this coefficient. The low order coefficient word is then loaded into the low order word of ACC and AR1 is incremented. ARP is set to 0. The previous X (0) value pointed to by AR0 is multiplied by T (0), AR0 is decremented, and ARP is set back to one. The product is subtracted from ACC which now contains the new coefficient value. The high order word of ACC is stored in the location pointed to by AR1, AR1 is decremented, and ARP is again set to 1. The low order word of ACC is stored in the location pointed to by AR1, AR1 is decremented, and ARP is set to 1. AR1 now points to the high order word of the next coefficient. This process repeats until all coefficients have been adapted.

The next piece of code adjusts the amplitude of the random noise and the size of TWOMU (14). The current ERROR (1) is shifted left 12 bits and loaded into ACC. The high order word of ACC is then stored in TEMP1 (5). The T register is loaded from TEMP1 (5) and multiplied by the desired noise-to-signal ratio NSR (0). The product is moved into the accumulator, absolute valued, and rounded at bit 15. The high order word of ACC is then shifted left one bit and stored in TEMP1 (5). Next the double precision noise scale factor NSF (0) is loaded into the accumulator. Then TEMP1 (5) is shifted left 8 bits and added to the accumulator. The accumulator now holds the new value of the noise scale factor which is then stored back in NSF (0). The next two steps test

BEST-00401

NSFM to see that it is not larger than 127. If it is then NSFM is set to 127. Otherwise execution continues, at label NSFDUN, with adaptation of TWOMU (14). First the noise scale factor is squared. NSFM (0) is loaded into T and multiplied by NSFM (0). The product is moved into the accumulator. Next TCONST (0) ((102.4μs) * $2^{24}$ / TCONST = time constant in seconds) is subtracted from ACC. The result is stored in TEMP1 (0). The next 9 instructions test the low order word for overflow. Then the double precision value TWOMU (14) is loaded into ACC, TEMP1 (0) is shifted left 8 bits and subtracted from ACC. The result is the new value of TWOMU (14) which is then stored back in TWOMU (14).

The next major step generates a new 32 bit random number and from this generates the next noise value X0 (0). The frst step of the random number generator is to reset overflow mode. This must be done so that all results will be modulo $2^{32}$. Next the previous random number RAND is loaded into ACC. The high order bits are shifted left 4 bits and stored in TEMP1. The low order word RANDL is then shifted left 4 bits and added to ACC. Then TEMP1 is added to ACC. Finally the double precision constant B is added to ACC. The accumulator now holds the new 32 bit random number which is then sotred back in RAND. At this point overflow mode is set again. Next the noise scale factor NSFM (0) is loaded into T and multiplied by RANDM (4). The product is moved into ACC, rounded at bit 15, and stored in TEMP1 (4) with a left shift of one bit. Finally TEMP1 (4) is loaded into ACC with a left shift of 4 bits and then stored as X0 (0).

The final steps form the next output and test it for overflow. First D (0) is shifted left 15 bits and loaded into ACC. Then ZPRIME (1) is subtracted from the high order word. The result is shifted left one place and stored in TEMP1 (0). The high order word is tested for overflow in the usual way. This result is tested instead of the total output as this is the point at which overflow is most likely to ocurr. Also, since this result must be tested for overflow anyway it saves instructions if this test is used as the test for wheather or not to set the gain back to zero. If

BEST-00402

59

overflow is detected, then ACC is cleared and stored ... the double precision variable GAIN (0). If no overflow is detected then execution continues at the label OUTOK. The double procision value GAIN (0) is loaded into ACC and the gain increment GINCR (0) is added. Note that if the gain is already one then adding GINCR (0) will have no effect since overflow mode has been set. The new gain value is stored back in GAIN. The T register is loaded with GAINM (0) and multiplied by TEMP1 (0). The product is moved into ACC and the noise XO (0) is shifted left 15 bits and added to ACC. The result is the next total output which is stored in ZO (0). The total output ZO (0) is shifted left 12 bits and loaded into ACC. The high order word is then stored in TEMP1 (4) for output to the D/A. The program then branches back to FLOOP and the whole mess repeates.

The number of instruction cycles has been counted for the worst case pass through the LMS filter loop. The loop currently requires 436 instruction cycles. At 200 ns per cycle this loop will require no more than 87.2 µs to execute, somewhat less than the 102.4 µs between samples.

Some changes are needed to make this code operate on a "stand-alone" system. The simplest fix is to first delete all the source code lines between the end of the initialization routine and the beginning of the LMS filter routine. In addition the first two lines of the LMS filter routine can be deleted as well as the four instructions

```
LAC    ONE,1
AND    MODE
BNZ    IOOK
RET
```

as these lines no longer have any purpose. The LMS routine has now been made the main program and will begin exectuion as soon as initialization is complete. Since in a "stand-alone" system the processor should never get an interrupt, it makes no difference wheather or not the interrupt routine is deleted. However, if it is deleted then some instruction should be put at location >02 so

BEST-00403

60

that if by some chance an interrupt does ocurr it will be dealt with in some intelligent manner.

The complete source code listing begins on the next page.

BEST-00404

61

```
********************************************************
*     THIS PROGRAM WILL ESTIMATE THE IMPULSE RESPONSE OF  *
* THE TRANSFER FUNCTION FROM OUTPUT (D/A) TO INPUT (A/D). *
* THE ESTIMATE OF THE IMPULSE RESPONSE IS STORED IN       *
* LOCATIONS >20 (W8) THROUGH >57 (W31).  W0 THROUGH W7 ARE*
* ZERO AND THEREFORE ARE NOT STORED EXPLICITLY.  THIS     *
* PROGRAM IS COMPATIBLE WITH THE TWO INPUT BOARD DESIGNED  *
* BY MIKE WRESCHNER, BUT WILL ALSO RUN ON THE SINGLE INPUT *
* BOARD WITHOUT MODS. THIS VERSION STORES THE COEFFICIENTS *
* IN DOUBLE PRECISION.                                    *
*                                                         *
*              THIS PROGRAM BY: LELAND BEST               *
********************************************************
********************************************************
*       I/O EQUATES                                      *
********************************************************
ADC       EQU       >00
DAC       EQU       >00
CH1       EQU       >01
CH2       EQU       >02
********************************************************
*     CONSTANTS AND INITIALIZED VARIABLES                *
********************************************************
BL        EQU       >00            RAND NO. ADDITIVE CONST LSWORD
BM        EQU       >01            RAND NO. ADDITIVE CONST MSWORD
MODE      EQU       >02            OPERATIONAL MODE FLAG WORD
NSR       EQU       >03            NOISE TO SIGNAL RATIO
TCONST    EQU       >04            1/TIME CONST
CINCR     EQU       >05            GAIN INCREMENT
NSFL      EQU       >06            NOISE SCALE FACTOR LSWORD
NSFM      EQU       >07            NOISE SCALE FACTOR MSWORD
TWOMUL    EQU       >08            LMS ADAPTATION CONST LSWORD
TWOMUM    EQU       >09            LMS ADAPTATION CONST MSWORD
INITT     EQU       >0A            INNITIAL TIMER VALUE
********************************************************
*       UNINITIALIZED VARIABLES                          *
********************************************************
ONE       EQU       >10            CONSTANT ONE (1)
RANDL     EQU       >11            RAND NO. LSWORD
RANDM     EQU       >12            RAND NO. MSWORD
D         EQU       >13            CURRENT SAMPLE
ZPRIME    EQU       >14            PREDICTED FEEDBACK
Y         EQU       >15            PREDICTED NOISE ONLY FEEDBACK
ERR       EQU       >16            LMS ERROR OUTPUT
GAINL     EQU       >17            OUTPUT GAIN LSWORD
GAINM     EQU       >18            OUTPUT GAIN MSWORD
TIMER     EQU       >19            INTERRUPT DEBOUNCE TIMER
TEMP1     EQU       >1C            TEMPORARY STORAGE
TEMP2     EQU       >1D            TEMPORARY STORAGE
WDCL      EQU       >1E            DC OFFSET LSWORD
WDCM      EQU       >1F            DC OFFSET MSWORD
********************************************************
*       DATA STORAGE                                     *
********************************************************
W8L       EQU       >20            W8 LSWORD
W8M       EQU       >21            W8 MSWORD
W9L       EQU       >22
W9M       EQU       >23
W10L      EQU       >24
W10M      EQU       >25
W11L      EQU       >26
W11M      EQU       >27
W12L      EQU       >28
W12M      EQU       >29
W13L      EQU       >2A
W13M      EQU       >2B
W14L      EQU       >2C
W14M      EQU       >2D
```

BEST-00405

```
W15L      EQU      >2E
W15M      EQU      >2F
W16L      EQU      >30
W16M      EQU      >31
W17L      EQU      >32
W17M      EQU      >33
W18L      EQU      >34
W18M      EQU      >35
W19L      EQU      >36
W19M      EQU      >37
W20L      EQU      >38
W20M      EQU      >39
W21L      EQU      >3A
W21M      EQU      >3B
W22L      EQU      >3C
W22M      EQU      >3D
W23L      EQU      >3E
W23M      EQU      >3F
W24L      EQU      >40
W24M      EQU      >41
W25L      EQU      >42
W25M      EQU      >43
W26L      EQU      >44
W26M      EQU      >45
W27L      EQU      >46
W27M      EQU      >47
W28L      EQU      >48
W28M      EQU      >49
W29L      EQU      >4A
W29M      EQU      >4B
W30L      EQU      >4C
W30M      EQU      >4D
W31L      EQU      >4E
W31M      EQU      >4F
X0        EQU      >?2           PREVIOUS NOISE VALUE
X31       EQU      >5F           X(K-31)
Z0        EQU      >70           CURRENT OUTPUT VALUE
Z31       EQU      >8F           Z(K-31)
**********************************************************
*         PROGRAM BEGINS                                 *
**********************************************************
          AORG     >0            PROGRAM STARTS AT LOCATION 0
          B        INIT          BRANCH TO INIT ON RESET
**********************************************************
*         INTERRUPT ROUTINE                              *
**********************************************************
INTR      LAC      TIMER,0       GET CURRENT TIMER VALUE
          BLEZ     INTOK         IF T <= 0, THEN INT OK
          RET                    ELSE RETURN
INTOK     LAC      INITT,0       INITIAL TIMER VALUE
          SACL     TIMER         RESET TIMER
          RET                    RETURN
**********************************************************
*         DATA FOR CONSTANTS AND INITIALIZED VARIABLES   *
**********************************************************
CONST     DATA     >7659         BL
          DATA     >7F41         BM
          DATA     >0000         MODE
          DATA     >287A         NSR
          DATA     >0100         1/TIME CONST
          DATA     >0300         GINCR
          DATA     >0000         NSFL
          DATA     >0002         NSFM
          DATA     >0000         TWOMUL
          DATA     >0040         TWOMUM
CONEND    DATA     >0800         INITT
**********************************************************
*         INITIALIZATION ROUTINE.  THIS ROUTINE CLEARS ALL OF  *
```

BEST-00406

```
* DATA MEMORY AND THEN LOADS VALUES FROM PROGRAM MEMORY   *
* INTO ALL CONSTANTS AND INITIALIZED VARIABLES.           *
***********************************************************
INIT     DINT                        DISABLE INTERRUPTS
         SOVM                        SET OVERFLOW MODE
         LDPK    0                   SET DATA PAGE PTR TO 0
         LARK    0,>8F               PUT 127 IN AUX REG 0
         LARP    0                   ZERO AUX REG PTR
         ZAC                         ZERO ACC
ZERM     SACL    *,0                 PUT ZERO IN AR0↑
         BANZ    ZERM                IF AR0 <> 0, THEN DO NEXT LOC
         LACK    1                   PUT 1 IN ACC
         SACL    ONE                 PUT 1 IN ONE
         LACK    CONST               PUT ADDR OF FIRST CONST IN ACC
         SACL    TEMP1               PUT IN TEMP1
         LACK    CONEND              PUT ADDR OF LAST CONST IN ACC
         SUB     TEMP1,0             SUB ADDR OF FIRST CONST
         SACL    TEMP1               PUT NO. OF CONSTS IN TEMP1
         LAR     0,TEMP1             PUT NO. OF CONSTS IN AR0
         LACK    CONEND              PUT ADDR OF LAST CONST IN ACC
GETCON   TBLR    *,0                 GET CONST (AR0↑ = ACC↑)
         SUB     ONE                 DECR ACC
         BANZ    GETCON              IF AR0 <> 0 THEN NEXT CONST
         IN      TEMP1,CH2           SELECT INPUT CHANNEL 2
         LAC     ONE,0               GET MODE 0
         SACL    MODE                SET MODE TO MODE 0
         LAC     INITT,0             GET INITIAL TIMER VALUE
         SACL    TIMER               PUT IN TIMER
         NOP
         NOP
***********************************************************
*        MAIN PROGRAM BEGINS                              *
***********************************************************
MAIN     LAC     ONE,0               GET MODE 0 MASK
         AND     MODE                GET MODE 0 BIT
         BZ      MODE1               IF NOT SET, THEN CHECK MODE 1
         CALL    INOUT               ELSE EXECUTE INOUT
         B       MAIN                DO AGAIN
MODE1    LAC     ONE,1               GET MODE 1 MASK
         AND     MODE                GET MODE 1 BIT
         BZ      ERROR               IF NOT SET, THEN ILLEGAL MODE
         CALL    LMS                 ELSE EXECUTE LMS
         B       MAIN                DO AGAIN
ERROR    B       INIT                ON ILLEGAL MODE, REINITIALIZE
***********************************************************
*        SIMPLE INPUT-OUTPUT ROUTINE BEGINS              *
***********************************************************
INOUT    ZALH    TIMER               GET TIMER
         SUBH    ONE                 DECREMENT TIMER
         SACH    TIMER,0             PUT TIMER BACK
         LAC     ONE,0               GET MODE 0 MASK
         AND     MODE                GET MODE 0 BIT
         BNZ     IOOK                IF SET, THEN OK
         RET                         ELSE RETURN TO MAIN
IOOK     EINT                        ENABLE INTERRUPTS
BIOHI1   BIOZ    IOIN                IF BIO LOW, THEN GET SAMPLE
         B       BIOHI1              ELSE WAIT
IOIN     DINT                        DISABLE INTERRUPTS
         IN      D,ADC               GET D FROM A/D
BIOLO1   BIOZ    BIOLO1              IF BIO LOW, THEN WAIT
         OUT     D,DAC               ELSE OUTPUT D TO D/A
BIOHI2   BIOZ    BIOLO2              IF BIO LOW, THEN GO TO BIOLO2
         B       BIOHI2              ELSE WAIT FOR BIO LOW
BIOLO2   BIOZ    BIOLO2              IF BIO LOW, THEN WAIT
         B       INOUT               ELSE GO ROUND AGAIN
***********************************************************
*        LMS FEEDBACK SUPPRESSION ROUTINE BEGINS         *
***********************************************************
```

BEST-00407

```
LMS      ZAC                      ZERO ACC
         SACL   TEMP1             ZERO CURRENT OUTPUT
FLOOP    ZALH   TIMER             GET TIMER
         SUBH   ONE               DECREMENT TIMER
         SACH   TIMER,0           PUT TIMER BACK
         LAC    ONE,1             GET MODE 1 MASK
         AND    MODE              GET MODE 1 BIT
         BNZ    LMSOK             IF SET, THEN OK
         RET                      ELSE RETURN TO MAIN
LMSOK    EINT                     ENABLE INTERRUPTS
IWAIT    BIOZ   INPUT             IF BIO = 0 THEN GET SAMPLE
         B      IWAIT             ELSE WAIT
INPUT    DINT                     DISABLE INTERUPTS
         IN     D,ADC             GET SAMPLE FROM A/D
         LAC    D,4               SCALE D FOR INTERNAL USE
         SACL   D                 STORE SCALED INPUT
OWAIT    BIOZ   OWAIT             IF BIO STILL ZERO THEN WAIT
         OUT    TEMP1,DAC         OUTPUT Z
         BV     STARTZ            RESET OVERFLOW FLAG
****************************************************************
*     BEGIN CALCULATION OF ZPRIME FROM ESTIMATED IMPULSE       *
* RESPONSE.                                                    *
****************************************************************
STARTZ   LARK   0,Z31             ARO POINTS TO Z(K-31)
         LARP   0                 AUX REG PTR POINTS TO ARO
         ZAC                      ZERO ACC
         LT     *-,0              Z(K-31)
         MPY    W31M              W31
         LTD    *-,0              Z(K-30)
         MPY    W30M              W30
         LTD    *-,0              Z(K-29)
         MPY    W29M              W29
         LTD    *-,0              Z(K-28)
         MPY    W28M              W28
         LTD    *-,0              Z(K-27)
         MPY    W27M              W27
         LTD    *-,0              Z(K-26)
         MPY    W26M              W26
         LTD    *-,0              Z(K-25)
         MPY    W25M              W25
         LTD    *-,0              Z(K-24)
         MPY    W24M              W24
         LTD    *-,0              Z(K-23)
         MPY    W23M              W23
         LTD    *-,0              Z(K-22)
         MPY    W22M              W22
         LTD    *-,0              Z(K-21)
         MPY    W21M              W21
         LTD    *-,0              Z(K-20)
         MPY    W20M              W20
         LTD    *-,0              Z(K-19)
         MPY    W19M              W19
         LTD    *-,0              Z(K-18)
         MPY    W18M              W18
         LTD    *-,0              Z(K-17)
         MPY    W17M              W17
         LTD    *-,0              Z(K-16)
         MPY    W16M              W16
         LTD    *-,0              Z(K-15)
         MPY    W15M              W15
         LTD    *-,0              Z(K-14)
         MPY    W14M              W14
         LTD    *-,0              Z(K-13)
         MPY    W13M              W13
         LTD    *-,0              Z(K-12)
         MPY    W12M              W12
         LTD    *-,0              Z(K-11)
         MPY    W11M              W11
```

```
         LTD    *-,0          Z(K-10)
         MPY    W10M          W10
         LTD    *-,0          Z(K-9)
         MPY    W9M           W9
         LTD    *-,0          Z(K-8)
         MPY    W8M           W8
         DMOV   *-,0          Z(K-7)
         DMOV   *-,0          Z(K-6)
         DMOV   *-,0          Z(K-5)
         DMOV   *-,0          Z(K-4)
         DMOV   *-,0          Z(K-3)
         DMOV   *-,0          Z(K-2)
         DMOV   *-,0          Z(K-1)
         DMOV   *,0           Z(K)
         APAC
         ADD    WDCM,15       ADD DC OFFSET
         ADD    ONE,14        ROUND RESULT
         SACH   ZPRIME,1      STORE ESTIMATED D
         SACH   TEMP1,0       STORE MSWORD
         LAC    TEMP1,1       GET MSWORD IN LSWORD
         ADD    ONE,15        ROUND AT WORD BOUNDRY
         SACH   TEMP1,0       STORE OVERFLOW WORD
         ZAC                  ZERO ACC
         SUB    TEMP1,0       GET -OVERFLOW
         BV     ZOVFL         ON OVERFLOW GOTO ZOVFL
         BZ     ZPRMOK        IF NO OVERFLOW, THEN OK
ZOVFL    SACH   TEMP1,0       ELSE STORE 'SIGN' OF -OVERFLOW
         LAC    ONE,15        GET NEG FULL SCALE
         ADD    ONE,14        NEG Y MAX
         XOR    TEMP1         XOR 'SIGN' OF -OVERFLOW
         SACL   ZPRIME        STORE SATURATED ZPRIME
***********************************************************
*   BEGIN CALCULATION OF Y FROM ESTIMATED IMPULSE         *
* RESPONSE.                                               *
***********************************************************
ZPRMOK   LARK   0,X31         AR0 POINTS TO X(K-31)
         LARP   0             AUX REG PTR POINTS TO AR0
         LTD    *-,0          X(K-31)
         MPY    W31M          W31
         ZAC
         LTD    *-,0          X(K-30)
         MPY    W30M          W30
         LTD    *-,0          X(K-29)
         MPY    W29M          W29
         LTD    *-,0          X(K-28)
         MPY    W28M          W28
         LTD    *-,0          X(K-27)
         MPY    W27M          W27
         LTD    *-,0          X(K-26)
         MPY    W26M          W26
         LTD    *-,0          X(K-25)
         MPY    W25M          W25
         LTD    *-,0          X(K-24)
         MPY    W24M          W24
         LTD    *-,0          X(K-23)
         MPY    W23M          W23
         LTD    *-,0          X(K-22)
         MPY    W22M          W22
         LTD    *-,0          X(K-21)
         MPY    W21M          W21
         LTD    *-,0          X(K-20)
         MPY    W20M          W20
         LTD    *-,0          X(K-19)
         MPY    W19M          W19
         LTD    *-,0          X(K-18)
         MPY    W18M          W18
         LTD    *-,0          X(K-17)
         MPY    W17M          W17
```

```
         LTD    *-,0          X(K-16)
         MPY    W16M          W16
         LTD    *-,0          X(K-15)
         MPY    W15M          W15
         LTD    *-,0          X(K-14)
         MPY    W14M          W14
         LTD    *-,0          X(K-13)
         MPY    W13M          W13
         LTD    *-,0          X(K-12)
         MPY    W12M          W12
         LTD    *-,0          X(K-11)
         MPY    W11M          W11
         LTD    *-,0          X(K-10)
         MPY    W10M          W10
         LTD    *-,0          X(K-9)
         MPY    W9M           W9
         LTD    *-,0          X(K-8)
         MPY    W8M           W8
         DMOV   *-,0          X(K-7)
         DMOV   *-,0          X(K-6)
         DMOV   *-,0          X(K-5)
         DMOV   *-,0          X(K-4)
         DMOV   *-,0          X(K-3)
         DMOV   *-,0          X(K-2)
         DMOV   *-,0          X(K-1)
         DMOV   *,0           X(K)
         APAC
         ADD    WDCM,15       ADD DC OFFSET
         ADD    ONE,14        ROUND RESULT
         SACH   Y,1           STORE EST NOISE VALUE
         ZALH   Y             GET Y*2
         SUB    D,15          SUBTRACT ACTUAL SAMPLE
         SACH   ERR,0         STORE ERROR
         LT     ERR           GET ERROR
         MPY    TWOMUM        MULTIPLY BY TWOMU
         PAC                  GET PRODUCT
         SACL   TEMP2         STORE TWOMU*ERROR IN TEMP2
         ADD    ONE,15        ROUND AT WORD BOUNDRY
         SACH   TEMP1,0       STORE POSSIBLE OVERFLOW
         ZAC                  ZERO ACC
         SUB    TEMP1,0       GET -OVERFLOW IN LSWORD
         BZ     ERROK         IF NO OVERFLOW, THEN OK
         SACH   TEMP1,0       GET 'SIGN' OF -OVERFLOW
         LAC    ONE,15        NEG FULL SCALE
         XOR    TEMP1         IF POS, MAKE POS FULL SCALE
         SACL   TEMP2         STORE SATURATED ERROR
*************************************************************
*     START ADAPTATION OF ESTIMATED IMPULSE RESPONSE        *
*************************************************************
ERROK    LARK   0,Z0          AR0 POINTS TO X(K-31)
         LARK   1,W31M        AR1 POINTS TO W31 MSWORD
         LARP   1             AUX REG PTR POINTS TO AR1
         ZALH   WDCM          GET DC OFFSET MSWORD
         OR     WDCL          GET DC OFFSET LSWORD
         SUB    TEMP2,0       ADD TWOMU*ERROR
         SACH   WDCM,0        STORE DC OFFSET MSWORD
         SACL   WDCL          STORE DC OFFSET LSWORD
         LT     TEMP2         PUT TWOMU*ERR IN T REG
         ZALH   *-,1          W31 MSW
         OR     *+,0          W31 LSW
         MPY    *-,1          X(K-31)
         SPAC
         SACH   *-,0,1        W31 MSW
         SACL   *-,0,1        W31 LSW
         ZALH   *-,1          W30 MSW
         OR     *+,0          W30 LSW
         MPY    *-,1          X(K-30)
         SPAC
```

BEST-00410

```
SACH   *-,0,1        W30 MSW
SACL   *-,0,1        W30 LSW
ZALH   *-,1          W29 MSW
OR     *+,0          W29 LSW
MPY    *-,1          X(K-29)
SPAC
SACH   *-,0,1        W29 MSW
SACL   *-,0,1        W29 LSW
ZALH   *-,1          W28 MSW
OR     *+,0          W28 LSW
MPY    *-,1          X(K-28)
SPAC
SACH   *-,0,1        W28 MSW
SACL   *-,0,1        W28 LSW
ZALH   *-,1          W27 MSW
OR     *+,0          W27 LSW
MPY    *-,1          X(K-27)
SPAC
SACH   *-,0,1        W27 MSW
SACL   *-,0,1        W27 LSW
ZALH   *-,1          W26 MSW
OR     *+,0          W26 LSW
MPY    *-,1          X(K-26)
SPAC
SACH   *-,0,1        W26 MSW
SACL   *-,0,1        W26 LSW
ZALH   *-,1          W25 MSW
OR     *+,0          W25 LSW
MPY    *-,1          X(K-25)
SPAC
SACH   *-,0,1        W25 MSW
SACL   *-,0,1        W25 LSW
ZALH   *-,1          W24 MSW
OR     *+,0          W24 LSW
MPY    *-,1          X(K-24)
SPAC
SACH   *-,0,1        W24 MSW
SACL   *-,0,1        W24 LSW
ZALH   *-,1          W23 MSW
OR     *+,0          W23 LSW
MPY    *-,1          X(K-23)
SPAC
SACH   *-,0,1        W23 MSW
SACL   *-,0,1        W23 LSW
ZALH   *-,1          W22 MSW
OR     *+,0          W22 LSW
MPY    *-,1          X(K-22)
SPAC
SACH   *-,0,1        W22 MSW
SACL   *-,0,1        W22 LSW
ZALH   *-,1          W21 MSW
OR     *+,0          W21 LSW
MPY    *-,1          X(K-21)
SPAC
SACH   *-,0,1        W21 MSW
SACL   *-,0,1        W21 LSW
ZALH   *-,1          W20 MSW
OR     *+,0          W20 LSW
MPY    *-,1          X(K-20)
SPAC
SACH   *-,0,1        W20 MSW
SACL   *-,0,1        W20 LSW
ZALH   *-,1          W19 MSW
OR     *+,0          W19 LSW
MPY    *-,1          X(K-19)
SPAC
SACH   *-,0,1        W19 MSW
SACL   *-,0,1        W19 LSW
```

```
ZALH  *-,1      W18 MSW
OR    *+,0      W18 LSW
MPY   *-,1      X(K-18)
SPAC
SACH  *-,0,1    W18 MSW
SACL  *-,0,1    W18 LSW
ZALH  *-,1      W17 MSW
OR    *+,0      W17 LSW
MPY   *-,1      X(K-17)
SPAC
SACH  *-,0,1    W17 MSW
SACL  *-,0,1    W17 LSW
ZALH  *-,1      W16 MSW
OR    *+,0      W16 LSW
MPY   *-,1      X(K-16)
SPAC
SACH  *-,0,1    W16 MSW
SACL  *-,0,1    W16 LSW
ZALH  *-,1      W15 MSW
OR    *+,0      W15 LSW
MPY   *-,1      X(K-15)
SPAC
SACH  *-,0,1    W15 MSW
SACL  *-,0,1    W15 LSW
ZALH  *-,1      W14 MSW
OR    *+,0      W14 LSW
MPY   *-,1      X(K-14)
SPAC
SACH  *-,0,1    W14 MSW
SACL  *-,0,1    W14 LSW
ZALH  *-,1      W13 MSW
OR    *+,0      W13 MSW
MPY   *-,1      X(K-13)
SPAC
SACH  *-,0,1    W13 MSW
SACL  *-,0,1    W13 LSW
ZALH  *-,1      W12 MSW
OR    *+,0      W12 LSW
MPY   *-,1      X(K-12)
SPAC
SACH  *-,0,1    W12 MSW
SACL  *-,0,1    W12 LSW
ZALH  *-,1      W11 MSW
OR    *+,0      W11 LSW
MPY   *-,1      X(K-11)
SPAC
SACH  *-,0,1    W11 MSW
SACL  *-,0,1    W11 LSW
ZALH  *-,1      W10 MSW
OR    *+,0      W10 LSW
MPY   *-,1      X(K-10)
SPAC
SACH  *-,0,1    W10 MSW
SACL  *-,0,1    W10 LSW
ZALH  *-,1      W9 MSW
OR    *+,0      W9 LSW
MPY   *-,1      X(K-9)
SPAC
SACH  *-,0,1    W9 MSW
SACL  *-,0,1    W9 LSW
ZALH  *-,1      W8 MSW
OR    *+,0      W8 LSW
MPY   *-,1      X(K-8)
SPAC
SACH  *-,0,1    W8 MSW
SACL  *-,0,1    W8 LSW
*****************************************************************
*      ADAPT RANDOM NOISE MAGNITUDE AND TWOMU                   *
```

```
******************************************************************
        LAC     ERR,12              GET ERROR/16
        SACH    TEMP1,0             STORE ERROR/16
        LT      TEMP1               GET ERROR
        MPY     NSR                 MULT BY NOISE TO SIGNAL RATIO
        PAC                         GET PRODUCT
        ABS                         TAKE ABS VALUE
        SUB     NSFM,14             SUB NSF/2
        ADD     ONE,14              ROUND
        SACH    TEMP1,1             STORE RESULT
        ZALH    NSFM                GET NSF MSWORD
        OR      NSFL                GET NSF LSWORD
        ADD     TEMP1,8             ADD NSF*ERR-NSF/2
        SACH    NSFM,0              STORE NEW NSF MSWORD
        SACL    NSFL                STORE NEW NSF LSWORD
        LAC     NSFM,0              GET NSF
        SUB     ONE,7               SUB NSF MAX (128)
        BLEZ    NSFOK               IF NSF <= NSF MAX, THEN OK
        LAC     ONE,7               ELSE GET NSF MAX
        SACL    NSFM                STORE IN NSFM
        SACH    NSFL,0              ZERO LSWORD
NSFOK   LAC     NSFM,0              GET NSF
        BGZ     NSFDUN              IF NSF > 0, THEN OK
        ZALH    ONE                 ELSE GET NSF MIN
        SACH    NSFM,0              STORE IN NSF
        SACL    NSFL                ZERO LSWORD
NSFDUN  LT      NSFM                GET NSF
        MPY     NSFM                SQUARE NSF
        PAC                         GET NSF**2
        SACL    TEMP1               STORE NSF**2
        LT      TEMP1               GET NSF**2
        MPY     TWOMUM              MULT BY TWOMU
        PAC                         GET PRODUCT
        SUB     TCONST,0            SUB 1/TIME CONST
        SACL    TEMP1               STORE TWOMU*(NSF**2)-TCONST
        ADD     ONE,15              ROUND AT WORD BOUNDRY
        SACH    TEMP2,0             SAVE POSSIBLE OVERFLOW
        ZAC                         ZERO ACC
        SUB     TEMP2,0             GET -OVERFLOW
        BZ      TCOK                IF NO OVERFLOW, THEN OK
        SACH    TEMP2,0             ELSE SAVE 'SIGN' OF -OVFL
        LAC     ONE,15              NEG FULL SCALE
        XOR     TEMP2               CORRECT SIGN
        SACL    TEMP1               STORE SATURATED TIME CONST
TCOK    ZALH    TWOMUM              GET TWOMU MSWORD
        OR      TWOMUL              GET TWOMU LSWORD
        SUB     TEMP1,8             SUB TWOMU*(NSF**2)-TCONST
        SACH    TWOMUM,0            STORE NEW TWOMU MSWORD
        SACL    TWOMUL              STORE NEW TWOMU LSWORD
        LAC     TWOMUM,0            GET TWOMU
        BGEZ    MUOK                IF TWOMU > 0, THEN OK
        ZAC                         ELSE GET TWOMU MIN
        SACH    TWOMUM,0            STORE IN MSWORD
        SACL    TWOMUL              ZERO LSWORD
******************************************************************
*         GENERATE RANDOM NUMBER                                 *
******************************************************************
MUOK    ROVM                        RESET OVERFLOW MODE
        ZALH    RANDM               GET RAND NO. MSWORD
        OR      RANDL               GET RAND NNO. LSWORD
        SACH    TEMP1,4             STORE SHIFTED MSWORD
        ADD     RANDL,4             ADD SHIFTED LSWORD
        ADDH    TEMP1               ADD SHIFTED MSWORD
        ADDS    BL                  ADD B LSWORD (NO SIGN EXT)
        ADDH    BM                  ADD B MSWORD
        SACH    RANDM,0             STORE NEW RAND NO. MSWORD
        SACL    RANDL               STORE NEW RAND NO. LSWORD
        SOVM                        SET OVERFLOW MODE
```

BEST-00413

70



```
          LT     NSFM                GET NOISE SCALE FACTOR
          MPY    RANDM               MULT RAND NO. BY SCALE FACT
          PAC                        GET PRODUCT
          ADD    ONE,14              ROUND
          SACH   TEMP1,1             STORE NOISE VALUE
          LAC    TEMP1,4             GET RAND NO. SCALED FOR XO
          SACL   XO                  PUT IN XO
************************************************************************
*     FORM OUTPUT                                                      *
************************************************************************
          LAC    D,15                GET CURRENT SAMPLE
          SUBH   ZPRIME              SUBTRACT ESTIMATED FEEDBACK
          SACH   TEMP1,1             STORE CORRECTED OUTPUT
          SACH   TEMP2,0             STORE MSWORD
          LAC    TEMP2,1             GET OUTPUT
          ADD    ONE,15              ROUND AT WORD BOUNDRY
          SACH   TEMP2,0             SAVE POSSIBLE OVERFLOW
          LAC    TEMP2,0             GET OVERFLOW
          BZ     OUTOK               IF NO OVERFLOW, THEN OK
          ZAC                        ZERO ACC
          SACH   GAINM,0             MAKE OUTPUT GAIN=0
          SACL   GAINL               MAKE OUTPUT GAIN=0
OUTOK     ZALH   GAINM               GET OUTPUT GAIN MSWORD
          OR     GAINL               GET OUTPUT GAIN LSWORD
          ADD    GINCR,5             INCREMENT GAIN
          SACH   GAINM,0             STORE NEW GAIN MSWORD
          SACL   GAINL               STORE NEW GAIN LSWORD
          LT     GAINM               GET GAIN
          MPY    TEMP1               MULT OUTPUT BY GAIN
          PAC                        GET PRODUCT
          ADD    XO,15               ADD NOISE
          SACH   ZO,1                STORE TOTAL OUTPUT
          LAC    ZO,12               SCALE Z FOR OUTPUT
          SACH   TEMP1,0             STORE FOR OUTPUT
          B      FLOOP               GO ROUND AGAIN
          END
```

BEST-00414

Best, Leland C., <u>Digital Suppression of Acoustic Feedback in Hearing Aids</u>, M. S., Department of Electrical Engineering, May, 1985

The principles of adaptive noise cancelling are reviewed and applied to the problem of acoustic feedback in hearing aids. Tests of a prototype feedback canceller show that an additional 13 dB of gain can be achieved with this method. The results suggest that the canceller performance is limited by the non-linearity of the hearing aid.

BEST-00415

DX-1239

# A1a.11

MEASUREMENT AND ADAPTIVE SUPPRESSION
OF ACOUSTIC FEEDBACK IN HEARING AIDS

*Diane K. Bustamante*
*Thomas L. Worrall*
*Malcolm J. Williamson*

Nicolet Instruments, Audiodiagnostics Division
Madison, Wisconsin

## ABSTRACT

Acoustic feedback is a common complaint of hearing aid users. It is not only annoying but, more importantly, reduces the maximum usable gain of the hearing aid device. The onset and spectral content of acoustic feedback are dependent on the transfer function of both the hearing aid and the acoustic feedback path. *In situ* measurements with a behind-the-ear (BTE) hearing aid device demonstrate that the acoustic path transfer function can vary significantly in response to small changes in the acoustic environment, suggesting the need for adaptive methods of feedback suppression. We have explored three feedback suppression techniques: time-varying delay, adaptive inverse filtering and adaptive feedback cancellation. Currently, the latter approach is the most successful, increasing the maximum gain the hearing aid can deliver without acoustic feedback by 6-10 dB.

## INTRODUCTION

Feedback occurs at a particular frequency when the open-loop gain of the system (the hearing aid and acoustic feedback path in Figure 1) is greater than unity and the open-loop phase response of the system is a multiple of 360° at that frequency. A common approach for preventing acoustic feedback in hearing aids relies on attenuation of the overall or high-frequency gain. This is not often a useful alternative as the hearing aid users for whom feedback is a problem generally require more rather than less gain to achieve adequate compensation for their hearing loss. Another approach [1] is to compensate or alter the open-loop phase response by inserting a fixed phase shift in the signal path. This may work as long as the acoustic environment and, thus, the acoustic path transfer function do not change. Generally, this is not true in the case of a hearing-aid user.



Figure 1. Hearing aid system and acoustic feedback path. [IT = input transducer, OT = output transducer.]

A third approach is a feedback cancellation technique. An estimate of the feedback signal is generated and subtracted from the microphone input signal. The feedback signal estimate is generated by filtering the hearing aid output signal with an estimate of the acoustic feedback path transfer function. A number of researchers [2-4] have achieved some success with this general approach. One [2] employed a fixed filter, derived from one measurement of the feedback path transfer function, as the transfer function estimate, rendering this approach vulnerable to changes in the acoustic environment. Another [3] employed an adaptive filter as the transfer function estimate, allowing the estimate to adapt to changes in the acoustic environment. However, this implementation caused alteration of the closed-loop response of the system. A third [4] employed an adaptive digital filter as the transfer function estimate, again, reducing system vulnerability to changes in the acoustic environment. However, this implementation requires a white noise signal to be added to the hearing aid output signal in order to generate an uncorrelated "noise" reference signal for the adaptation algorithm, a nonideal solution for a hearing aid.

In this paper we will describe a technique for making *in situ* measurements of the feedback path transfer function and present results demonstrating the effect of changes in the acoustic environment on this transfer function. Three methods of feedback suppression which we have explored will be described: time-varying delay, adaptive inverse filtering and adaptive feedback cancellation. Finally, the results of acoustic and perceptual evaluations of the adaptive feedback cancellation approach, the most successful of these methods, will be presented.

## ACOUSTIC FEEDBACK PATH MEASUREMENTS

*In situ* measurements of the acoustic feedback path transfer function (including the input and output transducer transfer functions) for a typical BTE hearing aid were made. Previous measurements of the feedback path [5] have been primarily limited to the magnitude response at a few select frequencies under a limited set of acoustic conditions. Our results, which included measurements of both magnitude and phase response, were made for various listeners under a number of acoustic conditions. All measurements were made in a sound-treated booth. The input and output signals of the BTE device were interfaced to a PC-based signal-processing system. The BTE output transducer, which delivers the acoustic stimulus, is coupled to the ear canal by an earmold

2017

CH2673-2/89/0000-2017 $1.00 © 1989 IEEE

Defendants Trial
Exhibit
DX-1239
Civil Action no. 05-422

GNR_D0384342

(a close-fitting plastic plug molded to the contours of the ear canal and having an internal channel through which sound is transmitted). The response or feedback signal was recorded at the BTE microphone which sits near the top of the pinna. The acoustic stimulus was a click train of 200 clicks. The click responses were averaged to generate the impulse response of the feedback path transfer function. The stimulus generation, recording, and response averaging were all performed digitally.

One set of measurements was made on KEMAR (Knowles Electronic Mannikin for Acoustic Research). The effect of systematically varying a number of acoustic parameters was explored. These parameters were: 1) earmold type (which have varying degrees of leakage) 2) earmold vent size (which vary roughly between 1 and 5 mm in diameter and are used for acoustic frequency shaping) 3) earmold tube length (the tube connecting the BTE to the earmold plug) and 4) distance to a reflective surface (a 32 cm x 34 cm stainless steel plate placed parallel to the plane of the side of the head). Typically, the acoustic feedback path (Figure 2) is characterized by a frequency response with a broad peak between 1 to 4 kHz, and by a relatively constant group delay in this frequency region with values between 0.7 to 1.0 milliseconds. Different earmold types result in feedback path transfer functions which differ in terms of magnitude response, phase response, and group delay function. Increasing earmold vent size has little effect on the phase or group delay but does serve to increase the magnitude of the response. Increasing earmold tube length decreases the amplitude and frequency of the peak of the magnitude response and increases the group delay. Increasing the distance to a reflective surface alters the response in an unsystematic fashion. In general, the trends observed match predictions based on acoustic considerations, verifying the validity of the measurement technique.



Figure 2. Acoustic feedback path transfer function of a hearing aid system (a) magnitude response (b) phase response (c) group delay function.

A second set of measurements was made on human volunteers. Inter-subject and intra-subject differences in acoustic feedback path transfer functions were measured over time. The results of different subjects vary in terms of both

frequency response shape and average group delay. More importantly, measurements made with the same subject and earmold but made on different days also demonstrated variability. In some cases, variability was observed only across measurements made in different acoustic environments (e.g. different rooms, different locations within a room, etc.), while in other cases, variability was observed across measurements made in the same acoustic environment. These latter differences may result from changes in earmold or earpiece placement, from interactions with eyeglasses, etc. These results indicate the need for an adaptive technique of feedback suppression.

## APPROACHES TO FEEDBACK SUPPRESSION

The three feedback suppression methods we studied were all implemented on a real-time PC-based signal processing system employing a TMS32010. The microphone signal of a BTE earpiece was the A/D input signal and the D/A output signal was delivered to the output transducer of the same BTE earpiece.

### Time-Varying Delay

One general approach to disrupting feedback is to reduce the gain or to change the phase relationships. Inclusion of a time-varying delay in the signal path of a hearing aid is an ad hoc means of generating a time-varying phase response. We experimented with a delay which varied periodically. Given an input signal $x(n)$ and an output signal $y(n)$,

$$y(n) = x(n - d(n))$$

where $d(n)$ is a triangular wave with a maximum amplitude of P, a minimum amplitude of 0 and a period of $2*P*L$ samples. Increasing the values of P and L increases the degree of feedback reduction but also increases the level of distortion. The distortion introduces a warbling quality to the processed signal. Reasonable values are P=8 and L=32 given a 16 kHz sampling rate. This results in a small increase of 1-2 dB in the maximum stable gain of the device and moderate distortion. These results are less than optimal for use in a hearing aid.

### Adaptive Inverse Filtering

Acoustic feedback generates tonal components in the input signal. Thus, one potential means of suppressing feedback is to apply a narrowband notch filter centered at the frequency of the tonal components when feedback is present. The second approach (Figure 3) we explored introduced an adaptive filter into the signal path with a frequency response roughly the inverse of the input spectrum. The adaptive inverse filter should provide a notch filter given tonal feedback components in the input signal, but should only provide mild high-frequency emphasis given speech input. The inverse filter was implemented by an adaptive LMS predictor filter with a small number of coefficients (2 to 6) and a long adaptation time constant (roughly 250 msec.) to minimize the effect of the filter on speech signals. Unfortunately, spectral measurements indicate that the bandwidth of the "notch" filter is broad. Thus, the filter acts to attenuate a significant fraction of the input signal bandwidth as well as the feedback components, significantly reducing its usefulness in hearing

2018

GNR_D0384343

aid applications.



Figure 3. Adaptive inverse filter approach. This system was studied both with and without the delay.

A variant of the above approach, which includes a fixed time delay in the reference signal path prior to the adaptive filter, was also explored. This configuration is similar to that used in adaptive line enhancement systems and in schemes for cancelling periodic interference when a reference signal free of the desired broadband signal is unavailable [6]. The fixed delay acts to decorrelate the broadband signal components in the primary and reference signal, while having little effect on the correlation of the periodic or tonal components in the primary and reference signals. Setting the fixed delay to 0.8 milliseconds provided the greatest increase in the maximum stable gain for this approach. This value happens to roughly correspond to the average group delay of the feedback path transfer function in the frequency region most susceptible to instability (2-3 kHz) under a variety of conditions. With a 12-coefficient adaptive filter, this approach provided a 3-4 dB increase in the maximum stable gain of a BTE fitted on KEMAR. Spectral measurements of the system output given a naturally-produced, sustained vowel input signal indicated little or no attenuation of the vowel formant amplitudes. Thus, this approach was more successful than that without the fixed delay. However, the resultant increase in maximum stable gain was less than desired.

**Adaptive Feedback Cancellation**

Our third and most successful approach entailed subtracting an estimate of the feedback signal from the hearing aid input signal (Figure 4). The feedback signal is estimated by filtering the hearing aid output by an estimate of the acoustic feedback path transfer function. The transfer



Figure 4. Adaptive feedback cancellation approach.

function is modelled as a fixed delay followed by an adaptive FIR filter. The fixed delay was set to 0.85 milliseconds which, as stated previously, roughly corresponds to the average group delay of the acoustic feedback path. Measurements of the maximum stable gain also indicated this to be an optimal value. The inclusion of a fixed delay allows the use of a shorter FIR filter which reduces computation. The use of an adaptive as opposed to a fixed filter reduces the vulnerability of the system to changes in the acoustic environment.

The coefficients of the adaptive filter are estimated in a joint process estimator configuration. The inputs to the estimator are the reference signal—the delayed hearing aid output, and the error signal—the difference between the microphone input signal and the adaptive filter output. The coefficient adaptation is accomplished via the LMS algorithm. The stepsize of the LMS adaptation, μ, was continuously updated as per

$$\mu = \frac{k}{N(\text{signal power})}$$

where $N$ is the number of filter coefficients and $k$ is a constant. To assure convergence of the filter coefficients, $k$ was set to a value less than 0.01 [6]. The coefficients adapt to 90% of their final value in ~150 millisecond and to 100% of their final value in ~1 second.

To explore the effect of this system on speech signals, spectral measurements of the system output given a sustained vowel input were made. With a fixed delay in the reference signal path of roughly 0.7 to 1.0 milliseconds, feedback suppression is accomplished with minimal, if any, attenuation of formant amplitudes. Without this delay, feedback cancellation appears to improve (the maximum stable gain is increased) but some attenuation of the formant amplitudes of the vowel signal also occurs. This observation is consistent with measurements [7] which indicate that a delay of roughly one millisecond is sufficient to significantly decorrelate speech signals and suggests that the fixed delay in the reference signal path may serve to decorrelate the primary and reference signals. Spectral measurements of the system output given a sustained vowel input indicate some attenuation of formant amplitudes with filter lengths greater than 24, even with a one millisecond delay in the reference signal path. Elimination of the delay, further increased the degree of attenuation. Increasing the filter length does increase the maximum stable gain of the system (~2 dB per doubling of filter length for filters of 6-48 taps). However, both memory requirements and the desire to maintain optimal speech quality restricted performance evaluations to 6 and 12-coefficient filter implementations. Preliminary results with the adaptive feedback cancellation approach appear promising and are described below.

PERFORMANCE EVALUATION OF
ADAPTIVE FEEDBACK CANCELLATION

The performance evaluation focussed on two major questions: 1) the magnitude of the increase in maximum stable gain with the adaptive feedback cancellation (AFC) scheme and 2) the effect, if any, on speech and sound quality of the AFC scheme.

GNR_D0384344

The maximum stable gain of a hearing aid is the maximum gain the aid can deliver without becoming unstable and generating acoustic feedback. Measurements of maximum stable gain were conducted under the same acoustic conditions as were used to characterize the acoustic feedback path as described above. Maximum stable gain was determined by increasing the gain of the hearing aid system until an audible "howl" was heard over a test microphone and then decreasing the gain until the howl ceased. This gain value was recorded as the maximum stable gain. The test microphone was placed either near the subject in the sound booth or in the terminus of the ear canal within KEMAR's head. To reduce the bias and variability of this subjective technique, several measurements were made for each condition by two independent experimenters and were generally repeated in at least two independent test sessions. Measurements were performed on KEMAR and on two unilaterally deaf individuals. The results with KEMAR and with the dead ears of the two subjects were in good agreement.

Three feedback suppression modes were compared: 1) no feedback suppression, 2) AFC with a 6-coefficient adaptive filter, and 3) AFC with a 12-coefficient adaptive filter. The increase in maximum stable gain provided by the two



Figure 5. Output spectrum (measured at a microphone placed at the ear canal terminus in KEMAR's head) given speech-shaped noise as input (over a loudspeaker in a sound booth) (a) without adaptive feedback cancellation (AFC) and (b) with AFC. Each curve corresponds to a 5 dB increase in the hearing aid gain. The same gains were applied to both systems with the exception of the peak gain applied with the AFC system (corresponding to the dashed line). This gain was 5 dB greater than the peak gain applied to the non-AFC system.

feedback suppression modes relative to mode 1 across a variety of conditions were 6-8 dB and 8-10 dB, respectively. Figure 5 demonstrates the increase in stable gain achieved with the 12-coefficient AFC. Without feedback suppression, feedback begins to occur at 2300 Hz after a +20 dB increase in gain. With 12-coefficient AFC, little if any feedback is present even after a +30 dB gain increase.

Informal listening tests by normal-hearing listeners indicate that the feedback cancellation algorithm has little, if any, effect on the quality of speech or music signals. However, relatively steady-state tonal signals, e.g. whistles, tend to be attenuated by the algorithm.

For the purpose of field trials, hearing-impaired listeners were fitted with a wearable, pocket-sized processor coupled via a cable to a BTE earpiece housing the input and output transducers. The pocket processor was programmed with three modes: no feedback cancellation, 6-coefficient feedback cancellation, and 12-coefficient feedback cancellation. In terms of speech quality, the hearing-impaired listeners found no difference between the three modes. In terms of the effectiveness of the feedback suppression modes, roughly half of the subjects found the increase in the maximum stable gain provided by the feedback cancellation modes sufficient to suppress feedback in most situations prone to feedback in the "no feedback cancellation" mode. For the remainder of the subjects, primarily those with severe hearing losses and, consequently, those requiring high gains, feedback was not completely suppressed in the feedback cancellation modes.

## SUMMARY

The observed differences between measurements of the acoustic feedback path transfer function for a given listener under various acoustic conditions support the use of adaptive methods for feedback suppression. Of the three methods explored, adaptive feedback cancellation appears to be the most promising. The current implementations provide an increase of 6-10 dB in the maximum stable gain of the hearing aid with little or no loss in speech quality. This increased gain can provide a benefit for moderately-impaired listeners. Further work is necessary to provide a greater increase in the stable gain and, thus, to extend this benefit to severely-impaired listeners

## REFERENCES

[1] Preves, D.A. "The Effect of Phase Compensation on the Group Delay of Hearing Aids," Proc. IEEE Seventh Annual Conf. of the Eng. in Med. and Biol. Society, pp. 1109-1113:1985.

[2] Levin, H., Dugot, R.S., and Kopper, K.W. "Programmable Digital Hearing Aid System," U.S. Patent #4,731,850, Mar 1988.

[3] Egolf, D. Personal communication, 1988.

[4] Best, L.C. "Digital Suppression of Acoustic Feedback in Hearing Aids," Unpub. Master's Thesis, Univ. of Wyoming, Dept. of Elec. Eng., Laramie, Wyoming, 1985.

[5] Lybarger, S.F. "Acoustic Feedback Control," The Vanderbilt Hearing-Aid Report edited by G.A. Studebaker and F.H. Bess, Monographs in Contemporary Audiology, pp.91-93, 1982.

[6] Widrow, B. and Stearns, S.D. Adaptive Signal Processing, Prentice-Hall Inc., Englewood Cliffs, New Jersey, 1985.

[7] Noll, P. "Non-adaptive and adaptive DPCM of speech signals," Polytech. Tijdschr. Ed. Elektrotech./Elektron. (The Netherlands), No. 19, 1972.

2020

GNR_D0384345

DX-1240

J. COMMUN. DISORD.
24 (1991), 223–235

# THE PROBLEM OF FEEDBACK IN HEARING AIDS

**JAMES M. KATES**
*Center for Research in Speech and Hearing Sciences, City University of New York*

One of the factors that limits hearing-aid performance is feedback. This paper discusses the problem of feedback in hearing aids, illustrated with examples based on a computer simulation of hearing-aid behavior. The available technology for dealing with the problem of feedback is then reviewed, and new digital signal-processing approaches are described that may finally solve the feedback problem.

## INTRODUCTION

Feedback is a common problem in hearing aids. Feedback occurs when the amplified signal being output to the ear canal is routed back to the microphone input of the instrument. Low levels of feedback may not be noticeable, but high levels give rise to the phenomenon of "whistling" that is the bane of hearing-aid users and fitters. The feedback limits the maximum usable gain of the instrument and degrades the overall system response.

The objective of signal processing in reducing feedback is to increase the usable gain of the hearing aid while preserving the intelligibility of speech and maintaining the environmental awareness of the user. Several different procedures have been implemented in hearing aids to reduce feedback, the most common being modifications to the frequency response to reduce the output in the frequency region where feedback tends to occur, but none of these procedures have been truly effective in eliminating feedback. New techniques, based on digital signal processing and adaptive filters, are currently being developed. The adaptive filters are based on estimating the feedback signal and subtracting it from the input to cancel the feedback path.

The objective of this paper is to explain the feedback behavior of hearing aids and the techniques that are being used to reduce the effects of feedback. The paper begins with a discussion of the causes of feedback in

Address correspondence to James M. Kates, Center for Research in Speech and Hearing Sciences, City University of New York, Graduate School, 33 West 42nd St., New York, NY 10036.

© 1991 by Elsevier Science Publishing Co., Inc.                                                   223
655 Avenue of the Americas, New York, NY 10010                       0021-9924/91/$3.50

Defendants Trial
Exhibit

DX-1240

Civil Action no. 05-422

CONFIDENTIAL                                                                          LEV00004189

224                                                                    J. M. KATES



**Figure 1.** Cross section of an in-the-ear (ITE) hearing aid.

hearing aids. Examples are based on the behavior of in-the-ear (ITE) instruments. This is followed by a review of the techniques currently in use to control feedback. The paper concludes with a description of some of the new digital signal-processing techniques that are being developed.

## THE PHYSICS OF FEEDBACK

A cross-sectional view of a typical in-the-ear (ITE) hearing aid is presented in Figure 1. The major external features of the hearing aid are the microphone opening, the battery compartment, the volume control, the vent openings, and the receiver opening. The microphone is positioned near the top of the hearing-aid faceplate, above the battery compartment and the volume control, and the vent is at the bottom. The circuitry is internal to the instrument, positioned where there is available space, and is not shown. The receiver is located in the canal portion of the hearing aid, and the receiver output is conducted to the ear canal via a short tube. The vent runs through the shell of the instrument from the faceplate to the ear canal.

Both acoustic and mechanical feedback can occur in the hearing aid. The mechanical feedback is caused by the vibrations of the receiver being transmitted back to the microphone through the tubes and the walls of the hearing-aid shell. The acoustic feedback is due to sound transmission from the receiver to the microphone through the vent and through any acoustic leakage paths that may exist between the hearing-aid shell and

CONFIDENTIAL                                                         LEV00004190

FEEDBACK IN HEARING AIDS                                          225



**Figure 2.** Block diagram representation of an ITE hearing aid.

the ear into which it is inserted (Lybarger, 1982; Egolf, 1985). In most cases the vent is the dominant feedback path; acoustic leakage paths are equivalent to a small vent and can be subsumed under the vent model.

The hearing-aid behavior feedback can be modeled using the block diagram shown in Figure 2. The basic hearing aid is represented by the microphone, hearing-aid processing block, amplifier, and receiver. The receiver is assumed to be loaded by the unoccluded portion of the ear canal and the ear-drum impedance of the KEMAR anthropometric manikin (Burkhard and Sachs, 1975) since this is representative of the average acoustic environment presented by the adult ear. The mechanical and acoustic feedback paths connect the receiver output to the microphone input. The acoustic path is given by a vent typical of that in prescribed ITE instruments, having a length of 2.2 cm and a radius of 0.12 cm.

The transfer characteristics of the acoustic feedback path from the receiver to the microphone through the vent are illustrated in Figure 3 for a simulated ITE hearing aid (Kates, 1988a; 1988b; 1990b). At low frequencies the feedback path gives an attenuation of about 56.5 dB. At high frequencies, the feedback path has a very sharp resonance peak, the frequency of which corresponds to the half-wave resonance of the vent tube. The acoustic wave that propagates through the vent toward the faceplate gets partially reflected at the vent opening, returns towards the receiver, gets partially reflected at the vent opening near the receiver, and so on to give a series of reflections that constructively interfere at an input frequency of 7 kHz to give the peak in the response.

The attenuation of the feedback path, which is greater than 50 dB over most of the indicated frequency range, may appear to be adequate to ensure no feedback problems until one realizes that a hearing aid may have over 40 dB of acoustic gain. Thus the sound pressure reradiated by the vent will be close to the incoming sound pressure level, giving a feedback loop with nearly unity gain. The normal operating settings of an

CONFIDENTIAL                                                      LEV00004191

226    J. M. KATES



**Figure 3.** Transfer function for a vent acoustic feedback path from the receiver to the microphone.

instrument may therefore bring it very close to oscillation, and modifications to the acoustic path, such as bringing a telephone receiver close to the aided ear, may cause the system to become unstable and start to whistle.

Acoustic feedback through the vent will affect the frequency response of the hearing aid even if the instrument is not whistling. The feedback effects are illustrated in Figure 4 for a simulated ITE hearing aid mounted on KEMAR and containing the vent used for Figure 3. The dashed line is the frequency response for the hearing aid without the vent, and the solid line is the frequency response for the vented system. The change in the frequency response at low frequencies is due to the vent–ear canal resonance and is not a feedback effect (Kates, 1988b), but the changes in the response at frequencies above about 1 kHz are due to the acoustic feedback. For this simulated instrument, both response peaks at about 2.2 and 5.4 kHz have increased in level by about 5 dB, changing the intended frequency response. The sharper response peaks also mean that the temporal response of the hearing aid will show longer ringing effects, and the greater system gain at the resonance frequencies means that the hearing aid is more likely to reach its limit of linear amplification and start to distort.

CONFIDENTIAL

APPENDIX A10

5

FEEDBACK IN HEARING AIDS                                                      227



**Figure 4.** *In situ* frequency response for a simulated ITE hearing aid with vent (solid line) and without vent (dashed line).

## EXISTING FEEDBACK REDUCTION

Several different processing techniques are available in existing hearing aids to help reduce feedback. A low-pass filter is sometimes used to reduce the gain of the instrument at the high frequencies where feedback typically occurs. Other manufacturers provide controls that shift the locations of the receiver resonance peaks to lower frequencies (Ammitzboll, 1987) in order to reduce the gain at the frequencies near feedback. These common approaches reduce feedback by reducing the output at high frequencies, and leave unsolved the problem of reducing feedback without compromising the desired frequency response of the hearing aid.

Another approach is to provide adjustments to the amplifier phase response to reduce the tendency to oscillate at a specific frequency (Egolf, 1982). While a phase shift can reduce the tendency to oscillate at the one frequency, it may increase the possibility of oscillations at other frequencies. At best, one would expect only 1- or 2-dB improvement in gain from such a system.

Specific solutions are available for special feedback problems. In some high-power hearing aids, for example, the mechanical vibrations from the receiver can be carried back to the microphone through the walls of the hearing aid and cause oscillation. The degree of vibration can be reduced by using two receivers mounted back-to-back and having a common out-

CONFIDENTIAL

LEV00004193

228                                                                    J. M. KATES

put. Both diaphragms move toward or away from the center of the pair at the same time, thus canceling the mechanical moment of the receiver vibration and reducing feedback. Increases in gain of up to 10 dB can be expected in unvented hearing aids that are free from acoustic leaks.

Acoustic modifications are also possible to reduce feedback. In behind-the-ear (BTE) hearing aids, the acoustics of the earhook can be modified to reduce the gain in a selected frequency region. An acoustic notch filter or a low-pass filter characteristic (Killion, 1985) can be used to reduce feedback in a manner analogous to their electronic counterparts. The earmold venting for a BTE fitting can also be designed so that the vent has a low-pass acoustic filter response (Macrae, 1981; 1983) that reduces the amount of high-frequency power that makes its way back to the microphone through the vent. Acoustic modifications are most suitable for BTE instruments where there is space for the acoustic circuit elements, and the application to ITE instruments is limited.

The majority of the existing feedback-suppression approaches reduce feedback by reducing the high-frequency output of the hearing aid. Reducing the relative gain at high frequencies allows the volume control setting to be increased, but the actual output at high frequencies remains unchanged. Some specialized solutions for specific problems, such as the use of paired receivers to reduce mechanical feedback, have proven to be successful, but no commercially available system can control all forms of mechanical and acoustic feedback simultaneously. Thus the problem of reducing feedback while keeping the desired response characteristics of the hearing aid remains unsolved in existing products.

## DIGITAL FEEDBACK REDUCTION

Feedback reduction is an area where digital signal processing is expected to benefit future hearing aids. New procedures, based on adaptive cancellation (Widrow et al., 1975), are being developed. In an adaptive cancellation system, the hearing-aid output signal is sampled, processed through an adaptive filter, and subtracted from the input from the microphone. The adaptive filter provides an estimate of the feedback path, and the subtraction from the microphone signal reduces the net intensity of the feedback signal that enters the amplifier, thus improving stability and allowing increased gain.

A block diagram of an adaptive feedback cancellation system is presented in Figure 5. The mechanical and acoustic feedback paths, shown separately in the block diagram of Figure 2, have been combined into a single composite feedback path. The input to the adaptive filter is the amplifier output $u(n)$. The adaptive filter output is $v(n)$, which is subtracted from the microphone signal $s(n)$. The adaptive filter shapes the amplifier output to match the combination of the receiver, feedback path,

CONFIDENTIAL

FEEDBACK IN HEARING AIDS                                                 229



**Figure 5.** Block diagram for the adaptive feedback cancellation system.

and microphone responses; the more precise the estimate of these functions, the greater the degree of feedback cancellation. The adaptive filter computes this estimate by minimizing the signal $e(n)$. The adaptive filter will drive the error signal towards zero by matching the filtered amplifier output to the feedback signal picked up by the microphone.

The processing of this type of feedback-cancellation system can adversely affect desired incoming signals. The adaptive filter has no way to distinguish between the feedback signal at the microphone input and an ambient signal; it tries to cancel any signal that is present at the microphone. The adaptive filter can be modified to minimize the effects on speech (Bustamante et al., 1989) by adding a time delay of about a millisecond. This system, however, will still cancel a sinusoid at the input; the sinusoid passes through the system and is amplified, and the adaptive filter adjusts the amplitude and phase of the amplified sinusoid to cancel the signal at the input. Thus certain alarm and alerting signals would be greatly reduced in amplitude by this system even though it is effective in reducing feedback. In the presence of speech-shaped noise, for example, Bustamante et al. (1989) found approximately 6–10 dB of feedback reduction with this type of procedure for a 6-tap digital filter, and each doubling of filter length increased the amount of feedback cancellation by about 2 dB.

It is clear from the above example that using the hearing-aid input signal as a cancellation signal has undesirable side effects. The cancellation of the input can be avoided if the signal being used to measure the characteristics of the feedback path is unrelated to the input. This can be achieved by using a special probe signal, such as a pseudorandom noise sequence (Eriksson and Allie, 1989). An example is shown in Figure 6. The noise signal $p(n)$ is now injected into the system and is used to probe the feedback path. The adaptive filter coefficients are adjusted to match

CONFIDENTIAL                                                              LEV00004195

APPENDIX A10

8

230                                                                    J. M. KATES



**Figure 6.** Block diagram for the adaptive feedback cancellation system with a noise probe signal.

the probe signal to the portion of the microphone signal that is due to the noise traveling through the feedback path. The coefficients are then copied to a filter that processes the entire hearing-aid signal to cancel the feedback path.

Using a probe sequence has the advantage that the input to the hearing aid will not be canceled along with the feedback. The disadvantage is that the presence of a signal at the microphone input interferes with the quality of the feedback-path estimate produced by the adaptive filter. The continuous noise that is being injected as the probe signal must be at a low enough level so as not to be annoying, so a probe at an input-referred level of about 40 dB SPL is about the most intense that could be used. Assume that the amplifier and receiver provide about 40 dB of gain, and that the feedback path provides about 55 dB of attenuation. The probe signal, when measured at the microphone, will then be at a level of about 25 dB SPL. During normal speech, which has a level of about 65 dB SPL, the system will be trying to adapt while functioning at a signal-to-noise ratio (SNR) of −40 dB. The adaptation procedure needs about a 0-dB SNR to function effectively (Treichler, 1979), so there will be substantial periods of time when the adaptive system will not be able to function properly owing to ambient signals or noise.

An alternative approach to using a continuous low-level noise probe signal is to occasionally excite the hearing aid with a short, more-intense test signal, and from the response determine the optimum (Wiener) filter (Davenport and Root, 1958) for estimating the feedback path. This approach can give a more accurate estimate of the feedback path in the presence of interfering signals than can be obtained from the adaptive

CONFIDENTIAL                                                              LEV00004196

APPENDIX A10

9

FEEDBACK IN HEARING AIDS                                        231

noise cancellation procedures of Figure 5 or 6. The coefficients of the Wiener filter are updated when evidence of feedback is detected, and then held constant until the next change is required (Kates, 1990a).

The system proposed by Kates (1990a) is an adaptive version of a feedback-cancellation system proposed by Levitt et al. (1988) that used a time-invariant cancellation filter set when fitting the hearing aid. The fixed filter, however, cannot adjust to changes in the acoustic environment. Such changes occur when a telephone receiver is moved close to the aided ear, when a hand is brought up to the hearing aid to adjust the volume control, or when the position of the instrument shifts in the ear, as may occur during eating or talking. The adaptive system, on the other hand, updates the estimated feedback path whenever changes are detected in the feedback behavior. The criterion for a change in the feedback path is the onset of oscillation. When oscillation is detected, the normal hearing-aid processing is interrupted. A pseudorandom noise burst is injected into the system as a probe signal, and a set of filter coefficients is adjusted to give an estimate of the feedback path. The hearing aid is then returned to normal operation with the feedback-cancellation filter as part of the system.

The feedback-cancellation scheme described above differs from other feedback-reduction systems (Patronis, 1978; Bustamante et al., 1989) in that the adaptation does not occur continuously. A disadvantage of the noncontinuous estimation approach is that small changes in the feedback path may go undetected if they do not cause the system to go unstable; this disadvantage can be overcome by estimating the feedback path on a periodic update schedule or by the user initiating an update request. The automatic detection of instability, however, would still be needed to guarantee that no oscillation occurs in normal use.

An advantage of the approach is that the probe sequence can be very short, typically 50 msec, and it need not occur very often. Speech intelligibility is not expected to be significantly affected by the short pseudorandom noise burst since Miller and Licklider (1950) found that alternating 50-msec segments of speech with 50-msec gaps filled with random noise caused only a small reduction in intelligibility, independent of the signal-to-noise ratio (SNR). In addition, they reported that the speech was perceived as being continuous despite the gaps. A continuous pseudorandom noise sequence, as discussed above, would be undesirable since it would reduce the signal-to-noise ratio of the signal at all times. In addition, relatively intense probes may be needed to overcome the difficulties in accurately estimating the feedback path in the presence of interfering ambient noise; a short noise burst is probably acceptable, but a continuous probe sequence would mask the desired speech signal.

Another advantage of the approach is that switching off the normal hearing-aid processing interrupts the feedback loop during the estimation

CONFIDENTIAL

LEV00004197

232                                                                    J. M. KATES



**Figure 7.** Block diagram for the feedback detection and cancellation system.

of the feedback path. This can greatly improve the signal-to-noise ratio
during the estimation since the feedback oscillations (at maximum am-
plifier power output) are eliminated. These oscillations could, however,
be present during a continuous low-level probe measurement.

  The feedback-cancellation system is illustrated in Figure 7. The figure
shows the basic hearing aid consisting of the microphone, hearing-aid
processing, amplifier, receiver, and feedback path. To the basic instru-
ment is added the feedback detection and the cancellation filter. The feed-
back detection determines if a sinusoid having power above a preset
threshold is present at the microphone. If so, the normal hearing-aid pro-
cessing is disengaged and the pseudorandom noise burst used as a probe
sequence is injected into the system. If the noise burst and the detection
threshold are set to the same level, for example 80 dB SPL, then the probe
becomes a continuation of the incoming signal intensity and would not
be annoyingly loud.

  The filter coefficients are computed during the noise burst. The signal
at the microphone is compared with the amplified probe signal, the pro-
cessing is averaged over the duration of the noise burst, and the filter
coefficients are then computed at the end of the noise burst. A computer
simulation of the system (Kates, 1990a) indicates that a 32-tap filter can
give about 17 dB of feedback cancellation in quiet or in the presence of
65-dB SPL speech-shaped noise, and can still give 12 dB of cancellation
in the presence of an 80-dB SPL sinusoid. The noise burst used for the

CONFIDENTIAL                                              LEV00004198

FEEDBACK IN HEARING AIDS                                    233

simulations had a duration of 50 msec and an input-referred level of 80 dB SPL. Increasing the filter length to 64 taps or reducing it to 16 taps gave poorer results.

Another feedback-reduction scheme that is occasionally proposed is to use an adaptive notch filter to remove the feedback oscillations from the system. Such a system would suffer from several problems. First, the notch filter would be designed to remove sinusoidal components rather than to estimate and cancel the feedback path; thus reducing the amplitude of one component does not guarantee stability since the hearing aid may start to oscillate at another frequency as the gain is increased. The notch filter would also share a problem with the adaptive cancellation system of Figure 5 since it would automatically reduce the amplitude of sinusoidal alarm and alerting signals.

A further problem with a notch filter is that such a system could enter into nonlinear oscillations. In cancelling a component at a specific frequency, the notch filter may change the phase response of the hearing aid so that it starts to oscillate at a different frequency; the notch then adapts to the new frequency, but in doing so returns the hearing aid to conditions that allow oscillation at the original frequency. In this way the notch filter would cause the hearing aid to continuously oscillate between the two frequencies without permanently eliminating either one. Multiple notch filters could alleviate this problem, but at the expense of greatly increasing the system complexity and without a guarantee that the resulting system would be stable under all expected conditions.

## CONCLUSIONS

The ideal feedback-reduction system will control all forms of feedback no matter what the system frequency response, will not remove or modify desired incoming signals, and will fit into an ITE shell. Needless to say, such a system does not yet exist. The general-purpose solutions implemented in current hearing aids reduce feedback by reducing the high-frequency output of the instrument, and are accepted only due to the lack of anything better.

While the digital systems also have limitations, the effectiveness as shown in experiment and simulation is much greater than currently available technology and the potential problems are far fewer. Especially important is the ability to cancel all forms of feedback, both mechanical and acoustic, with the same basic system. Thus digital feedback cancellation could be added to a hearing aid without any need for prior knowledge about the design or behavior of the instrument.

The price for digital processing is the complexity and power consumption of the circuits. This will preclude fitting digital feedback cancellation into ITEs, where it is most needed, for a period of several years. Digital

234

J. M. KATES

processing in a BTE package is more feasible, but even here there is a considerable amount of progress needed in digital technology in order to solve the problems of size and battery drain. Thus digital algorithms offer a solution to the feedback problem, but practical digital implementations will require solutions of their own.

The research presented in this paper was supported by grant No. H133E80019 from the National Institute on Disability and Rehabilitation Research.

## REFERENCES

Ammitzboll, K. (1987). Resonant peak control. U.S. Patent No. 4 689 818.

Burkhard, M. D., and Sachs, R. M. (1975). Anthropometric manikin for acoustic research. *J. Acoust. Soc. Am.* 58:214–222.

Bustamante, D. K., Worrall, T. L., and Williamson, M. J. (1989). Measurement of adaptive suppression of acoustic feedback in hearing aids. Proc. 1989 International Conference on Acoustics Speech and Signal Processing, Glasgow, pp. 2017–2020.

Davenport, W. B., and Root, W. L. (1958). *An Introduction to the Theory of Random Signals and Noise.* New York: McGraw-Hill.

Egolf, D. P. (1982). Review of the acoustic feedback literature from a control theory point of view. In G. Studebaker and F. Bess (eds.), *The Vanderbilt Hearing-Aid Report.* Upper Darby, PA: Monographs in Contemporary Audiology, pp. 94–103.

Egolf, D. P., Howell, H. C., Weaver, K. A., and Barker, S. (1985). The hearing aid feedback path; Mathematical simulations and experimental verification. *J. Acoust. Soc. Am.* 78(5):1578–1587.

Eriksson, L. J., and Allie, M. C. (1989). Use of random noise for on-line transducer modeling in an adaptive active attenuation system. *J. Acoust. Soc. Am.* 85(2):797–802.

Kates, J. M. (1988a). A computer simulation of hearing aid response and the effects of ear canal size. *J. Acoust. Soc. Am.* 83(5):1952–1963.

Kates, J. M. (1988b). Acoustic effects in in-the-ear hearing aid response: Results from a computer simulation. *Ear Hear.* 9(3):119–132.

Kates, J. M. (1990a). Feedback cancellation in hearing aids. Proceedings of the 1990 IEEE International Conference on Acoustics, Speech, and Signal Processing, Albuquerque, NM, pp. 1125–1128.

Kates, J. M. (1990b). A time-domain digital simulation of hearing-aid response. *J. Rehab. Res. Dev.* 27(3):279–294.

Killion, M. (1985). Response-modifying earhooks for special fitting problems. *Audecibel,* Fall.

Levitt, H., Dugot, R. S., and Kopper, K. W. (1988). Programmable digital hearing aid system. U.S. Patent No. 4 731 850.

CONFIDENTIAL

LEV00004200

APPENDIX A10

13

FEEDBACK IN HEARING AIDS                                                                235

Lybarger, S. F. (1982). Acoustic feedback control. In G. Studebaker and F. Bess (eds.), *The Vanderbilt Hearing-Aid Report*, Upper Darby, PA: Monographs in Contemporary Audiology, pp. 87–90.

Macrae, J. (1981). A new kind of earmold vent—The high-cut cavity vent. *Hear. Instrum.* 32(10):18–64.

Macrae, J. (1983). Vents for high-powered hearing aids. *Hear. J.* 36(1):13–16.

Miller, G. A., and Licklider, J. C. R. (1950). The intelligibility of interrupted speech. *J. Acoust. Soc. Am.* 22(2):167–173.

Patronis, E. T. (1978). Electronic detection of acoustic feedback and automatic sound system gain control. *J. Audio Eng. Soc.* 26(5):323–326.

Treichler, J. R. (1979). Transient and convergent behavior of the adaptive line enhancer. *IEEE Trans. Acoust. Speech Sig. Process.* ASSP-27(1):53–62.

Widrow, B., Glover, J. R. Jr., McCool, J. M., Kaunitz, J., Williams, C. S., Hearn, R. H., Zeidler, J. R., Dong, E. Jr., and Goodlin, R. C. (1975). Adaptive noise canceling: Principles and applications. *Proc. IEEE* 63(12):1692–1716.

CONFIDENTIAL