IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 05-422 (GMS) |
| SONIC INNOVATIONS, INC., et al, | ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF ROBERT KINDER IN SUPPORT OF
PLAINTIFF ETG'S MEMORANDUM IN SUPPORT OF ITS
MOTION FOR JUDGMENT AS A MATTER OF LAW**

I, Robert Kinder, declare, depose and state as follows:

1. I am an attorney with the law firm of Hunton & Williams, LLP and I am one of the attorneys representing Energy Transportation Group, Inc. ("ETG") in the above-captioned litigation.

2. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently as to their truth.

3. Attached as Exhibit A is a true and correct copy of excerpts of the transcript of the trial in the above-captioned action.

4. Attached as Exhibit B is a true and correct copy of DX 956, "An Adaptive Open-Loop Estimator for the Reduction of Acoustic Feedback, Master's Thesis of Kim Weaver."

5. Attached as Exhibit C is a true and correct copy of DX 1010, Levitt Deposition Exhibit 115, Abstract from the Journal of the Acoustical Society of America (JASA), Volume 77, Sprint 1985, Supplement 1.

6. Attached as Exhibit D is a true and correct copy of DX 962, Weaver Deposition Exhibit 209, The Journal of the Acoustical Society of America, Supplement 1, Volume 77, Spring 1985, Contributed Paper "Electronic Cancellation of Acoustic Feedback to Increase Hearing-Aid Stability," by Kim Weaver and David Egolf, bearing bates nos. EGOLF02173 - EGOLF02178.

7. Attached as Exhibit E is a true and correct copy of DX 963, Weaver Deposition Exhibit 210, "Electronic Cancellation of Acoustic Feedback to Increase Hearing-Aid Stability," by Kim Weaver and David Egolf, bearing bates nos. EGOLF02211 - EGOLF02224.

8. Attached as Exhibit F is a true and correct copy of excerpts from DX 1357, Todd Deposition Exhibit 4, Veterans Administration Rehabilitation R&D Progress Reports 1984, attached pages bearing bates nos. DEM523690 - DEM523693 and DEM523864 - DEM523865.

9. Attached as Exhibit G is a true and correct copy of DX 971, Larson Deposition Exhibit 17, The Hearing Center, A Conference for Hearing Health Professionals, the "Jackson Hole Presentation," bearing bates nos. OTI009448 - OTI009453 and OTI009463 - OTI009464.

10. Attached as Exhibit H is a true and correct copy of JX 43A, Weaver Deposition Exhibit 217, Letter from David Egolf to Vernon Larson, dated August 31, 1984 and bearing bates nos. DEM517637 - DEM517640.

11. Attached as Exhibit I is a true and correct copy of DX 975, Egolf Deposition Exhibit 21, "The Hearing Aid Feedback Path Mathematical Simulations and Experimental Verification," by David Egolf, Henry Howell, Kim Weaver, and D. Steven Barker, bearing bates nos. DEM517931 - DEM517940 (also attached is a clean copy of the document bearing the same bates numbers without the trial exhibit or deposition exhibit tags).

12. Attached as Exhibit J is a true and correct copy of DX 1111, Best Deposition Exhibit 2, "Digital Suppression of Acoustic Feedback in Hearing Aids," by Leland Best, "Best Thesis," bearing bates nos. BEST00340 - BEST00415.

13. Attached as Exhibit K is a true and correct copy of JX 51, Printout from University of Wyoming Library, OCLC.

14. Attached as Exhibit L is a true and correct copy of JX 4, U.S. Patent No. 4,731,850 entitled "Programmable Digital Hearing Aid System."

15. Attached as Exhibit M is a true and correct copy of a Defendant Demonstrative Labeled "ETG Patents."

16. Attached as Exhibit N is a true and correct copy of Defendant Demonstratives regarding the '850 Patent Feedback Cancelling Filter.

17. Attached as Exhibit O is a true and correct copy of PX 576, FTC Facts for Consumers, Sound Advice on Hearing Aids, bearing bates nos. ETG00045364 - ETG00045367.

18. Attached as Exhibit P is a true and correct copy of JX 305, DSPRAP #1, Diva 2 Feedback Cancellation, dated September 25, 2006 and bearing bates nos. WID234003 - WID234030.

19. Attached as Exhibit Q is a true and correct copy of JX 138, Demant (Christensen) Deposition Exhibit 50, The AFB Algorithm P833, dated January 4, 2007 and bearing bates nos. DEM005179 - DEM005237.

20. Attached as Exhibit R is a true and correct copy of JX 2, U.S. Patent No. 4,879,749 entitled "Host Controller for Programmable Digital Hearing Aid System."

21. Attached as Exhibit S is a true and correct copy of JX 6, U.S. Patent No. U.S. Patent No. 7,106,871, bearing bates nos. DEM518858 - DEM518865.

22. Attached as Exhibit T is a true and correct copy of JX 26, Demant (Schaub) Deposition Exhibit 42, Bernafon - A Summary of the Alaska Feedback Manager Operation and Use, Revision 1.2, dated September 26, 2001 and bearing bates nos. DEM006035 - DEM006042.

23. Attached as Exhibit U is a true and correct copy of JX 29, Demant (Christensen) Deposition Exhibit 49, Simulation Model: JUMP Hearing Aid and AFB System, bearing bates nos. DEM010798 - DEM010822.

24. Attached as Exhibit V is a true and correct copy of JX 32, Demant (Christensen) Deposition Exhibit 57, Jump3 User Guide, 1.1 Development Target, Updated December 14, 2006, bearing bates nos. DEM003960 - DEM004097.

25. Attached as Exhibit W is a true and correct copy of JX 264, Requirement Specification for the Digital IC of the Alaska Processor, bearing bates nos. DEM003452 - DEM003789.

26. Attached as Exhibit X is a true and correct copy of JX 266, Jump2B - The Facts, A Short Guide to the Jump2B Chip Set -- for Users and Programmers, dated November 2000 and bearing bates nos. DEM003922 - DEM003959.

27. Attached as Exhibit Y is a true and correct copy of PX 497, Nielsen Deposition Exhibit 74, Hearing Aid Schematic, Highlighted Copy "Rollo Powepoint_Total_2.0_Topmøde_maj_ 2005.ppt, produced as a native file on WID000006.

28. Attached as Exhibit Z is a true and correct copy of PX 30, Demant (Christensen) Deposition Exhibit 51, Oticon Adapto Product Brochure: The Explanation, bearing bates nos. DEM000444 - DEM000454.

29. Attached as Exhibit AA is a true and correct copy of PX 31, Demant (Christensen) Deposition Exhibit 52, Oticon Gaia Handbook, bearing bates nos. DEM0011366 - DEM001363.

30. Attached as Exhibit BB is a true and correct copy PX 33, Demant (Christensen) Deposition Exhibit 58, "Oticon Syncro Handbook," bearing bates nos. DEM002099 - DEM002165.

31. Attached as Exhibit CC is a true and correct copy of PX 231, Demant (Christensen) Deposition Exhibit 53, Oticon AtlasPlus Product Brochure: Open Up to a New World of Digital Hearing, bearing bates nos. DEM000766 - DEM000777

32. Attached as Exhibit DD is a true and correct copy of PX 393, Demant (Schaub) Deposition Exhibit 45, Bernafon SymbioXT Product Brochure: A Revolution: The First ChannelFree Digital Hearing System in the World, bearing bates nos. DEM000165 - DEM000180.

33. Attached as Exhibit EE is a true and correct copy of PX 376, Widex (T. Westermann) Deposition Exhibit 24, Feedback Cancelling with Minimal Side Effects - Possibilities with the Senso Diva, dated December 11, 2001.

34. Attached as Exhibit FF is a true and correct copy of PX 377, Widex (T. Westermann) Deposition Exhibit 31, Inteo integrated Hearing Science Presentation.

35. Attached as Exhibit GG is a true and correct copy of PX 378, Widex (T. Westermann) Deposition Exhibit 32, Widex Inteo Presentation with Speaker Notes.

36. Attached as Exhibit HH is a true and correct copy of PX 409, Demant (Christensen) Deposition Exhibit 54, Oticon's Open-Ear Acoustics Product Brochure: Please Open Your Mind for a Little Experiment, bearing bates nos. DEM002217 - DEM002223.

37. Attached as Exhibit II is a true and correct copy of PX 501, Nielsen Deposition Exhibit 91, Widex Inteo Integrated Signal Processing - A New Standard in Enhancing Hearing Aid Performance, produced as a native file on WID000007.

38. Attached as Exhibit JJ is a true and correct copy of PX 791, Feedback Cancellation with Minimal Side Effects - Possibilities with the Senso Diva (with figures), dated December 11, 2001 and bearing bates nos. WID142033 - WID142052.

39. Attached as Exhibit KK is a true and correct copy of PX 810, FBC Description [Danish and English Versions], bearing bates nos. WID160308 - WID160312.05.

40. Attached as Exhibit LL is a true and correct copy of PX 820, Nielsen Deposition Exhibit 82, Senso Diva Brochure: Frequently Asked Questions, bearing bates nos. WID163223 - WID163249.

41. Attached as Exhibit MM is a true and correct copy of DX 1417, Sumo DM Fitting Guide, bearing bates nos. DEM004691 - DEM004718.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 27, 2008 in Washington, D.C.

_____
Robert Kinder

## CERTIFICATE OF SERVICE

I do hereby certify that on the 27th day of March, 2008, I caused a true copy of the foregoing *Declaration of Robert Kinder in Support of Plaintiff ETG, Inc's Memorandum in Support of Its Motion For Judgment as a Matter of Law* to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Mary B. Graham (#2256)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
901 New York Ave., N.W.
Washington, DC  20001-4413

*Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC*

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19899

William H. Mandir
David J. Cushing
Carl J. Pellegrini
SUGHRUE MION PLC
2100 Pennsylvania Ave., N.W.
Washington, DC  20037

*Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.*

/s/ Matthew A. Kaplan
Matthew A. Kaplan (# 4956)