# EXHIBITS A THROUGH MM
# ARE FILED SEPARATELY DUE TO SIZE