IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 05-422 (GMS) ) |
| SONIC INNOVATIONS, INC., et al, | ) ) ) |
| Defendants. | ) ) |

**EXHIBITS 5 THROUGH 10 IN SUPPORT OF DECLARATION OF DANIEL G. VIVARELLI, JR. IN SUPPORT OF PLAINTIFF ENERGY TRANSPORTATION GROUP INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION <u>FOR ENHANCED DAMAGES AND ATTORNEY'S FEES</u>**

|  |  |
|---|---|
| | Edmond D. Johnson (# 2257) |
| | Matthew A. Kaplan (# 4956) |
| | PEPPER HAMILTON |
| | Hercules Plaza Suite 5100 |
| | 1313 Market Street |
| OF COUNSEL: | Wilmington, DE 19899-1709 |
| | 302.777.6500 |
| Marty Steinberg | |
| HUNTON & WILLIAMS LLP | *Attorneys for Energy Transportation Group, Inc.* |
| 1111 Brickell Avenue , Suite 2500 | |
| Miami, Florida  33131 | |
| Telephone:  (305) 810-2500 | |

Brian M. Buroker
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006-1109
Telephone:  (202) 955-1500

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone:  (804) 788-8788

Dated:  March 27, 2008