Exhibit 5



EXHIBIT

PX 394
_____

DEM000181

## Symbio XT information

| Symbio XT ITE | | | |
|---|---|---|---|
| 260 ITE | 330 ITC 350 HS | 410 MC | 400 CIC |

## Symbio XT information

| Symbio XT ITE | |
|---|---|
| 265 ITE DM | 325 ITC DM 355 HS DM |

## Frequency responses

*IEC 60118-7 (IEC 60126)*
*2cc Coupler*

*IEC 60118-0 (IEC 50711)*
*Earsimulator*



Symbio XT 265 ITE DM



Symbio XT 325 ITC DM
Symbio XT 355 HS DM

## Programming



oasis