Exhibit 7

Case 1:05-cv-00422-GMS   Document 551-4   Filed 03/28/2008   Page 1 of 6





## Designed for you and your demanding clients

As perfect as a Swiss watch, SwissEar™ continues the long tradition of excellence by Bernafon, Swiss manufacturer of innovative Hearing Solutions.

SwissEar™ was developed to meet the specific needs of the early stage, first time users age group. They generally have mild or high frequency hearing loss due to the initial stages of presbyacusis and/or noise exposure. These are traditionally hard to fit hearing losses that require specific care in the development of a hearing system, particularly to avoid unwanted side effects such as occlusion and feedback. First time users – basically younger people with a high frequency hearing loss – are active, discerning and committed to a high quality of life. They are willing and able to pay for an improvement in life quality, but only if the product meets expectations.

SWISS✚

bernafon

DEM000144

## Open Fitting Perfection

SwissEar™ blends the best open fitting solutions with Bernafon's proprietary hearing system technology into Open Fitting Perfection.

- Better speech understanding in noise
- Great sound quality
- Excellent fit, discrete and comfortable to wear
- Long-term flexibility – converts to full gain BTE
- Fast and accurate fitting
- Opportunity to expand your business



SWISSEAR

# Better speech understanding in noise

Potential SwissEar™ clients lead busy lives. Many are still working and most have an active social calendar. This means they find themselves in a variety of challenging listening situations.

## Great Directionality

Speech understanding is compromised in environments with competing noise. The only hearing instrument technology proven to increase speech understanding in noise is a directional microphone.

The SwissEar™ directional microphone has a hyper-cardioid response. Because directionality is applied to the high frequencies, which are most important for speech understanding, the freefield DI of SwissEar™ is a high 4.8 dB at 2 kHz.



Directional response SwissEar™



bernafon®

4

DEM000146



### Phonemic Compression

The human ear has a natural compression which is extremely fast. SwissEar's signal processing uses phonemic compression with exceptionally fast time constants. It captures individual phonemes — the shortest elements of speech — and amplifies them according to the client's hearing loss. SwissEar™ analyzes incoming sound and adjusts the gain 15,000 times per second, bringing conversation to life even in the most demanding situations.

### Soft Noise Management

Low-level noises, such as the whirring of a fan, are not meaningful and can cause annoyance and listening fatigue. SwissEar's Soft Noise Management reduces these sounds so listeners can focus on the important sounds they want to hear.

DEM000147