# Great sound quality

Sound quality is particularly important for leisure users. That is why the technology inside SwissEar has been designed to capture the subtle nuances of sound to convey the texture and emotion in music, films, theatre and the sounds of nature.

## ChannelFree™ Signal Processing

SwissEar uses Bernafon's proprietary ChannelFree™ digital signal processing. This revolutionary processing captures the whole sound signal without breaking it into channels or bands. The result is a very accurate amplification, applied exactly where it is needed.

## Adaptive Signal Unification™

In open fittings unamplified sound comes in through the vent and combines with the amplified sound from the hearing system. Phase differences between these signals can cause notches and bumps in the frequency response and degrade sound quality. Adaptive Signal Unification™ (ASU) controls the dynamic interaction of sounds entering the vent as they combine with the amplified signal to ensure high sound quality at all times.



frequency response without ASU
frequency response with ASU

## Adaptive Feedback Canceller

SwissEar uses a fast acting Adaptive Feedback Canceller to ensure feedback free fittings.



**bernafon**
Innovative Hearing Solutions

6

DEM000148

# Excellent fit, discrete and comfortable to wear

## Physical comfort with no occlusion

The SwissEar with silicone dome in the bowl bearing to nothing in the ear canal. The unique vent aperture allows sound to escape, eliminating occlusion. Outside air freely enters the canal, reducing moisture and enhancing the natural sound quality of low frequency sounds.



## Less visible, more fashionable

Cosmetics are important to the majority of hearing instrument users. Although CICs are considered to be least visible, occlusion can be a problem and gain may be insufficient. BTEs can solve these problems but are less cosmetically appealing. SwissEar™ combines the best of each to provide the perfect solution: useful high frequency amplification, cosmetic appeal, and no occlusion. SwissEar™ is available in a variety of fashionable shell colors and is almost invisible when worn on the ear.

## Fully Automatic

SwissEar™ is perfectly designed for an active lifestyle - so comfortable and fully automatic. Your client may forget they are even wearing it.



black silver     grey silver     pearl white



beige     red

SWISSEAR

7

DEM000149

# Long-term flexibility – converts to full gain BTE

## The hearing system that expands with the hearing loss

Hearing losses can change over time. That is why Bernafon has developed an expandable fitting range for SwissEar™. The thin SwissEar™ sound tube can easily be changed to a standard ear hook to provide additional gain and output. This conversion offers the possibility to fit more clients with SwissEar™ and allows the response to be changed if the client requires more gain.

The change of the acoustic parameters can be done in three easy steps in the OASIS plus fitting software. This unique conversion function allows SwissEar™ to meet the needs of clients both today and tomorrow.







DEM000150

# Fast and accurate fitting

Fitting SwissEar in OASIS plus is easy and fast. For a first fit, you only need to enter the client experience level. Save and quit. Let your patient experience the sound quality of SwissEar right on the spot.

## SoundMaster™ – client oriented fine-tuning

SoundMaster™ is the feature set designed to exploit the full technological capabilities of the powerful ChannelFree™ processor. SoundMaster™ integrates the client, the Hearing Care Professional and the hearing system to achieve optimum customization of the hearing system for each client. Fittings are easy and efficient, allowing the Hearing Care Professional more time for counselling.

## In-situ audiometry for the most precise fit

SwissEar offers the capability to measure the client's hearing through the instruments as they are being worn. Fittings based on in-situ audiometry are more accurate because they take individual ear acoustics into account.



SoundMaster™ – Speech Manager



OASIS plus – In-situ audiometry



9

DEM000151



## Expand your business today

With SwissEar™, Bernafon provides you the unique business opportunity to:

**■ satisfy a new user group**

SwissEar™ is specifically designed to meet the needs of younger, first-time users with high frequency hearing loss. Now there is finally a solution for this difficult to fit group.

**■ offer instant fitting with no delays**

With SwissEar™, there is no need to make impressions, no waiting. Clients can begin to experience the SwissEar™ benefit with their first appointment.

**■ provide the perfect long term solution**

SwissEar™ offers an adaptive acoustic system. Should the client require more gain, the conversion function allows you to easily adapt the acoustic system to the client's needs.

**■ bring new customers through your door**

The appeal of SwissEar™, combined with a smart lead generation campaign, will increase your customer traffic significantly.

*bernafon*®

10

DEM000152

# SwissEar™ – features that translate into user benefits

| Features | Benefits |
|---|---|
| ■ Steer Directionality | Better speech understanding in noise |
| ■ Phonemic Compression | |
| ■ Soft Noise Management | |
| | |
| ■ Channel Free™ Processing | Great sound quality |
| ■ Adaptive Signal Unification™ | |
| ■ Adaptive Feedback Canceller | |
| | |
| ■ Physical comfort with no occlusion | Excellent fit, discrete and comfortable |
| ■ Less visible, more fashionable | |
| ■ Fully automatic | |
| | |
| ■ System expands with the hearing loss | Long-term flexibility – converts to full gain BTE |
| ■ Easy conversion from Thin Sound Tube to earmold | |
| ■ 3-step conversion function in OASIS plus | |
| | |
| ■ SoundMaster™ for client oriented fitting | Fast, accurate fitting |
| ■ In-situ Audiometry for increased accuracy | |
| | |
| ■ Satisfy a new user group | Expand your business |
| ■ Offer instant fittings | |
| ■ Provide the perfect long-term solution | |
| ■ Bring new customers through the door | |

SWISSEAR

11

DEM000153

Bernafon provides a wide range of digital hearing systems that cover all of your client's needs.
All hearing instruments are fit with OASIS plus – the single, intelligent fitting software for all
Bernafon instruments.

 

www.bernafon.com

**Manufacturer:**
**Bernafon AG**
Morgenstrasse 131
3018 Bern
Switzerland
Phone   +41 (0)31 998 15 15
Fax      +41 (0)31 998 15 90
www.bernafon.com

**Bernafon, LLC**
200 Cottontail Lane, Bldg. B
Somerset, NJ 08873
USA
Phone   +1 888 941-4203
Fax      +1 732 560-4876
www.bernafon us.com

**Bernafon Canada Ltd.**
500 Trillium Drive Unit 15
Kitchener, Ontario N2R 1A7
Canada
Phone   +1 519 748 6669
Fax      +1 519 748 9158
www.bernafon.ca

Bern · Amsterdam · Auckland · Berlin · Brisbane · Copenhagen · Gdańsk · Glasgow · New Jersey · Paris · Rome · Stockholm · Tokyo · Toronto

DEM000154