Exhibit 8





ED00033028

*High Definition Hearing*





EXHIBIT

PX 551

ED00033028_0002



[High Definition Hearing]

# *Senso Diva - Goals*




- Compensation for hearing loss
- Intelligibility and comfort
- Optimising user comfort
- Precision in fitting
- Ease of programming

ED00033028_0003

[High Definition Hearing]

# The Senso Diva Solution

- Diva Locator
- Diva Noise Reduction with Speech Intensification
- Diva Feedback Cancelling
- Diva Occlusion Manager
- Diva Listening Programs
- Diva Amplification Rationale
- Diva High Definition Filtering in 15 Bands
- Diva Compression with Anti-Smearing System and Sound Stabilizer
- Diva in situ Fitting





ED00033028_0004

# Intelligibility and Comfort

- Diva Locator
- Diva Noise Reduction with Speech Intensification

ED00033028_0005

[Intelligibility and Comfort]

## Speech and Noise



Speech in quiet

Speech in noise
SNR -6 dB

ED00033028_0006

[Intelligibility and Comfort]

# *Diva Locator*

ED00033028_0007

[Intelligibility and Comfort\Diva Locator]

# Traditional Directional Techniques





- ■ Dedicated directional microphone

- ■ Dual microphone

- ■ Common principle: Delay and subtract

ED00033028_0008

[Intelligibility and Comfort\Diva Locator]

# Low Frequency Cues

Dual-microphone systems may allow

- switching between omni and directional modes
- adaptive change of polar pattern

Actual insertion gain will change depending on the mode/polar pattern



ED00033028_0009

[Intelligibility and Comfort\Diva Locator]

# *Ensuring Consistent Performance over Time*

 

- ■ Matching of microphones in amplitude

- ■ Matching of microphones in phase

ED00033028_0010




# Senso Diva – Goals

The challenge is to create a directional dual-microphone system which

- ensures optimum SNR in all situations without the need for manipulation by the wearer

- preserves low frequency cues in both omni and directional modes

- ensures consistent performance over time

ED00033028_0011

[Intelligibility and Comfort|Diva Locator]

## The Solution: Diva Locator



ED00033028_0012





[Intelligibility and Comfort(Diva Locator]

# Diva Locator

- OptiMic System

- Noise Classification System

- Adaptive Beamforming

ED00033028_0013

# Diva Locator – Microphone Placing



- Diva Locator ensures optimum directional characteristic with microphone distances of between 5 and 12 mm.

- This allows the implementation of a dual-microphone system in both BTE and ITE/ITC hearing aids



ED00033028_0014

[Intelligibility and Comfort\Diva Locator]

# *Diva Locator - Effect*




- ■ Omnidirectional microphone vs. Diva Locator in cafeteria noise

- ■ Fixed directional microphone vs. Diva Locator in wind noise

ED00033028_0015

[Intelligibility and Comfort]

# Diva Noise Reduction

## with

## Speech Intensification

ED00033028_0016

[Intelligibility and Comfort\Diva Noise Reduction]

# Speech and Noise



**Speech in quiet**

Frequency/Hz
8000 6000 4000 2000
0    0.5    1    1.5    2    2.5    Time/sec.

When your finger s run over the surface of a d o o rin bo rn eo

**Speech in noise
SNR -6 dB**

Frequency/Hz
8000 6000 4000 2000
0    0.5    1    1.5    2    2.5    Time/sec.

When your finger s run over the surface of a d o o rin bo rn eo



ED00033028_0017




# Senso Diva - Goals

The challenge is to create a noise reduction system that

- maximises speech intelligibility in noise

- preserves audibility of speech

- improves wearer comfort in background noise

- minimises audible artifacts which are commonly associated with noise reduction systems

ED00033028_0018

[Intelligibility and Comfort\Diva Noise Reduction]



# *Preserving Audibility*

- Diva Noise Reduction is active when speech intelligibility and wearer comfort are compromised by background noise

- The Diva Noise Reduction block is placed after the Diva compressor system

- Each channel has its own Noise Reduction block



*Increasing precision*

[Intelligibility and Comfort|Diva Noise Reduction]

ED00033028_0019

ED00033028_0020

[Intelligibility and Comfort\Diva Noise Reduction]

# *Precise Identification*



- Each noise reduction unit provides a continuous statistical analysis of the incoming signals in the frequency range covered by the specific channel

- Two analysis modules in combination estimate the speech level and the noise level in each channel

ED00033028_0021

# Diva Noise Reduction with SIS

- Diva SIS continuously re-assigns loudness in the speech frequency area based on an inter-channel analysis of SNR and frequency composition of incoming sounds



Unprocessed

Processed through Diva Noise Reduction without SIS

Processed through Diva Noise Reduction with SIS

ED00033028_0022

[Intelligibility and ComfortfDiva Noise Reduction]

# Diva Noise Reduction with SIS



Speech in car noise
SNR -10 dB





Speech in car noise
processed through
Senso Diva