ED00033028_0023

# Diva Feedback Cancelling

[Optimising User Comfort]

ED00033028_0024



## Acoustic Feedback

[Optimising User Comfort|Diva Feedback Cancelling]

ED00033028_0025

[Optimising User Comfort\Diva Feedback Cancelling]

# Acoustic Feedback

- The acoustic feedback situation is characterised by static and dynamic properties

- The hearing aid will begin to whistle when gain exceeds the feedback limit



[Optimising User Comfort\Diva Feedback Cancelling]

# Senso Diva - The Challenges

■ To create a feedback cancellation system which effectively and inaudibly follows changes in the feedback path and swiftly stops feedback



ED00033028_0026

ED00033028_0027

[Optimising User Comfort\Diva Feedback Cancelling]




# Senso Diva - Goals

The challenge is to create a method for managing acoustic feedback which

- ensures feedback free hearing aid use
- provides more available gain
- adapts to varied user situations

ED00033028_0028

# The Feedback Path Simulator



ED00033028_0029

[Optimising User Comfort\Diva Feedback Cancelling]

# The Dynamic Cancellation Optimizer



ED00033028_0030

[Optimising User Comfort\Diva Feedback Cancelling]

## Diva Feedback Cancelling



ED00033028_0031

# *Diva Feedback Cancelling*





- Feedback Path Simulator increases the maximum available gain without feedback

- Dynamic Cancellation Optimizer ensures optimum gain without feedback in any user situation

ED00033028_0032

# Diva Occlusion Manager™

[Optimising User Comfort]

ED00033028_0033

[Optimising User Comfort\Diva Occlusion Manager™]

# *The Occlusion Effect*

Occlusion effect
due to amplification

Occlusion effect due to bone-
conducted vibrations



ED00033028_0034

[Optimising User Comfort\Diva Occlusion Manager™]




# Senso Diva - Goals

The challenge is to create a
fine tuning method which

- minimises the negative
  effect of occlusion

- is systematic and easy
  to follow

ED00033028_0035

[Optimising User Comfort\Diva Occlusion Manager™]

# Solutions to Amplification-Related Occlusion



Filter Gain / dB

125  250  500  1K  2K  4K  8K Hz



- Narrow low
  frequency bands

- Manipulation of
  gain/compression ratio
  in low frequency bands

ED00033028_0036

# Diva Occlusion Manager™



- Allows separate adjustment of High Level Compression in the low frequency region

- Allows separate adjustment of gain in the low frequency region

  ... without influencing overall gain

# Diva Listening Programs

[Optimising User Comfort]

ED00033028_0037

ED00033028_0038







[Optimising User Comfort\Diva Listening Programs]

# *Diva Listening Programs*

■ Understanding speech in all situations

■ Enjoying music with Senso Diva

ED00033028_0039

# Diva Listening Programs





- Microphone
- Telecoil
- Microphone+Telecoil
- Music 

- Activated by the
  program button

- Beep indicator tones

ED00033028_0040

[Audiological Background]

# Diva Amplification Rationale

ED00033028_0041

[Audiological Background\Diva Amplification Rationale]

# Senso Diva Amplification Goals



- ■ Speech in normal conversational situations should always be comfortable and intelligible

- ■ Soft sounds should be audible

- ■ Loud sounds should never be uncomfortably loud

ED00033028_0042

[Audiological Background\Diva Compression]

# Diva Compression

*Senso Diva* multisegmental compressor characteristic

1  Expansion zone
2  Max. gain with linear gain
3  Low Level Compression
4  High Level Compression
5  Output limiting with
   Automatic Output Control



ED00033028_0043

[Audiological Background\Diva Compression]

## Smearing

■ Single-channel,
 fast-acting
 compression





When your finger s run over the    surface

■ Multi-channel,
 fast-acting
 compression




When your finger s run over the    surface

ED00033028_0044

[Audiological Background\Diva Compression]

## *Diva Compression*



- The Senso Diva
  Compression system is
  characterised by
  predominantly long
  release times

ED00033028_0045

# *Sound Stabilizer*




- The Sound Stabilizer combines the advantages of long and short release times based on an intelligent analysis of the level and frequency composition of incoming sounds

- Due to the predominantly long release times in Senso Diva, the temporal contrasts in normal speech are maintained

ED00033028_0046

[Audiological Background\Diva Compression]

# *The Anti-Smearing System*

- The Anti-Smearing System preserves spectral contrasts in the speech signal



ED00033028_0047

# Ensuring Good Sound Quality



- Audibility in rapidly changing environments is ensured by the Sound Stabilizer

- The Anti-Smearing System maintains spectral & temporal contrast in the speech signal

When your finger s run over the surface