# Diva Fitting Tools

[Fitting and Fine Tuning Senso Diva]

ED00033028_0048

[Fitting and Fine Tuning Senso Diva\Diva Fitting Tools]



## The Fitting Tools

SP3 portable programmer

- Portable - allows for flexibility during fitting
- Compatible with Compass V3 - identical fitting flow
- Programming tool for Senso Diva, Senso$^+$, Senso P and Bravo

ED00033028_0049

ED00033028_0050

[Fitting and Fine Tuning Senso Diva\Diva Fitting Tools]



# The Fitting Tools

- Compass V3 fitting software
- NOAH compatible
- Graphic illustrations of all fitting parameters
- Advanced fitting and fine tuning tools
- Programming tool for all Widex hearing aids

[Fitting and Fine Tuning Senso Diva]

# Precision in Fitting

ED00033028_0051

[Fitting and Fine Tuning Senso Diva\Precision in Fitting]

## *In Situ Audiometry*



- In situ thresholds are measured with the SP3 programmer or the Compass V3 software

ED00033028_0052

[Fitting and Fine Tuning Senso Diva\Precision in Fitting]

# Sensogram Test Tones



-  500 Hz
-  1 kHz
-  2 kHz
-  4 kHz

ED00033028_0053

[Fitting and Fine Tuning Senso Diva\Precision in Fitting]

## Sensogram



- In situ audiometry in 4 basic bands: 500Hz, 1kHz, 2kHz and 4kHz.
- In situ audiometry is available in 13/14 individual bands dependent on the hearing aid model.

ED00033028_0054

# Fine Tuning Insertion Gain



A  Fine tuning soft input levels

B  Fine tuning normal input levels

C  Fine tuning loud input levels




# Senso Diva
## Product Range 2001

ED00033028_0056

ED00033028_0057

[Senso Diva Product Range]

# Senso Diva Models



- SD-CIC

- SD-X
- SD-XM

- SD-9
- SD-9M

M - Models with music program

ED00033028_0058

[Senso Diva Product Range]

## SD-CIC




- 100% digital completely-in-the-canal (CIC)
- Enhanced Dynamic Range Compression
- Beep-tone indicator for low battery
- Type 10 battery - low current consumption

ED00033028_0059

[Senso Diva Product Range]

## SD-X (SD-XM)




- 100% digital ITE/ITC
- Enhanced Dynamic Range Compression
- Push-button for selection between M, MT, T (and Music for SD-XM)
- Beep-tone indicator for program selection and low battery
- Type 312 battery - low current consumption

ED00033028_0060

[Senso Diva Product Range]

## SD-9 (SD-9M)

- 100% digital BTE
- Enhanced Dynamic Range Compression
- Optional volume control
- Push-button for selection between M, MT, T (and Music for SD-9M)
- Beep-tone indicator for program selection and low battery
- Type 13 battery - low current consumption




## *The Senso Diva Essentials*

- Diva Locator
- Diva Noise Reduction with Speech Intensification
- Diva Feedback Cancelling
- Diva Occlusion Manager
- Diva Listening Programs
- Diva Sensogram

ED00033028_0061





ED00033028_0062