Exhibit 10

# The AFB algorithm

# P833

January 4, 2007

EXHIBIT

JX 138

EXHIBIT

Dement 50
8-2-07 7

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005179



| | **ES** | Page: | 2/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

# Table of contents

1   **Introduction**                                                                     5

2   **Why an AFB system**                                                                5

3   **Description of the algorithm**                                                      8

   3.1   *The basic LMS algorithm*                                                        *8*

   3.2   *From the basic LMS algorithm to the AFB algorithm*                              *12*
      3.2.1   Delay Line in the internal feedback path                                    12
      3.2.2   HP-filters used to remove LF information.                                   13
      3.2.3   Modification to control the LF characteristics of the internal feedback path.   14
      3.2.4   Feedback change detection                                                   16
      3.2.5   Tone detector and two modes of adaptation                                   17
      3.2.6   Adjustment of delays to compensate for the hardware implementation          18
      3.2.7   Update of the coefficients                                                  19

   3.3   *Block diagram*                                                                  *21*

   3.4   *Block description*                                                              *21*
      3.4.1    QFBCFilt1                                                                  22
      3.4.2    QFBCFilt2                                                                  22
      3.4.3    QAdd_FBC1                                                                  22
      3.4.4    QDelay_Err_Ad                                                              23
      3.4.5    QDnsout                                                                    23
      3.4.6    QDelay_FBC1                                                                23
      3.4.7    QDtone                                                                     24
      3.4.8    QFCD                                                                       25
      3.4.9    Qadapt_speed_control                                                       25
      3.4.10   QHPFSerr                                                                   26
      3.4.11   QAdd_FBC2                                                                  26
      3.4.12   QFHPnsout                                                                  26
      3.4.13   Qschroed                                                                   26
      3.4.14   QLPschr                                                                    27
      3.4.15   QDelay_FBC2                                                                27
      3.4.16   QAdd_Noise                                                                 27
      3.4.17   QLMS_Buf                                                                   27
      3.4.18   QSumSq                                                                     28

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

3.4.19  QUpdatFBC                                                                  28

3.4.20  Qfbc_coef_buf                                                              28

**4      Behaviour of the algorithm                                          29**

*4.1  Properties (Advantages and disadvantages)*                      *29*

4.1.1   Differences to schemes where the feedback is identified with a noise added to
the output.                                                                        29

4.1.2   Reduced sound quality when the input signal is a pure tone        30

4.1.3   The compromise of adaptations speed and dependence on the tone detector.  30

4.1.4   Small gain margin and increase of gain                            31

*4.2  Known bugs*                                                              *31*

*4.3  Critical signals and why*                                              *32*

4.3.1   Tones                                                                      33

4.3.2   Impulses                                                                   33

*4.4  Sound examples*                                                          *34*

**5      Programming AFB                                                     36**

*5.1  System on/off*                                                          *37*

*5.2  Adaptation on/off*                                                      *37*

*5.3  Adaptation speed no howl*                                              *38*

*5.4  Adaptation speed howl*                                                  *39*

*5.5  Hearing aid type*                                                        *39*

*5.6  FCD hysteresis*                                                          *40*

*5.7  Kill coeff.*                                                            *40*

*5.8  Kill time*                                                              *40*

*5.9  Input to Schroeder noise*                                              *41*

*5.10   AFB coef reset*                                                        *42*

*5.11   Update frequency*                                                      *42*

*5.12   Error denominator*                                                    *43*

*5.13   Leak frequency*                                                        *43*

*Denominator constant*                                                        *44*

*5.14   Disable Howl Detector*                                                *44*

*5.15   Delay setting*                                                        *45*

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005181

| | **ES** | Page: | 4/59 |
|---|---|---|---|
| **oticon** | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

| 5.16 | FCD speed | | 46 |
|---|---|---|---|
| 5.17 | Default setting | | 47 |
| 5.18 | Music mode | | 48 |
| **6** | **Fast verification of the AFB system (FPGA/IC)** | | **48** |
| **7** | **Frequently Asked Questions** | | **48** |
| 7.1 | Basics/functionality | | 48 |
| 7.2 | Competitor questions | | 50 |
| 7.3 | Performance of the IC | | 50 |
| 7.4 | Different hearing aid styles | | 51 |
| 7.5 | Fitting | | 52 |
| 7.6 | Performance | | 54 |
| 7.7 | Critical signals and artifacts | | 56 |
| 7.8 | Miscellaneous | | 57 |
| **8** | **References** | | **58** |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR



| | **ES** | Page: | 5/59 |
|---|---|---|---|
| **oticon** | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

# 1 Introduction

This document describes the AFB-algorithm implemented in the JUMP2B chip. The algorithm is used to remove the negative effects that acoustic feedback can introduce. The algorithm is relatively complex and a number of compromises regarding sound quality, time before howl is removed and power consumption etc. has been used when the algorithm was designed. The algorithm will work well in the very most cases, but there are a number of situations where the algorithm does not work as well as we would like it to do. The design of the algorithm and the problems that can be expected are discussed in the following sections. The AFB system was designed for ITE and CIC hearing aids. A number of modifications have been performed to make it possible to use it with BTE instruments as well.

The implemented AFB algorithm is based on the algorithm tested in the ITE field test in Linköping during the fall of 1999 (Project P645) and the BTE field test performed at Strandvejen. That system could be become unstable. In those situations, the hearing aid generated a noise at MPO. The only way to get the hearing aid stable was to turn it off. The algorithm has thereafter been modified to ensure stability (The LT_SUM block has been removed).

# 2 Why an AFB system

Problems associated with acoustic feedback are of the most frequent complaints about hearing instruments and it is therefore desirable to reduce them (Vilstrup report of 645). The feedback limits the gain that can be used in the hearing aid. At small gain margins (gain close to the limit) the feedback will cause a ringing or metallic sound quality. The hearing aid will start to oscillate (howl) if the gain is increased beyond the limit. The feedback depends on a number of factors such as type of hearing aid, fit of ear mould, dimensions of vent and the acoustics close to the ear. The feedback, and thus the maximum gain that can be used, will vary over time. A certain gain margin has to be used when fitting the hearing aid to account for increased feedback that will occur when the hearing aid is used. This is even more pronounced when hearing aids without volume control is fitted, as the users can not reduce the gain when the hearing aid is howling.

There are a number of different ways to reduce the feedback problems such as notch filtering, feedback management and phase compensation. The mentioned strategies have the common feature that they change the characteristics of the hearing aid and the gain that

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005183

can be achieved with the hearing aid is not increased at the problematic frequency. A notch filter will reduce the gain at the chosen frequency. This will attenuate the feedback, but also the signal that we want to amplify. The AFB-system implemented in the Jump2b chip will differ in that it reduces the feedback but is transparent for the input signal that we want to amplify. Theoretically, we should be able to increase the gain infinitely without the hearing aid starting to howl. There are of course limitations in how successfully the feedback can be cancelled. The AFB system is an adaptive system. This means that it will adjust itself to the present acoustic feedback. The AFB system uses the information in the input and output signal of the hearing aid to adjust to new acoustic situations (e.g. when a telephone set is placed by the ear). Figure 1 shows gain margin for a hearing aid with and without the AFB system at different gain settings. The hearing aid with the AFB system disabled will start to howl when the gain is set to 0 dB (or higher). With the AFB-system enabled, the gain margin will be about 18 dB at the same gain setting when the input signal is a white noise.

The AFB-system works well for the very most signals. However, some signals can fool the AFB-system to erroneous states. High frequency tones will be among the worst type of signal for the AFB-system (e.g. the sound from an old computer fan). The AFB-system will interpret this as the hearing aid is howling and will therefore try to cancel it. The result will be reduced gain margin, which can introduce artifacts. The gain margin achieved when the input is a mix between a white noise and a pure tone is shown in Figure 1. It can be seen that the gain margin is very small independent of the gain setting. At low gain settings, the gain margin is actually smaller with the AFB-system than without. Figure 2 shows the same measurements as Figure 1, but expressed as improvement in Gain margin with the AFB system.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005184

**oticon**

| | ES | Page: | 7/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |



Figure 1. Example of gain margin achieved with the AFB system.



Figure 2. Example of improvement in gain margin with the AFB system

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005185

| **oticon** | **ES** | Page: | 8/59 |
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

## 3  Description of the algorithm

The feedback is cancelled (or rather reduced) by the use of an internal feedback path. The internal feedback path should have the same transfer function as the external feedback path from the DA to the AD (via receiver, acoustic path and microphone). The output of the internal feedback path is subtracted from the microphone signal to remove the part of the microphone signal that comes via the external feedback. The feedback cancellation will be successful if the two feedback paths (the internal and the external) have the same characteristics. The basic problem with feedback cancellation is to find a good estimate of the external feedback path that can be used as the internal feedback path. Figure 3 shows the basic principle of the AFB-system with a forward path (JUMP and SYNCRO in the case of Jump2B) and an internal feedback path



Figure 3. Hearing aid with an internal feedback path to cancel the effects of the external feedback.

The transfer function of the external feedback path depends on the DA, receiver, tubing, venting, acoustics outside the ear, microphone, and AD. The feedback will vary between users and over time (primarily due to variations in the acoustic path). The internal feedback filter of Jump2B is an adaptive filter that continuously changes over time to track the transfer function of the external feedback path. A Least Mean Squared (LMS) algorithm is used to update the internal feedback path (The LMS is not shown in Figure 3).

### 3.1  The basic LMS algorithm

The LMS algorithm is an well-explored adaptive filter that is characterised by simple computations. The objective of the LMS algorithm is to predict one signal (usually the output signal of a filter with unknown characteristics) from a reference signal (usually the input signal of the unknown filter) as good as possible. The energy of the residual signal is used as the measure of how successful the prediction is and the coefficients are adjusted to minimise the energy. The more that is predicted and cancelled, the lower energy the

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| **oticon** | **ES** | | **Page:** | 9/59 |
| | **P833** | | **Date:** | [D A T E] |
| | The AFB algorithm | | **Init:** | JHL/TBN |

residual has. The AFB system is designed to use the information in the output signal to predict and cancel as much as possible of the microphone signal (signal after AD-converter). The residual signal is then used as input to the signal processing of the forward path (JUMP, ADAPTO).

Figure 4 shows the basic LMS algorithm applied to feedback cancellation. Note that the system is redrawn from Figure 3 so that the two feedback paths are drawn as forward paths (from left to right). The inputs of the NLMS algorithm are the output signal of the hearing aid that is used as reference signal $r(n)$ and the prediction error $e(n)$ (residual of microphone signal when the internal feedback is subtracted).



Figure 4. NLMS algorithm applied to feedback cancellation.

The prediction of the microphone signal is achieved by filtering the output signal through a Finite Impulse Response (FIR) filter (denoted FIR 1) with adjustable coefficients. This can be interpreted as linear regression where the regressors are a number of old samples of the output signal. The prediction of the microphone signal is then

$$\hat{y}(n) = \sum_{k=1}^{K} \hat{h}_k r(n-k) \qquad (1)$$

where $\hat{h}_k$ are the adjustable coefficients and $K$ is the number of coefficients in the FIR-filter. The prediction error can also be expressed as

$$\hat{y}(n) = H^T X(n) \qquad (2)$$

where $H$ is column vector with the coefficients and $X(k)$ is a column vector with the $K$ last values of the reference signal $r(n)$. $T$ denotes the transpose operation, which makes $H$ into a row vector.

The prediction error (=residual signal after cancellation) is

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

$$e(n) = y(n) - \hat{y}(n) = y(n) - H^T X(n). \qquad (3)$$

The mean energy of the prediction error, $\varepsilon^2$, over a sequence of N samples is

$$\varepsilon^2 = \frac{1}{N}\sum_{n=0}^{N-1} e^2(n) = \frac{1}{N}\sum_{n=0}^{N-1}\left(y(n) - H^T X(n)\right)^2$$

$$= \frac{1}{N}\sum_{n=0}^{N-1} y^2(n) - \frac{1}{N}2\sum_{n=0}^{N-1} y(n)H^T X(n) + \frac{1}{N}\sum_{n=0}^{N-1} H^T X(n)X^T(n)H \qquad (4)$$

The energy can also be expressed by

$$\varepsilon^2 = \frac{1}{N}\sum_{n=0}^{N-1} y^2(n) - 2H^T P + H^T R H \qquad (5)$$

where

$$P = \frac{1}{N}\sum_{n=0}^{N-1} y(n)X(n) \qquad (6)$$

and

$$R = \frac{1}{N}\sum_{n=0}^{N-1} X(n)X^T(n). \qquad (7)$$

The energy of the prediction error will be a quadratic function of the used weights in the internal FIR filter. The function looks like bowl if two coefficients are used and the function is plotted for alternative values of the coefficients in a 3-D graph. See Figure 5.



Figure 5. Example of how the energy of the prediction error depends on the coefficients (in the case with two coefficients).

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005188

| **oticon** | **ES** | | **Page:** | 11/59 |
|---|---|---|---|---|
| | P833 | | **Date:** | [D A T E] |
| | The AFB algorithm | | **Init:** | JHL/TBN |

The adaptive filter is designed to search for the set of coefficients that minimises the prediction error (i.e. finding the bottom of the bowl). Differentiating $\varepsilon^2$ give

$$\frac{\partial \varepsilon^2}{\partial H} = -2P + 2RH$$

The gradient will be zero for the coefficients that minimises $\varepsilon^2$. (This corresponds to the fact that the surface will be horizontal at the bottom of the bowl.) The optimal coefficients can thus be calculated as

$$H_{opt} = R^{-1}P$$

The adaptive filter does not calculate the coefficients in this way, as it requires that the inverse of R (which is a 24x24 matrix) is calculated, which is computationally expensive. Further, it requires that the calculations are performed in batches of N samples.

The LMS uses a gradient method to search for the optimal coefficients. The coefficients are then modified in each sample in a direction that is expected to reduce the prediction error. The LMS do not use any information of how long the step should be to minimise the error. Instead a small step is used and it is expected that the coefficients improve over time.

The gradient of the energy of the prediction error is

$$\frac{\partial \varepsilon^2}{\partial H} = \frac{\partial}{\partial H} \frac{1}{N} \sum_{n=0}^{N-1} \left(y(n) - H^T X(n)\right)^2 = \frac{1}{N} \sum_{n=0}^{N-1} \frac{\partial}{\partial H} \left(y(n) - H^T X(n)\right)^2 =$$

$$= \frac{1}{N} \sum_{n=0}^{N-1} 2\left(y(n) - H^T X(n)\right) \frac{\partial}{\partial H} \left(y(n) - H^T X(n)\right) \qquad (8)$$

$$= -2 \frac{1}{N} \sum_{n=0}^{N-1} e(n)X(n)$$

The LMS does not calculate this mean. Instead it uses an instant estimate given by a single value:

$$-2e(n)X(n) \qquad (9)$$

This estimate will "in mean" be the same as the gradient. The coefficients are updated in each sample with a small step in the opposite direction to reduce the energy of the prediction error:

$$H(n+1) = H(n) + \mu\ e(n)X(n) \qquad (10)$$

The coefficients thus vary over time with the LMS. The computation of the $k$'th coefficient $\hat{h}_k(n)$ will be

$$\hat{h}_k(n+1) = \hat{h}_k(n) + \mu\ e(n)r(n-k) \qquad (11)$$

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005189

$\mu$ is the adaptation gain, which is a positive value that controls the length of the step. The time it takes for the LMS to adapt the coefficients depends on the adaptation gain. A large adaptation gain gives fast adaptation.

The normalised LMS uses an adaptation gain $\mu$ that depends on the level of the reference signal:

$$\mu = \frac{\mu_0}{\beta + \sum_{k=0}^{K-1} |r(n-k)|^2} \tag{12}$$

This gives an adaptation time that is (close to) independent of the level of the reference signal. The parameter $\beta$ reduces the adaptation speed at low levels of the reference signal. The microphone signals will then be contaminated with noise and it is desirable to reduce the step size to reduce the error introduced by the noise.

The coefficients achieved with the LMS will usually not be exactly the same as the optimal coefficients, but vary around the optimal values. The variance relative the optimal values will depend on the used step size. Small steps give small variance. The step size will thus be a compromise between adaptation speed and variance around the optimal value when the external feedback is fixed. The step size has to be large enough to keep track with the changing performance surface (i.e. changing feedback).

Both feedback paths (the external and the internal FIR 1) have the same input signal. The prediction error will thus be equal to the external input signal if the two feedback paths have identical characteristics.

## 3.2 From the basic LMS algorithm to the AFB algorithm

The standard LMS algorithm has been modified in a number of ways to improve the performance when it is used in feedback cancellation. The modifications that have been done to get to the final algorithm are described in this section.

### 3.2.1 Delay Line in the internal feedback path

The external feedback will have an initial delay due to the delay in the DD-converter, the acoustic feedback, and the AD-converter. Thus we know that the first coefficients of the internal feedback path should be zero. It is then not necessary to use computations to calculate these coefficients. The first coefficients of the impulse response of the internal feedback path are therefore fixed to zero. This is realised by inserting a delay line according to Figure 6. The introduction of the delay line can be interpreted as moving the time window of the impulse response of the internal filter to the coefficients of the external filter with highest amplitude.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| oticon | **ES** | Page: | 13/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |



Figure 6. NLMS algorithm applied to feedback cancellation.

### 3.2.2   HP-filters used to remove LF information.

A major drawback of the feedback cancellation scheme is that the data used to update the filter (*Reference* and *Error*) are collected in closed loop. This means that it may not only be the feedback path that causes correlation between our reference signal (old samples of the output signal) and the signal that we want to predict (the microphone signal). Autocorrelation in the external input signal (e.g. pure tones) may cause correlation between the reference signal and the microphone signal. The aim of the LMS is to minimise the energy of the prediction error. This means that the LMS will be able to use correlation between the reference signal and microphone signal both due to the external feedback and due to autocorrelation in the input signal, to predict the microphone signal. However, we would like it to predict and cancel only the part that comes via the external feedback. This implies that input signals with tonal component can be affected when processed through this system.

One way to reduce this problem is to remove low frequency information from the signals used to update the internal feedback path. Feedback problems will primarily be found at high frequencies (>2 kHz). At lower frequencies, the need of feedback cancellation is not as large. It is in many signals (e.g. speech) primarily the low frequency components that generate autocorrelation in the time window of interest. The problems associated with autocorrelation in the input signal can thus be reduced if the low frequency components of the signals used to update the LMS are removed. This is done be introducing the two identical HP-filters of Figure 7.

The internal feedback path will then be adjusted to predict and cancel as much as possible of the HF part of the microphone signal. The performance of the internal feedback path at low frequencies will not be considered by the LMS, as this information does not reach the

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005191

| **oticon** | **ES** | Page: | 14/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

LMS-block. The introduction of these HP-filters can be interpreted as altering the objective of the LMS algorithm from minimising the energy of the prediction error to minimising the energy of the HP-filtered prediction error.



Figure 7. HP-filters introduced to remove LF information in the signals used to update the internal filter.

### 3.2.3   Modification to control the LF characteristics of the internal feedback path.

A problem with this modification is that the error between the two feedback paths at low frequencies are weighted very low, as it is the energy of the HP-filtered error signal that will be minimised. We may actually have very large errors at low frequencies, but the LMS-algorithm can not detect this due to the HP-filters. This means that the internal feedback path may introduce feedback problems at low frequencies. Thus, we need to control the LF characteristics of the internal feedback path.

In the next modification, shown in Figure 8, the LF part of the internal filter is dragged towards zero by introducing LF-information from an imaginable null-system. The null-system has no throughput, i.e. the output is always zero. The input to the null system is a white noise. The LMS would, if applied to the null system generate a null system.

Two identical FIR-filters, FIR 1 and FIR 2, are used to predict the outputs of the two systems. The reference signal used by the LMS is the LF part of the input signal to the null system and the HF part of the input signal to the external feedback path. The error signal used in the update of the LMS is now the LF part of the prediction error of the null system and the HF part of the prediction error of the microphone signal. The LMS will now adjust

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| **oticon** | **ES** | **Page:** | 15/59 |
|---|---|---|---|
| | **P833** | **Date:** | [D A T E] |
| | The AFB algorithm | **Init:** | JHL/TBN |

the FIR filter to fit the HF part of the external feedback path and the LF part of the null system.

This modification is quite expensive as we introduce as second FIR filter in parallel to the feedback cancellation filter.



Figure 8. System where the LMS adapts to the HF part of the external feedback and the LF part of a null system.

The calculations of the system of Figure 8 can be simplified according to Figure 9. The null system can be removed as its output will be zero. The order of "FIR 2" and the following IIR LP filter is altered and the two IIR LP are combined into one filter after the noise source. The white noise is generated by applying a stochastic sign to the signal that is called *nsout_nd2(n)* and is shown in Figure 9. This gives a white noise with the same amplitude as the output signal of the system.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| oticon | **ES** | | **Page:** | 16/59 |
|---|---|---|---|---|
| | **P833** | | **Date:** | [D A T E] |
| | The AFB algorithm | | **Init:** | JHL/TBN |



Figure 9. Simplified version of Figure 8.

### 3.2.4  Feedback change detection

The next modification is a safety system that detects when the feedback cancellation does
not work properly. The feedback cancellation scheme is design to predict and cancel as
much as possible of the microphone signal. It can thus be expected that the residual signal
have lower energy than the microphone signal. The residual signal can have higher gain if
the external feedback is reduced (e.g. telephone set removed from ear) or if the internal
feedback path has too high amplitude by some other reason (e.g. due to characteristics of
the input signal). It can be concluded that if the energy of the residual signal is higher than
that of the microphone signal, then the gain of the internal feedback path is too high and
we would better off without the feedback cancellation system. The Feedback Change
Detector (FCD) compares the energy of the residual signal and the microphone signal. A
flag is set if the ratio is higher than a certain limit. The coefficients are reduced by the use
of a leak factor in the update when the flag is high. The leak will then, at least, be used in a
minimum number of samples set in the hysteresis block. If the flag stays high for a longer
period of time, set in the hysteresis block, the coefficients are set to zero by the kill signal.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005194

| oticon | ES | Page: | 17/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |



Figure 10. Feedback Change Detector (FCD) introduced. The FCD will detect cases where the gain of the internal filter is too high.

### 3.2.5  Tone detector and two modes of adaptation

We want to have fast adaptation when the hearing aid is oscillating to remove the howl. However, slow adaptation will be beneficial when the input signal has tonal components to avoid that the internal filter adapts to the signal. Two alternative adaptation speeds are used in the algorithm. The Tone Detector that is introduced in Figure 9 controls the adaptation speed. The tone detector classifies the signal as being a tone or not. If it is a tone with a frequency over a certain lower limit, it assumed that the hearing aid is howling and the fast adaptation is used. Otherwise, the slow adaptation is used. The fast mode is achieved by choosing a larger step size by increasing the adaptation gain $\mu_0$. The slow mode is achieved by using a smaller $\mu_0$ and/or updating the coefficients at a slower rate (not every sample). Reducing the rate of adaptation can reduce the power consumption as large parts of the AFB systems don't have to be computed. The drawback is slightly reduced accuracy of the coefficients. {ref report "Slow update problem"}

The residual signal after the cancellation is first HP-filtered when the tone detector shall classify the signal. The HP-filter attenuates low frequency components that we don't consider. An AR-process is then fitted to the filtered signal (AR=Auto Regressive). The coefficients of the AR-process are used to decide how close to a pure tone the signal is and the frequency of this tone.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005195

| oticon | ES | Page: | 18/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

The outputs of the block Adapt Speed Control are *fast_mode* and *go_update*. *fast_mode* controls the adaptation speed while *go_update* controls if the coefficients shall be updated. The adaptation gain of the two modes and the update rate in the slow mode are controlled by programmable parameters.



Figure 11. Tone Detector introduced. The Tone Detector detects when the signal is close to a pure tone. The adaptation speed is then increased to find a better estimate fast.

### 3.2.6 Adjustment of delays to compensate for the hardware implementation

Figure 12 shows the entire AFB-system. Parts of the Delay Line have been propagated through the system to Delay FBC1 and Delay FBC2. The block "Delay Error Ad" has also been introduced. The delays are moved to compensate for time delays introduced in the computations and to get pipelined computations.

The characteristics of some of the blocks are slightly different when a BTE instrument is used instead of an ITE/CIC. An option of using the HP-filtered output signal (instead of the wide band signal) to generate the Schröder noise is also introduced. This option makes a difference when the output signal has low frequency emphasis. The reference signal reaching the LMS will then be dominated by the LP-filtered noise if the broad band signal is used to generate the noise. With the noise generated from the HP-filtered signal, the high frequency components will have about as much energy as the low frequency component.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| oticon | ES | Page: | 19/59 |
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |



Figure 12. The entire AFB-system with delays required for computations are inserted.

### 3.2.7   Update of the coefficients

The update of the coefficients is slightly modified from the standard NLMS update to account for some characteristics in the application. The update is only performed at samples when the control signal *go_update* is high. This will be the case in every sample in the fast mode and at a fraction of the samples in the slow mode.

$$\hat{h}_k(n+1) = \hat{h}_k(n) + \mu_0 \frac{r(n-k)e(n)}{\beta + \sum_{k=0}^{K-1} |r(n-k)|^2} \qquad (13)$$

### 3.2.7.1 Removal of the DC-component

The signals used in the update ($e(n)$ and $r(n)$) will due to truncation of the signals have a DC-component. This can introduce an unwanted DC component in the coefficients. The DC-component of the coefficients is therefore removed by subtracting the mean value of the coefficients in each update.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| oticon | **ES** | Page: | 20/59 |
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

$$\hat{h}_k(n+1) = \hat{h}_k(n) + \mu_0 \; \frac{r(n-k)e(n)}{\beta + \sum_{k=0}^{K-1}|r(n-k)|^2} - \frac{\sum_{k=0}^{K-1}\hat{h}_k(n)}{K} \tag{14}$$

### 3.2.7.2 Reduction of step at transient inputs

A problem with the normalised LMS in this application is that the step is normalised with respect to the reference signal (i.e. output signal of the hearing aid). This means that very high adaptation gain will be used when the output signal has low level. A high level transient may then cause problems. The transient will first reach $e(n)$, which gives a large step of the coefficients in a stochastic direct. This may then reduce the performance of the adaptive filter. The transient will (due to the delay in the forward path) reach the reference signal later. The step size is then reduced. It was in the verification of the FPGA implementation found that the hearing aid sometimes started to howl when the input was a number of transients. Therefore the normalisation was modified with a third term in the denominator so that the step size is reduced when there is a high level transient in the error signal.

$$\hat{h}_k(n+1) = \hat{h}_k(n) + \mu_0 \; \frac{r(n-k)e(n)}{\beta + \sum_{k=0}^{K-1}|r(n-k)|^2 + \frac{e(n)^2}{x}} - \frac{\sum_{k=0}^{K-1}\hat{h}_k(n)}{K} \tag{15}$$

$x$ is a programmable parameter that controls the influence of the third term of the denominator.

### 3.2.7.3 Leak

A leak has been introduced that can be used when we want to pull the coefficients towards zero. This is utilised when the FCD flags that the coefficients are too large. There is also a very small general leak that is used continuously. The general small leak is useful to control components of which the LMS don't get information about. This is the case for frequencies over 6 kHz, where the reference signal has very low energy due to the filterbank. Without the leak, the internal feedback path could cause feedback problems at frequencies above 6 kHz.

The leak is implemented by modifying the update to:

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005198

| **oticon** | **ES** | Page: | 21/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

$$\hat{h}_k(n+1) = \left( \hat{h}_k(n) + \mu_0 \frac{r(n-k)e(n)}{\beta + \sum_{k=0}^{K-1}|r(n-k)|^2 + \frac{e(n)^2}{x}} - \frac{\sum_{k=0}^{K-1}\hat{h}_k(n)}{K} \right) Leak \qquad (16)$$

*Leak* has a value of $1-2^{-11}$, which reduces the amplitude of the coefficients slightly in each sample. The value was chosen so that the contribution of the leak was not truncated in the 36 bit coefficients. The same *Leak* is used both when FCD flags and to achieve the general leak. The difference is that the leak is utilised in every update when FCD flags, while the general leak is achieved by using the leak in only a fraction of the updates.

### 3.3 Block diagram



Figure 13. Block diagram of the implementation of the AFB algorithm.

### 3.4 Block description

This section describes briefly the different blocks and signals of the implementation. The estimates of the power consumption, which are rough estimates, are calculated in the slow mode. The power consumption is expressed relative the total power consumption of the AFB system. The power consumption of miscellaneous blocks (overhead) not listed below

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| **oticon** | **ES** | | **Page:** | 22/59 |
|---|---|---|---|---|
| | P833 | | **Date:** | [D A T E] |
| | The AFB algorithm | | **Init:** | JHL/TBN |

is 17.82%. The common first part of the names of the signals, "*HASystem.*" is omitted to make the text easier too follow.

### 3.4.1   QFBCFilt1

<u>Input signals:</u> *nsout_nd2_delay, FBCcoeffs_win, FBCcoeffs_scale*

<u>Programmable parameters:</u>

<u>Output signals:</u> *afbout*

<u>Relative power consumption:</u> 20.61%

This block is the internal feedback path. The delayed output signal of the hearing aid *nsout_nd2_delay* is filtered through the 24-tap FIR-filter with coefficients generated by the LMS. Each coefficient is represented by eight bits in *FBCcoeffs_win* and a common exponent *FBCcoeffs_scale*.

### 3.4.2   QFBCFilt2

<u>Input signals:</u> *nsout_schr_lp_delay, FBCcoeffs_win, FBCcoeffs_scale, go_update*

<u>Programmable parameters:</u>

<u>Output signals:</u> *err_lp*

<u>Relative power consumption:</u> 1.08%

This filter filters the LP-filtered Schröder noise through the same FIR filter as in QFBCFilt1. The output is the low frequency portion of the prediction of the imaginable null system. This signal is later used as a part of the prediction error used by the LMS. The output is only generated when *go_update* is high (i.e. at samples when the coefficients are updated).

### 3.4.3   QAdd_FBC1

<u>Input signals:</u> *ad, afbout*

<u>Programmable parameters:</u>

<u>Output signals:</u> *err*

<u>Relative power consumption:</u> 0.22% (This figure includes the power consumption of a multiplication that actually belongs to QFBCFilt1)

This block subtracts the output of the internal feedback *afbout* from the microphone signal *ad*. The result is *err*. This is the signal that is used as input signal to the forward path of the

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| oticon | **ES** | **Page:** | 23/59 |
|---|---|---|---|
| | P833 | **Date:** | [D A T E] |
| | The AFB algorithm | **Init:** | JHL/TBN |

hearing aid. Further, the same signal is the prediction error of the microphone signal. The low frequency portion of this signal is later used in the update of the coefficients.

### 3.4.4   QDelay_Err_Ad

Input signals: *err, ad*

Programmable parameters:

Output signals: *err_delay, ad_delay*

Relative power consumption: 0.07%

This block introduces a one-sample delay to *err* and *ad*. The main reason for this delay is that the computations need to be pipelined. The buffer do also reduce the ripple in the signals used in following calculations.

### 3.4.5   QDnsout

Input signals: *outsig,*

Programmable parameters: *afb_ha_type, afb_delay*

Output signals: *nsout, nsout_nd2*

Relative power consumption: 0.44%

This block implements the delay line of the internal feedback. *nsout* is the same as *outsig*. *nsout_nd2* is the delayed signal. The length of the delay line is 10 samples for ITE and 15 samples for BTE. The length of the delay can be changed by −3 to +4 by *afb_delay*. The optimal delay will vary between subjects. The delay will however not be adjusted individually (in the first generations of AFB hearing instruments). The delay should thus be set to a safe value. I.e. the delay should be chosen so short that the first nonzero coefficient of all possible impulse responses is with in the used window. The "optimal" values of the delay measured on KEMAR with the FPGA were 12, 14, and 18 for CIC, ITE and BTE, respectively. The corresponding values measured on JHL were 16, 14 and 18-23 (no values between 18 and 23 could be tested, the optimal value will be found somewhere in this range).

### 3.4.6   QDelay_FBC1

Input signals: *nsout_nd2*

Programmable parameters:

Output signals: *nsout_nd2_delay*

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| **oticon** | **ES** | | **Page:** | 24/59 |
|---|---|---|---|---|
| | P833 | | **Date:** | [D A T E] |
| | The AFB algorithm | | **Init:** | JHL/TBN |

Relative power consumption: 0.03%

This is a transparent block that copies *nsout_nd2* to *nsout_nd2_delay*

### 3.4.7  QDtone

Input signals: *err_delay, fir_tone*

Programmable parameters: *afb_ha_type*

Output signals: *DetectNew*

Relative power consumption: 8.47%

This block classifies the residual signal after feedback cancellation, *err_delay*, as a tone or not a tone. The binary output signal *DetectNew* will be set to "1" when the signal is a tone. The classification is based on fitting the parameters of a second order AR process to the signal. The parameters are then used to determine if the signal is a tone and if the frequency of that tone is high enough to be howl. The computations are performed in blocks of 320 samples. During each sample the input signal *err_delay* is filtered through a HP filter to attenuate the low frequency information. The squared value of this signal is then calculated together with the product of the current sample and the last sample, and the product of the current sample and the two lags old sample. The sum of these values is then calculated over the 320-sample batch. The parameters of a second order AR-process that would give these values in mean are then calculated. This calculation is only performed once for each batch. The signal is in a second order AR process generated by filtering a white noise through a filter with two poles. The calculations of this block give the coefficients of the denominator in this filter (i.e. the poles).

The second coefficient of the denominator of the AR-process controls the distance from origo to the poles. If the signal were a pure tone the poles would be positioned on the unit circle. If the value of the second coefficient is greater than 0.96875 the signal is classified as a tone. This value corresponds to a distance of 0.98425 from origo to the two poles. The first coefficient of the AR-process is used to see if the frequency of the tone is high enough to be classified as howl. The first coefficient will in a second order AR process be given by

$$-2\alpha \cos\left(\frac{f}{f_s}2\pi\right),$$ where $\alpha$ is the distance of the pole from origo, $f$ is the frequency of the

pole, $f_s$ is the sampling frequency. A lower limit of the first coefficient of -1.42285 is used to check that the frequency is high enough to be caused by feedback when the hearing aid type is ITE. This limit corresponds to frequencies between 1.91 kHz and 1.95 kHz, depending on the distance of the pole from origo. The limit of the first coefficient in the case of a BTE hearing aid is -1.663. This corresponds to frequencies ranging from 1.41 kHz to 1.47 kHz, depending on the second coefficient.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| oticon | **ES** | Page: | 25/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

At least four of the five last batches should be classified as tone before the output *DetectNew* is set to "1".

### 3.4.8   QFCD

Input signals: *err_delay, ad_delay,*

Programmable parameters: *afb_fcd_hyst, afb_kill_time, afb_kill_coef*

Output signals: *fcd_flag, fcd_leak, fcd_kill*

Relative power consumption: 5.26%

This block estimates the power of the AD-signal err_delay and the prediction error err_delay to see if the coefficients of the internal filter are too high. The power of the signals is estimated by calculating the square of each sample and filter this through an LP filter. When the ratio of these powers are higher than 1.5 the flag fcd_flag is set to "1". This signal is then feed to *fcd_leak* if the hysteresis is not used (*afb_fcd_hyst*=0). The leak will then be used in the update of the coefficients. If the hysteresis is enabled, the control signal *fcd_leak* will go high when *fcd_leak* goes high, but then it will stay high for at least 4096 samples.

*afb_kill_coef* enables reset of coefficients if the leak is not enough to reduce the energy of the residual. *fcd_kill* will go high if *fcd_flag* is high for one or two seconds, depending on *afb_kill_time*. The coefficients will then be reset next time they are updated.

### 3.4.9   Qadapt_speed_control

Input signals: *DetectNew, fcd_leak*

Programmable parameters: *afb_update_freq, afb_disable_dtone, afb_fcd_speed*

Output signals: *go_update, fast_mode, go_update_future*

Relative power consumption: 1.10%

This block generates *go_update,* and *fast_mode,* who controls if the coefficients will be updated and the step size. *go_update_future* is the same signal as *go_update,* but delayed one sample.

The coefficients are updated in each sample and with the large step size in the fast mode (*DetectNew=1*). *go_update,* and *fast_mode* are then set to "1" for at least 32767 samples (approximately 2 s). *fast_mode* is set to "0" in the slow mode. *go_update* is then set to "1" in a fraction of the samples controlled by *afb_update_freq*. *fcd_leak* will cause *go_update* to go high if *afb_fcd_speed* is high. With *afb_fcd_speed* high, the coefficients will be updated in each sample although the tone detector has not found a tone.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR