| **oticon** | **ES** | | **Page:** | 26/59 |
|---|---|---|---|---|
| | P833 | | **Date:** | [D A T E] |
| | The AFB algorithm | | **Init:** | JHL/TBN |

### 3.4.10 QHPFSerr

Input signals: err_delay,

Programmable parameters: *afb_ha_type*

Output signals: *err_hp,*

Relative power consumption: 6.15%

This block is a HP filter that attenuates the low frequency components of the prediction error to avoid that the LMS adapts to these components. The cut off frequency is about 2 kHz and 1.5 kHz for ITE and BTE instruments, respectively.

### 3.4.11 QAdd_FBC2

Input signals: *err_hp, err_lp*

Programmable parameters:

Output signals: *err_lh*

Relative power consumption: 0.02%

The two prediction errors (LP component of the null system and HP component of the external feedback) are added and delayed.

### 3.4.12 QFHPnsout

Input signals: *nsout_nd2*

Programmable parameters: *afb_ha_type*

Output signals: *nsout_hp*

Relative power consumption: 6.14%

HP-filtering of the delayed output signal of the hearing. Alternative characteristics are used for ITE and BTE filters.

### 3.4.13 Qschroed

Input signals: nsout_nd2, nsout_hp

Programmable parameters: *afb_schr_in*

Output signals: *nsout_schr*

Relative power consumption: 0.18%

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005204

**oticon**

| | ES | Page: | 27/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

This block generates a white noise with the same amplitude as either the output signal or the HP-filtered signal, depending on *afb_schr_in*. The noise is generated by generating a one-bit white noise and use it as a stochastic sign for the chosen signal.

### 3.4.14 QLPschr

Input signals: *nsout_schr*

Programmable parameters: *afb_ha_type*

Output signals: nsout_schr_lp,

Relative power consumption: 7.56%

Low pass filtering of the white schröder noise. Alternative characteristics are used for ITE and BTE instruments.

### 3.4.15 QDelay_FBC2

Input signals: *nsout_schr_lp*

Programmable parameters:

Output signals: nsout_schr_lp_delay

Relative power consumption: 0.05%

The input signal *nsout_schr_lp* is copied to the output signal *nsout_schr_lp_delay*.

### 3.4.16 QAdd_Noise

Input signals: nsout_schr_lp , nsout_hp

Programmable parameters:

Output signals: *nsout_lh*

Relative power consumption: 0.08%

The HP-filtered output signal and the LP filtered noise is added. The result is delayed one sample.

### 3.4.17 QLMS_Buf

Input signals: *nsout_lh*

Programmable parameters:

Output signals: LMSBuf, LMSBuf_update, LMSBuf_first, LMSBuf_last

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| oticon | **ES** | Page: | 28/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

Relative power consumption: 5.39%

The block genereates an array (*LMSBuf*) of the last samples of *nsout_lh*. *LMSBuf_update* is a delayed version of the same array that is used in the update. *LMSBuf_first* and *LMSBuf_last* are the new and the removed elements of this array. These two signals are used in QsumSq.

### 3.4.18 QSumSq

Input signals: LMSBuf_first, LMSBuf_last

Programmable parameters:

Output signals: *MainLMSSqSum*

Relative power consumption: 5.72%

The block calculates the sum of squared values of the array *LMSBuf*. The sum is calculated by adding the contribution by the new element and subtracting the contribution of the removed element.

### 3.4.19 QUpdatFBC

Input signals: go_update_delay, MainLMSSqSum, err_lh, fast_mode, LMSBuf_update, fcd_leak, fcd_kill

Programmable parameters: afb_adapt_on, afb_beta, afb_error_sq, afb_speed_no_howl, afb_update_freq, afb_speed_howl, afb_leak_freq, afb_reset_coeff

Output signals: *FBCcoeffs*

Relative power consumption: 2.82%

This block updates the coefficients. The update will only be performed when *go_update_delay* is high. The step size depends on *fast_mode* together with *afb_speed_no_howl*, *afb_update_freq*, and *afb_speed_howl*. The leak is used if the FCD indicates that it should be used (*fcd_leak*) or at some infrequent samples given by *afb_leak_freq*.

### 3.4.20 Qfbc_coef_buf

Input signals: go_update_delay, FBCcoeffs

Programmable parameters:

Output signals: FBCcoeffs_scale, FBCcoeffs_win

Relative power consumption: 8.12%

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005206



| | **ES** | Page: | 29/59 |
|---|---|---|---|
| **oticon** | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

This block converts the 36 bit coefficients in *FBCcoeffs* to eight bit coefficients
(*FBCcoeffs_win*) and a common exponent (*FBCcoeffs_scale*).

The block floating point scheme was introduced to use much fewer bits in the actual FBC
filter convolutions. After each update of the coefficients, the highest bit position necessary
to represent the coefficients is found. This position is used to represent the common
exponent. The coefficients are then represented by eight bits with this position as the Most
Significant Bit (MSB) and the common exponent.


Example:

The maximum coefficient is currently 0.353912353515625, which is represented as the 36
bit word "000.010110101001101000000000000000000"

The bits [32..25] (of all coefficients) will then be used for the filter convolution. The
maximum coefficient is thus represented by 01011010 (90). The value of *scale* will in this
example be 25 as the LSB is moved is moved 25 positions. The output of the filter is
multiplied with $2^{(-33+scale)}$ to scale the output. (The maximum coefficient is in this example
truncated to $90*2^{(-33+25)}$=0.3515625)


# 4 Behaviour of the algorithm


## 4.1 Properties (Advantages and disadvantages)

There are a number of alternative schemes to cancel feedback. A number of different ways
to identify the external feedback could be used. They have all advantages and
disadvantages. In this section, the difference to an alternative scheme will be discussed.
Further, signals that may cause reduction in sound quality and the compromises done when
designing the system will be discussed.

### 4.1.1 Differences to schemes where the feedback is identified
with a noise added to the output.

The present algorithm is designed to predict and cancel as much as possible of the
microphone signal from the output signal. An alternative strategy to find an estimate of the
external feedback is to add a noise to the output of the hearing aid. The adaptive filter is
then designed to predict as much as possible of the microphone signal from the noise that
is added to the output. A copy of the achieved estimate is then used to cancel the feedback.
This strategy is used in the DFS Genius hearing aid of Danavox (not the DFS system used

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR



| | **ES** | Page: | 30/59 |
|---|---|---|---|
| **oticon** | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

in Danalogic). An advantage of the present system is that the noise that can be audible is not added to the output of the hearing aid. Further, a larger part of the microphone signal originates from the output signal than from the added noise. The feedback can then be identified from fewer samples (i.e. faster adaptation can be used to get an estimate with the same accuracy). The main drawback is that the estimate will depend on the input signal and we may get a biased estimate when there are tonal components in the input. The modifications have been done to reduce this disadvantage but there are still cases when the signal is affected by the feedback cancellation.

### 4.1.2   Reduced sound quality when the input signal is a pure tone

The AFB system will attenuate pure tone input signals (with frequencies over 2 kHz for ITE and 1.5 kHz for BTE). This will occur, as it will be possible to predict the input signal from the output signal. The internal filter will be adjusted to predict as much as possible of the tone. The mismatch between the internal and the external filter may then cause the hearing aid to howl. The effect will then be that the hearing aid "answers" the tone in the input signal with a second tone of some other frequency. The second tone will generally not be a harmonic component of the first it will be perceived as coming from another source.

### 4.1.3   The compromise of adaptations speed and dependence on the tone detector.

The performance of the system depends to large extent on the used adaptation speed. The tone detector is an essential element to get acceptable sound quality and fast adaptation when the hearing aid is howling. We want it to detect howls, but the classification will not be perfect. There will be both false positive detections (tone detector flags for a howl when the hearing aid is not howling), and false negative (tone detector does not flag when the hearing aid is howling). False positive detections will occur when the input signal is a tone. The fast mode will then be used and the adaptive filter will adapt to the tone. The result will be that the tone is attenuated and alternative tones may be generated.

False negative detections can occur when the hearing aid is howling but the ambient signal has energy at other frequencies. The tone detector will then not classify the input signal as a tone. The slow mode of adaptation will then be used although the hearing aid is howling. It will then take substantially longer time for the howl to disappear, than when the tone is detected.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| **oticon** | **ES** | **Page:** | 31/59 |
| | P833 | **Date:** | [D A T E] |
| | The AFB algorithm | **Init:** | JHL/TBN |

### 4.1.4  Small gain margin and increase of gain

The internal feedback can in some cases drive away from the desired estimate. This can be caused by tonal input signals or that the level of the output signal is so low that the mismatch of the feedback path is not found in the prediction. If the mismatch becomes too large, the bearing aid will start to ring ("metallic sound quality"). The mismatch can then be found in the prediction error and the LMS algorithm will update the coefficients towards the desired estimate. Roughly speaking the LMS will try to find a better estimate when the mismatch of the two filters affects the signal, but be satisfied with the coefficients when the mismatch can't be found in the prediction error. The LMS will usually correct the coefficients before the sound quality is affected. The system will however be sensitive to increased gain when there is a mismatch between the feedback paths. There are a number of situations when the gain is increased in the hearing aid and they are potential situations where the hearing aid may start to howl if there is a mismatch between the two feedback paths.

The soft squelch will increase the gain when the level is increased. The hearing aid may start to howl if the coefficients have driven away during a silent period and the level of the input signal is increased so that the soft squelch increases the gain. The howl will then, typically, increase in intensity until limited by the compressor. The howl will thus be audible for the user. **It will be an advantage for the AFB system if the soft squelch is not used in the HF-channel. The soft squelch will therefore not be used in the HF-channel in the fitting rationales of the first generation of instruments with the AFB-system.**

The compressor will increase the gain when the level is reduced. The hearing aid can start to howl if the level of the signal is well above the knee point, the coefficients drive away from the desired coefficients (e.g. by music), and the level of the signal is reduced so that the compressor increases the gain. Further, the syncro algorithm will increase the gain in the transition from the non-speech mode to the speech mode. This is thus a potential problematic situation. However, listening-tests with the FPGA-implementation show that the performance is acceptable.

## 4.2  Known bugs

There is one known bug in the implementation. There are cases when a click can be heard. An effort was put on finding the origin before tape-out, but without success. The effects were judged to be acceptable, even if the clicks can be heard in some situations. The origin of the bug has been found after the tape-out, but the bug will be present on the IC's.

The clicks can often be heard if a pure tone is applied to the system and the AFB will generates amplitude modulation of the tone. The clicks occur when the scale (i.e. the

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

exponent of the coefficients) is altered. It seems like there is a single sample that becomes erroneous in some cases when *scale* alter. Sinusoids make the coefficients to drive away, as there are substantial autocorrelation in the signal. This makes it likely that scale will change when the input is a tone. The audibility of the clicks is also high in the sinusoids. This makes that the clicks are most likely to be heard when the input is a pure tone. The click has also been heard when a telephone set is removed from the ear. The hearing aid can then howl for a short instance. The signal in the hearing aid will then be close to a pure tone and the coefficients will be changing to track the changes in the external feedback. The clicks where not heard in this configuration before it was known that this could be a case where the click could occur.

There is a potential risk that the magnitude of the external feedback of some subjects corresponds to one of the borders (6 dB apart) where *scale* is altered. The variance of the coefficients may then cause *scale* to jump forth and back, which then can cause the clicks to occur more frequent. The clicks could then occur, more or less, all the time. Not only when the external feedback is changing or when the input causes the coefficients to drive away. One way to reduce this problem for subjects that complain on this would be to modify the external feedback by making a new ear mould, which probably would change the magnitude of the feedback enough to get a stable *scale*. The magnitude of the problem is not known. There is no information that says that this has occurred so far, but there is a risk that this will be a problem for some users.

## 4.3  Critical signals and why

The AFB system is designed to predict and cancel as much as possible of the microphone signal from the information in HF component of the output signal. We would like it to only predict the part that is caused by the feedback but there will also be a part that can be predicted due to autocorrelation in the input signal.

The feedback via the two feedback paths will cancel each other when there is a perfect match between the two feedback paths. The prediction error *e(n)* will then be equal to the input signal. The coefficients of the internal feedback path will then drive away from this state if there is correlation between the output signal and the prediction error (the input signal). The component of the update equation that we want to be zero in mean is

$$r(n-k)e(n) \text{ for k=1,...,24} \qquad (17)$$

The output signal will be a delayed version of the input signal if the signal processing of the forward part is approximated by a delay. With a delay of the forward path of 55 samples and a length of the delay line in the AFB system of 15 samples, the reference signal will be

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| **oticon** | **ES** | **Page:** | 33/59 |
| | P833 | **Date:** | [D A T E] |
| | The AFB algorithm | **Init:** | JHL/TBN |

$$r(n) = e(n - 70) \qquad\qquad (18)$$

This gives that we want samples of the input signal that are separated by more than seventy samples to be uncorrelated:

$$E[e(n-70-k)e(n)] = 0 \quad \text{for } k=1,\ldots,24 \qquad\qquad (19)$$

We can thus allow some autocorrelation in the input signal as long as samples separated by more than seventy samples are uncorrelated. We will get a biased estimate if this is not the case. Then the optimal coefficients of the LMS (the coefficients that minimizes the energy of the prediction error) are not the same as the optimal values for feedback cancellation (coefficients equal to the coefficients in the impulse response of the external feedback).

The input signals of the hearing aid will have more or less autocorrelation in the time window of interest. For most signals, the autocorrelation will be neglectable. However, some signals will have this autocorrelation and thus cause problems for the AFB-system. Most of the signals that will cause problems will be classified as tones or having tonal components, but it is possible to create theoretical examples where the signal would be classified as not having tonal components. (E.g. The sum of a noise and the HP-filtered and delayed noise.)

### 4.3.1  Tones

Pure tones will probably be the most common signal that causes problem for the AFB system. Tones will cause the coefficients to drive away as there will be substantial autocorrelation in the time window of interest. Further, the tone may trig the tone detector, which results in faster adaptation to the erroneous state. Tones with short duration will usually not cause any problems as long as the slow mode is used. The system will usually resist the influence of a tone as long as the tone detector does not trig on it. In the slow mode, the adaptation is so slow that the tone will usually have disappeared before the coefficients have adapted to the erroneous state. Low frequency tones will usually not be a problem as the HP filtering prior the LMS block attenuate these and the frequency of these will be too low for the tone detector to trig.

The origin of tones that can cause problems can for example be music, hitting a cup with spoon, and other howling hearing aids.

### 4.3.2  Impulses

Impulses in an otherwise low-level environment can cause the coefficients to drive away from the desired estimate and cause metallic sound quality. The impulses give a large prediction error $e(n)$, as the impulse can not be predicted from the output of the hearing aid. The impulse will then cause the coefficients to take a step in a stochastic direction and

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005211

the step size will be large as long as the impulse has not reached the output of the hearing aid. Consecutive claps have during the verification of the FPGA-implementation caused the hearing aid to howl. Soft squelch makes the feature more pronounced as it will increase the gain once the impulse reaches the compressor.

## 4.4 Sound examples

Table 1 contains a number of sound recordings with and without the AFB system. The first column contains recordings without AFB and without acoustic feedback. This is thus our reference and we can not expect to get better sound quality than this. The second column contains recordings with the AFB system and no acoustic feedback. This column represents cases where we can not expect the AFB system to improve performance, but it can reduce the sound quality. The third and fourth columns are without and with the AFB system, respectively, when the gain margin is 1 dB. The AFB system can then improve sound quality as there is feedback to be removed. The last column contain cases where the gain is increased 10 dB over the limit for stability (without AFB). No recordings without the AFB system where done in this setting as the hearing aid would howl all the time. Cases where the AFB system introduce artifacts are denoted with an asterisk. The recordings were performed with a BTE instrument. The corresponding cases with ITE instruments would be somewhat different, as tones then have to be above 2 kHz before artifacts occur.

Table 2 contains some other examples to demonstrate the effect of the AFB system.

| Input | GM = No output AFB = OFF REF | GM = No output AFB = ON | GM = 1 dB AFB = OFF | GM = 1 dB AFB = ON | GM = 10 dB AFB = ON |
|---|---|---|---|---|---|
| Antonio Vivaldi | AFB OFF | AFB ON * | AFB OFF | AFB ON * | AFB ON * |
| Gary Moore | AFB OFF | AFB ON | AFB OFF | AFB ON | AFB ON |
| Maria Callas | AFB OFF | AFB ON | AFB OFF | AFB ON | AFB ON |
| Miles Davis | AFB OFF | AFB ON | AFB OFF | AFB ON | AFB ON |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

**oticon**

| | ES | Page: | 35/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

| Sin sweep slow | AFB OFF | AFB ON * | AFB OFF | AFB ON * | AFB ON * |
|---|---|---|---|---|---|
| Sin sweep fast | AFB OFF | AFB ON * | AFB OFF | AFB ON * | AFB ON * |
| Dantale | AFB OFF | AFB ON | AFB OFF | AFB ON | AFB ON |
| Ping1 | AFB OFF | AFB ON | AFB OFF | AFB ON * | AFB ON * |
| Slam1s | AFB OFF | AFB ON | AFB OFF | AFB ON | AFB ON |

Table 1. Sound examples with the AFB system (BTE hearing aid). Cases where the AFB system introduces artifacts are denoted with an asterisk (*). Note that the sequences are approx. 30 s although the media player only indicates 12 s. GM=gain margin without AFB system.

| Input | Comment | sound |
|---|---|---|
| Repeated slams | Example where a slam causes the hearing aid to howl. Error denominator: Error off , GM=10 dB and AFB=ON | Slam + AFB |
| Noise | Example when the increase in gain caused by compression and reduced level cause howls. 1) GM without AFB = 6 dB, AFB ON 2) Apply loud noise => GM with AFB = 18 dB 3) Turn the gain 18 dB up (The effective gain increase will be lower due to the compression) 2) Remove noise (The gain is then increased as the level of the signal is lowered. This increase in gain is enough to cause the howl) | Compressor + AFB |
| High level broad band signal | Example where the ambient signal prevents the use of fast mode. Feedback is changed so that hearing aid starts to howl The broad band ambient signal prevents the tone detector to classify the input signal as a tone. The slow mode adaptation is then used. It then takes some time before the | Only slow +AFB |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| | howl is cancelled. | |
|---|---|---|
| Low level broad band signal | Same as above but the level of the signal is lower, which allows the tone detector to detect the tone, which gives the fast mode of adaptation. The howl is then removed much faster. | Slow/Fast +AFB |
| Low level tone + knock on the door that trigs SSQ | Example where a low level tone causes small gain margin. The soft squelch increases the gain at the knock. The increased gain causes the howl.<br><br>Gain Margin without AFB = 6 dB | Tone +AFB +SSQ |
| Low level tone that trigs SSQ | Example where the level of the tone is somewhat higher than in the above example. The ringing caused by the small gain margin is then enough to trig the soft squelch, which increases the gain and causes the howl. Without the soft squelch ("Tone +AFB –SSQ") the howls do not occur.<br><br>Gain Margin without AFB = 6 dB | Tone +AFB +SSQ<br><br>Tone +AFB -SSQ |
| "Normal" feedback cancellation (telephone) | Example when a telephone is placed close to the ear repeatedly, with (+AFB) and without (-AFB) the AFB system. | Telephone -AFB<br><br>Telephone + AFB |

Table 2. Sound examples with the AFB system (BTE hearing aid).

# 5    Programming AFB

This section describes the controls of JUMPCOM that can be used to control the AFB system. The corresponding parameters used in the implementation and stored in the eeprom are also discussed.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| **oticon** | **ES** | Page: | 37/59 |
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |



Figure 14. Controls for the AFB system of JumpCom2b ver 2.1.2

## 5.1  System on/off

This control turns the entire AFB system on/off. When off, both the adaptation and the cancellation is off. Turning the AFB system off reduces the power consumption. The corresponding binary parameter in the eeprom is called *HASystem.afb_on* and has a value of 1 when the system is enabled.

| "System on/off" in JumpCom | HASystem.afb_ha_type | |
| --- | --- | --- |
| not checked | 0 | Feedback cancellation disabled |
| checked | 1* | Feedback cancellation enabled |

Table 3. Possible states of "System on/off" in JumpCom.

## 5.2  Adaptation on/off

**Adaptation off is not implemented correct at the IC. Afb_adapt_on=0 is therefor not allowed.**

When off, the coefficients are not updated. However, the cancellation will still be performed, but the internal path will not track the changes of the external. Turning the adaptation off can be useful when testing the system. The binary parameter in eeprom is called *HASystem.afb_adapt_on* and has a value of 1 when adaptation is enabled.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005215



| | ES | Page: | 38/59 |
|---|---|---|---|
| **oticon** | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

| "Adaptation on/off" in JumpCom | HASystem.afb_adapt_on | |
|---|---|---|
| not checked | 0 | coefficients fixed |
| checked | 1* | coefficients updated |

Table 4. Possible states of "Adaptation on/off" in JumpCom.

## 5.3 Adaptation speed no howl

This control controls the adaptation speed in the slow mode (i.e. when the tone detector has not detected a tone). The values of this control are expressed relative the adaptation speed of the slow mode that was implemented in the Heimdal unit and used in the field test. Increasing this adaptation speed will improve the algorithms tracking of changes in the external path that does not cause howl. It will also reduce the time of howl when the hearing aid becomes unstable, but the tone detector does not detect it as a tone due to broad band ambient sounds.

The adaptation speed depends on the adaptation gain in the update of the coefficients and how often the update is performed. This control sets the adaptation speed independent of the update frequency.

The corresponding parameter used in the implementation and eeprom is called *HASystem.afb_speed_no_howl*. The adaptation gain $\mu_0$ depends both on *HASystem.afb_speed_no_howl* and *HASystem.afb_update_freq* (parameter set by "update frequency").

| "Adaptation speed no howl" in JumpCom | HASystem.afb_speed_no_howl | $\mu_0$ in update equation |
|---|---|---|
| x8 | 000 | $2^{-(4-afb\_update\_freq)}$ |
| x4 | 001 | $2^{-(5-afb\_update\_freq)}$ |
| x2 | 010 | $2^{-(6-afb\_update\_freq)}$ |
| x1 | 011 | $2^{-(7-afb\_update\_freq)}$ |
| x/2 | 100 | $2^{-(8+afb\_update\_freq)}$ |
| x/4 | 101 | $2^{-(9+afb\_update\_freq)}$ |
| x/8 | 110 | $2^{-(10+afb\_update\_freq)}$ |
| x/16 | 111 | $2^{-(11+afb\_update\_freq)}$ |

Table 5. Possible states of "Adaptation speed no howl" in JumpCom.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

## 5.4 Adaptation speed howl

"Adaptation speed howl" controls the adaptation speed in fast mode (i.e. when the tone detector has detected a tone). The adaptation speed is expressed in the same way as "adaptation speed no howl" (relative the adaptation speed of the slow mode in Heimdal).

Increasing this adaptation speed will reduce the time for a howl to disappear, but can also increase problems associated with sound quality as the algorithm will be faster to adapt to tonal input signals. The corresponding parameter stored in the eeprom is called *HASystem.afb_speed_howl*.

| "Adaptation speed howl " in JumpCom | HASystem.afb_speed_howl | $\mu_0$ in update equation |
|---|---|---|
| x1 | 000 | $2^{-12}$ |
| x2 | 001 | $2^{-11}$ |
| x4 | 010 | $2^{-10}$ |
| x8 | 011 | $2^{-9}$ |
| x16 | 100 | $2^{-8}$ |
| x32 | 101 * | $2^{-7}$ |
| x64 | 110 | $2^{-6}$ |
| x128 | 111 | $2^{-5}$ |

Table 6. Possible states of "Adaptation speed howl" in JumpCom.

## 5.5 Hearing aid type

This control is used to specify the type of hearing aid. The parameter of the eeprom is called *HASystem.afb_ha_type*. The blocks whose characteristics are altered with type of hearing aid (e.g. the delay line) use this parameter.

| "Hearing aid type" in JumpCom | HASystem.afb_ha_type |
|---|---|
| ITE | 0 |
| BTE | 1 |

Table 7. Possible states of "Hearing aid type" in JumpCom.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| oticon | ES | Page: | 40/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

## 5.6  FCD hysteresis

This control is used to turn the hysteresis on/off. The leak is, independent of the hysteresis, used as soon as the FCD block flags that the ratio between the energy of the residual signal and the microphone signal is higher than the limit. The hysteresis controls the minimum number of samples that the leak is used in. With hysteresis the leak is used for at least 4094 samples. Without the hysteresis the use of leak is stopped as soon as the flag from the FCD block is low. The parameter of the eeprom is called *HASystem.afb_fcd_hyst*.

| "FCD hysteresis" in JumpCom | HASystem.afb_fcd_hyst | |
|---|---|---|
| not checked | 0 | Hysteresis disabled |
| checked | 1 | Hysteresis enabled (4094 samples) |

Table 8. Possible states of "FCD hysteresis" in JumpCom.

## 5.7  Kill coeff.

This control enables the option of resetting the coefficients if the FCD flag is high for a specified time. This is a safety system that can be useful if the AFB-system becomes unstable and don't become stable when the coefficients are updated in the ordinary manner. The binary parameter used to store this setting in the eeprom is called *HASystem.afb_kill_coef.*

| "Kill coeff." in JumpCom | HASystem.afb_fcd_hyst | |
|---|---|---|
| not checked | 0 | Reset of coefficients by FCD disabled |
| checked | 1 | Reset of coefficients by FCD enabled |

Table 9. Possible states of "Kill coeff" in JumpCom.

## 5.8  Kill time

The time that the FCD-flag has to be high before the coefficients are set to zero is set by this control (if this feature is enabled by "Kill coeff"). The available values are one and two seconds. The binary parameter of the eeprom is called *HASystem.afb_kill_time*.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005218

| | ES | Page: | 41/59 |
|---|---|---|---|
| **oticon** | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

| "Kill time" in JumpCom | HASystem.afb_kill_time | |
|---|---|---|
| not checked | 0 | KillTime 0 (1 s) |
| checked | 1 | KillTime 1 (2 s) |

Table 10. Possible states of "Kill time" in JumpCom.

## 5.9 Input to Schroeder noise

This control specifies which signal to use when the white noise is generated. The noise can be generated from the output signal (*nsout_nd2*) or the HP-filtered output signal (*nsout_hp*). The entire output signal was used in the field test but the default has been altered to the HP-filtered signal.

The HP-filtered signal has the advantage that it gives a natural balance between high and low frequencies in the reference signal of the LMS. Better performance of the AFB system has been observed when the HP-filtered signal is used, especially in situations with substantial gain and quiet or low frequency input signals. The reference signal will then contain only marginal high frequency information. The internal filter will then converge to zero, as that is what the LMS will converge to at low frequencies and there is no other information about the HF-part. The hearing aid will then start to howl, as there will be a mismatch between the internal and external path. Then there will be information in the HF component of the reference signal and the adaptive filter will adapt to the external feedback. The howl will then disappear and the adaptive filter will start to converge to zero again.

A slight disadvantage with generating the schröder noise from the HP-filtered signal is that this gives lower level of the noise when the input signal is a low frequency tone. The HP filter will not completely remove this signal from the reference signal and the level of the LF noise will be the same as of the tone. The level of the noise will be higher when the entire output signal is used to generate the noise. This gives that the adaptive filter may become more sensitive to low frequency tones when the HP-filtered output signal is used to generate the noise.

The adaptation speed will become somewhat higher when the HP-filtered signal is used to generate the noise. This can be seen in the update equation where the denominator will be reduced as the level of the reference signal is reduced when the level of the LF-noise is reduced. The expected value of the numerator will remain unaltered, as the correlation between the reference signal and the prediction error is unaltered.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005219

| oticon | **ES** | Page: | 42/59 |
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

| "Input to Schroeder noise" in JumpCom | HASystem.afb_schr_in | |
|---|---|---|
| not checked | 0 | Normal input |
| checked | 1 | HP input |

Table 11. Possible states of "Input to Scroeder noise" in JumpCom.

## 5.10  AFB coef reset

This control resets the coefficients to zero the next time the coefficients are updated. The parameter of the eeprom is called *HASystem.afb_reset_coeff*.

| "AFB coef reset" in JumpCom | HASystem.afb_reset_coeff | |
|---|---|---|
| not checked | 0 | Normal mode |
| checked | 1 | Reset |

Table 12. Possible states of "AFB coef reset" in JumpCom.

## 5.11  Update frequency

Update frequency controls how often the coefficients are updated in the slow mode. 1/32 means that the coefficients are updated every 32'nd sample. The power consumption should be reduced when the coefficients are updated in only a fraction of the samples. However, at the moment there are no figures of the quantity of reduction. A possible drawback with reduced update rate is that the estimate is based on fewer observations and an increased variance of the coefficients can be expected. The effect of the increased variance is judged neglectable, as the variance will be small in the slow mode. The parameter of the eeprom is called *HASystem.afb_update_freq*.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005220

| oticon | ES | Page: | 43/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

| "Update frequency" in JumpCom | HASystem.afb_update_freq | |
|---|---|---|
| 1/32 | 000 * | update every 32'nd sample |
| 1/16 | 001 | update every 16'nd sample |
| 1/8 | 010 | update every 8'nd sample |
| ¼ | 011 | update every 4'nd sample |
| ½ | 100 | update every 2'nd sample |
| 1/1 | 101 | update every sample |
| -- | 110 | Not used |
| -- | 111 | Not used |

Table 13. Possible states of "Update frequency" in JumpCom.

## 5.12 Error denominator

Error denominator controls the influence of the term with $e^2(n)$ in the denominator of the update. This control can be used if transient sounds cause the hearing aid to howl as it can reduce the adaptation speed in these situations. It can be argued that this control should be dependent of the fitting. It should then be adjusted so the term with $e^2(n)$ in the denominator usually give a negligible contribution to the denominator, but dominates it when there is a transient. The default value is at the moment independent of the fitting.

The corresponding parameter of the eeprom is $HASystem.afb\_error\_sq$.

| "Error denominator" in JumpCom | HASystem.afb_error_sq | Term in denominator of update equation with $e^2$ |
|---|---|---|
| Error off | 0 | Term with $e^2$ not used |
| Error 1 – 15 | 1 – 15 | $e^2/2^{(afb\_error\_sq-1)}$ |

Table 14. Possible states of "Error denominator" in JumpCom.

## 5.13 Leak frequency

Leak frequency controls how often the update of the coefficients should be performed with the leak factor. The coefficients will be pulled towards zero if the leak is used too frequent. This may then reduce the maximum gain that can be achieved. The leak is however useful

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005221

| oticon | **ES** | Page: | 44/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

to reduce components of the internal filter that the LMS does not receive any information about, e.g. components over 6 kHz.

Note that it may take some time before a change in this parameter takes effect, as the interval between updates with leak is not altered until the end of the present interval. Further, the effective leak will depend on the update frequency.

The parameter of the eeprom is *HASystem.afb_leak_freq*.

| "Leak Frequency" in JumpCom | HASystem.afb_leak_freq | |
|---|---|---|
| Leak off | 0 | Leak not used |
| Leak freq. 1 – 15 | 1 – 15 | Leak used in one update out of $2^{(18-afb\_leak\_freq)}$ |

Table 15. Possible states of "Leak Freaquency" in JumpCom

## Denominator constant

Denominator constant controls the $\beta$-parameter of the denominator in the update equation. The default value is 2 which gives $\beta$=8192. This corresponds to a RMS value of the reference signal of ca 18 (sqrt($\beta$/24)). The step size is normalised when the level of the reference signal is higher than this. This means that the adaptation time will be independent of the level. At levels lower than this, the denominator is dominated by $\beta$. The adaptation time then depends on the level and is halved for each 3 dB reduction in level.

| Parameter in JumpCom | HASystem.afb_beta | |
|---|---|---|
| Beta value 0 – 15 | 0 – 15 | $\beta=2^{(11+afb\_beta)}$ |

Table 16. Possible states of "Denominator constant" in JumpCom

## 5.14 Disable Howl Detector

This control disables the tone detector and the use of the fast mode. When disabled, the slow mode will be used all the time and the adaptation time is controlled by "Adaptation speed no howl".

The parameter in the eeprom is called *HASystem.afb_disable_dtone*.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005222



| | ES | Page: | 45/59 |
|---|---|---|---|
| oticon | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

| "Disable Howl Detector" in JumpCom | HASystem.afb_disable_dtone | |
|---|---|---|
| not checked | 0* | Howl detector enabled |
| checked | 1 | Howl detector disabled |

Table 17. Possible states of "Disable Howl Detector" in JumpCom

## 5.15 Delay setting

This control can be used to adjust the length of the delay line position before the adaptive filter. The default length of the delay line is 10 and 15 samples for the ITE and BTE, respectively. These values are achieved with "Delay setting 3". The length of the delay line is increased with one sample for each step of this control. It is important that the delay line is not too long as most of the energy in the feedback path is found in the first non-zero coefficients of the impulse response. If the delay line is too short, the tail of the impulse response can not be predicted. This is however not crucial as most of the energy is found at the first coefficients. The length of the delay line should be adjusted to the subjects with shortest initial delay. The default value gives a delay line that is expected to be conservative.

The parameter is in the code called *HASystem.afb_delay*.

| "Delay setting" in JumpCom | HASystem.afb_delay | |
|---|---|---|
| Delay setting 0 | 0000 | Delta delay = -3 |
| Delay setting 1 | 0001 | Delta delay = -2 |
| Delay setting 2 | 0010 | Delta delay = -1 |
| Delay setting 3 | 0011 | Delta delay = 0 |
| Delay setting 4 | 0100 | Delta delay = 1 |
| Delay setting 5 | 0101 | Delta delay = 2 |
| Delay setting 6 | 0110 | Delta delay = 3 |
| Delay setting 7 | 0111 | Delta delay = 4 |

Table 18. Possible states of "Delay setting" in JumpCom

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005223

| **oticon** | **ES** | **Page:** | 46/59 |
| | P833 | **Date:** | [D A T E] |
| | The AFB algorithm | **Init:** | JHL/TBN |

## 5.16  FCD speed

The fast_mode will be used as soon the FCD flag goes high when this option is enabled.
This increases the leak as the coefficients are updated with the leak in each sample.
Further, the adaptation speed is increased to find a better estimate.

The parameter is in the code called *HASystem.afb_fcd_speed* and has a default value of 0.

| Parameter in JumpCom | HASystem.afb_fcd_speed | |
|---|---|---|
| not checked | 0* | default (fast mode only controlled by Detect_New) |
| checked | 1 | FCD => fast mode |

Table 19. Possible states of "FCD Speed" in JumpCom

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005224



| | ES | Page: | 47/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

## 5.17  Default setting

| Control of JumpCom2b | Default value | Parameter in code/eeprom | Default value |
|---|---|---|---|
| System on/off | checked | $HASystem.afb\_on$ | 1 |
| Adaptation on/off | checked | $HASystem.afb\_adapt\_on$ | 1 |
| Adaptation speed no howl | x1 | $HASystem.afb\_speed\_no\_howl$ | 3 |
| Adaptation speed howl | x32 | $HASystem.afb\_speed\_howl$ | 5 |
| Hearing aid type | ITE | $HASystem.afb\_ha\_type$ | 0 |
| FCD hysteresis | not checked | $HASystem.afb\_fcd\_hyst$ | 0 |
| Kill coeff. | checked | $HASystem.afb\_kill\_coef$ | 1 |
| Kill time | not checked (1s) | $HASystem.afb\_kill\_time$ | 0 |
| Input to Schroeder noise | checked (HP-filtered) | $HASystem.afb\_schr\_in$ | 1 |
| AFB coef reset | not checked | $HASystem.afb\_reset\_coeff$ | 0 |
| Update frequency | 1/32 | $HASystem.afb\_update\_freq$ | 0 |
| Error denominator | Error 8 ($x^2/128$) | $HASystem.afb\_error\_sq$ | 8 |
| Leak frequency | Leak freq. 7 | $HASystem.afb\_leak\_freq$ | 7 |
| Denominator constant | Beta 2 ($\beta=8192$) | $HASystem.afb\_beta$ | 2 |
| Disable Howl Detector | not checked | $HASystem.afb\_disable\_dtone$ | 0 |
| Delay setting | Delay setting 3 | $HASystem.afb\_delay$ | 3 |
| FCD speed | not checked | $HASystem.afb\_fcd\_speed$ | 0 |

Table 20. Default values of controls in JumpCom2b and the corresponding variables.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005225



| | ES | | Page: | 48/59 |
|---|---|---|---|---|
| | P833 | | Date: | [D A T E] |
| | The AFB algorithm | | Init: | JHL/TBN |

## 5.18 Music mode

A Music mode that is less sensitive to tones could be achieved by modifying the parameters. One proposal is to reduce the adaptation time in the fast mode (Adaptation speed howl) to x4. This will reduce the sensitivity to pure tones in music and the tones have to have longer duration before the adaptive filter is affected. On the other hand, it will take longer time before the ringing disappears once it has started. The feature of the adaptive filter adapting to the input signal will not disappear, but the duration of the tones has to be larger to affect the adaptation. However, once the adaptive filter has adapted to a tone it will take longer time to converge back to the desired estimate.

## 6    Fast verification of the AFB system (FPGA/IC)

One way to verify that the AFB system is working is to start with the AFB system off, increase the gain of the instrument so that the instrument just starts to howl, increase another 10 dB, and then turn the AFB system on. The howl should then be removed. This assumes that the SSQ in the HF channel is disabled. If present it will give another 6 dB gain when the hearing aid starts to howl. This gain together with the increase of 10 dB may be somewhat much for the AFB system to stabilize. The AFB system will however try to cancel it and it will be heard that the howl changes frequency.

Another way to verify that the AFB system is working that does not require that the hearing instrument is connected to the software is to increase the feedback by placing the hand over the hearing aid so that it just starts to oscillate. The AFB-system should then remove the howling. It can be hard to decide whether the howl was stopped as the hand was moved slightly or by the AFB-system, but it can usually be concluded after a couple of tries.

## 7    Frequently Asked Questions

### 7.1  Basics/functionality

*Q: What is an AFB system?*

A: The basic principle of the AFB system is that it should remove the feedback by predicting and subtracting the part of the microphone signal that is feedback. The prediction is achieved with an adaptive filter that changes its characteristics as the acoustic feedback changes. The AFB system differs from other feedback reduction methods (e.g.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| **oticon** | **ES** | **Page:** | 49/59 |
| | P833 | **Date:** | [D A T E] |
| | The AFB algorithm | **Init:** | JHL/TBN |

notch filtering) in that the gain of the hearing instrument is not changed when the AFB system is introduced.

### Q: Does AFB reduce gain? Is the AFB system transparent?

A: The forward path of the hearing aid will not be affected by the AFB system? Ideally, the AFB system predicts and cancels the part of the microphone signal that is feedback. The gain is thus not reduced by the AFB system and the AFB system will be transparent for the ambient signals. There will be cases where the AFB system affects the signal (e.g. pure tones) and thus the gain, but usually the AFB system will be transparent for the signal.

### Q: Are there any drawbacks?

A: The drawback of the AFB system is, besides increased power consumption, that the performance of the AFB system depends on the input signal. The AFB system can reduce the sound quality by introducing feedback. This will be the case with pure tones with long duration. The AFB system will then try to cancel this tone. The result will be that there is a mismatch between the internal and external feedback path at other frequencies that will cause the hearing aid to ring or howl.

### Q: Is AFB "awake" (does it work) all the time?

A: The AFB system works (if enabled) all the time. This means that the feedback is cancelled even if it is not so severe that it would cause a howl. The user will usually not notice that it is working. The AFB system will usually improve the gain margin even if the feedback is not severe enough to cause howl.

### Q: Why does the HA howl e.g. when I move the phone away?

A: The hearing aid will howl when there is a mismatch between the internal and the external feedback. This can be the case when there is a sudden change in the external feedback and the adaptation of the internal feedback is not fast enough (e.g. when the phone is moved away from the ear). The Feedback Change Detector (FCD) will then detect that the howl is caused by the internal feedback, which then is reduced. Usually, the detection of the FCD will prevent the howl.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005227



| | **ES** | Page: | 50/59 |
|---|---|---|---|
| **oticon** | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

## 7.2 Competitor questions

*Q: What is the difference between the Oticon AFB and the competitors' AFB systems?*

**A:** A competitor analysis of the competitors AFB-system has not been done within the Jump2B project. Oticon's AFB-system is characterised by fast adaptation when the hearing aid is howling, slow adaptation when it is not howling and low power consumption. Further, no fitting to the patient is needed as with the Danalogic system.

The fast adaptation means that the duration of howl that may occur is short. The slow adaptation (when the hearing aid is not howling) gives good sound quality for the very most input signals.

The mean gain increase before the hearing aid starts to howl has with the Resound system been reported to be in the order of 8 dB. Oticon's system will probably give better value when measured with the same method. Further, the Oticon system will probably give better sound quality when listening to music and lower power consumption, compared to the Danalogic system.

Siemen's AFB system is slower than Oticon's, and thus Siemen's system does not remove howl as fast. On the other hand it does not try to cancel pure tones. Siemen's system attenuates pure tones, but does not generate additional tones as Oticon's may when the input is a pure tone.

*Q: Is our AFB system state of the art?*

**A:** It is likely that Oticon's AFB system will be the best on the market. A number of compromises are made when an AFB system is designed. This means that the AFB system will not get the top score in every possible test that can be designed. However, it will work very well in daily life.

## 7.3 Performance of the IC

*Q: Is it an expensive circuit in terms of current consumption and area?*

**A:** There are at the moment no reliable absolute estimates of the current consumption. However, simulations show that the AFB system will have approximately the same power consumption as the jump part of the chip. However, these are rough estimates that may differ from the actual values. Approximately 28% of the area of the Jump2b chip will be occupied of the AFB system. Table 21 shows a summary of the AFB part of the IC.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR