| **oticon** | ES | Page: | 51/59 |
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

| Current Consumption (slow mode, update=1/32) | Expected to be the same as the jump part of Jump2b |
|---|---|
| Size | Approx. 2.8 mm$^2$ (28% of Jump2b) |
| Transistors | Approx. 460.000 (42% of Jump2b) |
| Process | 0.25 μm |
| Supply Voltage | 0.9 - 1.7 V |

Table 21. Summary of AFB data (Chip:Jump2B RevA)

## 7.4 Different hearing aid styles

*Q: To what extent does the AFB algorithm function with a BTE HA?*

A: The system was designed for ITE instruments but have been modified to fit the feedback of BTE hearing aids. The length of the delay line in the internal feedback path has been increased from 10 to 15 samples. This corresponds to an increase in the length of the acoustic path from receiver via ear canal to microphone of ca 10 cm, which can be expected when going from an ITE to a BTE. Further, the lowest frequency for which the algorithm cancels feedback is moved from 2 kHz to 1.5 kHz. This is made to allow for higher gain at lower frequencies. The drawback with the lowering this frequency is that the algorithm becomes more sensitive to pure tones at these frequencies. The need of feedback cancellation at lower frequencies will depend on the fitting. There is no reason to lower this frequency if feedback cancellation is not needed for frequencies below 2 kHz. It is possible to program the parameters of the AFB system so that the cut off frequency is 2 kHz and the delay is 14 samples. This could be useful for fittings with BTE's where the lower cut off frequencies are not needed. This strategy will however not be implemented in the first generation of the ADAPTO instruments.

The BTE mode of the AFB system has been tested in a field test with good results {see the reference **AFB BTE pilot test**}.

*Q: Does it work for all hearing aid styles (CIC to Super Power)?*

A: The basic principle of the AFB system works for CIC to Super Power. The prescribed gain and the feedback will affect the success of the AFB system. The feedback path of the different types of instruments will have different characteristics (due to different receivers, position of microphone etc.). Further, the prescribed gain will differ between the styles.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005229



| oticon | ES | Page: | 52/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

BTE instruments do often have a longer impulse response of the feedback path than ITE instruments. The internal 24 tap FIR-filter will get a better match to the feedback path of ITE instruments than BTE instruments, which have longer impulse responses of the feedback path.

Super power instruments do usually give more gain at low frequencies than other instruments. This gives a need to lower the lower frequency for feedback cancellation, which is done with BTE instruments. The AFB system will then become sensitive for pure tones in a larger frequency range, which can reduce the sound quality.

## 7.5 Fitting

*Q: Will we have larger fitting ranges for our hearing aids?*

A: The AFB system has not been designed to increase the fitting range, and will not be used for it in the first generation of hearing aids with the AFB system. A reason for not using it for increased gain is that the sensitivity for changes in the feedback path increases substantially. Assume that we can get an improvement in gain margin of 12 dB and we use this to increase the gain. We then compare a system without AFB and a gain margin of 6 dB and a system with AFB and 12 higher gain (still a gain margin of 6 dB). The system without the AFB can allow an increase in the feedback of 6 dB before the instrument howls. The system with AFB would then start to howl at an instantaneous increase in the feedback of only 1,9 dB. The gain could be increased with 6 dB, but the external feedback only 1,9 dB! This would make the system with AFB much more sensitive to changes in the external feedback than the system without AFB.

*(It is in these computations assumed that the phase is unaltered when the feedback changes. The example corresponds to a hearing aid with a flat gain of 0,5 (-6 dB) and a feedback of 1 (0 dB), which gives a gain margin of 6 dB. The gain of the system with AFB is then increased to 2 (increased with 12 dB to 6dB) and the internal feedback path is 0.75 (-2.45 dB). The loop gain of the system is then $2*(1-0,75)=0,5$ which gives a gain margin of 6 dB. The hearing aid will start to howl if the external feedback is increased to 1,25 (1.9 dB). This gives a loop gain of $2*(1.25-0,75)=1$. This means that the external feedback can only be increased by 1.9 dB before oscillation, but the gain of the hearing aid can be increased by 6 dB!)*

*Q: How much can the dispenser adjust the AFB system?*

A: The dispenser will in the first generation of instruments only be able to enable / disable the system. There are parameters that could be useful to adjust (e.g. adaptation speeds) but

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005230

| oticon | ES | Page: | 53/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

it is hard to explain all effects that it would give. It is therefore wise to not use dispenser-controlled controls for the AFB system.

*Q: What is the purpose of the Feedback Manager for a HI with AFB?*

A: The strategy when designing the AFB system has not been to increase the fitting range but to avoid the temporary howls that can occur. Therefore it makes sense to use the feedback manager when fitting the hearing aid and then turn the AFB system on when the fitting is completed.

*Q: Is the AFB system adapted to the user or the hearing loss?*

The AFB system is in the present form not fitted to the user or hearing loss. A strategy that could be useful would be to adjust the lower frequency for the AFB system for BTE's (1.5 kHz) to 2 kHz for those BTE subjects that don't have feedback problems below 2 kHz.

*Q: Will it be possible in our applications to disable the AFB when listening to fx. music?*

A: The very most music parts will get good sound quality with the AFB system. However, there are examples where the system adapts to the music and gives poor sound quality.

A HiFi/Music program will be set as the default P2 program (other P2 options available) for the Adapto HAs with two programs. The directional HAs will have HiFi/Music as an option in P1 (instead of omni-directional syncro)

AFB is default disabled in the music program, but if wanted it can be enabled by the dispenser in Genie. P1 and P2 can be set differently with respect to AFB. And also you can choose to enable AFB on one ear only!

*Q: Are there any situations where AFB is not needed?*

A: The AFB system is not needed when the hearing instrument has large gain margin without the AFB system. The AFB system will then not have any positive effects, but there are possible negative effects.

*Q: Are there any situations where AFB is not wanted?*

A: The AFB system can give small gain margin and introduce artifacts when the input signal is a pure tone. The system will then often perform better without the AFB system, as long it does not howl without the AFB system.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005231

Case 1:05-cv-00422-GMS    Document 551-12    Filed 03/28/2008    Page 4 of 18

| oticon | ES | Page: | 54/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

*Q: Why is not the soft squelch used in the HF channel?*

A: The AFB can with input signals that contain a pure tone adjust the internal filter so that the gain margin is small. See Figure 1 This characteristic is independent of the level of the signal. The sound of a computer fan can cause small gain margin. If the small gain margin is achieved at low levels with the soft squelch enabled, the gain will increase as the level increases. The increased gain caused by the soft squelch may then cause the hearing aid to howl. This will be very disturbing, as the howl will be much louder than the ambient sound. The soft squelch is therefore disabled in the HF channel. The soft squelch in the LF channel will usually not interfere with the AFB system. The soft squelch in the LF channel may cause some problems for the AFB system if the split frequency between LF and HF is 2.5 kHz.

*Q: Can you use the AFB-system to remove feedback due to a poor ear mould?*

A: The AFB should not be used to compensate for a poor earmould. If so, the system will not be able to cope with changes in the acoustic feedback as well, and the drawbacks of the AFB-system will be present (reduced sound quality for some signals and increased power consumption). It will thus be better to make a good ear mould and disable the AFB-system if that solves the feedback problems.

## 7.6 Performance

*Q: What is the gain margin improvement?*

A: The intention with the AFB-system is not to cancel static feedback but to cancel intermittent feedback. The gain margin, and thus improvement in gain margin, depends on the characteristics of the input signal. With white noise, which is a best case signal, gain margin improvements of over 20 dB has been measured. A mix between a tone and noise is a much more challenging signal. This usually gives a very small gain margin, independent of the gain. The system will then be stable (not howling) but the sound quality is poor due to the small gain margin. The improvement will then depend on the gain. At high gain settings there will be an improvement in gain margin, as the hearing aid would oscillate with out the system. At low gain settings the gain margin will decline, as we will be better off without the AFB-system. The upper limit of gain that can be used will be set of how much degradation of the sound quality that is accepted.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005232



| | ES | Page: | 55/59 |
|---|---|---|---|
| oticon | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

*Q: Will the negative effects appear even if the gain is so low that the hearing aid does not howl without the AFB-system.*

A: Yes, the adaptive filter will adapt to tonal inputs even if there is no acoustic feedback. Further, the power consumption of the AFB system will be approximately the same if it is needed or not. Subjects that don't have any problems with feedback will be better off without the system, as the negative effects on the sound quality is avoided and the power consumption is reduced.

*Q: Can you use your hearing aid in telephone conversations?*

A: The intention is that users should be able to use the hearing aid when using the telephone. However, placing the telephone by the ear can increase the feedback with up to 20 dB. If this occurs at the same frequency as there is a small gain margin, we can not expect the AFB system to cancel the feedback. Usually, the AFB system will work fine with telephone, but it will be possible to generate situations that it can't handle. The user will probably learn how close he/she can put the telephone without howl.

*Q: In a demonstration of the AFB I noticed that the hearing aid howled briefly before the feedback was cancelled. What is the explanation for that and how does it compare to other AFB systems?*

A: The AFB system uses an internal feedback path that is an estimate of the external acoustic feedback. There will be a mismatch between the feedback paths if there is a fast change in the acoustic feedback. The hearing aid will then howl if the mismatch is large enough and the adaptation is not fast enough to adapt to the new feedback before it starts to oscillate. This will be the case for other AFB systems as well.

*Q: What are the typical and worst/best case improvement in gain compared to no AFB?*

A: With a broad band signal the gain margin improvement will probably exceed 10 dB. With tones present in the signal and large gain margin it is possible that the gain margin will be reduced with the AFB system.

*Q: How quickly can the AFB algorithm respond to sudden changes in the feedback path such as combing your hair?*

A: The AFB system will usually have a fairly good model of the feedback before the change. This means that with AFB larger changes of the feedback can occur before the

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005233

Case 1:05-cv-00422-GMS    Document 551-12    Filed 03/28/2008    Page 6 of 18

| oticon | ES | Page: | 56/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

hearing aid starts to howl than without AFB. If the hearing aid starts to oscillate the howl is usually removed within a fraction of a second.

*Q: What happens when the hearing aid is held in the hand with a lot of feedback?*

A. The AFB system will try to cancel the feedback even if there is so much feedback that it does not succeed. The effect will then usually be that the howling shift between alternating frequencies. The AFB system will try to find a good model at the frequency of the howl. The result is usually a mismatch large enough to cause howl at some other frequency and thus the frequency of the howl is changed..

## 7.7 Critical signals and artifacts

*Q: What are the typical user situations where problems can be encountered? When problems with the AFB algorithm occur, what artifacts can be experienced?*

A. It is mainly sequences in the input signal that are close to a tone that will cause problems for the AFB system. It can be parts of music that are close to sinusoids. Another example is the "ping" when a spoon hits a cup. The adaptive filter will then get a mismatch relative the external feedback path. The result will be ringing or howl at some other frequency than the tone in the input signal. The frequency of the howl will usually not be a harmonic component of the frequency of the input signal. The howl or ringing will differ from the usual ringing or howl in that the frequency will change over time as the adaptive filter changes its characteristics.

*Q: Is it possible to listen to music with the AFB-system?*

A. Most types of music will have good sound quality with the AFB system. There may be sequences in music (tones) that the AFB system interpret as howl. The AFB system will then use the fast mode of adaptation and try to cancel the tone. The effect can be that the tone is attenuated and alternative tones are generated by the AFB system.

*Q: Why does not it sound well when I whistle?*

A. The AFB system is designed to predict as much as possible of the microphone signal from the output signal. Usually it will only be the part caused by feedback that can be predicted in this way. When the input is a tone (e.g. a whistle) it will be possible to predict

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005234

| oticon | ES | Page: | 57/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

more then the feedback of this signal. The adaptive filter will then be adjusted to the tone. This will result in a mismatch between the internal and external filter that may cause the hearing aid to howl at other frequencies. The AFB system will thus answer the tone with some other tone(s) that not necessarily is harmonic with the tone of the input signal.

*Q: Sometimes the sound is hollow (like talking through a tube) with the AFB.*

A. Non white input signals can cause small gain margin of the hearing aid, which can cause a hollow sound quality.

## 7.8 Miscellaneous

*Q: What is the difference of "static" and "dynamic" feedback?*

A: "Static feedback" represents the part of the feedback that does not change over time. This corresponds to the feedback present when the hearing aid is fitted. "Dynamic feedback" is the changes in the feedback that occur while the hearing aid is used.

*Q: Does it work in telecoil mode also?*

A. In principle, the AFB system could be used to cancel feedback from the receiver in telecoil mode. The AFB system will however be disabled in the telecoil program. The AFB system is designed to cancel feedback that with frequencies over 2 kHz (1.5 kHz with BTE) and with a delay of at least 10 samples from the DA to the AD (15 samples with BTE). The feedback via the telecoil will probably have different characteristics regarding group delay amplitude characteristics than the acoustic feedback. Therefore, it can be assumed that the AFB-system will not perform as well with feedback via telecoil.

*Q: How difficult would it be to expand the AFB algorithm in order to cope with internal feedback within the HA itself?*

A: The AFB does not differentiate between acoustic feedback and feedback within the HA itself. The AFB system will thus try to cancel the internal feedback it can find. The constraints in the algorithm (time delay and lower frequency of interest) will however limit the success. The characteristics of the feedback within the HA is probably close to time invariant, which could be used if the system was modified to cope with feedback within the HA.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005235

| oticon | ES | Page: | 58/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

# 8 References

**AFB project summary P645**

Joel Beilin & Thomas E. Christensen

Documentum: "Projects 601 – 700/P645 Anti Feedback/Meetings, memos/memos/AFB finish.doc"


**Implementation of the anti feedback system**

TBN/JHL

Documentum: "Projects 801 - 900/P833 Jump2b/Concept Phase/Afb_implementation.doc"


**Slow update problem**

JHL/TBN

Documentum: "Projects 801 - 900/P833 Jump2b/Concept Phase/Slow update problem .doc"


**Stability problem**
JNL/TBN

Documentum: "Projects 801 - 900/P833 Jump2b/Concept Phase/stability.doc"


**Verification of the AFB system**

JHL/TBN

Documentum: "Projects 801 - 900/P833 Jump2b/Concept Phase/Verification of the AFB system.doc"


**AFB BTE pilot test**

LBH

Documentum: "Projects 801 - 900/P843 ADAPTO/Audiologi/Anti feedback/AFB BTE/Q AFB BTE Pruductafprøvning 88 97 016.doc"

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005236

| | ES | Page: | 59/59 |
|---|---|---|---|
| **oticon** | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |


Q AFB BTE
Produktafprøvning 85...

**FPGA test of Jumb 2b Adapto/AFB, Hearing impaired subjects**
LBH
"Projects 801 - 900/P843 ADAPTO/Phase 2 – Concept Phase/FPGA lyttetest 1 Adapto/ Test HH dec 2000/FPGA HH Report.doc


FPGA Jump2b Adapto
AFB Report...

**FPGA Jump2b, Normal hearing subjects**
LBH
"Projects 801 - 900/P843 ADAPTO/Phase 2 – Concept Phase/FPGA lyttetest 1 Adapto/ Test NH dec.2000/Konklusion FPGA NH.doc


Konklusion FPGA
NH.drl
CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005237

# Exhibit 11

CONFIDENTIAL

# A Summary of the ALASKA Feedback Manager Operation and Use

SBO / Rev 1.2
26.09.2001

Alaska Feedback Canceller system operation.doc      11.08.05      Page 1 of 8




CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM006035

*CONFIDENTIAL*

### 1. Alaska Feedback Canceller - System Overview

A simplified block diagram of the system is shown below:



Figure 1

Broadly speaking the feedback canceller works in the following way:

> The Feedback Canceller (FBC) calculates the component of the microphone signal (Y) that is the direct result of the receiver output (X). This erroneous signal (U) is then removed from the microphone signal to give a corrected signal (ε) to be amplified by the hearing loss specific gain filters.

Alaska Feedback Canceller system operation.doc        11.08.05        Page 2 of 8

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR                                   DEM006036

CONFIDENTIAL

## 2. System Description

Looking at the Feedback Canceller block in more detail we see the following:



Figure 2

This block diagram can be explained in the following way:

The signal sent to the HI output (X) is passed through a Delay element (1) and then a filter (2). This filtered signal (U) is the FBC's estimate of the feedback signal generated as a result of the output signal X. This estimate (U) is subtracted from the incoming signal received via the HI microphone (Y). This new compensated signal ($\varepsilon$) then passes to the Alaska processing block, where patient specific amplification is applied.

The feedback conditions are constantly changing. To counter this the filter (2) applied in the FBC is not static, but adapts on-the-fly. In order to achieve this a number of additional functions are performed.

The tuning of the filter (2) is carried out by the filter tuning block (3). This block takes the delayed receiver signal and the compensated microphone signal ($\varepsilon$), as well as information from the control unit, and optimises the filter coefficients.

The control unit (4) provides a safety mechanism to ensure that feedback is always removed, and not in fact introduced by the FBC. It compares the power of the microphone signal (Y) to that of the compensated signal ($\varepsilon$). In correct operation the FBC removes power from the signal (Y), and the resulting compensated signal ($\varepsilon$) has less power. In error conditions the reverse is true. Such an error condition can occur if the feedback conditions have changed

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM006037

*CONFIDENTIAL*

rapidly and the filter tuner (3) settings are no longer appropriate for the new situation. The settings must be rapidly updated, and this process is triggered by the control unit until normal operation is resumed

Further details of the specific programmable operating parameters are given in section 3.3.

Alaska Feedback Canceller system operation.doc        11.08.05        Page 4 of 8

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM006038

*CONFIDENTIAL*

### 3. Alaska FBC Optimisation

For optimal performance of the Alaska feedback canceller, the applied amplification must take into account the acoustic feedback limit of the device in question (including the mechanical fit of the earmould / shell), and a number of parameters must be correctly configured. These parameters can be automatically calculated by the fitting software, based on the applied hearing loss specific correction.

In order to generate the correct hearing loss specific transfer function two pieces of information must be known, firstly the target response, and secondly the critical gain at which feedback occurs.

Alaska Feedback Canceller system operation.doc    11.08.05    Page 5 of 8

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM006039

### 3.1 Critical Gain

Critical Gain is the frequency dependent gain at which feedback begins to occur, and is measured, in an open loop configuration, during a fitting session. The internal signal generator in the Alaska IC is used to provide a high, but not uncomfortable, series of tones. The tone intensity is level selectable as desired – usually around 80 – 90 dBSPL. Frequencies from 250 Hz to 7.5 kHz in 250 Hz steps can be generated, and for each generated tone the internal power detector analyses the level received at the HI microphone. The difference between these levels is defined as the critical gain.



Figure 3

It should be noted that the power detector does not make a narrow band measurement of intensity, but measures the overall sound level at the microphone. This means that the measurement can be affected by the ambient noise level where the measurement is carried out. The higher the intensity of the generated tones, the less likely it is that ambient noise will affect the results.

An example critical gain response measurement is shown to the right:



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM006040

CONFIDENTIAL

### 3.2 Maximum Gain Modifier

Once the critical gain (CG) response is known, the hearing loss specific amplification can be defined. The critical gain measurement provides an upper restriction on the allowable gain. In passive mode, feedback can only be avoided by ensuring that the applied gain remains a safe amount (e.g. 5 dB) below critical gain at all times. If the FBC is enabled, one of the following three options are open to the dispenser:

- **EITHER the acoustic feedback margin can be increased** – where the applied gain remains around the level allowed in passive mode, but security against feedback is increased when the acoustic feedback path changes, e.g. when the wearer chews, wears a hat or uses a phone.
- **OR venting can be increased** – a larger vent can be used than would be possible without the FBC.
- **OR increased gain can be applied** – tests have indicated that on average 10 dB more gain can be applied than in passive mode, with the same feedback security.

If this third approach is chosen, in order to better match to targets, then the maximum gain modifier allows the dispenser to choose by how much the applied amplification may exceed the CG.

As a result of tests it is recommended that the maximum gain modifier be limited to a maximum of 10 dB above CG. If this rule is adhered to, correct operation is expected in most cases.

The effectiveness of the FBC depends on the relationship between the targets being fitted and the measured CG. The absolute level above CG, which can be achieved without feedback, depends on the amount of the applied frequency response curve, which lies above critical gain. The greater the affected frequency range is, the lower the achievable level will be.

When an instrument is being driven to the edge of its capabilities non-optimal operation of the FBC can manifest itself in two ways.

- Firstly, even when feedback is not generally present, it can occur as a result of an external sound such as whistling or clapping. In some cases once this feedback is triggered it continues to be generated by the HI even after the triggering sound has ceased. Gain must be reduced to eliminate this effect.
- Secondly, at power-up sound artefacts may be heard as the instrument attempts to remove feedback. This can only be eliminated by reducing gain, but as it does not affect normal operation of the aid, and is often a mild effect, it is not always necessary to remove it.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM006041

*CONFIDENTIAL*

### 3.3  Programmable Parameters

Programmable parameters are the Shift parameters (Sshift, Fshift and Cshift), Leakage Factor and Echo Delay. These parameters control the operation of the filter tuner block (3) and in the case of the Echo Delay the Delay block (1) in figure 2. They are automatically set by the programming software for each individual instrument.

Taking these parameters one by one:

- **Shift Parameters:**   These control the adaptation speed at which the FBC operates.

    The adaptation speed can be thought of as a measure of how fast the FBC model reacts to predicted changes in the feedback characteristics. It is analogous to the attack and release time of the FBC model.

    Two distinct adaptation speeds operate in any one configuration. The first is a fast adaptation speed used when the instrument is first switched on and has no prior knowledge of the FB situation. At this stage it is important that the feedback is quickly brought under control.

    The second is the adaptation speed used in normal operation. This should be set correctly, fast enough that feedback is cancelled sufficiently but slow enough that the system does not become unstable.

    Sshift, Fshift and Cshift are calculated based on the filter response in the amplification block of the Alaska DSP. Sshift dictates the start-up fast adaptation speed, and Fshift dictates the normal slow one. Cshift has no real physical value, but provides a scaling function to ensure that Sshift and Fshift are maintained in the correct numerical range.

- **Leakage Factor:**  The leakage factor defines the speed with which the filter's memory is refreshed with new data following the detection of an error in operation. If it is found that the FBC is introducing feedback, rather than removing it, then an attempt is made to "forget" the data which lead to the error and start afresh with new measurements in a smooth transient way.

- **Echo Delay:**   This is an instrument type dependent value which represents the overall round-trip delay from the digital output to the digital input of the HI. In Figure 1 this is the time between a signal leaving point X travelling out through the receiver, through e.g. the vent and the now attenuated signal being received, via the microphone, at point Y.

    The value of the Echo Delay for each instrument type can be found by experiment, and for the Alaska ITE's has been determined to be 0 uS. (It is not in fact 0 uS, but a fixed built in offset plus 0 uS)

Alaska Feedback Canceller system operation.doc                11.08.05                                 Page 8 of 8

CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM006042