IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ENERGY TRANSPORTATION GROUP,      )
INC.,                             )
                                  )
            Plaintiff,            )
                                  )
      v.                          )     C.A. No. 05-422 (GMS)
                                  )
SONIC INNOVATIONS, INC., et al,   )
                                  )
            Defendants.           )
                                  )

**EXHIBITS 11 THROUGH 17 IN SUPPORT OF DECLARATION OF DANIEL G. VIVARELLI, JR. IN SUPPORT OF PLAINTIFF ENERGY TRANSPORTATION GROUP INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR ENHANCED DAMAGES AND ATTORNEY'S FEES**

OF COUNSEL:

Marty Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue , Suite 2500
Miami, Florida  33131
Telephone:  (305) 810-2500

Brian M. Buroker
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006-1109
Telephone:  (202) 955-1500

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone:  (804) 788-8788

Dated:  March 27, 2008

Edmond D. Johnson (# 2257)
Matthew A. Kaplan (# 4956)
PEPPER HAMILTON
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
302.777.6500

*Attorneys for Energy Transportation Group, Inc.*