Exhibit 11

*CONFIDENTIAL*

Innovative Hearing Solutions

# A Summary of the ALASKA Feedback Manager Operation and Use

SBO / Rev 1.2
26.09.2001

Alaska Feedback Canceller system     11.08.05     Page 1 of 8
operation.doc





CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM006035

*CONFIDENTIAL*

**1. Alaska Feedback Canceller - System Overview**

A simplified block diagram of the system is shown below:



Figure 1

Broadly speaking the feedback canceller works in the following way:

The Feedback Canceller (FBC) calculates the component of the microphone signal (Y) that is the direct result of the receiver output (X). This erroneous signal (U) is then removed from the microphone signal to give a corrected signal ($\varepsilon$) to be amplified by the hearing loss specific gain filters.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM006036

*CONFIDENTIAL*                                                    Innovative Hearing Solutions

## 2. System Description

Looking at the Feedback Canceller block in more detail we see the following:



Figure 2

This block diagram can be explained in the following way:

The signal sent to the HI output (X) is passed through a Delay element (1) and then a filter (2). This filtered signal (U) is the FBC's estimate of the feedback signal generated as a result of the output signal X. This estimate (U) is subtracted from the incoming signal received via the HI microphone (Y). This new compensated signal (ε) then passes to the Alaska processing block, where patient specific amplification is applied.

The feedback conditions are constantly changing. To counter this the filter (2) applied in the FBC is not static, but adapts on-the-fly. In order to achieve this a number of additional functions are performed.

The tuning of the filter (2) is carried out by the filter tuning block (3). This block takes the delayed receiver signal and the compensated microphone signal (ε), as well as information from the control unit, and optimises the filter coefficients.

The control unit (4) provides a safety mechanism to ensure that feedback is always removed, and not in fact introduced by the FBC. It compares the power of the microphone signal (Y) to that of the compensated signal (ε). In correct operation the FBC removes power from the signal (Y), and the resulting compensated signal (ε) has less power. In error conditions the reverse is true. Such an error condition can occur if the feedback conditions have changed

Alaska Feedback Canceller system                11.08.05                          Page 3 of 8
operation.doc

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR                                DEM006037

*CONFIDENTIAL*

rapidly and the filter tuner (3) settings are no longer appropriate for the new situation. The settings must be rapidly updated, and this process is triggered by the control unit until normal operation is resumed

Further details of the specific programmable operating parameters are given in section 3.3.

Alaska Feedback Canceller system operation.doc

11.08.05

Page 4 of 8

CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM006038

*CONFIDENTIAL*

Innovative Hearing Solutions

### 3. Alaska FBC Optimisation

For optimal performance of the Alaska feedback canceller, the applied amplification must take into account the acoustic feedback limit of the device in question (including the mechanical fit of the earmould / shell), and a number of parameters must be correctly configured. These parameters can be automatically calculated by the fitting software, based on the applied hearing loss specific correction.

In order to generate the correct hearing loss specific transfer function two pieces of information must be known, firstly the target response, and secondly the critical gain at which feedback occurs.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR                          DEM006039

*CONFIDENTIAL*

3.1    Critical Gain

Critical Gain is the frequency dependent gain at which feedback begins to occur, and is measured, in an open loop configuration, during a fitting session. The internal signal generator in the Alaska IC is used to provide a high, but not uncomfortable, series of tones. The tone intensity is level selectable as desired – usually around 80 – 90 dBSPL. Frequencies from 250 Hz to 7.5 kHz in 250 Hz steps can be generated, and for each generated tone the internal power detector analyses the level received at the HI microphone. The difference between these levels is defined as the critical gain.



**Figure 3**

It should be noted that the power detector does not make a narrow band measurement of intensity, but measures the overall sound level at the microphone. This means that the measurement can be affected by the ambient noise level where the measurement is carried out. The higher the intensity of the generated tones, the less likely it is that ambient noise will affect the results.

An example critical gain response measurement is shown to the right:



Alaska Feedback Canceller system operation.doc              11.08.05                    Page 6 of 8

CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM006040

CONFIDENTIAL

## 3.2    Maximum Gain Modifier

Once the critical gain (CG) response is known, the hearing loss specific amplification can be defined. The critical gain measurement provides an upper restriction on the allowable gain. In passive mode, feedback can only be avoided by ensuring that the applied gain remains a safe amount (e.g. 5 dB) below critical gain at all times. If the FBC is enabled, one of the following three options are open to the dispenser:

- **EITHER the acoustic feedback margin can be increased** – where the applied gain remains around the level allowed in passive mode, but security against feedback is increased when the acoustic feedback path changes, e.g. when the wearer chews, wears a hat or uses a phone.
- **OR venting can be increased** – a larger vent can be used than would be possible without the FBC.
- **OR increased gain can be applied** – tests have indicated that on average 10 dB more gain can be applied than in passive mode, with the same feedback security.

If this third approach is chosen, in order to better match to targets, then the maximum gain modifier allows the dispenser to choose by how much the applied amplification may exceed the CG.

As a result of tests it is recommended that the maximum gain modifier be limited to a maximum of 10 dB above CG. If this rule is adhered to, correct operation is expected in most cases.

The effectiveness of the FBC depends on the relationship between the targets being fitted and the measured CG. The absolute level above CG, which can be achieved without feedback, depends on the amount of the applied frequency response curve, which lies above critical gain. The greater the affected frequency range is, the lower the achievable level will be.

When an instrument is being driven to the edge of its capabilities non-optimal operation of the FBC can manifest itself in two ways.

- Firstly, even when feedback is not generally present, it can occur as a result of an external sound such as whistling or clapping. In some cases once this feedback is triggered it continues to be generated by the HI even after the triggering sound has ceased. Gain must be reduced to eliminate this effect.
- Secondly, at power-up sound artefacts may be heard as the instrument attempts to remove feedback. This can only be eliminated by reducing gain, but as it does not affect normal operation of the aid, and is often a mild effect, it is not always necessary to remove it.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM006041

Innovative Hearing Solutions

*CONFIDENTIAL*

3.3    Programmable Parameters

Programmable parameters are the Shift parameters (Sshift, Fshift and Cshift), Leakage Factor and Echo Delay. These parameters control the operation of the filter tuner block (3) and in the case of the Echo Delay the Delay block (1) in figure 2. They are automatically set by the programming software for each individual instrument.

Taking these parameters one by one:

- **Shift Parameters:**    These control the adaptation speed at which the FBC operates.

    The adaptation speed can be thought of as a measure of how fast the FBC model reacts to predicted changes in the feedback characteristics. It is analogous to the attack and release time of the FBC model.

    Two distinct adaptation speeds operate in any one configuration. The first is a fast adaptation speed used when the instrument is first switched on and has no prior knowledge of the FB situation. At this stage it is important that the feedback is quickly brought under control.

    The second is the adaptation speed used in normal operation. This should be set correctly, fast enough that feedback is cancelled sufficiently but slow enough that the system does not become unstable.

    Sshift, Fshift and Cshift are calculated based on the filter response in the amplification block of the Alaska DSP. Sshift dictates the start-up fast adaptation speed, and Fshift dictates the normal slow one. Cshift has no real physical value, but provides a scaling function to ensure that Sshift and Fshift are maintained in the correct numerical range.

- **Leakage Factor:**    The leakage factor defines the speed with which the filter's memory is refreshed with new data following the detection of an error in operation. If it is found that the FBC is introducing feedback, rather than removing it, then an attempt is made to "forget" the data which lead to the error and start afresh with new measurements in a smooth transient way.

- **Echo Delay:**    This is an instrument type dependent value which represents the overall round-trip delay from the digital output to the digital input of the HI. In Figure 1 this is the time between a signal leaving point X travelling out through the receiver, through e.g. the vent and the now attenuated signal being received, via the microphone, at point Y.

    The value of the Echo Delay for each instrument type can be found by experiment, and for the Alaska ITE's has been determined to be 0 uS. (It is not in fact 0 uS, but a fixed built in offset plus 0 uS)

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM006042

Exhibit 12



Confidential Property

# DSPRAP #1

Subject:

# Diva 2 Feedback Cancelling

Current date:

09/25/2006

**EXHIBIT**

**JX 305**

Technical Information by PMN/KTK/THI/HPF/JCE

diva2cancel.tex

CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR

WID234003



Init. date 06-08-2003
Current: 25-9-2006

Confidential Property

Subject: Diva2Feedback Cancelling
*TABLE OF CONTENTS*

DSPRAP 1
Page 2/28

# Table of Contents

1  Overview ........................................................................................................ 4

   1.1  Description of signals, constants and variables

   1.2  Initialization ............................................................................................. 5

2  Feedback Canceller ...................................................................................... 6

   2.1  2.1  Detailed overview of the feedback-canceling system

   2.2  WFIR (Cancelling Filter) ........................................................................ 7

      2.2.1  Description of signals, constants and variables

      2.2.2  Functional description ...................................................................... 7

   2.3  WLMS (Adaptation of Cancelling Filter Coefficients)

      2.3.1  Description of signals, constants and variables

      2.3.2  Computation of various precisions ............................................... 10

      2.3.3  Functional description ...................................................................... 10

   2.4  ScaleCoefOmni & ScaleCoefBidir (Filter Coefficient Scaling) .................. 11

      2.5.1  Description of signals, constants and variables ............................ 11

      2.4.1  Functional description ...................................................................... 11

   2.5  Adapt PostgainOmni & PostgainBidir (Postgainleakage) ........................ 12

      2.5.2  Description of signals, constants and variables

      2.5.3  Functional description ...................................................................... 12

   2.6  SSACT (Auto-Correlation Test) ............................................................. 13

      2.6.1  Description of signals, constants and variables

      2.6.2  Functional description ...................................................................... 13

   2.7  Whitening .............................................................................................. 14

      2.7.1  Whitening FilterBank ....................................................................... 14

      2.7.2  Description of signals, constants and variables

      2.7.3  Functional description ...................................................................... 15

3  LimitFBC ...................................................................................................... 16

   3.1  Description of signals, constants and variables

   3.2  Functional description ............................................................................ 16

CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR

WID234004



Init. date 08/06/03
Current: 25-9-2006

Confidential Property

Subject: Diva2Feedback Cancelling
*TABLE OF CONTENTS*

DSPRAP #1
Page 3 of 28

4   MuCtrl (Step-Length Control)

   4.1   Detailed overview of the step-length control system ................................................................. 17

   4.2   Doorslam detection ................................................................. 19

       4.2.1   Description of signals, constants and variables

       4.2.2   Functional description ................................................................. 20

   4.3   TolOpt (Gain and Locator-Controlled Step-Length Control) ................................................................. 21

       4.3.1   Description of signals, constants and variables

       4.3.2   Functional description ................................................................. 22

   4.4   CoefDeltaMuAct (Step Length Control) ................................................................. 23

       4.4.1   Description of signals, constants and variables

       4.4.2   Functional description ................................................................. 24

5   Delay                                                                          25

   5.1   Description of signals, constants and variables

   5.2   Functional description ................................................................. 25

6   EPROM tables                                                                  26

CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR

WID234005



Init. date 06-08-2003
Current: 25-9-2006

Confidential Property

DSPRAP 1
Page 4/28

Subject: Diva 2 Feedback Cancelling

1    Overview



Figure 1: *Overview of the hearing aid with focus on the feedback-cancelling system.*

Technical information by PMN/KTK/THI/HPF/JCE

file: diva2cancel.tex

CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR

WID234006



Confidential Property

Init. Init. date 08/06/03
Current: 09/25/06  Subject: Diva 2 Feedback Cancelling  *Section:*
*1.1 Description of signals, constants and variables*

DSPRAP 1
Page 5/28

## 1.1    Description of signals, constants and variables

Table 1: *Specification of EPROM data*

| Name+Description | Physical value | Bit | Range | X | Ò | FAB |
|---|---|---|---|---|---|---|
| FBC P SysEnable Enable cancelling | X | 1 | {0,1} | 6 | 6 | 0 |
| FBC P BidirSysEnable Enable cancelling in bidir branch | X | 1 | {0,1} | 6 | 6 | 1 |

## 1.2    Initialization

- If **FBC_P_SysEnable=0**, then set the delay for the feedback system to 0 in order to reduce power consumption. At the same time, *FBC_omni_out[k]* and *FBC_bidir_out[k]* should be set to 0, or alternatively turned off for the summation with *omni[k]* and *eq_bidir[k]*.

CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR

WID234007

WIDEX

Init. date 06-08-2003
Current: 25-9-2006

Confidential Property

DSPRAP 1
Page 6/28

Subject: Diva 2 Feedback Cancelling

## 2    Feedback Canceller

### 2.1    Detailed overview of the feedback-canceling system



Figure 2: 2.1   *Detailed overview of the feedback-canceling system*

Technical information by PMN/KTK/THI/HPF/JCE

file: diva2cancel.tex

CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR

WID234008



Init. date 08/06/03
Current: 09/25/06

Confidential Property

DSPRAP 1
Page 7/28

Subject: Diva 2 Feedback Cancelling
*Section: 2.2  WFIR (Cancelling-Filter)*

## WFIR (Canceling Filter)



Figure 3: *Feedback-cancelling filter (warped FIR filter). The filters for the two branches (omni and bidir) share the warped delay chain. In a 1-microphone context (**FBC_Bidir_SysEnable**=0), multiplications and summations related to the calculation of the canceling signal for the bidirectional branch are deactivated.*

### 2.2.1   Description of signals, constants and variables

The number of sections in the filter is $N = 47$, equaling 48 filter coefficients.

- When *FBC_P_BidirSysEnable*=0, the bottom row of multiplications and sums (the bidirectional branch) should not be performed. Instead, set the output to bidir wfir est=0.

- When *FBC_P_SysEnable*=0, the block should be fully deactivated.

- All nodes are initialized to 0,

- The filter coefficients are transferred from the WLMS filter.

- Multiplications with the filter coefficients are done as 12 × 27 bit multiplications. The filter coefficients, however, are estimated with a somewhat higher precision (see the WLMS block).

- Overflow detection/handling in the filter should *not* be performed. Although it should not occur, if it does, its effect will quickly vanish, since a warped FIR filter will not behave in a way significantly different from an FIR filter.

### 2.2.2   Functional description

Concerned are the canceling filters, per se. The filter-coefficients are transferred from the WLMS filter, where the adaptation takes place. As in Diva, a "warped" FIR filter is used in order to make it possible, within a given precision, to model a typical impulse response for a feedback path with a shorter filter length, compared to when using a FIR filter.

Technical information by PMN/KTK/THI/HPF/JCE

file: diva2cancel.tex

CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR

WID234009

WIDEX

Init. date 06-08-2003
Current: 25-9-2006

Confidential Property

DSPRAP 1
Page 8/28

Subject: Diva 2 Feedback Cancelling
Section: 2.3    WLMS (Adaptation of Cancelling Filter Coefficients)

## 2.3    WLMS (Adaptation of Cancelling Filter Coefficients)



Figure 4: *WLMS block.  Adaptation of filter coefficients.*

Technical information by PMN/KTK/THI/HPF/JCE                    file: diva2cancel.tex

CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR

WID234010

WIDEX

Init. date 06-08-2003
Current: 25-9-2006

Confidential Property

DSPRAP 1
Page 9/28

Subject: Diva 2 Feedback Canceling
*Section: 2.3   WLMS (Adaptation of Cancelling Filter Coefficients)*



$$y = \begin{cases} 0, & x \geq 0 \\ 1, & x < 0 \end{cases} \quad \text{(i.e., the sign bit)}$$

Not-so-coarse log2. y is the placement of MSB(x) and MSB and MSB-1(x) relative to the decimal point, $x \geq 0$

Not-so-coarse log2 of cabs(x). y is the placement of MSB(x) and MSB-1(x) relative to the decimal point for cabs(x).

Not-so-coarse $2^x$. 2 is changed, MSB(x) is added, and the result provides the (algebraic) sign s coarse (i.e., if s=1, y should be negative (inversion of y). The block is limited, so the max output is $2^{-3}$.

Figure 5: *WLMS subsystems. Special blocks are used in the adaptation.*

## 2.3.1 Description of signals, constants and variables

Table 2: *Specification of EPROM data*

| Name+Description | Physical value | Bit | Range | X | Σ | FAB |
|---|---|---|---|---|---|---|
| FBC wlms NoWarp<br>Disable warping | X | 1 | {0,1} | 1 | 1 | 1/0 |
| FBC wlms arpoleShr<br>Pol. in the input signal norm update | X+6 | 2 | {0,...,1,...,3} | 2 | 4 | 1/0 |
| FBC wlms e [0-47]<br>Omni filter coefficients determined during fitting | | 48 × 8 | (2.6) | 1 | 384 | 0 |
| FBC wlms p [0-47]<br>Bidir filter coefficients determined during fitting | | 48 × 8 | (2.6) | 1 | 384 | 0 |
| FBC Postgain Omni<br>Omni postgain determined during fitting | | 28 | (3.25) | 1 | 28 | 0 |
| FBC Postgain Bidir<br>Bidir postgain determined during fitting | | 28 | (3.25) | 1 | 28 | 0 |

- The number of sections in the filter is $N = 47$, equaling 48 filter coefficients.
- When *FBC_P_BidirSysEnable*=0, the bottom portion of the diagram may be deactivated (the portion below the dotted line).
- When *FBC P SysEnable*=0, the block is fully deactivated.

Technical information by PMN/KTK/THI/HPF/JCE

CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR

file: diva2cancel.tex

WID234011



Init. date 06-08-2003
Current: 25-9-2006

Confidential Property
DSPRAP 1
Page 10/28

Subject: Diva 2 Feedback Cancelling
*Section: 2.3   WLMS (Adaptation of Cancelling Filter Coefficients)*

- All nodes are initialized to 0 except for *norm*, which is set to 1.
- It should be possible to output the filter coefficients (c[X], p[X]), as well as postgains (omni postgain, bidir postgain (see Section 2.5)) after fitting. The precision should preferably be at least (2.6) and (3.25) for the filter coefficients and postgains, respectively.
- Storing the filter coefficients and postgains in EPROM should be possible. The coefficients should be sorted with a precision of (2.3)-(2.6). Postgains should be stored with full precision (3.25).
- Initializing the filter coefficients and postgains with the values from EPROM should be possible. Moreover, initialization of the filter coefficients to 0 should be possible.
- When changing programs, initialization of filter coefficients and postgains with the values from EPROM should be possible.

2.3.2  Computation of various precisions          10

| Signal | Practical range | Precision | Comments |
|---|---|---|---|
| *norm:* | - | (13,40) | |
| *lognormout:* | [-40 ; 13.5] | (7,1) | |
| *Omni_wlms_mu:* | [-23.5 ; 0] | (6,1) | |
| *logerr:* | [-30 ; 1.5] | (6,1) | |
| *logsX:* | [-30 ; 0] | (6,1) | |
| *omni logpostgain:* | [-17 ; 4] | (6,1) | |
| *munorm:* | [-54 ; 44] | (7,1) | -13.5-17-23.5 = -54, 40+0+4=44 |
| *emunorm:* | [-84 ; 45.5] | (8,1) | -54-30=-84, 44+1.5=45.5 |
| *loghX:* | [-114 ; 45.5] | (8,1) | -84-30=-114, 45.5-0=45.5 |
| *prehX:* | cpow2 output is limited to $[\pm 2^{-30} ; \pm 2^{-3}]$ | | |

## 2.3.3   Functional description

The adaptation of the filter coefficients is done with a $log^3$ LMS algorithm, which is a simplified and normalized LMS algorithm that is well suited for implementation with fixed-point arithmetic.

CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR



Init, date 06-08-2003
Current: 25-9-2006

Confidential Property

Subject: Diva 2 Feedback Cancelling
*Section: 2.4   ScaleCoefOmni & ScaleCoefBidir (Filter Coefficient Scaling)*

DSPRAP 1
Page 11/28

## 2.4    ScaleCoefOmni & ScaleCoefBidir (Filter Coefficient Scaling)



Figure 6: *Scaling of filter coefficients with compensation in postgain, so that the largest filter coefficient becomes as great as possible, without the adaptation causing overflow. The Figure shows the procedure for a single branch. For 2-microphone operation (i.e.,* **FBC_Bidir_SysEnable=1**), *a similar scaling is made for the bi-directional filter branch. The sub-system is implemented in identical fashion, however, inputs are {p[0],p[1],...,p[47]} and bidir postgain, and output is bidir coef scale.*

### 2.4.1  Description of signals, constants and variables

Table 3: *Specification of EPROM data*

| Name+Description | Physical value | Bit | Range | X | Ö | FAB |
|---|---|---|---|---|---|---|
| FBC_Postgain_LimitHigh<br>Upper limit for postgain | X-13<br>2 | 4 | {0,...,13,...,15} | 1 | 4 | 1/0 |

- **Postgain_LimitLow= $2^{-17}$**
- The filter coefficients are transferred from the WLMS filter. The timing of this transfer is critical in terms of avoiding overflow. If delays need to be inserted in the transfer from the WLMS block, then M must be reduced corresponding to the delay measured in the numbers of samples.

### 2.4.2  Functional description

In order to reduce the cost of multiplications in the WFIR filter, the range of the filter coefficients may be reduced by scaling the coefficients. The scaling of coefficients ensures that (abs of) the largest filter coefficient has a size between about 1 and 2 Thus, only 2 left bits are needed in the representation of the coefficients. The change of coefficient size is offset by a similar change in Postgain.

Technical information by PMN/KTK/THI/HPF/JCE

file: diva2cancel.tex

CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR

WID234013



Init. date 06-08-2003
Current: 25-9-2006

Confidential Property

Subject: Diva 2 Feedback Canceling

**DSPRAP 1**

*Section: 2.5  Adapt PostgainOmni & PostgainBidir (Postgain leakage)*

Page 12/28

## 2.5   Adapt PostgainOmni & PostgainBidir (Postgain Leakage)



Figure 7: *Leakage of postgain, so that the feedback model is drawn towards zero. Shown here for the omnidirectional branch. For 2-microphone operation (i.e.,* **FBC_Bidir_SysEnable=1**, *a similar leakage is performed for the bi-directional branch. All signals with the name omni are replaced by bidir .*

### 2.5.1   Description of signals, constants and variables

- All nodes are initialized to 0. **FBC_Postgain_LimitHigh,** see Table 3.
- Upon fitting, it should be possible to output the filter coefficients (c[X], p[X]), see Section 2.3), as well as postgains (omni postgain, bidir postgain). Precision should preferably be at least (2.6) and (3.25) for the filter coefficients and postgains, respectively.
- Storing the filter coefficients and postgains in EPROM should be possible. The coefficients should be stored with a precision of (2.6). Postgains should be stored in full precision (3.25).
- Initializing the filter coefficients and postgains with the values from EPROM should be possible at program shift booting.

Table 4: *Specification of EPROM data*

| Name+Description | Physical value | Bit | Range | X | Σ | FAB |
|---|---|---|---|---|---|---|
| **FBC_Postgain_LeakEnable** Enable Leakage | X | 1 | {0.1} | 2 | 2 | 1/0 |
| **FBC_Postgain_Leak** Leakage factor | $2^{-(x-s)}$ | 4 | {0,...,8,...,15} | 2 | 8 | 1/0 |

### 2.5.2   Functional description

The postgain size is adjusted by two subsystems; a leakage mechanism (Fig. 7) and a filter coefficient scaling mechanism (Fig. 6). Introduction of leakage of the WLMS filter is selected in an inexpensive way via postgain.

Technical information by PMN/KTK/THI/HPF/JCE

file: diva2cancel.tex

CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR

WID234014

WIDEX

Init. date 06-08-2003
Current: 25-9-2006

Confidential Property

Subject: Diva 2 Feedback Cancelling

DSPRAP 1

Section: 2.6          SSACT (Auto-Correlation Test)

Page 13/28

## 2.6  SSACT (Auto-Correlation Test)



$$\boxed{x} \quad \boxed{cABS} \quad y \quad = \quad \text{Coarse ABS. It is precise enough to invert all bits for negative numbers.}$$

Figure 8: *Sign-sign auto-correlation test.*

### 2.6.1  Description of signals, constants and variables

Table 5: *Specification of EPROM data*

| Name+Description | Physical value | Bit | Range | X | O | FAB |
|---|---|---|---|---|---|---|
| **FBC)SSACT_Enable** Enable | X | 1 | (0,1) | 2 | 2 | 1/0 |
| **FBC_SSACT_speed** Speed in sign-sign accumulators | $2^{(7-x)}$ | 3 | (0,...,4,...,7) | 2 | 6 | 1/0 |

- If **FBC_SSACT_Enable=0**, the block should be deactivated, and the signal ssact_wb is set to 0.
- The number of sections is 48, corresponding to $N = 47$.
- Input (sdX) is transferred from the WLMS block.
- All nodes are initialized to 0 at startup.

### 2.6.2  Functional description

Inspired by the drawbacks of Diva's adaptive algorithm, averaging of the sign-sign gradient corresponding to each node is done in order to test the auto-correlation. If the size of this mean value is greater than the selected threshold value in just one of the nodes, the signal is considered as auto-correlant and the adaptation speed reduced by the factor **FBC_wlms_muoff**. By selecting **FBC_wlms_muoff** "large," the algorithm may be turned off completely, when detecting auto-correlation.

Technical information by PMN/KTK/THI/HPF/JCE

file: diva2cancel.tex

CONFIDENTIAL - ATTORNEYS' EYES ONLY INFORMATION, SUBJECT TO PROSECUTION BAR

WID234015

WIDEX

Init. date 06-08-2003
Current: 25-9-2006

Confidential Property

Subject: Diva 2 Feedback Cancelling
Section: 2.7    Whitening

DSPRAP 1
Page 14/28

## 2.7    Whitening

### 2.7.1    Whitening FilterBank



Figure 9: *Adaptation of whiting-filter gains*

### 2.7.2.    Description of signals, constants and variables

- The node in the average is initialized to 0 and all *Wfb_Gains_6-14* (the node before the cutter) to 0.75

- If **FBC_Wfb_Enable=0**, then whiting is deactivated, since all whiting gains *Wfb_Gains_6-14* = 0.75

- **FBC_Wfb_BandEnable** turns on/off for the gain in bands, however, the band is still used in the weighting, and therefore may still act as a reference band.

- **FBC_Wfb_BandEnable** turns on/off for the gain in bands, however, the band is still used in the weighting, and therefore may still act as a reference band.

Technical information by PMN/KTK/THI/HPF/JCE                file: diva2cancel.tex

CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR

WID234016



Init. date 06-08-2003
Current: 25-9-2006

Confidential Property

Subject: Diva 2 Feedback Cancelling
Section: 2.7 Whitening

DSPRAP 1
Page 15/28

- **Remote_FBC_Wfb_Bypass** is activated during the feedback test and its purpose is to bypass the whitening /high-pass filtration, allowing adaptation in the bottom six bands in order to determine loopgains.

Table 6: *Specification of EPROM data*

| Name+Description | Physical value | Bit | Range | X | S | FAB |
|---|---|---|---|---|---|---|
| FBC_Wfb_Enable<br>Enable whitening filter bank | X | 1 | {0,1} | 2 | 2 | 1/0 |
| FBC_Wfb_BandEnable<br>Turn on/off whitening filter-bank gain in bands | X | 9 | {0,1} | 2 | 18 | 1/0 |
| FBC_Wfb_dynamicRangeShr<br>Limitation of dynamics in cutters | X+7 | 3 | {0,...,7} | 2 | 6 | 1/0 |
| FBC_AbsAvgSpeedShr<br>Speed in average | X+7 | 2 | {0,...,2,...,3} | 2 | 4 | 1/0 |
| FBC_Wfb_DivSpeedShr<br>Iterative division speed | X+4 | 3 | {0,...,3,...,7} | 2 | 6 | 1/0 |

### 2.7.3 Functional description

The filter evens out the spectrum of the reference signal in the frequency range, in which cancellation is operating. The effect of this is that a uniform precision can be expected over the frequency range (uniform is understood as being able to obtain the same loopgain for all frequencies). This also allows the interpretation that a certain minimum precision may be ensured at greater adaptation speeds.

Technical information by PMN/KTK/THI/HPF/JCE

file: diva2cancel.tex

CONFIDENTIAL - ATTORNEYS' EYES ONLY INFORMATION, SUBJECT TO PROSECUTION BAR

WID234017

# 3 LimitFBC

(2,23)
(2,23)
omni_cancel_out
Π
y
FBC_omni_out
a
b
(2,7)+
if b[k]==0.0
y[k]=0.0
elseif b[k]==1.0
y[k]=a[k]
else
y[k]=a[k]·b[k]
cancel_mult 6-14
a
y[k] =
min(a[k],b[k])
y
FBC_Cancel_BandWt 6-14
b
bidir_cancel_out
Π
FBC_bidir_out
(2,23)
(2,23)

Figure 10: *Performing FBC - gain limitation.*

## 3.1 Description of signals, constants and variables

Table 7: *Specification of EPROM data*

| Name+Description | Physical value | Bit | Range | × | Ô | FAB |
|---|---|---|---|---|---|---|
| **FBC_Cancel_BandWt [6-14]** Limitation of cancel mult | {0, 0.25, 0.5, 1.0} | 9×2 | {0,1,2,3} | 2 | 36 | 1 |

- *Cancel mult 6-14 is calculated in the* DCO document.
- The diagram attempts to describe the following: If **FBC_Cancel_BandWt[k]**=0.0, then the appropriate multiplier may be turned off and *FBC_omni_out[k]* and *FBC_bidir_out[k]* is set equal to 0.0.

  If **FBC_Cancel_BandWt[k]**=1.0 and *cancel_mult[k]*=1.0, the appropriate multiplier may then also be turned off, and *omni_cancel_out[k]* and *bidir_cancel_out[k]* are carried straight through to *FBC_omni_out[k]* and *FBC_bidir_out[k, respectively.* This will be the most common situation for the canceller.
- If **FBC_SysEnable**=0, then *FBC_omni_out[k]* and *FBC_bidir_out[k]* are set to 0.0, or alternatively, summation is turned off with *omni[k]* and *eq_bidir[k]*.

## 3.2 Functional description

The block ensures execution of the gain limitation of the FBC, which is computed in the DCO block. This will prevent the use of unrealistically strong feedback paths. Moreover, it affords the possibility of operating according to the strategy "If people put something up to their ear, they've only got themselves to blame." To sum it up: If you do nothing, you won't be doing anything wrong either.

CONFIDENTIAL - ATTORNEYS' EYES ONLY INFORMATION, SUBJECT TO PROSECUTION BAR
WID234018

WIDEX

Init. date 06-08-2003
Current: 25-9-2006

Confidential Property

Subject: Diva 2 Feedback Cancelling

DSPRAP 1
Page 17/28

# 4 MuCtrl (Step-Length Control)

## 4.1 Detailed overview of the step length-control system



Figure 11: *Detailed overview of the step length-control system*    *17*

Table 8: *Specification of EPROM data*

| Name+Description | Physical value | Bit | Range | X | Σ | FAB |
|---|---|---|---|---|---|---|
| FBC_P_Muctrl_SysEnable<br>Enable the step-length control system | X | 2 | {0 , 1 , 2} | 6 | 12 | 1 |
| FBC_Muctrl_CoefMu<br>Starting point (or max. value) of coef-Mu | -X | 4 | {0,...,8,...,15} | 2 | 8 | 1/0 |
| FBC_Muctrl_ClipActFastMu<br>Mu when cutting | -X | 4 | {0,...,8,...,15} | 2 | 8 | 1/0 |
| FBC_Muctrl_ClipActFastThres<br>ACT-nb threshold for enabling ClipActFastMu | X×$2^{-7}$ | 8 | {0,...,104,...255} | 2 | 16 | 1/0 |

- If **FBC_P_Muctrl_SysEnable**=0, the Muctrl system returns **FBC_Muctrl_CoefMu** maximum step lengths, and *wlms_diasable* and *postgain_diasable* are set to 0, as well.

- If **FBC_P_Muctrl_SysEnable**=0, then the Muctrl system returns **FBC_Muctrl_CoefMu**, and *wlms_diasable* and *postgain_diasable* are set to 1, as well. This means that the adaptation is stopped (possible downgrade option). In this case, the filter coefficients and postgains should be initialized with the values from EPROM.

- In case of cutting in matching along with a high auto-correlation, the alternative adaptation speed **FBC_Muctrl_ClipActFastMu** is selected

- In all three above cases, the whole system may be deactivated.

Adaptation of filter coefficients are controlled by several different factors. On one hand, adaptation may be stopped completely, if a slamming door (or a similar sound) is detected, or when the signal is currently (very) strongly auto-correlating.

Technical information by PMN/KTK/THI/HPF/JCE                    file: diva2cancel.tex

CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR

WID234019



Init. date 06-08-2003
Current: 25-9-2006

Confidential Property

Subject: Diva 2 Feedback Cancelling

DSPRAP 1

*Section: 4.1   Detailed overview of the step length-control system*

Page 18 of 28

On the other hand, the adaptation speed may be controlled depending on the auto-correlation in the (omni) signal, as well as the efficiency of the locator. The adaptation speed is, furthermore, controlled by the size of the gain in the hearing aid.

For a detailed explanation of the step-length control system, see Fig 11. Sub-blocks are shown in the diagrams in Figs. 12, 14 and 16.

Technical information by PMN/KTK/THI/HPF/JCE
CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR

file: diva2cancel.tex

WID234020

WIDEX

Init. date 06-08-2003
Current: 25-9-2006

Confidential Property

Subject: Diva 2 Feedback Cancelling
*Section: 4.2   Doorslam detection*

DSPRAP 1
Page 19/28

## 4.2  Doorslam detection



Figure 12: *Door-slam detection. Detection of door-slam-like situations, i.e., when a soft sound level is abruptly followed by a loud one.*



Figure 13: Sub-blocks of a door-slam detector.

CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR

WID234021



| | |
|---|---|
| Init. date 06-08-2003<br>Current: 25-9-2006 | Confidential Property |

Subject: Diva 2 Feedback Cancelling
*Section: 4.2   Doorslam detection*

DSPRAP 1
Page 20/28

### 4.2.1    Description of signals, constants and variables

Table 9: *Specification of EPROM data*

| Name+Description | Physical value | Bit | Range | x | Ó | FAB |
|---|---|---|---|---|---|---|
| **FBC_P_Muctrl_DoorEnable**<br>Enable doorslam-detector | X | 1 | {0,1} | 6 | 6 | 1/0 |
| **FBC_Muctrl_PeakEnable**<br>Select peak or momentary value | X | 1 | {0,1} | 2 | 2 | 1/0 |
| **FBC_Muctrl_Slamfactor**<br>Door-slam threshold | -(2+X)<br>2 | 2 | {0,1,2,3} | 2 | 4 | 1/0 |
| **FBC_Muctrl_SlamHoldperiod**<br>Hold door_adap_disable after"slam" | (9+X)<br>2 | 2 | {0,1,2,3} | 2 | 4 | 1/0 |
| **FBC_Muctrl_ClipHoldperiod**<br>Hold door_adap_disable after cutting | (6+X)<br>2 | 2 | {0,1,2,3} | 2 | 4 | 1/0 |
| **FBC_Muctrl_ADCClipHoldEnable**<br>Enable ADC based hold | X | 1 | {0,1} | 2 | 2 | 1/0 |
| **FBC_Muctrl_DACClipHoldEnable**<br>Enable DAC based hold | X | 1 | {0,1} | 2 | 2 | 1/0 |
| **FBC_Muctrl_fwfEnable**<br>Enable frequency-weighting filter FWF | X | 1 | {0,1} | 2 | 2 | 1/0 |

- When **FBC_P_Muctrl_DoorEnable**=0, then *door_adap_disable* is set to 0, and the system disabled.
- All nodes in the frequency-weighting filter (FWF) and *peak_old* is initialized to 0 at startup. The node *n1* in the Avg block is initialized to $2^{-14}$.
- In the selected implementation, FWF has the cut-off frequency 928Hz. By exchanging the constant K=1/8, the cut-off frequency may be moved.   The following may be used, for example:

| K | 1/32 | 2/32 | 3/32 | 4/32 | 5/32 | 6/32 | 7/32 | 8/32 |
|---|---|---|---|---|---|---|---|---|
| 3db freq. (Hz) | 231 | 463 | 695 | 928 | 1160 | 1391 | 1620 | 1847 |

| K | 9/32 | 10/32 | 11/32 | 12/32 | 13/32 | 14/32 | 15/32 |
|---|---|---|---|---|---|---|---|
| 3db freq. (Hz) | 2071 | 2292 | 2509 | 2723 | 2931 | 3125 | 3334 |

- With a selected gain of 0.6875, the frequency-weighting filter has the high-frequency gain -1.9dB. In this context, it is entirely non-critical, but if, at a later stage, a gain of about 0 dB is desired, a gain of $2^{-1} + 2^{-2} + 2^{-3}$ = 0.875 may be entered on the input side. The gain is introduced in order to keep the selected precision of 2 bits, before the decimal sign for inputs in the [-1; +1] range

### 4.2.2   Functional description

This unit monitors whether situations occurs, in which a relative weak signal is (abruptly) followed by a strong one. Examples are a slamming door, coughs, claps or blows. In these situations, the NLMS algorithm in the WLMS block will take very large steps; typically with an adverse effect on the filter coefficients. Based on previous experience, it is helpful to stop the adaptation as quickly as possible upon the occurrence of such a sound, and then wait a number of samples (in the range of a couple of thousands). For instance, because the sound pulse needs time to pass through the band-split/whiting filter before resuming adaptation, and because according to experience, an auto-correlating post-vibration often will occur. It is therefore necessary to wait until the auto-correlation test ought to have made a detection. What's more, the unit monitors whether a cutting occurred by an AD or DA Converter. A cutting by an ADC will inevitably destroy the adaptation of the FBC. That's why, the adaptation always should be delayed as long as the cutting constitutes a significant part of the signal in the filter bank. Conversely, a cutting in the DAC (or immediately before the DAC) needs not necessarily result in a diminished ability to adapt for the FBC. If otherwise, given permission by GN-Resound, we may ad a similar cutting in the FBC branch. Another reason for not wanting to include this cutting may be the wish to utilize the ability of the Amplitude-Correction Filter (ACF) to curtail the length of the feedback path of the pulse response (relevant in Buller [noise?]).

WIDEX

Init. date 06-08-2003
Current: 25-9-2006

Confidential Property

Subject: Diva 2 Feedback Cancelling

DSPRAP 1
Page 21/28

Section: 4.3  TolOpt (Gain- og Locatorstyret Skridtlængdekontrol)

**4.3    TolOpt (Gain and Locator-Controlled Step-Length Control)**



Figure 14: *Tolerance-optimizing control of the step length depending on compressor gain and locator efficiency. Both the ABS-avg calculation and the calculation of the change for the step-length may be run in a decimated way.*



Figure 15: *Sub-blocks in a locator-controlled step-length control.*

CONFIDENTIAL - ATTORNEYS' EYES ONLY INFORMATION, SUBJECT TO PROSECUTION BAR



Init. date 06-08-2003
Current: 25-9-2006

Confidential Property

Subject: Diva 2 Feedback Cancelling

DSPRAP 1

Section: 4.3    TolOpt (Gain and Locator-Controlled Step-Length Control)

Page 22/28

### 4.3.1 Description of signals, constants and variables

Table 10: *Specification of EPROM data*

| Name+Description | Physical value | Bit | Range | × | O | FAB |
|---|---|---|---|---|---|---|
| FBC_P_Muctrl_LocEnable<br>    Enable Locator step-length control | X | 1 | {0,1} | 6 | 6 | 1/0 |
| FBC_P_Muctrl_GainEnable<br>    Enable Gain step-length control | X | 1 | {0,1} | 6 | 6 | 1/0 |
| FBC_Muctrl_DeltaMax<br>    Max allowed locator change of Mu | X | 2 | {0,1,2,3} | 2 | 4 | 1/0 |
| FBC_Muctrl_DeltaMin<br>    Max allowed total change of Mu | -2×X | 3 | {0,...7} | 2 | 6 | 1/0 |

- The nodes in the two ABS-Avg blocks are initialized to 0.
- Division with 3.01 before the gain_red result, can be done elegantly by multiplying by $2^{-2} + 2^{-4} + 2^{-6} + 2^{-8} = 1/3.012$.
- *ActComp maxgain 6-14* is calculated in the UserInterface according to this formula:
  *ActComp_maxgain_k* =
  **MIN(Comp_max_gain_k + VK brown, App_max_gain_k) + App_outputcorr_k**

### 4.3.2 Functional description

Noise, defined as the components of the microphone signal that cannot be predicted by the warped feedback model, induces a continuous variance of the estimate on the feedback path. A fast-adapting FBC will have great variance, while a slow-adapting FBC will have small variance. The tolerance-optimizing step-length control seeks to find the step size *(mu)* that maintains the uncertainty during the maximum gain provided by the compressor. It is therefore of great importance that compressor max gain not be greater than audiologically required, whereby the FBC will not run slower than necessary. Especially when taking into account that the variance only increases with the square root of mu, i.e., if the gain is 6dB below maxgain, the step size offset should be situated at -12dB in order to obtain identical variance. For the same reason, the max-gain from the ModelGainEstimator is used, when below compressor maxgain. A step-size offset is calculated for both the omni- and bidirectional branch, since the efficiency of the locator in relation to the two characteristics has significance for the variance, which is analogous to gain reduction. The drawback of this MuCtrl is, naturally, that tracking of quick changes in the feedback path becomes complicated.

CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR

WID234024

WIDEX

Init. date 06-08-2003
Current: 25-9-2006

Confidential Property

Subject: Diva 2 Feedback Cancelling

DSPRAP 1

Section 4.4 CoefDeltaMuAct (Step-Length Control)

page 23/28

## 4.4  CoefDeltaMuAct (Step-Length Control)



Figure 16: *CoefDeltaMuAct (Muctrl for coefficient adaptation). General diagram for control of step-length for updating the coefficient. The step length is reduced depending on auto-correlation in the signal and locator efficiency. It is, furthermore, being limited depending on compressor gain.*

Technical information by PMN/KTK/THI/HPF/JCE

file: diva2cancel.tex

CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR

WID234025



Init. date 06-08-2003
Current: 25-9-2006

Confidential Property

Subject: Diva 2 Feedback Cancelling
*Section: 4.4  CoefDeltaMuAct (Step-Length Control)*

DSPRAP 1

### 4.4.1  Description of signals, constants and variables

Table 11: *Specification of EPROM data*

| Name+Description | Phys. v. | Bit | Range | x | Σ | FAB |
|---|---|---|---|---|---|---|
| FBC_Muctrl_CoefActSelect<br>Select how coef-Mu afh. depends on ACT | X | 2 | {0,...,2,...,3} | 2 | 4 | 1/0 |
| FBC_Muctrl_CoefSelect<br>Set step-length control in different modes | X | 2 | {0,...,3} | 2 | 4 | 1/0 |
| FBC_Muctrl_CoefOffset<br>Offset for Mu(locator) (coef. adap.) | X | 4 | {0,...,1,...,15} | 2 | 8 | 1/0 |
| FBC_Muctrl_CoefActwbMu [0-2]<br>Value of Mu dep. on wb threshold | -X | 3x4 | {0,...,1,...,3,...,5,...,15} | 2 | 24 | 1/0 |
| FBC_Muctrl_CoefActwbThres [0-2]<br>Broadband ACT thresholds for selection of Mu | X×2-8 | 3x8 | {0,...,20,...,25,...,51,...,255} | 2 | 48 | 1/0 |
| FBC_Muctrl_CoefActwbThresMax<br>ACT-wb threshold for disabling of Mu | X×2-8 | 8 | {0,...,254,...255} | 2 | 16 | 1/0 |
| FBC_Muctrl_CoefActnbMu [0-2]<br>Values of Mu dep. on wb threshold | -X | 3x4 | {0,...,0,...,3,...,6,...,15} | 2 | 24 | 1/0 |
| 0FBC_Muctrl_CoefActnbThres [0-2]<br>Narrow band ACT thresholds for selection of Mu | X×2-8 | 3x8 | {0,...,108,...,118,...,128,...,255} | 2 | 48 | 1/0 |
| FBC_Muctrl_CoefActnbThresMax<br>ACT-nb threshold for disabling of coef-adap | X×2-7 | 8 | {0,...,100,...255} | 2 | 16 | 1/0 |

- **FBC_Muctrl_CoefMu** is shown in Table 8.

### 4.4.2  Functional description

This step-length-control block gathers the information from all sub-blocks and returns the resulting step sizes and flags in order to stop the WLMS adaptation, including postgain leakage. It bases these on either a measurement of the auto-correlation in the (omni) signal $ssact\_wb$ and the maximum auto-correlation in the DCO bands $max\_act\_nb$, or a measurement of the locator "efficiency" ($omni\_deltamu$, $bidir\_deltamu$). Furthermore, step length is limited depending on the size of the compressor gain ($omni\_err2refmu$, $bi-dir\_err2refmu$).

---

[5]The real solution is only 2-7

CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR

file: diva2cancel.tex

WID234026



Init. date 06-08-2003
Current: 25-9-2006

Confidential Property

Subject: Diva 2 Feedback Cancelling

DSPRAP 1
Page 25/28

## 5 Delay



Figure 17: Delay block.

### 5.1 Description of signals, constants and variables

Table 12: *Specification of EPROM data*

| Name+Description | Physical value | Bit | Range | x | Ó | FAB |
|---|---|---|---|---|---|---|
| FBC_Out_Delay<br>Delay inserted in the signal path | X+1 | 5 | {0,...,X,..,23} | 1 | 5 | 1 |
| FBC_Cancel_Delay<br>Input delay for the cancelling system | X+1 | 5 | {0,...,X,..,23} | 1 | 5 | 1 |

### 5.2 Functional description

The purpose of the Delay Block is on the one hand, to reduce the cross correlation between the feedback signal and the desired external input signal for the hearing aid by introducing a greater [or substantial] delay in the signal path of the hearing aid. Its other function is to introduce a fixed delay in the reference signal for the feedback estimation, so that the adaptive filter will not have to model this delay. Thus, the number of adaptive filter coefficients may be reduced to a minimum.

CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR

WID234027

 **WIDEX**

Init. date 06-08-2003
Current: 25-9-2006

Confidential Property

Subject: Diva 2 Feedback Cancelling

DSPRAP 1
Page 26/28

## EPROM tables

### Table 1: Context.

| Name+Description | Physical value | Bit | Range | x | ò | FAB |
|---|---|---|---|---|---|---|
| FBC_P_SysEnable<br>Enable cancelling | X | 1 | {0,1} | 6 | 6 | 0 |
| FBC_P_BidirSysEnable<br>Enable cancelling in bidir branch | X | 1 | {0,1} | 6 | 6 | 1 |

### Table 2: WLMS.

| Navn+Description | Physical value | Bit | Range | x | ò | FAB |
|---|---|---|---|---|---|---|
| FBC_wlms_NoWarp<br>Disable warping | X | 1 | {0,1} | 1 | 1 | 1/0 |
| FBC_wlms_arpoleShr<br>Pole in updating of the input signal norm | X+6 | 2 | {0,...,1,...,3} | 2 | 4 | 1/0 |
| FBC_wlms_c [0-47]<br>Omni filter coefficients determined during fitting | | 48×8 | (2,6) | 1 | 384 | .0 |
| FBC_wlms_p [0-47]<br>Bidir filter coefficients determined during fitting | | 48×8 | (2,6) | 1 | 384 | 0 |
| FBC_Postgain_Omni<br>Omni postgain determined during fitting | | 28 | (3,25) | 1 | 28 | 0 |
| FBC)Postgain_Bidir<br>Bidir postgain determined during fitting | | 28 | (3,25) | 1 | 28 | 0 |

### Table 3: ScaleCoef.

| Name+Description | Physical value | Bit | Range | x | ò | FAB |
|---|---|---|---|---|---|---|
| FBC_Postgain_LimitHigh<br>Postgain upper limit | X-13<br>2 | 4 | {0,...,13,...,15} | 1 | 4 | 1/0 |

### Table 4: Postgain.

| Name+Description | Physical value | Bit | Range | x | ò | FAB |
|---|---|---|---|---|---|---|
| FBC_Postgain_LeakEnable<br>Enable Leakage | X | 1 | {0,1} | 2 | 2 | 1/0 |
| FBC_Postgain_Leak<br>Leakage factor | -(X+4)<br>2 | 4 | {0,...,8,...,15} | 2 | 8 | 1/0 |

### Table 5: SSACT.

| Name+Description | Physical value | Bit | Range | x | ò | FAB |
|---|---|---|---|---|---|---|
| FBC SSACT Enable Enable | X | 1 | {0,1} | 2 | 2 | 1/0 |
| FBC SSACT speed<br>Speed in sign-sign accumulators | -(7+X)<br>2 | 3 | {0,...,4,...,7} | 2 | 6 | 1/0 |

Technical information by PMN/KTK/THI/HPF/JCE        file: diva2cancel.tex

CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR

WID234028



Init. date 06-08-2003
Current: 25-9-2006

Confidential Property

Subject: Diva 2 Feedback Cancelling

Table 6: *Whitening.*

| Name+Description | Physical value | Bit | Range | × | Ó | FAB |
|---|---|---|---|---|---|---|
| FBC_Wfb_Enable<br>Enable whitening filter bank | X | 1 | {0,1} | 2 | 2 | 1/0 |
| FBC_Wfb_BandEnable<br>Turn on/off whitening-filter-bank gain in bands | X | 9 | {0,1} | 2 | 18 | 1/0 |
| FBC_Wfb_dynamicRangeShr<br>Limitation of dynamics of cutters | X+7 | 3 | {0,...,7} | 2 | 6 | 1/0 |
| FBC_Wfb_AbsAvgSpeedShr<br>Speed in average | X+7 | 2 | {0,...,2,...,3} | 2 | 4 | 1/0 |
| FBC_Wfb_DivSpeedShr<br>Iterative division speed | X+4 | 3 | {0,...,3,...,7} | 2 | 6 | 1/0 |

Table 7: LimitFBC

| Name+Description | Physical value | Bit | Range | × | Ó | FAB |
|---|---|---|---|---|---|---|
| FBC_Cancel_BandWt [6-14]<br>Limitation of cancel mult | (0, 0.25. 0.5, 1.0) | 9 x 2 | {0,1,2,3} | 2 | 36 | 1 |

Table 8: *Muctrl.*

| Name+Description | Physical value | Bit | Range | × | Ó | FAB |
|---|---|---|---|---|---|---|
| FBC_P_Muctrl_SysEnable<br>Enable step-length control system | X | 2 | {0 , 1 , 2} | 6 | 12 | 1 |
| FBC_Muctrl_CoefMu<br>Starting point (or max. value) of coef-Mu | -X | 4 | {0,...,8,...,15} | 2 | 8 | 1/0 |
| FBC_Muctrl_ClipActFastMu<br>Mu at cutting | -X | 4 | {0,...,8,...,15} | 2 | 8 | 1/0 |
| FBC_Muctrl_ClipActFastThres<br>ACT-nb threshold for enabling ClipActFastMu | X×2-7 | 8 | {0,...,104,...255} | 2 | 16 | 1/0 |

Table 9: *Door Slam.*

| Name+Description | Physical value | Bit | Range | × | Ó | FAB |
|---|---|---|---|---|---|---|
| FBC_P_Muctrl_DoorEnable<br>Enable door-slam detector | X | 1 | {0,1} | 6 | 6 | 1/0 |
| FBC_Muctrl_PeakEnable<br>Select peak or momentary value | X | 1 | {0,1} | 2 | 2 | 1/0 |
| FBC_Muctrl_Slamfactor<br>Door-slam threshold | -(2+X)<br>2 | 2 | {0,1,2,3} | 2 | 4 | 1/0 |
| FBC_Muctrl_SlamHoldperiod<br>Hold door adap disable after"slam" | (9÷X)<br>2 | 2 | {0,1,2,3} | 2 | 4 | 1/0 |
| FBC_Muctrl_ClipHoldperiod<br>Hold door adap disable after cutting | (6÷X)<br>2 | 2 | {0,1,2,3} | 2 | 4 | 1/0 |
| FBC_Muctrl_ADCClipHoldEnable<br>Enable ADC-based hold | X | 1 | {0,1} | 2 | 2 | 1/0 |
| FBC_Muctrl_DACClipHoldEnable<br>Enable DAC-based hold | X | 1 | {0,1} | 2 | 2 | 1/0 |
| FBC_Muctrl_fwfEnable<br>Enable frequency-weighting filter FWF | X | 1 | {0,1} | 2 | 2 | 1/0 |

Table 10: *TolOpt.*

| Name+Description | Physical value | Bit | Range | × | Ó | FAB |
|---|---|---|---|---|---|---|
| FBC_P_Muctrl_LocEnable<br>Enable Locator step-length control | X | 1 | {0,1} | 6 | 6 | 1/0 |
| FBC_P_Muctrl_GainEnable<br>Enable Gain step-length control | X | 1 | {0,1} | 6 | 6 | 1/0 |
| FBC_Muctrl_DeltaMax<br>Max allowed change of Mu | X | 2 | {0,1,2,3} | 2 | 4 | 1/0 |
| FBC_Muctrl_DeltaMin<br>Max allowed total change of Mu | -2×X | 3 | {0,...7} | 2 | 6 | 1/0 |

Technical information by PMN/KTK/THI/HPF/JCE          file: diva2cancel.tex

CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR

WID234029



Init. date 06-08-2003
Current: 25-9-2006

Confidential Property

Subject: Diva 2 Feedback Cancelling

DSPRAP 1
Page 28/28

Table 11: *DeltaMuAct.*

| Name+Description | Phys. v. | Bit | Range | X | S | FAB |
|---|---|---|---|---|---|---|
| FBC_Muctrl_CoefActSelect<br>Select how coef-Mu afh. depends on ACT | X | 2 | {0,...,2,...,3} | 2 | 4 | 1/0 |
| FBC_Muctrl_CoefSelect<br>Set step-length control in different modes | X | 2 | {0,...,3} | 2 | 4 | 1/0 |
| FBC_Muctrl_CoefOffset<br>Offset for Mu(locator) (coef. adap.) | X | 4 | {0,...,1,...,15} | 2 | 8 | 1/0 |
| FBC_Muctrl_CoefActwbMu [0-2]<br>Value of Mu dep. on wb threshold | -X | 3x4 | {0,...,1,...,3,...,5,...,15} | 2 | 24 | 1/0 |
| FBC_Muctrl_CoefActwbThres [0-2]<br>Broadband ACT thresholds for selection of Mu | X×2-8 | 3x8 | {0,...,20,...,25,...,51,...,255} | 2 | 48 | 1/0 |
| FBC_Muctrl_CoefActwbThresMax<br>ACT-wb threshold for disabling of coef-adap | X×2-8 | 8 | {0,...,254,...255} | 2 | 16 | 1/0 |
| FBC_Muctrl_CoefActnbMu [0-2]<br>Values of Mu dep. on wb threshold | -X | 3x4 | {0,...,0,...,3,...,6,...,15} | 2 | 24 | 1/0 |
| 0FBC_Muctrl_CoefActnbThres [0-2]<br>Narrow band ACT thresholds for selection of Mu | X×2-8 | 3x8 | {0,...,108,...,118,...,128,...,255} | 2 | 48 | 1/0 |
| FBC_Muctrl_CoefActnbThresMax<br>ACT-nb threshold for disabling of coef-adap | X×2-7 | 8 | {0,...,100,...255} | 2 | 16 | 1/0 |

Table 12: *Delay block.*

| Name+Description | Physical value | Bit | Range | X | S | FAB |
|---|---|---|---|---|---|---|
| FBC_Out_Delay<br>Delay inserted in signal path | X+1 | 5 | {0,...,X,...,23} | 1 | 5 | 1 |
| FBC_Cancel_Delay<br>Input delay for the cancelling system | X+1 | 5 | {0,...,X,...,23} | 1 | 5 | 1 |

Technical information by PMN/KTK/THI/HPF/JCE

file: diva2cancel.tex

CONFIDENTIAL - ATTORNEYS' EYES
ONLY INFORMATION, SUBJECT TO
PROSECUTION BAR

WID234030