Brown - direct

1    feedback between the receiver and the microphone?

2    A.    Yes, I did.

3    Q.    Where is that shown again?

4    A.    The blue element at the bottom does the determining.

5    This is the WLMS -- it is the update module, which contains

6    the LMS routine.  The coefficients are loaded into the

7    buffer, which is the small box directly above it.  And the

8    buffer then passes them up into the filter, where the

9    coefficients are provided to the filter from the update

10   module.

11   Q.    What is your understanding of what an LMS algorithm

12   is?

13   A.    This the least mean squared algorithm is the routine,

14   in this case it is a hardware one, but it is a routine to

15   look at the coherence between the output and the input and

16   determine when there is a signal present and iterate to a

17   final solution, which closely approximates the elimination

18   feedback by reducing the error term to a null.

19   Q.    Does the LMS algorithm specifically measure phase and

20   amplitude?

21   A.    No, it doesn't.  It determines the effect on phase and

22   amplitude.  And that's what the claim requires.  It is true

23   that, mathematically speaking, the coefficients define the

24   amplitude and phase.  But it's not necessary for them to be

25   defined or read out according to the claim.  The effect is

Brown - direct

1    all that's asked for.

2    Q.    Did you analyze the Oticon products that are based on

3    the anti-feedback algorithm to determine whether they met

4    the limitation of Claims 14 and 16 of inserting between the

5    input and output of the transmission channel a programmable

6    filter programmed to equalize and reduce the effect of

7    acoustic feedback both in amplitude and phase on a signal in

8    the transmission channel?

9    A.    Yes.  The prior art filter, which is the orange box at

10   the top, with the arrow through it, is a programmable

11   filter, and it is inserted in that phase.  When the

12   coefficients are put into the filter, the filter then has a

13   filter function and it's electrically inserted into the

14   path, and provides a signal out of it, which is the -- the

15   result is the opposite of the acoustic feedback in both

16   phase and amplitude.

17   Q.    I am not sure if you mentioned this before.  There is

18   a little box above the update box.  What does that box show?

19   A.    That is a buffer, and that box stores the data while

20   the update module is doing its computation.  In fact, it

21   actually shows arrows in both directions because it receives

22   the coefficient from the update module and then when the

23   update module is doing its next calculation, it actually

24   returns the previous calculation's coefficients so the

25   update module can use that for its next calculation.

Brown - direct

1    Q.    Did you determine whether or not the update module

2    provides coefficients to the filter in this diagram?

3    A.    Yes, I did.

4    Q.    Does it?

5    A.    Yes, it does.

6    Q.    What is the significance of any of the line from the

7    buffer up to the FIR box?

8    A.    Well, the line from the buffer up to the FIR block is

9    actually a bus line, meaning there is a lot of data in it.

10   The fact that it shows a diagonal arrow through the FIR

11   block means that it can be reprogrammed.

12   Q.    I would like to direct your attention, we are still

13   looking at the same document, but a few pages later, that

14   ends in the Bates number DEM5186.

15          Did you rely on the text in this document,

16   JX-138, as well?

17   A.    Yes, I did.

18   Q.    I am going to direct your attention to the first full

19   paragraph there, if we can get that blown up.

20   A.    Unfortunately, you have to blow it up.

21   Q.    Can you read what this says?

22   A.    "The feedback is canceled, or rather reduced, by the

23   use of an internal feedback path.  The internal feedback

24   path should have the same transfer function as the external

25   feedback path from the DA to the AD, via receiver, acoustic

Brown - direct

Page 519

1    path and microphone.  The output of the internal feedback

2    path is subtracted from the microphone signal to remove the

3    part of the microphone signal that comes via the external

4    feedback.  The feedback cancellation will be successful if

5    the two feedback paths, the internal and the external, have

6    the same characteristics."

7    Q.    And you relied on this statement in your analysis?

8    A.    Yes.  That is basically what it says in the patent.

9    Q.    If we can go back to the slide with the diagram on it.

10   In that slide, it will come up in a minute here, there were

11   a lot of other components that you didn't have highlighted?

12   A.    That's right.

13   Q.    What is the significance if any of the fact that there

14   are additional components in this diagram?

15   A.    The fact that there are additional features in the

16   circuitry doesn't negate infringing on the original patent.

17   Q.    So as long as you find the elements listed in the

18   claim, you don't need to concern yourself if there are any

19   additional ones in the accused product?

20   A.    That's correct.  I mean, if I have a patent on a tire

21   and somebody makes a whitewall, it doesn't make it not a

22   tire.

23   Q.    If we can pull up the Checklist 2.

24          I just wanted to confirm, I think we have

25   discussed, did you find the Oticon products to use the

Brown - direct

Page 520

1    anti-feedback system performed the method of reducing

2    acoustic feedback?

3    A.      Yes.

4    Q.      You found the microphone?

5    A.      Definitely.

6    Q.      A receiver?

7    A.      Yes.

8    Q.      A signal transmission channel?

9    A.      Yes.

10   Q.      You determined that they performed the step of

11   determining the effect on amplitude and phase and the rest

12   of that recitation?

13   A.      Yes, I determined that.

14   Q.      And you found that they performed the inserting step.

15   Correct?

16   A.      Yes.

17   Q.      Did you find they showed the filter in the feedback

18   path?

19   A.      Yes.

20   Q.      Now I want to direct your attention to Claim 13 of the

21   patent.  What is Claim 13?  Is there any relationship

22   between Claim 13 and these two that you have just analyzed?

23   A.      Yes.  Claim 13 is very similar to Claim 14.

24   Q.      Do you recall whether there is any differences in

25   terms of your analysis?

Page 521

1    A.    Not significantly, no.

2    Q.    So did you find that the Oticon products that used the

3    anti-feedback algorithm also infringed Claim 13?

4    A.    That's correct.

5    Q.    And your analysis is the same as the one you just gave

6    for 14 and 16?

7    A.    The analysis would be the same.

8    Q.    Do you know if the anti-feedback system that you

9    described is present in all of the accused Oticon hearing

10   aids?

11   A.    It's present in all of the accused Oticon hearing

12   aids.

13   Q.    Did you help create a demonstrative to show which

14   products those are?

15   A.    I did, yes.

16   Q.    Let's look at Brown 8.  Could you explain this slide?

17   A.    Well, the Oticon products are primarily the ones shown

18   there in the Jump 2 platform.  The ones below that are in

19   the Jump 3 platform.  These are different integrated

20   circuits that are closely related.  And for the purpose of

21   the patent infringement, they all use the AFB circuitry in a

22   very similar manner.

23          In addition to that, there is some Bernafon

24   projects that are also on the Jump 3 platform.

25   Q.    So the analysis you gave before for the AFB system

Brown - direct

1   applies to all of these products shown here on this slide?

2   A.    That's correct.

3   Q.    Are you familiar with the Bernafon integrated circuit

4   called the Alaska chip?

5   A.    Yes.  That's one of the chips that they use in some of

6   their products.

7   Q.    Did you do an analysis for the Bernafon Alaska

8   products?

9   A.    Yes, I did.

10  Q.    Are the hearing aids that are based on the Alaska chip

11  implemented in a similar manner to what we just saw for the

12  Oticon hearing aids?

13  A.    Yes, very similar.

14  Q.    Do they have a filter?

15  A.    Yes, they do.

16  Q.    Where is the filter located?

17  A.    In a feedback loop.

18  Q.    Did they utilize an LMS algorithm?

19  A.    They do.

20  Q.    What is the use of the LMS algorithm in the last

21  products?

22  A.    The LMS algorithm is used to generate the coefficients

23  for the filter, load them, or provide them to the filter.

24  Q.    Did you rely on any testimony to confirm that

25  understanding?

Brown - direct

1    A.    Yes, I did, from Oticon's technical representative.

2    Q.    Is your analysis that you just went through for Claims

3    13, 14 and 16 for the Oticon products the same analysis that

4    you did in analyzing the Bernafon Alaska products?

5    A.    Yes, I did.

6    Q.    So Bernafon has two types of products.  Right?  They

7    have products based on the anti-feedback system, and then

8    they have products based on the Alaska system?

9    A.    That's correct.

10   Q.    But your analysis is essentially the same for both?

11   A.    They both use similar filters.  The Alaska chip has

12   some additional filters in it and is slightly different.

13          But they all have some form of FIR or tap delay

14   line filter in them and an LMS type algorithm to drive that

15   house.

16   Q.    So did you find that the Bernafon products performed

17   each of the steps of the claim here, rather than walking

18   through each one?

19   A.    Yes, I did.

20   Q.    Did you also analyze Claim 16 with reference to the

21   two Widex products at issue in this case?

22   A.    Yes, I did.

23   Q.    Is your analysis for the Widex products similar to

24   what we just talked about for the Oticon products?

25   A.    Quite similar.

Page 524

1    Q.    Why is that?

2    A.    Again, they use an FIR filter in the feedback loop.

3    And they use an LMS type in the update module, although they

4    have different names for them.  They use a WLMS and a WFIR,

5    which means a warped function.  It is a slightly different

6    version of the filter.  But it still provides the same

7    functions.

8    Q.    And you understand there are two Widex products at

9    issue.  Is that correct?

10    A.    Yes.

11    Q.    And Inteo and Diva was the names?

12    A.    Correct.

13    Q.    With between these two products, were there any

14    substantial differences that affected your analysis?

15    A.    Not that I have found.

16    Q.    I'm going to show you what has been marked as PX-791.

17    And we are going to need to look at the seventh page of that

18    document because of the sequence of the figures.

19              Are you familiar with this document?

20    A.    Yes, I am.

21    Q.    What is this document?

22    A.    This is their document, feedback cancellation, and in

23    a Senso Diva.  It's a Widex document.  And as you can see at

24    the top, it's written by their engineering or research

25    department.

Brown - direct

1    Q.    Did you also confirm -- strike that.  How do you know

2    to rely on this document?

3    A.    Well, first off, this specific document, it's part of

4    their technical documents.  I believe their technical

5    representative indicated it is correct.  And, again,

6    Dr. Gloster looked through the pages to compare it to the

7    diagrams in this document.

8    Q.    Is there a particular figure that you focused on in

9    this document?

10   A.    Yes, there was.

11   Q.    I think we have a demonstrative that is based on this.

12   It's slide Brown W3.

13            Do you know, what does this slide show?

14   A.    This is a little more top level than the last one but

15   it shows again the same function.  We have a microphone and

16   receiver, a transmission channel, a feedback path with the

17   feedback simulator in it.  In this case, the feedback

18   simulator actually contains filters and the circuitry.

19   Q.    Is there another document in the Widex materials that

20   provide the specifics of what is in that feedback path

21   simulator?

22   A.    Yes, there was.

23   Q.    Let's take a look at JX-305.  And I think that is also

24   in the juror notebooks.

25   A.    This is an engineering document defining how the

Brown - direct

1    feedback cancelling is done for this product.

2    Q.    This is a Widex document?

3    A.    Yes.

4    Q.    Is there a figure within this document that you

5    specifically?

6    A.    Yes, this describes the filter and the WLMS routine.

7    Q.    Let's take a look at the demonstrative that has this

8    figure in it.  Okay.  Can you explain what part of this

9    document, if any, is relevant to your analysis.

10    A.    Well, the one that just clicked blue is the WLMS and

11    the one directly above it is the WFIR.  And we see against

12    here, the WLMS calculates the coefficients, passes them up

13    through this bus which is depicted by two parallel lines

14    with an arrow at the top saying this is the direction it is

15    going in, and the coefficients are loaded into the FIR

16    filter from the module.  So the module determines the

17    effect, calculates coefficients, provides coefficients to

18    the filter and by doing so, inserts a filter in the feedback

19    loop.

20    Q.    This block at the bottom says WLMS.  Again, what is

21    the difference between a WLMS and an LMS?

22    A.    Well, W stands for warped.  It's an improvement on a

23    standard LMS, but it's still an LM and it works together

24    with the WFIR, which again is an FIR filter with some

25    improvements on it but it's still a line filter.

Brown - direct

Page 527

1  Q.    Does the fact that the Widex product includes a WLMS

2  change the analysis that you gave?

3  A.    No, it doesn't.  It's still provides a basic function

4  with some improvements.

5  Q.    Okay.  Now, which part of the diagram, if any, perform

6  the determining step in Claims 14, 16?

7  A.    The determining step would be performed by the WLMS

8  portion taking inputs from the output and the input with the

9  first approximation subtracted -- or from the previous

10  approximation subtracted from it.

11  Q.    And then the inserting step of Claims 14 and 16, where

12  is that done in this diagram?

13  A.    That's the two vertical arrows that are colored orange

14  which takes the coefficients from the calculation in the

15  determining step and inserted them into the filter.

16  Q.    And what do the arrows mean going from the WLMS box to

17  the WFIR box?

18  A.    Well, the fact there are two arrows separating this

19  means there is a data bus and the arrow indicates the

20  direction the data is going in.

21  Q.    And what is the data going up that bus?

22  A.    Coefficients.

23  Q.    So the coefficients are travelling from the LMS into

24  the FIR?

25  A.    That's correct.

Brown - direct

Page 528

1    Q.    Did you determine whether or not the WLMS provided the

2    coefficient to the WFIR?

3    A.    By passing the coefficients to the next stage up, they

4    insert them or provide them, however you want to word that.

5    Q.    And this figure having even more boxes than the one we

6    saw before, does that change your analysis?

7    A.    No, it doesn't change the analysis.

8    Q.    None of those have anything to do with whether or not

9    they do the inserting or determining step?

10   A.    They don't negate the fact that it does the

11   determining and inserting.  That's correct.  It still meets

12   that criteria.

13   Q.    And, again, like with the Oticon products, does your

14   analysis for Claims 14 and 16 similar to the analysis you

15   did for Claim 13 of the '850 patent?

16   A.    That's correct.

17   Q.    You mentioned I think that there is two steps,

18   determining and inserting.  Are the steps here in the claim

19   performed in that order in the Oticon, Bernafon, Widex

20   products we just looked at?

21   A.    Yes, they are.  The determining is done by the LMS

22   routine and calculates coefficients, then inserts the

23   coefficients into the filter and thereby sets a new filter,

24   electrical filter response.  And in electrical terms, we

25   considered that inserting filter.  And so first you have to

Brown - direct

1    calculate the coefficients and then you insert them.  It can

2    be done iteratively as it's done in the LMS routine, but if

3    you compare that to the original patent, it is very much

4    like Dr. Levitt's person and his "no" routine going back and

5    tweaking the knob until he found a no.  In this case, the

6    LMS routine does it on a chip and tweaks the knob until it

7    finds a no.

8    Q.    Can a product determine the effect on phase and

9    amplitude without making a specific measurement?

10   A.    As I said before, the effect does not require absolute

11   measurement of the phase and amplitude.  It requires

12   producing coefficients resulting in that inverse signal

13   which is the effect.

14   Q.    I think you were here for the opening statement.  Did

15   you understand that the defendants are saying that their

16   products are adaptive?

17   A.    Yes.

18   Q.    And that they use adaptive filters?

19   A.    Yes.

20   Q.    Do you agree with that?

21   A.    Yes.

22   Q.    Does that change your analysis?

23   A.    No.

24   Q.    Why is that?

25   A.    Because the adaptive filter, as I said a minute ago,

Page 530

1    is very much like the nulling technique in the patent, and

2    because it's adaptive doesn't mean that it doesn't still

3    violate the original one, even if one were to assume the

4    original one was fixed.  It's just an improvement on it.

5    Q.    I think I overlooked something in Claim 14.  Can I get

6    that slide, Brown 3?

7            This claim says a receiver fitted in an ear of a

8    wearer of the hearing aid.  Did you find the accused Oticon,

9    Bernafon and Widex have receivers fitted in the ear?

10   A.    Yes, it's literally in the ear, in the CIC, which is

11   deeply inserted, or the ITE, which is like a piece of bubble

12   gum in your ear.  And even in the BTEs, the tubing that

13   connects these, the speaker into the ear is part of the

14   equation of the sound and it produces part of the peaking

15   and so forth.  So it's all part of insertion in the ear.  So

16   I find that even for those products, it is inserted in the

17   ear.

18   Q.    I think you used three terms I want to make sure

19   everybody understands.  What is CIC again?

20   A.    Completely in the canal.  It means it's hidden.  In

21   theory, if a friend looks at you, he doesn't see that it's

22   in the ear.

23   Q.    And ITE stands for?

24   A.    In the ear.  That means it's within the concha here

25   but it's not invisible anymore.

Brown - direct

Page 531

1    Q.    And BTE stands for behind the ear?

2    A.    Behind the ear.

3    Q.    So I think we talked about the Widex products but I

4    want to make sure I understand.  Can we look at the

5    checklist again, please?

6          So did you find that the accused Widex product,

7    the Diva and the Inteo have performed the method of reducing

8    acoustic feedback?

9    A.    That's correct.

10   Q.    You have a microphone, receiver and transmission

11   channel?

12   A.    Correct.

13   Q.    And you said they'd performed the determining and

14   inserting steps?

15   A.    They do.

16   Q.    And they also use a filter that is in the electrical

17   feedback path; is that right?

18   A.    That's correct.

19   Q.    Now, we talked about Claim 16.  Let's take a look at

20   Claim 19 of the '850 patent, which is Brown slide 1.  Let's

21   look at this claim.  What does this claim require in order

22   for you to find infringement of the accused products?

23   A.    This is a little simpler.  It requires a hearing aid

24   which again has at least one microphone, an output receiver,

25   a signal transmission channel interposed -- that means

1    placed -- between the input and output, and a programmable

2    delay line filter interposed in a feedback path between the

3    input and output of said transmission channel.

4              And said programmable filter being programmed to

5    effect substantial reduction of acoustic feedback from said

6    receiver to said microphone.

7    Q.    Okay.  I think we have a new term, programmable delay

8    line filter.  What is that?

9    A.    Well, a delay line filter is a filter that operates on

10   time delayed information with multiplying that information

11   by coefficients and summing the results and programmable

12   means that you can have coefficients that are one or more

13   coefficients can be programmed, given new values.

14   Q.    And similar to what you did with Claim 16, do we have

15   a diagram to help illustrate what is required of this claim?

16   A.    Yes.

17   Q.    That is Brown 2, I believe.

18   A.    As I'd said before, we have a microphone.  We have a

19   receiver, we have an amplification over a transmission

20   channel, we have a programmable delay line filter in the

21   feedback path, and we have it programmed with coefficients.

22   Q.    Let's take a look at Brown number 6, please.

23             Did you provide a demonstrative to help explain

24   what a programmable delay line filter was?

25   A.    Yes.  This is actually a very simple FIR filter.  So

Brown - direct

Page 533

1    when we talk about a FIR filter, this is a simple version of

2    what it would look like.  And what we have is data coming in

3    input and each time delay, each clock cycle, it is shifted

4    to the right so we have time delayed samples.  Those are

5    the -- the delays are shown by T minus one and T minus two.

6         Just below that we see the two multiplying or

7    multipliers in the filter.  And what they do is they

8    multiply the data sample by the coefficients C1 and C2, to

9    produce an output that is so much of each one of those time

10   samples.  Those results are then summed together at the

11   bottom, in summers, to produce the weighted -- we call those

12   multiplied answers weighted samples.

13              And the value of at least one of those

14   coefficients can be programmed.

15   Q.    So what are the kinds of filters that satisfy this

16   understanding of a programmable delay line filter?

17   A.    Well, just about any digital filter will satisfy a

18   delay line filter because it operates on time-delayed

19   samples, and it multiplies these samples by coefficients,

20   and sums them together in one way or another.  But the

21   simplest example is like this FIR filter.

22   Q.    What kind of filters did you find in the accused

23   Oticon,  Bernafon and Widex products?

24   A.    In all of them we found some variant of an FIR filter.

25   Q.    So they have programmable delay line filters?

Brown - direct

1    A.    Absolutely.

2    Q.    And how are the programmable delay line filters in

3    their products programmed?

4    A.    Well, the ones with respect to this feedback canceling

5    are programmed by the LMS routines, which calculate the

6    coefficients for them.  When they start up, some of them

7    actually have best guesses that are loaded in for the first

8    times, other products start up at zero.  But the bottom line

9    is each time a new set of coefficients is loaded, a new

10   filter equation is inserted in the feedback loop.  And from

11   an electrical standpoint, that is like putting a new filter

12   in.

13   Q.    Did you do a comparison between Claim 19, which was up

14   there, to the Demant products?

15   A.    Yes, I did.

16   Q.    Is there a demonstrative to help show how you compared

17   Claim 19 to their products?

18   A.    I believe so.

19   Q.    Brown B-1.  Is this the same figure earlier that we

20   were looking at, Claim 16?

21   A.    Yes, it is.

22   Q.    Could you indicate where here you have got a

23   microphone?

24   A.    Again, we have a microphone on the right side, the

25   little dotted box in the middle is an acoustic feedback

Brown - direct

1    channel.  The microphone is on the right.  The speaker is on

2    the left.  The transmission channels are on the top.  And

3    the update filter is at the bottom.

4              The feedback filter --

5    Q.    What is shown in yellow there?

6    A.    Well, what is shown in yellow is the feedback path,

7    and the FIR filter is shown in orange at the top.

8              And the coefficients are provided by the update

9    module.

10   Q.    How do you know that this filter is an FIR filter?

11   A.    First off, it says so in the text here, in the box.

12   And Dr. Gloster looked at the product to verify that.

13   Q.    I want to direct your attention to some text in this

14   document that's JX-138 on Page DEM5200.

15   A.    If we look at the top it says FBC, FIR.  FIR stands

16   for the FIR filter.  And then we will see documentation of

17   that block right here.

18   Q.    Would you explain what this text means?

19   A.    Yes.  Again we see at the top the name of the box that

20   we were referring to a minute ago.  The text reads, this

21   block is the internal feedback path.  The delayed output

22   signal of the hearing aid, and it gives it the RS out

23   underscore -- and my eyes aren't quite good enough to read

24   it -- delay is filtered through the 24-tap FIR filter with

25   coefficients generated by the LMS.  Each coefficient is

Brown - direct

Page 536

1    represented by eight bits in a common exponent.

2                So this indicates that it is a 24-tap FIR filter

3    in the feedback path.

4    Q.    What does the term tap mean?

5    A.    Tap means each one of those individual points that we

6    saw where there was a multiplier which multiplied it by the

7    coefficients, each one of those is called a tap.

8    Q.    Instead of the two taps we showed in our previous

9    diagram --

10   A.    This one has 24 taps.

11   Q.    This one has 24 taps?

12   A.    Yes.  As I said earlier, I have seen products that go

13   from 16 to 32.

14   Q.    Does the number of taps make a difference as to

15   whether or not it is a programmable delay line filter?

16   A.    No.  It only requires two taps to be a programmable

17   delay liner filter.  The number of taps makes a difference

18   in how large a chip is and how accurately it performs.  In

19   other words, the more taps, the better the quality of the

20   filter.  If it is only a few taps, it is a pretty crude

21   approximation.

22   Q.    Is there any significance to the phrase coefficients

23   generated by the LMS?

24   A.    Yes.  That's what we have been saying, that the LMS

25   routine provides the coefficients to the FIR filter,

Brown - direct

Page 537

1    generates them and provides them to the filter.

2    Q.    Let's go back and look at D-1 again, please.  And

3    Claim 19 says that the filter is in a feedback path.  Is the

4    filter here in the feedback path?

5    A.    Yes.  At the left side at the top there, we see where

6    it connects to the, right in front of the speaker, actually,

7    in front of the D-to-A converter, because all of signal

8    processing is numeric, and we take the data off while it is

9    still a numeric function.  And it feeds it back from there

10   over to the right.  And if we look in that box, where it

11   joins the orange -- or the red path again, it's an adder.

12   That's where the feedback signal is added to the microphone

13   input signal.

14   Q.    I think you said D-to-A and A-to-D.  What do those

15   mean?

16   A.    Again, the real world electrical signal that comes off

17   the microphone is in analog form.  Us dinosaurs that used to

18   speak analog can remember that.  But we have to get it to

19   digital form so that the computer or the digital signal

20   processing can actually work on it.

21          So we convert it from analog signals, like your

22   hand moving up and down, to digital numbers, which are what

23   the processor uses.  When the processor gets through doing

24   all of its computation, we have to convert those digital

25   numbers back into analog because that's what our ears hear.

Brown - direct

Page 538

1  Q.    Is there any testimony relied on to determine that the

2  filter was in the feedback path?

3  A.    I believe that was in some of the depositions, yes.

4  Q.    I would like to show you the same exhibit, JX-138.

5  What is this slide showing?

6  A.    This slide is actually out of the document and it's

7  not blown up as much as we had it before.  But it's the same

8  slide, same figure.  And what it is showing is where their

9  witness, was it Christiansen -- I have forgotten which name,

10 my names don't stick too well in my head  -- drew the

11 feedback path during his deposition.  And as you can see,

12 it's the same path that I had highlighted in yellow.

13 Q.    And similar to the analysis you did with method

14 claims, does it change your analysis that there are a number

15 of additional elements here?

16 A.    No, it doesn't.

17 Q.    So let's look at the checklist to make sure we have

18 talked about each of the elements of Claim 19 for the Oticon

19 products.  You have found they have a hearing aid?

20 A.    Yes.

21 Q.    Microphone?  Receiver?

22 A.    Microphone.  Receiver.  Transmission channel.

23 Q.    Did you find they had a programmable delay line

24 filter?

25 A.    Yes.

Brown - direct

Page 539

1    Q.    And that filter was in a feedback path?

2    A.    Yes.

3    Q.    And that the filter is programmed.  Correct?

4    A.    And the filter was programmed.

5    Q.    And what is the effect of the filter in the Oticon

6    hearing aid products?

7    A.    The effect of the filter is to provide a substantial

8    reduction in acoustic feedback.

9    Q.    Now, earlier we talked about the Bernafon products in

10   this case.  Correct?

11   A.    Yes.

12   Q.    The Bernafon products are, some of them are based on

13   the Oticon AFB system.  Is that right?

14   A.    That's correct.

15   Q.    And some are based on the Alaska product?

16   A.    Correct.

17   Q.    Is your analysis the same for the Bernafon products as

18   it was for the Oticon products for Claim 19?

19   A.    For Claim 19, the same.

20   Q.    So you found that they had the hearing aid,

21   microphone, receiver, transmission channel and a

22   programmable delay line filter as required in Claim 19?

23   A.    That's correct.

24   Q.    What kind of a filter did the Bernafon Alaska products

25   use?

Brown - direct

Page 540

1   A.    Again, it has an FIR filter and some lattice filters.

2   Q.    Are the FIR filters then programmable delay line

3   filters?

4   A.    Yes.

5   Q.    Let's look now at Claim 19 with respect to the Widex

6   group of products?

7             THE COURT:  Why don't we take our break.

8             (Jury leaves courtroom at 3:14 p.m.)

9             (Recess taken.)

10            THE COURT:  Ms. Walker, please bring the jury

11  back.

12            Counsel, we are going to need to stop promptly

13  at 4:30 today.  I have a sentencing.  You can leave your

14  belongings at counsel table.  If you need to come back, come

15  back after that.

16            (Jury enters courtroom at 3:35 p.m.)

17            THE COURT:  Home stretch, ladies and gentlemen.

18  Have your seats.

19            Mr. Buroker.

20            MR. BUROKER:  Thank you, Your Honor.

21  BY MR. BUROKER:

22  Q.    Before the break we were looking at Claim 19, and I

23  wanted to ask you about the Widex products.  Did you do a

24  comparison between Claim 19 and the Widex products?

25  A.    I did.

Brown - direct

Page 541

1    Q.    Let's look at a Demonstrative W-1, please.  Go ahead,

2    Mr. Brown.  Where in this diagram do you find the Claim 19

3    elements?

4    A.    As before, we find the microphone on the left, the

5    receiver on the right, the transmission channel in the

6    middle, and the feedback path simulator at the bottom.  And

7    the feedback path is from the output to the input.

8    Q.    From this diagram can you tell whether or not the

9    feedback path simulator is a programmable delay line filter?

10   A.    Not at this level.

11   Q.    Could you look at another diagram to look at that?

12   A.    Yes, I did.

13   Q.    I show you W-2.  It's the same diagram we saw earlier?

14   A.    This is the same as before.

15   Q.    And where in here if anywhere is there a programmable

16   delay line filter?

17   A.    A programmable delay line filter has been highlighted

18   in orange and is called WFIR.

19   Q.    Is this filter programmable?

20   A.    Yes, it is.

21   Q.    And how is that?

22   A.    Well, we see the filter coefficient develop on the

23   WLMS routine, as we said before, and those filter

24   coefficients are passed through to the first filter.  In

25   other words, it provided the first filter from a coefficient

Brown - direct

Page 542

1    generator.

2    Q.    And is the filter, which is the orange box, and the

3    WLMS block, are those separate components?

4    A.    Yes, they're separate components, as is shown on this

5    block diagram at a more detailed level.  As you can see,

6    they're separate components.

7    Q.    In your opinion, is it proper to consider the LMS

8    block to be part of the filter?

9    A.    Well, the filter is the first filter and the LMS block

10   calculates a routine.  Then if you go to the next layer up,

11   we can say all of it is a function of an LMS filter, but in

12   point of fact that's a macro block name which contains

13   within it these smaller macro blocks of a first filter which

14   the patent requires and the calculation block.

15   Q.    In your analysis of Claim 19, does it matter whether

16   or not you can provide coefficients to the filter from an

17   external device?

18   A.    No, the patent doesn't anywhere say in the claims that

19   it has to be externally programmed.

20   Q.    And is the WFIR block, that is a delay line filter?

21   A.    Yes, it is.

22   Q.    This filter here says WFIR.  What is a WFIR filter?

23   A.    Again, that is the warped function, and it's an added

24   enhancement to allowing a shorter delay line to have the

25   same accuracy of a larger number of taps.

Brown - direct

Page 543

1    Q.    Is this programmable delay line filter in a feedback

2    path?

3    A.    Yes, it is.  You saw that in the first demonstrative

4    which came from their documentation.

5    Q.    Is there any document you relied on to confirm that?

6    A.    Yes, there was.

7    Q.    Can I direct your attention to JX-497.

8          Are you familiar with this document?

9    A.    Yes, it's the one we talked about earlier where their

10   witness showed the feedback path for us and highlighted it

11   in this case in blue.

12   Q.    And where is the feedback component we've been talking

13   about in this diagram?

14   A.    It's in the bottom block.  It's the left element shown

15   conceptually there where they showed the wave form in the

16   feedback element and subtracting it out.

17   Q.    So in the bottom box, in the center of the page you

18   are talking about?

19   A.    Yes, that is correct.

20   Q.    And the left box in there says feedback path

21   simulator?

22   A.    Yes.

23   Q.    That is the one you are talking about?

24   A.    That's correct.

25   Q.    Again, this document and the others we've looked at

Brown - direct

Page 544

1  for Widex that have additional elements, did that make a

2  difference in the analysis of Claim 19?

3  A.    No, it does not.

4  Q.    We talked about adaptive filters for Claims 14, 16 and

5  13.  Does it matter in your analysis whether or not the

6  defendants utilize an adaptive filter for purposes of Claim

7  19?

8  A.    No, it does not.

9  Q.    And why is that?

10 A.    Claim 19 does not state it has to be static or

11 adaptive or anything.  It just says the filter has to be

12 there and it has to perform a function of feedback removal.

13 Q.    Okay.  Let's pull up the checklist.  Number one,

14 please.

15        So did you find the Widex products are hearing

16 aids?

17 A.    Yes, they're hearing aids.

18 Q.    They have microphone, receiver and transmission

19 channel?

20 A.    Yes, yes, yes.

21 Q.    And do they have a programmable delay line filter?

22 A.    They do.

23 Q.    And is it in a feedback path?

24 A.    It is.

25 Q.    And that programmable delay line filter was their WFIR

Brown - direct

Page 545

1    filter?

2    A.    Correct.

3    Q.    And is it programmed to effect substantial reduction

4    of acoustic feedback from said receiver to said microphone?

5    A.    It is.

6    Q.    How is it programmed?

7    A.    It is programmed by the WLMS routine.

8    Q.    The analysis we've talked about, has that been an

9    analysis of infringement under literal or --

10   A.    So far, we've talked about literal.

11   Q.    And what is literal infringement as you're

12   understanding?

13   A.    That means that you find, you literally find each

14   element of the claim within the accused products.

15   Q.    Did you also do an analysis for these products under

16   the doctrine of equivalents?

17   A.    Yes, I did.

18   Q.    And what is the doctrine of equivalents as you

19   understand that?

20   A.    As I understand it, it means that if the infringing or

21   accused products are insubstantially different from the

22   claim, then they can still infringe.  It protects the patent

23   holder from someone who makes minor changes to the product.

24   Q.    And do you have an opinion as to whether the accused

25   products we've talked about infringed Claims 13, 14, 16 and

Brown - direct

Page 546

1    19 under the doctrine of equivalents?

2    A.    Yes.  If they don't infringe literally, they certainly

3    infringe under the doctrine of equivalents because they do

4    substantially the same thing in substantially the same way

5    to effect substantially the same result.

6    Q.    Let's look at Brown 3 for Claim 16 of the patent, the

7    Demonstrative Brown 3.

8    A.    Yes.

9    Q.    Did you make an analysis as to whether or not the

10   accused products meet the determining step under the

11   doctrine of equivalents?

12   A.    Well, yes.  The determining step has a function,

13   way -- well, one of the ways of an equivalent is function,

14   way, result.  So you look at the determining step and you

15   say what is the function?  The function is to determine the

16   effective amplitude and phase of the signal transmission.

17   Now, the way is by the LMS filter calculating the

18   coefficients.  And the result is that you end up with the

19   resulting output of that filter being the effect of the

20   acoustic feedback in the external channel.

21   Q.    Is what you have just described substantially the same

22   as what is described in the patent in your view?

23   A.    That is correct.

24   Q.    Now, did you analyze whether or not the accused

25   products perform the inserting step under the doctrine of

Brown - direct

Page 547

1    equivalents?

2    A.    Again, the inserting step says that you insert between

3    the input and output of the transmission channel a

4    programmable filter programmed to equalize and reduce the

5    effect of said acoustic feedback.  So the function is to

6    insert a filter which equalizes the effect.  The way is

7    again through the elements filter calculating coefficients,

8    loading them into the FIR filter.  And the result is to

9    equalize and reduce the effect of the acoustic feedback in

10   both phase and amplitude.

11   Q.    Did you analyze the difference between the specific

12   example in the patent and the methods used by the defendants

13   for determining and inserting?

14   A.    Well, the specific example in the patent is just that,

15   it's an example of what's the claim, of one way to do the

16   claims.  The claims define the rights of the patentee.  The

17   example is one embodiment that can teach how to do that.

18   And it's not proper to read the limitations of the

19   specification, in other words, the embodiment into the

20   claims.  You can understand the claims in light of the

21   specification in total but you don't know it by the figures

22   in the specification.

23   Q.    So did you find that the function/way/result that you

24   described for the accused products is substantially the same

25   as the function/way/result for the inserting step?

Brown - direct

Page 548

1    A.    Yes, I did.

2    Q.    Okay.  Now, Claims 14 and 16 mention the receiver

3    fitted in the ear and you talked about behind the ear

4    hearing aids?

5    A.    Yes.

6    Q.    Did you analyze behind-the-ear hearing aids under the

7    doctrine of equivalents?

8    A.    Yes, I did.

9    Q.    And what was the analysis that you provided?

10   A.    As I said before, in the behind-the-ear hearing aids,

11   the aid is physically on the top of the ear, and some of

12   them heard the term "on the ear" but we called it BTEs when

13   I was in the industry, and there is a tube that comes down

14   from the speaker and into the ear, into a mold in the ear

15   that holds it in your ear.  That tube actually has acoustic

16   responses to them that add to the response of the speaker,

17   itself.  So if it's not literally in the ear, it certainly

18   is, under DOE, doctrine of equivalents, in the ear.  It's

19   function is to put the sound to your eardrum, the way is on

20   the speaker taking an electrical signal and converting it to

21   an acoustic signal, and the result is you hear the output of

22   the hearing aid.

23   Q.    Now, looking at Claim 19 -- if we could have the slide

24   for Claim 19 -- did you perform an analysis of Claim 19

25   under the doctrine of equivalents?

Page 549

1    A.    Yes.

2    Q.    And which element did you focus on?

3    A.    Well, obviously, they have a microphone, receiver and

4    a transmission channel.  Those are pretty straightforward.

5            The next element is a programmable delay line

6    filter, and it must be interposed in a feedback channel.

7    And we saw that physically from the documentation and from

8    Dr. Gloster's looking at the code.

9            And so when we're doing an analysis under the

10   doctrine of equivalents, we see that the function is, place

11   the feedback filter in the path -- place a filter in the

12   feedback path.  The way is to use an FIR filter where it is

13   physically in the feedback path, and by inserting

14   coefficients into that filter, you insert that filter into

15   the feedback path.  And the result is the filter is there to

16   cancel the acoustic signal.

17           And, programmable filter, the last element is

18   said programmable filter being programmed to effect

19   substantial reduction.  As I said before, the filter is

20   physically in that loop.  It's given a coefficient from the

21   LMS routine, and having done so, its effect is and the

22   result is that it cancels or significantly reduces the

23   feedback, which is the important element in the original

24   patent and in these products and their marketing literature.

25   Q.    So did you determine whether or not the

1    function/way/result that you just described for the accused

2    products is similar to the function/way/result of the

3    programmable delay line filter?

4    A.    Yes.

5    Q.    What is your analysis?

6    A.    That it meets under DOE.

7    Q.    Sir, I'm going to direct your attention to PX-33,

8    which I think is in the juror's notebook, too.  Are you

9    familiar with this document?

10   A.    Yes, that is the cover page describing the Syncro.

11   Q.    And who is this document for, do you know?

12   A.    Oticon.

13   Q.    What kind of document is it?

14   A.    I'd have to see the next page to make sure because

15   that page doesn't tell a whole bunch.

16   Q.    Okay.  Could we look at the next page?

17   A.    Yes.  This is a marketing document.  And it's

18   actually -- when I say a marketing document, it's a document

19   created by the manufacturer and provided to the distributor

20   to give to both audiologists and the public.  It's to teach

21   the audiologist how it works so they can instruct their

22   patients on how they work and they can use the same

23   marketing information and sales tools with their customers.

24   So these documents have to be relatively close to what the

25   product really does because there is a significant amount of

Brown - direct

Page 551

1    problem with the FDA when the marketing product deviates

2    from the actual performance of the products.

3    Q.    Take a look at this particular document, in particular

4    on Page DEM2124, which is where we are, we have got the

5    section highlighted, it says phase -- first it says, Dynamic

6    Feedback Cancellation, is the heading, it says, Phase

7    cancellation is the only way to eliminate feedback while

8    maintaining audibility of the signal.

9              Do you see that section?

10   A.    Yes, I do.

11   Q.    Can you explain what they are saying?

12   A.    Well, their phase cancellation is what their

13   engineering documents refer to as both phase and amplitude.

14   And basically they are describing the anti-feedback system

15   that they used in their product.

16   Q.    Do you think it's accurate to say that the Oticon

17   products use precise digital phase cancellation in this

18   document?

19   A.    Except for the fact that they only mention phase, and

20   since it is a marketing tool, I believe it is adequate to

21   say, at least it supports the engineering documents, and

22   it's sufficiently accurate for its application.

23   Q.    If you could look at, in this same document, the same

24   page, there is a figure on it on the right-hand side.  Can

25   you explain what this figure is showing?

Brown - direct

Page 552

1    A.    This figure is sort of a graphic representation of

2    their feedback cancellation scheme.  On the left picture we

3    see the audio field of view that we are interested in.  And

4    there is a big spike there that is the acoustic feedback.

5              And somehow, the hearing aid gets a bright idea,

6    represented by that light bulb, it's got acoustic feedback.

7              In the middle block we see that it has developed

8    a second image below the one above, where you have it

9    exactly opposite in amplitude, but where they have taken

10   phase and amplitude and replicated the signal, and then they

11   subtract that out so on the right-hand block you see the

12   overall picture of the sound world with no feedback.

13             So this is a graphic representation to use with

14   customers to say, see, we have canceled out the feedback and

15   now you just hear what you wanted to hear.

16   Q.    Let's look at another document, PX-30.  Are you

17   familiar with this one?

18   A.    Yes.  It's another marketing document.

19   Q.    Is Adapto one of the Oticon products you discussed

20   earlier?

21   A.    That's right.

22   Q.    Let's look at Page DEM4448 here.  I have a section

23   highlighted.  What does this say about the Adapto, the

24   Oticon digital feedback cancellation system?

25   A.    It says that they have developed an advanced

Brown - direct

Page 553

1    anti-feedback system based on their new adaptive digital

2    processing techniques.

3    Q.    And let's go back.  There is another section we

4    highlighted.  What else does it say here?

5    A.    By comparing the signal entering the hearing aid

6    microphone and the amplified signal, the DFC eliminates

7    feedback by precise phase cancellation.

8    Q.    What do you think this is trying to convey?

9    A.    This, of course, again is referring to the

10   anti-feedback to the cancellation in both phase and

11   amplitude of the acoustic feedback signal.

12   Q.    There is a diagram -- we probably have a better

13   picture than that.

14   A.    That one is terrible.  This looks very much like the

15   pictures we were looking at earlier except it has a couple

16   of things that are a little prettier.

17            It has, off to the left, the top, the yellow

18   portion saying acoustic feedback is drawn with a little

19   wiggly signal you would see on a scope when you look at an

20   audio signal, because that's the audio, you would just look

21   at a scope.  And the electrical signal shown in yellow down

22   at the bottom in the electrical feedback path has a mirror

23   image of the acoustic signal on the top, so you can see

24   graphically how it cancels out the signal.

25   Q.    Let's look in that same -- let's look at PX-231.  Are

Brown - direct

Page 554

1  you familiar with this document?

2  A.    Yes.  It's another Oticon document.

3  Q.    This is another marketing document?

4  A.    Yes.

5  Q.    If you could take a look at the page that ends in

6  DME771, can you explain what this figure is showing?

7  A.    Well, again, we see graphic representations of the

8  microphone on the left, the receiver on the right, the

9  feedback across the top, and you can see the feedback has a

10 big spike in it, and then their feed cancellation.  And

11 across the bottom, I think we have another one later on, it

12 is a little clearer, that shows the subtraction of, in other

13 words, their phase cancellation.

14 Q.    Let's look at the next, the diagram on the top of the

15 next page there.  The one that kind of looks like a shark.

16 A.    Right there.

17 Q.    What is that showing?

18 A.    The picture on top was the acoustic feedback we saw in

19 the picture, the previous one.  And the one at the bottom is

20 the phase cancellation signal that they generated in the

21 feedback loop.  Again, they are showing the same kind of a

22 picture, slightly different configuration.

23 Q.    Is there some text here in this document that

24 describes their feedback cancellation system?

25 A.    Yes.

Brown - direct

Page 555

1    Q.    We have got it highlighted there?

2    A.    Shown in yellow.

3    Q.    Would you read this and explain what that is saying?

4    A.    Phase cancellation is the only true way to limit

5    feedback without affecting audibility.  When feedback is

6    detected DFC uses digital phase cancellation to effectively

7    remove the unwanted whistling sound.

8    Q.    What is your understanding of what they are trying to

9    convey with that message?

10   A.    Again, they use this cancellation and amplitude and

11   phase to eliminate the feedback signal so that you can hear

12   the rest of the world.

13   Q.    Let's take a look at PX-393.  What is this document?

14   A.    This is a Bernafon Symbio marketing document.

15   Q.    On Page 172, what does Bernafon say about its system?

16   A.    It says the adaptive feedback cancellation, AFC, has

17   always been synonymous with acoustic feedback.  But this

18   product, advanced adaptive feedback canceller, solves the

19   problem by working online to detect the presence of feedback

20   and subtract it from the incoming signal.

21          One of the elements here talked about is the use

22   of venting.  When you put a hearing aid deeply into your

23   ear, it's a plug.  And if there isn't a vent in it, it

24   creates a pressure on your eardrum and that hurts.  So they

25   put a vent in it.  They also put a vent in it so your own