Exhibit 14

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


ENERGY TRANSPORTATION GROUP, INC.,     )   CASE NO.

                                       )   05-422 (GMS)

                     Plaintiff,        )

                                       )

vs.                                    )

                                       )

SONIC INNOVATIONS, INC., et al.,       )

                                       )

                     Defendants.       )   July 26, 2007

_____    )   9:00 a.m.



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

PROSECUTION BAR


Videotaped Deposition of

K I M   N I E L S O N



    Widex A/S 30(b)(6) videotaped deposition was taken

pursuant to Notice at the Delcour Law Firm, Hammerensgade

, Copenhagen, Denmark, before Ana Reid, a Shorthand

Reporter and Notary Public, State of Florida.

```
 1    FOR THE PLAINTIFF:
 2         HUNTON & WILLIAMS
 3              BY:   BRIAN M. BUROKER, ESQ.
                     DANIEL G. VIVARELLI, JR., ESQ.
 4
                     1900 K Street, N.W.
 5                   Washington, DC   20006
 6
 7         DELACOUR LAW FIRM
 8              BY:   MIKKEL PRIMDAL KAEREGAARD, ESQ.
 9                   Hammerengade 1, DK-1267
                     Copenhagen, Denmark
10
11
12
13
14    FOR THE DEFENDANT WIDEX A/S:
15         SUGHRUE MION, PLLC
16              BY:   WILLIAM H. MANDIR, ESQ.
                     CARL J. PELLEGRINI, ESQ.
17                   BRIAN K. SHELTON, ESQ.
18                   2100 Pennsylvania Avenue, NW
                     Washington, DC   20037
19
20
21         WIDEX A/S IN-HOUSE COUNSEL:
22              BY:   KAMILLA WARBERG, ESQ.
23                   Ny Vestergaardsvej 25, DK-3500
                     Vaerloese, Denmark
24
25
```

Page 3

```
 1   ALSO PRESENT:

 2        ROBERT E. MORLEY, JR.

          Associate Professor

 3        Washington University in St. Louis

 4

 5

 6        FOKUS TRANLATORERNE                    MORTEN JENSEN

          BY:  INGER GREGERSEN                   Videographer

 7        Kultovert 2, 5. Sal

          1175 Copehaven, Denmark

 8

 9

10

11

12

13

14

15

16   EXAMINATION BY:              PAGE:

17        MR. BUROKER                6

18        MR. MANDIR               240

19

20

21

22

23

24

25
```

1    A.    Yes.   This is what I think at least.   When they

2   wrote this, this was the idea.   If they really do it, I

3   don't know, but most likely, yes.

4    Q.    How would you find out if they really do it that

5   way?

6    A.    Then I would probably have to ask some guys in

7   the software group, what do you call that?   The software

8   development group.

9    Q.    The code and the fitting software that you want

10   to know about?

11    A.    Yes.

12    Q.    Is the Diva hearing aid capable of doing the

13   adaptation at different speeds?

14    A.    This is what it seems like from this text but I

15   cannot tell you for sure.   I can go check it for you if

16   you'd like.

17    Q.    What would you check to determine whether that's

18   true?

19    A.    Then I would call the software department and

20   ask them if they had to take -- to make a decision about

21   which rate they had to ask the hearing aid to go for.

22    Q.    Let me try my question again.   Does the Diva

23   hearing aid, is it capable of adapting the coefficient at

24   different speeds?

25    A.    I don't know this for sure.   I could find out.

1    would never occur anyway.

2        Q.    Take a look at the next page, Page 11.    The

3    subheading "Initializing the system," okay?

4        A.    Found it.

5        Q.    It says, "The result of the feedback test also

6    serves to initialize the feedback path simulator.    That is,

7    it sets the initial parametric setting of the additional

8    filter so it can generate the cancellation signal to cancel

9    the feedback signal"; do you see that?

10       A.    Uh-huh.

11       Q.    Is that accurate?    Yes?

12       A.    I see it but the sentence is not correct.    It's

13   correct until "the digital filter."

14       Q.    So you don't agree that --

15       A.    The initial parametric setting is not required

16   to generate the cancellation signal because the algorithm

17   will find the new settings by itself.

18       Q.    Whoever wrote this document, whether it's

19   Mr. Kuk, Ludvigsen or Kaulberg or somebody else, indicate

20   here on the document that the initial parametric settings

21   are used to generate the cancellation signal to cancel the

22   acoustic feedback?

23       A.    That's incorrect.

24       Q.    The initial parametric settings are not used to

25   generate the cancellation signal?

Page 148

1    the annoying feedback"; do you see that?

2        A.    Yes.

3        Q.    Do you agree with that part of the answer to

4    this question?

5        A.    No, that's incorrect because the feedback path

6    system -- sorry, feedback path simulator does not determine

7    the characteristics of the feedback signal.  It determines

8    the characteristics of the feedback path.

9        Q.    Do you agree with the next part of it, says, "it

10   will subtract an imitated feedback signal from the incoming

11   signal"?

12       A.    That's correct.

13       Q.    "Thus eliminating the annoying feedback," do you

14   agree with that part of it?

15       A.    No, it might eliminate but it could also reduce

16   the likelihood.  "Eliminating" is a very decisive word, I

17   would say.  I wouldn't use it in this context.

18       Q.    Do you know why somebody would want a document

19   that's for Widex's internal use to describe that FPS in

20   determining the characteristics of the feedback signal?

21       A.    I think it's just a mistake.  It's a typo or

22   maybe the guy that wrote it didn't really know what's going

23   on.

24       Q.    You've never seen marketing materials that

25   describe the feedback path simulator in these terms; is

1      Q.      Those two acting together form an amplifier

2    then?

3      A.      Which two?

4      Q.      The compressor and the multiplier?

5      A.      That's correct.

6      Q.      It says, "The effect of the feedback path

7    simulator allows the amount of usable gain to be increased

8    by as much as 12 dB at some frequencies, while situations

9    that previously could cause feedback are kept under

10   control"; is that an accurate statement?

11     A.      The 12 dB statement might or might not be

12   correct because I've seen outside numbers of 10 in other

13   documents so probably in that neighborhood, and "kept under

14   control" is correct to the degree that it's not always

15   under control.  It's attempting to keep it under control.

16   As I said, there could be some situation where the system

17   has to give up.

18     Q.      How much -- is 10 dB additional gain a large

19   amount of gain?

20     A.      Very large increase of gain for some users.  For

21   other users it doesn't mean anything.

22     Q.      What is the range of gain that, for example, the

23   Diva hearing aid provides at different frequencies?  What's

24   the most gain and the smallest amount of gain it

25   provides?

1    A.    You're starting "Afterwards"?

2    Q.    Yes, that sentence.

3    A.    What was the question?

4    Q.    First of all, is that an accurate statement?

5    A.    It's not accurate because it's dealing with

6    speech information and we have no clue about how much

7    speech information there are in the signal, but what the

8    system is doing really is to optimize the likelihood that

9    you actually get useful speech information out of it if the

10   signal present is speech because not all frequencies are

11   the same importance for the brain to -- when you're dealing

12   about speech intelligibility.

13   Q.    What does the phrase "speech importance

14   weighting" mean?

15   A.    This has to do with what I just said, that when

16   you present a speech signal for the ear or for the brain,

17   some signals of frequency, some are more important than

18   others and then somebody probably made sure they came out

19   with a signal -- a weighting curve these frequencies higher

20   than other frequencies.  So these are the ones that we say,

21   okay, if there's noise present, that's one thing, but if we

22   can see there's noise present in all channels, for example,

23   then it doesn't make sense to just turn them all down

24   because there might be some -- if we can see there are some

25   modulation in some channels, we might as well make sure

1    A.    The feedback path simulator is working similar,

2    in principle at least, but in the DCO system it's working

3    somewhat different, the way it forms the signals or the way

4    it interacts with the compressor is comparable, I would

5    say.

6    Q.    So the two components we talked about are the

7    feedback cancelling system.  The FPS system in the Inteo

8    product is at least similar to the FPS system that was in

9    the Diva product?

10    A.    We have two of them.

11    Q.    There's two of them?

12    A.    Yes.

13    Q.    Each of the FPS systems in the Inteo is similar

14    to FPS system in the Diva?

15    A.    Yes.

16    Q.    Looking at the first slide and there's some

17    typographical mistakes but it says, "The multi-directional

18    feedback cancelling system" -- and I'm looking at the

19    text below the box.

20    A.    Yes, I'm following.

21    Q.    "The multi-directional active feedback

22    cancelling system calculates a mathematical model of the

23    feedback path for the extreme omni and the extreme

24    bi-directional polar characteristic for each of the 15

25    frequency channels"; do you see that?

1      A.    Yes.

2      Q.    First of all, is that an accurate statement?

3      A.    The feedback path simulator doesn't do it

4  because it's a broadband system, so assuming -- when we

5  look at it broadly, I would say it's not entirely correct

6  because it only has some part of the feedback system that's

7  actually the DCO.  DCO is the only one that operates in 15

8  bands.

9      Q.    What is the phrase extreme omni and extreme

10 bi-directional?

11     A.    That's the true what I refer to as virtual

12 microphone signals.  The extreme omni means that you form

13 the sum of the two microphones signals.  They call it the

14 extreme omni.  I don't know why they call it extreme but

15 it's omni.

16              And the extreme bipolar characteristic is

17 when you subtract by some -- you also use some kind of

18 factors between them.  In principle it's a subtraction of

19 the two signals.

20     Q.    The next slide -- the next page says, "Based on

21 the modeling of the feedback path and the information about

22 the current polar characteristic in each of the 15

23 frequency channels, the multi-directional active feedback

24 cancelling makes a replica of the feedback signal and

25 subtracts it from the signal pathway"; do you see that?

1    A.    Yes.

2    Q.    Is that accurate as to the Inteo product?

3    A.    No, it's not correct.

4    Q.    Which part of it is not correct?

5    A.    We do not make -- I mean, we don't estimate the

6    detect path in the individual channels.  We also don't make

7    a replica.  We make an estimate of the feedback path.  Not

8    an estimate of the feedback signal.

9    Q.    Have you ever seen a Power Point presentation

10   given on the Inteo product?

11   A.    Probably yes, at the launch.

12   Q.    Do you recall whether it had any slides

13   describing the omni-directional active feedback cancelling

14   feature?

15   A.    I'm sure it had but I don't recall it, no.

16   Q.    You don't know if they were the same slides,  at

17   least the three slides we see here in this exhibit?

18   A.    No, I doubt it because I don't think they have

19   been so detailed at the introduction.

20   Q.    Are you familiar with the term "Rollo"?

21   A.    Rollo is the internal development code name for

22   Inteo.

23   Q.    What about Diva Plus?

24   A.    Diva Plus probably is the same and Diva 2 as

25   well.

Page 235

1          MR. BUROKER:  We are back on the video record

2    again.

3          Q.    What has previously marked as Widex 32 on

4    unBates labeled document Pages 1 through 85; do you

5    recognize this document?

6          A.    The thick one with the 32?

7          Q.    32.

8          A.    No, that's not it.  It's based on the notes

9    below the slides.  I guess it will be some of our

10   educational material by Inteo.

11         Q.    If you could turn over to Page 25?

12         A.    Okay.

13         Q.    "Speech and Noise Tracer"; do you see that?

14         A.    Yes.

15         Q.    Do you know what the speech and noise tracer is

16   in the Inteo product?

17         A.    It's what it says in Bullet Point 2, it's the

18   percentile estimation of the signal, 10 and 90%.

19         Q.    The text at the bottom below the slide says,

20   "The speech and noise tracer is an analysis tool designed

21   for identifying speech and noise in each of Inteo's 15

22   frequency bands."  Do you agree with that?

23         A.    No, I do not.  Again it's marketing language.

24         Q.    It does not identify speech and noise;

25   correct?

1      A.    It's intended to be a popular explanation nor

2  non-technical people.

3      Q.    And the next sentence says, "It identifies

4  precisely when speech is present and when noise is present

5  according to our patented percentile estimation"; that's

6  not correct?

7      A.    Not correct.

8      Q.    Because you believe the system doesn't identify

9  speech and noise?

10     A.    Right.

11     Q.    The other document you've handed has been marked

12  as Exhibit 96, Widex 96.  It's an electronic document, 3067

13  and it's got underscore 001 through 020, two zero.  Do you

14  recognize this document?

15     A.    I've seen it.  It's one of the so-called

16  booklets that was issued for Inteo.  This one is booklet

17  number five.

18     Q.    Is this produced by Widex A/S?

19     A.    Yes, I think so.

20     Q.    Who were the booklets intended to be provided

21  to?

22     A.    I believe the audiologist for educational

23  purposes.  Instead of providing one huge booklet that needs

24  to be updated once in a while, they decided to split it in

25  smaller sections so it would be easier to find the relevant

1   subjects.

2       Q.    Turn over to Page 5 of the document, if you look

3   at the top underscore 005.

4       A.    Got it.

5       Q.    Says in the right-hand column, "The speech and

6   noise tracer continuously analyses the acoustic environment

7   around the hearing aid wearer.  It identifies speech and

8   unwanted noise in each of the 15 frequency bands using the

9   Widex patented percentile method"; do you agree with

10  that?

11      A.    No.  I agree that it uses a patented percentile

12  method but it does not identify speech and noise.

13      Q.    It says, "This is a statistical method.  It

14  analyses the level distribution of speech and noise

15  signals."  Is that accurate, that statement?

16      A.    No.  It analyses the level of -- the level

17  distribution of all signals coming in.  I mean, the signals

18  coming in.  There's only one signal coming in.

19      Q.    The next sentence, "The information from the

20  speech and noise tracer prompts a binary decision in each

21  channel as to which is present"; is that true?

22      A.    To my knowledge it's wrong.  It's a gliding

23  effect I described for the Diva.  If it seems like it's

24  predominantly noise, it's going to reduce gain in the

25  channels relevant but it's not a binary decision.

Exhibit 15

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


ENERGY TRANSPORTATION GROUP, INC.,      )   CASE NO.
                                        )   05-422 (GMS)
                    Plaintiff,          )
                                        )
vs.                                     )
                                        )
SONIC INNOVATIONS, INC., et al.,        )   August 1, 2007
                                        )   3:49 a.m.
                    Defendants.         )   August 2, 2007
_____ )   9:02 a.m.



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

PROSECUTION BAR


Videotaped Deposition of

T H O M A S    C H R I S T E N S E N



VIDEOTAPED DEPOSITION of Demant Group Defendants

30(b)(6) witness was taken pursuant to Notice at the Hotel

Skt. Petri, Copenhagen, Denmark, before Ana Reid, a

Shorthand Reporter and Notary Public, State of Florida.

Page 2

```
 1   FOR THE PLAINTIFF:
 2        HUNTON & WILLIAMS
 3             BY:    BRIAN M. BUROKER, ESQ.
                     DANIEL G. VIVARELLI, JR., ESQ.
 4
                     1900 K Street, N.W.
 5                   Washington, DC    20006
 6
 7
 8        DELACOUR LAW FIRM
 9             BY:    LISBETH ELMGAARD, ESQ.
10                   Hammerengade 1, DK-1267
                     Copenhagen, Denmark
11
12
13
14
15   FOR THE DEMANT GROUP DEFENDANTS:
16        FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
17             BY:    GERSON S. PANITCH, ESQ.
18                   901 New York Avenue, NW
                     Washington, DC   20001
19
20
21
22
     ALSO PRESENT:
23
          FOKUS TRANLATORERNE              MORTEN JENSEN
24        BY:   INGER GREGERSEN            Videographer
          Kultovert 2, 5. Sal
25        1175 Copehaven, Denmark
```

Page 25

1    refer to as registers.

2    BY MR. BUROKER:

3        Q.    Was there any other form of data storage on the

4    Jump2 IC platform?

5        A.    As I recall it, it had registers.  If there's

6    anything else, I need to refer to the varilog code.

7        Q.    Does it have an EEprom?

8        A.    The Jump2 IC?

9        Q.    Yes.

10       A.    Not on the chip.

11       Q.    Is there an EEprom in any products based on the

12   Jump2 IC platform?

13       A.    We have an EEprom.

14       Q.    Is there any instructions stored on the EEprom

15   in the products based on the IC -- the Jump2 IC platform?

16            MR. PANITCH:  Objection, vague.

17                 Could I have the question back again?

18        (The record was read)

19            THE WITNESS:  I'm sorry, now I got confused.

20   Ask the question again and I'll listen carefully.

21   BY MR. BUROKER:

22       Q.    Are there any instructions stored in the EEprom

23   that you said was associated with the IC 2 platform-based

24   products -- are there any instructions stored on the EEprom

25   that is associated with the Jump2 IC platform-based

1    reduction system?

2        A.    The platform -- Jump2 platform has a number of

3    features and we don't necessarily use all the features in

4    all the products.

5        Q.    So in the Gaia product, does the Jump2 platform

6    actually include the feedback reduction system feature?

7    It's just not enabled?

8              MR. PANITCH:  Objection vague.

9              THE WITNESS:  I think I said that the digital IC

10   is identical but it's not necessarily enabled in Eprom.

11   BY MR. BUROKER:

12       Q.    How are different features within the digital IC

13   enabled?

14       A.    I know this sounds as a silly question but

15   exactly what do you mean by "how"?  I can think of

16   different hows.

17       Q.    What is the physical structure that allows one

18   feature to be enabled or not enabled?

19       A.    It depends a little bit on the feature.  Mostly

20   it's simply turned off.

21       Q.    For example, for the feedback reduction system

22   on the Gaia, how is that turned off on the Gaia product?

23       A.    I'm not sure of the exact mechanism on the IC.

24   If you could refer to the varilog code to see the exact

25   mechanism in the IC.

1    Q.    Do you know if it's a value that's stored in the

2    EEprom that allows the feedback reduction system to be to

3    be turned off?

4    A.    There is a parameter to control whether it's

5    turned on or off or whatever the mechanism is.

6    Q.    Is that parameter value stored on the digital IC

7    or the analog IC?

8    A.    During use?

9    Q.    Yes.

10    A.    I'm not certain but I think it is on the digital

11    IC.

12    Q.    Does the Jump3 platform contain a feedback

13    reduction system?

14    A.    Contain?  The Jump3 platform has a feedback

15    reduction system.

16    Q.    Is the feedback reduction system on the Jump3

17    the same as the feedback reduction system on the Jump2?

18    A.    I just want to be cautious.  "The same" means

19    identical?

20    Q.    Identical, yes.

21    A.    I'm not certain.  I would have to look at the

22    exact code to check.

23    Q.    Are you aware of any differences without looking

24    at the code?

25    A.    I'm not aware.  As I said, I'm not aware.  I

Page 32

1    can't remember any differences but, on the other hand, I

2    cannot state that they are 100 percent identical.

3         Q.    Do all of the Jump3 products -- strike that.  Do

4    all of the Jump3-based products have the feedback reduction

5    system in the IC?

6              MR. PANITCH:  Objection vague.

7              THE WITNESS:  You're asking if all of the

8    Jump3-based products have the feedback reduction system on

9    the --

10   BY MR. BUROKER:

11        Q.    Digital IC, yes.

12        A.    The Jump3 digital IC?

13        Q.    Yes.

14        A.    Like with the Jump2, then the digital IC is the

15   same from product to product.

16        Q.    Are you aware of any products based on the Jump3

17   platform for which the feedback reduction system is not

18   enabled?

19              Are you aware of any products based on the

20   Jump3 platform for which the feedback reduction system is

21   not enabled?

22        A.    I'm not certain.  It might be one of the

23   Bernafon products.  And I'm also not certain about the

24   Tego.

25              MR. BUROKER:  It's five p.m.  Why don't we take

1      A.     There are input data coming from the output of

2  the hearing aid and there are input data coming from near

3  the input referred to as an error signal.

4      Q.     So the first one, input coming from the output

5  of the hearing aid, is that the signal that is delivered to

6  the speaker of the hearing aid?

7      A.     I'm sorry, I was imprecise.  It's the digital

8  data stream delivered to the output stage of the hearing

9  aid.

10     Q.     And the other input is a digital data stream

11  that's near the input?

12     A.     It's a digital data stream tapped near the

13  input, yes.

14     Q.     Is it tapped after a signal has come into the

15  microphone and it has been converted from analog to

16  digital?

17     A.     I just need to make sure that I'm precise.  It's

18  tapped after the digitalization of the signal and there's a

19  summation point and it's tapped after the summation point,

20  as I recall it.  To be exact, we should review the varilog

21  code.  That's where it is.

22          MR. BUROKER:  Let me mark a different exhibit.

23          (Exhibit 50 was marked for identification.)

24     Q.     What's been marked Demant Exhibit 50 is Bates

25  labeled DEM 5179 through 5237.  The top page says "The AFB

Page 52

1    some people prefer one, some people prefer the other, so

2    it's an IC.  Jump2B, there was also a Jump2A.  The

3    Jump2B -- let me step back a moment.  We had the Jump, the

4    Jump2 and the Jump3.  Those -- this numbering should

5    indicate that they're raw, what we think of as major

6    differences.  When we have a Jump2A and we have a Jump2B,

7    the differences will be minor but might be important for,

8    for instance, production.

9        Q.    Do you know if there were any differences in

10   terms of the features of the Jump2A and the Jump2B ICs?

11       A.    I don't recall just from the top of my head.

12       Q.    Did both the Jump2A and Jump2B include the

13   feedback reduction system feature?

14              MR. PANITCH:  Objection, vague.

15              THE WITNESS:  I don't really recall that.  We'd

16   have to check some documents.

17   BY MR. BUROKER:

18       Q.    What would you look to?

19       A.    Ultimately the varilog code has the precise

20   description.

21       Q.    If you could turn over to the page that ends

22   5199, the middle there under the subheading "3.3 Block

23   diagram" shows a Figure 13 that has a label at the bottom

24   "Block diagram of the implementation of the AFB algorithm";

25   do you see that?

1       A.    I can guess, from the abbreviation, that it

2    possibly is sort of adder circuit.

3       Q.    What is it adding?

4            MR. PANITCH:  Objection, calls for

5    speculation.

6            THE WITNESS:  According to the block diagram

7    here, which may or may not be accurate, it would be adding

8    the output from the box called HP with a signal coming from

9    another box called FBCFIR.

10   BY MR. BUROKER:

11      Q.    Do you know what that box labeled FBCFIR does in

12   this block diagram?

13      A.    I'm just a little confused because I see two

14   FBCFIR blocks and I just need to figure out...

15      Q.    If it helps, so you'd be able to answer it if

16   you can, the next section of 3.4 says "Block description."

17   Does this section describe the different block signals of

18   the implementation?  You're free to read that if it helps

19   you.

20      A.    Okay, thank you.  As I said, I'm not really

21   familiar with this document.

22      Q.    And another point, if you look in that box it

23   says "FBCFIR" and under that in italics or less clear text

24   I think it says "fbc_filt1."  Can you read that or no?

25      A.    No, I can't read that.  It may be a bad copy or

Page 62

1   things?

2       A.     You were asking if the FBCcoeff_win and the

3   FBCcoeff_scale are both contained in the eight bits?

4       Q.     Right, or whether they're two different

5   values?

6       A.     I'm not sure.  We should review the actual

7   varilog code to make sure.

8       Q.     Do you know what the phrase "common exponent"

9   means in this sentence?

10      A.     Again "exponent" is normally used again to

11  describe a number format that you would use.

12      Q.     In the diagram on the previous page, we've been

13  looking at the FBC underscore -- there is no underscore --

14  FBCFIR box.  Right below it there's another box that says

15  "FBCFIR"; do you see that?

16      A.     Yes.

17      Q.     Do you know if the feedback reduction system in

18  the Jump2 platform includes two FIR filters?

19      A.     I don't recall if the actual implementation on

20  the chip has more than one FIR filter.

21      Q.     Do you know what the function of a second FIR

22  filter is?

23              MR. PANITCH:  Objection, vague.

24              THE WITNESS:  By the "second," are you referring

25  still to the Figure 13?

1    BY MR. BUROKER:

2        Q.    Right.

3        A.    And the second being the one below?

4        Q.    Correct.

5        A.    I recall that at a certain point we -- "we"

6    being Oticon -- tested various variance of the algorithm

7    and one of them, maybe more of them needed a second path

8    for stabilizing the system.

9        Q.    Did the feedback reduction system in the Jump2

10   platform include two FIR filters?

11            MR. PANITCH:  Objection, vague as to time.

12            THE WITNESS:  If you're asking whether it

13   includes the feedback reduction system and Jump2 includes

14   two filter blocks illustrated here, again I will need to

15   refer to the code.  I don't know offhand.

16   BY MR. BUROKER:

17       Q.    Are you familiar with the phrase "electrical" --

18   strike that.  Are you familiar with the phrase "electric

19   feedback path" in a hearing aid?

20            MR. PANITCH:  Objection, vague.

21            THE WITNESS:  I don't exactly know what you mean

22   by "familiar with."  I've heard it.  I've probably even

23   used it.  If I understand the same thing about it as you

24   do, I don't know.

25   ///

1    the little hat.  Estimates of HK of N plus 1 equals

2    estimate HK of N plus Mu and that's the speed factor.

3        Q.    Does the speed factor then change the speed at

4    which the MLS algorithm adapts new coefficient values?

5        A.    The speed factor or the Mu is influencing the

6    adaptation speed of the MLS algorithm.

7        Q.    So during fitting, the value for that speed

8    factor can be selected?

9        A.    As I said, I'm not sure because for a given

10   platform -- I think we had yesterday the platform

11   discussion -- we can build different products.

12                When we talk about a product like the --

13   take one of the products, Gaia -- that's a bad product.

14   Let's take the Adapto.  When we talk about the Adapto

15   product, it's not a single product.  It's what we normally

16   refer to as a product family.

17                Family means that -- when you say Adapto,

18   you can have an Adapto BTE hearing aid.  You can have an

19   Adapto ITE.  You can have an Adapto ITT.  You can have an

20   Adapto MIC.  You can have an Adapto CIC.  Each of those may

21   or may not have different settings or different parameters.

22                Much of the -- what's the exact word

23   here?  Much of the way you determine whether it's going to

24   be a CIC or BTE is at the factory level, our factory.  So

25   there will be a number of parameters set at the factory

1    level that subsequently cannot be touched during fitting.

2                    To the best of my knowledge, the speed

3    factor is set at the factory level.  If you want to make

4    sure, we need to review the code for the fitting software.

5        Q.    Is there a document for each of the different

6    specific products that indicates the various settings that

7    are provided within the chip for that product?

8        A.    Do you by "document" mean like a description,

9    verbal description?  I'm not sure.  There's a database with

10   a lot of numbers on it that's used in manufacturing.

11       Q.    And that database is what's used by the person

12   and the manufacturing facility to decide how to set the

13   speed factor, if that's indeed done at the factory?

14       A.    It's not -- it's not a person.  I mean, it's an

15   automated process.  Batch manufacturing designate a number

16   of hearing aids to be this kind, that kind, and it's all

17   automatic.

18       Q.    Are there any values in the EEprom that are set

19   during the fitting process that are used by the LMS

20   algorithm?

21       A.    As I recall it, there are no values set in the

22   EEprom during fitting for the LMS algorithm on the Jump2

23   platform.  Again to make sure, we need to review the --

24   yes, the varilog code and the fitting software code.

25       Q.    Look over to the page that's 5210 in that

1    word.  Hence the word "reduced."

2        Q.    Then the next sentence says, "The output of the

3    internal feedback path is subtracted from the microphone

4    signal to remove the part of the microphone signal that

5    comes via the external feedback."

6        A.    Uh-huh.

7        Q.    Do you agree with that sentence as a description

8    of the feedback reduction system on the Jump2 platform?

9        A.    As an accurate description of what's going on, I

10   don't agree.

11       Q.    What is inaccurate about it?

12       A.    This chapter here -- Chapter 3, description, I

13   think is more giving an overview or an idea to the reader.

14   The accurate way to put it would be that the MLS algorithm

15   works on reducing the feedback or the acoustical feedback.

16   I see this as a simplification of the system.

17       Q.    The next sentence then says, "The feedback

18   cancellation will be successful if the two feedback paths

19   (the internal and external) have the same characteristics."

20   Is that an accurate description of the feedback reduction

21   system on the Jump2 platform?

22       A.    This is not accurate as a description of what's

23   going on in the feedback reduction of the Jump2 platform.

24       Q.    What parts of it are inaccurate?

25       A.    It says "feedback cancellation" and it indicates

1      Q.    Is that the Box that selects which of the speed

2   values should be used in the feedback reduction system?

3      A.    I don't know exactly what this illustrates

4   because I would think that it would come directly from the

5   tone detector, and I'm not sure of the exact function of

6   this box.

7      Q.    Well, you would just have one box to do the tone

8   detection and selection?

9      A.    I didn't make the drawing and -- I mean, we can

10  check with the code whether it's a separate module or not.

11     Q.    Looking at this section of this document that

12  goes from Page 5214 through 5224, are there any other

13  parameters discussed here that you think can be set during

14  the fitting process for a Jump2-based product?

15          MR. PANITCH:  Objection, vague, mischaracterizes

16  the witness' prior testimony.

17          THE WITNESS:  You said "any other parameters"?

18  I don't think I indicated that speed would be set during

19  fitting.

20  BY MR. BUROKER:

21     Q.    Oh, that's right.  Are there any parameter here

22  that can be set during the fitting process in the section

23  of Exhibit 50?

24     A.    To the best of my knowledge, all these

25  parameters are set at the factory level.  Again the code

1    for the fitting software, Genie, would be the ultimate

2    answer.

3        Q.    And if the code for the Genie fitting software

4    didn't provide for setting these parameters, then the only

5    place that they can be set would be during the

6    manufacturing process?

7        A.    These parameters are all set during the

8    factory -- manufacturing, sorry.  Whether one of them can

9    be modified by the fitting software, I'm uncertain.  That's

10   why you need to check the fitting software code.

11       Q.    So the EEprom values are set during the

12   manufacturing process?

13       A.    The EEprom values for the Adapto feedback

14   reduction are set during the manufacture with a note that

15   I'm still uncertain whether one is being changed during

16   fitting.

17            MR. BUROKER:  I'm going to go into a new

18   document.  Let's take a break.  It's 12:36.  Off the

19   record.

20            (Time noted:  12:36 p.m. to 1:36 p.m.)

21            MR. BUROKER:  We are back on the record at 1:36

22   p.m.

23            (Exhibit 51 was marked for identification.)

24       Q.    Sir, the court reporter has marked as Demant 51.

25   It's Bates labeled DEM 444 through 454, "Adapto.  The

1    BY MR. BUROKER:

2        Q.    The third element of OpenEar Acoustics is

3    identified as "intelligent low frequency gain

4    compensation."  Do you know what that refers to in the

5    Adapto OpenEar Acoustics feature?

6        A.    Not exactly.  This is into an area of audiology.

7    It's not so technical.

8        Q.    Which part gets into audiology that's not

9    technical?

10       A.    When it says "compensation."  It goes back into

11   the rationales, audiology rationales.  It's not very

12   technical.  Maybe to you.  That's where the engineering

13   stops.

14       Q.    It has to do with hearing loss compensation?  Is

15   that what it refers to?

16       A.    It has to do with the gain compensation.

17       Q.    In the fourth element here says "short

18   processing delay."  Do you know what that's referring to?

19       A.    That's referring to the total processing delay

20   of the digital platform.

21       Q.    Of the IC 2?

22       A.    Of the IC 2.

23       Q.    The next section then -- the next column over

24   says "Adapto's Dynamic Feedback Cancellation" -- it's a

25   heading, and then says, "Oticon has develop an advanced

1    anti-feedback system based on new adaptive digital

2    processing techniques."  Is that an accurate statement as

3    to the Adapto product?

4        A.    Then in my understanding of the word "accurate,"

5    this is not accurate.

6        Q.    What's inaccurate about it?

7        A.    Inaccurate is this "new adaptive digital."  We

8    did not invent the LMS algorithm.

9        Q.    Do you agree with the first part of the sentence

10    that says that "Oticon has developed an advanced

11    anti-feedback system" in the context of the Adapto

12    product?

13        A.    Well, I can agree that we have developed an

14    advanced feedback reduction system.  The marketing people

15    seem to choose different words.

16        Q.    You wouldn't call it an anti-feedback system?

17        A.    We've used the term.  To me "anti" means against

18    and it -- I mean, "against" and "reduce" could refer to

19    being almost the same.  It's a system working against

20    feedback.

21        Q.    The next sentence says, "Adaptive feedback

22    cancellation is an active system," and then it goes on to

23    say, "It constantly monitors the state of the instrument

24    and cancels the feedback path."  Does the Adapto product

25    have an adaptive feedback cancellation system that is

1    active and constantly monitors the state of the instrument

2    and cancels the feedback path?

3                MR. PANITCH:  Objection, compound.  Objection,

4    mischaracterizes the witness' prior testimony.  Objection,

5    vague.

6                THE WITNESS:  Could we take it in smaller bites?

7    BY MR. BUROKER:

8          Q.    Sure.  I believe you said you don't agree that

9    the Adapto product includes an adaptive feedback

10   cancellation system; is that correct?

11               MR. PANITCH:  Objection, asked and answered.

12               THE WITNESS:  I said Adapto does not include a

13   feedback cancellation system.

14   BY MR. BUROKER:

15         Q.    Does the feedback reduction system in the Adapto

16   product constantly monitor the state of the instrument and

17   cancel the feedback path?

18         A.    Technically speaking, this is a sort of nonsense

19   sentence.  There's really no connection between monitoring

20   the state of the instrument and the feedback, and I must

21   emphasize that the Adapto has the system to reduce

22   feedback.

23         Q.    But not cancel?

24         A.    It cannot cancel.

25         Q.    In the next paragraph, a few sentences -- well,

1    first of all, in the next paragraph it uses the phrase "the

2    Dynamic Feedback Cancellation" and then open paren, the

3    abbreviation DFC, and then the next sentence, it says, "By

4    comparing the signal entering the hearing aid microphone

5    and the amplified signal, the DFC eliminates feedback by

6    precise phase cancellation."  Is that sentence accurate as

7    applied to the Adapto product?

8         A.    No.  This sentence is inaccurate.

9         Q.    What part of the sentence is inaccurate?

10        A.    The -- well, several parts.  One, there's not a

11   comparison between the signal entering the hearing aid and

12   the amplifier signal.  Two, it cannot eliminate feedback.

13   In my dictionary "eliminate" and "cancel" are the same -- I

14   shouldn't say the same, but I would say if you eliminate,

15   you cancel.  You take it away.

16             THE INTERPRETER:  "Eliminate it," make sure it

17   doesn't get in.  And "cancel," you cancel whatever gets in.

18        Q.    Were you finished with your answer?  What part

19   of the sentence is inaccurate?

20        A.    And I said the first part with the comparison,

21   and then I got into this -- oh, yes, that was the word.

22   "Eliminate" to me it's equal to "cancel," and I explained

23   already, I think several times, that we do not cancel.

24             MR. PANITCH:  May I just ask the witness to

25   speak up a little.  I don't know if it's because my hearing

Page 103

1    Cancellation."  Does the Gaia product have a feedback

2    cancellation system feature?

3        A.    No, it doesn't.

4        Q.    Looking at Page 1417, the second column,

5    "Dynamic Feedback Cancellation," the text says, "The

6    Dynamic Feedback Cancellation (DFC) System is active in all

7    Gaia instruments."  There is no dynamic feedback

8    cancellation system in the Gaia instrument; is that

9    correct?

10       A.    That's correct.

11       Q.    It says the, "DFC constantly monitors the input

12   of the instrument for the presence of acoustic feedback."

13   Does the feedback reduction systems in the Gaia product

14   constantly monitor the input of the instrument for the

15   presence of acoustic feedback?

16       A.    We do have, as you correctly state, a feedback

17   reduction system in the Gaia and part of that is the tone

18   detector that we discussed earlier which monitors the tones

19   on the input.

20       Q.    Do those tones indicate the presence of acoustic

21   feedback?

22       A.    Under certain circumstances.  Under other

23   circumstances the tones are just tones from the outside.

24       Q.    The next sentence states, "When feedback is

25   detected, the DFC reacts immediately by phasing out the

1    feedback signal."  Is that an accurate statement in the

2    context of the Gaia product?

3         A.    No, it's not.

4         Q.    Which part of it is inaccurate?

5         A.    From the technical perspective, the phrase

6    "immediately" is inaccurate.  To me implies immediate,

7    absolutely no reaction time with delay involved.  And it

8    also talks about phasing out the feedback signal.  Again

9    that makes me think of this phase cancellation thing which

10   we have discussed.  It's not what we do.

11        Q.    And there's another part of the document at the

12   end on Page 69, which is Bates No. 1434 in the Frequently

13   Asked Questions section.

14        A.    Could you say it again?

15        Q.    1434.

16        A.    Uh-huh.

17        Q.    There's a Point 2, "Dynamic Feedback

18   Cancellation System."  The question is, "How does the DFC

19   system work?"   And then the third sentence below that

20   says, "When feedback is detected, the DFC system eliminates

21   it immediately, using phase cancellation."  Is that an

22   accurate sentence in the context of the Gaia product?

23        A.    Again it's not accurate.

24        Q.    For what reason?

25        A.    I could say for the same reasons as I just

Page 116

1      A.    I see that sentence.

2      Q.    Does the Synchro-detector the name you were

3  looking for earlier as the name of the VoiceFinder

4  detection system?

5      A.    The Synchro-detector is what we were discussing

6  with the synchronous energy.

7      Q.    Is that Synchro-detector a speech detector?

8      A.    It is based on statistical properties detecting

9  the synchronous energy in the band.  This type of

10 synchronous energy can originate from speech or it can

11 originate from other sources.

12     Q.    Does the Jump3 IC platform -- Jump3 have a

13 VoiceFinder feature?

14     A.    The Jump3 has a similar detector.

15     Q.    What, if any, technical differences are there

16 between the detector on the Jump3 as compared to the

17 detector on the Jump2b?

18          MR. PANITCH:  Objection, competence, foundation.

19          THE WITNESS:  I don't know the exact

20 differences.  I remember that we have discussed

21 improvements that might be made.  Again we should refer to

22 the varilog code for the chip on the IC to see the various

23 differences.

24 BY MR. BUROKER:

25     Q.    Do you know what section of the varilog code

Page 140

1        A.    At the beginning we divide it into nine bands,

2    then it's processed in the bands.  We have to recombine the

3    bands before it goes to a single lot box.

4        Q.    What does the "AGC" box do?

5        A.    The AGC normally means automatic gain control.

6        Q.    And the output of that is then provided a box

7    that says "DD conv."  What is the function of that box?

8        A.    The function of the DD converter, as it is, is

9    to create from the digital signal screen -- to create

10   another digital signal screen that can defect to the loud

11   speaker.

12       Q.    In between the automatic gain control and DD

13   convert, there's a line that goes up to an "AFB" box.  Is

14   that showing the anti-feedback component?

15       A.    The "AFB" box is the feedback reduction system

16   or the anti-feedback, yes.

17       Q.    And then the output of that goes back into a --

18   into the adder we spoke about earlier; correct?

19            MR. PANITCH:  Objection, vague as to which adder

20   you spoke about.

21            THE WITNESS:  It's going back to the adder just

22   before the trapezoid and this is why you can see this is

23   not really accurate.

24       Q.    Why is that so we can see it is not really

25   accurate?

Page 141

1         A.    It needs to be more signals flowing around to

2    make the AFB work.  A simple illustration, I would call it.

3         Q.    What is that box above the trapezoid?  It says

4    "Sine Gen."  What is that function for?

5         A.    The "Sine Gen" box is a sinus generator.

6         Q.    What is its function in the diagram -- in the

7    drawing?

8         A.    Its function is to generate sinusoids.

9         Q.    When is a sinusoid generated in the Jump3 IC?

10        A.    It can be generated under different

11   circumstances, one being a warning tone when the battery is

12   close to die.

13        Q.    Is there a flow of digitized data from the

14   decimator to the DD converter in this drawing?

15        A.    There's another flow of digitized data directly

16   from the data decimators, any of them, to the DD.  There's

17   a flow of data through lot blocks.

18        Q.    There's a flow of data through a lot blocks

19   between the decimators and the DD converter?

20        A.    Yes.

21        Q.    Is there a flow of data from a point before the

22   DD converter back toward a point after the Elko

23   algorithm?

24        A.    Again there's a flow of data from a point near

25   the intruder of the DD converter through a complex box

1    TriState Noise Management feature of the Syncro product?

2         A.    Those are the three intended states, intended

3    because, as I've said, there's an uncertainty on the --

4    detection of speech is imperfect.  It's an indication of

5    speech but the intention is to have these situations.

6         Q.    Turn over to the page that ends 2124, Section

7    5.1, "Dynamic Feedback Cancellation."  Does the Syncro

8    product include a dynamic feedback cancellation system?

9         A.    The Syncro product includes a feedback reduction

10   system, not cancellation.

11        Q.    This document then says, "Dynamic Feedback

12   Cancellation is a two-stage cancellation system designed to

13   eliminate feedback before it develops into uncomfortable

14   whistling."  Is that an accurate description of the Syncro

15   product?

16        A.    It is inaccurate in the sense that it talks

17   about feedback cancellation.  Again we have a feedback --

18   adaptive feedback reduction system, not a cancellation

19   system, thus it does not eliminate feedback.

20        Q.    The next sentence says, "Unlike traditional

21   feedback management, which reduces gain to eliminate

22   feedback, the DFC in Syncro uses phase cancellation."  Is

23   that an accurate statement with regard to the Syncro

24   product?

25        A.    No, that is not an accurate statement.  It does

   
1    not use phase cancellation in Syncro or the adaptive

2    feedback reduction system does not use phase cancellation.

3         Q.    Two sentences later, "As soon as feedback is

4    detected, the feedback detection initiates the DFC system

5    to remove the unwanted whistling sounds through digital

6    phase cancellation."  Is that an accurate statement with

7    regard to the Syncro product?

8         A.    This sentence has several inaccuracies in it,

9    one being that the adaptive feedback reduction system is

10   constantly active, not initiated.  The other one being that

11   it does not use what's called phase cancellation.  It uses

12   the MLS to reduce feedback.

13        Q.    Two sentences later, and then it goes over to

14   the next column, "The DFC ensures the gain is not lost when

15   eliminating feedback.  It also increases Syncro's feedback

16   margin so that an extra 10 to 15 dB of high-frequency gain

17   can be provided without whistling (Figure 14)."  Is that an

18   accurate statement --

19        A.    Excuse me, you said "so that an extra 10 to 15

20   dB of high-frequency gain can be provided without

21   whistling"?

22        Q.    If I said whistling I meant to say feedback

23   because that's what the document says.

24        A.    Okay.

25        Q.    Is that an accurate statement with respect to

1    the Syncro product?

2        A.    It is accurate that our feedback reduction

3    system ensures that gain is not lost.  It is inaccurate

4    again to talk about elimination of feedback.  The ability

5    to increase the feedback margin by an extra 10 to 15

6    decibels I would call marketing figures, means they are

7    well on the positive side of what we have been measuring.

8        Q.    What have you been measuring as the feedback

9    margin for the Syncro?

10        A.    Depending on the actual style, setup, etcetera,

11    we've been measuring more in the order of seven to 12, 10

12    decibels -- seven, 10, up to 12 decibels in realistic

13    setups.

14        Q.    What does providing an additional 10 to 12

15    decibels of feedback margin mean to the wearer of the

16    hearing aid?

17        A.    That depends very much on the actual situation.

18    It can mean absolutely nothing to the wearer of the hearing

19    aid.

20        Q.    And in what situation would it mean nothing to

21    the wearer of the hearing aid?

22        A.    In the instances where you have a hearing aid

23    that is fitted to your hearing loss but beyond -- but near

24    the feedback limit.

25        Q.    Can the ability to provide a seven to 12 dB

Page 157

1    products based on the Jump3 platform?

2         A.    Yes, Sumo DM is based on Jump3.

3         Q.    Does the Sumo DM product have dynamic feedback

4    cancellation?

5         A.    It does not have dynamic feedback

6    cancellation.

7         Q.    If you look at the page that ends 1869.  In the

8    second column there's a heading that says "Phase

9    cancellation, not gain reduction" and then in that section

10   it says, "Sumo DM's Dynamic Feedback Cancellation (DFC)

11   system will eliminate both ongoing static feedback due to

12   the gain setting and earmold fit and will also respond to

13   sudden changes in the acoustical environment such as

14   chewing and hugging, that would ordinarily result in

15   feedback"; do you see that sentence?

16        A.    I see that sentence.

17        Q.    Is that an accurate description of the Sumo DM

18   product?

19        A.    First of all, it's not a description of the Sumo

20   DM product.  Secondly it's inaccurate because it uses the

21   term "feedback cancellation."

22        Q.    The next sentence says, "When such feedback

23   occurs, within a few tenths of a second, the DFC system

24   generates a counter signal at the same frequency as the one

25   which is causing feedback but which is out of phase with

1    this signal."  Is that an accurate description of the

2    feedback reduction system for the Sumo DM product?

3        A.    No, it's not.

4        Q.    Why is it not accurate?

5        A.    Again it's not accurate because it speaks about

6    generating a counter signal and speaks about phase.  The

7    adaptive elements have nothing to do with phase.

8        Q.    Have you seen the two patents that are at issue

9    in the present lawsuit prior to today?

10            MR. PANITCH:  I'm going to caution the witness

11   to be very careful here to the extent that your answer

12   would reveal anything you saw in connection with

13   attorney/client communications post lawsuit, after the

14   lawsuit was filed.

15            THE WITNESS:  I don't recall having seen the

16   patents prior to the lawsuit.

17   BY MR. BUROKER:

18       Q.    Have you seen the patents since the lawsuit?

19       A.    I've seen the patents since the lawsuit.

20       Q.    Prior to the lawsuit did you know of Dr. Harry

21   Levitt?

22            MR. PANITCH:  Objection, vague.

23            THE WITNESS:  Know of?

24   BY MR. BUROKER:

25       Q.    Yes.