Exhibit 18

LAW OFFICES

# SUGHRUE, MION, ZINN, MACPEAK & SEAS, PLLC

2100 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, D.C. 20037-3202

TELEPHONE (202) 293-7060
FACSIMILE (202) 293-7860

JOHN K. MION, P.C.
THOMAS J. MACPEAK, P.C.
ROBERT J. SEAS, JR., P.C.
DARRYL MEXIC, P.C.
ROBERT V. SLOAN, P.C.*
PETER D. OLEXY, P.C.
J. FRANK OSHA
WADDELL A. BIGGART, P.C.
LOUIS QUINNEY, P.C.
NEIL B. SIEGEL
DAVID J. CUSHING
CYNTHIA CLARKE WEBER
JOHN B. INGE
JOSEPH J. RUCH, JR.*
SHELDON H. LANDSMAN, P.C.
RICHARD C. TURNER
HOWARD L. BERNSTEIN, P.C.
ALAN J. KASPER
KENNETH J. BURCHFIEL
GORDON KIT
SUSAN J. MACK
FRANK L. BERNSTEIN
MARK BOLAND
WILLIAM H. MANDIR
GARY D. KRUGMAN
SCOTT M. DANIELS
BRIAN W. HANNON
ABRAHAM J. ROSNER
BRUCE E. KRAMER
PAUL F. NEILS
BRETT B. SYLVESTER

ROBERT M. MASTERS
GEORGE F. LOHMAN
MARIE-CLAIRE BOISVERT MAPLE
DEAN M. NAKAMURA, Ph.D.*
JOHN T. CALLAHAN
MARY C. GOULET
PETER A. McKENNA
ANIMA RAKENDRA GUPTA
STEVEN M. GRUSKIN
JOSEPH BACH
LAURA C. BRUTMAN
JOHN F. RABENA
GRANT K. ROWAN
KEVIN A. WOLFF
MICHAEL A. MESSINA*
OLIVER R. ASHE, JR.*
SUSAN MONYA PAN
LESLIE L. JACOBS, JR.*
EDWARD F. KENDMAN, JR.
JEAN C. EDWARDS
AMY L. MILLER*
CHRISTINE M. HOETT*
J. WARREN LYTLE, JR.*
PATRICK J. FINNAN*
KEVIN L. PONTIUS*
REBECCA A. GOLDMAN*
THOMAS L. EWING*
LEE C. WRIGHT*
*ADMITTED OTHER THAN D.C.

SENIOR COUNSEL
RICHARD C. SUGHRUE, P.C.
DONALD E. ZINN
ROBERT G. McMORROW, P.C.

OF COUNSEL
W. MACK WEBNER

TOEI NISHI SHIMBASHI BLDG. 4F
13-5 NISHI SHIMBASHI 1-CHOME
MINATO-KU, TOKYO 105, JAPAN
TELEPHONE (03) 3503-3760
FACSIMILE (03) 3503-3766

1010 EL CAMINO REAL
MENLO PARK, CA 94025
TELEPHONE (415) 325-5600
FACSIMILE (415) 328-6606

July 9, 1997

**VIA FEDERAL EXPRESS**

Our Ref:   03759406

Dr. Harry Levitt
46 Tanglewood Drive
Livingston, NJ  07039

> **EXHIBIT**
>
> **PX 598**

Re:  Reexamination of U.S. Patent 4,396,806

Dear Harry:

I am enclosing a copy of your declaration as filed with the U.S. Patent & Trademark Office on June 27, 1997. Thanks very much for your help in this matter.

I am also enclosing a Consulting Agreement for execution and return to my attention. I have made the Agreement effective as of December 20, 1996, when we first discussed the matter and you agreed to help.

As with all of these things, the language of the Agreement sounds a bit stiff, but is fairly routine. In particular, please note that the purpose in our retaining "ownership" of the work product you prepare for us is to ensure that we have standing to object to a demand from anyone else that you produce the work product to them. In the present case thus far, the publications themselves would obviously not be the property of Sughrue Mion, but the compilation of them that you have prepared would be. Please let me know if this clause or any other presents a problem, or if you have any questions.

As I also mentioned to you earlier and again today, we are working on another reexamination proceeding involving a patent broadly directed to a "multimemory" or "multiprogram" hearing

> **EXHIBIT**
>
> Widex 39
> 6-28-07 ah

CONFIDENTIAL - ATTORNEYS' EYES ONLY

LEV000

SUGHRUE, MION, ZINN, MACPEAK & SEAS, PLLC

Dr. Harry Levitt                                                    Page 2
July 9, 1997

aid.  I will send you copies of the patent and related papers in
the next few days.

     Thanks again for your help, and I look forward to working
with you further.

                                        Very truly yours,

                                        David J. Cushing

DJC:kjc
Enclosure

cc: Søren Westermann

CONFIDENTIAL - ATTORNEYS' EYES ONLY

LEV00000110

## MEMORANDUM OF AGREEMENT

   This MEMORANDUM OF AGREEMENT ("Agreement") is entered into by and between Harry Levitt ("Consultant") and Sughrue, Mion, Zinn, Macpeak & Seas ("Sughrue Mion") as of the 20th day of December, 1996.

   Sughrue Mion has requested Consultant to assist Sughrue Mion in connection with opposition proceedings against certain U.S. Patents and matters ancillary thereto.

   Consultant's preparation and consultation may require Consultant to receive and to use privileged and confidential information, opinions and materials, and also may require the preparation and compilation by Consultant of privileged and confidential materials to be used by Sughrue Mion.

   The Agreement between Consultant and Sughrue Mion is on the following terms:

   1.   The scope and nature of the work to be undertaken by Consultant are subject to mutual agreement of Consultant and Sughrue Mion from time to time.

   2.   All materials gathered and prepared by Consultant shall be the property of Sughrue Mion, and shall not be retained, in copies, or in any other form, by Consultant after the end of this consultation, except for documents which have become part of a public record.  Consultation services provided by Consultant will be treated as the confidential work product of Sughrue Mion.

   3.   All information gained in connection with the consultation, whether from documents or conversations, and including the terms of this Agreement, will be held in the strict confidence by Consultant, will not be used by Consultant for any purpose, including without limitation for scholarly writing or teaching, without the written agreement of Sughrue Mion.

      3.1  In addition to the confidentiality undertaking expressed above, Sughrue Mion will provide Consultant with any and all court issued protective orders governing the confidentiality of information, and Consultant agrees to abide by the terms of any such court orders.

      3.2  Consultant commits to obtain the agreement and consent of each employee or authorized person who assists him/her in this engagement to the confidentiality terms of this Agreement.

   4.   Consultant agrees to assert all applicable privileges to any discovery request served on Consultant or his/her organization, or any of their or its employees or other authorized persons assisting in this engagement.  Consultant further agrees to turn over the defense or opposition to any such

CONFIDENTIAL - ATTORNEYS' EYES ONLY

LEV000001

attempted discovery to Sughrue Mion, who will handle such defense or opposition without charge to consultant.

    5.   To avoid any conflict of interest, or the appearance of any conflict of interest, Consultant agrees to notify Sughrue Mion of any engagements, prior or subsequent to this Agreement, that could generate a possible conflict of interest or the appearance of such a conflict.

    6.   Sughrue Mion shall compensate Consultant for his services at the rate of $125 per hour (U.S.), plus reimbursement at cost for out-of-pocket expenses reasonably incurred by the Consultant in connection with his work.

Sughrue, Mion, Zinn,
Macpeak & Seas

_David J. Csin_      7/9/97

By: David J. Cushing        Date

_____   _____

Harry Levitt         Date

2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

LEV00000112

REEXAMINATION

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patent Number:          4,396,806

Date of Issue:          August 2, 1993

Name of Patentee:       Jared A. Anderson

Title of Invention:     HEARING AID AMPLIFIER

## DECLARATION OF HARRY LEVITT IN SUPPORT OF
## REQUEST FOR REEXAMINATION OF U.S. PATENT 4,396,806

I, Harry Levitt, hereby declare that:

1.      My curriculum vitae is attached to this declaration.

FILED

JUN 2 7 1997

2.      I have read and understand U.S. Patent 4,396,806 ("Andersen '806") issued to Jared A. Anderson on August 2, 1983, including the specification, drawings and claims.

3.      I have read and understand Mangold et al, "Programmable Hearing Aid With Multichannel Compression," Scan Audiol 8: 121-126, 1979 ("Mangold #1").

4.      I have read and understand an English translation of Mangold et al, "Programmerbart filter hjälper hörselskadade", Elteknik med aktuell elektronik 1977:15, 64-66 ("Mangold #2").

CONFIDENTIAL - ATTORNEYS' EYES ONLY

LEV00000113

Request For Reexamination                                   Declaration of Harry Levitt
Of U.S. Patent 4,396,806

5.    I have read and understand Dowle et al, "Digital Processing of Audio Signals in the

Development of a Modern Integrated Hearing Aid", IREECON International, 1979, pp. 290-293

("Dowle et al").


6.    I have read and understand U.S. Patent 4,187,413 to Moser ("Moser '413").


7.    Based on my experience in the field, discussions with others and careful review of

numerous publications, I am familiar with the level of ordinary skill in the art of hearing aid design

in 1980.


8.    It is my opinion that the subject matter claimed in the claims of Andersen '806 would have

been obvious to one of ordinary skill in the art of hearing aid design at least more than one year

prior to the U.S. filing date of Andersen '806, for the reasons given below.


9.    Mangold #1 describes a programmable, multichannel hearing aid. As shown in Fig. 1, the

audio signal from a microphone is supplied to an amplifier and thence to an automatic volume

control (AVC) circuit. The signal is then split by filtering into three channels, each including an

amplifier, a compressor and an attenuator, after which the signals are summed, again subjected to

a programmable attenuation and then provided to an output speaker.


2

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   LEV00000114

Request For Reexamination                                    Declaration of Harry Levitt
Of U.S. Patent 4,396,806

10.    There is no A/D conversion in the audio signal processing path in Mangold #1, so that it is

clear that the filters, compressors and attenuators/amplifiers are all analog circuits.  These analog

circuits used in the audio signal processing path are controlled by the contents of a digital

(CMOS) memory.

11.    The hearing aid included an earmold containing a receiver (i.e., loudspeaker) and

microphone.  While the electronics weighed approximately 550g, the unit was nonetheless a

wearable hearing aid.  It would have been within the skill of the ordinary artisan to re-design the

hearing aid in accordance with well-known semiconductor and circuit integration techniques at

that time, for volume production in a much smaller size and with far less power consumption, and

using the same circuitry as in Fig. 1 of Mangold #1,.

12.    The purpose of the study described in Mangold #1 was to assess how well a particular

type of hearing aid design would function.  For this reason, one of ordinary skill in the art would

have assumed that the circuitry employed in the test device was circuitry that the authors

envisioned for use in a commercial hearing aid.  The circuitry illustrated in Fig. 1 of Mangold #1

was the type of circuitry those of skill in the art at that time were considering for implementation

in commercial hearing aids.  There were no technical hurdles that would have prevented one of

ordinary skill in the art from building a commercially practical hearing aid in accordance with the

circuit diagram of Fig. 1 of Mangold #1.  The circuitry shown in Fig. 1 of Mangold #1 was a

3

CONFIDENTIAL - ATTORNEYS' EYES ONLY

LEV000001

Request For Reexamination                                    Declaration of Harry Levitt
Of U.S. Patent 4,396,806

practical proposal for a commercial hearing aid, with low power consumption when implemented

in integrated form for mass production, and essentially the same circuitry is described in U.S.

Patent 4,425,481 to Mangold et al, derived from an application first filed in 1981. This circuitry

is essentially the same as was included in the Memory Mate line of hearing aids offered by 3M in

the late 1980's.

13.     The hearing aid described in Mangold #1 was a wearable, individually programmable

hearing aid. It included essentially non-volatile parameter storage, where the non-volatility was

achieved by using a low power CMOS memory in combination with a battery back-up that would

continue to maintain the contents in memory for a long time. This is the same concept as is in

wide use today in the field of personal computers, where an internal clock can be set once and

holds correct time for several years even when the computer is turned off, and is typically

implemented with a CMOS memory and battery backup.

14.     At the time of the Mangold #1 publication, programmable ROMs (PROMs) and CMOS

memory with battery back-up were both known to those of skill in the art, and were understood

to be alternative ways of achieving non-volatile storage. Given the manner in which the study of

Mangold #1 was performed, with patients returning after short periods of time for evaluation and

re-fitting, a CMOS memory with battery backup was perfectly adequate. If the hearing aid were

4

CONFIDENTIAL - ATTORNEYS' EYES ONLY

LEV00000116

Request For Reexamination                                Declaration of Harry Levitt
Of U.S. Patent 4,396,806

implemented for commercial sale, the ordinarily skilled artisan would have considered the use of a

PROM in place of the CMOS memory to be an obvious design alternative.

15.    Using a digital memory to store control parameters for a set of analog amplifiers and

compressors in a hearing aid was clearly known in the art of hearing aid design more than a year

prior to the filing date of Andersen '806, as exemplified by Mangold #1.

16.    Substitution of a digital PROM for a digital CMOS memory would have been an obvious

matter of design choice for the ordinarily skilled artisan, and would have required nothing more

than routine engineering skill.

17.    Dowle et al describes the computer simulation of a multichannel hearing aid having

bandpass filters and compression circuits in each channel. Dowle et al did not propose a hearing

aid implemented by a programmable microcomputer and signal processing, but used these to

simulate a hearing aid. The hearing aid being simulated was proposed by Dowle et al to be

implemented with a PROM to hold parameters used to control signal processing components,

e.g., bandpass filters, compressors and attenuators, that could be either analog or digital. Either

was practical and achievable.

5

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    LEV0000001

Request For Reexamination                           Declaration of Harry Levitt
Of U.S. Patent 4,396,806

18.    At the bottom of the left column on page 291, the authors state:

> The physical implementation of such an aid could be as either an analogue or digital IC.
> Thin film hybrid circuits are also possible.    The parameters need to be field
> programmable so as to match each patient's impairment.   The obvious way to do this is
> to store the parameters in a ROM, so that at least part of the circuitry should be digital.

While the authors direct their subsequent discussion to the digital simulation of this hearing

aid, it is clear throughout the paper, e.g., in the above-quoted passage at page 291 as well as in

the second full paragraph of the right-hand column of page 293, that the hearing aid being

simulated is envisioned as an integrated device with a circuit arrangement generally of the type

shown in Fig. 2

19.    One of ordinary skill in the art on reading Dowle et al in 1980, particularly the above-

quoted passage at page 291, would have clearly seen a suggestion to implement a multichannel

hearing aid with integrated analog processing circuitry, including filtering, expansion and

compression circuits, controlled by parameters stored in a digital ROM.

20.    The Dowle suggestion was an entirely practical and workable proposal, and would have

been understood as such by one of ordinary skill in the art reading the article in 1980.  Its general

design is similar to Andersen '806 in providing for multichannel operation with analog processing

circuits controlled by digital data in a ROM.

6

CONFIDENTIAL - ATTORNEYS' EYES ONLY

LEV000001

Request For Reexamination                          Declaration of Harry Levitt
Of U.S. Patent 4,396,806

21.    It would have been within the skill of the ordinary artisan at that time to implement a
hearing aid as suggested by Dowle et al, without undue experimentation, using circuit
arrangements already found in the literature.  One example of suitable circuitry which would have
been known to the ordinarily skilled artisan and which would have been seen as suitable for
implementing the Dowle et al hearing aid was the circuitry illustrated and discussed in
Mangold #1.

22.    I note that Mangold #1 suggests the use of attenuators, and does not specify whether
these are passive devices (e.g., resistive ladder networks) or active (e.g., amplifiers).  Both types
of attenuators were known in the art at that time, and either would have been an obvious matter
of design choice to one of ordinary skill in the art.

23.    Mangold #2 describes a programmable filter that is used to implement a programmable
hearing aid.  Fig. 1 shows that the filter has lowpass (LP), bandpass (BP) and highpass (HP)
channels, with attenuations of $A_1$, $A_2$ and $A_3$ in the respective ranges and with crossover
frequencies of $F_1$ and $F_2$ between the ranges.  Fig. 2 shows a basic module made up of active
amplifiers.  Each operational amplifier has an adjustable resistance coupled to its "inverting" input
(i.e., the "-" input terminal).  It is well known that, in a configuration such as illustrated with the
operational amplifier output capacitively coupled to its input, the RC time constant of the

7

Request For Reexamination                                    Declaration of Harry Levitt
Of U.S. Patent 4,396,806

amplifier circuit, and therefore the passband, can be controlled by changing the value of the

adjustable resistance. Thus, simultaneous adjustment of the resistances in accordance with a 10-

bit digital control word will control the passband of the filter module in Fig. 2.

24.     Fig. 3 of Mangold #2 shows an overall filter, with an upper path implementing a highpass

channel, a lower path implementing a lowpass channel, and a central path of cascaded modules

implementing a bandpass channel. In each path, there is a further active operational amplifier,

with a resistance network coupled to the inverting input to each operational amplifier. When an

operational amplifier output is resistively coupled to its inverting input, the gain of the amplifier

circuit is determined by the ratio of the resistances R and $R_w$, so that the gain of the amplifier in

each channel can be controlled by controlling the value of the final adjustable resistance in each

channel.

25.     The design shown in Mangold #2 would have been recognized by one skilled in the art as

a voltage controlled amplifier.

26.     I further note that at the bottom of page 2 of the translation, the authors state:

The adjustment of the frequency response of the filter and thus of the hearing aid
is effectuated by means of digital words. The programming is made by a
separate unit where an internal memory in the filter shows the entered data and
after the programming the information remains.

8

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    LEV0000012

Request For Reexamination                                    Declaration of Harry Levitt
Of U.S. Patent 4,396,806

27.    In the passage quoted above in Paragraph 26, the main point being made by the authors is

that the information is stored in a permanent memory.  Later in the paper, the method used for the

permanent memory is a memory with a battery back-up, although a PROM was an obvious

alternative design choice.


28.    At page 5 of the translation, the authors point out that digitally controlled filters have

attracted much attention.  While the specific implementation described earlier in the paper appears

to have the amplifiers on a separate chip from the adjustable resistances, at page 5 the authors

describe having a digitally controlled filter and amplifiers implemented on the same integrated

circuit chip, and in a design suitable for mass production.


29.    I have read the declaration of Melvin Schwartz ("the Schwartz declaration") submitted

with the RESPONSE filed February 20, 1996 in merged reexamination proceeding nos. 90/03652

and 90/03582.


30.    I disagree with his statement in paragraph 8 that "there were no serious proposals for

implementations of a practical prescription hearing aid."  To the contrary, serious proposals for

practical prescription hearing aids were made at least as early as the early 1970's.  Beginning in

the early 1970's, NIH embarked on a major research effort to develop a wearable master hearing

aid for the purpose of developing a practical prescription procedure; i.e., there was a substantial

9

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    LEV0000012

Request For Reexamination                                    Declaration of Harry Levitt
Of U.S. Patent 4,396,806

research effort funded by NIH and reported in the published literature to implement and evaluate

"a practical prescription hearing aid." In the early 1970's, two companies, BBN and CBS

Laboratories, were awarded contracts by NIH to develop practical, wearable prescription hearing

aids, and both did develop a number of wearable prescription hearing aids. In 1974, the City

University of New York was awarded a major contract to develop fitting procedures for a

practical, wearable prescription hearing aid, and the hearing aids used in this work were those

developed by BBN. See, for example, H. Levitt, R.E.C. White and S.B. Resnick, "Prescriptive

Fitting of Wearable Master Hearing Aids; A Progress Report", Hearing Aids: Current

Developments and Concepts, M. Rubin (Ed.), University Park Press, Baltimore (1976). These

proceedings published in 1976 were based on a conference held in 1975. See also, H. Levitt,

"Methods for the Evaluation of Hearing Aids", Scandinavian Audiology, Supplement 6 (C.

Ludvigsen and J. Barfod, Ed.). These proceedings were published in 1978 based on a conference

held in 1977. See also The 1979 Report of the National Institutes of Health Panel on

Communicative Disorders to the National Advisory Neurological and Communicative Disorders

and Stroke Council, NIH Publication No. 79-1914, June 1, 1979 (hereafter "the 1979 NIH Panel

Report"), the relevant portions of which were reprinted in Sensory Aids for the Hearing Impaired,

H. Levitt, J.M. Pickett and R.A. Houde (Eds.), 1980, IEEE Press, New York. As of October of

1980, there was at least one prescription hearing aid on the market.

10

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    LEV0000012

Request For Reexamination                                    Declaration of Harry Levitt
Of U.S. Patent 4,396,806

31.    I further disagree with his statement in paragraph 9 that Dowle et al proposed the use of a

programmable microcomputer and signal processing as part of an all-digital hearing aid.

Dowle et al used a programmable microcomputer as part of the simulation of a hearing

aid, but clearly proposed in Fig. 2 that the hearing aid itself be formed of a bank of

several channels each including a bandpass filter and an expand/compress function,

followed by a combiner.

32.    The use of digital techniques in hearing aids was well-established in the 1970's.

Examples included:

    a)    A six-channel digital hearing aid configured around a microprocessor that

was developed by Graupe et al in 1975, described in a paper by Graupe et al entitled

"Applications of Time Series Identification and Filtering Theory to Hearing Aids",

Hearing Aid Journal, October 1977, pp. 11, 22-24.

    b)    The realization of an adaptive filter for reduction of environmental noise

in hearing aids using microcomputer hardware, reported by Graupe et al in "Applications

of Estimation and Identification Theory To Hearing Aids" appearing in Auditory and

Hearing Prosthetics Research, V.D. Larson and D.P. Egolf (Eds.), Grune and Stratton,

11

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    LEV00000123

Request For Reexamination                          Declaration of Harry Levitt
Of U.S. Patent 4,396,806

New York (1979). The book is based on a short course offered at the University of

Wyoming, July 25-27, 1977.

     c)     A computer controlled multi-channel compression amplification system

for hearing aid research was developed at MIT in the 1970's, as described by Coln, "A

Computer Controlled Multiband Amplitude Compressor", Masters Thesis, MIT,

Cambridge, MA (1979). Apparatus of this type is also described by P.M. Petersen in

"Further Studies of Amplitude-Compressed Speech by Impaired Listeners", Masters

Thesis, MIT, Cambridge, MA (1980). See also, "Study of Multichannel Amplitude

Compression and Linear Amplification For Persons With Sensorineural Hearing Loss",

R.P. Lippman et al, J. Acoust. Soc. Am., 69, pp. 524-534 (1981).

     d)     A wearable master hearing aid allowing for adaptive adjustment of hearing

aid parameters which was in use at the City University of New York in 1974, described

above in Paragraph 30 and the publications cited therein.

     e)     The 1979 NIH Panel Report, cited above in Paragraph 30, stated that

"among the more significant advances [in the development of sensory aids
for the hearing impaired] has been the microminiaturization of electronic
circuits, .... and the concurrent development of digital signal processing. ....
The rapid advances in microminiaturization brought about substantial
reductions in the size of the electrical amplification system of hearing aids.
Hearing aids are now considerably smaller, and some models can fit entirely
in the ear canal. Complex master hearing aids that are wearable and

12

CONFIDENTIAL - ATTORNEYS' EYES ONLY

LEV0000012

Request For Reexamination                                    Declaration of Harry Levitt
Of U.S. Patent 4,396,806

experimental hearing aids using digital circuitry have also been developed.
The use of digital circuitry opens the way to fundamental changes in the
design of hearing aids.  Specific advantages of digital circuitry include the
possibility of logical operations for self-checking, detecting and correcting
for incipient feedback problems, adjusting or programming frequency-gain
characteristics for individual needs, enhancing speech-to-noise ratio (where
possible) using modern signal extraction techniques, and introducing various
forms of automatic self-adjustment such as multiband compression.
(Emphasis added)


33.    A key recommendation of the NIH Panel Report was that

The development of a digital hearing aid should be actively pursued, since
digital systems have the potential for providing sophisticated signal-
processing capabilities at low cost.  They also open up the possibility of
improving speech-to-noise ratio by using modern signal extraction
techniques.  A related development is the potential use of on-line computers
as part of the prescription process.  One possibility is the use of a computer
to simulate an extremely flexible master hearing aid; once the optimum
hearing aid characteristics have been determined, a wearable digital hearing
aid could then be programmed to match the characteristics of the computer-
simulated optimum hearing aid."


34.    The NIH Panel Report was first published on June 1, 1979.  The section of the Panel

Report dealing with aids for people with hearing loss was republished in 1980.  Sensory Aids for

the Hearing Impaired, H. Levitt, J.M. Pickett and R.A. Houde (Eds.), 1980, IEEE Press, New

York.  Given the stature of the report and that relevant portions were republished within a year,

engineers in the field of hearing aid development should have been aware of the importance of

digital techniques and their possible implementation in hearing aids.  Since at that time all-digital

real-time processing of speech in a wearable instrument was not possible, the obvious alternative

was digitally controlled analog circuits, such as that described in Mangold #1.  Further, since

13

CONFIDENTIAL - ATTORNEYS' EYES ONLY

LEV0000012

Request For Reexamination                           Declaration of Harry Levitt
Of U.S. Patent 4,396,806

hearing aids are switched off at regular intervals, e.g., during sleep, there is an obvious need for a

non-volatile memory. The method suggested by Mangold et al #1 and #2 is one solution, but it

should be entirely obvious to any competent artisan that a PROM could also be used for this

purpose.

35.    The Panel Report did not specifically recommend an all-digital hearing aid, but rather that

computer simulation be used to identify the optimum set of hearing aid characteristics and that an

appropriate hearing aid be selected to match these characteristics. Later in the Panel Report

reference is made to the "simplest monaural hearing aid" consisting of "an amplifier with

frequency-selective gain and a simple form of amplitude limiting such as peak clipping." A digital

hearing aid of this type could only be an analog amplifier (with clipping) controlled by a digital

circuit. Peak clipping is a very simple operation in analog circuits, but is not that simple to

implement in digital circuits.

36.    Thus, the use of analog processing circuitry controlled by digital parameters stored in a

non-volatile memory, as disclosed in both Dowle et al and in the Andersen '806 patent, was

simply a straightforward and obvious follow-up to the widespread discussion and awareness of

such an arrangement that existed in the field at that time.

37.    I further disagree with the statement in paragraph 9 of the Schwartz declaration that an

14

CONFIDENTIAL - ATTORNEYS' EYES ONLY

LEV0000012

Request For Reexamination                          Declaration of Harry Levitt
Of U.S. Patent 4,396,806

all-digital hearing aid was then or is now an impractical solution. Both Widex and Oticon have

been offering all-digital hearing aids since early 1996. Prior to that, Audiotone produced a limited

number of all digital hearing aids in the early 1980's, and the Nicolet Phoenix was on the market

for several years beginning in the mid-1980's. Experiments with an early version of this digital

hearing aid were reported in 1987, e.g., Cummins et al, "Ambulatory Testing of Digital Hearing

Aid Algorithms", Proc. 10th Annual Conference on Rehabilitation Technology (RESNA '87), pp.

398-400, 1987, Assoc. For the Advancement of Rehabilitation Technology, Washington, D.C. In

addition, there were many proposals for all-digital hearing aids contemporaneous with or prior to

the Dowle et al paper. One such proposal is found in U.S. Patent 4,187,413 to Moser. All-digital

hearing aids were not commercialized since they did not perform sufficiently better than the

existing analog devices to warrant the cost of a new design and production, but there was nothing

technically that would have prevented one of ordinary skill in the art from making such a hearing

aid if there were sufficient need or demand.


38.    I further disagree with the statement in paragraph 11 of the Schwartz declaration that no

mention is made in Mangold #1 "of an individually-programmable, or prescription, nonvolatile

digital parameter storage element". To the contrary, the CMOS memory in Fig. 1 of Mangold #1

is an individually-programmable, or prescription, digital parameter storage element. It is

nonvolatile since it is provided with a battery backup so that it will continue to store its data even

when the main power source is removed from the hearing aid. This was a standard technique for

15

CONFIDENTIAL - ATTORNEYS' EYES ONLY

LEV000001:

Request For Reexamination                              Declaration of Harry Levitt
Of U.S. Patent 4,396,806

achieving non-volatility at that time. PROMs were at that time understood by those in the art to

be a functional equivalent, and a design alternative, to use of a CMOS memory with battery back-

up. The only impediments to use of PROMs prior to Mangold #1 were size and cost

considerations.

39.    I further disagree with the statement in paragraph 14 of the Schwartz declaration that the

use of a PROM to control a set of analog amplifiers and compressors in a hearing aid was not

obvious in 1980. To the contrary, Mangold #1 suggests the need for non-volatile storage of

digital data for use as control parameters, and the use of a PROM in place of the CMOS-and-

battery-back-up of Mangold #1 would have been an obvious design alternative. This was in fact

explicitly suggested by Dowle et al.

40.    I have read the AMENDMENT AND RESPONSE TO CONSOLIDATED

REEXAMINATIONS (hereafter "the Response") filed February 28, 1997 in the merged

reexamination proceedings 90/003,652, 90/003,852 and 90/004,246.

41.    I disagree with the statement at page 16 of the Response that the power consumption of

EPROMs at that time precluded their use in a hearing aid. The power consumption figures given

on page 16 of the Response are generally consistent with the power required to program an

EPROM, but the steady-state power consumption is zero. Programming power would not have

16

CONFIDENTIAL - ATTORNEYS' EYES ONLY

LEV0000012

Request For Reexamination                                    Declaration of Harry Levitt
Of U.S. Patent 4,396,806

been a critical concern, since during the fitting procedure the hearing aid would be connected to a

separate power supply, or in any event a new battery could be installed prior to the patient leaving

the fitter's office.

42.    I would further note that the use of a fuseable link ROM, as in Andersen '806, would have

been an obvious design choice to one of ordinary skill in the art at that time, for implementing the

hearing aid suggested in Dowle et al. This would have required replacement of the ROM if

refitting were necessary. This would have been cumbersome but not unworkable. I note that the

memo of F.D. Waldhauer included with the Response as Exhibit A to the declaration of Gary H.

Ritchey, at the page bearing number R10002077, includes a footnote that suggests just such an

arrangement.

43.    I note the left column of page 3 of Exhibit D to the declaration of Gary H. Ritchey

submitted with the Response, which describes the achievement of a bench analog

prototype in 1984, bench digital prototype in 1985, analog wearable hearing aid in 1985,

digital wearable prototype in 1986 and circuit breadboard in 1986. Given that the

proposal for the project (Exhibit A to the Ritchey declaration) was not written until the

fall of 1983, and given that this was the first hearing aid product for AT&T, this rate of

progress does not indicate any special difficulties in designing a hearing aid. A hearing aid

company wishing simply to implement a hearing aid in accordance with the combined

17

CONFIDENTIAL - ATTORNEYS' EYES ONLY

LEV0000012

Request For Reexamination                                Declaration of Harry Levitt
Of U.S. Patent 4,396,806

teachings of Mangold #1 and Dowle et al, including a ROM storing the control parameters

for analog signal processing circuits, could have done so in a straightforward manner and

in a fraction of the time spent by AT&T on its initial project, which was seeking not to

simply implement existing technology but rather to improve upon it.


I declare under penalty of perjury that the foregoing is true and correct.


DATE: _June 24th, 1997_                         _[signature]_
                                                 Harry Levitt

18

CONFIDENTIAL - ATTORNEYS' EYES ONLY

LEV00000'

CURRICULUM VITAE

Harry Levitt
46 Tanglewood Dr.
Livingston, N.J.   07039

## Educational Data

B.Sc.  Electrical Engineering   University of Witwatersrand, 1958
Ph.D.  Electrical Engineering   Imperial College of Science &
Technology, London, 1964

## Professional Experience

Research Assistant, Imperial College, 1963-64.
Member Research Staff, Bell Laboratories, 1964-69.
Associate Professor, Graduate School, City University of New
York, 1969-73.
Professor, Graduate School, City University of New York, 1973-
1983.
Distinguished Professor, Graduate School, City University of New
York, 1983-present.

## Honors

Fulcrum Scholar, University of Witwatersrand, 1958.
Beit Fellow for Scientific Research, Imperial College of Science
and Technology, 1960-62.
Oliver Lodge Scholar (Honorary), Institution of Electrical
Engineers, London, 1962-63.
Fellow, Acoustical Society of America, 1972.
Fletcher Award in Technical Application, New York League for the
Hard of Hearing, 1975.
World Rehabilitation Fund Fellow, 1980.
National Winner, Johns Hopkins University, First National Search
for Applications of Personal Computing to Aid the
Handicapped, 1981.
Fellow, American Speech-Language-Hearing Association, 1982.
Professional Achievement Award, New York City Speech-Hearing-
Language Association, 1984
Honors of the Society, New York State Speech-Hearing-Language
Association, 1985.
Javits Neuroscience Investigator Award, National Institute of
Health, June 1988.
Fellow, New York Academy of Medicine, March 1989.
Special Friend of People with Hearing Loss, 11th International
Self Help for Hard of Hearing People (SHHH) Convention,
Orlando, FL, June, 1996.

## National Committees

American National Standards Institute, Committee on Bioacoustics,
1967 - present.
Chairman, Writing Group S3-49, Determination of Interference of
Noise with Speech Intelligibility, American National Standards
Institutes, 1970-76.
Working Group 7, International Standards Organization, Section TC
43/SCI on Noise, 1970-76.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    LEV000001

H. Levitt

Task Force on Rehabilitation Engineering for the Hearing
Handicapped, Committee on Prosthetics Research and
Development, National Research Council, 1974.
National Academy of Sciences - National Research Council
Committee on Hearing, Bioacoustics and Biomechanics, 1974 -
present.
Subcommittee on Sensory Aids, Committee on the Interplay of
Engineering with Biology and Medicine, National Acadmy of
Engineering, 1974-79.
Working Group S3-59, Measurement of Speech Levels, American
National Standards Institute, 1976 - present.
Panel on Communicative Disorders, National Advisory Neurological
and Communicative Disorders and Stroke Council, National
Institutes of Health, 1978-79.
Communicative Disorders Study Section, National Institutes of
Health, 1983-87, ad hoc reviewer, 1987 - present.
Merit Review Board, Veterans Administration, 1983 - present.
Consensus Panel on Cochlear Implants, National Institutes of
Health, 1988.
Advisory Committee to Secretary of Veterans Affairs, 1990-91.

University Committees
University Computer Committee, 1972-1981
University Committee for the Protection of Human Subjects, 1975-
81
University Copyright Committee, 1970-76
University Patent Committee, 1978 - 1984

Graduate School and University Center:
Committee for the Protection of Human Subjects, 1970 - present
Computer Committees (various) 1969-86, 1988 - present

Doctoral Program in Speech & Hearing Sciences:
Curriculum and Examination Committee, 1969 - present
Executive Committee, 1972 - present
Faculty Membership Committee, 1980 - present

Advisory Boards
Research Advisory Committee, League for the Hard of Hearing, 1983
- present
Member, Board of Reference, The Australian Bionic Ear Institute,
Melbourne, Australia, 1983 - 1991.
National Advisory Board, Boys Town National Institute, Omaha,
1986 - 1990
Data Monitoring Board, Cochlear Implant Study, Veterans
Administration, 1987 - present
Research Advisory Council, House Ear Institute, Los Angeles, 1988
- 1991
Secretary of Veterans Affairs Research Advisory Board, 1990 -
1991
Dept. of Veterans Affairs Merit Review Board, Rehabilitation
Research and Development, 1983 - present

Editorial Boards
Member, Honorary Editorial Board, Hearing Rehabilitation
Quarterly, 1975 - present
Member, Editorial Board, Bulletin of Prosthetics Research, 1978-
1983

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    LEV000001

H. Levitt

Member, Editorial Board, Journal Rehabilitation Research and
    Development, 1983 - present
Member, Editorial Board, Journal of Communication Disorders, 1978
    - 1991
Technical Advisor, Self Help for Hard of Hearing People (SHHH),
    1997 - present

Professional Societies
Acoustical Society of America, Member 1965, Fellow 1972
    Member, Technical committee of Psychological and
        Physiological Acoustics, 1966-69
    Member, Membership Committee, 1970-73
    Member, Task Force on Acoustics and Societal Problems, 1972
Alexander Graham Bell Association for the Deaf Member, 1972-
    present
American Academy of Audiology, Member 1990 - present
American Speech-Language-Hearing Association, Member 1970, Fellow
    1982
    Member, Advisory committee on Computer Usage, 1979
    Editorial Consultant, 1972-74
    Reviewer, J. Speech and Hearing Research
Institute of Electrical and Electronic Engineers
    Member, 1971 - present
    Member of Professional Group on Acoustics Signal Processing,
        1971 - present
    Member, Speech Processing Technical Committee, 1971-77
    Chair, Subcommittee on Sensory Aids, 1971-77
Institute of Electrical Engineers (British)Member 1960-78
    Honorary Recipient of their Oliver Lodge Scholarship, 1962-
        1963
New York Academy of Medicine, Fellow, 1989 - present
Rehabilitation Engineering Society of North America,Member, 1986
    - present
    Chair, Special Interest Group on Sensory Aids, 1987-88

Inventions
Sequential programmer for Adaptive Testing (in public domain)
    1967.  A practical logic system was developed for
    implementing adaptive testing of the transformed up-down
    type.
Control Charts for Sequential Testing, 1968 - Copyright held by
    Bell Laboratories, Inc.  These charts were developed for
    manual implementation of adaptive testing strategies.
Binaural Fusion Listening System - U.S. Patent # 350 4120, March
    31, 1970.  This system allows for multiple messages to be
    transmitted simultaneously over a binaural system.  Can also
    be used as a special-purpose binaural hearing aid.
Visible Pitch Display (in public domain) 1970.  Developed for the
    Lexington School for the Deaf, this display shows voice
    fundamental frequency as a function of time on an
    oscilloscope.
Portable Telecommunicator for the Deaf (in public domain).  A
    pocket-sized computer-based device for communicating over
    the telephone (for use by the deaf).
Programmable Digital Hearing Aid System U.S. Patent # 4,731,850,
March 15, 1988
Host Controller for Programmable Digital Hearing Aid System U.S.
Patent # 4,879,749, November 7, 1989.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

LEV0000013

H. Levitt

Publications Research Papers

An extension of Pascals Triangle. H. Levitt, Math. Gaz., 45,99-
107, 1961.
Discussion on a Method of Calculating the Transfer Functions
ofLadder Networks. H. Levitt, Proc. I.E.E.E., 190C, 290-
291,1962.
Sequential Estimation of Points of a Psychometric Function. G.B.
Wetherill and H. Levitt. Brit. J. Math. Statist.
Psychol.,18, 1-10, 1965.
Psychophysical Testing, H. Levitt. In Computer-Assisted
Testing.Proc. of a Conference, H.H. Harmon, C.E. Helm, and
D.E. Loye(Eds.), 91-104, Educational Testing Service,
Princeton, N.J., 1966.
Binaural Release from Masking for Speech and Gain in Intelligi-
bility. H. Levitt and L.R. Rabiner. J. Acoust. Soc.
Am.,42, 601-608, 1967.
Use of a Sequential Strategy in Intelligibility Testing.H. Levitt
and L.R. Rabiner. J. Acoust. Soc. Am., 42,609-612, 1967.
Predicting Binaural Gain in Intelligibility and release
fromMasking for Speech. H. Levitt and L.R. Rabiner. J.
Acoust. Soc. Am., 42, 820-829, 1967.
Sequential Programmer for Psychophysical Testing. H. Levittand
D.E. Bock, J. Acoust. Soc. Am., 42, 911-913, 1967.
Testing for Sequential Dependencies. H. Levitt, J. Acoust. Soc.
Am., 43, 65-69, 1968.
Speech Interference from Community Noise. J.L. Flanagan andH.
Levitt, Am. Sp. Hear. Assoc. Reports, 4, 167-174,1968.
New Results in Speech Synthesis. L.R. Rabiner and H.
Levitt.Paper B-5-14, 6th International Conference on
Acoustics,Tokyo, Japan, Aug. 1968.
Investigation of Stress Patterns for Speech Synthesis by
Rule.L.R. Rabiner, H. Levitt and A.E. Rosenberg. J. Acoust.
Soc. Am., 45, 92-101, 1969.
Control Charts for Sequential Testing. H. Levitt and M.
Treisman. Psychometrika, 34, 509-518, 1969.
Statistical Analysis of Data from Experiments in Human Signal
Detection. I.G. Abramson and H. Levitt. J. Math.
Psychol.,6, 391-417, 1969.
Articulation Training of the Deaf Using Low-Frequency Surrogate
Fricatives, N. Guttman, H. Levitt and P.A. Belle-fleur. J.
Sp. Hear. Res., 13, 19-29, 1970.
Experimental Communication Aids for the Deaf. H. Levitt andJ.R.
Nelson, IEEE Trans. Audio and Electroacoustics, AU-18,2-6,
1970.
Reduction of Observer Bias in Reading Speech Levels with a
VUMeter. H. Levitt and P.D. Bricker, J. Acoust. Soc. Am.,
47,1583-1587, 1970.
Perception of Slope Overload Distortion in Delta-Modulated Speech
Signals. H. Levitt, C. McGonegal and L.L. Cherry,
IEEE Trans. Audio and Electroacoustics, AU-18, 240-247,
1970.
Analysis of Fundamental Frequency Contours in Speech. H.
Levittand L.R. Rabiner, J. Acoust. Soc. Am., 49, 569-582,
1971.
Transformed Up-Down Methods in Psychoacoustics. H. Levitt,
J.Acoust. Soc. am., 49, 467-477, 1971.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

LEV00000134

H. Levitt

Acoustic Analysis of Deaf Speech Using Digital Processing Techniques. H. Levitt, IEEE Trans. Audio and Electroacoustics, AU-20, 35-41, 1972.

Digital Processing of the Speech of Deaf Children, H. Levitt and H. Stromberg, 1972 ACM (Assoc. for Computer Machinery) Annual Conference Proceedings, August 14-15, 1972.

Sensory Training Aids for the Deaf: An Overview. Conference Record, 1972 International Conference on Speech Communi-cation and Processing, 230-233, Instit. Electrical and Electronic Eng., Inc., New York, 1972.

Sensory Aids for the Deaf: Key Problem Areas, Proc. 1972 Carnahan Conference on Electronic Prosthetics. Lexington, KY, 1972.

Acoustic Articulatory and Perceptual Characteristics of the Speech of Deaf Children, H. Levitt, C.R. Smith and H. Stromberg, Proc. 1974 Conference on Speech Communication for the Deaf, G. Fant (Ed.), A.G. Bell Assoc. for the deaf, 1974.

Ratio Scaling of Loudness, H. Levitt and A.M. Richards, J. Audit.Res., 14, 133-154, 1974.

Speech Reception with Low-Frequency Speech Energy. R. Rosenthal, J. Lang and H. Levitt, J. Acoust. Soc. Am., 57, 949-955, 1975.

Protocol for Prescriptive Fitting of a Wearable Master Hearing Aid. H. Levitt, R.E.C. White, and S.B. Resnick, Conference Record, 1976 IEEE International Conference on Acoustics, Speech and Speech Processing, 583-585, Instit. Electrical and Electronic Eng., Inc. New York, 1976.

Moderate Frequency Compression for the Moderately Hearing Impaired. M. Mazor, H. Simon, J. Scheinberg, and H. Levitt. J. Acoust. Soc. Am., 62, 1273-1278, 1977.

Computer-Assisted Analysis of Written Language: Assessing the Written Language of Deaf Children. H. Levitt and W. Newcomb. Journal of Communications Disorders, 11, 257-277, 1978.

The Effect of Selected Prosodic Errors on the Intelligibility of Deaf Speech. B.C. Parkhurst and H. Levitt. Journal of Communication Disorders, 11, 249-256, 1978.

Speech and Language Assessment Scales of Deaf Children. D.S. Geffner, H. Levitt, L. Rothman Freeman and Sr. R. Gaffney. Journal of Communication Disorders, 11, 215-226, 1978.

Introduction: Assessment, Training, and Technology. H. Levitt. Journal of Communication Disorders, 11, 203-205, 1978.

A Note on Simultaneous and Interleaved Masking. I. Hoffman, and H. Levitt. Journal of Communication Disorders, 11, 207-213, 1978.

Computer Applications in Clinical Training. R. Slosberg, and H. Levitt. Journal of Communication Disorders, 11, 279-292, 1978.

The Evaluation of a Model Speech Training Program for Deaf Children. M.J. Osberger, A. Johnstone, E. Swartz and H. Levitt. Journal of Communication Disorders, 11, 293-313, 1978.

Sensorineural Hearing Impairment and Hearing Aids. H. Levitt and S. Resnick. Scand. Audiol. Suppl., 6, 1978.

Methods for the Evaluation of Hearing Aids. H. Levitt. Scand. Audiol. Suppl., 6, 199-240, 1978.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

LEV00000135

H. Levitt

Adaptive Testing in Audiology. H. Levitt. Scand. Audiol.
     Suppl.6, 241-291, 1978.
Computer-Based Techniques for Enhancement of Clinical
     Techniques.H. Levitt, R. Slosberg, D. Hawie and R. Jazer.
     Journal of American Speech and Hearing Association, 398-402,
     1978.
Computer Simulated Patients for Enhancing Clinical Experiences.H.
     Levitt and R. Slosberg. Educational Technology, June 1978,
     42-43; 1978.
Speech Interference Level as a Predictor of Face-to-Face
     Communication in Noise. S.B. Waltzman and H. Levitt.
     J. Acoust. Soc. Am., 63, 581-590, 1978.
Aging and Speech Understanding. J. Pickett, M. Bergman andH.
     Levitt. Sensory Systems and Communication in the Elderly,
     10, 167-186, 1979.
The Effects of Timing Errors on the Intelligibility of Deaf
     Children's Speech. M. Osberger and H. Levitt. J.
     Acoust. Soc. Am., 1316-1324, 1979.
Multiple Linear Regression Analysis of Errors in Deaf Speech.H.
     Stromberg and H. Levitt. Speech Communication papers, 97th
     Meeting Acoustical Society of America. J. Wolff and D.
     Klatt (Ed.s), 291-294, New York Acoustical Societyof
     America, 1979.
Computer Assisted Hearing-Aid Selection. T. Hertzano, H.
     Levittand R. Slosberg. Speech Communication papers, 97th
     Meeting Acoustical Society of America. J. Wolff and D.
     Klatt (Ed.s)627-239, New York Acoustical Society of America,
     1979.
Monotonic and Dichotic Presentation of High and Low Frequency
     Speech Energy. R.D. Rosenthal, J.K. Lang, and H. Levitt,In:
     Binaural Hearing and Amplification, Vol. II. E.R.
     Libby(Ed.), Chicago: Zenetron, Inc., 323-340, 1980.
The Structure of Segmental Errors in the Speech of Deaf
     Children.H. Levitt, H. Stromberg, C. Smith and T. Gold.
     Journal of Communication Disorders, 13, 419-433, 1980.
Computer Applications in Audiology and Rehabilitation of
     theHearing Impaired. H. Levitt, Journal of
     Communication Disorders, 13, 471-483, 1980.
Predicting Consonant Confusions from Acoustic Analysis. J.
     Dubnoand H. Levitt. J. Acoust. Soc. Am., 69, 249-261, 1980.
Improving Speech Services to Hearing-Impaired Children. I.
     Hochberg, H. Levitt and M.J. Osberger, ASHA, 22(7), 1980.
Evaluation of Protocol for Fitting a Wearable Master Hearing
     Aid.M.J. Collins and H. Levitt, Bulletin of Prosthetics
     Research18, 35-40, 1981.
A Pocket Telecommunicator for the Deaf. H. Levitt.
     Proceedings of the Johns Hopkins First National Search for
     Applications of Personal Computing to Aid the Handicapped,
     39-42, 1981.
Current Trends in Aural Rehabilitation in Australia. H. Levitt.
     Bulletin of Prosthetics Research, BPR 10-36, 215-224, 1981.
Speech as a Physical Stimulus. H. Levitt, In: Amplification in
     Education, F. Bess, B. Freeman, and J. Sinclair (Eds.),
     Washington, D.C.: Alexander Graham Bell Association for
     theDeaf, 1981.
Signal Processing for the Communicatively Handicapped. H. Levitt
     Trends and Perspectives in Signal Processing, 2(3), 15-24,
     1982.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

H. Levitt

The Use of a Pocket Computer as an Aid for the Deaf.  H. Levitt.
    American Annals for the Deaf, Sept., 1982.
Segmental Characteristics of the Speech of Hearing-Impaired
    Children: Factors Affecting Intelligibility, H. Levitt and
    H. Stromberg, In: I. Hochberg, H. Levitt, M. Osberger
    (Eds.), Speech of the Hearing Impaired, pp. 53-73,
    University Park Press, 1982.
Models of the Auditory System and Tinnitus.  H.
    Levitt.Proceedings for the 2nd International Conference on
    TinnitusNew York, 1983.
Procedural Factors in Speech Recognition Testing.  H. Levitt.
    ASHA Reports, pp 57-64, 1984.
A Digital Master Hearing Aid.  H. Levitt, A. Neuman, R. Mills,and
    T. Schwander.  Journal of Rehabilitation Research
    and Development, Vol. 23, No. 1, pp. 79-87, 1986.
Evaluation of a Cochlear Prosthesis Using Connected
    DiscourseTracking.  H. Levitt and S. Waltzman.  Journal of
    Rehabili-tation Research and Development, Vol. 23, No. 1,
    147,154, 1986.
The Chameleon: A Computerized Hearing Aid Measurement/Simulation
    System. H. Levitt, J. Sullivan, and J. Hwang.
    Hearing Instruments,Vol. 37, No. 2, 16-18, 1986.
Hearing Impairment and Sensory Aids: A Tutorial Review. H.
    LevittJ. Rehab.Res. and Dev., Vol. 23, No. 1, xiii-xviii,
    1986.
Towards a General Measure of Distortion. H. Levitt, E.
    Cudahy,W.H. Jwang, E. Kennedy, C. Link. J. Rehab. Res. and
    Dev.,Vol. 24, No. 4, 283-292, 1987.
Digital Hearing Aids: A Tutorial Review. H. Levitt. J.
    Rehab. Res. and Dev., Vol. 24, No. 4, 7-20, 1987.
A Cancellation Technique for the Amplitude and Phase Calibration
    of Hearing Aids and Non-conventional Transducers.H. Levitt.
    J. Rehab. Res. and Dev., Vol. 24, No. 4,261-270, 1987.
Effect of Two-Microphone Noise Reduction on Speech Recognitionby
    Normal-Hearing Listeners. T.J. Schwander and H. Levitt.J.
    Rehab. Res. and Dev., Vol. 24, No. 4, 87-92, 1987.
Experiments with a Programmable Master Hearing. H. Levitt, J.A.
    Sullivan, A.C. Neuman, J.A. Rubin-Spitz. J. Rehab. Res.
    andDev., Vol. 24, No. 4, 29-54, 1987.
A Brief History of Digital Hearing Aids. H. Levitt, The Hearing
    Journal, 41(4), 15-21, 1988.
Digital Hearing Aids: A Brief Overview. H. Levitt, Hearing
    Instruments, 39(4), 8-13, 1988.
Issues in the Development of Digital Hearing Aids. H. Levitt,
    Speech Technology, Sept./Oct., 1988.

Recurrent Issues Underlying the Development of Tactile Sensory
    Aids.  H. Levitt.  Ear and Hearing, 9(6), 301-305, 1988.
An Experimental Comparison of Four Hearing Aid Prescription
    Methods.  J.A. Sullivan, H. Levitt, J-Y Hwang and A-M.
    Hennessey.  Ear and Hearing, 9(1), 22-32, 1988.
Technology and Speech Training: An Affair To Remember, H. Levitt,
    The Volta Review, 391(5), 1-6, 1989.
A Sentence Test for Hearing Aid Evaluation.  H. Levitt and A.C.
    Neuman.  RESNA 13th Annual Conference, Washington, D.C.:
    1990.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

LEV0000013

H. Levitt

A Speech Training Aid for Deaf Persons Using a Palatographic
    Display, K. Youdelman and H. Levitt, RESNA 13th Annual
    Conference, pp. 265-266, Washington, D.C.: 1990.
Studies with Digital Hearing Aids. H. Levitt, A. Neuman and J.
    Sullivan. Acta Otolaryngologica, (Stockh), Suppl. 469: 57-
    69, 1990.
Bone Vibrator Place and the Cancellation Technique, J. Dempsey
    and H. Levitt, Ear and Hearing, Vol. 11(4), 271-281, 1990.
Modern Hearing Aids: Serendipity When you Least Expected It. H.
    Levitt, SSSH Journal, 26-29, July/August, 1991.
Signal Processing for Sensory Aids: A Unified View. H. Levitt.
    Am. J. of Otology, Cochlear Implants in Children, Vol. 12,
    52-55, Supplement, 1991.
Evaluation of Orthogonal Polynomial Compression. H. Levitt & A.
    Neuman. J. Acoust. Society of Am., Vol. 90(1), 241-252,
    1991.
Future Directions in Signal Processing Hearing Aids. H. Levitt,
    Ear and Hearing, Vol. 12(6) Supplement, 125A-13-S, 1991.
Wither High Technology. H. Levitt, J. Communication Disorders,
    Vol. 24, (3), 175-179, 1991.
Paired Comparison Judgments for Hearing Aid Selection in
    Children. L. Eisenberg & H. Levitt, Ear and Hearing, Vol.
    12(6), 417-430, 1991.
Continuous Discourse Tracking: An Analysis of the Procedure. J.
    Schoepflin & H. Levitt, J. Communication Disorders, Vol. 24
    (3), 237-249, 1991.
Simulating Reflex Induced Changes in the Acoustic Impedance of
    the Ear. M.W. Sirlin & H. Levitt, J. Communication
    Disorders, Vol. 24, (3), 201-210, 1991.
Signal processing for hearing aids, H. Levitt, Proceedings of the
    International symposium on speech and Hearing Sciences, July
    16-17, Osaka, Japan, 1991.
Speech-perception aids for hearing-impaired people: Current
    status and needed research, Working Group on Communication
    Aids for the Hearing-Impaired, (CHABA) J. Acoust. Soc. Am.,
    90(2), 637-685, 1991.
Loudness matching for compressed speech signals. M. Bakke, A.C.
    Neuman & H. Levitt, J. Acoust. Soc. Am., 89, 1974, 1991.
Clipping Distortion in Hearing Aids. T. Nakagawa and H. Levitt,
    International Symposium on Speech and Hearing Sciences,
    Matsushita Electric Industrial Co., Ltd., Osaka, Japan, 198-
    202, 1991.
Adaptive Procedures for Hearing Aid Prescription and Other
    Audiologic Applications. H. Levitt, J. Am. Acad. Audiol.,
    Vol. 3: 119-131, 1992.
Computer-Assisted Tracking Simulation (CATS). Dempsey, J.J.,
    Levitt, H., Josephson, J. and Porrazzo, J. J. Acoust. Soc.
    Am., 92(2), 701-710, 1992.
Speech Recognition Performance on a Modified Nonsense Syllable
    Test. S. Gelfand, T. Schwander, H. Levitt, M. Weiss, S.
    Silman, J. Rehab. Res. and Dev., Vol. 29 (1), 53-60, 1992.
Clinical Relevance for the Veteran: Summaries of
    Scientific/Technical Articles, H. Levitt, Guest Editor, J.
    Rehab. Res. and Dev., 30(3), ix-xi, 1993.
Future Directions In Hearing Aid Research. Levitt, H. JSLPA
    Monogr. Supple 1, 107-124, 1993.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

H. Levitt

Advanced signal processing hearing aids, H. Levitt, M. Bakke, J. Kates, A. Neuman & M. Weiss, Proceedings of the Danavox Jubilee Symposium, 1993. Scandinavian Audiol., Suppl. 38, 7-19, 1993.

A motivation-sustaining articulatory/acoustic speech training system for profoundly deaf children, H. Javkin, N. Antonanzas-Barroso, A. Das, D. Zerkle, Y. Yamada, N. Murata, H. Levitt, and K. Youdelman. Proceedings IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP-93), Minneapolis, MN, April 27-30, Vol. 1, pp. 145-148, 1993.
Also in: Speech Technology Laboratory, Panasonic Technologies, Inc., Santa Barbara, CA RESEARCH REPORTS, No. 4, 41-49, January, 1994.

Technology and Telephone Relay Service, J. Harkins, H. Levitt and K. Peltz-Strauss, Technology and Disability, 3(3), 173-194, 1994.

The effect of compression ratio in a slow-acting compression hearing aid: Paired-comparison judgments of quality, A.C. Neuman, M.H. Bakke, S. Hellman, & H. Levitt, J. Acoust. Soc. Am., 96(3), 1471-1478, 1994.

Technologies for signal processing hearing aids, H. Levitt, Proceedings ICSLP 94, 1994 International Conference on Spoken Language Processing, Yokohama, Japan, Vol. 4 of 4, pp. 2095-2097, Sept. 18-22, 1994.

Automatic speech recognition and its applications, H. Levitt, Proc. 18th International Congress on Education of the Deaf, Tel-Aviv, Israel, July 16-20, 1995.

Processing of speech signals for physical and sensory disabilities, H. Levitt, Proc. Natl. Acad. Sci, Vol. 92, 9999-10006, 1995.

A rehabilitation engineering research center on hearing enhancement and assistive devices, H. Levitt and M. Bakke, Technology and Disability, 4, 87-105, 1995.

Preferred Listening Levels for Linear and Slow-Acting Compression Hearing Aids, A.C. Neuman, M.H. Bakke, S. Hellman and H. Levitt, Ear and Hearing, Vol. 16, pp. 407-416, 1995

Effect of release time in compression hearing aids: Paired comparison judgments of quality, A.C. Neuman, M.H. Bakke, C. Mackersie, S. Hellman & H. Levitt J. Acoust. Soc. Am., 98(6), 3182-3187, 1995.

A method for analyzing rating scale data. H. Levitt  J. Acous. Soc. Am., 98(6), 3182-3187, 1996.

BTE/FM hearing systems, Ross, M. & Levitt, H.  Volta Review, January/February, 12, 1997.

Consumer satisfaction is not enough: Hearing aids are still about hearing, M. Ross and H. Levitt, Seminars in Hearing, Vol. 18, 1, 7-10, 1997.


Chapters in Books

Speech Production and the Deaf Child. H. Levitt, In: Speech of the Deaf Child.  L.E. Connor (Ed.), Washington, D.C.:Monograph of the A.G. Bell Association for the Deaf, 1971.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

H. Levitt

Decision Theory.  Signal Detection Theory and Psychophysics. H.
     Levitt, In:  Human Communication: A Unified View.
     E.E.David, Jr. and P.B. Denes (Eds.), New York: McGraw
     Hill,114-174, 1972.
Binural Hearing.  H. Levitt and B. Voroba, Chapter 9 in
     Introductory Hearing Sciences: Physical and Psychological
     Concepts.  S.E. Gerber (Ed.), Philadelphia:  W.B.
     Saunders,1974.
Prescriptive Fitting of Wearable Master Hearing Aids: A Progress
     Report, H. Levitt, R.E.C. White and S.B. Resnick, in
     HearingAids: Current Developments and Concepts, M. Rubin
     (Ed.), 149-159, Baltimore: University Park Press, 1976.
The Acoustics of Speech Production. H. Levitt, In:  Auditory-
     Management of Hearing Impaired Children. Baltimore:
     University Park Press, 1978.
Speech Acoustics.  H. Levitt, In:  Hearing and Hearing
     ImpairmentL.G. Bradford and W.G. Hardy (Eds.), New York:
     Grune andStratton, 1979.
The Application of Modeling Techniques to the Study of Hearing
     Aid and Acoustic Systems.  R.E.C. White, G.A. Studebaker,H.
     Levitt and D. Mook.  In:  Acoustical Factors
     Affecting Hearing Aid Performance, 267-296, Baltimore:
     UniversityPark Press, 1980.
An Experimental Protocol for the Prescriptive Fitting of
     aWearable Master Hearing Aid.  H. Levitt and M. Jane
     Collins.In:  Acoustical Factors Affecting Hearing Aid
     Performance, 323-339, Baltimore:  University Park Press,
     1980.
Comparison of Methods for Predicting Optimum Functional Gain.M.
     Jane Collins and H. Levitt.  In:  Acoustical Factors
     Affecting Hearing Aid Performance, 341-354,
     Baltimore:University Park Press, 1980.
Speech Assessment:  Intermediate and Secondary Levels. H. Levitt.
     Speech Assessment and Speech Improvement for the Hearing
     Impaired, 30-44, Washington, D.C., The Alexander Graham Bell
     Association for the Deaf, Inc., 1980.
Speech as a Physical Stimulus. H. Levitt, In:  Amplification in
     Education.  F. Bess, B. Freeman and J. Sinclair (Eds.),
     Washington, D.C.: A.B. Bell Association for the Deaf, 1981.
Speech Discrimination Ability in the Hearing Impaired:  Spectrum
     Considerations.  H. Levitt, In: The Vanderbilt Hearing-
     AidReport, G.A. Studebaker and F. Bess (Eds.), Monographs in
     Contemporary Audiology, Upper Darby, 1982.
The Phoneme: One of Life's Little Uncertainties.  H. Levitt, In:
     Language and Cognition. Essays in Honor of Arthur J.
     Bronstein.  L.J. Raphael, C.B. Raphael and M.R.
     Valdouinos(Eds.), New York:  Plenum Press, 1984.
Technology and the Education of the Hearing Impaired.   H.
     Levitt.In:  Education of the Hearing Impaired Child,
     Callier Monographs in Communicative Disorders, 1984.
Development of syntactic comprehension. H. Levitt, In:
     Development of Language and Communication Skills in Hearing-
     Impaired Children. Asha Monograph #26, Chapter 5, ASHA
     Monograph #26, American Speech-Language-Hearing Association,
     Bethesda, MD, October, 1987.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

LEV00000140

H. Levitt

Interrelationships among the speech and language measures. H. Levitt, In: Development of Language and Communication Skills in Hearing-Impaired Children. Asha Monograph #26, Chapter 9, October, 1987.

Speech and Hearing in Communication, H. Levitt. In: Handbook of Special Education, M. Wang (Ed.), New York: Pergamon Press, 1988.

Speech and Language Development in Hearing-Impaired Children, H. Levitt and N. McGarr. In: Hearing Impairment in Children, F. Bess (Ed.), York Press, Inc. Parkton, MD, Chapter 22, 375-388, 1988.

Hearing Aids, A. Neuman and H. Levitt. In: Otologic Medicine and Surgery, Alberti, P.W. and Ruben, R.J. (Eds.), Churchill Livingstone, Inc., Vol. 2, 1637-62, 1988.

Advanced Signal Processing Techniques for Hearing Aids, H. Levitt, In: The Vanderbilt Hearing Aid Report II, G. Studebaker and F. Bess (Eds.), York Press, Inc., Parkton, MD., Chapter 8, pp. 93-99, 1991.

The Effects of Noise and Reverberation on Speech, H. Levitt and J.C. Webster. In: C. Harris (Ed.), Handbook of Acoustical Measurements and Noise Control, Third Edition, New York: McGraw-Hill, Inc., pp. 16.1 - 16.20, 1991.

Signal Processing for Communicatively Handicapped. In: C. Belove, P. Hopkins, E. Nelson, M. Rosenstein, S. Shinners (Eds.), Handbook of Modern Electronics and Electrical Engineering 43-2, pp. 1442-1453, 1991

Digital Hearing Aids, H. Levitt. In: Acoustical Factors Affecting Hearing Aid Performance, 2nd Edition, G. Studebaker and I. Hochberg, (Eds.) Chapter 18, pp. 317-335, 1993.

Speech processing for sensory and physical disabilities (invited paper), H. Levitt, In Human/Machine Communication by Voice, Washington DC: National Academy of Sciences Press, 1993.

The Application of Adaptive Test Strategies to Hearing Aid Selection, A.C. Neuman & H. Levitt, In: Acoustical Factors Affecting Hearing Aid Performance. 2nd Edition, G. Studebaker and I. Hochberg, (Eds.) Chapter 7, 103-117, 1993.

Computer Interactive Techniques in Training and Evaluation of Communication Skills, H. Levitt, K. Youdelman and J.J. Dempsey, In: Interactive Learning Technology for the Deaf, B.A.G. Elsendoom and F. Coninx (Eds.), NATO ASI Series, Series F: Computer and Systems Sciences, Vol. 113, 95-104, Springer-Verlag, 1993.

Communication Technology and Assistive Hearing Technology: Future Trends, H. Levitt, In: M. Ross (Ed.), Communication Access for Persons with Hearing Loss: Compliance with the Americans with Disabilities Act, pp 279-297, Baltimore: York Press, 1994.

Digital Hearing Aids: A Historical Perspective. E. Cudahy & H. Levitt, In: R.E. Sandlin (Ed.), Understanding Digitally Programmable Hearing Aids, Chapter 1, pp. 1-13, Boston: Allyn and Bacon, 1994.

Speech Processing for Physical and Sensory Disabilities, H. Levitt, In: D.B. Roe & J.G. Wilson (Eds.), Voice Communication Between Humans and Machines, pp. 311-343, Washington D.C., National Academy of Sciences Press, 1994.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

H. Levitt

Sensory Aids for Deaf People: Past, Present and Future, H.
   Levitt, In: G. Plant and K-E. Spens (Eds.), <u>Profound
   Deafness and Speech Communication</u>, Whurr Publishers Ltd.,
   London, pp 1-8, 1995.
Digital hearing aids: Past, present and future, H. Levitt, In H.
   Tobin, G. Baquet and J. Koslowski (Eds.), <u>A Practical Guide
   to Hearing Aid Selection and Fitting</u>, A Rehabilitation
   Research and Development, Baltimore, MD, to appear, 1997.

<u>Books</u>
<u>Sensory Training Aids for the Hearing Impaired</u>.  Proc. of a Con-
   ference, H. Levitt and P. Nye (Eds.), National Academy of
   Engineering, 1971.
<u>Sensory Aids for the Hearing Impaired</u>. H. Levitt, J.M. Pickett
   and R.A. Houde (Eds.), New York: IEEE Press, 1980.
<u>Speech of the Hearing Impaired: Research Training, and Personnal
   Preparation</u>.  I. Hochberg, H. Levitt and M.J. Osberger
   (Eds.) Baltimore: University Park Press, 1983.
<u>Development of Language and Communication Skills in Hearing-
   Impaired Children</u>.  H. Levitt, N. McGarr and D. Geffner,
   (Eds.).  ASHA Monograph #26, American Speech-Language-
   Hearing Association, Bethesda, MD, October, 1987.
<u>The Fundamental Speech Skills Test</u>, (FSST),  H. Levitt, K.
   Youdelman, J. Head and R. Rotunno.  Englewood, CO: Resource
   Point, Inc., 1990.

<u>Special Issues of Journals</u>
Special Section on Speech Analyzing Aids for the Deaf.
   <u>IEEE Trans. Audio and Electroacoustics</u>, AU-20, 2-3,
   1972.Guest editor.
Special Section on Assessment, Training and Technology. <u>J.
   Communication Disorders</u>, Vol. <u>11</u>, pp. 203-313, 1978.  Guest
   editorial plus eight papers on research being done in
   communication sciences Laboratories.
<u>J. Communication Disorders</u>, Special issue on communication
   problems of the hearing impaired.  Vol. <u>13</u>, No. 6.
   Guesteditorial plus eight papers on research being done at
   TheCity University of New York.
<u>Journal of Rehabilitation Research and Development</u>, Special issue
   on sensory aids for hearing impairment.  Vol. <u>23</u>, No. 1,
   1986.  Guest editor.
<u>Journal of Rehabilitation Research and Development</u>, Special
   articles on sensory aids for hearing impairment. Vol. <u>24</u>,No.
   4, 1987.  Guest editor.
<u>J. Communication Disorders</u>, Special issue on sensory aids, Guest
   editorial plus 7 papers on research done by the Research
   Eingeering Center on Technological Aids for Deaf and Hearing
   Impaired Individuals, June, 1991.
<u>J. Rehabilitation Research and Development</u>, Special Issue on
   Advanced Hearing Aid Technology. Vol. 30, No. 1 and 2, 1993.
<u>J. Rehabilitation Research and Development</u>, Special Issue on
   Clinical Evaluation of New Generation Hearing Aids. Vol. 30,
   No. 3, 1993

CONFIDENTIAL - ATTORNEYS' EYES ONLY

LEV00000142

Exhibit 19

LAW OFFICES

## SUGHRUE, MION, ZINN, MACPEAK & SEAS

2100 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, D.C. 20037-3202

TELEPHONE
(202) 293-7060

JOHN H. MION, P.C.
THOMAS J. MACPEAK, P.C.
ROBERT J. SEAS, JR., P.C.
DARRYL MEXIC, P.C.
ROBERT V. SLOAN, P.C.*
PETER D. OLEXY, P.C.
J. FRANK OSHA
WADDELL A. BIGGART, P.C.
ROBERT G. McMORROW, P.C.
LOUIS GUENNEY, P.C.
NEIL D. SEGEL
DAVID J. CUSHING
CYNTHIA CLARKE WEBER
JOHN A. INGE
JOSEPH A. RUCH, JR.*
SHELDON I. LANDSMAN, P.C.
RICHARD C. TURNER
HOWARD L. BERNSTEIN, P.C.
ALAN J. KASPER
KENNETH J. BURCHFIEL
GORDON KIT
SUSAN A. MACK
FRANK L. BERNSTEIN
MARK BOLAND
WILLIAM H. MANDIR
GARY D. KRUGMAN
SCOTT M. DANIELS
BRIAN W. HANNON
ABRAHAM J. ROSNER

BRUCE E. KRAMER
PAUL F. NEILS
BRETT D. SYLVESTER
ROBERT M. MASTERS
PAUL A. FARP
GEORGE F. LENGER
MARC S. KAUFMAN
MARK-CLARE BOSWERY NAPLE
DEAN H. NAKANISHI, Ph.D.*
JOHN T. CALLAHAN
MARY E. GOULET
EDWARD B. BREFF
PETER A. McKENNA
ANSHA RAKHPAL GUPTA
DAWN K. O'CONNOR
STEVEN M. BRUNION
JOSEPH BACH*
LAURA C. BRUTMAN
JOSEPH J. BUCZYNSKI
JOHN F. MARENA
GRANT H. ROWAN*
KEVIN A. WOLFF
RAYMOND J. HO
MICHAEL A. HESSMAN*
OLIVER R. ASHE, JR.*
SUSAN PERNG PAN*
LESLIE L. JACOBS, JR.*
EDWARD F. MENDHAM, JR.
JOHN C. LUCE*
JEAN C. EDWARDS*
*ADMITTED OTHER THAN D.C.

SENIOR COUNSEL
RICHARD C. SUGHRUE, P.C.
DONALD E. ZINN

OF COUNSEL
W. MACK WERNER

TELEX
849HIO3

FACSIMILE
(202) 293-7860
(202) 293-9131

JAPAN OFFICE
TOEI NISHI SHIMBASHI BUILDING 4F
13-5 NISHI SHIMBASHI I-CHOME
MINATO-KU, TOKYO 105 JAPAN
TELEPHONE (03) 3 503-3780
FACSIMILE (03) 3 503-3756

December 26, 1996

**VIA FEDERAL EXPRESS**

Our Ref:    03759406



**EXHIBIT**

**PX 562**

Dr. Harry Levitt
46 Tanglewood Drive
Livingston, NJ  07039

Re:  Anderson Reexamination

Dear Dr. Levitt:

Further to our discussion on Friday, I am enclosing some papers for you to review as time permits. I will provide an explanation below that should put all of this in perspective.

The patent at issue is U.S. Patent 4,396,806 to Jared A. Anderson ("Anderson '806", copy enclosed). As you will see later from reading the various materials, the center of the issue here is the PROM 36 in Anderson '806. The patent resulted from an initial examination a the U.S. Patent and Trademark Office (USPTO) in which the art cited by the examiner taught everything claimed except that there was no specific teaching of the use of a PROM to store the control parameters for a hearing aid.

The USPTO offers a "reexamination" proceeding in which members of the public wishing to have the patentability issues reconsidered can submit additional prior art and have the case again reviewed by the examiner. This was done, but the art cited taught the use of a PROM to store parameters for controlling digital circuits, and the patentee managed to convince the examiner that this would not have made it obvious to use a PROM to store digital control parameters for controlling analog circuits as is the case in Anderson '806.

The patent owner subsequently sued ReSound, and due to a variety of circumstances, the patentee prevailed even though ReSound had cited prior art specifically mentioning the use of a PROM to store control parameters for analog circuits in a hearing aid. Judges are often not technically savvy, and success of the case can depend heavily on having the judge listen carefully to

ETG00024485

SUGHRUE, MION, ZINN, MACPEAK & SEAS

Page 2

Dr. Harry Levitt
December 26, 1996

what you present. It appears that this judge was not in a mood to listen, and decided the issue of patentability on her own without allowing ReSound to submit the case to the jury. We would expect that ReSound would have prevailed on appeal, but nothing is certain and ReSound opted instead to settle the matter. Thus, it does not appear that the issue of patentability over this new prior art has been properly addressed.

The patent is now before the USPTO again in a further reexamination proceeding. The proceeding was commenced by ReSound prior to its settlement with the patent owner, and ReSound has since dropped out of the matter. In response to ReSound's initial request for reexamination and a subsequent rejection of the claims by the examiner, the patentee filed a response (copy enclosed) in which they submitted a declaration by a Nobel prize recipient, opining that the invention claimed in the Anderson '806 patent would not have been obvious in light of the prior art. We think the declaration misses the point, and submitted a further reexamination request (copy enclosed) explaining this.

The examiner has now issued a new office action which essentially agrees with us. I am not enclosing a copy at this time, since it is probably not necessary for the task at hand. I would be glad to send one along if you would like, and may also ask you later to read it if we think there is some position taken by the examiner we would like to explicitly support. In any event, while the examiner is presently in agreement with us, we are concerned that the case may go before the USPTO Board of Appeals and they may be persuaded by the expert declaration that has not been rebutted. We would like to submit for their consideration a declaration by someone with much better credentials on the issue.

I think that on reading the Anderson '806 patent, and then reading our reexamination request and its attachments, you will have a full understanding of where we stand. I will prepare over the next couple of weeks a draft declaration for you to consider, essentially supporting what we have argued in our reexam request regarding the obviousness of the claims in light of the prior art. In the meantime, if you have any questions or wish to see additional documents, please feel free to call.

Thank you very much for your assistance in this matter.

Very truly yours,

David J. Cushing

DJC:kjc
Enclosures

cc: Søren Westermann

ETG00024486

Exhibit 20

DSI≡SYSTEM        Kartotek INDIVID2 - Antal poster: 1439        05/08-93  16:0

```
              I N D I V I D U E L T     P A T E N T

PATENT NR.: EP0250679                    LAND: EUROPA

TW-NUMMER:  00907              STAMPATENT-NUMMER: US4731850

TITEL:      PROGRAMMABLE SOUND REPRODUCING SYSTEM


PRIORITET: 26/06-1986   INDSIGELSESFRIST: 07/04-1994      UDLØB: _____

INDEHAVER: AUDIMAX, INC.

OPFINDER:  LEVITT, H.; DUGOT, R.S.; KOPPER, K.W.

STATUS:    2 (1=ansøgning, 2=delvis pat., 3=patent, 4=mønster, 5=afvist)

APP.NUMMER: 86307717.8

LÆST AF:                                    <Tab> = Landekoder

Ret post                        F1=Afbryd  F2=Godkend  F6=Skif
NumLock
```

EXHIBIT

PX 773

EXHIBIT

Widere47
(6-28-07)

WID004174
WID004174

Exhibit 21

# United States Patent [19]

## Levitt et al.

[11] Patent Number: 4,879,749

[45] Date of Patent: Nov. 7, 1989

[54] HOST CONTROLLER FOR PROGRAMMABLE DIGITAL HEARING AID SYSTEM

[75] Inventors: Harry Levitt, Livingston, N.J.; Richard S. Dugot, New York, N.Y.; Kenneth W. Kopper, River Edge, N.J.

[73] Assignee: Audimax, Inc., Hackensack, N.J.

[21] Appl. No.: 155,374

[22] Filed: Feb. 12, 1988

### Related U.S. Application Data

[62] Division of Ser. No. 879,214, Jun. 26, 1986, Pat. No. 4,731,850.

[51] Int. Cl.⁴ .................. H04R 29/00; H04R 25/00
[52] U.S. Cl. .................... 381/68.4; 73/585; 381/60; 381/68; 381/93
[58] Field of Search ............ 381/68.4, 68, 60, 83, 381/93; 73/585; 324/73 R, 73 AT, 73 PC

[56]                References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,263,233 | 11/1941 | Bárck | 381/83 |
| 2,723,316 | 11/1955 | Goodell et al. | 381/83 |
| 3,105,877 | 10/1963 | Miller et al. | 381/83 |
| 3,257,510 | 6/1966 | Burkhard | 381/93 |
| 3,429,999 | 2/1969 | Stover | 381/93 |
| 3,651,266 | 3/1972 | Queen | 381/83 |
| 4,099,035 | 7/1978 | Yanick | 381/94 |
| 4,109,116 | 8/1978 | Victoreen | 381/93 |
| 4,191,864 | 3/1980 | Sopher | 381/60 |
| 4,378,468 | 3/1983 | Braun | 381/93 |

| | | | |
|---|---|---|---|
| 4,449,237 | 5/1984 | Stepp et al. | 381/93 |
| 4,453,039 | 6/1984 | Ferrieu | 381/93 |
| 4,471,171 | 9/1984 | Köpke | 381/60 |
| 4,747,144 | 5/1988 | Admiraal et al. | 381/83 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 209894 | 1/1987 | European Pat. Off. | 381/93 |
| 3624764 | 1/1988 | Fed. Rep. of Germany | 381/93 |
| 1305359 | 1/1973 | United Kingdom | 381/93 |

#### OTHER PUBLICATIONS

*Hearing Instruments,* Feb. 1977, Frye, George, J., "Computerized Hearing Aid Testing", pp. 14 and 29.

Primary Examiner—Jin F. Ng
Assistant Examiner—Danita R. Byrd
Attorney, Agent, or Firm—Brumbaugh, Graves, Donohue & Raymond

[57]                ABSTRACT

A host controller for producing data from a computer for a programmable filter of a hearing aid to cancel feedback in which phase shift and gain control means as adjusted by the computer to generate a feedback cancellation voltage which is supplied to the hearing aid for summation of the feedback and feedback cancellation voltages by the hearing aid and in which the summed feedback and feedback cancellation voltages are returned to the host controller for further adjustment of said phase shift and gain control means until feedback has been cancelled. The host controller then transmits to the programmable filter the phase shift and gain control data necessary to cancel feedback.

6 Claims, 4 Drawing Sheets



FM link, column 1, line 44?
Hi-Fi? title for S, column 1, line 74?
Power ENCODE, column 12, line 46
Power shift, column 11, line 22
9-19 PM ...

EXHIBIT
PX 774

EXHIBIT
Widex 49
6-28-07

WID00417
WID00417

U.S. Patent      Nov. 7, 1989      Sheet 1 of 4      4,879,749



FIG. 1

WID00417
WID00417



FIG. 2

WID00417
WID00417



FIG. 3



FIG. 5

WID00417
WID00417

FIG. 4

WID00417
WID00417

4,879,749

**1**

## HOST CONTROLLER FOR PROGRAMMABLE DIGITAL HEARING AID SYSTEM

This application is a division of application Ser. No. 879,214, filed on June 26, 1986 now U.S. Pat. No. 4,731,850.

This invention relates to hearing aids, and more particularly to hearing aids that are programmable so as to have suitable characteristics to compensate for the hearing deficiencies of a patient. More specifically, it relates to hearing aids of this character that are capable of automatically adjusting to optimum parameter values as operating conditions such as speech level, room reverberation and background noise change, and also for reducing acoustic feedback.

### BACKGROUND OF THE INVENTION

Conventional hearing aids suffer from several shortcomings. It is difficult if not impossible with conventional hearing aids to provide a frequency-gain characteristic that is ideal for each individual user. The acoustic coupling between the hearing aid receiver and the eardrum also introduces changes in the frequency-gain characteristic that is usually deleterious to both speech intelligibility and overall sound quality. For many patients, the optimum frequency-gain characteristic varies as a function of the level of the speech signal reaching the hearing aid. In order to protect patients from uncomfortably or dangerously loud signals, it is also necessary to limit the maximum acoustic power output of the hearing aid in some way. The methods used to limit acoustic power output of hearing aids typically introduce deleterious distortions to the amplified speech signal.

Another common problem is that of acoustic feedback. Even in the best designed hearing aids, not all of the amplified acoustic signal is delivered to the eardrum. A small proportion of the amplified acoustic signal leaks back to the hearing aid microphone forming an acoustic feedback loop. If the gain of the hearing aid is sufficiently high, this acoustic feedback will cause a self-generating oscillation to occur, resulting in an unwanted and highly unpleasant whistling sound. These acoustic oscillations prevent the hearing aid from being used. Methods of acoustic feedback control that are typically used include a tighter acoustic seal between the earmold and the walls of the ear canal so as to reduce acoustic leakage, placing the microphone at some distance from the hearing aid receiver, e.g. on the opposite ear, or simply reducing the gain of the hearing aid. None of these methods provides a satisfactory solution for high-gain hearing aids.

One of the most common complaints of hearing aid users is that background noise is particularly damaging to the understanding of speech. Methods currently used to reduce background noise in hearing aids employ filtering techniques in which the frequency regions containing high noise levels are eliminated.

Another common problem is that of room reverberation produced by acoustic reflections off the walls, ceiling, floor, and other surfaces in a room. A small amount of reverberation is beneficial but too much reverberation will make a room sound hollow or echoic and will interfere with both the quality and the intelligibility of speech.

Systems have been proposed heretofore utilizing computers for testing the hearing of patients and gener-

**2**

ating programming for a programmable hearing aid, as disclosed in "Computer Application in Audiology and Rehabilitation of the Hearing Impaired" by Harry Levitt, *Journal of Communication* Disorders 13 (1980), pages 471–481, and in the U.S. Pat. Nos. 4,187,413 to Moser, 4,489,610 to Slavin, and 4,548,082 to Engebretson et al., for example. None of these systems, however, affords a satisfactory solution for the problems of acoustic feedback, background noise, room reverberation and changes in the optimum frequency-gain characteristic resulting from variations in the level of the speech signal reaching the hearing aid.

It is an object of the invention, accordingly, to provide a new and improved hearing aid system that is free of the above-noted deficiencies of the prior art.

Another object of the invention is to provide new and improved hearing aid apparatus of the above character which is capable of automatically adjusting to an optimum set of parameter values as the speech level and type of background noise change.

A further object of the invention is to provide new and improved hearing aid apparatus of the above character in which acoustic feedback is substantially reduced.

Still another object of the invention is to provide new and improved hearing aid apparatus that is capable of effective noise and reverberation suppression and acoustic feedback reduction while maintaining optimum hearing characteristics as the speech and noise levels vary.

### SUMMARY OF THE INVENTION

A hearing aid system according to the invention comprises a hearing aid that is programmable so as to have optimum electro-acoustic characteristics for the patient and acoustic environment in which it is used. It also includes instrumentation for measuring relevant audiological characteristics of the patient, as well as techniques and instrumentation for programming the hearing aid to have selected characteristics to compensate for hearing deficiencies determined from the measurements made. Desirably, several sets of optimum hearing aid parameter values, specified in terms of both the amplitude and phase characteristics, are determined for the patient as a function of speech level, type of background noise, and room reverberation, both spectral and temporal characteristics of the noise being taken into account. The selected optimum parameter values are preferably programmed into an electronically erasable, programmable read only memory (EEPROM) which supplies coefficients to programmable filter and amplitude limiting means in the hearing aid so as to cause the hearing aid to adjust automatically to the optimum set of parameter values for the speech level, room reverberation, and type of background noise then obtaining.

In one form, the programmable filter may be a digital equivalent of a tapped delay line in which each delayed sample is multiplied by a weighting coefficient. The sum of the weighted samples generates the desired electroacoustic characteristics. Alternatively, the programmable filter may be a tapped analog delay line in which the sum of the weighted outputs of the taps generates the desired characteristics. An important advantage of the latter type of filter is that the power consumption is low and quasidigital techniques can be used, i.e., the waveform is sampled at discrete intervals in time without analog-to-digital conversion.

WID00418
WID00418

4,879,749

3

Another form of filter uses a small number of delays in which the delayed output is multiplied by a coefficient and added to the filter input so as to achieve additional delays, a technique known as recursive filtering.

The invention also provides means for reducing acoustical feedback. In one embodiment, an electrical feedback path in the hearing aid is matched in both amplitude and phase to the acoustic feedback path and the two feedback signals are subtracted so as to cancel each other. In an alternative embodiment, a single filter in the forward path is used with a transmission characteristic equivalent to that of the filter in the forward path plus the electrical feedback path.

Environmental noise control is effected according to the invention by providing means for sensing the relative speech/noise content in the signals from the hearing aid microphone and generating binary words that are supplied to the programmable filter for selecting from a memory a set of delay line tap coefficients that are effective to impart to the filter the appropriate frequency response for the specific environmental noise condition then being detected.

According to the invention, reduction in noise and reverberation is achieved by the use of two or more microphones. The output of each microphone is processed in both amplitude and phase such that the summed output of the microphones is analogous to the output of a frequency selective directional microphone.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

For a better understanding of the invention, reference is made to the following detailed description of a representative embodiment taken in conjunction with the accompanying drawings, in which:

FIG. 1 illustrates schematically a host controller for use in ,prescribing a wearable, programmable hearing aid according to the invention;

FIG. 2 illustrates schematically one form of programmable hearing aid according to the invention which utilizes a digital delay line filter;

FIG. 3 shows a set of optimum frequency-gain characteristics appropriate for different speech levels for a typical hearing impaired subject;

FIG. 4 is a partial schematic diagram of the hearing aid shown in FIG. 2, modified to utilize an analog delay line filter; and

FIG. 5 shows schematically how multiple microphones can be used according to the invention to reduce both noise and reverberation.

A hearing aid system according to the invention comprises generally a wearable, programmable hearing aid in which all operations are controlled by data stored in an erasable electrically programmable read only memory (EEPROM), and a host controller providing electrical signals and test sounds as necessary for measuring the residual hearing of a subject, establishing optimal hearing aid parameters for the subject (including the phase relationship between input and output) and generating control signals as necessary to program the EEPROM module to perform the desired operations in the hearing aid.

### THE HOST CONTROLLER

Referring first to FIG. 1, the host controller 20 is shown as comprising an audiometric signal generator 21 including a signal generator 22, the frequency of which is controllable by a digital-to-analog (D/A) converter

4

23 controlled by a computer 24 through a latch 25. The output level of the signal generator is adapted to be adjusted by an attenuator 26 also controlled by the computer 24, through a latch 27. The output of the attenuator 26 is supplied to one terminal 28 of a switch 29, from which it can be transmitted through an amplifier 119 and a switch 120 to a terminal connector 121.

The host controller 20 also includes a phase measurement circuit comprising a digital phase shifter 30 which is adapted to receive the output voltage of the hearing aid through a connector 31 and a programmable gain amplifier 32, the gain of which is controllable by the computer 24 through the latch 33.

In adjusting a hearing aid for reduced feedback as described below, the input voltage developed by the hearing aid microphone in response to acoustic feedback alone when a test signal is supplied to the hearing aid is summed with an electrical feedback cancellation voltage supplied to the terminal 144 by the phase shifter 30 as an acoustical feedback cancellation voltage. The summed acoustic and electrical feedback voltages from the hearing aid are supplied from the terminal 34 through the engaged movable and fixed contacts 35 and 36 of a switch 37, a programmable gain amplifier 38, a rectifier 39 and an analog to digital (A/D) converter 40 to the computer 24. In effecting the adjustment, the gain of the amplifier 32 and the phase shifter 30 are adjusted until a null output from the A/D converter 40 is read by the computer 24, indicating cancellation of the electrical and acoustic signals. The settings of the phase shifter 30 and the amplifier are then used to program an EEPROM in the hearing aid so as to cancel acoustic feedback.

The programmable gain amplifier 38 is controlled by the computer 24 through a latch 41, and the digital phase shifter 30 is also controlled by the computer 24 through the latches 42 and 43.

Additional components of the host controller 20 are programming logic comprising the latches 44 and 45 and a conventional tri-state buffer 46 which are activated in response to the computer 24 to provide the necessary signals to program the EEPROM and control the hearing aid during testing and programming, as described in greater detail below.

A conventional tape player 47 is also provided for generating various sound combinations for testing of a patient's hearing. The tape player 47 is controlled by the computer 24 through a latch 48 and its output level is adapted to be controlled by an attenuator 49, also controlled by the computer 24, through a latch 50. The output of the attenuator 49 is supplied to the movable contact 51 of a switch 52 which is controllable to supply the output either to a connector 53 to a sound field system, or to a fixed contact 54 on the switch 29 for supply to the hearing aid, as described in greater detail below. The switches 29 and 52 and the tri-state buffer 46 are adapted to be controlled by the computer 24 through the latch 44.

The respective latches 27, 25, 42, 43, 33, 40, 41, 44, 45, 48 and 50 are adapted to be controlled by the computer 24 through an address decoder 55 and Read/Write logic 56.

### THE HEARING AID

Referring now to FIG. 2, a wearable hearing aid according to the invention comprises a microphone 57, the output of which is fed through a programmable automatic gain control (AGC) circuit 58 and a switch

WID00418
WID00418

4,879,749

5

59 to one terminal of summing amplifier 60. In normal operation, amplifier 60 supplies the signal through the conductors 61 and 62 and a filter 63 to a programmable filter 64 which is adapted to be programmed in the manner described below to produce optimum hearing aid characteristics for the patient based on the measurements made of the patient's residual hearing. The output of the programmable filter 64 is fed from the movable contact 65 of the volume control 66, through a programmable limiter 67, and an amplifier 68 to the hearing aid receiver 69.

The programmable filter 64 comprises essentially a digital tapped delay line including a 12 bit A/D converter 70, which supplies outputs to a 32×12 random access memory (RAM) 71, a 12 bit temporary register 72, nd a 12 bit D/A converter 73. The signal supplied to the RAM 71 is sampled by a 5 bit up-down counter 74 controlled by timing logic 75 connected to receive clock signals from an oscillator divider 76 oscillating at a frequency at least twice the audio signal band width.

The characteristics of the programmable filter 64 are determined by coefficients stored in a random access memory (RAM) 77 which are selected and fed to a 7 bit D/A converter 78, the output of which is supplied to the D/A converter 73 for multiplication of the sampled data by a selected coefficient from the RAM 77. The output of the D/A converter 73 is summed in a conventional charge transfer summing circuit 78a and the sum signal is supplied through a sample and hold circuit 79 to a conventional anti-imaging filter 80. The output of the filter 80 is fed through the movable contact 81 of a switch 83 and a fixed contact 82 thereof to the volume control 66 and eventually to the receiver 69.

The coefficients stored in the RAM 77 when the hearing aid is in operation are provided essentially by an EEPROM 84 previously programmed by the host controller 20 (FIG. 1) as described in greater detail hereinafter. On power-up, the filter coefficients and limit parameters are transferred from the EEPROM 84 to the RAM 77 as follows: Tri-state switches 85 and 86 are enabled and power is supplied to the EEPROM 84 from a power-up control circuit 87. A switch 88 is now activated to connect an 11 bit counter 89 to the RAM 77 through the switch movable contact 90. The power-up control circuit 87 acting through the tri-state switch 85 supplies reset pulses to a divide-by-12 counter 91, to the 11 bit counter 89 and to a series parallel converter 92.

The power-up control circuit 87 also supplies clock pulses to the series parallel converter 92 and to the divide-by-12 counter 91 such that after every twelfth clock pulse, data is transferred from the EEPROM 84 through the series parallel converter 92 and the tri-state switch 86 to one of the memory locations in the RAM 77 as determined by the 11 bit counter 89. These steps are repeated as many times as are required to transfer all of the data stored in the EEPROM 84 to the RAM 77. When that occurs, the tri-state switch 86 is disabled and supplies a signal to the switch 88 to connect the movable contact 90 thereof to the fixed contact 93, which is connected to the movable contact 94 of a switch 95 and to the 5 bit counter 74 and the RAM 71. The hearing aid is then in its normal operating mode.

Automatic adjustment of the hearing aid to take into account environmental conditions such as changes in the speech level and type of background noise obtaining at any time is effected by environmental control means comprising a speech detector 96, four band pass filters 97, 98, 99 and 100, and a level detector including four

6

differently prebiased comparators 101, 102, 103 and 104. Typical bandwidths for the filters 97, 98, 99 and 100 might be 100–750 Hz, 750–1500 Hz, 1500–3000 Hz, and 3000 to the upper frequency limit, respectively. The speech detector 96 is conventional and may include a level detector followed by a short term averaging device. For steady state noise, the output of the level detector will be relatively constant, indicating that noise only is present. Whenever fluctuations in level are within a prescribed bandwidth typical of speech, the short term average increases, indicating that speech is present. The speech detector 96 is clocked periodically by signals from the oscillator divider 76 to provide either a zero output indicative of noise or a one output indicative of speech periodically to each of a plurality of sample and hold circuits 105, 106, 107 and 108. The outputs of the band pass filters 97, 98, 99 and 100 are rectified in the rectifiers 109, 110, 111 and 112, respectively and fed to the sample and hold circuits 105–108, respectively, the outputs of which are fed to the comparators 113, 114, 115 and 116, respectively. The outputs of the rectifiers 109–112, respectively, are also supplied directly as inputs to the comparators 113–116, respectively.

So long as there is a one output from the speech detector 96 indicating the presence of speech in the input, the instantaneous outputs of each of the band pass filters 97–100 are compared with previous values held in the sample and hold circuits 105–108, causing the comparators 113–116, respectively, to generate a binary coefficient (0,1) indicating whether or not the speech level in the associated band pass filter exceeds the noise level. At the same time, a level detector 117 responsive to the respective outputs of the comparators 101–104 generates a two bit coefficient indicating the average signal level.

The outputs of the comparators 113–116, inclusive, and of the input level detector 117 are fed to latching means 118, which provides a six bit output that is adapted to be transmitted through the switches 95 and 88 to the RAM 77. Whenever the output of the speech detector 96 indicates that speech is present, the binary outputs of the four filter level comparators 113–116, inclusive, and that of the average level detector 117 are transmitted to the RAM 77 through the control switches 95 and 88. These binary words are updated at regular intervals at a clock rate determined by the oscillator divider 76, as stated. Each of the sixty-four possible combinations of the 6 bit binary words identifies a different frequency response for the programmable filter, and a corresponding set of coefficients stored in the RAM 77 is selected, thereby automatically adjusting the hearing aid to the optimum set of parameter values as the speech level and type of background noise change.

In prescribing hearing aids with the use of the host controller, the subject is seated in a quiet room with the hearing aid inserted in his ear. The hearing aid is connected to the host controller by an electrical cable (not shown), thereby placing it directly under the control of the host controller. The prescriptive procedure usually consists of five stages:

(1) measurement of the subject's residual hearing;

(2) derivation of an appropriate set of electroacoustic characteristics of the hearing aid from such measurements, and programming the hearing aid accordingly;

(3) measuring acoustic feedback in the hearing aid;

WID004182
WID004182

4,879,749

7

(4) re-programming the hearing aid to minimize acoustic feedback; and

(5) paired comparison testing of possible alternative settings of the hearing aid to determine the optimal hearing aid settings for the subject.

The subject's residual hearing is measured using signals generated by the audiometric section 21 in the host controller 20 (FIG. 1). These signals are delivered to the hearing aid via the switch 29, an amplifier 119, a switch 120, a connector 121, a connector 122 in the hearing aid, and the conductor 62. The signals are processed by the digital programming filter and associated circuitry in the hearing aid and are delivered to the subject's ear using the hearing aid receiver and associated coupling that the subject will actually wear after the hearing aid is prescribed. This procedure eliminates the need for any corrections in going from headphone to sound field measurements. The measurements are usually obtained with narrow band stimuli (tones, warble tones, or narrow band noise) and include threshold of hearing, various loudness levels (comfortable, loud) and loudness discomfort level.

The measurements obtained on the patient's residual hearing are used in deriving the electroacoustic characteristics of the hearing aid. The measurements of loudness discomfort level are used to program the limiter 67 so that sounds amplified by the hearing aid never exceed the patient's loudness discomfort level. The measurements of auditory threshold, most comfortable loudness level, and loudness discomfort level are used to determine the frequency gain characteristics of the hearing aid.

FIG. 3 shows four frequency-gain characteristics for a typical patient. Curve A is used when the speech signal reaching the hearing aid is relatively low, as would occur when somebody speaks in a very soft voice. Under these conditions the hearing aid provides a large amount of gain, particularly in the high frequencies. This is done to ensure that the speech spectrum is placed above the patient's threshold of hearing at all frequencies.

Curve B is used when the incoming speech signal is at the low end of the comfortable loudness range for a normal hearing person. The amplification provided places the speech spectrum at the bottom of the patient's most comfortable loudness range at all frequencies.

Curve C is used when the level of the incoming speech is moderately loud for a normal hearing person. The amplification provided places the speech spectrum at the top of the patient's most comfortable loudness range for all but the lowest frequencies. Less gain is provided at the low frequencies to reduce upward spread of masking effects; e.g., weak high-frequency sounds being masked by intense low frequency sounds.

Curve D is used when the signals reaching the hearing aid are very loud for a normal hearing person. Under these conditions the hearing aid provides relatively little gain with a significant roll off in the low frequency region in order to substantially reduce upward spread of masking effects.

A set of coefficients is derived for each of these frequency gain characteristics. These coefficients are derived using procedures that are well known in the field of digital signal filtering and are used to program filter 64 so that the hearing aid produces the required frequency-gain characteristic. The filter coefficients are stored in the RAM 77.

8

The level of the incoming speech signal is determined by the level detectors 101, 102, 103 and 104. The decoder 117 generates a binary word depending on the outputs of these level detectors. This binary word is transmitted to the RAM 77, in order to select the appropriate set of filter coefficients. If the signal reaching the hearing aid consists of speech plus noise, as determined by the speech detector 96, then alternative frequency-gain characteristics are used. These frequency-gain characteristics are derived by first determining the incoming signal level, as described above, selecting an appropriate frequency-gain characteristic and then reducing the gain in those frequency regions where the background noise level exceeds the speech level. This is determined by comparing the output levels of the band-pass filters 97, 98, 99, and 100 when speech is present to the corresponding levels measured when noise only is present. The latter information is stored in the sample and hold units 105, 106, 107 and 108. The comparisons are done by means of the comparators 113, 114, 115, and 116. The outputs of these comparators in combination with the outputs of the level decoder, 117, generate a 6-bit word that selects the appropriate set of filter coefficients in the RAM 77.

For patient hearing parameter selection and programming, the hearing aid is interfaced with the host controller as described above, and the EEPROM 84 (FIG. 2) is plugged into a programming slot 124 in the host controller 20. A conductor in the line 125 (FIG. 1) is set to logic 1 by operation of the computer 24 which applies a logic 1 signal to the line 126 (FIG. 2), resulting in the tri-state switch 85 being disabled and the switch 88 being activated by an OR gate 127 to move the switch movable contact 90 to connect the counter 89 to the RAM 77. The host controller 20 generates reset pulses which are transmitted over a conductor in the line 128 (FIG. 1) through the connector 129 and the line 130 in the hearing aid (FIG. 2) to reset the counters 91 and 89 and the series-to-parallel converter 92.

Clock signals are fed from the host controller 20 over another conductor in the line 128 through a connector 131 and a conductor 132 in the hearing aid to the serial-to-parallel converter 92 and are divided by 12 in the counter 91, the output of which is fed through the switch 88 to the RAM 77. Synchronously with the clock signals on the line 132, data are fed from a conductor in the line 128 in the host controller 20 and through a connector 133 and a conductor 134 in the hearing aid to the serial-to-parallel converter 92. After every twelfth clock signal, data is transferred from the serial-to-parallel converter 92 through the tri-state switch 86 to one of the memory locations in the RAM 77 determined by the counter 89. This step may be repeated as many times as required to store essential data in the RAM 77 within the storage limits of the latter. The line 124 is then set to logic 0 by operation of the computer 24 through a conductor in the line 125, thus disabling the tristate switch 86 and actuating the switch 88 to cause the movable contact 90 thereof to move into engagement with the fixed contact 93 resulting in the connection of the RAM 77 to the counter 74 and to the RAM 71. The hearing aid is now ready for patient hearing parameter selection and programming.

The selection of the desired hearing aid parameters is accomplished by actuating the computer 24 to set the line 135 in the hearing aid (FIG. 2) to logic 1 through a conductor in the cable 128 and a connector 136 on the hearing aid. This activates the switch 95 and supplies

WID004183
WID004183

4,879,749

9

data in the form of 6 bit words from the series-to-parallel converter 92 over the line 137 through the movable contact 94 of the switch 95 and the movable contact 90 of the switch 88 to the RAM 77. The series-to-parallel converter 92 is reset by a signal from the computer 24 (FIG. 1) transmitted through a conductor in the line 128 and the connector 129 and conductor 130 in the hearing aid, and a 6 bit word is fed into the converter 92 and placed on seven of the address lines of the RAM 77, selecting one of sixty-four possible sets of coefficients for use in the programmable filter in the hearing aid. The selection proceeds in the like fashion throughout the process of frequency shaping of the filter.

Feedback cancellation is achieved in the hearing aid by first measuring the acoustic feed back in situ and then creating an electronic feedback path with identical amplitude and phase characteristics. The outputs of the two feedback paths are then subtracted, thereby cancelling any feedback signals that might occur.

Acoustic feedback is measured with the hearing aid in the ear as it would normally be worn. An electrical test signal is applied to the terminal 122 (FIG. 2) from the host controller 20. A portion of this amplified acoustic signal will leak through the ear mold and reach the microphone 57, which will then convert the signal back to electrical form and return it to the hearing aid amplifier. Feedback will occur if the total gain in the loop, i.e., from the input to the hearing aid to the output transducer 69 and from the microphone 57 back to the input to the 30 filter 63, exceeds unity.

For the purpose of this measurement, the feedback loop is broken between 140 and 122. Terminal 140 of the hearing aid is then connected to terminal 34 of the host controller, terminal 142 of the hearing aid is connected to terminal 31 of the host controller, and terminal 143 of the hearing aid is connected to terminal 144 of the host controller. The programmable phase shifter 30 and programmable amplifier 32 are then adjusted by the computer 24 so as to minimize the sum of the acoustic and electrical feedback signals of the output of summing amplifier 60.

From the settings obtained with the phase shifter 30 and amplifier 32 at cancellation (at the "null"), the host controller calculates a set of coefficients for a programmable filter to be inserted in the electrical feedback path between terminals 142 and 143 so as to cancel the acoustic feedback.

If desired, the additional programmable filter in the feedback path of the hearing aid can be eliminated by calculating the effective gain of both the forward and feedback paths and modifying the programmable filter 64 so as to include this additional gain. This implementation necessarily requires an adjustment to both the amplitude and phase characteristics of the filter 64, 55 Alternatively, filter 64 can be placed in the feedback path with appropriate changes in the coefficients.

The setting of the hearing aid is then checked using a paired comparison technique to determine if optimum frequency response characteristics for the patient have 60 been obtained. This involves the provision in the host controller of one or more additional programmable filters adjusted to have frequency responses that differ systematically from that prescribed using the above procedure. In the practice of this technique, the patient 65 compares the prescribed hearing aid against an alternative hearing aid by replacing the prescribed filter and limiter with components having alternative electro-

10

acoustic characteristics by actuation of a select switch 123 in the host controller 20. The patient listens to speech through the hearing aid, switching back and forth two sets of electroacoustic characteristics at will by means of the switches 123A and 123B, choosing the characteristic which is more intelligible or preferable in some way. Paired comparisons made in this manner may be repeated with systematic deviations from the prescribed frequency response in order to determine whether another frequency response would be more intelligible or preferable. If a better response is found, the paired comparison may be repeated iteratively until the optimum set of electroacoustic characteristics is found. Adaptive strategies for finding the optimum electro-acoustic characteristics are described in Levitt et al., Journal of Rehabilitation Research and Development, Vol. 23, No. 1, 1986, pages 79–87.

In normal operation, the EEPROM 84, with the optimum coefficients determined as described above stored therein, is plugged into the hearing aid, and when power is turned on the coefficients are transferred from the EEPROM 84 into the RAM 77. From then on the EEPROM is inactive in order to save power. The operating sequence is as follows: On power-up the tri-state switches 85 and 86 are enabled, power is supplied to the EEPROM 84 from the power-up control circuit 87, and the switch 88 is activated to connect the counter 89 to the RAM 77. The power-up circuit control 87 supplies reset pulses to the counters 89 and 91 and to the series-to-parallel converter 92, and clock pulses to the counter 91, the converter 92 and the EEPROM 84. After every twelfth clock pulse, data is transferred from the series-to-parallel converter 92 through the tri-state switch 88 to one of the memory locations in the RAM 77 determined by the counter 89. This step is repeated until all the data stored in the EEPROM 84 have been transferred to the RAM 77. The tri-state switch 86 is then disabled and the switch 88 is connected to the switch 37, the counter 74 and the RAM 71.

The hearing aid is now in its normal operating mode and speech detected by the microphone 57 is amplified in the programmable automatic gain control circuit 58 and transmitted through the amplifier 60, the filter 63 and the low pass filter 63c into the programmable filter circuitry.

A so-called "bucket brigade" analog delay line may be used as a programmable filter instead of the digital delay line described above, as shown in FIG. 4. Thus, the audio signal may be fed from the filter 63c through a compressor 145 to a delay line 146 having, say, thirty-two taps therealong. The delay line 146 is clocked by a 50% duty cycle signal at a frequency equal to at least twice the audio signal bandwidth. During the logic "1" period of the clock, the audio signal is supplied into the next stage of the analog delay line. On the falling edge of the clock signal, the analog signal is held in the next stage. During the logic "0" period of the clock, an analog multiplexer 147 selects one of the thirty-two taps of the delay line and feeds the signal therefrom into the input of a 7 bit D/A converter 148. The signal is divided down in a resistance ladder in the converter 148 as determined by a 7 bit word from the RAM 77, the address of which is specified by the counter 89.

The divided down voltage is then given a plus or minus sign as determined by a bit from the series-parallel converter 92 and is fed to a switched capacitor summing circuit 149. The analog multiplexer 147 proceeds to the next tap and repeats the process just described for

WID004184
WID004184

4,879,749

11

a total of thirty-two times. The thirty-two voltages thus derived are summed in the summing circuit 149 and transferred to a sample and hold circuit 150, the output of which is expanded in an expander 151 and supplied through the filter 80 to the hearing a receiver 69.

An analog tapped delay line in which the delays are achieved acoustically might also be employed in a programmable hearing aid filter according to the invention, instead of the digital and analog delay lines described above. This might be accomplished by feeding the hearing aid electrical signals to a transducer to generate sound to travel along a tube of appropriate length and having taps in the form of miniature microphones disposed along the tube. The signals at the taps would be multiplied by selected predetermined coefficients and added to produce a resultant characteristic much in the same manner as described above.

By using an array of two or more microphones on the body (e.g., along the frame of a pair of spectacles), the weighting coefficients can be chosen in the manner described above such that the weighted summed output of the microphones, with an appropriate phase shift, is equivalent to the output of a frequency selective directional microphone. This will reduce the effects of both noise and room reverberation. A typical configuration is shown in FIG. 5 as comprising the microphones 155 and 156 supplying inputs to amplifiers 157 and 158, the gain and phase characteristics of each of which is programmable from the RAM 77 in the hearing aid. The outputs of the programmable gain amplifiers 157 and 158 are summed in a summing amplifier 159, the output of which would be supplied to the programmable AGC device 51.

Automatic adjustment of the frequency response of the hearing aid as a function of speech level may also be effected by placing the programmable filter in a feedback loop in series with a programmable compression amplifier. Since the degree of feedback depends on signal level, the overall frequency response also depends on signal level.

The components shown in FIGS. 2, 4 and 5 may be incorporated in the hearing aid or part may be contained in a pocket size case to be carried in the clothing of the person wearing the hearing aid. In the latter case, the components contained in the case may be coupled to the components in the hearing aid by a conventional FM transmission link, for example.

The invention thus provides a novel and highly effective hearing aid system for use by hearing impaired patients. By utilizing a digital or analog delay line as a programmable filter in a hearing aid, it is possible to establish optimal hearing aid parameters for the patient. Moreover, by virtue of the novel means employed for effecting automatic adjustment of the programmable filter to optimum parameter values as the speech level, room reverberation and type of background noise change and for reducing acoustic feedback, a superior hearing aid system of optimum characteristics can be prescribed for hearing deficient patients.

12

The several embodiments described above and depicted in the drawings are intended to be only illustrative, and modifications in form and detail are possible within the scope of the following claims. For example, more than four bandwidth filters and different frequency-bands might be employed. Also, the number of taps on the digital filter may be greater than 32 as in the specific embodiment described above and the A/D converter may, of course have more than 12 bit resolution.

We claim:

1. A host controller for producing data from a computer for a programmable hearing aid to cancel acoustic feedback comprising means for receiving signals from the hearing aid and measuring phase and amplitude, means for receiving signals from the hearing aid indicative of the summation of acoustic feedback and acoustic feedback cancellation signals, and means controlled by the computer for adjusting the phase and amplitude necessary to eliminate acoustic feedback and produce a null summation.

2. A host controller as set forth in claim 1 including means controlled by the computer for transmitting phase shift and amplitude data to program the hearing aid to eliminate acoustic feedback.

3. A host controller as set forth in claim 1 including a sound generator for generating test signals supplied to the hearing aid and in which the means for receiving signals from the hearing aid includes a circuit for receiving the test signals back from the hearing aid to provide reference phase and amplitude signals.

4. A host controller as set forth in claim 3 in which said circuit includes computer controlled means for adjusting the phase shift and amplitude to produce an acoustic feedback cancellation signal.

5. A host controller as set forth in claim 2 including computer controlled means for supplying a logic signal to the hearing aid for programming and a logic signal to the hearing aid to restore it for use by the patient.

6. A host controller for programming a filter interposed in a transmission channel of a hearing aid between a microphone and a receiver from a computer associated with the host controller comprising a signal generator for generating test signals supplied to the receiver, a circuit for returning an output signal from the transmission channel, a phase and amplitude measuring circuit for measuring the phase and amplitude of the output signal, said phase and amplitude circuit including adjustable phase shift and amplitude means controlled by the computer for adjusting the phase shift and amplitude necessary to eliminate acoustic feedback and transmitting an acoustical feedback cancellation signal to the hearing aid and a circuit for receiving signals from the hearing aid indicative of the summation of acoustic feedback and acoustic feedback cancellation signals to produce a null summation when the phase shift and amplitude adjustments necessary to eliminate acoustic feedback have been achieved.

* * * * *

Exhibit 22

~US 4731850

TW 907

Europäisches Patentamt
European Patent Office
Office européen des brevets

(11) Publication number: **0 250 679
A2**

# EUROPEAN PATENT APPLICATION

(21) Application number: 86307717.8

(51) Int. Cl.4: H04R 25/00 , H03G 5/16 , H04R 3/02

(22) Date of filing: 07.10.86

(30) Priority: 26.06.86 US 879214

(43) Date of publication of application:
07.01.88 Bulletin 88/01

(84) Designated Contracting States:
AT BE CH DE ES FR GB GR IT LI LU NL SE

(71) Applicant: AUDIMAX, INC.
200 Holt Street
Hackensack New Jersey 07601(US)

(72) Inventor: Levitt, Harry
46 Tanglewood Drive
Livingston New Jersey 07039(US)
Inventor: Dugot, Richard S.
590 West End Avenue
New York New York 10024(US)
Inventor: Kopper, Kenneth W.
746 Oak Avenue
River Edge New Jersey 07661(US)

(74) Representative: Abbott, Leonard Charles et al
GILL JENNINGS & EVERY 53-64 Chancery
Lane
London WC2A 1HN(GB)

(54) Programmable sound reproducing system.

(57) In a hearing aid system, selected optimum parameter values are programmed into an electronically erasable, programmable read-only memory (EEPROM) (84) which supplies coefficients to a programmable filter (84) and amplitude limiter (67) in the hearing aid so as to cause the hearing aid to adjust automatically to the optimum set of parameter values for the speech level, room reverberation, and type of background noise then obtaining. The programmable filter may be a digital equivalent of a tapped delay line in which each delayed sample is multiplied by a weighting coefficient, and the sum of the weighted samples generates a desired electroacoustic characteristic; or a tapped analog delay line in which the sum of the weighted outputs of the taps generates the desired characteristics.

Acoustical feedback is reduced by an electrical feedback path in the hearing aid which is matched in both amplitude and phase to the acoustic feedback path, the two feedback signals being subtracted so as to cancel each other. Alternatively, a single filter in the forward path may be used for this purpose with a transmission characteristic equivalent to that of the programmable filter in the forward path plus the electrical feedback path. Also, the relative speech-noise content in the signals from the hearing aid microphone is sensed and binary words are generated and supplied to the programmable filter for selecting from memory a set of delay line tap coefficients that are effective to impart to the filter the appropriate frequency response for the specific environmental noise condition being detected.

EP 0 250 679 A2

Xerox Copy Centre

EXHIBIT
Widep 48
6-28-07

EXHIBIT
PX 775

WID004186
WID004186

0 250 679



FIG. 2

1a

WID004187
WID004187

1                           0 250 579                           2

# PROGRAMMABLE SOUND REPRODUCING SYSTEM

This invention relates to sound-reproducing systems and more particularly to hearing aids that are programmable so as to have suitable characteristics to compensate for the hearing deficiencies of a patient.

Conventional hearing aids suffer from several shortcomings. It is difficult if not impossible with conventional hearing aids to provide a frequency-gain characteristic that is ideal for each individual user. The acoustic coupling between the hearing aid receiver and the eardrum also introduces change in the frequency-gain characteristic that is usually deleterious to both speech intelligibility and overall sound quality. For many patients, the optimum frequency-gain characteristic varies as a function of the level of the speech signal reaching the hearing aid. In order to protect patients from uncomfortably or dangerously loud signals, it is also necessary to limit the maximum acoustic power output of the hearing aid in some way. The methods used to limit acoustic power output of hearing aids typically introduce deleterious distortions to the amplified speech signal.

Another common problem is that of acoustic feedback. Even in the best designed hearing aids, not all of the amplified acoustic signal is delivered to the eardrum. A small proportion of the amplified acoustic signal leaks back to the hearing aid microphone forming an acoustic feedback loop. If the gain of the hearing aid is sufficiently high, this acoustic feedback will cause a self-generating oscillation to occur, resulting in an unwanted and highly unpleasant whistling sound. These acoustic oscillations prevent the hearing aid from being used. Methods of acoustic feedback control that are typically used include a tighter acoustic seal between the earmould and the walls of the ear canal so as to reduce acoustic leakage, placing the microphone at some distance from the hearing aid receiver, e.g. on the opposite ear, or simply reducing the gain of the hearing aid. None of these methods provides a satisfactory solution for high-gain hearing aids.

One of the most common complaints of hearing aid users is that background noise is particularly damaging to the understanding of speech. Methods currently used to reduce background noise in hearing aids employ filtering techniques in which the frequency regions containing high noise levels are eliminated.

Another common problem is that of room reverberation produced by acoustic reflections off the walls, ceiling, floor, and other surfaces in a room. A small amount of reverberation is beneficial but too much reverberation will make a room sound hollow or echoic and will interfere with both the quality and the intelligibility of speech.

Systems have been proposed heretofore utilizing computers for testing the hearing of patients and generating programming for a programmable hearing aid, as disclosed in "Computer Application in Audiology and Rehabilitation of the Hearing Impaired" by Harry Levitt, Journal of Communication Disorders 13 (1980), pages 471-481, and in the U.S. patents Nos. 4 187 413, 4 489 610 and 4 548 082, for example. None of these systems, however, affords a satisfactory solution for the problems of acoustic feedback, background noise, room reverberation and changes in the optimum frequency-gain characteristic resulting from variations in the level of the speech signal reaching the hearing aid.

It is an object of the invention, accordingly, to provide a new and improved hearing aid system that is free of one or more of the above-noted deficiencies of the prior art.

A hearing aid system according to a preferred embodiment of the invention comprises a hearing aid that is programmable so as to have optimum electro-acoustic characteristics for the patient and acoustic environment in which it is used. It also includes instrumentation for measuring relevant audiological characteristics of the patient, as well as techniques and instrumentation for programming the hearing aid to have selected characteristics to compensate for hearing deficiencies determined from the measurements made. Desirably, several sets of optimum hearing aid parameter values, specified in terms of both the amplitude and phase characteristics, are determined for the patient as a function of speech level, type of background noise, and room reverberation, both spectral and temporal characteristics of the noise being taken into account. The selected optimum parameter values are preferably programmed into an electronically erasable, programmable read only memory (EEPROM) which supplies coefficients to programmable filter and amplitude limiting means in the hearing aid so as to cause the hearing aid to adjust automatically to the optimum set of parameter values for the speech level, room reverberation, and type of background noise then obtaining.

In one form, the programmable filter may be a digital equivalent of a tapped delay line in which each delayed sample is multiplied by a weighting coefficient. The sum of the weighted samples gen-

2

WID004188
WID004188

3                    0 250 679                    4

erates the desired electroacoustic characteristics. Alternatively, the programmable filter may be a tapped analog delay line in which the sum of the weighted outputs of the taps generates the desired characteristics. An important advantage of the latter type of filter is that the power consumption is low and quasi-digital techniques can be used, i.e. the waveform is sampled at discrete intervals in time without analog-to-digital conversion.

Another form of filter uses a small number of delays in which the delayed output is multiplied by a coefficient and added to the filter input so as to achieve additional delays, a technique known as recursive filtering.

The invention also provides means for reducing acoustical feedback. In one embodiment, an electrical feedback path in the hearing aid is matched in both amplitude and phase to the acoustic feedback path and the two feedback signals are subtracted so as to cancel each other. In an alternative embodiment, a single filter in the forward path is used with a transmission characteristic equivalent to that of the filter in the forward path plus the electrical feedback path.

Environmental noise control may be effected by providing means for sensing the relative speech/noise content in the signals from the hearing aid microphone and generating binary words that are supplied to the programmable filter for selecting from a memory a set of delay line tap coefficients that are effective to impart to the filter the appropriate frequency response for the specific environmental noise condition then being detected.

Reduction in both noise and reverberation may be achieved by the use of two or more microphones. The output of each microphone is processed in both amplitude and phase such that the summed output of the microphones is analogous to the output of a frequency selective directional microphone.

For a better understanding of the invention, reference is made to the following detailed description of a representative embodiment taken in conjunction with the accompanying drawings, in which:

Figure 1 illustrates schematically a host controller for use in prescribing a wearable, programmable hearing aid embodying the invention;

Figure 2 illustrates schematically one form of programmable hearing aid according to the invention which utilises a digital delay line filter;

Figure 3 shows a set of optimum frequency-gain characteristics appropriate for different speech levels for a typical hearing impaired subject;

Figure 4 is a partial schematic diagram of the hearing aid shown in Figure 2, modified to utilise an analog delay line filter; and

Figure 5 shows schematically how multiple microphones can be used to reduce both noise and reverberation.

There will now be described a hearing aid system embodying the invention which comprises generally a wearable, programmable hearing aid in which all operations are controlled by data stored in an erasable electrical programmable read only memory (EEPROM), and a host controller providing electrical signals and test sounds as necessary for measuring the residual hearing of a subject, establishing optimal hearing aid parameters for the subject (including the phase relationship between input and output) and generating control signals as necessary to program the EEPROM module to perform the desired operations in the hearing aid.

## THE HOST CONTROLLER

Referring first to Figure 1, the host controller 20 is shown as comprising an audiometric signal generator 21 including a signal generator 22, the frequency of which is controllable by a digital-to-analog (D/A) converter 23 controlled by a computer 24 through a latch 25. The output level of the signal generator is adapted to be adjusted by an attenuator 26 also controlled by the computer 24, through a latch 27. The output of the attenuator 26 is supplied to one terminal 28 of a switch 29, from which it can be transmitted through an amplifier 119 and a switch 120 to a terminal connector 121.

The host controller 20 also includes a phase measurement circuit comprising a digital phase shifter 30 which is adapted to receive the output voltage of the hearing aid through a connector 31 and a programmable gain amplifier 32, the gain of which is controllable by the computer 24 through the latch 33.

In adjusting a hearing aid for reduced feedback as described below, the input voltage developed by the hearing aid microphones in response to acoustic feedback alone when a test signal is supplied to the hearing aid is summed with an electrical feedback voltage supplied to the terminal 144 by the phase shifter 30. The summed acoustic and electrical feedback voltages from the hearing aid are supplied from the terminal 34 through the engaged movable and fixed contacts 35 and 36 of a switch 37, a programmable gain amplifier 38, a rectifier 39 and an analog to digital (A/D) converter 40 to the computer 24. In effecting the adjustment, the gain of the amplifier 32 and the phase shifter 30 are adjusted until a null output from the A/D converter 40 is read by the computer 24, indicating cancella-

5

WID004189
WID004189

5                    0 250 679                    6

tion of the electrical and acoustic signals. The settings of the phase shifter 30 and the amplifier are then used to program an EEPROM in the hearing aid so as to cancel acoustic feedback.

The programmable gain amplifier 38 is controlled by the computer 24 through a latch 41, and the digital phase shifter 30 is also controlled by the computer 24 through the latches 42 and 43.

Additional components of the host controller 20 are programming logic units comprising the latches 44 and 45 and a conventional tri-state buffer 46 which are activated in response to the computer 24 to provide the necessary signals to program the EEPROM and control the hearing aid during testing and programming, as described in greater detail below.

A conventional tape player 47 is also provided for generating various sound combinations for testing of a patient's hearing. The tape player 47 is controlled by the computer 24 through a latch 48 and its output level is adapted to be controlled by an attenuator 49, also controlled by the computer 24, through a latch 50. The output of the attenuator 49 is supplied to the movable contact 51 of a switch 52 which is controllable to supply the output either to a connector 53 to a sound field system, or to a fixed contact 54 on the switch 29 for supply to the hearing aid, as described in greater detail below. The switches 29 and 52 and the tri-state buffer 46 are adapted to be controlled by the computer 24 through the latch 44.

The respective latches 27, 25, 42, 43, 33, 40, 41, 44, 45, 48 and 50 are adapted to be controlled by the computer 24 through an address decoder 55 and Read/Write logic 56.

## THE HEARING AID

Referring now to Figure 2, a wearable hearing aid according to the invention comprises a microphone 57, the output of which is fed through a programmable automatic gain control (AGC) circuit 58 and a switch 59 to one terminal of summing amplifier 60. In normal operation, amplifier 60 supplies the signal through the conductors 61 and 62 and a filter 63 to a programmable filter 64 which is adapted to be programmed in the manner described below to produce optimum hearing aid characteristics for the patient based on the measurements made of the patient's residual hearing. The output of the programmable filter 64 is fed from the movable contact 65 of the volume control 66, through a programmable limiter 67, and an amplifier 68 to the hearing aid receiver 69.

The programmable filter 64 comprises essentially a digital tapped delay line including a 12-bit A/D converter 70, which supplies outputs to a 32x12 random access memory (RAM) 71, a 12-bit temporary register 72, and a 12 bit D/A converter 73. The signal supplied to the RAM 71 is sampled by a 5-bit up-down counter 74 controlled by timing logic 75 connected to receive clock signals from an oscillator divider 76 oscillating at a frequency at least twice the audio signal band width.

The characteristics of the programmable filter 64 are determined by coefficients stored in a random access memory (RAM) 77 which are selected and fed to a 7-bit D/A converter 78, the output of which is supplied to the D/A converter 73 for multiplication of the sampled data by a selected coefficient from the RAM 77. The output of the D/A converter 73 is summed in a conventional charge transfer summing circuit 78a and the sum signal is supplied through a sample-and-hold circuit 79 to a conventional anti-imaging filter 80. The output of the filter 80 is fed through the movable contact 81 of a switch 83 and a fixed contact 82 thereof to the volume control 86 and eventually to the receiver 69.

The coefficients stored in the RAM 77 when the hearing aid is in operation are provided essentially by an EEPROM 84 previously programmed by the host controller 20 (Figure 1) as described in greater detail hereinafter. On power-up, the filter coefficients and limit parameters are transferred from the EEPROM 84 to the RAM 77 as follows: Tri-state switches 85 and 86 are enabled and power is supplied to the EEPROM 84 from a power-up control circuit 87. A switch 88 is now activated to connect an 11 bit counter 89 to the RAM 77 through the switch movable contact 90. The power-up control circuit 87 acting through the tri-state switch 85 supplies reset pulses to a divide-by-12 counter 91, to the 11-bit counter 89 and to a series-parallel converter 92.

The power-up control circuit 87 also supplies clock pulses to the series-parallel converter 92 and to the divide-by-12 counter 91 such that after every twelfth clock pulse, data is transferred from the EEPROM 84 through the series-parallel converter 92 and the tri-state switch 86 to one of the memory locations in the RAM 77 as determined by the 11-bit counter 89. These steps are repeated as many times as are required to transfer all of the data stored in the EEPROM 84 to the RAM 77. When that occurs, the tri-state switch 85 is disabled and supplies a signal to the switch 88 to connect the movable contact 90 thereof to the fixed contact 93, which is connected to the movable contact 94 of a switch 95 and to the 5-bit counter 74 and the RAM 71. The hearing aid is then in its normal operating mode.

4

WID004190
WID004190

7                    0 250 679                    8

Automatic adjustment of the hearing aid to take into account environmental conditions such as changes in the speech level and type of background noise obtaining at any time is effected by environmental control means comprising a speech detector 96, four band-pass filters 97, 98, 99 and 100, and a level detector including four differently pre-biased comparators 101, 102, 103 and 104. Typical bandwidths for the filters 97, 98, 99 and 100 might be 100-750 Hz, 750-1500 Hz, 1500-3000 Hz, and 3000 to the upper frequency limit, respectively. The speech detector 96 is conventional and may include a level detector followed by a short term averaging device. For steady state noise, the output of the level detector will be relatively constant, indicating that noise only is present. Whenever fluctuations in level are within a prescribed bandwidth typical of speech, the short term average increases, indicating that speech is present. The speech detector 96 is clocked periodically by signals from the oscillator divider 76 to provide either a zero-output indicative of noise or a one-output indicative of speech periodically to each of a plurality of sample-and-hold circuits 105, 106, 107 and 108. The outputs of the band-pass filters 97, 98, 99 and 100 are rectified in the rectifiers 109, 110, 111 and 112, respectively, and fed to the sample-and-hold circuits 105-108 respectively, the outputs of which are fed to the comparators 113, 114, 115 and 116, respectively. The outputs of the rectifiers 109-112, respectively, are also supplied directly as inputs to the comparators 113-116, respectively.

So long as there is a one-output from the speech detector 96 indicating the presence of speech in the input, the instantaneous outputs of each of the band-pass filters 97-100 are compared with previous values held in the sample-and-hold circuits 105-108, causing the comparators 113-116, respectively, to generate a binary coefficient (0,1) indicating whether or not the speech level in the associated band-pass filter exceeds the noise level. At the same time, a level detector 117 responsive to the respective outputs of the comparators 101-104 generates a two-bit coefficient indicating the average signal level.

The outputs of the comparators 113-116, inclusive, and of the input level detector 117 are fed to latching means 118, which provides a six-bit output that is adapted to be transmitted through the switches 95 and 88 to the RAM 77. Whenever the output of the speech detector 96 indicates that speech is present, the binary outputs of the four filter level comparators 113-116, inclusive, and that of the average level detector 117 are transmitted to the RAM 77 through the control switches 95 and 88. These binary words are updated at regular intervals at a clock rate determined by the oscilla-

tor divider 76, as stated. Each of the sixty-four possible combinations of the 6-bit binary words identifies a different frequency response for the programmable filter, and a corresponding set of coefficients stored in the RAM 77 is selected, thereby automatically adjusting the hearing aid to the optimum set of parameter values as the speech level and type of background noise change.

In prescribing hearing aids with the use of the host controller, the subject is seated in a quiet room with the hearing aid inserted in his ear. The hearing aid is connected to the host controller by an electrical cable (not shown), thereby placing it directly under the control of the host controller. The prescriptive procedure usually consists of five stages:

(1) measurement of the subject's residual hearing;

(2) derivation of an appropriate set of electroacoustic characteristics of the hearing aid from such measurements, and programming the hearing aid accordingly;

(3) measuring acoustic feedback in the hearing aid;

(4) re-programming the hearing aid to minimise acoustic feedback; and

(5) paired comparison testing of possible alternative settings of the hearing aid to determine the optimal hearing aid settings for the subject.

The subject's residual hearing is measured using signals generated by the audiometric section 21 in the host controller 20 (Figure 1). These signals are delivered to the hearing aid via the switch 29, an amplifier 119, a switch 120, a connector 121, a connector 122 in the hearing aid, and the conductor 82. The signals are processed by the digital programming filter and associated circuitry in the hearing aid and are delivered to the subject's ear using the hearing aid receiver and associated coupling that the subject will actually wear after the hearing aid is prescribed. This procedure eliminates the need for any corrections in going from headphone to sound field measurements. The measurements are usually obtained with narrow band stimuli (tones, warble tones, or narrow band noise) and include threshold of hearing, various loudness levels (comfortable, loud) and loudness discomfort level.

The measurements obtained on the patient's residual hearing are used in deriving the electroacoustic characteristics of the hearing aid. The measurements of loudness discomfort level are used to program the limiter 67 so that sounds amplified by the hearing aid never exceed the patient's loudness discomfort level. The measure-

5

WID004191
WID004191

ments of auditory threshold, most comfortable loudness level, and loudness discomfort level are used to determine the frequency gain characteristics of the hearing aid.

Figure 3 shows four frequency-gain characteristics for a typical patient. Curve A is used when the speech signal reaching the hearing aid is relatively low, as would occur when somebody speaks in a very soft voice. Under these conditions the hearing aid provides a large amount of gain, particularly in the high frequencies. This is done to ensure that the speech spectrum is placed above the patient's threshold of hearing at all frequencies.

Curve B is used when the incoming speech signal is at the low end of the comfortable loudness range for a normal hearing person. The amplification provided places the speech spectrum at the bottom of the patient's most comfortable loudness range at all frequencies.

Curve C is used when the level of the incoming speech is moderately loud for a normal hearing person. The amplification provided places the speech spectrum at the top of the patient's most comfortable loudness range for all but the lowest frequencies. Less gain is provided at the low frequencies to reduce upward spread of masking effects; e.g. weak high-frequency sounds being masked by intense low frequency sounds.

Curve D is used when the signals reaching the hearing aid are very loud for a normal hearing person. Under these conditions the hearing aid provides relatively little gain with a significant roll-off in the low frequency region in order to substantially reduce upward spread of masking effects.

A set of coefficients is derived for each of these frequency gain characteristics. These coefficients are derived using procedures that are well known in the field of digital signal filtering and are used to program filter 64 so that the hearing aid produces the required frequency-gain characteristic. The filter coefficients are stored in the RAM 77.

The level of the incoming speech signal is determined by the level detectors 101, 102, 103 and 104. The decoder 117 generates a binary word depending on the outputs of these level detectors. This binary word is transmitted to the RAM 77, in order to select the appropriate set of filter coefficients. If the signal reaching the hearing aid consists of speech plus noise, as determined by the speech detector 96, then alternative frequency-gain characteristics are used. These frequency-gain characteristics are derived by first determining the incoming signal level, as described above, selecting an appropriate frequency-gain characteristic and then reducing the gain in those frequency regions where the background noise level exceeds the speech level. This is determined by comparing the output levels of the bandpass filters 97, 98, 99

and 100 when speech is present to the corresponding levels measured when noise only is present. The latter information is stored in the sample-and-hold units 105, 106, 107 and 108. The comparisons are done by means of the comparators 113, 114, 115 and 116. The outputs of these comparators in combination with the outputs of the level decoder 117 generate a 6-bit word that selects the appropriate set of filter coefficients in the RAM 77.

For patient hearing -parameter selection and programming, the hearing aid is interfaced with the host controller as described above, and the EEPROM 84 (Figure 2) is plugged into a programming slot 124 in the host controller 20. A conductor in the line 125 (Figure 1) is set to logic 1 by operation of the computer 24 which applies a logic 1 signal to the line 126 (Figure 2), resulting in the tri-state switch 85 being disabled and the switch 88 being activated by an OR gate 127 to move the switch movable contact 90 to connect the counter 89 to the RAM 77. The host controller 20 generates reset pulses which are transmitted over a conductor in the line 128 (Figure 1) through the connector 129 and the line 130 in the hearing aid (Figure 2) to reset the counters 91 and 89 and the series-to-parallel converter 82.

Clock signals are fed from the host controller 20 over another conductor in the line 128 through a connector 131 and a conductor 132 in the hearing aid to the serial-to-parallel converter 92 and are divided by 12 in the counter 91, the output of which is fed through the switch 88 to the RAM 77. Synchronously with the clock signals on the line 132, data are fed from a conductor in the line 128 in the host controller 20 and through a connector 133 and a conductor 134 in the hearing aid to the serial-to-parallel converter 82. After every twelfth clock signal, data is transferred from the serial-to-parallel converter 82 through the tri-state switch 86 to one of the memory locations in the RAM 77 determined by the counter 88. This step may be repeated as many times as required to store essential data in the RAM 77 within the storage limits of the latter. The line 126 is then set to logic 0 by operation of the computer 24 through a conductor in the line 125, thus disabling the tri-state switch 86 and actuating the switch 88 to cause the movable contact 90 thereof to move into engagement with the fixed contact 93 resulting in the connection of the RAM 77 to the counter 74 and to the RAM 71. The hearing aid is now ready for patient hearing parameter selection and programming.

The selection of the desired hearing aid parameters is accomplished by actuating the computer 24 to set the line 135 in the hearing aid (Figure 2) to logic 1 through a conductor in the cable 128 and a connector 136 on the hearing aid. This activates the switch 85 and supplies data in the form of 6-bit

WID004192
WID004192

11                    0 250 679                    12

words from the series-to-parallel converter 92 over the line 137 through the movable contact 94 of the switch 95 and the movable contact 90 of the switch 88 to the RAM 77. The series-to-parallel converter 92 is reset by a signal from the computer 24 (Figure 1) transmitted through a conductor in the line 128 and the connector 129 and conductor 130 in the hearing aid, and a 6-bit word is fed into the converter 92 and placed on seven of the address lines of the RAM 77, selecting one of sixty-four possible sets of coefficients for use in the programmable filter in the hearing aid. The selection proceeds in the like fashion throughout the process of frequency shaping of the filter.

Feedback cancellation is achieved in the hearing aid by first measuring the acoustic feed back in situ and then creating an electronic feedback path with identical amplitude and phase characteristics. The outputs of the two feedback paths are then subtracted, thereby cancelling any feedback signals that might occur.

Acoustic feedback is measured with the hearing aid in the ear as it would normally be worn. An electrical test signal is applied to the terminal 122 (Figure 2) from the host controller 20. A portion of this amplified acoustic signal will leak through the ear mould and reach the microphone 57, which will then convert the signal back to electrical form and return it to the hearing aid amplifier. Feedback will occur if the total gain in the loop, i.e. from the input to the filter 63 through the filter and amplifier of the hearing aid to the output transducer 68 and from the microphone 57 back to the input to the filter 63, exceeds unity.

For the purpose of this measurement, the feedback loop is broken between 140 and 122. Terminal 140 of the hearing aid is then connected to terminal 34 of the host controller, terminal 142 of the hearing aid is connected to terminal 31 of the host controller, and terminal 143 of the hearing aid is connected to terminal 144 of the host controller. The programmable phase shifter 30 and programmable amplifier 32 are then adjusted by the computer 24 so as to minimise the sum of the acoustic and electrical feedback signals of the output of summing amplifier 60.

From the settings obtained with the phase shifter 30 and amplifier 32 at cancellation (at the "null"), the host controller calculates a set of coefficients for a programmable filter to be inserted in the electrical feedback path between terminals 142 and 143 so as to cancel the acoustic feedback.

If desired, the additional programmable filter in the feedback path of the hearing aid can be eliminated by calculating the effective gain of both the forward and feedback paths and modifying the programmable filter 64 so as to include this additional gain. This implementation necessarily re-

quires an adjustment to both the amplitude and phase characteristics of the filter 64. Alternatively, filter 64 can be placed in the feedback path with appropriate changes in the coefficients.

The setting of the hearing aid is then checked using a paired comparison technique to determine if optimum frequency response characteristics for the patient have been obtained. This involves the provision in the host controller of one or more additional programmable filters adjusted to have frequency responses that differ systematically from that prescribed using the above procedure. In the practice of this technique, the patient compares the prescribed hearing aid against an alternative hearing aid by replacing the prescribed filter and limiter with components having alternative electroacoustic characteristics by actuation of a select switch 123 in the host controller 20. The patient listens to speech through the hearing aid, switching back and forth two sets of electroacoustic characteristics at will by means of the switches 123A and 123B, choosing the characteristic which is more intelligible or preferable in some way. Paired comparisons made in this manner may be repeated with systematic deviations from the prescribed frequency response in order to determine whether another frequency response would be more intelligible or preferable. If a better response is found, the paired comparison procedure may be repeated iteratively until the optimum set of electroacoustic characteristics is found. Adaptive strategies for finding the optimum electro-acoustic characteristics are described in Levitt et al., Journal of Rehabilitation Research and Development, Vol. 23, No. I, 1986, pages 79-87.

In normal operation, the EEPROM 84, with the optimum coefficients determined as described above stored therein, is plugged into the hearing aid, and when power is turned on the coefficients are transferred from the EEPROM 84 into the RAM 77. From then on the EEPROM is inactive in order to save power. The operating sequence is as follows: On power-up the tri-state switches 85 and 86 are enabled, power is supplied to the EEPROM 84 from the power-up control circuit 87, and the switch 88 is activated to connect the counter 89 to the RAM 77. The power-up circuit control 87 supplies reset pulses to the counters 89 and 91 and to the series-to-parallel converter 92, and clock pulses to the counter 91, the converter 92 and the EEPROM 84. After every twelfth clock pulse, data is transferred from the series-to-parallel converter 92 through the tri-state switch 86 to one of the memory locations in the RAM 77 determined by the counter 89. This step is repeated until all the data

7

13    0 250 679    14

stored in the EEPROM 84 have been transferred to the RAM 77. The tri-state switch 86 is then disabled and the switch 88 is connected to the switch 37, the counter 74 and the RAM 71.

The hearing aid is now in its normal operating mode and speech detected by the microphone 57 is amplified in the programmable automatic gain control circuit 58 and transmitted through the amplifier 80, the filter 83 and the low pass filter 83a into the programmable filter circuitry.

A so-called "bucket brigade" analog delay line may be used as a programmable filter instead of the digital delay line described above, as shown in Figure 4. Thus, the audio signal may be fed from the filter 83a through a compressor 145 to a delay line 146 having, say, thirty-two taps therealong. The delay line 146 is clocked by a 50% duty cycle signal at a frequency equal to at least twice the audio signal bandwidth. During the logic "1" period of the clock, the audio signal is supplied into the next stage of the analog delay line. On the falling edge of the clock signal, the analog signal is held in the next stage. During the logic "0" period of the clock, an analog multiplexer 147 selects one of the thirty-two taps of the delay line and feeds the signal therefrom into the input of a 7-bit D/A converter 148. The signal is divided down in a resistance ladder in the converter 148 as determined by a 7-bit word from the RAM 77, the address of which is specified by the counter 89.

The divided down voltage is then given a plus or minus sign as determined by a bit from the series-parallel converter 82 and is fed to a switched capacitor summing circuit 149. The analog multiplexer 147 proceeds to the next tap and repeats the process just described for a total of thirty-two times. The thirty-two voltages thus derived are summed in the summing circuit 149 and transferred to a sample-and-hold circuit 150, the output of which is expanded in an expander 151 and supplied through the filter 80 to the hearing aid receiver 69.

An analog tapped delay line in which the delays are achieved acoustically might also be employed in a programmable hearing aid filter according to the invention, instead of the digital and analog delay lines described above. This might be accomplished by feeding the hearing aid electrical signals to a transducer to generate sound to travel along a tube of appropriate length and having taps in the form of miniature microphones disposed along the tube. The signals at the taps would be multiplied by selected predetermined coefficients and added to produce a resultant characteristic much in the same manner as described above.

By using an array of two or more microphones on the body (e.g. along the frame of a pair of spectacles), the weighting coefficients can be chosen in the manner described above such that the weighted summed output of the microphones, with an appropriate phase shift, is equivalent to the output of a frequency selective directional microphone. This will reduce the effects of both noise and room reverberation. A typical configuration is shown in Figure 5 as comprising the microphones 155 and 156 supplying inputs to amplifiers 157 and 158, the gain and phase characteristics of each of which is programmable from the RAM 77 in the hearing aid. The outputs of the programmable gain amplifiers 157 and 158 are summed in a summing amplifier 159, the output of which would be supplied to the programmable AGC device 58.

Automatic adjustment of the frequency response of the hearing aid as a function of speech level may also be effected by placing the programmable filter in a feedback loop in series with a programmable compression amplifier. Since the degree of feedback depends on signal level, the overall frequency response also depends on signal level.

The components shown in Figures 2, 4 and 5 may be incorporated in the hearing aid or part may be contained in a pocket size case to be carried in the clothing of the person wearing the hearing aid. In the latter case, the components contained in the case may be coupled to the components in the hearing aid by a conventional FM transmission link, for example.

The invention thus provides a highly effective hearing aid system for use by hearing-impaired patients. By utilising a digital or analog delay line as a programmable filter in a hearing aid, it is possible to establish optimal hearing aid parameters for the patient. Moreover, by virtue of the novel means employed for effecting automatic adjustment of the programmable filter to optimum parameter values as to the speech level, room reverberation and type of background noise change and for reducing acoustic feedback, a superior hearing aid sytem of optimum characteristics can be prescribed for hearing-deficient patients.

The several embodiments described above and depicted in the drawings are intended to be only illustrative, and modifications in form and detail are possible within the scope of the following claims. For example, more than four bandwidth filters and different frequency bands might be employed. Also, the number of taps on the digital filter may be greater than 32 as in the specific embodiment described above and the A/D converter may, of course have more than 12-bit resolution.

8

WID004194
WID004194

## Claims

1. A hearing aid comprising at least one input microphone (57), an output receiver (68), and a signal transmission channel interposed between the microphone and the receiver and characterised in that a programmable delay line filter (64) is interposed between the input and output of the transmission channel, the filter being programmed to impart to the hearing aid at least one response characteristic effective to compensate for impaired hearing of the wearer of the aid.

2. A hearing aid as defined in claim 1 in which the programmable delay line filter (64) is interposed in a forward path through the transmission channel.

3. A hearing aid as defined in claim 1 or 2 with programmable signal limiter means (67) interposed between the input and output of the transmission channel.

4. A hearing aid as defined in claim 3 in which the programmable delay line filter (64) and the programmable signal limiter means (67) are interposed in a feedback path for the transmission channel.

5. A hearing aid as defined in claim 2, 3 or 4, in which the programmable filter is programmed to effect substantial reduction of acoustic feedback from the receiver to the microphone.

6. A hearing aid as defined in claim 2 in which the filter comprises a delay line having a multiplicity of taps, first memory means (77) for storing filter-response related coefficients therein, and means jointly responsive to the delay line taps and to coefficients stored in the memory means for providing an output having at least one response characteristic effective to compensate for impaired hearing of the wearer of the aid.

7. A hearing aid as defined in claim 6 in which the programmable delay line is programmed so as to effect substantial reduction of acoustic feedback from the receiver to the microphone.

8. A hearing aid as in claim 6 or 7, in which the filter (64) comprises a digital delay line and means (70) for converting analog signals in the said channel to digital signals for application to the delay line.

9. A hearing aid as described in claim 8 in which the digital delay line (64) comprises second memory means (71) arranged to receive digital signals from the analog-to-digital converting means, register means (72) connected to receive digital signals from the second memory means (71), first digital-to-analog converter means (73) connected to receive digital signals from the register means, timing means controlling the transfer of digital signals from the second memory through the register means to the first digital-to-analog converter means, second digital-to-analog converter means (78) connected to receive filter response related coefficients from the memory means (77) in timed relation to the transfer of digital signals to the first digital-to-analog converter means and to supply analog signals therefrom to the first digital-to-analog converter means for combination therein with digital signals transferred thereto from the second memory means (71), signal summing means (78a) connected to receive the output of the first digital converter means, and sample-and-hold means (79) connected to receive the output of the signal summing means.

10. A hearing aid as in claim 6 or 7 in which the filter comprises an analog delay line having a multiplicity of taps, and means for periodically sampling analog signals in the channel and supplying them to the delay line.

11. A hearing aid as described in claim 10 with digital-to-analog converter means (78) connected to receive filter-response related coefficients from the first memory (77) for conversion to analog values, multiplexer means connected to supply signal samples from the sampling means to the digital converter means for combination with the respective analog values, summing means (78a) for summing the analog values and signal samples, and sample-and-hold means (79) connected to receive the output of the summing means.

12. A hearing aid comprising at least one input microphone (57), an output receiver (68), and a transmission channel interposed between the microphone and receiver, means controllable to impart different response characteristics to the hearing aid, and means responsive to a characteristic of the signal in the transmission channel for automatically controlling the controllable means to impart a selected one of the different response characteristics to the hearing aid.

13. A hearing aid as described in claim 12 in which the controlling means is responsive to the signal level in the transmission channel.

14. A hearing aid as described in claim 12 in which the controlling means is responsive to noise in the transmission channel.

15. A hearing aid as described in claim 12 in which the controlling means is responsive to the level of speech signals in the transmission channel in excess of the level of noise signals in the channel.

16. A hearing aid as described in claim 15 in which the controlling means comprises speech detector means (96) for determining when speech signals are in the transmission channel, a plurality of bandpass filter means (97-100) for determining the noise frequency spectrum in the transmission channel, a plurality of comparator means (101-104) each responsive to the speech detector and to

WID004195
WID004195

17                    0 250 679                    18

respective bandpass filter means for indicating whether the speech level in each bandpass filter exceeds the noise level therein and for actuating the controlling means to impart to the hearing aid a response characteristic effective to compensate for impaired hearing of the wearer of the aid at the noise levels obtaining in the said channel.

17. A hearing aid as described in claim 16 in which the controlling means also comprises means (109-112) for rectifying a portion of the signals in the transmission channel, a plurality of differently pre-biased comparators (113-116) connected to receive the output of the rectifying means, and means responsive to the outputs of the comparators for generating a signal representative of the average level of the signals in the transmission channel for controlling the controllable means to impart to the hearing aid a response characteristic effective to compensate for impaired hearing of the wearer of the aid at the signal and noise levels obtaining in the channel.

18. A hearing aid as described in claim 17 in which the controllable means comprises a delay line having a multiplicity of taps, memory means for storing predetermined filter response-related coefficients therein, and means responsive to the controlling means for combining the delay line taps and coefficients to constitute a delay line filter of predetermined response characteristic in the transmission channel.

19. A method of reducing acoustic feedback in a sound system comprising a microphone (57), a transducer (89) and a signal transmission channel interposed between the microphone and transducer, comprising the steps of

determining the effect on the amplitude and phase of a signal in the transmission channel as a function of frequency of acoustic feedback between the transducer and microphone, and

inserting between the input and output of the transmission channel an electrical feedback path having a filter therein programmed to equalise and reduce the effect of the acoustic feedback both in amplitude and phase on a signal in the transmission channel.

20. A method of reducing acoustic feedback in a hearing aid comprising a microphone (57), a receiver (69) fitted in an ear of a wearer of the aid, and a signal transmission channel interposed between the microphone and transducer, comprising the steps of

determining the effect on the amplitude and phase of a signal in the transmission channel as a function of frequency of acoustic feedback between the receiver and microphone, and

inserting between the input and output of the transmission channel a programmable filter (64) pro-

grammed to equalise and reduce the effect of the acoustic feedback both in amplitude and phase on a signal in the transmission channel.

21. A method of reducing feedback in a hearing aid as described in claim 20 in which the programmable filter is inserted in a forward path through the transmission channel.

22. A method of reducing feedback in a hearing aid as described in claim 20 in which the programmable filter is inserted in an electrical feedback loop for the transmission channel.

23. A hearing aid comprising at least two input microphone channels, means for adjusting the amplitude and phase characteristics of each of the microphone channels, means for summing the outputs of the microphone channels, an output receiver, a signal transmission channel connected to receive the output of the summing means and to provide an output to the receiver, and a programmable filter interposed between the summing means and the output of the transmission channel, the filter being programmed to impart to the hearing aid at least one response characteristic effective to compensate for impaired hearing of the wearer of the aid and to reduce the effects of both noise and reverberation.

WID004196
WID004196

0 260 679



FIG. 1

WID004197
WID004197

0 250 679



*FIG. 2*

WID004198
WID004198

0 250 579



*FIG. 3*



*FIG. 5*

WID004199
WID004199

0.250 679



FIG. 4

WID004200
WID004200

Exhibit 23

HIMPP CID 3

March 1, 2006

Titel: **Electronic filters, signal conversion apparatus, hearing aids and methods.**
Electronic filter e.g. for hearing aid - performs logarithmic filtering
using cascade filters, and performs signal conversion

Author (Inventor):
ENGEBRETSON A M; ENGEL G L; MORLEY R E; SULLIVAN T J

Patent Family:

| Country | | Patent | | Application | |
|---|---|---|---|---|---|
| | | No.: | Date: | No.: | Date: |
| AU | | 621100 B2 | 920305 | AU 8932458 | 890405 |
| CA-D | | 1335674 C | 950523 | CA 595860 | 890406 |
| DK | Abandoned | | | DK 8901707 | 890410 |
| CH | Abandoned | 339819 B1 | 941207 | EP 89303482 | 890410 |
| DE | | 339819 B1 | 941207 | EP 89303482 | 890410 |
| FR | | 339819 B1 | 941207 | EP 89303482 | 890410 |
| GB | Abandoned | 339819 B1 | 941207 | EP 89303482 | 890410 |
| NL | Abandoned | 339819 B1 | 941207 | EP 89303482 | 890410 |
| SE | Abandoned | | | EP 89303482 | |
| JP | | 3307923 | 020517 | JP 1-91715 | 890411 |
| JP | | 3308243 | 020517 | JP11 211360 | 990726 |
| KR | Abandoned | 138526 | 980615 | KR 8901707 | 890411 |
| MY | Abandoned | | | MY 8900455 | |
| TW | Abandoned | CR 43643 | 901114 | TW 78103077 | 890422 |
| US-A | | 5111419 A | 920505 | US 88180170 | 880411 |
| US-C | | 5225836 A | 930706 | US 91792706 | 911115 |
| | | | | US 88180170 | 880411 |
| US-B | | 5357251 A | 941018 | US 9356054 | 930430 |
| | | | | US 91792706 | 911115 |
| | | | | US 88180170 | 880411 |
| | | | | US 88172266 | 880323 |
| US-D | | 5475759 A | 951212 | US 9359800 | 930510 |
| | | | | US 91792706 | 911115 |
| | | | | US 88180170 | 880411 |
| | | | | US 88172266 | 880323 |

Designated States:
(Regional): CH DE FR GB LI NL SE

Defendants Trial
Exhibit
DX-1195
Civil Action no. 05-422

WID000137

Priority Data:
CC No:        Date:
US 88172266   19880328;
US 88180170   19880411;    CIP (continuation in part of)  US 88172266
US 91792706   19911115;    Div (Division)                 US 88180170
US 9356054    19930430;    Div                            US 91792706
US 9359800    19930510     CIP                            US 91792706

Abstract (Basic): EP 339819 A
   The electronic filter has a logarithmic filter having a series of filter
stages with inputs and outputs in cascade and respective circuits
associated with the filter stages for storing electrical representations of
filter parameters. The filter stages include circuits for respectively
adding the electrical representations of the filter parameters to the
electrical signal to be filtered producing a set of filter sum signals.
   At least one of the filter stages includes circuitry for producing a
filter signal in logarithmic form at its output by combining a filter sum
signal for that filter stage with a signal from an output of another filter
stage.
   USE/ADVANTAGE - For hearing aid or public address systems. Compatible
with VLSI, low power operation.
Abstract (Equivalent): EP 339819 B
   An electronic filter for filtering an electrical input signal, the
electronic filter having an input for receiving the electrical input
signal, and having an adaptive filter (93) with a plurality of filter
stages coupled in cascade for producing an adaptive output signal as a
function of the electrical input signal, the electronic filter
characterised in that: said filter stages employ logarithmic arithmetic;
said filter stages include means (187.0-.M; 303.0-M) for storing a
respective filter stage parameter signal; said filter stages includes means
for summing the respective filter stage parameter signal with the
electrical input signal of the respective filter stage thereby producing a
plurality of respective filter stage sum signals in substantially
logarithmic form, whereby the filter stage sum signal for each filter stage
corresponds to the sum of the respective filter stage parameter signal with
the electrical input signal of the respective filter stage in the
logarithmic domain and corresponds to the multiplication of the respective
filter stage parameter signal times the electrical input signal of the
respective filter stage in the linear domain; at least one of said filter
stages includes means for producing the adaptive output signal in
logarithmic form by combining its filter stage sum signal with the filter
stage sum signal from one of the other filter stages, wherein the adaptive
output signal corresponds to the sum of said two filter stage sum signals
in the linear domain; and said electronic filter further comprises
electronic control means (97) coupled to said storing means for altering
said filter stage parameter signals in substantially constant percentage
amounts of the value of each of said filter stage parameter signals.
   Dwg.1/15

WID000138

## Abstract (Equivalent): US 5475759 A

An electronic filter with a microphone for generating an electrical output from sounds external to a user of the hearing aid and an electrically driven receiver for emitting sound into the ear of the user of the hearing aid. Some of the sound emitted by the receiver returning to the microphone to add a feedback contribution to its electrical output.

The electronic filter comprises an electronic processor for processing the electrical output of the microphone to produce a first signal and for combining the first signal with a second distinct signal to produce a combined first and second signal for the receiver of the hearing aid, said second distinct signal representing noise and being distinct from the first signal and an adaptive filter, interconnected with the electronic processor for processing the combined first and second signal while the electronic processor is producing the first signal. The adaptive filter producing an adaptive output to the electronic processor to continuously simultaneously offset the feedback contribution in the electrical output of the microphone in the hearing aid.

Dwg.4/28

## US 5357251 A

The filter filters an electrical signal. Internal signal processing circuitry includes a logarithmic filter having a series of filter stages with inputs and outputs in cascade. Respective circuits are associated with the filter stages for storing electrical representations of filter parameters. The filter stages include circuits for respectively adding the electrical representations of the filter parameters to the electrical signal to be filtered producing a set of filter sum signals.

At least one of the filter stages includes circuitry for producing a filter signal in logarithmic form at it's output. This is done by combining a filter sum signal for that filter stage with a signal from an output of another filter stage. The signal processing circuitry produces an intermediate output signal, which is multiplexed with the electrical signal to be filtered. The logarithmic filter therefore operates as both a logarithmic prefilter and a logarithmic post filter.

USE/ADVANTAGE - For e.g. Public address systems. Low power consumption. Minimal feedback ringing. Reliable, compact and economical design.

Dwg.14/15

WID000139

US 5225836 A

An electronic filter includes signal processing circuitry therein, and has a logarithmic filter (601) having a series of filter stages with inputs and outputs in cascade and respective circuits associated with the filter stages for storing electrical representations of filter parameters. The filter stages include circuits for respectively adding the electrical representations of the filter parameters to the electrical signal to be filtered thereby producing a set of filter sum signals. At least one of the filter stages includes circuitry for producing a filter signal in substantially logarithmic form at its output by combining a filter sum signal for that filter stage with a signal from an output of another filter stage.

The signal processing circuitry produces an intermediate output signal, and a multiplexer connected to the signal processing circuit multiplexes the intermediate output signal with the electrical signal to be filtered so that the logarithmic filter operates as both a logarithmic prefilter and a logarithmic postfilter.

USE/ADVANTAGE - In electronic filters, used in hearing aids, public address systems and in other electronic systems for air, underwater space etc.. Other electronic filters, signal conversion apparatus, electroacoustic systems, hearing aids and methods are also disclosed. FIR and logarithmic filters.

Dwg.14/15

US 5111419 A

Signal processing circuitry includes a logarithmic filter having a series of filter stages with inputs and outputs in cascade and respective circuits associated with the filter stages for storing electrical representations of filter parameters. The filter stages include circuits for respectively adding the electrical representations of the filter parameters to the electrical signal to be filtered thereby producing a set of filter sum signals.

At least one of the filter stages includes circuitry for producing a filter signal in substantially logarithmic form at its output by combining a filter sum signal for that filter stage with a signal from an output of another filter stage. The signal processing circuitry produces an intermediate output signal, and a multiplexer connected to the signal processing circuit multiplexes the intermediate output signal with the electrical signal to be filtered so that the logarithmic filter operates as both a logarithmic prefilter and a logarithmic post filter.

USE - For filtering an electrical signal. Other electronic filters, signal conversion devices, electroacoustic systems, hearing aids.

Title Terms: ELECTRONIC; FILTER; HEARING; AID; PERFORMANCE; LOGARITHM; FILTER; CASCADE; FILTER; PERFORMANCE; SIGNAL; CONVERT

International Patent Class (Main):     H03H-011/04; H03H-017/02; H03M-001/12; H03M-001/66; H04R-025/00

International Patent Class (Additional): G06F-015/31; H01H-017/02; H03H-011/12; H03H-015/00; H03H-017/00; H03H-019/00; H03H-021/00; H03M-001/00

WID000140