Exhibit 35

CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAVID EGOLF
CONDUCTED ON TUESDAY, OCTOBER 9, 2007

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
 2

 3

 4

 5    ENERGY TRANSPORTATION GROUP,      )  C.A. NO. 05-422 (GMS)
      INC.,                             )
 6                                      )
                       Plaintiff,       )
 7                                      )
      vs.                               )
 8                                      )
      SONIC INNOVATIONS, INC., et al.,  )
 9                                      )
                       Defendants.      )
10

11

12              C O N F I D E N T I A L
13        VIDEOTAPED DEPOSITION OF DAVID EGOLF
14
15    Deposition upon oral examination of David Egolf taken at the
16    request of the Plaintiff, before Danelle Bungen, CSR, and
17    Notary Public, at the Best Western University Inn,
18    1516 Pullman Road, Moscow, Idaho, commencing at 8:00 a.m.
19    on October 9, 2007, pursuant to the Federal Rules of Civil
20    Procedure.
21

22

23    Job No.: 24-113470
24

25
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAVID EGOLF
CONDUCTED ON TUESDAY, OCTOBER 9, 2007

Page 2

```
 1    APPEARANCES:

 2

 3    FOR THE PLAINTIFF:

 4

 5              HUNTON & WILLIAMS, LLP

 6              Riverfront Plaza, East Tower

 7              951 East Byrd Street

 8              Richmond, Virginia  23219-4074

 9              BY:  MARTY STEINBERG, Esquire

10

11              HUNTON & WILLIAMS, LLP

12              1900 K Street, N.W. - Suite 1200

13              Washington, DC  20006-1109

14              BY:  BRIAN M. BUROKER, Esquire

15

16    FOR THE DEFENDANT DEMANT AND THE WITNESS:

17              FINNEGAN, HENDERSON, FARABOW,

18              GARRET & DUNNER, LLP

19              901 New York Avenue, N.W.
                Washington, DC  20001-4413

20              BY:  JOHN M. ROMARY, Esquire

21

22    FOR THE DEFENDANTS WIDEX A/S and WIDEX HEARING AID
      COMPANY:

23

24              SUGHRUE MION, PLLC
                2100 Pennsylvania Avenue, N.W. - Suite 800

24              Washington, DC  20037

25              BY:  BRIAN K. SHELTON, Esquire
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAVID EGOLF
CONDUCTED ON TUESDAY, OCTOBER 9, 2007

Page 18

```
1    Q.  And do you have some sort of consulting or other
2         relationship with any defendant in this case?
3    A.  I do not.
4    Q.  Are you being paid by any defendant in this case?
5    A.  I am not.
6              MR. ROMARY:  Mr. --
7              MR. STEINBERG:  Steinberg.
8              MR. ROMARY:  Steinberg.
9              MR. STEINBERG:  That's okay.
10             MR. ROMARY:  I think the witness is not
11        understanding your question.  May I have a moment with
12        the witness?  I don't think he understands your
13        question.
14             MR. STEINBERG:  Well, I'll ask him some
15        others.
16   Q.  (BY MR. STEINBERG)  Do you have any relationship of any
17        kind with any defendant in this case?
18   A.  Are you speaking about financial arrangement?
19   Q.  Of any kind, whether or not you're being paid.
20   A.  None other than with Finnegan Henderson.
21   Q.  All right.  What relationship do you have with Finnegan
22        Henderson?
23   A.  I'm --  They are representing me.
24   Q.  Have they retained you for some consulting work?
25   A.  Yes, they have.
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF DAVID EGOLF
CONDUCTED ON TUESDAY, OCTOBER 9, 2007

Page 19

1    Q.    Okay.  And what consulting work have they retained you
2          for?
3    A.    As a consultant and
4          expert witness on this case.
5    Q.    Okay.  And when were you first retained?
6    A.    I believe it was in the spring of 2006, but I'd have to
7          look at my records.
8    Q.    Okay.  Well, I believe your resume lists that you list
9          Finnegan Henderson somewhere.  On page 4 at the bottom.
10   A.    Yes.
11   Q.    So your resume was dated at least February 27th, 2006;
12         right?
13   A.    Yes.
14   Q.    So you were working for them at least as of that date,
15         correct?
16   A.    Apparently, yes.
17   Q.    Okay.  And what was your assignment?
18   A.    To --
19               MR. ROMARY:  I'd caution the witness not to
20         reveal any of the details of the work that you've done
21         for our firm under our relationship.  You can give a
22         very general description, but don't reveal my
23         communications or any specifics of the work that was
24         done.
25               THE WITNESS:  Okay.  I went through my

Exhibit 36

1            IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF DELAWARE

3

4   ENERGY TRANSPORTATION GROUP, INC.,.

5           Plaintiff,

6   vs.                        C.A. No. 05-422(GMS)

7   SONIC INNOVATIONS, INC., et al.,

8           Defendants.

9

10  _____

11

12        VIDEOTAPED DEPOSITION OF KIM A. WEAVER

13              Boulder, Colorado

14           Saturday, August 25, 2007

15  _____

16

17         PURSUANT TO NOTICE, the videotaped

18  deposition of Kim A. Weaver was taken on behalf of

19  the Defendants at 1800 Broadway, Suite 300,

20  Boulder, Colorado, on Saturday, August 25, 2007, at

21  9:10 a.m., before Debbie Zoetewey, Registered Merit

22  Reporter and Notary Public within Colorado.

```
 1   APPEARANCES:

 2      For the Plaintiff:

 3         HUNTON & WILLIAMS, LLP

 4         BY:  BRIAN M. BUROKER, ATTORNEY AT LAW

 5         1900 K Street, N.W.

 6         Washington, D.C.  20006-1109

 7         202-955-1500

 8         bburoker@hunton.com

 9

10         HUNTON & WILLIAMS, LLP

11         BY:  YISUN SONG, ATTORNEY AT LAW

12         1900 K Street, N.W.

13         Washington, D.C.  20006-1109

14         202-955-1500

15         ysong@hunton.com

16

17

18

19

20

21

22
```

Page 3

```
 1   APPEARANCES (Continued)

 2

 3      For the Defendant William Demant Holding A/S:

 4          FINNEGAN, HENDERSON, FARABOW, GARRETT &

 5            DUNNER, LLP

 6          BY:  JOHN M. ROMARY, ATTORNEY AT LAW

 7          901 New York Avenue, NW

 8          Washington, D.C.  20001-4413

 9          202-408-4000

10          john.romary@finnegan.com

11

12      For the Defendant Widex Hearing Aid Company, Inc.:

13          SUGHRUE MION, PLLC

14          BY:  BRIAN K. SHELTON, ATTORNEY AT LAW

15          2100 Pennsylvania Avenue, NW

16          Washington, D.C.  20037-3213

17          202-663-7957

18          bshelton@sughrue.com

19

20

21

22
```

Page 4

```
 1   APPEARANCES (Continued):

 2

 3      For the Defendant Starkey Laboratories, Inc.:

 4         BOWMAN AND BROOKE, LLP

 5         BY:  STEVEN L. REITENOUR, ATTORNEY AT LAW

 6         150 South Fifth Street, Suite 3000

 7         Minneapolis, Minnesota  55402

 8         612-339-8682

 9         steve.reitenour@bowmanandbrooke.com

10

11         SCHWEGMAN LUNDBERG WOESSNER KLUTH

12         BY:  TIMOTHY E. BIANCHI, ATTORNEY AT LAW

13         1600 TCF Tower

14         121 South Eighth Street

15         Minneapolis, Minnesota  55402

16         612-373-6912

17         tbianchi@slwk.com

18

19

20

21

22
```

Page 5

```
 1    APPEARANCES (Continued):

 2

 3      For the Defendant Sonic Innovations, Inc.:

 4          HOLLAND & HART, LLP

 5          BY:   DONALD A. DEGNAN, ATTORNEY AT LAW

 6          One Boulder Plaza

 7          1800 Broadway, Suite 300

 8          Boulder, Colorado  80302

 9          303-473-2724

10          ddegnan@hollandhart.com

11

12    Also Present:

13          Sheila Y. West, Litigation Legal Assistant

14          Kenneth D. Zoetewey, CLVS

15           Ace Federal Reporters, Inc.

16           1401 New York Avenue, Suite 1230

17           Washington, D.C.  20005

18           202-347-3700

19

20

21

22
```

Page 82

```
 1    consulting services at that time?                    11:07:09

 2        A.   I guess you would call it consulting        11:07:13

 3    services.  He was asking me to recall work that was  11:07:16

 4    done on the thesis and to give some general          11:07:19

 5    information, help him understand a little better      11:07:25

 6    the hearing aid systems, yes.                        11:07:28

 7        Q.   Did you talk about compensation at that     11:07:30

 8    time?                                                11:07:32

 9        A.   Yes.                                         11:07:32

10        Q.   What was the arrangement made regarding     11:07:33

11    compensation?                                        11:07:34

12        A.   I would be paid for time spent.             11:07:35

13        Q.   At what rate?                                11:07:39

14        A.   250 an hour.                                 11:07:40

15        Q.   And have you been paid 250 an hour for      11:07:41

16    the time you spent?                                  11:07:46

17        A.   I -- yes.                                    11:07:47

18        Q.   Have you sent invoices?                      11:07:48

19        A.   I've sent one invoice.                       11:07:49

20        Q.   Approximately how many hours from the       11:07:52

21    beginning until your time here today have you spent  11:07:54

22    working with the defendant?                          11:07:59
```

Exhibit 37

VIDEOTAPED DEPOSITION OF SIGFRID D. SOLI, Ph.D.
CONDUCTED ON WEDNESDAY, NOVEMBER 14, 2007

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF DELAWARE

 3

 4    ------------------------------x

 5    ENERGY TRANSPORTATION GROUP,   :

 6    INC.,                          :

 7                  Plaintiff,       :

 8       vs.                         : C.A. No. 05-422 (GMS)

 9    SONIC INNOVATIONS, INC.,       :

10    et al.,                        :

11                  Defendants.      :

12    ------------------------------x

13

14     Videotaped Deposition of Sigfrid D. Soli, Ph.D.

15                  Washington, D.C.

16           Wednesday, November 14, 2007

17                     9:10 a.m.

18

19

20    Job No.:  1-115478

21    Pages 1 through 339

22    Reported by:  Cappy Hallock, RPR-CRR
```

VIDEOTAPED DEPOSITION OF SIGFRID D. SOLI, Ph.D.
CONDUCTED ON WEDNESDAY, NOVEMBER 14, 2007

Page 2

1

2              Videotaped deposition of SIGFRID D. SOLI,

3     Ph.D., held at:

4

5              HUNTON & WILLIAMS LLP

6              900 K Street N.W., Suite 1200

7              Washington, D.C. 20006

8

9              Pursuant to Notice, before Cappy

10    Hallock, Registered Professional Reporter, Certified

11    Realtime Reporter, and Notary Public in and for the

12    District of Columbia.

13

14

15

16

17

18

19

20

21

22

VIDEOTAPED DEPOSITION OF SIGFRID D. SOLI, Ph.D.
CONDUCTED ON WEDNESDAY, NOVEMBER 14, 2007

Page 3

1               A P P E A R A N C E S

2

3        ON BEHALF OF THE PLAINTIFF:

4               MARTY STEINBERG, ESQUIRE

5               HUNTON & WILLIAMS LLP

6               1111 Brickell Avenue, Suite 2500

7               Miami, Florida 33131

8               305-810-2500

9

10

11       ON BEHALF OF DEFENDANT WIDEX:

12               J. WARREN LYTLE, JR., ESQUIRE

13               BRIAN K. SHELTON, ESQUIRE

14               SUGHRUE MION, PLLC

15               2100 Pennsylvania Avenue, N.W.

16               Washington, D.C. 20037-3213

17               202-293-7060

18

19

20     Also Present:

21               Tanya Wood, Hunton & Williams Paralegal

22               Video Specialist:  Terry Michael King

VIDEOTAPED DEPOSITION OF SIGFRID D. SOLI, Ph.D.
CONDUCTED ON WEDNESDAY, NOVEMBER 14, 2007

Page 26

1    contracts with companies in the field, in my field.

2         Q.    Does it receive any financial support in

3    any way from any entity in the hearing aid

4    industry?

5         A.    I'm not certain of that.  I believe that

6    one of the hearing aid companies may have supported

7    a traineeship for an audiologist in our children's

8    clinic at one time.

9         Q.    You said commercial contracts with

10   companies in the field.  What does that mean?

11        A.    Well, in the field related to the

12   treatment of hearing loss, cochlear implants,

13   medical devices, diagnostic instruments, surgical

14   tools and techniques, hearing aids, things of that

15   sort.

16        Q.    Does the House Ear Institute have any

17   contracts with any hearing aid companies?

18        A.    At present?

19        Q.    At any time.

20        A.    In the past years ago we have.

21        Q.    What kind of contracts?

22        A.    We had a contract with Starkey

VIDEOTAPED DEPOSITION OF SIGFRID D. SOLI, Ph.D.
CONDUCTED ON WEDNESDAY, NOVEMBER 14, 2007

Page 27

1    Laboratories to develop hearing aid technology,

2    algorithms for them.

3        Q.    Was that a commercial contract?

4        A.    Well, it was a research co-development

5    agreement with a license option in it.

6        Q.    Do you know how much money Starkey paid

7    the House Ear Institute?

8        A.    I don't know the exact amount, no.

9        Q.    Can you tell us a roundabout figure?

10       A.    It was over a period of several years

11   the contract lasted.  I think it may be 2,

12   $300,000.

13       Q.    Any other hearing aid industry, any

14   other entities, any other financial association --

15       A.    Not that I'm aware of.

16       Q.    -- with the House Ear Institute?

17       A.    Not that I'm aware of.

18       Q.    When you say you receive grants, who do

19   you receive grants from?

20       A.    Usually it is the National Institutes of

21   Health, although there are private granting

22   institutions as well like the Deafness Hearing

VIDEOTAPED DEPOSITION OF SIGFRID D. SOLI, Ph.D.
CONDUCTED ON WEDNESDAY, NOVEMBER 14, 2007

Page 37

1    industry.

2         Q.    So you don't think you have consulted

3    for anyone in the hearing aid industry other than

4    what you have mentioned so far?

5         A.    Not that I can remember at the moment.

6         Q.    How about any company you have been

7    associated with?  Has any company you have been

8    associated with had any relationship to any company

9    in the hearing aid industry other than what you

10   have mentioned so far?

11             MR. LYTLE:  Objection, vague.

12        A.    The only company I have been associated

13   with was 3M, and they were definitely in the

14   business of the hearing aid industry, but I did

15   mention that before.

16        Q.    Do you recall when you were first

17   contacted to be an expert in this case?

18        A.    Vaguely.  I don't remember all the

19   details.

20        Q.    When would that have been?

21        A.    I guess it was last year sometime.

22        Q.    Okay.  And do you know what entity

VIDEOTAPED DEPOSITION OF SIGFRID D. SOLI, Ph.D.
CONDUCTED ON WEDNESDAY, NOVEMBER 14, 2007

Page 38

1    retained you, which hearing aid manufacturer or

2    which hearing aid manufacturer's counsel retained

3    you as an expert?

4         A.    That was Widex.  It is Widex.

5         Q.    And you are being paid for your

6    services?

7         A.    Yes.

8         Q.    And how much are you being paid?

9         A.    I'm being paid $300 an hour for expert

10   services.

11        Q.    And are you being paid for expenses

12   also?

13        A.    Yes, sir.

14        Q.    And how much have you been paid to date?

15        A.    To date?  I would have to estimate.

16   Probably $50,000 would be my guess, maybe $55,000.

17        Q.    And do you expect to be paid more in the

18   future?

19        A.    Well, I expect to be paid for whatever

20   future time I spend.

21        Q.    Are you making plans to attend the trial

22   in this case?

VIDEOTAPED DEPOSITION OF SIGFRID D. SOLI, Ph.D.
CONDUCTED ON WEDNESDAY, NOVEMBER 14, 2007

Page 39

1      A.    I've been told that they would like me

2   to attend the trial, yes, sir.

3      Q.    And of course you will be paid for your

4   time and attendance and preparation?

5      A.    I believe so.

6      Q.    Have you signed any affidavit or

7   declaration in this matter?

8      A.    No, I don't think so, except my report

9   and the supplement to my report.

10      Q.    Now, prior to your deposition today have

11   you reviewed any documents or transcripts or

12   listened to any recordings?

13      A.    I haven't listened to any recordings.  I

14   have reviewed my report and some of the references

15   that are mentioned in my report.

16      Q.    Have you read any deposition

17   transcripts?

18      A.    I've looked at, not carefully but

19   casually, I have looked at Levitt's deposition,

20   parts of Weaver's deposition.

21      Q.    Parts of?

22      A.    Weaver, Kim Weaver.

Exhibit 38

US005357251A

$\mathcal{B}$

# United States Patent [19]

## Morley, Jr. et al.

[11] Patent Number: 5,357,251

[45] Date of Patent: Oct. 18, 1994

[54] ELECTRONIC FILTERS, SIGNAL CONVERSION APPARATUS, HEARING AIDS AND METHODS

[75] Inventors: Robert E. Morley, Jr., Richmond Heights; A. Maynard Engebretson, Ladue; George L. Engel, Crestwood; Thomas J. Sullivan, Kirkwood, all of Mo.

[73] Assignee: Central Institute For The Deaf, St. Louis, Mo.

[21] Appl. No.: 56,054

[22] Filed: Apr. 30, 1993

### Related U.S. Application Data

[60] Division of Ser. No. 792,706, Nov. 15, 1991, Pat. No. 5,225,836, which is a division of Ser. No. 190,170, Apr. 11, 1988, Pat. No. 5,111,419, which is a continuation-in-part of Ser. No. 172,266, Mar. 23, 1988, Pat. No. 5,016,280.

[51] Int. Cl.⁵ ............................................. H03M 1/12
[52] U.S. Cl. ................................... 341/172; 341/155
[58] Field of Search ............... 341/138, 150, 155, 172

[56] References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,745,555 | 7/1973 | Carbrey | 341/172 |
| 3,889,108 | 6/1975 | Cantrell | 364/724.19 |
| 3,906,488 | 9/1975 | Suarez-Gartner | 341/108 |
| 4,038,536 | 7/1977 | Feintuch | 364/724.19 |
| 4,187,413 | 2/1980 | Moser | 179/107 FD |
| 4,384,276 | 5/1983 | Kelley et al. | 340/347 |
| 4,389,540 | 6/1983 | Nakamura et al. | 364/724.15 |
| 4,451,820 | 5/1984 | Kapral | 340/347 |
| 4,508,940 | 4/1985 | Steeger | 179/107 FD |
| 4,513,279 | 4/1985 | Kapral | 340/347 |
| 4,548,082 | 10/1985 | Engebretson et al. | 73/585 |
| 4,649,505 | 3/1987 | Zinser, Jr. et al. | 364/724.19 |
| 4,695,970 | 9/1987 | Reuner et al. | 364/724.15 |
| 4,731,850 | 3/1988 | Levitt et al. | 381/68.2 |
| 4,771,395 | 9/1988 | Watanabe et al. | 364/724.16 |
| 4,988,900 | 1/1991 | Fensch | 307/494 |
| 5,225,836 | 7/1993 | Morley, Jr. et al. | 341/150 |
| 5,258,759 | 11/1993 | Canwinberghs et al. | 341/150 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0252205A2 | 1/1988 | European Pat. Off. |
| 57-162592 | 3/1981 | Japan |
| 60-96997A | 5/1985 | Japan |
| 83/02212 | 6/1983 | PCT Int'l Appl. |

### OTHER PUBLICATIONS

Blachman, "Band-Pass Nonlinearities", IEEE Trans. on Info. Theory, Apr. 1964, pp. 162–164.
Kingsbury et al., "Digital Filtering Using Logarithmic Arithmetic", Electron Lett. 7:56–58 (1971), pp. 215–217.
Duke, "RC Logarithmic Analog-to –Digital (LAD) Conversion", IEEE Trans. Instrum. & Meas., Feb. 1971, pp. 74–76.

(List continued on next page.)

Primary Examiner—Marc S. Hoff
Attorney, Agent, or Firm—Senniger, Powers, Leavitt & Roedel

[57]    ABSTRACT

An electronic filter for filtering an electrical signal. Signal processing circuitry therein includes a logarithmic filter having a series of filter stages with inputs and outputs in cascade and respective circuits associated with the filter stages for storing electrical representations of filter parameters. The filter stages include circuits for respectively adding the electrical representations of the filter parameters to the electrical signal to be filtered thereby producing a set of filter sum signals. At least one of the filter stages includes circuitry for producing a filter signal in substantially logarithmic form at its output by combining a filter sum signal for that filter stage with a signal from an output of another filter stage. The signal processing circuitry produces an intermediate output signal, and a multiplexer connected to the signal processing circuit multiplexes the intermediate output signal with the electrical signal to be filtered so that the logarithmic filter operates as both a logarithmic prefilter and a logarithmic postfilter. Other electronic filters, signal conversion apparatus, electroacoustic systems, hearing aids and methods are also disclosed.

20 Claims, 12 Drawing Sheets



Defendants Trial Exhibit

DX-1196

Civil Action no. 05-422

WID000143

**5,357,251**

Page 2

OTHER PUBLICATIONS

Suarez et al., "All-MOS Charge Redistribution Analog-to-Digital Conversion Techniques–Part II", Reprinted From *IEEE J. Solid-State Circuits*, vol. SC-10, Dec. 1975, pp. 379–385, actual pp. 122–128.

Edgar et al., "FOCUS Microcomputer Number System", Communic. of the ACM, Mar. 1979, vol. 22, #3, pp. 166–177.

Kurokawa et al., "Error Analysis of Recursive Digital Filters Implemented with Logarithmic Number Systems", IEEE Trans. on Acoustics, Speech, & Sig. Proces., vol. ASSP-28, #6, Dec. 1980, pp. 706–715..

Allen et al., *Switched Capacitor Circuits*, 1984, title pages & pp. 72–87, 504–547.

Morley, "Breaking the Frequency Barrier", IEEE Potentials, Feb. 1987, vol. 6, #1, cover, pp. 1, 32–35.

Engebretson et al., "Development of an ear-level digital hearing aid and computer-assisted fitting procedure: An interim report", *J. of Rehab. Research & Develop.*, vol. 24, No. 4, pp. 55–64, Fall 1987.

Lang et al., "Integrated–Circuit Logarithmic Arithmetic Units", Dept. of Elec. Eng. & Comp. Science, Mass. Inst. of Tech., face sheet, 27 unnumbered pages, 1988.

Lang, "Analysis and Design of Digital Signal Processors Which Utilize Logarithmic Arithmetic", Mass. Inst. of Tech., 32 unnumbered pages, 1988.

Wang et al., "The Analog Circuit Design for the Pipe-line A/D Converter", Dept. of Elec. Engrng., Univ. of Calif., pp. 307–310, 1985.

Engebretson et al., "A Wearable, Pocket–Sized Processor for Digital Hearing Aid and Other Hearing Prostheses Applications", Central Institute for the Deaf, pp. 1–4, 1986.

Morley et al., "A Multiprocessor Digital Signal Processing System for Real–Time Audio Applications", *IEEE Trans. on Acous., Speech, & Signal Proces*, vol. ASSP-34, No. 2, Apr. 1986, pp. 225–231.

"Hearing Aids Are Going Digital", *Electronics*, Jan. 22, 1987, pp. 108.

Ohara et al., "A CMOS Programmable Self–Calibrating 13–bit Eight–Channel Data Acqustion Peripheral", *IEEE J. of Solid–State Circuits*, vol. SC–22, No. 6, Dec. 1987, pp. 930–938.

Analog Devices, "CMOS Logarithmic D/A Converter", Digital–To–Analog Converters, vol. 1, pp. 10–91, 1988.

"Re–Thinking the DSP Design Approach", single page, unnumbered, 1988.

D. Preves et al., *Hearing Instruments*, "A Feedback Stabilizing Circuit for Hearing Aids", vol. 37, No. 4, Apr. 1986, pp. 34, 36, 39–41 and 51.

Vainio et al., "Logarithmic Arithmetic in FIR Filters", *IEEE Transactions on Circuits and Systems*, CAS-33 (1986), Aug., No. 8, 3 unnumbered pages.

WID000144

Exhibit 39

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-422 (GMS) |
| SONIC INNOVATIONS, INC., et al, | ) ) | |
| Defendants. | ) ) ) | |

## <u>DECLARATION OF THOMAS M. McKENNEY</u>

I, Thomas M. McKenney, declare, depose and state as follows:

1. I am a Senior Litigation Technical Support Specialist with the law firm of Hunton & Williams, LLP.

2. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently as to their truth.

3. During June 2007, defendants including Widex, Demant, Sonic, GN ReSound, and Phonak produced 23,538 documents totaling 613,778 pages.

4. During July 2007, defendants including Widex, Demant, GN ReSound, and Phonak produced 5,562 documents totaling 47,121 pages.

5. During August 2007, Defendants including Widex, Demant, Sonic, GN ReSound, and Phonak produced 44,495 documents totaling 517,351 pages.

6. After August 31, 2007, defendants including Widex, Demant, Sonic, and Phonak continued to produce 1,139 documents totaling 8,032 pages. *Id*