Exhibit 40

Case 1:05-cv-00422-GMS   Document 555-2   Filed 03/28/2008   Page 1 of 15

Case 1:05-cv-00422-GMS    Document 555-2    Filed 03/28/2008    Page 2 of 15



| | |
|---|---|
| A new era | 5 |
| Mission statement | 6 |
| 2007 at a glance | 7 |
| **Management's review** | |
| Key figures and financial ratios | 8 |
| Review | 10 |
| Shareholder information | 22 |
| Risk management activities | 24 |
| Corporate governance | 26 |
| Board of Directors and Executive Board | 29 |
| **Financial statements** | |
| Signatures | 30 |
| Accounting policies | 32 |
| Income statement | 37 |
| Balance sheet at 31 December | 38 |
| Cash flow statement | 40 |
| Statements of changes in equity | 41 |
| Notes | 44 |
| Subsidiaries and associates | 65 |
| Business activities | 66 |



*The English text in this document is an unauthorised translation of the Danish original. In the event of any inconsistencies, the Danish version shall apply.*





## A new era

The current development in the hearing aid market is extremely exciting, with new wireless options fundamentally changing the way people with hearing impairment live.

The advent of wireless communication between two hearing aids has dramatically enhanced sound quality for users with binaural fitting, appreciably improving their ability to localise sources of sound and to understand speech in noisy surroundings. With wireless technology and so-called binaural sound processing, it is possible to recreate the user's sense of space. In other words, audiology has taken a quantum leap forward, decisively boosting the quality of life of the individual hearing aid user.

However, wireless technology can do even more than that. This technology transforms hearing aids into headphones, for instance, for a wireless MP3 player or into a headset for mobile phone users. Until now, this world was closed to users of conventional hearing aids.

Of course, for hearing aid manufacturers, the wireless universe offers a wealth of options, but certainly also many challenges. The launch of Oticon Epoq in 2007 made us industry frontrunners with a truly innovative product whose concept and technology will undoubtedly inspire the creation of new products in the years to come. We took the first steps towards the creation of Epoq seven or eight years ago when we started developing the new wireless RISE architecture, which is the motor of Epoq. Epoq remains the only product on the market that offers true binaural sound processing.

In light of current trends in the wireless sphere, we are firmly convinced that continued in-house R&D in all core disciplines is vital if we are to successfully retain and expand our role as an innovative company in a fiercely competitive industry. There is a good reason that the hearing aid market has only recently taken this decisive step into the realm of wireless technology: extreme demands for *minimising* power consumption and the size of hearing aids combined with ever-tougher demands for *maximising* the audiological qualities mean that only a handful of manufacturers can operate at the cutting edge of wireless technology.

For some of the other companies in the William Demant Holding Group, however, wireless technology has for many years been a part of their day-to-day business: wireless amplifier systems for classrooms, teleloop systems, wireless phones and alarm systems for the hearing-impaired are just some of the products we have developed and are still marketing. Not to mention our FM systems for children and young people with hearing loss and the possibility of remote-controlling a hearing aid. Our wireless headsets based on Bluetooth technology help enhance our overall competencies in this area.

In the years to come, wireless options and challenges will no doubt make a decisive mark on developments in the hearing aid industry and on the competitive strength of the various manufacturers. The extensive complexity and necessary resources will undeniably prevent some of the smaller manufacturers from developing wireless technologies. Having already completed the first development stage, which gave us valuable experience in selling and marketing hearing aids based on wireless features, we have thus put a rather heavy cost burden behind us.

With the advent of wireless technology, the hearing aid market has moved into a completely new era that we have been instrumental in founding. In the William Demant Holding Group, we are proud of our leading position in this field and are looking forward to creating hearing aids with even more features in the future and to providing wireless technologies for the benefit of hearing aid fitters and users alike.

*Niels Jacobsen*
*President & CEO*

## Mission statement

The international William Demant Holding Group develops, manufactures and sells innovative and high-technology solutions, incorporating micro-electronics, micro-mechanics, wireless technology, software and audiology. The Group operates in a global market. Its core business is hearing aids.

All companies in the William Demant Holding Group work closely together in the early links of the value chain such as purchasing and production. In the product development, marketing and sales links of the value chain, with their particular focus on markets and customers, each unit has its own organisation and unique identity.

The Group aims to become the customers' preferred supplier of state-of-the-art quality solutions and thus create a platform for continued organic growth. It strives to meet user needs by maintaining a high innovative level and constantly expanding its global infrastructure.

The Group plays a role in overall structural changes by acquiring enterprises to complement the Group's current activities as well as enterprises in related businesses. Through such acquisitions, the Group will capitalise on its technological and audiological expertise, managerial competencies and financial resources to create further growth.

Thus, the Group endeavours to increase its value through continued growth in revenues and profits.

All Group companies seek to promote a stimulating and rewarding working environment through a flexible, knowledge-based organisational structure. Moreover, the Group is committed to high standards of ethics, quality and fairness and is dedicated to meeting its environmental and social responsibilities.






# 2007 at a glance

**Revenue and profit margin**

DKK million
- 2003: 3,677
- 2004: 4,121
- 2005: 4,523
- 2006: 5,085
- 2007: 5,488

Profit margin: 25% (2007), 24%, 23%

Legend: Revenue / Profit margin / Profit margin in 2007 excluding US patent case

## Greater market share

In 2007, the Group continued the upward trends of previous years, achieving significant growth rates in all three of its business activities. The Group generated total revenues of DKK 5,488 million, an increase of just under 8%. In terms of local currencies, the growth in revenues amounts to almost 11%, reflecting a negative exchange impact of just under 3%. Growth lies considerably above the general market rate, and the Group has thus once more succeeded in capturing market shares from its competitors. In 2007, the Group's underlying business was highly profitable and the Group realised operating profits (EBIT) of DKK 1,268 million. After adjustment for special items, including expenses incurred in the US patent case, operating profits amounted to DKK 1,398 million, corresponding to a profit margin in excess of 25%.

The trend towards open, cosmetically attractive mini-instruments continued in 2007. Despite keener competition, Oticon Delta was able to maintain its position as a reference product in this, the fastest-growing segment of the hearing aid market. In the autumn, Bernafon launched the Brite product concept, thus marking its entry into the same segment. This elegant lifestyle product has been warmly received and also won the prestigious *Red Dot Design Award*.

## Growth underpinned by strong product concepts

In many ways, the introduction of the first fully wireless, binaural hearing aid solution, Oticon Epoq, set the corporate agenda for 2007. Based on our in-house developed wireless broadband RISE architecture, this hearing aid is the biggest technological leap seen by the hearing aid industry in years and the result of the Group's largest development project to date.

Test results show that users are exceptionally satisfied with Epoq in all typical listening situations and with their improved ability to localise and distinguish between sound sources. The considerably higher user satisfaction with binaural Epoq fittings is consistent with the leap users experience when switching from one to two conventional hearing aids. Together with the transition to new mechanical and technological platforms, the radical and innovative product concept has, however, posed certain technical challenges, prompting a number of production changes in 2007, which, although cost-intensive, have now been fully implemented.

## Ready for further growth in 2008

Having invested heavily in the future in recent years, the Group can now reap the benefits of having the industry's leading technology, the best product portfolio and an exceptionally efficient production system. In 2008, Oticon plans to launch a number of promising new products based on the RISE architecture, making this ground-breaking technology available to more potential users in more product segments. Oticon has thus created an excellent springboard for remaining in the technological vanguard of all key segments in 2008. The establishment of the Group's new production facilities in Poland has been very satisfactorily, with both efficiency and manufactured product quality fully meeting expectations. With access to skilled labour and higher production, the Group is thus geared for future growth.

The Group expects revenues in 2008 to grow by 7-10% in local currencies in a market growing by an estimated 3-5%, a figure in line with the Group's long-term expectations for growth in the hearing aid market. The consolidated revenue forecast of DKK 5,700-5,850 million in 2008 includes a negative exchange impact of about 3%. Operating profits (EBIT) in 2008 are estimated at DKK 1,400-1,500 million, and the Group expects to buy back shares of approximately DKK 900 million.

# Key figures and financial ratios — DKK

| INCOME STATEMENT, DKK MILLION | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| Revenue | 3,676.9 | 4,120.9 | 4,522.9 | 5,085.1 | 5,488.3 |
| Gross profit | 2,521.3 | 2,858.5 | 3,133.3 | 3,575.0 | 3,971.2 |
| Research and development costs | 294.9 | 324.2 | 382.5 | 459.8 | 505.1 |
| EBITDA | 972.5 | 1,143.9 | 1,251.6 | 1,433.3 | 1,436.2 |
| Depreciation etc. | 117.0 | 140.2 | 148.8 | 162.7 | 168.6 |
| Operating profit (EBIT) | 855.5 | 1,003.7 | 1,102.8 | 1,270.6 | 1,267.6 |
| Net financials | -28.2 | -38.6 | -36.8 | -61.4 | -96.9 |
| Profit before tax | 827.3 | 965.1 | 1,066.0 | 1,209.2 | 1,170.8 |
| Net profit for the year | 618.3 | 716.9 | 790.6 | 900.7 | 894.5 |

| BALANCE SHEET, DKK MILLION | | | | | |
|---|---|---|---|---|---|
| Interest-bearing items, net | -632.9 | -901.8 | -1,110.6 | -1,392.0 | -1,799.6 |
| Total assets | 2,015.0 | 2,440.9 | 2,893.4 | 3,134.5 | 3,725.8 |
| Shareholders' equity | 522.2 | 645.6 | 756.5 | 670.8 | 434.8 |

| OTHER KEY FIGURES, DKK MILLION | | | | | |
|---|---|---|---|---|---|
| Investment in property, plant and equipment, net | 124.4 | 311.7 | 351.4 | 207.9 | 165.5 |
| Cash flow from operating activities (CFFO) | 753.7 | 719.7 | 891.8 | 964.1 | 848.4 |
| Free cash flow | 615.5 | 353.5 | 467.7 | 661.0 | 756.3 |
| Employees (average) | 4,272 | 4,490 | 4,730 | 4,797 | 5,072 |

| FINANCIAL RATIOS | | | | | |
|---|---|---|---|---|---|
| Gross profit ratio | 68.6% | 69.4% | 69.3% | 70.3% | 72.4% |
| EBITDA-margin | 26.4% | 27.8% | 27.7% | 28.2% | 26.2% |
| Profit margin (EBIT-margin) | 23.3% | 24.4% | 24.4% | 25.0% | 23.1% |
| Return on equity | 139.8% | 134.2% | 106.7% | 114.0% | 169.0% |
| Equity ratio | 25.9% | 26.4% | 26.1% | 21.4% | 11.7% |
| Earnings per share (EPS), DKK* | 8.8 | 10.7 | 12.2 | 14.4 | 14.8 |
| Cash flow per share (CFPS), DKK* | 10.8 | 10.7 | 13.7 | 15.4 | 14.0 |
| Free cash flow per share, DKK* | 8.8 | 5.3 | 7.2 | 10.5 | 12.5 |
| Dividend per share, DKK* | 0 | 0 | 0 | 0 | 0 |
| Book value per share, DKK* | 7.5 | 9.6 | 11.6 | 10.7 | 7.2 |
| Price earnings (P/E) | 23 | 24 | 29 | 32 | 32 |
| Share price, DKK* | 200 | 257 | 350 | 459 | 471 |
| Market capitalisation adj. for treasury shares, DKK million | 13,710 | 16,989 | 22,315 | 28,274 | 28,063 |
| Average number of shares, million | 69.95 | 67.05 | 65.03 | 62.75 | 60.62 |

Financial ratios are calculated in accordance with "Anbefalinger & Nøgletal 2005" ("Recommendations and Financial Ratios 2005") from the Danish Society of Financial Analysts.

The free cash flow is calculated as the sum of cash flows from operating activities (CFFO) and investing activities (CFFI) adjusted for acquisitions.

On computation of the return on equity, average equity is calculated duly considering the current buy-back of shares.

*Per share of DKK 1.

# Key figures and financial ratios — EUR**

| INCOME STATEMENT, EUR MILLION | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| Revenue | 493.5 | 553.1 | 607.0 | 682.5 | 736.6 |
| Gross profit | 338.4 | 383.7 | 420.5 | 479.8 | 533.0 |
| Research and development costs | 39.6 | 43.5 | 51.3 | 61.7 | 67.8 |
| EBITDA | 130.5 | 153.5 | 168.0 | 192.4 | 192.8 |
| Depreciation etc. | 15.7 | 18.8 | 20.0 | 21.8 | 22.6 |
| Operating profit (EBIT) | 114.8 | 134.7 | 148.0 | 170.5 | 170.1 |
| Net financials | -3.8 | -5.2 | -4.9 | -8.2 | -13.0 |
| Profit before tax | 111.0 | 129.5 | 143.1 | 162.3 | 157.1 |
| Net profit for the year | 83.0 | 96.2 | 106.1 | 120.9 | 120.1 |
| **BALANCE SHEET, EUR MILLION** | | | | | |
| Interest-bearing items, net | -84.9 | -120.9 | -148.9 | -186.7 | -241.3 |
| Total assets | 270.2 | 327.4 | 388.0 | 420.4 | 499.7 |
| Shareholders' equity | 70.0 | 86.6 | 101.5 | 90.0 | 58.3 |
| **OTHER KEY FIGURES, EUR MILLION** | | | | | |
| Investment in property, plant and equipment, net | 16.7 | 41.8 | 47.1 | 27.9 | 22.2 |
| Cash flow from operating activities (CFFO) | 101.2 | 96.6 | 119.7 | 129.4 | 113.9 |
| Free cash flow | 82.6 | 47.4 | 62.8 | 88.7 | 101.5 |
| Employees (average) | 4,272 | 4,490 | 4,730 | 4,797 | 5,072 |
| **FINANCIAL RATIOS** | | | | | |
| Gross profit ratio | 68.6% | 69.4% | 69.3% | 70.3% | 72.4% |
| EBITDA-margin | 26.4% | 27.8% | 27.7% | 28.2% | 26.2% |
| Profit margin (EBIT-margin) | 23.3% | 24.4% | 24.4% | 25.0% | 23.1% |
| Return on equity | 139.8% | 134.2% | 106.7% | 114.0% | 169.0% |
| Equity ratio | 25.9% | 26.4% | 26.1% | 21.4% | 11.7% |
| Earnings per share (EPS), EUR* | 1.2 | 1.4 | 1.6 | 1.9 | 2.0 |
| Cash flow per share (CFPS), EUR* | 1.4 | 1.4 | 1.8 | 2.1 | 1.9 |
| Free cash flow per share, EUR* | 1.2 | 0.7 | 1.0 | 1.4 | 1.7 |
| Dividend per share, EUR* | 0 | 0 | 0 | 0 | 0 |
| Book value per share, EUR* | 1.0 | 1.3 | 1.6 | 1.4 | 1.0 |
| Price earnings (P/E) | 23 | 24 | 29 | 32 | 32 |
| Share price, EUR* | 26.8 | 34.4 | 46.9 | 61.6 | 63.2 |
| Market capitalisation adj. for treasury shares, EUR million | 1,837.7 | 2,277.2 | 2,991.1 | 3,792.1 | 3,763.5 |
| Average number of shares, million | 69.95 | 67.05 | 65.03 | 62.75 | 60.62 |

*Financial ratios are calculated in accordance with "Anbefalinger & Nøgletal 2005" ("Recommendations and Financial Ratios 2005") from the Danish Society of Financial Analysts.*

*The free cash flow is calculated as the sum of cash flows from operating activities (CFFO) and investing activities (CFFI) adjusted for acquisitions.*

*On computation of the return on equity, average equity is calculated duly considering the current buy-back of shares.*

*\*Per share of nominally DKK 1.*

*\*\*On the translation of key figures and financial ratios from DKK to EUR, Danmarks Nationalbank's rate of exchange at 31 December 2006 of 745.6 has been used for balance sheet items and the average rate of exchange of 745.9 has been used for income statement items.*

# Key figures and financial ratios — EUR*)

| INCOME STATEMENT, DKK MILLION | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| Revenue | 493.5 | 553.1 | 607.0 | 682.5 | 736.6 |
| Gross profit | 338.4 | 383.7 | 420.5 | 479.8 | 533.0 |
| Research and development costs | 39.6 | 43.5 | 51.3 | 61.7 | 67.8 |
| EBITDA | 130.5 | 153.5 | 168.0 | 192.4 | 192.8 |
| Depreciation etc. | 15.7 | 18.8 | 20.0 | 21.8 | 22.6 |
| Operating profit (EBIT) | 114.8 | 134.7 | 148.0 | 170.5 | 170.1 |
| Net financials | -3.8 | -5.2 | -4.9 | -8.2 | -13.0 |
| Profit before tax | 111.0 | 129.5 | 143.1 | 162.3 | 157.1 |
| Net profit for the year | 83.0 | 96.2 | 106.1 | 120.9 | 120.1 |
| **BALANCE SHEET, DKK MILLION** | | | | | |
| Interest-bearing items, net | -84.9 | -120.9 | -148.9 | -186.7 | -241.3 |
| Total assets | 270.2 | 327.4 | 388.0 | 420.4 | 499.7 |
| Shareholders' equity | 70.0 | 86.6 | 101.5 | 90.0 | 58.3 |
| **OTHER KEY FIGURES, DKK MILLION** | | | | | |
| Investment in property, plant and equipment, net | 16.7 | 41.8 | 47.1 | 27.9 | 22.2 |
| Cash flow from operating activities (CFFO) | 101.2 | 96.6 | 119.7 | 129.4 | 113.9 |
| Free cash flow | 82.6 | 47.4 | 62.8 | 88.7 | 101.5 |
| Employees (average) | 4,272 | 4,490 | 4,730 | 4,797 | 5,072 |
| **FINANCIAL RATIOS** | | | | | |
| Gross profit ratio | 68.6% | 69.4% | 69.3% | 70.3% | 72.4% |
| EBITDA-margin | 26.4% | 27.8% | 27.7% | 28.2% | 26.2% |
| Profit margin (EBIT-margin) | 23.3% | 24.4% | 24.4% | 25.0% | 23.1% |
| Return on equity | 139.8% | 134.2% | 106.7% | 114.0% | 169.0% |
| Equity ratio | 25.9% | 26.4% | 26.1% | 21.4% | 11.7% |
| Earnings per share (EPS), DKK* | 1.2 | 1.4 | 1.6 | 1.9 | 2.0 |
| Cash flow per share (CFPS), DKK* | 1.4 | 1.4 | 1.8 | 2.1 | 1.9 |
| Free cash flow per share, DKK* | 1.2 | 0.7 | 1.0 | 1.4 | 1.7 |
| Dividend per share, DKK* | 0 | 0 | 0 | 0 | 0 |
| Book value per share, DKK* | 1.0 | 1.3 | 1.6 | 1.4 | 1.0 |
| Price earnings (P/E) | 23 | 24 | 29 | 32 | 32 |
| Share price, DKK* | 26.8 | 34.4 | 46.9 | 61.6 | 63.2 |
| Market capitalisation adj. for treasury shares, DKK million | 1,837.7 | 2,277.2 | 2,991.1 | 3,792.1 | 3,763.5 |
| Average number of shares, million | 69.95 | 67.05 | 65.03 | 62.75 | 60.62 |

*Financial ratios are calculated in accordance with "Anbefalinger & Nøgletal 2005" ("Recommendations and Financial Ratios 2005") from the Danish Society of Financial Analysts.*

*The free cash flow is calculated as the sum of cash flows from operating activities (CFFO) and investing activities (CFFI) adjusted for acquisitions.*

*On computation of the return on equity, average equity is calculated duly considering the current buy-back of shares.*

*\*Per share of nominally DKK 1.*

*\*\*On the translation of key figures and financial ratios from DKK to EUR, Danmarks Nationalbank's rate of exchange at 31 December 2006 of 745.6 has been used for balance sheet items and the average rate of exchange of 745.9 has been used for income statement items.*

# Review

## Market conditions and business trends

### Hearing Aids

Growth in the global hearing aid market in 2007 is estimated to have surpassed our long-term expectations of 3-5% market growth in terms of value based on an expected 2-4% unit growth and a 1-2% positive contribution from prices and product mix. This higher market growth in 2007 is attributable primarily to the significant increase in demand from the British National Health Service (NHS), the world's largest single purchaser of hearing aids. In 2007, the NHS increased its demand by more than 25% compared with 2006 in an attempt to cut waiting lists. With a unit growth of around 9%, the US Veterans Affairs (VA) also boosted overall market growth in the past year. Leaving out the high growth contribution from the NHS and VA, market growth in 2007, however, was in line with the Company's long-term expectations.

The underlying growth factors in the hearing aid market have essentially remained constant:

- The number of elderly in the OECD countries is rising by 1.5-2.0% annually. The elderly population in the USA, however, is rising somewhat more sharply than in Europe.

- A growing number of hearing-impaired people are fitted with two instruments (binaural fittings). In many European countries and Japan, the share of binaural fittings remains fairly low (10-40%), while in many major markets, including the USA, Germany and Holland, the share has already reached 65-80%.

- Unit growth in some developing countries is considerably higher than in the OECD countries, but the initial sales level in these countries is typically very low.

Looking ahead, the large baby-boomer generation of people born in the post-war years 1946-1964 is projected to result in a gradual rise in the number of people over 65. Longer life-spans have also enlarged the elderly population. On balance, this trend is expected to trigger growing demand for health services, including hearing aids.

The rising popularity of hearing aids based on wireless communication between the two instruments is also likely to help increase the share of binaural fittings. This is because Oticon Epoq, for example, has such obvious audiological benefits that users, hearing care professionals and health authorities can hardly ignore the compelling arguments for fitting two instruments rather than one.

In the global hearing aid market, the share of the many new and cosmetically attractive, Behind-The-Ear solutions (BTE) continues to grow unabated. BTE hearing aids are gaining ground at the expense of In-The-Ear (ITE) instruments in particular. The US market has especially driven this trend, with the BTE share topping 50% in 2007, or more than a doubling in just four years.

Although traditionally holding a high share of total hearing aid sales in Europe, BTE instruments have also recorded significantly higher sales in Europe – also in typical BTE markets like France and Germany. We expect the dramatic increase in small BTE sales to continue and that one in four hearing aids sold globally in 2008 will be a mini-BTE-instrument.

2007 was dominated by the introduction of the high-end product Oticon Epoq, which offers people with hearing impairment the world's first, fully wireless, binaural hearing aid solution with significantly enhanced sound processing. In addition, Oticon Epoq can via a wireless Streamer be connected to Bluetooth applications, e.g. the hearing aid user's mobile phone. Epoq is based on Oticon's wireless broadband architecture RISE, the result of the Group's largest in-house development project to date. The first product to be based on the RISE architecture, Epoq, was presented at the US hearing aid convention AAA in April and released for sale in May/June.







Hearing care professionals and end-users have given Epoq a very positive reception, commending in particular the product's sound reproduction, which recreates the user's sense of space and ability to localise sources of sound. Various clinical product tests have affirmed this tremendous level of user satisfaction in all typical listening situations. Users of binaural Epoq fittings have indicated a significantly higher level of satisfaction on all parameters than users of two conventional hearing aids. The dramatic improvement is consistent with the leap users experience when switching from one to two conventional hearing aids. Oticon Epoq has already garnered a number of prestigious prizes, including the *Danish Product Award 2007*, presented by the engineering magazine Ingeniøren to the most innovative product of the year from a Danish manufacturer. During the *Consumer Electronics Show (CES)*, held in January 2008 in Las Vegas, Epoq also received the *Best of Innovations 2008 Design and Engineering Award* in the *Healthcare* category.

In the second half of 2007, sales of Oticon Epoq fell short of plan, because sales in many countries – despite the May/June release – only got up to speed after the summer. Moreover, during the first months after the release, great interest was shown in all of Epoq's innovative features, particularly the possibility of connecting it wirelessly to a mobile phone. Though long-awaited by the industry, this technological breakthrough will only generate real commercial benefits as user demands increase. The flip side is therefore that interest in Bluetooth connections has to a great extent eclipsed Epoq's obvious audiological qualities of Epoq and thus the breakthrough that true binaural sound processing offers to hearing-impaired people.

Towards the end of 2007, the focus of marketing campaigns and ongoing dialogue with customers intensified on Epoq's fundamental audiological qualities, which undeniably make the product the best hearing aid on the market. Sales of Epoq indeed accelerated towards the end of the year and in the first months of 2008. At the same time, a growing number of hearing care professionals have offered Epoq, primarily because of the product's unique audiological qualities – with or without the use of Streamer and mobile telephones. Stronger sales momentum, coupled with exceptional satisfaction on the part of users and hearing care professionals, fuels our expectations for the sale of Epoq in 2008 and beyond.

2007 was yet another good year for the cosmetically attractive product concept Oticon Delta, based on RITE technology (Receiver-In-The-Ear). Released for sale in spring 2006, Oticon Delta continues to contribute significantly to corporate growth. The product's success is underpinned by the expansion of Oticon Delta's audiological fitting options at the end of 2006. Today, Oticon Delta can be fitted to match four out of five hearing losses. At the same time, the product portfolio was supplemented with Oticon Delta 4000, positioned in the mid-priced segment, in other words below Delta 8000 and Delta 6000. The segment for cosmetically attractive mini-instruments, dominated heavily by Oticon Delta since its launch, is currently experiencing keener competition, a reflection of the concept's growing popularity. Nonetheless, throughout 2007 we have been able to sustain and in some cases expand Delta's position as a reference product in this, the fastest-growing segment of the hearing aid market.

At last autumn's German hearing aid congress, EUHA, Oticon introduced nEARcom for true wireless programming of hearing aids, an innovation born of a long-standing collaborative development project with two other hearing aid manufacturers and Bernafon. Oticon's version of wireless programming works with hearing aids based on the RISE architecture and is an offer for hearing care professionals who specifically want to avoid the hassle of cables, who are particularly interested in cutting-edge technology, and who want to provide the most professional customer service and treatment. However, the Group has noted that some hearing aid manufacturers have opted to concentrate on their own wireless programming systems rather than be part

of a joint development system, even though customers would most likely prefer major manufacturers to support a common standard.

For the Bernafon business, 2007 was marked by the autumn launch of the product concept Brite (Bernafon Receiver-In-The-Ear), heralding Bernafon's entry into the market for cosmetically attractive mini-instruments. Based on innovative design and sophisticated technology, Brite was enthusiastically received by customers, a fact to which the EUHA congress attests. The response promises well for future sales of Brite. In 2007, Bernafon also introduced the new Super Power instrument Xtreme as well as new micro-BTE-versions of both ICOS in the high-end segment and Prio in the mid-priced segment.

The Group's total unit growth of in-house produced hearing aids rose by 14% in 2007, reflecting the fact that the Group has also been able to win market shares in 2007. Although Delta and Epoq were the main growth drivers in the Oticon business, sales of the low-end product Go Pro, released for sale in autumn 2006, have also contributed significantly to growth, as did sales of hearing aids to the NHS and a number of international retail chains.

Sales of Oticon Syncro, which has now been on the market for over three years, are declining. As we know, Epoq replaced the high-end product Syncro in 2007 in the portfolio of actively marketed products. The mid-priced products Tego and Tego Pro, which have generated considerable growth for the Group since their launch in spring 2005, moved into the late phases of their life cycles during 2007.

As regards Bernafon, unit growth was driven primarily by sales of Prio, launched in autumn 2006. Using five different lifestyle-based pre-settings, Prio allows individual fitting, automatically selecting the best possible sound processing by continually registering and analysing the listening environment. The low-end products Neo and Win were also among the main contributors to Bernafon's unit growth. Last, Brite was a significant growth factor for Bernafon in 2007, although the product was only available in the last four months of the year.

Products introduced within the last two years thus accounted for about half the Group's total unit sales of in-house manufactured hearing aids during the year under review.

The development and marketing of user benefits, product concepts and fitting systems are still decisive competitive factors in the hearing aid business, along with the service provided to dispensers in the form of marketing activities, repairs, hotline support etc. We are also experiencing a need for greater distribution flexibility. As a manufacturer, we have to be prepared to occasionally act as a source of finance in conjunction with succession processes or the expansion of a customer's business. In 2007, the Group acquired a few minor distribution activities and provided limited financing to existing and new customers. We expect to continue this activity in the years ahead.

In 2007, corporate retail activities generated growth slightly above both the wholesale growth rate and market growth in the markets where the Group does retail business.

*Diagnostic Instruments*

Diagnostic Instruments, which includes our two audiometer businesses, Maico in Germany and the USA, as well as Interacoustics in Denmark, is a leading global supplier of audiological equipment. The core business once more recorded favourable, above-market growth in 2007.

A wide variety of product areas generated growth, but particularly products in the business areas of brain stem audiometry, OtoAcoustic Emission and hearing aid fitting equipment were the main growth drivers. These products thus account for a growing share of our business, and we expect the trend to continue in future.

