

In 2007, Diagnostic Instruments strengthened distribution in several markets, both by establishing own companies and in some cases by co-operating with other Group companies.

The aim of the business area for 2008 is to sustain and expand its position as one of the world's leading suppliers of audiological equipment. Diagnostic Instruments will thus continue to strengthen business in traditional audiometric and impedance equipment, while expanding a number of the other business areas, in particular the areas of brain stem audiometry, balance equipment and hearing aid fitting equipment. On 1 January 2008, the company took over distribution on the Danish market – an activity previously handled by an external distributor.

*Personal Communication*

Personal Communication, comprising Phonic Ear and the joint venture Sennheiser Communications, increased its revenues in 2007 by 17%, which is considered satisfactory.

Phonic Ear specialises in two product areas: wireless active learning systems and assistive listening devices. As in 2006, growth in Phonic Ear was primarily generated by sales of wireless active learning systems. Wireless active learning systems are marketed under the name FrontRow, and a system typically consists of a wireless microphone, a receiver and a number of loudspeakers. The products are largely used in classrooms with normal-hearing students to help retain their attention in an environment that is often noisy and has poor acoustics. The market for FrontRow's products is characterised by high growth rates, and we estimate that the USA, the largest single market, has grown by over 30% in 2007.

In 2007, Phonic Ear expanded the distribution network for the FrontRow business, one means being more extensive use of the so-called *Value Added Resellers* (VAR). By using these special distributors, we provide more efficient coverage of large geo-

graphic areas, while making it possible to scale the business without the ensuing dramatic increases in capacity costs.

Assistive devices for the hearing impaired comprise products such as amplifier phones, alarm systems and teleloop amplifiers. The products are typically used in private homes or public places, and the area has large growth potential, because more attention, particularly on the part of public institutions, is being focused on this type of assistive devices for hearing-impaired people.

Operated in conjunction with German Sennheiser electronic GmbH & Co. KG, Sennheiser Communications is a player in the market for hand-free communication solutions for professional and home users. In 2007, Sennheiser Communications generated substantial double-digit revenue growth, with several successful product launches in the wireless product segment contributing to the considerable improvement. This trend is expected to continue, and the outlook for 2008 is positive.

## Financial review 2007

### Revenues and foreign exchange conditions

In 2007, consolidated revenues amounted to DKK 5,488 million, or a 7.9% rise on last year. In terms of local currencies, growth was 10.7%, reflecting a negative exchange impact of just under 3%. Realised revenues matched our forecasts. Purchases of distribution activities had a positive effect on revenues of well over 2%.

With 97% of corporate sales being invoiced in foreign currencies, any movements in the exchange rates of corporate trading currencies significantly affect reported revenues. The graph below shows corporate revenues in 2007, calculated on the basis of realised average exchange rates on a month-by-month basis.

**Indexed development in the Group's currency basket**



January 2005 = 100

The weakening of the US dollar had a particularly adverse effect on revenues in 2007, with a sizeable portion of corporate sales taking place in the USA. Other negative factors were developments in the exchange rates of the Japanese yen, the Canadian dollar and the Swiss franc. The rate of the British pound sterling, which is also a major corporate invoicing currency, fell most in late 2007 and in January 2008, and the effect on revenues for 2007 is therefore limited.

Revenues in North America rose by 13% in 2007 in terms of local currencies. With market unit growth of 2-3% in the US, which is clearly the largest single regional market, we continue to capture sizeable market shares. North America accounted for 32% of consolidated revenues.

In terms of local currencies, the Group generated 9% growth in revenues in Europe in 2007. In particular, unit growth was boosted by corporate deliveries to the British NHS. Sales to international retail chains also grew. Sales in Europe accounted for 52% of consolidated revenues in 2007.

### Revenue by business area

| DKK million | 2006 | 2007 | Percentage change DKK | Local currency |
|---|---|---|---|---|
| Hearing Aids | 4,555 | 4,920 | 8.0% | 10.8% |
| Diagnostic Instruments | 298 | 303 | 1.7% | 3.7% |
| Personal Communication | 232 | 265 | 14.2% | 17.7% |
| **Total** | **5,085** | **5,488** | **7.9%** | **10.7%** |

In local currencies, our hearing aid business generated an increase in revenues in 2007 of just under 11%, driven by our core business, i.e. the development, production and wholesale of hearing aids. In the year under review, the core business improved unit sales of Group-manufactured hearing aids by 14%. As market growth for 2007 was only slightly above our long-term expectations of unit growth of 2-4%, we once again succeeded in capturing substantial market shares. The fact that the increase in the unit sale of Group-manufactured instruments exceeded the growth in core business is the result of a significant improvement in the sale of hearing aids to the NHS, further strengthened by the continuous successful sale of products to a number of international retail chains.

In 2007, corporate retail activities, which are part of our Hearing Aid business, outgrew our wholesale business and indeed the markets in which the Group carries on retail business. Retail activities accounted for about 15-20% of total consolidated revenues.

**Net revenue by business area**

- Hearing Aids
- Diagnostic Instruments
- Personal Communication

**Net revenue by region**

- Europe
- North America
- Pacific Rim
- Asia
- Other countries

14




Diagnostic Instruments achieved 2007 revenue of DKK 303 million, or an improvement in sales of just under 4% in terms of local currencies; this growth rate that matches the estimated market growth rate of 3-5%. This business activity accounts for 6% of consolidated revenues, and its profitability improved from an already high level in the year under review. The positive trend is expected to continue in 2008, the ambition being to retain and expand its position as one of the world's leading suppliers of audiological equipment.

In 2007, Personal Communication boosted revenues to DKK 265 million, or a rate of growth of just under 18% in terms of local currencies. The high growth in Phonic Ear continues to be driven by the successful sale of wireless FrontRow speaker systems mainly designed for school classes with normal-hearing children. The US market, which is our primary market for this equipment, grows by over 30% annually, and the positive trend as regards FrontRow is expected to continue in 2008. Sennheiser Communications is also experiencing extremely favourable development, among other factors driven by their new wireless headsets for offices and mobile telephony. Profitability trends in Sennheiser Communications are highly positive and so is the outlook for 2008.

*Special items*

The consolidated income statement for 2007 includes a number of special items, as did the comparative figures for 2006. The largest special item relates to costs defrayed in 2007 in connection with a US patent case.

According to a decision announced by a jury at the *District Court of Delaware* in January 2008, William Demant Holding has infringed two patents owned by *Energy Transportation Group* (ETG), which was awarded damages of approximately DKK 80 million. In addition, we expect to defray legal fees amounting to DKK 60 million, of which about half was paid in 2007. The aggregate of DKK 140 million was included in consolidated administrative expenses in 2007, of which provisions in the amount of DKK 110 million have been made

for payment of damages and legal costs, including the cost of the pending appeal case.

The case was instituted in 2005 based on two expired patents which ETG claims include certain aspects of the anti-feedback technology normally used in hearing aids. William Demant Holding claims that the Company has not infringed ETG's patents and therefore intends to appeal the decision. The final decision in the appeal case will not be available until 2009. If we win the appeal case, the provision for damages will be reversed.

| Effect on earnings of special items | 2006 | 2007 | Change |
|---|---|---|---|
| *Reported gross profit* | 3,575 | 3,971 | 11.1% |
| Employee share costs | 10 | | |
| Gain from sale of property | | -59 | |
| Production restructuring costs (estimated) | | 50 | |
| **Gross profit before special items** | 3,585 | 3,962 | 10.5% |
| Reported capacity costs etc. | -2,304 | -2,704 | |
| Employee share costs | 24 | | |
| Due diligence costs | 25 | | |
| Cost of US patent case | | 140 | |
| **EBIT before special items** | 1,330 | 1,398 | 5.1% |
| Reported net financials | -61 | -97 | |
| **Profit before tax and special items** | 1,269 | 1,301 | 2.5% |
| Reported tax for the year | -308 | -276 | |
| Tax effect | -15 | -33 | |
| **Profit for the year before special items** | 945 | 992 | 5.0% |
| *Reported profit after tax* | 921 | 844 | -0.8% |
| EPS before special items | 15.1 | 16.4 | 8.6% |
| *Reported earnings per share (EPS)* | 14.4 | 14.8 | 2.8% |

For a more detailed review of the special items and their impact on profits, reference is made to the subsequent sections.

## Gross profits

In 2007, the Group realised gross profits of DKK 3,971 million, or an improvement of 11%. The consolidated gross profit ratio was 72.4%, representing an increase of well over 2 percentage points on 2006. The gross profit ratio is favourably affected by the ongoing expansion of corporate distribution activities, which traditionally operate with higher gross profit ratios. Another contributory factor is the emerging effect of the recent establishment of production facilities in Poland.

The Group realised a gain of DKK 59 million from the sale of a property in Brisbane, Australia. The sale was part of the restructuring of our production capacity, which triggered non-recurring costs to the tune of DKK 50 million for the transfer of production from Australia and the establishment of production at Mierzyn, Poland. The amount also includes non-recurring costs in relation to the transfer of production of Behind-The-Ear hearing aids from Scotland to Poland towards the end of 2007. The net effect of these special items in 2006 and 2007 on consolidated gross profits is however limited. The Group has decided to scale down its Thisted production facility in 2008, which means that out of a total of 700 approximately 100 employees will be dismissed.

Consolidated gross profits also includes additional costs of DKK 25-40 million relating to the production of hearing aids caused by the transfer to new technological and mechanical platforms, which was more difficult than anticipated. The required adjustments of the hearing aid production, which have now been fully implemented, were fairly cost-intensive and temporarily resulted in lower production efficiency.

## Capacity costs

In 2007, consolidated capacity costs rose by 17% to DKK 2,706 million; non-recurring costs in connection with the US patent case accounting for DKK 140 million.

On comparison with capacity costs for 2006, it is worth noting that the 2006 figure included costs relating to employee shares of DKK 24 million and due diligence costs of DKK 25 million. The development in capacity costs is shown in the table below.

### Capacity costs

| DKK million | 2006 | 2007 | Percentage change DKK | Local currency |
|---|---|---|---|---|
| Research and development costs | 460 | 595 | 9.8% | 10.4% |
| Distribution costs | 1,513 | 1,726 | 14.1% | 16.7% |
| Administrative expenses | 334 | 475 | 42.2% | 43.7% |
| Total | 2,307 | 2,796 | 17.3% | 19.3% |

### Research and development costs

We remain convinced that substantial and dedicated focus on innovation and product development is absolutely essential to ensure our long-term growth potential. 2007 saw a 10% increase in these costs. Research and development costs accounted for 9% of consolidated revenues, which is at the same level as in 2006.

Corporate development activities in the first half-year were marked by the development and completion of our new, technological, wireless architecture (RISE) and by Oticon Epoq, which is the first product based on the RISE architecture. We expect a substantial portion of future corporate products to be based on RISE.

The development functions in the William Demant Holding Group work across business activities and continents to optimise the use of know-how. This approach ensures that basic technologies and special competencies developed for specific purposes in one part of the Group are utilised in other corporate contexts, thereby optimising the use of development resources. The establishment in 2005 of a new domicile and development centre in Denmark is a natural extension of our focused development effort. Our vision was to create and is to continue to have the world's leading and most sophisticated setting for the development of hearing aids, thereby creating optimal conditions for maintaining our innovative

**R&D costs**

DKK million

295 (2003) · 324 (2004) · 383 (2005) · 460 (2006) · 595 (2007)

**Operating profit (EBIT)**

DKK million

856 (2003) · 1,004 (2004) · 1,271 (2005) · 1,103 (2006) · 1,268 (2007)





edge and competitiveness. In addition to our Danish facilities, we have major development centres in Switzerland and the USA. We are currently considering setting up certain development activities in Poland in connection with our newly established production facilities at Mierzyn. Furthermore, our researchers are members of research networks and institutions all across the world.

### Distribution costs

Consolidated distribution costs rose in 2007 by 14% to DKK 1,726 million. The increase is to be considered in light of the stepwise expansion in 2006 and 2007 of corporate retail activities, which generally operate with fairly high selling and marketing costs.
Consolidated distribution costs were also affected by the launch of Oticon Epoq, which in the first half-year involved considerable launching costs.

### Administrative expenses

In 2007, administrative expenses totalled DKK 475 million, including non-recurring costs of DKK 140 million in relation to the US patent case. Adjusted for these costs, administrative expenses amounted to DKK 335 million, matching the 2006 level which included due diligence costs of DKK 25 million and employee share-related costs of DKK 7 million.

### Profits for the year

Operating profits (EBIT) for the year under review amounted to DKK 1,268 million, or a profit margin of 23.1%. Adjusted for special items including costs for the US patent case, consolidated operating profits aggregated DKK 1,398 million in 2007, which represents a 5% increase when adjusting the 2006 comparative figure for costs relating to employee shares and due diligence. The adjusted operating profits for 2007 provide a profit margin of more than 25%.

To the extent possible, we seek to hedge any fluctuations in exchange rates by matching positive and negative cash flows in the main currencies and by entering into forward exchange contracts.

With our current use of such contracts, forecast cash flows are hedged with a horizon of up to 24 months. Consequently, any movements in major exchange rates will affect revenues immediately, whereas the effect on earnings will be somewhat delayed. Realised forward exchange contracts are recognised in the income statement together with the items hedged by such contracts. In addition, we have raised loans in foreign currencies to balance our net receivables. This was previously done through forward exchange contracts.

The current weakening of several of our trading currencies, including the US dollar, the British pound sterling and the Japanese yen, means that we hedge our exchange transactions at increasingly lower rates. The lower hedging rates will thus have an adverse effect on operating profits for 2008 and the years ahead.

With the exchange rate fluctuations in 2007 – particularly towards the end of the year – the underlying development in consolidated earnings is more favourable than would appear from the reported profits. The negative exchange impact on operating profits (EBIT) compared with 2006 is approximately DKK 40 million. Overall, the consolidated profit margin in the year under review was only marginally affected by exchange rate fluctuations. At year-end, we had entered into forward exchange contracts at a nominal value of DKK 983 million (DKK 1,031 million at 31 December 2006) with a market value of DKK 17 million (DKK 3 million at 31 December 2006). The major contracts hedged the following currencies at 31 December 2007:

### Forward exchange contracts at 31 December 2007

| Currency | Hedging period | Hedging rate |
|---|---|---|
| USD | 8 months | 518 |
| JPY | 9 months | 5.03 |
| NOK | 3 months | 96 |
| AUD | 2 months | 469 |
| EUR | 7 months | 747 |
| CAD | 3 months | 541 |

Net financials in 2007 amounted to DKK -97 million against DKK -61 million in 2006. The change primarily reflects an increase in consolidated interest-bearing debt and a generally higher interest rate level.

Consolidated profits before tax totalled DKK 1,171 million. Tax on the year's profits is estimated at DKK 276 million, matching an effective tax rate of 23.6%, which is below the level that has applied to the Group in recent years. The reason is a corporation tax reform in Denmark effective as of 1 January 2007. Some of the effects of the reform being a fall in the Danish corporation tax rate by 3 percentage points to 25% and a number of limitations on the use of interest deductions by Danish companies. The one-time effect of the Danish tax reform is neutral as regards the balance sheet.

The year's profits amounted to DKK 894 million, which is marginally lower than in 2006. However, if we adjust for special items, profits rose by 5%. Earnings per share (EPS) were DKK 14.8, or a 3% increase. Calculated before special items, EPS rose by 9%. Our current strategy of buying back shares resulted in earnings per share outpacing the year's profit growth. In 2007, the average number of shares was reduced by 2,136,124 shares compared with 2006. For a more detailed description of the Group's buy-back of shares, we refer to Shareholder information, Capital on page 22.

*Equity and capital*

Consolidated equity amounted to DKK 435 million at year-end (DKK 671 million at the end of 2006), corresponding to an equity ratio of 12%. The Parent's equity was DKK 519 million at year-end (DKK 665 million at the end of 2006).

At the annual general meeting, the Directors will propose that all of the year's profits be retained and transferred to reserves.

The buy-back of shares worth a total of DKK 993 million matched the 2006 level, and the amount was recognised directly in equity. We did not carry out any capital increases in 2007.

## Consolidated equity

| DKK million | 2006 | 2007 |
| --- | --- | --- |
| Equity at the beginning of the year | 756 | 671 |
| Exchange adjustments of subsidiaries | -5 | -32 |
| Value adjustments of hedging instruments | -41 | -19 |
| Buy-back of shares | -993 | -993 |
| Capital increase relating to employee share ownership plan | 24 | 0 |
| Gift element relating to employee share ownership plan | 34 | 0 |
| Profit for the year | 901 | 894 |
| Other adjustments | -5 | 10 |
| Minority interests | 0 | -96 |
| Equity at the end of the year | 671 | 435 |

*Consolidated cash flows, financing and cash position*

In 2007, consolidated cash flows from operating activities amounted to DKK 848 million, or a 12% fall on 2006, which is mainly due to the build-up of inventories and an increase in receivables. The Group paid corporation tax in 2007 of approximately DKK 299 million, of which DKK 234 million was paid in Denmark.

Free cash flows rose to DKK 756 million, which is an increase of 14% on 2006, the major explanations being the fall in the level of capital investments in our corporate headquarters in Denmark and the sale of a property in Australia.

## Cash flows by main items

| DKK million | 2006 | 2007 |
| --- | --- | --- |
| Profit for the year | 901 | 894 |
| Cash flows from operating activities | 964 | 848 |
| Cash flows from investing activities * | -303 | -92 |
| Free cash flows | 661 | 756 |
| Acquisitions | -28 | -80 |
| Buy-back of shares | -993 | -993 |
| Other financing activities | -22 | -176 |
| Cash flow for the year, net | -382 | -493 |

* Calculated before acquisitions.

Earnings per share (EPS)

DKK    8.8    10.7    12.2    14.4    14.8
2003    2004    2005    2006    2007

Cash flow from operating activities

DKK million    754    720    892    964    848
2003    2004    2005    2006    2007

19

## Investments

Cash flows for investing activities (excluding acquisitions) amounted to DKK 92 million in 2007 against DKK 303 million in 2006. The fall is mainly due to proceeds of DKK 122 million from the sale of the production property in Australia in 2007, as mentioned above, and the fact that the property was bought at a price of DKK 63 million in 2006. Moreover, 2007 did not see any major investments in corporate headquarters, as was the case from 2004 through 2006. Net investments in property, plant and equipment amounted to DKK 186 million in 2007, and net investments for 2008 are estimated at DKK 200-240 million, of which payment for the production property in Poland acquired in 2007 accounts for DKK 33 million.

In 2007, the Group took over a number of minor distribution businesses in Australia and North America either in full or in part. The cash acquisition sum amounted to DKK 80 million for the year.

The change in other financing activities in 2007 is due to an increase in instalments in respect of long-term liabilities and the fact that we did not raise any further loans as was the case in 2006.

## Balance sheet

The total consolidated balance sheet rose by 19% in 2007 and at 31 December 2007 amounted to DKK 3.7 billion, including a negative exchange impact of about 3%.

Receivables under long-term assets rose in 2007 by DKK 89 million, and since we received redemptions/instalments worth DKK 43 million in the year under review, we have had a net addition to receivables under long-term assets. Loans to corporate customers and business partners amounted at 31 December 2007 to DKK 180 million (DKK 123 million in 2006), and a further increase is expected for 2008.

In connection with the restructuring of production facilities, we built up buffer stocks in order to secure supplies and further ex-

panded inventories on the launch of Epoq, thereby generally boosting inventories in 2007. Trade receivables also rose, which is among other things due to growth in revenues, including acquisitions.

Consolidated interest-bearing debts (gross) were DKK 480 million higher at year-end than at the end of 2006. The increase was mainly caused by our continuous buy-back of shares and the above-mentioned increases in inventories and trade receivables.

There have been no events to change the assessment of the annual report after the balance sheet date and until today.

## Directors and employees

At the annual general meeting on 29 March 2007, Lars Nørby Johansen and Michael Pram Rasmussen were both re-elected, and Peter Foss, President & CEO of FOSS A/S, was elected to the Board of Directors. After the general meeting, the Directors elected Lars Nørby Johansen Chairman and Niels Boserup Deputy Chairman of the Board of Directors.

The Group employed 5,091 staff at year-end. The average number of staff in 2007 (full-time equivalent) was 5,072 (4,797 in 2006), of whom 1,619 were employed in Denmark (1,486 in 2006). Revenue per employee amounted to DKK 1,082,000, or a 2% rise on 2006.

Key to the Group's success is the professionalism, commitment and diligence of our staff. The Directors would like to thank all staff for their tremendous and professional effort in 2007, their commitment being the real power behind our success.

## Incentive programmes

The Group has at two- or three-year intervals offered the employees the opportunity to buy shares at a favourable price depending on their salary and seniority. Such shares are subsequently held on trust for five years. The most recent employee share ownership plan was carried through in 2006.

The Company has no share option programmes or other similar programmes.

An agreement has been made for William Demant Holding's President & CEO, who for every four years' employment will be entitled to a severance package corresponding to one year's salary.

*Knowledge resources*

Our *Mission statement* stipulates that the Group must aim for continuous growth in revenues and earnings, and that we must strive for a high innovation level through a flexible and knowledge-based organisation. The prerequisite for the Group's continued competitiveness is extensive audiological know-how and a broad spectrum of competencies, such as designing integrated circuits for sophisticated analogue and digital processing of sound signals, developing software for optimum fitting of hearing aids, designing micro-amplifiers and related acoustic systems as well as developing and manufacturing micro-mechanic components. See also *Research and development costs* on page 16.

The Group's products are made in co-operation with a wide range of specialists, each with thorough knowledge of their own fields, in-depth understanding of other professional areas and appreciation of the corporate approach. In order to utilise competencies and knowledge across the organisation, substantial resources are channelled into communication and knowledge sharing through a shared IT platform, a high degree of openness, secondment of employees to other Group companies and a flat organisational structure.

Inaugurated in November 2005, the corporate development centre in Denmark is a major catalyst for both ongoing and future innovation projects.

*The Oticon Foundation*

William Demant Holding's main shareholder, the Oticon Foundation, has as its primary goal to safeguard and expand the William

Demant Holding Group's business and provide support for various commercial and charitable purposes. The Oticon Foundation, whose full name is William Demants og Hustru Ida Emilies Fond, was founded in 1957 by William Demant, son of the Company's founder Hans Demant. The Foundation's interest in the Company was 58% at the end of 2007, which is also the case at 6 March 2008.

The William Demant Holding Group has not carried out any major acquisitions since the autumn of 2001, and in compliance with Company policy any free cash flows are applied for the buy-back of shares. Sound liquidity and a satisfactory free flow are important to obtain fair pricing of our shares at the OMX Nordic Exchange Copenhagen. In autumn 2005, the Oticon Foundation consequently announced that in future it would strive to retain an ownership interest of 55-60% against previously 60-65% through current sale of shares in the market. This sale is independent of our share buy-back programme.

In accordance with the Oticon Foundation's investment strategy, the Foundation's investments – apart from shares in William Demant Holding – also include other assets, as the Foundation can make direct, active investments in companies whose business models and structures resemble that of the William Demant Holding Group, but fall outside its strategic sphere of interest.

In 2003, William Demant Holding and the Oticon Foundation thus agreed that the Company would identify active investment opportunities on behalf of the Foundation. In each case, a management agreement would be made on a commercial arm's length basis. Investment activities are mainly carried out by William Demant Invest A/S, a company wholly owned by the Oticon Foundation.

Since 2004, the Oticon Foundation has – in the framework of William Demant Invest – made significant investments in the property company Jeudan A/S, listed on the OMX Nordic Exchange Copenhagen, and in the medical company Össur hf., listed on the



OMX Nordic Exchange Iceland. In 2007, the Foundation increased its stake in Jeudan and also made a minor share purchase in Össur. Moreover, the Oticon Foundation has a portfolio of listed securities that are managed by an external asset manager.

## Outlook for the future

2008 will be another year of growth for the William Demant Holding Group. For 2008, we anticipate growth in revenues of 7-10% in terms of local currencies in a market whose rate of growth we estimate at 3-5%, which matches our long-term growth forecasts for the hearing aid market. Based on average exchange rates for January 2008, the negative exchange impact on consolidated revenues in 2008 is estimated at 3%. In this light, consolidated revenues are forecast at a level of DKK 5,700-5,850 million.

For 2008, we expect that especially Oticon Epoq will continue to be a major contributor to corporate growth. For the first half of 2008, we are planning to introduce a broad palette of products in the mid-priced segment as well as new Epoq variants. Both Oticon and Bernafon will introduce other new products in the second half-year. The many new product introductions will be the basis for growth in 2008 and the years ahead.

The emerging effects of the restructuring of production carried through in 2007 in combination with our current utilisation of economies of scale will positively impact the consolidated gross profit ratio in 2008 and beyond. This margin impact is however expected to be offset – in full or in part – by a steady increase in sales to international retail chains.

For 2008, we expect a continuous increase in the Group's development costs, which are primarily paid in Danish kroner. As development costs are expected to grow at the same level as growth in revenues in terms of local currencies, the reported increase in development costs will exceed reported sales growth.

Particularly in the fourth quarter of 2007, exchange rate trends had an adverse effect on consolidated profits. For 2007 as a whole, the earnings-related exchange effect on operating profits (EBIT) was negative by approximately DKK 40 million. Based on average exchange rates for January 2008, we estimate a further negative effect to the tune of DKK 60 million for 2008 as a whole. As usual, the estimated figure includes anticipated gains and losses on forward exchange contracts. The Group generally estimates operating profits (EBIT) for 2008 at DKK 1,400-1,500 million.

The effective tax rate for 2008 is expected to be 24-25%, which is slightly above the 2007 level.

Total investments in property, plant and equipment are estimated at a level of DKK 200-240 million for 2008.

We expect to buy back shares at an amount of DKK 900 million in 2008.

# Shareholder information

## Capital

At 31 December 2007, the Company's authorised share capital was nominally DKK 60,986,527 divided into as many shares of DKK 1. All shares have the same rights and are not divided into classes.

*William Demants og Hustru Ida Emilies Fond* (the Oticon Foundation), Egedal has notified the Company that at 31 December 2007 it held 58% of the share capital. In September 2005, the Foundation announced that it wished to retain an interest of 55-60% in the Company's capital.

Shares held by members of the Board of Directors, by the Executive Board and by employees account for approximately 2% of the share capital. More than 80% of the Group's around 5,100 employees are shareholders in the Company.

In 2007, the Company bought back 2,032,820 shares at a total price of DKK 993 million. At the annual general meeting on 29 March 2007, the share capital was reduced by nominally DKK 2,336,675 through the cancellation of treasury shares. The Company did not increase its capital in 2007. At year-end 2007, the Company held 1,406,370 treasury shares, or 2.3% of the share capital. At 6 March 2008, the Company holds 1,819,520 treasury shares, or 3.0% of the share capital. At the next general meeting, the Directors will propose that the share capital be reduced by the number of shares held by the Company at the date of the general meeting, 31 March 2008.

## Share information

| DKK | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| Highest rate | 222 | 274 | 355 | 504 | 583 |
| Lowest rate | 111 | 190 | 256 | 343 | 407 |
| Rate at year-end | 200 | 257 | 350 | 459 | 471 |
| Market cap., DKK million | 13,710 | 16,989 | 22,315 | 28,274 | 28,063 |
| Average no. of shares* | 69.95 | 67.05 | 65.03 | 62.75 | 60.62 |
| No. of shares at year-end* | 68.53 | 66.11 | 63.79 | 61.60 | 59.58 |

*Million shares, excluding treasury shares.*

## Specification of movements in share capital

| DKK in thousands | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| Share capital at 1.1. | 74,713 | 70,294 | 67,515 | 65,569 | 63,323 |
| Capital increase | 0 | 0 | 0 | 139 | 0 |
| Capital reduction | -4,419 | -2,779 | -1,946 | -2,385 | -2,337 |
| Share capital at 31.12. | 70,294 | 67,515 | 65,569 | 63,323 | 60,986 |

## Powers relating to share capital

The shareholders in general meeting have empowered the Directors to increase the share capital by up to nominally DKK 1,179,527 in connection with the issue of employee shares at a subscription price to be determined by the Directors, however minimum DKK 1.05 per share of DKK 1. The powers are valid until 1 January 2011. Until 1 January 2012, the Directors have been authorised to increase the share capital by up to DKK 6,664,384 for other purposes. The subscription price will be determined by the Directors.

Until the next annual general meeting, the Directors have been authorised to acquire treasury shares at a nominal value of up to 10% of the share capital. The purchase price may not deviate by more than 10% from the price listed on the OMX Nordic Exchange Copenhagen.

## Dividend

At the general meeting, the Directors will, as in previous years, propose that all profits for the 2007 financial year be retained. In the Company's opinion, the buy-back of shares will pave the way for a more dynamic planning of dividend policies. The Directors have thus authorised Management – on behalf of the Company – to continue buying back William Demant Holding shares in 2008 worth an approximate amount of DKK 1 billion with due regard to the Group's current cash inflow.

## Insider rules

The Group's insider rules and in-house procedures comply with the provisions of the Danish Securities Trading Act, under which the



Executive Board and the Board of Directors and their related parties are obliged to inform the Company of their transactions with the Company's securities with a view to subsequent publication and reporting to the Danish Financial Supervisory Authority. In 2007, the Company made three such announcements, which can be seen on the Company's website under *Insider trade announcements*.

In its in-house rules, the Company has chosen to operate an insider register containing over 800 persons, including leading staff members who – through their attachment to the Company – may possess price-affecting knowledge of the Group's internal affairs. Persons recorded in the insider register may only trade in Company shares for six weeks following publication of the annual report and the interim report through the OMX Nordic Exchange Copenhagen. Such persons are also obliged to inform the Company of their transactions in Company shares.

## IR policy and investor information

It is the aim of William Demant Holding to ensure a steady and consistent flow of information to stock market players to promote a basis for fair pricing of Company shares – pricing that reflects current corporate strategies, financial capabilities and prospects for the future. The flow of information should contribute to a reduction of any Company-specific risks associated with investing in William Demant Holding shares, thereby leading to a reduction of the Company's cost of capital.

We aim to reach this goal by continuously providing relevant, correct and adequate information in our Company announcements. The Company also maintains an active and open dialogue with analysts as well as current and potential investors. Through presentations, individual meetings and participation in investor conferences, we aim to maintain an ongoing dialogue with a broad section of share market players. In 2007, we held approximately 260 (220 in 2006) meetings and presentations attended by more than 500 analysts and investors.

The Company also uses its website www.demant.com for communication with the market. The website has more information about the Group and its business activities.

Investors and analysts may also contact Stefan Ingildsen, Finance and IR Manager, or Søren Bergholt Andersson, IR Officer, on phone +45 3917 7100 or via e-mail william@demant.dk.



*Stefan Ingildsen*          *Søren Bergholt Andersson*

### Share price development 2007

William Demant Holding
Indexed OMXC20

## Main Company announcements in 2007

| 8 March | Annual Report 2006 |
|---|---|
| 29 March | Annual general meeting |
| 11 April | Introduction of Oticon Epoq |
| 9 May | Quarterly review, first quarter 2007 |
| 2 July | Reduction of capital after expiry of statutory notice |
| 16 August | Interim Report 2007 |
| 8 November | Quarterly review, third quarter 2007 |

## Financial calendar 2008

| 6 March | Annual Report 2007 |
|---|---|
| 31 March | Annual general meeting |
| 7 May | Interim information, first quarter 2008 |
| 14 August | Interim Report 2008 |
| 5 November | Interim information, third quarter 2008 |

## General meeting

The annual general meeting will be held on Monday, 31 March 2008, at 4 p.m. at Kongebakken 9, 2765 Smørum, Denmark.

# Risk management activities

Risk management activities in the William Demant Holding Group primarily focus on the business and financial risks to which the Company with a certain degree of probability may be exposed.

The Company generally operates in a stable market with a limited number of players. The risks to which the Company may be exposed are unlikely to change materially in the short term. When preparing the strategic, budgetary and annual plans, the Directors consider the risks identified by the Company.

## Business risks

The major risks to which the William Demant Holding Group may be exposed are of a business nature – be they risks within the Company's control or external risks due to, for instance, the behaviour of the competition.

The market in which the Company acts is a highly product-driven market. Products introduced on the market in the past two years generated about half of corporate sales. The Group's significant research and development initiatives help underpin our market position. It is therefore also vital in the long term to maintain the Group's innovative edge and to attract the most qualified and competent staff.

The William Demant Holding Group is involved in a few disputes. Apart from a provision relating to the US patent case, Management is of the opinion that any other disputes do not significantly affect or will affect the Group's financial position. We seek to make adequate provisions for legal proceedings. As far as patents are concerned, our policy is to take out patents for our own ground-breaking innovations and currently monitor that our products do not infringe on any third-party patents.

## Financial risks

Financial risk management concentrates on exchange rate, interest rate, credit and liquidity risks and on protecting against the risk of loss of plant, property and equipment. The purpose of financial risk management is to protect the business against potential losses and to make sure that Management's forecasts for the current year will only be affected to a limited extent by changes in the surrounding world – be they fluctuating exchange or interest rates or direct damage to corporate assets. We are exclusively hedging commercial risks and are not involved in any financial transactions of a speculative nature.

### Exchange rate risks

The Company seeks to hedge against any exchange rate risks through foreign exchange contracts and other hedging instruments. Major net exchange positions are normally hedged up to 24 months ahead. Currency hedging gives Management the opportunity and necessary time to redirect business strategies in the event of persistent foreign exchange fluctuations.

**Effect on EBIT on non-hedged* basis, 5% exchange rate change**

| DKK million | 2007 | 2008 |
|---|---|---|
| USD | 20 | 25 |
| GBP | 15 | 20 |
| CAD | 10 | 15 |
| AUD | 10 | 10 |
| JPY | 5 | 5 |

* Non-hedged is defined as the total annual exchange effect excluding forward exchange contracts.

The exchange risk has been calculated on the basis of simple adding up of EBIT figures for Group companies in local currencies.



Whereas the adding up of EBIT figures includes all Group companies, the net exchange flow is identical to the flow in Oticon A/S. We estimate that about 90% of all exchange translations are made in Oticon A/S and that the analysis therefore provides a true and fair view of the entire Group. The exchange flow includes actual translation transactions as well as any change in net receivables (receivables, payables and bank balances). Realised exchange rates have been used for 2007, whereas for 2008 we have applied early-February rates.

*Interest rate risks*

At present, the Group has limited debts compared with the volume of business activity, and changes in interest rates therefore only have negligible impact on the Group. Interest rate swaps are sometimes used to hedge interest rates. We are of the opinion that the Group has a strong cash flow and satisfactory credit rating to secure current working capital and funds for potential acquisitions.

Based on net debt at year-end 2007, a climb of 1 percentage point in the general interest rate level will increase consolidated annual interest expenses before tax by approximately DKK 13 million.

*Credit risks*

Corporate credit risks relate primarily to trade receivables. Our customer base is fragmented and any credit risks would only involve minor losses on individual customers. Together, our three largest customers account for less than 10% of total consolidated revenues. We thus have no major credit exposure, which is supported by our track record of insignificant previous losses on bad debts. When undertaking lending transactions with customers or business partners, we require the provision of security in their particular businesses.

The Group has no major deposits in financial institutions. Primarily financial institutions with high credit ratings are used.

*Liquidity risk*

The Group is obliged to have sufficient cash resources to meet its obligations. The Group has access to substantial non-utilised credit facilities, and the liquidity risk is therefore considered very low.

## Safeguarding corporate assets

Company Management continuously seeks to minimise any financial consequences of damage to corporate assets, including any operating losses incidental to potential damage. We are currently investing in security and surveillance systems to prevent damage and to minimise such damage, should it arise. Major risks that cannot be adequately minimised are identified by Company Management who will on a continuous basis ensure that appropriate insurance policies are taken out under the corporate global insurance programme administered by recognised and credit-rated insurance companies. The Group's insurance programme has deductible clauses in line with normal market terms. The Directors review the Company's insurance policies once a year, including coverage of any identified risks.

The Directors are regularly briefed on any developments in identified risks. The purpose of this reporting is to keep the Directors fully updated and enable them to take corrective action to minimise such risks.

# Corporate governance

William Demant Holding's Management (Board of Directors and Executive Board) considers corporate governance an ongoing process and regularly assesses whether amendments to the Company's Articles of Association or managerial processes are required. The Board of Directors currently considers the *Corporate Governance Recommendations 2005*, which are part of the disclosure requirements laid down by the *Copenhagen Stock Exchange Committee on Corporate Governance*, and determines the extent to which the Company should implement such recommendations. According to the recommendations, it is acceptable for a company to pursue a different approach to corporate governance from that recommended by the guidelines, provided the company publicly explains its decision not to comply with such guidelines, also known as the "comply-or-explain principle".

A complete review of the manner in which William Demant Holding complies with the corporate governance recommendations in accordance with the "comply-or-explain principle" is available on our website under *Corporate governance*.

## Shareholders' role and interaction with Management

William Demant Holding communicates currently with its shareholders through the annual general meeting, shareholder meetings, investor presentations, e-mail, telephone, website, webcasts, capital market days, the annual report and company announcements etc., and we strive to communicate both in Danish and in English.

The Company has one class of shares, and all shares are listed on OMX Nordic Exchange Copenhagen. In recent years, the Board of Directors has decided that any excess cash funds are to be used for the buy-back of shares for the purpose of writing down the share capital, if it is considered prudent and does not inhibit the Company's long-term development or credit rating.

As on 6 March 2008, the Company's principal shareholder, *William Demants og Hustru Ida Emilies Fond* (the Oticon Foundation) holds 58% of the share capital and votes. The Oticon Foundation has a statute according to which the Foundation should always – directly or indirectly – seek to hold the majority of shares in the Company in order to limit any attempts at takeover.

## The role of stakeholders and their importance to the Company

Our *Mission statement* includes a description of our visions, strategies and goals. Moreover, our managerial policy builds on high standards of business conduct, including honesty, quality and fairness as well as accountability towards the environment and the community.

## Openness and transparency

Any information essential to shareholders and financial markets for their assessment of the Company and our activities is published as promptly as possible in compliance with the rules of the Danish Financial Supervisory Authority and the OMX.

We have chosen to present our website in English only as we believe that stakeholders seeking information from our website are familiar with this language. However, all documents that can be downloaded from the website are available in both Danish and English.

Apart from the requirements of the IFRS and other Danish accounting legislation, we have found that the publication of additional non-financial particulars, such as information relating to impact on the external environment, development of internal knowledge resources, ethical and social responsibilities and the working environment, is not expedient. Our opinion on these issues is integral to our *Mission statement*.



In compliance with the Danish Securities Trading Act, the Company publishes annual and interim reports. In the time span between publication of such reports, we have chosen to publish quarterly information rather than actual quarterly reports. In Management's opinion, actual quarterly reports will not enhance a better understanding of the Company's activities, as the quarterly information gives an adequate account of the important events and transactions which have taken place during the period in question. Furthermore, such information gives a general account of the Group and its financial position and results.

## Duties and responsibilities of the Board of Directors

The Board of Directors is responsible for the overall strategic management as well as the financial and managerial supervision of the Company, and it regularly evaluates the work of the Executive Board as for instance stated in the Annual Plan and Budget prepared for the Board of Directors. Its duties and responsibilities are determined through the rules of procedure for the Board of Directors and instructions to the Executive Board. Specific work and task descriptions for the Chairman and Deputy Chairman of the Board of Directors are incorporated into the rules of procedure for the Board of Directors.

## Composition of the Board of Directors

The Company has chosen not to publish a complete overview of the special competencies of the individual Directors that might be relevant to their duties as Directors, as we are of the opinion that such an overview would not adequately reflect their expertise.

Currently, the Board has eight Directors: five Directors elected by the general meeting and three Directors elected by staff in Denmark.

The majority of the Directors are shareholders of the Company. The Board of Directors has chosen not to specify the holding of shares in the Company held by the individual Director, as the Board is of the opinion that such information is not useful. Any changes in Directors' shareholdings are published in each instance and are at the same time reported to the Danish Financial Supervisory Authority. Such changes are also published on the Company's website.

None of the Directors elected by the general meeting has been employed with the Company or has (had) any attachment to or interest in the Company apart from the duty as Director and as shareholder.

Normally, the Company holds five ordinary Board meetings a year as well as extraordinary meetings if deemed necessary by the Executive Board or the Board of Directors. The general meeting elects the Company's Directors for a term of one year and the staff-elected Directors for a term of four years. Staff-elected Directors are elected in accordance with the provisions of the Danish Companies Act. A Director cannot be re-elected once he or she has reached the age of 70.

The Board of Directors does not use any formalised system of self-evaluation. The Chairman currently evaluates the work carried out by the Board, and it is the Board's opinion that the result of this evaluation is satisfactory.

## Board of Directors' and Executive Board's remuneration

Once a year, the Board of Directors assesses the remuneration paid to Directors and the Executive Board. The basis for the assessment is a competitive and reasonable level that will attract and retain the

most suitable and competent candidates. Please also refer to *Incentive programmes* on page 19.

## Board committees

At present, no independent Board committees have been nominated as the Board of Directors finds that such committees are deemed unnecessary, given the Company's business activities and the size of the Board.

## Risk management

The Company operates in a stable market with a limited number of players. The risks to which the Company may be exposed are not likely to change materially in the short term. A description of all material risks is given in the Annual Plan and Budget for the Board of Directors. Please also see *Risk management activities* on page 24.

## Audit

The audit fee is agreed with the auditor prior to a financial year and is subject to approval by the chairmanship of the Board of Directors. The auditor may be asked to perform non-audit services. Such services are to be agreed with the Company's Executive Board in each case. If the fee in respect of non-audit services exceeds the ordinary audit fee, such fee is subject to approval by the Board of Directors.

## Amendments to articles of association

The adoption of a resolution to make amendments to articles other than those listed in s. 79 of the Danish Public Companies Act shall require that at least 51% of the share capital is represented at the general meeting, and that the resolution is approved by a two-thirds majority of the votes cast and of the represented share capital which is entitled to vote. Where 51% of the share capital is not represented at the general meeting, but two thirds of the votes cast and of the represented share capital which is entitled to vote have approved the proposal, the Board shall call an extraordinary general meeting within 14 days, at which meeting the proposal may be adopted by a two-thirds majority of the votes cast irrespective of the number of shares represented.




28

# Board of Directors and Executive Board



OLE LUNDSGAARD, LARS NØRBY JOHANSEN, NIELS JACOBSEN, MICHAEL PRAM RASMUSSEN, NIELS BOSERUP, PETER FOSS, SUSANNE KOLD, NILS SMEDEGAARD ANDERSEN, IVAN JØRGENSEN

## Board of Directors

**Lars Nørby Johansen (aged 58), Chairman**
Falck A/S, chairman of the board of directors
Georg Jensen A/S, chairman of the board of directors
Sdg Jørgensen & Partners A/S, chairman of the board of directors
DONG Energy A/S, deputy chairman of the board of directors
The Danish Growth Council, chairman
Lars Nørby Johansen joined the Board of Directors of the Company in 1998 and is considered an independent Director.

**Niels Boserup (aged 64), Deputy Chairman**
Øresundsinstituttet, chairman of the board of directors
Wonderful Copenhagen, deputy chairman of the board of directors
Birmingham International Airport Ltd., deputy chairman of the board of directors
Wemind A/S, director
Niels Boserup joined the Board of Directors of the Company in 1996. Due to his seat on the Board of Directors of the Company's principal shareholder, the Oticon Foundation, he is not considered an independent Director.

**Nils Smedegaard Andersen (aged 49)**
A.P. Møller - Mærsk A/S, Partner and Group CEO
Nils Smedegaard Andersen joined the Board of Directors of the Company in 2003 and is considered an independent Director.

**Peter Foss (aged 51)**
FOSS A/S, President & CEO
A.R. Holding af 1999 A/S, director
Peter Foss joined the Board of Directors of the Company in 2007 and is considered an independent Director.

**Ivan Jørgensen (aged 40), PhD, Electronic Engineering**
Oticon A/S, competence manager for IC design (analogue and RF)
Staff representative
Ivan Jørgensen joined the Board of Directors of the Company in 2005.

**Susanne Kold (aged 46)**
Oticon A/S, Thisted, shop steward for 3F members
3F Thy-Mors, director
Staff representative
Susanne Kold joined the Board of Directors of the Company in 2007.

**Ole Lundsgaard (aged 38), Electronics Mechanic**
Diagnostic Instruments, technical support specialist
Staff representative
Ole Lundsgaard joined the Board of Directors of the Company in 2003.

**Michael Pram Rasmussen (aged 53)**
A.P. Møller - Mærsk A/S, chairman of the board of directors
Colgplast A/S, chairman of the board of directors
Topdanmark A/S, chairman of the board of directors
Louisiana Museum of Modern Art, director
JPMorgan Chase International Council, member
Michael Pram Rasmussen joined the Board of Directors of the Company in 1999 and is considered an independent Director.

## Executive Board

**Niels Jacobsen (aged 50), President & CEO**
Niels Jacobsen joined the Company in 1992 as Executive Vice President and was appointed President & CEO in 1998.
A.P. Møller - Mærsk A/S, director
Novo Nordisk A/S, director
Directorships in a number of wholly and partly owned companies in the William Demant Group, including William Demant Invest A/S, Össur hf., Sennheiser Communications A/S, HIMPP A/S, HIMSA A/S and HIMSA II A/S.

## Auditors

**Deloitte**
Statsautoriseret Revisionsaktieselskab

**KPMG C. Jespersen**
Statsautoriseret Revisionsinteressentskab

## Board meetings

During the year, the Board of Directors has convened on five occasions.

# Signatures

## Statement by Executive Board and Board of Directors

We have today presented the Annual Report 2007 for William Demant Holding A/S.

The consolidated financial statements have been prepared in accordance with International Financial Reporting Standards as adopted by the EU and the Parent's financial statements have been prepared in accordance with the Danish Financial Statements Act. Further, the Annual Report has been prepared in accordance with additional Danish disclosure requirements for annual reports of listed companies.

In our opinion, the accounting policies used are appropriate and the Annual Report gives a true and fair view of the Group's and the Parent's assets, liabilities and financial position, result and the Group's cash flows.

We present the Annual Report for approval at the general meeting.

*Smørum, 6 March 2008*

### Executive Board:

Niels Jacobsen

### Board of Directors:

Lars Nørby Johansen
Chairman

Niels Boserup
Deputy Chairman

Nils Smedegaard Andersen

Peter Foss

Ivan Jørgensen

Susanne Kold

Ole Lundsgaard

Michael Pram Rasmussen

30

# Independent auditor's report

**To the shareholders of William Demant Holding A/S**

We have audited the Annual Report of William Demant Holding A/S for the financial year 1 January-31 December 2007, which comprises Management's review, the statement by the Executive Board and the Board of Directors on the Annual Report, accounting policies, income statement, balance sheet, statement of changes in equity and notes for the Group as well as for the Parent and the consolidated statement of recognised income and expenses and cash flow statement. The consolidated financial statements have been prepared in accordance with International Financial Reporting Standards as adopted by the EU, and the Parent's financial statements have been prepared in accordance with the Danish Financial Statements Act. Further, the Annual Report has been prepared in accordance with the additional Danish disclosure requirements for annual reports of listed companies.

## The Executive Board's and Board of Directors' responsibility for the Annual Report

The Executive Board and the Board of Directors are responsible for the preparation and fair presentation of this Annual Report in accordance with International Financial Reporting Standards as adopted by the EU (the Group), the Danish Financial Statements Act (the Parent), and additional Danish disclosure requirements for annual reports of listed companies. This responsibility includes: Designing, implementing and maintaining internal control relevant to the preparation and fair presentation of an annual report that is free from material misstatement, whether due to fraud or error; selecting and applying appropriate accounting policies; and making accounting estimates that are reasonable in the circumstances.

## Auditor's responsibility and basis of opinion

Our responsibility is to express an opinion on this Annual Report based on our audit. We conducted our audit in accordance with Danish Standards on Auditing. Those standards require that we comply with ethical requirements

*Copenhagen, 6 March 2008*

**Deloitte**
*Statsautoriseret Revisionsaktieselskab*

Anders Dons
*State-authorised Public Accountant*
*(Denmark)*

and plan and perform the audit to obtain reasonable assurance whether the Annual Report is free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the annual report. The procedures selected depend on the auditor's judgement, including the assessment of the risks of material misstatement of the annual report, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the company's preparation and fair presentation of the annual report in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the company's internal control. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates made by the executive board and board of directors, as well as evaluating the overall presentation of the annual report.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

Our audit did not result in any qualification.

## Opinion

In our opinion, the Annual Report gives a true and fair view of the Group's financial position at 31 December 2007 and of the results of its operations and its cash flows for the financial year 1 January-31 December 2007 in accordance with International Financial Reporting Standards as adopted by the EU and additional Danish disclosure requirements for annual reports of listed companies.

Further, in our opinion, the Annual Report gives a true and fair view of the Parent's financial position at 31 December 2007 and of the results of its operations for the financial year 1 January-31 December 2007 in accordance with the Danish Financial Statements Act, and additional Danish disclosure requirements for annual reports of listed companies.

**KPMG C.Jespersen**
*Statsautoriseret Revisionsinteressentskab*

Finn L. Meyer
*State-authorised Public Accountant*
*(Denmark)*

# Accounting policies

## General

The consolidated financial statements are presented in compliance with the International Financial Reporting Standards as adopted by the EU. The financial statements for the Parent are presented in accordance with the provisions of the Danish Financial Statements Act for class D entities. The Annual Report has been prepared in accordance with further Danish disclosure requirements for annual reports published by listed entities as formulated by the OMX Nordic Exchange Copenhagen as well as the IFRS order issued in compliance with the Danish Financial Statements Act.

The Parent's accounting policies on recognition and measurement are generally consistent with the Group's accounting policies. The instances in which the Parent's accounting policies deviate from those of the Group have been described below. To ensure uniform presentation the terminology used in the consolidated financial statements has as far as possible also been applied in the Parent's financial statements.

Effective as of 1 January 2007, the Group has implemented IFRS 7 (Financial Instruments: Disclosures), the amended standards IAS 1 (Presentation of Financial Statements), IAS 32 (Financial Instruments: Disclosure and Presentation) and IFRIC 7-10. The new accounting standards and interpretations have not caused any changes in the accounting policies, but solely affected the scope and nature of presentation and notes in the Annual Report and comparative figures.

Annual reporting figures are stated in Danish kroner (DKK) rounded to the nearest 1,000 DKK.

## Standards and interpretations not yet effective

Amended standards (IAS 23 and 27 as well as IFRS 2, 3 and 8) and interpretations (IFRIC 11-14), published but not yet effective at the time of publication of the Annual Report, have not been incorporated into the Annual Report. In Management's opinion, any future implementation of these standards and interpretations will not materially affect the Annual Report.

## Accounting estimates and judgements

Many accounting items can only be estimated rather than accurately measured. Such estimates are based on the most recent information available on preparation of the accounts. Estimates and assumptions are revalued on a current basis. Any changes in accounting estimates will be recognised in the accounting period in which such changes are made.

In connection with the practical application of the accounting policies, Management has made normal accounting estimates and judgements concerning development costs and business combinations as well as the valuation of long-term assets, inventories, receivables and payables.

It is the Group's opinion that the product development undertaken by the Group today cannot meaningfully be allocated to either the development of new products or to the further development of existing products. As the products are subject to various authority approvals, it is difficult to determine the final completion of new corporate products.

## Consolidation

The consolidated financial statements comprise William Demant Holding A/S (the Parent) and the entities, in which the Parent holds more than 50% of voting rights, or in which in some other manner it can or actually does exercise a controlling interest. The consolidated financial statements have been prepared on the basis of the financial statements for the Parent and its subsidiaries by aggregating uniform items. Using proportionate consolidation, the consolidated financial statements also include entities, which by agreement are managed jointly with one or more entities. Intra-Group income, expenditure, shareholdings, accounts and dividends as well as non-realised intra-Group profits on inventories are eliminated.

Entities, in which the Group holds 20-50% of the voting rights or in some other manner can or actually does exercise a significant interest, are considered to be associates and have been incorporated proportionately into the consolidated financial statements using the equity method.

Newly acquired or newly established subsidiaries or associates are recognised in the consolidated financial statements from the time of acquisition or formation. Entities either divested or discontinued are recognised until the date of divestment or discontinuation. Comparative figures and financial highlights in respect of newly acquired entities have not been restated.

The accounting items of subsidiary companies are recognised 100% in the consolidated financial statements. The proportionate share of profits for the year of minority interests is included in consolidated profits for the year and as a separate portion of consolidated equity.

### Business combinations

On acquiring new entities, the purchase method is applied, according to which the identified assets, liabilities and contingent liabilities of the acquired entities are measured at their fair values on acquisition. Any tax effects of revaluations will be taken into account.

The cost of an acquired entity includes the fair value of the consideration paid and the costs directly attributable to the acquisition. If the final consideration is conditional upon one or more future events, such adjustments will be recognised in cost only, if the particular event is likely to happen and its effect on cost can be reliably calculated.

If cost exceeds the fair values of the assets, liabilities and contingent liabilities (identified on acquisition), any remaining positive differences (goodwill) are recognised in the balance sheet under intangible assets and tested for impairment at least annually. If the carrying amount of an asset exceeds its recoverable amount, it will be written down to such lower recoverable amount.

On the purchase or sale of minority interests after gaining control, the effect hereof is recognised directly in equity, and no revaluation will be made of the acquired net assets. In the Parent's financial statements, such transactions are treated as additional purchases of shares in subsidiaries.

**Translation of foreign currency**

On initial recognition, transactions in foreign currency are translated at the exchange rates ruling on the transaction date. The functional currency and the presentation currency are the same in the consolidated financial statements. The functional currencies of foreign entities are determined by the economic environment in which such entities operate (normally the local currency).

Receivables, payables and other monetary items in foreign currency are translated into Danish kroner at their rates on the balance sheet date. Realised and non-realised exchange adjustments are recognised in the income statement under gross profit or financial items, depending on the purpose of the transaction.

Property, plant and equipment, intangible assets, inventories and other non-monetary assets, purchased in foreign currency and measured on the basis of historical cost, are translated at the rates of exchange on the transaction date.

For subsidiaries and associates presenting financial statements in foreign currency, income statement items are translated at the rates of exchange of the transaction date, whereas balance sheet items are translated at the rates on the balance sheet date.

Any exchange adjustments, arising from the translation at the beginning of the year of balance sheet items of foreign entities at the exchange rates on the balance sheet date and from the translation of income statement items from the rates of exchange of the transaction date to the rates of exchange on the balance sheet date, are recognised directly in equity. Any exchange adjustments resulting from changes made directly in the equity of a foreign entity are also recognised directly in equity.

Any exchange adjustments of intra-Group accounts considered additions to or deductions from the total investment in the particular entity are recognised directly in equity under foreign currency translation reserve.

**Derivative financial instruments**

Derivative financial instruments, primarily forward exchange contracts and interest rate swaps, are recognised from the transaction date and measured at their fair values in the balance sheet. Derivative financial instruments are recognised under other receivables and other payables, respectively.

Changes in fair values of derivative financial instruments, classified as and satisfying the criteria for hedging of the fair value of a recognised asset or a recognised liability, are recognised in the income statement together with any changes in the fair value of the hedged asset or hedged liability.

Changes in fair values of derivative financial instruments, classified as and satisfying the conditions for effective hedging of future transactions, are recognised directly in equity. The ineffective portion is recognised in the income statement. On realisation of the hedged transactions, the accumulated changes will be recognised as part of the particular transactions purchase or sale of financial assets is recognised on the transaction date.

**Calculating fair values of financial instruments**

The fair values of financial instruments are calculated on the basis of current market data and recognised valuation methods.

**Employee shares**

The Group has employee share ownership plans, enabling employees to subscribe for shares in the Parent at a lower-than-market price. The fair value (gift element) is recognised as an expense under employee benefits on the grant date (in the Parent, with the deduction of re-invoiced benefits to subsidiaries). The item is set off directly against equity.

**Income statement**

Income and costs are recognised on an accruals basis. The income statement is broken down by function and all costs including depreciation expenses are therefore charged to production, distribution, administration or research and development.

*Revenue*

Revenue is recognised in the income statement on delivery and transfer of risk to buyer. Revenue from services including service packages and extended warranties is recognised on a straight-line basis in step with the delivery of such services.

Revenue is measured at fair value of the agreed consideration excluding charges. Discounts and returned goods are recognised in revenue.

Revenue from agency-like business is measured at the agency commission value.

*Production costs*

Production costs are costs paid to generate revenue. Commercial firms recognise cost of goods sold under production costs. Manufacturers recognise cost of raw materials, consumables and production staff as well as maintenance, depreciation, amortisation and impairment losses on property, plant and equipment and intangible assets used in the production process under production costs.

*Research and development costs*

These include all costs that do not satisfy capitalisation criteria relating to research and development, prototype construction, development of new business concepts as well as depreciation and amortisation of capitalised development costs.

*Distribution costs*

Distribution costs include costs relating to training, sale, marketing and distribution as well as depreciation and impairment losses on assets used for distribution purposes.

*Administrative expenses*

Administrative expenses include administrative staff costs, office expenses, bad debts as well as depreciation and impairment losses on assets used for administration purposes.

*Net financials*

Net financials mainly consist of interest income and expenses.

They also include interest on financial leases, amortisation of financial assets and liabilities as well as certain realised and non-realised exchange gains or losses.

## Tax

Tax on the year's profit includes current tax and any changes in deferred tax. Current tax includes tax payable computed on the basis of the estimated taxable income for the year and any prior-year tax adjustments. Tax on movements in equity is recognised directly in equity.

Current tax payable or receivable is recognised in the balance sheet computed as calculated tax on the year's taxable income adjusted for any tax on account. The tax rates on the balance sheet date are used for calculation of the year's taxable income.

Deferred tax is recognised under the balance sheet liability method on all temporary differences between the tax base of assets and liabilities and the carrying amounts of such assets and liabilities. Deferred tax is computed on the basis of the tax rules and rates existing on the balance sheet date in the particular countries. Any effect on deferred tax due to changes in tax rates is reflected in the tax on the year's profit, unless such deferred tax is attributable to items previously recognised directly in equity. If so, such change will also be recognised directly in equity. The tax base of a loss, which may be set off against any future taxable income, will be carried forward and set off against deferred tax in the same legal tax entity and jurisdiction. Any deferred tax assets are recognised at their expected realisable values.

Deferred tax on any temporary differences relating to investments in subsidiaries and associates is recognised, unless the Parent is able to control the time of realisation of such deferred tax, and it is probable that such deferred tax will not be released as current tax in the foreseeable future.

Deferred tax is recognised in respect of eliminations of intra-Group profits or losses.

The Parent is jointly taxed with its Danish subsidiaries and the Danish affiliated company William Demant Invest A/S. Current corporation tax is distributed among the jointly taxed Danish entities in proportion to their taxable incomes.

## Balance sheet

### Intangible assets

On initial recognition, goodwill is recognised and measured as the difference between the cost of the acquisition and the fair values of the assets acquired and of liabilities and contingent liabilities assumed, see Business combinations.

On recognition of goodwill, goodwill is allocated to each of the corporate activities generating independent inflows (cash-generating units). The definition of a cash-generating unit complies with the corporate managerial structure, internal financial management and reporting.

Goodwill is not amortised, but reviewed for impairment at least annually. If the recoverable amount of a cash-generating unit exceeds the carrying amounts of the property, plant and equipment and intangible assets, including goodwill, allocated to the cash-generating unit, such assets will be written down.

Goodwill acquired before 1 January 2002 was written off in equity at the time of acquisition.

Patents and licences acquired from a third party are measured at cost with the deduction of accumulated amortisation and impairment losses. Patents and licences are amortised over their estimated economic lives, maximum 20 years.

Other intangible assets, including intangible assets acquired in connection with a business combination, are measured at cost with the deduction of accumulated depreciation and impairment losses. Other intangible assets are depreciated on a straight-line basis over their estimated useful lives of 3-5 years. Intangible assets with non-definable useful lives are not depreciated, but tested annually for impairment.

### Property, plant and equipment

Property, plant and equipment are recognised at cost with the deduction of accumulated depreciation and impairment losses. Cost is defined as the acquisition sum and costs directly relating to the acquisition. As regards assets produced by the Group, cost includes any costs directly attributable to the production of such assets, including materials, components, sub-suppliers and wages. Cost in respect of financially leased assets is calculated either as the fair value or the current value of future lease payments.

Interest expenses on loans for financing of the production of property, plant and equipment are recognised at cost, if they pertain to the manufacturing period. Other borrowing costs are recognised in the income statement.

If the acquisition or use of an asset requires the Group to incur costs for demolition or reestablishment of such asset, the calculated costs hereof are recognised as a provision and as part of the cost of the particular asset, respectively.

The cost of a total asset is divided into various elements, which will be depreciated separately if their useful lives are not the same.

The depreciation basis is cost less the estimated residual value of an asset after the end of its useful life. The residual value is determined at the time of acquisition and reviewed annually. If the residual value exceeds the carrying amount, depreciation will be discontinued.

Property, plant and equipment are depreciated on a straight-line basis over their estimated useful lives with the exception of land.

| | |
|---|---|
| Buildings | 33-50 years |
| Technical installations | 10 years |
| Manufacturing plant and machinery | 3-5 years |
| Fixtures, tools and equipment | 3-5 years |
| IT hardware and software | 3 years |
| Leasehold improvements | over the lease period |

Depreciation methods, useful lives and residual values are reviewed annually.

Property, plant and equipment are written down to their recoverable amounts, if lower than their carrying amounts.

**Impairment of property, plant and equipment and intangible assets**

The carrying amounts of property, plant and equipment and intangible assets with definite useful lives are reviewed on the balance sheet date to determine whether indicators suggest impairment. If so, the recoverable amount of the particular asset is calculated to determine the need for impairment, if any. The recoverable amounts of goodwill and other intangible assets with indefinite useful lives will be assessed whether or not there are indicators suggesting impairment.

The recoverable amount is assessed for the smallest cash-generating unit that includes the asset. The recoverable amount is assessed as the higher of the fair value of the asset or cash-generating unit less costs to sell and the value in use of such asset or unit.

If the recoverable amount of an asset or cash-generating unit is calculated to be lower than its carrying amount, such asset or unit is written down to its recoverable amount.

Impairment losses are recognised in the income statement. On any subsequent reversal of impairment losses due to changes in the assumptions of the calculated recoverable amount, the carrying amount of an asset or cash-generating unit is increased to the adjusted estimate of the recoverable amount, however maximum to the carrying amount which such asset or cash-generating unit would have had, had it not been written down. Amortisation on goodwill is not reversed.

**Interests in subsidiaries and associates**

The Parent's investments in subsidiaries are measured on the basis of the equity method, i.e. such investments are recognised in the balance sheet at their proportionate values of net worth. The Parent's proportionate shares of profits after tax from subsidiaries are recognised in the income statement after the year's changes in non-realised intra-Group profits and with the deduction of depreciation and amortisation on goodwill, if any, acquired after 1 January 2002.

The accumulated net revaluation of investments in subsidiaries is retained in the Parent on distribution of profit under net revaluation according to the equity method under equity, unless prior to the next annual general meeting in the Parent, matching dividends have been paid by the subsidiaries.

Investments in associates are recognised on the same basis as investments in subsidiaries, however goodwill is not amortised on recognition of profit or loss for the year in the consolidated financial statements.

*Other securities and interests*

On initial recognition, other securities and interests are recognised at cost and subsequently measured at fair value. Non-realised value adjustments are recognised directly in equity. On realisation, value adjustments will be transferred to net financials in the income statement. In the Parent, non-realised value adjustments are recognised in the income statement.

*Inventories*

Raw materials, components and merchandise are measured at the lower of cost or net market price. Group-manufactured goods and work in progress are measured at direct cost, direct payroll and consumables as well as a proportionate share of indirect production costs. Indirect production costs include the proportionate share of capacity costs directly relating to finished goods or work in progress.

Inventories are measured at the lower of cost on a First-In-First-Out basis, i.e. the most recent supplies are considered to be in stock, or at net market price.

*Receivables*

Receivables are measured at cost on initial recognition and are subsequently adjusted at amortised cost. Provisions are made for bad debts based on an assessment of the particular risks using an impairment account.

*Assets held for sale*

Assets held for sale include long-term assets and disposal groups held for sale. Any liabilities relating to assets held for sale are liabilities directly associated with such assets. Assets are classified as "held for sale", if their carrying amounts will be recovered principally through a sale within 12 months.

Assets or disposal groups held for sale are measured at the lower of the carrying amount at the time of classification as "held for sale" or the fair value with deduction of costs to sell. Assets classified as "held for sale" are not depreciated or amortised.

Assets and any related liabilities are shown as line items in the balance sheet and the main items are specified in the notes. Any gains or losses are shown in the notes.

*Equity*

Foreign currency translation reserve includes any exchange differences on translation of accounts of foreign subsidiaries or associates from their respective functional currencies into Danish kroner. Exchange adjustments are recognised in the income statement on realisation of the net investment.

Hedging reserve includes fair value adjustments of financial instruments or loans satisfying the criteria for hedging of future transactions. The amounts are recognised in the income statement on the balance sheet in step with the recognition of the hedged transactions.

*Treasury shares and dividend*

On the purchase or sale of treasury shares, the acquisition cost or divestment sum is recognised directly in equity under distributable reserves. The reduction in capital on cancellation of treasury shares will reduce the share capital by an amount corresponding to the nominal value of such shares.

Proposed dividend is recognised as a separate item under equity until adoption at the annual general meeting, upon which such dividend will be recognised as a liability.

### Pension benefit plans and similar commitments

The Group has pension benefit plans or similar commitments with a number of its employees. As regards defined contribution plans, the Group pays regular, fixed contributions to independent pension companies. Such contributions are recognised in the income statement in the period in which employees have performed work entitling them to contributions under a benefit plan. Contributions due are recognised in the balance sheet as a liability.

As regards defined benefit plans, an actuarial calculation is made on a periodical basis of the accrued value in use of future benefits payable under the benefit plan. The value in use is calculated on the basis of assumptions in respect of the future development in wage levels, interest rates and inflation rates. The value in use with deduction of the fair value of any assets attaching to the benefit plan is recognised in the balance sheet under provisions.

The annual pension costs are recognised in the income statement based on actuarial estimates and the financial forecasts at the beginning of the year. Any differences between the estimated development of pension assets and liabilities and the realised values are termed actuarial gains or losses and are recognised directly in equity. In the Parent, any actuarial gains or losses are recognised directly in the income statement.

Other long-term employee benefits are similarly recognised using actuarial computation. Actuarial gains or losses on such benefits are recognised directly in the income statement.

### Provisions

Provisions are recognised, where as a result of an earlier event, the Group has a legal or actual liability and where the redemption of any such liability is likely to draw on corporate financial resources. Provisions are measured on a discounted basis of Management's best estimate of the amount at which the liability may be redeemed. The discount effect of any differences in current value of provisions in the financial year is recognised as a financial expense.

### Lease commitments

Lease commitments concerning financially leased assets are recognised in the balance sheet as a liability and measured at the time of signing the particular lease agreement at the lower of the fair value of the leased asset or the current value of future lease payments. After initial recognition, lease liabilities are measured at amortised cost. The difference between the current value and the nominal value of lease payments is recognised in the income statement as a financial expense over the lease period.

Lease payments concerning operational lease agreements are recognised on a straight-line basis in the income statement over the lease period.

### Other financial liabilities

Payables to credit institutions are recognised at their proceeds after deduction of borrowing costs. In subsequent periods, financial liabilities are measured at amortised cost for the difference between proceeds and nominal values to be recognised in the income statement under financial expenses over the term of the loan.

On initial recognition, other payables are measured at fair value and subsequently at amortised cost using the effective interest method for the difference between proceeds and nominal values to be recognised in the income statement under financial expenses over the term of the loan.

### Cash flow statement

The cash flow statement is based on the indirect method and reflects the Group's net cash position by operating, investing and financing activities.

Cash flows from operating activities include inflows from the year's operations, adjusted for operating items not generating cash and for movements in working capital.

Cash flows from investing activities include payments in respect of the acquisition or divestment of entities and other financial assets as well as the purchase, development, improvement or sale of intangible assets and property, plant and equipment.

Financial lease agreements are considered non-cash transactions. Cash flows relating to financially leased assets are recognised as payment of interest and instalments.

Cash flows from financing activities include payments to or from shareholders and the raising or repayment of long-term or short-term debts not included in the working capital.

Cash and cash equivalents are cash funds less interest-bearing, short-term bank debts.

### Segmental information

The William Demant Holding Group's activities are based on a single business segment, i.e. the development, manufacturing and sale of products and equipment designed to facilitate people's hearing and communication. Consequently, only geographic segmental information is provided.

The segmental information provided complies with the Group's internal financial management and risks. Segmental information includes items directly attributable to the individual segment as well as items reliably attributable to the various segments.



# Income statement

| PARENT | | | | | GROUP | |
|---|---|---|---|---|---|---|
| 2006 | 2007 | Note | (DKK – in thousands) | 2007 | 2007 | 2006 |
| 0 | 0 | 1 | Revenue | **5,488,296** | | 5,085,055 |
| 0 | 0 | 2/3 | Production costs | -1,517,053 | | -1,510,040 |
| 0 | 0 | | **Gross profit** | **3,971,243** | | 3,575,015 |
| 0 | 0 | 2/3 | Research and development costs | -505,053 | | -459,... |
| 0 | 0 | 2/3 | Distribution costs | -1,725,936 | | -1,513,2.. |
| -46,35.. | -33,105 | 2/3/4 | Administrative expenses | -474,642 | | -336,... |
| 0 | 0 | | Share of profit after tax, associates | 2,011 | | 3,0.. |
| 22,9.. | 18,752 | | Income from subsidiaries | - | | - |
| -23,41.. | -14,353 | | **Operating profit (EBIT)** | **1,267,643** | | 1,270,596 |
| 927,6.. | 925,841 | 10 | Share of profit after tax, subsidiaries | - | | - |
| 28,5.. | 28,559 | 5 | Financial income | 28,729 | | 10,.. |
| 43,75.. | -77,048 | 5 | Financial expenses | -125,593 | | -80,9.. |
| 889,188 | **862,999** | | **Profit before tax** | **1,170,779** | | 1,209,217 |
| 8,81.. | 21,015 | 6 | Tax on the year's profit | -276,300 | | -308,4.. |
| 897,99.. | **884,014** | | **Net profit for the year** | **894,479** | | 900,746 |

**Proposed distribution of net profit/Distribution of Group profit:**

| PARENT | | | | | GROUP | |
|---|---|---|---|---|---|---|
| 2006 | 2007 | | | 2007 | 2007 | 2006 |
| 897,99.. | 884,014 | | Retained earnings/Shareholders of William Demant Holding A/S | 894,479 | | 900,7.. |
| | - | | Minority interests | 0 | | 0 |
| 897,99.. | **884,014** | | | **894,479** | | 900,746 |
| | | 7 | Earnings per share (EPS), DKK | 14,8 | | 14,.. |
| | | 7 | Diluted earnings per share (DEPS), DKK | 14,8 | | 14,.. |