# Balance sheet at 31 December

| PARENT | | | | | GROUP | |
|---|---|---|---|---|---|---|
| 2006 | 2007 | Note | Assets (DKK – in thousands) | | 2007 | 2006 |
| 0 | 0 | | Goodwill | | 222,517 | 80,471 |
| 0 | 0 | | Patents and licences | | 5,725 | 7,53. |
| 0 | 0 | | Other intangible assets | | 12,565 | 1,65. |
| 0 | 0 | 8 | Intangible assets | | 240,807 | 95,701 |
| | | | | | | |
| | 24,409 | | Land and buildings | | 561,252 | 506,84. |
| | 0 | | Plant and machinery | | 159,640 | 157,59. |
| | 1,250 | | Other plant, fixtures and operating equipment | | 171,495 | 192,7.. |
| | 0 | | Leasehold improvements | | 70,909 | 39,87. |
| | 0 | | Prepayments and property, plant and equipment in progress | | 14,175 | 14,58. |
| 26,213 | 25,659 | 9 | Property, plant and equipment | | 977,471 | 910,174 |
| | | | | | | |
| | 2,003,622 | 10 | Interests in subsidiaries | | - | |
| | 0 | | Interests in associates | | 1,496 | 2,6.. |
| | 369,845 | 10 | Receivables from subsidiaries | | - | |
| | 5,524 | 10/17 | Other investments | | 7,438 | 6,..2 |
| | 41,023 | 10/13/15/17 | Other receivables | | 222,879 | 165,..0 |
| | 0 | 11 | Deferred tax assets | | 134,589 | 112,.... |
| 2,239,920 | 2,420,014 | | Other long-term assets | | 366,402 | 284,.21 |
| | | | | | | |
| 2,257,133 | 2,445,673 | | Total long-term assets | | 1,584,680 | 1,290,39. |
| | | | | | | |
| | 0 | 12 | Inventories | | 747,139 | 6...... |
| | 0 | 13/17 | Trade receivables | | 1,106,954 | 9.... |
| | 7,344 | | Corporation tax | | 41,494 | .... |
| | 106 | 13/17 | Other receivables | | 23,513 | 2...... |
| | 26 | 17/18 | Unrealised gains on financial contracts | | 19,760 | 6,19.. |
| | 111 | | Prepayments and accrued expenses | | 51,026 | 4...... |
| | 0 | 15/17 | Cash | | 151,188 | 13.... |
| 10,003 | 7,587 | | Short-term assets | | 2,141,074 | 1,781,4.8 |
| | | | | | | |
| | - | 25 | Assets held for sale | | 0 | 62,700 |
| | | | | | | |
| 10,003 | 7,587 | | Total short-term assets | | 2,141,074 | 1,844,108 |
| | | | | | | |
| 2,267,136 | 2,453,260 | | Total assets | | 3,725,754 | 3,134,504 |

# Balance sheet at 31 December

| PARENT 2006 | PARENT 2007 | Liabilities (DKK – in thousands) | Note | 2007 | GROUP 2006 |
|---|---|---|---|---|---|
| | 60,986 | Share capital | | 60,986 | |
| | 454,021 | Other reserves | | 365,125 | |
| | 515,007 | William Demant Holding A/S' shareholders' share | | 426,111 | |
| | | Minority interests | | 8,674 | |
| 665,350 | **515,007** | **Total equity** | | **434,785** | **670,801** |
| | 50,000 | Interest-bearing debt | 15/17 | 515,049 | |
| | 4,704 | Deferred tax liabilities | 11 | 43,603 | |
| | 679,363 | Payables to subsidiaries | | | |
| 0 | 0 | Provisions | 14 | 120,993 | |
| 662,258 | **734,067** | **Long-term payables** | | **679,645** | **678,647** |
| | 891,193 | Interest-bearing debt | 15/17 | 1,623,306 | |
| | 0 | Trade payables | 17 | 232,338 | |
| | 0 | Corporation tax | | 28,986 | |
| | 300,135 | Payables to subsidiaries | | | |
| | 0 | Provisions | 14 | 27,432 | |
| | 10,881 | Other payables | 16/17 | 592,363 | |
| | 0 | Unrealised losses on financial contracts | 17/18 | 2,009 | |
| | 1,977 | Prepayments and accrued income | | 104,890 | |
| 930,178 | **1,204,186** | **Short-term payables** | | **2,611,324** | **1,785,060** |
| 1,601,018 | **1,938,253** | **Total payables** | | **3,290,969** | **2,463,707** |
| 2,256,338 | **2,453,260** | **Total liabilities** | | **3,725,754** | **3,134,658** |

| | | | |
|---|---|---|---|
| | 19 | Operating lease commitments | |
| | 20 | Contingent liabilities | |
| | 21 | Related parties | |
| | 22 | Government grants | |
| | 23 | Non-cash items | |
| | 24 | Acquisitions | |
| | 25 | Assets held for sale | |

# Cash flow statement

| (DKK – in thousands) | Note | 2007 | GROUP 2006 |
|---|---|---|---|
| Operating profit (EBIT) | | 1,267,643 | 1,271,769 |
| Non-cash items | 23 | 72,215 | 156,711 |
| Change in receivables etc. | | -177,698 | -81,612 |
| Change in inventories | | -132,733 | -750 |
| Change in trade payables and other payables etc. | | 112,627 | 137,714 |
| Change in provisions | | 113,405 | -590 |
| **Cash flow excluding net financials and corporation tax** | | **1,255,459** | **1,349,209** |
| Financial income etc. received | 5 | 17,795 | 19,553 |
| Financial expenses etc. paid | 5 | -125,593 | -80,932 |
| Corporation tax paid | | -299,255 | -320,761 |
| **Cash flow from operating activities (CFFO)** | | **848,406** | **964,069** |
| | | | |
| Acquisitions | 24 | -80,423 | -7,996 |
| Investment in intangible assets | | -2,707 | -7,422 |
| Investment in property, plant and equipment | 23 | -185,864 | -222,384 |
| Disposal of property, plant and equipment | | 20,317 | 14,471 |
| Purchase and disposal of assets held for sale | | 122,446 | 63,700 |
| Investments in other long-term assets | | -89,303 | -63,968 |
| Disposal of other long-term assets | | 43,038 | 38,973 |
| **Cash flow from investing activities (CFFI)** | | **-172,526** | **-531,026** |
| | | | |
| Repayment on long-term payables | 23 | -173,440 | -107,009 |
| Proceeds from borrowings | | 0 | 58,072 |
| Proceeds from capital increase relating to employee share ownership plan | | 0 | -3,855 |
| Buy-back of shares | | -992,848 | -993,155 |
| Other adjustments | | -2,728 | 2,093 |
| **Cash flow from financing activities (CFFF)** | | **-1,168,986** | **-1,015,244** |
| | | | |
| **Cash flow for the year, net** | | **-493,106** | **382,201** |
| Net cash and cash equivalents at the beginning of the year | | -907,385 | -524,253 |
| Foreign currency adjustment of net cash and cash equivalents | | -1,261 | -931 |
| **Net cash and cash equivalents at the end of the year** | | **-1,401,752** | **-907,385** |
| | | | |
| **Breakdown of net cash and cash equivalents at the end of the year:** | | | |
| Cash | 15 | 151,188 | 175,130 |
| Interest-bearing, short-term bank debt | 15 | -1,552,940 | -1,742,515 |
| **Net cash and cash equivalents at the end of the year** | | **-1,401,752** | **-907,385** |

# Statement of changes in equity

**PARENT** (DKK – in thousands)

| | Share capital | Other reserves | | Retained earnings | Total equity |
|---|---|---|---|---|---|
| | | Foreign currency translation reserve | Hedging reserve | | |
| Equity at 1.1.2006 | 65,469 | -116,056 | 293 | 804,528 | 753,770 |
| Net profit for the year | | | | 867,994 | 867,994 |
| Foreign currency adjustment of investments in subsidiaries etc. | | -4,516 | | | -4,516 |
| Other movements in equity in subsidiaries | | | | -53,088 | -53,088 |
| Value adjustment of hedging instruments | | | 424 | | 424 |
| Tax related to changes in equity | | | -143 | | 6,256 |
| Reduction of share capital through cancellation of treasury shares | -3,265 | | | -2,385 | 0 |
| Settlement related to the share ownership plan | | | | 23,820 | 33,820 |
| Capital increase related to the share ownership plan | 119 | | | 23,736 | 23,855 |
| Buy-back of shares | | | | -993,455 | -295,455 |
| Equity at 31.12.2006 | 62,323 | -114,475 | | 716,200 | 665,350 |
| Net profit for the year | | | | 886,014 | 886,014 |
| Foreign currency adjustment of investments in subsidiaries etc. | | -5,196 | | | -5,196 |
| Other movements in equity in subsidiaries | | | | -40,068 | -40,068 |
| Value adjustment of hedging instruments | | | 24 | | 24 |
| Tax related to changes in equity | | 3,738 | -7 | | 3,731 |
| Reduction of share capital through cancellation of treasury shares | -2,337 | | | 2,337 | 0 |
| Buy-back of shares | | | | -992,848 | -992,848 |
| **Equity at 31.12.2007** | **60,986** | **-115,633** | **19** | **569,635** | **515,007** |

**Holding of treasury shares:**

| 2007 | Treasury shares (1,000 shares) | Percentage of share capital |
|---|---|---|
| Treasury shares at 1.1. | 1,719 | 2.7% |
| Buy-back of shares | 2,024 | 3.3% |
| Used for capital reduction during the year | -2,337 | -3.7% |
| **Treasury shares at 31.12.** | **1,406** | **2.3%** |

At year-end 2007, the share capital was nominally DKK 60,986,527 (DKK 63,323,202 in 2006) divided into the corresponding number of shares of DKK 1. There are no restrictions on the negotiability or voting rights of the shares. At year-end 2007, the number of shares on the market was 59,580,157 (61,603,977 in 2006), the Company's holding of treasury shares being 1,406,370 (1,719,225 in 2006).

On buy-back of shares, the acquisition cost is recognised in retained earnings under equity.

The Company's share buy-back programme continued in 2007. The Company acquired a total of 2,023,820 shares (2,324,925 in 2006) at an amount of DKK 993 million (DKK 993 million in 2006). No dividend was distributed in 2006 and 2007.

# Recognised income and expenses

GROUP

(DKK – in thousands)

|  | 2007 | 2006 |
|---|---|---|
| Foreign currency translation, foreign companies etc. | -31,674 | -66,783 |
| Value adjustment of hedging instruments: |  |  |
| Transferred to revenue | -31,027 | -23,400 |
| Transferred to production costs | -2,689 | -21,946 |
| Value adjustment for the year | 14,250 | 5,038 |
| Value adjustment of other investments | 1,034 | 0 |
| Actuarial gains/(losses) on defined benefit plans | 1,657 | -8,758 |
| Tax relating to above items | 3,934 | 3,135 |
| **Income and expenses recognised directly in equity** | **-44,515** | **-50,934** |
| Net profit for the year | 894,479 | 900,746 |
| **Total recognised income and expenses** | **849,964** | **849,812** |

**Distribution:**

|  | 2007 | 2006 |
|---|---|---|
| Shareholders of William Demant Holding A/S | 852,969 | 849,812 |
| Minority interests | -3,005 | 0 |
|  | **849,964** | **849,812** |



42

# Statement of changes in equity

| GROUP | Share capital | Other reserves | | | William Demant Holding A/S' shareholders' share | Minority interests | Total equity |
|---|---|---|---|---|---|---|---|
| (DKK – in thousands) | | Foreign currency translation reserve | Hedging reserve | Retained earnings | | | |
| Equity at 1.1.2006 | 65,590 | 36,908 | 137,033 | 500,775 | 756,469 | 0 | 756,469 |
| Total recognised income and expenses | | | 42,669 | | 249,812 | | 249,812 |
| Reduction of share capital through | | | | | | | |
| treasury shares | -2,267 | | | | 0 | | |
| Settlement related to employees | | | | | 33,820 | | 33,820 |
| Capital increase related to ownership plan | | | | | 23,855 | | 23,855 |
| Buy-back of shares | | | | | -993,155 | | -993,155 |
| Equity at 31.12.2006 | 63,323 | -38,348 | 94,684 | 551,242 | 670,801 | 0 | 670,801 |
| Additions relating to acquisitions | | | | | | 29,034 | 29,034 |
| Total recognised income and expenses | | -22,509 | -22,232 | 897,710 | 852,969 | -3,005 | 849,964 |
| Reduction of share capital through cancellation of | | | | | | | |
| treasury shares | -2,337 | | | 2,337 | 0 | | 0 |
| Buy-back of shares | | | | -992,848 | -992,848 | | -992,848 |
| Addition of minority interests | | | | -107,796 | -107,796 | -17,355 | -125,151 |
| Other changes | | | | 2,985 | 2,985 | | 2,985 |
| **Equity at 31.12.2007** | **60,986** | **-60,857** | **72,352** | **353,630** | **426,111** | **8,674** | **434,785** |



# Notes

## Note 1 – Geographical segment information (DKK – in thousands)

Consolidated revenues mainly derive from the sale of goods.

Transfers between segments are settled on market terms.

Revenues are broken down by customers' geographical location, assets and acquisitions of assets by the physical location of such assets.

| | Revenue | | Assets | | Investment in intangible assets and property, plant and equipment | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2007 | 2006 | 2007 | 2006 | 2007 | 2006 |
| Europe | 2,804,317 | | 2,369,930 | | 212,124 | |
| North America | 1,783,217 | | 898,078 | | 123,675 | |
| Pacific Rim | 403,622 | | 201,955 | | 1,880 | |
| Asia | 291,000 | | 115,735 | | 56,123 | |
| Other countries | 206,140 | | 140,056 | | 4,296 | |
| **Total** | **5,488,296** | | **3,725,754** | | **398,098** | |

*(GROUP)*

## Note 2 – Employees (DKK – in thousands)

The Executive Board's contract includes a termination clause and a severance clause, both of which are in line with normal market terms.

In 2007, the basic remuneration for a Director in the Parent is DKK 200,000 (DKK 200,000 in 2006). The Chairman of the Board receives three times the basic remuneration and the Deputy Chairman receives twice the basic remuneration. Five Directors also serve on the Board of our subsidiary Oticon A/S, where the basic remuneration is DKK 50,000 (DKK 50,000 in 2006).

In relation to the employee share ownership plan in 2006, the Executive Board subscribed for 3,849 shares at a price of 200. No employee shares were issued in 2007. For further information, please see *Incentive programmes* on page 19.

| | PARENT | | GROUP | |
| --- | --- | --- | --- | --- |
| | 2007 | 2006 | 2007 | 2006 |
| **Employee benefits:** | | | | |
| Wages and salaries | 19,728 | | 1,650,789 | |
| Defined contribution plans | 422 | | 29,844 | |
| Defined benefit plans (note 14) | - | | 4,265 | |
| Social security costs etc. | 94 | | 136,768 | |
| Gift element related to employee share ownership plan | 0 | | 0 | |
| **Total** | **20,244** | | **1,821,666** | |
| | | | | |
| **Of which cash remuneration for Executive Board and Board of Directors:** | | | | |
| Executive Board, salary | 8,482 | | 8,482 | |
| Executive Board, bonus and pension | 0 | | 0 | |
| Remuneration for Directors | 2,200 | | 2,650 | |

44

## Note 2 – Employees – continued (DKK – in thousands)

| | PARENT | | GROUP | |
|---|---|---|---|---|
| | 2006 | 2007 | 2007 | 2006 |
| **Breakdown by function of employee benefits:** | | | | |
| Production costs | 0 | 0 | 502,948 | 521,541 |
| Research and development costs | 0 | 0 | 248,951 | 241,109 |
| Distribution costs | 0 | 0 | 838,142 | 722,542 |
| Administrative expenses | 1,897 | 20,244 | 231,625 | 201,605 |
| **Total** | **19,897** | **20,244** | **1,821,666** | **1,686,797** |
| | | | | |
| Average number of full-time employees* | 9 | 10 | 5,072 | 4,792 |

*The number of employees in proportionately con-solidated companies is included in Group staff with the Group's percentage interest in the particular companies. The average number of such employees is 484 (557 in 2006), the William Demant Holding Group accounting for 246 (280 in 2006).

## Note 3 – Amortisation, depreciation and impairment losses (DKK – in thousands)

| | PARENT | | GROUP | |
|---|---|---|---|---|
| | 2006 | 2007 | 2007 | 2006 |
| Amortisation on intangible assets | 0 | 0 | -3,488 | -1,954 |
| Depreciation on property, plant and equipment | -501 | -458 | -143,476 | -144,600 |
| **Total** | **-501** | **-458** | **-146,964** | **-144,554** |
| | | | | |
| **Breakdown by function of amortisation and depreciation:** | | | | |
| Production costs | 0 | 0 | -45,067 | -42,393 |
| Research and development costs | 0 | 0 | -39,615 | -41,151 |
| Distribution costs | 0 | 0 | -47,260 | -41,311 |
| Administrative expenses | -501 | -458 | -15,022 | -19,799 |
| **Total** | **-501** | **-458** | **-146,964** | **-144,554** |
| | | | | |
| **Breakdown by function of gain on sale of assets, net:** | | | | |
| Gain on sale of property held for sale | 0 | 0 | 59,093 | 0 |
| Gain on sale of other assets, net | 127 | 74 | 10,024 | 1,261 |
| **Total** | **127** | **74** | **69,117** | **1,261** |
| | | | | |
| **Breakdown by function of gain on sale of assets, net:** | | | | |
| Production costs | 0 | 0 | 59,492 | 102 |
| Research and development costs | 0 | 0 | -620 | 120 |
| Distribution costs | 0 | 0 | 2,981 | 965 |
| Administrative expenses | 127 | 74 | 7,264 | 74 |
| **Total** | **127** | **74** | **69,117** | **1,261** |

There has not been any impairment of intangible assets or property, plant and equipment in 2007 or 2006.

## Note 4 – Fee for auditors elected by the general meeting (DKK – in thousands)

| | PARENT | | GROUP | |
|---|---|---|---|---|
| | 2006 | 2007 | 2007 | 2006 |
| **Fees for Deloitte:** | | | | |
| Audit | 475 | 500 | 2,769 | 4,446 |
| Other services | 703 | 716 | 2,352 | 2,553 |
| **Fees for KPMG:** | | | | |
| Audit | 475 | 500 | 4,372 | 4,035 |
| Other services | 312 | 0 | 2,216 | 2,231 |
| **Total** | 1,965 | 1,716 | 11,709 | 13,265 |

A few Group companies are not audited by auditors elected by shareholders at the annual general meeting.

## Note 5 – Net financials (DKK – in thousands)

| | PARENT | | GROUP | |
|---|---|---|---|---|
| | 2006 | 2007 | 2007 | 2006 |
| Interest income from subsidiaries | 1,634 | 21,643 | - | - |
| Interest income | 2,731 | 1,917 | 23,399 | 17,890 |
| Foreign exchange gains, net | 4,063 | 4,983 | 4,983 | 1,663 |
| Gains on derivative financial instruments, net | 0 | 16 | 347 | 0 |
| Financial income | 28,528 | 28,559 | 28,729 | 19,553 |
| Interest expenses to subsidiaries | -1,700 | -33,828 | - | - |
| Interest expenses | -41,540 | -43,205 | -102,509 | -65,288 |
| Transaction costs | 0 | -15 | -23,084 | -15,625 |
| Foreign exchange losses, net | -19 | 0 | 0 | -19 |
| Financial expenses | -43,259 | -77,048 | -125,593 | -80,932 |

Interest income and expenses are related to items measured at amortised cost.





46

## Note 6 – Tax (DKK – in thousands)

| PARENT | | | | GROUP | |
|---|---|---|---|---|---|
| 2006 | 2007 | | 2007 | 2006 |
| | | **Tax on the year's profit:** | | |
| | 15,832 | Current tax on net profit for the year | -323,138 | |
| | 4,912 | Adjustment of current tax for previous years | 8,300 | |
| | 96 | Change in deferred tax | 46,395 | |
| | -86 | Adjustment of deferred tax for previous year | -8,465 | |
| | 261 | Adjustment of deferred tax at the beginning of the year resulting from a reduction of corporation tax rates | 608 | |
| | **21,015** | **Total** | **-276,300** | |

**Reconciliation of tax rates:**

| | 2007 | |
|---|---|---|
| Danish tax rate | 25.0% | |
| Differences in tax rates of non-Danish companies from Danish tax rate | 0.4% | |
| Use of not previously recognised tax assets | -2.2% | |
| Write-down on tax assets | 0.7% | |
| Permanent differences | -0.4% | |
| Other items, including adjustments related to previous years | 0.1% | |
| **Effective tax rate** | **23.6%** | |

## Note 7 – Earnings per share

| | GROUP | |
|---|---|---|
| | 2007 | 2006 |
| William Demant Holding A/S' shareholders' share of net profit for the year, DKK 1,000 | 894,479 | |
| Average number of shares | 61,556,292 | |
| Average number of treasury shares | -938,026 | |
| Average number of shares on the market | 60,618,266 | |
| Earnings per share (EPS), DKK | 14.8 | 14.4 |
| Diluted earnings per share (DEPS), DKK | 14.8 | 14.4 |

## Note 8 – Intangible assets (DKK – in thousands)

GROUP

| | Goodwill | Patents and licences | Other intangible assets | Total intangible assets |
|---|---|---|---|---|
| Cost at 1.1.2006 | | 27,330 | | 815,772 |
| Foreign currency adjustments | -812 | | | -841 |
| Additions during the year | 0 | 6,674 | 744 | 7,422 |
| Additions relating to acquisitions | 32,183 | | 965 | 34,128 |
| Cost at 31.12.2006 | 86,713 | 33,879 | 1,689 | 122,281 |
| Amortisation at 1.1.2006 | | -17,555 | | -17,555 |
| Foreign currency adjustments | | 29 | 0 | 29 |
| Amortisation for the year | | -9,019 | -35 | -9,054 |
| Amortisation at 31.12.2006 | | -26,545 | -35 | -26,580 |
| Carrying amount at 31.12.2006 | 86,713 | 7,334 | 1,654 | 95,701 |
| Cost at 1.1.2007 | 86,713 | 33,879 | 1,689 | 122,281 |
| Foreign currency adjustments | -7,193 | -26 | -1,261 | -8,480 |
| Additions during the year | 0 | 1,424 | 1,283 | 2,707 |
| Additions relating to acquisitions | 142,129 | 10 | 5,775 | 147,914 |
| Disposals during the year | 0 | -218 | 0 | -218 |
| Other changes | 868 | 0 | 5,548 | 6,416 |
| Cost at 31.12.2007 | 222,517 | 35,069 | 13,034 | 270,620 |
| Amortisation at 1.1.2007 | | -26,545 | -35 | -26,580 |
| Foreign currency adjustments | | 35 | 2 | 37 |
| Amortisation for the year | | -3,052 | -436 | -3,488 |
| Disposals during the year | | 218 | 0 | 218 |
| Amortisation at 31.12.2007 | | -29,344 | -469 | -29,813 |
| Carrying amount at 31.12.2007 | 222,517 | 5,725 | 12,565 | 240,807 |

Impairment testing is carried out annually in preparation of the annual report. On impairment testing, discounted values of future cash flows are compared with the book values.

Group companies co-operate closely on research and development, purchasing and production as well as marketing and sale, where the use of resources in the individual markets is co-ordinated and monitored by Management in Denmark. The Group companies are therefore highly integrated. Consequently, Management considers the overall business as one cash-generating unit.

Certain business activities, which to a higher degree act with more autonomy in relation to the Group, and whose profitability can be measured independently of the other activities, will constitute a separate cash-generating unit. With the existing integration in the Group and recognised goodwill at 31 December 2007 and 31 December 2006, no separate cash-generating units have been identified to which goodwill can be allocated. The annual impairment test was thus based on the Group as a whole.

Based on the impairment test, there was no indication to suggest impairment of goodwill at 31 December 2007 and 31 December 2006.

Future cash flows are based on the budget for 2008, strategic plans and projections hereof. Projections extending beyond 2009 are based on general parameters. The terminal value for the period after 2009 is determined on the assumption of 2% growth (2% in 2006). The discount rate is 8% (8% in 2006).

Apart from goodwill, all intangible assets have definite lives.

## Note 9 – Property, plant and equipment (DKK – in thousands)

| | PARENT | | | GROUP | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Land and buildings | Other plant, fixtures and operating equipment | Total property, plant and equipment | Land and buildings | Plant and machinery | Other plant, fixtures and operating equipment | Leasehold improvements | Prepayments and property, plant and equipment in progress | Total property, plant and equipment |
| Cost at 1.1.2006 | | | | | | | 52,871 | | 1,485,907 |
| Foreign currency adjustments | | | | | | | -5,287 | | -19,152 |
| Additions during the year | | | | | | | 19,068 | | 104,210 |
| Additions relating to acquisitions | | | | | | | 2,093 | | 6,932 |
| Disposals during the year | | | | | | | -1,454 | | -40,384 |
| Transferred to/from other items | | | | | | | 0 | | 0 |
| Cost at 31.12.2006 | 30,407 | 2,039 | 32,646 | 573,398 | 456,896 | 505,122 | 90,270 | 14,587 | 1,640,273 |
| Depreciation and impairment losses at 1.1.2006 | -5,817 | -416 | -6,233 | | | | | | |
| Foreign currency adjustments | | | | | | | 1,416 | | |
| Depreciation for the year | -180 | -207 | | | | | -5,802 | | |
| Disposals during the year | | | | | | | 250 | | |
| Transferred to/from other items | 0 | | | | | | 1 | | |
| Depreciation and impairment losses at 31.12.2006 | | | -6,233 | -67,535 | -299,306 | -312,861 | -50,397 | | -730,099 |
| Carrying amount at 31.12.2006 | 24,590 | 1,623 | 26,213 | 505,863 | 157,590 | 192,261 | 39,873 | | 910,174 |
| Cost at 1.1.2007 | 30,407 | 2,039 | 32,446 | 573,398 | 456,896 | 595,122 | 90,270 | 14,587 | 1,640,273 |
| Foreign currency adjustments | -5,817 | -416 | -6,233 | -5,377 | -3,165 | -9,053 | -492 | 11 | -18,076 |
| Additions during the year | 0 | 0 | 0 | 64,219 | 52,788 | 69,003 | 19,947 | 17,510 | 223,467 |
| Additions relating to acquisitions | 0 | 0 | 0 | 0 | 1,515 | 5,481 | 888 | 0 | 7,884 |
| Disposals during the year | 0 | -385 | -385 | 0 | -12,310 | -38,008 | -9,432 | -370 | -60,520 |
| Transferred to/from other items | 0 | 0 | 0 | 5,059 | -11,784 | -10,729 | 35,037 | -17,563 | 0 |
| Cost at 31.12.2007 | 30,407 | 1,654 | 32,061 | 637,299 | 483,940 | 521,416 | 136,198 | 14,175 | 1,793,028 |
| Depreciation and impairment losses at 1.1.2007 | -5,817 | -416 | -6,233 | -67,535 | -299,306 | -312,861 | -50,397 | - | -730,099 |
| Foreign currency adjustments | | | | 1,929 | 2,855 | 2,455 | 552 | - | 7,791 |
| Depreciation for the year | -181 | -277 | -458 | -10,441 | -53,249 | -66,746 | -13,040 | - | -143,476 |
| Disposals during the year | 0 | 289 | 289 | 0 | 10,797 | 30,495 | 8,935 | - | 50,227 |
| Transferred to/from other items | 0 | 0 | 0 | 0 | 14,603 | -3,264 | -11,339 | - | |
| Depreciation and impairment losses at 31.12.2007 | -5,998 | -404 | -6,402 | -76,047 | -324,300 | -349,921 | -65,289 | - | -815,557 |
| Carrying amount at 31.12.2007 | 24,409 | 1,250 | 25,659 | 561,252 | 159,640 | 171,495 | 70,909 | 14,175 | 977,471 |
| Of which financially leased assets | 0 | 0 | 0 | 59,377 | 0 | 1,055 | 0 | 0 | 60,432 |

At 1 January 2007, the public assessment of land and buildings in Denmark amounted to DKK 298 million (DKK 279 million in 2006) with a carrying amount of DKK 431 million (DKK 432 million in 2006).

Group land and buildings at a carrying amount of DKK 354 million (DKK 361 million in 2006) have been provided in security of a mortgage debt of DKK 192 million (DKK 199 million in 2006).

Under land and buildings, capitalised interest as regards the property Kongebakken 9 at Smørum, Denmark, is recognised at a total of DKK 5.9 million (DKK 5.9 million in 2006), with accumulated depreciation of DKK 0.3 million (DKK 0.2 million in 2006).

Financial leases mainly concern properties acquirable at favourable prices on expiry of the term of such leases.

At year-end, the contractual obligation as regards property, plant and equipment amounted to DKK 0 million (DKK 0 million in 2006).

Neither in 2007 nor in 2006, have changes been made of material estimates in respect of property, plant and equipment.

As regards buildings acquired and held for sale, reference is made to note 25.



## Note 10 – Other long-term assets (DKK – in thousands)

PARENT

| | | | |
|---|---|---|---|
| Cost at 1.1.2006 | | | |
| Foreign currency adjustment | | | |
| Additions during the year | | | |
| Disposals during the year | | | |
| Cost at 31.12.2006 | 301 | 38,988 | 415,953 |
| | | | |
| Value changes at 1.1. | | | |
| Foreign currency adjustment | | | |
| Share of profit/loss | | | |
| Dividends received | | | |
| Other changes | 346 | | |
| Value changes at 31.12. | 3,476 | | |
| | | | |
| Carrying amount at 31.12. | 3,477 | 38,988 | 415,953 |

**PARENT**  Note 10 – Other long-term assets – continued (DKK – in thousands)

| | Interests in subsidiaries | Receivables from subsidiaries | Other investments | Other receivables |
|---|---|---|---|---|
| Cost at 1.1.2007 | 1,435,583 | 415,953 | 301 | 38,988 |
| Foreign currency adjustments | - | -40,758 | - | - |
| Additions during the year | 76,465 | 522 | 0 | 2,035 |
| Additions relating to acquisitions | 0 | 0 | 0 | 0 |
| Disposals during the year | 0 | -5,872 | 0 | 0 |
| Cost at 31.12.2007 | 1,512,048 | 369,845 | 301 | 41,023 |
| | | | | |
| Value changes at 1.1.2007 | 336,919 | - | 3,176 | - |
| Foreign currency adjustments | -7,962 | - | - | - |
| Share of profit after tax | 925,841 | - | - | - |
| Dividends received | -740,350 | - | - | - |
| Other changes | -22,874 | - | 2,047 | - |
| Value changes at 31.12.2007 | 491,574 | - | 5,223 | - |
| | | | | |
| Carrying amount at 31.12.2007 | 2,003,622 | 369,845 | 5,524 | 41,023 |

The carrying amount of interests in subsidiaries includes capitalised goodwill in the net amount of DKK 53.0 million (DKK 28.9 million in 2006). Amortisation of goodwill for the year is DKK 1.4 million (DKK 0.5 million in 2006).



## Note 11 – Deferred tax (DKK – in thousands)

| | PARENT 2006 | PARENT 2007 | | GROUP 2007 | GROUP 2006 |
|---|---|---|---|---|---|
| **Deferred tax is recognised in the balance sheet as follows:** | | | | | |
| Deferred tax assets | | 0 | | 134,589 | 64,068 |
| Deferred tax liabilities | | -4,704 | | -43,603 | -2,949 |
| Deferred tax, net at 31.12. | -4,975 | -4,704 | | 90,986 | 61,119 |
| | | | | | |
| Deferred tax, net at 1.1. | | -4,975 | | 61,119 | 64,068 |
| Foreign currency adjustments | | - | | -4,972 | -6,395 |
| Change in deferred tax | | 96 | | 46,395 | 26 |
| Additions relating to acquisitions | | - | | 771 | 3,491 |
| Adjustment of deferred tax for previous years | | -86 | | -8,465 | -1,658 |
| Adjustment of deferred tax at the beginning of the year due to reduction of corporation tax rates | | 261 | | 608 | 0 |
| Deferred tax related to changes in equity, net | | 0 | | -2,480 | -1,483 |
| Other changes | | 0 | | -1,990 | 0 |
| Deferred tax, net at 31.12. | -4,975 | -4,704 | | 90,986 | 61,119 |

**Breakdown of the Group's temporary differences and changes:**

| | Temporary differences at 1.1.2007 | Foreign currency adjustments | Recognised in profit for the year | Recognised in equity | Additions relating to acquisitions | Other changes | Temporary differences at 31.12.2007 |
|---|---|---|---|---|---|---|---|
| Intangible assets | -1,220 | -34 | -8,099 | 0 | -1,973 | -1,990 | -13,316 |
| Property, plant and equipment | -23,365 | -111 | 822 | 0 | -629 | 0 | -23,283 |
| Inventories | 36,961 | -359 | 19,622 | 0 | 0 | 0 | 56,224 |
| Receivables | 8,399 | -230 | -933 | 0 | 0 | 0 | 7,236 |
| Provisions | 29,182 | -1,967 | 27,154 | 0 | 1,816 | 0 | 56,185 |
| Tax losses | 5,845 | -273 | 3,608 | 0 | 0 | 0 | 9,180 |
| Other | 5,317 | -1,998 | -3,636 | -2,480 | 1,557 | 0 | -1,240 |
| **Total** | 61,119 | -4,972 | 38,538 | -2,480 | 771 | -1,990 | 90,986 |

The tax base of deferred tax assets not recognised is DKK 33.3 million (DKK 60.0 million in 2006) and relates mainly to tax losses. The provision is due to considerable uncertainty concerning the use of the above tax assets. The tax losses will not expire in the near future.

Any sale of shares in subsidiaries and associates at the balance sheet date is expected to result in tax in the amount of DKK 0 million (DKK 0 million in 2006)

### Note 12 – Inventories (DKK – in thousands)

| | 2007 | GROUP 2006 |
|---|---|---|
| Raw materials and purchased components | 341,550 | 267,743 |
| Work in progress | 36,836 | 39,046 |
| Finished goods for resale | 368,753 | 283,861 |
| **Inventories** | **747,139** | **621,051** |
| | | |
| The above includes write-downs in the amount of | | |
| Carrying amount of inventories recognised at fair value after deduction of selling costs | 97,873 | 67,393 |
| | 0 | 0 |

**The following is recognised under production costs in the income statement:**

| | 2007 | 2006 |
|---|---|---|
| Write-downs of inventories for the year, net | 49,239 | 24,938 |
| Cost of sales for the year | 1,205,729 | 1,158,724 |

Write-downs for the year are shown net, as breakdown into reversed write-downs and new write-downs is not possible.

Inventories are generally expected to be sold within one year.

### Note 13 – Receivables (DKK – in thousands)

| | 2007 | GROUP 2006 |
|---|---|---|
| Trade receivables | 1,106,954 | 901,553 |
| Other long-term receivables | 222,879 | 192,515 |
| Other short-term receivables | 23,513 | 3,279 |
| **Total** | **1,353,346** | **1,097,348** |
| | | |
| **Receivables by age:** | | |
| Balance not due | 996,568 | 872,702 |
| 0-3 months | 242,484 | 147,271 |
| 3-6 months | 49,513 | 33,848 |
| 6-12 months | 33,919 | 17,656 |
| Over 12 months | 30,862 | 26,171 |
| **Total** | **1,353,346** | **1,097,348** |
| | | |
| **Breakdown of the year's development in provisions:** | | |
| Provision for bad debt at 1.1. | 49,316 | 41,565 |
| Foreign currency adjustment | -601 | -1,646 |
| Applied during the year | -5,631 | -2,453 |
| Additions during the year | 14,204 | 11,696 |
| Reversals during the year | 606 | 6 |
| **Provision for bad debt at 31.12.** | **57,894** | **49,316** |

For information on security or collateral, please see Risk management activities on page 24.

| Note 14 – Provisions (DKK – in thousands) | 2007 | GROUP 2006 |
|---|---|---|
| Other long-term employee benefits | 19,468 | 18,791 |
| Miscellaneous provisions | 119,112 | 6,922 |
| Other provisions | 138,580 | 23,713 |
| Defined benefit plans | 9,845 | 12,377 |
| Provisions at 31.12. | 148,425 | 36,090 |
| | | |
| Breakdown of provisions: | | |
| Long-term provisions | 120,993 | 31,711 |
| Short-term provisions | 27,432 | 4,379 |
| Provisions at 31.12. | 148,425 | 36,090 |
| | | |
| Other provisions: | | |
| Other provisions at 1.1. | 23,713 | 24,559 |
| Foreign currency adjustments | 129 | -464 |
| Additions relating to acquisitions | 624 | |
| Provisions for the year | 119,711 | 6,225 |
| Applied during the year | -5,166 | -6,585 |
| Reversed during the year | -807 | -416 |
| Discount effect | 376 | 369 |
| Other provisions at 31.12. | 138,580 | 23,713 |
| | | |
| Defined benefit costs recognised in the income statement: | | |
| Current service costs | 4,220 | 5,553 |
| Calculated interest on obligations | 2,044 | 1,790 |
| Expected return on plan assets | -1,999 | -1,869 |
| Costs recognised in the income statement (note 2) | 4,265 | 3,854 |
| | | |
| Breakdown by function of defined benefit costs: | | |
| Production costs | 648 | 465 |
| Research and development costs | 1,452 | 1,604 |
| Distribution costs | 1,824 | 1,567 |
| Administrative expenses | 341 | 218 |
| Total | 4,265 | 3,854 |
| | | |
| Accumulated actuarial loss recognised in the statement of recognised income and expenses | -7,081 | -8,738 |

Apart from the provision of DKK 110 million made in respect of the US patent case, other provisions mainly relate to other disputes and are generally expected to be applied within the next two years.



| Note 14 – Provisions – continued (DKK – in thousands) | GROUP | |
| --- | --- | --- |
| | **2007** | 2006 |
| **Present value of defined benefit obligations** | | |
| Defined benefit obligations at 1.1. | 64,766 | 63,421 |
| Foreign currency adjustments | -1,578 | -1,425 |
| Current service costs | 4,220 | 3,819 |
| Calculated interest on obligations | 2,044 | 1,877 |
| Actuarial loss/(gains) | -2,775 | 3,438 |
| Actuarial loss relating to the Netherlands | 0 | 13,687 |
| Benefits paid | -3,193 | -3,241 |
| Contributions from plan participants | 2,870 | 2,890 |
| **Defined benefit obligations at 31.12.** | **66,354** | **64,766** |
| | | |
| **Fair value of plan assets:** | | |
| Plan assets at 1.1. | 52,389 | 39,235 |
| Foreign currency adjustments | -1,404 | -1,287 |
| Expected return on plan assets | 1,999 | 1,842 |
| Actuarial gains/(losses) | -1,118 | 1,485 |
| Actuarial gain relating to the Netherlands | 0 | 7,702 |
| Contributions | 7,836 | 7,155 |
| Benefits paid | -3,193 | -3,241 |
| **Plan assets at 31.12.** | **56,509** | **52,389** |
| | | |
| **Net obligation recognised in the balance sheet** | **9,845** | **12,377** |
| | | |
| **Return on plan assets:** | | |
| Actual return on plan assets | 881 | 3,327 |
| Estimated return on plan assets | 1,999 | 1,842 |
| **Actuarial gains/(losses) on plan assets** | **-1,118** | **1,485** |
| | | |
| **Assumptions:** | | |
| Discount rate | 3.7% | 3.3% |
| Estimated return on plan assets | 4.0% | 4.0% |
| Future salary increase rate | 1.8% | 1.7% |
| | | |
| **Key figures for defined benefit plans:** | 2007 | 2006 |
| Present value of defined benefit obligations | 66,354 | 66,766 |
| Fair value of plan assets | 56,509 | 52,389 |
| **Deficit** | **9,845** | **12,377** |
| | | |
| Experience adjustments on plan obligations | -2,775 | 3,438 |
| Experience adjustments on plan assets | -1,118 | 1,485 |

Normally, the Group does not offer defined benefit plans, but it has such plans in Switzerland and the Netherlands, where they are required by law.

Pension assets at 31 December 2007 include bonds (40%), shares (22%), property investments (18%), cash and cash equivalents (7%) and other assets (13%).

The Group expects to pay approximately DKK 5 million in 2008 (DKK 5 million in 2007) into defined benefit plans.

In 2006, it became possible to actuarially calculate the Group's share of assets and liabilities in the Dutch pension plan (multi-employer plan), which was therefore reclassified as a defined benefit plan. On reclassification, the part of net obligations of DKK 6.8 million at 1 January 2006 has been recognised in the equity as an actuarial loss.

The Group has locked in interest rates for a part of its long-term payables through interest rate swaps of USD 20 million, EUR 1 million and DKK 40 million (USD 20 million, EUR 2 million and DKK 40 million in 2006). At 31 December 2007, unrealised gains on these interest rate swaps amounted to DKK 1.2 million (DKK 3.3 million in 2006), which are recognised in the equity. The ineffective share of interest rate swaps amounts to DKK 0 (DKK 0 in 2006).

Group cash mainly consists of bank deposits, of which DKK 33.8 million (DKK 25.6 million in 2006) is in joint venture companies.

For information on risks, please refer to Risk management activities on page 24.

All the Parent's external receivables of DKK 41 million (DKK 39 million in 2006) will fall due after five years. Of the Parent's long-term debt, DKK 50 million (DKK 58 million in 2006) will fall due within five years. Receivables of DKK 370 million (DKK 416 million in 2006) and debt of DKK 639 million (DKK 600 million in 2006) relating to subsidiaries are considered additions to and deductions from, respectively, the overall investments in the particular companies and are therefore considered long-term assets.

Consolidated interest-bearing debt broken down by currency: 65% DKK (67% in 2006), 21% USD (12% in 2006) and 16% for other currencies (22% in 2006).

Some properties leased by the Group have been sublet to third parties. Future rents from these properties will as a minimum amount to DKK 4.0 million (DKK 4.0 million in 2006) in the non-cancellable period.

Apart from variable interest rates, lease agreements contain no conditional rent payments.

## Note 15 – Interest bearing items (DKK – in thousands)

| | Under 1 year | 1-5 years | Over 5 years | Total | Weighted rate of return | GROUP |
|---|---|---|---|---|---|---|
| **2006:** | | | | | | |
| Other interest-bearing long-term assets | | | | | | |
| Cash | | 0 | | | | |
| Interest-bearing assets | | 122,776 | 6,422 | 264,328 | 3.7% | |
| | | | | | | |
| Mortgage debt | | | | | | |
| Debt to credit institutions | | | | | | |
| Interest-bearing, short-term bank debt | | | | | | |
| Interest-bearing debt | | -199,793 | -195,597 | 1,650,317 | 4.3% | |
| Net position | | -277,017 | -189,175 | -1,391,989 | 4.5% | |
| | | | | | | |
| **2007:** | | | | | | |
| Other interest-bearing long-term assets | 0 | 180,119 | 7,438 | 187,557 | | |
| Cash | 151,188 | 0 | 0 | 151,188 | | |
| Interest-bearing assets | 151,188 | 180,119 | 7,438 | 338,745 | 3.7% | |
| | | | | | | |
| Financial lease commitments | -2,806 | -18,722 | -5,720 | -27,248 | | |
| Mortgage debt | -7,947 | -34,398 | -146,695 | -189,040 | | |
| Debt to credit institutions etc. | -59,613 | -269,534 | -40,000 | -369,127 | | |
| Interest-bearing, short-term bank debt | -1,552,940 | 0 | 0 | -1,552,940 | | |
| Interest-bearing debt | -1,623,306 | -322,634 | -192,415 | -2,138,355 | 4.9% | |
| Net position | -1,472,118 | -142,515 | -184,977 | -1,799,610 | 5.1% | |
| | | | | | | |
| **Financial lease commitments:** | | | | | | |
| Minimum lease payments | 4,393 | 22,955 | 5,857 | 33,205 | | |
| Interest element | -1,587 | -4,233 | -137 | -5,957 | | |
| Carrying amount | 2,806 | 18,722 | 5,720 | 27,248 | | |

| PARENT | | | Note 16 – Other payables (DKK – in thousands) | | GROUP | |
|---|---|---|---|---|---|---|
| 2006 | 2007 | | | 2007 | 2006 | |
| 0 | 0 | | Product-related liabilities | 102,175 | 98,572 | |
| 4,384 | 6,211 | | Staff-related liabilities | 168,641 | 154,757 | |
| 0 | 0 | | Other payables to public authorities | 65,984 | 32,734 | |
| 0 | 3,008 | | Payables relating to acquisitions | 79,002 | 19,161 | |
| 3,943 | 1,662 | | Other payables | 176,561 | 120,576 | |
| 8,327 | 10,881 | | Other payables | 592,363 | 425,800 | |

Product-related liabilities mainly relate to pro-
visions concerning service packages, warranties
and expected returns.

Staff-related liabilities include holiday pay,
wages and salaries etc.



## Note 17 – Financial assets and liabilities as defined in IAS 39 (DKK – in thousands)

| | 2007 | GROUP 2006 |
|---|---|---|
| **Financial assets:** | | |
| Other long-term receivables | 222,879 | 162,51? |
| Trade receivables | 1,106,954 | 904,5?? |
| Other short-term receivables | 19,851 | 29,8?8 |
| Cash | 151,188 | 136,11? |
| Financial assets | 1,500,872 | 1,229,08? |
| | | |
| Other investments | 7,438 | 6,422 |
| Financial assets available for sale | 7,438 | 6,422 |
| | | |
| Unrealised profit on financial contracts | 19,760 | 6,19? |
| Financial assets used as hedging instruments | 19,760 | 6,190 |
| | | |
| **Financial liabilities:** | | |
| Financial lease commitments | 27,248 | ? |
| Mortgage debt | 189,040 | 190,6?? |
| Payables to credit institutions etc. | 1,922,067 | 1,459,6?? |
| Trade payables | 232,338 | 180,0?? |
| Other payables | 490,188 | 326,91? |
| Financial liabilities measured at amortised cost | 2,860,881 | 2,163,838 |
| | | |
| Unrealised losses on financial contracts | 2,009 | ? |
| Financial liabilities used as hedging instruments | 2,009 | 0 |

The fair value of mortgage debts is DKK 180 million (DKK 195 million in 2006). The carrying amount is DKK 189 million (DKK 197 million in 2006). For other financial assets and liabilities, as defined in IAS 39, the carrying amount in all material respects matches the fair value.

Other investments include listed shares worth DKK 4.2 million (DKK 2.1 million in 2006).

For computation of fair value, please refer to *Accounting policies* on page 32.

Note 18 – Derivative financial instruments (DKK – in thousands)

GROUP

| | 2007 | | | 2006 | | |
|---|---|---|---|---|---|---|
| | Contract amount at year-end | Positive fair values at year-end | Negative fair values at year-end | Contract amount at year-end | Positive fair values at year-end | Negative fair values at year-end |
| **Forward exchange contracts, net sales:** | | | | | | |
| USD | 223,313 | 4,632 | 0 | 46,291 | | 0 |
| JPY | 67,326 | 6,475 | 0 | 0 | | 0 |
| AUD | 26,741 | 1,480 | 0 | 62,539 | | 0 |
| EUR | 566,702 | 398 | 0 | 864,896 | | 0 |
| CAD | 62,186 | 2,971 | 0 | 4,879 | | 0 |
| Others | 18,702 | 607 | 0 | 50,387 | | 0 |
| **Total** | **954,970** | **16,563** | **0** | **1,027,992** | | **0** |
| | | | | | | |
| **Interest rate swaps:** | | | | | | |
| USD/USD | 101,506 | 0 | 2,009 | 113,228 | | 0 |
| EUR/EUR | 7,718 | 26 | 0 | 18,614 | | 0 |
| DKK/DKK | 40,000 | 3,171 | 0 | 40,000 | | 0 |
| **Total** | **149,224** | **3,197** | **2,009** | **171,242** | | **0** |

## Note 19 – Operating lease commitments (DKK – in thousands)

| | PARENT | | GROUP | |
| --- | --- | --- | --- | --- |
| | 2006 | 2007 | 2007 | 2006 |
| Rent commitments | 0 | 0 | 194,814 | |
| Other operating lease commitments | 0 | 0 | 22,257 | |
| **Total** | 0 | 0 | **217,071** | |
| Operating lease commitments, less than 1 year | 0 | 0 | 52,381 | |
| Operating lease commitments, 1-5 years | 0 | 0 | 92,088 | |
| Operating lease commitments, over 5 years | 0 | 0 | 72,602 | |
| **Total** | 0 | 0 | **217,071** | |

Operating leases are recognised in the income statement at an amount of DKK 81.9 million (DKK 74.2 million in 2006).

The Group has operating leases mainly in relation to rent and vehicles.

## Note 20 – Contingent liabilities (DKK – in thousands)

| | PARENT | | GROUP | |
| --- | --- | --- | --- | --- |
| | 2006 | 2007 | 2007 | 2006 |
| Recourse guarantee commitments relating to subsidiaries' credit facilities | 51,... | 84,404 | 0 | |
| Utilised credit facilities | 44,... | 44,733 | 0 | |

William Demant Holding A/S acts as a guarantor for the credit facilities established with the Group's Danish subsidiaries in the amount of DKK 794 million (DKK 794 million in 2006).

William Demant Holding A/S has guaranteed the payment of rent by a subsidiary in the amount of DKK 9.2 million (DKK 11.2 million in 2006) and provided guarantees in respect of the continued operation and payment obligations of certain subsidiaries in 2008.

Together with the jointly taxed entities, William Demant Holding A/S is jointly and severally liable for the payment of corporation tax for the 2004 tax year and previous years.

The William Demant Holding Group is involved in a few disputes. Apart from the provision relating to the US patent case, Management is of the opinion that any other disputes do not significantly affect or will affect the Group's financial position. The Group seeks to make adequate provisions for legal proceedings.

As part of our business activities, the Group has entered into normal agreements with customers and suppliers etc. as well as agreements for the purchase of shareholdings.



| PARENT | Note 21 – Related parties | GROUP |
|---|---|---|

Related parties include the principal shareholder, *William Demants og Hustru Ida Emilies Fond* (the Oticon Foundation), Kongebakken 9, 2765, Smørum, Denmark, including the Foundation's subsidiary (William Demant Invest A/S).

Related parties with significant influence are the Company's Executive Board, Board of Directors and their related parties. Furthermore, related parties are companies in which the above persons have significant interests.

The William Demant Holding subsidiaries and associates as well as the Group's ownership interests in these companies are shown on page 65.

The Oticon Foundation lets office and production premises to the joint venture, Sennheiser Communications A/S. In 2007, the rental expense amounted to DKK 1.6 million (DKK 1.5 million in 2006). The Oticon Foundation and William Demant Invest A/S paid administration fees to the Group of DKK 0.4 million (DKK 0.4 million in 2006) and DKK 0.8 million (DKK 0.3 million in 2006), respectively.

William Demant Invest A/S is jointly taxed with William Demant Holding A/S and its fully owned Danish subsidiaries. The tax base, DKK 7.0 million (DKK 9.6 million in 2006), of the taxable result in William Demant Invest A/S was utilised by the other Danish companies which pay joint taxation contributions in respect hereof.

Sales to joint ventures not eliminated in the consolidated financial statements amounted to DKK 38 million (DKK 244 million in 2006). At year-end, non-eliminated receivables, net, with joint ventures totalled DKK 8 million (DKK 26 million in 2006).

In 2007, the Group paid royalties amounting to DKK 2.9 million (DKK 2.6 million in 2006) to associates and received dividends in the amount of DKK 1.5 million (DKK 2.3 million in 2006).

There have been no transactions with the Executive Board and the Board of Directors apart from normal remuneration, see note 2 *Employees* and *incentive programmes* on page 19.

Apart from the activities in Sennheiser Communications A/S, joint venture activities consist of distribution activities.

There are no major contingent liabilities in joint venture companies.

| | 2007 | 2006 |
|---|---|---|
| **The consolidated financial statements include the following amounts related to joint ventures:** | | |
| Revenue | 260,058 | 274,246 |
| Costs | 240,303 | 255,426 |
| Long-term assets | 24,373 | 18,478 |
| Short-term assets | 79,532 | 111,239 |
| Long-term liabilities | 977 | 1,026 |
| Short-term liabilities | 44,994 | 59,234 |
| | | |
| **Financial information with respect to associates:** | | |
| Revenue | 31,150 | 18,823 |
| Net profit for the year | 1,387 | 9,822 |
| Assets | 9,341 | 24,777 |
| Liabilities | 3,469 | 11,142 |

|  | GROUP |
| --- | --- |

**Note 22 – Government grants**

In 2007, the William Demant Holding Group received government grants in the amount of DKK 0.4 million (DKK 0.4 million in 2006). Grants are offset against research and development costs.

**Note 23 – Non-cash items (DKK – in thousands)**

| | GROUP | GROUP |
| --- | --- | --- |
| | 2007 | 2006 |
| Amortisation and depreciation expenses | 168,596 | 162,275 |
| Share of profit after tax in associates | -2,011 | -1,089 |
| Proceeds from sale of intangible assets and property, plant and equipment | -69,117 | -1,261 |
| Other non-cash items | -25,253 | -5,673 |
| **Other non-cash items** | **72,215** | **154,711** |
| | | |
| Acquired property, plant and equipment | -211,719 | -223,384 |
| Of which financially leased assets | 25,855 | 0 |
| **Acquired property, plant and equipment, paid** | **-185,864** | **-223,384** |
| | | |
| Proceeds from raising of financial liabilities | 25,855 | 42,072 |
| Of which lease debt | -25,855 | 0 |
| **Proceeds from raising of financial liabilities** | **0** | **58,072** |



62

## Note 24 – Acquisitions (DKK – in thousands)

GROUP

| | North America | | Australia 2007 | | Total | | 2006 | |
|---|---|---|---|---|---|---|---|---|
| | Carrying amount prior to acquisition | Fair value on acquisition | Carrying amount prior to acquisition | Fair value on acquisition | Carrying amount prior to acquisition | Fair value on acquisition | Carrying amount prior to acquisition | Fair value on acquisition |
| Intangible assets | 0 | 5,775 | 10 | 10 | 10 | 5,785 | 0 | |
| Property, plant and equipment | 4,847 | 4,847 | 3,037 | 3,037 | 7,884 | 7,884 | 5,580 | |
| Other long-term assets | 14,940 | 14,940 | 553 | 1,566 | 15,493 | 16,506 | 670 | |
| Inventories | 955 | 955 | 677 | 677 | 1,632 | 1,632 | 1,503 | |
| Receivables | 55,502 | 55,502 | 3,235 | 3,235 | 58,737 | 58,737 | 1,303 | |
| Cash and bank debt | -243 | -243 | 645 | 645 | 402 | 402 | 443 | |
| Long-term payables | 0 | -2,310 | 0 | 0 | 0 | -2,310 | 0 | |
| Short-term payables | -36,145 | -36,145 | -6,965 | -6,965 | -43,110 | -43,110 | -8,682 | |
| Minority interests | -26,436 | -29,034 | 0 | 0 | -26,436 | -29,034 | 0 | |
| **Acquired net assets** | **13,420** | **14,287** | **1,192** | **2,205** | **14,612** | **16,492** | **817** | |
| Goodwill | | 102,627 | | 39,502 | | 142,129 | | |
| **Acquisition cost including transaction costs** | | **116,914** | | **44,707** | | **158,621** | | |
| Of which earn-outs and deferred payments | | -71,209 | | -6,587 | | -77,796 | | |
| Acquired cash and bank debt | | 243 | | -645 | | -402 | | |
| **Cash acquisition cost** | | **45,948** | | **34,475** | | **80,423** | | |

In 2007, the Group's acquisitions related to the acquisition in full or in part of the activities in minor distribution businesses in Australia and North America. In 2006, acquisitions related to minor distribution businesses in Australia, North America and Poland.

In connection with these acquisitions, the purchase sums exceeded the fair values of identifiable assets, liabilities and contingent liabilities. The positive differences are mainly due to expected synergies between activities in the acquired businesses and the Group's existing activities, future growth potential and the value of the employees of such businesses. Such value cannot be reliably measured.

The above computations of the fair values at the time of acquisition in 2007 is not final as regards acquisitions made immediately before year-end. In 2007, we found no basis for revising the computations of 2006.

Consolidated revenues and profits for the year are estimated to have been DKK 5,510 million (DKK 5,128 million in 2006) and DKK 896 million (DKK 904 million in 2006), respectively, had the businesses been taken over at 1 January 2007. The acquired businesses did not significantly affect profits for the year.

From the balance sheet date and until presentation of the annual report in 2008, we have acquired some minor distribution businesses in Holland, Australia and North America at an acquisition sum of DKK 12 million. Fair value computations are ongoing. It is expected that acquisition sums will mainly be related to goodwill.

GROUP

## Note 25 – Assets held for sale

On expiry of a lease in respect of a production property, the Group acquired the property in 2006 on beneficial terms. Subsequently, the property was sold to a third party in the first half-year 2007 with a net profit of DKK 59 million.

For further information on the disposal of this property, please see *Review* on page 10.



64

65

# Subsidiaries and associates

| Company | Interest |
|---|---|
| **William Demant Holding A/S, Denmark** | Parent |
| Oticon A/S, Denmark | 100% |
| Oticon AS, Norway | 100% |
| Oticon AB, Sweden | 100% |
| Oy Oticon Ab, Finland | 100% |
| Oticon GmbH, Germany | 100% |
| Oticon Nederland B.V., the Netherlands | 100% |
| Oticon S.A., Switzerland | 100% |
| Oticon Italia S.r.l., Italy | 100% |
| Oticon España S.A., Spain | 100% |
| Oticon Polska Sp. z o.o., Poland | 100% |
| Oticon Polska Production Sp. z o.o., Poland | 100% |
| Oticon Limited, United Kingdom | 100% |
| Oticon, Inc., USA | 100% |
| Oticon Australia Pty. Ltd., Australia | 100% |
| Oticon New Zealand Ltd., New Zealand | 100% |
| Oticon K.K., Japan | 100% |
| Oticon Singapore Pte Ltd., Singapore | 100% |
| Oticon Nanjing Audiological Technology Co. Ltd., China | 100% |
| Oticon Shanghai Hearing Technology Co. Ltd., China | 100% |
| Oticon International Trading Shanghai Co. Ltd., China | 100% |
| Oticon South Africa (Pty) Ltd., South Africa | 100% |
| Prodition S.A., France | 100% |
| Bernafon AG, Switzerland | 100% |
| Bernafon Hörgeräte GmbH, Germany | 100% |
| Bernafon S.r.l., Italy | 100% |
| Maico S.r.l., Italy | 100% |
| Bernafon, LLC, USA | 100% |
| Bernafon Canada Ltd., Canada | 100% |
| Bernafon Australia Pty. Ltd., Australia | 100% |

| Company | Interest |
|---|---|
| Australian Hearing Aids Pty. Ltd., Australia | 100% |
| Bernafon New Zealand Pty. Ltd., New Zealand | 100% |
| Bernafon K.K., Japan | 100% |
| Acustica Sp. z o.o., Poland | 100% |
| Phonic Ear Inc., USA | 100% |
| DelNew Inc., USA | 100% |
| WDH Canada Ltd., Canada | 100% |
| Phonic Ear (Canada) Ltd., Canada | 100% |
| Phonic Ear A/S, Denmark | 100% |
| Maico Diagnostic GmbH, Germany | 100% |
| Diagnostic Group LLC, USA | 100% |
| Interacoustics A/S, Denmark | 100% |
| Interacoustics A/S Pty. Ltd., Australia | 100% |
| DancoTech A/S, Denmark | 100% |
| Danacom Produktion A/S, Denmark | 100% |
| Inmed Sp. z o.o., Poland | 100% |
| Hidden Hearing (UK) Ltd., United Kingdom | 100% |
| Hidden Hearing (Portugal) Unipessoal Lda., Portugal | 100% |
| Hidden Hearing Limited, Ireland | 100% |
| Akoustica Medica M EPE, (Hidden Hearing), Greece | 100% |
| Digital Hearing (UK) Ltd., United Kingdom | 100% |
| Centro Auditivo Telex S.A., Brazil | 100% |
| Western Hearing Services Pty. Ltd., Australia | 100% |
| Adelaide Digital Hearing Solutions Pty. Ltd., Australia | 100% |
| AD Styla Sp. z o.o., Poland | 100% |
| Hearing Healthcare Management, Inc. (Avada), USA | 51% |
| Sennheiser Communications A/S, Denmark | 50% |
| American Hearing Aid Associates, Inc. (AHAA), USA | 49% |
| Bernafon Nederland B.V., the Netherlands | 49% |
| HIMSA A/S, Denmark | 25% |

The list includes all active Group companies.

# Business activities



The William Demant Holding Group develops, manufactures and sells products and equipment designed to aid the hearing and communication of individuals. The Group covers three business activities: Hearing Aids, Diagnostic Instruments and Personal Communication. Subsidiaries collaborate in many areas and to a wide extent also share resources and technologies in areas such as production, research, development, IT infrastructure and administration.

## William Demant Holding A/S

| | | | |
|---|---|---|---|
| **Hearing Aids** | **Diagnostic Instruments** | **Personal Communication** | |
| Oticon | Bernafon | Maico Diagnostics | Phonic Ear |
| | | Interacoustics | Sennheiser Communications |
| | **Shared functions** | | |
| Operational activities | | Distribution activities | |

## Hearing Aids

The Group's core business is Hearing Aids represented by Oticon and Bernafon.

Oticon's vision is "to help people live the life they want with the hearing they have". Oticon aims to supply the most sophisticated technology and audiology based on the needs and wishes of the hearing impaired and at any time to offer a complete product portfolio of the best hearing aids and fitting systems on the market. Oticon wishes to be the most attractive provider of hearing aids and looks upon the hearing care professional as its business partner. Oticon sells its products through own sales companies in 22 countries and through about 80 independent distributors worldwide.

Bernafon aims to help hearing-impaired people to hear and communicate better through innovative hearing aid solutions. Bernafon offers a large range of quality hearing aid systems in all product categories. Bernafon's hearing aids are flexible and easy to fit for hearing care professionals and represent some of the most attractive combinations on the market in terms of performance and price. Today, Bernafon sells its products through 15 sales companies and about 80 independent distributors.