## Diagnostic Instruments





Diagnostic Instruments includes the two audiometer companies Maico in Germany and the USA and Interacoustics in Denmark, which develop, manufacture and distribute audiometers for the measurement of hearing and related areas by audiologists and ear, nose and throat specialists.

Maico sells and services, among other products, its own audiometers and tympanometers. The products designed for hearing measurement cover the entire spectrum from simple, mobile units designed for instance for hearing tests in schools to sophisticated equipment for the measurement of the hearing of infants.

Interacoustics develops, manufactures, sells and services audiometric equipment with focus on advanced diagnostic and clinical products, including equipment for the fitting of hearing aids. From its head office in Denmark, the company's products are sold through both external distributors and the Group's sales companies.

## Personal Communication

This business activity includes Phonic Ear and Sennheiser Communications.

Phonic Ear focuses on the development, manufacture and distribution of equipment within two main areas: wireless sound systems and assistive listening devices. Wireless sound systems (FrontRow) comprise audio systems primarily for classrooms with students hearing normally. Consisting typically of a wireless microphone and a speaker with a built-in wireless receiver, one of the purposes of this equipment is to maintain students' attention in surroundings often affected by noise and poor acoustics. Assistive listening devices like for instance alarm systems, teleloop amplifiers and amplifier phones are typically used by hearing impaired in their private homes, at their workplace or in public. Phonic Ear's products are sold through own distribution companies in Denmark and North America and through distributors or other Group companies in the rest of the world.

Sennheiser Communications, a joint venture created by German Sennheiser electronic GmbH & Co. KG and William Demant Holding A/S, develops, manufactures and markets handsfree communication solutions, mainly headsets, both for professional users and for home use. The products are sold through a global network of distributors, OEM manufacturers, retailers and telecommunications companies.

## Shared functions

*Operations*

The Group's shared functions co-ordinate and handle a substantial part of its operational and distribution activities, such as purchasing, logistics, production facilities, IT infrastructure, quality management systems, service and technical support as well as finance and administration.

*Distribution*

Group products are mainly distributed through own sales companies and external distributors. In some markets, products are however distributed to the end-user direct.

William Demant Holding A/S
Kongebakken 9
2765 Smørum
Denmark
Phone +45 3917 7100
Telefax +45 3927 8900
william@demant.dk
www.demant.com
CVR 71186911

Editor, design and production:
William Demant Holding A/S

Print: Quickly Tryk A/S
Print run: 5,000







William Demant Holding A/S
Kongebakken 9
2765 Smørum
Denmark

Phone +45 3917 7100
Telefax +45 3927 8900
www.demant.com
william@demant.dk



A new era                                      5
Mission statement                              6
2007 at a glance                               7
Management's review
Key figures and financial ratios               8
Review                                        10
Shareholder information                       22
Risk management activities                    24
Corporate governance                          26
Board of Directors and
Executive Board                               29
Financial statements
Signatures                                    30
Accounting policies                           32
Income statement                              37
Balance sheet at 31 December                  38
Cash flow statement                           40
Statements of changes in equity               41
Notes                                         44
Subsidiaries and associates                   65
Business activities                           66

*The English text in this document is an unauthorised translation of the Danish original. In the event of any inconsistencies, the Danish version shall apply.*





# A new era

The current development in the hearing aid market is extremely exciting, with new wireless options fundamentally changing the way people with hearing impairment live.

The advent of wireless communication between two hearing aids has dramatically enhanced sound quality for users with binaural fitting, appreciably improving their ability to localise sources of sound and to understand speech in noisy surroundings. With wireless technology and so-called binaural sound processing, it is possible to recreate the user's sense of space. In other words, audiology has taken a quantum leap forward, decisively boosting the quality of life of the individual hearing aid user.

However, wireless technology can do even more than that. This technology transforms hearing aids into headphones, for instance, for a wireless MP3 player or into a headset for mobile phone users. Until now, this world was closed to users of conventional hearing aids.

Of course, for hearing aid manufacturers, the wireless universe offers a wealth of options, but certainly also many challenges. The launch of Oticon Epoq in 2007 made us industry frontrunners with a truly innovative product whose concept and technology will undoubtedly inspire the creation of new products in the years to come. We took the first steps towards the creation of Epoq seven or eight years ago when we started developing the new wireless RISE architecture, which is the motor of Epoq. Epoq remains the only product on the market that offers true binaural sound processing.

In light of current trends in the wireless sphere, we are firmly convinced that continued in-house R&D in all core disciplines is vital if we are to successfully retain and expand our role as an innovative company in a fiercely competitive industry. There is a good reason that the hearing aid

market has only recently taken this decisive step into the realm of wireless technology: extreme demands for minimising power consumption and the size of hearing aids combined with ever-tougher demands for maximising the audiological qualities mean that only a handful of manufacturers can operate at the cutting edge of wireless technology.

For some of the other companies in the William Demant Holding Group, however, wireless technology has for many years been a part of their day-to-day business: wireless amplifier systems for classrooms, tele-loop systems, wireless phones and alarm systems for the hearing-impaired are just some of the products we have developed and are still marketing. Not to mention our FM systems for children and young people with hearing loss and the possibility of remote-controlling a hearing aid. Our wireless headsets based on Bluetooth technology help enhance our overall competencies in this area.

In the years to come, wireless options and challenges will no doubt make a decisive mark on developments in the hearing aid industry and on the competitive strength of the various manufacturers. The extensive complexity and necessary resources will undeniably prevent some of the smaller manufacturers from developing wireless technologies. Having already completed the first development stage, which gave us valuable experience in selling and marketing hearing aids based on wireless features, we have thus put a rather heavy cost burden behind us.

With the advent of wireless technology, the hearing aid market has moved into a completely new era that we have been instrumental in founding. In the William Demant Holding Group, we are proud of our leading position in this field and are looking forward to creating hearing aids with even more features in the future and to providing wireless technologies for the benefit of hearing aid fitters and users alike.

*Niels Jacobsen*
*President & CEO*