## Mission statement

The international William Demant Holding Group develops, manufactures and sells innovative and high-technology solutions, incorporating micro-electronics, micro-mechanics, wireless technology, software and audiology. The Group operates in a global market. Its core business is hearing aids.

All companies in the William Demant Holding Group work closely together in the early links of the value chain such as purchasing and production. In the product development, marketing and sales links of the value chain, with their particular focus on markets and customers, each unit has its own organisation and unique identity.

The Group aims to become the customers' preferred supplier of state-of-the-art quality solutions and thus create a platform for continued organic growth. It strives to meet user needs by maintaining a high innovative level and constantly expanding its global infrastructure.

The Group plays a role in overall structural changes by acquiring enterprises to complement the Group's current activities as well as enterprises in related businesses. Through such acquisitions, the Group will capitalise on its technological and audiological expertise, managerial competencies and financial resources to create further growth.

Thus, the Group endeavours to increase its value through continued growth in revenues and profits.

All Group companies seek to promote a stimulating and rewarding working environment through a flexible, knowledge-based organisational structure. Moreover, the Group is committed to high standards of ethics, quality and fairness and is dedicated to meeting its environmental and social responsibilities.



## 2007 at a glance



Revenue and profit margin

### Greater market share

In 2007, the Group continued the upward trends of previous years, achieving significant growth rates in all three of its business activities. The Group generated total revenues of DKK 5,488 million, an increase of just under 8%. In terms of local currencies, the growth in revenues amounts to almost 11%, reflecting a negative exchange impact of just under 3%. Growth lies considerably above the general market rate, and the Group has thus once more succeeded in capturing market shares from its competitors. In 2007, the Group's underlying business was highly profitable and the Group realised operating profits (EBIT) of DKK 1,268 million. After adjustment for special items, including expenses incurred in the US patent case, operating profits amounted to DKK 1,398 million, corresponding to a profit margin in excess of 25%.

The trend towards open, cosmetically attractive mini-instruments continued in 2007. Despite keener competition, Oticon Delta was able to maintain its position as a reference product in this, the fastest-growing segment of the hearing aid market. In the autumn, Bernafon launched the Brite product concept, thus marking its entry into the same segment. This elegant lifestyle product has been warmly received and also won the prestigious *Red Dot Design Award*.

### Growth underpinned by strong product concepts

In many ways, the introduction of the first fully wireless, binaural hearing aid solution, Oticon Epoq, set the corporate agenda for 2007. Based on our in-house developed wireless broadband RISE architecture, this hearing aid is the biggest technological leap seen by the hearing aid industry in years and the result of the Group's largest development project to date.

Test results show that users are exceptionally satisfied with Epoq in all typical listening situations and with their improved ability to localise and distinguish between sound sources. The considerably higher user satisfaction with binaural Epoq fittings is consistent with the leap users experience when switching from one to two conventional hearing aids. Together with the transition to new mechanical and technological platforms, the radical and innovative product concept has, however, posed certain technical challenges, prompting a number of production changes in 2007, which, although cost-intensive, have now been fully implemented.

### Ready for further growth in 2008

Having invested heavily in the future in recent years, the Group can now reap the benefits of having the industry's leading technology, the best product portfolio and an exceptionally efficient production system. In 2008, Oticon plans to launch a number of promising new products based on the RISE architecture, making this ground-breaking technology available to more potential users in more product segments. Oticon has thus created an excellent springboard for remaining in the technological vanguard of all key segments in 2008. The establishment of the Group's new production facilities in Poland has been very satisfactorily, with both efficiency and manufactured product quality fully meeting expectations. With access to skilled labour and higher production, the Group is thus geared for future growth.

The Group expects revenues in 2008 to grow by 7-10% in local currencies in a market growing by an estimated 3-5%, a figure in line with the Group's long-term expectations for growth in the hearing aid market. The consolidated revenue forecast of DKK 5,700-5,850 million in 2008 includes a negative exchange impact of about 3%. Operating profits (EBIT) in 2008 are estimated at DKK 1,400-1,500 million, and the Group expects to buy back shares of approximately DKK 900 million.

# Key figures and financial ratios — DKK

| INCOME STATEMENT, DKK MILLION | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| Revenue | 3,676.9 | 4,120.9 | 4,522.9 | 5,085.1 | 5,488.3 |
| Gross profit | 2,521.3 | 2,858.5 | 3,133.3 | 3,575.0 | 3,971.2 |
| Research and development costs | 294.9 | 324.2 | 382.5 | 459.8 | 505.1 |
| EBITDA | 972.5 | 1,143.9 | 1,251.6 | 1,433.3 | 1,436.2 |
| Depreciation etc. | 117.0 | 140.2 | 148.8 | 162.7 | 168.6 |
| Operating profit (EBIT) | 855.5 | 1,003.7 | 1,102.8 | 1,270.6 | 1,267.6 |
| Net financials | -28.2 | -38.6 | -36.8 | -61.4 | -96.9 |
| Profit before tax | 827.3 | 965.1 | 1,066.0 | 1,209.2 | 1,170.8 |
| Net profit for the year | 618.3 | 716.9 | 790.6 | 900.7 | 894.5 |
| **BALANCE SHEET, DKK MILLION** | | | | | |
| Interest-bearing items, net | -632.9 | -901.8 | -1,110.6 | -1,392.0 | -1,799.6 |
| Total assets | 2,015.0 | 2,440.9 | 2,893.4 | 3,134.5 | 3,725.8 |
| Shareholders' equity | 522.2 | 645.6 | 756.5 | 670.8 | 434.8 |
| **OTHER KEY FIGURES, DKK MILLION** | | | | | |
| Investment in property, plant and equipment, net | 124.4 | 311.7 | 351.4 | 207.9 | 165.5 |
| Cash flow from operating activities (CFFO) | 753.7 | 719.7 | 891.8 | 964.1 | 848.4 |
| Free cash flow | 615.5 | 353.5 | 467.7 | 661.0 | 756.3 |
| Employees (average) | 4,272 | 4,490 | 4,730 | 4,797 | 5,072 |
| **FINANCIAL RATIOS** | | | | | |
| Gross profit ratio | 68.6% | 69.4% | 69.3% | 70.3% | 72.4% |
| EBITDA-margin | 26.4% | 27.8% | 27.7% | 28.2% | 26.2% |
| Profit margin (EBIT-margin) | 23.3% | 24.4% | 24.4% | 25.0% | 23.1% |
| Return on equity | 139.8% | 134.2% | 106.7% | 114.0% | 169.0% |
| Equity ratio | 25.9% | 26.4% | 26.1% | 21.4% | 11.7% |
| Earnings per share (EPS), DKK* | 8.8 | 10.7 | 12.2 | 14.4 | 14.8 |
| Cash flow per share (CFPS), DKK* | 10.8 | 10.7 | 13.7 | 15.4 | 14.0 |
| Free cash flow per share, DKK* | 8.8 | 5.3 | 7.2 | 10.5 | 12.5 |
| Dividend per share, DKK* | 0 | 0 | 0 | 0 | 0 |
| Book value per share, DKK* | 7.5 | 9.6 | 11.6 | 10.7 | 7.2 |
| Price earnings (P/E) | 23 | 24 | 29 | 32 | 32 |
| Share price, DKK* | 200 | 257 | 350 | 459 | 471 |
| Market capitalisation adj. for treasury shares, DKK million | 13,710 | 16,989 | 22,315 | 28,274 | 28,063 |
| Average number of shares, million | 69.95 | 67.05 | 65.03 | 62.75 | 60.62 |

*Financial ratios are calculated in accordance with "Anbefalinger & Nøgletal 2005" ("Recommendations and Financial Ratios 2005") from the Danish Society of Financial Analysts.*

*The free cash flow is calculated as the sum of cash flows from operating activities (CFFO) and investing activities (CFFI) adjusted for acquisitions.*

*On computation of the return on equity, average equity is calculated duly considering the current buy-back of shares.*

*Per share of DKK 1.

# Key figures and financial ratios — EUR**

| INCOME STATEMENT, DKK MILLION | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| Revenue | 493.5 | 553.1 | 607.0 | 682.5 | 736.6 |
| Gross profit | 338.4 | 383.7 | 420.5 | 479.8 | 533.0 |
| Research and development costs | 39.6 | 43.5 | 51.3 | 61.7 | 67.8 |
| EBITDA | 130.5 | 153.5 | 168.0 | 192.4 | 192.8 |
| Depreciation etc. | 15.7 | 18.8 | 20.0 | 21.8 | 22.6 |
| Operating profit (EBIT) | 114.8 | 134.7 | 148.0 | 170.5 | 170.1 |
| Net financials | -3.8 | -5.2 | -4.9 | -8.2 | -13.0 |
| Profit before tax | 111.0 | 129.5 | 143.1 | 162.3 | 157.1 |
| Net profit for the year | 83.0 | 96.2 | 106.1 | 120.9 | 120.1 |
| **BALANCE SHEET, DKK MILLION** | | | | | |
| Interest-bearing items, net | -84.9 | -120.9 | -148.9 | -186.7 | -241.3 |
| Total assets | 270.2 | 327.4 | 388.0 | 420.4 | 499.7 |
| Shareholders' equity | 70.0 | 86.6 | 101.5 | 90.0 | 58.3 |
| **OTHER KEY FIGURES, DKK MILLION** | | | | | |
| Investment in property, plant and equipment, net | 16.7 | 41.8 | 47.1 | 27.9 | 22.2 |
| Cash flow from operating activities (CFFO) | 101.2 | 96.6 | 119.7 | 129.4 | 113.9 |
| Free cash flow | 82.6 | 47.4 | 62.8 | 88.7 | 101.5 |
| Employees (average) | 4,272 | 4,490 | 4,730 | 4,797 | 5,072 |
| **FINANCIAL RATIOS** | | | | | |
| Gross profit ratio | 68.6% | 69.4% | 69.3% | 70.3% | 72.4% |
| EBITDA-margin | 26.4% | 27.8% | 27.7% | 28.2% | 26.2% |
| Profit margin (EBIT-margin) | 23.3% | 24.4% | 24.4% | 25.0% | 23.1% |
| Return on equity | 139.8% | 134.2% | 106.7% | 114.0% | 169.0% |
| Equity ratio | 25.9% | 26.4% | 26.1% | 21.4% | 11.7% |
| Earnings per share (EPS), DKK* | 1.2 | 1.4 | 1.6 | 1.9 | 2.0 |
| Cash flow per share (CFPS), DKK* | 1.4 | 1.4 | 1.8 | 2.1 | 1.9 |
| Free cash flow per share, DKK** | 1.2 | 0.7 | 1.0 | 1.4 | 1.7 |
| Dividend per share, DKK** | 0 | 0 | 0 | 0 | 0 |
| Book value per share, DKK* | 1.0 | 1.3 | 1.6 | 1.4 | 1.0 |
| Price earnings (P/E) | 23 | 24 | 29 | 32 | 32 |
| Share price, DKK** | 26.8 | 34.4 | 46.9 | 61.6 | 63.2 |
| Market capitalisation adj. for treasury shares, DKK million | 1,837.7 | 2,277.2 | 2,991.1 | 3,792.1 | 3,763.5 |
| Average number of shares, million | 69.95 | 67.05 | 65.03 | 62.75 | 60.62 |

*Financial ratios are calculated in accordance with "Anbefalinger & Nøgletal 2005" ("Recommendations and Financial Ratios 2005") from the Danish Society of Financial Analysts.*

*The free cash flow is calculated as the sum of cash flows from operating activities (CFFO) and investing activities (CFFI) adjusted for acquisitions.*

*On computation of the return on equity, average equity is calculated duly considering the current buy-back of shares.*

*\*Per share of nominally DKK 1.*

*\*\*On the translation of key figures and financial ratios from DKK to EUR, Danmarks Nationalbank's rate of exchange at 31 December 2006 of 745.6 has been used for balance sheet items and the average rate of exchange of 745.9 has been used for income statement items.*

# Review

## Market conditions and business trends

### Hearing Aids

Growth in the global hearing aid market in 2007 is estimated to have surpassed our long-term expectations of 3-5% market growth in terms of value based on an expected 2-4% unit growth and a 1-2% positive contribution from prices and product mix. This higher market growth in 2007 is attributable primarily to the significant increase in demand from the British National Health Service (NHS), the world's largest single purchaser of hearing aids. In 2007, the NHS increased its demand by more than 25% compared with 2006 in an attempt to cut waiting lists. With a unit growth of around 9%, the US Veterans Affairs (VA) also boosted overall market growth in the past year. Leaving out the high growth contribution from the NHS and VA, market growth in 2007, however, was in line with the Company's long-term expectations.

The underlying growth factors in the hearing aid market have essentially remained constant:

- The number of elderly in the OECD countries is rising by 1.5-2.0% annually. The elderly population in the USA, however, is rising somewhat more sharply than in Europe.

- A growing number of hearing-impaired people are fitted with two instruments (binaural fittings). In many European countries and Japan, the share of binaural fittings remains fairly low (10-40%), while in many major markets, including the USA, Germany and Holland, the share has already reached 65-80%.

- Unit growth in some developing countries is considerably higher than in the OECD countries, but the initial sales level in these countries is typically very low.

Looking ahead, the large baby-boomer generation of people born in the post-war years 1946-1964 is projected to result in a gradual rise in the number of people over 65. Longer life-spans have also enlarged the elderly population. On balance, this trend is expected to trigger growing demand for health services, including hearing aids.

The rising popularity of hearing aids based on wireless communication between the two instruments is also likely to help increase the share of binaural fittings. This is because Oticon Epoq, for example, has such obvious audiological benefits that users, hearing care professionals and health authorities can hardly ignore the compelling arguments for fitting two instruments rather than one.

In the global hearing aid market, the share of the many new and cosmetically attractive, Behind-The-Ear solutions (BTE) continues to grow unabated. BTE hearing aids are gaining ground at the expense of In-The-Ear (ITE) instruments in particular. The US market has especially driven this trend, with the BTE share topping 50% in 2007, or more than a doubling in just four years.

Although traditionally holding a high share of total hearing aid sales in Europe, BTE instruments have also recorded significantly higher sales in typical BTE markets like France and Germany. We expect the dramatic increase in small BTE sales to continue and that one in four hearing aids sold globally in 2008 will be a mini-BTE-instrument.

2007 was dominated by the introduction of the high-end product Oticon Epoq, which offers people with hearing impairment the world's first, fully wireless, binaural hearing aid solution with significantly enhanced sound processing. In addition, Oticon Epoq can via a wireless Streamer be connected to Bluetooth applications, e.g. the hearing aid user's mobile phone. Epoq is based on Oticon's wireless broadband architecture RISE, the result of the Group's largest in-house development project to date. The first product to be based on the RISE architecture, Epoq, was presented at the US hearing aid convention AAA in April and released for sale in May/June.






Hearing care professionals and end-users have given Epoq a very positive reception, commending in particular the product's sound reproduction, which recreates the user's sense of space and ability to localise sources of sound. Various clinical product tests have affirmed this tremendous level of user satisfaction in all typical listening situations. Users of binaural Epoq fittings have indicated a significantly higher level of satisfaction on all parameters than users of two conventional hearing aids. The dramatic improvement is consistent with the leap users experience when switching from one to two conventional hearing aids. Oticon Epoq has already garnered a number of prestigious prizes, including the *Danish Product Award 2007*, presented by the engineering magazine Ingeniøren to the most innovative product of the year from a Danish manufacturer. During the *Consumer Electronics Show* (CES), held in January 2008 in Las Vegas, Epoq also received the *Best of Innovations 2008 Design and Engineering Award* in the *Healthcare* category.

In the second half of 2007, sales of Oticon Epoq fell short of plan, because sales in many countries – despite the May/June release – only got up to speed after the summer. Moreover, during the first months after the release, great interest was shown in all of Epoq's innovative features, particularly the possibility of connecting it wirelessly to a mobile phone. Though long-awaited by the industry, this technological breakthrough will only generate real commercial benefits as user demands increase. The flip side is therefore that interest in Bluetooth connections has to a great extent eclipsed Epoq's obvious audiological qualities of Epoq and thus the breakthrough that true binaural sound processing offers to hearing-impaired people.

Towards the end of 2007, the focus of marketing campaigns and ongoing dialogue with customers intensified on Epoq's fundamental audiological qualities, which undeniably make the product the best hearing aid on the market. Sales of Epoq indeed accelerated towards the end of the year and in the first months of 2008. At the same time, a growing number of hearing care professionals have offered Epoq, primarily because of the product's unique audiological qualities – with or without the use of Streamer and mobile telephones. Stronger sales momentum, coupled with exceptional satisfaction on the part of users and hearing care professionals, fuels our expectations for the sale of Epoq in 2008 and beyond.

2007 was yet another good year for the cosmetically attractive product concept Oticon Delta, based on RITE technology (Receiver-In-The-Ear). Released for sale in spring 2006, Oticon Delta continues to contribute significantly to corporate growth. The product's success is underpinned by the expansion of Oticon Delta's audiological fitting options at the end of 2006. Today, Oticon Delta can be fitted to match four out of five hearing losses. At the same time, the product portfolio was supplemented with Oticon Delta 4000, positioned in the mid-priced segment, in other words below Delta 8000 and Delta 6000. The segment for cosmetically attractive mini-instruments, dominated heavily by Oticon Delta since its launch, is currently experiencing keener competition, a reflection of the concept's growing popularity. Nonetheless, throughout 2007 we have been able to sustain and in some cases expand Delta's position as a reference product in this, the fastest-growing segment of the hearing aid market.

At last autumn's German hearing aid congress, EUHA, Oticon introduced nEARcom for true wireless programming of hearing aids, an innovation born of a long-standing collaborative development project with two other hearing aid manufacturers and Bernafon. Oticon's version of wireless programming works with hearing aids based on the RISE architecture and is an offer for hearing care professionals who specifically want to avoid the hassle of cables, who are particularly interested in cutting-edge technology, and who want to provide the most professional customer service and treatment. However, the Group has noted that some hearing aid manufacturers have opted to concentrate on their own wireless programming systems rather than be part

of a joint development system, even though customers would most likely prefer major manufacturers to support a common standard.

For the Bernafon business, 2007 was marked by the autumn launch of the product concept Brite (Bernafon Receiver-In-The-Ear), heralding Bernafon's entry into the market for cosmetically attractive mini-instruments. Based on innovative design and sophisticated technology, Brite was enthusiastically received by customers, a fact to which the EUHA congress attests. The response promises well for future sales of Brite. In 2007, Bernafon also introduced the new Super Power instrument Xtreme as well as new micro-BTE-versions of both ICOS in the high-end segment and Prio in the mid-priced segment.

The Group's total unit growth of in-house produced hearing aids rose by 14% in 2007, reflecting the fact that the Group has also been able to win market shares in 2007. Although Delta and Epoq were the main growth drivers in the Oticon business, sales of the low-end product Go Pro, released for sale in autumn 2006, have also contributed significantly to growth, as did sales of hearing aids to the NHS and a number of international retail chains.

Sales of Oticon Syncro, which has now been on the market for over three years, are declining. As we know, Epoq replaced the high-end product Syncro in 2007 in the portfolio of actively marketed products. The mid-priced products Tego and Tego Pro, which have generated considerable growth for the Group since their launch in spring 2005, moved into the late phases of their life cycles during 2007.

As regards Bernafon, unit growth was driven primarily by sales of Prio, launched in autumn 2006. Using five different lifestyle-based pre-settings, Prio allows individual fitting, automatically selecting the best possible sound processing by continually registering and analysing the listening environment. The low-end products Neo and Win were also among the main contributors to Bernafon's unit growth. Last, Brite was a significant growth factor for Bernafon in

2007, although the product was only available in the last four months of the year.

Products introduced within the last two years thus accounted for about half the Group's total unit sales of in-house manufactured hearing aids during the year under review.

The development and marketing of user benefits, product concepts and fitting systems are still decisive competitive factors in the hearing aid business, along with the service provided to dispensers in the form of marketing activities, repairs, hotline support etc. We are also experiencing a need for greater distribution flexibility. As a manufacturer, we have to be prepared to occasionally act as a source of finance in conjunction with succession processes or the expansion of a customer's business. In 2007, the Group acquired a few minor distribution activities and provided limited financing to existing and new customers. We expect to continue this activity in the years ahead.

In 2007, corporate retail activities generated growth slightly above both the wholesale growth rate and market growth in the markets where the Group does retail business.

*Diagnostic Instruments*

Diagnostic Instruments, which includes our two audiometer businesses, Maico in Germany and the USA, as well as Interacoustics in Denmark, is a leading global supplier of audiological equipment. The core business once more recorded favourable, above-market growth in 2007.

A wide variety of product areas generated growth, but particularly products in the business areas of brain stem audiometry, OtoAcoustic Emission and hearing aid fitting equipment were the main growth drivers. These products thus account for a growing share of our business, and we expect the trend to continue in future.





In 2007, Diagnostic Instruments strengthened distribution in several markets, both by establishing own companies and in some cases by co-operating with other Group companies.

The aim of the business area for 2008 is to sustain and expand its position as one of the world's leading suppliers of audiological equipment. Diagnostic Instruments will thus continue to strengthen business in traditional audiometric and impedance equipment, while expanding a number of the other business areas, in particular the areas of brain stem audiometry, balance equipment and hearing aid fitting equipment. On 1 January 2008, the company took over distribution on the Danish market – an activity previously handled by an external distributor.

*Personal Communication*

Personal Communication, comprising Phonic Ear and the joint venture Sennheiser Communications, increased its revenues in 2007 by 17%, which is considered satisfactory.

Phonic Ear specialises in two product areas: wireless active learning systems and assistive listening devices. As in 2006, growth in Phonic Ear was primarily generated by sales of wireless active learning systems. Wireless active learning systems are marketed under the name FrontRow, and a system typically consists of a wireless microphone, a receiver and a number of loudspeakers. The products are largely used in classrooms with normal-hearing students to help retain their attention in an environment that is often noisy and has poor acoustics. The market for FrontRow's products is characterised by high growth rates, and we estimate that the USA, the largest single market, has grown by over 30% in 2007.

In 2007, Phonic Ear expanded the distribution network for the FrontRow business, one means being more extensive use of the so-called *Value Added Resellers* (VAR). By using these special distributors, we provide more efficient coverage of large geo-

graphic areas, while making it possible to scale the business without the ensuing dramatic increases in capacity costs.

Assistive devices for the hearing impaired comprise products such as amplifier phones, alarm systems and teleloop amplifiers. The products are typically used in private homes or public places, and the area has large growth potential, because more attention, particularly on the part of public institutions, is being focused on this type of assistive devices for hearing-impaired people.

Operated in conjunction with German Sennheiser electronic GmbH & Co. KG, Sennheiser Communications is a player in the market for hand-free communication solutions for professional and home users. In 2007, Sennheiser Communications generated substantial double-digit revenue growth, with several successful product launches in the wireless product segment contributing to the considerable improvement. This trend is expected to continue, and the outlook for 2008 is positive.

## Financial review 2007

*Revenues and foreign exchange conditions*

In 2007, consolidated revenues amounted to DKK 5,488 million, or a 7.9% rise on last year. In terms of local currencies, growth was 10.7%, reflecting a negative exchange impact of just under 3%. Realised revenues matched our forecasts. Purchases of distribution activities had a positive effect on revenues of well over 2%.

With 97% of corporate sales being invoiced in foreign currencies, any movements in the exchange rates of corporate trading currencies significantly affect reported revenues. The graph below shows corporate revenues in 2007, calculated on the basis of realised average exchange rates on a month-by-month basis.



Indexed development in the Group's currency basket

January 2005 = 100

The weakening of the US dollar had a particularly adverse effect on revenues in 2007, with a sizeable portion of corporate sales taking place in the USA. Other negative factors were developments in the exchange rates of the Japanese yen, the Canadian dollar and the Swiss franc. The rate of the British pound sterling, which is also a major corporate invoicing currency, fell most in late 2007 and in January 2008, and the effect on revenues for 2007 is therefore limited.

Revenues in North America rose by 13% in 2007 in terms of local currencies. With market unit growth of 2-3% in the US, which is clearly the largest single regional market, we continue to capture sizeable market shares. North America accounted for 32% of consolidated revenues.

In terms of local currencies, the Group generated 9% growth in revenues in Europe in 2007. In particular, unit growth was boosted by corporate deliveries to the British NHS. Sales to international retail chains also grew. Sales in Europe accounted for 52% of consolidated revenues in 2007.

### Revenue by business area

| DKK million | 2006 | 2007 | Percentage change DKK | Local currency |
|---|---|---|---|---|
| Hearing Aids | 4,555 | 4,920 | 8.0% | 10.8% |
| Diagnostic Instruments | 298 | 303 | 1.7% | 3.7% |
| Personal Communication | 232 | 265 | 14.2% | 17.7% |
| Total | 5,085 | 5,488 | 7.9% | 10.7% |

In local currencies, our hearing aid business generated an increase in revenues in 2007 of just under 11%, driven by our core business, i.e. the development, production and wholesale of hearing aids. In the year under review, the core business improved unit sales of Group-manufactured hearing aids by 14%. As market growth for 2007 was only slightly above our long-term expectations of unit growth of 2-4%, we once again succeeded in capturing substantial market shares. The fact that the increase in the unit sale of Group-manufactured instruments exceeded the growth in core business is the result of a significant improvement in the sale of hearing aids to the NHS, further strengthened by the continuously successful sale of products to a number of international retail chains.

In 2007, corporate retail activities, which are part of our Hearing Aid business, outgrew our wholesale business and indeed the markets in which the Group carries on retail business. Retail activities accounted for about 15-20% of total consolidated revenues.

Net revenue by business area
- Hearing Aids
- Diagnostic Instruments
- Personal Communication

Net revenue by region
- Europe
- North America
- Pacific Rim
- Asia
- Other countries

Diagnostic Instruments achieved 2007 revenue of DKK 303 million, or an improvement in sales of just under 4% in terms of local currencies; this growth rate that matches the estimated market growth rate of 3-5%. This business activity accounts for 6% of consolidated revenues, and its profitability improved from an already high level in the year under review. The positive trend is expected to continue in 2008, the ambition being to retain and expand its position as one of the world's leading suppliers of audiological equipment.

In 2007, Personal Communication boosted revenues to DKK 265 million, or a rate of growth of just under 18% in terms of local currencies. The high growth in Phonic Ear continues to be driven by the successful sale of wireless FrontRow speaker systems mainly designed for school classes with normal-hearing children. The US market, which is our primary market for this equipment, grows by over 30% annually, and the positive trend as regards FrontRow is expected to continue in 2008. Sennheiser Communications is also experiencing extremely favourable development, among other factors driven by their new wireless headsets for offices and mobile telephony. Profitability trends in Sennheiser Communications are highly positive and so is the outlook for 2008.

### Special items

The consolidated income statement for 2007 includes a number of special items, as did the comparative figures for 2006. The largest special item relates to costs defrayed in 2007 in connection with a US patent case.

According to a decision announced by a jury at the *District Court of Delaware* in January 2008, William Demant Holding has infringed two patents owned by *Energy Transportation Group* (ETG), which was awarded damages of approximately DKK 80 million. In addition, we expect to defray legal fees amounting to DKK 60 million, of which about half was paid in 2007. The aggregate of DKK 140 million was included in consolidated administrative expenses in 2007, of which provisions in the amount of DKK 110 million have been made

for payment of damages and legal costs, including the cost of the pending appeal case.

The case was instituted in 2005 based on two expired patents which ETG claims include certain aspects of the anti-feedback technology normally used in hearing aids. William Demant Holding claims that the Company has not infringed ETG's patents and therefore intends to appeal the decision. The final decision in the appeal case will not be available until 2009. If we win the appeal case, the provision for damages will be reversed.

| Effect on earnings of special items | 2006 | 2007 | Change |
|---|---|---|---|
| Reported gross profit | 3,575 | 3,971 | 11.1% |
| Employee share costs | 10 | | |
| Gain from sale of property | | -59 | |
| Production restructuring costs (estimated) | | 50 | |
| Gross profit before special items | 3,585 | 3,962 | 10.5% |
| Reported capacity costs etc. | -2,304 | -2,704 | |
| Employee share costs | 24 | | |
| Due diligence costs | 25 | | |
| Cost of US patent case | | 140 | |
| EBIT before special items | 1,330 | 1,398 | 5.1% |
| Reported net financials | -61 | -97 | |
| Profit before tax and special items | 1,269 | 1,301 | 2.5% |
| Reported tax for the year | -308 | -276 | |
| Tax effect | -15 | -33 | |
| Profit for the year before special items | 945 | 992 | 5.0% |
| Reported profit after tax | 901 | 894 | -0.8% |
| EPS before special items | 15.1 | 16.4 | 8.6% |
| Reported earnings per share (EPS) | 14.4 | 14.8 | 2.8% |

For a more detailed review of the special items and their impact on profits, reference is made to the subsequent sections.

### Gross profits

In 2007, the Group realised gross profits of DKK 3,971 million, or an improvement of 11%. The consolidated gross profit ratio was 72.4%, representing an increase of well over 2 percentage points on 2006. The gross profit ratio is favourably affected by the ongoing expansion of corporate distribution activities, which traditionally operate with higher gross profit ratios. Another contributory factor is the emerging effect of the recent establishment of production facilities in Poland.

The Group realised a gain of DKK 59 million from the sale of a property in Brisbane, Australia. The sale was part of the restructuring of our production capacity, which triggered non-recurring costs to the tune of DKK 50 million for the transfer of production from Australia and the establishment of production at Mierzyn, Poland. The amount also includes non-recurring costs in relation to the transfer of production of Behind-The-Ear hearing aids from Scotland to Poland towards the end of 2007. The net effect of these special items in 2006 and 2007 on consolidated gross profits is however limited. The Group has decided to scale down its Thisted production facility in 2008, which means that out of a total of 700 approximately 100 employees will be dismissed.

Consolidated gross profits also includes additional costs of DKK 25-40 million relating to the production of hearing aids caused by the transfer to new technological and mechanical platforms, which was more difficult than anticipated. The required adjustments of the hearing aid production, which have now been fully implemented, were fairly cost-intensive and temporarily resulted in lower production efficiency.

### Capacity costs

In 2007, consolidated capacity costs rose by 17% to DKK 2,706 million; non-recurring costs in connection with the US patent case accounting for DKK 140 million.

On comparison with capacity costs for 2006, it is worth noting that the 2006 figure included costs relating to employee shares of DKK 24 million and due diligence costs of DKK 25 million. The development in capacity costs is shown in the table below.

| Capacity costs | | | Percentage change | |
|---|---|---|---|---|
| DKK million | 2006 | 2007 | DKK | Local currency |
| Research and development costs | 460 | 505 | 9.8% | 10.4% |
| Distribution costs | 1,513 | 1,726 | 14.1% | 16.7% |
| Administrative expenses | 334 | 475 | 42.2% | 43.7% |
| Total | 2,307 | 2,706 | 17.3% | 19.3% |

### Research and development costs

We remain convinced that substantial and dedicated focus on innovation and product development is absolutely essential to ensure our long-term growth potential. 2007 saw a 10% increase in these costs. Research and development costs accounted for 9% of consolidated revenues, which is at the same level as in 2006.

Corporate development activities in the first half-year were marked by the development and completion of our new, technological, wireless architecture (RISE) and by Oticon Epoq, which is the first product based on the RISE architecture. We expect a substantial portion of future corporate products to be based on RISE.

The development functions in the William Demant Holding Group work across business activities and continents to optimise the use of know-how. This approach ensures that basic technologies and special competencies developed for specific purposes in one part of the Group are utilised in other corporate contexts, thereby optimising the use of development resources. The establishment in 2005 of a new domicile and development centre in Denmark is a natural extension of our focused development effort. Our vision was to create and is to continue to have the world's leading and most sophisticated setting for the development of hearing aids, thereby creating optimal conditions for maintaining our innovative



R&D costs
DKK million
2003 295
2004 324
2005 383
2006 460
2007 505

Operating profit (EBIT)
DKK million
2003 856
2004 1,004
2005 1,103
2006 1,271
2007 1,268





edge and competitiveness. In addition to our Danish facilities, we have major development centres in Switzerland and the USA. We are currently considering setting up certain development activities in Poland in connection with our newly established production facilities at Mierzyn. Furthermore, our researchers are members of research networks and institutions all across the world.

*Distribution costs*

Consolidated distribution costs rose in 2007 by 14% to DKK 1,726 million. The increase is to be considered in light of the stepwise expansion in 2006 and 2007 of corporate retail activities, which generally operate with fairly high selling and marketing costs. Consolidated distribution costs were also affected by the launch of Oticon Epoq, which in the first half-year involved considerable launching costs.

*Administrative expenses*

In 2007, administrative expenses totalled DKK 475 million, including non-recurring costs of DKK 140 million in relation to the US patent case. Adjusted for these costs, administrative expenses amounted to DKK 335 million, matching the 2006 level which included due diligence costs of DKK 25 million and employee share-related costs of DKK 7 million.

*Profits for the year*

Operating profits (EBIT) for the year under review amounted to DKK 1,268 million, or a profit margin of 23.1%. Adjusted for special items including costs for the US patent case, consolidated operating profits aggregated DKK 1,398 million in 2007, which represents a 5% increase when adjusting the 2006 comparative figure for costs relating to employee shares and due diligence. The adjusted operating profits for 2007 provide a profit margin of more than 25%.

To the extent possible, we seek to hedge any fluctuations in exchange rates by matching positive and negative cash flows in the main currencies and by entering into forward exchange contracts.

With our current use of such contracts, forecast cash flows are hedged with a horizon of up to 24 months. Consequently, any movements in major exchange rates will affect revenues immediately, whereas the effect on earnings will be somewhat delayed. Realised forward exchange contracts are recognised in the income statement together with the items hedged by such contracts. In addition, we have raised loans in foreign currencies to balance our net receivables. This was previously done through forward exchange contracts.

The current weakening of several of our trading currencies, including the US dollar, the British pound sterling and the Japanese yen, means that we hedge our exchange transactions at increasingly lower rates. The lower hedging rates will thus have an adverse effect on operating profits for 2008 and the years ahead.

With the exchange rate fluctuations in 2007 – particularly towards the end of the year – the underlying development in consolidated earnings is more favourable than would appear from the reported profits. The negative exchange impact on operating profits (EBIT) compared with 2006 is approximately DKK 40 million. Overall, the consolidated profit margin in the year under review was only marginally affected by exchange rate fluctuations. At year-end, we had entered into forward exchange contracts at a nominal value of DKK 983 million (DKK 1,031 million at 31 December 2006) with a market value of DKK 17 million (DKK 3 million at 31 December 2006). The major contracts hedged the following currencies at 31 December 2007:

**Forward exchange contracts at 31 December 2007**

| Currency | Hedging period | Hedging rate |
|---|---|---|
| USD | 8 months | 518 |
| JPY | 9 months | 5.03 |
| NOK | 3 months | 96 |
| AUD | 2 months | 469 |
| EUR | 7 months | 747 |
| CAD | 3 months | 541 |

Net financials in 2007 amounted to DKK -97 million against DKK -61 million in 2006. The change primarily reflects an increase in consolidated interest-bearing debt and a generally higher interest rate level.

Consolidated profits before tax totalled DKK 1,171 million. Tax on the year's profits is estimated at DKK 276 million, matching an effective tax rate of 23.6%, which is below the level that has applied to the Group in recent years. The reason is a corporation tax reform in Denmark effective as of 1 January 2007. Some of the effects of the reform being a fall in the Danish corporation tax rate by 3 percentage points to 25% and a number of limitations on the use of interest deductions by Danish companies. The one-time effect of the Danish tax reform is neutral as regards the balance sheet.

The year's profits amounted to DKK 894 million, which is marginally lower than in 2006. However, if we adjust for special items, profits rose by 5%. Earnings per share (EPS) were DKK 14.8, or a 3% increase. Calculated before special items, EPS rose by 9%. Our current strategy of buying back shares resulted in earnings per share outpacing the year's profit growth. In 2007, the average number of shares was reduced by 2,136,124 shares compared with 2006. For a more detailed description of the Group's buy-back of shares, we refer to *Shareholder information, Capital* on page 22.

At the annual general meeting, the Directors will propose that all of the year's profits be retained and transferred to reserves.

### Equity and capital

Consolidated equity amounted to DKK 435 million at year-end (DKK 671 million at the end of 2006), corresponding to an equity ratio of 12%. The Parent's equity was DKK 519 million at year-end (DKK 665 million at the end of 2006).

The buy-back of shares worth a total of DKK 993 million matched the 2006 level, and the amount was recognised directly in equity. We did not carry out any capital increases in 2007.

### Consolidated equity

| DKK million | 2006 | 2007 |
| --- | --- | --- |
| Equity at the beginning of the year | 756 | 671 |
| Exchange adjustments of subsidiaries | -5 | -32 |
| Value adjustments of hedging instruments | -41 | -19 |
| Buy-back of shares | -993 | -993 |
| Capital increase relating to employee share ownership plan | 24 | 0 |
| Gift element relating to employee share ownership plan | 34 | 0 |
| Profit for the year | 901 | 894 |
| Other adjustments | -5 | 10 |
| Minority interests | 0 | -96 |
| Equity at the end of the year | 671 | 435 |

### Consolidated cash flows, financing and cash position

In 2007, consolidated cash flows from operating activities amounted to DKK 848 million, or a 12% fall on 2006, which is mainly due to the build-up of inventories and an increase in receivables. The Group paid corporation tax in 2007 of approximately DKK 299 million, of which DKK 234 million was paid in Denmark.

Free cash flows rose to DKK 756 million, which is an increase of 14% on 2006, the major explanations being the fall in the level of capital investments in our corporate headquarters in Denmark and the sale of a property in Australia.

### Cash flows by main items

| DKK million | 2006 | 2007 |
| --- | --- | --- |
| Profit for the year | 901 | 894 |
| Cash flows from operating activities | 964 | 848 |
| Cash flows from investing activities * | -303 | -92 |
| Free cash flows | 661 | 756 |
| Acquisitions | -28 | -80 |
| Buy-back of shares | -993 | -993 |
| Other financing activities | -22 | -176 |
| Cash flow for the year, net | -382 | -493 |

* Calculated before acquisitions.

Earnings per share (EPS)

| | 2003 | 2004 | 2005 | 2006 | 2007 |
| --- | --- | --- | --- | --- | --- |
| DKK | 8.8 | 10.7 | 12.2 | 14.4 | 14.8 |

Cash flow from operating activities

| | 2003 | 2004 | 2005 | 2006 | 2007 |
| --- | --- | --- | --- | --- | --- |
| DKK million | 754 | 726 | 892 | 964 | 848 |

*Investments*

Cash flows for investing activities (excluding acquisitions) amounted to DKK 92 million in 2007 against DKK 303 million in 2006. The fall is mainly due to proceeds of DKK 122 million from the sale of the production property in Australia in 2007, as mentioned above, and the fact that the property was bought at a price of DKK 63 million in 2006. Moreover, 2007 did not see any major investments in corporate headquarters, as was the case from 2004 through 2006. Net investments in property, plant and equipment amounted to DKK 186 million in 2007, and net investments for 2008 are estimated at DKK 200-240 million, of which payment for the production property in Poland acquired in 2007 accounts for DKK 33 million.

In 2007, the Group took over a number of minor distribution businesses in Australia and North America either in full or in part. The cash acquisition sum amounted to DKK 80 million for the year.

The change in other financing activities in 2007 is due to an increase in instalments in respect of long-term liabilities and the fact that we did not raise any further loans as was the case in 2006.

*Balance sheet*

The total consolidated balance sheet rose by 19% in 2007 and at 31 December 2007 amounted to DKK 3.7 billion, including a negative exchange impact of about 3%.

Receivables under long-term assets rose in 2007 by DKK 89 million, and since we received redemptions/instalments worth DKK 43 million in the year under review, we have had a net addition to receivables under long-term assets. Loans to corporate customers and business partners amounted at 31 December 2007 to DKK 180 million (DKK 123 million in 2006), and a further increase is expected for 2008.

In connection with the restructuring of production facilities, we built up buffer stocks in order to secure supplies and further expanded inventories on the launch of Epoq, thereby generally boosting inventories in 2007. Trade receivables also rose, which is among other things due to growth in revenues, including acquisitions.

Consolidated interest-bearing debts (gross) were DKK 480 million higher at year-end than at the end of 2006. The increase was mainly caused by our continuous buy-back of shares and the above-mentioned increases in inventories and trade receivables.

There have been no events to change the assessment of the annual report after the balance sheet date and until today.

*Directors and employees*

At the annual general meeting on 29 March 2007, Lars Nørby Johansen and Michael Pram Rasmussen were both re-elected, and Peter Foss, President & CEO of FOSS A/S, was elected to the Board of Directors. After the general meeting, the Directors elected Lars Nørby Johansen Chairman and Niels Boserup Deputy Chairman of the Board of Directors.

The Group employed 5,091 staff at year-end. The average number of staff in 2007 was 5,072 (4,797 in 2006), of whom 1,619 were employed in Denmark (1,486 in 2006). Revenue per employee amounted to DKK 1,082,000, or a 2% rise on 2006.

Key to the Group's success is the professionalism, commitment and diligence of our staff. The Directors would like to thank all staff for their tremendous and professional effort in 2007, their commitment being the real power behind our success.

*Incentive programmes*

The Group has at two- or three-year intervals offered the employees the opportunity to buy shares at a favourable price depending on their salary and seniority. Such shares are subsequently held on trust for five years. The most recent employee share ownership plan was carried through in 2006.

The Company has no share option programmes or other similar programmes.

An agreement has been made for William Demant Holding's President & CEO, who for every four years' employment will be entitled to a severance package corresponding to one year's salary.

*Knowledge resources*

Our *Mission statement* stipulates that the Group must aim for continuous growth in revenues and earnings, and that we must strive for a high innovation level through a flexible and knowledge-based organisation. The prerequisite for the Group's continued competitiveness is extensive audiological know-how and a broad spectrum of competencies, such as designing integrated circuits for sophisticated analogue and digital processing of sound signals, developing software for optimum fitting of hearing aids, designing micro-amplifiers and related acoustic systems as well as developing and manufacturing micro-mechanic components. See also *Research and development costs* on page 16.

The Group's products are made in co-operation with a wide range of specialists, each with thorough knowledge of their own fields, in-depth understanding of other professional areas and appreciation of the corporate approach. In order to utilise competencies and knowledge across the organisation, substantial resources are channelled into communication and knowledge sharing through a shared IT platform, a high degree of openness, secondment of employees to other Group companies and a flat organisational structure.

Inaugurated in November 2005, the corporate development centre in Denmark is a major catalyst for both ongoing and future innovation projects.

*The Oticon Foundation*

William Demant Holding's main shareholder, the Oticon Foundation, has as its primary goal to safeguard and expand the William Demant Holding Group's business and provide support for various commercial and charitable purposes. The Oticon Foundation, whose full name is William Demants og Hustru Ida Emilies Fond, was founded in 1957 by William Demant, son of the Company's founder Hans Demant. The Foundation's interest in the Company was 58% at the end of 2007, which is also the case at 6 March 2008.

The William Demant Holding Group has not carried out any major acquisitions since the autumn of 2001, and in compliance with Company policy any free cash flows are applied for the buy-back of shares. Sound liquidity and a satisfactory free flow are important to obtain fair pricing of our shares at the OMX Nordic Exchange Copenhagen. In autumn 2005, the Oticon Foundation consequently announced that in future it would strive to retain an ownership interest of 55-60% against previously 60-65% through current sale of shares in the market. This sale is independent of our share buy-back programme.

In accordance with the Oticon Foundation's investment strategy, the Foundation's investments – apart from shares in William Demant Holding – also include other assets, as the Foundation can make direct, active investments in companies whose business models and structures resemble that of the William Demant Holding Group, but fall outside its strategic sphere of interest.

In 2003, William Demant Holding and the Oticon Foundation thus agreed that the Company would identify active investment opportunities on behalf of the Foundation. In each case, a management agreement would be made on a commercial arm's length basis. Investment activities are mainly carried out by William Demant Invest A/S, a company wholly owned by the Oticon Foundation.

Since 2004, the Oticon Foundation has – in the framework of William Demant Invest – made significant investments in the property company Jeudan A/S, listed on the OMX Nordic Exchange Copenhagen, and in the medical company Össur hf., listed on the

OMX Nordic Exchange Iceland. In 2007, the Foundation increased its stake in Jeudan and also made a minor share purchase in Össur. Moreover, the Oticon Foundation has a portfolio of listed securities that are managed by an external asset manager.

## Outlook for the future

2008 will be another year of growth for the William Demant Holding Group. For 2008, we anticipate growth in revenues of 7-10% in terms of local currencies in a market whose rate of growth we estimate at 3-5%, which matches our long-term growth forecasts for the hearing aid market. Based on average exchange rates for January 2008, the negative exchange impact on consolidated revenues in 2008 is estimated at 3%. In this light, consolidated revenues are forecast at a level of DKK 5,700-5,850 million.

For 2008, we expect that especially Oticon Epoq will continue to be a major contributor to corporate growth. For the first half of 2008, we are planning to introduce a broad palette of products in the mid-priced segment as well as new Epoq variants. Both Oticon and Bernafon will introduce other new products in the second half-year. The many new product introductions will be the basis for growth in 2008 and the years ahead.

The emerging effects of the restructuring of production carried through in 2007 in combination with our current utilisation of economies of scale will positively impact the consolidated gross profit ratio in 2008 and beyond. This margin impact is however expected to be offset – in full or in part – by a steady increase in sales to international retail chains.

For 2008, we expect a continuous increase in the Group's development costs, which are primarily paid in Danish kroner. As development costs are expected to grow at the same level as growth in revenues in terms of local currencies, the reported increase in development costs will exceed reported sales growth.

Particularly in the fourth quarter of 2007, exchange rate trends had an adverse effect on consolidated profits. For 2007 as a whole, the earnings-related exchange effect on operating profits (EBIT) was negative by approximately DKK 40 million. Based on average exchange rates for January 2008, we estimate a further negative effect to the tune of DKK 60 million for 2008 as a whole. As usual, the estimated figure includes anticipated gains and losses on forward exchange contracts. The Group generally estimates operating profits (EBIT) for 2008 at DKK 1,400-1,500 million.

The effective tax rate for 2008 is expected to be 24-25%, which is slightly above the 2007 level.

Total investments in property, plant and equipment are estimated at a level of DKK 200-240 million for 2008.

We expect to buy back shares at an amount of DKK 900 million in 2008.

# Shareholder information

## Capital

At 31 December 2007, the Company's authorised share capital was nominally DKK 60,986,527 divided into as many shares of DKK 1. All shares have the same rights and are not divided into classes.

*William Demants og Hustru Ida Emilies Fond* (the Oticon Foundation), Egedal has notified the Company that at 31 December 2007 it held 58% of the share capital. In September 2005, the Foundation announced that it wished to retain an interest of 55-60% in the Company's capital.

Shares held by members of the Board of Directors, by the Executive Board and by employees account for approximately 2% of the share capital. More than 80% of the Group's around 5,100 employees are shareholders in the Company.

In 2007, the Company bought back 2,032,820 shares at a total price of DKK 993 million. At the annual general meeting on 29 March 2007, the share capital was reduced by nominally DKK 2,336,675 through the cancellation of treasury shares. The Company did not increase its capital in 2007. At year-end 2007, the Company held 1,406,370 treasury shares, or 2.3% of the share capital. At 6 March 2008, the Company holds 1,819,520 treasury shares, or 3.0% of the share capital. At the next general meeting, the Directors will propose that the share capital be reduced by the number of shares held by the Company at the date of the general meeting, 31 March 2008.

### Share information

| DKK | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| Highest rate | 222 | 274 | 355 | 504 | 583 |
| Lowest rate | 111 | 196 | 256 | 343 | 407 |
| Rate at year-end | 200 | 257 | 350 | 459 | 471 |
| Market cap., DKK million | 13,710 | 16,989 | 22,315 | 28,274 | 28,063 |
| Average no. of shares* | 69.95 | 67.05 | 65.03 | 62.75 | 60.62 |
| No. of shares at year-end* | 68.53 | 66.11 | 63.79 | 61.60 | 59.58 |

* Million shares, excluding treasury shares.

### Specification of movements in share capital

| DKK in thousands | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| Share capital at 1.1. | 74,713 | 70,294 | 67,515 | 65,569 | 63,323 |
| Capital increase | 0 | 0 | 0 | 139 | 0 |
| Capital reduction | -4,419 | -2,779 | -1,946 | -2,385 | -2,337 |
| Share capital at 31.12. | 70,294 | 67,515 | 65,569 | 63,323 | 60,986 |

## Powers relating to share capital

The shareholders in general meeting have empowered the Directors to increase the share capital by up to nominally DKK 1,179,527 in connection with the issue of employee shares at a subscription price to be determined by the Directors, however minimum DKK 1.05 per share of DKK 1. The powers are valid until 1 January 2011. Until 1 January 2012, the Directors have been authorised to increase the share capital by up to DKK 6,664,384 for other purposes. The subscription price will be determined by the Directors.

Until the next annual general meeting, the Directors have been authorised to acquire treasury shares at a nominal value of up to 10% of the share capital. The purchase price may not deviate by more than 10% from the price listed on the OMX Nordic Exchange Copenhagen.

## Dividend

At the general meeting, the Directors will, as in previous years, propose that all profits for the 2007 financial year be retained. In the Company's opinion, the buy-back of shares will pave the way for a more dynamic planning of dividend policies. The Directors have thus authorised Management – on behalf of the Company – to continue buying back William Demant Holding shares in 2008 worth an approximate amount of DKK 1 billion with due regard to the Group's current cash inflow.

## Insider rules

The Group's insider rules and in-house procedures comply with the provisions of the Danish Securities Trading Act, under which the



Executive Board and the Board of Directors and their related parties are obliged to inform the Company of their transactions with the Company's securities with a view to subsequent publication and reporting to the Danish Financial Supervisory Authority. In 2007, the Company made three such announcements, which can be seen on the Company's website under *Insider trade announcements*.

In its in-house rules, the Company has chosen to operate an insider register containing over 800 persons, including leading staff members who – through their attachment to the Company – may possess price-affecting knowledge of the Group's internal affairs. Persons recorded in the insider register may only trade in Company shares for six weeks following publication of the annual report and the interim report through the OMX Nordic Exchange Copenhagen. Such persons are also obliged to inform the Company of their transactions in Company shares.

### IR policy and investor information

It is the aim of William Demant Holding to ensure a steady and consistent flow of information to stock market players to promote a basis for fair pricing of Company shares – pricing that reflects current corporate strategies, financial capabilities and prospects for the future. The flow of information should contribute to a reduction of any Company-specific risks associated with investing in William Demant Holding shares, thereby leading to a reduction of the Company's cost of capital.

We aim to reach this goal by continuously providing relevant, correct and adequate information in our Company announcements. The Company also maintains an active and open dialogue with analysts as well as current and potential investors. Through presentations, individual meetings and participation in investor conferences, we aim to maintain an ongoing dialogue with a broad section of share market players. In 2007, we held approximately 260 (220 in 2006) meetings and presentations attended by more than 500 analysts and investors.

The Company also uses its website www.demant.com for communication with the market. The website has more information about the Group and its business activities.

Investors and analysts may also contact Stefan Ingildsen, Finance and IR Manager, or Søren Bergholt Andersson, IR Officer, on phone +45 3917 7100 or via e-mail william@demant.dk.



*Stefan Ingildsen*        *Søren Bergholt Andersson*



Share price development 2007

— William Demant Holding
— Indexed OMXC20

### Main Company announcements in 2007

| 8 March    | Annual Report 2006 |
| 29 March   | Annual general meeting |
| 11 April   | Introduction of Oticon Epoq |
| 9 May      | Quarterly review, first quarter 2007 |
| 2 July     | Reduction of capital after expiry of statutory notice |
| 16 August  | Interim Report 2007 |
| 8 November | Quarterly review, third quarter 2007 |

### Financial calendar 2008

| 6 March    | Annual Report 2007 |
| 31 March   | Annual general meeting |
| 7 May      | Interim information, first quarter 2008 |
| 14 August  | Interim Report 2008 |
| 5 November | Interim information, third quarter 2008 |

### General meeting

The annual general meeting will be held on Monday, 31 March 2008, at 4 p.m. at Kongebakken 9, 2765 Smørum, Denmark.

# Risk management activities

Risk management activities in the William Demant Holding Group primarily focus on the business and financial risks to which the Company with a certain degree of probability may be exposed.

The Company generally operates in a stable market with a limited number of players. The risks to which the Company may be exposed are unlikely to change materially in the short term. When preparing the strategic, budgetary and annual plans, the Directors consider the risks identified by the Company.

## Business risks

The major risks to which the William Demant Holding Group may be exposed are of a business nature – be they risks within the Company's control or external risks due to, for instance, the behaviour of the competition.

The market in which the Company acts is a highly product-driven market. Products introduced on the market in the past two years generated about half of corporate sales. The Group's significant research and development initiatives help underpin our market position. It is therefore also vital in the long term to maintain the Group's innovative edge and to attract the most qualified and competent staff.

The William Demant Holding Group is involved in a few disputes. Apart from a provision relating to the US patent case, Management is of the opinion that any other disputes do not significantly affect or will affect the Group's financial position. We seek to make adequate provisions for legal proceedings. As far as patents are concerned, our policy is to take out patents for our own ground-breaking innovations and currently monitor that our products do not infringe on any third-party patents.

## Financial risks

Financial risk management concentrates on exchange rate, interest rate, credit and liquidity risks and on protecting against the risk of loss of plant, property and equipment. The purpose of financial risk management is to protect the business against potential losses and to make sure that Management's forecasts for the current year will only be affected to a limited extent by changes in the surrounding world – be they fluctuating exchange or interest rates or direct damage to corporate assets. We are exclusively hedging commercial risks and are not involved in any financial transactions of a speculative nature.

### Exchange rate risks

The Company seeks to hedge against any exchange rate risks through foreign exchange contracts and other hedging instruments. Major net exchange positions are normally hedged up to 24 months ahead. Currency hedging gives Management the opportunity and necessary time to redirect business strategies in the event of persistent foreign exchange fluctuations.

**Effect on EBIT on non-hedged* basis, 5% exchange rate change**

| DKK million | 2007 | 2008 |
|---|---|---|
| USD | 20 | 25 |
| GBP | 15 | 20 |
| CAD | 10 | 15 |
| AUD | 10 | 10 |
| JPY | 5 | 5 |

* Non-hedged is defined as the total annual exchange effect excluding forward exchange contracts.

The exchange risk has been calculated on the basis of simple adding up of EBIT figures for Group companies in local currencies.

25



Whereas the adding up of EBIT figures includes all Group companies, the net exchange flow is identical to the flow in Oticon A/S. We estimate that about 90% of all exchange translations are made in Oticon A/S and that the analysis therefore provides a true and fair view of the entire Group. The exchange flow includes actual translation transactions as well as any change in net receivables (receivables, payables and bank balances). Realised exchange rates have been used for 2007, whereas for 2008 we have applied early-February rates.

*Interest rate risks*

At present, the Group has limited debts compared with the volume of business activity, and changes in interest rates therefore only have negligible impact on the Group. Interest rate swaps are sometimes used to hedge interest rates. We are of the opinion that the Group has a strong cash flow and satisfactory credit rating to secure current working capital and funds for potential acquisitions.

Based on net debt at year-end 2007, a climb of 1 percentage point in the general interest rate level will increase consolidated annual interest expenses before tax by approximately DKK 13 million.

*Credit risks*

Corporate credit risks relate primarily to trade receivables. Our customer base is fragmented and any credit risks would only involve minor losses on individual customers. Together, our three largest customers account for less than 10% of total consolidated revenues. We thus have no major credit exposure, which is supported by our track record of insignificant previous losses on bad debts. When undertaking lending transactions with customers or business partners, we require the provision of security in their particular businesses.

The Group has no major deposits in financial institutions. Primarily financial institutions with high credit ratings are used.

*Liquidity risk*

The Group is obliged to have sufficient cash resources to meet its obligations. The Group has access to substantial non-utilised credit facilities, and the liquidity risk is therefore considered very low.

## Safeguarding corporate assets

Company Management continuously seeks to minimise any financial consequences of damage to corporate assets, including any operating losses incidental to potential damage. We are currently investing in security and surveillance systems to prevent damage and to minimise such damage, should it arise. Major risks that cannot be adequately minimised are identified by Company Management who will on a continuous basis ensure that appropriate insurance policies are taken out under the corporate global insurance programme administered by recognised and credit-rated insurance companies. The Group's insurance programme has deductible clauses in line with normal market terms. The Directors review the Company's insurance policies once a year, including coverage of any identified risks.

The Directors are regularly briefed on any developments in identified risks. The purpose of this reporting is to keep the Directors fully updated and enable them to take corrective action to minimise such risks.