# Corporate governance

William Demant Holding's Management (Board of Directors and Executive Board) considers corporate governance an ongoing process and regularly assesses whether amendments to the Company's Articles of Association or managerial processes are required. The Board of Directors currently considers the *Corporate Governance Recommendations 2005*, which are part of the disclosure requirements laid down by the Copenhagen Stock Exchange Committee on Corporate Governance, and determines the extent to which the Company should implement such recommendations. According to the recommendations, it is acceptable for a company to pursue a different approach to corporate governance from that recommended by the guidelines, provided the company publicly explains its decision not to comply with such guidelines, also known as the "comply-or-explain principle".

A complete review of the manner in which William Demant Holding complies with the corporate governance recommendations in accordance with the "comply-or-explain principle" is available on our website under *Corporate governance*.

### Shareholders' role and interaction with Management

William Demant Holding communicates currently with its shareholders through the annual general meeting, shareholder meetings, investor presentations, e-mail, telephone, website, webcasts, capital market days, the annual report and company announcements etc., and we strive to communicate both in Danish and in English.

The Company has one class of shares, and all shares are listed on OMX Nordic Exchange Copenhagen. In recent years, the Board of Directors has decided that any excess cash funds are to be used for the buy-back of shares for the purpose of writing down the share capital, if it is considered prudent and does not inhibit the Company's long-term development or credit rating.

As on 6 March 2008, the Company's principal shareholder, *William Demants og Hustru Ida Emilies Fond* (the Oticon Foundation) holds 58% of the share capital and votes. The Oticon Foundation has a statute according to which the Foundation should always – directly or indirectly – seek to hold the majority of shares in the Company in order to limit any attempts at takeover.

### The role of stakeholders and their importance to the Company

Our *Mission statement* includes a description of our visions, strategies and goals. Moreover, our managerial policy builds on high standards of business conduct, including honesty, quality and fairness as well as accountability towards the environment and the community.

### Openness and transparency

Any information essential to shareholders and financial markets for their assessment of the Company and our activities is published as promptly as possible in compliance with the rules of the Danish Financial Supervisory Authority and the OMX.

We have chosen to present our website in English only as we believe that stakeholders seeking information from our website are familiar with this language. However, all documents that can be downloaded from the website are available in both Danish and English.

Apart from the requirements of the IFRS and other Danish accounting legislation, we have found that the publication of additional non-financial particulars, such as information relating to impact on the external environment, development of internal knowledge resources, ethical and social responsibilities and the working environment, is not expedient. Our opinion on these issues is integral to our *Mission statement*.



26

In compliance with the Danish Securities Trading Act, the Company publishes annual and interim reports. In the time span between publication of such reports, we have chosen to publish quarterly information rather than actual quarterly reports. In Management's opinion, actual quarterly reports will not enhance a better understanding of the Company's activities, as the quarterly information gives an adequate account of the important events and transactions which have taken place during the period in question. Furthermore, such information gives a general account of the Group and its financial position and results.

### Duties and responsibilities of the Board of Directors

The Board of Directors is responsible for the overall strategic management as well as the financial and managerial supervision of the Company, and it regularly evaluates the work of the Executive Board as for instance stated in the Annual Plan and Budget prepared for the Board of Directors. Its duties and responsibilities are determined through the rules of procedure for the Board of Directors and instructions to the Executive Board. Specific work and task descriptions for the Chairman and Deputy Chairman of the Board of Directors are incorporated into the rules of procedure for the Board of Directors.

### Composition of the Board of Directors

The Company has chosen not to publish a complete overview of the special competencies of the individual Directors that might be relevant to their duties as Directors, as we are of the opinion that such an overview would not adequately reflect their expertise.

Currently, the Board has eight Directors: five Directors elected by the general meeting and three Directors elected by staff in Denmark.

The majority of the Directors are shareholders of the Company. The Board of Directors has chosen not to specify the holding of shares in the Company held by the individual Director, as the Board is of the opinion that such information is not useful. Any changes in Directors' shareholdings are published in each instance and are at the same time reported to the Danish Financial Supervisory Authority. Such changes are also published on the Company's website.

None of the Directors elected by the general meeting has been employed with the Company or has (had) any attachment to or interest in the Company apart from the duty as Director and as shareholder.

Normally, the Company holds five ordinary Board meetings a year as well as extraordinary meetings if deemed necessary by the Executive Board or the Board of Directors. The general meeting elects the Company's Directors for a term of one year and the staff-elected Directors for a term of four years. Staff-elected Directors are elected in accordance with the provisions of the Danish Companies Act. A Director cannot be re-elected once he or she has reached the age of 70.

The Board of Directors does not use any formalised system of self-evaluation. The Chairman currently evaluates the work carried out by the Board, and it is the Board's opinion that the result of this evaluation is satisfactory.

### Board of Directors' and Executive Board's remuneration

Once a year, the Board of Directors assesses the remuneration paid to Directors and the Executive Board. The basis for the assessment is a competitive and reasonable level that will attract and retain the

most suitable and competent candidates. Please also refer to *Incentive programmes* on page 19.

**Board committees**

At present, no independent Board committees have been nominated as the Board of Directors finds that such committees are deemed unnecessary, given the Company's business activities and the size of the Board.

**Risk management**

The Company operates in a stable market with a limited number of players. The risks to which the Company may be exposed are not likely to change materially in the short term. A description of all material risks is given in the Annual Plan and Budget for the Board of Directors. Please also see *Risk management activities* on page 24.

**Audit**

The audit fee is agreed with the auditor prior to a financial year and is subject to approval by the chairmanship of the Board of Directors. The auditor may be asked to perform non-audit services. Such services are to be agreed with the Company's Executive Board in each case. If the fee in respect of non-audit services exceeds the ordinary audit fee, such fee is subject to approval by the Board of Directors.

**Amendments to articles of association**

The adoption of a resolution to make amendments to articles other than those listed in s. 79 of the Danish Public Companies Act shall require that at least 51% of the share capital is represented at the general meeting, and that the resolution is approved by a two-thirds majority of the votes cast and of the represented share capital which is entitled to vote. Where 51% of the share capital is not represented at the general meeting, but two thirds of the votes cast and of the represented share capital which is entitled to vote have approved the proposal, the Board shall call an extraordinary general meeting within 14 days, at which meeting the proposal may be adopted by a two-thirds majority of the votes cast irrespective of the number of shares represented.



# Board of Directors and Executive Board

OLE LUNDSGAARD, LARS NØRBY JOHANSEN, NIELS JACOBSEN, MICHAEL PRAM RASMUSSEN, NIELS BOSERUP, PETER FOSS, SUSANNE KOLD, NILS SMEDEGAARD ANDERSEN, IVAN JØRGENSEN

## Board of Directors

**Lars Nørby Johansen (aged 58), Chairman**
Falck A/S, chairman of the board of directors
Georg Jensen A/S, chairman of the board of directors
Stig Jørgensen & Partners A/S, chairman of the board of directors
DONG Energy A/S, deputy chairman of the board of directors
The Danish Growth Council, chairman
Lars Nørby Johansen joined the Board of Directors of the Company in 1998 and is considered an independent Director.

**Niels Boserup (aged 64), Deputy Chairman**
Øresundsinstituttet, chairman of the board of directors
Wonderful Copenhagen, deputy chairman of the board of directors
Birmingham International Airport Ltd., deputy chairman of the board of directors
Wemind A/S, director
Niels Boserup joined the Board of Directors of the Company in 1996. Due to his seat on the Board of Directors of the Company's principal shareholder, the Oticon Foundation, he is not considered an independent Director.

**Nils Smedegaard Andersen (aged 49)**
A.P. Møller - Mærsk A/S, Partner and Group CEO
Nils Smedegaard Andersen joined the Board of Directors of the Company in 2003 and is considered an independent Director.

**Peter Foss (aged 51)**
FOSS A'S, President & CEO
A.R. Holding af 1999 A/S, director
Peter Foss joined the Board of Directors of the Company in 2007 and is considered an independent Director.

**Ivan Jørgensen (aged 40), PhD, Electronic Engineering**
Oticon A/S, competence manager for IC design (analogue and RF)
Staff representative
Ivan Jørgensen joined the Board of Directors of the Company in 2005.

**Susanne Kold (aged 46)**
Oticon A/S, Thisted, shop steward for 3F members
3F Thy-Mors, director
Staff representative
Susanne Kold joined the Board of Directors of the Company in 2007.

**Ole Lundsgaard (aged 38), Electronics Mechanic**
Diagnostic Instruments, technical support specialist
Staff representative
Ole Lundsgaard joined the Board of Directors of the Company in 2003.

**Michael Pram Rasmussen (aged 53)**
A.P. Møller - Mærsk A/S, chairman of the board of directors
Coloplast A/S, chairman of the board of directors
Topdanmark A/S, chairman of the board of directors
Louisiana Museum of Modern Art, director
JPMorgan Chase International Council, member
Michael Pram Rasmussen joined the Board of Directors of the Company in 1999 and is considered an independent Director.

## Executive Board

**Niels Jacobsen (aged 50), President & CEO**
Niels Jacobsen joined the Company in 1992 as Executive Vice President and was appointed President & CEO in 1998.
A.P. Møller - Mærsk A/S, director
Novo Nordisk A/S, director
Directorships in a number of wholly and partly owned companies in the William Demant Group, including William Demant Invest A/S, Össur hf., Sennheiser Communications A/S, HIMPP A/S, HIMSA A/S and HIMSA II A/S.

## Auditors

**Deloitte**
Statsautoriseret Revisionsaktieselskab

**KPMG C. Jespersen**
Statsautoriseret Revisionsinteressentskab

## Board meetings

During the year, the Board of Directors has convened on five occasions.

29

# Signatures

## Statement by Executive Board and Board of Directors

We have today presented the Annual Report 2007 for William Demant Holding A/S.

The consolidated financial statements have been prepared in accordance with International Financial Reporting Standards as adopted by the EU and the Parent's financial statements have been prepared in accordance with the Danish Financial Statements Act. Further, the Annual Report has been prepared in accordance with additional Danish disclosure requirements for annual reports of listed companies.

In our opinion, the accounting policies used are appropriate and the Annual Report gives a true and fair view of the Group's and the Parent's assets, liabilities and financial position, result and the Group's cash flows.

We present the Annual Report for approval at the general meeting.

Smørum, 6 March 2008

*Executive Board:*

Niels Jacobsen

*Board of Directors:*

| Lars Nørby Johansen | Niels Boserup |
| Chairman | Deputy Chairman |

| Nils Smedegaard Andersen | Peter Foss |

| Ivan Jørgensen | Susanne Kold |

| Ole Lundsgaard | Michael Pram Rasmussen |

30

## Independent auditor's report

### To the shareholders of William Demant Holding A/S

We have audited the Annual Report of William Demant Holding A/S for the financial year 1 January-31 December 2007, which comprises Management's review, the statement by the Executive Board and the Board of Directors on the Annual Report, accounting policies, income statement, balance sheet, statement of changes in equity and notes for the Group as well as for the Parent and the consolidated statement of recognised income and expenses and cash flow statement. The consolidated financial statements have been prepared in accordance with International Financial Reporting Standards as adopted by the EU, and the Parent's financial statements have been prepared in accordance with the Danish Financial Statements Act. Further, the Annual Report has been prepared in accordance with the additional Danish disclosure requirements for annual reports of listed companies.

### The Executive Board's and Board of Directors' responsibility for the Annual Report

The Executive Board and the Board of Directors are responsible for the preparation and fair presentation of this Annual Report in accordance with International Financial Reporting Standards as adopted by the EU (the Group), the Danish Financial Statements Act (the Parent), and additional Danish disclosure requirements for annual reports of listed companies. This responsibility includes: Designing, implementing and maintaining internal control relevant to the preparation and fair presentation of an annual report that is free from material misstatement, whether due to fraud or error; selecting and applying appropriate accounting policies; and making accounting estimates that are reasonable in the circumstances.

### Auditor's responsibility and basis of opinion

Our responsibility is to express an opinion on this Annual Report based on our audit. We conducted our audit in accordance with Danish Standards on Auditing. Those standards require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance whether the Annual Report is free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the annual report. The procedures selected depend on the auditor's judgement, including the assessment of the risks of material misstatement of the annual report, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the company's preparation and fair presentation of the annual report in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the company's internal control. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates made by the executive board and board of directors, as well as evaluating the overall presentation of the annual report.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

Our audit did not result in any qualification.

### Opinion

In our opinion, the Annual Report gives a true and fair view of the Group's financial position at 31 December 2007 and of the results of its operations and its cash flows for the financial year 1 January-31 December 2007 in accordance with International Financial Reporting Standards as adopted by the EU and additional Danish disclosure requirements for annual reports of listed companies.

Further, in our opinion, the Annual Report gives a true and fair view of the Parent's financial position at 31 December 2007 and of the results of its operations for the financial year 1 January-31 December 2007 in accordance with the Danish Financial Statements Act, and additional Danish disclosure requirements for annual reports of listed companies.

Copenhagen, 6 March 2008

Deloitte
*Statsautoriseret Revisionsaktieselskab*

Anders Dons
*State-authorised Public Accountant*
*(Denmark)*

KPMG C.Jespersen
*Statsautoriseret Revisionsinteressentskab*

Finn L. Meyer
*State-authorised Public Accountant*
*(Denmark)*

# Accounting policies

## General

The consolidated financial statements are presented in compliance with the International Financial Reporting Standards as adopted by the EU. The financial statements for the Parent are presented in accordance with the provisions of the Danish Financial Statements Act for class D entities. The Annual Report has been prepared in accordance with further Danish disclosure requirements for annual reports published by listed entities as formulated by the OMX Nordic Exchange Copenhagen as well as the IFRS order issued in compliance with the Danish Financial Statements Act.

The Parent's accounting policies on recognition and measurement are generally consistent with the Group's accounting policies. The instances in which the Parent's accounting policies deviate from those of the Group have been described below. To ensure uniform presentation the terminology used in the consolidated financial statements has as far as possible also been applied in the Parent's financial statements.

Effective as of 1 January 2007, the Group has implemented IFRS 7 (Financial Instruments: Disclosures), the amended standards IAS 1 (Presentation of Financial Statements), IAS 32 (Financial Instruments: Disclosure and Presentation) and IFRIC 7-10. The new accounting standards and interpretations have not caused any changes in the accounting policies, but solely affected the scope and nature of presentation and notes in the Annual Report and comparative figures.

Annual reporting figures are stated in Danish kroner (DKK) rounded to the nearest 1,000 DKK.

## Standards and interpretations not yet effective

Amended standards (IAS 23 and 27 as well as IFRS 2, 3 and 8) and interpretations (IFRIC 11-14), published but not yet effective at the time of publication of the Annual Report, have not been incorporated into the Annual Report. In Management's opinion, any future implementation of these standards and interpretations will not materially affect the Annual Report.

## Accounting estimates and judgements

Many accounting items can only be estimated rather than accurately measured. Such estimates are based on the most recent information available on preparation of the accounts. Estimates and assumptions are revalued on a current basis. Any changes in accounting estimates will be recognised in the accounting period in which such changes are made.

In connection with the practical application of the accounting policies, Management has made normal accounting estimates and judgements concerning development costs and business combinations as well as the valuation of long-term assets, inventories, receivables and payables.

It is the Group's opinion that the product development undertaken by the Group today cannot meaningfully be allocated to either the development of new products or to the further development of existing products. As the products are subject to various authority approvals, it is difficult to determine the final completion of new corporate products.

## Consolidation

The consolidated financial statements comprise William Demant Holding A/S (the Parent) and the entities, in which the Parent holds more than 50% of voting rights, or in which in some other manner it can or actually does exercise a controlling interest. The consolidated financial statements have been prepared on the basis of the financial statements for the Parent and its subsidiaries by aggregating uniform items. Using proportionate consolidation, the consolidated financial statements also include entities, which by agreement are managed jointly with one or more entities. Intra-Group income, expenditure, shareholdings, accounts and dividends as well as non-realised intra-Group profits on inventories are eliminated.

Entities, in which the Group holds 20-50% of the voting rights or in some other manner can or actually does exercise a significant interest, are considered to be associates and have been incorporated proportionately into the consolidated financial statements using the equity method.

Newly acquired or newly established subsidiaries or associates are recognised in the consolidated financial statements from the time of acquisition or formation. Entities either divested or discontinued are recognised until the date of divestment or discontinuation. Comparative figures and financial highlights in respect of newly acquired entities have not been restated.

The accounting items of subsidiary companies are recognised 100% in the consolidated financial statements. The proportionate share of profits for the year of minority interests is included in consolidated profits for the year and as a separate portion of consolidated equity.

## Business combinations

On acquiring new entities, the purchase method is applied, according to which the identified assets, liabilities and contingent liabilities of the acquired entities are measured at their fair values on acquisition. Any tax effects of revaluations will be taken into account.

The cost of an acquired entity includes the fair value of the consideration paid and the costs directly attributable to the acquisition. If the final consideration is conditional upon one or more future events, such adjustments will be recognised in cost only, if the particular event is likely to happen and its effect on cost can be reliably calculated.

If cost exceeds the fair values of the assets, liabilities and contingent liabilities identified on acquisition, any remaining positive difference (goodwill) are recognised in the balance sheet under intangible assets and tested for impairment at least annually. If the carrying amount of an asset exceeds its recoverable amount, it will be written down to such lower recoverable amount.

On the purchase or sale of minority interests after gaining control, the effect hereof is recognised directly in equity, and no revaluation will be made of the acquired net assets. In the Parent's financial statements, such transactions are treated as additional purchases of shares in subsidiaries.

32

33

### Translation of foreign currency

On initial recognition, transactions in foreign currency are translated at the exchange rates ruling on the transaction date. The functional currency and the presentation currency are the same in the consolidated financial statements. The functional currencies of foreign entities are determined by the economic environment in which such entities operate (normally the local currency).

Receivables, payables and other monetary items in foreign currency are translated into Danish kroner at their rates on the balance sheet date. Realised and non-realised exchange adjustments are recognised in the income statement under gross profit or financial items, depending on the purpose of the transaction.

Property, plant and equipment, intangible assets, inventories and other non-monetary assets, purchased in foreign currency and measured on the basis of historical cost, are translated at the rates of exchange on the transaction date.

For subsidiaries and associates presenting financial statements in foreign currency, income statement items are translated at the rates of exchange of the transaction date, whereas balance sheet items are translated at the rates on the balance sheet date.

Any exchange adjustments, arising from the translation at the beginning of the year of balance sheet items of foreign entities at the exchange rates on the balance sheet date and from the translation of income statement items from the rates of exchange of the transaction date to the rates of exchange on the balance sheet date, are recognised directly in equity. Any exchange adjustments resulting from changes made directly in the equity of a foreign entity are also recognised directly in equity.

Any exchange adjustments of intra-Group accounts considered additions to or deductions from the total investment in the particular entity are recognised directly in equity under foreign currency translation reserve.

### Derivative financial instruments

Derivative financial instruments, primarily forward exchange contracts and interest rate swaps, are recognised from the transaction date and measured at their fair values in the balance sheet. Derivative financial instruments are recognised under other receivables and other payables, respectively.

Changes in fair values of derivative financial instruments, classified as and satisfying the criteria for hedging of the fair value of a recognised asset or a recognised liability, are recognised in the income statement together with any changes in the fair value of the hedged asset or hedged liability.

Changes in fair values of derivative financial instruments, classified as and satisfying the conditions for effective hedging of future transactions, are recognised directly in equity. The ineffective portion is recognised in the income statement. On realisation of the hedged transactions, the accumulated changes will be recognised as part of the particular transactions from equity to the income statement. In the financial statements, purchase or sale of financial assets is recognised on the transaction date.

### Calculating fair values of financial instruments

The fair values of financial instruments are calculated on the basis of current market data and recognised valuation methods.

### Employee shares

The Group has employee share ownership plans, enabling employees to subscribe for shares in the Parent at a lower-than-market price. The fair value (gift element) is recognised as an expense under employee benefits on the grant date (in the Parent, with the deduction of re-invoiced benefits to subsidiaries). The item is set off directly against equity.

### Income statement

Income and costs are recognised on an accruals basis. The income statement is broken down by function and all costs including depreciation expenses are therefore charged to production, distribution, administration or research and development.

### Revenue

Revenue is recognised in the income statement on delivery and transfer of risk to buyer. Revenue from services including service packages and extended warranties is recognised on a straight-line basis in step with the delivery of such services.

Revenue is measured at fair value of the agreed consideration excluding charges. Discounts and returned goods are recognised in revenue.

Revenue from agency-like business is measured at the agency commission value.

### Production costs

Production costs are costs paid to generate revenue. Commercial firms recognise cost of goods sold under production costs. Manufacturers recognise cost of raw materials, consumables and production staff as well as maintenance, depreciation, amortisation and impairment losses on property, plant and equipment and intangible assets used in the production process under production costs.

### Research and development costs

These include all costs that do not satisfy capitalisation criteria relating to research and development, prototype construction, development of new business concepts as well as depreciation and amortisation of capitalised development costs.

### Distribution costs

Distribution costs include costs relating to training, sale, marketing and distribution as well as depreciation and impairment losses on assets used for distribution purposes.

### Administrative expenses

Administrative expenses include administrative staff costs, office expenses, bad debts as well as depreciation and impairment losses on assets used for administration purposes.

### Net financials

Net financials mainly consist of interest income and expenses.

They also include interest on financial leases, amortisation of financial assets and liabilities as well as certain realised and non-realised exchange gains or losses.

*Tax*

Tax on the year's profit includes current tax and any changes in deferred tax. Current tax includes tax payable computed on the basis of the estimated taxable income for the year and any prior-year tax adjustments. Tax on movements in equity is recognised directly in equity.

Current tax payable or receivable is recognised in the balance sheet computed as calculated tax on the year's taxable income adjusted for any tax paid on account. The tax rates on the balance sheet date are used for calculation of the year's taxable income.

Deferred tax is recognised under the balance sheet liability method on all temporary differences between the tax base of assets and liabilities and the carrying amounts of such assets and liabilities. Deferred tax is computed on the basis of the tax rules and rates existing on the balance sheet date in the particular countries. Any effect on deferred tax due to changes in tax rates is reflected in tax on the year's profit, unless such deferred tax is attributable to items previously recognised directly in equity. If so, such change will also be recognised directly in equity. The tax base of a loss, which may be set off against any future taxable income, will be carried forward and set off against deferred tax in the same legal tax entity and jurisdiction. Any deferred tax assets are recognised at their expected realisable values.

Deferred tax on any temporary differences relating to investments in subsidiaries and associates is recognised, unless the Parent is able to control the time of realisation of such deferred tax, and it is probable that such deferred tax will not be released as current tax in the foreseeable future.

Deferred tax is recognised in respect of eliminations of intra-Group profits or losses.

The Parent is jointly taxed with its Danish subsidiaries and the Danish affiliated company William Demant Invest A/S. Current corporation tax is distributed among the jointly taxed Danish entities in proportion to their taxable incomes.

**Balance sheet**

*Intangible assets*

On initial recognition, goodwill is recognised and measured as the difference between the cost of the acquisition and the fair values of the assets acquired and of liabilities and contingent liabilities assumed, see Business combinations.

On recognition of goodwill, goodwill is allocated to each of the corporate activities generating independent inflows (cash-generating units). The definition of a cash-generating unit complies with the corporate managerial structure, internal financial management and reporting.

Goodwill is not amortised, but reviewed for impairment at least annually. If the recoverable amount of a cash-generating unit exceeds the carrying amounts of the property, plant and equipment and intangible assets, including goodwill, allocated to the cash-generating unit, such assets will be written down.

Goodwill acquired before 1 January 2002 was written off in equity at the time of acquisition.

Patents and licences acquired from a third party are measured at cost with the deduction of accumulated amortisation and impairment losses. Patents and licences are amortised over their estimated economic lives, maximum 20 years.

Other intangible assets, including intangible assets acquired in connection with a business combination, are measured at cost with the deduction of accumulated depreciation and impairment losses. Other intangible assets are depreciated on a straight-line basis over their estimated useful lives of 3-5 years. Intangible assets with non-definable useful lives are not depreciated, but tested annually for impairment.

*Property, plant and equipment*

Property, plant and equipment are recognised at cost with the deduction of accumulated depreciation and impairment losses. Cost is defined as the acquisition sum and costs directly relating to the acquisition. As regards assets produced by the Group, cost includes any costs directly attributable to the production of such assets, including materials, components, sub-suppliers and wages. Cost in respect of financially leased assets is calculated either as the fair value or the current value of future lease payments.

Interest expenses on loans for financing of the production of property, plant and equipment are recognised at cost, if they pertain to the manufacturing period. Other borrowing costs are recognised in the income statement.

If the acquisition or use of an asset requires the Group to incur costs for demolition or reestablishment of such asset, the calculated costs hereof are recognised as a provision and as part of the cost of the particular asset, respectively.

The cost of a total asset is divided into various elements, which will be depreciated separately if their useful lives are not the same.

The depreciation basis is cost less the estimated residual value of an asset after the end of its useful life. The residual value is determined at the time of acquisition and reviewed annually. If the residual value exceeds the carrying amount, depreciation will be discontinued.

Property, plant and equipment are depreciated on a straight-line basis over their estimated useful lives with the exception of land.

| | |
|---|---|
| Buildings | 33-50 years |
| Technical installations | 10 years |
| Manufacturing plant and machinery | 3-5 years |
| Fixtures, tools and equipment | 3-5 years |
| IT hardware and software | 3 years |
| Leasehold improvements | over the lease period |

Depreciation methods, useful lives and residual values are reviewed annually.

Property, plant and equipment are written down to their recoverable amounts, if lower than their carrying amounts.

**Impairment of property, plant and equipment and intangible assets**

The carrying amounts of property, plant and equipment and intangible assets with definite useful lives are reviewed on the balance sheet date to determine whether indicators suggest impairment. If so, the recoverable amount of the particular asset is calculated to determine the need for impairment, if any. The recoverable amounts of goodwill and other intangible assets with indefinite useful lives will be assessed whether or not there are indicators suggesting impairment.

The recoverable amount is assessed for the smallest cash-generating unit that includes the asset. The recoverable amount is assessed as the higher of the fair value of the asset or cash-generating unit less costs to sell and the value in use of such asset or unit.

If the recoverable amount of an asset or cash-generating unit is calculated to be lower than its carrying amount, such asset or unit is written down to its recoverable amount.

Impairment losses are recognised in the income statement. On any subsequent reversal of impairment losses due to changes in the assumptions of the calculated recoverable amount, the carrying amount of an asset or cash-generating unit is increased to the adjusted estimate of the recoverable amount, however maximum to the carrying amount which such asset or cash-generating unit would have had, had it not been written down. Amortisation on goodwill is not reversed.

**Interests in subsidiaries and associates**

The Parent's investments in subsidiaries are measured on the basis of the equity method, i.e. such investments are recognised in the balance sheet at their proportionate values of net worth. The Parent's proportionate shares of profits after tax from subsidiaries are recognised in the income statement after the year's changes in non-realised intra-Group profits and with the deduction of depreciation and amortisation on goodwill, if any, acquired after 1 January 2002.

The accumulated net revaluation of investments in subsidiaries is retained in the Parent on distribution of profit under net revaluation according to the equity method under equity, unless prior to the next annual general meeting in the Parent, matching dividends have been paid by the subsidiaries.

Investments in associates are recognised on the same basis as investments in subsidiaries, however goodwill is not amortised on recognition of profit or loss for the year in the consolidated financial statements.

**Other securities and interests**

On initial recognition, other securities and interests are recognised at cost and subsequently measured at fair value. Non-realised value adjustments are recognised directly in equity. On realisation, value adjustments will be transferred to net financials in the income statement. In the Parent, non-realised value adjustments are recognised in the income statement.

**Inventories**

Raw materials, components and merchandise are measured at the lower of cost or net market price. Group-manufactured goods and work in progress are measured at direct cost, direct payroll and consumables as well as a proportionate share of indirect production costs. Indirect production costs include the proportionate share of capacity costs directly relating to finished goods or work in progress.

Inventories are measured at the lower of cost on a First-In-First-Out basis, i.e. the most recent supplies are considered to be in stock, or at net market price.

**Receivables**

Receivables are measured at cost on initial recognition and are subsequently adjusted at amortised cost. Provisions are made for bad debts based on an assessment of the particular risks using an impairment account.

**Assets held for sale**

Assets held for sale include long-term assets and disposal groups held for sale. Any liabilities relating to assets held for sale are liabilities directly associated with such assets. Assets are classified as "held for sale", if their carrying amounts will be recovered principally through a sale within 12 months.

Assets or disposal groups held for sale are measured at the lower of the carrying amount at the time of classification as "held for sale" or the fair value with deduction of costs to sell. Assets classified as "held for sale" are not depreciated or amortised.

Assets and any related liabilities are shown as line items in the balance sheet and the main items are specified in the notes. Any gains or losses are shown in the notes.

**Equity**

Foreign currency translation reserve includes any exchange differences on translation of accounts of foreign subsidiaries or associates from their respective functional currencies into Danish kroner. Exchange adjustments are recognised in the income statement on realisation of the net investment.

Hedging reserve includes fair value adjustments of financial instruments or loans satisfying the criteria for hedging of future transactions. The amounts are recognised in the income statement or the balance sheet in step with the recognition of the hedged transactions.

**Treasury shares and dividend**

On the purchase or sale of treasury shares, the acquisition cost or divestment sum is recognised directly in equity under distributable reserves. The reduction in capital on cancellation of treasury shares will reduce the share capital by an amount corresponding to the nominal value of such shares.

35

Proposed dividend is recognised as a separate item under equity until adoption at the annual general meeting, upon which such dividend will be recognised as a liability.

*Pension benefit plans and similar commitments*

The Group has pension benefit plans or similar commitments with a number of its employees. As regards defined contribution plans, the Group pays regular, fixed contributions to independent pension companies. Such contributions are recognised in the income statement in the period in which employees have performed work entitling them to contributions under a benefit plan. Contributions due are recognised in the balance sheet as a liability.

As regards defined benefit plans, an actuarial calculation is made on a periodical basis of the accrued value in use of future benefits payable under the benefit plan. The value in use is calculated on the basis of assumptions in respect of the future development in wage levels, interest rates and inflation rates. The value in use with deduction of the fair value of any assets attaching to the benefit plan is recognised in the balance sheet under provisions.

The annual pension costs are recognised in the income statement based on actuarial estimates and the financial forecasts at the beginning of the year. Any differences between the estimated development of pension assets and liabilities and the realised values are termed actuarial gains or losses and are recognised directly in equity. In the Parent, any actuarial gains or losses are recognised directly in the income statement.

Other long-term employee benefits are similarly recognised using actuarial computation. Actuarial gains or losses on such benefits are recognised directly in the income statement.

*Provisions*

Provisions are recognised, where as a result of an earlier event, the Group has a legal or actual liability and where the redemption of any such liability is likely to draw on corporate financial resources. Provisions are measured on a discounted basis of Management's best estimate of the amount at which the liability may be redeemed. The discount effect of any differences in current value of provisions in the financial year is recognised as a financial expense.

*Lease commitments*

Lease commitments concerning financially leased assets are recognised in the balance sheet as a liability and measured at the time of signing the particular lease agreement at the lower of the fair value of the leased asset or the current value of future lease payments. After initial recognition, lease liabilities are measured at amortised cost. The difference between the current value and the nominal value of lease payments is recognised in the income statement as a financial expense over the lease period.

Lease payments concerning operational lease agreements are recognised on a straight-line basis in the income statement over the lease period.

*Other financial liabilities*

Payables to credit institutions are recognised at their proceeds after deduction of borrowing costs. In subsequent periods, financial liabilities are measured at amortised cost for the difference between proceeds and nominal values to be recognised in the income statement under financial expenses over the term of the loan.

On initial recognition, other payables are measured at fair value and subsequently at amortised cost using the effective interest method for the difference between proceeds and nominal values to be recognised in the income statement under financial expenses over the term of the loan.

*Cash flow statement*

The cash flow statement is based on the indirect method and reflects the Group's net cash position by operating, investing and financing activities.

Cash flows from operating activities include inflows from the year's operations, adjusted for operating items not generating cash and for movements in working capital.

Cash flows from investing activities include payments in respect of the acquisition or divestment of entities and other financial assets as well as the purchase, development, improvement or sale of intangible assets and property, plant and equipment.

Financial lease agreements are considered non-cash transactions. Cash flows relating to financially leased assets are recognised as payment of interest and instalments.

Cash flows from financing activities include payments to or from shareholders and the raising or repayment of long-term or short-term debts not included in the working capital.

Cash and cash equivalents are cash funds less interest-bearing, short-term bank debts.

*Segmental information*

The William Demant Holding Group's activities are based on a single business segment, i.e. the development, manufacturing and sale of products and equipment designed to facilitate people's hearing and communication. Consequently, only geographic segmental information is provided.

The segmental information provided complies with the Group's internal financial management and risks. Segmental information includes items directly attributable to the individual segment as well as items reliably attributable to the various segments.

36

## Income statement

| PARENT | | | | | | GROUP | |
|---|---|---|---|---|---|---|---|
| 2006 | 2007 | Note | (DKK – in thousands) | | 2007 | 2006 | |
| 0 | 0 | 1 | Revenue | | 5,488,296 | 5,085,055 | |
| 0 | 0 | 2/3 | Production costs | | -1,517,053 | -1,311,340 | |
| 0 | 0 | | **Gross profit** | | **3,971,243** | **3,673,715** | |
| 0 | 0 | 2/3 | Research and development costs | | -505,053 | -434,345 | |
| 0 | 0 | 2/3 | Distribution costs | | -1,725,916 | -1,613,125 | |
| -46,305 | -33,105 | 2/3/4 | Administrative expenses | | -474,642 | -446,512 | |
| 0 | 0 | | Share of profit after tax, associates | | 2,011 | — | |
| 23,043 | 18,752 | | Income from subsidiaries | | — | — | |
| -23,417 | -14,353 | | **Operating profit (EBIT)** | | **1,267,643** | **1,179,733** | |
| 925,430 | 925,841 | 10 | Share of profit after tax, subsidiaries | | — | — | |
| 28,920 | 28,559 | 5 | Financial income | | 28,729 | 31,080 | |
| -43,145 | -77,048 | 5 | Financial expenses | | -125,593 | -91,086 | |
| 889,188 | 862,999 | | **Profit before tax** | | **1,170,779** | **1,119,727** | |
| 8,802 | 21,015 | 6 | Tax on the year's profit | | -276,300 | -219,484 | |
| **897,990** | **884,014** | | **Net profit for the year** | | **894,479** | **900,243** | |
| | | | Proposed distribution of net profit/Distribution of Group profit: | | | | |
| 897,990 | 884,014 | | Retained earnings/Shareholders of William Demant Holding A/S | | 894,479 | | |
| — | — | | Minority interests | | 0 | | |
| **897,990** | **884,014** | | | | **894,479** | | |
| | | 7 | Earnings per share (EPS), DKK | | 14.8 | | |
| | | 7 | Diluted earnings per share (DEPS), DKK | | 14.8 | | |

37

## Balance sheet at 31 December

| PARENT | | | Assets (DKK – in thousands) | | GROUP | |
|---|---|---|---|---|---|---|
| 2006 | 2007 | Note | | 2007 | 2006 | |
| 0 | 0 | | Goodwill | 222,517 | |
| 0 | 0 | | Patents and licences | 5,725 | |
| 0 | 0 | | Other intangible assets | 12,565 | |
| 0 | 0 | 8 | **Intangible assets** | **240,807** | 95,... |
| 24,409 | 24,409 | | Land and buildings | 561,252 | 500,... |
| 0 | 0 | | Plant and machinery | 159,640 | |
| 1,6.. | 1,250 | | Other plant, fixtures and operating equipment | 171,495 | |
| 0 | 0 | | Leasehold improvements | 70,909 | |
| 0 | 0 | | Prepayments and property, plant and equipment in progress | 14,175 | |
| 26,2.. | 25,659 | 9 | **Property, plant and equipment** | **977,471** | 910,... |
| 1,77... | 2,003,622 | 10 | Interests in subsidiaries | - | |
| - | 0 | | Interests in associates | 1,496 | |
| 465,... | 369,845 | 10 | Receivables from subsidiaries | - | |
| 3,4.. | 5,524 | 10/17 | Other investments | 7,438 | |
| 28,... | 41,023 | 10/13/15/17 | Other receivables | 222,879 | |
| 0 | 0 | 11 | Deferred tax assets | 134,589 | |
| 2,230,9.. | 2,420,014 | | **Other long-term assets** | **366,402** | 284,... |
| 2,257,1.. | 2,445,673 | | **Total long-term assets** | **1,584,680** | 1,290,... |
| 0 | 0 | 12 | Inventories | 747,139 | |
| 0 | 0 | 13/17 | Trade receivables | 1,106,954 | |
| 7,344 | 7,344 | | Corporation tax | 41,494 | |
| 106 | 106 | 13/17 | Other receivables | 23,513 | |
| 26 | 26 | 17/18 | Unrealised gains on financial contracts | 19,760 | |
| 111 | 111 | | Prepayments and accrued expenses | 51,026 | |
| 0 | 0 | 15/17 | Cash | 151,188 | |
| 10,003 | 7,587 | | **Short-term assets** | **2,141,074** | 1,783,... |
| - | - | 25 | Assets held for sale | 0 | 62,... |
| 10,003 | 7,587 | | **Total short-term assets** | **2,141,074** | 1,844,... |
| 2,267,... | 2,453,260 | | **Total assets** | **3,725,754** | 3,134,... |

38

## Balance sheet at 31 December

| PARENT | | | | | GROUP | |
|---|---|---|---|---|---|---|
| 2006 | 2007 | Liabilities (DKK – in thousands) | Note | 2007 | 2006 | |
| 60,323 | 60,986 | Share capital | | 60,986 | | |
| 603,027 | 454,021 | Other reserves | | 365,125 | | |
| 606,350 | 515,007 | William Demant Holding A/S' shareholders' share | | 426,111 | | |
| - | - | Minority interests | | 8,674 | | |
| 666,350 | 515,007 | **Total equity** | | **434,785** | 670,870 | |
| 52,719 | 50,000 | Interest-bearing debt | 15/17 | 515,049 | 495,— | |
| 4,975 | 4,704 | Deferred tax liabilities | 11 | 43,603 | 43,— | |
| 599,564 | 679,363 | Payables to subsidiaries | | - | | |
| 0 | 0 | Provisions | 14 | 120,993 | | |
| 662,258 | 734,067 | **Long-term payables** | | **679,645** | 678,643 | |
| 738,956 | 891,193 | Interest-bearing debt | 15/17 | 1,623,306 | 1,— | |
| - | 0 | Trade payables | 17 | 232,338 | 13,— | |
| 0 | 0 | Corporation tax | | 28,986 | 3,— | |
| 195,381 | 300,135 | Payables to subsidiaries | | - | | |
| - | 0 | Provisions | 14 | 27,432 | | |
| 4,323 | 10,881 | Other payables | 16/17 | 592,363 | 4,— | |
| - | 0 | Unrealised losses on financial contracts | 17/18 | 2,009 | | |
| 872 | 1,977 | Prepayments and accrued income | | 104,890 | | |
| 939,528 | 1,204,186 | **Short-term payables** | | **2,611,324** | 1,784,— | |
| 1,601,786 | 1,938,253 | **Total payables** | | **3,290,969** | 2,463,— | |
| 2,267,036 | 2,453,260 | **Total liabilities** | | **3,725,754** | 3,133,— | |

19 Operating lease commitments
20 Contingent liabilities
21 Related parties
22 Government grants
23 Non-cash items
24 Acquisitions
25 Assets held for sale

# Cash flow statement

| (DKK – in thousands) | Note | 2007 | GROUP 2006 |
|---|---|---|---|
| Operating profit (EBIT) |  | 1,267,643 | 1,···,··· |
| Non-cash items | 23 | 72,215 | ··,··· |
| Change in receivables etc. |  | -177,698 | -1,012 |
| Change in inventories |  | -132,733 | 750 |
| Change in trade payables and other payables etc. |  | 112,627 | 1,294 |
| Change in provisions |  | 113,405 | 90 |
| **Cash flow excluding net financials and corporation tax** |  | **1,255,459** | **1,···,···** |
| Financial income etc. received | 5 | 17,795 | 9,553 |
| Financial expenses etc. paid | 5 | -125,593 | -63,932 |
| Corporation tax paid |  | -299,255 | -330,761 |
| **Cash flow from operating activities (CFFO)** |  | **848,406** | **964,069** |
|  |  |  |  |
| Acquisitions | 24 | -80,423 | -7,996 |
| Investment in intangible assets |  | -2,707 | -7,422 |
| Investment in property, plant and equipment | 23 | -185,864 | -222,384 |
| Disposal of property, plant and equipment |  | 20,317 | 14,472 |
| Purchase and disposal of assets held for sale |  | 122,416 | -62,700 |
| Investments in other long-term assets |  | -89,303 | -65,968 |
| Disposal of other long-term assets |  | 43,038 | 18,973 |
| **Cash flow from investing activities (CFFI)** |  | **-172,526** | **-331,026** |
|  |  |  |  |
| Repayment on long-term payables |  | -173,410 | -107,009 |
| Proceeds from borrowings |  | 0 | 58,072 |
| Proceeds from capital increase relating to employee share ownership plan |  | 0 | 23,855 |
| Buy-back of shares | 23 | -992,848 | -993,155 |
| Other adjustments |  | -2,728 | 2,993 |
| **Cash flow from financing activities (CFFF)** |  | **-1,168,986** | **-1,015,244** |
|  |  |  |  |
| **Cash flow for the year, net** |  | **-493,106** | **-382,201** |
| Net cash and cash equivalents at the beginning of the year |  | -907,385 | -524,253 |
| Foreign currency adjustment of net cash and cash equivalents |  | -1,261 | -931 |
| **Net cash and cash equivalents at the end of the year** |  | **-1,401,752** | **-907,385** |
|  |  |  |  |
| Breakdown of net cash and cash equivalents at the end of the year: |  |  |  |
| Cash | 15 | 151,188 | 135,130 |
| Interest-bearing, short-term bank debt | 15 | -1,552,940 | -1,042,515 |
| **Net cash and cash equivalents at the end of the year** |  | **-1,401,752** | **-907,385** |

# Statement of changes in equity

**PARENT**

(DKK – in thousands)

|  | Share capital | Other reserves | | Retained earnings | Total equity |
|---|---|---|---|---|---|
|  |  | Foreign currency translation reserve | Hedging reserve |  |  |
| Equity at 1.1.2006 | 65,560 | -116,036 | -291 | 804,528 | 753,770 |
| Net profit for the year |  |  |  | 897,994 | 897,994 |
| Foreign currency adjustment of investments in subsidiaries etc. |  | -4,536 |  |  | -4,536 |
| Other movements in equity in subsidiaries etc. |  |  |  | -53,088 | -53,088 |
| Value adjustment of hedging instruments |  |  | 434 |  | 434 |
| Tax related to changes in equity |  | 6,397 | -141 |  | 6,256 |
| Reduction of share capital through cancellation of treasury shares | -2,196 |  |  | 2,196 | 0 |
| Settlement related to employee share ownership plan |  |  |  | 33,820 | 33,820 |
| Capital increase related to employee share ownership plan | 135 |  |  | 23,720 | 23,855 |
| Buy-back of shares |  |  |  | -993,155 | -993,155 |
| Equity at 31.12.2006 | 63,374 | -114,175 | 2 | 716,109 | 665,310 |
| Net profit for the year |  |  |  | 884,014 | 884,014 |
| Foreign currency adjustment of investments in subsidiaries etc. |  | -5,196 |  |  | -5,196 |
| Other movements in equity in subsidiaries |  |  |  | -40,068 | -40,068 |
| Value adjustment of hedging instruments |  |  | 24 |  | 24 |
| Tax related to changes in equity |  | 3,738 | -7 |  | 3,731 |
| Reduction of share capital through cancellation of treasury shares | -2,337 |  |  | 2,337 | 0 |
| Buy-back of shares |  |  |  | -992,848 | -992,848 |
| Equity at 31.12.2007 | 60,986 | -115,633 | 19 | 569,635 | 515,007 |

**Holding of treasury shares:**

|  | 2007 | | 2006 | |
|---|---|---|---|---|
|  | Treasury shares (1,000 shares) | Percentage of share capital | Treasury shares (1,000 shares) | Percentage of share capital |
| Treasury shares at 1.1. | 1,719 | 2.7% | 1,796 | 2.8% |
| Buy-back of shares | 2,024 | 3.3% | 2,322 | 3.7% |
| Used for capital reduction during the year | -2,337 | -3.7% | -2,196 | -3.5% |
| Treasury shares at 31.12. | 1,406 | 2.3% | 1,719 | 2.7% |

At year-end 2007, the share capital was nominally DKK 60,986,527 (DKK 63,323,202 in 2006) divided into the corresponding number of shares of DKK 1. There are no restrictions on the negotiability or voting rights of the shares. At year-end 2007, the number of shares on the market was 59,580,157 (61,603,977 in 2006), the Company's holding of treasury shares being 1,406,370 (1,719,225 in 2006).

On buy-back of shares, the acquisition cost is recognised in retained earnings under equity.

The Company's share buy-back programme continued in 2007. The Company acquired a total of 2,023,820 shares (2,321,925 in 2006) at an amount of DKK 993 million (DKK 993 million in 2006). No dividend was distributed in 2006 and 2007.

## Recognised income and expenses

GROUP

| | 2007 | 2006 |
|---|---|---|
| | (DKK – in thousands) | |
| Foreign currency translation, foreign companies etc. | -31,674 | -4,78? |
| Value adjustment of hedging instruments: | | |
| Transferred to revenue | -31,027 | ?? |
| Transferred to production costs | -2,689 | -21,?? |
| Value adjustment for the year | 14,250 | ?,??? |
| Value adjustment of other investments | 1,034 | ? |
| Actuarial gains/(losses) on defined benefit plans | 1,657 | -8,??? |
| Tax relating to above items | 3,934 | ?,??? |
| Income and expenses recognised directly in equity | -44,515 | -50,934 |
| Net profit for the year | 894,479 | 900,?4? |
| Total recognised income and expenses | 849,964 | 849,812 |

**Distribution:**

| | | |
|---|---|---|
| Shareholders of William Demant Holding A/S | 852,969 | 840,0?? |
| Minority interests | -3,005 | ? |
| | 849,964 | 849,812 |



42

## Statement of changes in equity

(DKK -- in thousands)

| GROUP | Share capital | Other reserves | | Retained earnings | William Demant Holding A/S' shareholders' share | Minority interests | Total equity |
|---|---|---|---|---|---|---|---|
| | | Foreign currency translation reserve | Hedging reserve | | | | |
| Equity at 1.1.2006 | 65,469 | -36,908 | 137,033 | 590,775 | 756,469 | 0 | 756,469 |
| Total recognised income and expenses | | -1,440 | -42,449 | 893,701 | 649,812 | | 649,812 |
| Reduction of share capital through cancellation of treasury shares | -2,350 | | | 2,350 | 0 | | 0 |
| Debt element related to new share ownership plan | | | | 33,820 | 33,820 | | 33,820 |
| Capital increase relating to new share ownership plan | 199 | | | 23,656 | 23,855 | | 23,855 |
| Buy-back of shares | | | | -993,155 | -993,155 | | -993,155 |
| Equity at 31.12.2006 | 63,323 | -38,348 | 94,584 | 551,242 | 670,801 | 0 | 670,801 |
| Additions relating to acquisitions | | | | | | 29,034 | 29,034 |
| Total recognised income and expenses | | -22,509 | -22,232 | 897,710 | 852,969 | -3,005 | 849,964 |
| Reduction of share capital through cancellation of treasury shares | -2,337 | | | 2,337 | 0 | | 0 |
| Buy-back of shares | | | | -992,848 | -992,848 | | -992,848 |
| Addition of minority interests | | | | -107,796 | -107,796 | -17,355 | -125,151 |
| Other changes | | | | 2,985 | 2,985 | | 2,985 |
| Equity at 31.12.2007 | 60,986 | -60,857 | 72,352 | 353,630 | 426,111 | 8,674 | 434,785 |



# Notes

## Note 1 – Geographical segment information (DKK – in thousands)

|  | Revenue | | Assets | | Investment in intangible assets and property, plant and equipment | |
|---|---|---|---|---|---|---|
|  | 2007 | 2006 | 2007 | 2006 | 2007 | 2006 |
| Europe | 2,804,317 | 2,571,... | 2,369,930 | 2,006,910 | 212,124 | ... |
| North America | 1,783,217 | 1,690,... | 898,078 | 684,619 | 123,675 | ... |
| Pacific Rim | 403,622 | 334,... | 201,955 | 229,428 | 1,880 | ... |
| Asia | 291,000 | 303,... | 115,735 | 111,68. | 56,123 | ... |
| Other countries | 206,140 | 185,2.. | 140,056 | 110,85. | 4,296 | ... |
| **Total** | **5,488,296** | **5,085,054** | **3,725,754** | **3,134,504** | **398,098** | **284,5..** |

Consolidated revenues mainly derive from the sale of goods.

Transfers between segments are settled on market terms.

Revenues are broken down by customers' geographical location, assets and acquisitions of assets by the physical location of such assets.

## Note 2 – Employees (DKK – in thousands)

| PARENT | | | | GROUP |
|---|---|---|---|---|
| 2006 | 2007 | | 2007 | 2006 |
| | | **Employee benefits:** | | |
| 19,728 | ... | Wages and salaries | 1,650,789 | 1,... |
| 422 | ... | Defined contribution plans | 29,844 | ... |
| - | | Defined benefit plans (note 14) | 4,265 | |
| 94 | ... | Social security costs etc. | 136,768 | ... |
| 0 | | Gift element related to employee share ownership plan | 0 | |
| **20,244** | **19,80.7** | **Total** | **1,821,666** | **1,636,...** |

**Of which cash remuneration for Executive Board and Board of Directors:**

| | | | |
|---|---|---|---|
| 8,482 | ... | Executive Board, salary | 8,482 |
| 0 | | Executive Board, bonus and pension | 0 |
| 2,200 | ... | Remuneration for Directors | 2,650 |

The Executive Board's contract includes a termination clause and a severance clause, both of which are in line with normal market terms.

In 2007, the basic remuneration for a Director in the Parent is DKK 200,000 (DKK 200,000 in 2006). The Chairman of the Board receives three times the basic remuneration and the Deputy Chairman receives twice the basic remuneration. Five Directors also serve on the Board of our subsidiary Oticon A/S, where the basic remuneration is DKK 50,000 (DKK 50,000 in 2006).

In relation to the employee share ownership plan in 2006, the Executive Board subscribed for 3,849 shares at a price of 200. No employee shares were issued in 2007. For further information, please see *Incentive programmes* on page 19.

44

45

| PARENT | | Note 2 – Employees – continued (DKK – in thousands) | | GROUP |
|---|---|---|---|---|
| 2006 | 2007 | | 2007 | 2006 |
| | | **Breakdown by function of employee benefits:** | | |
| 0 | 0 | Production costs | 502,948 | 526,241 |
| 0 | 0 | Research and development costs | 248,951 | 221,904 |
| 0 | 0 | Distribution costs | 838,142 | 772,785 |
| 19,897 | 20,244 | Administrative expenses | 231,625 | 168,867 |
| 19,897 | 20,244 | Total | 1,821,666 | 1,689,797 |
| 9 | 10 | Average number of full-time employees* | 5,072 | 4,794 |

*The number of employees in proportionately consolidated companies is included in Group staff with the Group's percentage interest in the particular companies. The average number of such employees is 484 (557 in 2006), the William Demant Holding Group accounting for 246 (280 in 2006).

| PARENT | | Note 3 – Amortisation, depreciation and impairment losses (DKK – in thousands) | | GROUP |
|---|---|---|---|---|
| 2006 | 2007 | | 2007 | 2006 |
| 0 | 0 | Amortisation on intangible assets | -3,488 | -4,424 |
| -501 | -458 | Depreciation on property, plant and equipment | -143,476 | -139,930 |
| -501 | -458 | Total | -146,964 | -144,354 |
| | | **Breakdown by function of amortisation and depreciation:** | | |
| 0 | 0 | Production costs | -45,067 | -44,720 |
| 0 | 0 | Research and development costs | -39,615 | -33,163 |
| 0 | 0 | Distribution costs | -47,260 | -52,021 |
| -501 | -458 | Administrative expenses | -15,022 | -13,450 |
| -501 | -458 | Total | -146,964 | -144,354 |
| | | **Breakdown by function of gain on sale of assets, net:** | | |
| 0 | 0 | Gain on sale of property held for sale | 59,093 | 0 |
| 127 | 74 | Gain on sale of other assets, net | 10,024 | 1,283 |
| 127 | 74 | Total | 69,117 | 1,283 |
| | | **Breakdown by function of gain on sale of assets, net:** | | |
| 0 | 0 | Production costs | 59,492 | 0 |
| 0 | 0 | Research and development costs | -620 | 0 |
| 0 | 0 | Distribution costs | 2,981 | 0 |
| 127 | 74 | Administrative expenses | 7,264 | 1,283 |
| 127 | 74 | Total | 69,117 | 1,283 |

There has not been any impairment of intangible assets or property, plant and equipment in 2007 or 2006.