# Business activities



The William Demant Holding Group develops, manufactures and sells products and equipment designed to aid the hearing and communication of individuals. The Group covers three business activities: Hearing Aids, Diagnostic Instruments and Personal Communication. Subsidiaries collaborate in many areas and to a wide extent also share resources and technologies in areas such as production, research, development, IT infrastructure and administration.

## William Demant Holding A/S

| Hearing Aids | Diagnostic Instruments | Personal Communication |
|---|---|---|
| Oticon | Maico Diagnostics | Phonic Ear |
| Bernafon | Interacoustics | Sennheiser Communications |

**Operational activities**    **Shared functions**    **Distribution activities**

## Hearing Aids

The Group's core business is Hearing Aids represented by Oticon and Bernafon.

Oticon's vision is "to help people live the life they want with the hearing they have". Oticon aims to supply the most sophisticated technology and audiology based on the needs and wishes of the hearing impaired and at any time to offer a complete product portfolio of the best hearing aids and fitting systems on the market. Oticon wishes to be the most attractive provider of hearing aids and looks upon the hearing care professional as its business partner. Oticon sells its products through own sales companies in 22 countries and through about 80 independent distributors worldwide.

Bernafon aims to help hearing-impaired people to hear and communicate better through innovative hearing aid solutions. Bernafon offers a large range of quality hearing aid systems in all product categories. Bernafon's hearing aids are flexible and easy to fit for hearing care professionals and represent some of the most attractive combinations on the market in terms of performance and price. Today, Bernafon sells its products through 15 sales companies and about 80 independent distributors.

# Business activities



The William Demant Holding Group develops, manufactures and sells products and equipment designed to aid the hearing and communication of individuals. The Group covers three business activities: Hearing Aids, Diagnostic Instruments and Personal Communication. Subsidiaries collaborate in many areas and to a wide extent also share resources and technologies in areas such as production, research, development, IT infrastructure and administration.

## Hearing Aids

The Group's core business is Hearing Aids represented by Oticon and Bernafon.

Oticon's vision is "to help people live the life they want with the hearing they have". Oticon aims to supply the most sophisticated technology and audiology based on the needs and wishes of the hearing impaired and at any time to offer a complete product portfolio of the best hearing aids and fitting systems on the market. Oticon wishes to be the most attractive provider of hearing aids and looks upon the hearing care professional as its business partner. Oticon sells its products through own sales companies in 22 countries and through about 80 independent distributors worldwide.

Bernafon aims to help hearing-impaired people to hear and communicate better through innovative hearing aid solutions. Bernafon offers a large range of quality hearing aid systems in all product categories. Bernafon's hearing aids are flexible and easy to fit for hearing care professionals and represent some of the most attractive combinations on the market in terms of performance and price. Today, Bernafon sells its products through 15 sales companies and about 80 independent distributors.

### William Demant Holding A/S

| | Hearing Aids | Diagnostic Instruments | Personal Communication |
|---|---|---|---|
| Oticon | Bernafon | Maico Diagnostics | Phonic Ear |
| | | Interacoustics | Sennheiser Communications |
| | Shared functions | | |
| Operational activities | | Distribution activities | |

66

## Diagnostic Instruments



Diagnostic Instruments includes the two audiometer companies Maico in Germany and the USA and Interacoustics in Denmark, which develop, manufacture and distribute audiometers for the measurement of hearing and related areas by audiologists and ear, nose and throat specialists.

Maico sells and services, among other products, its own audiometers and tympanometers. The products designed for hearing measurement cover the entire spectrum from simple, mobile units designed for instance for hearing tests in schools to sophisticated equipment for the measurement of the hearing of infants.

Interacoustics develops, manufactures, sells and services audiometric equipment with focus on advanced diagnostic and clinical products, including equipment for the fitting of hearing aids. From its head office in Denmark, the company's products are sold through both external distributors and the Group's sales companies.

## Personal Communication




This business activity includes Phonic Ear and Sennheiser Communications.

Phonic Ear focuses on the development, manufacture and distribution of equipment within two main areas: wireless sound systems and assistive listening devices. Wireless sound systems (FrontRow) comprise audio systems primarily for classrooms with students hearing normally. Consisting typically of a wireless microphone and a speaker with a built-in wireless receiver, one of the purposes of this equipment is to maintain students' attention in surroundings often affected by noise and poor acoustics. Assistive listening devices like for instance alarm systems, teleloop amplifiers and amplifier phones are typically used by hearing impaired in their private homes, at their workplace or in public. Phonic Ear's products are sold through own distribution companies in Denmark and North America and through distributors or other Group companies in the rest of the world.

Sennheiser Communications, a joint venture created by German Sennheiser electronic GmbH & Co. KG and William Demant Holding A/S, develops, manufactures and markets handsfree communication solutions, mainly headsets, both for professional users and for home use. The products are sold through a global network of distributors, OEM manufacturers, retailers and telecommunications companies.

## Shared functions

### Operations

The Group's shared functions co-ordinate and handle a substantial part of its operational and distribution activities, such as purchasing, logistics, production facilities, IT infrastructure, quality management systems, service and technical support as well as finance and administration.

### Distribution

Group products are mainly distributed through own sales companies and external distributors. In some markets, products are however distributed to the end-user direct.

William Demant Holding A/S
Kongebakken 9
2765 Smørum
Denmark
Phone +45 3917 7100
Telefax +45 3927 8900
william@demant.dk
www.demant.com
CVR 71186911

Editor, design and production:
William Demant Holding A/S

Print: Quickly Tryk A/S
Print run: 5,000





William Demant Holding A/S
Kongebakken 9
2765 Smørum
Denmark

Phone +45 3927 7100
Telefax +45 3927 S900
www.demant.com
william@demant.dk