Brown - direct

1    is very much like the nulling technique in the patent, and

2    because it's adaptive doesn't mean that it doesn't still

3    violate the original one, even if one were to assume the

4    original one was fixed.  It's just an improvement on it.

5    Q.    I think I overlooked something in Claim 14.  Can I get

6    that slide, Brown 3?

7              This claim says a receiver fitted in an ear of a

8    wearer of the hearing aid.  Did you find the accused Oticon,

9    Bernafon and Widex have receivers fitted in the ear?

10   A.    Yes, it's literally in the ear, in the CIC, which is

11   deeply inserted, or the ITE, which is like a piece of bubble

12   gum in your ear.  And even in the BTEs, the tubing that

13   connects these, the speaker into the ear is part of the

14   equation of the sound and it produces part of the peaking

15   and so forth.  So it's all part of insertion in the ear.  So

16   I find that even for those products, it is inserted in the

17   ear.

18   Q.    I think you used three terms I want to make sure

19   everybody understands.  What is CIC again?

20   A.    Completely in the canal.  It means it's hidden.  In

21   theory, if a friend looks at you, he doesn't see that it's

22   in the ear.

23   Q.    And ITE stands for?

24   A.    In the ear.  That means it's within the concha here

25   but it's not invisible anymore.

Brown - direct

Page 531

1    Q.    And BTE stands for behind the ear?

2    A.    Behind the ear.

3    Q.    So I think we talked about the Widex products but I

4    want to make sure I understand.  Can we look at the

5    checklist again, please?

6              So did you find that the accused Widex product,

7    the Diva and the Inteo have performed the method of reducing

8    acoustic feedback?

9    A.    That's correct.

10   Q.    You have a microphone, receiver and transmission

11   channel?

12   A.    Correct.

13   Q.    And you said they'd performed the determining and

14   inserting steps?

15   A.    They do.

16   Q.    And they also use a filter that is in the electrical

17   feedback path; is that right?

18   A.    That's correct.

19   Q.    Now, we talked about Claim 16.  Let's take a look at

20   Claim 19 of the '850 patent, which is Brown slide 1.  Let's

21   look at this claim.  What does this claim require in order

22   for you to find infringement of the accused products?

23   A.    This is a little simpler.  It requires a hearing aid

24   which again has at least one microphone, an output receiver,

25   a signal transmission channel interposed -- that means

Brown - direct

Page 532

1    placed -- between the input and output, and a programmable

2    delay line filter interposed in a feedback path between the

3    input and output of said transmission channel.

4            And said programmable filter being programmed to

5    effect substantial reduction of acoustic feedback from said

6    receiver to said microphone.

7    Q.    Okay.  I think we have a new term, programmable delay

8    line filter.  What is that?

9    A.    Well, a delay line filter is a filter that operates on

10   time delayed information with multiplying that information

11   by coefficients and summing the results and programmable

12   means that you can have coefficients that are one or more

13   coefficients can be programmed, given new values.

14   Q.    And similar to what you did with Claim 16, do we have

15   a diagram to help illustrate what is required of this claim?

16   A.    Yes.

17   Q.    That is Brown 2, I believe.

18   A.    As I'd said before, we have a microphone.  We have a

19   receiver, we have an amplification over a transmission

20   channel, we have a programmable delay line filter in the

21   feedback path, and we have it programmed with coefficients.

22   Q.    Let's take a look at Brown number 6, please.

23           Did you provide a demonstrative to help explain

24   what a programmable delay line filter was?

25   A.    Yes.  This is actually a very simple FIR filter.  So

Brown - direct

Page 533

1    when we talk about a FIR filter, this is a simple version of

2    what it would look like.  And what we have is data coming in

3    input and each time delay, each clock cycle, it is shifted

4    to the right so we have time delayed samples.  Those are

5    the -- the delays are shown by T minus one and T minus two.

6         Just below that we see the two multiplying or

7    multipliers in the filter.  And what they do is they

8    multiply the data sample by the coefficients C1 and C2, to

9    produce an output that is so much of each one of those time

10   samples.  Those results are then summed together at the

11   bottom, in summers, to produce the weighted -- we call those

12   multiplied answers weighted samples.

13            And the value of at least one of those

14   coefficients can be programmed.

15   Q.   So what are the kinds of filters that satisfy this

16   understanding of a programmable delay line filter?

17   A.   Well, just about any digital filter will satisfy a

18   delay line filter because it operates on time-delayed

19   samples, and it multiplies these samples by coefficients,

20   and sums them together in one way or another.  But the

21   simplest example is like this FIR filter.

22   Q.   What kind of filters did you find in the accused

23   Oticon,  Bernafon and Widex products?

24   A.   In all of them we found some variant of an FIR filter.

25   Q.   So they have programmable delay line filters?

Brown - direct

Page 534

1   A.    Absolutely.

2   Q.    And how are the programmable delay line filters in

3   their products programmed?

4   A.    Well, the ones with respect to this feedback canceling

5   are programmed by the LMS routines, which calculate the

6   coefficients for them.  When they start up, some of them

7   actually have best guesses that are loaded in for the first

8   times, other products start up at zero.  But the bottom line

9   is each time a new set of coefficients is loaded, a new

10  filter equation is inserted in the feedback loop.  And from

11  an electrical standpoint, that is like putting a new filter

12  in.

13  Q.    Did you do a comparison between Claim 19, which was up

14  there, to the Demant products?

15  A.    Yes, I did.

16  Q.    Is there a demonstrative to help show how you compared

17  Claim 19 to their products?

18  A.    I believe so.

19  Q.    Brown B-1.  Is this the same figure earlier that we

20  were looking at, Claim 16?

21  A.    Yes, it is.

22  Q.    Could you indicate where here you have got a

23  microphone?

24  A.    Again, we have a microphone on the right side, the

25  little dotted box in the middle is an acoustic feedback

Brown - direct

1    channel.   The microphone is on the right.   The speaker is on

2    the left.   The transmission channels are on the top.   And

3    the update filter is at the bottom.

4            The feedback filter --

5    Q.    What is shown in yellow there?

6    A.    Well, what is shown in yellow is the feedback path,

7    and the FIR filter is shown in orange at the top.

8            And the coefficients are provided by the update

9    module.

10    Q.    How do you know that this filter is an FIR filter?

11    A.    First off, it says so in the text here, in the box.

12    And Dr. Gloster looked at the product to verify that.

13    Q.    I want to direct your attention to some text in this

14    document that's JX-138 on Page DEM5200.

15    A.    If we look at the top it says FBC, FIR.   FIR stands

16    for the FIR filter.   And then we will see documentation of

17    that block right here.

18    Q.    Would you explain what this text means?

19    A.    Yes.   Again we see at the top the name of the box that

20    we were referring to a minute ago.   The text reads, this

21    block is the internal feedback path.   The delayed output

22    signal of the hearing aid, and it gives it the RS out

23    underscore -- and my eyes aren't quite good enough to read

24    it -- delay is filtered through the 24-tap FIR filter with

25    coefficients generated by the LMS.   Each coefficient is

Brown - direct

Page 536

 1    represented by eight bits in a common exponent.

 2                So this indicates that it is a 24-tap FIR filter

 3    in the feedback path.

 4    Q.    What does the term tap mean?

 5    A.    Tap means each one of those individual points that we

 6    saw where there was a multiplier which multiplied it by the

 7    coefficients, each one of those is called a tap.

 8    Q.    Instead of the two taps we showed in our previous

 9    diagram --

10    A.    This one has 24 taps.

11    Q.    This one has 24 taps?

12    A.    Yes.  As I said earlier, I have seen products that go

13    from 16 to 32.

14    Q.    Does the number of taps make a difference as to

15    whether or not it is a programmable delay line filter?

16    A.    No.  It only requires two taps to be a programmable

17    delay liner filter.  The number of taps makes a difference

18    in how large a chip is and how accurately it performs.  In

19    other words, the more taps, the better the quality of the

20    filter.  If it is only a few taps, it is a pretty crude

21    approximation.

22    Q.    Is there any significance to the phrase coefficients

23    generated by the LMS?

24    A.    Yes.  That's what we have been saying, that the LMS

25    routine provides the coefficients to the FIR filter,

Brown - direct

1   generates them and provides them to the filter.

2   Q.    Let's go back and look at D-1 again, please.  And

3   Claim 19 says that the filter is in a feedback path.  Is the

4   filter here in the feedback path?

5   A.    Yes.  At the left side at the top there, we see where

6   it connects to the, right in front of the speaker, actually,

7   in front of the D-to-A converter, because all of signal

8   processing is numeric, and we take the data off while it is

9   still a numeric function.  And it feeds it back from there

10  over to the right.  And if we look in that box, where it

11  joins the orange -- or the red path again, it's an adder.

12  That's where the feedback signal is added to the microphone

13  input signal.

14  Q.    I think you said D-to-A and A-to-D.  What do those

15  mean?

16  A.    Again, the real world electrical signal that comes off

17  the microphone is in analog form.  Us dinosaurs that used to

18  speak analog can remember that.  But we have to get it to

19  digital form so that the computer or the digital signal

20  processing can actually work on it.

21        So we convert it from analog signals, like your

22  hand moving up and down, to digital numbers, which are what

23  the processor uses.  When the processor gets through doing

24  all of its computation, we have to convert those digital

25  numbers back into analog because that's what our ears hear.

Brown - direct

Page 538

1    Q.    Is there any testimony relied on to determine that the

2    filter was in the feedback path?

3    A.    I believe that was in some of the depositions, yes.

4    Q.    I would like to show you the same exhibit, JX-138.

5    What is this slide showing?

6    A.    This slide is actually out of the document and it's

7    not blown up as much as we had it before.  But it's the same

8    slide, same figure.  And what it is showing is where their

9    witness, was it Christiansen -- I have forgotten which name,

10   my names don't stick too well in my head  -- drew the

11   feedback path during his deposition.  And as you can see,

12   it's the same path that I had highlighted in yellow.

13   Q.    And similar to the analysis you did with method

14   claims, does it change your analysis that there are a number

15   of additional elements here?

16   A.    No, it doesn't.

17   Q.    So let's look at the checklist to make sure we have

18   talked about each of the elements of Claim 19 for the Oticon

19   products.  You have found they have a hearing aid?

20   A.    Yes.

21   Q.    Microphone?  Receiver?

22   A.    Microphone.  Receiver.  Transmission channel.

23   Q.    Did you find they had a programmable delay line

24   filter?

25   A.    Yes.

Brown - direct

1   Q.    And that filter was in a feedback path?

2   A.    Yes.

3   Q.    And that the filter is programmed.  Correct?

4   A.    And the filter was programmed.

5   Q.    And what is the effect of the filter in the Oticon

6   hearing aid products?

7   A.    The effect of the filter is to provide a substantial

8   reduction in acoustic feedback.

9   Q.    Now, earlier we talked about the Bernafon products in

10  this case.  Correct?

11  A.    Yes.

12  Q.    The Bernafon products are, some of them are based on

13  the Oticon AFB system.  Is that right?

14  A.    That's correct.

15  Q.    And some are based on the Alaska product?

16  A.    Correct.

17  Q.    Is your analysis the same for the Bernafon products as

18  it was for the Oticon products for Claim 19?

19  A.    For Claim 19, the same.

20  Q.    So you found that they had the hearing aid,

21  microphone, receiver, transmission channel and a

22  programmable delay line filter as required in Claim 19?

23  A.    That's correct.

24  Q.    What kind of a filter did the Bernafon Alaska products

25  use?

Brown - direct

Page 540

1    A.    Again, it has an FIR filter and some lattice filters.

2    Q.    Are the FIR filters then programmable delay line

3    filters?

4    A.    Yes.

5    Q.    Let's look now at Claim 19 with respect to the Widex

6    group of products?

7              THE COURT:  Why don't we take our break.

8              (Jury leaves courtroom at 3:14 p.m.)

9              (Recess taken.)

10             THE COURT:  Ms. Walker, please bring the jury

11   back.

12             Counsel, we are going to need to stop promptly

13   at 4:30 today.  I have a sentencing.  You can leave your

14   belongings at counsel table.  If you need to come back, come

15   back after that.

16             (Jury enters courtroom at 3:35 p.m.)

17             THE COURT:  Home stretch, ladies and gentlemen.

18   Have your seats.

19             Mr. Buroker.

20             MR. BUROKER:  Thank you, Your Honor.

21   BY MR. BUROKER:

22   Q.    Before the break we were looking at Claim 19, and I

23   wanted to ask you about the Widex products.  Did you do a

24   comparison between Claim 19 and the Widex products?

25   A.    I did.

Brown - direct

Page 541

1   Q.    Let's look at a Demonstrative W-1, please.  Go ahead,

2   Mr. Brown.  Where in this diagram do you find the Claim 19

3   elements?

4   A.    As before, we find the microphone on the left, the

5   receiver on the right, the transmission channel in the

6   middle, and the feedback path simulator at the bottom.  And

7   the feedback path is from the output to the input.

8   Q.    From this diagram can you tell whether or not the

9   feedback path simulator is a programmable delay line filter?

10  A.    Not at this level.

11  Q.    Could you look at another diagram to look at that?

12  A.    Yes, I did.

13  Q.    I show you W-2.  It's the same diagram we saw earlier?

14  A.    This is the same as before.

15  Q.    And where in here if anywhere is there a programmable

16  delay line filter?

17  A.    A programmable delay line filter has been highlighted

18  in orange and is called WFIR.

19  Q.    Is this filter programmable?

20  A.    Yes, it is.

21  Q.    And how is that?

22  A.    Well, we see the filter coefficient develop on the

23  WLMS routine, as we said before, and those filter

24  coefficients are passed through to the first filter.  In

25  other words, it provided the first filter from a coefficient

Brown - direct

Page 542

1    generator.

2    Q.    And is the filter, which is the orange box, and the

3    WLMS block, are those separate components?

4    A.    Yes, they're separate components, as is shown on this

5    block diagram at a more detailed level.  As you can see,

6    they're separate components.

7    Q.    In your opinion, is it proper to consider the LMS

8    block to be part of the filter?

9    A.    Well, the filter is the first filter and the LMS block

10   calculates a routine.  Then if you go to the next layer up,

11   we can say all of it is a function of an LMS filter, but in

12   point of fact that's a macro block name which contains

13   within it these smaller macro blocks of a first filter which

14   the patent requires and the calculation block.

15   Q.    In your analysis of Claim 19, does it matter whether

16   or not you can provide coefficients to the filter from an

17   external device?

18   A.    No, the patent doesn't anywhere say in the claims that

19   it has to be externally programmed.

20   Q.    And is the WFIR block, that is a delay line filter?

21   A.    Yes, it is.

22   Q.    This filter here says WFIR.  What is a WFIR filter?

23   A.    Again, that is the warped function, and it's an added

24   enhancement to allowing a shorter delay line to have the

25   same accuracy of a larger number of taps.

Brown - direct

1    Q.    Is this programmable delay line filter in a feedback

2    path?

3    A.    Yes, it is.  You saw that in the first demonstrative

4    which came from their documentation.

5    Q.    Is there any document you relied on to confirm that?

6    A.    Yes, there was.

7    Q.    Can I direct your attention to JX-497.

8          Are you familiar with this document?

9    A.    Yes, it's the one we talked about earlier where their

10   witness showed the feedback path for us and highlighted it

11   in this case in blue.

12   Q.    And where is the feedback component we've been talking

13   about in this diagram?

14   A.    It's in the bottom block.  It's the left element shown

15   conceptually there where they showed the wave form in the

16   feedback element and subtracting it out.

17   Q.    So in the bottom box, in the center of the page you

18   are talking about?

19   A.    Yes, that is correct.

20   Q.    And the left box in there says feedback path

21   simulator?

22   A.    Yes.

23   Q.    That is the one you are talking about?

24   A.    That's correct.

25   Q.    Again, this document and the others we've looked at

Brown - direct

Page 544

1  for Widex that have additional elements, did that make a

2  difference in the analysis of Claim 19?

3  A.    No, it does not.

4  Q.    We talked about adaptive filters for Claims 14, 16 and

5  13.  Does it matter in your analysis whether or not the

6  defendants utilize an adaptive filter for purposes of Claim

7  19?

8  A.    No, it does not.

9  Q.    And why is that?

10  A.    Claim 19 does not state it has to be static or

11  adaptive or anything.  It just says the filter has to be

12  there and it has to perform a function of feedback removal.

13  Q.    Okay.  Let's pull up the checklist.  Number one,

14  please.

15             So did you find the Widex products are hearing

16  aids?

17  A.    Yes, they're hearing aids.

18  Q.    They have microphone, receiver and transmission

19  channel?

20  A.    Yes, yes, yes.

21  Q.    And do they have a programmable delay line filter?

22  A.    They do.

23  Q.    And is it in a feedback path?

24  A.    It is.

25  Q.    And that programmable delay line filter was their WFIR

Brown - direct

1   filter?

2   A.    Correct.

3   Q.    And is it programmed to effect substantial reduction

4   of acoustic feedback from said receiver to said microphone?

5   A.    It is.

6   Q.    How is it programmed?

7   A.    It is programmed by the WLMS routine.

8   Q.    The analysis we've talked about, has that been an

9   analysis of infringement under literal or --

10  A.    So far, we've talked about literal.

11  Q.    And what is literal infringement as you're

12  understanding?

13  A.    That means that you find, you literally find each

14  element of the claim within the accused products.

15  Q.    Did you also do an analysis for these products under

16  the doctrine of equivalents?

17  A.    Yes, I did.

18  Q.    And what is the doctrine of equivalents as you

19  understand that?

20  A.    As I understand it, it means that if the infringing or

21  accused products are insubstantially different from the

22  claim, then they can still infringe.  It protects the patent

23  holder from someone who makes minor changes to the product.

24  Q.    And do you have an opinion as to whether the accused

25  products we've talked about infringed Claims 13, 14, 16 and

Page 546

1    19 under the doctrine of equivalents?

2    A.    Yes.  If they don't infringe literally, they certainly

3    infringe under the doctrine of equivalents because they do

4    substantially the same thing in substantially the same way

5    to effect substantially the same result.

6    Q.    Let's look at Brown 3 for Claim 16 of the patent, the

7    Demonstrative Brown 3.

8    A.    Yes.

9    Q.    Did you make an analysis as to whether or not the

10   accused products meet the determining step under the

11   doctrine of equivalents?

12   A.    Well, yes.  The determining step has a function,

13   way -- well, one of the ways of an equivalent is function,

14   way, result.  So you look at the determining step and you

15   say what is the function?  The function is to determine the

16   effective amplitude and phase of the signal transmission.

17   Now, the way is by the LMS filter calculating the

18   coefficients.  And the result is that you end up with the

19   resulting output of that filter being the effect of the

20   acoustic feedback in the external channel.

21   Q.    Is what you have just described substantially the same

22   as what is described in the patent in your view?

23   A.    That is correct.

24   Q.    Now, did you analyze whether or not the accused

25   products perform the inserting step under the doctrine of

Brown - direct

1    equivalents?

2    A.    Again, the inserting step says that you insert between

3    the input and output of the transmission channel a

4    programmable filter programmed to equalize and reduce the

5    effect of said acoustic feedback.  So the function is to

6    insert a filter which equalizes the effect.  The way is

7    again through the elements filter calculating coefficients,

8    loading them into the FIR filter.  And the result is to

9    equalize and reduce the effect of the acoustic feedback in

10   both phase and amplitude.

11   Q.    Did you analyze the difference between the specific

12   example in the patent and the methods used by the defendants

13   for determining and inserting?

14   A.    Well, the specific example in the patent is just that,

15   it's an example of what's the claim, of one way to do the

16   claims.  The claims define the rights of the patentee.  The

17   example is one embodiment that can teach how to do that.

18   And it's not proper to read the limitations of the

19   specification, in other words, the embodiment into the

20   claims.  You can understand the claims in light of the

21   specification in total but you don't know it by the figures

22   in the specification.

23   Q.    So did you find that the function/way/result that you

24   described for the accused products is substantially the same

25   as the function/way/result for the inserting step?

Brown - direct

Page 548

1    A.    Yes, I did.

2    Q.    Okay.  Now, Claims 14 and 16 mention the receiver

3    fitted in the ear and you talked about behind the ear

4    hearing aids?

5    A.    Yes.

6    Q.    Did you analyze behind-the-ear hearing aids under the

7    doctrine of equivalents?

8    A.    Yes, I did.

9    Q.    And what was the analysis that you provided?

10   A.    As I said before, in the behind-the-ear hearing aids,

11   the aid is physically on the top of the ear, and some of

12   them heard the term "on the ear" but we called it BTEs when

13   I was in the industry, and there is a tube that comes down

14   from the speaker and into the ear, into a mold in the ear

15   that holds it in your ear.  That tube actually has acoustic

16   responses to them that add to the response of the speaker,

17   itself.  So if it's not literally in the ear, it certainly

18   is, under DOE, doctrine of equivalents, in the ear.  It's

19   function is to put the sound to your eardrum, the way is on

20   the speaker taking an electrical signal and converting it to

21   an acoustic signal, and the result is you hear the output of

22   the hearing aid.

23   Q.    Now, looking at Claim 19 -- if we could have the slide

24   for Claim 19 -- did you perform an analysis of Claim 19

25   under the doctrine of equivalents?

Brown - direct

1    A.    Yes.

2    Q.    And which element did you focus on?

3    A.    Well, obviously, they have a microphone, receiver and

4    a transmission channel.  Those are pretty straightforward.

5         The next element is a programmable delay line

6    filter, and it must be interposed in a feedback channel.

7    And we saw that physically from the documentation and from

8    Dr. Gloster's looking at the code.

9         And so when we're doing an analysis under the

10   doctrine of equivalents, we see that the function is, place

11   the feedback filter in the path -- place a filter in the

12   feedback path.  The way is to use an FIR filter where it is

13   physically in the feedback path, and by inserting

14   coefficients into that filter, you insert that filter into

15   the feedback path.  And the result is the filter is there to

16   cancel the acoustic signal.

17        And, programmable filter, the last element is

18   said programmable filter being programmed to effect

19   substantial reduction.  As I said before, the filter is

20   physically in that loop.  It's given a coefficient from the

21   LMS routine, and having done so, its effect is and the

22   result is that it cancels or significantly reduces the

23   feedback, which is the important element in the original

24   patent and in these products and their marketing literature.

25   Q.    So did you determine whether or not the

1    function/way/result that you just described for the accused

2    products is similar to the function/way/result of the

3    programmable delay line filter?

4    A.    Yes.

5    Q.    What is your analysis?

6    A.    That it meets under DOE.

7    Q.    Sir, I'm going to direct your attention to PX-33,

8    which I think is in the juror's notebook, too.  Are you

9    familiar with this document?

10   A.    Yes, that is the cover page describing the Syncro.

11   Q.    And who is this document for, do you know?

12   A.    Oticon.

13   Q.    What kind of document is it?

14   A.    I'd have to see the next page to make sure because

15   that page doesn't tell a whole bunch.

16   Q.    Okay.  Could we look at the next page?

17   A.    Yes.  This is a marketing document.  And it's

18   actually -- when I say a marketing document, it's a document

19   created by the manufacturer and provided to the distributor

20   to give to both audiologists and the public.  It's to teach

21   the audiologist how it works so they can instruct their

22   patients on how they work and they can use the same

23   marketing information and sales tools with their customers.

24   So these documents have to be relatively close to what the

25   product really does because there is a significant amount of

Brown - direct

1    problem with the FDA when the marketing product deviates

2    from the actual performance of the products.

3    Q.    Take a look at this particular document, in particular

4    on Page DEM2124, which is where we are, we have got the

5    section highlighted, it says phase -- first it says, Dynamic

6    Feedback Cancellation, is the heading, it says, Phase

7    cancellation is the only way to eliminate feedback while

8    maintaining audibility of the signal.

9            Do you see that section?

10   A.    Yes, I do.

11   Q.    Can you explain what they are saying?

12   A.    Well, their phase cancellation is what their

13   engineering documents refer to as both phase and amplitude.

14   And basically they are describing the anti-feedback system

15   that they used in their product.

16   Q.    Do you think it's accurate to say that the Oticon

17   products use precise digital phase cancellation in this

18   document?

19   A.    Except for the fact that they only mention phase, and

20   since it is a marketing tool, I believe it is adequate to

21   say, at least it supports the engineering documents, and

22   it's sufficiently accurate for its application.

23   Q.    If you could look at, in this same document, the same

24   page, there is a figure on it on the right-hand side.  Can

25   you explain what this figure is showing?

Brown - direct

Page 552

1    A.    This figure is sort of a graphic representation of

2    their feedback cancellation scheme.  On the left picture we

3    see the audio field of view that we are interested in.  And

4    there is a big spike there that is the acoustic feedback.

5          And somehow, the hearing aid gets a bright idea,

6    represented by that light bulb, it's got acoustic feedback.

7          In the middle block we see that it has developed

8    a second image below the one above, where you have it

9    exactly opposite in amplitude, but where they have taken

10   phase and amplitude and replicated the signal, and then they

11   subtract that out so on the right-hand block you see the

12   overall picture of the sound world with no feedback.

13         So this is a graphic representation to use with

14   customers to say, see, we have canceled out the feedback and

15   now you just hear what you wanted to hear.

16   Q.    Let's look at another document, PX-30.  Are you

17   familiar with this one?

18   A.    Yes.  It's another marketing document.

19   Q.    Is Adapto one of the Oticon products you discussed

20   earlier?

21   A.    That's right.

22   Q.    Let's look at Page DEM4448 here.  I have a section

23   highlighted.  What does this say about the Adapto, the

24   Oticon digital feedback cancellation system?

25   A.    It says that they have developed an advanced

Brown - direct

Page 553

1    anti-feedback system based on their new adaptive digital

2    processing techniques.

3    Q.    And let's go back.  There is another section we

4    highlighted.  What else does it say here?

5    A.    By comparing the signal entering the hearing aid

6    microphone and the amplified signal, the DFC eliminates

7    feedback by precise phase cancellation.

8    Q.    What do you think this is trying to convey?

9    A.    This, of course, again is referring to the

10   anti-feedback to the cancellation in both phase and

11   amplitude of the acoustic feedback signal.

12   Q.    There is a diagram -- we probably have a better

13   picture than that.

14   A.    That one is terrible.  This looks very much like the

15   pictures we were looking at earlier except it has a couple

16   of things that are a little prettier.

17           It has, off to the left, the top, the yellow

18   portion saying acoustic feedback is drawn with a little

19   wiggly signal you would see on a scope when you look at an

20   audio signal, because that's the audio, you would just look

21   at a scope.  And the electrical signal shown in yellow down

22   at the bottom in the electrical feedback path has a mirror

23   image of the acoustic signal on the top, so you can see

24   graphically how it cancels out the signal.

25   Q.    Let's look in that same -- let's look at PX-231.  Are

Page 554

1    you familiar with this document?

2    A.    Yes.  It's another Oticon document.

3    Q.    This is another marketing document?

4    A.    Yes.

5    Q.    If you could take a look at the page that ends in

6    DME771, can you explain what this figure is showing?

7    A.    Well, again, we see graphic representations of the

8    microphone on the left, the receiver on the right, the

9    feedback across the top, and you can see the feedback has a

10   big spike in it, and then their feed cancellation.  And

11   across the bottom, I think we have another one later on, it

12   is a little clearer, that shows the subtraction of, in other

13   words, their phase cancellation.

14   Q.    Let's look at the next, the diagram on the top of the

15   next page there.  The one that kind of looks like a shark.

16   A.    Right there.

17   Q.    What is that showing?

18   A.    The picture on top was the acoustic feedback we saw in

19   the picture, the previous one.  And the one at the bottom is

20   the phase cancellation signal that they generated in the

21   feedback loop.  Again, they are showing the same kind of a

22   picture, slightly different configuration.

23   Q.    Is there some text here in this document that

24   describes their feedback cancellation system?

25   A.    Yes.

Brown - direct

Page 555

1   Q.    We have got it highlighted there?

2   A.    Shown in yellow.

3   Q.    Would you read this and explain what that is saying?

4   A.    Phase cancellation is the only true way to limit

5   feedback without affecting audibility.  When feedback is

6   detected DFC uses digital phase cancellation to effectively

7   remove the unwanted whistling sound.

8   Q.    What is your understanding of what they are trying to

9   convey with that message?

10  A.    Again, they use this cancellation and amplitude and

11  phase to eliminate the feedback signal so that you can hear

12  the rest of the world.

13  Q.    Let's take a look at PX-393.  What is this document?

14  A.    This is a Bernafon Symbio marketing document.

15  Q.    On Page 172, what does Bernafon say about its system?

16  A.    It says the adaptive feedback cancellation, AFC, has

17  always been synonymous with acoustic feedback.  But this

18  product, advanced adaptive feedback canceller, solves the

19  problem by working online to detect the presence of feedback

20  and subtract it from the incoming signal.

21          One of the elements here talked about is the use

22  of venting.  When you put a hearing aid deeply into your

23  ear, it's a plug.  And if there isn't a vent in it, it

24  creates a pressure on your eardrum and that hurts.  So they

25  put a vent in it.  They also put a vent in it so your own

Brown - direct

Page 556

1    voice, if you put your fingers in your ear and talk, you

2    hear your voice louder than you do normally because the

3    sound actually goes out of your ears coming from the back of

4    your throat.  This is called the occlusion effect.

5                So you put a vent in to get rid of those two

6    problems, and that makes feedback worse.  So using the

7    anti-feedback allows you to use a bigger vent and not have

8    as much feedback problem.

9    Q.    Now, let's take a look at PX-376.  Are you familiar

10   with this document?

11   A.    Yes, I am.

12   Q.    This is one of the ones we looked at earlier, isn't

13   it?

14   A.    Right.

15   Q.    Let's take a look on Page 8 of that document.  What

16   does this section say about the Diva feedback path

17   simulator?

18   A.    It says the feedback path simulator FPS estimates the

19   characteristics of the feedback signal in order to generate

20   a cancellation signal.

21   Q.    And I think there is another section lower down in

22   that same text on Page 8.  What does this say?

23   A.    A cancellation signal C is generated which is sent to

24   the summer, plus sign in parentheses, to cancel the feedback

25   signal at the microphone.

Brown - direct

Page 557

1    Q.    Later in the same paragraph I want to direct your

2    attention to the sentence that starts Furthermore.  What

3    does that sentence say?

4    A.    Furthermore, since it is an inverse replica of the

5    feedback signal, more than one feedback frequency can be

6    canceled.

7    Q.    What does that mean?

8    A.    Well, it means, historically, once it just had a notch

9    filter.  In something like that, you could only do one

10   feedback.  Not only did they distort the signal, but they

11   weren't too effective, because if you kill one feedback

12   there will be another one, just a little less volume,

13   amplitude someplace else.  This way the filter can actually

14   cancel all of the feedback elements across the frequency

15   band.

16            Basically, these are just describing what we saw

17   in the technical documents.

18   Q.    So you believe it to be an accurate --

19   A.    Yes.

20   Q.    Can we look at PX-20, please, which is WID16223.  What

21   is this document?

22   A.    This is a Diva document.  Diva is one of their product

23   lines.

24   Q.    It's not highlighted now.  If you could look at the

25   top above the text, what does that say?  The very first

Page 558

1    line, what does the second line there say?

2    A.    For Widex internal use, confidential.

3    Q.    What do you take from that?

4    A.    I take it that this is describing what they believe to

5    be the proprietary part of their documentation.  They didn't

6    want this being distributed to the public, so this would not

7    be a public marketing document.

8    Q.    And what does this document say about the Diva

9    feedback canceling system?

10   A.    Well, this document is a list of questions and

11   answers.  This particular page has a question saying, what

12   is Diva feedback canceling?  And below it answers the

13   question, saying when the FPS has determined the

14   characteristics of the feedback signal it will subtract an

15   imitated feedback signal from the incoming signal, thus

16   eliminating the annoying feedback.

17   Q.    Did you rely on this sentence in performing your

18   analysis?

19   A.    Well, this sentence, along with all the others,

20   perform a very strong preponderance of evidence in

21   understanding not only is it in the HDL code, it is in the

22   engineering documents, it's in the marketing documents.

23   Q.    Let's look at the second patent, the '749 patent.  If

24   we could take a look at that.  That's JX-2.  Are you

25   familiar with this patent, too?

Brown - direct

Page 559

1    A.    Yes, that is a cover page for it.

2    Q.    Is this patent related to the '850 patent that we have

3    been discussing this afternoon?

4    A.    Yes.  This patent is derived from the '850.  And it

5    covers the host controller.

6    Q.    What is the filing date on this patent?  I think we

7    have it highlighted.

8    A.    It was filed February 12, 1988.  But since it's a

9    division of the first patent, it actually goes back to the

10    June 26th date.

11    Q.    What did you say the title of this document was?

12    A.    It's host controller for programmable digital hearing

13    aid system.

14    Q.    I think we have a demonstrative that shows Claims 1

15    and 2 of the '749 patent?

16    A.    Yes.

17    Q.    What is this claim directed to?

18    A.    Well, it's directed to a host controller for producing

19    data from a computer for programming hearing aid to cancel

20    acoustic feedback.  It comprises these three names.

21    Q.    And is there a definition for the term host controller

22    that you used in your analysis?

23    A.    A process for controlling the functions of the filter.

24    Q.    Under your understanding of that definition, is there

25    any limitation on the size or location of the host

Brown - direct

Page 560

1    controller you needed to look for?

2    A.    No, there is no limitations on the size or location.

3    It's not specified where it is.  The specific example shows

4    it is two physical boards.

5    Q.    In addition to the first part here, the host

6    controller, what else is required to find whether there is

7    infringement of Claim 1 of the '749 patent?

8    A.    Well, you must look at the three other elements here.

9    First is a means for receiving signals from the hearing aid

10   and measuring phase and amplitude.

11            The second is means for receiving signals from

12   the hearing aid indicative of the summation of the acoustic

13   feedback and acoustic feedback cancellation signals.

14            And third is a means controlled by the computer

15   for adjusting the phase and amplitude necessary to eliminate

16   the acoustic feedback and produce a null simulation --

17   summation.

18   Q.    These claims use the term "means for," and then

19   something that follows.  What is your understanding of how

20   you apply that language?

21   A.    Well, when a patent applicant wants to be a little

22   more general and try to say I have a means for doing this,

23   that's sorts of a generic term.  So it's a

24   means-plus-function term.  And you look at what the means

25   are and what the function they try to achieve is.

Brown - direct

Page 561

1          So the Court has defined the function, and then

2    has identified within the specification, specifically in the

3    examples, schematics, in Figures 1 and 2, what elements of

4    the circuits correspond to these means.

5    Q.    So we have a demonstrative that shows the

6    corresponding elements here.  It's Brown 13.  Could you

7    explain what this large chart shows?

8    A.    On the left we see the claims that we saw just before.

9    And on the right we see the physical components in the

10   example schematic on the diagrams that have been identified

11   as performing those means within the specification.

12   Q.    In each of the boxes on the right, it uses the phrase

13   at the end "and all equivalents thereof."  What does that

14   mean to you?

15   A.    It means you don't have to have those specific

16   elements, that you have to have something that does the same

17   function and in essentially the same manner.

18          Again, it comes to this idea of being able to

19   integrate things together and do them in smaller and smaller

20   packages.  Instead of having a PC board with parts plugged

21   into them as it was in Dr. Levitt's report that he proved

22   the theory with, today we have fully integrated packages.

23   And we may sometimes have exactly the same components, or we

24   may have different components that actually perform the same

25   function.

Brown - direct

Page 562

1              In this case we have actually gone to digital.

2    So where he may have had analog comparators, we would have

3    digital functions that do it, and so on and so forth.  The

4    question really is, do the means perform the same function?

5    Q.    For example, the first box there, means for receiving

6    signals, on the right-hand side there is a number of items

7    out of the patent specification.  Were you able to find

8    those items in the accused products of the defendants?

9    A.    Well, not at the literal level, because I couldn't

10   actually go down to the device level and seek them out.

11             I did have Dr. Gloster look at the circuitry, at

12   the block level and functional level, see if it matched.

13   But I wasn't able to go to the literal level and find those

14   specific components.

15   Q.    So did you perform an analysis under literal

16   infringement?

17   A.    No.  I performed an analysis under the doctrine of

18   equivalents.

19   Q.    And did you find infringement under the doctrine of

20   equivalents of Claims 1 and 2 of the '749 patent for the

21   accused products we have been discussing?

22   A.    Yes.

23   Q.    Let's look at, go back to the claim if you would,

24   which is Brown 12.  What is the host controller in the

25   accused products?

Brown - direct

1    A.    Well, in the accused products, the host controller has

2    been integrated into the chip.

3            The functions of producing the data and

4    programming the filter in the hearing aid is actually

5    performed by the element's routine and its associated

6    components.

7    Q.    So for the Oticon product there was an update block.

8    Correct?

9    A.    Yes.

10   Q.    And what was the LMS block for the Widex product?

11   A.    I believe it was the WLMS.

12   Q.    Let's look back at the claim again, Brown Slide 12.

13   What is the structure that you looked at for the means for

14   receiving signals from the hearing aid?

15   A.    That's within the uptake block and inside the LMS

16   structure again.  This has all been condensed into the LMS

17   structure which receives data from, in fact -- if we go back

18   to the demonstrative they had I can show you where.  It

19   receives data from the input on the right and from the

20   output there, from the input it receives the data, which is

21   after the summation of the filter in the microphone.  And it

22   receives the output data.  And it uses those two pieces of

23   information to calculate the next coefficients for the FIR

24   filter.

25   Q.    This is an Oticon, so is the analysis for the Bernafon

```
 1                    IN THE UNITED STATES DISTRICT COURT
 2                    IN AND FOR THE DISTRICT OF DELAWARE
 3
                              -   -   -
 4
 5      ENERGY TRANSPORTATION,          :   Civil Action
        INC.,                           :
 6                                       :
                   Plaintiff,           :
 7                                       :
            v.                           :
 8                                       :
        WILLIAM DEMANT HOLDINGS A/S,     :
 9      et al.,                          :
                                         :
10                 Defendants.          :    No. 05-422 (GMS)
11                            -   -   -
12                     Wilmington, Delaware
                     Thursday, January 24, 2008
13                        9:07 a.m.
                     Fourth Day of Trial
14
                              -   -   -
15
        BEFORE:  HONORABLE GREGORY M. SLEET, Chief Judge
16
17
18      APPEARANCES:
19                 EDMOND D. JOHNSON, ESQ.
                   Pepper Hamilton LLP
20                      -and-
                   MARTY STEINBERG, ESQ.,
21                 BRIAN M. BUROKER, ESQ., and
                   MAYA M. ECKSTEIN, ESQ.
22                 Hunton & Williams
                   (Washington, D.C.)
23
                                    Counsel for Plaintiff
24
25
```

Page 571

```
 1   APPEARANCES CONTINUED:
 2                MARY B. GRAHAM, ESQ.
                  Morris, Nichols, Arsht & Tunnell
 3                     -and-
                  JOHN M. ROMARY, ESQ.,
 4              GREGORY C. GRAMENOPOULOS, ESQ.,
                  VINCENT KOVALICK, ESQ.,
 5                KAY HILL, ESQ.,
                  GERSON S. PANITCH, ESQ., and
 6                ARTHUR A. SMITH, ESQ.
                  Finnegan, Henderson, Ford, Farabow & Dunner
 7                (Washington, D.C.)
 8                                    Counsel for
                                      Demant Defendants
 9
                  DONALD E. REID, ESQ.
10              Morris, Nichols, Arsht & Tunnell
                       -and-
11                WILLIAM H. MANDIR, ESQ.,
                  JOHN SCHERLING, ESQ.,
12                CARL J. PELLEGRINI, ESQ.,
                BRIAN SHELTON, ESQ.,
13                MATTHEW KAPLAN, ESQ., and
                J. WARREN LYTLE, JR., ESQ.
14                Sughrue Mion
                  (Washington, D.C.)
15
                                      Counsel for Widex
16                                    Defendants
17                    -  -  -
18
19
20
21
22
23
24
25
```

Brown - cross

Page 580

1    A.       In this embodiment, that's correct.

2    Q.       So if you were just to make this smaller, you would

3    still have a phase shifter that was different from the

4    filter, wouldn't you?  Yes or no.

5    A.       If you just made that smaller, yes.

6    Q.       And if you just made this smaller, there would be a

7    variable amplifier over here that would just be real small,

8    wouldn't it?

9    A.       Yes.

10   Q.       And if you just made it smaller, what you would be

11   doing is be adjusting this phase shifter and this amplifier

12   to see whether you get a null when a test signal went in,

13   wouldn't you?

14   A.       That's correct.

15   Q.       But if you did that, you would get certain -- you

16   don't like the word measurements -- but you get certain

17   indications of phase and amplitude here.  Correct?

18   A.       Yes.  You would be generating coefficients in that

19   filter that would produce --

20   Q.       You don't want me to call that measurement of phase

21   and amplitude.  Is that right?  Or will you call it a

22   measurement?

23   A.       It can be done by absolutely measuring them or the

24   null technique by driving them toward zero and measuring

25   what you have to drive it with, same as the coefficients.

Brown - cross

Page 581

1    Q.      But either time you have to measure?

2    A.      I said which is the coefficients.

3    Q.      Well, even if you drive this to zero, if you adjust

4    these and drive this to zero, you still have to know what

5    these are to put them in the computer to get the

6    coefficients, don't you?  Yes or no.

7    A.      As you were saying, if I replaced that with a filter,

8    I would be dragging the coefficients with the filter.

9    Q.      I am not talking about what could be done or may be

10   done.  All I am talking about is this structure here and

11   reducing it in size.  That's it.

12   A.      What you said is if I put a filter here.  So I am not

13   following that.

14   Q.      If I said that, I am sorry.  Let me start over again

15   so we don't get confused.  All I am talking about is what is

16   in the patent, which is this figure here for the host

17   controller.  Correct?

18   A.      Yes.  What's in the package there is a host

19   controller and several large pieces of equipment.

20   Q.      And that's all we are talking about.  And this is the

21   only embodiment that's shown in the patent, correct, for a

22   host controller?

23   A.      This is the example that is shown in the patent.

24   Q.      There is no other example shown for a host

25   controller?

Brown - cross

Page 586

1    skill in the art would know that automatically means going

2    back and testing it again.

3    Q.    Let's hold that for a moment, because I am going to

4    cover that.  All I am trying to do is go through what he

5    taught the public when this patent was issued.  He taught

6    the public, you measure the phase and amplitude, you put

7    those measurements in the computer.  From those you

8    calculate coefficients through a mathematical algorithm that

9    he doesn't disclose, but presumably people know how to do

10   that.

11           And you have coefficients.

12   A.    Yes.

13   Q.    You put the coefficients into the hearing aid.

14   Correct?

15   A.    That's correct.

16   Q.    Now, you may make some other measurements, you may do

17   some other things for other purposes, but that's what he

18   teaches for acoustic feedback control, doesn't he?

19   A.    That's the way he did his breadboard and that's what

20   he taught.  One of ordinary skill in the art would know you

21   could connect those coefficients directly to the E PROM.

22   You don't have to take it or move it as he did in a

23   breadboard.

24   Q.    I am not asking what one of ordinary skill in the art

25   would do beyond what's shown.  I am asking what's shown to

Brown - cross

Page 611

1    coming around the hearing aid, you can't have any actual

2    correlation of information.  So initially it doesn't change

3    until it starts getting some responsive change to respond

4    to.

5    Q.    Do the first set of coefficients provide a response

6    that reduces the effect of acoustic feedback?

7    A.    Again, in some of the machines, the first is set at

8    zero, and the other machines it's a best guess so it would

9    be what has been previously determined was a response.

10   Q.    Does the first set of coefficients reduce the effect

11   of acoustic feedback?  Yes or no.

12   A.    I don't exactly know how to answer your question.  I

13   tried to say.  The first set of coefficients actually is

14   there before any data is through the machine at all.

15   Q.    Just, you can say you don't know.  Does the first set

16   of coefficients, are they valued so as to produce a response

17   that reduces coefficients?

18   A.    In some of the products where the first one is the

19   best guess, the answer is yes.  In the products where the

20   first one is zero, it has no response because nothing has

21   happened in the machine, it's on its own to do this.  But

22   each time it calculates, creates a new set of coefficients.

23         In electrical engineering, that is how we insert

24   a filter is by taking and giving it a filter value.  We

25   don't break the filter out of the circuit, calculate it,

Brown - cross

Page 612

1    plug it back in.  This is integrated into a single chip.

2    There is no way to do that.  And it would be envisioned by

3    Dr. Levitt when he initially designed this.  He wouldn't

4    expect somebody to break open the hearing aid, programmable

5    hearing aid and put it back in.

6    Q.    Does the second set of coefficients produce a

7    response that reduces acoustic feedback?

8    A.    Again, I say it takes your machine a large number of

9    iterations before the data even gets out of your machine.

10   Q.    So the second set of coefficients doesn't produce a

11   response that reduces acoustic feedback; isn't that correct?

12   A.    I'm sure the second set doesn't.  I'm sure the second

13   set has no response out of the hearing aid at all.

14   Q.    Thank you.  But that second set gets provided to the

15   filter, doesn't it?  What are you calling the filter?  The

16   delay line?

17   A.    The delay line filter in one case is given the

18   initial guess and until correlation starts to occur, there

19   shouldn't be any significant change to that filter.

20   Q.    So at that point, the filter has been inserted into

21   the feedback path; correct?

22   A.    In those parts that have a guess, yes, it's been

23   inserted and has a value that is there to reduce acoustic

24   feedback.  In those parts that are zero, it hasn't been

25   inserted yet but there is no coefficient, the coefficient of

Brown - cross

1    Q.      Yes.  Now, in the process of all that math to get to

2    those coefficients, do you need to know the phase of the

3    feedback path?

4    A.      You need to know the correlation between the input

5    and the output to determine the phase, yes, that's correct.

6    Q.      Let me get my question.  In the previous 10

7    equations, do you need to know the phase, the feedback path?

8    A.      The absolute value of the phase?

9    Q.      The phase of the feedback path, what the phase shift

10   is in the feedback path, do you know need to know that?

11   A.      It's inherent in the information.  You don't measure

12   it, if that is what you are asking.

13   Q.      I'm asking if you need to know it.  To run an LMS

14   filter, do you need to know what the phase is?

15   A.      It looks for the coherence between the two so you

16   need to know that information.  You do not need to measure

17   it.

18   Q.      Do you need to know the phase?  That's just my

19   question.  Maybe you can't answer it.  Do you need to know

20   the phase?

21          MR. BUROKER:  Objection, asked and answer.

22          THE COURT:  I'll give him one more chance.

23   BY MR. ROMARY:

24   Q.      Yes or no?

25   A.      You need the phase information.  You don't need to

Brown - cross

Page 618

1    know the phase.

2    Q.    Do you need to know the amplitude?

3    A.    Again, you need information from that.  You do not

4    need to measure the amplitude.

5    Q.    So you do not need, in an LMS filter, to have that

6    phase shifter and amplifier information to run the LMS

7    filter, do you?

8    A.    The filter provides that information when you provide

9    it with the coefficients and you look for the error term

10   that is the null reading in the host controller of Dr.

11   Levitt's example.

12   Q.    Yes or no, do you need to know the phase and

13   amplitude output of that phase shifter or that amplifier to

14   run an LMS filter?

15   A.    You do need to measure the phase and amplitude, you

16   measure the result.

17   Q.    In fact, isn't one of the advantages of an LMS filter

18   that you don't have to know the result before you start?

19   You don't have to know what phase and amplitude you need

20   when you start using it?  That's one of the advantages,

21   isn't it?

22   A.    That's right.  It's an approved way to do the null

23   routine.

24   Q.    Yes, and you don't need to know the phase and

25   amplitude in order to run the LMS algorithm?

Brown - cross

Page 619

1    A.    Well, phase and amplitude are defined by the

2    coefficient when you have reached the answer.

3    Q.    Right.  It gives you the answer, but you don't need

4    to know ahead of time what the answer is with an LMS filter,

5    do you?

6    A.    No, you start out even at zero and approximate to the

7    answer.

8    Q.    And that is pretty different than having to know the

9    answer before you start and then putting the coefficients

10   in, isn't it?

11   A.    It's an improvement.

12              MR. ROMARY:  Just give me a moment.  I'm

13   checking that we have covered everything.

14   BY MR. ROMARY:

15   Q.    The accused devices, they don't use a test signal in

16   the same way that Dr. Levitt does, do they?

17   A.    I don't believe these two defendants' accused devices

18   use a test signal.

19   Q.    The accused devices don't have to disconnect or open

20   the loop for the microphone when they're correcting for

21   acoustic feedback, do they?

22   A.    Dr. Levitt didn't correct for acoustic feedback

23   with a microphone open.  He used a microphone open when he

24   was applying the filter coefficients for the patient

25   prescription and the accused devices take the audiogram

Brown - redirect

Page 644

1    their own coefficients?

2    A.    It depends upon how you define the word LMS filter.

3    If you are saying an LMS filter is a macro cell containing

4    an LMS algorithm and an FIR filter, then you can make that

5    assumption.  But since it contains an FIR filter and an LMS

6    algorithm, the LMS algorithm doesn't -- the FIR filter

7    doesn't make its own coefficients.  The LMS algorithm makes

8    the coefficients.

9              MR. MANDIR:  If I may just have a moment, Your

10   Honor, please?

11             THE COURT:  All right.

12             (Pause.)

13             MR. MANDIR:  No further questions, Your Honor.

14             THE COURT:  Counsel, you may redirect.

15                  REDIRECT EXAMINATION

16   BY MR. BUROKER:

17   Q.    Mr. Brown, I have a few followup questions.

18             Early on in Mr. Romary's questioning we talked

19   about what one of ordinary skill in the art would know.  And

20   I would like to follow up.

21             Would one of ordinary skill in the art in 1986

22   understand that chip size and battery size would be reduced

23   enough in the future to place the host controller and the

24   hearing aid in a small package?

25   A.    Oh, most definitely.  We remember we were struggling

Brown - redirect

Page 645

1    mightily to do that, also to do it at a low enough voltage

2    so we could run at a single battery and do the computations

3    needed for the digital circuitry.

4    Q.    I believe you were shown a picture of a prototype,

5    PX-131, do you recall that?

6    A.    Yes.

7    Q.    When you do an infringement analysis, do you compare

8    prototypes to the accused products?

9    A.    No.

10   Q.    What do you do?

11   A.    When I do infringement analysis, I look at the

12   claims, understand what the claims mean, and then compare

13   that to the accused product.

14   Q.    Is the host controller that was shown, the prototype,

15   was that also used during the fitting process?

16   A.    I think the host controller was used during the

17   fitting process for the few candidates that they tested out

18   on, yes.

19   Q.    What parts of that host controller were used to

20   determine to do feedback cancellation?

21   A.    The phase, the amplitude and phase nulling circuitry,

22   which was a programmable amplifier and a programmable phase

23   meter, which is essentially what we use a filter for today.

24   Q.    Did you need the monitor or the keyboard for that?

25   A.    No.  Those were actually, the monitor was used to

Brown - redirect

Page 646

1  look at the waveform to see what was happening.  And I

2  presume the keyboard had something to do with setting up the

3  switches or the software, something of that nature.  I don't

4  think that is shown anywhere in the circuitry.

5  Q.    Now, when you do your claims analysis to determine

6  infringement, did you find anywhere in the claims that the

7  hearing aids had to be wearable?

8  A.    No.

9  Q.    And there were a lot of questions asked about the

10  specific example in the specification.  Can you explain how

11  one of ordinary skill in the art understands and interprets

12  a patent specification?

13  A.    Well, the first thing you do is you look at the

14  claims, and you try and understand what they are asking.

15  And then you look back at the examples, the embodiments they

16  are called, which are the schematics that the inventor shows

17  to prove that he had a viable idea and it would work.

18         In this case he actually put in the breadboards

19  that he had built, demonstrated that the circuit worked.

20         It's proper to look at the demonstration or the

21  example to understand how the thing may have worked.  But

22  the claims are intended to be broader than the specific

23  example.

24         When you make a patent you try to make that

25  patent so it will cover future improvements on your idea.

Brown - redirect

Page 647

1    So it's not proper to read the limitations of an example of

2    other parts of the specification into the claims unless they

3    have been limited during the prosecution to do so.

4              In other words, sometimes, as you try to get a

5    patent approved, they will come back and say there are other

6    people that are prior art, and then you say, well, we are

7    limited --

8              MR. ROMARY:  Objection.

9              THE COURT:  Sustained.

10   BY MR. BUROKER:

11   Q.    Do you recall being asked about a specific example in

12   the patent that was described as a fixed filter?

13   A.    Yes.

14   Q.    Is there any other portion of the specification that

15   says anything other than being a fixed filter?

16   A.    Well, there are the portions that talk about

17   automatically updating and trying to adapt to the

18   environment.

19             MR. BUROKER:  Can we have the '850 patent.  Pull

20   up Column 11 again.

21   BY MR. BUROKER:

22   Q.    Lines, essentially 31 through 57, there is two

23   sections.  The top there, 31, is this section here one of

24   the sections you were referring to?

25   A.    Yes.

Page 648

1    Q.      And what do you understand from this section of the

2    specification?

3    A.      Well, that it's automatically adjusting and it's

4    adjusting fixed response of the aid.  But since a degree of

5    feedback depends on the signal level, overall frequency

6    response also depends on signal level.  And since we are

7    talking about the degree of feedback, I am assuming that

8    they are talking about discussing feedback there.

9    Q.      And then the next portion, which is Lines 51 to 57, I

10   believe you said that you are not an English major.  Is that

11   correct?

12   A.      That's correct.  My wife keeps correcting my English.

13   Q.      But as an engineer, how did you understand this

14   section of the specification?

15   A.      Well, by employing automatic adjustments to the

16   programmable filter, you can choose optimum parameter

17   values.  And those parameter values can compensate for

18   speech level reverberation, background noise and for

19   reducing acoustic feedback.

20           I am assuming they have included that

21   specifically in it.  It doesn't say, and as a different

22   subject.

23   Q.      There was a number of questions about the LMS

24   algorithm.  In your reading of the patent, does it require a

25   particular algorithm to provide coefficients to the filter?

Brown - redirect

Page 649

1    A.      No.   That's the beauty of the patent.   There were a

2    number of algorithms people were playing with, and it does

3    not specify which algorithm.

4    Q.      Did the defendants invent the LMS algorithm?

5    A.      No.

6    Q.      Was it around at the time of Dr. Levitt's patent?

7    A.      Mathematically speaking, it was around, yes.

8    Q.      In your view, an LMS algorithm could be used to

9    provide coefficients to a filter?

10   A.      Yes.

11   Q.      And, in fact, that's what the defendants' products

12   do.   Is that right?

13   A.      That's what I have seen, in each of their examples

14   they show it as a discrete block with a path showing the

15   filter coefficients being loaded into the filter.

16   Q.      You were shown a fairly complex number, a series of

17   mathematical equations.   Do you recall that?

18   A.      Yes.

19   Q.      Could you explain how the LMS algorithm calculates

20   coefficients?

21   A.      Well, when I see equations like that, I either go

22   back to the textbook or refer it to one of my engineers.   I

23   used to teach this at Berkeley.   But to make it simple,

24   basically, it looks at the output of this signal, the

25   amplifier, and just before it goes, is converted back to

Brown - redirect

1    analog, and the speaker, and it compares that to the input

2    after the filter's feedback has been subtracted, and looks

3    for coherence.

4                   If it finds that there is any of that

5    feedback element still in the subtracted answer, then it

6    modifies the coefficients to attempt to correct for that.

7    It makes, calculates a new guess and applies that to the

8    filter.

9                   Then after this is cycled all the way through

10   the filter, come back around and new data comes back, it can

11   check to see whether it did a good job.

12                  As we pointed out, there is a lot more cycles in

13   between in the middle.  So this is a continuous process.

14   Q.    And do you agree or disagree that that measures phase

15   and amplitude?

16   A.    Definitely.  It doesn't read out phase and amplitude.

17   It measures it, it determines the effect on it.  It programs

18   the filter to respond to that effect, and the coefficients

19   of the filter define phase and amplitude.  They are the

20   measurement of it.

21   Q.    What was required to determine infringement of Claims

22   13, 14 and 16?

23   A.    That it determines the effect on the signal, the

24   effect of acoustic feedback on the signal in the patent.

25   Q.    And what again is your opinion as to whether the LMS

Brown - redirect

Page 651

1    does that?

2    A.      It does that.

3    Q.      And there was some discussion about how often it does

4    that?  What was it, 32,000 times a second?

5    A.      Yes.  A lot faster than we can think.

6    Q.      Does the fact that it does that 32,000 times a second

7    change your analysis as to whether these accused products

8    infringe?

9    A.      No, it doesn't.

10   Q.      And how many times, then, does it make a

11   determination when it performs the 32,000 times a second?

12   A.      Well, it makes 32,000 determinations.  But as I said,

13   it takes several seconds to actually integrate to the

14   answer, so that it doesn't distort speech.

15   Q.      Does it also then insert coefficients each time that

16   it determines them?

17   A.      Each time.

18   Q.      Does that change your analysis that it inserts

19   coefficients 32,000 times a second?

20   A.      No.  I still agree, it inserts coefficients 32,000

21   times a second.

22   Q.      What is your understanding as to whether or not the

23   claim requires -- strike that.

24           Does the fact that it performs these steps

25   multiple times change your analysis as to whether it

Brown - redirect

Page 652

1    infringes those claims?

2    A.    Once, twice, or 32,000 times a second, the same

3    analysis.

4    Q.    I believe you indicated that the LMS algorithm was an

5    improvement.  How is it an improvement on the Dr. Levitt

6    filter?

7    A.    Well, Dr. Levitt had a little man over here on the

8    side tweaking the knobs on the phase and amplitude meters to

9    null it out.  The LMS algorithm implemented in silicon does

10   that on the chip, and tweaks the knobs and controls the

11   filter to do it.  So it's an improvement.  You don't have to

12   do it manually.

13   Q.    Does that change your analysis that they infringe?

14   A.    No.  I think an improvement -- in fact, you can get a

15   patent on your improvement.  But that doesn't change

16   infringement.

17   Q.    Under the doctrine of equivalents analysis that you

18   provided for the '749 claims -- can we pull up the slide

19   that shows the corresponding structure.  In your analysis,

20   do you understand whether you need to find an equivalent to

21   each and every one of those specific structures listed in

22   the right-hand column?

23   A.    It's my understanding of the doctrine of equivalents

24   I have to find an equivalent function, not the specific

25   one-to-one relationship.

Brown - redirect

Page 653

1   Q.      So if you don't find a specific latch or a specific

2   A-to-D converter, that doesn't change the analysis?

3   A.      No.  That's why I couldn't find literal, because

4   there was no specific one-to-one.

5   Q.      Do you remember the questions about Radio Shack,

6   trying to find the LMS filter?

7   A.      I have gone to Radio Shack to find parts once in a

8   while.  But not advanced ones.

9   Q.      Now, was an LMS filter readily available in 1986?

10  A.      Not as a discrete component, no.  That was my joke.

11  Q.      There was some discussion about whether or not the

12  accused products use a test signal.  Do you recall that?

13  A.      Yes.

14  Q.      Any of the claims that we have talked about require a

15  test signal?

16  A.      No.

17  Q.      There was discussion about whether or not the

18  microphone could be disconnected or connected.  Are there

19  any claims that you are aware of that require the claim to

20  be connected or disconnected?

21  A.      No.

22  Q.      There was a discussion about whether or not the LMS

23  filter generates its coefficient.  Do you recall that?

24  A.      Yes.

25  Q.      Do you believe it is proper to view the LMS and the

Brown - redirect

Page 654

1    FIR structures that we talked about in your direct

2    examination as a single filter?

3    A.    Well, no, not in an effort to get around the

4    infringement.  When we build chips, we, today, build small

5    structures, integrate them into what we call cells, we put

6    cells together to make macro cells, and we put them together

7    to build systems.

8         We give the macro cell a name.  That doesn't

9    mean it doesn't contain subcells.  And even from the

10   defendants' own engineering literature we see the subcells

11   are a filter with an LMS controlling it.

12        So it's not appropriate to roll it up into a

13   higher level and say it does it internally.

14        MR. BUROKER:  Your Honor, may I have a moment?

15        THE COURT:  Yes.

16   BY MR. BUROKER:

17   Q.    Assume the LMS was available as a discrete chip in

18   1986 and you bought it back to Dr. Levitt's offices there at

19   Audimax.  Could he use it in the same way he used the

20   technology to determine amplitude and phase?

21   A.    Well, yes.  I think Dr. Levitt would certainly have

22   been capable of doing that with his experience in filters at

23   that point in time.

24        MR. BUROKER:  Thank you, Mr. Brown.

25        THE COURT:  Mr. Brown, you are excused.  Thank

Gloster - direct

Page 660

1    entities.

2    Q.    Have you published any papers relating to your use of

3    hardware description planning for modeling digital systems?

4    A.    Yes.  In fact, I published a paper in 2006 that was

5    in a conference in Hawaii.  It was called Optimizing The 2D

6    Discrete Cosine Transform for Execution on an FPGA System,

7    on a reconfigurable system.  In that paper we actually

8    modeled a system.  I think in 2002 I wrote a paper called A

9    Reconfigurable Instruction Set Architecture Assembler, we

10   actually wrote VHDL.  That was for a NASA conference.

11   Previously, we wrote with one of my Ph.D. students that is

12   now a Ph.D. a paper, VHDL Modeling Of A Discrete Cosine

13   Transform.  That was actually at a VHDL user forum.  So that

14   conference was particularly for VHDL.

15   Q.    Do you consider yourself to have special knowledge of

16   hardware description language?

17   A.    Yes.

18   Q.    And use of hardware description language for

19   designing digital systems?

20   A.    Yes.  If somebody can take a look at the VHDL code

21   that is written for a particular circuit to model it, if

22   somebody else understands the compiler that is used to

23   translate that model into the actual circuit, then they can

24   tell from the code what will end up in the final circuit.

25              MR. BUROKER:  Your Honor, we would like to offer

Gloster - direct

1   Dr. Gloster as an expert on digital systems and hardware

2   description language.

3                THE COURT:  Any objection?

4                MR. SHELTON:  No objection, Your Honor.

5                THE COURT:  Doctor, you may proceed as an

6   expert.

7   BY MR. BUROKER:

8   Q.    Doctor, were you engaged by one of the parties in the

9   case?

10  A.    Yes.

11  Q.    Who was that?

12  A.    ETG, the Energy Transportation Group.

13  Q.    What was the general topic you were engaged to do?

14  A.    Well, I was engaged to take a look at the technical

15  documents that were presented to me and to sort of see if

16  they matched the code, which is actually what's in the chip.

17  The particular feature that I was tasked to look at was

18  feedback cancellation.

19  Q.    What kinds of technical documents did you compare to

20  the code?

21  A.    Basically, I received several technical documents

22  from Mr. Kip Brown.  And also I received code that was

23  deposited at a neutral site.  So I had to go to the neutral

24  site to review the code.  So I would go and take a look at

25  the code, pull out the portions that matched the particular

Gloster - direct

Page 662

1   block diagrams and the technical documents, and then

2   determine whether what was in the code was actually what was

3   represented in the technical documents.

4   Q.    How much code did you have to review in that process?

5   A.    I had to go through tens of thousands of lines of

6   code before I could find the particular portions of the code

7   that were related to feedback cancellation.  Then after I

8   looked at those particular portions, I had to identify which

9   figures in the technical documents were related to the code

10  and to determine whether they matched.

11  Q.    Prior to your work on this case, had you done any

12  analysis of digital systems relating to hearing aid

13  products?

14  A.    No, I had not worked on hearing aids specifically.

15  However, I have worked with naval research.  And we actually

16  did image processing.  In image processing you translate the

17  images into digital samples, then you filter the digital

18  samples.

19         So once you are looking at digital samples, be

20  it from a video image or from an audio signal, the

21  processing of the samples is the same.

22  Q.    For the Demant defendants and the Widex defendants,

23  when you reviewed the technical materials and the hardware

24  description language code, what was the general conclusion

25  you came to?

Gloster - direct

Page 663

1   A.     It was my opinion that the technical documents

2   matched the code.  They were accurate descriptions of what

3   was actually found in the code.

4           I think there had been some question previously

5   as to whether or not the documents matched the code.  That

6   was my job.  I found that for this particular block diagram

7   this matched the code.

8           Typically, engineers create block diagrams

9   before they actually write the code.  So it would be natural

10  to find a set of block diagrams that matched the code.

11  Q.     For the Widex defendants, which products did you look

12  at?

13  A.     It was Diva and Inteo.

14  Q.     Did they use the same integrated circuit or chip?

15  A.     Actually, not exactly.  What happened was the Diva

16  was derived from the Diva 1 platform.  And the Inteo was

17  derived from the Diva 2 platform.  I also called it the

18  Rollo.

19          So I looked at the Diva 1 and the Diva 2

20  platforms.  In the Diva 2, I think there was two instances

21  of the feedback path simulator, FPS.  In Diva 1 there was

22  only one.

23  Q.     It is your understanding that the feedback path

24  simulator between the two different chip platforms was

25  similar?

Gloster - direct

1   A.      Yes.

2   Q.      For that feedback patent simulator for the Widex

3   products, what was the analysis that you did?

4   A.      Basically, I was asked to identify which block

5   diagrams in the technical documents matched actually the

6   code, and to look at the code, go through the code and

7   determine whether they were accurate or not.

8   Q.      Could you take a look in your book at JX-305?

9   A.      Yes, I have it.

10  Q.      Are you familiar with this document?

11  A.      Yes.

12  Q.      What is this document?

13  A.      This is the Diva 2 feedback canceling document from

14  Widex.

15  Q.      Is this one of the ones you looked at?

16  A.      Yes.

17  Q.      Is there a particular figure that you looked at in

18  this document?

19  A.      Yes.  I think it was Figure 2.1.

20  Q.      We have a demonstrative that will highlight that.  I

21  think it's Gloster 2.  Why did you look at this figure in

22  particular?

23  A.      Because this was the figure in the technical specs

24  that related to feedback canceling.  You can see at the top

25  of the figure it says feedback canceling.  And Mr. Brown

Gloster - direct

Page 665

1    gave me this particular figure to take a look at.

2    Q.    Can you describe what are all these different squares

3    or rectangles and the lines, what is this trying to show to

4    an engineer?

5    A.    Each of the boxes represented in this figure

6    represents a particular module.  In this particular figure,

7    I immediately zoomed in to try to find the portions of the

8    VHDL code that correspond to this figure.  Then I found a

9    particular section called canceling.  It was canceling .VHD.

10   That was the particular file that had to do with feedback

11   canceling.

12   Q.    Were there any particular blocks or lines in this

13   figure that you focused in on?

14   A.    Yes.  There were two blocks that I focused in on.

15   And the two different blocks that I focused in on was the

16   WLMS block and the WFIR block.

17            I noticed in the code that they were two

18   separate blocks and that the WLMS block provided inputs or

19   coefficients to the WFIR block.

20   Q.    Let's take a look at the code and show where you

21   found that -- first of all, you said inputs.  What do you

22   mean by an input to a block?

23   A.    Well, an input is the information that is provided to

24   a particular block.  In the case of digital systems, inputs

25   are always binary digits, ones or zeros, and they could be

Gloster - direct

1    multiple bits.

2    Q.    What about outputs?  What are outputs?

3    A.    Outputs is the information that comes out of a block

4    that is provided to the next block.  Same thing as

5    information, could be binary digits, bits, one or more bits.

6    Q.    Can you tell from looking at the inputs and outputs

7    of these blocks in the code what if any relationship there

8    is between the parts?

9    A.    Yes, if you look at the code, you can tell how the

10   blocks are connected, whether this block is connected to

11   that other block.  You can also tell the function of each

12   block by opening the inside of that block.  So you can go

13   inside the block, and you can go inside that block further.

14   Q.    Let's take a look at PX-857.  Are you familiar with

15   that exhibit?

16   A.    Yes.

17   Q.    What is that exhibit?

18   A.    This is the actual VHDL code that dealt with

19   canceling, feedback canceling.

20   Q.    And is there any section in this section of code that

21   deals with canceling that tells you that there is a WFIR

22   filter?

23   A.    Yes.  I think it's on the subsequent page.  This is

24   the actual declaration of the entity for the entire

25   canceling block.  And inside it you should see the WFIR.

Gloster - direct

Page 667

1              So at the bottom here of G-4, if you notice

2    highlighted in red, you will notice that that is the actual

3    WFIR block.  It's instantiated or called.  So it's called

4    within the canceling block.  And you can see the inputs and

5    outputs of that module denoted by port map.

6              The green highlighted sections are the actual

7    coefficients that are the inputs to the WFIR block.

8    Q.    And is there a section of this top level code that

9    shows you that there is a WLMS block?

10   A.    Yes.  I think on the previous page that we just saw,

11   the page before this none.

12   Q.    G-2.

13   A.    G-2 starts with the WLMS block right there.  You can

14   see the actual instantiation of the WLMS block.  And it goes

15   onto the next page, if you will.

16             Those are all the inputs and outputs of that

17   particular block, Just highlighted in green the

18   coefficients, which are the outputs of that particular

19   block.

20   Q.    And again, we use the term FIR.  What is an FIR?

21   A.    FIR is a finite impulse response filter.  It is

22   actually a delay line filter that's used to model the

23   acoustic feedback, which is fed back into the system and

24   subtracted from the microphone input to cancel out feedback.

25   Q.    And is there anywhere in the code that confirms what

Gloster - direct

1    we saw in the diagram that showed the two being connected?

2    A.      Yes.  I think if you go back to the graphic that we

3    saw where there was a WFIR, if you look above it, there is

4    actually a block where it says WLMS, WFIR, connect, and it

5    clearly shows these two modules, the output of the WLMS

6    block provides inputs to the WFIR block, because they are

7    directly connected together, and here is the code that shows

8    it.

9    Q.      What does this mean to you?  What is the significance

10   of this?

11   A.      It means that the WLMS block calculates the

12   coefficients.  Those are computed.  Those are outputs.

13   Those are provided as inputs to the WFIR filter.

14   Q.      Is the LMS a separate component from the filter?

15   A.      Yes.  You can definitely see in the code that there

16   is two separate blocks, one is for the WLMS.  One is

17   specifically for the WFIR.  And the two blocks in the actual

18   code are connected together code together.  I just clearly

19   pointed that out in the code.

20   Q.      Is there a specific section in the code that also

21   provides the detail for the FIR filter and the WLMS?

22   A.      Yes.  There is a different section of the code where

23   each of those blocks is defined and what's inside those

24   blocks is further defined.

25   Q.      Let's take a look at -- so we are looking at here one

Gloster - direct

Page 669

1    section of the code, the top part says WLMS canceling.  What

2    is this section?

3    A.    This section of the code is where the design engineer

4    has developed a VHDL model of the WLMS block.  You can see

5    the entity WLMS.  First, you have to list all of the inputs

6    and outputs of the module.  So this is where that module is

7    defined.

8            If you go to the next page, it goes on to tell

9    all of the inputs and outputs.  And you can see clearly the

10   designer has made a comment, coefficients output, those are

11   the coefficients that are the output of the WLMS block.

12   Q.    And is there anywhere in the code that indicates

13   where those coefficients go to?

14   A.    Yes.

15   Q.    And where is that?

16   A.    You can also see a WFIR block that has been defined,

17   if you bring up the other graph.

18   Q.    That's the first page here, is entitled WFIR,

19   canceling.  That is the page we are talking about?

20   A.    That's correct.  Here the WFIR block is further

21   described.

22           You can see the entity WFIR is defined.  There

23   is the inputs and outputs.  If you will notice, at the green

24   section, the inputs to that block are the coefficients.

25   Once again.

Gloster - direct

Page 670

1    Q.    Let's go back and look at Gloster 2, then, which is

2    the diagram.  Were you able to confirm that there are

3    separate boxes for the WLMS and the WFIR in the code?

4    A.    Yes.  I looked at the code, and you could see from

5    the code that there definitely was separate blocks.  The

6    WLMS block provided inputs to the WFIR block.  The WLMS

7    block determined what the coefficients were.  They were

8    passed to the WFIR block.

9    Q.    Did you see anything in the code that confirmed what

10   is shown in the diagram as the arrows pointing from the WLMS

11   to the WFIR?

12   A.    Yes.  As I brought to your attention, there was a

13   connect block that is equivalent to the arrow shown from the

14   WLMS block to the WFIR block, the connection between the two

15   modules.

16   Q.    Please finish.

17   A.    If you also notice, there is a RAM there, P0 to P47.

18   That indicates that there were 47 taps to the FIR filter --

19   48 is, zero to 47, 48 coefficients that were provided as

20   inputs.

21              So the WLMS block computed them and those

22   were placed in a RAM and then applied to the FIR filter.

23              THE COURT:  Do you have a laser pointer or

24   anything?

25              MR. BUROKER:  Can you highlight the block he was

Gloster - direct

1    just talking about?

2              THE WITNESS:   You see the P0 through P47?   Right

3    there.

4    BY MR. BUROKER:

5    Q.     That signifies the memory.   Is that correct?

6    A.     Yes, that's correct.

7    Q.     What does the presence of that memory tell you, if

8    anything, about this design?

9    A.     The presence of memory in digital systems clearly

10   defines that they are programmable.   A computer has memory,

11   so we can program it.

12             So if memory is present, then it must be

13   programmable, because it can change, the values can change.

14   Q.      In this case what is the memory used for?   What does

15   it change?

16   A.      It changes the coefficient.   So the WLMS block

17   computes the coefficients, it changes them, stores them in

18   the memory.

19             So they can be subsequently changed and applied

20   to the filter.

21   Q.     So before we move on to Oticon, for purposes of the

22   Widex document you reviewed, what is your conclusion as to

23   whether or not this diagram is accurate?

24   A.      It's my conclusion, it's my opinion that the

25   technical documents directly match, accurately match what's

Gloster - direct

Page 672

1    in the code, and that this update module -- not the update

2    module, the WLMS module produces the coefficients.  They are

3    stored in a RAM and they are provided as input to the WFIR

4    block, which is the 48-tap final impulse response filter.

5    Q.    Thank you.  Did you perform a similar analysis with

6    regard to the Oticon products involved in this case?

7    A.    Yes.

8    Q.    And describe, again, what did you do for the Oticon

9    products?

10   A.    I went through a similar procedure.  I tried to

11   identify the technical documents that sort of matched the

12   code.  And I was given the technical documents by Mr. Brown.

13   And it was my understanding they came from the defendants.

14          Then I looked at the code and tried to identify

15   which portions of the code dealt with feedback cancellation.

16   Then when I found those, I tried to match that code to the

17   actual technical specs.

18          Now, in this case, it was Verilog code, not

19   VHDL.

20   Q.    Do you understand how many platforms there are in the

21   Oticon product?

22   A.    Yes.  It's my understanding that there were many

23   products, but I only looked at two platforms, and that was

24   Jump 2 and Jump 3.  It was my understanding that Jump 2 and

25   Jump 3 were in many of the other products.

Gloster - direct

Page 673

1    Q.    What was the name of the feature that you looked at

2    for the Jump 2 and Jump 3 products?

3    A.    For Jump 2 and Jump 3 I focused on feedback

4    cancellation.

5    Q.    Do you recall the name of their feedback cancellation

6    module?

7    A.    Yes.  It was AFB, I think it was anti-feedback, is

8    the acronym.

9    Q.    I am going to show you what has been marked as

10   JX-138.  It's in your book.  I think it's in the jurors'

11   notebooks.  What is this document?

12   A.    It says The AFB Algorithm.  It is the defendants'

13   documentation discussing how they deal with feedback.

14   Q.    And similar to what you did with Widex, is there a

15   particular figure you focused on?

16   A.    Yes.  I think that was Figure 13.

17   Q.    Okay.  Let's take a look.  Is this demonstrative

18   drawn from Figure 13 of the JX-138?

19   A.    Yes.

20   Q.    Again, what is this series of boxes and lines

21   showing?

22   A.    This particular block diagram is what, is supposed to

23   be the insides or the internal components of the AFB block.

24   Inside of it, I focused on two blocks which was the update

25   block and FBC_FIR block.  The update block computed the

Gloster - direct

Page 674

1    coefficients.  The coefficients were applied as input to the

2    FBC_FIR block.

3    Q.    Okay.  And what is the -- there is a little box there

4    that maybe it's got a 26 -- excuse me.  It has a 26 on it.

5    What is that little block there?

6    A.    The 26 block is what they call the coefficient

7    buffer, feedback cancellation coefficient buffer.  That is

8    where the coefficients are actually stored.  In this filter,

9    I believe it was a 24 tap FIR filter so it would be 24

10   coefficients that were stored.

11   Q.    And were you able to then compare this to the code in

12   the Oticon products?

13   A.    Yes.  I compared this block diagram to the code and

14   it's my opinion that the actual technical document, this

15   particular figure matched the code with respect to these

16   products.

17   Q.    And based on your review of the code, is their update

18   module a separate module from the FIR filter?

19   A.    The update module was definitely a separate module

20   from the FBC_FIR module, and the update module computed

21   coefficients which were stored in a memory and provided as

22   input to an FIR filter, which is FBC_FIR.  If you look in

23   the figure, the diagonal line going up from the coefficient

24   buffer to the FBC_FIR block is where the coefficients

25   actually were transferred from the coefficient buffer into

Gloster - direct

Page 675

1    the FIR filter.

2    Q.      Okay.  Does the FIR filter calculate its own

3    coefficients?

4    A.      No, the update block calculates the coefficients

5    which are provided as input to the FIR filter.

6    Q.      Okay.  Let's take a look briefly, if you would, at

7    the code you that looked at, JX-298.  And what is this that

8    we just called up, G10A?  What is that?

9    A.      This is the actual code for the AFB block.  If you

10   notice at the block, it says AFB_RTL.V.  it's written in

11   Verilog.  Inside of that block, if you move down, you will

12   see the blocks, one of the blocks.

13            The highlighted block there at the bottom is

14   FBC_FILT, that is the actual instantiation of the filter

15   that is where the filter is called an AFB module.  And if

16   you notice, there is a line that is highlighted.  That is

17   where the coefficients are provided as input to the filter.

18   Q.      Okay.  I think -- what do you mean by instantiated,

19   in English?

20   A.      Instantiated is a hardware description language term

21   meaning calling that particular block so that blocks occurs

22   inside the AFB module.

23   Q.      So from that, you can tell whether it's actually

24   inside the chip?

25   A.      That is correct.

Gloster - direct

Page 676

1    Q.    Is there anything that helps you to determine whether

2    or not there is an update module on the jump 2 and jump 3

3    feedback cancellation circuit?

4    A.    Yes.  If you look at the AFB code with Verilog, you

5    will find an updated module that is instantiated.  Here you

6    will see the update module is instantiated.  You can see

7    also the green lines that the coefficients are produced and

8    those coefficients are provided as input to the FBC_FIR

9    block.

10   Q.    What can you tell, if anything, the coefficients

11   definition in the FIR filter and this coefficient definition

12   here in the update module?

13   A.    If you look closely at the code, you can determine

14   that the outputs of the update module are provided at input

15   to the FBC_filter, FIR filter.

16   Q.    If we can go back we can look at Gloster 1, real

17   briefly.

18        And is that the same as what is shown here in

19   Figure 13 out of the exhibit?

20   A.    Yes.  The output of the update module is provided as

21   input to the buffer and then those coefficients are provided

22   as input to the finite input response, the FBC_FIR block.

23   Q.    And what, if anything, is there to -- strike that.

24   Is there any significance to the existence of a buffer in

25   this design?

Gloster - cross

1    A.    Yes.  Once again, it's a memory element.  A buffer is

2    a memory element.  It's used to store the coefficients and

3    the existence of a memory, to me, says that it's

4    programmable.  So, therefore, this is a programmable delay

5    line filter.  The coefficients are calculated.  They're

6    provided as input to the filter, the two separate blocks.  I

7    think that's what it says.

8              MR. BUROKER:  Can you give me one second?

9              Thank you, Dr. Gloster.

10             THE COURT:  All right, gentlemen.

11             Counsel, you may cross-examine.

12             MR. SHELTON:  Good afternoon, Your Honor.  Brian

13   Shelton for Widex defendants.

14             THE COURT:  Good afternoon, counsel.

15                       CROSS-EXAMINATION

16   BY MR. SHELTON:

17   Q.    Good afternoon, Dr. Gloster.

18   A.    Good afternoon.

19   Q.    Prior to this litigation, you had not served as an

20   expert witness; correct?

21   A.    That's correct.

22   Q.    And this case is the first time you have offered an

23   opinion in a patent infringement lawsuit; correct?

24   A.    That is correct.

25   Q.    Now, Dr. Gloster, you are not offering an opinion as

1    to whether the Widex Inteo or the Senso Diva infringes the

2    ETG patents, are you?

3    A.    No, my task was just to match the technical documents

4    to what was actually in the chip.  I was not asked to do an

5    infringement analysis.

6    Q.    So you performed no infringement analysis?

7    A.    I was not asked to do an infringement.  I was just

8    asked to determine if the block diagrams in a technical

9    documents match what was actually in the chip.  Because I

10   think there was some question as to whether some of the

11   marketing materials do accurately reflect what was in the

12   final product.

13   Q.    Okay.  Now, you performed an analysis regarding the

14   hardware description language on the Widex products; is that

15   correct?

16   A.    Yes.

17   Q.    And did you relay the results of your analysis to

18   Mr. Brown?

19   A.    No.  I actually had to do my analysis and then I

20   wrote a report.  And that report, I submitted on the

21   deadline.  I think at the deadline, when the report was

22   submitted, it was made available to all parties.

23   Q.    But it's true, sir, that you understood that

24   Mr. Brown, in reaching his conclusions on whether or not

25   the Widex products infringed ETG's patents, would be relying

Gloster - cross

1   on the analysis you performed; is that correct?

2   A.      Basically, I think if the technical document also

3   matched what was actually in the product, and I think if

4   Mr. Brown concluded that the technical documents stated that

5   infringement was there, then we could go the full length and

6   say that that was in the products and therefore the products

7   infringe.

8   Q.      Okay.  Prior to this case, sir, you did not have any

9   experience with the design of audio devices, did you, sir?

10  A.      That is correct.  But as I stated earlier, if you are

11  dealing in the area of digital signal processing, which I

12  have extensive publications in that area, once you translate

13  the analog signal into digital, it's the same thing whether

14  it's an audio signal or whether it's a video signal.  It's

15  the same as digitized.  It's no longer analog, it's just a

16  binary value.

17  Q.      So this case would be the first time that you have

18  actually worked with hearing aids?

19  A.      That is correct.  That is correct.

20  Q.      And the first time you would be looking at technical

21  specifications for a hearing aid product itself?

22  A.      Yes.  However, my research in reconfigurable

23  computing, most of the applications that we focus on are in

24  the area of image processing.  And image processing has to

25  do with two dimensional -- actually, after you digitize the

Gloster - cross

1    video, it's two dimensional structures, okay?  So if you

2    take a video image and you just put the samples in series,

3    it looks exactly the same as an audio signal.

4    Q.    Now, one are the features you looked at, sir, were

5    the feedback cancellation features of the Widex hearing aid,

6    is that correct?

7    A.    Yes, I focused on feedback cancellation.

8    Q.    And this case is also the first time that you have

9    had any experience working with acoustic feedback

10   cancellation circuits; isn't it, sir?

11   A.    Yes, but the filters in the audio world are the same

12   filters that are in the video and image processing world.

13   That is why the field is called digital signal processing.

14   So it's a digital signal.  Image processing is a subset of

15   digital processing and audio processing is a subset of

16   digital signal processing and I have extensive experience in

17   the area of digital signal processing.

18   Q.    But you have never worked with any LMS adaptive

19   filters in connection with hearing aids before this case; is

20   that correct?

21   A.    No, I haven't worked with LMS adaptive filters.

22   Q.    Now, we saw some code that you looked at related to

23   Widex products; correct?

24   A.    Yes.

25   Q.    And we also saw one of the technical specifications,

Gloster - cross

Page 681

1    the feedback cancellation document, the Widex and Inteo, I

2    believe?

3    A.      We saw a technical expect for Diva 2.

4    Q.      Yes, the Diva 2?

5    A.      Yes.

6    Q.      And you understand the Diva 24 platform corresponds

7    to the Widex and Inteo product?

8    A.      Yes.

9    Q.      And it's true, sir, in conducting your analysis that

10   you concluded that the Inteo hearing aid uses a LMS adaptive

11   filter in its feedback cancellation circuit?

12   A.      It was my understanding, I think it was brought to my

13   attention, that one of the defendants in their deposition

14   said the only difference between Diva 1 and Diva 2 is one

15   had two instances of feedback path simulator and one had

16   one, so my analysis was the same for the 2 because I just

17   focused on the feedback path simulator.  So if the feedback

18   path simulator exists in 1 and it's replicated twice in the

19   other, then the analysis should be fine.

20   Q.      But in both hearing aids for Widex, the Diva and the

21   Inteo, you would agree, sir, that both of those products

22   used LMS adaptive filters for their feedback cancellation

23   circuitry; is that correct?

24   A.      Yes, they use LMS adaptive filters and I think they

25   could also be looked at as a programmable delay line

Gloster - cross

1  filters.

2  Q.    Now, Dr. Gloster, in connection with reaching your

3  conclusions, you reviewed the ETG patents; is that correct?

4  A.    Initially when I was approached to serve as an expert

5  in this case, certainly I was presented with the patents.  I

6  think you are referring to -- I forget the numbers but the

7  two patents of the case I was presented to review before I

8  would actually be hired.  I did review those patents but

9  after that time, I really didn't look at the patents in any

10  further detail.

11  Q.    So if I understand your testimony, sir, you looked at

12  them initially but didn't spend of time on them; is that

13  fair?

14  A.    That is fair to say.

15  Q.    Okay.  In the course of your review of the ETG

16  patents, did you understand that the '749 patent includes

17  claims that recite means plus function limitations?

18  A.    I quickly reviewed.  I probably spent a total of two

19  hours reviewing those patents.  This was my first expert

20  witness case.  I wasn't really familiar with the analog

21  circuitry that was presented in those patents so I didn't

22  really spend a lot of time on those patents.

23  Q.    And you were present I believe when Mr. Brown was

24  testifying about his analysis of the '749 patent; is that

25  correct?

Gloster - cross

1   A.     Yes.

2   Q.     And there was a slide that he had up and I'd like to

3   bring it up.  It's Brown 13, if I could.  And I believe

4   there was some testimony regarding the difference

5   means-plus-function elements and then there was -- and the

6   column on the right side here we have the corresponding

7   structure.  Do you recall that, sir?

8   A.     Yes.

9   Q.     At any course during your involvement with this case,

10  were you ever asked to look at the Widex products to

11  determine if the corresponding structure elements we see on

12  the right hand of this chart were present?

13          MR. BUROKER:  Objection, Your Honor.  Beyond the

14  scope.  He already didn't look at the patents.

15          MR. SHELTON:  I'll withdraw that.

16  BY MR. SHELTON:

17  Q.     Now, I believe you testified earlier about the WLMS

18  block.  Do you recall that?

19  A.     Yes.

20  Q.     And I believe you testified that in your view, that

21  block had a programmable aspect to it; is that correct?

22  A.     I said that block produced coefficients.  The

23  coefficients were stored in a RAM.  And the existence in a

24  RAM means the coefficients can be changed.  Hence, it's

25  programmable.

Gloster - cross

Page 684

1   Q.      So if I understand your view of programmable, in

2   order for a device to be programmable, you have to have a

3   memory; is that correct?

4   A.      In order for a device to be programmable, you would

5   actually have to be able to change the values; okay?

6   Programmable is the opposite of fixed.  Fixed means you

7   cannot change it.  In even in a Court's construction,

8   programmable means that you can change the coefficients one

9   or more times.  In the era of digital systems design, you

10  have to store a value to be able to change it.  So when we

11  design a digital system we put a memory, a coefficient

12  buffer or a RAM in its place.  That means programmable.  If

13  a computer had no memory, it would not be programmable.

14  Q.      If I understand you, sir, in order for something to

15  be programmable in your view, you would have to have a

16  memory?  Yes or no.

17  A.      In the digital area, the existence of a

18  programmable -- of a memory infers directly that it's

19  programmable.  That is what I said.

20  Q.      So is that yes?

21  A.      Could you repeat the question?

22  Q.      Yes.  In your view, in order for something to be

23  programmable, you have to have a memory?  Yes or no.

24  A.      No.  In my view in order for it to be programmable,

25  you have to be able to change the values.  In the digital

Worning - dep.

1    systems area, if a memory is -- if a memory exists, then it

2    must be programmable.

3    Q.    And the converse of that, if there is no memory

4    device would not be programmable; correct?

5    A.    In the digital area, you shouldn't -- the inexistence

6    of memory should mean that you probably cannot program it.

7    However, from where I stand, fixed means that you hardwired

8    the batteries, so to put the one to one and the zero to

9    zero, so you cannot change the values.  Programmable to me

10   means that you cannot change the values.  So a fixed system

11   would mean that you can't change the values.

12   Q.    Okay.

13             MR. SHELTON:  May I have one moment, Your Honor?

14             THE COURT:  Yes.

15             MR. SHELTON:  Your Honor, I have nothing further

16   but I understand that counsel for Demant may have a few

17   questions of their own.

18             THE COURT:  That's fine.

19             MS. HILL:  Actually I have no additional

20   questions, Your Honor.

21             MR. BUROKER:  No redirect.

22             THE COURT:  All right.  Doctor, thank you.

23   Appreciate it.

24             (Witness leaves witness stand.)

25             MR. BUROKER:  At this time, we would play a

Westermann - redirect

Page 809

1    higher power than hearing aids today.

2    Q.    They would require a lot of power; correct?

3    A.    Definitely, yes.

4    Q.    Now, you said that your company focused on hearing

5    aids for children at least in part; correct?

6    A.    Correct.

7    Q.    You're aware, aren't you, that Dr. Levitt's feedback

8    system, one of the reasons it was invented is because it did

9    not require a response from a child; right?  You could just

10   measure the null effect.  You are aware of that; right?

11   A.    Only as -- only for the feedback cancellation.  It

12   doesn't require information of the hearing loss.

13   Q.    That's what I meant for the feedback cancellation.

14   You are aware of that; right?

15   A.    Yes.

16   Q.    Now, you told your counsel that you sold 10 million

17   hearing aids and you were going to sell 15 million hearing

18   aids.  What were the profits on those 10 million hearing

19   aids?

20   A.    I mean that is over 50 years.  I couldn't tell you.

21   Q.    Now, counsel directed you to DX-1599.  I believe that

22   is in your book.  And that's a patent that Widex was

23   assigned by an inventor.  It's entitled "hearing aid,"

24   right?

25   A.    That is correct.  Yes.

Page 819

```
 1                 IN THE UNITED STATES DISTRICT COURT
 2                 IN AND FOR THE DISTRICT OF DELAWARE
 3
                             -   -   -
 4
 5     ENERGY TRANSPORTATION,           :   Civil Action
       INC.,                           :
 6                                     :
                 Plaintiff,            :
 7                                     :
           v.                          :
 8                                     :
       WILLIAM DEMANT HOLDINGS A/S,     :
 9     et al.,                         :
                                       :
10               Defendants.           :   No. 05-422 (GMS)
11                           -   -   -
12                     Wilmington, Delaware
                     Friday, January 25, 2008
13                          9:00 a.m.
                     Fifth Day of Trial
14
                             -   -   -
15
       BEFORE:  HONORABLE GREGORY M. SLEET, Chief Judge
16
17
18     APPEARANCES:
19               EDMOND D. JOHNSON, ESQ.
                 Pepper Hamilton LLP
20                     -and-
                 MARTY STEINBERG, ESQ.,
21               BRIAN M. BUROKER, ESQ., and
                 MAYA M. ECKSTEIN, ESQ.
22               Hunton & Williams
                 (Washington, D.C.)
23
                                    Counsel for Plaintiff
24
25
```

Page 820

```
 1   APPEARANCES CONTINUED:
 2              MARY B. GRAHAM, ESQ.
               Morris, Nichols, Arsht & Tunnell
 3                  -and-
               JOHN M. ROMARY, ESQ.,
 4             GREGORY C. GRAMENOPOULOS, ESQ.,
               VINCENT KOVALICK, ESQ.,
 5             KAY HILL, ESQ.,
               GERSON S. PANITCH, ESQ., and
 6             ARTHUR A. SMITH, ESQ.
               Finnegan, Henderson, Ford, Farabow & Dunner
 7             (Washington, D.C.)
 8                                  Counsel for
                                    Demant Defendants
 9
               DONALD E. REID, ESQ.
10             Morris, Nichols, Arsht & Tunnell
                    -and-
11             WILLIAM H. MANDIR, ESQ.,
               JOHN SCHERLING, ESQ.,
12             CARL J. PELLEGRINI, ESQ.,
               BRIAN SHELTON, ESQ.,
13             MATTHEW KAPLAN, ESQ., and
               J. WARREN LYTLE, JR., ESQ.
14             Sughrue Mion
               (Washington, D.C.)
15
                                    Counsel for Widex
16                                  Defendants
17                      -  -  -
18
19
20
21
22
23
24
25
```

Jacobsen - cross

Page 990

1    million.  So that one, we did not make hundreds of millions

2    of dollars on a sale of $400 million, no.

3    Q.    You believe Mr. Musika was inaccurate?

4    A.    I know our profit margin is 18 percent in that period.

5    And if you take 18 percent of 400 million, that will, in my

6    head, give 72 million if it is the same profit.  So I didn't

7    hear that he said that, actually.

8    Q.    Going back to the question relating to the materials

9    that you provide the dispensers, you said you couldn't

10   answer whether they are accurate or not.  Doesn't the Food

11   and Drug Administration, the FDA, require that your

12   materials, your marketing materials, be accurate?

13   A.    I think they require that they are not misleading.

14   Q.    Is that different from accurate?

15   A.    Maybe -- I am Danish.  It is not my mother tongue.

16   Maybe I don't understand the word.

17   Q.    Just a couple more questions.

18         The Demant Group is not relying in this case on

19   any opinions of patent counsel that its hearing aids don't

20   infringe or didn't infringe the Levitt patents, are they?

21   A.    What does that mean?

22   Q.    The Demant Group is not relying on an opinion of

23   patent counsel, an opinion received from patent counsel,

24   stating that they have not infringed the Levitt patents?

25   A.    I am not sure I understand.  That's a legal term.  I