# Exhibit B




# AN ADAPTIVE OPEN-LOOP ESTIMATOR FOR THE REDUCTION OF ACOUSTIC FEEDBACK

by

Kim A. Weaver

A Thesis

Submitted to the

Department of Electrical Engineering and

The Graduate School of the University of Wyoming

in Partial Fulfillment of Requirements

for the Degree of

Master of Science

University of Wyoming

Laramie, Wyoming

December 1984



Defendants Trial Exhibit

DX-956

Civil Action no. 05-422

WEAVER, KIM A., An Adaptive Open Loop Estimator for the Reduction of Acoustic Feedback, M.S., Electrical Engineering, Dec., 1984.

The stability of an acoustic amplification system is increased by adding electrical feedback which cancels the effect of acoustic feedback. The stabilizing feedback is an echo whose delay is determined with pseudonoise measurement techniques, and whose amplitude is based on the frequency of unstable feedback. Six to eight dB of additional stable gain are achievable when the estimator is added to the original system.

ACKNOWLEDGEMENTS

The author thanks Dr. R. Lynn Kirlin, Dr. David P. Egolf and Dr. Raymond G. Jacquot for their support, encouragement and patience through this thesis. Special thanks are also given to my wife, Kristin, for her devotion and patience.

# TABLE OF CONTENTS


| Chapter | | Page |
|---|---|---|
| I. | INTRODUCTION | 1 |
| II. | MODELING AN ACOUSTIC FEEDBACK SYSTEM | 3 |
| III. | A METHOD OF SUPPRESSING ACOUSTIC FEEDBACK | 14 |
| IV. | DELAY ESTIMATION | 17 |
| V. | ADDING ELECTRICAL FEEDBACK | 30 |
| VI. | RESULTS AND CONCLUSIONS | 40 |
| VII. | BIBLIOGRAPHY | 45 |

LIST OF FIGURES

Figure Page

2.1 Acoustic Feedback System....................3

2.2 General Feedback System....................4

2.3 Hearing Aid System....................7

2.4 Block Diagram of the Hearing Aid System....................8

2.5 $P_T/P_i$ Measurement....................9

2.6 Acoustic Feedback Measurement....................11

2.7 Hearing Aid Open Loop Transfer Function....................12

3.1 Feedback System With Electrical Feedback Added....................15

4.1 Pseudonoise Injection....................17

4.2 Pseudonoise Generator....18

4.3 Pseudonoise Autocorrelation....19

4.4 Cross Correlation of pn With pn ⊕ 2fs....20

4.5 Delay Measurement System Block Diagram....21

4.6 Lock Indicator Circuit....22

4.7 Output Latch and Frequency Multiplier....23

4.8 Delay Tracking Circuit....25

4.9 The Inverse Cross Correlation of pn ⊕ $2F_s(\tau_1)$ With pn($\tau$) + n(t)....26

4.10 Mode Selectable P-I Controller....29

5.1 Magnitude Control System....32

5.2 Phase Locked Loop A....33

5.3 Phase Locked Loop B....34

5.4 Echo Magnitude Control................................36

6.1 Acoustic Amplifier With Open Loop Estimator Added......40

6.2 Additional Stable Gain With Suppression Circuit Added..42

A.1

B.1 Hysteresis Comparator...................................49

B.2 Transfer Characteristic of the Hysteresis Comparator...51

C.1 Triangle Wave Generator................................52

D.1 Variable Divider.......................................54

LIST OF APPENDICES


Appendix Page

A. Sage II program used to control the H-P Spectrum Analyzer....47

B. A Hysteresis Comparator....50

C. Triangle Wave Generator....53

D. A Variable Divider....55

E. 2920 Program Used to Synthesize Analog Delay....57

F. Complete Schematic of the Delay Measurement System....59

G. Complete Schematic of the Magnitude Control System and $\widehat{GH}$ Estimator....61

# CHAPTER I

## INTRODUCTION

Sound is electronically amplified by many systems to provide a greater sound level to a distant or weak listener. Because sound waves propagate in all directions, some of the amplified sound inevitably returns to the sound amplifier input. The sound returning to the amplifier input, acoustic feedback, makes the sound amplifier a closed-loop system. When the gain or amplification of this system is increased enough the system becomes unstable and breaks into uncontrolled oscillations. These oscillations have been heard by most as the "squeal" in a public address system which results when the microphone is moved close to a loudspeaker. The objective of this thesis was to design, build and test a circuit which allows the gain of the sound amplifier to be increased beyond the original maximum stable gain without oscillation occurring.

A general method was desired so two different acoustic feedback systems were used in the design of the feedback suppression circuit. First, a hearing aid system was tested to measure the characteristics of a "typical" acoustic amplifier. From these characteristics, the acoustic feedback was crudely modeled as an echo. Delay and magnitude of the echo were then estimated. The echo was synthesized and added to the closed loop system as negative feedback to make the sound amplifier more stable. After the feedback

suppression circuit was built it was tested on a small public address system with characteristics similar to those of the hearing aid. The public address system was arranged into several configurations to show the feedback suppression circuit adapts to different acoustical environments. The increased stability achieved by adding an echo as negative feedback allowed the acoustic amplifier gain to be increased without the uncontrollable oscillations occurring for all the configurations tested.

# CHAPTER II

## MODELING AN ACOUSTIC FEEDBACK SYSTEM

A block diagram description of a typical acoustic feedback system is shown in Figure 2.1.




M - microphone

A - adjustable gain audio amplifier

S - speaker

H - acoustic feedback path

Figure 2.1. Acoustic Feedback System

Throughout this paper upper case letters are used to describe complex functions of frequency and lower case letters are used to describe functions of time. The microphone, M, converts the incoming sound, $P_i$, into an electrical signal which is amplified by an adjustable-

gain, audio-amplifier, A. An amplified version of $P_i$, $P_o$, is created when the amplified signal drives the speaker, S. Some of $P_o$ returns to the microphone input via an acoustic feedback path, H, where the feedback signal, $P_oH$, sums with $P_i$. The output sound pressure, $P_o$, is solved for by writing the equations describing the system of Figure 2.1 as:

$$P_o = (P_i + P_oH)MAS. \quad (1)$$

The sound pressure transfer function,

$$\frac{P_o}{P_i} = \frac{MAS}{1 - MASH}, \quad (2)$$

is now in the general form of a feedback system with a forward plant, G, of MAS and feedback, H, as shown in Figure 2.2.




Figure 2.2. General Feedback System

EGOLF 01968

OTI 007237

The general feedback system closed loop transfer function is

$$T = \frac{P_o}{P_i} = \frac{G}{1 - GH}. \quad (3)$$

According to the Nyquist Stability Criterion[1] the closed loop system will become unstable at the frequencies where both the magnitude of the open loop transfer function, GH, exceeds or equals one and the phase angle of GH equals $m2\pi$ for m equal to 0, 1, 2,.... The reasoning behind this criterion is, that if a signal of a particular frequency can pass around GH and return to the summer in phase with the input, the sum of the input signal and the feedback signal will increase without bound. Because no system has an infinite linear range, the sinusoid will push the linear system into a nonlinear region (i.e. called "saturation") which stops the magnitude of the sine wave from increasing.

An acoustic feedback system can be reasonably approximated as having a linear lumped forward plant with transcendental feedback. The microphone and speaker are assumed to have fixed poles and zeros resulting from the electro-mechanical makeup of each. The amplifier is assumed to be ideal, meaning that it increases the magnitude of the signal passing through it without altering the phase. Sound returning to the microphone input must travel an air pathway which requires the feedback delay time $\tau_H$, where $\tau_H$ is given by

$$\tau_H = \frac{d}{c}, \quad (4)$$

where: d is the distance from the speaker to the microphone input and

c is the speed of sound in air.

Equation (4) assumes the feedback path to be in anechoic space. Assuming the feedback path is pure delay means that H can be described as the transcendental function

$$H = H_a e^{-j\omega\tau_H}, \quad (5)$$

where: $H_a$ is the gain of the sound path from the speaker to the microphone, and $\omega$ is radian frequency.

The open loop transfer function of the acoustic system is given by the product MASH.

The shape of the magnitude of MASH is determined by the poles and zeros of the speaker and the microphone, but the average magnitude is determined by the amplifier gain. The phase of MASH is the phase resulting from the poles and zeros of the speaker and microphone plus the linear phase contributed by the feedback delay. Delay in the feedback forces the phase of MASH to equal $m2\pi$ at many frequencies thereby violating the phase portion of the Nyquist criterion. This creates potentially unstable frequencies. When the amplifier gain is increased enough the magnitude of MASH, at one of the potentially unstable frequencies, will exceed unity and the Nyquist criterion will be violated thereby forcing the system into uncontrolled oscillations.

Prior tests done at the University of Wyoming yielded data which was used to obtain the open-loop transfer function of a "typical" acoustical feedback system. The system measured was an in-situ hearing aid as shown in Figure 2.3.




Figure 2.3. Hearing Aid System

The hearing aid forward plant differs from the forward plant MAS described earlier in that the amplified sound must pass through an inlet tube, $T_2$, before reaching the ear canal. Also note that hearing aid manufacturers refer to the speaker as a receiver, R. The acoustic feedback path passes through the vent tube, $T_4$, then propagates from the vent tube end to the microphone input port. The

block diagram showing the closed loop hearing aid system is shown in Figure 2.4.




Figure 2.4. Block Diagram of the Hearing Aid System

Measurement of the open loop transfer function was done in two steps. First the transfer function $P_T/P_i$ with the feedback, $T_4T_5$, eliminated by plugging the vent tube with putty, was measured. A hearing aid, Audiotone A38 AGC-1, was placed behind the ear of a manikin fit with a KEMAR[2] pinna and a Zwislocki artificial ear coupler[3]. A Bruel and Kjaer 4134 half inch microphone was attached to the end of the Zwislocki coupler to measure the sound pressure at the eardrum of the artificial ear. A matched Bruel and Kjaer (B & K) 4134 half inch microphone was placed at the microphone input port. Each B & K microphone signal was amplified by a B & K 2603 microphone amplifier to produce voltages proportional to the sound presures at the hearing aid input and at the artificial eardrum. A Hewlett-Packard 3852A spectrum analyzer supplied white noise and was used to produce the transfer funtion $P_T/P_i$. The transfer function was shipped to a Sage II microcomputer for storage and eventual

communication with a mainframe computer for analysis and plotting. The setup used for determining $P_T/P_i$ is shown in figure 2.5.




Figure 2.5. $P_T/P_i$ Measurement

$P_T/P_i$ accurately represents the forward plant transfer function except at low and very high frequencies. Plugging the vent tube increases the low frequency response [4], therefore, $P_T/P_i$ will be inaccurate in this region. The ear canal transfer function, $T_3$, is approximately equal to one for frequencies in which the wavelength of sound is much longer than the length of the ear canal. Therefore, $T_3$ will affect neither the forward plant measurement $P_T/P_i = G$ nor the feedback measurement $P_F/P_T = H$.

The acoustic feedback path consists of a vent tube, $T_4$, leading from the ear canal to the earmold exterior and the path from vent tube outlet to the microphone input port, $T_5$. Disabling the forward plant, by disconnecting the receiver from the amplifier, allowed the receiver to be driven electrically with white noise. The sound

pressure which was measured at the artificial eardrum, $P_T$, was considered as the input to the feedback function, H, and the sound pressure which was produced at the microphone input port was considered the output. The spectrum analyzer measured the transfer function $P_F/P_T$ using the arrangement shown in Figure 2.6.




Figure 2.6. Acoustic Feedback Measurement

If the assumption that $T_3$ is unity holds, then the measurement $P_I/P_T$ should accurately describe the acoustic feedback function.

The spectra describing the forward plant, G, and the feedback H were then shipped to a mainframe computer for complex multiplication and plotting. The phase and magnitude of the product of GH are shown in Figure 2.7. The magnitude of GH in Fig. 2.7 shows several peaks which can be attributed to microphone and speaker dynamics and tube resonances. The phase of GH reveals the most important feature of the open loop response: nearly linear phase. Linear phase results from the delay in the tubes in the forward and feedback paths. The plots of the open loop transfer function in Fig. 2.7 can be used to predict the frequency at which the Nyquist stability criterion







Figure 2.7. Hearing Aid Open Loop Transfer Function

will first be violated. The potentially unstable frequency with the greatest magnitude is 3500 Hertz. When the hearing aid gain was increased enough it broke into 3500 Hertz oscillations as predicted. The test of the hearing aid feedback system, although not ideal, showed that the Nyquist stability criterion could be used to accurately predict the frequency of unstable oscillation. The test also showed that the phase of the open loop transfer function could be closely modeled as that resulting from a pure delay.

# CHAPTER III

## A METHOD OF SUPPRESSING ACOUSTIC FEEDBACK

A circuit which allows the gain of the audio-amplifier to be increased is desired so that more signal can be provided to the weak or distant listener. The delay in the feedback path forces the phase portion of Nyquist's stability criterion to be violated creating potentially unstable frequencies. Increasing the amplifier gain beyond its maximum stable limit requires that the magnitude of the product of MSH be decreased at the unstable frequencies. Since the transfer functions of the microphone and speaker are fixed by their physical construction, they are assumed constant. The acoustic feedback, H, is impossible to eliminate and difficult to control so none of the original transfer function blocks could be modified to increase the system stability.

The stability of any system can be altered by adding feedback. Electrical feedback was added to the electroacoustic circuit to provide stabilizing negative feedback at those frequencies where unstable oscillations were most likely to occur. Electrical feedback is most conveniently inserted between the microphone and the audio-amplifier due to the low power of the signal at this point. Figure 3.1 illustrates the basic electroacoustic system with the electrical feedback, $\widehat{GH}$, added. The signal, $P_o/AS$, entering the amplifier also enters an open-loop estimator $\widehat{GH}$ which produces the signal $P_o\widehat{GH}/AS$




Figure 3.1. Feedback System With Electrical Feedback Added

which is subtracted from the microphone signal. The equation describing the output sound pressure may be written by inspection of Figure 3.1 as

$$P_o = [(P_i + P_o H)M - \frac{P_o}{AS}\widehat{GH}]\ AS. \qquad (6)$$

Thus, the sound pressure transfer function $P_o/P_i$ becomes

$$\frac{P_o}{P_i} = \frac{MAS}{1 - MASH + \widehat{GH}}. \qquad (7)$$

Note that if the estimate, $\widehat{GH}$, equals the open loop transfer function, MASH, then

$$\frac{P_o}{P_i} = MAS, \qquad (8)$$

which is the transfer function of the amplification system with no acoustic feedback. In other words the estimate, $\widehat{GH}$, is used to electrically cancel the effects of acoustic feedback. The assumptions that the microphone, speaker and amplifier are all individually stable, and the estimate of MASH is accurate allows the amplifier gain to (theoretically) be increased infinitely. Of course synthesis of a perfect open loop estimator is impossible so equation (7) must be used to describe the closed loop sound amplification system. When the Nyquist[1] criterion is applied to (7), unstable oscillations will occur at those frequencies where the effective open loop transfer function, MASH − $\widehat{GH}$, violates the stability criterion.

Cancellation of MASH with $\widehat{GH}$ requires that the magnitude and phase of GH exactly equal those of MASH. The phase of $\widehat{GH}$ is the most important in reducing the difference, MASH − $\widehat{GH}$. This can be explained as follows: if the phase of $\widehat{GH}$ is wrong, MASH will add to $\widehat{GH}$ thereby reducing the maximum stable gain. Fortunately the phase of MASH can be reasonably estimated as the phase resulting from the delay around the open loop system. This delay and the average magnitude of MASH are measured and then synthesized as the electrical feedback, $\widehat{GH}$. Because the magnitude of MASH is not constant with respect to frequency and the phase of MASH is not a linear function of frequency, $\widehat{GH}$ won't perfectly match MASH. However, a close phase approximation insures the effective open loop transfer function will

be reduced for a given amplification so the Nyquist criterion will not be violated until the gain is increased. The amount of additional stable gain achieved depends on how close MASH is to the echo estimator $\widehat{GH}$.

# CHAPTER IV

## DELAY ESTIMATION

The average delay of the open loop transfer function must be known so an electrical echo can be synthesized with this delay. Delay in many satellite communication systems is measured and tracked through the use of pseudonoise codes[5]. Figure 4.1 shows how low-level pseudonoise, pn, was injected into the acoustic feedback loop, passed through MASH, and then fed into the delay measurement system.




Figure 4.1. Pseudonoise injection

A maximal-length, linear shift register code was the type of pn code used. The code of length $2^n-1$ is generated in an n-bit shift register[5]. This pseudonoise was used because its power spectrum envelope is broad band, being described by the funtion

$$G_{pn}(f) = \frac{\sin^2(\pi f/2F_s)}{(\pi f/2F_s)^2}, \qquad (9)$$

where $F_s$ is the bit frequency of the code[5].

Because the pseudonoise is broad band it can be passed at a low level without presenting an objectionable amount of interference to other signals passing through the sound amplifier. The pn bit frequency, $F_s$, was chosen as 5000 Hertz so most of the pn power spectrum would be within the frequency range of an inexpensive audio system. The length of the code was chosen as 127 bits which produces a pn period of $25.4 \times 10^{-3}$ seconds and is synthesizable with a seven-stage shift register as shown in Figure 4.2[5].




Figure 4.2. Pseudonoise generator

The all-zero state may never be permitted to occur so the shift register must be loaded with at least a single one before the $2F_s$ clock is started.

A pseudonoise period, L, of $25.4 \times 10^{-3}$ seconds was used because it is much longer than the delay anticipated in a hearing aid or small public address system. The long pn period is important because both the autocorrelation of pseudonoise and the cross correlation of pn with pn $\oplus$ $2F_s$ are periodic with respect to the code length L. Figure 4.3 shows that the pn autocorrelation generates peaks centered at delays of mL for m equal 0, $\pm1$, $\pm2$,...[5].




Figure 4.3. Pseudonoise autocorrelation

Similarly the cross correlation of pn with pn $\oplus$ $2F_s$ generates the S curves shown in Figure 4.4 centered at delays of mL for m = 0, $\pm1$, $\pm2$,...[5].

The correlation functions illustrated in Figures 4.3 and 4.4 are used to synthesize a digital delay, $\tau_1$, which equals the average open-loop acoustic delay, $\tau$, by the system shown in Figure 4.5.




Figure 4.4. Cross correlation of pn with pn + 2fs.

The controllable delays, $\tau_{1A}$ and $\tau_{1B}$, are 64-stage shift registers which are both clocked by the same voltage-controlled oscillator so both delays are equal to $\tau_1$. Control of the voltage-controlled oscillator, VCO, is given to either the search circuit or the track circuit based on the autocorrelation function of Figure 4.3. This autocorrelation function is also used to decide when to update the output latch. The maximum synthesizable delay, $\tau_1$, is considerably less than the length of the pn code and maximum anticipated acoustic delay, $\tau$. Therefore, the correlation of $pn(\tau_1)$ with $pn(\tau) + n(t)$ will produce the autocorrelation function of Figure 4.3, if the delay axis is relabeled as $(\tau_1 - \tau)$, limited to the region $|\tau| < L - 1/F_s$. Before the pn autocorrelation can be performed the signal returning from the acoustic delay path must be amplified and clipped to produce a digital signal. This processing is required to make the pn detectable when it is summed with the




Figure 4.5. Delay measurement system block diagram

signal being amplifed by the sound amplification system, n(t), which is many times louder than the pn signal. The circuit of Figure 4.6 performs the pn autocorrelation and produces two digital signals, $\alpha$ and $\beta$ ,which indicate how close $\tau_1$ is to $\tau$.




Figure 4.6. Lock indicator circuit

The autocorrelation is done by multiplying pn($\tau_1$) with the amplified, clipped version of pn($\tau$) + n(t) using a digital coincidence gate. The product is then low-pass filtered to produce a voltage which represents the pn autocorrelation. Because the noise, n(t), is uncorrelated with pn($\tau_1$) their product will average to zero over a long enough period of time. A one-pole, low pass filter with a corner frequency of 3.7 radians per second was chosen by experimentation to do this averaging. Because the acoustic delay path is not an ideal delay the correlation of pn($\tau_1$) with pn($\tau$) + n(t) will not produce the ideal pn

autocorrelation of Figure 4.3. Instead, the function will probably be smeared about $\tau = 0$ with a maximum value considerably less than unity. Because of this smearing, the autocorrelation voltage was scaled up by 3.5 and buffered to produce a signal, $v_R(t)$, which was used by two comparators to indicate the accuracy of $\tau_1$. The comparators each produce a digital signal based on the magnitude of $v_R(t)$.

The first comparator produces a signal, $\alpha$, which is true only when $V_R$ is at a high voltage indicating that $\tau_1$ is a very good estimate of $\tau$. The signal, $\alpha$, is generated with a hysteresis comparator (Appendix B) with a relatively narrow hysteresis loop (1.17 volts) centered at 2.5 volts. When $\alpha$ is true the output latch is enabled and the output frequencies $(\tau/64)^{-1}$ and $(\tau/1536)^{-1}$ track the input frequency, $\left(\frac{\tau_1}{64}\right)^{-1}$. The frequency, $\left(\frac{\tau_1}{64}\right)^{-1}$, is frequency multiplied by 24 for use by the estimator, GH, by the output latch to produce the output frequency $\left(\frac{\tau}{1536}\right)^{-1}$. Figure 4.7 shows the output




Figure 4.7. Output latch and frequency multiplier

latch and frequency multiplier circuit. When $\alpha$ is true the analog switch is closed and the circuit is a standard phase-locked loop frequency multiplier so the outputs $\left(\frac{\tau}{64}\right)^{-1}$, and $\left(\frac{\tau}{1536}\right)^{-1}$ track the input, $\left(\frac{\tau_I}{64}\right)$. When $\alpha$ goes false, the switch opens so the capacitor voltage remains constant thereby latching the good estimate of $\tau$. The input impedance of the voltage-controlled oscillator is nominally[6] $10^{12}$ ohms and the switch leakage current is nominally[6] $10^{-10}$A so the capacitor will discharge at a very slow rate ($2.1 \times 10^{-6}$ V/s).

The second comparator produces a digital signal, $\beta$, which indicates when the estimate of $\tau$ is fairly good. This comparator has a wider hysteresis loop (3.44 volts) centered at 0.4 volts to produce a signal which will become true when the estimate of $\tau$ is quite close to $\tau$ and remains true until the estimate is poor. When the estimate of $\tau$ is poor, $\beta$ will be false and control of the voltage-controlled oscillator will be given to the search circuit. The search circuit is merely a slow (1.0 Hertz) triangle-wave generator (described in Appendix C) which sweeps $\tau_I$ through its range. If $\tau$ is within the range of $\tau_I$, the pn autocorrelation peak of Figure 4.3 will be generated as $\tau_I$ sweeps by $\tau$. When the pn autocorrelation voltage, $v_R$, rises above the threshold of the $\beta$ comparator, control of the voltage-controlled oscillator, and therefore $\tau_I$, is given to the track circuit of Figure 4.8.

The variable delay is tracked through the use of the inverse cross correlation of pn $\oplus$ $2F_S(\tau_I)$ with $pn(\tau) + n(t)$. The inverse cross correlation, shown in Figure 4.9, when limited to the region

$|\tau_1 - \tau| < 1/2F_s$, produces a signal, $\varepsilon(\tau_1 - \tau)$ , which is linearly proportional to $\tau_1 - \tau$.




Figure 4.8. Delay tracking circuit

The microphone signal, $pn(\tau) + n(t)$, is amplified and clipped to produce a digital signal which is exclusive-ored with $pn \oplus 2F_s(\tau_1)$ to produce $\varepsilon(\tau_1 - \tau)$. Because $n(t)$ is uncorrelated with $pn \oplus 2F_s(\tau_1)$, , the signal, $\varepsilon(\tau_1 - \tau)$, will not be affected by the noise, $n(t)$, if the signal, $\varepsilon(\tau_1 - \tau)$ ,is averaged over a long enough period of time. A one-pole low pass filter with a corner frequency, $\omega_L$, of 0.4172 radians per second was used to average $\varepsilon(\tau_1 - \tau)$. The inverse S curve will only be generated when $\tau_1$ sweeps by $\tau$ because




Figure 4.9. The inverse cross correlation of $pn \oplus 2F_s(\tau_1)$ with $pn(\tau) + n(t)$

the length of the pn code is considerably longer than the maximum synthesizable $\tau_1$ or the maximum anticipated acoustic delay, $\tau$. The tracking system is given control of $\tau_1$ when $\tau_1$ is a good estimate of $\tau$. This estimate must be within half of a pn bit for the tracking system to operate normally. When $\tau_1$ is within half of a pn bit of $\tau$, the signal $\varepsilon(\tau_1 - \tau)$ can be expressed as the straight line

$$\varepsilon(\tau_1 - \tau) = k_\varepsilon(\tau_1 - \tau) \ , \qquad (10)$$

where $k_\varepsilon$ is $5F_s$, if $\tau$ is pure delay. The signal $\varepsilon(\tau_1 - \tau)$ is an error signal which is used to control $\tau_1$ through proportional-

integral (P-I) feedback. The equation describing $\tau_1(s)$ can be obtained by inspection from Figure 4.9 as

$$\tau_1(s) = \frac{\tau_{1_{OFF}}}{s} + k_{vco}k_\varepsilon[\tau_1(s) - \tau(s)]\left(\frac{\omega_L}{\omega_L + s}\right)\left(k_p + \frac{ki}{s}\right), \quad (11)$$

where $\tau_{1_{OFF}}$ is the delay which results when 0 volts is applied to the voltage-controlled oscillator input.

The quantity, $k_{vco}$ describes the change in $\tau_1$ per change in oscillator input voltage.

If $\tau$ is a step function, then

$$\tau_1(s) = \frac{\tau_{1_{OFF}}(s + \omega_L)}{s^2 + s(\omega_L - k_{vco}k_\varepsilon k_p\omega_L) - k_{vco}k_\varepsilon k_i\omega_L} \quad (12)$$

$$- \frac{\tau\, k_{vco}k_\varepsilon\omega_L(k_p s + k_i)}{s(s^2 + s(\omega_L - k_{vco}k_\varepsilon k_p\omega_L) - k_{vco}k_\varepsilon k_i\omega_L)} .$$

The final value of $\tau_1(t)$ is found by applying the final-value theorem[7] which states

$$\lim_{t \to \infty} \tau_1(t) = \lim_{s \to 0} s\tau_1(s).$$

Therefore

$$\tau_1(t)_{t \to \infty} = \tau.$$

This theorem is valid only if the poles of $\tau_1(s)$ are in the left-half of the complex s plane. The voltage-controlled oscillator constant, $k_{vco}$, was chosen to allow $\tau_1$ to vary between 0.5 and 1.3

milliseconds. The quantity, $k_{vco}$, was measured as $-83.2 \times 10^{-6}$ seconds per volt. The poles of $\tau_1(s)$ were chosen to be slow ($\omega_o = 2.94$ rps) by selecting an integration constant, $k_i$ equal to 10 $(\text{seconds})^{-1}$, and to be well damped ($\zeta = 0.9$) by selecting a proportional constant $k_p$ of 5.63. The quantity, $k_\varepsilon$, was solved for as 25000 when the inverse correlator (exclusive or gate) had supply voltages of $\pm$ 5 volts and the bit frequency was 5000 Hertz. When the constants of the tracking system are substituted into equation (12), the result is

$$\tau_1(s) = \frac{\tau_{1_{OFF}}(s + 0.4172)}{s^2 + 5.303\ s + 8.678} + \frac{\tau\ 4.886(s + 1.776)}{s(s^2 + 5.3035 + 8.678)} . \qquad (13)$$

Thus, the poles of $\tau_1(s)$ are seen to be in the left-half plane with poles located at $-2.65 \pm j1.28$. The transient response will die exponentially with a time constant of 2.65 seconds; therefore, after several time constants $\tau_1$ should equal $\tau$. The response of $\tau_1$ was designed to be slow and heavily damped so an accurate measure of $\tau$ could be made in the presence of noise which was many times louder than the pn signal. The quantity $\tau$ seems to be fairly stationary so the sluggish response of the system is acceptable.

Transition of control from the search circuit to the tracking circuit must be made smoothly to prevent the VCO output frequency from jumping to a different frequency. A smooth transition between the two systems was achieved by making the voltage on the integrating capacitor of the proportional-integral, (P-I), controller equal to the voltage of the search oscillator when the system is searching.

The circuit of Figure 4.10 uses analog switches and a "leaky" integrator with a feedback time constant which is one tenth the period of the search oscillator to make the track circuit transparent when searching. When control is switched to the track system, $\tau_1$ should be approximately equal to $\tau$ so $\varepsilon$ will be close to zero. The integrator will be charged close to the correct voltage required to hold the VCO at the proper frequency.

The delay measurement system generates a pseudonoise code which is passed to the acoustic feedback loop for low-level injection. The pn code traverses the acoustic feedback loop and is then compared with a digitally delayed version of the pn to generate two harmonics of the delay. These harmonics of $\tau$ are used to estimate the magnitude of the open-loop transfer function and to synthesize an analog delay equal to $\tau$.




Figure 4.10. Mode selectable P-I controller.

# CHAPTER V.

## ADDING ELECTRICAL FEEDBACK

The strategy of using an electrical echo as negative feedback requires that a good estimate of the open loop transfer function delay and magnitude be found and synthesized. When the gain of the audio-amplifier is increased sufficiently, the sound amplification system will break into unstable oscillation thereby making the pseudonoise undetectable. If the delay measurement system had time to accurately measure $\tau$ then, due to the latching outputs of the system, the last good estimate of $\tau$ will be available after the onset of unstable feedback. Since $\tau$ is fairly stationary, the latched approximation should represent $\tau$ accurately enough to synthesize an echo with the proper delay. Unfortunately, determining the proper magnitude of echo to subtract is not as simple. One method of finding the average magnitude of MASH is to measure the magnitude of the pn autocorrelation at $\tau_1 - \tau$ equal to zero. This autocorrelation can be performed by low pass filtering the analog product of the microphone signal, ms(t), with pn($\tau$). The signal, ms(t), is composed of the delayed pn signal and the main signal being amplified by the sound amplifier, n(t). Because n(t) is uncorrelated with pn($\tau$), their product will be zero when averaged over a long enough period of time making the output of the low pass filter a voltage which is proportional to the desired pn autocorrelation.

Unfortunately, the method has two major drawbacks. First, because the acoustic delay, τ, is not pure delay, the pn autocorrelation voltage would have to be scaled up to accurately represent the magnitude of MASH. Since every acoustic system is different, the scale factor would have to be individually set for every MASH. The second drawback is much more serious. The low-pass filter, which is used to average out the noise, must have a time constant which is considerably longer than the time required for the acoustic system to break into unstable oscillations after the Nyquist criterion has been violated. Therefore, a sudden change in MASH can result in unstable feedback. After the onset of unstable feedback, the pn is undetectable so the correlation of ms(t) with pn(τ) drops to zero leaving no signal on which to base the echo magnitude. The result of basing the echo magnitude on the pn autocorrelation is a system which can provide additional stable gain if MASH changes very slowly and feedback never occurs.

The method of magnitude control which was selected utilizes knowledge of the acoustic delay and the frequency of the unstable feedback to adjust the echo magnitude to the level required to eliminate unstable feedback. Figure 5.1 shows that the magnitude control system is based on phase-locked loop detection of unstable feedback. Phase-locked loop A, PLLA, is used to detect the presence of a loud tone, presumably unstable feedback. The input signal, ms(t), is attenuated so that PLLA will only lock on signals which are quite loud. The VCO of PLLA operates between 500 and 5000 Hertz, thus determining the frequency capture and lock range of PLLA.




Figure 5.1. Magnitude control system.




Figure 5.2. Phase locked loop A.

Figure 5.2 shows that phase comparator II of the CD 4046 phase locked loop is used to produce an error signal which is proportional to the phase error between ms(t) and $f_{FB}$.

Phase comparator II is an edge-controlled digital memory network which maintains a zero degree phase shift between s(t) and $f_{FB}$ when PLLA is in the locked condition[6]. Because ms(t) is in phase with $f_{FB}$ the average coincidence of the signals is a voltage which indicates whether PLLA is in lock. A hysteresis comparator, described in Appendix B, with a hysteresis width of 1.6 volts centered at .96 volts converts this voltage into a digital signal $\gamma$ which indicates whether or not the system is unstably feeding back. Since $\gamma$ is used to control analog switches which are operated between $\pm$ 5 volts, $\bar{\gamma}$ is inverted to produce a $\gamma$ which also varies between $\pm$ 5 volts. The extra inversion allows the gate-to-source voltage of the analog switches operated by $\gamma$ to be zero volts when the switches are turned off, thereby providing the maximum off resistance.

The output frequency, 128 $f_{FB}$ of PLLA is then reduced to 1/2, 1/4, 1/6 or 1/8 of its original frequency by the variable divider block which is described in Appendix D. The variable divider slowly cycles through the divisors until it is stopped by a signal from PLLB. A toggle flip-flop at the output stage of the variable divider block ensures that its output signal, $\frac{64\ f_{FB}}{m}$, will always have a 50 percent duty cycle.

PLLB, working in conjunction with the variable divider block, is used to indicate whether or not the unstable feedback frequency is close to one of the first four harmonics of $\frac{1}{\tau}$. Inspection of Figure

5.3 reveals that PLLB is switched between two modes of operation, depending on the signal, $\gamma$ , indicating the presence of unstable feedback. When the sound amplification system is not "squealing" $\gamma$ is false and PLLB acts as a standard phase-locked loop which locks




Figure 5.3. Phase-locked loop B.

onto the input frequency $(\frac{\tau}{64})^{-1}$ from the delay measurement system.

Note that when operating in this mode $C_2$ is shorted to ground by an analog switch so that the voltage on $C_1$ is that required to operate the VCO at $\left(\frac{\tau}{64}\right)^{-1}$. If unstable feedback occurs $\gamma$ will be true and the input to PLLB will be $\frac{64\ f_{FB}}{m}$. The switch connecting $C_1$ to the phase comparator will be opened which, assuming the input impedence of the source follower is very high, leaves no path for the charge on $C_1$ to escape. Therefore, the voltage on $C_1$ required to drive the VCO at $\left(\frac{\tau}{64}\right)^{-1}$ will be latched. The shorting switch on $C_2$ will also be opened allowing the phase error to increase or decrease the voltage on $C_2$ to make PLLB lock. Because of the voltage limiter at the output of amplifier two and the summing factor of amplifier three, the VCO input voltage will vary a maximum of $\pm$ 0.57 volts to achieve lock. If lock is achieved the variable divider will be stopped so lock can be maintained. If no lock is obtained the divisors will continue to cycle until PLLB can lock on a frequency. Because phase comparator II is used to detect phase error, its inputs will lock in phase. The average exclusive-or of the inputs to the phase comparator drops to -5 volts when PLLB is in lock, making this signal perfect for disabling the variable divider block. Also note that if the coincidence of the phase comparator inputs is taken, a signal is produced which is +5 volts when PLLB is in lock and 0 volts otherwise. This signal, HARM, is used to indicate whether or not the unstable feedback is at one of the first four harmonics of the delay. Thus, PLLB will lock on the delay frequency obtained from the delay measurement system when there is no unstable feedback. When the system breaks into unstable oscillations PLLB, in conjunction

with the variable divider, detects whether or not the feedback frequency is within 110, 220, 330 or 440 Hertz of the first, second, third or fourth harmonics, respectively, of $\frac{1}{\tau}$.

Adding the open loop estimator, $\widehat{GH}$, to the sound amplification system provides the negative feedback $H_E e^{-j\omega\tau}$ to the system. When the Nyquist[1] criterion is applied to (7), it is found that the sound amplification system will feed back when MASH − $\widehat{GH}$ has a magnitude which is equal to or exceeds one and a phase angle of $m2\pi$ for $m = 0, 1, 2, \cdots$. At harmonics of the delay, $\widehat{GH}$ is equal to $H_E$, where $H_E$ is the echo amplitude. Because the potentially unstable frequencies of MASH are near harmonics of the delay, increasing the echo magnitude increases the amount of negative feedback at those frequencies. Thus, the possibility of unstable feedback occuring near a delay harmonic has been reduced. Similarly, the potentially unstable frequencies of the echo are at $\frac{1}{\tau}(m - \frac{1}{2})$ for $m = 1, 2, 3, \cdots$. Control of the echo magnitude was based on the ability to detect whether the unstable feedback was caused by the echo or the natural system, MASH.

Figure 5.4 shows the circuit used to control the echo magnitude.




Figure 5.4. Echo magnitude control.

When unstable feedback occurs the PLLA detects it and $\gamma$ becomes true thereby connecting the harmonic detection line HARM of PLLB to the input of the analog-to-digital converter through a slow ($\tau$ = 10 s) low pass filter. If the echo is smaller in amplitude than the amplitude of MASH, the unstable feedback will occur at a harmonic of $\tau$. PLLB will detect the harmonic of $\tau$ and the harmonic indicator will go to +5 volts thereby slowly charging the capacitor. The analog-to-digital converter, ADC, has an input reference range of 0 to +5 volts so when the voltage at its input increases, the digital representation of this voltage also increases. When the unstable feedback is not at a delay harmonic, PLLB cannot lock so the harmonic

signal will be at zero volts thereby discharging the capacitor. As Figure 5.4 shows, the delayed amplified input passes into a digital-to-analog converter, DAC, which is operated as a digitally controlled attenuator. When operating in this mode the DAC outputs a voltage which is the input voltage times $-K_s$ where $K_s$ is the digital word ranging from 0 to 255/256 coming from the analog-to-digital converter. Thus the echo is proportional in magnitude to the voltage on C which increases or decreases slowly, based on the frequency of unstable oscillations, until the feedback stops. After the unstable feedback stops, the switch connecting PLLB to the capacitor opens so the capacitor voltage and therefore the echo will remain constant in magnitude at the appropriate value.

A controllable echo estimator requires that a path with controllable magnitude and delay be synthesized. The magnitude was based on the frequency of unstable oscillations while the delay was based on measurements made before the sound amplification system became unstable. A controllable analog delay is synthesized using the Intel 2920 signal processing chip. The duration of a 2920 program is based on its input clock period as

$$T_{2920\ program} = 4 \times (T_{CL}) \times (N_s),$$

where $T_{CL}$ is the period of input clock

$N_s$ is the number of program steps.

A program of 24 steps was written which converts an analog signal into a digital word; passes the word through 16 memory locations, one

location per program cycle; then reconverts a delayed word into an analog voltage. The clock driving the 2920 is the delay measurement system output $\left(\frac{\tau}{1536}\right)^{-1}$. Since the analog signal is delayed 16 program cycles, the analog delay of the 2920 may be calculated as

$$\tau_{2920} = 4 \times (T_{CL}) \times (N_s) \times (16)$$

which, after substituting values, becomes

$$\tau_{2920} = 4 \times \frac{\tau}{1536} \times 24 \times 16 = \tau.$$

$\widehat{GH}$ must have the linear phase resulting from a pure delay which makes the addition of an anti-aliasing filter impossible using this system. The sample period of the 2920 is the program duration which is $\frac{\tau}{16}$. For delays less than $0.8 \times 10^{-3}$ seconds the sample rate will be in excess of 20,000 Hertz which provides a folding frequency which is greater than 10,000 Hertz. Because the acoustic systems being tested were relatively inexpensive, the amount of signal at frequencies greater than 10,000 Hertz was small. Therefore, the effect of signals with frequencies greater than 10,000 Hertz folding back into the passband of the analog delay was minimal.

The magnitude of MASH is approximately equal to one at the onset of feedback so the echo must be capable of magnitudes which exceed unity if the maximum stable gain is to be increased. As Figure 5.4 shows, the input of the 2920 had to be scaled up by $K_R$ to ensure the input voltage of the 2920 utilized the range of the analog-to-digital converter. The output of the digitally controlled attenuator was scaled down before summing with the microphone signal. Because the

input to the 2920 is scaled up more than the attenuator output is scaled down, the echo can exceed one. Since the digitally controlled attenuator adjusts to a level which stops feedback, precise gain tuning of the echo is not required. Thus, a magnitude controller was built which logically controls an unstable system before and after the onset of feedback. Because the echo has its amplitude adjusted based on the unstable feedback, the magnitude control system does not have to be individually tuned for each acoustical feedback system.

# CHAPTER VI

## RESULTS AND CONCLUSIONS

The complete sound amplification system with the open loop estimator added is shown in Figure 6.1.




Figure 6.1. Acoustic amplifier with open loop estimator added.

The specific system which tested the unstable feedback suppression circuit used a Bruel and Kjaer 4134 half-inch microphone with 2107 microphone amplifier as the microphone block, M. A Comdyna GP-6 analog computer was used as a calibrated attenuator so that gain increases could be easily calculated. A Realistic STA 740 audio-amplifier was used as a fixed gain amplifier which, in conjunction with the analog computer, made up the variable amplifier block, A. The speaker used was a Pioneer TSX6 auto speaker. The microphone was placed at distances ranging from approximately 0.5 feet to 1.5 feet from the speaker to simulate different feedback paths. Both the speaker and the microphone were placed in an anechoic chamber so that repeatable experiments could be made.

Testing of the feedback suppression circuit was done in two steps. First, the maximum stable gain of the unmodified system with a particular feedback path was measured by adjusting the gain of the audio-amplifier to the point where unstable oscillations would not sustain themselves. When making this measurement the addition of pseudonoise did not change the maximum stable gain but it did cause transient ringing at the frequency about to go unstable. Second, the gain of the same acoustic circuit with the feedback suppression circuit added was measured by increasing the audio-amplifier gain until the new maximum stable gain was found. When testing the feedback suppression circuit, time had to be allowed for the delay measurement system to determine the open loop delay before turning the gain up into the unstable region. When the gain was turned up beyond the original maximum stable gain, unstable feedback started.

After the magnitude control system locked on it and increased the echo in magnitude, the unstable feedback reliably died.

The feedback suppression circuit was tested for several delays and was found to produce about 6 dB of additional stable gain as shown in Figure 6.2.




Figure 6.2. Additional stable gain with suppression circuit added.

The suppression circuit was pushed to 7 or 8 dB of additional gain but this much additional gain left the system operating on the "naked edge" of stability where the transient response of the poles about to go unstable was noticable. When the circuit went unstable with the echo added, it usually went at a high frequency. This could be expected due to flatness of the echo magnitude compared to the high frequency roll off of the MASH system.

Many steps of this thesis could have been taken differently possibly avoiding many troubles. The first of these would be the method used in measuring the open loop transfer function, MASH. MASH can be simply and easily measured in one step. If the feedback loop is broken between the microphone and the amplifier white noise can be injected into the amplifier and taken from the microphone to produce the open loop transfer function MASH. Second, several options exist with the pseudonoise. Since the nominal delay seems to be relatively stationary, the noise could be turned on to measure $\tau$ then turned off. The possibility of passing the pn ⊕ 2fs around the loop also exists. Because pn ⊕ 2fs has a spectral power density which is[5]

$$G_{pn \oplus 2F_s}(f) = 4F_s \sum_{i=1}^{2} P_i \left| H_i(f) \right|^2,$$

where

$$H_i = \int_0^{1/2F_s} h_i(t) \exp(-j2\pi ft)\, dt,$$

most of the signal energy is located in the frequency band from 0.5 $F_s$ to 2.5 $F_s$. If $F_s$ is at a frequency which is at the upper limits of audible sound, the pseudonoise signal could be passed around MASH

without being heard.

Unstable acoustic feedback is a very difficult problem to solve. The method discussed above was effective in producing some additional stable gain using a very crude open loop estimator. The method of providing stabilizing electrical feedback shows much promise if an estimator of MASH which is better than a simple echo can be used.

BIBLIOGRAPHY

1. Nyquist, H., "Regeneration Theory." Bell Systems Technical Journal V. 11: 1932, p. 126-147.

2. Burkhard, M.D. and R.M. Sachs, "Anthropometric Manikin for Acoustic Research." Journal of the Acoustical Society of America V. 58: 1975, 214-222.

3. "Zwislocki Coupler Evaluation with Insert Ears", Report No. 20022-1 Knowles Electronics Inc. 3100 N. Mannheim Rd., Franklin Park, Ill. 1972.

4. Egolf, D.P., "Acoustic Feedback Suppression in Hearing Aids", Quarterly progress Report. VA Medical Center, Augusta, Ga. Jan. 20, 1984, p.9.

5. Springett, J.D., "Telemetry and Command Techniques for Planetary Spacecraft" in Advances in Communication Systems, Academic Press, p. 77-108. 1965.

6. National Semiconductor CMOS Databook, Chapter 5. 1981.

7. Dorf, R.C., Modern Control Systems, Addison-Wesley Publishing Co., 1974.

APPENDIX A

SAGE II PROGRAM USED TO CONTROL THE H-P SPECTRUM ANALYZER

```
program ib_st;
  uses    (*$U SECOND:IB.LNK.CODE *) IB_UNIT;
  CONST NB=2560;
  TYPE BYTE=0..155;
  VAR ITEMP,I.SPCAN,STC: INTEGER;
  START:BOOLEAN;

  S,TITLE,DATAFILE:STRING;
  STUFF: PACKED ARRAY[0..NB] OF CHAR;
  FILOUT: FILE OF CHAR;
PROCEDURE GETDATA;
  CONST FULL=2;
  VAR STATE:PACKED RECORD CASE INTEGER OF
    1:(B:PACKED ARRAY[0..NB] OF BYTE);
    2:(W:INTEGER);
    END;
    MORE,START:BOOLEAN:

    DLNG,J,M,NC,NW: INTEGER;

BEGIN
    MORE:=FALSE;
    DLNG:=NB+1;
    FOR NC:= 1 TO 2 DO
    BEGIN
      NW := 256 -( NC -1)*128;
      IB_TALKS(11,'LDS');
      J:=0;
      IB_HEAR(11.STATE.W.DLNG.MORE);
      FOR M:= 1 TO NW  DO
      BEGIN
        FOR I:= 1 TO 9 DO
        BEGIN
          WRITE (FILOUT,CHR(STATE.B[J]));
          WRITE (OUTPUT,CHR(STATE.B[J]));
          J:= J+1;
        END;
        J:=J+1;
        WRITELN(FILOUT.'');
        WRITELN(OUTPUT,' ');
      END;
      IB_TALKS(11,'PX.0');
      IB_TALKS(11,'AX,0');
      IB_TALKS(11,'CH,1');
      IF NC = 1 THEN
      BEGIN
        WRITELN(OUTPUT,'THE COHERENCE OF ',TITLE);
        WRITELN(FILOUT,'THE COHERENCE OF ',TITLE);
      END;
    END;
    IB_TALKS(11,'LCL,0')
END;
```

```
PROCEDURE DOOT;
  VAR CONTROL,SW : INTEGER;
  BEGIN
     IB_CHK :=FALSE;
     IB_X := 0;
     IB_Y := 22;
     SW := IB_SWITCH;
     IB_SAGE := ORD(ODD(SW) AND ODD(31));
     IB_INIT(CONTROL,SW,600);
     IF IB_ERR <> 0 THEN EXIT (IB_ST);
     IB_STAT(IB_SAGE,79);
     SPCAN := 11;
     IB_STAT(SPCAN,3);
  END;
BEGIN
  WRITELN(OUTPUT,'INPUT THE FILENAME IN WHICH THE DATA IS TO BE STORED')
  READLN(INPUT,DATAFILE);
  REWRITE(FILOUT,DATAFILE);
  START := TRUE;
  WHILE START DO
  BEGIN
     WRITELN(OUTPUT,'INPUT TRANSFER FUNCTION TITLE');
     READLN(INPUT,TITLE);
     WRITELN(FILOUT,TITLE);
     DOOT;
     GETDATA;
     WRITELN('ANOTHER TRANSFER FUNCTION? YES= 1 ,NO= 0 ');
     READLN(INPUT, STC);
     IF STC = 1 THEN
       START:=TRUE
     ELSE
       START:=FALSE;
  END;
  CLOSE(FILOUT,LOCK);
END.
```

APPENDIX B

HYSTERESIS COMPARATOR




Figure B1. Hysteresis comparator

Comparators were used often to produce a digital signal from an analog voltage. The comparators which were implemented used positive feedback through $R_2$ to force the op-amp output to saturation. Because the output voltage, $V_o$, affects the voltage at the non-inverting input, the input voltage, $V_i$, will have to reach a different value to make the output change from positive saturation to negative saturation than that required for the negative to positive change. The input voltage which will make the comparator output

switch from negative saturation to positive saturation is found by determining the $V_i$ which will make the voltage at the non-inverting input exceed that of the voltage at the inverting input, or

$$V_{NI} > V_X$$

$$V_i \frac{R_2}{R_2 + R_1} - V_{SAT} \frac{R_1}{R_1 + R_2} > V_X$$

$$V_i > \frac{V_X (R_1 + R_2)}{R_2} + V_{SAT} \frac{R_1}{R_2},$$

where $V_{SAT}$ is the magnitude of the op-amp saturation voltage. Similarly, the $V_i$, which makes the comparator output switch from $+V_{SAT}$ to $-V_{SAT}$ is found by finding the input voltage at which

$$V_{NI} < V_X$$

so

$$V_i < V_X \left(\frac{R_1 + R_2}{R_2}\right) - V_{SAT} \left(\frac{R_1}{R_2}\right).$$

Figure B2 shows these results as the DC transfer characteristic of the comparator.

From Figure B-2 it can be seen that the width of the hysteresis loop is given by $2 \times V_{SAT} \times R_1/R_2$ and the loop is centered at $V_X\left(\frac{R_1 + R_2}{R_2}\right)$.




Figure B-2. Transfer characteristic of the hysteresis comparator.

APPENDIX C

TRIANGULAR WAVE GENERATOR




Figure C.1. Triangular Wave Generator

The circuit of Figure C.1 is used to generate a triangular wave, at $V_x$, whose amplitude is controlled by $\alpha$. The op-amp circuit is a non-inverting integrator whose output, $V_x$, can be described in terms of the Schmitt trigger output $V_z$ as

$$V_x = \frac{R_1 + R_2}{R_1} \quad \frac{1}{CR_4} \int_0^T V_z \, dt$$

when

$$\frac{R_1 R_3}{R_2} = R_4 .$$

Operation of the oscillator can be explained by allowing the Schmitt trigger output to be at $-V$, assuming the trigger is operating between $\pm V$. The negative input to the non-inverting integrator will cause $V_x$ and $V_y$ to decrease linearly with time until $V_y$ drops below the negative threshold of the Schmitt trigger, $-\gamma V$, causing the Schmitt trigger output to switch to $+V$. Now the positive input to he integrator will cause $V_x$ and $V_y$ to increase until $V_y$ exceeds $\gamma V$ forcing the trigger output to $-V$, thereby restarting the cycle.

The period of the waveform is determined from the Schmitt trigger thresholds, $\gamma V$, the integrator time constant, $\frac{R_1 + R_2}{R_1 R_4 C}$, and the ratio of $V_y/V_x$, $\alpha$, as

$$T = \frac{R_1 R_4 C}{2\alpha\gamma\ (R_1 + R_2)} .$$

The amplitude of $V_x$ is determined by the Schmitt trigger thresholds and the ratio of $V_y/V_x$, $\alpha$, as

$$V_{x_{amplitude}} = \frac{\alpha\gamma}{\alpha} ,$$

# APPENDIX D

## A VARIABLE DIVIDER




Figure D.1. Variable Divider

The variable divider shown in Figure D.1 divides the input frequency, $f_i$, by either 2, 4, 6 or 8 depending on its present state. The divider cycles through its four states until a disabling signal stops it at a desired divisor. Because the output stage of

the divider is a toggle flip flop, $f_o$ is a 50 percent duty cycle square wave.

Counter A divides the input frequency, $f_i$, by the number on its jam inputs. Counter A down counts until it reaches zero. When zero is reached the inverted carry-out signal loads the number at the jam inputs, $D_B$, into the counter. After $D_B$ cycles of $f_i$, counter A will reach zero causing the inverted carry out signal to load the counter with $D_B$. The inverted carry-out signal has a frequency of $f_i/D_B$. This signal clocks a toggle flip-flop which divides its frequency in half and provides a signal with a 50 percent duty cycle.

Counter B provides the divisor, $D_B$, which is 1, 2, 3 or 4 to counter A. Counter B counts up until it reaches 10 at which time $D_4$ and $D_2$ will be true causing 2 to be jammed into the counter. Since $D_B$ is the number formed from the three most significant bits of counter B, $D_B$ starts as 1, switches to 2 when counter B reaches 4, switches to 3 when counter B reaches 6, and switches to 4 when counter B reaches 8. When counter B reaches 10 it loads itself with 2 thereby restarting the cycle. Because $D_B$ is the three most significant bits of counter B, each value of $D_B$ lasts for 2 cycles of clock Ø. The clock Ø is produced by a Schmitt trigger oscillator which is enabled by an input so $D_B$ may be held constant if desired.

APPENDIX E

2920 PROGRAM USED TO SYNTHESIZE ANALOG DELAY

```
OUT3
LDA DAR,KPO,IN3
LDA SR15,SR14,IN3
IN3
LDA SR14,SR13,CVTS
LDA SR13,SR12,NOP
LDA SR12,SR11,CVT7
LDA SR11,SR10,NOP
LDA SR10,SR9,CVT6
LDA SR9,SR8
LDA SR8,SR7,CVT5
LDA SR7,SR6
LDA SR6,SR5,CVT4
LDA SR5,SR4
LDA SR4,SR3,CVT3
LDA SR3,SR2
LDA SR2,SR1,CVT2
CVT1
LDA SR1,SR0,CVT0
LDA SR0,DAR
LDA DAR,SR15,EOP
NOP
OUT3
OUT3
```

APPENDIX F

COMPLETE SCHEMATIC OF THE DELAY MEASUREMENT SYSTEM




EGOLF 02024

OTI 007293

APPENDIX G

COMPLETE SCHEMATIC OF THE MAGNITUDE CONTROL SYSTEM AND

$\widehat{GH}$ ESTIMATOR


ADC0803
DAC0830
CD 4066
CD 4046
CD 4029
CD 4013
CD 4009
LF 356

# Exhibit C

# THE JOURNAL of the Acoustical Society of America

DEPOSITION EXHIBIT 115 Levitt
PENGAD 800-631-6989

Supplement 1, Vol. 77, Spring 1985



## Program of the 109th Meeting

Joe C. Thompson Conference Center
The University of Texas at Austin
Austin, Texas
8–12 April 1985

Table of Contents on p. v

Defendants Trial Exhibit
DX-1010
Civil Action no. 05-422

Published by the American Institute of Physics for the Acoustical Society of America



# ACOUSTICAL SOCIETY OF AMERICA

*The Acoustical Society of America* was founded in 1929 to increase and diffuse the knowledge ( acoustics and promote its practical applications. Any person or corporation interested in acoustics eligible for membership in this Society.

Annual Dues: Fellows and Members, $45; Associates, $38; Associates after the 5th year, $45; Student $15 (limit of 4 years); Sustaining Members, $300 for small businesses (annual gross below $100 million $500 for large businesses (annual gross above $100 million or staff of commensurate size). Furthe information concerning membership, together with application forms, may be obtained by addressing th Secretary of the Society.


## Officers 1984–1985

Daniel W. Martin, *President*
Baldwin Piano & Organ Co.
1801 Gilbert Avenue
Cincinnati, Ohio 45202

Floyd Dunn, *President-Elect*
Bioacoustics Research Lab.
University of Illinois
1406 West Green Street
Urbana, Illinois 61820

Chester M. McKinney, *Vice President*
Applied Research Laboratories
University of Texas
P. O. Box 8029
Austin, Texas 78712

Harvey H. Hubbard, *Vice President-Elect*
NASA Langley Research Center
Mail Stop 463
Hampton, Virginia 23665

Robert T. Beyer, *Treasurer*
Department of Physics
Brown University
Providence, Rhode Island 02912

R. Bruce Lindsay, *Editor-in-Chief*
91 Indian Avenue
Portsmouth, Rhode Island 02871

William Melnick, *Standards Director*
Department of Otolaryngology
Ohio State University
University Hospital Clinic
456 Clinic Drive
Columbus, Ohio 43210

Betty H. Goodfriend, *Secretary*
Acoustical Society of America
335 East 45 Street
New York, New York 10017
Telephone: (212) 661-9404

## Members of the Executive Council

Frederick H. Fisher
Marine Physical Laboratory, P-001
Scripps Institution of Oceanography
University of California, San Diego
La Jolla, California 92093

Juergen Tonndorf
4425 Tibbett Avenue
Bronx, New York 10471

Jozef J. Zwislocki
Institute for Sensory Research
Syracuse University
Merrill Lane
Syracuse, New York 13210

Mahlon D. Burkhard
Industrial Research Products Inc.
321 North Bond Street
Elk Grove Village, Illinois 60007

Eric E. Ungar
Bolt Beranek and Newman Inc.
10 Moulton Street
Cambridge, Massachusetts 02238

Carleen M. Hutchins
Catgut Acoustical Society
112 Essex Avenue
Montclair, New Jersey 07042

William W. Lang
IBM Acoustics Lab., C18/704
P.O. Box 390
Poughkeepsie, New York 12602

## Members of the Technical Cour

A. C. C. Warnock, *Architectural Acou*
J. Erdreich, *Biological Response to V tion*
M. Pierucci, *Engineering Acoustics*
T. D. Rossing, *Musical Acoustics*
A. H. Marsh, *Noise*
A. J. Rudgers, *Physical Acoustics*
F. L. Wightman, *Psychological and Physiological Acou*
W. T. Reader, *Shock and Vibration*
R. J. Porter, Jr., *Speech Communicatic*
W. A. Kuperman, *Underwater Acoust*

## 109th Meeting Committee

David T. Blackstock, *Chairman*
Dennis McFadden, *Technical Progr Chairman*
John M. Huckabay, *Facilities*
Mary Beth Bennett, *Program Preparatio*
Joseph F. Willman, *Bus Transportation*
Thomas G. Muir and James E. Stockt *Barbecue*
Clark S. Penrod, *Buffet Socials*
Patti B. Hall, *Registration*
Elizabeth A. Korts, *Paper Copying Servi*
A. Jeanette Chambers, *Hotels*
Terri Culbertson, *Visitors' Program*
Kenneth R. Dickensheets and Richard Boner, *Special Events and Tours*
Ilene Busch-Vishniac, *Plenary Session*
Harry D. Record, *Publicity*
Robert A. Altenburg, *Treasurer*



**Subscription Prices** (includes three supplements) **(1985)**

| | U.S.A., Canada, Mexico | Foreign (surface mail) | Optional Air Freight: Europe, Mideast, North Africa | Asia Oceania |
|---|---|---|---|---|
| ASA Members (on membership) | | | $55.00 | $ 95.00 |
| Regular rate | $240.00 | $268.00 | $295.00 | $335.00 |

Single copies: $24.00 each.

**Microfiche editions:** *The Journal of the Acoustical Society of America* is published simultaneously in microfiche and hard copy. Prices of microfiche editions are the same as hard copy.

**Back Numbers:** Yearly rate (when complete year is available) beginning with Volume 29 (1957): $240.00. Volumes 1–28: $24.00 per issue. All back numbers are available on microfiche.

*The Journal of the Acoustical Society of America* (ISSN: 0001-4966) is published monthly by the American Institute of Physics for the ASA. Second class postage paid at Woodbury, NY and at additional mailing offices.

**Subscriptions, renewals, address changes, and single-copy o ders** should be addressed to: *Subscription Fulfillment Division, Ame can Institute of Physics, 335 East 45th St., New York, NY 10017.* All at least six weeks advance notice. For address changes please se both old and new addresses, and, if possible, include a mailing lal from the wrapper of a recent issue. For your convenience a **change address form is included in every issue of *Physics Today;* plea use it.** Requests from subscribers for missing journal issues will honored without charge only if received within six months of the issue actual date of publication; otherwise, the issue may be purchased at t single-copy price. (AIP Headquarters are located at 335 East 45th S New York, NY 10017; Subscription Fulfillment offices are located at 5 Sunnyside Blvd., Woodbury, NY 11797.)

**Microfilm, editions** of complete volumes of the *Journal of th Acoustical Society of America* are available on 16 and 35 mm. Th *Journal of the Acoustical Society of America* also appears on a month basis in *Current Physics Microform* (CPM) along with 26 other journa published by the American Institute of Physics and its member soc eties. A *Microfilm Catalog* is available on request. This journal is i dexed quarterly in *Current Physics Index*, a subject and author inde (with abstracts) to all journals published by AIP and its member soc eties.

# CONTENTS

| | Page |
|---|---|
| Calendar | viii |
| Schedule of Technical Sessions | xiii |
| Meeting Information | xiv |
| Dates of Future Meetings | xviii |
| Map of Austin, Texas | xxii |
| Map of Texas Heritage Center | xxiv |
| Map of Meeting Rooms, Conference Center | xxvi |
| Map of Meeting Rooms, Villa Capri Hotel | xxviii |
| 25- and 50-year Members | xxx |
| Technical Sessions A–F, Tuesday Morning | S1 |
| Technical Sessions G–M, Tuesday Afternoon | S16 |
| Technical Sessions N–S, Wednesday Morning | S32 |
| Plenary Session, Wednesday Morning | S42 |
| Technical Sessions T–Z, Wednesday Afternoon | S43 |
| Barbecue, Wednesday Evening | S57 |
| Technical Sessions AA–GG, Thursday Morning | S58 |
| Technical Sessions HH–MM, Thursday Afternoon | S73 |
| Technical Sessions NN–TT, Friday Morning | S88 |
| Technical Sessions UU–WW, Friday Afternoon | S103 |
| Author Index to Abstracts | S109 |
| Sustaining Members | S113 |
| Application Forms | S115 |
| Regional Chapters | S120 |

CODEN: JACSCV
(for Suppl. 1 only)

Suppl. 1: Program of the 109th Meeting
Acoustical Society of America

ISSN: 0163-096
(for Suppl. 1 onl

# THE JOURNAL of the Acoustical Society of America

**EDITOR–IN–CHIEF:** R. Bruce Lindsay

**Submit manuscripts** (3 copies) of articles and letters to the **Associate Editor** having cognizance of the subject-matter field of the paper as listed below and in the Classification of Subjects printed in the last (index) issue of each volume. Please do not send them to the Editor in-Chief or to the American Institute of Physics.

**ASSOCIATE EDITORS**

**General Linear Acoustics** (PACS 43.20)
J.E. Greenspon, J G Engineering Research, 3831 Menlo Dr., Baltimore, MD 21215

**Nonlinear Acoustics, Macrosonics** (PACS 43.25)
M.A. Breazeale, Department of Physics, University of Tennessee, Knoxville, TN 37996-1200

**Aeroacoustics, Atmospheric Sound** (PACS 43.28)
E.H. Brown, Cooperative Inst. for Research in Environmental Science (CIRES), Univ. of Colorado, Boulder, CO 80309

**Underwater Sound** (PACS 43.30)
C. W. Horton, Sr., Applied Research Laboratories, The Univ. of Texas at Austin, P. O. Box 8029, Austin, TX 78713-8029

**Ultrasonics, Quantum Acoustics and Physical Effects of Sound** (PACS 43.35)
H. E. Bass, Physical Acoustics Res. Lab., Dept. of Physics and Astronomy, Univ. of Mississippi, University, MS 38677

**Mechanical Vibrations and Shock** (PACS 43.40)
P.J. Remington, Bolt Beranek and Newman Inc., 50 Moulton St., Cambridge, MA 02138

**Vibrations of Plates and Shells** (PACS 43.40)
A. Kalnins, Department of Mechanical Engineering and Mechanics, Lehigh University, Bethlehem, PA 18015

**Random Vibration** (PACS 43.40)
T.I. Šmits, TRW Defense and Space Systems Group, Washington Operations, 7600 Colshire Dr., McLean, VA 22102

**Noise, Its Effects and Control** (PACS 43.50)
F. M. Kessler, 31 Shady Lane, Bound Brook, NJ 08805

**Architectural Acoustics** (PACS 43.55)
R. M. Guernsey, Cedar Knolls Acoustical Laboratories, 9 Saddle Rd., Cedar Knolls, NJ 07927

**Acoustic Signal Processing** (PACS 43.60)
W.A. Von Winkle, Naval Underwater Systems Center, New London Laboratory, Code 10, New London CT 06320

**Physiological Acoustics** (PACS 43.63)
J.F. Brugge, University of Wisconsin, 627 Waisman Center, 1500 Highland Ave., Madison, WI 53705-2280

**Psychological Acoustics** (PACS 43.66B,D,F,G,L,M,N,P,Q,R,Y)
R.D. Sorkin, Department of Psychological Sciences, Purdue University, West Lafayette, IN 47907

**Psychological Acoustics** (PACS 43.66B,C,E,G,H,J,K,L,M,S,T, V,W,Y)
W. D. Ward, 2630 University Ave. S. E., Minneapolis, MN 55414

**Speech Production** (PACS 43.70)
B. H. Repp, Haskins Laboratories, 270 Crown St., New Haven, CT 06510

**Speech Perception** (PACS 43.71)
B. H. Repp, Haskins Laboratories, 270 Crown St., New Haven, CT 06510

**Speech Processing** (PACS 43.72)
P. Mermelstein, Bell Northern Research 3, Place du Commerce, Nun's Island, Verdun, Quebec, Canada H3E 1H6

**Music and Musical Instruments** (PACS 43.75B,M,N,P,T,W)
R.W. Young, 1696 Los Altos Road, San Diego, CA 92109

**Music and Musical Instruments** (PACS 43.75C,D,E,F,H,K Q,Y)
A. H. Benade, Case Western Reserve University, Clevelar OH 44106

**Bioacoustics** (PACS 43.80)
F. Dunn, Bioacoustics Lab., Dept. of Electrical Engineeri 1406 W. Green St., University of Illinois, Urbana, IL 61801

**Acoustical Measurement and Instrumentation** (PACS 43.8
S. L. Ehrlich, Submarine Signal Div., Raytheon Co., P.O. B 360, Portsmouth, RI 02871

**Transduction; Acoustical Devices for the Generation and Reproduction of Sound** (PACS 43.88)
S. L. Ehrlich, Submarine Signal Div., Raytheon Co., P.O. B 360, Portsmouth, RI 02871

**References to Contemporary Papers on Acoustics** (PA 43.10)
F.E. White, Physics Department, Boston College, Chestnut H MA 02167
D.C. Teas, Department of Speech, University of Florida, Gainesville, FL 32601

**Technical Notes and Research Briefs**
R.H. Nichols Jr., Physics Dept., Code 61/No, Naval Postgrad ate School, Monterey, CA 93943

**Acoustical News—USA**
R.V. Waterhouse, Code 1940, David W. Taylor Naval SI R&D Ctr., Bethesda, MD 20084

**Acoustical News from Abroad**
W.G. Mayer, Physics Department, Georgetown University, Washington, DC 20057

**Standards News, Standards** (PACS 43.15)
A. Brenig, Standard Secretariat, Acoustical Society of Americ 335 E. 45th St., New York, NY 10017
W.A. Yost, Parmly Hearing Institute, Loyola University, Chicago, IL 60626

**Patents** (PACS 43.10K)
D. W. Martin, Baldwin Piano and Organ Company, 1801 Gilbert Ave., Cincinnati, OH 45202

**Analytic Subject Index; Book Reviews** (PACS 43.10H)
R.B. Lindsay, Brown University, Providence, RI 02912

EDITORIAL ASSISTANTS AT AIP: Rosalind Nissim, Editorial Supervisor; (JASA) Janis Bennett, Chief Copy Editor; Don Boucher, Senior Copy Editor; Connie Nedohon, Susan Wals Copy Editors; (RCPA) Lin Miller, Chief Copy Editor

# CALENDAR: 8–12 April 1985

109th Meeting of the Acoustical Society of America
Joe C. Thompson Conference Center
The University of Texas at Austin
Austin, Texas

## MONDAY MORNING, 8 APRIL 1985

9:00 Executive Council. Villa Capri, Childress Room

9:00 ANSI S3-48 (Hearing Aids). Villa Capri, Navarro Room

## MONDAY AFTERNOON, 8 APRIL 1985

3:00 ASACOS Steering Committee. Villa Capri, Green Room

4:00 Registration. Villa Capri, Sherman Room

4:30 Technical Council. Villa Capri, McKinney Room

## MONDAY EVENING, 8 APRIL 1985

7:30 ASA Committee on Standards (ASACOS). Villa Capri, Childress Room

## TUESDAY MORNING, 9 APRIL 1985

7:45 Registration. Thompson Conference Center Lobby

9:00 A. **Noise I and Coordinating Committee on Environmental Acoustics (CCEA): (1) Where Do We Stand on Standards on Noise? (2) Airport and Traffic Noise.** Room 3-120

8:45 B. **Physical Acoustics I: Solids.** Room 3-122

8:30 C. **Physiological Acoustics I and Psychological Acoustics I: Anatomy, Physiology, and Information Processing in the Central Auditory Pathway.** LBJ Auditorium

8:45 D. **Speech Communication I: Vowel Perception, Lexical Access.** Room 1-110

8:30 E. **Speech Communication II: Analysis, Synthesis, and Recognition.** Room 2-120

8:45 F. **Underwater Acoustics I: Propagation.** Room 3-102

## TUESDAY AFTERNOON, 9 APRIL 1985

12:15 Editorial Board Luncheon Meeting. Villa Capri, McKinney Room

1:30 Committee on Meetings. Villa Capri, Childress Room

2:00 G. **Engineering Acoustics I: Transducers.** Room 3-122

2:00 H. **Noise II: Legal, Economic, and Beneficial Aspects of Noise Control.** Room 3-120

2:00 I. **Physical Acoustics II: Fluids.** Room 2-120

2:00 J. **Physiological Acoustics II and Psychological Acoustics II: Anatomy, Physiology, and Information Processing in the Central Auditory Pathway (cont'd).** LBJ Auditorium

1:30 K. **Shock and Vibration I: Structural Acoustics.** Room 2-122

1:30 L. **Speech Communication III: Segment and Feature Perception.** Room 1-110

2:00 M. **Underwater Acoustics II: Reflection, Random Media, and Nonlinear Acoustics.** Room 3-102

4:00 Coordinating Committee on Environmental Acoustics (CCEA). Villa Capri, McKinney Room

## TUESDAY EVENING, 9 APRIL 1985

5:30 Buffet Social Hour. Thompson Conference Center, Dining Room and Patio

6:30 S12-23 (Determination of Sound Power). Villa Capri, Ney Room

6:30 Technical Committee on Underwater Acoustics (Open Meeting). Villa Capri, Childress Room

7:00 Technical Committee on Psychological and Physiological Acoustics (Open Meeting). Villa Capri, Club Room

7:30 Technical Committee on Architectural Acoustics (Open Meeting). Villa Capri, Green Room

7:30 Technical Committee on Shock and Vibration (Open Meeting). Villa Capri, McKinney Room

7:30 Joint Meeting of the Technical Committees on Physical Acoustics and Underwater Acoustics (Open Meeting—Special Invited Paper). Villa Capri, Childress Room

8:00 Technical Committee on Physical Acoustics (Open Meeting). Villa Capri, Sherman Room

## WEDNESDAY MORNING, 10 APRIL 1985

7:00 Long Range Planning Committee Breakfast Meeting. Villa Capri, McKinney Room

7:45 Registration, Thompson Conference Center Lobby

9:00 S3-39/S2 (Human Exposure to Mechanical Vibration and Shock). Villa Capri, Childress Room

8:00 N. **Architectural Acoustics I and Noise III: Workshop on Low-Frequency Acoustics of Enclosed Spaces.** Room 3-120

9:00 O. **Musical Acoustics I: Modal and Finite Element Analysis Applied to Musical Instruments.** Room 2-120

8:45 P. **Physical Acoustics III: Chaos and Cavitation.** Room 3-122

8:00 Q. **Psychological Acoustics III: Pitch Perception, Frequency Discrimination, and Perception of Complex Sounds.** Room 2-102

8:00 R. **Speech Communication IV: Intonation and Stress.** Room 1-110

8:45 S. **Underwater Acoustics III: Sediment Acoustics.** Room 3-102

11:00 **Plenary Session.** Bates Recital Hall (in Music Recital Hall)

## WEDNESDAY AFTERNOON, 10 APRIL 1985

12:15 Special Fellowships Committee Luncheon Meeting. Villa Capri, Sherman Room

12:15 Committee on Regional Chapters Luncheon Meeting. Villa Capri, McKinney Room

12:15 Medals and Awards Committee Luncheon Meeting. Villa Capri, Childress Room

12:15 Membership Committee Luncheon Meeting. Villa Capri, Green Room

2:00 T. **Engineering Acoustics II: Underwater Flow Noise.** Room 3-120

2:00 U. **Musical Acoustics II: Modal and Finite Element Analysis Applied to Musical Instruments (cont'd).** Room 2-120

2:00 V. **Physical Acoustics IV: Nonlinear Acoustics.** Room 3-122

2:00 W. **Physiological Acoustics III and Psychological Acoustics IV: Masking, Lateralization, and Pitch—A Session Honoring Lloyd A. Jeffress.** Room 2-102

2:00 X. **Shock and Vibration II and Bioresponse to Vibration I: Physiological Aspects of Vibrotaction.** Room 3-102

2:00 Y. **Speech Communication V: Rhythm, Timing, and Segment Duration.** Room 1-110

2:00 Z. **Underwater Acoustics IV: Arctic Acoustics.** Room 2-122

2:30 S2/TAG TC108 (Mechanical Shock and Vibration). Villa Capri, Sherman Room

## WEDNESDAY EVENING, 10 APRIL 1985

6:00 Buses to Texas Heritage Center (see map page xxiv) for Social Hour and Barbecue

## THURSDAY MORNING, 11 APRIL 1985

7:45 Registration. Thompson Conference Center Lobby

9:00 AA. **Engineering Acoustics III: Sirens, Waves, and Systems.** Room 3-122

9:00 BB. **Physical Acoustics V: Theoretical and Computational Problems.** Room 2-122

8:15 CC. **Psychological Acoustics V: Detection, Discrimination, and Loudness Perception.** Room 2-102

8:45 DD. **Physiological Acoustics IV: Auditory Evoked and Steady-State Responses.** Room 2-120

9:00 EE. **Shock and Vibration III and Bioresponse to Vibration II: Bioresponse to Vibrotaction: Effects and Models.** Room 3-102

8:00 FF. **Speech Communication VI: Prediction of Speech Discrimination in the Hearing Impaired.** LBJ Auditorium

9:00 GG. **Underwater Acoustics V: Signal Processing.** Room 1-110

9:30 S12 (Noise) and TAG TC 43/SC1. Villa Capri, Childress Room

## THURSDAY NOON, 11 APRIL 1985

12:00 **Education in Acoustics: Exercises in Acoustical Measurements.** Room 3-120

## THURSDAY AFTERNOON, 11 APRIL 1985

12:15 Patent Reviewers Luncheon Meeting. Villa Capri, McKinney Room

1:30 S3/S1 Joint Meeting and TAG TC 43 and TC 29. Villa Capri, Childress Room.

1:30 HH. **Musical Acoustics III: Real-Time Music Synthesizers.** Room 2-120

1:30 II. **Noise IV: General Noise Control.** Room 3-122

2:00 JJ. **Physical Acoustics VI and Underwater Acoustics VI: Target Physics.** Room 3-102

2:00 KK. **Physiological Acoustics V and Psychological Acoustics VI: Speech-Signal Specification and Processing, and Cochlear Prostheses.** Room 2-102

1:15 **LL. Physiological Acoustics VI and Psychological Acoustics VII: Susceptibility, TTS, and Noise Effects; Localization and Bioacoustics.** Room 3-120

1:20 **MM. Speech Communication VII: Speech Production.** Room 1-110

4:00 Committee on Education in Acoustics (Open Meeting). Villa Capri, McKinney Room

## THURSDAY EVENING, 11 APRIL 1985

5:30 Buffet Social Hour: Thompson Conference Center, Dining Room and Patio

7:00 Technical Committee on Musical Acoustics (Open Meeting). Villa Capri, Childress Room

7:30 Technical Committee on Noise (Open Meeting). Villa Capri, Green Room

7:30 Technical Committee on Engineering Acoustics (Open Meeting). Villa Capri, McKinney Room

7:30 Technical Committee on Bioresponse to Vibration (Open Meeting). Villa Capri, Sherman Room

7:30 Technical Committee on Speech Communication (Open Meeting). Villa Capri, Club Room

## FRIDAY MORNING, 12 APRIL 1985

7:00 Technical Council Breakfast Meeting. Villa Capri, Green Room

7:45 Registration. Thompson Conference Center Lobby

8:30 **NN. Architectural Acoustics II: Theatres for Drama Performance: Recent Experiences in Acoustical Design—Poster Session.** Villa Capri, Navarro/McKinney Rooms

9:00 **OO. Musical Acoustics IV: Contributed Papers.** Room 2-122

9:00 **PP. Physical Acoustics VII: Atmospheric Sound.** Room 3-122

8:00 **QQ. Physiological Acoustics VII: Diverse Approaches to Studying the Auditory System.** Room 2-120

8:00 **RR. Psychological Acoustics VIII: Speech Perception, Discrimination, and Training; Amplification Schemes; Vibrotactile Devices; and Auditory Consequences of Central Nervous System Anomalies.** Room 2-102

8:20 **SS. Speech Communication VIII: Articulatory Dynamics and Coarticulation.** Room 1-110

9:00 **TT. Underwater Acoustics VII: Scattering.** Room 3-120

10:30 Executive Council Luncheon Meeting. Villa Capri, Green Room

## FRIDAY AFTERNOON, 12 APRIL 1985

1:00 **UU. Physical Acoustics VIII and Engineering Acoustics IV: Laser-Induced Sound.** Room 3-120

1:00 **VV. Physiological Acoustics VIII and Psychological Acoustics IX: Instrument Calibration, Measurement Procedures, and Amplification Techniques for Hearing Aids.** Room 2-120

1:30 **WW. Speech Communication IX: Intelligibility and Performance of the Hearing Impaired.** Room 1-110

FRIDAY AFTERNOON, 12 APRIL 1985 ROOM 2-120, 1:00 TO 2:20 P.M.

# Session VV. Physiological Acoustics VIII and Psychological Acoustics IX: Instrument Calibration, Measurement Procedures, and Amplification Techniques for Hearing Aids

Larry N. Robinette, Chairman

*Audiology Research Program, Dorn Veterans Administration Hospital, Columbia, South Carolina 29201*

**Chairman's Introduction—1:00**

## *Contributed Papers*

**1:05**

**VV1. "Representing" inherently variable quantities: The artificial mastoid and other acoustical calibrators.** Edith L. R. Corliss (Forest Hills Laboratory, 2955 Albemarle Street, NW, Washington, DC 20008)

Because human beings vary widely in their physical attributes, one often must describe a representative individual for the purpose of calibration and specifications. A common procedure is to summarize the median or mean at specific audiofrequencies of determinations made at those frequencies. Less commonly, parameters for each individual are derived, and median parameters taken for the group. The choice of alternative reduction processes yields significant differences. This is illustrated by reducing the same measured data by both alternative procedures. At least, the load the human head presents to a bone vibrator has a specified plane of contact, and can be represented by lumped parameters. However, similar problems exist for representations of the external ear and ear canal, where the load approximates a transmission line. Diffraction patterns about the ear, head, and body present comparable problems. Feasible processes for reducing the systematic errors will be discussed. [Access to National Bureau of Standards data and statistical advice is acknowledged with thanks.]

**1:20**

**VV2. Effect of measurement parameters on acoustic reflex thresholds.** Larry N. Robinette and David J. Thompson (Audiology Research Program (151B), Dorn Veterans Hospital, Columbia, SC 29201)

Estimates of acoustic reflex thresholds (ARTs) may differ by 5 dB or more between lowest ("best") and highest reported values. These discrepancies are likely due to differences in measurement characteristics (sensitivity, probe tone level, display mode, and temporal response) of acoustic immittance instruments in addition to criteria used for judgment of threshold and normal threshold variability. Continued development of ART measurement methods for clinical evaluation is hampered by such disparities. We therefore studied the effects of selected measurement parameters on ARTs. Contralateral acoustic-reflex thresholds were measured in ten subjects with normal hearing sensitivity using a digital acoustic-immittance instrument that allowed discrete changes in measurement parameters. In the first experiment, probe microphone sensitivity was varied in four steps from low to high values, in the second experiment probe tone (226 Hz) level was varied from 72 to 84 dB in 4-dB steps, and in the third experiment effective measurement time constant was varied from 8.8 to 141.6 ms in 8.8-ms steps. Three independent judgments of ARTs were made from plots of responses to a 1000-Hz tone and broadband noise and means of the judgments were used for analysis. Results indicate that instrument measurement parameters can affect ARTs and should be accounted for. [Research supported by Rehabilitation Research and Development Service of the Veterans Administration.]

**1:35**

**VV3. Programmable artificial ear incorporating desk-top scientific computer.** William A. Kennedy (Martin Marietta Corp., P. O. Box 179, Denver, CO 80201) and David P. Egolf (Department of Electrical Engineering, University of Wyoming, Laramie, WY 82071)

Sound-pressure recordings made in real-ear simulators are more realistic than those made in 2-cc couplers. Unfortunately, most real-ear simulators (1) require factory calibration and (2) were designed to simulate only the mean acoustic impedance of normal adult ears. Due to variability of ear-canal geometry and eardrum impedance among subjects, the statistical possibility of any one subject exhibiting such "mean" characteristics—especially if that subject has a conductive pathology—is very remote. Reported herein is the development of a programmable artificial ear (PAE) which (1) requires no factory calibration and (2) can be programmed to account for individual variations in source impedance, ear-canal geometry, and eardrum impedance. The PAE consists of a 2-cc coupler, microphone, amplifier, and desk-top scientific computer, equipment which is included in most laboratory/clinic inventories. Sound pressures recorded in the 2-cc coupler are adjusted via the computer to what they would have been had the recordings been made in a particular subject's ear. Good agreement has been obtained between PAE data and real-ear simulator measurements.

**1:50**

**VV4. Open-loop transfer function simulation as a means for understanding acoustic feedback in hearing aids.** David P. Egolf and Brett T. Haley (Department of Electrical Engineering, University of Wyoming, Laramie, WY 82071)

The "squeal" of unstable acoustic feedback in hearing aids occurs when Nyquist's stability criterion involving the system's open-loop transfer function (OLTF) has been violated. To understand the causes and possible remedies of unstable feedback in hearing aids, one must first investigate the OLTF of such a system. Reported herein is a scheme for simulating, on the computer, the OLTF of an eyeglass-type hearing aid. This scheme consists of taking the serial product of two-port network models of the various components which transduce, amplify, and transmit sound to the eardrum. These components are (in order) the microphone, amplifier, receiver, sound tubes leading to the eardrum, earmold vent, and external pathway from the vent exit back to the microphone. Computer simulations were compared with laboratory measurements of the OLTF. These were obtained by applying an electrical signal to the amplifier input and simultaneously monitoring electrical output of the hearing-aid microphone. Computer results and experimental data followed the same trends but differed by as much as 6 dB at one frequency.

**2:05**

**VV5. Electronic cancellation of acoustic feedback to increase hearing-aid stability.** Kim A. Weaver and David P. Egolf (Department of Electrical Engineering, University of Wyoming, Laramie, WY 82071)

The acoustic feedback which causes a hearing aid to become unstable at high gains is effectively reduced by the addition of negative electrical feedback. Electrical feedback is formed by a system estimator which closely matches the open-loop transfer function of an *in situ* hearing aid. The system estimator is produced by correlating the estimator signal with the hearing-aid signal. Because the estimator does not affect the characteristics of the hearing aid, speech intelligibility is not degraded by this feedback suppression circuit as it is by most other schemes. Thus 10 to 15 dB of additional stable gain have been achieved through the use of stabilizing negative electrical feedback.