Exhibit D



EXHIBIT
209
Weaver

# THE JOURNAL

## of the

# Acoustical Society of America

Supplement 1, Vol. 77, Spring 1985



Program of the
109th Meeting

Joe C. Thompson Conference Center
The University of Texas at Austin
Austin, Texas
8–12 April 1985

Defendants Trial
Exhibit

DX-962

Civil Action no. 05-422

Table of Contents on p. v

Published by the American Institute of Physics for the Acoustical Society of America

EGOLF 02173        OTI  007442

FRIDAY AFTERNOON, 12 APRIL 1985                    ROOM 2-120, 1:00 TO 2:20 P.M.

Session VV. Physiological Acoustics VIII and Psychological Acoustics IX: Instrument Calibration,
Measurement Procedures, and Amplification Techniques for Hearing Aids

Larry N. Robinette, Chairman
*Audiology Research Program, Dorn Veterans Administration Hospital, Columbia, South Carolina 29201*

Chairman's Introduction—1:00

*Contributed Papers*

**1:05**

VV1. "Representing" inherently variable quantities: The artificial
mastoid and other acoustical calibrators. Edith L. R. Corliss (Forest
Hills Laboratory, 2955 Albemarle Street, NW, Washington, DC 20008)

Because human beings vary widely in their physical attributes, one
often must describe a representative individual for the purpose of calibra-
tion and specifications. A common procedure is to summarize the median
or mean at specific audiofrequencies of determinations made at those fre-
quencies. Less commonly, parameters for each individual are derived, and
median parameters taken for the group. The choice of alternative reduc-
tion processes yields significant differences. This is illustrated by reducing
the same measured data by both alternative procedures. At least, the load
the human head presents to a bone vibrator has a specified plane of con-
tact, and can be represented by lumped parameters. However, similar
problems exist for representations of the external ear and ear canal, where
the load approximates a transmission line. Diffraction patterns about the
ear, head, and body present comparable problems. Feasible processes for
reducing the systematic errors will be discussed. [Access to National Bu-
reau of Standards data and statistical advice is acknowledged with
thanks.]

**1:20**

VV2. Effect of measurement parameters on acoustic reflex thresholds.
Larry N. Robinette and David J. Thompson (Audiology Research
Program (151B), Dorn Veterans Hospital, Columbia, SC 29201)

Estimates of acoustic reflex thresholds (ARTs) may differ by 5 dB or
more between lowest ("best") and highest reported values. These discre-
pancies are likely due to differences in measurement characteristics (sensi-
tivity, probe tone level, display mode, and temporal response) of acoustic
immittance instruments in addition to criteria used for judgment of
threshold and normal threshold variability. Continued development of
ART measurement methods for clinical evaluation is hampered by such
disparities. We therefore studied the effects of selected measurement pa-
rameters on ARTs. Contralateral acoustic-reflex thresholds were mea-
sured in ten subjects with normal hearing sensitivity using a digital acous-
tic-immittance instrument that allowed discrete changes in measurement
parameters. In the first experiment, probe microphone sensitivity was
varied in four steps from low to high values, in the second experiment
probe tone (226 Hz) level was varied from 72 to 84 dB in 4-dB steps, and in
the third experiment effective measurement time constant was varied
from 8.8 to 141.6 ms in 8.8-ms steps. Three independent judgments of
ARTs were made from plots of responses to a 1000-Hz tone and broad-
band noise and means of the judgments were used for analysis. Results
indicate that instrument measurement parameters can affect ARTs and
should be accounted for. [Research supported by Rehabilitation Research
and Development Service of the Veterans Administration.]

**1:35**

VV3. Programmable artificial ear incorporating desk-top scientific
computer. William A. Kennedy (Martin Marietta Corp., P. O. Box 179,
Denver, CO 80201) and David P. Egolf (Department of Electrical
Engineering, University of Wyoming, Laramie, WY 82071)

A programmable artificial ear (PAE) has been developed. Measured

Sound-pressure recordings made in real-ear simulators are more real-
istic than those made in 2-cc couplers. Unfortunately, most real-ear simu-
lators (1) require factory calibration and (2) were designed to simulate only
the mean acoustic impedance of normal adult ears. Due to variability of
ear-canal geometry and eardrum impedance among subjects, the statisti-
cal possibility of any one subject exhibiting such "mean" characteristics—
especially if that subject has a conductive pathology—is very remote. Re-
ported herein is the development of a programmable artificial ear (PAE)
which (1) requires no factory calibration and (2) can be programmed to
account for individual variations in source impedance, ear-canal geome-
try, and eardrum impedance. The PAE consists of a 2-cc coupler, micro-
phone, amplifier, and desk-top scientific computer, equipment which is
included in most laboratory/clinic inventories. Sound pressures recorded
in the 2-cc coupler are adjusted via the computer to what they would have
been had the recordings been made in a particular subject's ear. Good
agreement has been obtained between PAE data and real-ear simulator
measurements.

**1:50**

VV4. Open-loop transfer function simulation as a means for
understanding acoustic feedback in hearing aids. David P. Egolf and
Brett T. Haley (Department of Electrical Engineering, University of
Wyoming, Laramie, WY 82071)

The "squeal" of unstable acoustic feedback in hearing aids occurs
when Nyquist's stability criterion involving the system's open-loop trans-
fer function (OLTF) has been violated. To understand the causes and
possible remedies of unstable feedback in hearing aids, one must first
investigate the OLTF of such a system. Reported herein is a scheme for
simulating, on the computer, the OLTF of an eyeglass-type hearing aid.
This scheme consists of taking the serial product of two-port network
models of the various components which transduce, amplify, and trans-
mit sound to the eardrum. These components are (in order) the micro-
phone, amplifier, receiver, sound tubes leading to the eardrum, earmold
vent, and external pathway from the vent exit back to the microphone.
Computer simulations were compared with laboratory measurements of
the OLTF. These were obtained by applying an electrical signal to the
amplifier input and simultaneously monitoring electrical output of the
hearing-aid microphone. Computer results and experimental data fol-
lowed the same trends but differed by as much as 6 dB at one frequency.

**2:05**

VV5. Electronic cancellation of acoustic feedback to increase hearing-aid
stability. Kim A. Weaver and David P. Egolf (Department of Electrical
Engineering, University of Wyoming, Laramie, WY 82071)

The acoustic feedback which causes a hearing aid to become unstable
at high gains is effectively reduced by the addition of negative electrical
feedback. Electrical feedback is formed by a system estimator which
closely matches the open-loop transfer function of an *in situ* hearing aid.
The system-estimator signal is produced by correlating the estimator signal with
the hearing-aid signal. Because the estimator does not affect the charac-
teristics of the hearing aid, speech intelligibility is not degraded by this
feedback suppression circuit as it is by most other schemes. Thus 10 to 15
dB of additional stable gain has been achieved through the use of stabiliz-
ing negative electrical feedback.

EGOLF 02174          OTI 007443

# AUTHOR INDEX

to papers presented at

The 109th Meeting of the Acoustical Society of America

Abbs, James H.—SS14
Abdula, C.—WW8
Adler, Laszlo—B6, B7, B11
Ahroon, Wilaim A.—DD2, LL6
Albanese, Carl J.—Z5
Albers, F. W. J.—QQ7
Ali, Manaf—UU5
Alipour, Fariborz—MM15
Allen, George D.—E9
Allik, Henno—BB2
Amador Hernandez, Mariscela—D14
Anastae, Jon—MM9
Ambrosiano, John—M11
Anderson, Aubrey L.—M1
Anderson, Roger N.—S5
Anderson, Samuel W.—R6
Antonanzas-Barroso, Norma—MM8
Apfel, Robert E.—Chairman I, I11, I12
Archibald, Frank—K1
Arehole, Shalini—DD5
Aronson, Joy—Y8
Arnold, Sally A.—DD2
Ashford, Nicholas A.—H3
Asp, Carl W.—RR1, WW8
Ayers, R. Dean—OO8, OO9

Baade, Peter K.—A4
Badiey, Mohsen—S1, S2
Baer, Thomas—MM10, WW7
Baker, Steven R.—I8
Bakewell, Henry P., Jr.—T2
Ball, Susan—R1
Baran, Jane A.—RR11
Barnatz, M.—I7
Barna, B. A.—AA10
Barnwell, T. P., III—WW2
Barrett-Gultepe, M. A.—I14
Barron, Michael F. E.—NN2
Bartkova, Katarina—Y10
Bashford, James A., Jr.—Chairman Y, Y1
Bass, Henry E.—V1, UU5
Beson, Sara—Y14
Batra, G.—BB12
Baum, Shari R.—D6
Beckman, Mary E.—R3
Bedard, A. J., Jr.—PP4, PP5, PP6
Beddor, Patrice S.—D7, D8
Bedford, Anthony—Chairman B, S3, S4, BB12
Bell, Theodore—FF1, FF4
Bell-Berti, Fredericka—SS10
Beller, L. S.—AA10
Ben Salem, M. Moogi—OO8
Benade, A. H.—NN1, OO11
Benwell, Deirdre A.—H6
Beran, Mark J.—TT4

Berger, Elliott H.—I14
Berkovitz, R.—CC2
Berlage, E. J.—Q13
Berngardt, A. R.—P2
Bernhard, R. J.—A2
Bernstein, Leslie R.—W9
Bernstein, Lynne E.—RR9
Berthelot, Yves H.—UU2
Besov, A. S.—P2
Besho, Y.—E14
Bickley, C. A.—MM12
Bies, David A.—N2
Bilger, Robert C.—CC4, FF6, QQ11
Birchall, John P.—CC10
Birdsall, T.—Z9
Bishop, Garner C.—Z5
Bittner, A. C., Jr.—EE4
Blackstock, D. T.—V7
Blake, William K.—T6
Bolanowski, S. J., Jr.—X1
Bolen, Lee N.—V1
Bolland, Ken—BB11
Bolton, J. S.—AA8
Bond, Z. S.—Chairman L, L7, Y4
Boner, Richard E.—Cochairman NN
Boothroyd, Arthur—WW9, WW10, WW11
Borden, Gloria J.—Y8
Borzone de Manrique, Ana Maria—R9
Bostian, David A.—T7
Botsea, George—Z4
Boves, Louis—E6, MM14
Bradley, J. S.—NN3
Bradley, Marshall R.—F7
Braida, Louis D.—D3, Y13, FF2, KK1, KK2, RR8
Brammer, A. J.—EE1
Branch, G. H.—Z8
Breazeale, M. A.—V3
Brekke, Bjoern—GG2
Brill, D.—B13
Brill, Michael H.—GG3
Brod, K.—BB1
Brooke, Gary H.—F2
Brown, Michael G.—Chairman M, BB10
Browning, David G.—F6, Z4
Brubeker, Brad S.—Y1
Bruce, R. D.—B5
Brunson, Buelie A.—F7
Bucker, Homer P.—GG10
Buckley, Richard—M12
Buell, Thomas N.—W7
Builting, Harry—E6
Bunker, S. S.—PP4, PP7
Bunnell, H. Timothy—WW5
Burke, J.—RR2
Burke, Shawn—V13
Burns, Edward M.—QQ14
Burroughs, C. B.—K8, T7

Busch-Vishniac, Ilene J.—G2, G4, G5, UU2
Busse, Lu Ann—RR3
Bustamante, D. K.—KK2
Buus, Søren—W3

Caligiuri, Michael P.—SS14
Campanella, Angelo J.—A7
Candau, S. J.—M6
Cannito, Michael P.—MM17, MM18
Cant, Neil Beatty—C2
Cantrell, John H., Jr.—V8, V14
Carey, William M.—F7
Carney, Arlene E.—CC4, Chairman WW
Carre, Reno—MM11
Carrell, Thomas D.—E5
Carroll, G. P.—AA2
Champlin, Craig A.—LL4
Chamuel, Jacques R.—F2
Chan, Joseph C. K.—QQ8
Chang, Mark—G4
Chapman, David M. F.—M4
Chapman, R.—F9
Charles-Luce, Jan—L14, MM2
Chase, David M.—T3
Chen, W.—I12
Cheng, Alex—FF2
Chin-Bing, Stanley A.—Chairman Z
Ching, Yuk Ching—R12
Cho, Whang—G2
Christopherson, Frank D.—Q2
Clark, Joseph A.—I15, AA2
Cohen, Annabel J.—OO4
Cohen, Jordan R.—Chairman E
Cohen, M. H.—SS6, SS7
Cohen, Marion F.—W4
Cokely, Jeffrey A.—CC7
Colburn, H. Steven—W6
Collins, M. J.—RR5
Consegys, Thomas H.—QQ1, QQ2
Connors, Donald N.—Z4
Copeland, James E.—B11
Corbett, Scott S., III—AA3
Corliss, Edith L. R.—VV1
Costahpez, J. A.—Q8
Costley, Dan—S4
Cottine, Bertram Robert—H2
Cranen, Bert—MM14
Crawford, Robert E., Jr.—HH7
Crighton, David G.—T4, Chairman V, V11
Crouch, Robert W.—Chairman II
Crum, Lawrence—Chairman P, F4
Cudahy, Edward A.—CC9
Cullen, John K.—CC3
Cummings, W. C.—Z10
Cuomo, Frank W.—G10
Curtis, W. D.—V12
Cutler, Anne—R8

Daly, D. D.—WW15
Daly, D. M.—WW15
Danhauer, Jeffrey L.—RR1, RR2, WW8
Daniloff, Raymond—D13, Y15
Dardy, Henry D.—K2
Darwin, C. J.—KK5
Davy, Kent—JJ4
Deane, G. B.—F10
Davenport, R. L.—Z6
DeFerrari, H. A.—M9
DeFosse, Carlton O.—RR12
DeMott, John E.—QQ1
Deutsch, Diana—Q1
Diehl, Randy L.—L6, L11
Dillon, Donald—R6
DiMarco, J.S.—BB3
Di Napoli, F. R.—Z6
Dinnsen, Daniel A.—MM3
Dirks, Donald D.—FF1, FF4
Dittmar, James H.—I17
Dixit, R. Prakash—SS10
Dixon, Daniel N.—F11
Dolson, Mark—Q1
Donahue, Amy—RR6
Doodeman, Gert J.—R10
Dorman, Michael F.—FF7
Doyle, P.—RR2
Dozier, Lewis B.—Chairman TT
Dragonette, L. R.—JJ2
Drane, J. W.—WW15
Du, Gonghuan—V3
Dubno, Judy R.—KK3
Dubois, Paul F.—V2
Dudley, J. Duane—OO7
Durlach, Nathaniel I.—W6, Y13, FF2, KK1, RR8
Dwyer, Roger F.—I13

Ebbitt, Gordon—U4
Edelstein, Maria X.—Y14
Edward, D.—L2
Edwards, Jan—SS15
Eefting, Wieke—R7
Egolf, David P.—VV3, VV4, VV5, WW4
Eldred, Kenneth McK.—A1
Eilner, Lloyd R.—LL13
Eliason, Lowell J.—OO8, OO9
Elliott, Lois L.—RR3
Ellison, David E.—KK3
Ellison, William T.—Z5
Embleton, Tony F. W.—PP8
Emmett, Brian K.—BB10
Emmorey, Karen—SS13
Englert, Sue Ellen—WW4
Erdreich, John—H8, Chairman EE
Espinoza-Varas, Blas—D10
Estes, J. M.—M10
Evensel, Cahit—K3

EGOLF 02175

OTI 007444

Fahmy, Mahmoud N.—AA9
Fallside, Frank—E10
Farrell, Joseph B.—GG8
Felsen, L. B.—F1, JJ1
Feth, Lawrence L.—LL4, LL5
Flowes Williams, J. E.—T1
Finch, Robert D.—P3, Chairman AA, AA9, QQ9
Finch, J. L.—OO5
Finitzo, Terese—MM17, MM18
Fink, Richard G.—K2
Fisher, William M.—E17
Flanagan, J. L.—G1
Flatte, Stanley M.—M7
Flax, L.—JJ3, JJ10
Flege, J. E.—MM4
Florentine, Mary—W3, WW3
Fokes, Joann—Y4
Foss, Donald J.—L6
Fowler, Carol A.—D8, Y2
Fowlkes, J.B.—P4
Fox, Robert Allen—Y12
Foyle, D. C.—L9
Franco, Horacio—L12
Franklin, Barbara—RR10
Freeman, Frances J.—MM17, MM18
Frisk, George V.—TT1
Fromkin, Victoria A.—D15
Fryauf, H.—RR5
Fukuda, Yuniko—WW13
Fuzessery, Z. M.—LL10

Galambos, Robert—DD6, DD7, DD8
Galloway, William J.—A3
Garrett, S. L.—J7
Gatehouse, R. W.—LL12
Gatts, John—HH4
Gaunaurd, G. C.—B13, Chairman JJ, JJ4, JJ11, JJ12.
Gay, Thomas—SS17
Gedikioglu, Ergun—A8
Gentil, Michele—SS3, SS17
Gereben, Esivan—F7
Gerhard-Multhaupt, R.—UU4
Gerrabacher, Morton Ann—L6
Gescheider, George A.—X5
Gibian, G. L.—HH8
Gielis, George R.—Z3
Gilbert, K.—JJ6
Ginsberg, J. H.—V9, BB3
Glasberg, Brian R.—CC10
Gold, Bernard—E7
Gold, E.—AA8
Goldberg, David S.—S5
Goldberg, Rina—D3
Goldhor, Richard—L16
Goldsberry, T. G.—TT6
Goldstein, Louis M.—D8
Goldstein, Moise H., Jr.—RR9, WW14
Gordon, David F.—Z7
Goudie-Marshall, Kathleen M.—E17
Gould, Herbert J.—SS11
Graut, Kenneth W.—HH7, KK11
Grantham, D. Wesley—W11
Gray, Lincoln—Q9, QQ9

Green, David M.—Chairman W, CC2, CC6
Green, L. H.—JJ5, JJ10
Greene, G. E.—PP6
Gregg, D.—PP5
Griffy, Thomas A.—Chairman BB
Gruhn, Joseph J.—Q12
Guerin, Bernard—MM11
Guernsey, Richard M.—Chairman N
Guerriero, Lena—OO4
Guignard, J. C.—EE4
Guitar, Barry E.—Y15
Guitepe, M. E.—II4
Gurlekian, Jorge A.—L12

Haberman, Robert C.—BB2
Hackman, Roger H.—JJ5
Hadden, W. James, Jr.—Chairman Education Session
Hafter, Ervin R.—W7, W8
Haky, Brett T.—VV4
Hall, Donald E.—Chairman OO, OO6
Hall, Joseph W.—Q10, CC7, CC8
Hallander, J. E.—K8
Hanada, M.—EI4
Hamernik, Roger P.—DD5
Hamilton, Mark F.—Y4, Y10
Hamlet, Sandra L.—SS4
Hanna, Thomas E.—CC6
Hanaley, Maureen—PF7
Hansen, Uwe—U3
Harnden, E. H.—HH8
Harris, David M.—Chairman C, Chairman J
Harris, Katherine S.—SS3, SS15
Harrison, Robert V.—QQ6
Hartmann, William M.—Chairman Q, Q3, LL11
Hattis, Dale B.—H3
Hauck, Marsha S., III—GG12
Hawkins, S.—D7
Hayek, Sabih I.—Chairman K, K4, K5
Helbig, Klaus—B4
Hellman, R.—CC12
Hellman, W.—CC12
Henderson, Janette B.—SS10
Hengstenberg, Lora L.—LL5
Henning, G. B.—W5
Henry, Kenneth R.—DD3
Herscovitch, Peter—QQ10
Hertz, Susan R.—E11
Herwig, Heinz—TT5
Hess, Robert F.—CC10
Hetu, Raymond—H7, LL3
Heyman, Joseph S.—AA7
Hiki, Shizuo—WW13
Hillenbrand, James—Y6
Hiller, Steven—R14
Hind, Joseph R.—QQ8
Hirah, Ira J.—Q5
Hixson, Elmer L.—Chairman G, Education Session
Hixson, Robert B.—A6
Hobeck, H.—F8
Hoffman, Paul—D13, Y15

Holden-Pitt, L.—L2
Holger, David R.—II9
Holliday, D. V.—Z10
Honda, Kiyoshi—SS3
Honda, Masaaki—E4
Horch, Kenneth W.—X3
Horiguchi, Satoshi—MM10, SS3
Houlihan, Kathleen—MM9
Houtsma, A. J. M.—Q4, OO1
Howard, R. E.—AA4
Howarth, Thomas R.—G12
Howe, Bruce M.—M8
Howse, William R.—LL13
Hsiao, C.—B1
Hsieh, Hsiao-an—UU1, UU8
Hsu, C. J.—I5
Huang, C. B.—D9
Hubbard, Harvey H.—N1
Hudson, Amelia—R5
Huffman, Marie K.—MM5, MM8
Humes, Larry—PP1, PF4
Hutchins, Carleen—U5, U7
Hutchins, D. A.—UU6

Ichinose, Yutaka—G3
Imaoka, Keiko—CC3
Ingrisano, Dennis R.—Y6
Innes, D.—K10
Ito, Yoshiko—KK1

Jackins, P. D.—JJ12
Jackson, Michel—MM8
Jagharghi, Amir J.—RR7
Jamieson, Donald G.—D10
Jamieson, Leah H.—E9
Jesteadt, Walt—Chairman CC
Jie, Pan—N2
Johannessen, Ola M.—Z4
Johnson, C.—WW8
Johnson, Carole E.—RR1
Johnson, Don H.—QQ3, QQ4
Johnson, J. A.—AA10
Johnson, Kenneth O.—X2
Johnson, Mark A.—PP9
Jones, Kenneth—QQ13
Jones, M.—Z9
Jongman, Allard—L5
Jordan, Herbert N.—C11
Joung, Il-Bok—K4, K5

Kaas, John H.—J1, X4
Kaleps, Inte—EE3
Kailergis, M.—II6
Kalnins, Arturs—K3
Kazarian, Leon E.—EE5
Keba, James M.—E2
Kedrinskii, V. K.—P2
Keenan, Ruth Etz—P13
Keko, J. A. S.—Y5
Keltie, R. F.—K6, K7
Kennedy, William A.—VV3
Keolian, Robert—I10, P5
Kerman, Bryan R.—M5
Kewley-Port, D.—L9
Khoury, J.—PP6

Kidd, Gerald, Jr.—CC2
Kienlman, Mikael D. Z.—MM16
Kincaid, Gail E.—FF4
Kingon, Angus I.—G11
Kingston, John—MM13
Kirby, Virginia M.—KK8, KK9
Kishoni, Doron—B2, AA7
Klatt, Dennis H.—D5
Klavans, Judith L.—Y14
Kleinschmidt, Klaus—II10
Kline, R.—B1
Kloender, Keith—L6, L11
Knott, George—U6
Ko, D. S.—M9
Ko, Sung H.—Chairman T, T5
Kobayuashi, Noriko—MM10
Koch, Robert A.—F5
Kochnke, Janet—W6
Koenigs, Paul D.—GG11
Koike, Kazunari J. M.—D11
Koopmann, G. H.—BB1, II2
Krasnow, Murray S.—II3
Krakow, Rena A.—D8
Kreiman, Jody—D12
Krokstad, Asbjorn—NN4
Kroshinsky, Miriam B.—RR9
Kryter, Karl D.—N9
Kumar, Anand—QQ3
Kunitz, H. L.—B5
Kuo, Shyang-Lin—AA5
Kurra, Siema—A8

Ladefoged, Peter—Chairman MM, MM6, MM8
Lahbataka, A.—S7
Lalande, Nicole M.—H7
Landahl, Karen L.—SS11
Lang, William A.—A5
Langford, Ted L.—W2, DD1
Lauler, Judith L.—Q5, Q7, DD4, QQ10
Lauterborn, Werner—P1
Laver, John—R14
Lawrence, Mimi Zebrik—GG6
Lawrence, T.—Z2
Layer, Jody Kaplan—L3
Layton, Bruce A.—V1
Lee, Anthony S.—OO9
Lee, Kai-Fu—E15
Lee, Lee-Jongo—NN2
Lebiste, Ilse—Y12
Leotta, Daniel F.—RR8
Letowski, Tomasz—RR6
Lewis, Don—HH4
Lewis, Edwin R.—X6, X7
Lewis, Kent—B7
Lewis, Nelson—II1
Li, Peter—V14
Lieberman, Philip—D6
Lindau, Mona—SS12
Lindberg, Jo B.—F5, F8
Lindholm, Julie Mapes—FF7
Lineburger, David—QQ4
Lockwood, James C.—GG7
Logan, Robert—L3
Long, Glenis R.—QQ13
Longinotti, Cheryl—RR4
Lonsbary-Martin, Brenda—Chairman LL

EGOLF 02176

OTI 007445

Loomis, Robert—DD4
Lopez, Pamela T.—X6, X7
Lowry, L. D.—CC5
Loy, Gareth—HH2
Lu, Qiujiang—PP1
Luce, Paul A.—L14
Lucks, L.—RR2
Ludvigsen, Carl—FF5
Lyberg, Bertil—J11
Lynch, James F.—Z9, Chairman GG, TT1

Ma, Y.—S6, JJ13
Ma, Yiping—PP2
Macaluso, Judith—H1
Maccabee, Bruce S.—UU3
Machell, Fred W.—GG4
Mack, Molly—E7
Mackenzie, Janet—R14
Macmillan, Neil A.—D3
Maddieson, Ian—MM6, SS13
Madigosky, W. M.—JJ13
Magen, Harriet—SS2
Mahan, J. R.—AA4
Maher, Robert C.—HH7
Mahoney, Judy W.—QQ12
Makeig, Scott—DD6, DD7, DD8
Makous, James C.—LL9
Mallo, P.—M6
Manninen, Olavi J.—LL2
Marandino, David—TT6
Marean, Grant C.—D6
Margulies, Timothy S.—12, 13
Maroonroge, Sumalai—L8
Marshall, Kenneth D.—U1
Marshall, Sandra R.—OO4
Marston, Philip L.—14, JJ7, JJ8, UU7
Martens, William L.—HH3
Martin, Daniel W.—Chairman Plenary
Martin, James G.—WW5
Mathews, M. V.—HH1, OO2, OO3
Matthies, Melanie L.—CC4, QQ1
Maynard, J. D.—B10
Mazel, David S.—11
McCarthy, J. L.—I14
McCarthy, John J.—R2
McCasland, George P.—L4
McCoy, John J.—TT4
McDonald, B. Edward—M11
McGarr, Nancy S.—WW7, WW12
McGill, William J.—W1
McGowan, Richard S.—V6
McGrath, John C.—G9
McLean-Muse, Ann—SS18
Mellberg, Leonard E.—Z4, Z5
Mellen, R. H.—M6, Z6
Melnick, William—A2
Mendelsohn, Brian—HH5
Merzenich, Michael M.—KK7, KK10
Metz, Dale E.—WW7
Meyers, Mark D.—Y1
Miao, H. C.—V9
Michi, Ken-ichi—SS8

Michnicka-Pate, Anna—K9
Miida, Yoshiro—BB7
Mikami, Karen A.—CC9
Miller, Creighton J.—L13, R5
Miller, G. Kirby—BB9
Miller, James D.—D4, Chairman KK
Miller, James H.—TT1
Miller, John—M3
Milner, G. Martin—B11
Milner, Paul—FF2
Mimpen, A. M.—FF8
Mitchell, Stephen K.—F11
Mitleb, Fares—L17
Mobbs, Stephen D.—K11
Moffett, Mark B.—G9
Monjo, C.—M9
Monti, Joseph M.—GG11
Moog, Robert A.—HH6
Moore, Brian C. J.—CC10
Moore, F. Richard—Q1
Moore, Kimberly C.—Y3
Moore, Morris—E2
Moore, Steven W.—X6, X7
Moss, Daniel—S5
Morfey, C. L.—M10, Chairman PP
Moriya, Takehiro—E4
Morledge, D.—KK7
Morris, Crystilo—L3
Morse, Ivan E.—O1
Most, Tova—WW11
Mott, John B.—LL5, LL7
Muir, Thomas G.—F8, TT8
Munhall, Kevin G.—SS9
Musicant, Alan D.—QQ8
Musiek, Frank E.—RR11
Mutschlecner, J. P.—PP4, PP7

Nabelek, Anna K.—RR6
Nabelek, I. V.—L8
Nagi, Anton—M2, M3, JJ3
Narins, Peter M.—X6, X7
Narley, Jonas N. A.—E8
Nassef, A. M.—QQ9
Naugol'nykh, K. A.—Joint meeting
Neely, Stephen T.—WW6
Neff, Donna L.—CC6
Neise, W.—II2
Nelson, D. A.—V7
Neppan, Andre J.—O11
Neubauer, Werner G.—SS4
Nghiem-Phu, Lan—TT2, TT3
Nicholas, R. E.—P3
Niitrouer, Susan—L1
Nolle, A. W.—OO5
Nooteboom, S. G.—R10
Norimatsu, T.—EI4
Norlin, Kjell—SS12
Norris, Dennis—R8
Northrop, John—Z1
Norton, Susan J.—LL7, Chairman RR
Nuetzel, Bernd—TT5
Nuetzel, John—W9
Numrich, S. K.—JJ2
Nuttall, A. H.—Z6

Ochs, Marleen T.—KK7, KK10
O'Keefe, Jack V.—H4
O'Neill, William E.—LL9
Osberger, Mary J.—WW6
Ostrowski, L. A.—Joint meeting
Ostry, David J.—SS9
Overdeep, Suzanne E.—Z5
Owen, Thomas E.—G7

Packard, Thomas N.—Q3
Painter, C. A.—PP4, PP7
Pal'chikov, E. L.—P2
Palmer, A. R.—KK5
Pannatoni, Ronald F.—F3
Papcun, George—D12
Parker, Ellen M.—L6, Q3
Parker, Frank—L13, SS1
Parks, Thomas N.—C1
Parrott, T. L.—N3
Partridge, Randy—RR3
Pastore, Richard E.—L3
Patterson, Roy D.—W12
Pavlovic, Chaslav—Chairman FF, FF3
Payton, Karen L.—KK4
Peng, H.—K6, K7
Penner, A. Raymond—GG5
Penrod, Clark S.—GG4
Perkell, J. S.—SS6, SS7
Perkins, Mark E.—CC13
Perrin, R.—O2
Peters, Robert W.—QI0
Phillips, John R.—X2
Phillips, Michael S.—EI
Pickett, J. M.—L2
Picone, Joseph—EI7
Pierce, Allan D.—BB3, Chairman UU, UU1, UU8
Pierce, J. R.—OO2, OO3
Pierrehumbert, Janet B.—R3
Pierucci, Mauro—B9
Pinkston, Russell F.—OO12
Piquette, Jean C.—JJ9
Pla, Frederic G.—AA1
Poirier, Sylvie—LL3
Pollack, Irwin—Q11
Pollak, G. D.—LL9
Ponton, Curtis W.—D10
Pool, Kenneth D.—MM17
Pope, J.—II11
Popp, John—U3
Porter, Michael B.—F4
Posey, J. W.—Z8
Powell, J. W.—F6
Powers, James M.—G9
Pribram, Karl H.—J2
Price, G. Richard—LL1
Price, S. M.—O4
Proctor, Adele—WW14

Quackenbush, S. R.—WW2

Rabinowitz, William M.—RR8
Raggio, M.—KK7
Raichle, Marcus E.—QQ10
Rajkovic, M. R.—OO11
Raju, P. K.—JJ3
Rakerd, Brad—Q3, LL11

Ramsdale, Dan J.—GG6
Ramzy, C.—PP5, PP6
Randolph, Mark A.—E3
Rasmussen, G.—II11
Raspet, Richard—II1, PP9
Reed, Charlotte M.—Y13, KK1, RR8
Reethof, Gerhard—AA1
Reeves, Alyson—OO2, OO3
Reid, G. N.—J11
Reiss, Edward L.—F4
Rekart, Deborah—D13
Remez, Robert E.—Chairman R, R1
Repp, Bruno H.—Chairman D, D1, D2
Revoile, Sally G.—L2
Reynolds, Douglas D.—EE2
Rich, Nola C.—QQ5
Richardson, B. E.—U2
Riley, Thomas L.—V5
Rittenmyer, K. M.—G8
Roberts, G. W.—U2
Roberts, Linda A.—OO2, OO3
Robin, Donald A.—Q12
Robinette, Larry R.—Chairman VV, VV2
Robinson, A. Zed—GG1
Roebuck, Ian—BB6
Rogers, Peter H.—G6
Rokhlin, S. I.—B6, B8, BB11
Rose, James H.—B7
Rosenkilde, C. E.—Y12
Ross, L. S.—LL10
Rossing, Thomas D.—Chairman O, Q4, U3
Roy, Ronald A.—II1, I12
Royer, Fred L.—Q12
Royster, Julia Doswell—II4
Royster, Larry H.—II4
Rubel, Edwin W.—Q9
Rubin, Philip E.—R1
Rubin-Spitz, Judith—WW12
Rubinstein, Adrienne—WW9
Rudgers, Anthony J.—BB8
Ruding, P. R. J. W.—QQ7
Rudnick, Isadore—I8, I9, I10, P5
Rugar, Daniel—I6
Ruggero, Mario A.—QQ5
Rupert, Jennifer—RR3
Ryan, Allen F.—C3

Sachse, Wolfgang—B2
Saghatchi, H.—B1
Salvi, Richard J.—W2, Chairman DD, DD2, DD5, LL6
Salza, Pier Luigi—Y9
Saunders, Frank A.—RR10
Saunders, Samuel S.—DD2, DD5, LL6
Scandretti, John H.—HH7
Schaefer, Stephen—M18
Scharf, B.—CC12
Scharnhorst, K. P.—JJ13
Schelkin, L. C.—GG)
Schein, D. B.—N3
Schey, Philip W.—GG10
Schiano, Jeffrey L.—W9, W10
Schloemer, Howard H.—T5

EGOLF 02177    OTI 007446

Schoenberg, Michael—B4, BB4
Schroeder, Manfred R.—CC1
Schubert, Earl D.—W4, KK10
Schum, D.—RR5
Schwarz, W. H.—I2, I3
Scully-Power, Paul D.—Plenary
Seidel, M. R.—O4
Sen, R.—AA6
Sereno, Joan A.—D6
Sessler, G. M.—UU4
Shadle, Christine H.—MM7
Shattuck-Hufnagel, Stefanie—MM1
Shaw, Brian—I12
Shaw, Leonard L.—I18
Shawker, Thomas H.—SS5
Shepherd, Kevin P.—N1
Sherbecoe, Robert L.—FF3
Shikano, Kiyohiro—E12
Shirley, Donald J.—G7
Shivapuja, Bhagyalakshmi G.—LL6
Shooter, Jack—Chairman S
Shull, C. R.—AA10
Sidtis, John J.—Q6
Signorini, Angela—R9
Silverman, Kim—R4
Simons, S.—PP5
Singh, Punita—Q5
Sklar, Bradley, F.—X5
Skrainar, Stephen F.—I14
Sleator, Daniel D.—OO10
Slowiaczek, Louisa M.—MM3
Small, Larry H.—L7
Smith, Bruce L.—Y6, SS18
Smith, M. R.—Y2
Smith, Suzanne R.—EE5
Smoorenburg, G. F.—FF8, QQ7
Soli, Sigfrid D.—KK8, KK9
Sonies, Barbara C.—SS5
Sorin, Christel—L15, Y10
Speller, Frank N.—Plenary
Spindel, Robert C.—M8, Z9
Staal, Philip R.—M4
Stager, Sheila V.—DD1
Stapells, David R.—DD6, DD7, DD8
Stefanowicz, Robert—I15
Stevens, Kenneth N.—CC2, MM12
Stewart, Noral D.—H5
Stockhausen, J. H.—GG8

Stone, Maureen—SS5
Strasberg, Murray—T8
Strong, William J.—Chairman HH, OO7
Strong, William Y.—Chairman U, U3
Stuart, Alan D.—AA3
Studdert-Kennedy, Michael—L1
Studebaker, Gerald A.—FF3
Subrahmanyam, J. V.—JJ3
Suter, Alice—Chairman H
Sutin, A.—Joint meeting
Suzuki, Hideo—O3, U4
Suzuki, Noriko—SS8
Svantesson, Jan-Olof—SS12
Syck, J.—F9

Talaske, Richard H.—Cochairman NN
Tango, G.—Z2
Tappert, Fred—TT2, TT3
Taylor, S. C.—AA10
Tesa, Donald C.—Chairman QQ
Teghtsoonian, M.—CC12
Teghtsoonian, R.—CC12
Teich, Malvin C.—W1
Ten Cate, James A.—V10
Thalmann, Isolde—QQ1, QQ2
Thalmann, Ruediger—QQ1, QQ2
Thiessen, G. J.—A9
Tholen, H. J. M. G.—OO1
Thompson, Charles—V13, AA6
Thompson, David J.—VV2
Tian, Yuren—PP1
Tindle, C. T.—F10, Chairman F
Ting, R. Y.—G8
Titze, Ingo R.—MM15
Tjøtta, Jacqueline Naze—V4
Tjøtta, Sigve—Y4
Tobita, Mizuhiro—G3
Todoroff, Douglas G.—JJ5
Tohkura, Yoh'ichi—E13
Toledo, Guillermo A.—Y7
Tolstoy, I.—TT7
Topuz, W.—F1
Trahiotis, Constantine—W9, W10
Trehub, Sandra E.—OO4
Trinh, Eugene H.—I4, I5

Trivett, D. H.—JJ10
Tsui, C. Y.—JJ11
Tubis, Arnold—QQ13
Tutler, Betty—Y5

Uberall, H.—M2, M3, JJ3
Uchanski, R. M.—Y13
Ukigai, Masahiro—BB7
Unger, Bruce T.—UU7
Uttal, William—J3

Vaissiere, Jacqueline—E16
van Declen, G. W.—QQ7
Van Doren, Clayton L.—X5
van Golstein Brouwers, W. G.—FF8
Van Moorhem, W. K.—PP2
Varadan, Vasundara V.—B3, S6, S7, JJ13
Varadan, Vijay K.—B3, S6, S7, JJ13
Varga, Andrew—E10
Veldman, J. E.—QQ7
Verrillo, Ronald T.—Chairman X, X5
Vidmar, Paul J.—PI2, GG9
Voiers, William D.—WW1
von Gierke, Henning E.—Chairman A, EE3, EE5
von Glahn, U. H.—I15
Von Winkle, William A.—T2
Voron, Dan—G5

Walsh, Thomas—L13, SS1
Walter, J. R.—AA10
Wang, Shaio-Wen—B7
Wansack, Samuel—LL1
Warren, Richard M.—Y1
Warshaw, Stephen J.—V2, BB5
Waterhouse, Richard V.—K1
Watson, C. S.—L9
Weaver, Kim A.—VV5
Webster, J. C.—FF9
Wei, Rong Jue—PP1
Weismer, Gary—MM16
Wenstrum, J. J.—LL10
Wenzel, Elizabeth M.—W8
Werby, M. F.—JJ4, JJ6
West, James E.—UU4

Westbury, John R.—Chairman SS, SS16
Westwood, Evan K.—F12
Whalen, D. H.—D16
Wheat, Marcia—R5
Wheeler, John Archibald—Plenary
Wheeler, Leslie A.—LL14
Whitaker, R. W.—PP4, PP7
White, J. E.—BI2
White, Mark S.—KK6, KK7, KK10
Whitehead, Robert L.—R13, WW7
Widin, Gregory P.—KK8, KK9
Wiederhold, Michael L.—QQ12
Wightman, Frederic L.—CC13
Williams, B. J.—R11
Williams, David R.—D1, D2
Williams, Earl G.—K2
Williams, Kevin L.—JJ8
Willshire, W. L., Jr.—PP3
Wilson, Gary R.—GG9
Wilson, O. B.—GG2
Winter, I. M.—KK5
Wong, George S. K.—PP8
Worcester, Peter F.—M8
Wright, Beverly A.—L11
Wu, Junru—I9, P5
Wu, X.-F.—BB3
Wyber, R. J.—TT8

Yamada, A.—E14
Yamamoto, Tokuo—S1, S2
Yamashita, Yukari—SS8
Yanda, J. L.—RR5
Yayla, Nadir—A8
Yeager, E. B.—I14
Yilmaz, Sevtap—A8
Yoo, K. B.—M2
Yost, W. T.—V14
Young, Eric D.—C4
Young, I. M.—CC5

Zabal, Xavier—GG3
Zahorian, Stephen A.—RR7
Zuckerwar, Allan J.—I1
Zue, Victor W.—Y3
Zurek, Patrick M.—PF2
Zwicker, E.—W5
Zwislocki, Jozef J.—CC11



EGOLF 02178    OTI 007447

Exhibit E



EXHIBIT
210
Weaver
8/25/07
PENGAD 800-631-6989

# ELECTRONIC CANCELLATION OF

# ACOUSTIC FEEDBACK

# TO INCREASE HEARING-AID STABILITY

by

Kim A. Weaver
NCAR Aviation
Boulder, Colorado


David P. Egolf
Thomas D. McConnell
Auditory and Electroacoustics Research Group
Department of Electrical Engineering
University of Wyoming
Laramie, Wyoming

EGOLF 02211

OTI 007480

Defendants Trial
Exhibit

DX-963

Civil Action no. 05-422



/A

ELECTRONIC CANCELLATION OF ACOUSTIC FEEDBACK
TO INCREASE HEARING-AID STABILITY

Kim A. Weaver and David P. Egolf (Department of Electrical Engineering,
University of Wyoming, Laramie, WY 82071)

The acoustic feedback which causes a hearing aid to become unstable at

high gains is effectively reduced by the addition of negative electrical

feedback.  Electrical feedback is formed by a system estimator which closely

matches the open-loop transfer function of an in-situ hearing aid.  The system

estimator is produced by correlating the estimator signal with the hearing-aid

signal.  Because the estimator does not affect the characteristics of the

hearing aid, speech intelligibility is not degraded by this feedback

suppression circuit as it is by most other schemes.  Ten to fifteen dB of

additional stable gain have been achieved through the use of stabilizing

negative electrical feedback.

Technical Committee:  Psychological Acoustics
Subject Classification Numbers:  43.66 Ts.
Telephone Numbers:  (307) 766-3188, (307) 742-5567 (K. A. Weaver)
Send Acceptance or Rejection notice to:  K. A. Weaver
Manner of Presentation:  Lecture only.

EGOLF 02212

OTI 007481



2

ACKNOWLEDGEMENT

The authors acknowledge support of this research given by

the Veterans Administration by subcontract from

Dr. Vernon D. Larson, Chief
Audiology and Speech Pathology Service
VA Medical Center
2460 Wrightsboro Road
Augusta, Georgia

EGOLF 02213

OTI 007482



EGOLF 02214

OTI 007483



3

## NYQUIST'S STABILITY CRITERION

A system represented by the open-loop transfer
function GH will become unstable at those fre-
quencies where both

$$|GH| \geq 1.0 \quad -or- \quad 20Log_{10}|GH| \geq 0dB$$

and

$$\underline{/GH} = m(2\pi) \quad for \quad m = 0,1,2,3, \ldots$$

EGOLF 02215

OTI 007484

4/



EGOLF 02216

OTI 007485





CLOSED-LOOP TRANSFER FUNCTION

$$\frac{P_o}{P_i} = \frac{G}{1 + GH}$$

EGOLF 02217

OTI 007486



$$\frac{P_o}{P_i} = \frac{G}{1 - GH + \widehat{GH}}$$

CLOSED - LOOP TRANSFER FUNCTION

EGOLF 02218

OTI 007487

7

## DESIGN STRATEGY FOR RETROFIT CIRCUIT

1.   Must measure or estimate GH in-situ.

2.   Using GH values, must be able to create open-loop
     estimator $\widehat{GH}$ so that

$$\widehat{GH} \simeq GH$$

and thus

$$\frac{P_o}{P_i} = \frac{G}{1 - GH + \widehat{GH}} \simeq G .$$

3.   Must adapt to changing acoustical environments.

".   Must not degrade intelligibility.

EGOLF 02219

OTI 007488



8



EGOLF 02220

OTI 007489





EGOLF 02221

OTI 007490



·10

# OPEN-LOOP ESTIMATOR $\widehat{GH}$ DESIGN

1. Create magnitude $|\widehat{GH}|$ of estimator using 6-pole high-pass filter.

2. Create phase $\angle\widehat{GH}$ of estimator by approximating linear slope of the $\angle GH$ plot as

$$\frac{\angle GH}{f} \approx 2\pi\tau$$

so

$$\angle\widehat{GH} = (2\pi f)\tau$$

where $\tau$ = measured open-loop delay time

$f$ = frequency, Hz.

EGOLF 02222

OTI 007491





EGOLF 02223

OTI 007492



EGOLF 02224

OTI 007493

Exhibit F

WB 22.1 R345
REHABILITATION R AND D PROGRESS
SEQ: R11210000



# Rehabilitation R&D
# Progress Reports - 1984

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

Department of
Medicine and Surgery
Rehabilitation R&D Service

NATIONAL
LIBRARY
SEP 16 1985
OF
MEDICINE

TOOD
EK    4
11-19-07

Defendants Trial
Exhibit
DX-1357
Civil Action no. 05-422

DEM523690

 **Veterans Administration**

# Rehabilitation R&D Progress Reports 1984

Rehabilitation R&D Progress Reports
is a publication of
The Veterans Administration,
Department of Medicine and Surgery

Rehabilitation Research and Development Service
Office of Technology Transfer (153D)
Veterans Administration Medical Center
50 Irving Street, N.W.
Washington, D.C. 20422

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523691

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

## Information for Principal Investigators
## Providing Progress Reports for Future Issues

We welcome contributions to Rehabilitation R&D Progress Reports. It is our desire to present a comprehensive view of research and progress, and we do not want significant work to be omitted.

Reports intended for future issues must be received at the Office of Technology Transfer in Washington, D.C., in final form suitable for publication and ready for typesetting, by June 1 of each year. This will allow October mailing of future issues, as planned. It is hoped that contributing agencies and principal investigators will mark June 1 on their calendars as an ongoing, routine report period.

The text should contain a brief version of the research hypothesis, methodology, and preliminary findings and/or results since the last report. If the project is not completed, a brief comment on future plans or goals is appropriate. However, the entire report may not exceed 600 words. These reports are not meant to be, nor will they be handled as, short research papers. The goal of this progress report publication is to facilitate access to sources of information, formal or informal, about scientific research and engineering development, both completed and ongoing. The progress reports will not be refereed and their contents will be solely the statements of the investigators.

If a research project has come to its conclusion, only a very brief final report should be supplied to Rehabilitation R&D Progress Reports. Scientific findings should be submitted to the Journal of Rehabilitation Research and Development or other appropriate scientific journals for publication as a scientific paper. (If such a paper has been submitted or is in press, include that information in your brief report.)

To facilitate publishing, please note the following requirements:
1. Type letter-quality, double-spaced on 8½ × 11 inch paper.
2. Leave 1-inch margin left and right.
3. Include investigator(s) name(s) with highest degree, position, organization, and location (full address and zip code of principal investigator).
4. Clearly indicate on the first page the source(s) of funding for the work described in the report and the location(s) of the actual research activity.
5. Number the pages visibly.

Address contributions to:

Editor
Rehabilitation Research and Development
Office of Technology Transfer (153D)
Veterans Administration
50 Irving Street, N.W.
Washington, D.C. 20422

DEM523692



# Veterans Administration

# Rehabilitation R&D Progress Reports 1984

Margaret J. Giannini, M.D.
Director

Rehabilitation Research and Development Service, Department of Medicine and Surgery, Veterans Administration.

PUBLICATION STAFF

Seldon P. Todd, Jr., Editor

Tamara T. Sowell, Associate Editor

Holly M. Jellison, Managing Editor

Medical Consultant: Jacquelin Perry, M.D.

Technical Consultants: Howard Freiberger, A.M., Leon Bennett, M.A.E., and A. Bennett Wilson, Jr., B.M.S.E.

Technical Information Specialist:
Lily W. Hom, M.L.S., M.S.

Address correspondence to: Editor, Rehabilitation R&D Progress Reports, Office of Technology Transfer (153D), 50 Irving Street, N.W., Washington, D.C. 20422

The opinions expressed in contributed material are those of the authors and those responsible for supplying the material, and are not necessarily those of the Veterans Administration.

Contents of Rehabilitation R&D Progress Reports are within the public domain, with the exception of material which was already under copyright when received and appears here with the permission of the copyright owner. Such copyrighted material is clearly identified as such on the page where it appears, and all such material in an issue is listed at or near this position in that issue.

Copyrighted material in this issue: NONE.

**DISTRIBUTION/CIRCULATION POLICY**
Rehabilitation R&D Progress Reports is distributed to recipients on the mailing list for the Journal of Rehabilitation Research and Development. The mailing list is intended to cover all professionals in the rehabilitation field who are either actively involved in research, contemplate such involvement, or need to remain familiar with the direction and methods of current research and the clinical application of its results.

At present, the Journal and the progress report annual publication are distributed free of charge, both in the United States and in foreign countries. Additions will be made to the mailing list upon request to:

The Editor
Journal of Rehabilitation Research and Development
Office of Technology Transfer (153D)
Veterans Administration Medical Center
50 Irving Street, N.W.
Washington, D.C. 20422

Although it is not required for addition to the mailing list, it will be appreciated if those asking to be placed on the list furnish the following information for our reader-demographics databank: degree; area of particular professional specialization, license, or practice; and whether currently actively involved in a program of research.

In addition to mailings to individuals, copies in requested quantities go to VA Hospitals and Medical Centers, Clinics, and Regional Offices. Copies also go to certain Depository Libraries, and to libraries in schools and colleges, medical and research institutions, with or without government affiliation, in the United States and foreign countries.

**SINGLE-COPY and BACK-ISSUE SALES**
Rehabilitation R&D Progress Reports will also be on sale over the counter and by mail-order from the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402.

Single-copy sales are offered for the benefit of those whose interest is limited to topics not covered regularly by the publication. We offer such individuals a free "Availability Announcement" of each issue. It includes a reproduction of the issue's Table of Contents along with an official Superintendent of Documents mail-order form.

A similar "Availability Announcement" will also be mailed for future issues of the Journal of Rehabilitation Research and Development. Those announcements will include a 10-year list of available back-issues (with prices) for the former Bulletin of Prosthetics Research as well as for Journal back-issues.

DEM523693

that allow auditory signal processing to be flexibly adjusted to fit the patient's hearing deficiency. The computer-based audiometer system controls the measurement of the patient's residual hearing, and uses the data to specify the hearing aid characteristics.

The digital hearing aid that is worn home by the patient at the completion of the clinical visit is, in effect, an integral part of the hearing evaluation and, therefore, the individual acoustic variability introduced by the size of the patient's ear, the ear hook, the connective tubing, and the ear insert are correctly accounted for in the fitting procedure. Since the hearing evaluation and fitting procedure is automated, the clinical visit is simplified and shortened with concomitant benefit to the patient and audiologist.

**Project Goals**—Specific tasks are: (i) to construct a breadboard simulator of the digital hearing aid from conventional components that operates in real time, (ii) to study the performance of the breadboard connected to an ear-level, hearing aid mockup containing the microphones and receivers, (iii) to develop a computer-based clinical test system and programs for controlling the aid during testing and for controlling the test protocol, (iv) to study the perception of noise, distortion, and annoying sounds with hearing-impaired listeners as related to the hearing aid, (v) to fabricate a small number of pocket-sized versions of the digital hearing aid, and (vi) to evaluate the pocket-sized versions under natural conditions of signal and noise in field tests.

Work related to the first three goals will be completed this first year and is described below.

The Digital Hearing Aid Simulator operates in real time and has been designed with the capacity for testing a wide range of signal parameters. The simulator is connected to an ear-level mockup containing the microphones and receivers of the aid. The simulator consists of six high-performance digital signal processors (DSP). These are low-cost integrated circuit chips manufactured by Texas Instruments. One DSP controls the system bus, the analog-to-digital converter subsystem, and the serial interface to the host computer. Four DSPs provide the multiband filtering and limiting of the signals; their output values are routed to the sixth processor, which sums and interpolates the samples and passes them directly to the digital to analog converter.

The computer-based clinical test system has been assembled, and the programs for this system are under development. One program will act like an automatic audiometer and will measure the patient's

auditory area (threshold, MCL, and UCL) and adjust the characteristics of the hearing aid according to a specific fitting rule. Another program will administer speech intelligibility tests under simulated conditions of speech, and noise for the purpose of testing the digital hearing aid.

## Acoustic Feedback Suppression in Hearing Aids

Vernon D. Larson, Ph.D., and David P. Egolf, Ph.D.
Veterans Administration Medical Center
Augusta, Georgia 30910
**Sponsor:** Veterans Administration Rehabilitation Research and Development Service

**Background**—Acoustic feedback is a problem to all hearing aid users and to all audiologists who fit hearing aids. In fact, it is one of the major limitations of fitting high-gain aids to those with severe hearing loss.

**Hypothesis**—The purpose of this project is to answer the following long-standing questions which have plagued engineers and audiologists:

1. What are the physical mechanisms that facilitate the squeal of acoustic feedback and which, if any, of these could be altered in predetermined ways to suppress feedback?

2. How does the presence of the feedback path from vent outlet back to the microphone affect the shape of the frequency response of an aid that is not undergoing feedback?

3. How effective are recently developed earmold designs for suppressing acoustic feedback?

4. Could any of the current schemes for suppressing acoustic feedback in public address systems be adapted to hearing aids?

5. Could a microprocessor-based, adaptive system be utilized in a feedback suppression scheme designed specifically for hearing aids?

6. Could a feedback-suppression circuit, microprocessor-based or otherwise, be designed to meet requirements such as size, maximum allowable current drain, etc. of a head-worn hearing aid?

**Methodology and Preliminary Findings**—A hearing aid's stability (i.e., a measure of the likelihood that it will squeal under a given set of conditions) may be judged by determining values of its open-loop transfer function GH. In particular, stability determinations are made by comparing values of GH with those known to cause feedback in other systems. Conse-

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

DEM523864

quently, preliminary work on this project has concentrated on methods for (i) determining GH of an in situ hearing aid and (ii) avoiding those values of GH that are known to cause feedback.

A mathematical replica of this portion of the GH transfer function lying between the vent outlet and the microphone has been developed. This replica is currently being incorporated into a mathematical model of an entire in situ hearing aid. Preliminary work indicates that the one-port rendition of this model is inadequate to explain signal flow in an in situ hearing aid. Investigators have replaced this with a more realistic two-port rendition.

Investigators also have designed and built two different microprocessor-based, adaptive feedback suppression systems. In both systems, low-level pseudo-random noise (PRN) is injected into the circuit just ahead of the amplifier. That portion of the original PRN that returns to the microprocessor via the feedback path is monitored at the microphone output. A microprocessor then utilizes these two signals—the original PRN and that returning via the vent—to compute the open-loop transfer function GH of the hearing aid. In one system, called the time delay/notch filter (TDNF) system, the microprocessor uses computed values of GH to automatically place high-Q notch filters at those frequencies where feedback is most likely to occur.

In the other system, called the active feedback cancellation (AFC) system, the microprocessor uses computed values of GH to create an estimator. The estimator causes the input informational signal (e.g., that containing information such as speech and not PRN) to react destructively with signals returning via the vent outlet, thereby canceling the effect of the feedback path.

Preliminary results indicate that 6 to 8 dB of additional stable gain can be achieved with either of these systems.

## Investigation of Acoustic Reflex in Elderly Persons

David J. Thompson, Ph.D., and Larry N. Robinette, Ph.D.
Veterans Administration Medical Center
Columbia, South Carolina 29201
Sponsor: Veterans Administration Rehabilitation
Research and Development Service

The report period covers termination of one project (above) and initiation of another.

A large-scale laboratory study was completed on the morphology of the acoustic reflex response. The acoustic reflex, activated with tones and noise, was measured with an aural acoustic immittance instrument. The investigation utilized a new digital instrument, coupled with a quantitative approach to analysis and reduction of acoustic reflex data. Reduced data contained predictably large intersubject variance, but the analytical procedure was sensitive to small, intrasubject changes. Results revealed age-depended trends in several measures related to amplitude of the acoustic reflex response. The relative success of the quantitative approach has implications for assessment of acoustic reflex in persons with hearing loss. The data have been presented at a recent professional meeting and are being prepared for publication.

The new project is entitled Implementation of Digital Measurement of Aural Acoustic Immittance. The project involves continuing development, implementation, and evaluation of a digital acoustic-immittance instrument for improved quantitative measurement of aural acoustic immittance. The instrument is a computer peripheral with measurement capacities far exceeding those of existing acoustic-immittance instruments. The new system will allow efficient acquisition of large amounts of data in single test sessions, supporting rigorous clinical evaluations, alteration and tailoring of diagnostic routines, rapid assessment of new clinical measures, and exacting research applications. The system will be evaluated on a clinical population.

Work completed on the new project during the first few months includes modifications of the digital instrument's sample rate, pressure range, and monitor software. In addition, support software has been written for data reduction/measurement and for statistical analysis, and a paper on digital measurement of aural acoustic immittance has been prepared for publication.

## A Psychophysical Model to Characterize Sensorineural Hearing Loss

E. William Yund, Ph.D.; Robert Efron, M.D.; and Helen J. Simon, Ph.D.
Veterans Administration Medical Center
Martinez, California 94553
Sponsor: Veterans Administration Rehabilitation
Research and Development Service

The purpose of this research program is to characterize the suprathreshold auditory function of an individual with sensorineural hearing loss (SNHL) by means of a theoretical model of pitch processing

DEM523865

Exhibit G



**The Hearing Center**
Michael W. Marion, Au.D.
Doctor of Audiology

5800 Santa Rosa Road
Santa Rosa Plaza, Suite #123
Camarillo, CA 93012
(805) 482-9821
(805) 388-2937 FAX

**EXHIBIT**

17

OTI 009448

Defendants Trial
Exhibit

DX-971

Civil Action no. 05-422



# JACKSON HOLE RENDEZVOUS

## A Conference for Hearing Health Professionals

August 30-
September 3, 1985

Wort Hotel
Jackson Hole, Wy

OTI 009449



**JACKS**

You are cordially invited to attend the third Jackson Hole Rendezvous – A Conference which has been designed specifically for Hearing Aid Dispensers as well as Clinical and Dispensing Audiologists.

### GENERAL INFORMATION

The Educational Sessions and Commercial Exhibits will be presented at the historic Wort Hotel and Convention Center located in the heart of downtown Jackson, Wyoming. The authentic old west town of Jackson is less than an hour from Yellowstone National Park and just a few short miles south of the magnificent Teton Mountains and Park.

"Early Bird" Registration Fee is $290 prior to June 30, 1985 and $350 following this date. It is important to note that, along with the outstanding lectures, this fee will include the following fun-filled and exciting activities: A Scenic Float Trip on the beautiful Snake River which winds its way along the base of the majestic Teton Mountain Range. A riverside Cowboy Steak Fry at the Triangle X Ranch follows the "floating" experience. There will also be a guided bus tour of Grand Teton National Park with a Picnic Lunch amidst the surrounding pine forests and mountain lakes. Included with the registration fee will be a daily Buffet Breakfast. Additionally, the Rendezvous Exhibitors will sponsor the "Trappers Cache Cocktail Party" to set the mood for the Conference.

OTI 009450

# SON HOLE RENDEZ

Airline service to Jackson, Wyoming originates at Denver, Colorado and Salt Lake City, Utah. All Transportation will be provided to and from the Jackson Airport, as well as to all planned activities. Very reasonable accommodations are available at the Wort Hotel and nearby Motels located across the street from the Convention Facility. The excellent restaurants, infamous "Watering Holes," rustic shops and world-renowned art galleries of downtown Jackson are all within easy walking distance of the Hotel. Further information regarding room rates and reservations will be mailed to participants as soon as the registration fee is received.

Because of the special nature of the Rendezvous activities, registration will have to be limited on a first-come, first-served basis. It is subsequently important that your registration be received as soon as possible and, in your best interest, prior to June 30, 1985. If, for some reason, cancellation is necessary, all but $40 will be refunded. Separate Social Packages may also be obtained for spouses, children or friends. The fee for this package is $135 and includes the daily Buffet Breakfasts, Grand Teton National Park Tour and Picnic along with the Float Trip and Cowboy Cookout.



OTI 009451

 

### FACULTY AND TECHNICAL SESSIONS

*John Coleman, M.A.;* Otologic Medical Group — "Venting Effects on 2cc Coupler Measurements of Canal and ITE Hearing Aids."

*James Curran, M.S.;* Starkey Labs — "Contemporary Aspects of Digital Technology and Amplification."

*David Egolf, Ph.D.;* Univ. of Wyoming — "Pratical Demonstration of Hearing Aid Innovations; No-Moving Part Volume Control; Digital Hearing Aids; Feedback Suppression Circuits."

*James Guthier;* Danavox, Inc. — "Custom ITE and Canal Aid Modifications; Practical Considerations for the Dispenser."

*Geary McCandless, Ph.D.;* Univ. of Utah Medical Center — "Stereophonic Listening, Binaural Fusion and Hearing Aids."

*Jerry Northern, Ph.D.;* Univ. of Colorado Health Sciences — "Real-Ear Hearing Aid Measurements in Children."

*Marjorie Skafte;* Hearing Instruments — "Hearing Aid Market Potential: Positive and Negative Factors."

*Wayne Staab, Ph.D.;* Audiotone — "Practical Marketing Techniques for the Hearing Aid Dispenser."

*Robert Sweetow, Ph.D;* San Francisco Hearing and Speech Center — "Tinnitus Management: Coverup or Cognitive Restructuring?"

*Darrel Teter, Ph.D.;* Private Practice; Denver, Colorado — "Realistic Assessment of In-Situ Hearing Aid Measurement Techniques."

*Joel Wernick, Ph.D.;* Qualitone — "Current Research in Canal Hearing Aid Technology".

OTI 009452



# JACKSON HOLE RENDEZVOUS

## A Conference for Hearing Health Professionals

### REGISTRATION

Please tear off this Registration Form at the perforation. Completely fill out the information requested on the back. Enclose the registration form along with your check or money order and mail to:

Arlan E. Walter
5165 Hoy Road
Cheyenne, Wyoming 82009

Further information concerning the Jackson Hole Rendezvous will be sent immediately upon receipt of registration.

OTI 009453

# JACKSON HOLE RENDEZVOUS

## A Conference for Hearing Health Professionals

### REGISTRATION FORM

Name:

Title:

Organization/Company:

Address:

City: _____ State: _____
Zip:

Phone: (

**Early Bird Registration**
(Before June 30)
$290

**Registration**
(After June 30)
$350

**Social Package Only**
$105

Total Enclosed

Make Checks Payable To:
Jackson Hole Rendezvous

OTI 009454

# JACKSON HOLE RENDEZVOUS



## ACCREDITATION

Members of the Rendezvous Faculty are all eminently qualified professionals and are recognized authorities in their respective Hearing Health Care Fields. Subsequently, sixteen hours of continuing education credit will be offered by the NIHIS of the National Hearing Aid Society and the American Medical Association. Fees for accreditation are included with the registration.

## COMMERCIAL EXHIBITORS

Audiological Consulting – Donna P. Fisher
Audiotone – Ron White
Danavox, Inc. – William Vass
Oticon – Mary Ann Richards
Phonic Ear, Inc. – Roxanne Jacobsen
Qualitone – Joel Wernick
Siemens Instruments – Tana Triantos
Starkey Labs – James Curran
Telex – David Smriga

## RENDEZVOUS COMMITTEE

Michael W. Marion – Chairman
Arlen E. Walter – Treasurer
Marjorie A. Hauss – Advertising
Laurel J. Marion – Convention Facilities
Tana Triantos – Social Activities

## INQUIRIES

Arlen E. Walter, Rendezvous Treasurer
5165 Hoy Road
Cheyenne, Wyoming 82009
Phone: (307) 635-0435

OTI 009455

BULK RATE
U.S. POSTAGE
PAID
PERMIT NO. 185
CASPER, WY

# JACKSON HOLE RENDEZVOUS

c/o Arlan E. Walter
5166 Hoy Road
Cheyenne, WY 82009

*A Hearing Health Care Conference*
*Jackson Hole, Wyoming*
*August 30-September 3, 1985*

OTI 009456

JACKSON HOLE RENDEZVOUS
AMERICANA SNOW KING INN - JACKSON, WYOMING

CONFERENCE PROGRAM


TUESDAY - September 1

| | |
|---|---|
| 1:00 p.m. - 4:00 p.m. | Exhibitor Setup - Teton Room |
| 4:00 p.m. - 7:00 p.m. | Registration - Teton Room |
| 7:00 p.m. | "Trapper's Cache Cocktail Party" - Teton Room Exhibitor Sponsored (Complimentary Whiskey and Finger Vittles). Open Exhibits. |


WEDNESDAY - September 2

| | |
|---|---|
| 8:00 a.m. | Buffet Breakfast - Teton Room |
| 8:45 a.m. | Welcome - Rendezvous Overview |
| 9:00 a.m. | Bus Boarding at Front Entrance of Americana Snow King Inn - Jackson Lake Boat Excursion; Buffet Lunch on Elk Island. |
| 1:30 p.m. | Lecture Series - "Acoustical Aspects of BSER when Employed with Hearing Aids" Darrel L. Peter, Denver, Colorado Explorer's Room - Jackson Lake Lodge |
| 3:00 p.m. | Guided Bus Tour of Teton National Park. |
| 6:30 p.m. | Projected Return to Americana Snow King Inn. |
| 8:00 p.m. | Presentation by Jackson Hole Chamber of Commerce - Teton Room |


THURSDAY - September 3

| | |
|---|---|
| 8:00 a.m. | Buffet Breakfast - Teton Room |
| 9:00 a.m. - 10:30 a.m. | Lecture Series - "Probe Microphone Measurements in Hearing Aid Evaluation Procedures"; "Hearing Aids for Mild Hearing Impairment in the Aging Patient". Geary McCandless, Salt Lake City, Utah |
| 10:30 a.m. - 10:45 a.m. | Break and Exhibits |
| 10:45 a.m. - 12:15 p.m. | Lecture Series - "Earmold Acoustics - Hearing Aid Systems Fitting". Wayne J. Staab, Phoenix, Arizona |
| 12:15 p.m. | No Host Lunch |
| 1:30 p.m. - 3:00 p.m. | Lecture Series - "Improved Communication in Noise Using Adaptive Filtering Techniques". Martin S. Robinette, Salt Lake City, Utah Robert H. Brey, Provo, Utah |
| 3:00 p.m. - 3:15 p.m. | Break and Exhibits |
| 3:15 p.m. - 4:45 p.m. | Lecture Series - "Current Status of Central Auditory Disorders". Jack A. Willeford, Fort Collins, Colorado |

OTI 009463

FRIDAY - September 4

| | |
|---|---|
| 7:30 a.m. | Buffet Breakfast - Teton Room |
| 8:30 a.m. - 10:00 a.m. | Lecture Series - "Acoustical Considerations of Hearing Aid Feedback Phenomena". "The Effects of Middle Ear Pathologies on Sound Pressures in the Occluded Ear Canal". David P. Egolf, Laramie, Wyoming |
| 10:00 a.m. - 10:15 a.m. | Break and Exhibits |
| 10:15 a.m. - 11:45 a.m. | Lecture Series - "Contemporary Diagnostic Audiology". Jerry L. Northern, Denver, Colorado |
| 11:45 a.m. | No Host Lunch |
| 12:45 p.m. - 2:15 p.m. | Lecture Series - "Comparisons of Various Hearing Aid Evaluation Techniques". "Clinical Application of BSER". Darrell E. Rose, Rochester, Minnesota |
| 2:30 p.m. | Bus Boarding at Front Entrance of Americana Snow King Inn - Snake River Float Trip and Cowboy Steak Fry at Triangle X Ranch. |
| 9:00 p.m. | Projected Return to Americana Snow King Inn |

SATURDAY - September 5

| | |
|---|---|
| 8:00 a.m. | Buffet Breakfast - Teton Room |
| 8:45 a.m. - 10:15 a.m. | Lecture Series - "Planning for the Hearing Instrument Market in the 80's". David L. Wessell, Mill Valley, California |
| 10:15 a.m. - 10:30 a.m. | Break and Exhibits |
| 10:30 a.m. - 12:00 noon | Lecture Series - "Cochlear Implants - Current Status". "Surgical Treatment of Dizziness" Ralph A. Nelson, Los Angeles, California |
| Noon | Rendezvous Adjournment |

Accreditation: 15 hours NIHIS and the AMA.

The Rendezvous Organizing Committee:

    Michael W. Marion, Casper, Wyoming - Chairman
    Michael B. Alley, Lander, Wyoming - Social Activities
    Marjorie A. Haass, Casper, Wyoming - Advertising
    Arlan E. Walter, Cheyenne, Wyoming - Treasurer
    Kathleen Taylor-Hietpas, Casper, Wyoming - Exhibits

OTI 009464

Exhibit H

Aug. 31, 1987

Dr. Vernon D. Larson, Chief
Audiology and Speech Pathology Service
VA Medical Center
2460 Wrightsboro Road
Augusta, GA 30910

Dear Dr. Larson:

Please be advised that I am now at Penn State University where I will be on sabbatic leave from the University of Wyoming for the next 12 months.

Pursuant to the VA's contract with the University of Wyoming entitled "Acoustic Feedback Suppression in Hearing Aids", I am writing to report that I believe there is one patentable item which was conceived and developed partially as a result of that contract. That item, the acoustic feedback control circuit, is briefly described in the enclosed patent disclosure form (entitled "The University of Wyoming, Report of Invention or Copyrightable Work--Formal Disclosure") and accompanying documentation.

I believe this letter, transmitting to you the enclosed patent disclosure statement, is the final requirement of my contract with the VA. If not, please contact me at my new address:

   Dr. David P. Egolf
   X Graduate Program in Acoustics
   The Pennsylvania State University
   State College, PA 16801

   Phone: (814) 865-6364

I look forward to a continued working relationship with you.

                              Sincerely,

                              David P. Egolf, Ph.D.


cc:
Dr. Clifford Ferris, Acting Dept. Head of Electrical Engineering, UW
Ms. Annis Askew, Mgr. of Contracts and Grants, UW

EXHIBIT
217
8/25/07
Weaver
PENGAD 800-631-6989

EXHIBIT

JX 43A

DEM517637

CONFIDENTIAL

The University of Wyoming

Report of Invention or Copyrightable Work - Formal Disclosure

Date of this disclosure _Aug. 31, 1987_

Inventor(s)/Creator(s):    (Name(s), department(s), telephone(s) for
                            each - underline contact person)

1. David P. Egolf (on sabbatical @ Penn State Univ., 814/865-6364)
2. Thomas G. McConnell (Now works for Blodgett Oven Co., Burlington, VT)
3. Kim A. Weaver (Now works for NCAR, Boulder, CO)

Pursuant to the Patent and Copyright Policy of the University of Wyoming -
UNIREG 641, Revision 1, I/We hereby disclose details about the following
invention/copyright:

   1. Title of Invention or work for copyright:
      Automatic Feedback Control Circuit

   2. Dates important to disclosure:

      a. Earliest conception of idea (principle): May 6, 1984

      b. Experimental period:  } May 6, 1984 to Apr. 15, 1986

      c. Developmental period:

      d. Essential completion: Apr. 15, 1986

      e. Publication of pertinent information (constituting
         public disclosure): None

   3. Description of Invention or Copyrightable Work:

      a. Classify invention or work (new process, product, device,
         technology, software, etc.)
         Electronic circuit on printed circuit board.

DEM517638

**b. Present a brief description of the invention or copyrightable work.**

Hearing aid is turned on and volume is turned up to desired setting. If squeal (i.e, "feedback") begins to occur, the squeal is monitored by the circuit and the squeal frequency is noted automatically. Using the squeal frequency, the circuit then automatically sets the time delay of a delay line which serves to provide the correct phase response of the open-loop transfer function estimator. Circuit then automatically increases the magnitude response of the open-loop transfer function estimator until the squeal stops. If the squeal continues, the circuit automatically repeats the above procedure.

**c. Why is this invention or copyrightable work new/novel? (Be sure to explain why it is distinct from current patented or copyrighted works).**

There are no viable electronic means now commercially available (for suppressing acoustic feedback in hearing aids) that provide as much (6-10 dB) additional stable gain.

**d. Describe potential applications (uses, markets, etc.) for this work, both as to variety and extent.**

Applications to suppression of acoustic feedback in hearing aids. Would be applicable (as an additional feature) to all commercial hearing aids manufactured today.

DEM517639

e. Describe patented or copyrighted works which are most like that disclosed herein.

Unknown (patent search has not been conducted).

4. Identify University resources (quantify where appropriate) instrumental in development of this invention/copyrightable work.

   a. University paid work time (Inventor(s)):

   Ten percent of academic year for Dr. Egolf (beyond that paid for by UW's contract with VA).

   b. Special facilities:

   O

   c. Consumables:

   O

   d. University shops/craftsmen/clerical:

   O

   e. Graduate Student and/or technician time:

   Half-time graduate research assistant (Tom McConnell for one academic year (beyond that paid by VA).

   f. Other:

5. Describe any contracts or agreements which you have (with sponsors or others) that may affect the development of a patent or copyright and the assignment of potential income.

Research contract with the U.S. Veterans Administration entitled "Acoustic Feedback Suppression in Hearing Aids" dated Oct. 11, 1983.

6. Attach any descriptive materials (drawings, etc.) that might assist in further defining the disclosure and explaining the work.

See attached report by McConnell, Egolf, and Weaver (please note that circuit diagram is on page 36 of this report).

DEM517640