**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-422 (GMS) |
| v. | ) ) ) | |
| SONIC INNOVATIONS, INC., et al, | ) ) | |
| Defendants. | ) ) | |

**EXHIBITS I THROUGH Q IN SUPPORT OF DECLARATION OF ROBERT KINDER
IN SUPPORT OF PLAINTIFF ENERGY TRANSPORTATION GROUP INC.'S
MEMORANDUM IN SUPPORT OF ITS MOTION FOR JUDGMENT
<u>AS A MATTER OF LAW</u>**

OF COUNSEL:

Marty Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue
Suite 2500
Miami, Florida  33131
Telephone:  (305) 810-2500

Brian M. Buroker
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006-1109
Telephone:  (202) 955-1500

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone:  (804) 788-8788

Dated: March 27, 2008

Edmond D. Johnson (# 2257)
Matthew A. Kaplan (#4956)
PEPPER HAMILTON LLP
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
Telephone: (302) 777-6500

*Attorneys for Energy Transportation Group, Inc.*