# Exhibit I

# The hearing aid feedback path: Mathematical simulations and experimental verification

David P. Egolf, Henry C. Howell, Kim A. Weaver, and D. Steven Barker
*Auditory and Electroacoustics Research Group, Department of Electrical Engineering, University of Wyoming, Laramie, Wyoming 82071*

(Received 1 November 1984; accepted for publication 21 June 1985)

Acoustic feedback in hearing aids has received little attention in the literature. Feedback occurs when stability conditions of the open-loop transfer function of an *in situ* hearing aid are violated. Solving the feedback problem will first require knowledge of the open-loop transfer function. Included in the open-loop transfer function is the acoustical path by which sound emanating from the earmold vent returns to the microphone (i.e., the feedback path). Reported herein are two different mathematical procedures for simulating transfer functions of the feedback path of an eyeglass-type hearing aid. In one procedure the vent exit was modeled as a point source of sound located on a flat plane, while it was treated as a point source on a sphere in the other. Results of laboratory experiments indicate that the mathematical models accurately predict those acoustic phenomena for which they were intended: point sources on plane and spherical baffles. Results of manikin experiments showed both models to be less accurate for simulating the feedback path around the human head. The maximum difference between experiment and theory was 6 dB at one frequency. Surprisingly, the flat-baffle model produced better agreement with experimental results than did the sphere model.

PACS numbers: 43.66.Ts, 43.66.Yw [DW]

## INTRODUCTION

Acoustic feedback occurring in public address (PA) systems has been discussed extensively in the literature. Its causes and various remedies appear in numerous publications: a bibliographic list of 22 articles on this topic was given by Egolf (1982). On the other hand, acoustic feedback in hearing aids is not well understood and has received scant coverage in the literature.

Among the few investigators to study feedback in hearing aids was deBoer (1963), who discussed the physical mechanisms by which it occurs. Grover and Martin (1974) demonstrated that the amount of attenuation in the feedback path through the earmold was related to the maximum stable gain of a hearing aid. Johansen (1975a,b) described how acoustic feedback was influenced by several different earmold vent and leak conditions. He supported his laboratory data partially with a theoretical treatise on sound transmission in and radiation from an earmold vent/leak. Lybarger (1975) proposed guidelines for avoiding feedback based on experiments establishing a relationship between vent size and maximum stable gain. Fifield (1980) and Macrae (1982) designed special earmolds which, they reported, reduced the effects of feedback. Egolf (1982) provided a simplified analysis of an entire *in situ* hearing aid using control-systems techniques and discussed the need for further study of the feedback phenomenon. Cox (1982) measured the effect of suboscillatory feedback on the frequency response of hearing aids.

Based on the literature reviewed, it could be concluded that, apparently, those published remedies which purport to allow additional feedback-free gain in PA systems have not been applied to hearing aids. This is most likely due, in part, to a lack of understanding of (1) the causes of acoustic feedback in hearing aids and (2) exactly which variables might be manipulated to control feedback.

*It is the purpose of this article to fill in gaps in the understanding of the acoustic feedback phenomenon as it occurs in hearing aids.* In particular, reported herein is the development and testing of mathematical models of that portion of a hearing-aid system called the "feedback path": the path whereby sound escaping from the earmold vent returns to the microphone. Computer simulations involving the mathematical models are reported, along with the results of laboratory experiments performed on a manikin outfitted with an eyeglass-type hearing aid. Although several remedies proposed by Larson (1982) for mitigating the effects of acoustic feedback are also being studied by Egolf (1984), space does not permit inclusion of the results of that work. Such results will be reported in a future publication.

In Sec. I, a simplified analysis of feedback in hearing aids previously published by Egolf (1982) is reviewed. Also included is a discussion of why a mathematical model of the feedback path is needed.

## I. SIMPLIFIED DESCRIPTION OF ACOUSTIC FEEDBACK

Acoustic feedback in hearing aids has been given various names in the literature. Such names include oscillation, ringing, squeal, screech, howl, howlback, etc. The mere fact that a particular hearing-aid system will "squeal" at some or all gain settings implies that a feedback path from the receiver back to the microphone does exist. The path taken by the feedback signal may be electrical (electromagnetic and electrostatic included), mechanical, acoustical, or combinations thereof. The present study deals with an eyeglass-type hearing aid having an acoustical feedback path linking the earmold vent (or leak) with the microphone.



EXHIBIT
21
EGOLF 10-9-07



Defendants Trial
Exhibit
DX-975
Civil Action no. 05-422

EGOLF 03167

DEM517931



FIG. 1. Typical eyeglass-type hearing aid: (a) illustration of signal flow and (b) block diagram of the system. Reprinted in part, with permission, from Egolf (1982).

In a prior publication, Egolf (1982) provided a description of acoustic feedback in hearing aids. This was a simplified description, however, and suffered from several deficiencies which are explained in the Appendix. Fortunately, such deficiencies do not affect the results of this study and therefore his description has been summarized in this paper to develop, for the reader, a frame of reference for understanding just why the current study was initiated and how the results of this study will be utilized.

According to Egolf (1982), the acoustic feedback phenomenon may be explained by referring to the *in situ* hearing aid of Fig. 1(a). As shown in Fig. 1(a), sound waves of pressure $P$ at some distant point in space are transformed by transfer function $T_1$ to sound pressure $P_1$ by the time they reach the pinna. (Throughout this paper, upper case letters represent complex quantities which are functions of frequency $f$ while lower case letters represent functions of time $t$.) The microphone, having transfer function $M$, transduces the sound pressure signal $P_1$ to an electrical signal which undergoes amplification in amplifier $A$ and then drives receiver $R$. The receiver output pressure $P_R$ is transformed to pressure $P_T$ at the tympanic membrane by a serial connection of waveguides having transfer functions $T_2$ and $T_3$ which are dependent, for example, upon tube properties such as length and diameter and upon eardrum impedance.

Some sound escapes through the vent, having transfer function $T_4$, so that sound pressure $P_R$ at the vent inlet becomes $P_V$ at the vent outlet. Further, sound pressure $P_V$ undergoes a transformation to $P_F$ via transfer function $T_5$. Upon reaching the microphone inlet port, sound pressure $P_F$ combines with sound pressure $P_1$ (either constructively or destructively, depending on their relative phases) at the loca-

tion labeled "summation" in Fig. 1(a). Such a summation process occurs naturally when two sound-pressure waves occur together at the same point in space.

The block diagram in Fig. 1(b), called a "control system," incorporates all of the pertinent information given in Fig. 1(a). Next, suppose that we combine the blocks in Fig. 1(b) from $M$ to $T_3$ into a single block labeled $G$. In control systems terminology, the quantity $G$ is known as the "plant" and can be obtained by multiplication of blocks, or

$$G = M \times A \times R \times T_2.$$

Likewise, blocks $T_4$ and $T_5$ can be combined by multiplication to yield the expression

$$H = T_4 \times T_5,$$

where $H$ is called the "feedback element."

According to Nyquist (1932), a control system such as that shown in Fig. 1(b) has an overall transfer function given by

$$P_T/P_1 = G/(1 - GH),$$

where $GH$ is called the "open-loop transfer function," a complex quantity having magnitude $|GH|$ and phase $\angle GH$, or

$$GH = |GH| e^{\angle GH}.$$

It was also shown by Nyquist (1932) that such a system will become unstable (i.e., squeal will occur) at any frequency where both

$$|GH| > 1.0$$

and

$$\angle GH = m(360°), \quad \text{for } m = 0,1,2 \ldots$$

Thus, to eliminate the squeal of acoustic feedback in hearing aids, one or both of the above conditions must be avoided.

The foregoing discussion suggests that a remedy or remedies for the acoustic feedback problem may be developed only after a complete understanding of the open-loop transfer function $GH$ is obtained. This will require knowledge, both theoretical and experimental, of each of the transfer function blocks in Fig. 1(b). Some of this information is available in the literature and some is not. A partial listing of available information needed to describe the transfer function of each block in Fig. 1(b), along with pertinent references, is presented in Table I.

From the entries in Table I, it is apparent that transfer function information is lacking for the microphone $M$, the amplifier $A$, and the feedback path $T_5$. Without such information, there is little hope of developing a theoretical model of the open-loop transfer $GH$ of an entire *in situ* hearing aid.

Lack of understanding of the transfer function of the feedback path $T_5$ provided incentive for the present study. Reported in the sections which follow are results of the development and testing of two different mathematical approximations of the $T_5$ transfer function for an eyeglass-type hearing aid. Together with other information gleaned from references in Table I this should, at some future time, result in the production of a theoretical/experimental representation for $GH$.

EGOLF 03168

DEM517932

TABLE I. Information needed to describe transfer functions shown in Fig. 1(b). Reprinted in part, with permission, from Egolf (1982).

| Transfer function | | Parameters necessary to describe transfer function | References |
|---|---|---|---|
| Symbol | Name | | |
| $T_1$ | Nearfield of the head and plane. | Room acoustics. | Schroeder (1962). |
| | | Wave interaction with body, head, and ear. | Kuhn (1979), Shaw (1980). |
| $M$ | Microphone. | Acousto-electric response, directivity. | Manufacturer? |
| | | Location. | Franks (1979), Kuhn (1980). |
| $A$ | Amplifier. | Gain and phase response. | Manufacturer? |
| $R$ | Receiver. | Electroacoustic response. | Egolf and Leonard (1977). |
| $T_a, T_p, T_v$ | Sound tube, ear canal, vent tube. | Tube transmission line characteristics. | Egolf et al. (1978), Egolf (1980). |
| $T_3$ | Feedback path. | Vent radiation. | Morse and Ingard (1968), Johansen (1975a). |
| | | Room acoustics. | Schroeder (1962). |
| | | Wave interaction with the body, head, and ear. | Kuhn (1979), Shaw (1980). |
| | | Magnitude and phase response. | Subject of present study? |
| $GH$ | Entire in situ hearing aid. | Magnitude and phase response. | Subject of a future study? |



FIG. 2. Treating the head as a plane baffle and a sphere for purposes of mathematical simulation of the $T_3$ transfer function for an eyeglass-type hearing aid.

## II. MODELING THE FEEDBACK PATH

Based on equations developed by Morse and Ingard (1968), Egolf (1976) concluded that the vent exiting through an *in situ* hearing aid could be treated mathematically as though it were a circular hole in an infinite plane baffle (i.e., a flat plate) for purposes of computing the termination impedance seen by a plane pressure wave as it approached the vent exit from inside the earmold. In other words, for this particular application the human head was treated as a flat plate. The question then arguably arises whether the head, with an earmold in place, can likewise be treated as a flat plate for other purposes such as mathematical simulation of the $T_3$ transfer function given in Fig. 1. On the other hand, treating a somewhat spherical object such as the human head as a flat plate seems to be contrary to common sense. It seems more appropriate to treat the human head as a sphere, regardless of the application. Included in this section are the derivation and testing of equations which will allow treatment of the human head as both a plane baffle and a sphere, as illustrated in Fig. 2. Actual application of these equations to a human head, in this case a manikin head, is left to a later section.

### A. The head as a plane baffle

In the following derivation, the side of the head is assumed to be an infinite plane baffle through which the vent hole emerges, as shown in Fig. 2. The word "infinite" means

EGOLF 03169

DEM517933



FIG. 3. Experimental setup for determining $P_F/P_V$ for the case of a piston-shaped sound source (i.e., the vent exit) located in an infinite-plane baffle. Experiment was conducted within an anechoic chamber.

that the baffle is very large compared to the longest wavelength of interest: a wavelength much greater than the largest dimension of the head. The head model thus appears flat, is of infinite extent, and has no attached pinnas, neck, or body.

Assuming the vent exit of the *in situ* earmold may be treated as a piston-shaped sound source located in an infinite plane baffle as in Fig. 3, then the sound pressure $P_F$ in the farfield of the source (i.e., for the case where $R > r$) is given by Eq. (8.35) of Kinsler *et al.* (1982) as

$$P_F = jk(\rho_0 c)\left[\frac{U_V \pi r^2}{2\pi R}e^{-jkR}\left(\frac{2J_1(kr\sin\theta)}{(kr\sin\theta)}\right)\right], \quad (1)$$

where

$k$ is wavenumber $(\omega/c)$, $m^{-1}$,
$\omega$ is radian frequency $(2\pi f)$, rad/s,
$f$ is frequency, Hz,
$\rho_0$ is air density, kg/m³,
$c$ is sonic velocity, m/s,
$U_V$ is velocity amplitude of the piston-shaped source, m/s,
$r$ is radius of the vent, m,
$R$ is distance from vent exit to point of interest, m,
$\theta$ is angle from vent centerline to point of interest, deg,
$J_1$ is a Bessel function of the first kind of order one, dimensionless, and
$j$ is $\sqrt{-1}$.

Now, velocity amplitude of the piston-shaped source $U_V$ is identically the particle velocity amplitude at the vent

exit. Sound-pressure amplitude $P_V$ at the vent exit is related to $U_V$ by the equation

$$U_V = P_V/Z, \quad (2)$$

where $Z$ is radiation impedance of a piston-shaped sound source set in an infinite plane baffle, N-s/m³. An expression for $Z$ given by Malecki (1969) as (5.97) is

$$Z = \rho_0 c\left[\left(1 - 2\frac{J_1(2kr)}{(2kr)}\right) + j\left(2\frac{H_1(2kr)}{(2kr)}\right)\right], \quad (3)$$

where $H_1$ is a Struve function of order one, dimensionless.

Substitution of Eqs. (2) and (3) into Eq. (1) and canceling redundant numerator and denominator terms yields

$$\frac{P_F}{P_V} = \left[kr^2 e^{j\omega/2 - kR}\right]/2R\left[\left(1 - 2\frac{J_1(2kr)}{(2kr)}\right)\right.$$
$$\left. + j\left(2\frac{H_1(2kr)}{(2kr)}\right)\right]\left[\left(\frac{2J_1(kr\sin\theta)}{(kr\sin\theta)}\right). \quad (4)\right.$$

A laboratory experiment was conducted in order to determine the validity of Eq. (4). The experiment consisted of measuring sound pressures $P_F$ and $P_V$ and determining their ratio $P_F/P_V$, both magnitude and phase, using two probe





FIG. 4. Experimental and computer-generated values of $P_F/P_V$ (both magnitude and phase) for the case of a piston-shaped sound source located in an infinite-plane baffle: $r = 0.0015$ m, $R = 0.1092$ m, $\theta = 73.80°$.

EGOLF 03170

DEM517934



FIG. 3. Experimental setup for determining $P_F/P_V$ for the case of a piston-shaped sound source (i.e., the vent exit) located in the surface of a rigid immobile sphere. Experiment was conducted within an anechoic chamber.

microphones and a spectrum analyzer as shown in Fig. 3. The microphones were each calibrated with a sound-level calibrator (i.e., B&K 4230) according to methods outlined in the manufacturer's manual. Experimental results as well as those obtained via Eq. (4) are given in Fig. 4. The noisy high-frequency experimental data in Fig. 4 are the result of poor coherence. Such coherence can be attributed to the fact that output of the loudspeaker providing sound pressure $P_V$ was severely attenuated at frequencies above 7 kHz. Thus, validity of the experimental data above 7 kHz in Fig. 4 is questionable.

The mismatch between experimental and computer-generated data in Fig. 4 at frequencies below 7 kHz also deserves comment. This could be due to any of several causes such as poor calibration and/or improper positioning of either or both of the probe microphones. The most probable cause, however, was improper positioning of the microphone for measuring $P_F$. Experimental replication of the $P_F/P_V$ transfer function given by Eq. (4) required that $P_F$ be measured directly at the vent opening without altering the sound field emanating from that opening. This requirement was extremely difficult to achieve in practice because of the small physical size of the 0.003-m-diam vent opening and the rather large, by comparison, 0.001-m-diam probe microphone. For example, when the probe was positioned directly at the vent opening it did, in fact, alter the sound field and thus the measurement of $P_F$ was affected. When it was moved a slight distance away from the opening (e.g., no more than 0.001 m away), the $P_V$ measurement was affected.

other words, the experimental data in Fig. 4 were quite sensitive to changes in position of the microphone used to measure $P_F$. The slight mismatch between experimental and computer-generated data at frequencies below 7 kHz is therefore not too surprising.

If it is assumed that the point labeled $P_F$ in Fig. 3 is the sound pressure at the microphone inlet port on the arm of the eyeglasses shown in Figs. 1 and 2, then Eq. (4) represents the ratio of sound pressure at the microphone inlet port $P_F$ to that at the vent exit $P_V$. This quantity is thus a mathematical approximation of the $T_3$ transfer function, assuming of course that the head can be approximated as an infinite plane baffle without pinnas.

### B. The head as a sphere

The following derivation is based on the assumption that the head can be treated as a rigid, immobile sphere through which emerges the vent exit hole, as illustrated in Fig. 2. The head model would therefore appear spherical with no attached pinnas, neck, or body.

It is further assumed that (1) the vent exit of the *in situ* earmold may be treated as a piston-shaped sound source located in the surface of the sphere as shown in Fig. 5 and (2) the vent radius is much, much smaller than the radius of the sphere (i.e., $r \ll a$). Under these conditions it is possible to derive, using equations given by Rschevkin (1963) and Morse and Ingard (1968), an expression for sound pressure $P_F$ in the field of a piston-shaped "point" source located in the surface of a sphere. That expression, derived by Egolf (1985) and presented as his Eq. (11), is given as

$$P_F = (\rho_0 c) \left[ \frac{\gamma_0 u_T}{4 \pi a^2} \sum_{m=0}^{\infty} \left( \frac{(2m+1)P_m(\cos\theta) h_m^{(2)}(kR)}{L_m(ka)} \right. \right.$$
$$\left. \left. \times e^{j \gamma_m(ka)} \right) \right], \tag{5}$$

where

$a$ is radius of the sphere, m,

$R$ is distance from center of the sphere to point of interest, m,

$\theta$ is angle from a radial line drawn through the vent centerline to a radial line drawn through the point of interest, deg,

$P_m$ is a Legendre function of the first kind of degree $m$, dimensionless,

$h_m^{(2)}$ is a spherical Hankel function of the second kind of order $m$ dimensionless, and

$L_m, \gamma_m$ are special functions tabulated by Morse and Ingard (1968) and Malecki (1969), dimensionless.

Again, as in the previous case involving the plane baffle, Eqs. (2) and (3) may be substituted into Eq. (5). Although Eq. (3) is the radiation impedance of a piston-shaped source set in a plane rather than spherical baffle, its incorporation into Eq. (5) (i.e., the above equation derived for a source in a sphere) is justified, according to Morse and Ingard (1968), for those cases where $r < a$. Canceling redundant numerator and denominator terms in the equation which results from this substitution yields

EGOLF 03171

DEM517935



FIG. 6. Experimental and computer-generated values of $P_F/P_V$ (both magnitude and phase) for the case of a piston-shaped sound source located in the surface of a rigid, immobile sphere: $r = 0.0015$ m, $a = 0.1016$ m, $R = 0.12$ m, $\theta = 45.0°$.

$$\frac{P_F}{P_V} = \left\{ \left(\frac{r^2}{a^2}\right) \Big/ 4 \left[ \left(1 - 2\frac{J_1(2kr)}{(2kr)}\right) + j\left(2\frac{H_1(2kr)}{(2kr)}\right) \right] \right\}$$
$$\times \sum_{m=0}^{\infty} \left( \frac{(2m+1) P_m(\cos\theta) h_m^{(2)}(kR)}{L_m(ka)} \gamma_m(ka) \right). \quad (6)$$

The special functions $L_m(ka)$ and $\gamma_m(ka)$ in Eq. (6) were given as Eq. (6.18) by Malecki (1969) (after corrections were included by the authors of this paper) in the form

$$L_m(ka) e^{-j\gamma_m(ka)} = \{1/k\}\{[n_m'(ka)] + j[j_m'(ka)]\}, \quad (7)$$

where the entries in Eq. (7) may be represented by their respective recurrence relations given as Eq. (10.1.22) by Abramowitz and Stegun (1970) as

$$n_m'(ka) = k\{m[n_m(ka)/ka] - n_{m+1}(ka)\},$$

$$j_m'(ka) = k\{m[j_m(ka)/ka] - j_{m+1}(ka)\}, \quad (8)$$

and $n_m$ is a spherical Bessel function of the second kind—sometimes referred to as a spherical "Neumann" function—of order $m$, dimensionless, and $j_m$ is a spherical Bessel func-



FIG. 7. Experimental setup for determining $T_3$ for the case of a manikin head. Experiment was conducted within an anechoic chamber.

tion of the first kind of order $m$, dimensionless. Substitution of Eq. (7) into Eq. (6) produces

$$\frac{P_F}{P_V} = \left\{ \left(\frac{r^2}{a^2}\right) \Big/ 4 \left[ \left(1 - 2\frac{J_1(2kr)}{(2kr)}\right) + j\left(2\frac{H_1(2kr)}{(2kr)}\right) \right] \right\}$$
$$\times \sum_{m=0}^{\infty} \left( \frac{(2m+1) P_m(\cos\theta) h_m^{(2)}(kR)}{(1/k)\{[n_m'(ka)] + j[j_m'(ka)]\}} \right). \quad (9)$$

Equation (9), in combination with Eqs. (8), is preferred over Eq. (6) for the calculation of $P_F/P_V$ on a digital computer because software packages which supply Bessel function data are readily available.

A laboratory experiment (see Fig. 5) was conducted in order to establish the validity of Eq. (9). Results from that experiment, along with computer-generated results obtained via Eqs. (8) and (9), are given in Fig. 6. Slight irregularities in the experimental data of Fig. 6 are probably due to low-level background noise in the anechoic chamber where such tests were conducted.

Equation (9) can be thought of as a mathematical approximation of the $T_3$ transfer function where $P_F$ and $P_V$ are, respectively, the sound pressures at the microphone inlet port and at the vent exit. This assumes, of course, that the human head can be treated as an acoustically rigid, immobile sphere lacking a neck and pinnas.

## III. APPLICATIONS TO THE HUMAN HEAD

### A. Manikin experiment

A manikin experiment was devised in order to validate mathematical treatment of the human head as (1) a plane baffle and (2) a sphere for purposes of simulating the $T_3$ transfer function. In particular, a loudspeaker was located inside the head of a nonstandard manikin (a converted female department-store manikin with a head and torso) and the ear canal was sealed except for a 3-mm-diam hole simu-

EGOLF 03172

DEM517936



FIG. 8. Illustration of manikin head showing location of earmold vent exit $P_V$ and two possible microphone locations $P_{PA}$ and $P_{PB}$ for eyeglass-type hearing aid: vent radius is 0.0015 m.

lating the vent (see Fig. 7). Sound produced by the loudspeaker and broadcast through this hole was then monitored at the vent exit and at another point in space simulating the location of the microphone inlet port in the arm of the eyeglasses (i.e., positions labeled $P_P$ and $P_F$ in Fig. 7). Two different positions for monitoring $P_P$ were selected. These are labeled $P_{PA}$ and $P_{PB}$ in Fig. 8. The quantity $T_3$, both magnitude and phase, was then obtained at each position with the spectrum analyzer, as illustrated in Fig. 7.

### B. Validating the plane baffle model

To test the validity of treating the head as an infinite plane baffle, the dimensions given in Fig. 8 were first transferred to the plane baffle model in Fig. 9. The model was then used, via Eq. (4), to simulate the $T_3$ data obtained in the manikin experiment.

### C. Validating the sphere model

Since the shape of the manikin head illustrated in Fig. 8 deviates significantly from that of a sphere, it was difficult to determine just how to select a radius for the sphere model of the head. Three possibilities came to mind: an effective radius based on (1) a head circumference measurement made along a line through points $P_P$ and $P_V$, (2) a measurement of the local radius of curvature at point $P_V$, or (3) a head volume measurement.



FIG. 9. Plane baffle model of the manikin experiment in Figs. 7 and 8 (given dimensions are in meters): $\theta_A = 73.8°$ and $\theta_B = 79.5°$.



FIG. 10. Geometrical layout for calculating effective head radius by the local-radius-of-curvature method.

To answer this question, the digital computer was employed to simulate $P_F/P_P$ via Eqs. (8) and (9), once for each of the three proposed effective radii. A comparison of the computed results with $T_3$ data derived from the manikin experiment indicated that the local-radius-of-curvature concept was superior to the other methods of obtaining effective head radius. This was not surprising because, of the three proposed methods, the local-radius-of-curvature concept was the only one to preserve in the sphere model two quantities which are critical to predicting radiation characteristics of a point source on the surface of a sphere. With reference to Fig. 10, these are (1) the straight-line distance $x$ between $P_F$ and $P_V$ and (2) the perpendicular distance $y$ from the head surface to $P_F$. Assuming the values of $x$ and $y$ are known, effective radius $a$ can be determined by the relationship

$$a = (x^2 - y^2)/2y, \qquad (10)$$

where $x$ is distance from $P_{PA}$ or $P_{PB}$ to $P_V$ in Fig. 8, m, and $y$



FIG. 11. Sphere models of the manikin experiment in Figs. 7 and 8 (given dimensions are in meters): $a_A = 0.1802$ m, $R_A = 0.2107$ m, $a_B = 31.22$, $a_B = 0.2234$ m, $R_B = 0.2386$ m, and $\theta_A = 29.39°$.

EGOLF 03173

DEM517937



FIG. 12. Experimental and computer-generated values of $T_{3A}$ (both magnitude and phase).



FIG. 13. Experimental and computer-generated values of $T_{3B}$ (both magnitude and phase).

is perpendicular distance from $P_{PA}$ or $P_{PB}$ to the head surface in that same figure, m. Thereafter, $R$ and $\theta$ may be obtained by the equations

$$R = y + a \tag{11}$$

and

$$\theta = \tan^{-1}(x/a). \tag{12}$$

The values of $a$, $R$, and $\theta$ were determined via Eqs. (10)–(12) for both $P_{PA}$ and $P_{PB}$. These are displayed on the sphere models given in Fig. 11. As illustrated in Fig. 11, local-radius-of-curvature calculations via Eq. (10) produced two different effective radii: one corresponding to $P_{PA}$ and one corresponding to $P_{PB}$ (e.g., see $a_A$ and $a_B$ in Fig. 11). The sphere models in Fig. 11 were used, via Eqs. (8) and (9), to simulate experimental $T_3$ data derived from the manikin.

## IV. RESULTS AND DISCUSSION

Given in Figs. 12 and 13 are $T_3$ data derived from the manikin experiment along with simulated $T_3$ values computed for the plane-baffle model via Eq. (4) and those for the sphere model computed via Eqs. (8) and (9). Maximum differences between experimental and computer-generated magnitude data occur at approximately 5.7 kHz in Fig. 12,

where they are 6 dB for the plane model and 9 dB for the sphere model. Such differences are probably due to (1) irregular baffling effects of the nonspherical head and (2) directivity/scattering characteristics of the pinna (e.g., recall that the pinna has not been incorporated into the mathematical models). It is also suspected that (1) mislocation of the microphone for measuring $P_F$ and/or (2) inaccuracy of the local-radius-of-curvature method of choosing head radius might be partly responsible for these differences.

An examination of the data presented in these two figures leads one to a conclusion which seems contrary to common sense: that the plane model is more accurate than the sphere model for simulating the $T_3$ transfer function. The answer to this apparent anomaly lies in an explanation of the radiation characteristics of both models. For example, using theory given by Morse and Ingard (1968), it can be shown that a piston of 0.0030-m diameter set in a plane baffle produces an omnidirectional radiation pattern over the frequency range of interest in this study: 0 to 10 kHz. On the other hand, it can also be shown that the same piston set in a spherical baffle having a radius equivalent to either of those given in Fig. 11 will produce an increasingly directional radiation pattern as frequencies are increased beyond about 300

EGOLF 03174

DEM517938

Hz. Such a directional pattern is characterized by the production of greater sound pressures along the axis of symmetry of the piston than those produced off the axis. Consequently, computed values of off-axis sound pressure $P_F$ are likely to be greater for the case of the plane baffle than for the spherical baffle at frequencies from 300 Hz to 10 kHz. This trend is in evidence in Figs. 12 and 13.

It should also be mentioned that equations for the plane and sphere models [i.e., Eqs. (4) and (9)] might appear to be more complicated than necessary. For example, given the frequency range of interest and the dimensions shown in Figs. 9 and 11, Eqs. (4) and (9) could have been replaced by approximations which are much simpler and nearly as accurate. However, the authors have chosen to retain Eqs. (4) and (9) to allow for those cases where such approximations might yield inaccurate data. This includes, for example, the case of an "open" earmold having a vent diameter which could be three or four times that shown in Figs. 9 and 11.

## V. CONCLUSIONS

The two mathematical models reported in this paper appear to predict accurately those acoustic phenomena for which they were intended: sound sources located in plane and spherical baffles. Utilization of these models to simulate the feedback–path transfer function $T_3$ of an eyeglass-type hearing aid is less accurate. The plane model appears to yield somewhat better results than does the sphere model. Accuracy could probably be improved by conducting a numerical simulation (e.g., a finite-element or finite-difference simulation) but there is an advantage to be gained by using either of the classical models reported herein. Such classical models usually help the researcher develop an understanding, via mathematics, of the physical phenomena taking place. In the absence of more accurate theory, one or both of these models will be employed by the authors in future studies of acoustic feedback in *in situ* eyeglass-type hearing aids.

Before concluding this paper, the authors wish to caution the reader about two important issues. First, the mathematical models presented herein were developed for application to eyeglass-type hearing aids where the microphone is normally located in the arm of the eyeglasses at some distance from the pinna. In this case, the effect of neglecting the pinna is minimal. The authors made no attempt to apply these models to behind-the-ear (BTE) or in-the-ear (ITE) hearing aids, where the microphone is usually located behind, above, or actually within the pinna. It is expected that, in such cases, either of the present models would yield very poor results due to the dominant nearfield scattering effects of the irregular folds and convolutions of the pinna. Second, a word of caution is due those readers who wish to use Eq. (9) for simulating the transfer function of the feedback path: Convergence of the series given in that equation is quite slow at some frequencies and does not lend itself to any of the more conventional convergence tests.

## ACKNOWLEDGMENTS

A portion of this work was supported by a research grant from the Veterans Administration. The grant was awarded to Dr. Vernon D. Larson, Chief, Audiology and Speech Pathology Service, VA Medical Center, Augusta, GA and part of the work was subcontracted to the Department of Electrical Engineering, University of Wyoming. The authors which to acknowledge the considerable contribution to this research work made by Dr. Larson.

## APPENDIX

As mentioned in the body of this paper, the description of acoustic feedback provided by Egolf (1982) and summarized in this paper suffers from several shortcomings. First, a basic presumption for modeling an actual system via one-port blocks such as in Fig. 1(b) is that adjacent blocks do not "load" one another. In more technical terms, this means that each block exhibits high input impedance and low output impedance and is meant to represent a portion of the actual system exhibiting these same characteristics. Several parts of the hearing aid in Fig. 1(a) violate this requirement. For example, Egolf *et al.* (1978) has shown that the receiver and associated tubes leading to the eardrum and vent exit should be modeled as two-port networks [i.e., an alternative to the one-port blocks of Fig. 1(b) that does accommodate loading].

Second, the physical combination of two sound waves in space, which has been characterized by the word "summation" in Fig. 1(a), is not limited to the region within the dashed circle. Rather, it occurs everywhere in the field of sound broadcast from the vent exit. A more accurate, but more cluttered, illustration could have shown the summation process as it actually occurs: distributed over the entire length of the feedback path from $P_V$ to $P_F$.

Finally, it is well known that sound incident upon the head arrives at the eardrum via two paths: one by way of the microphone and the other via the earmold vent. The use of open earmolds takes advantage of this multipath phenomenon. The block diagram in Fig. 1(b) does not account for sound entering the ear canal directly by way of the vent.

Abramowitz, M., and Stegun, I. A. (1970). *Handbook of Mathematical Functions* (Dover, New York), 7th ed.

Cox, R. (1982). "Combined effects of earmold vents and subconciliatory feedback on hearing aid frequency response," *Ear Hearing* 3, 12–17.

deBoer, B. (1963). "Avoiding feedback in hearing aids," *Z. Hörgeräte Akust.* 4, 122–140.

Egolf, D. P. (1976). "A mathematical scheme for predicting the electroacoustic frequency response of hearing aid receiver-earmold-ear systems," unpublished doctoral dissertation, Purdue University, West Lafayette, IN.

Egolf, D. P., and Leonard, R. G. (1977). "Experimental scheme for analyzing the dynamic behavior of electroacoustic transducers," *J. Acoust. Soc. Am.* 62, 1013–1023.

Egolf, D. P., Tree, D. R., and Feth, L. L. (1978). "Mathematical predictions of electroacoustic frequency response of *in-situ* hearing aids," *J. Acoust. Soc. Am.* 63, 264–271.

Egolf, D. P. (1980). "Techniques for modeling the hearing aid receiver and associated tubing," in *Acoustical Factors Affecting Hearing Aid Performance*, edited by G. A. Studebaker and I. Hochberg (University Park, Baltimore), pp. 297–319.

Egolf, D. P. (1982). "Review of the acoustic feedback literature from a control systems point of view," in *Amplification for the Hearing Impaired: Research Needs*, edited by G. A. Studebaker and I. Hochberg (Monogr. Contemp. Audiol., Upper Darby, PA), pp. 94–103.

Egolf, D. P. (1984). "Acoustic feedback suppression in hearing aids: Parts I, II, and III," unpublished Q. Prog. Rep. to the Vet. Admin., Dept. of Electr. Eng., Univ. of Wyoming, Laramie, WY.

Egolf, D. P. (1985). "Point source on the surface of a rigid, immobile sphere:

EGOLF 03175

DEM517939

Derivation of a useful equation." J. Acoust. Soc. Am. **77**, 2179–2181.

Fifield, D. B. (1948). "A new ear impression technique to prevent acoustic feedback with high powered hearing aids," Volta Rev. **82**, 1–8.

Franks, J. R. (1975). "Microphone directionality effects on hearing aid frequency response," in *Auditory and Hearing Prosthetics Research*, edited by V. D. Larson, D. P. Egolf, R. L. Kirlin, and S. W. Stile (Grune and Stratton, New York), pp. 133–346.

Grover, B. C., and Martin, M. C. (1974). "On the practical gain limit for post-aural hearing aids," Brit. J. Audiol. **8**, 121–124.

Johansen, A. P. (1975a). "An evaluation of the acoustical feedback damping for behind-the-ear hearing aids," unpublished Rep. No. 75.1, Res. Lab. Tech. Audiol, Odense, Denmark.

Johansen, A. P. (1975b). "Magnitude of the acoustical feedback as a function of leakage in earmolds," Scand. Audiol. Suppl. **5**, 271–279.

Kinsler, L. E., Frey, A. R., Coppens, A. B., and Sanders, J. V. (1982). *Fundamentals of Acoustics* (Wiley, New York), 3rd ed.

Kuhn, G. F. (1979). "The pressure transformation from a diffuse sound field to the external ear and to the body and head-surface," J. Acoust. Soc. Am. **65**, 991–1000.

Kuhn, G. F. (1980). "Some effects of microphone location, signal bandwidth, and incident wave field on the hearing aid input signal," in *Acoustical Factors Affecting Hearing Aid Performance*, edited by G. A. Studebaker and I. Hochberg (University Park, Baltimore), pp. 55–80.

Larson, V. D. (1982). "Acoustic feedback suppression in hearing aids," unpublished proposal to the Veterans Administration, V. A. Medical Center, 2460 Wrightsboro Rd., Augusta, GA, pp. 1–31 plus appendices.

Lybarger, S. F. (1979). "Sound leakage from vented earmolds," Scand. Audiol. Suppl. **9**, 261–270.

Maerse, J. (1982). "Venting without feedback—Further development of the high-cut cavity vent," Hear. Instrum. **33**, 12–15 and 42.

Malecki, I. (1969). *Physical Foundations of Technical Acoustics* (Pergamon, Oxford).

Morse, P. M., and Ingard, K. U. (1968). *Theoretical Acoustics* (McGraw-Hill, New York).

Nyquist, H. (1932). "Regeneration theory," Bell Syst. Tech. J. **11**, 126–147.

Rschevkin, S. N. (1963). *A Course of Lectures on the Theory of Sound* (Pergamon, Oxford).

Schroeder, M. R. (1962). "Frequency-correlation functions of frequency responses in rooms," J. Acoust. Soc. Am. **34**, 1819–1823.

Shaw, E. A. G. (1980). "The acoustics of the external ear," in *Acoustical Factors Affecting Hearing Aid Performance*, edited by G. A. Studebaker and I. Hochberg (University Park, Baltimore), pp. 109–125.

EGOLF 03176

DEM517940

# The hearing aid feedback path: Mathematical simulations and experimental verification

David P. Egolf, Henry C. Howell, Kim A. Weaver, and D. Steven Barker

*Auditory and Electroacoustics Research Group, Department of Electrical Engineering, University of Wyoming, Laramie, Wyoming 82071*

(Received 1 November 1984; accepted for publication 21 June 1985)

Acoustic feedback in hearing aids has received little attention in the literature. Feedback occurs when stability conditions of the open-loop transfer function of an *in situ* hearing aid are violated. Solving the feedback problem will first require knowledge of the open-loop transfer function. Included in the open-loop transfer function is the acoustical path by which sound emanating from the earmold vent returns to the microphone (i.e., the feedback path). Reported herein are two different mathematical procedures for simulating transfer functions of the feedback path of an eyeglass-type hearing aid. In one procedure the vent exit was modeled as a point source of sound located on a flat plane, while it was treated as a point source on a sphere in the other. Results of laboratory experiments indicate that the mathematical models accurately predict those acoustic phenomena for which they were intended: point sources on plane and spherical baffles. Results of manikin experiments showed both models to be less accurate for simulating the feedback path around the human head. The maximum difference between experiment and theory was 6 dB at one frequency. Surprisingly, the flat-baffle model produced better agreement with experimental results than did the sphere model.

PACS numbers: 43.66.Ts, 43.66.Yw [DW]

## INTRODUCTION

Acoustic feedback occurring in public address (PA) systems has been discussed extensively in the literature. Its causes and various remedies appear in numerous publications: a bibliographic list of 22 articles on this topic was given by Egolf (1982). On the other hand, acoustic feedback in hearing aids is not well understood and has received scant coverage in the literature.

Among the few investigators to study feedback in hearing aids was deBoer (1963), who discussed the possible physical mechanisms by which it occurs. Grover and Martin (1974) demonstrated that the amount of attenuation in the feedback path through the earmold was related to the maximum stable gain of a hearing aid. Johansen (1975a,b) described how acoustic feedback was influenced by several different earmold vent and leak conditions. He supported his laboratory data partially with a theoretical treatise on sound transmission in and radiation from an earmold vent/leak. Lybarger (1975) proposed guidelines for avoiding feedback based on experiments establishing a relationship between vent size and maximum stable gain. Fifield (1980) and Macrae (1982) designed special earmolds which, they reported, reduced the effects of feedback. Egolf (1982) provided a simplified analysis of an entire *in situ* hearing aid using control-systems techniques and discussed the need for further study of the feedback phenomenon. Cox (1982) measured the effect of suboscillatory feedback on the frequency response of hearing aids.

Based on the literature reviewed, it could be concluded that, apparently, those published remedies which purport to allow additional feedback-free gain in PA systems have not been applied to hearing aids. This is most likely due, in part, to a lack of understanding of (1) the causes of acoustic feedback in hearing aids and (2) exactly which variables might be manipulated to control feedback.

It is the purpose of this article to fill in gaps in the understanding of the acoustic feedback phenomenon as it occurs in hearing aids. In particular, reported herein is the development and testing of mathematical models of that portion of a hearing-aid system called the "feedback path": the path whereby sound escaping from the earmold vent returns to the microphone. Computer simulations involving the mathematical models are reported, along with the results of laboratory experiments performed on a manikin outfitted with an eyeglass-type hearing aid. Although several remedies proposed by Larson (1982) for mitigating the effects of acoustic feedback are also being studied by Egolf (1984), space does not permit inclusion of the results of that work. Such results will be reported in a future publication.

In Sec. I, a simplified analysis of feedback in hearing aids previously published by Egolf (1982) is reviewed. Also included is a discussion of why a mathematical model of the feedback path is needed.

## I. SIMPLIFIED DESCRIPTION OF ACOUSTIC FEEDBACK

Acoustic feedback in hearing aids has been given various names in the literature. Such names include oscillation, ringing, squeal, screech, howl, howlback, etc. The mere fact that a particular hearing-aid system will "squeal" at some or all gain settings implies that a feedback path from the receiver back to the microphone does exist. The path taken by the feedback signal may be electrical (electromagnetic and electrostatic included), mechanical, acoustical, or combinations thereof. The present study deals with an eyeglass-type hearing aid having an acoustical feedback path linking the earmold vent (or leak) with the microphone.

DEM517931



FIG. 1. Typical eyeglass-type hearing aid: (a) illustration of signal flow and (b) block diagram of the system. Reprinted in part, with permission, from Egolf (1982).

In a prior publication, Egolf (1982) provided a description of acoustic feedback in hearing aids. This was a simplified description, however, and suffered from several deficiencies which are explained in the Appendix. Fortunately, such deficiencies do not affect the results of this study and therefore his description has been summarized in this paper to develop, for the reader, a frame of reference for understanding just why the current study was initiated and how the results of this study will be utilized.

According to Egolf (1982), the acoustic feedback phenomenon may be explained by referring to the *in situ* hearing aid of Fig. 1(a). As shown in Fig. 1(a), sound waves of pressure $P$ at some distant point in space are transformed by transfer function $T_1$ to sound pressure $P_i$ by the time they reach the pinna. (Throughout this paper, upper case letters represent complex quantities which are functions of frequency $f$ while lower case letters represent functions of time $t$.) The microphone, having transfer function $M$, transduces the sound pressure signal $P_i$ to an electrical signal which undergoes amplification in amplifier A and then drives receiver R. The receiver output pressure $P_R$ is transformed to pressure $P_T$ at the tympanic membrane by a serial connection of waveguides having transfer functions $T_2$ and $T_3$ which are dependent, for example, upon tube properties such as length and diameter and upon eardrum impedance.

Some sound escapes through the vent, having transfer function $T_4$, so that sound pressure $P_R$ at the vent inlet becomes $P_V$ at the vent outlet. Further, sound pressure $P_V$ undergoes a transformation to $P_F$ via transfer function $T_5$. Upon reaching the microphone inlet port, sound pressure $P_F$ combines with sound pressure $P_i$ (either constructively or destructively, depending on their relative phases) at the loca-

tion labeled "summation" in Fig. 1(a). Such a summation process occurs naturally when two sound-pressure waves occur together at the same point in space.

The block diagram in Fig. 1(b), called a "control system," incorporates all of the pertinent information given in Fig. 1(a). Next, suppose that we combine the blocks in Fig. 1(b) from $M$ to $T_2$ into a single block labeled $G$. In control systems terminology, the quantity $G$ is known as the "plant" and can be obtained by multiplication of blocks, or

$$G = M \times A \times R \times T_2.$$

Likewise, blocks $T_4$ and $T_5$ can be combined by multiplication to yield the expression

$$H = T_4 \times T_5,$$

where $H$ is called the "feedback element."

According to Nyquist (1932), a control system such as that shown in Fig. 1(b) has an overall transfer function given by

$$P_0/P_i = G/(1 - GH),$$

where $GH$ is called the "open-loop transfer function," a complex quantity having magnitude $|GH|$ and phase $\angle GH$, or

$$GH = |GH| e^{j\angle GH}.$$

It was also shown by Nyquist (1932) that such a system will become unstable (i.e., squeal will occur) at any frequency where both

$$|GH| > 1.0$$

and

$$\angle GH = m(360°), \quad \text{for } m = 0,1,2. \ldots$$

Thus, to eliminate the squeal of acoustic feedback in hearing aids, one or both of the above conditions must be avoided.

The foregoing discussion suggests that a remedy or remedies for the acoustic feedback problem may be developed only after a complete understanding of the open-loop transfer function $GH$ is obtained. This will require knowledge, both theoretical and experimental, of each of the transfer function blocks in Fig. 1(b). Some of this information is available in the literature and some is not. A partial listing of available information needed to describe the transfer function of each block in Fig. 1(b), along with pertinent references, is presented in Table I.

From the entries in Table I, it is apparent that transfer function information is lacking for the microphone M, the amplifier A, and the feedback path $T_5$. Without such information, there is little hope of developing a theoretical model of the open-loop transfer $GH$ of an entire *in situ* hearing aid.

Lack of understanding of the transfer function of the feedback path $T_5$ provided incentive for the present study. Reported in the sections which follow are results of the development and testing of two different mathematical approximations of the $T_5$ transfer function for an eyeglass-type hearing aid. Together with other information gleaned from references in Table I this should, at some future time, result in the production of a theoretical/experimental representation for $GH$.

DEM517932

TABLE I. Information needed to describe transfer functions shown in Fig. 1(b). Reprinted in part, with permission, from Egolf (1982).

| Transfer function | | Parameters necessary to describe transfer function | References |
|---|---|---|---|
| Symbol | Name | | |
| $T_1$ | Nearfield of the head and pinna. | Room acoustics. | Schroeder (1962). |
| | | Wave interaction with body, head, and ear. | Kuhn (1979), Shaw (1980). |
| $M$ | Microphone. | Acousto-electric response, directivity. | Manufacturer? |
| | | Location. | Franks (1979), Kuhn (1980). |
| $A$ | Amplifier. | Gain and phase response. | Manufacturer? |
| $R$ | Receiver. | Electroacoustic response. | Egolf and Leonard (1977). |
| $T_2, T_3, T_4$ | Sound tube, ear canal, vent tube. | Tube transmission line characteristics. | Egolf et al. (1978), Egolf (1980). |
| $T_5$ | Feedback path. | Vent radiation. | Morse and Ingard (1968), Johansen (1975a). |
| | | Room acoustics. | Schroeder (1962). |
| | | Wave interaction with the body, head, and ear. | Kuhn (1979), Shaw (1980). |
| | | Magnitude and phase response. | Subject of present study? |
| $GH$ | Entire in situ hearing aid. | Magnitude and phase response. | Subject of a future study? |



FIG. 2. Treating the head as a plane baffle and a sphere for purposes of mathematical simulation of the $T_5$ transfer function for an eyeglass-type hearing aid.

## II. MODELING THE FEEDBACK PATH

Based on equations developed by Morse and Ingard (1968), Egolf (1976) concluded that the vent exiting through an in situ hearing aid could be treated mathematically as though it were a circular hole in an infinite plane baffle (i.e., a flat plate) for purposes of computing the termination impedance seen by a plane pressure wave as it approached the vent exit from inside the earmold. In other words, for this particular application the human head was treated as a flat plate. The question then arguably arises whether the head, with an earmold in place, can likewise be treated as a flat plate for other purposes such as mathematical simulation of the $T_5$ transfer function given in Fig. 1. On the other hand, treating a somewhat spherical object such as the human head as a flat plate seems to be contrary to common sense. It seems more appropriate to treat the human head as a sphere, regardless of the application. Included in this section are the derivation and testing of equations which will allow treatment of the human head as both a plane baffle and a sphere, as illustrated in Fig. 2. Actual application of these equations to a human head, in this case a manikin head, is left to a later section.

### A. The head as a plane baffle

In the following derivation, the side of the head is assumed to be an infinite plane baffle through which the vent hole emerges, as shown in Fig. 2. The word "infinite" means

DEM517933



FIG. 3. Experimental setup for determining $P_F/P_V$ for the case of a piston-shaped sound source (i.e., the vent exit) located in an infinite-plane baffle. Experiment was conducted within an anechoic chamber.

that the baffle is very large compared to the longest wavelength of interest: a wavelength much greater than the largest dimension of the head. The head model thus appears flat, is of infinite extent, and has no attached pinnas, neck, or body.

Assuming the vent exit of the *in situ* earmold may be treated as a piston-shaped sound source located in an infinite plane baffle as in Fig. 3, then the sound pressure $P_F$ in the farfield of the source (i.e., for the case where $R \gg r$) is given by Eq. (8.35) of Kinsler *et al.* (1982) as

$$P_F = jk\,(\rho_0 c)\left[\frac{U_V \pi r^2}{2\pi R}\,e^{-jkR}\left(\frac{2J_1(kr\sin\theta)}{(kr\sin\theta)}\right)\right], \quad (1)$$

where

$k$ is wavenumber $(\omega/c)$, $\mathrm{m}^{-1}$,
$\omega$ is radian frequency $(2\pi f)$, rad/s,
$f$ is frequency, Hz,
$\rho_0$ is air density, kg/m$^3$,
$c$ is sonic velocity, m/s,
$U_V$ is velocity amplitude of the piston-shaped source, m/s,
$r$ is radius of the vent, m,
$R$ is distance from vent exit to point of interest, m,
$\theta$ is angle from vent centerline to point of interest, deg,
$J_1$ is a Bessel function of the first kind of order one, dimensionless, and
$j$ is $\sqrt{-1}$.

Now, velocity amplitude of the piston-shaped source $U_V$ is identically the particle velocity amplitude at the vent

exit. Sound-pressure amplitude $P_V$ at the vent exit is related to $U_V$ by the equation

$$U_V = P_V/Z, \quad (2)$$

where $Z$ is radiation impedance of a piston-shaped sound source set in an infinite plane baffle, N·s/m$^3$. An expression for $Z$ given by Malecki (1969) as Eq. (5.97) is

$$Z = \rho_0 c\left[\left(1 - 2\frac{J_1(2kr)}{(2kr)}\right) + j\left(2\frac{H_1(2kr)}{(2kr)}\right)\right], \quad (3)$$

where $H_1$ is a Struve function of order one, dimensionless.

Substitution of Eqs. (2) and (3) into Eq. (1) and canceling redundant numerator and denominator terms yields

$$\frac{P_F}{P_V} = \left\{kr^2 e^{j\pi/2 - jkR}/2R\left[\left(1 - 2\frac{J_1(2kr)}{(2kr)}\right)\right.\right.$$
$$\left.\left. + j\left(2\frac{H_1(2kr)}{(2kr)}\right)\right]\right\}\left(\frac{2J_1(kr\sin\theta)}{(kr\sin\theta)}\right). \quad (4)$$

A laboratory experiment was conducted in order to determine the validity of Eq. (4). The experiment consisted of measuring sound pressures $P_F$ and $P_V$ and determining their ratio $P_F/P_V$, both magnitude and phase, using two probe





FIG. 4. Experimental and computer-generated values of $P_F/P_V$ (both magnitude and phase) for the case of a piston-shaped sound source located in an infinite-plane baffle: $r = 0.0015$ m, $R = 0.1092$ m, $\theta = 73.80°$.

DEM517934



FIG. 5. Experimental setup for determining $P_F/P_V$ for the case of a piston-shaped sound source [i.e., the vent exit] located in the surface of a rigid immobile sphere. Experiment was conducted within an anechoic chamber.

microphones and a spectrum analyzer as shown in Fig. 3. The microphones were each calibrated with a sound-level calibrator (i.e., B&K 4230) according to methods outlined in the manufacturer's manual. Experimental results as well as those obtained via Eq. (4) are given in Fig. 4. The noisy high-frequency experimental data in Fig. 4 are the result of poor coherence. This poor coherence can be attributed to the fact that output of the loudspeaker providing sound pressure $P_V$ was severely attenuated at frequencies above 7 kHz. Thus, validity of the experimental data above 7 kHz in Fig. 4 is questionable.

The mismatch between experimental and computer-generated data in Fig. 4 at frequencies below 7 kHz also deserves comment. This could be due to any of several causes such as poor calibration and/or improper positioning of either or both of the probe microphones. The most probable cause, however, was improper positioning of the microphone for measuring $P_V$. Experimental replication of the $P_F/P_V$ transfer function given by Eq. (4) required that $P_V$ be measured directly at the vent opening without altering the sound field emanating from that opening. This requirement was extremely difficult to achieve in practice because of the small physical size of the 0.003-m-diam vent opening and the rather large, by comparison, 0.001-m-diam probe microphone. For example, when the probe was positioned directly at the vent opening it did, in fact, alter the sound field and thus the measurement of $P_F$ was affected. When it was moved a slight distance away from the opening (e.g., no more than 0.001 m away), the $P_V$ measurement was affected. In

other words, the experimental data in Fig. 4 were quite sensitive to changes in position of the microphone used to measure $P_V$. The slight mismatch between experimental and computer-generated data at frequencies below 7 kHz is therefore not too surprising.

If it is assumed that the point labeled $P_F$ in Fig. 3 is the sound pressure at the microphone inlet port on the arm of the eyeglasses shown in Figs. 1 and 2, then Eq. (4) represents the ratio of sound pressure at the microphone inlet port $P_F$ to that at the vent exit $P_V$. This quantity is thus a mathematical approximation of the $T_3$ transfer function, assuming of course that the head can be approximated as an infinite plane baffle without pinnas.

### B. The head as a sphere

The following derivation is based on the assumption that the head can be treated as a rigid, immobile sphere through which emerges the vent exit hole, as illustrated in Fig. 2. The head model would therefore appear spherical with no attached pinnas, neck, or body.

It is further assumed that (1) the vent exit of the *in situ* earmold may be treated as a piston-shaped sound source located in the surface of the sphere as shown in Fig. 5 and (2) the vent radius is much, much smaller than the radius of the sphere (i.e., $r \ll a$). Under these conditions it is possible to derive, using equations given by Rschevkin (1963) and Morse and Ingard (1968), an expression for sound pressure $P_F$ in the field of a piston-shaped "point" source located in the surface of a sphere. That expression, derived by Egolf (1985) and presented as his Eq. (11), is given as

$$P_F = (\rho_0 c^2)\left[\frac{V\pi r^2}{4\pi a^2}\sum_{m=0}^{\infty}\left(\frac{(2m+1)P_m(\cos\theta)h_m^{(2)}(kR)}{L_m(ka)}\right.\right.$$
$$\left.\left.\times e^{j\gamma_m(ka)}\right)\right], \qquad (5)$$

where

$a$ is radius of the sphere, m,

$R$ is distance from center of the sphere to point of interest, m,

$\theta$ is angle from a radial line drawn through the vent centerline to a radial line drawn through the point of interest, deg,

$P_m$ is a Legendre function of the first kind of degree $m$, dimensionless,

$h_m^{(2)}$ is a spherical Hankel function of the second kind of order $m$ dimensionless, and

$L_m, \gamma_m$ are special functions tabulated by Morse and Ingard (1968) and Malecki (1969), dimensionless.

Again, as in the previous case involving the plane baffle, Eqs. (2) and (3) may be substituted into Eq. (5). Although Eq. (3) is the radiation impedance of a piston-shaped source set in a plane rather than spherical baffle, its incorporation into Eq. (5) (i.e., the above equation derived for a source in a sphere) is justified, according to Morse and Ingard (1968), for those cases where $r \ll a$. Canceling redundant numerator and denominator terms in the equation which results from this substitution yields

DEM517935



FIG. 6. Experimental and computer-generated values of $P_F/P_V$ (both magnitude and phase) for the case of a piston-shaped sound source located in the surface of a rigid, immobile sphere: $r = 0.0015$ m, $a = 0.1086$ m, $R = 0.12$ m, $\theta = 45.0°$.

$$\frac{P_F}{P_V} = \left\{ \left( \frac{r^2}{a^2} \right) \bigg/ 4 \left[ \left( 1 - 2 \frac{J_1(2kr)}{(2kr)} \right) + j\left( 2 \frac{H_1(2kr)}{(2kr)} \right) \right] \right\}$$
$$\times \sum_{m=0}^{\infty} \left( \frac{(2m+1)P_m(\cos\theta)h_m^{(2)}(kR)}{L_m(ka)} e^{j\gamma_m(ka)} \right). \quad (6)$$

The special functions $L_m(ka)$ and $\gamma_m(ka)$ in Eq. (6) were given as Eq. (6.18) by Malecki (1969) (after corrections were included by the authors of this paper) in the form

$$L_m(ka)e^{-j\gamma_m(ka)} = (1/k)\left\{ \left[ n_m'(ka) \right] + j\left[ j_m'(ka) \right] \right\}, \quad (7)$$

where the entries in Eq. (7) may be represented by their respective recurrence relations given as Eq. (10.1.22) by Abramowitz and Stegun (1970) as

$$n_m'(ka) = k\left\{ m\left[ n_m(ka)/(ka) \right] - n_{m+1}(ka) \right\}, $$
$$j_m'(ka) = k\left\{ m\left[ j_m(ka)/(ka) \right] - j_{m+1}(ka) \right\}, \quad (8)$$

and $n_m$ is a spherical Bessel function of the second kind—sometimes referred to as a spherical "Neumann" function—of order $m$, dimensionless, and $j_m$ is a spherical Bessel func-



FIG. 7. Experimental setup for determining $T_3$ for the case of a manikin head. Experiment was conducted within an anechoic chamber.

tion of the first kind of order $m$, dimensionless. Substitution of Eq. (7) into Eq. (6) produces

$$\frac{P_F}{P_V} = \left\{ \left( \frac{r^2}{a^2} \right) \bigg/ 4 \left[ \left( 1 - 2 \frac{J_1(2kr)}{(2kr)} \right) + j\left( 2 \frac{H_1(2kr)}{(2kr)} \right) \right] \right\}$$
$$\times \sum_{m=0}^{\infty} \left( \frac{(2m+1)P_m(\cos\theta)h_m^{(2)}(kR)}{(1/k)\{ [n_m'(ka)] + j[j_m'(ka)] \}} \right). \quad (9)$$

Equation (9), in combination with Eqs. (8), is preferred over Eq. (6) for the calculation of $P_F/P_V$ on a digital computer because software packages which supply Bessel function data are readily available.

A laboratory experiment (see Fig. 5) was conducted in order to establish the validity of Eq. (9). Results from that experiment, along with computer-generated results obtained via Eqs. (8) and (9), are given in Fig. 6. Slight irregularities in the experimental data of Fig. 6 are probably due to low-level background noise in the anechoic chamber where such tests were conducted.

Equation (9) can be thought of as a mathematical approximation of the $T_3$ transfer function where $P_F$ and $P_V$ are, respectively, the sound pressures at the microphone inlet port and at the vent exit. This assumes, of course, that the human head can be treated as an acoustically rigid, immobile sphere lacking a neck and pinnas.

## III. APPLICATIONS TO THE HUMAN HEAD

### A. Manikin experiment

A manikin experiment was devised in order to validate mathematical treatment of the human head as (1) a plane baffle and (2) a sphere for purposes of simulating the $T_3$ transfer function. In particular, a loudspeaker was located inside the head of a nonstandard manikin (a converted female department-store manikin with a head and torso) and the ear canal was sealed except for a 3-mm-diam hole simu-

DEM517936



FIG. 8. Illustration of manikin head showing location of earmold vent exit $P_V$ and two possible microphone locations $P_{FA}$ and $P_{FB}$ for eyeglass-type hearing aid: vent radius is 0.0015 m.

lating the vent (see Fig. 7). Sound produced by the loudspeaker and broadcast through this hole was then monitored at the vent exit and at another point in space simulating the location of the microphone inlet port in the arm of the eyeglasses (i.e., positions labeled $P_V$ and $P_F$ in Fig. 7). Two different positions for monitoring $P_F$ were selected. These are labeled $P_{FA}$ and $P_{FB}$ in Fig. 8. The quantity $T_5$, both magnitude and phase, was then obtained at each position with the spectrum analyzer, as illustrated in Fig. 7.

### B. Validating the plane baffle model

To test the validity of treating the head as an infinite plane baffle, the dimensions given in Fig. 8 were first transferred to the plane baffle model in Fig. 9. The model was then used, via Eq. (4), to simulate the $T_5$ data obtained from the manikin experiment.

### C. Validating the sphere model

Since the shape of the manikin head illustrated in Fig. 8 deviates significantly from that of a sphere, it was difficult to determine just how to select a radius for the sphere model of the head. Three possibilities came to mind: an effective radius based on (1) a head circumference measurement made along a line through points $P_F$ and $P_V$, (2) a measurement of the local radius of curvature at point $P_F$, or (3) a head volume measurement.



FIG. 9. Plane baffle model of the manikin experiment in Figs. 7 and 8 (given dimensions are in meters): $\theta_A = 73.8°$ and $\theta_B = 79.5°$.



FIG. 10. Geometrical layout for calculating effective head radius by the local-radius-of-curvature method.

To answer this question, the digital computer was employed to simulate $P_F/P_V$ via Eqs. (8) and (9), once for each of the three proposed effective radii. A comparison of the computed results with $T_5$ data derived from the manikin experiment indicated that the local-radius-of-curvature concept was superior to the other methods of obtaining effective head radius. This was not surprising because, of the three proposed methods, the local-radius-of-curvature concept was the only one to preserve in the sphere model two quantities which are critical to predicting radiation characteristics of a point source on the surface of a sphere. With reference to Fig. 10, these are (1) the straight-line distance $x$ between $P_F$ and $P_V$ and (2) the perpendicular distance $y$ from the head surface to $P_F$. Assuming the values of $x$ and $y$ are known, effective radius $a$ can be determined by the relationship

$$a = (x^2 - y^2)/2y, \qquad (10)$$

where $x$ is distance from $P_{FA}$ or $P_{FB}$ to $P_V$ in Fig. 8, m, and $y$



FIG. 11. Sphere models of the manikin experiment in Figs. 7 and 8 (given dimensions are in meters): $a_A = 0.1802$ m, $R_A = 0.2107$ m, $\theta_A = 31.22°$, $a_B = 0.2234$ m, $R_B = 0.2386$ m, and $\theta_B = 20.59°$.

DEM517937







FIG. 12. Experimental and computer-generated values of $T_{3A}$ (both magnitude and phase).

FIG. 13. Experimental and computer-generated values of $T_{3B}$ (both magnitude and phase).

is perpendicular distance from $P_{FA}$ or $P_{FB}$ to the head surface in that same figure, m. Thereafter, $R$ and $\theta$ may be obtained by the equations

$$R = y + a \qquad (11)$$

and

$$\theta = \tan^{-1}(x/a). \qquad (12)$$

The values of $a$, $R$, and $\theta$ were determined via Eqs. (10)–(12) for both $P_{FA}$ and $P_{FB}$. These are displayed on the sphere models given in Fig. 11. As illustrated in Fig. 11, local-radius-of-curvature calculations via Eq. (10) produced two different effective radii: one corresponding to $P_{FA}$ and one corresponding to $P_{FB}$ (e.g., see $a_A$ and $a_B$ in Fig. 11). The sphere models in Fig. 11 were used, via Eqs. (8) and (9), to simulate experimental $T_3$ data derived from the manikin.

## IV. RESULTS AND DISCUSSION

Given in Figs. 12 and 13 are $T_3$ data derived from the manikin experiment along with simulated $T_3$ values computed for the plane-baffle model via Eq. (4) and those for the sphere model computed via Eqs. (8) and (9). Maximum differences between experimental and computer-generated magnitude data occur at approximately 5.7 kHz in Fig. 12,

where they are 6 dB for the plane model and 9 dB for the sphere model. Such differences are probably due to (1) irregular baffling effects of the nonspherical head and (2) directivity/scattering characteristics of the pinna (e.g., recall that the pinna has not been incorporated into the mathematical models). It is also suspected that (1) mislocation of the microphone for measuring $P_V$ and/or (2) inaccuracy of the local-radius-of-curvature method of choosing head radius might be partly responsible for these differences.

An examination of the data presented in these two figures leads one to a conclusion which seems contrary to common sense: that the plane model is more accurate than the sphere model for simulating the $T_3$ transfer function. The answer to this apparent anomaly lies in an explanation of the radiation characteristics of both models. For example, using theory given by Morse and Ingard (1968), it can be shown that a piston of 0.0030-m diameter set in a plane baffle produces an omnidirectional radiation pattern over the frequency range of interest in this study: 0 to 10 kHz. On the other hand, it can also be shown that the same piston set in a spherical baffle having a radius equivalent to either of those given in Fig. 11 will produce an increasingly directional radiation pattern as frequencies are increased beyond about 300

DEM517938

Hz. Such a directional pattern is characterized by the production of greater sound pressures along the axis of symmetry of the piston than those produced off the axis. Consequently, computed values of off-axis sound pressure $P_F$ are likely to be greater for the case of the plane baffle than for the spherical baffle at frequencies from 300 Hz to 10 kHz. This trend is in evidence in Figs. 12 and 13.

It should also be mentioned that equations for the plane and sphere models [i.e., Eqs. (4) and (9)] might appear to be more complicated than necessary. For example, given the frequency range of interest and the dimensions shown in Figs. 9 and 11, Eqs. (4) and (9) could have been replaced by approximations which are much simpler and nearly as accurate. However, the authors have chosen to retain Eqs. (4) and (9) to allow for those cases where such approximations might yield inaccurate data. This includes, for example, the case of an "open" earmold having a vent diameter which could be three or four times that shown in Figs. 9 and 11.

## V. CONCLUSIONS

The two mathematical models reported in this paper appear to predict accurately those acoustic phenomena for which they were intended: sound sources located in plane and spherical baffles. Utilization of these models to simulate the feedback–path transfer function $T_5$ of an eyeglass-type hearing aid is less accurate. The plane model appears to yield somewhat better results than does the sphere model. Accuracy could probably be improved by conducting a numerical simulation (e.g., a finite-element or finite-difference simulation) but there is an advantage to be gained by using either of the classical models reported herein. Such classical models usually help the researcher develop an understanding, via mathematics, of the physical phenomena taking place. In the absence of more accurate theory, one or both of these models will be employed by the authors in future studies of acoustic feedback in *in situ* eyeglass-type hearing aids.

Before concluding this paper, the authors wish to caution the reader about two important issues. First, the mathematical models presented herein were developed for application to eyeglass-type hearing aids where the microphone is normally located in the arm of the eyeglasses at some distance from the pinna. In this case, the effect of neglecting the pinna is minimal. The authors made no attempt to apply these models to behind-the-ear (BTE) or in-the-ear (ITE) hearing aids, where the microphone is usually located behind, above, or actually within the pinna. It is expected that, in such cases, either of the present models would yield very poor results due to the dominant nearfield scattering effects of the irregular folds and convolutions of the pinna. Second, a word of caution is due those readers who wish to use Eq. (9) for simulating the transfer function of the feedback path: Convergence of the series given in that equation is quite slow at some frequencies and does not lend itself to any of the more conventional convergence tests.

## ACKNOWLEDGMENTS

A portion of this work was supported by a research grant from the Veterans Administration. The grant was awarded to Dr. Vernon D. Larson, Chief, Audiology and Speech Pathology Service, VA Medical Center, Augusta, GA and part of the work was subcontracted to the Department of Electrical Engineering, University of Wyoming. The authors wish to acknowledge the considerable contribution to this research work made by Dr. Larson.

## APPENDIX

As mentioned in the body of this paper, the description of acoustic feedback provided by Egolf (1982) and summarized in this paper suffers from several shortcomings. First, a basic presumption for modeling an actual system via one-port blocks such as in Fig. 1(b) is that adjacent blocks do not "load" one another. In more technical terms, this means that each block exhibits high input impedance and low output impedance and is meant to represent a portion of the actual system exhibiting these same characteristics. Several parts of the hearing aid in Fig. 1(a) violate this requirement. For example, Egolf et al. (1978) has shown that the receiver and associated tubes leading to the eardrum and vent exit should be modeled as two-port networks [i.e., an alternative to the one-port blocks of Fig. 1(b) that does accommodate loading].

Second, the physical combination of two sound waves in space, which has been characterized by the word "summation" in Fig. 1(a), is not limited to the region within the dashed circle. Rather, it occurs everywhere in the field of sound broadcast from the vent exit. A more accurate, but more cluttered, illustration could have shown the summation process as it actually occurs: distributed over the entire length of the feedback path from $P_V$ to $P_F$.

Finally, it is well known that sound incident upon the head arrives at the eardrum via two paths: one by way of the microphone and the other via the earmold vent. The use of open earmolds takes advantage of this multipath phenomenon. The block diagram in Fig. 1(b) does not account for sound entering the ear canal directly by way of the vent.

Abramowitz, M., and Stegun, I. A. (1970). *Handbook of Mathematical Functions* (Dover, New York), 7th ed.

Cox, R. (1982). "Combined effects of earmold vents and suboscillatory feedback on hearing aid frequency response," Ear Hearing 3, 12–17.

deBoer, B. (1963). "Avoiding feedback in hearing aids," Z. Hörgeräte Akust. 4, 122–140.

Egolf, D. P. (1976). "A mathematical scheme for predicting the electroacoustic frequency response of hearing aid receiver–earmold–ear systems," unpublished doctoral dissertation, Purdue University, West Lafayette, IN.

Egolf, D. P., and Leonard, R. G. (1977). "Experimental scheme for analyzing the dynamic behavior of electroacoustic transducers," J. Acoust. Soc. Am. 62, 1013–1023.

Egolf, D. P., Tree, D. R., and Feth, L. L. (1978). "Mathematical predictions of electroacoustic frequency response of *in-situ* hearing aids," J. Acoust. Soc. Am. 63, 264–271.

Egolf, D. P. (1980). "Techniques for modeling the hearing aid receiver and associated tubing," in *Acoustical Factors Affecting Hearing Aid Performance,* edited by G. A. Studebaker and I. Hochberg (University Park, Baltimore), pp. 297–319.

Egolf, D. P. (1982). "Review of the acoustic feedback literature from a control systems point of view," in *Amplification for the Hearing Impaired: Research Needs,* edited by G. A. Studebaker and I. Hochberg (Monogr. Contemp. Audiol., Upper Darby, PA), pp. 94–103.

Egolf, D. P. (1984). "Acoustic feedback suppression in hearing aids: Parts I, II, and III," unpublished Q. Prog. Rep. to the Vet. Admin., Dept. of Electr. Eng., Univ. of Wyoming, Laramie, WY.

Egolf, D. P. (1985). "Point source on the surface of a rigid, immobile sphere:

DEM517939

Derivation of a useful equation," J. Acoust. Soc. Am. 77, 2179–2181.

Fifield, D. B. (1980). "A new ear impression technique to prevent acoustic feedback with high powered hearing aids," Volta Rev. 82, 1–8.

Franks, J. R. (1979). "Microphone directionality effects on hearing aid frequency response," in *Auditory and Hearing Prosthetics Research*, edited by V. D. Larson, D. P. Egolf, R. L. Kirlin, and S. W. Stile (Grune and Stratton, New York), pp. 133–146.

Grover, B. C., and Martin, M. C. (1974). "On the practical gain limit for post-aural hearing aids," Brit. J. Audiol. 8, 121–124.

Johansen, A. P. (1975a). "An evaluation of the acoustic feedback damping for behind-the-ear hearing aids," unpublished Rep. No. 75.1, Res. Lab. Tech. Audiol., Odense, Denmark.

Johansen, A. P. (1975b). "Magnitude of the acoustical feedback as a function of leakage in earmolds," Scand. Audiol. Suppl. 5, 271–279.

Kinsler, L. E., Frey, A. R., Coppens, A. B., and Sanders, J. V. (1982). *Fundamentals of Acoustics* (Wiley, New York), 3rd ed.

Kuhn, G. F. (1979). "The pressure transformation from a diffuse sound field to the external ear and to the body and head-surface," J. Acoust. Soc. Am. 65, 991–1000.

Kuhn, G. F. (1980). "Some effects of microphone location, signal bandwidth, and incident wave field on the hearing aid input signal," in *Acoustical Factors Affecting Hearing Aid Performance*, edited by G. A. Studebaker and I. Hochberg (University Park, Baltimore), pp. 55–80.

Larson, V. D. (1982). "Acoustic feedback suppression in hearing aids," unpublished proposal to the Veterans Administration, V. A. Medical Center, 2460 Wrightsboro Rd., Augusta, GA, pp. 1–31 plus appendices.

Lybarger, S. F. (1975). "Sound leakage from vented earmolds," Scand. Audiol. Suppl. 5, 261–270.

Macrae, J. (1982). "Venting without feedback—Further development of the high-cut cavity vent," Hear. Instrum. 33, 12–15 and 42.

Malecki, I. (1969). *Physical Foundations of Technical Acoustics* (Pergamon, Oxford).

Morse, P. M., and Ingard, K. U. (1968). *Theoretical Acoustics* (McGraw-Hill, New York).

Nyquist, H. (1932). "Regeneration theory," Bell Syst. Tech. J. 11, 126–147.

Rschevkin, S. N. (1963). *A Course of Lectures on the Theory of Sound* (Pergamon, Oxford).

Schroeder, M. R. (1962). "Frequency-correlation functions of frequency responses in rooms," J. Acoust. Soc. Am. 34, 1819–1823.

Shaw, E. A. G. (1980). "The acoustics of the external ear," in *Acoustical Factors Affecting Hearing Aid Performance*, edited by G. A. Studebaker and I. Hochberg (University Park, Baltimore), pp. 109–125.

DEM517940