Exhibit Q

# The AFB algorithm

# P833

January 4, 2007

EXHIBIT

JX 138

EXHIBIT

Dement 50
8-2-07

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005179



| | **ES** | Page: | 2/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

# Table of contents

1    **Introduction**                                                                      5

2    **Why an AFB system**                                                                 5

3    **Description of the algorithm**                                                      8

3.1    *The basic LMS algorithm*                                                          8

3.2    *From the basic LMS algorithm to the AFB algorithm*                               12
3.2.1    Delay Line in the internal feedback path                                        12
3.2.2    HP-filters used to remove LF information.                                       13
3.2.3    Modification to control the LF characteristics of the internal feedback path.   14
3.2.4    Feedback change detection                                                       16
3.2.5    Tone detector and two modes of adaptation                                       17
3.2.6    Adjustment of delays to compensate for the hardware implementation             18
3.2.7    Update of the coefficients                                                      19

3.3    *Block diagram*                                                                   21

3.4    *Block description*                                                               21
3.4.1    QFBCFilt1                                                                       22
3.4.2    QFBCFilt2                                                                       22
3.4.3    QAdd_FBC1                                                                       22
3.4.4    QDelay_Err_Ad                                                                   23
3.4.5    QDnsout                                                                         23
3.4.6    QDelay_FBC1                                                                     23
3.4.7    QDtone                                                                          24
3.4.8    QFCD                                                                            25
3.4.9    Qadapt_speed_control                                                            25
3.4.10   QHPFSerr                                                                        26
3.4.11   QAdd_FBC2                                                                       26
3.4.12   QFHPnsout                                                                       26
3.4.13   Qschroed                                                                        26
3.4.14   QLPschr                                                                         27
3.4.15   QDelay_FBC2                                                                     27
3.4.16   QAdd_Noise                                                                      27
3.4.17   QLMS_Buf                                                                        27
3.4.18   QSumSq                                                                          28

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| **oticon** | **ES** | **Page:** | 3/59 |
| | P833 | **Date:** | [D A T E] |
| | The AFB algorithm | **Init:** | JHL/TBN |

3.4.19  QUpdatFBC                                                                28
3.4.20  Qfbc_coef_buf                                                            28

**4    Behaviour of the algorithm**                                            29

*4.1  Properties (Advantages and disadvantages)*                                29
  4.1.1  Differences to schemes where the feedback is identified with a noise added to
  the output.                                                                   29
  4.1.2  Reduced sound quality when the input signal is a pure tone             30
  4.1.3  The compromise of adaptations speed and dependence on the tone detector. 30
  4.1.4  Small gain margin and increase of gain                                 31

*4.2  Known bugs*                                                               31

*4.3  Critical signals and why*                                                32
  4.3.1  Tones                                                                  33
  4.3.2  Impulses                                                               33

*4.4  Sound examples*                                                          34

**5    Programming AFB**                                                        36

*5.1  System on/off*                                                            37

*5.2  Adaptation on/off*                                                        37

*5.3  Adaptation speed no howl*                                                 38

*5.4  Adaptation speed howl*                                                    39

*5.5  Hearing aid type*                                                         39

*5.6  FCD hysteresis*                                                           40

*5.7  Kill coeff.*                                                              40

*5.8  Kill time*                                                                40

*5.9  Input to Schroeder noise*                                                 41

*5.10   AFB coef reset*                                                         42

*5.11   Update frequency*                                                       42

*5.12   Error denominator*                                                      43

*5.13   Leak frequency*                                                         43

*Denominator constant*                                                          44

*5.14   Disable Howl Detector*                                                  44

*5.15   Delay setting*                                                          45

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| | **ES** | Page: | 4/59 |
|---|---|---|---|
| **oticon** | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

| | | |
|---|---|---|
| 5.16 | *FCD speed* | *46* |
| 5.17 | *Default setting* | *47* |
| 5.18 | *Music mode* | *48* |
| **6** | **Fast verification of the AFB system (FPGA/IC)** | **48** |
| **7** | **Frequently Asked Questions** | **48** |
| 7.1 | *Basics/functionality* | *48* |
| 7.2 | *Competitor questions* | *50* |
| 7.3 | *Performance of the IC* | *50* |
| 7.4 | *Different hearing aid styles* | *51* |
| 7.5 | *Fitting* | *52* |
| 7.6 | *Performance* | *54* |
| 7.7 | *Critical signals and artifacts* | *56* |
| 7.8 | *Miscellaneous* | *57* |
| **8** | **References** | **58** |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005182



| | ES | Page: | 5/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

# 1  Introduction

This document describes the AFB-algorithm implemented in the JUMP2B chip. The algorithm is used to remove the negative effects that acoustic feedback can introduce. The algorithm is relatively complex and a number of compromises regarding sound quality, time before howl is removed and power consumption etc. has been used when the algorithm was designed. The algorithm will work well in the very most cases, but there are a number of situations where the algorithm does not work as well as we would like it to do. The design of the algorithm and the problems that can be expected are discussed in the following sections. The AFB system was designed for ITE and CIC hearing aids. A number of modifications have been performed to make it possible to use it with BTE instruments as well.

The implemented AFB algorithm is based on the algorithm tested in the ITE field test in Linköping during the fall of 1999 (Project P645) and the BTE field test performed at Strandvejen. That system could be become unstable. In those situations, the hearing aid generated a noise at MPO. The only way to get the hearing aid stable was to turn it off. The algorithm has thereafter been modified to ensure stability (The LT_SUM block has been removed).

# 2  Why an AFB system

Problems associated with acoustic feedback are of the most frequent complaints about hearing instruments and it is therefore desirable to reduce them (Vilstrup report of 645). The feedback limits the gain that can be used in the hearing aid. At small gain margins (gain close to the limit) the feedback will cause a ringing or metallic sound quality. The hearing aid will start to oscillate (howl) if the gain is increased beyond the limit. The feedback depends on a number of factors such as type of hearing aid, fit of ear mould, dimensions of vent and the acoustics close to the ear. The feedback, and thus the maximum gain that can be used, will vary over time. A certain gain margin has to be used when fitting the hearing aid to account for increased feedback that will occur when the hearing aid is used. This is even more pronounced when hearing aids without volume control is fitted, as the users can not reduce the gain when the hearing aid is howling.

There are a number of different ways to reduce the feedback problems such as notch filtering, feedback management and phase compensation. The mentioned strategies have the common feature that they change the characteristics of the hearing aid and the gain that

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005183



| oticon | ES | Page: | 6/59 |
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

can be achieved with the hearing aid is not increased at the problematic frequency. A notch filter will reduce the gain at the chosen frequency. This will attenuate the feedback, but also the signal that we want to amplify. The AFB-system implemented in the Jump2b chip will differ in that it reduces the feedback but is transparent for the input signal that we want to amplify. Theoretically, we should be able to increase the gain infinitely without the hearing aid starting to howl. There are of course limitations in how successfully the feedback can be cancelled. The AFB system is an adaptive system. This means that it will adjust itself to the present acoustic feedback. The AFB system uses the information in the input and output signal of the hearing aid to adjust to new acoustic situations (e.g. when a telephone set is placed by the ear). Figure 1 shows gain margin for a hearing aid with and without the AFB system at different gain settings. The hearing aid with the AFB system disabled will start to howl when the gain is set to 0 dB (or higher). With the AFB-system enabled, the gain margin will be about 18 dB at the same gain setting when the input signal is a white noise.

The AFB-system works well for the very most signals. However, some signals can fool the AFB-system to erroneous states. High frequency tones will be among the worst type of signal for the AFB-system (e.g. the sound from an old computer fan). The AFB-system will interpret this as the hearing aid is howling and will therefore try to cancel it. The result will be reduced gain margin, which can introduce artifacts. The gain margin achieved when the input is a mix between a white noise and a pure tone is shown in Figure 1. It can be seen that the gain margin is very small independent of the gain setting. At low gain settings, the gain margin is actually smaller with the AFB-system than without. Figure 2 shows the same measurements as Figure 1, but expressed as improvement in Gain margin with the AFB system.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR



Figure 1. Example of gain margin achieved with the AFB system.



Figure 2. Example of improvement in gain margin with the AFB system

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR



| oticon | ES | Page: | 8/59 |
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

# 3  Description of the algorithm

The feedback is cancelled (or rather reduced) by the use of an internal feedback path. The internal feedback path should have the same transfer function as the external feedback path from the DA to the AD (via receiver, acoustic path and microphone). The output of the internal feedback path is subtracted from the microphone signal to remove the part of the microphone signal that comes via the external feedback. The feedback cancellation will be successful if the two feedback paths (the internal and the external) have the same characteristics. The basic problem with feedback cancellation is to find a good estimate of the external feedback path that can be used as the internal feedback path. Figure 3 shows the basic principle of the AFB-system with a forward path (JUMP and SYNCRO in the case of Jump2B) and an internal feedback path



Figure 3. Hearing aid with an internal feedback path to cancel the effects of the external feedback.

The transfer function of the external feedback path depends on the DA, receiver, tubing, venting, acoustics outside the ear, microphone, and AD. The feedback will vary between users and over time (primarily due to variations in the acoustic path). The internal feedback filter of Jump2B is an adaptive filter that continuously changes over time to track the transfer function of the external feedback path. A Least Mean Squared (LMS) algorithm is used to update the internal feedback path (The LMS is not shown in Figure 3).

## 3.1  The basic LMS algorithm

The LMS algorithm is an well-explored adaptive filter that is characterised by simple computations. The objective of the LMS algorithm is to predict one signal (usually the output signal of a filter with unknown characteristics) from a reference signal (usually the input signal of the unknown filter) as good as possible. The energy of the residual signal is used as the measure of how successful the prediction is and the coefficients are adjusted to minimise the energy. The more that is predicted and cancelled, the lower energy the

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| **oticon** | **ES** | **Page:** | 9/59 |
| | P833 | **Date:** | [D A T E] |
| | The AFB algorithm | **Init:** | JHL/TBN |

residual has. The AFB system is designed to use the information in the output signal to predict and cancel as much as possible of the microphone signal (signal after AD-converter). The residual signal is then used as input to the signal processing of the forward path (JUMP, ADAPTO).

Figure 4 shows the basic LMS algorithm applied to feedback cancellation. Note that the system is redrawn from Figure 3 so that the two feedback paths are drawn as forward paths (from left to right). The inputs of the NLMS algorithm are the output signal of the hearing aid that is used as reference signal $r(n)$ and the prediction error $e(n)$ (residual of microphone signal when the internal feedback is subtracted).



Figure 4. NLMS algorithm applied to feedback cancellation.

The prediction of the microphone signal is achieved by filtering the output signal through a Finite Impulse Response (FIR) filter (denoted FIR 1) with adjustable coefficients. This can be interpreted as linear regression where the regressors are a number of old samples of the output signal. The prediction of the microphone signal is then

$$\hat{y}(n) = \sum_{k=1}^{K} \hat{h}_k r(n-k) \tag{1}$$

where $\hat{h}_k$ are the adjustable coefficients and $K$ is the number of coefficients in the FIR-filter. The prediction error can also be expressed as

$$\hat{y}(n) = H^T X(n) \tag{2}$$

where $H$ is column vector with the coefficients and $X(k)$ is a column vector with the $K$ last values of the reference signal $r(n)$. $T$ denotes the transpose operation, which makes $H$ into a row vector.

The prediction error (=residual signal after cancellation) is

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005187

| **oticon** | **ES** | Page: | 10/59 |
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

$$e(n) = y(n) - \hat{y}(n) = y(n) - H^T X(n). \tag{3}$$

The mean energy of the prediction error, $\varepsilon^2$, over a sequence of N samples is

$$\varepsilon^2 = \frac{1}{N}\sum_{n=0}^{N-1}e^2(n) = \frac{1}{N}\sum_{n=0}^{N-1}\left(y(n) - H^T X(n)\right)^2$$
$$= \frac{1}{N}\sum_{n=0}^{N-1}y^2(n) - \frac{1}{N}2\sum_{n=0}^{N-1}y(n)H^T X(n) + \frac{1}{N}\sum_{n=0}^{N-1}H^T X(n)X^T(n)H \tag{4}$$

The energy can also be expressed by

$$\varepsilon^2 = \frac{1}{N}\sum_{n=0}^{N-1}y^2(n) - 2H^T P + H^T RH \tag{5}$$

where

$$P = \frac{1}{N}\sum_{n=0}^{N-1}y(n)X(n) \tag{6}$$

and

$$R = \frac{1}{N}\sum_{n=0}^{N-1}X(n)X^T(n). \tag{7}$$

The energy of the prediction error will be a quadratic function of the used weights in the internal FIR filter. The function looks like bowl if two coefficients are used and the function is plotted for alternative values of the coefficients in a 3-D graph. See Figure 5.



Figure 5. Example of how the energy of the prediction error depends on the coefficients (in the case with two coefficients).

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005188

| oticon | ES | Page: | 11/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

The adaptive filter is designed to search for the set of coefficients that minimises the prediction error (i.e. finding the bottom of the bowl). Differentiating $\varepsilon^2$ give

$$\frac{\partial \varepsilon^2}{\partial H} = -2P + 2RH$$

The gradient will be zero for the coefficients that minimises $\varepsilon^2$. (This corresponds to the fact that the surface will be horizontal at the bottom of the bowl.) The optimal coefficients can thus be calculated as

$$H_{opt} = R^{-1}P$$

The adaptive filter does not calculate the coefficients in this way, as it requires that the inverse of R (which is a 24x24 matrix) is calculated, which is computationally expensive. Further, it requires that the calculations are performed in batches of N samples.

The LMS uses a gradient method to search for the optimal coefficients. The coefficients are then modified in each sample in a direction that is expected to reduce the prediction error. The LMS do not use any information of how long the step should be to minimise the error. Instead a small step is used and it is expected that the coefficients improve over time.

The gradient of the energy of the prediction error is

$$\frac{\partial \varepsilon^2}{\partial H} = \frac{\partial}{\partial H} \frac{1}{N} \sum_{n=0}^{N-1} (y(n) - H^T X(n))^2 = \frac{1}{N} \sum_{n=0}^{N-1} \frac{\partial}{\partial H} (y(n) - H^T X(n))^2 =$$
$$= \frac{1}{N} \sum_{n=0}^{N-1} 2(y(n) - H^T X(n)) \frac{\partial}{\partial H} (y(n) - H^T X(n)) \qquad (8)$$
$$= -2 \frac{1}{N} \sum_{n=0}^{N-1} e(n) X(n)$$

The LMS does not calculate this mean. Instead it uses an instant estimate given by a single value:

$$-2e(n)X(n) \qquad (9)$$

This estimate will "in mean" be the same as the gradient. The coefficients are updated in each sample with a small step in the opposite direction to reduce the energy of the prediction error:

$$H(n+1) = H(n) + \mu \ e(n)X(n) \qquad (10)$$

The coefficients thus vary over time with the LMS. The computation of the $k$'th coefficient $\hat{h}_k(n)$ will be

$$\hat{h}_k(n+1) = \hat{h}_k(n) + \mu \ e(n)r(n-k) \qquad (11)$$

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005189



| | **ES** | **Page:** | 12/59 |
|---|---|---|---|
| **oticon** | P833 | **Date:** | [D A T E] |
| | The AFB algorithm | **Init:** | JHL/TBN |

$\mu$ is the adaptation gain, which is a positive value that controls the length of the step. The time it takes for the LMS to adapt the coefficients depends on the adaptation gain. A large adaptation gain gives fast adaptation.

The normalised LMS uses an adaptation gain $\mu$ that depends on the level of the reference signal:

$$\mu = \frac{\mu_0}{\beta + \sum_{k=0}^{K-1} |r(n-k)|^2} \qquad (12)$$

This gives an adaptation time that is (close to) independent of the level of the reference signal. The parameter $\beta$ reduces the adaptation speed at low levels of the reference signal. The microphone signals will then be contaminated with noise and it is desirable to reduce the step size to reduce the error introduced by the noise.

The coefficients achieved with the LMS will usually not be exactly the same as the optimal coefficients, but vary around the optimal values. The variance relative the optimal values will depend on the used step size. Small steps give small variance. The step size will thus be a compromise between adaptation speed and variance around the optimal value when the external feedback is fixed. The step size has to be large enough to keep track with the changing performance surface (i.e. changing feedback).

Both feedback paths (the external and the internal FIR 1) have the same input signal. The prediction error will thus be equal to the external input signal if the two feedback paths have identical characteristics.

## 3.2  From the basic LMS algorithm to the AFB algorithm

The standard LMS algorithm has been modified in a number of ways to improve the performance when it is used in feedback cancellation. The modifications that have been done to get to the final algorithm are described in this section.

### 3.2.1   Delay Line in the internal feedback path

The external feedback will have an initial delay due to the delay in the DD-converter, the acoustic feedback, and the AD-converter. Thus we know that the first coefficients of the internal feedback path should be zero. It is then not necessary to use computations to calculate these coefficients. The first coefficients of the impulse response of the internal feedback path are therefore fixed to zero. This is realised by inserting a delay line according to Figure 6. The introduction of the delay line can be interpreted as moving the time window of the impulse response of the internal filter to the coefficients of the external filter with highest amplitude.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR



| oticon | ES | Page: | 13/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |



Figure 6. NLMS algorithm applied to feedback cancellation.

### 3.2.2  HP-filters used to remove LF information.

A major drawback of the feedback cancellation scheme is that the data used to update the filter (*Reference* and *Error*) are collected in closed loop. This means that it may not only be the feedback path that causes correlation between our reference signal (old samples of the output signal) and the signal that we want to predict (the microphone signal). Autocorrelation in the external input signal (e.g. pure tones) may cause correlation between the reference signal and the microphone signal. The aim of the LMS is to minimise the energy of the prediction error. This means that the LMS will be able to use correlation between the reference signal and microphone signal both due to the external feedback and due to autocorrelation in the input signal, to predict the microphone signal. However, we would like it to predict and cancel only the part that comes via the external feedback. This implies that input signals with tonal component can be affected when processed through this system.

One way to reduce this problem is to remove low frequency information from the signals used to update the internal feedback path. Feedback problems will primarily be found at high frequencies (>2 kHz). At lower frequencies, the need of feedback cancellation is not as large. It is in many signals (e.g. speech) primarily the low frequency components that generate autocorrelation in the time window of interest. The problems associated with autocorrelation in the input signal can thus be reduced if the low frequency components of the signals used to update the LMS are removed. This is done be introducing the two identical HP-filters of Figure 7.

The internal feedback path will then be adjusted to predict and cancel as much as possible of the HF part of the microphone signal. The performance of the internal feedback path at low frequencies will not be considered by the LMS, as this information does not reach the

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005191

| **oticon** | **ES** | **Page:** | 14/59 |
| | P833 | **Date:** | [D A T E] |
| | The AFB algorithm | **Init:** | JHL/TBN |

LMS-block. The introduction of these HP-filters can be interpreted as altering the objective of the LMS algorithm from minimising the energy of the prediction error to minimising the energy of the HP-filtered prediction error.



Figure 7. HP-filters introduced to remove LF information in the signals used to update the internal filter.

### 3.2.3 Modification to control the LF characteristics of the internal feedback path.

A problem with this modification is that the error between the two feedback paths at low frequencies are weighted very low, as it is the energy of the HP-filtered error signal that will be minimised. We may actually have very large errors at low frequencies, but the LMS-algorithm can not detect this due to the HP-filters. This means that the internal feedback path may introduce feedback problems at low frequencies. Thus, we need to control the LF characteristics of the internal feedback path.

In the next modification, shown in Figure 8, the LF part of the internal filter is dragged towards zero by introducing LF-information from an imaginable null-system. The null-system has no throughput, i.e. the output is always zero. The input to the null system is a white noise. The LMS would, if applied to the null system generate a null system.

Two identical FIR-filters, FIR 1 and FIR 2, are used to predict the outputs of the two systems. The reference signal used by the LMS is the LF part of the input signal to the null system and the HF part of the input signal to the external feedback path. The error signal used in the update of the LMS is now the LF part of the prediction error of the null system and the HF part of the prediction error of the microphone signal. The LMS will now adjust

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| oticon | ES | | Page: | 15/59 |
|---|---|---|---|---|
| | P833 | | Date: | [D A T E] |
| | The AFB algorithm | | Init: | JHL/TBN |

the FIR filter to fit the HF part of the external feedback path and the LF part of the null system.

This modification is quite expensive as we introduce as second FIR filter in parallel to the feedback cancellation filter.



Figure 8. System where the LMS adapts to the HF part of the external feedback and the LF part of a null system.

The calculations of the system of Figure 8 can be simplified according to Figure 9. The null system can be removed as its output will be zero. The order of "FIR 2" and the following IIR LP filter is altered and the two IIR LP are combined into one filter after the noise source. The white noise is generated by applying a stochastic sign to the signal that is called *nsout_nd2(n)* and is shown in Figure 9. This gives a white noise with the same amplitude as the output signal of the system.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005193

| oticon | **ES** | Page: | 16/59 |
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |



Figure 9. Simplified version of Figure 8.

### 3.2.4 Feedback change detection

The next modification is a safety system that detects when the feedback cancellation does not work properly. The feedback cancellation scheme is design to predict and cancel as much as possible of the microphone signal. It can thus be expected that the residual signal have lower energy than the microphone signal. The residual signal can have higher gain if the external feedback is reduced (e.g. telephone set removed from ear) or if the internal feedback path has too high amplitude by some other reason (e.g. due to characteristics of the input signal). It can be concluded that if the energy of the residual signal is higher than that of the microphone signal, then the gain of the internal feedback path is too high and we would better off without the feedback cancellation system. The Feedback Change Detector (FCD) compares the energy of the residual signal and the microphone signal. A flag is set if the ratio is higher than a certain limit. The coefficients are reduced by the use of a leak factor in the update when the flag is high. The leak will then, at least, be used in a minimum number of samples set in the hysteresis block. If the flag stays high for a longer period of time, set in the hysteresis block, the coefficients are set to zero by the kill signal.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR



| oticon | ES | Page: | 17/59 |
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |



Figure 10. Feedback Change Detector (FCD) introduced. The FCD will detect cases where the gain of the internal filter is too high.

### 3.2.5 Tone detector and two modes of adaptation

We want to have fast adaptation when the hearing aid is oscillating to remove the howl. However, slow adaptation will be beneficial when the input signal has tonal components to avoid that the internal filter adapts to the signal. Two alternative adaptation speeds are used in the algorithm. The Tone Detector that is introduced in Figure 9 controls the adaptation speed. The tone detector classifies the signal as being a tone or not. If it is a tone with a frequency over a certain lower limit, it assumed that the hearing aid is howling and the fast adaptation is used. Otherwise, the slow adaptation is used. The fast mode is achieved by choosing a larger step size by increasing the adaptation gain $\mu_0$. The slow mode is achieved by using a smaller $\mu_0$ and/or updating the coefficients at a slower rate (not every sample). Reducing the rate of adaptation can reduce the power consumption as large parts of the AFB systems don't have to be computed. The drawback is slightly reduced accuracy of the coefficients. {ref report "Slow update problem"}

The residual signal after the cancellation is first HP-filtered when the tone detector shall classify the signal. The HP-filter attenuates low frequency components that we don't consider. An AR-process is then fitted to the filtered signal (AR=Auto Regressive). The coefficients of the AR-process are used to decide how close to a pure tone the signal is and the frequency of this tone.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005195

| **oticon** | **ES** | **Page:** | 18/59 |
| | P833 | **Date:** | [D A T E] |
| | The AFB algorithm | **Init:** | JHL/TBN |

The outputs of the block Adapt Speed Control are *fast_mode* and *go_update*. *fast_mode* controls the adaptation speed while *go_update* controls if the coefficients shall be updated. The adaptation gain of the two modes and the update rate in the slow mode are controlled by programmable parameters.



Figure 11. Tone Detector introduced. The Tone Detector detects when the signal is close to a pure tone. The adaptation speed is then increased to find a better estimate fast.

### 3.2.6  Adjustment of delays to compensate for the hardware implementation

Figure 12 shows the entire AFB-system. Parts of the Delay Line have been propagated through the system to Delay FBC1 and Delay FBC2. The block "Delay Error Ad" has also been introduced. The delays are moved to compensate for time delays introduced in the computations and to get pipelined computations.

The characteristics of some of the blocks are slightly different when a BTE instrument is used instead of an ITE/CIC. An option of using the HP-filtered output signal (instead of the wide band signal) to generate the Schröder noise is also introduced. This option makes a difference when the output signal has low frequency emphasis. The reference signal reaching the LMS will then be dominated by the LP-filtered noise if the broad band signal is used to generate the noise. With the noise generated from the HP-filtered signal, the high frequency components will have about as much energy as the low frequency component.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005196

| oticon | ES | | Page: | 19/59 |
|---|---|---|---|---|
| | P833 | | Date: | [D A T E] |
| | The AFB algorithm | | Init: | JHL/TBN |



Figure 12. The entire AFB-system with delays required for computations are inserted.

### 3.2.7 Update of the coefficients

The update of the coefficients is slightly modified from the standard NLMS update to account for some characteristics in the application. The update is only performed at samples when the control signal *go_update* is high. This will be the case in every sample in the fast mode and at a fraction of the samples in the slow mode.

$$\hat{h}_k(n+1) = \hat{h}_k(n) + \mu_0 \frac{r(n-k)e(n)}{\beta + \sum_{k=0}^{K-1}|r(n-k)|^2} \qquad (13)$$

### 3.2.7.1 Removal of the DC-component

The signals used in the update (*e(n)* and *r(n)*) will due to truncation of the signals have a DC-component. This can introduce an unwanted DC component in the coefficients. The DC-component of the coefficients is therefore removed by subtracting the mean value of the coefficients in each update.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005197



| | **ES** | **Page:** | 20/59 |
|---|---|---|---|
| **oticon** | **P833** | **Date:** | [D A T E] |
| | The AFB algorithm | **Init:** | JHL/TBN |

$$\hat{h}_k(n+1) = \hat{h}_k(n) + \mu_0 \frac{r(n-k)e(n)}{\beta + \sum_{k=0}^{K-1}|r(n-k)|^2} - \frac{\sum_{k=0}^{K-1}\hat{h}_k(n)}{K} \tag{14}$$

### 3.2.7.2 Reduction of step at transient inputs

A problem with the normalised LMS in this application is that the step is normalised with respect to the reference signal (i.e. output signal of the hearing aid). This means that very high adaptation gain will be used when the output signal has low level. A high level transient may then cause problems. The transient will first reach $e(n)$, which gives a large step of the coefficients in a stochastic direct. This may then reduce the performance of the adaptive filter. The transient will (due to the delay in the forward path) reach the reference signal later. The step size is then reduced. It was in the verification of the FPGA implementation found that the hearing aid sometimes started to howl when the input was a number of transients. Therefore the normalisation was modified with a third term in the denominator so that the step size is reduced when there is a high level transient in the error signal.

$$\hat{h}_k(n+1) = \hat{h}_k(n) + \mu_0 \frac{r(n-k)e(n)}{\beta + \sum_{k=0}^{K-1}|r(n-k)|^2 + \frac{e(n)^2}{x}} - \frac{\sum_{k=0}^{K-1}\hat{h}_k(n)}{K} \tag{15}$$

$x$ is a programmable parameter that controls the influence of the third term of the denominator.

### 3.2.7.3 Leak

A leak has been introduced that can be used when we want to pull the coefficients towards zero. This is utilised when the FCD flags that the coefficients are too large. There is also a very small general leak that is used continuously. The general small leak is useful to control components of which the LMS don't get information about. This is the case for frequencies over 6 kHz, where the reference signal has very low energy due to the filterbank. Without the leak, the internal feedback path could cause feedback problems at frequencies above 6 kHz.

The leak is implemented by modifying the update to:

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005198

| **oticon** | **ES** | **Page:** | 21/59 |
| | P833 | **Date:** | [D A T E] |
| | The AFB algorithm | **Init:** | JHL/TBN |

$$\hat{h}_k(n+1) = \left( \hat{h}_k(n) + \mu_0 \; \frac{r(n-k)e(n)}{\beta + \sum_{k=0}^{K-1}|r(n-k)|^2 + \frac{e(n)^2}{x}} - \frac{\sum_{k=0}^{K-1}\hat{h}_k(n)}{K} \right) \cdot Leak \qquad (16)$$

*Leak* has a value of $1-2^{-11}$, which reduces the amplitude of the coefficients slightly in each sample. The value was chosen so that the contribution of the leak was not truncated in the 36 bit coefficients. The same *Leak* is used both when FCD flags and to achieve the general leak. The difference is that the leak is utilised in every update when FCD flags, while the general leak is achieved by using the leak in only a fraction of the updates.

## 3.3 Block diagram



Figure 13. Block diagram of the implementation of the AFB algorithm.

## 3.4 Block description

This section describes briefly the different blocks and signals of the implementation. The estimates of the power consumption, which are rough estimates, are calculated in the slow mode. The power consumption is expressed relative the total power consumption of the AFB system. The power consumption of miscellaneous blocks (overhead) not listed below

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005199



| | **ES** | **Page:** | 22/59 |
|---|---|---|---|
| | P833 | **Date:** | [D A T E] |
| | The AFB algorithm | **Init:** | JHL/TBN |

is 17.82%. The common first part of the names of the signals, "*HASystem.*" is omitted to make the text easier too follow.

### 3.4.1  QFBCFilt1

Input signals: *nsout_nd2_delay, FBCcoeffs_win, FBCcoeffs_scale*

Programmable parameters:

Output signals: *afbout*

Relative power consumption: 20.61%

This block is the internal feedback path. The delayed output signal of the hearing aid *nsout_nd2_delay* is filtered through the 24-tap FIR-filter with coefficients generated by the LMS. Each coefficient is represented by eight bits in *FBCcoeffs_win* and a common exponent *FBCcoeffs_scale*.

### 3.4.2  QFBCFilt2

Input signals: *nsout_schr_lp_delay, FBCcoeffs_win, FBCcoeffs_scale, go_update*

Programmable parameters:

Output signals: *err_lp*

Relative power consumption: 1.08%

This filter filters the LP-filtered Schröder noise through the same FIR filter as in QFBCFilt1. The output is the low frequency portion of the prediction of the imaginable null system. This signal is later used as a part of the prediction error used by the LMS. The output is only generated when *go_update* is high (i.e. at samples when the coefficients are updated).

### 3.4.3  QAdd_FBC1

Input signals: *ad, afbout*

Programmable parameters:

Output signals: *err*

Relative power consumption: 0.22% (This figure includes the power consumption of a multiplication that actually belongs to QFBCFilt1)

This block subtracts the output of the internal feedback *afbout* from the microphone signal *ad.* The result is *err.* This is the signal that is used as input signal to the forward path of the

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

hearing aid. Further, the same signal is the prediction error of the microphone signal. The low frequency portion of this signal is later used in the update of the coefficients.

### 3.4.4   QDelay_Err_Ad

Input signals: *err, ad*

Programmable parameters:

Output signals: *err_delay, ad_delay*

Relative power consumption: 0.07%

This block introduces a one-sample delay to *err* and *ad*. The main reason for this delay is that the computations need to be pipelined. The buffer do also reduce the ripple in the signals used in following calculations.

### 3.4.5   QDnsout

Input signals: *outsig,*

Programmable parameters: *afb_ha_type, afb_delay*

Output signals: *nsout, nsout_nd2*

Relative power consumption: 0.44%

This block implements the delay line of the internal feedback. *nsout* is the same as *outsig*. *nsout_nd2* is the delayed signal. The length of the delay line is 10 samples for ITE and 15 samples for BTE. The length of the delay can be changed by −3 to +4 by *afb_delay*. The optimal delay will vary between subjects. The delay will however not be adjusted individually (in the first generations of AFB hearing instruments). The delay should thus be set to a safe value. I.e. the delay should be chosen so short that the first nonzero coefficient of all possible impulse responses is with in the used window. The "optimal" values of the delay measured on KEMAR with the FPGA were 12, 14, and 18 for CIC, ITE and BTE, respectively. The corresponding values measured on JHL were 16, 14 and 18-23 (no values between 18 and 23 could be tested, the optimal value will be found somewhere in this range).

### 3.4.6   QDelay_FBC1

Input signals: *nsout_nd2*

Programmable parameters:

Output signals: *nsout_nd2_delay*

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR



| | ES | Page: | 24/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

Relative power consumption: 0.03%

This is a transparent block that copies *nsout_nd2* to *nsout_nd2_delay*

### 3.4.7   QDtone

Input signals: *err_delay, fir_tone*

Programmable parameters: *afb_ha_type*

Output signals: *DetectNew*

Relative power consumption: 8.47%

This block classifies the residual signal after feedback cancellation, *err_delay*, as a tone or not a tone. The binary output signal *DetectNew* will be set to "1" when the signal is a tone. The classification is based on fitting the parameters of a second order AR process to the signal. The parameters are then used to determine if the signal is a tone and if the frequency of that tone is high enough to be howl. The computations are performed in blocks of 320 samples. During each sample the input signal *err_delay* is filtered through a HP filter to attenuate the low frequency information. The squared value of this signal is then calculated together with the product of the current sample and the last sample, and the product of the current sample and the two lags old sample. The sum of these values is then calculated over the 320-sample batch. The parameters of a second order AR-process that would give these values in mean are then calculated. This calculation is only performed once for each batch. The signal is in a second order AR process generated by filtering a white noise through a filter with two poles. The calculations of this block give the coefficients of the denominator in this filter (i.e. the poles).

The second coefficient of the denominator of the AR-process controls the distance from origo to the poles. If the signal were a pure tone the poles would be positioned on the unit circle. If the value of the second coefficient is greater than 0.96875 the signal is classified as a tone. This value corresponds to a distance of 0.98425 from origo to the two poles. The first coefficient of the AR-process is used to see if the frequency of the tone is high enough to be classified as howl. The first coefficient will in a second order AR process be given by

$$-2\alpha\cos\left(\frac{f}{f_s}2\pi\right),$$ where $\alpha$ is the distance of the pole from origo, $f$ is the frequency of the pole, $f_s$ is the sampling frequency. A lower limit of the first coefficient of -1.42285 is used to check that the frequency is high enough to be caused by feedback when the hearing aid type is ITE. This limit corresponds to frequencies between 1.91 kHz and 1.95 kHz, depending on the distance of the pole from origo. The limit of the first coefficient in the case of a BTE hearing aid is -1.663. This corresponds to frequencies ranging from 1.41 kHz to 1.47 kHz, depending on the second coefficient.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005202

| **oticon** | **ES** | **Page:** | 25/59 |
| | P833 | **Date:** | [D A T E] |
| | The AFB algorithm | **Init:** | JHL/TBN |

At least four of the five last batches should be classified as tone before the output *DetectNew* is set to "1".

### 3.4.8   QFCD

Input signals: *err_delay, ad_delay,*

Programmable parameters: *afb_fcd_hyst, afb_kill_time, afb_kill_coef*

Output signals: *fcd_flag, fcd_leak, fcd_kill*

Relative power consumption: 5.26%

This block estimates the power of the AD-signal err_delay and the prediction error err_delay to see if the coefficients of the internal filter are too high. The power of the signals is estimated by calculating the square of each sample and filter this through an LP filter. When the ratio of these powers are higher than 1.5 the flag fcd_flag is set to "1". This signal is then feed to *fcd_leak* if the hysteresis is not used (*afb_fcd_hyst*=0). The leak will then be used in the update of the coefficients. If the hysteresis is enabled, the control signal *fcd_leak* will go high when *fcd_leak* goes high, but then it will stay high for at least 4096 samples.

*afb_kill_coef* enables reset of coefficients if the leak is not enough to reduce the energy of the residual. *fcd_kill* will go high if *fcd_flag* is high for one or two seconds, depending on *afb_kill_time*. The coefficients will then be reset next time they are updated.

### 3.4.9   Qadapt_speed_control

Input signals: *DetectNew, fcd_leak*

Programmable parameters: *afb_update_freq, afb_disable_dtone, afb_fcd_speed*

Output signals: *go_update, fast_mode, go_update_future*

Relative power consumption: 1.10%

This block generates *go_update,* and *fast_mode,* who controls if the coefficients will be updated and the step size. *go_update_future* is the same signal as *go_update,* but delayed one sample.

The coefficients are updated in each sample and with the large step size in the fast mode (*DetectNew=1*). *go_update,* and *fast_mode* are then set to "1" for at least 32767 samples (approximately 2 s). *fast_mode* is set to "0" in the slow mode. *go_update* is then set to "1" in a fraction of the samples controlled by *afb_update_freq*. *fcd_leak* will cause *go_update* to go high if *afb_fcd_speed* is high. With *afb_fcd_speed* high, the coefficients will be updated in each sample although the tone detector has not found a tone.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| **oticon** | **ES** | **Page:** | 26/59 |
| | P833 | **Date:** | [D A T E] |
| | The AFB algorithm | **Init:** | JHL/TBN |

### 3.4.10 QHPFSerr

Input signals: err_delay,

Programmable parameters: *afb_ha_type*

Output signals: *err_hp,*

Relative power consumption: 6.15%

This block is a HP filter that attenuates the low frequency components of the prediction error to avoid that the LMS adapts to these components. The cut off frequency is about 2 kHz and 1.5 kHz for ITE and BTE instruments, respectively.

### 3.4.11 QAdd_FBC2

Input signals: *err_hp, err_lp*

Programmable parameters:

Output signals: *err_lh*

Relative power consumption: 0.02%

The two prediction errors (LP component of the null system and HP component of the external feedback) are added and delayed.

### 3.4.12 QFHPnsout

Input signals: *nsout_nd2*

Programmable parameters: *afb_ha_type*

Output signals: *nsout_hp*

Relative power consumption: 6.14%

HP-filtering of the delayed output signal of the hearing. Alternative characteristics are used for ITE and BTE filters.

### 3.4.13 Qschroed

Input signals: nsout_nd2, nsout_hp

Programmable parameters: *afb_schr_in*

Output signals: *nsout_schr*

Relative power consumption: 0.18%

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005204

| oticon | ES | Page: | 27/59 |
|--------|-----|-------|-------|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

This block generates a white noise with the same amplitude as either the output signal or the HP-filtered signal, depending on *afb_schr_in*. The noise is generated by generating a one-bit white noise and use it as a stochastic sign for the chosen signal.

### 3.4.14 QLPschr

Input signals: *nsout_schr*

Programmable parameters: *afb_ha_type*

Output signals: nsout_schr_lp,

Relative power consumption: 7.56%

Low pass filtering of the white schröder noise. Alternative characteristics are used for ITE and BTE instruments.

### 3.4.15 QDelay_FBC2

Input signals: *nsout_schr_lp*

Programmable parameters:

Output signals: nsout_schr_lp_delay

Relative power consumption: 0.05%

The input signal *nsout_schr_lp* is copied to the output signal *nsout_schr_lp_delay*.

### 3.4.16 QAdd_Noise

Input signals: nsout_schr_lp , nsout_hp

Programmable parameters:

Output signals: *nsout_lh*

Relative power consumption: 0.08%

The HP-filtered output signal and the LP filtered noise is added. The result is delayed one sample.

### 3.4.17 QLMS_Buf

Input signals: *nsout_lh*

Programmable parameters:

Output signals: LMSBuf, LMSBuf_update, LMSBuf_first, LMSBuf_last

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR



| | **ES** | Page: | 28/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

<u>Relative power consumption:</u> 5.39%

The block genereates an array (*LMSBuf*) of the last samples of *nsout_lh*. *LMSBuf_update* is a delayed version of the same array that is used in the update. *LMSBuf_first* and *LMSBuf_last* are the new and the removed elements of this array. These two signals are used in QsumSq.

### 3.4.18 QSumSq

<u>Input signals:</u> LMSBuf_first, LMSBuf_last

<u>Programmable parameters:</u>

<u>Output signals:</u> *MainLMSSqSum*

<u>Relative power consumption:</u> 5.72%

The block calculates the sum of squared values of the array *LMSBuf*. The sum is calculated by adding the contribution by the new element and subtracting the contribution of the removed element.

### 3.4.19 QUpdatFBC

<u>Input signals:</u> go_update_delay, MainLMSSqSum, err_lh, fast_mode, LMSBuf_update, fcd_leak, fcd_kill

<u>Programmable parameters:</u> afb_adapt_on, afb_beta, afb_error_sq, afb_speed_no_howl, afb_update_freq, afb_speed_howl, afb_leak_freq, afb_reset_coeff

<u>Output signals:</u> *FBCcoeffs*

<u>Relative power consumption:</u> 2.82%

This block updates the coefficients. The update will only be performed when *go_update_delay* is high. The step size depends on *fast_mode* together with *afb_speed_no_howl*, , *afb_update_freq*, and *afb_speed_howl*. The leak is used if the FCD indicates that it should be used (*fcd_leak*) or at some infrequent samples given by *afb_leak_freq*.

### 3.4.20 Qfbc_coef_buf

<u>Input signals:</u> go_update_delay, FBCcoeffs

<u>Programmable parameters:</u>

<u>Output signals:</u> FBCcoeffs_scale, FBCcoeffs_win

<u>Relative power consumption:</u> 8.12%

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005206



| | **ES** | Page: | 29/59 |
|---|---|---|---|
| **oticon** | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

This block converts the 36 bit coefficients in *FBCcoeffs* to eight bit coefficients (*FBCcoeffs_win*) and a common exponent (*FBCcoeffs_scale*).

The block floating point scheme was introduced to use much fewer bits in the actual FBC filter convolutions. After each update of the coefficients, the highest bit position necessary to represent the coefficients is found. This position is used to represent the common exponent. The coefficients are then represented by eight bits with this position as the Most Significant Bit (MSB) and the common exponent.

Example:

The maximum coefficient is currently 0.353912353515625, which is represented as the 36 bit word "000.010110101001101000000000000000000"

The bits [32..25] (of all coefficients) will then be used for the filter convolution. The maximum coefficient is thus represented by 01011010 (90). The value of *scale* will in this example be 25 as the LSB is moved is moved 25 positions. The output of the filter is multiplied with $2^{(-33+scale)}$ to scale the output. (The maximum coefficient is in this example truncated to $90*2^{(-33+25)}=0.3515625$)

# 4    Behaviour of the algorithm

## 4.1    Properties (Advantages and disadvantages)

There are a number of alternative schemes to cancel feedback. A number of different ways to identify the external feedback could be used. They have all advantages and disadvantages. In this section, the difference to an alternative scheme will be discussed. Further, signals that may cause reduction in sound quality and the compromises done when designing the system will be discussed.

### 4.1.1    Differences to schemes where the feedback is identified with a noise added to the output.

The present algorithm is designed to predict and cancel as much as possible of the microphone signal from the output signal. An alternative strategy to find an estimate of the external feedback is to add a noise to the output of the hearing aid. The adaptive filter is then designed to predict as much as possible of the microphone signal from the noise that is added to the output. A copy of the achieved estimate is then used to cancel the feedback. This strategy is used in the DFS Genius hearing aid of Danavox (not the DFS system used

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005207



| | ES | Page: | 30/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

in Danalogic). An advantage of the present system is that the noise that can be audible is not added to the output of the hearing aid. Further, a larger part of the microphone signal originates from the output signal than from the added noise. The feedback can then be identified from fewer samples (i.e. faster adaptation can be used to get an estimate with the same accuracy). The main drawback is that the estimate will depend on the input signal and we may get a biased estimate when there are tonal components in the input. The modifications have been done to reduce this disadvantage but there are still cases when the signal is affected by the feedback cancellation.

### 4.1.2 Reduced sound quality when the input signal is a pure tone

The AFB system will attenuate pure tone input signals (with frequencies over 2 kHz for ITE and 1.5 kHz for BTE). This will occur, as it will be possible to predict the input signal from the output signal. The internal filter will be adjusted to predict as much as possible of the tone. The mismatch between the internal and the external filter may then cause the hearing aid to howl. The effect will then be that the hearing aid "answers" the tone in the input signal with a second tone of some other frequency. The second tone will generally not be a harmonic component of the first it will be perceived as coming from another source.

### 4.1.3 The compromise of adaptations speed and dependence on the tone detector.

The performance of the system depends to large extent on the used adaptation speed. The tone detector is an essential element to get acceptable sound quality and fast adaptation when the hearing aid is howling. We want it to detect howls, but the classification will not be perfect. There will be both false positive detections (tone detector flags for a howl when the hearing aid is not howling), and false negative (tone detector does not flag when the hearing aid is howling). False positive detections will occur when the input signal is a tone. The fast mode will then be used and the adaptive filter will adapt to the tone. The result will be that the tone is attenuated and alternative tones may be generated.

False negative detections can occur when the hearing aid is howling but the ambient signal has energy at other frequencies. The tone detector will then not classify the input signal as a tone. The slow mode of adaptation will then be used although the hearing aid is howling. It will then take substantially longer time for the howl to disappear, than when the tone is detected.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005208



| | **ES** | Page: | 31/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

### 4.1.4  Small gain margin and increase of gain

The internal feedback can in some cases drive away from the desired estimate. This can be caused by tonal input signals or that the level of the output signal is so low that the mismatch of the feedback path is not found in the prediction. If the mismatch becomes too large, the hearing aid will start to ring ("metallic sound quality"). The mismatch can then be found in the prediction error and the LMS algorithm will update the coefficients towards the desired estimate. Roughly speaking the LMS will try to find a better estimate when the mismatch of the two filters affects the signal, but be satisfied with the coefficients when the mismatch can't be found in the prediction error. The LMS will usually correct the coefficients before the sound quality is affected. The system will however be sensitive to increased gain when there is a mismatch between the feedback paths. There are a number of situations when the gain is increased in the hearing aid and they are potential situations where the hearing aid may start to howl if there is a mismatch between the two feedback paths.

The soft squelch will increase the gain when the level is increased. The hearing aid may start to howl if the coefficients have driven away during a silent period and the level of the input signal is increased so that the soft squelch increases the gain. The howl will then, typically, increase in intensity until limited by the compressor. The howl will thus be audible for the user. **It will be an advantage for the AFB system if the soft squelch is not used in the HF-channel. The soft squelch will therefore not be used in the HF-channel in the fitting rationales of the first generation of instruments with the AFB-system.**

The compressor will increase the gain when the level is reduced. The hearing aid can start to howl if the level of the signal is well above the knee point, the coefficients drive away from the desired coefficients (e.g. by music), and the level of the signal is reduced so that the compressor increases the gain. Further, the syncro algorithm will increase the gain in the transition from the non-speech mode to the speech mode. This is thus a potential problematic situation. However, listening-tests with the FPGA-implementation show that the performance is acceptable.

## 4.2  Known bugs

There is one known bug in the implementation. There are cases when a click can be heard. An effort was put on finding the origin before tape-out, but without success. The effects were judged to be acceptable, even if the clicks can be heard in some situations. The origin of the bug has been found after the tape-out, but the bug will be present on the IC's.

The clicks can often be heard if a pure tone is applied to the system and the AFB will generates amplitude modulation of the tone. The clicks occur when the scale (i.e. the

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR



| | **ES** | Page: | 32/59 |
|---|---|---|---|
| **oticon** | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

exponent of the coefficients) is altered. It seems like there is a single sample that becomes erroneous in some cases when *scale* alter. Sinusoids make the coefficients to drive away, as there are substantial autocorrelation in the signal. This makes it likely that scale will change when the input is a tone. The audibility of the clicks is also high in the sinusoids. This makes that the clicks are most likely to be heard when the input is a pure tone. The click has also been heard when a telephone set is removed from the ear. The hearing aid can then howl for a short instance. The signal in the hearing aid will then be close to a pure tone and the coefficients will be changing to track the changes in the external feedback. The clicks where not heard in this configuration before it was known that this could be a case where the click could occur.

There is a potential risk that the magnitude of the external feedback of some subjects corresponds to one of the borders (6 dB apart) where *scale* is altered. The variance of the coefficients may then cause *scale* to jump forth and back, which then can cause the clicks to occur more frequent. The clicks could then occur, more or less, all the time. Not only when the external feedback is changing or when the input causes the coefficients to drive away. One way to reduce this problem for subjects that complain on this would be to modify the external feedback by making a new ear mould, which probably would change the magnitude of the feedback enough to get a stable *scale*. The magnitude of the problem is not known. There is no information that says that this has occurred so far, but there is a risk that this will be a problem for some users.

## 4.3 Critical signals and why

The AFB system is designed to predict and cancel as much as possible of the microphone signal from the information in HF component of the output signal. We would like it to only predict the part that is caused by the feedback but there will also be a part that can be predicted due to autocorrelation in the input signal.

The feedback via the two feedback paths will cancel each other when there is a perfect match between the two feedback paths. The prediction error $e(n)$ will then be equal to the input signal. The coefficients of the internal feedback path will then drive away from this state if there is correlation between the output signal and the prediction error (the input signal). The component of the update equation that we want to be zero in mean is

$$r(n-k)e(n) \text{ for } k=1,\dots,24 \tag{17}$$

The output signal will be a delayed version of the input signal if the signal processing of the forward part is approximated by a delay. With a delay of the forward path of 55 samples and a length of the delay line in the AFB system of 15 samples, the reference signal will be

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR



| oticon | **ES** | **Page:** | 33/59 |
| | P833 | **Date:** | [D A T E] |
| | The AFB algorithm | **Init:** | JHL/TBN |

$$r(n) = e(n - 70) \qquad (18)$$

This gives that we want samples of the input signal that are separated by more than seventy samples to be uncorrelated:

$$E[e(n - 70 - k)e(n)] = 0 \quad \text{for k=1,...,24} \qquad (19)$$

We can thus allow some autocorrelation in the input signal as long as samples separated by more than seventy samples are uncorrelated. We will get a biased estimate if this is not the case. Then the optimal coefficients of the LMS (the coefficients that minimizes the energy of the prediction error) are not the same as the optimal values for feedback cancellation (coefficients equal to the coefficients in the impulse response of the external feedback).

The input signals of the hearing aid will have more or less autocorrelation in the time window of interest. For most signals, the autocorrelation will be neglectable. However, some signals will have this autocorrelation and thus cause problems for the AFB-system. Most of the signals that will cause problems will be classified as tones or having tonal components, but it is possible to create theoretical examples where the signal would be classified as not having tonal components. (E.g. The sum of a noise and the HP-filtered and delayed noise.)

### 4.3.1  Tones

Pure tones will probably be the most common signal that causes problem for the AFB system. Tones will cause the coefficients to drive away as there will be substantial autocorrelation in the time window of interest. Further, the tone may trig the tone detector, which results in faster adaptation to the erroneous state. Tones with short duration will usually not cause any problems as long as the slow mode is used. The system will usually resist the influence of a tone as long as the tone detector does not trig on it. In the slow mode, the adaptation is so slow that the tone will usually have disappeared before the coefficients have adapted to the erroneous state. Low frequency tones will usually not be a problem as the HP filtering prior the LMS block attenuate these and the frequency of these will be too low for the tone detector to trig.

The origin of tones that can cause problems can for example be music, hitting a cup with spoon, and other howling hearing aids.

### 4.3.2  Impulses

Impulses in an otherwise low-level environment can cause the coefficients to drive away from the desired estimate and cause metallic sound quality. The impulses give a large prediction error $e(n)$, as the impulse can not be predicted from the output of the hearing aid. The impulse will then cause the coefficients to take a step in a stochastic direction and

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005211



| | **ES** | **Page:** | 34/59 |
|---|---|---|---|
| | P833 | **Date:** | [D A T E] |
| | The AFB algorithm | **Init:** | JHL/TBN |

the step size will be large as long as the impulse has not reached the output of the hearing aid. Consecutive claps have during the verification of the FPGA-implementation caused the hearing aid to howl. Soft squelch makes the feature more pronounced as it will increase the gain once the impulse reaches the compressor.

## 4.4 Sound examples

Table 1 contains a number of sound recordings with and without the AFB system. The first column contains recordings without AFB and without acoustic feedback. This is thus our reference and we can not expect to get better sound quality than this. The second column contains recordings with the AFB system and no acoustic feedback. This column represents cases where we can not expect the AFB system to improve performance, but it can reduce the sound quality. The third and fourth columns are without and with the AFB system, respectively, when the gain margin is 1 dB. The AFB system can then improve sound quality as there is feedback to be removed. The last column contain cases where the gain is increased 10 dB over the limit for stability (without AFB). No recordings without the AFB system where done in this setting as the hearing aid would howl all the time. Cases where the AFB system introduce artifacts are denoted with an asterisk. The recordings were performed with a BTE instrument. The corresponding cases with ITE instruments would be somewhat different, as tones then have to be above 2 kHz before artifacts occur.

Table 2 contains some other examples to demonstrate the effect of the AFB system.

| Input | GM= No output AFB = OFF REF | GM= No output AFB = ON | GM = 1 dB AFB = OFF | GM = 1 dB AFB= ON | GM = -10 dB AFB = ON |
|---|---|---|---|---|---|
| Antonio Vivaldi | AFB OFF | AFB ON * | AFB OFF | AFB ON * | AFB ON * |
| Gary Moore | AFB OFF | AFB ON | AFB OFF | AFB ON | AFB ON |
| Maria Callas | AFB OFF | AFB ON | AFB OFF | AFB ON | AFB ON |
| Miles Davis | AFB OFF | AFB ON | AFB OFF | AFB ON | AFB ON |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| oticon | ES | Page: | 35/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

| | | | | | |
|---|---|---|---|---|---|
| Sin sweep slow | AFB OFF | AFB ON * | AFB OFF | AFB ON * | AFB ON * |
| Sin sweep fast | AFB OFF | AFB ON * | AFB OFF | AFB ON * | AFB ON * |
| Dantale | AFB OFF | AFB ON | AFB OFF | AFB ON | AFB ON |
| Ping1 | AFB OFF | AFB ON | AFB OFF * | AFB ON * | AFB ON * |
| Slam1s | AFB OFF | AFB ON | AFB OFF | AFB ON | AFB ON |

Table 1. Sound examples with the AFB system (BTE hearing aid). Cases where the AFB system introduces artifacts are denoted with an asterisk (*). Note that the sequences are approx. 30 s although the media player only indicates 12 s. GM=gain margin without AFB system.

| Input | Comments | sound |
|---|---|---|
| Repeated slams | Example where a slam causes the hearing aid to howl. <br><br> Error denominator: Error off , GM=10 dB and AFB=ON | Slam + AFB |
| Noise | Example when the increase in gain caused by compression and reduced level cause howls. <br><br> 1) GM without AFB = 6 dB, AFB ON <br><br> 2) Apply loud noise => GM with AFB = 18 dB <br><br> 3) Turn the gain 18 dB up (The effective gain increase will be lower due to the compression) <br><br> 2) Remove noise (The gain is then increased as the level of the signal is lowered. This increase in gain is enough to cause the howl) | Compressor + AFB |
| High level broad band signal | Example where the ambient signal prevents the use of fast mode. <br><br> Feedback is changed so that hearing aid starts to howl <br><br> The broad band ambient signal prevents the tone detector to classify the input signal as a tone. The slow mode adaptation is then used. It then takes some time before the | Only slow +AFB |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005213

| **oticon** | **ES** | **Page:** | 36/59 |
| | P833 | **Date:** | [D A T E] |
| | The AFB algorithm | **Init:** | JHL/TBN |

| | howl is cancelled. | |
|---|---|---|
| Low level broad band signal | Same as above but the level of the signal is lower, which allows the tone detector to detect the tone, which gives the fast mode of adaptation. The howl is then removed much faster. | Slow/Fast +AFB |
| Low level tone + knock on the door that trigs SSQ | Example where a low level tone causes small gain margin. The soft squelch increases the gain at the knock. The increased gain causes the howl. Gain Margin without AFB = 6 dB | Tone +AFB +SSQ |
| Low level tone that trigs SSQ | Example where the level of the tone is somewhat higher than in the above example. The ringing caused by the small gain margin is then enough to trig the soft squelch, which increases the gain and causes the howl. Without the soft squelch ("Tone +AFB −SSQ") the howls do not occur. Gain Margin without AFB = 6 dB | Tone +AFB +SSQ / Tone +AFB -SSQ |
| "Normal" feedback cancellation (telephone) | Example when a telephone is placed close to the ear repeatedly, with (+AFB) and without (-AFB) the AFB system. | Telephone -AFB / Telephone + AFB |

Table 2. Sound examples with the AFB system (BTE hearing aid).

# 5   Programming AFB

This section describes the controls of JUMPCOM that can be used to control the AFB system. The corresponding parameters used in the implementation and stored in the eeprom are also discussed.

CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005214



| | **ES** | Page: | 37/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |



Figure 14. Controls for the AFB system of JumpCom2b ver 2.1.2

## 5.1 System on/off

This control turns the entire AFB system on/off. When off, both the adaptation and the cancellation is off. Turning the AFB system off reduces the power consumption. The corresponding binary parameter in the eeprom is called *HASystem.afb_on* and has a value of 1 when the system is enabled.

| "System on/off" in JumpCom | HASystem.afb_ha_type | |
|---|---|---|
| not checked | 0 | Feedback cancellation disabled |
| checked | 1* | Feedback cancellation enabled |

Table 3. Possible states of "System on/off" in JumpCom.

## 5.2 Adaptation on/off

**Adaptation off is not implemented correct at the IC. Afb_adapt_on=0 is therefor not allowed.**

When off, the coefficients are not updated. However, the cancellation will still be performed, but the internal path will not track the changes of the external. Turning the adaptation off can be useful when testing the system. The binary parameter in eeprom is called *HASystem.afb_adapt_on* and has a value of 1 when adaptation is enabled.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR



| | ES | Page: | 38/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

| "Adaptation on/off" in JumpCom | HASystem.afb_adapt_on | |
|---|---|---|
| not checked | 0 | coefficients fixed |
| checked | 1* | coefficients updated |

Table 4. Possible states of "Adaptation on/off" in JumpCom.

## 5.3 Adaptation speed no howl

This control controls the adaptation speed in the slow mode (i.e. when the tone detector has not detected a tone). The values of this control are expressed relative the adaptation speed of the slow mode that was implemented in the Heimdal unit and used in the field test. Increasing this adaptation speed will improve the algorithms tracking of changes in the external path that does not cause howl. It will also reduce the time of howl when the hearing aid becomes unstable, but the tone detector does not detect it as a tone due to broad band ambient sounds.

The adaptation speed depends on the adaptation gain in the update of the coefficients and how often the update is performed. This control sets the adaptation speed independent of the update frequency.

The corresponding parameter used in the implementation and eeprom is called *HASystem.afb_speed_no_howl*. The adaptation gain $\mu_0$ depends both on *HASystem.afb_speed_no_howl* and *HASystem.afb_update_freq* (parameter set by "update frequency").

| "Adaptation speed no howl" in JumpCom | HASystem.afb_speed_no_howl | $\mu_0$ in update equation |
|---|---|---|
| x8 | 000 | $2^{-(4 - afb\_update\_freq)}$ |
| x4 | 001 | $2^{-(5 - afb\_update\_freq)}$ |
| x2 | 010 | $2^{-(6 + afb\_update\_freq)}$ |
| x1 | 011 | $2^{-(7 + afb\_update\_freq)}$ |
| x/2 | 100 | $2^{-(8 + afb\_update\_freq)}$ |
| x/4 | 101 | $2^{-(9 + afb\_update\_freq)}$ |
| x/8 | 110 | $2^{-(10 + afb\_update\_freq)}$ |
| x/16 | 111 | $2^{-(11 + afb\_update\_freq)}$ |

Table 5. Possible states of "Adaptation speed no howl " in JumpCom.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| **oticon** | **ES** | **Page:** | 39/59 |
| | P833 | **Date:** | [D A T E] |
| | The AFB algorithm | **Init:** | JHL/TBN |

## 5.4 Adaptation speed howl

"Adaptation speed howl" controls the adaptation speed in fast mode (i.e. when the tone detector has detected a tone). The adaptation speed is expressed in the same way as "adaptation speed no howl" (relative the adaptation speed of the slow mode in Heimdal).

Increasing this adaptation speed will reduce the time for a howl to disappear, but can also increase problems associated with sound quality as the algorithm will be faster to adapt to tonal input signals. The corresponding parameter stored in the eeprom is called *HASystem.afb_speed_howl*.

| "Adaptation speed howl " in JumpCom | HASystem.afb_speed_howl | $\mu_0$ in update equation |
|---|---|---|
| x1 | 000 | $2^{-12}$ |
| x2 | 001 | $2^{-11}$ |
| x4 | 010 | $2^{-10}$ |
| x8 | 011 | $2^{-9}$ |
| x16 | 100 | $2^{-8}$ |
| x32 | 101 * | $2^{-7}$ |
| x64 | 110 | $2^{-6}$ |
| x128 | 111 | $2^{-5}$ |

Table 6. Possible states of "Adaptation speed howl" in JumpCom.

## 5.5 Hearing aid type

This control is used to specify the type of hearing aid. The parameter of the eeprom is called *HASystem.afb_ha_type*. The blocks whose characteristics are altered with type of hearing aid (e.g. the delay line) use this parameter.

| "Hearing aid type" in JumpCom | HASystem.afb_ha_type |
|---|---|
| ITE | 0 |
| BTE | 1 |

Table 7. Possible states of "Hearing aid type" in JumpCom.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR



| | **ES** | Page: | 40/59 |
|---|---|---|---|
| **oticon** | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

## 5.6 FCD hysteresis

This control is used to turn the hysteresis on/off. The leak is, independent of the hysteresis, used as soon as the FCD block flags that the ratio between the energy of the residual signal and the microphone signal is higher than the limit. The hysteresis controls the minimum number of samples that the leak is used in. With hysteresis the leak is used for at least 4094 samples. Without the hysteresis the use of leak is stopped as soon as the flag from the FCD block is low. The parameter of the eeprom is called *HASystem.afb_fcd_hyst*.

| "FCD hysteresis" in JumpCom | HASystem.afb_fcd_hyst | |
|---|---|---|
| not checked | 0 | Hysteresis disabled |
| checked | 1 | Hysteresis enabled (4094 samples) |

Table 8. Possible states of "FCD hysteresis" in JumpCom.

## 5.7 Kill coeff.

This control enables the option of resetting the coefficients if the FCD flag is high for a specified time. This is a safety system that can be useful if the AFB-system becomes unstable and don't become stable when the coefficients are updated in the ordinary manner. The binary parameter used to store this setting in the eeprom is called *HASystem.afb_kill_coef*.

| "Kill coeff." in JumpCom | HASystem.afb_fcd_hyst | |
|---|---|---|
| not checked | 0 | Reset of coefficients by FCD disabled |
| checked | 1 | Reset of coefficients by FCD enabled |

Table 9. Possible states of "Kill coeff" in JumpCom.

## 5.8 Kill time

The time that the FCD-flag has to be high before the coefficients are set to zero is set by this control (if this feature is enabled by "Kill coeff"). The available values are one and two seconds. The binary parameter of the eeprom is called *HASystem.afb_kill_time*.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR



| | ES | Page: | 41/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

| "Kill time" in JumpCom | HASystem.afb_kill_time | |
|---|---|---|
| not checked | 0 | KillTime 0 (1 s) |
| checked | 1 | KillTime 1 (2 s) |

Table 10. Possible states of "Kill time" in JumpCom.

## 5.9 Input to Schroeder noise

This control specifies which signal to use when the white noise is generated. The noise can be generated from the output signal (*nsout_nd2*) or the HP-filtered output signal (*nsout_hp*). The entire output signal was used in the field test but the default has been altered to the HP-filtered signal.

The HP-filtered signal has the advantage that it gives a natural balance between high and low frequencies in the reference signal of the LMS. Better performance of the AFB system has been observed when the HP-filtered signal is used, especially in situations with substantial gain and quiet or low frequency input signals. The reference signal will then contain only marginal high frequency information. The internal filter will then converge to zero, as that is what the LMS will converge to at low frequencies and there is no other information about the HF-part. The hearing aid will then start to howl, as there will be a mismatch between the internal and external path. Then there will be information in the HF component of the reference signal and the adaptive filter will adapt to the external feedback. The howl will then disappear and the adaptive filter will start to converge to zero again.

A slight disadvantage with generating the schröder noise from the HP-filtered signal is that this gives lower level of the noise when the input signal is a low frequency tone. The HP filter will not completely remove this signal from the reference signal and the level of the LF noise will be the same as of the tone. The level of the noise will be higher when the entire output signal is used to generate the noise. This gives that the adaptive filter may become more sensitive to low frequency tones when the HP-filtered output signal is used to generate the noise.

The adaptation speed will become somewhat higher when the HP-filtered signal is used to generate the noise. This can be seen in the update equation where the denominator will be reduced as the level of the reference signal is reduced when the level of the LF-noise is reduced. The expected value of the numerator will remain unaltered, as the correlation between the reference signal and the prediction error is unaltered.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR



| | ES | | Page: | 42/59 |
|---|---|---|---|---|
| | P833 | | Date: | [D A T E] |
| | The AFB algorithm | | Init: | JHL/TBN |

| "Input to Schroeder noise" in JumpCom | HASystem.afb_schr_in | |
|---|---|---|
| not checked | 0 | Normal input |
| checked | 1 | HP input |

Table 11. Possible states of "Input to Scroeder noise" in JumpCom.

## 5.10 AFB coef reset

This control resets the coefficients to zero the next time the coefficients are updated. The parameter of the eeprom is called *HASystem.afb_reset_coeff*.

| "AFB coef reset" in JumpCom | HASystem.afb_reset_coeff | |
|---|---|---|
| not checked | 0 | Normal mode |
| checked | 1 | Reset |

Table 12. Possible states of "AFB coef reset" in JumpCom.

## 5.11 Update frequency

Update frequency controls how often the coefficients are updated in the slow mode. 1/32 means that the coefficients are updated every 32'nd sample. The power consumption should be reduced when the coefficients are updated in only a fraction of the samples. However, at the moment there are no figures of the quantity of reduction. A possible drawback with reduced update rate is that the estimate is based on fewer observations and an increased variance of the coefficients can be expected. The effect of the increased variance is judged neglectable, as the variance will be small in the slow mode. The parameter of the eeprom is called *HASystem.afb_update_freq*.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| oticon | ES | | Page: | 43/59 |
|---|---|---|---|---|
| | P833 | | Date: | [D A T E] |
| | The AFB algoritm | | Init: | JHL/TBN |

| "Update frequency" in JumpCom | HASystem.afb_update_freq | |
|---|---|---|
| 1/32 | 000 * | update every 32'nd sample |
| 1/16 | 001 | update every 16'nd sample |
| 1/8 | 010 | update every 8'nd sample |
| ¼ | 011 | update every 4'nd sample |
| ½ | 100 | update every 2'nd sample |
| 1/1 | 101 | update every  sample |
| -- | 110 | Not used |
| -- | 111 | Not used |

Table 13. Possible states of "Update frequency" in JumpCom.

## 5.12  Error denominator

Error denominator controls the influence of the term with $e^2(n)$ in the denominator of the update. This control can be used if transient sounds cause the hearing aid to howl as it can reduce the adaptation speed in these situations. It can be argued that this control should be dependent of the fitting. It should then be adjusted so the term with $e^2(n)$ in the denominator usually give a negligible contribution to the denominator, but dominates it when there is a transient. The default value is at the moment independent of the fitting.

The corresponding parameter of the eeprom is *HASystem.afb_error_sq*.

| "Error denominator" in JumpCom | *HASystem.afb_error_sq* | Term in denominator of update equation with $e^2$ |
|---|---|---|
| Error off | 0 | Term with $e^2$ not used |
| Error 1 – 15 | 1 – 15 | $e^2/2^{(afb\_error\_sq-1)}$ |

Table 14. Possible states of "Error denominator" in JumpCom.

## 5.13  Leak frequency

Leak frequency controls how often the update of the coefficients should be performed with the leak factor. The coefficients will be pulled towards zero if the leak is used too frequent. This may then reduce the maximum gain that can be achieved. The leak is however useful

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005221

| **oticon** | **ES** | Page: | 44/59 |
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

to reduce components of the internal filter that the LMS does not receive any information about, e.g. components over 6 kHz.

Note that it may take some time before a change in this parameter takes effect, as the interval between updates with leak is not altered until the end of the present interval. Further, the effective leak will depend on the update frequency.

The parameter of the eeprom is *HASystem.afb_leak_freq*.

| "Leak Frequency" in JumpCom | HASystem.afb_leak_freq | |
|---|---|---|
| Leak off | 0 | Leak not used |
| Leak freq. 1 – 15 | 1 – 15 | Leak used in one update out of $2^{(18-afb\_leak\_freq)}$ |

Table 15. Possible states of "Leak Freqauency" in JumpCom

## Denominator constant

Denominator constant controls the $\beta$-parameter of the denominator in the update equation. The default value is 2 which gives $\beta$=8192. This corresponds to a RMS value of the reference signal of ca 18 (sqrt($\beta$/24)). The step size is normalised when the level of the reference signal is higher than this. This means that the adaptation time will be independent of the level. At levels lower than this, the denominator is dominated by $\beta$. The adaptation time then depends on the level and is halved for each 3 dB reduction in level.

| Parameter in JumpCom | HASystem.afb_beta | |
|---|---|---|
| Beta value 0 – 15 | 0 – 15 | $\beta=2^{(11 + afb\_beta)}$ |

Table 16. Possible states of "Denominator constant" in JumpCom

## 5.14 Disable Howl Detector

This control disables the tone detector and the use of the fast mode. When disabled, the slow mode will be used all the time and the adaptation time is controlled by "Adaptation speed no howl".

The parameter in the eeprom is called *HASystem.afb_disable_dtone*.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005222



| | **ES** | Page: | 45/59 |
|---|---|---|---|
| **oticon** | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

| "Disable Howl Detector" in JumpCom | HASystem.afb_disable_dtone | |
|---|---|---|
| not checked | 0* | Howl detector enabled |
| checked | 1 | Howl detector disabled |

Table 17. Possible states of "Disable Howl Detector" in JumpCom

## 5.15  Delay setting

This control can be used to adjust the length of the delay line position before the adaptive filter. The default length of the delay line is 10 and 15 samples for the ITE and BTE, respectively. These values are achieved with "Delay setting 3". The length of the delay line is increased with one sample for each step of this control. It is important that the delay line is not too long as most of the energy in the feedback path is found in the first non-zero coefficients of the impulse response. If the delay line is too short, the tail of the impulse response can not be predicted. This is however not crucial as most of the energy is found at the first coefficients. The length of the delay line should be adjusted to the subjects with shortest initial delay. The default value gives a delay line that is expected to be conservative.

The parameter is in the code called *HASystem.afb_delay*.

| "Delay setting" in JumpCom | HASystem.afb_delay | |
|---|---|---|
| Delay setting 0 | 0000 | Delta delay = -3 |
| Delay setting 1 | 0001 | Delta delay = -2 |
| Delay setting 2 | 0010 | Delta delay = -1 |
| Delay setting 3 | 0011 | Delta delay = 0 |
| Delay setting 4 | 0100 | Delta delay = 1 |
| Delay setting 5 | 0101 | Delta delay = 2 |
| Delay setting 6 | 0110 | Delta delay = 3 |
| Delay setting 7 | 0111 | Delta delay = 4 |

Table 18. Possible states of "Delay setting" in JumpCom

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005223



| | **ES** | Page: | 46/59 |
|---|---|---|---|
| **oticon** | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

## 5.16 FCD speed

The fast_mode will be used as soon the FCD flag goes high when this option is enabled.
This increases the leak as the coefficients are updated with the leak in each sample.
Further, the adaptation speed is increased to find a better estimate.

The parameter is in the code called *HASystem.afb_fcd_speed* and has a default value of 0.

| Parameter in JumpCom | HASystem.afb_fcd_speed | |
|---|---|---|
| not checked | 0* | default (fast mode only controlled by Detect_New) |
| checked | 1 | FCD => fast mode |

Table 19. Possible states of "FCD Speed" in JumpCom

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005224



| | ES | Page: | 47/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

## 5.17 Default setting

| Control of JumpCom2b | Default value | Parameter in code/eeprom | Default value |
|---|---|---|---|
| System on/off | checked | *HASystem.afb_on* | 1 |
| Adaptation on/off | checked | *HASystem.afb_adapt_on* | 1 |
| Adaptation speed no howl | x1 | *HASystem.afb_speed_no_howl* | 3 |
| Adaptation speed howl | x32 | *HASystem.afb_speed_howl* | 5 |
| Hearing aid type | ITE | *HASystem.afb_ha_type* | 0 |
| FCD hysteresis | not checked | *HASystem.afb_fcd_hyst* | 0 |
| Kill coeff. | checked | *HASystem.afb_kill_coef* | 1 |
| Kill time | not checked (1s) | *HASystem.afb_kill_time* | 0 |
| Input to Schroeder noise | checked (HP-filtered) | *HASystem.afb_schr_in* | 1 |
| AFB coef reset | not checked | *HASystem.afb_reset_coeff* | 0 |
| Update frequency | 1/32 | *HASystem.afb_update_freq* | 0 |
| Error denominator | Error 8 ($x^2/128$) | *HASystem.afb_error_sq* | 8 |
| Leak frequency | Leak freq. 7 | *HASystem.afb_leak_freq* | 7 |
| Denominator constant | Beta 2 ($\beta$=8192) | *HASystem.afb_beta* | 2 |
| Disable Howl Detector | not checked | *HASystem.afb_disable_dtone* | 0 |
| Delay setting | Delay setting 3 | *HASystem.afb_delay* | 3 |
| FCD speed | not checked | *HASystem.afb_fcd_speed* | 0 |

Table 20. Default values of controls in JumpCom2b and the corresponding variables.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR



| | ES | Page: | 48/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

## 5.18  Music mode

A Music mode that is less sensitive to tones could be achieved by modifying the parameters. One proposal is to reduce the adaptation time in the fast mode (Adaptation speed howl) to x4. This will reduce the sensitivity to pure tones in music and the tones have to have longer duration before the adaptive filter is affected. On the other hand, it will take longer time before the ringing disappears once it has started. The feature of the adaptive filter adapting to the input signal will not disappear, but the duration of the tones has to be larger to affect the adaptation. However, once the adaptive filter has adapted to a tone it will take longer time to converge back to the desired estimate.

## 6    Fast verification of the AFB system (FPGA/IC)

One way to verify that the AFB system is working is to start with the AFB system off, increase the gain of the instrument so that the instrument just starts to howl, increase another 10 dB, and then turn the AFB system on. The howl should then be removed. This assumes that the SSQ in the HF channel is disabled. If present it will give another 6 dB gain when the hearing aid starts to howl. This gain together with the increase of 10 dB may be somewhat much for the AFB system to stabilize. The AFB system will however try to cancel it and it will be heard that the howl changes frequency.

Another way to verify that the AFB system is working that does not require that the hearing instrument is connected to the software is to increase the feedback by placing the hand over the hearing aid so that it just starts to oscillate. The AFB-system should then remove the howling. It can be hard to decide whether the howl was stopped as the hand was moved slightly or by the AFB-system, but it can usually be concluded after a couple of tries.

## 7    Frequently Asked Questions

### 7.1  Basics/functionality

*Q: What is an AFB system?*

A: The basic principle of the AFB system is that it should remove the feedback by predicting and subtracting the part of the microphone signal that is feedback. The prediction is achieved with an adaptive filter that changes its characteristics as the acoustic feedback changes. The AFB system differs from other feedback reduction methods (e.g.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005226



| | ES | Page: | 49/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

notch filtering) in that the gain of the hearing instrument is not changed when the AFB system is introduced.

*Q: Does AFB reduce gain? Is the AFB system transparent?*

A: The forward path of the hearing aid will not be affected by the AFB system? Ideally, the AFB system predicts and cancels the part of the microphone signal that is feedback. The gain is thus not reduced by the AFB system and the AFB system will be transparent for the ambient signals. There will be cases where the AFB system affects the signal (e.g. pure tones) and thus the gain, but usually the AFB system will be transparent for the signal.

*Q: Are there any drawbacks?*

A: The drawback of the AFB system is, besides increased power consumption, that the performance of the AFB system depends on the input signal. The AFB system can reduce the sound quality by introducing feedback. This will be the case with pure tones with long duration. The AFB system will then try to cancel this tone. The result will be that there is a mismatch between the internal and external feedback path at other frequencies that will cause the hearing aid to ring or howl.

*Q: Is AFB "awake" (does it work) all the time?*

A: The AFB system works (if enabled) all the time. This means that the feedback is cancelled even if it is not so severe that it would cause a howl. The user will usually not notice that it is working. The AFB system will usually improve the gain margin even if the feedback is not severe enough to cause howl.

*Q: Why does the HA howl e.g. when I move the phone away?*

A: The hearing aid will howl when there is a mismatch between the internal and the external feedback. This can be the case when there is a sudden change in the external feedback and the adaptation of the internal feedback is not fast enough (e.g. when the phone is moved away from the ear). The Feedback Change Detector (FCD) will then detect that the howl is caused by the internal feedback, which then is reduced. Usually, the detection of the FCD will prevent the howl.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR



| **ES** | Page: | 50/59 |
|---|---|---|
| P833 | Date: | [D A T E] |
| The AFB algorithm | Init: | JHL/TBN |

## 7.2 Competitor questions

*Q: What is the difference between the Oticon AFB and the competitors' AFB systems?*

**A:** A competitor analysis of the competitors AFB-system has not been done within the Jump2B project. Oticon´s AFB-system is characterised by fast adaptation when the hearing aid is howling, slow adaptation when it is not howling and low power consumption. Further, no fitting to the patient is needed as with the Danalogic system.

The fast adaptation means that the duration of howl that may occur is short. The slow adaptation (when the hearing aid is not howling) gives good sound quality for the very most input signals.

The mean gain increase before the hearing aid starts to howl has with the Resound system been reported to be in the order of 8 dB. Oticon's system will probably give better value when measured with the same method. Further, the Oticon system will probably give better sound quality when listening to music and lower power consumption, compared to the Danalogic system.

Siemen´s AFB system is slower than Oticon´s, and thus Siemen´s system does not remove howl as fast. On the other hand it does not try to cancel pure tones. Siemen´s system attenuates pure tones, but does not generate additional tones as Oticon´s may when the input is a pure tone.

*Q: Is our AFB system state of the art?*

**A:** It is likely that Oticon's AFB system will be the best on the market. A number of compromises are made when an AFB system is designed. This means that the AFB system will not get the top score in every possible test that can be designed. However, it will work very well in daily life.

## 7.3 Performance of the IC

*Q: Is it an expensive circuit in terms of current consumption and area?*

**A:** There are at the moment no reliable absolute estimates of the current consumption. However, simulations show that the AFB system will have approximately the same power consumption as the jump part of the chip. However, these are rough estimates that may differ from the actual values. Approximately 28% of the area of the Jump2b chip will be occupied of the AFB system. Table 21 shows a summary of the AFB part of the IC.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| oticon | ES | Page: | 51/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

| Current Consumption (slow mode, update=1/32) | Expected to be the same as the jump part of Jump2b |
|---|---|
| Size | Approx. 2.8 mm$^2$  (28% of Jump2b) |
| Transistors | Approx. 460.000  (42% of Jump2b) |
| Process | 0.25 µm |
| Supply Voltage | 0.9 - 1.7 V |

Table 21. Summary of AFB data (Chip:Jump2B RevA)


## 7.4 Different hearing aid styles

*Q: To what extent does the AFB algorithm function with a BTE HA?*

A: The system was designed for ITE instruments but have been modified to fit the feedback of BTE hearing aids. The length of the delay line in the internal feedback path has been increased from 10 to 15 samples. This corresponds to an increase in the length of the acoustic path from receiver via ear canal to microphone of ca 10 cm, which can be expected when going from an ITE to a BTE. Further, the lowest frequency for which the algorithm cancels feedback is moved from 2 kHz to 1.5 kHz. This is made to allow for higher gain at lower frequencies. The drawback with the lowering this frequency is that the algorithm becomes more sensitive to pure tones at these frequencies. The need of feedback cancellation at lower frequencies will depend on the fitting. There is no reason to lower this frequency if feedback cancellation is not needed for frequencies below 2 kHz. It is possible to program the parameters of the AFB system so that the cut off frequency is 2 kHz and the delay is 14 samples. This could be useful for fittings with BTE's where the lower cut off frequencies are not needed. This strategy will however not be implemented in the first generation of the ADAPTO instruments.

The BTE mode of the AFB system has been tested in a field test with good results {see the reference **AFB BTE pilot test**}.


*Q: Does it work for all hearing aid styles (CIC to Super Power)?*

A: The basic principle of the AFB system works for CIC to Super Power. The prescribed gain and the feedback will affect the success of the AFB system. The feedback path of the different types of instruments will have different characteristics (due to different receivers, position of microphone etc.). Further, the prescribed gain will differ between the styles.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR



BTE instruments do often have a longer impulse response of the feedback path than ITE instruments. The internal 24 tap FIR-filter will get a better match to the feedback path of ITE instruments than BTE instruments, which have longer impulse responses of the feedback path.

Super power instruments do usually give more gain at low frequencies than other instruments. This gives a need to lower the lower frequency for feedback cancellation, which is done with BTE instruments. The AFB system will then become sensitive for pure tones in a larger frequency range, which can reduce the sound quality.

## 7.5 Fitting

*Q: Will we have larger fitting ranges for our hearing aids?*

A: The AFB system has not been designed to increase the fitting range, and will not be used for it in the first generation of hearing aids with the AFB system. A reason for not using it for increased gain is that the sensitivity for changes in the feedback path increases substantially. Assume that we can get an improvement in gain margin of 12 dB and we use this to increase the gain. We then compare a system without AFB and a gain margin of 6 dB and a system with AFB and 12 higher gain (still a gain margin of 6 dB). The system without the AFB can allow an increase in the feedback of 6 dB before the instrument howls. The system with AFB would then start to howl at an instantaneous increase in the feedback of only 1,9 dB. The gain could be increased with 6 dB, but the external feedback only 1,9 dB! This would make the system with AFB much more sensitive to changes in the external feedback than the system without AFB.

*(It is in these computations assumed that the phase is unaltered when the feedback changes. The example corresponds to a hearing aid with a flat gain of 0,5 (-6 dB) and a feedback of 1 (0 dB), which gives a gain margin of 6 dB. The gain of the system with AFB is then increased to 2 (increased with 12 dB to 6dB) and the internal feedback path is 0.75 (-2.45 dB). The loop gain of the system is then 2\*(1-0,75)=0,5 which gives a gain margin of 6 dB. The hearing aid will start to howl if the external feedback is increased to 1,25 (1.9 dB). This gives a loop gain of 2\*(1.25-0,75)=1. This means that the external feedback can only be increased by 1.9 dB before oscillation, but the gain of the hearing aid can be increased by 6 dB!)*

*Q: How much can the dispenser adjust the AFB system?*

A: The dispenser will in the first generation of instruments only be able to enable / disable the system. There are parameters that could be useful to adjust (e.g. adaptation speeds) but

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR



| ES | | Page: | 53/59 |
|---|---|---|---|
| P833 | | Date: | [D A T E] |
| The AFB algorithm | | Init: | JHL/TBN |

it is hard to explain all effects that it would give. It is therefore wise to not use dispenser-controlled controls for the AFB system.

### Q: What is the purpose of the Feedback Manager for a HI with AFB?

A: The strategy when designing the AFB system has not been to increase the fitting range but to avoid the temporary howls that can occur. Therefore it makes sense to use the feedback manager when fitting the hearing aid and then turn the AFB system on when the fitting is completed.

### Q: Is the AFB system adapted to the user or the hearing loss?

The AFB system is in the present form not fitted to the user or hearing loss. A strategy that could be useful would be to adjust the lower frequency for the AFB system for BTE's (1.5 kHz) to 2 kHz for those BTE subjects that don't have feedback problems below 2 kHz.

### Q: Will it be possible in our applications to disable the AFB when listening to fx. music?

A: The very most music parts will get good sound quality with the AFB system. However, there are examples where the system adapts to the music and gives poor sound quality.

A HiFi/Music program will be set as the default P2 program (other P2 options available) for the Adapto HAs with two programs. The directional HAs will have HiFi/Music as an option in P1 (instead of omni-directional syncro)

AFB is default disabled in the music program, but if wanted it can be enabled by the dispenser in Genie. P1 and P2 can be set differently with respect to AFB. And also you can choose to enable AFB on one ear only!

### Q: Are there any situations where AFB is not needed?

A: The AFB system is not needed when the hearing instrument has large gain margin without the AFB system. The AFB system will then not have any positive effects, but there are possible negative effects.

### Q: Are there any situations where AFB is not wanted?

A: The AFB system can give small gain margin and introduce artifacts when the input signal is a pure tone. The system will then often perform better without the AFB system, as long it does not howl without the AFB system.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR



| | **ES** | Page: | 54/59 |
|---|---|---|---|
| **oticon** | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

*Q: Why is not the soft squelch used in the HF channel?*

A: The AFB can with input signals that contain a pure tone adjust the internal filter so that the gain margin is small. See Figure 1. This characteristic is independent of the level of the signal. The sound of a computer fan can cause small gain margin. If the small gain margin is achieved at low levels with the soft squelch enabled, the gain will increase as the level increases. The increased gain caused by the soft squelch may then cause the hearing aid to howl. This will be very disturbing, as the howl will be much louder than the ambient sound. The soft squelch is therefore disabled in the HF channel. The soft squelch in the LF channel will usually not interfere with the AFB system. The soft squelch in the LF channel may cause some problems for the AFB system if the split frequency between LF and HF is 2.5 kHz.

*Q: Can you use the AFB-system to remove feedback due to a poor ear mould?*

A: The AFB should not be used to compensate for a poor earmould. If so, the system will not be able to cope with changes in the acoustic feedback as well, and the drawbacks of the AFB-system will be present (reduced sound quality for some signals and increased power consumption). It will thus be better to make a good ear mould and disable the AFB-system if that solves the feedback problems.

## 7.6 Performance

*Q: What is the gain margin improvement?*

A: The intention with the AFB-system is not to cancel static feedback but to cancel intermittent feedback. The gain margin, and thus improvement in gain margin, depends on the characteristics of the input signal. With white noise, which is a best case signal, gain margin improvements of over 20 dB has been measured. A mix between a tone and noise is a much more challenging signal. This usually gives a very small gain margin, independent of the gain. The system will then be stable (not howling) but the sound quality is poor due to the small gain margin. The improvement will then depend on the gain. At high gain settings there will be an improvement in gain margin, as the hearing aid would oscillate with out the system. At low gain settings the gain margin will decline, as we will be better off without the AFB-system. The upper limit of gain that can be used will be set of how much degradation of the sound quality that is accepted.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005232



| | ES | Page: | 55/59 |
|---|---|---|---|
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

*Q: Will the negative effects appear even if the gain is so low that the hearing aid does not howl without the AFB-system.*

A:Yes, the adaptive filter will adapt to tonal inputs even if there is no acoustic feedback. Further, the power consumption of the AFB system will be approximately the same if it is needed or not. Subjects that don't have any problems with feedback will be better off without the system, as the negative effects on the sound quality is avoided and the power consumption is reduced.

*Q: Can you use your hearing aid in telephone conversations?*

A: The intention is that users should be able to use the hearing aid when using the telephone. However, placing the telephone by the ear can increase the feedback with up to 20 dB. If this occurs at the same frequency as there is a small gain margin, we can not expect the AFB system to cancel the feedback. Usually, the AFB system will work fine with telephone, but it will be possible to generate situations that it can't handle. The user will probably learn how close he/she can put the telephone without howl.

*Q: In a demonstration of the AFB I noticed that the hearing aid howled briefly before the feedback was cancelled. What is the explanation for that and how does it compare to other AFB systems?*

A: The AFB system uses an internal feedback path that is an estimate of the external acoustic feedback. There will be a mismatch between the feedback paths if there is a fast change in the acoustic feedback. The hearing aid will then howl if the mismatch is large enough and the adaptation is not fast enough to adapt to the new feedback before it starts to oscillate. This will be the case for other AFB systems as well.

*Q: What are the typical and worst/best case improvement in gain compared to no AFB ?*

A: With a broad band signal the gain margin improvement will probably exceed 10 dB. With tones present in the signal and large gain margin it is possible that the gain margin will be reduced with the AFB system.

*Q: How quickly can the AFB algorithm respond to sudden changes in the feedback path such as combing your hair?*

A: The AFB system will usually have a fairly good model of the feedback before the change. This means that with AFB larger changes of the feedback can occur before the

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005233



| ES | Page: | 56/59 |
|---|---|---|
| P833 | Date: | [D A T E] |
| The AFB algorithm | Init: | JHL/TBN |

hearing aid starts to howl than without AFB. If the hearing aid starts to oscillate the howl is usually removed within a fraction of a second.

*Q: What happens when the hearing aid is held in the hand with a lot of feedback?*

A: The AFB system will try to cancel the feedback even if there is so much feedback that it does not succeed. The effect will then usually be that the howling shift between alternating frequencies. The AFB system will try to find a good model at the frequency of the howl. The result is usually a mismatch large enough to cause howl at some other frequency and thus the frequency of the howl is changed..

## 7.7  Critical signals and artifacts

*Q: What are the typical user situations where problems can be encountered? When problems with the AFB algorithm occur, what artifacts can be experienced?*

A: It is mainly sequences in the input signal that are close to a tone that will cause problems for the AFB system. It can be parts of music that are close to sinusoids. Another example is the "ping" when a spoon hits a cup. The adaptive filter will then get a mismatch relative the external feedback path. The result will be ringing or howl at some other frequency than the tone in the input signal. The frequency of the howl will usually not be a harmonic component of the frequency of the input signal. The howl or ringing will differ from the usual ringing or howl in that the frequency will change over time as the adaptive filter changes its characteristics.

*Q: Is it possible to listen to music with the AFB-system?*

A: Most types of music will have good sound quality with the AFB system. There may be sequences in music (tones) that the AFB system interpret as howl. The AFB system will then use the fast mode of adaptation and try to cancel the tone. The effect can be that the tone is attenuated and alternative tones are generated by the AFB system.

*Q: Why does not it sound well when I whistle?*

A: The AFB system is designed to predict as much as possible of the microphone signal from the output signal. Usually it will only be the part caused by feedback that can be predicted in this way. When the input is a tone (e.g. a whistle) it will be possible to predict

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005234

| **oticon** | **ES** | | **Page:** | 57/59 |
| | P833 | | **Date:** | [D A T E] |
| | The AFB algorithm | | **Init:** | JHL/TBN |

more then the feedback of this signal. The adaptive filter will then be adjusted to the tone. This will result in a mismatch between the internal and external filter that may cause the hearing aid to howl at other frequencies. The AFB system will thus answer the tone with some other tone(s) that not necessarily is harmonic with the tone of the input signal.

*Q: Sometimes the sound is hollow (like talking through a tube) with the AFB.*

A: Non white input signals can cause small gain margin of the hearing aid, which can cause a hollow sound quality.

## 7.8 Miscellaneous

*Q: What is the difference of "static" and "dynamic" feedback?*

A: "Static feedback" represents the part of the feedback that does not change over time. This corresponds to the feedback present when the hearing aid is fitted. "Dynamic feedback" is the changes in the feedback that occur while the hearing aid is used.

*Q: Does it work in telecoil mode also?*

A: In principle, the AFB system could be used to cancel feedback from the receiver in telecoil mode. The AFB system will however be disabled in the telecoil program. The AFB system is designed to cancel feedback that with frequencies over 2 kHz (1.5 kHz with BTE) and with a delay of at least 10 samples from the DA to the AD (15 samples with BTE). The feedback via the telecoil will probably have different characteristics regarding group delay amplitude characteristics than the acoustic feedback. Therefore, it can be assumed that the AFB-system will not perform as well with feedback via telecoil.

*Q: How difficult would it be to expand the AFB algorithm in order to cope with internal feedback within the HA itself?*

A: The AFB does not differentiate between acoustic feedback and feedback within the HA itself. The AFB system will thus try to cancel the internal feedback it can find. The constraints in the algorithm (time delay and lower frequency of interest) will however limit the success. The characteristics of the feedback within the HA is probably close to time invariant, which could be used if the system was modified to cope with feedback within the HA.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

| oticon | **ES** | Page: | 58/59 |
| | P833 | Date: | [D A T E] |
| | The AFB algorithm | Init: | JHL/TBN |

# 8  References

**AFB project summary P645**

Joel Beilin & Thomas E. Christensen

Documentum: "Projects 601 – 700/P645 Anti Feedback/Meetings, memos/memos/AFB finish.doc"


**Implementation of the anti feedback system**

TBN/JHL

Documentum: "Projects 801 - 900/P833 Jump2b/Concept Phase/Afb_implementation.doc"


**Slow update problem**

JHL/TBN

Documentum: "Projects 801 - 900/P833 Jump2b/Concept Phase/Slow update problem .doc"


**Stability problem**

JNI/TBN

Documentum: "Projects 801 - 900/P833 Jump2b/Concept Phase/stability.doc"


**Verification of the AFB system**

JHL/TBN

Documentum: "Projects 801 - 900/P833 Jump2b/Concept Phase/Verification of the AFB system.doc"


**AFB BTE pilot test**

LBH

Documentum: "Projects 801 - 900/P843 ADAPTO/Audiologi/Anti feedback/AFB BTE/Q AFB BTE Pruductafprøvning 88 97 016.doc"

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005236



| ES | | **Page:** | 59/59 |
|---|---|---|---|
| P833 | | **Date:** | [D A T E] |
| The AFB algorithm | | **Init:** | JHL/TBN |



Q AFB BTE
Produktafprøvning 55...

### FPGA test of Jumb 2b Adapto/AFB, Hearing impaired subjects
LBH

"Projects 801 - 900/P843 ADAPTO/Phase 2 – Concept Phase/FPGA lyttetest 1 Adapto/
Test HH dec 2000/FPGA HH Report.doc



FPGA Jump2b Adapto
AFB Report...

### FPGA Jump2b, Normal hearing subjects
LBH

"Projects 801 - 900/P843 ADAPTO/Phase 2 – Concept Phase/FPGA lyttetest 1 Adapto/
Test NH dec.2000/Konklusion FPGA NH.doc



Konklusion FPGA
NH.dt

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM005237