Exhibit U

# Simulation model:

## JUMP hearing aid
## and
## AFB system

Michael Ekelid, 990104

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR



EXHIBIT

JX 29



EXHIBIT

Demant    49

8-2-07

DEM010798

# CONTENTS

1. INTRODUCTION..................................................................................................... 3

2. MODEL OVERVIEW............................................................................................... 3

    2.1. Simulation model................................................................................. 3
    2.2. External input signals......................................................................... 5

3. IMPLEMENTATION OF JUMP HA COMPONENTS......................................... 5

    3.1. Highpass filters (HP1 & HP2)............................................................. 7
    3.2. Filter bank........................................................................................... 7
    3.3. LF & HF compressors......................................................................... 7
    3.4. HA gain.............................................................................................. 11
    3.5. Feedback filter................................................................................... 11
    3.6. A/D-D/A delay................................................................................... 12
    3.7. External input.................................................................................... 12
    3.8. External output.................................................................................. 12
    3.9. Model options.................................................................................... 12

4. FEEDBACK CANCELLATION SYSTEM........................................................... 13

    4.1. Overview............................................................................................ 13
    4.2. Feedback cancellation filter & LMS algorithm............................... 14
    4.3. Prefilters............................................................................................ 16
    4.4. Whitening filters............................................................................... 16
    4.5. Feedback change detector................................................................. 17
    4.6. Frequency-selective adaptation........................................................ 17
    4.7. Dual-mode LMS normalization........................................................ 20
        4.7.1. The main LMS algorithm (FBC filter)................................... 20
        4.7.2. The whitening filter LMS....................................................... 22
    4.8. Feedback manager............................................................................. 22
    4.9. Howl detector..................................................................................... 22
    4.10. Model options................................................................................... 25

REFERENCES........................................................................................................... 25

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM010799

# 1. INTRODUCTION

This report describes a simulation model of a JUMP based hearing aid (HA) with an external feedback path and a feedback cancellation (FBC) system. The model is implemented using the high-level language C.

The simulation model is written in plain C. However, only basic programming structures have been used, and the code could be translated into any other high-level language.

The input to and the output from the model consist of files containing sampled signals. The file format is 16-bit PCM without headers. Other formats could be implemented with some program changes. The model assumes a sample rate of 15750 Hz.

The following description is based on the code in file AFB_106.C. An earlier version, AFB_102.C, has been verified in detail by measuring filter- and compressor responses, signal flow and correct adaptation in adaptive filters. The measurements are available in the form of hand-written notes etc. [Ref . 5]. Modifications from AFB_102 to AFB_106 have not been verified in detail.

# 2. MODEL OVERVIEW

### 2.1. Simulation model.

The simulation model is contained in the C-program AFB_106.C. The program consists of three main blocks: A parameter- and variable definition section, an initialization section, and a main loop which is executed once for each sample interval. Input samples are read from a specified input file, one sample at a time; and output samples are stored one sample at a time in an output file. This means that the program operates on a sample-by-sample basis, simulating real-time execution. Except for access to A/D- and D/A-converters, the program should run directly on real-time equipment.

The description of the model is divided into two sections. Section 3 describes the JUMP hearing aid components, while section 4 describes the feedback cancellation system.

The C-program has been written as a single source code file, without division of code into subroutines. Although the code file has become relatively large, it should be fairly easy to understand the code. The code basically contains a single main loop with several local loops for implementing filters etc. Very little branching is involved, and the flow is therefore relatively straight forward.

The flowchart on Fig 2.1 shows the sequence of events in the main loop of the simulation model. It may be helpful to study the signal processing block diagrams on Figs. 3.1 and 4.1 before Fig. 2.1.

The parameter- and variable section is divided into sub-sections for each function of the system, such as JUMP-components, feedback cancellation filter, whitening filters, howl detector, etc.

3

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM010800



Fig. 2.1. Flowchart for simulation model

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

## 2.2. External input signals

The signals used to simulate external input signals contain 16-bit two's complement integer values, one value for each sample interval. The scaling is such that the maximum integer value 32767 corresponds to 100 dBSPL.

Signal generation: The output from a CD player was recorded through a sound card using a 22.05 kHz sample rate. Each recording resulted in a .WAV file, which was read by MATLAB (a special macro file, WAV_R.M was used for reading). The signal was resampled from 22 kHz to 16 kHz by MATLAB using the function RESAMPLE. The result was saved as 16-bit integers in files with extension .DAT. The RMS value of each signal was computed over 30 sec. A 'desired' level was selected for each signal, and the required attenuation factor was computed.

The following signals are available:

| Signal: | Selected level (dBSPL): | Req'd atten. factor: | Comments: |
|---|---|---|---|
| DANTALE.DAT | 65 | 5.0 | Danish speech |
| BACH.DAT | 65 | 4.4 | Flute&strings |
| COUPER.DAT | 75 | 2.9 | Organ music |
| PWOODS.DAT | 70 | 3.1 | Saxophone etc. |
| BADI.DAT | 65 | 6.8 | General orchestra |
| SCHUB8.DAT | 70 | 4.6 | Symphony |
| TONE1K.DAT | 80 | 0.1 | 1 kHz tone |
| TONE3K.DAT | 80 | 0.1 | 3 kHz tone |
| PURCELL.DAT | ?? | 4.0 | Trumpet |
| FEMALE.DAT | ?? | 3.0 | English speech |

Each signal is at least 30 sec long, with a sample rate of 15750 Hz.

## 3. IMPLEMENTATION OF JUMP HA COMPONENTS

Fig 3.1 gives an overview of the JUMP hearing aid components in the model.

Starting at the microphone input, the external acoustic input signal is added to the acoustic feedback signal; the combined signal is picked up by the microphone, amplified and then A/D-converted. If the FBC system is enabled, an estimate of the feedback signal is subtracted from the input signal, producing the 'err' signal (which is both the desired input to the hearing amplifier and the 'error' signal for the LMS algorithm).

The 'err' signal is highpass filtered by a two-section filter and split into seven frequency bands by the filterbank. The filterbank output channels are grouped in a low and a high section, each of which has a separate compressor. The compressor outputs are added, to form the 'nsout' signal.

The 'nsout' signal is amplified and sent through the D/A to the HA telephone. The signal is also used as an input to the LMS algorithm for the FBC system. The output signal travels through the feedback path back to the microphone.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

5

DEM010802



Fig. 3.1. Block diagram of JUMP hearing aid components

CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM010803

The individual blocks are described in more detail in the following sections.

### 3.1. Highpass filters (HP1 & HP2)

The highpass filters were implemented as described in [Ref. 4].

### 3.2. Filter bank

The filter bank consists of a number of sub-filters coupled in series and in parallel, as shown on Fig. 3.2. (upper part). Each subfilter has a direct and a complementary output, as shown on Fig. 3.2 (lower part). The individual subfilters are symmetrical FIR filter with different numbers of taps, and only few non-zero coefficients. More details about the filter bank may be found in the simulation code.

### 3.3. LF & HF compressors

Two compressors are implemented, one for the LF channel and one for the HF channel. The frequency boundary between the two channels is determined by selecting the number of filter bank filters ('LFBands') which should be assigned to the LF channel (the remaining filters are assigned to the HF channel). For each channel, the output from all filters assigned to the channel are simply added, producing signals 'LFOut' and 'HFOut'.

Fig. 3.3 shows the location of compressor components in the HA structure. A switch determines whether the compressor input is 'sensed' at a point before ('input sense') or after ('output sense') the volume control.

The compressor is implemented as follows. See Fig 3.4. The 'sense' input value is rectified and lowpass filtered using a time constant whose value depends on whether the compressor is in 'attack' or 'release' mode. The lowpass filtered value represents the 'sense level'. The value is used as the input to a look-up table (compressor table) from which the compressor gain value is obtained.

The selection of time constant is performed as follows:

    if (x2>=0)    Alfa = AlfaAttack;    // Choose time constant
          else    Alfa = AlfaRelease;

Conversion from 'average abs value' to RMS (valid for sine wave signal):

    x6=pi*sqrt(2)/4 * x5;              // Mean to RMS conversion (valid for sine)

Conversion to dB re. max integer level:

    x8=20*log(x6/FullScale)/log(10);   // Convert to dB (FullScale=32767)

7

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM010804





Fig. 3.2. Filter bank structure

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM010805



Fig. 3.3. Compressor placement

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

Fig. 3.4. Compressor implementation

CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM010807

The compressor table look-up is performed by searching the compressor tables LFLU or HFLU for the level entry which is below or equal to x8. A standard linear interpolation is then performed to compute the gain corresponding to level x8. The tables LFLU and HFLU have two columns. The first (LFLU[0][i], HFLU[0],[i]) contains the level entry, while the second (LFLU[1][i], HFLU[1],[i]) contains the corresponding gain value in dB.

'AlfaRelease' is computed as AlfaRelease=2^(-RelTime), where RelTime is a parameter. From the block diagram on Fig. 3.4, the following equations may be found:

$$y(n) = y(n-1) + Alfa*(x1 - y(n-1))$$

or

$$y(n) = Alfa*x1 + (1-Alfa)*y(n-1)$$

This shows that the decay time constant is tau = 1-Alfa = 1 - 2^(-RelTime). During a release period, y(n) follows (with y0 being the initial value):

$$y(n) = y0 * tau^n$$

In order to reach a value of y(n)/y0 = 1/e (definition of time constant for analog systems), simple computations shows that

$$n = -1/ln(tau) \text{ (time constant in sample intervals)}$$

Using the definition of tau above, the relationship between tau and RelTime becomes:

$$RelTime = (-) ln(1 - e^{(-1/tau)}) / ln(2); \text{ where tau is the decay time in sample intervals.}$$

For example, a desired decay time of 300 ms corresponds to a tau of 0.300*15750=4725, which leads to a value of RelTime=12.2.

## 3.4. HA gain

The hearing aid gain is a simple fixed multiplier whose value is preset as part of the fitting procedure.

## 3.5. Feedback filter

The feedback filter consists of an FIR impulse response, originally measured in Linkoping. The original name for the response is **bjhk1n3**. The array containing the response consists of 120 values. The first samples represent an artificial delay from the measurement system, and should be ignored. The actual response consists of bjhk1n3[47:119], 73 coefficients in total. The feedback filter is implemented in the model by convolution of bjhk1n3[47:119] and FBfiltbuf, which is a delay line for the feedback path.

In order to simulate changed feedback conditions, the feedback filter operation may be changed in two ways: By increasing the feedback gain, and by shifting the feedback impulse response by a sample interval. The following two constants define the period of increased gain (sample number from start):

11

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM010808

```
long nXLGStart =  32000;      // Start of increased gain
long nXLGEnd  =  80000;        // End of increased gain
```

Optionally, a shift in the feedback impulse response may be implemented (see options in section 3.9). If this option is enabled, the shifted response is effective between times:

```
long nShFBPSt  =  48000;       // Shifted feedback path begins
long nShFBPEnd =  64000;       // and ends
```

### 3.6. A/D-D/A delay

FBDlyBuf is a delay line used to implement the delay through the A/D- and D/A-converters. FBsignal is both the input and the output from the delay line. The length of the delay line is determined by the constant 'ADDADly'.

### 3.7. External input

The external input signal ('ExtIn') is added to the feedback signal and the sum is available as the signal 'ad'. An input value of 32768 is interpreted as 100 dBSPL.

### 3.8. External output

The external output signal ('Outsig') is stored in the Outfile. The calibration of the level depends on the output transducer which would be used.

### 3.9. Model options

A number of compile-time options are available:

<u>Selection of hearing aid fitting</u>

Exactly one of the following 4 lines must be present, to select one of the pre-defined 'sets' of hearing aid fittings:

```
#define Set0    1        // Set0 fitting enabled
#define Set1    1        // Set1 fitting enabled
#define Set2    1        // Set2 fitting enabled
#define Set3    1        // Set3 fitting enabled
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM010809

Compressor operation

When the following line is present, the compressor is in 'output sense' mode; otherwise it works in 'input sense' mode:

```
#define OutputSense 1        // Compressors sense after volctrl if defined
```

Feedback path

When the following line is present, the feedback impulse response is shifted by one sample interval in the specified interval (see section 3.5):

```
#define ShiftFBPath   1       // Feedback path shifted if enabled
```

Input signal

The input signal is defined by setting appropriate values in the following constant declarations:

```
char  InfileName[]="c:\\mek\\afb\\dantale.dat";      // File name
long  StartSamp=8000;                                // Start sample re. file start
float InputAtt=5.0;                                  // Attenuator value (factor)
```

Output signal

The output signal is defined by the following line:

```
char OutfileName[]="c:\\mek\\afb\\outsig.dat";
```

## 4. FEEDBACK CANCELLATION SYSTEM

### 4.1. Overview

Fig. 4.1 shows the feedback cancellation system. Important signal names are shown on the figure.

The feedback cancellation system consists of a no-noise feedback cancellation (FBC) system which was described in detail in [Ref. 4], and a number of additional system blocks which have been developed later.

The basic no-noise FBC system consists of the following components: The FBC filter (1); a delay buffer (2) whose delay corresponds to the estimated fixed delay in the feedback path; optional prefilters (3), optional whitening filters (4), the LMS algorithm (5) which computes the coefficients for the FBC filter, and the subtraction (6) of the estimated feedback signal from the input signal.

13

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM010810

The additional system blocks consist of frequency-selective adaptation components (7-12), a dual-mode LMS normalization algorithm, a howl detector (13) and a feedback change detector (14).

The components will be described more in the following sections.

### 4.2. Feedback cancellation filter & LMS algorithm

The cancellation filter and the LMS algorithm are implemented as described in [Ref. 4]. A true normalized LMS algorithm has been implemented, in which the update of the coefficients takes the form for the i'th coefficient:

$$FBCcoeffs[i] += aMainLMS* LMSBuf[i]*err\_w /(bMainLMS + MainLMSSqSum);$$

aMainLMS and bMainLMS are selectable parameters; LMSBuf[i] is the value of the reference signal, i samples old; err_w is the effective error signal (after whitening), and MainLMSSqSum is the sum of the square of all values in LMSBuf. bMainLMS has been selected arbitrarily to 100, while aMainLMS is computed as

$$aMainLMS = aMainLMS0*MyIncrFact;$$

aMainLMS0 is a 'default' value which has been selected based on sound quality.


Sound quality study

The adaptation speed of the main LMS algorithm was determined by evaluating the sound quality of 5 signals, including DANTALE, BACH, COUPER, PWOODS and SCHUB8. In all cases, the sound quality was evaluated while the whitening filters were disabled. The maximum value of aMainLMS0 which did not produce audible distortion, was recorded for each of the signals (MyIncrFact set to 1 in all tests). In this fashion, the maximum usable value of aMainLMS0 was aMainLMS0=2e-5.

Optimizing aMainLMS0 in this way, the whitening filters are mainly used to improve the sound quality for more difficult signals, or to allow values of MyIncrFact higher than 1.0.


Loop gain reduction vs. time

A study was performed to find the loop gain reduction as a function of time. A special program version (AFBSV004) was used. In this version, the loop gain may be measured as follows. From time 'LGMeasTime' (a selectable constant), the input signal is zero'd, the output from the second highpass filter is stored in a file, and at time LGMeasTime+8000, an impulse is input to the filter bank. The stored output from the second highpass filter thus represents the impulse response of the loop gain. By choosing different values of LGMeasTime, it is possible to obtain different measurement points on a (time, LoopGain) function.

14

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM010811



Fig. 4.1. Overview of hearing aid and FBC system

CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM010812

Measurements of loop gain vs. time were performed for Dantale input, for two different situations: High initial value of loop gain (+10 dB; howl present during the entire mapped interval), and low initial value (+0 dB; no howl during adaptation). Additionally, two different values of MyIncrFact were used: 1.0 (normal operation), and 4.0 (for higher speed).

For each of the four situations, the peak in the loop gain function was recorded as a function of time. The peak loop gain value was recorded.

The results were plotted on Fig 4.2. The upper display shows the measurement for adaptation with howl; the lower is for the situation without howl. The results show that a certain reduction in peak loop gain is achieved much faster when howl is allowed to drive the adaptation. For example with the high my value, a 6 dB reduction in loop gain is achieved in about 28 sec for the NoHowl situation, while the same reduction is achieved in only 3 sec when howl is present.

## 4.3. Prefilters

The prefilters are equal to those described in [Ref. 4].

## 4.4. Whitening filters

The whitening filter is implemented as described in [Ref. 4]. The update of the adaptive filter coefficients follows the normalized LMS procedure, described by eq. (4) & (5) in section 1.3.4. of [Ref. 4].

The parameters of the filter were chosen as follows. Dw and Kw were left at the values selected in ref 4, Dw=4 and Kw=6.

The leakage factor $\gamma w$ was chosen to obtain a certain amount of attenuation of a tone at the input to the whitening filter (after full adaptation). For different values of aw, $\gamma w$ must be chosen differently (in order to maintain a constant steady-state attenuation). Experimentally, it was found that the relationship should be

$$aw = p * aw0$$

and

$$\gamma w = 1 - p*alfa0$$

where aw0 and alfa0 are constants, and p is a selectable constant which controls the adaptation speed.

The value of aw0 was selected by introducing a 3 kHz tone at the input to the whitening filter. The amplitude reduction over time was measured. For aw0=4e-6 (and p=1), the amplitude reduction was about 10 dB/12sec, approximately the same as the adaptation speed for the main LMS algorithm. This means that the whitening filter is not extremely fast compared to the main LMS, but on the other hand, it does react quickly when tonal components start.

In order to obtain a 20 dB steady-state tone attenuation, the value of alfa0 was selected to alfa0=2^-20. For other values of p, the adaptation speed increases, but the steady-state attenuation remains at 20 dB.

16

DEM010813

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

The variable names used in the program code are

| | | |
|---|---|---|
| aWhLMS | = | aw, |
| aWhLMS0 | = | aw0, |
| WhLeak | = | $\gamma w$, |
| WhLeakAlfa0 | = | alfa0, |
| MyIncrFact | = | p. |

MyIncrFact is also used to control the speed of the main LMS algorithm, see section 4.2.

### 4.5. Feedback change detector

This feature is borrowed from Bernafon's AFB system. Once the FBC filter has converged to a situation with high external feedback gain, the FBC filter's impulse response is close to the negative of the physical feedback function (thus adding the physical- and FBC responses leads to near-cancellation). Subsequently, when there is major reduction in external feedback, the FBC filter becomes the main feedback path, a path which is close to the former physical feedback path, except for the sign. This means that howl is very likely, until the FBC filter has converged to the smaller coefficient which are now appropriate to match the physical feedback.

Unlike most other cases of changed feedback conditions, it is possible to speed up the adaptation process for this situation. Not only is it possible to detect that the coefficients are much too large, it is also possible to prescribe in which direction adaptation should proceed.

Under normal circumstances, the error signal ('err') should have a smaller RMS value than the input signal ('lpout'). This means that the output from the FBC filter has effectively reduced the error signal, and the coefficients are 'reasonable'. If the error signal exceeds the input signal, the FBC filter has deteriorated the error signal, and the coefficients may be considered misadjusted. In that case, the simplest procedure is to 'leak' the coefficients towards zero.

The signals 'err' and 'lpout' are both squared and lowpass-filtered, to produce signals FCDe and FCDd, respectively. If the ratio FCDe/FCDd exceeds the threshold 1.5, the FCD detector produces a 'true' condition, which is used to 'leak' coefficients FBC coefficients towards 0. When the above ratio falls below 1.0, normal operation is resumed.

The choice of parameters for the computation of FCDe and FCDd, the thresholds, and the leakage of FBC coefficients is described in [Ref. 1]. Since the note was written, experiments were performed to achieve a faster leakage rate once the detector has prodcued a 'true' condition. The leakage factor on FBC coefficients is now 0.25, which results in a very fast leakage rate.

### 4.6. Frequency-specific adaptation

The no-noise FBC systems has a fundamental problem with the estimation of the feedback path when the excitation signal (which is derived from the external input signal) has a high degree of autocorrelation. The most obvious example of problematic signals is a tone, but many other signals can cause problems, including the vowels in speech.

17

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM010814



Fig. 4.2. Loop gain as a function of time. Upper: Howl present. Lower: No howl.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM010815

The standard solution is to insert a combination of fixed and adaptive filters before the input to the LMS algorithm which updates the FBC coefficients. This solution has been implemented in the current model.

However, certain compromises must be made to avoid that the filters cause more problems than they solve; see the discussion in [Ref. 4]. These compromises lead to problems with pure tones of long duration. Examples of real-life pure tones are the telephone dial tone, the 'beep' from answering machines, and the test tone from TV sets.

The project group has decided that there is no need to allow adaptation of the FBC algorithm below 2 kHz. This means that the prefilters mentioned above may be enhanced to completely remove all frequency contents below 2 kHz, allowing tones up to this frequency to pass the hearing aid without distortion.

Attenuating all signal components below a certain frequency will allow the LMS algorithm to make arbitrarily great errors below that frequency, which could actually produce a feedback situation which would not have existed without the FBC system. To fix this problem, the 'missing' frequency range may be input to the algorithm in the form of noise which has been filtered to produce the missing frequency range. Since the noise cannot pass through the hearing aid (this would produce a noise algorithm), a separate FBC filter has been implemented. The normal signal passes through the normal FBC filter, while the noise passes through the secondary FBC filter. The 'desired' response for the secondary FBC filter has been selected as a 'zero' response [Ref. 6]. The reference signal to the LMS algorithm is the sum of HP filtered HA output signal and LP filtered noise. The error signal to the LMS algorithm is the sum of HP filtered error signal from the normal signal section, and error signal from the secondary FBC filter (the error signal is equal to the output signal, since the desired signal is zero).

In order to produce a reasonably flat overall spectrum when the highpass-filtered normal signals and the lowpass-filtered noise signal are combined, the noise signal is generated as a 'Schroeder' noise. This noise is generated by randomly multiplying each sample in the 'nsout' signal by (+1) or (-1), controlled by an MLS algorithm. This should produce a fairly flat spectrum, which can be lowpass-filtered. The main advantage of this approach is that the noise envelope (or the short-term level) is identical to the nsout signal from which it was generated. Thus, when the nsout signal and the Schroeder-noise are combined, there is not a major level difference between the low-frequency and the high-frequency regions.

The block diagram on Fig. 4.1 shows the components related to the frequency selective adaptation. These include: Highpass filters (7); lowpass filter (8); Schoeder-noise generator (9); delay blocks corresponding to fixed delay in feedback path (10); secondary FBC filter (11) and combiner for lowpass and highpass error signal (12).

The highpass filter was generated as 4th order recursive filters using the MATLAB command

    [B,A] = cheby1(4,0.5,2000/8000,'high')

The lowpass filter was designed using

    [B,A] = cheby1(4,0.5,1500/8000)

The frequency responses may be found in [Ref. 2] or [Ref. 5].

19

DEM010816

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

### 4.7. Dual-mode LMS normalization

The dual-mode LMS normalization is a combination of the standard- and the normalized LMS algorithms, designed to take advantage of certain features of the hearing aid and the howl signal.

### 4.7.1. The main LMS algorithm (FBC filter)

The sound quality in an FBC system generally benefits from a low adaptation speed. Minimizing the speed in a no-noise system will generally reduce the so-called autocorrelation problem which causes incorrect FBC coefficients and spontaneous howl and modulation. The desire to have a low adaptation speed is in conflict with the desire to follow rapid changes in the feedback loop. Currently, the AFB project has decided to use a low-speed adaptation to obtain a high sound quality for most signals.

The dual-mode LMS normalization algorithm is designed to take advantage of the fact that hearing aid howl in many cases has some features not contained in normal input signals, and thereby significantly increase the adaptation speed when howl is present. The features which can be utilized are:

- Howl is often the most powerful signal to enter the hearing aid. Howl is often limited only by the MPO, unlike the normal input signal which has a natural limited level.

- Howl can often reach values significantly higher than the normal input signal, due to 'overshoot' which may occur until the compressor attack time has passed.

- Howl often consists of a single tone, which may be detected by a howl-detector.

- The howl frequency will normally follow the frequency where the loop gain is highest, and thereby 'sweep' over a frequency range where feedback cancellation is most needed.

The standard LMS algorithm has the following form:

$$e(n) = d(n) - d'(n) = d(n) - \text{Sum}(h(k)*r(n-k)) \qquad (1)$$

where $e(n)$ is the error signal, $d(n)$ is the system output, $d'(n)$ is the estimated system output, and $r(n-k)$ are past value of the reference signal,

and the coefficients $h(k)$ are updated according to

$$h(k+1) = h(k) + 2*u*r(n-k)e(n), \ k=0,1,...,N-1 \qquad (2)$$

$u$ is constant which determines stability and adaptation speed.

The coefficient update as described by (2) results in a level-dependent adaptation speed. When feedback is present, the error signal $e(n)$ and the reference signal $r(n)$ will be roughly proportional ($r(n)$ corresponds to the HA output). This means that the update rate in (2) is roughly proportional to the square of the general signal level in the hearing aid output.

20

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM010817

For use in hearing aids, it may be argued that the adaptation speed should be independent of signal levels. In this way, the cancellation of the feedback path is independent of the current signals. This can be achieved by using the normalized LMS, in which (2) is replaced by

$$h(k+1) = h(k) + a*r(n-k)e(n)/(b + Sum(r(n-j)^2)), k=0,1,...,N-1 \qquad (3)$$

The denominator in (3) contains the short-term average power in the reference signal (HA output signal). The average is computed over N samples; for N=24 and a sample rate of 16000Hz, the averaging time is 1.5ms. With the normalized LMS, an almost constant adaptation speed may be obtained.

The idea behind the dual-mode LMS normalization is to use the normalized LMS most of the time, and then switch to the standard LMS while howl is present. When the standard algorithm is activated, the denominator is set to the long-term average value of the denominator used for the normalized LMS. Assuming that the characteristics of the normal input signal are stable around a howl period, the normal input signal is subject to approximately the same update rate as if normalized LMS were used, while the howl signal will be subject to the standard update. In many practical situations, where the howl signal is significantly louder than the normal signal, the algorithm will adapt quickly based on the howl signal. Assuming that the error signal is approximately proportional to the reference signal, the adaptation speed should increase by the square of the howl/signal level ratio. For example, a difference of 6 dB between howl level and signal level would increase the speed by a factor a 4. Even if the howl signal is loud only for a brief period of time, this may be enough to obtain nearly complete adaptation.

The long-term value of the denominator is estimated by calculating the mean denominator value over segments of 200 ms, and then averaging up to 40 of such segments.

A howl detector has been implemented, see [Ref. 3]. This type of detector is able to find howl fairly quickly, even before the howl has reached its peak level. The howl detector is used for two purposes: Switching from normalized to standard mode, and disabling of denominator segments which relate to the howl period.

Switching from normalized to standard mode

Standard mode is in effect when FBMMode=1 (see section 4.8). The switching is performed by simply replacing the short-term denominator value by the fixed long-term estimate, calculated from up to 40 segments. The standard mode is maintained for an amount of time which is estimated to cover most adaptation periods (currently 2 sec.). After this time period, the system switches back to normalized mode. In order to further increase the adaptation speed during the howl interval, a fixed factor of 4 is multiplied on the normally used 'my' value. This of course increases the autocorrelation problem.

Disabling of denominator segments

The howl detector requires a certain amount of time to detect a rising howl signal. Once howl has started and adaptation occurs, the howl detector can no longer reliably detect the howl signal, since its frequency varies rapidly. To avoid inclusion of segments containing howl, a number of segments before and after time when howl is detected will be prohibited from entering the mean value.

21

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM010818

The book-keeping involved in averaging only valid denominator values is illustrated on Fig 4.3. For each sample interval, the delay line contains a 'pair' consisting of a denominator value ('X' on the figure) and a 'valid' flag. The current denominator value X(n) is placed at location 'nFut', while a new 'TRUE' value is placed at location 0 in the buffer. Averaging includes the samples from location (nFut+nPast+1) to (LBuf-1) which are associated with a TRUE flag. Whenever a howl condition is found, a number of flags associated with past samples and a number of samples associated with future samples, will be set to FALSE. In this fashion it is possible to disable both past and future values without complicated counting etc. NFut and NPast may be modified by changing two constants.

The howl detector does not always reliably detect howl, especially when the loop gain is reduced. In some cases, the FCD detector will detect the change, and in the 'invalidation' of segments described above, the presence of either howl or FCD will disable segments a described.

### 4.7.2. The whitening filter LMS.

The whitening filter in the system is implemented using as true normalized LMS algorithm. The normalizing mode is not changed for the whitening filter, since this filter should not be allowed to quickly adapt and thereby cancel the howl tone fast.

### 4.8. Feedback manager

The feedback manager serves two purposes. It determines when to enable the 'normalized' mode of the dual-mode LMS; and it decreases the gain if the FBC system does not stop howling alone.

Fig 4.4 illustrates the different modes of the feedback manager. **Mode 0** is the normal mode, where the normalized LMS is in effect and the adaptation speed is low. When howl is detected (or a large reduction in feedback is detected through FCD), **Mode 1** is enabled. In this mode, the adaptation speed is high (assuming the presence of howl) and 'my' for the main LMS algorithm is increased. After the preset time (currently 2 sec.), **Mode 2** is activated; in this mode the system waits to find out if the adaptation has reduced the loop gain enough to stop howl. At the end of Mode 2, the howl detector is checked. If howl is still present, the FBC system is probably not able to handle the loop gain, and **Mode 3** is entered. In this mode, gain is being reduced quickly to a fixed maximum attenuation. Once the gain is low, the system remains in Mode 4 with reduced gain for a while. At the end of Mode 4, the system attempts to increase gain slowly **(Mode 5)** (if howl has stopped) or keep the gain low **(Mode 6)** if howl is still present.

### 4.9. Howl detector

The howl detector is described in [Ref. 3].

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM010819



Fig. 4.3. Buffer setup for selecting valid denominator values

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM010820



Fig. 4.4. Feedback manager operation

CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM010821

## 4.10. Model options

<u>Disabling of AFB system</u>

#define NoAFB     1          // AFB output ignored when NoAFB is defined

<u>Disabling of frequency selective update method</u>

#define NoFrqSel  1          // Freq.selective update bypassed when defined

<u>Disabling of whitening filter</u>

#define NoWhFilt  1          // Whitening filters bypassed when defined

<u>Disabling of prefilters</u>

#define NoPrefilt 1          // Prefilters disabled when defined

<u>Disabling of feedback manager</u>

#define NoFBM     1          // FBM disabled if defined

<u>Disabling of feedback change detector</u>

#define NoFCD     1          // FCD disabled if defined

<u>Selection of cut-off frequency for frequency selective update (1500/2000 Hz)</u>

#define FrqSel2k  1          // FrqSel cutoff at 2kHz (else at 1.5kHz)

## REFERENCES

1. Ekelid, Michael: Feedback Change Detector, 981207 (internal Oticon note).

2. Ekelid, Michael: Frequency-specific adaptation of FBC algorithm, 981028 (internal Oticon note).

3. Nielsen, Jakob: A hearing aid howl detector (December 1998) (internal Oticon note).

4. Laugesen, S., Ekelid, M., Hansen, K.V. (May 1998): The Anti-feedback Algorithm Without Noise. Real-time implementation. Internal Oticon report 47-8-3.

5. Ekelid, M: AFB_102 verification notes. Report sheets.

6. Laugesen, S., Ekelid, M.: Personal communication (1998).

25

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM010822