# Exhibit V



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| ZEN | 1.1 Development target | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

# Jump3 User Guide

Updated: 14 December 2006 at 16:20

EXHIBIT
JX 32

EXHIBIT

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc

1/138

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM003960



Jump3 User Guide
1.1 Development target
Cell: jump3
Version: 15-Dec-06 09:12
Designer: tgl et al

## Revision History

| Rev. | Date | Who | Changes |
|---|---|---|---|
| 1 | 2004-03-11 | TGL | Document created |
| 10 | 2004-04-01 | TGL | New Zen/Syncro CIC/ITE hybrid drawings. Compressor+BGS sections written. |
| 11 | 2004-04-07 | TGL | Author on all sections, moved "list of abbrev." + "def. & assump." to section 1, minor updates of "memory management section", updated introduction from devspec to user guide, added milestone overview. Changed look of Attribute overview table (new style: AttributeTable Text). Updated indices. |
| 11b | 2004-04-08 | TGL | Added document overview table, rearranged sections, updated introduction |
| 11c | 2004-04-08 | TGL | Readded header+footer (???), finished input+output mux, DDC, added DC-cut output filter section. |
| 11d | 2004-04-08 | TGL | Finished "output driver" section, |
| 12 | 2004-06-02 | TGL | Added clock_man+clear_b sections. Minor changes due to JOA review (see sep doc). |
| 13 | | TGL | Added links to doc on ADIR, NR.<br>Added sections by CSS (how to "live mon", "snooping", "feedback man").<br>Updated those sections. |
| 14 | 2004-06-04 | TGL | Pasted CSS updates on "how to fb man". |
| 15 | 2004-06-10 | TGL | Finished sections GainBoost, DDC dc-cut. Removed GainBoost how-to. +minor updates |
| 16 | 2004-06-10 | TGL | Renamed "front-end communication" to "front-end memory access" and wrote it. Added diagram "mechanisms of memory access" (modified from Steam). |
| 17 | 2004-06-10 | TGL | Deleted "How to access EEPROM on front-end" as it is covered by "front-end memory access". |
| 18 | 2004-06-11 | TGL | More or less finished section on front-ends. Added skeleton for SineGen.<br>Readded modifications from v17, which mysteriously disappeared after Word crash: "Finished sections Snooping/LiveSpectra, RC-decoder, VolADC-decoder, General Fault Protection, Clearing of data path, Battery-low indication. Added DK text in Auto Vent Comp. Added intro from devspec in AudioStreaming section." |
| 19 | 2004-06-11 | TGL | Finished SineGen section. Refreshed TOC+indices. |
| 20 | 2004-08-17 | TGL | Removed "DRAFT" to make document an official (intermediate) release. |
| 21 | 2004-09-13 | TGL | Added link to memory_map_doc.html in section 1.5.3.<br>Added link to dspu_sinegen.xls in reference list.<br>Updated Sine Gen section on setting amplitude (+improved dspu_sinegen.xls).<br>Added section 5.1.1 "Busses, Masters, and Bridges" to clarify who is master of what. Updated IFU drawing with LED (fig. 14 + 55).<br>Updated section 5.22 "General Fault Protection" with more detailed information on and setup of OAGC parity error, OAGC write-once, WDT timeout, WDT boot retries.<br>Added links to existing MMI documentation in new section 7.1.<br>Added description of selected MMI attributes in new section 7.2. |
| 22 | 2004-09-14 | TGL | Fixed minor mistake about wrap-around in Sine Gen amplitude section. |
| 23 | 2004-10-07 | TGL | Fixed minor copy/paste error in section 4.17.1 regarding `input_output_mux.mux_sel.out`. |

2/138

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

| ZEN | Jump3 User Guide<br>1.1 Development target | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

| | | | |
|---|---|---|---|
| 24 | 2006-09-25 | TGL | Minor updates: fixed mistake in section 5.15.6: `snooping.addr_mask` = 255. Locked remaining links in attempt to avoid annoying update dialog box at startup. Changed zoom to 100%. |
| 25 | 2006-12-14 | TGL | Added links to documentation of AFB & Synchro/Adapto/VoiceFinder. |

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc

3/138

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM003962

| ZEN | Jump3 User Guide<br>1.1 Development target | Cell: | jump3 |
| --- | --- | --- | --- |
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM003963



| | Jump3 User Guide<br>1.1 Development target | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

# Contents

1 Introduction [tgl] ..... 14
1.1 Development target ..... 14
1.2 Project Milestones ..... 15
1.3 Chip Set Combinations [tgl] ..... 15
1.3.1 Area, current consumption, price and part number ..... 16
1.4 Summary of functionality [tgl] ..... 19
1.4.1 Front-end features ..... 19
1.4.2 Signal processing features ..... 21
1.4.3 Other features ..... 23
1.5 Document Overview [tgl] ..... 26
1.5.1 Main document parts ..... 26
1.5.2 Level of detail ..... 26
1.5.3 Links to attribute information & references ..... 27
1.6 Definitions and assumptions [tgl] ..... 27
1.6.1 Attribute ..... 27
1.6.2 Firmware ..... 28
1.6.3 Band vs. channel, ordering ..... 28
1.6.4 Hybrid ..... 28
1.6.5 Number formats ..... 28
1.6.6 Endian ..... 28
1.7 List of abbreviations [tgl] ..... 28
2 System Overview [tgl] ..... 31
2.1 System Diagrams [tgl] ..... 31
2.1.1 DSP ..... 31
2.1.2 FE3 ..... 34
2.1.3 FEcic ..... 34
2.1.4 EEPROM power supply ..... 34
2.2 Memory management (memory map) [tgl] ..... 34
2.2.1 EEPROM layout ..... 35
2.2.2 Mapping from EEPROM to RAM ..... 36
2.2.3 Memory Map ..... 37
2.2.4 Accessing Memory ..... 40
2.2.5 Memory Map Groups vs. Block Diagram ..... 41
2.2.6 EEPROM Content Distribution ..... 43
2.2.7 Supported EEPROM types [moi] ..... 43
2.3 Jump3 Hybrids [tgl] ..... 44
2.3.1 Zen/Syncro CIC ..... 44
2.3.2 Zen/Syncro ITE/BTE ..... 46
2.3.3 Steam CIC, ITE, BTE, ... ..... 46
3 Analog features: front-end (FE) ICs [tgl] ..... 47
3.1 FEcic [tgl] ..... 47
3.1.1 FEcic diagram ..... 47
3.1.2 FEcic memory map ..... 47
3.1.3 FEcic modules ..... 48
3.2 FE3 [tgl] ..... 49
3.2.1 FE3 diagram ..... 49
3.2.2 FE3 memory map ..... 50

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



|  | Jump3 User Guide<br>1.1 Development target | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

3.2.3 New/changed modules in FE3 (compared to FEcic) ....51
4 Digital Signal Processing features ....53
4.1 Sampling frequency [tgl] ....53
4.2 Decimation (resampling) filter {mic_1, mic_2} [tgl] ....53
4.2.1 Frequency response & group delay ....54
4.3 Adaptive Multi-band Directionality {adir} [ksp] ....56
4.3.1 FIXME: see ADIR doc here: ....56
4.3.2 Microphone matching & gain trimming ....57
4.3.3 Microphone matching & EEPROM ....57
4.3.4 Automatic switch of directionality ....57
4.3.5 Level detector ....57
4.3.6 SpNR detector ....57
4.3.7 Wind Noise detector ....57
4.3.8 Fading decision is performed in the V8 micro controller ....57
4.4 Input Multiplexer {input_output_mux} [tgl] ....57
4.5 Filter Bank {filter_bank} [tgl] ....57
4.6 Band gain & summation {band_gain_sum} [tgl] ....60
4.7 Synchro/Adapto/VoiceFinder {synchro} [tks] ....61
4.7.1 VoiceFinder update ....61
4.8 Compression system {compressor} [tgl] ....62
4.8.1 Synchro/ADIR interpolation (comfort/speech mode) ....63
4.8.2 Channel coupling ....63
4.8.3 Multi-channel volume control ....64
4.8.4 Channel combination ....64
4.8.5 Output AGC ....65
4.9 Nivatim [tgl] ....65
4.10 Noise Reduction {noise_reduction} [tks] ....65
4.11 Output Multiplexer {input_output_mux} [tgl] ....66
4.12 Gain Boost {ddc} [tgl] ....66
4.12.1 32-times Upsampling/Interpolation Filter ....67
4.13 DC-cut (high-pass) output filter {ddc} [tgl] ....67
4.14 DD-Converter (DA Modulator) {ddc} [tgl] ....70
4.14.1 Frequency response & noise shaping ....71
4.15 Output Driver(s) {pad_setup} [tgl] ....72
4.16 Anti-feedback/Dynamic Feedback Cancellation (AFB/DFC) {afb} [moi] ....73
4.17 Sine Generator, Beeps & Melodies {sine_gen, input_output_mux} [tgl] ....73
4.17.1 Selecting the Sine Generator ....73
4.17.2 Selecting a Frequency ....74
4.17.3 Setting the Amplitude ....74
4.17.4 Playing a Single Tone ....75
4.17.5 Playing a Tone Sequence (Melody) ....75
4.17.6 Customizing Tone Duration & Pause ....76
4.17.7 Controlling the Sine Generator as in Jump2b (obsolete) ....76
4.18 Output AGC (Max Output Protection / Hardware MPO) {compressor.oagc_*} [tgl] 77
4.18.1 Output AGC ....77
4.18.2 OAGC in details ....77
4.18.3 OAGC pitfalls ....79
4.18.4 OAGC recommendations ....79
4.18.5 Max Output Protection / Hardware MPO ....79
4.19 Half-clock operation [tgl] ....80
5 Other features ....81

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc

6/138

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM003965

| | Jump3 User Guide<br>1.1 Development target | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

5.1 Interface Unit (IFU) [tgl] ....81
5.1.1 Buses, Masters, and Bridges ....83
5.1.2 MCU ....84
5.1.3 PIF ....84
5.1.4 MMU ....84
5.1.5 Peripherals....84
5.2 PC communication [tgl]....84
5.2.1 I²C communication speed ....85
5.2.2 RAM speed (fitting & snooping)....85
5.2.3 PIF/MMU Error Codes [moi][thp] ....85
5.3 EEPROM communication [moi] ....85
5.3.1 EEPROM write speed....85
5.3.2 EEPROM error handling ....86
5.4 Battery-low indication [tgl] ....86
5.5 Front-end memory access {fe, fe_trim} [tgl] ....86
5.6 Man-Machine Interface (MMI) [cgo]....87
5.7 PIF Commands [cgo]....88
5.8 Virtual buttons [cgo]....88
5.9 Configuration of firmware [cgo] ....90
5.10 Physical Buttons & Switches [cgo] ....90
5.10.1 Debounce/deglitch....91
5.10.2 Swapping of inputs ....91
5.10.3 Using additional inputs ....91
5.11 Indicators [cgo] ....91
5.12 Programs [cgo] ....91
5.13 DAI (Direct Audio Input) [tgl][cgo]....91
5.13.1 Connecting a DAI shoe [tgl] ....91
5.13.2 Controlling DAI detect [cgo] ....91
5.14 Telecoil boost / volume control [cgo] ....91
5.15 Snooping/Live Spectra {snooping} [tgl] ....91
5.15.1 Snooping of state information & further DSP variables ....92
5.15.2 Snooping of Signal Level in each Band *after* Noise Reduction ....93
5.15.3 Level estimators....93
5.15.4 FB Measure ....94
5.15.5 Snooping Speed....94
5.15.6 Maximizing Snooping Speed (advanced users only)....94
5.16 Data logging [cgo]....95
5.17 Automatic vent compensation [tgl] ....95
5.18 Auto Adaptation Manager [tgl] ....95
5.19 Audio Streaming {input_output_mux} [tgl]....95
5.19.1 PCM {input_output_mux, pcm} [jhp][thp] ....96
5.19.2 I2S {input_output_mux} [cgo] ....96
5.19.3 Jump2b scan chains {pad_setup} [tgl] ....96
5.19.4 Direct access to output drivers {pad_setup} [tgl]....96
5.19.5 PCM audio source/sink for debugging {apb_src, apb_sink} [tgl]....96
5.20 Remote Control Decoder [tgl]....96
5.21 Volume ADC Decoder [tgl]....97
5.22 General Fault Protection [tgl] {ddc} {sys}....97
5.22.1 Max Output Protection {sys}....97
5.22.2 Token Watchdog {ddc}....98
5.22.3 Microcontroller Watchdog Timer (WDT) {sys} ....99

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



5.23 Multi-chip configurations [tgl][moi] .......... 100
5.24 Debugging Outputs {pad_setup} [cgo] .......... 100
5.25 Block & Clock Power Management {clock_man} [tgl] .......... 100
5.26 Clearing of Data Path {clear_b} [tgl] .......... 100
6 Firmware ROM Routines [cgo] .......... 102
6.1 Event queue .......... 102
6.2 Event sources .......... 102
6.3 Actions .......... 102
6.4 Virtual buttons .......... 102
6.5 PIF Commands .......... 102
7 Man-Machine Interface (firmware) in Syncro/Zen [cgo] .......... 103
7.1 Links to Existing Documentation .......... 103
7.2 Selected MMI attributes .......... 103
7.3 Buttons, Switches, and Beeps .......... 104
7.3.1 STARTUP BEEPS .......... 104
7.3.2 BEEP FREQUENCY AND VOLUME .......... 104
7.3.3 PUSHBUTTON SETUP .......... 104
7.3.4 Volume control .......... 104
7.3.5 PROGRAM CYCLE .......... 104
7.3.6 TELECOIL SETTINGS .......... 104
7.4 Battery-low indication .......... 104
8 Software .......... 105
8.1 JumpCom3 – The Facts [sr][joa][???] .......... 105
8.2 JotCom – The Facts [moi][cgo] .......... 105
8.3 Genie [cgo] .......... 105
8.4 OtiTest [cgo] .......... 105
8.5 Lego2API compatibility [cgo] .......... 105
9 How to ... .......... 106
9.1 How to adjust gain (System Gain Overview) [tgl] .......... 106
9.1.1 Adjustment of gain .......... 106
9.1.2 System Max Gain .......... 107
9.2 How to set up Adaptive Directionality [ksp] .......... 107
9.3 How to set up Noise Reduction [tka] .......... 107
9.4 How to set up Anti-Feedback [joh/tba] .......... 107
9.5 How to Customize Beeps, Melodies, and Switches [cgo]([tgl]) .......... 107
9.6 How to Determine the Version of DSP, FE, Firmware, JumpCom3 [tgl] .......... 108
9.7 How to use Snooping (in JumpCom3) [css] .......... 108
9.7.1 Snooping with Graphics .......... 108
9.7.2 Snooping without graphics & file features .......... 110
9.8 How to use Live Monitor in JumpCom3 [css] .......... 110
9.9 How to do Feedback Management in JumpCom3 [css] .......... 112
9.10 How to do automatic vent compensation [tgl] .......... 113
9.11 How to use the remote control [cgo] .......... 113
9.12 How to use the analog volume control [cgo] .......... 113
9.13 How to control the IC from SW [cgo] .......... 113
9.13.1 Changing program, volume, reset, etc. .......... 113
9.14 How to use telecoil (workaround) [cgo] .......... 113
9.15 How to configure chip set for different styles (CIC, BTE, ITE, ...) [tgl][cgo] .......... 113
9.16 How to use AGC on front-end [tgl][cgo] .......... 113
9.17 How to update the EEPROM image [cgo] .......... 114
9.18 EEPROM error protection & detection (CRC, DSP/FE) [tgl] .......... 114

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 1.1 Development target | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

9.19 How to make a power-down feature [tgl] ..... 114
9.20 Common problems [NOTES] ..... 115
9.21 Work-arounds [tgl][cgo] ..... 115
9.21.1 ADIR overflow: adir.shift_gain_out, mic_1.gain_sel ..... 115
10 Frequently asked questions (FAQ) ..... 116
10.1 Where can I find more documentation? [tgl] ..... 116
10.2 What is an attribute? ..... 116
10.3 What is the relationship between the attribute groups in JumpCom3 and the block diagram? [tgl] ..... 116
10.4 There's no sound – what's wrong? [tgl] ..... 116
10.5 Can I access the EEPROM array in FEcic? [tgl] ..... 117
10.6 How do I set the output impedance of the DA-driver? [tgl] ..... 117
10.7 Why do some values change when I read them multiple times in JumpCom3? [tgl] 117
10.8 Why can't I write to the OAGC settings in RAM? [tgl] ..... 117
10.9 How do I turn on/off the OAGC? [tgl] ..... 117
10.10 Why can't I read snooping.level_17_db? [tgl] ..... 117
10.11 Why doesn't snooping.adir_match_gain reflect the adir.match_adapt_* settings? [tgl]([cgo]) ..... 118
10.12 What happened to Nivatim? [tgl] ..... 118
10.13 What is Syncro & Synchro? [tgl] ..... 118
10.14 Why can I hear a click sound when turning on/off AFB? [tgl] ..... 118
10.15 Is it possible to stream audio via the PIF? [tgl] ..... 118
10.16 What are the differences between Jump3 and Jump2? [tgl] ..... 118
10.17 What are the differences between Jump3 and Lego2? [tgl] ..... 119
10.18 What are the differences between Jump3 and Fusion/Hawaii/Saturn? [tgl] ..... 119
10.19 What are the differences between FE3 & FEcic? ..... 119
11 Common pitfalls (what not to do...) [???] ..... 120
12 Known problems and solutions [tgl][cgo] ..... 121
12.1 Front-end IC ..... 121
12.1.1 FEcic ..... 121
12.1.2 FE3 ..... 121
12.2 DSP IC ..... 121
12.3 System ..... 121
13 Quick Start Guide [???] ..... 122
14 Electrical Interface ..... 123
14.1 Pins [tgl] ..... 123
14.1.1 FEcic ..... 123
14.1.2 FE3 ..... 123
14.1.3 DSP ..... 123
14.2 Operating Conditions [tgl] ..... 123
14.2.1 FEcic & FE3 ..... 123
14.2.2 DSP ..... 123
14.2.3 Using a different I/O voltage ..... 123
14.3 Using LEDs [tgl] ..... 124
15 Technology [tgl] ..... 125
15.1 Front-end ..... 125
15.2 DSP ..... 125
16 Chip set revisions [tgl] ..... 126
16.1 Jump3dsp rev. A vs. B ..... 126
16.2 Jump3fe rev. A vs. B [tjl][azy] ..... 126
16.3 FEcic rev. FIXME (H?) [???] ..... 126

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc

9/138

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM003968

17 Production, Testing, and Packaging [tgl] ..... 127
17.1 Production [tgl] ..... 127
17.2 Testing [tgl] ..... 127
17.2.1 FE ..... 127
17.2.2 DSP ..... 128
17.3 Packaging [tgl] ..... 128
18 Compatibility with other chips [tgl] ..... 129
18.1 Pathfinder ..... 129
18.2 Lego2 ..... 129
18.3 Fusion (Saturn/Hawaii) ..... 129
18.4 LoneStar ..... 129
18.5 Jump2b [tgl] ..... 129
19 Differences between Jump3 and related chip sets [tgl] ..... 130
19.1 Jump3 vs. Jump2 ..... 130
19.2 Jump3 vs. Lego2 ..... 130
19.3 Jump3 vs. Fusion/Saturn/Hawaii ..... 130
20 Products based on the Jump3 platform [???] ..... 131
20.1 Syncro ..... 131
20.2 Steam ..... 131
20.3 Hercules ..... 131
20.4 Syncro+ ..... 131
20.5 Deriving a new product from Jump3 ..... 131
21 Overview of additional/related documentation [tgl] ..... 132
21.1 How-to Guides ..... 132
21.2 F-Sheet, KE-Sheet, KM-sheet... ..... 132
21.3 DspSim/Matlab/Matlas simulation models ..... 132
21.4 Concept documentation ..... 132
21.4.1 Jump3dsp, Jump3fe, FE2 ..... 132
21.4.2 Zen ..... 132
21.5 Chip evaluation documentation [nsci][cgo] ..... 132
21.6 IC Module/Block documentation [???] ..... 132
21.7 Test jigs [cgo] ..... 132
21.7.1 FPGA ..... 132
21.7.2 ASIC ..... 133
22 References [tgl] ..... 134
23 Index [tgl] ..... 136
24 Memory Map Attribute Index [tgl] ..... 138

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



# Figures & Tables

Figure 1: Jump3 heritage & customers. ....14
Figure 2: Full chip set functionality (ITE/BTE): FE3 + Jump3dsp + EEPROM....16
Figure 3: Smallest size chip set combination for CIC: FEcic + Jump3dsp + EEPROM....16
Figure 4: Table of chip area, approximate chip prices (incl. testing, sawing etc. as of 15 March 2004 [KGR]), and other data. ....17
Figure 5: Prices of chip set combinations vs. Jump2b (incl. testing, sawing etc. as of 15 March 2004 [KGR]). ....17
Figure 6: Quiescent, average current consumption of various hearing aid styles in A0 setting. See description of HA styles in *figure 7*. ....17
Figure 7: Description of features of HA styles in *figure 6*....17
Figure 8: Measured current consumption of individual modules of Jump3 DSP. NOTE: The sum does *not* include current consumed by the I/O pads....18
Figure 9: Pie chart of measured current consumption of main modules of Jump3 DSP (core only, no I/O). ....18
Figure 10: Overview of FE3 signal path (highlighted) and main components....20
Figure 11: Overview of differences in features between FEcic and FE3. ....21
Figure 12: Diagram of Jump3 digital signal processing [11]. ....22
Figure 13: Diagram of Jump3 digital signal processing – *see description in fig. 26 on page 40*. ....32
Figure 14: Overview of IFU (InterFace Unit) – *see description in fig. 56 on page 82*. The two white hexagons on the V8 and the MIB_CFG modules indicate that they are the bus master. ....33
Figure 15: Overview of FE3 signal path (highlighted) and main components....34
Figure 16: FIXME: Diagram of Jump2 FEcic – jump3dsp connections....34
Figure 17: EEPROM power supply. ....34
Figure 18: Mechanisms of memory access in Jump3. ....35
Figure 19: Overview of (RAM) segments and their usage and default protection mode....35
Figure 20: *Example* of EEPROM layout with various segments. A program consists of blocks of settings for individual modules, e.g. module "A" and module "B". ....36
Figure 21: *Example* of mapping from external EEPROM to on-chip RAM. Note that all programs map to the same place in the on-chip RAM ....36
Figure 22: Memory map tree view (RAM) [1]. ....38
Figure 23: Memory map tree view (RAM) expanded with details on address & interpreted value conversion [1]. ....39
Figure 24: Memory map tree view (EEPROM) [1]. ....40
Figure 25: Snapshot of JumpCom3 low-level "fitting" software [13]. ....41
Figure 26: Legend of DSPU overview diagram in *fig. 13*. (Correspondence between memory map groups & DSPU diagram). ....42
Figure 27: *Estimate* of distribution of contents in the EEPROM for Zen. FIXME: OUT OF DATE!!! ....43
Figure 28: FIXME: EEPROM compatibility table. ....44
Figure 29: Overview of Jump3 hybrid amplifiers (size + main features). ....44
Figure 30: *Draft* of Zen/Syncro CIC hybrid amplifier. *Top*: 3D view, *Left*: top view, *Right*: bottom view. IC1: FEcic, IC2: DSP, IC3 *or* IC4: EEPROM. NOTE: Tentative! ....45
Figure 31: *Draft* of Zen/Syncro ITE hybrid amplifier. *Top*: 3D view, *Left*: top view, *Right*: bottom view. IC1: FE3, IC2: DSP, IC3 *or* IC4: EEPROM. NOTE: Tentative!....46
Figure 32: Diagram of FEcic. FIXME: change overview of signal path only. ....47

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| ZEN | Jump3 User Guide<br>1.1 Development target | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

Figure 33: Description of attributes in FEcic memory map. ....48
Figure 34: Diagram of FE3 analog amplifiers. ....50
Figure 35: Description of attributes in FE3 memory map. Please *see fig. 35 on page 50* for remaining attributes (FEcic). ....51
Figure 36: Overview of origin of various modules of FE3. All other blocks are taken unchanged from FE2. ....52
Figure 37: Frequency response of decimation filter with three different (biq_lp_mode_sel=1,2,3) HF roll-off filter types ( (1==$f_s$/2). ....55
Figure 38: Group delay of the decimation filter (`biq_lp_mode_sel=3`, `lf_suppress=0`, `dc_cut_off_sel=0`). ....55
Figure 39: Frequency response of LF-suppress filters ($f_c$ = 120/200Hz @ fs=16kHz.) ....56
Figure 40: Filter bank center- and crossover frequencies ....58
Figure 41: The 9 bands of the filter bank ($f_s$=16kHz) (**JUMP1** coefficients). ....59
Figure 42: The 9 bands of the filter bank ($f_s$=16kHz) (**JUMP2** coefficients). ....60
Figure 43: A single compressor channel (comfort *or* speech mode). ....62
Figure 44: Compressor channel coupling. Left: Three Jump2b compressors. Right: Three Jump3 compressors with channel coupling. ....64
Figure 45: Examples of different compressor channel combinations (`compressor.crossover` register). ....65
Figure 46: Diagram of DD-converter with upsampling/interpolation filters, gain-boost module, and classic/configurable HP/DC-cut filters. TestScan16 is used for scanning a bit stream in/out. ....67
Figure 47: Sampling rates for DC-cut filter. ....68
Figure 48: DC-cut -3dB frequencies etc. as a function of `ddc.dc_cut.freq_sel`, when `ddc.gain_boost.upsampling_en=0`, `ddc.dc_cut.filt_sel=1`, $f_s$=1.1MHz/64=17.2kHz. IC default value indicated by yellow color. Red illegal range (due to too few bits). Blue indicates non-recommended range (due to gain peak). ....69
Figure 49: DC-cut -3dB frequencies etc. as a function of `ddc.dc_cut.freq_sel`, when `ddc.gain_boost.upsampling_en=1` and `ddc.dc_cut.filt_sel=1`, $f_s$=1.1MHz/64=17.2kHz. IC default value indicated by yellow color, red illegal range (due to too few bits). Blue indicates non-recommended range (due to gain peak). ....70
Figure 50: DDC frequency response including interpolation filter & DC-cut filter (`ddc.gain_boost_upsampling_en=0`, `ddc.dc_cut.filt_sel=0` [classic]). This response is identical to Jump2b. ....71
Figure 51: DDC noise shaping (beware that this figure is GAIN and not POWER, thus the dB scale is misleading). ....72
Figure 52: Internals of output driver dual pad. ....73
Figure 53: Block diagram of Output AGC. ....78
Figure 54: OAGC attack/release level, attack/release time, and OAGC controller states. The step size is exaggerated ....78
Figure 55: Overview of IFU (InterFace Unit) – see description in *fig. 56*. The two white hexagons on the V8 and the MIB_CFG modules indicate that they are the bus master. .82
Figure 56: Legend of IFU overview diagram in *fig. 55 and fig. 14*. ....83
Figure 57: Table of nominal serial ($I^2C$) clock frequencies for Hi-Pro, Noah Link, EEPROM, and Jump3dsp. ....85
Figure 58: Overview of virtual buttons. The action conditions should be read as a C/C++ "switch" (case) statement. Only a single action can be asserted at a time (one-hot encoding). ....89
Figure 59: Timing diagram for DADP (double action dual pulse, or single/double-click) virtual button. ....90
Figure 60: Timing diagram for SLSP virtual button. ....90

*//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc*
*http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc*

12/138

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM003971



Figure 61: Timing diagram for SASP virtual button. ....90
Figure 62: Timing diagram for DASP virtual button. ....90
Figure 63: Timing diagram for TASP virtual button. ....90
Figure 64: Drawing of how to connect a shoe. ....91
Figure 65: FIXME: Update drawing in snooping_overview.ppt. ....92
Figure 66: Connecting audio streaming using I2S and/or PCM. ....96
Figure 67: The Snooping tab in JumpCom3. ....109
Figure 68: Snooping group in "Raw RAM" tab in JumpCom3. ....110
Figure 69: The Live Monitor tab in JumpCom3. ....111
Figure 70: The Feedback Manager tab in JumpCom3. ....112
Figure 71: Table of supported operating conditions for the DSP (Lego2/Fusion only listed for reference, i.e. *not* supported). Voltage is *core* voltage. ....123
Figure 72: Table of IP used for the Jump3 DSP IC. ....125
Figure 73: Picture of FPGA test jig. ....132
Figure 74: Picture of ASIC test jig. ....133

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

| ZEN | Jump3 User Guide<br>1.1 Development target | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

# 1 Introduction [tgl]

This document is a user guide for the Jump3 chip set. The primary target of the chip set is to be the platform for Oticon's premium hearing aid range, **Syncro**, which was introduced at the AAA conference in April 2004.

## 1.1 Development target

The main new features compared to the Jump2b chip set is the addition of three algorithms:

- adaptive multi-band directionality
- automatic control of directionality modes
- narrow-band noise reduction combined with VoiceFinder

Further, the chip set offers an – up till now – unseen flexibility for controlling the system.

Though the main target is the Oticon Syncro product, the target of the development has been broader:

- **Platform**: The chip set must constitute a platform on which we can base the full range of Oticon products from premium to basic, and from Super Power* to CIC.
- **Bernafon**: The chip set must fit into the Bernafon portfolio. Therefore, a remote control receiver and an analog volume control is included.
- **Business Development**: The chip set must be made flexible enough to be usable in various business development activities, from headsets to …
- **OEM**: We expect that this platform will be included in OEM business as previous platforms. Again, flexibility is a key word.

Jump2b
Logo2
Jump3
bernafon®
Business Development
Syncro
Portfolio
OEM

Figure 1: Jump3 heritage & customers.

* The use of the Jump3 chip set for a super power product will require an external output driver.

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc

14/138

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM003973



## 1.2 Project Milestones

The time schedule for the project was quite short as illustrated by the following milestones.

| | Milestone | Date |
|---|---|---|
| ⇒ | IC/DSP development starts | October 2002 |
| | DspSim floating-point model | October 2002 – December 2002 |
| | FPGA prototype system 0 | Mid December 2002 |
| | DspSim fixed-point model | November 2002 – May 2003 |
| | FPGA prototype system 3 | Start April 2003 |
| | Tape-out rev. A | End June 2003 |
| | IC prototypes rev. A | End August 2003 |
| ⇒ | Tape-out rev. B | Mid December 2003 |
| | IC prototypes rev. A | Mid February 2004 |
| ⇒ | Introduction at [illegible] 2004 | Start April 2004 |
| ⇒ | Release for sale | 3 May 2004 |

## 1.3 Chip Set Combinations [tgl]

The Jump3 chip set consists of three chips:

- The DSP is a pure digital IC, which takes care of all digital signal processing, external communication including handling of buttons etc., as well as memory management. The DSP exists in one version only.
- The front end (FE) handles the analog to digital data conversion, and all analog functions such as preamplifiers, oscillator, reset circuitry, reference voltages, etc.
- The EEPROM, which stores the setting of the hearing aid, including firmware for controlling the chip set, parameters for the signal processors, and fitting information.

Two front end chips can be combined with the Jump3 DSP chip:

- **Full functionality:**
  The **FE3** chip provides full functionality as described in this specification, *see figure 2*. This configuration has two microphone inputs (1/front and 2/rear) of which one may also be used for tele-coil or DAI (direct audio input). FE3 has support for both remote control and analog volume control. Digital volume control, push-buttons/switches, LED's (light-emitting diode), and the speaker/receiver are all connected to the DSP.
  Refer to [9] for further information on the new front-end.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

- **Smallest size:**
  The **FEcic** chip will not support directionality, and it has reset beep functionality comparable to the Jump2b platform. This configuration is illustrated in *figure* 3 and has a single microphone input (1/front), which may also be used for tele-coil or DAI (direct audio input). FEcic has support for remote control. Digital volume control, push-buttons/switches, LED's (light-emitting diode), and the speaker/receiver are all connected to the DSP.

The chip set is targeted at using a 128Kbit EEPROM. ICs from two vendors may be used, see section **Error! Reference source not found.**. Alternative sizes such as 64Kbit or 256Kbit may be used. However, I/O pad placement, amplifier designs and firmware is optimized for 128Kbit.

Figure 2: Full chip set functionality (ITE/BTE): FE3 + Jump3dsp + EEPROM.

Figure 3: Smallest size chip set combination for CIC: FEcic + Jump3dsp + EEPROM.

### 1.3.1 Area, current consumption, price and part number

Area, current consumption, etc. of the three chips in the chip set are shown in the tables/figures below.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| ZEN | Jump3 User Guide<br>1.3 Chip Set Combinations [tgl] | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

| Chip | Area [mm²] | Price [USD] | WxH [μm] | Thickness [μm] | Pins | Pins used in hybrid | Oticon part no. |
|---|---|---|---|---|---|---|---|
| FEcic | 12.9 | 3.31 | 4256 x 3027 ± 15 | 180 ±5 | 20 | 13-16 | 310-01-693 |
| FE3 | 19.3 | 4.23 | 6190 x 3120 ± 15 | 180 ±5 | 31 | 13-23 | 310-01-531 |
| DSP3 | 9.7 | 1.65 | 3802 x 2551 ± 15 | 180 ±5 | 58 | 21-36 | 310-01-731 |
| EEPROM 128Kbit Atmel | 3.3 | 0.55 | 2114 x 1575 | FIXME | 7 | 4-5 | 310-01-020 |
| EEPROM 128Kbit ST | 4.5 | 0.55 | 2715 x 1660 | FIXME | 8 | 4-5 | 310-01-030 |

Figure 4: Table of chip area, approximate chip prices (incl. testing, sawing etc. as of 15 March 2004 [KGR]), and other data.

| Chip | Full functionality | | Smallest size | |
|---|---|---|---|---|
| | Jump3 | Jump2b | Jump3 | Jump2b |
| Front-end | 4.23 | 4.46 | 3.31 | 3.31 |
| DSP | 1.65 | 3.02 | 1.65 | 3.02 |
| EEPROM | 0.55 | - | 0.55 | - |
| **Total** | ***6.43*** | 7.48 | ***5.51*** | 6.33 |

Figure 5: Prices of chip set combinations vs. Jump2b (incl. testing, sawing etc. as of 15 March 2004 [KGR]).

| μA @ 1.3V/1 MHz | BTE-D | ITE-D | ITC-D | CIC | BTE-D RC+ADC |
|---|---|---|---|---|---|
| Front-end | 607 | 607 | 607 | 400 | 712 |
| DSP (core) | 374 | 374 | 374 | 272 | 374 |
| Receiver | 96 | 77 | 82 | 70 | 96 |
| Mic | 60 | 60 | 60 | 30 | 60 |
| Interconnect | 25 | 25 | 25 | 15 | 25 |
| Total | 1.162 | 1.143 | 1.148 | 787 | 1.267 |

Figure 6: Quiescent, average current consumption of various hearing aid styles in A0 setting. See description of HA styles in *figure 7*.

| Feature | BTE-D | ITE-D | ITC-D | CIC | BTE-D RC+ADC |
|---|---|---|---|---|---|
| Microphones | 2 | 2 | 2 | 1 | 2 |
| All DSP features on | Y | Y | Y | N | Y |
| Remote control | N | N | N | N | Y |
| Analog volume control | N | N | N | N | Y |

Figure 7: Description of features of HA styles in *figure 6*.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| ZEN | Jump3 User Guide<br>1.3 Chip Set Combinations [tgl] | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

| | µA @ 1.25V, 1.1MHz | |
|---|---|---|
| Module | Rev B | Rev A |
| banddir | 89.5 | 170.4 |
| fb/bgs | 67.2 | 104.4 |
| ddc | 48.4 | 61.7 |
| afb | 46.1 | 69.7 |
| compressor | 39.2 | 74.8 |
| mic_1 | 14.7 | 23.1 |
| mic_2 | 13.6 | 23.3 |
| noise_reduction | 5.2 | 8.3 |
| dir_detect | 3.9 | 15.6 |
| match | 3.8 | 11.5 |
| synchro | 2.6 | 4.6 |
| ifu+misc | 40.4 | 92.2 |
| Total | 374.4 | 659.7 |

Figure 8: Measured current consumption of individual modules of Jump3 DSP. NOTE: The sum does *not* include current consumed by the I/O pads.

Figure 9: Pie chart of measured current consumption of main modules of Jump3 DSP (core only, no I/O).

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM003977



| Jump3 User Guide | Cell: | jump3 |
|---|---|---|
| 1.4 Summary of functionality [tgl] | Version: | 15-Dec-06 09:12 |
| | Designer: | tgl et al |

## 1.4 Summary of functionality [tgl]

The smallest front-end in the Jump3 chip set is the well-known **FEcic**, which was also used with the **Jump2b DSP**. This IC was developed in project "P829 Jump2a CIC".

To utilize all the features of the new DSP it was necessary to design a new front-end as part of the Zen project. The new FE3 IC is put together using the best modules from previous incarnations of the Jump2 front-end, i.e. from **FE2**, **FEcic**, and **Nabla2**. Moreover, some modules have been modified and the floorplan/pad placement has been optimized to the new DSP and the external EEPROM.

The **Jump3 DSP** chip is a hybrid between the **Jump2b DSP** functionality and the **Lego2** system interface functionality. The **Jump2b DSP** core functionality has been improved and new features have been added, but the basic signal path will look familiar to a Jump2b user.

On the system administration side, the old "Admin" module is replaced by the **Lego2** interface unit (**IFU**), which takes care of communication, memory management, DSP setup, program and feature handling, etc. The new interface unit offers faster communication, previously unseen flexibility, as well as efficient handling of the significantly increased memory requirements.

In the following, we give a brief overview of the functionality of the Jump3 chip set, with references to the in-depth descriptions later in the document.

### 1.4.1 Front-end features

The main function of the front-end is to convert the analog signals from various inputs into the digital domain, as well as providing clock and reset to the DSP. *Figure 10* shows an overview of the front-end, which consists of the following modules:

- oscillator
- voltage doubler
- reset circuit
- battery-low circuit (not FEcic)
- voltage reference & bias circuit
- EEPROM latches (2x6 bits for trimming of e.g. clock frequency)
- microphone voltage regulator(s)
- microphone amplifier(s) with (synchronized) input AGC(s)
- low-pass filter (s)
- sigma-delta modulator(s) (A/D converter)
- tele-coil amplifier (not FEcic)
- ground-converter for DAI (not FEcic)
- remote control receiver
- volume A/D converter (not FEcic)

*Figure* 10 only shows FE3, but the **differences between FEcic and FE3** can be studied in *fig.* 11.

The **input AGC** in the microphone amplifier prevents clipping of input signals up to levels of 110dB.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| Jump3 User Guide<br>1.4 Summary of functionality [tgl] | Cell: | jump3 |
|---|---|---|
| | Version: | 15-Dec-06 09:12 |
| | Designer: | tgl et al |

Both FEcic and FE3 use the positive battery terminal as **analog reference**. However, the **separate DAI input** on FE3 uses the negative battery terminal as reference. This **improves the PSR** performance especially in high-gain hearing aids.

The **voltage doubler** is used for both the microphone voltage as well as supplying the external EEPROM. Note that it also supplies the pads on the DSP, which is used for communicating with the external EEPROM. Although the voltage doubler was not originally designed to supply an external EEPROM this is not a problem if a low-power EEPROM is used and care is taken in the PCB layout so as to avoid noise getting into the microphone input.

More details on front-end/analog features are found in section 3 on page 47.

Figure 10: Overview of FE3 signal path (highlighted) and main components.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

| Feature | FEcic | FE3 |
|---|---|---|
| Die area [mm$^2$] | 12.88 | 19.31 |
| Physical dimensions [µm] | 4256 x 3027 ± 15 | 6190 x 3120 ± 15 |
| Microphone inputs | 1 | 2 |
| Telecoil input | No | Yes |
| Separate DAI input | No | Yes |
| Ground converter for DAI | No | Yes |
| Digitally mixed M+T, M+DAI | No | Yes |
| Volume ADC | No | Yes |
| Remote Control Receiver | Yes | Yes |
| Synchronized input AGC's | N/A | Yes (may be disabled) |
| Power-down microphone channel(s) | No | Yes, individually |
| Telecoil gain calibration | N/A | -1.5dB ... +3.0dB<br>Step size: 0.75dB |
| Reset level (falling) | 1020mV ± 20mV<br>35mV hysteresis<br>(analog OK) | 930mV ± 20mV<br>35mV hysteresis |
| Battery-low level (falling) | N/A | 990mV ±20mV<br>35mV hysteresis<br>(analog OK) |
| EEPROM array (256 words) | Yes, but not accessible with Jump3 DSP | No |
| Parity check in EE latches for trim codes | No | Yes |
| Parity check disabling | N/A | Yes |
| Pad for disabling oscillator | No | Yes |
| Disabling of hysteresis on reset | No | Yes |

Figure 11: Overview of differences in features between FEcic and FE3.

### 1.4.2 Signal processing features

The **DSP part** of the Jump3 DSP is shown in *figure* 12. When the following feature overview contains comparisons the reference is the Jump2b DSP.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE





| ZEN | Jump3 User Guide<br>1.4 Summary of functionality [tgl] | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

Figure 12: Diagram of Jump3 digital signal processing [11].

- The system clock frequency is trimmed to 1.100MHz, yielding a **sampling frequency** of 17.2kHz. Compared to Jump2b, this 9% increase will move all crossover frequencies upwards correspondingly. *See section 4.1 on page 53.*
- The **filter bank** is extended from 7 to 9 bands. Bands 8 and 9 are extensions to the frequency range above band 7. Two fixed sets of filter coefficients are supported. *See section 4.5 on page 57.*
- The combination of increased sampling frequency and additional filter bands increases the **bandwidth** of the platform from 5.5kHz to 7kHz (limited by the DD-converter, sec. 4.14). To achieve the increased bandwidth the **decimation filter** from Lego2 had to be used.
- The **compressor** is extended to 8 independent channels. These can be combined into one to eight channels with a free choice of band combinations (for systems needing less than eight channels). It is possible to couple neighboring channels with programmable factors. The compressor gain tables are extended to cover the entire range in both speech/comfort mode. *See section 4.8 on page 62.*
- Gain adjustments: The **volume control**, gain range, and gain step (known from Jump2b) are combined into a single control with a range of 60dB in 0.5dB steps. The volume control step size is programmable from 0.5dB and up. Furthermore, it is possible to adjust the volume individually for each channel (optional). *See section 4.8.3 on page 64.*
- A new **adaptive multi-band directionality** algorithm is added. This algorithm offers independent adaptive directionality in four frequency ranges. In addition, it can be programmed to offer omni operation in the lowest band and adaptive directionality in the remaining bands (HF-dir mode). The adaptation can be fixed into a single hyper-cardioid, or the circuitry may be configured to offer array directionality.
To improve performance, a **microphone matching** system is included, which adaptively matches the microphone levels over a selected frequency and gain range. *See section 4.3 on page 56*

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



- The circuit can be configured to **automatically switch** between the directionality modes, dir/HF-dir/omni, depending on three environment detectors: comparison of SpNR (speech-to-noise ratio) in the three modes, presence of wind noise, and input level. *See section 4.3.8 on page 57.*
- A new narrow-band **noise reduction** algorithm is added. In the eight bands, this algorithm offers a noise reduction system based on estimation of the modulation index and the level of the noise floor in the channel. The amount of attenuation and the time constants of the system are further controlled by the presence or lack of speech as indicated by the Synchro/Adapto algorithm. See section 4.10 on page 65.
- The **Synchro/Adapto** (VoiceFinder) algorithm from Jump2b is preserved on Jump3 with minor improvements, see *section 4.7 on page 61*. However, it is expected that when the noise reduction algorithm is active, then the interpolated attenuation part of the Adapto algorithm will be handled by the noise reduction system, such that only the time constants are changed for the compressors.
- The **anti-feedback** system from Jump2b is preserved with minor improvements, *see section 4.16 on page 73*. It is possible to interpolate between two compressor tables depending on the omni/dir mode (instead of Synchro) such as to limit the maximum gain in the "dir" mode, *see sections 4.8.1 on page 63 & 4.6.1.4 on page 61*.
- **Half-clock operation** is extended to also allow for operating the DSP at a quarter of the normal clock/sampling frequency. *See section 4.19 on page 80.*
- An **output AGC** is included, which can be used for limiting the signal (hardware MPO) after combination of the eight channels, *see section 4.18 on page 77.*
- The **gain boost** functionality introduced on Jump2b is unchanged. Unfortunately, using this functionality above 6dB extra gain creates unacceptable noise levels. See section 4.12 on page 66.
- The **output drivers** of the system are inherited from Lego2, offering a fixed low output impedance of typically 5ohms. Hence, only one set is provided. See section 4.15 on page 72.
- **Band gain & summation** has been updated due to the new Noise Reduction algorithm and the updated compressor. The band gain setting is now linear in dB thus facilitating a better adjustment. The two gain tables (speech & comfort) can be interpolated according to either the state of the Synchro algorithm or the omni/dir state of the Adaptive Directionality algorithm.
- The **DC-cut filters** in both the decimation filters and in the DD-converter are now programmable. Consequently, the filters may be used to compensate for e.g. the receiver such as to make better use of the depth of the filter bank (40dB). See section 4.2 on page 53 & section 4.13 on page 67.
- The two **LF-suppress** filters (4th order @ 120/200Hz) introduced on Jump2b for the JumPO project are still present in Jump3. *See section 4.2 on page 53.*
- **Nivatim** is not supported on Jump3.

### 1.4.3 Other features

The list of other features relates to communication, memory management, DSP setup, program and feature handling, etc. The change of administration module to the Lego2-based

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

Interface Unit (IFU) provides a vastly increased flexibility compared to previous Jump-platforms. The IFU contains a V8 microcontroller, which runs firmware that may be updated at a later time. The IFU is described in *section 5.1 on page 81*, which also contains a diagram (*fig. 55*).

- The **PC communication** is altered to the $I^2C$ protocol used on future Lego2-based platforms. *See section 5.2 on page 84.*
- The non-volatile memory (**EEPROM**) space has been increased to 128Kbit – a 64 times increase compared to Jump2b. Further, the memory space is reorganized, such that there is no longer a one-to-one correspondence between the EEPROM space and the setup memory (RAM) for the DSP part. The EEPROM is included as a separate IC in the amplifier. Other EEPROM sizes may be used as well (*see fig. 28*). *See section 2.2 on page 34 & section 5.3 on page 5.3.*
- **EEPROM error handling**. The error detection mechanism is improved compared to Jump2b. Given that the EEPROM for Jump3 contains firmware as well as DSP parameter settings, the system must close down (mute) in case of an EEPROM error. Note that the parity check on the EEPROM latches on the new FE3 front-end may be disabled. *See section 5.3.2 on page 86.*
- The **battery-low indication** concept is improved, such that amplifiers based on FE3 are able to generate a more robust battery-low beep sequence. Amplifiers based on FEcic will operate as Jump2b did, i.e. the "battery-low" beeps will in fact be start-up beeps. *See section 7.4 on page 104.*
- The **control of the sine generator** for beeping is improved and made very flexible. This enables a variety of programmable beeping sequences for battery-low, program shifts, etc. Further, tactility ticks can be implemented – e.g. for the volume control. The frequency range now covers the full bandwidth of the system. *See section 4.17 on page 73.*
- The interface to **buttons and switches** is very flexible, and the decoding of events followed by an action is fully programmable (in firmware). Therefore, we expect that previously seen limitations on specific switch functionality and beep sequences have been removed. Up to five buttons/switches are supported. All button inputs have configurable pull-up/down & keeper. Up to eight pins – two of which run at the EEPROM voltage – may be used for driving **LEDs** controlled by the firmware. *See section 7.3 on page 104 & FIXME.*
- The number of **programs** is now only limited by EEPROM/RAM size. The Syncro products have six programs. *See section 5.12 on page 91.*
- **Snooping**: The concept of reading out the signal level live from the filter bank (used for live spectra and feedback management) is brought to a new level. The averaged level of 17 different signals may be read out from selected points in the data path in a single read "burst". Further, the current status of all features may be read out in the same go. *See section 5.15 on page 91 and the how-to guide in section 9.7 on page 108.*
- The **DAI** interface has been improved. A separate DAI input is included on the front-end (FE3 only) with a ground converter. DAI detection is implemented, such that the hearing aid can configure itself appropriately (replace tele-coil program with DAI or the like). *See section 5.13 on page 91.*



|  | Jump3 User Guide<br>1.4 Summary of functionality [tgl] | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

- **Audio streaming** to/from other chips is possible using either **PCM** interface or the **I²S** interface. The **PCM** interface, which was introduced in Jump2b, now has support for new protocols as well as other improvements. The **I²S** interface is reused from Lego2 and it replaces the **scan-chains** as known from Jump2. Both PCM and I²S are capable of streaming data in and out of the signal path at various points. Finally, it is possible to apply a bit stream directly to the output drivers. *See section 5.19 on page 95.*
- The chip set includes a **remote control receiver** similar to the Gamma2 version. However, the RC decoder on the DSP is made more robust to frequency variations. Variations up to ±4.9% around a programmable center frequency can be handled. *See section 5.20 on page 96.*
- The **analog volume control** known from Gamma2 is included as well. This offers the alternative to use a volume control with stop (connected to FE3) rather than the normally used DCU (connected to the DSP). *See section 5.21 on page 97.*
- **Multi-chip** configurations are supported in the sense that two Lego2-based chips may share the programming interface wires as well as the EEPROM. However, PIF master mode* is not fully implemented on Jump3. *See section 5.23 on page 100.*
- To minimize the risk of unknown system failures due to uncaught EEPROM errors, noise, firmware errors, algorithm errors etc. a number of **general fault protection** features are employed. A **watchdog timer** monitors the microcontroller, a **token watchdog** checks the token stream, and a number of critical registers can only be written once and/or has parity check. FIXME: Max Output Protection. *See section 5.22 on page 97.*
- **Automatic vent compensation** is now possible by letting the sine generator play a tone directly via the DD-converter, and simultaneously measuring the signal level after the filter bank. *See section 5.17 on page 95.*
- **Auto Adaptation Manager** FIXME. *See 5.18 on page 95.*
- **Data Logging** FIXME. *See 5.16 on page 95.*

* PIF master mode: The case where the programming interface of one chip initiates communication with another chip. Normally, the Hi-Pro/Noah Link is the master and the chip is the slave.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



## 1.5 Document Overview [tgl]

### 1.5.1 Main document parts

| Part | Description | Sections | Part |
|---|---|---|---|
| Introduction & overview | Overview of system & functionality.<br>Reduced version of the classical "JumpX - The Facts" albeit including more diagrams.<br>+ Definitions, assumptions, abbreviations. | 1, 2 | 1 |
| Feature description | More detailed description of all the features of the chip set.<br>Simple features are described in full, but more advanced features may contain references to a separate "How-to" section/document. | 3, 4, 5 | 1 |
| Firmware & software | How to use the firmware (man-machine interface) and the software supporting the chip set. | 6, 7, 8 | 1 |
| User help | Quick-start guide, How-to, FAQ, common pitfalls, known problems & solutions. | 9, 10, 11, 12, 13 | [illegible] |
| Miscellaneous chip specifications | Electrical interface (pins), operating conditions, technology, chip revisions, production, test, packaging | 14, 15, 16, 17 | 1 |
| Relations to other chip sets & products | Compatibility with other chips.<br>Differences between Jump3 and related chip sets.<br>Products based on the Jump3 platform. | 18, 19, 20 | [illegible] |
| Related documentation | Overview and links to related documentations.<br>Reference list. | 21, 22 | [illegible] |
| Indexes | Index of keywords.<br>Index of memory map attributes. | 23, 24 | [illegible] |

### 1.5.2 Level of detail

The DSP chip has almost 2000 RAM and 7000 EEPROM attributes in the memory map. Only the most important attributes are described in detail in this document. However, hints are given as to what attributes control what features, such that it is possible to find the details in the memory map itself. Instead of being a detailed reference document of all memory map attributes, this document focuses on the relation between the most important attributes.

More detailed information may be found in the "How-to" guides (*section 9 on page 106*) or in external documentation, *see section 21 on page 132*. Furthermore, the FAQ (*section 10 on page 116*) may be a good source of information.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



### 1.5.3 Links to attribute information & references

Each section may have a label in "{}" attached to its title to show what memory map attribute group(s) the section describes, *see below*. Furthermore, each section may contain one or more tables listing the most important features and their corresponding memory map attributes, *see below*. The attribute names are hyperlinks to a separate HTML file containing description, conversion functions, valid range, etc. (FIXME: Links are not working yet, but manual look-up may be done here: http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/memory_map/html/memory_map_doc.html). Alternatively, use the engineering software, JumpCom3 (*see 8.1 on page 105*), to obtain similar information (although with fewer details).

Similarly (CTRL-)click references to jump to reference list, where the actual hyperlinks are collected. E.g., the memory map can be found here: [1].

**Example** of section title:

4.6 Band gain & summation {band_gain_sum}

**Example** of feature-attribute(s) table:

| Feature | Attribute(s) |
|---|---|
| Gain setting table, band 1 - 9, speech mode | band_gain_sum.gain_s |
| Gain setting table, band 1 - 9, comfort mode | band_gain_sum.gain_c |
| Controls gain interpolation (Syncro_is/ADIR omni/dir fader, fixed) | band_gain_sum.int_pol_mode |

## 1.6 Definitions and assumptions [tgl]

This section may be skipped and used for later reference at the reader's convenience.

### 1.6.1 Attribute

The chip set has a large number of memory locations that may be read or written from software running on a PC via a Hi-Pro or Noah Link. All such memory locations are accessed using an "*attribute*", which is a textual name that refers to a memory address in either RAM (on-chip volatile memory) or EEPROM (off-chip non-volatile memory).

Example of an attribute:

```
afb.run_mode.afb_on,
```

which controls whether the anti-feedback system is enabled or not.

Note that the name contains dots to indicate grouping. The name before the first dot (afb) is the memory map **group name**, and it usually refers to a specific functional block that may be found in the block diagram, *see figure 13 on page 32*. The second part of the name (run_mode in the above example) is unique within each group, but not necessarily among the other groups.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



Each attribute has built-in information about its size and how to convert between raw values stored in the chip set's memory and interpreted values e.g. 2.3 dB, "on", "off".

### 1.6.2 Firmware

The term "firmware" is used for the software running on the microcontroller in the IFU (interface unit). It is "firm" because it is stored in the EEPROM and not intended to be changed by the end-user (like on a PC).

### 1.6.3 Band vs. channel, ordering

**Band**: output of filter bank.

**Channel**: input/output of compressor (i.e. a sum of bands).

Bands and channels are counted from 1 with the lowest frequencies first.

### 1.6.4 Hybrid

Used for the assembly of multiple chips and components into a complete and highly integrated amplifier.

### 1.6.5 Number formats

Numbers without special formatting are in decimal format. Examples of other formats used are given below.

| Format | Example | Decimal value |
|---|---|---|
| Hexadecimal | 0x0A | 10 |
| Binary | 0b1001 | 1+8 = 9 |

Memory addresses and register values are normally given in hexadecimal format.

Binary format may be used to explain the meaning of individual bits.

### 1.6.6 Endian

The Lego2 platform generally uses "Big Endian" (big-end first) meaning that the most significant byte is located at the lowest address. This is the similar to Sun, Motorola, HP, Digital, but different from Intel/AMD.

## 1.7 List of abbreviations [tgl]

This section may be skipped and used for later reference at the reader's convenience.

| Abbreviation | Description |
|---|---|
| A/D | Analog/Digital |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| ZEN | Jump3 User Guide<br>1.7 List of abbreviations [tgl] | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

| Abbreviation | Description |
|---|---|
| ADIR | Adaptive Directionality module (tandem + match) |
| AFB | Anti Feed Back |
| AGC | Automatic Gain Control |
| AKA | Also Known As. |
| API | Application Programming Interface |
| ATPG | Automatic pattern generation (for a design where DFT has been used). |
| CFG bus | Configuration Bus (AMBA AHB protocol), DSP configuration bus, [illegible] master |
| DC | Direct Current, i.e. 0Hz. |
| DVC | Digital volume control (jog wheel) |
| DFT | Design for test (automatic insertion of test structures for production test) |
| DSP | Digital Signal Processing. |
| DWC | Digital Wireless Communicator |
| EEPROM | Electrically Erasable Programmable Read Only Memory (Non-volatile memory) |
| FE | Front-end, e.g. FE2, FEcic, FE3 |
| FSM | Finite State Machine. |
| HF | High-Frequency |
| HP | High-Pass |
| I2S ($I^2S$) | Inter-IC Sound protocol, see [3] |
| IIS | Same as I2S ($I^2S$) |
| IP | Intellectual Property. Parts of the design acquired from another company. |
| LF | Low-Frequency |
| LP | Low-Pass. |
| MCU | Micro Controller Unit (V8) |
| MIB bus | Modular Interface Bus (AMBA APB protocol), V8 peripheral bus, V8 bridge is master. |
| MMI | Man-Machine Interface |
| PGA | Programmable Gain Amplifier. |
| SDM | Sigma-Delta Modulator |
| SNR | Signal-to-noise Ratio. |

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| ZEN | Jump3 User Guide<br>1.7 List of abbreviations [tgl] | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

| Abbreviation | Description |
|---|---|
| *FIXME* | *Indicates information that will be added in a later revision of the documentation.* |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| ZEN | 2.1 System Diagrams [tgl] | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

# 2 System Overview [tgl]

The main new features compared to the Jump2b chip set with direct end-user benefits is the addition of three algorithms: adaptive multi-band directionality, automatic control of directionality modes, and narrow-band noise reduction combined with Synchro (part of VoiceFinder).

The IFU (interface unit), which was developed in the Lego2 project is included in Jump3. The main tasks of this module are:

- Communication with the external EEPROM.
- Communication with the Hi-Pro (or Noah Link).
- Handling of buttons & switches.
- Configuration of DSP modules.

The IFU is controlled by a microcontroller, which can be re-programmed after the chip has been fabricated. E.g., features such as Data Logging (*5.16*), or a new button behavior may be implemented as an upgrade to the firmware running on the microcontroller.

The way the chip is configured has changed drastically compared to Jump2b. There is no longer a one-to-one relationship between the EEPROM and the on-chip memory (RAM). The EEPROM usage has increased dramatically from 256 x 7 bits = 1792 bits in Jump2b to an estimated 10,000 bytes = 80,000 bits (~45 times!, incl. "data logging" and "auto adaptation manager"). FIXME: update numbers according to final Zen/Syncro firmware.

This large memory map is specified using a custom-developed tool, which serves as a common understanding of the functionality of the chip among IC-, DSP-, and SW-developers. This tool will also be used by the Fusion project. The memory map is an important part of (understanding) the development specification, *see 2.2 page 34*.

## 2.1 System Diagrams [tgl]

### 2.1.1 DSP

The system diagram of the Jump3 DSP functionality is shown in *figure 13*. The DSP modules are configured via the configuration bus, which is under control of the IFU (interface unit) illustrated in *figure 14*.

The connections to the front-end are illustrated in more detail in *figure* 15.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| ZEN | Jump3 User Guide<br>2.1 System Diagrams [tgl] | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

Figure 13: Diagram of Jump3 digital signal processing – *see description in fig. 26 on page 42.*

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| ZEN | Jump3 User Guide<br>2.1 System Diagrams [tgl] | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

Figure 14: Overview of IFU (InterFace Unit) – *see description in fig. 56 on page 83.* The two white hexagons on the V8 and the MIB_CFG modules indicate that they are the bus master.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



### 2.1.2 FE3

Figure 15: Overview of FE3 signal path (highlighted) and main components.

### 2.1.3 FEcic

Figure 16: FIXME: Diagram of Jump2 FEcic – jump3dsp connections.

### 2.1.4 EEPROM power supply

FIXME: Show in details how the voltage doubler drives both the EEPROM and the pads on the DSP.

Figure 17: EEPROM power supply.

## 2.2 Memory management (memory map) [tgl]

The non-volatile memory (EEPROM) space has been increased to 128Kbit – a 64 times increase compared to Jump2b. In addition, the memory space is reorganized, such that there is no longer a one-to-one correspondence between the EEPROM space and the configuration memory (RAM) for the DSP part. The settings for each DSP module are stored in local registers in each block as opposed to Jump2b where all settings where stored centrally.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

The memory management used in Jump3 is similar to that developed in the Lego2 project, *see Error! Reference source not found.*.

Figure 18: Mechanisms of memory access in Jump3.

### 2.2.1 EEPROM layout

The EEPROM is divided into a number of segments as indicated in *figure 20* (left). The first part of the EEPROM does not belong to a segment, but is reserved by the system. The first four segments (TRIM, CONFIG, INSTR, PARAM) are used for storing settings that are later to be transferred to the on-chip memory (RAM). The remaining segments are used for storage of information, which does not have a relation to the RAM, such as device ID (serial number, firmware version, etc.), or audiology information (age, hearing threshold, etc.).

The on-chip RAM segments and their usage is shown in *figure 19*. Notice the distinction between program-*independent* settings in the CONFIG segment, and the program-*dependent* settings in the PARAM segment. The combined setting of the chip consists of applying the contents of the TRIM & the CONFIG segments, as well as the desired part of the PARAM segment, e.g. "Program 1". Thus, if more programs are added, the EEPROM usage only grows with size of the PARAM part. However, it is still possible to make settings in the CONFIG segment part of a program, thus trading in EEPROM space for flexibility in the contents of a program (this was actually done in Zen/Syncro).

| Segment | Usage | Protected by default |
|---|---|---|
| TRIM | Trim & calibration codes, e.g. front-end RAM (and possibly also EEPROM latches). | No |
| CONFIG | Program independent settings, e.g. Synchro coefficients. | No |
| INSTR | Firmware and firmware settings. | No |
| PARAM | Program dependent settings, e.g. volume setting. | No |

Figure 19: Overview of (RAM) segments and their usage and default protection mode.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

| ZEN | Jump3 User Guide<br>2.2 Memory management (memory | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

The right part of *figure* 20 shows more details of "Program 1"

EEPROM
EEPROM
Sys
RAM+EEPROM
EEPROM
0x0000 128 N/A Boot program
0x0080 64 N/A Segment table (16 segments)
0x0100 16 TRIM Trim codes (EE trim+cal)
0x0200 304 CONFIG HA setup (program independent)
0x0400 4096 INSTR Firmware
512 Program 1
0x1400 512 PARAM Program 2
512 Program 3
512 Program 4
0x1400 0x00 prg1_setting_a1
0x1401 0x01 prg1_setting_a2
0x1402 0x02 prg1_setting_a3
PARAM
0x1410 0x10 prg1_setting_b1
0x1411 0x11 prg1_setting_b2
0x1412 0x12 prg1_setting_b3

Figure 20: *Example* of EEPROM layout with various segments. A program consists of blocks of settings for individual modules, e.g. module "A" and module "B".

### 2.2.2 Mapping from EEPROM to RAM

*Figure 21* shows the mapping between the EEPROM (*fig.* 19) and the RAM. Note that all programs map to the same place in the on-chip RAM.

RAM
EEPROM
TRIM
CONFIG
INSTR
PARAM
0x4800 setting_a1
0x4801 setting_a2
0x4802 setting_a3
0x4900 setting_b1
0x4901 setting_b2
0x4902 setting_b3
Sys
RAM+EEPROM
EEPROM
0x0000 128 N/A Boot program
0x0080 64 N/A Segment table (16 segments)
0x0100 16 TRIM Trim codes (EE trim+cal)
0x0200 304 CONFIG HA setup (program independent)
0x0400 4096 INSTR Firmware
512 Program 1
0x1400 512 PARAM Program 2
512 Program 3
512 Program 4

Figure 21: *Example* of mapping from external EEPROM to on-chip RAM. Note that all programs map to the same place in the on-chip RAM.

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc
36/138

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM003995



| Jump3 User Guide 2.2 Memory management (memory | Cell: | jump3 |
| --- | --- | --- |
| | Version: | 15-Dec-06 09:12 |
| | Designer: | tgl et al |

### 2.2.3 Memory Map

The memory map is specified using a custom-developed tool written in object-oriented Perl. This specification is used to generate a number of outputs, e.g.:

- Tree view of RAM (*see figure 22+23*).
- Tree view of EEPROM (*see figure* 24).
- XML file used for software drivers (Lego2API).
- Verilog code for address decoding logic.
- Verilog & assembler constants used for firmware & testing.
- Generation of EEPROM image.
- Automated tests, e.g. memory map test.

The memory map specification also contains information on how raw register settings are interpreted, *see figure 23*. This information is part of the XML file, and is automatically included in the software API (Lego2API).

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc

37/138

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM003996

| ZEN | Jump3 User Guide<br>2.2 Memory management (memory | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

Memory Map (RAM): Jump3
cfg_bus [Configuration bus (RAM)]
mic_1
mic_2
adir [Adaptive sub-band microphone directionality + mic gain match]
filter_bank [Filter bank]
noise_reduction [Noise reduction]
compressor [Compressor settings]
synchro [VoiceFinder]
sine_gen [Sine Generator]
input_output_mux
clock_man [Controls clock power management]
pcm [PCM interface to Bluetooth]
snooping [Snooping/Live Spectra]
sw [Software RAM registers]
i2s [I2S interface]
fe_trim [Front-end EE-latches and calibration RAM]
fe [Front-end EE-latches and calibration RAM]
apb_src [APB streaming source (via MCU)]
apb_sink [APB streaming sink (via MCU)]
rbh [Reset Boot Handler]
clear_b [Clear_b control for dspu_core]
Created on Thu Feb 19 08:55:21 2009

Figure 22: Memory map tree view (RAM) [1].

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc

38/138

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM003997

cfg_bus [Configuration bus (RAM)]
- mic_1 [Microphone channel 1 (decimation filter+LF suppress)]
- mic_2 [Microphone channel 2 (decimation filter+LF suppress)]
- adir [Adaptive sub-band microphone directionality + mic gain match]
- dir_detect [Detectors (windnoise, level, spnr) for the adir module used by Ma
- filter_bank [Filter bank]
- band_gain_sum [Gain in each band and summation of bands into channels.]
  - gain_setting [jump3.cfg_bus.param]

| description | Gain in each band |
|---|---|
| addr_seg | 0x1600 |
| cfg_sel | cfg_sel[0] |
| size | 19 |

  - gain_s [Gain setting in each band, speech mode]

| rows x cols | 1 x 9 |
|---|---|
| addr win/seg | 0x0000/0x1600[6:0] wl=7 (rw) |
| default value | 0x00 (0 dB) |
| legal range | [0:127] |
| value_func | V=-N*0.5 dB<br>N=-V*2 |
| value_map | 127: -INF dB |

  - gain_c [Gain setting in each band, comfort mode]
  - int_pol_mode [Interpolation source and override]

| addr win/seg | 0x0012/0x1612[1:0] wl=2 (rw) |
|---|---|
| default value | 0x00 (force speech ) |
| legal range | [0:3] |
| string_map | 0: force speech<br>1: force comfort<br>2: synchro.is<br>3: adir.omni_fader |

- noise_reduction [Noise reduction]

Figure 23: Memory map tree view (RAM) expanded with details on address & interpreted value conversion [1].

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

| ZEN | Jump3 User Guide<br>2.2 Memory management (memory | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

Memory Map (EEPROM): jump3
ee_bus [External EEPROM]
trim [Trim code segment]
config [HA configuration segment, style dependent]
instr [Instruction segment]
param [HA parameter segment, program dependent]
dev_id [Device ID segment]
sw_id [Software ID segment]
prod_id [Production ID segment]
aud [Audiology segment]
log [Data logging segment]
reserved_1 [Reserved]
reserved_2 [Reserved]
reserved_3 [Reserved]
debug_head [Debug head segment]
debug_main [Debug main segment]
debug_tail [Debug tail segment]
Created on Thu Feb 19 08:55:25 2004

Figure 24: Memory map tree view (EEPROM) [1].

### 2.2.4 Accessing Memory

The memory is accessed using the symbolic names (attributes, *see section 1.6.1*) defined in the memory map (raw addresses are reserved for IC designers). This makes it easier to control the chip, and it is much more safe. The only exception to this, it when the first EEPROM image is written with the WriteRaw command to address 0, but this will normally only happen at production time.

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc

40/138

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM003999





Figure 25: Snapshot of JumpCom3 low-level "fitting" software [13].

### 2.2.5 Memory Map Groups vs. Block Diagram





CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004000



| Memory map group | Diagram | Description |
|---|---|---|
| adir | ADIR | Adaptive directionality algorithm incl. microphone matching |
| afb | AFB | Anti-feedback algorithm (dynamic feedback cancellation). |
| apb_sink | N/A | AMBA peripheral bus sink (debugging). |
| apb_src | N/A | AMBA peripheral bus source (debugging). |
| band_gain_sum | band_gain_sum | Gain in each band (fixed gain + NR attenuation) and possible summation to fewer than 8 channels. |
| clear_b | N/A | Control of zero-input to various DSP modules (to clear data path). |
| clock_man | N/A | Clock/Block power management, i.e. turn off clock to individual blocks and/or override idle-gating. |
| compressor | Compressor AGC | Compressor system and output AGC. |
| ddc | DD conv. | DD converter, gain boost, DC-cut filter, mute, token watchdog. |
| dir_detect | DIR detect | Environment detection algorithm for ADIR automatics: Windnoise, level estimator, SpNR (speech-to-noise ratio). |
| fe | Jump3fe/FEcic | Front-end RAM settings. |
| fe_trim | Jump3fe/FEcic | Front-end EEPROM latch settings (trim codes). |
| filter_bank | FilterBank | Filter bank coefficient set (Jump1 or Jump2). |
| i2s | I2S | I²S audio streaming setup. |
| ifu | IFU | Misc. firmware version info, MCU/PIF message box+window, misc. FW info+setup. |
| input_output_mux | mux-adder before filterbank & before (O)AGC. | Control of input & output multiplexer and PCM/I2S audio streaming. |
| mic_1 | decimate (1/front) | Microphone channel 1 (front) decimation/resampling filter, DC-cut filter, gain adjustment, LF-suppression filter. |
| mic_2 | decimate (2/rear) | Microphone channel 2 (rear). Same as mic_1. |
| mif | N/A | Mechanical interface setup (debounce time, pull-up/down, etc.) |
| mmi | firmware | Man-machine interface setup. |
| noise_reduction | Noise Reduction | Noise Reduction algorithm setup. |
| pad_setup | N/A | Miscellaneous setup of pads (debug outputs, pull, pad swapping, etc.). |
| pcm | PCM | PCM audio streaming. |
| rbh | N/A | Reset Boot Handler (firmware error register). |
| sine_gen | SineGen | Sine generator & tone player. |
| snooping | N/A | Setup of snooping, read-back of level estimators and all state information. |
| sw | N/A | Fitting software register (only works on rev. A). |
| synchro | Synchro | Synchro/Adapto/Voicefinder algorithm setup. |
| sys | firmware | Firmware settings. |

Figure 26: Legend of DSPU overview diagram in *fig. 13.* (Correspondence between memory map groups & DSPU diagram).

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



### 2.2.6 EEPROM Content Distribution

Figure 27: *Estimate* of distribution of contents in the EEPROM for Zen. FIXME: OUT OF DATE!!!

### 2.2.7 Supported EEPROM types [mol]

FIXME: table of ST+Atmel 64k, 128k, 256k (other brands/sizes may work also).

| Vendor | Part [packaged, die] | X [um] | Y [um] | Area [mm$^2$] | Price [USD] | Notes |
|---|---|---|---|---|---|---|
| Atmel 0.35 | AT24C128, AT35523 | 1575 | 2114 | 3.33 | 0.55 | "Available Q402" |
| ST | M24C128BT | 2715 | 1660 | 4.51 | 0.55 | Qualified 2002W43 |

| Vendor | Part [packaged, die] | X [um] | Y [um] | Area [mm$^2$] | Price [USD] | Notes |
|---|---|---|---|---|---|---|
| Atmel 0.35 | AT24C64, AT35525 | 1575 | 1652 | 2.60 | | Available Q402 |
| ST | M24C64 | 2265 | 1215 | 2.75 | | Qualified |

| Vendor | Part [packaged, die] | X [um] | Y [um] | Area [mm$^2$] | Price [USD] | Notes |
|---|---|---|---|---|---|---|
| Atmel 0.35 | AT24C256, AT35522 | 1575 | 3024 | 4.76 | | Available Q402 |
| ST | ? | | | | | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| ZEN | 2.3 Jump3 Hybrids [tgl] | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

Figure 28: FIXME: EEPROM compatibility table.

## 2.3 Jump3 Hybrids [tgl]

| | Fig. | X [μm] | Y [μm] | Z [μm] | V [$mm^3$] | RC | Analog VC | LED | chip_id |
|---|---|---|---|---|---|---|---|---|---|
| Zen/Syncro CIC | 30 | 4675 | 3850 | 2000 | 34.2 | No | No | No | No |
| Zen/Syncro ITE/BTE | 31 | 6600 | 4300 | 1900 | 53.9 | No | No | No | No |
| Steam CIC | | | | | | | | | |
| Steam ITE | | | | | | | | | |

Figure 29: Overview of Jump3 hybrid amplifiers (size + main features).

### 2.3.1 Zen/Syncro CIC

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

| ZEN | Jump3 User Guide<br>2.3 Jump3 Hybrids [tgl] | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

IC1
IC2
IC3
IC4

BATTM1
RECOUTP1
C5
MICIN1
C2
C3
C4
VREG
RECOUTM1
C1
BATTP1
AGND1
CLK1
DATA1

Figure 30: *Draft* of Zen/Syncro CIC hybrid amplifier. *Top*: 3D view, *Left*: top view, *Right*: bottom view. IC1: FEcic, IC2: DSP, IC3 *or* IC4: EEPROM. NOTE: Tentative!

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc

45/138

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004004



| ZEN | Jump3 User Guide<br>2.3 Jump3 Hybrids [tgl] | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

### 2.3.2 Zen/Syncro ITE/BTE

IC1
IC2
IC4
IC3
TELEIN2
REMOTE2
VBATP1
BATTP1
AGND1
MICIN2
MICIN1
VREG1
RECOUTP1
RECOUTM1
C5
C4
C3
C2
C1
C6
CLK1
DATA1
TELEIN1
REMOTE1
VCE1
VCB1
SW2

Figure 31: *Draft* of Zen/Syncro ITE hybrid amplifier. *Top*: 3D view, *Left*: top view, *Right*: bottom view. IC1: FE3, IC2: DSP, IC3 *or* IC4: EEPROM. NOTE: Tentative!

### 2.3.3 Steam CIC, ITE, BTE, ...

FIXME. The Steam project requires the amplifiers to have soldering points for RC receiver coil.

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc

46/138

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004005

| ZEN | Jump3 User Guide<br>3.1 FEcic [tgl] | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

# 3 Analog features: front-end (FE) ICs [tgl]

Please refer to the FE3 diagram in *figure 15 on page 34* when reading this section.

## 3.1 FEcic [tgl]

Most of the analogue circuits for the front-end IC are coming from the LEGO project. This aimed at producing building blocks for several IC projects in the WDH, which means that the specifications for these building blocks have been influenced by 4 projects (Jump2, Nabla, Alaska, Gamma2).

### 3.1.1 FEcic diagram

Oscillator
Vreg
Vref
Front-End
Sigma-Delta ADC
Bias Generator
Voltage Doubler
Remote Receiver

Figure 32: Diagram of FEcic. FIXME: change overview of signal path only.

### 3.1.2 FEcic memory map

The memory map for the FE2cic is shown in the table below.

| | Bit |
|---|---|

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc

47/133

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004006

| DSP addr | FE addr | Type | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0x4000 | 120 | EE | | | | | | | | |
| 0x4001 | 121 | EE | | | | | | | | |
| 0x4100 | 122 | RAM | | | 0 | 0 | 0 | 0 | 0 | 0 |
| 0x4101 | 123 | RAM | | 0 | 1 | rc on [illegible] | free | | | |
| 0x4103 | 124 | RAM | HA code (Not used) | | | | | | | |
| 0x4002 | 125 | EE | | | | | free | | | |
| 0x4102 | 126 | HW | Chip ID | | | | | | | |
| 0x4104 | 127 | RAM | Alaska checksum (Not used) | | | | | | | |

| Attribute | Description |
|---|---|
| osctrim | Trimming of oscillator. Note that this attribute is accessed using two attributes. |
| biastrim | Trimming of bias current. |
| miccal | Trimming of microphone amplifier. |
| resettrim | Trimming of reset level. Code 0 to 6 is used for the trimming and code 7 disables the reset circuit, i.e., no reset is generated for low voltages. |
| rc_on | Turns on the remote control receiver. |

Figure 33: Description of attributes in FEcic memory map.

*Section 5.5 on page 86* describes how to access the memory on the front-end.

### 3.1.3 FEcic modules

#### 3.1.3.1 Microphone amplifier

The microphone amplifier was developed in the LEGO project from common specifications. An input-AGC around the microphone amplifier prevents clipping up to input levels of 110dB.

#### 3.1.3.2 Reset circuit

The functionality and the specifications for the reset circuit is more or less copied from the Jump1 front-end, which means that it senses the supply voltage to make sure the RAM contents as well as the maximum output level is under control at all battery levels and conditions. A reset pulse is applied whenever the supply voltage is below the predefined level. The reset level can be programmed in 7 steps (step size approximately 40mV) with a hysteresis of approximately 40mV. The reset circuit can also be turned off.

The reset level is trimmed from the vendor to have a reset level between 1.00V and 1.04V.

#### 3.1.3.3 AD-modulator

The AD-converter is a Sigma-Delta modulator, which is placed on the analogue chip. The modulator is based on an over-sampled 1-bit quantizer with noise shaping to reduce the noise in the low frequency region (0-6 kHz). The sampling frequency in the AD-modulator is 1.1MHz/2 = 550kHz, and the output is a continuous bit stream. A decimation filter on the

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| | Jump3 User Guide<br>3.2 FE3 [tgl] | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

DSP converts (*section 4.2*) these data into 18 bit data words with a sampling frequency of 17.2 kHz

The functionality and specifications for the AD-modulator are the same as in the Jump1 project.

### 3.1.3.4 Oscillator

The oscillator is a trimmable RC-oscillator residing on the front-end chip.

The demands from the Gamma2 project has led to increase the number of steps in the trimming network, since the Gamma2 communication protocol is asynchronous and hence relies on the matching of the clock-speeds. Today 7 bits are used for setting the clock frequency, this guarantees that the actual clock frequency is within ±1.25% of the target value.

The vendor trims the oscillator frequency to a frequency of 1.008MHz for jump2a/b, 1.048MHz for Gamma II, and 1.1MHz for Jump3.

### 3.1.3.5 Communication logic

The data transfer between the two chips is in serial form in order to minimise the number of pads and the required bondings.

The digital part on the front-end chip only consists of the EEPROM, registers for gain calibration and interface to the DSP-chip. The DSP communication protocol is described in *[2]*.

### 3.1.3.6 EEPROM

Although there is an EEPROM array on FEcic, this is not accessible using the Jump3 DSP.

## 3.2 FE3 [tgl]

### 3.2.1 FE3 diagram

Please also refer to the diagram in *figure 15 on page 34*.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



Figure 34: Diagram of FE3 analog amplifiers.

### 3.2.2 FE3 memory map

In order to preserve correspondence with the memory map of the FEcic as much as possible the following memory map is used for FE3. Default values for RAM is given in ().

The FE addresses refer to the address space of the front-end (and the old Jump2 platform), but they cannot be used directly in the new memory map of Jump3. The FE3 address space is remapped into the Jump3 DSP memory map in RAM regardless of the fact that some of the addresses are actually EEPROM latch locations (for the trim codes). The "EE" addresses are mapped into the "fe_trim" memory map group, whereas the "RAM" addresses are mapped into the "fe" group in JumpCom3.

*Section 5.5 on page 86* describes how to access the memory on the front-end.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| ZEN | Jump3 User Guide<br>3.2 FE3 [tgl] | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

| DSP addr | FE addr | Type | Bit 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0x4000 | 120 | EE | | | | | | | | |
| 0x4001 | 121 | EE | | | | | | | | |
| 0x4100 | 122 | RAM | | | | | | | | |
| 0x4101 | 123 | RAM | | | | | | | | |
| 0x4103 | 124 | RAM | | | | | | | | |
| 0x4002 | 125 | EE | | | | | | | | |
| 0x4102 | 126 | HW | Chip ID (rev A: 0x31=49, rev B: 0x32=50) | | | | | | | |
| 0x4104 | 127 | RAM | | | | | [illegible] (0) | gc_off [illegible] (1) | rc_off [illegible] (1) | agc_sync (1) |

***NOTE: "!!!" indicates that this bit will always be one when data is read back (but writing is OK).***

***NOTE: gc_off & rc_off are inverted with respect to FE2 & FEcic (gc_on, rc_on).***

| Attribute | Description |
|---|---|
| pd_ch1 | Powers down microphone amplifier 1 and A/D-modulator 1, i.e., microphone channel 1. |
| pd_ch2 | Same as pd_ch1, but for channel 2. |
| tele_dai_on | Connects either the telecoil amplifier or DAI input to the first microphone amplifier and at the same time forces a full attack in the input AGC. FIXME: elaborate on full attack (JOA). |
| agc_sync | The input AGC's in the 2 channels are synchronized when this attribute is asserted. |
| mic1_test_b | Connects the output of microphone amplifier 1 to the mic test pad (feFeOut). |
| mic2_test_b | Connects the output of microphone amplifier 2 to the mic test pad (feFeOut). |
| hist_en | Enables hysteresis in the reset circuit. |
| test_mode | Disables a 'full attack' when turning on either the tele amplifier or the ground converter. This is intended only for IC test. |
| vdob_detect_disable | Disables the voltage doubler detector. Debugging use only. |

Figure 35: Description of attributes in FE3 memory map. Please *see fig. 35 on page 51* for remaining attributes (FEcic).

### 3.2.3 New/changed modules in FE3 (compared to FEcic)

A number of modules are added to the FE3 compared to FEcic, e.g. another microphone channel, tele-coil amplifier, etc., see the overview in figure 11 on page 21. Some modules modified, and some were taken from other sources, *see figure 36 below.*

The EEPROM latch parity check functionality is partially described in *section 5.5 on page 86.*

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| Jump3 User Guide 3.2 FE3 [tgl] | Cell: | jump3 |
|---|---|---|
| | Version: | 15-Dec-06 09:12 |
| | Designer: | tgl et al |

| Module | Origin | Notes |
|---|---|---|
| Telecoil amplifier | Nabla2 rev. D | Better PSR. |
| TeleCal | FE2 | Modified with extra steps. |
| DAI switches | Nabla2 rev. D | Slightly modified. |
| Ground converter | Nabla2 rev. D | Support of DAI for high-gain HA. |
| A/D modulators | FEcic | |
| Reset circuit | FEcic | |
| Battery low circuit | FEcic | |
| Remote control receiver | FEcic | Improved version from rev. D. |
| AgcCaps (Mux20) | FEcic | Reduced area. |
| Digital part – admin | FE2 | Modified. |
| Digital part – agc controller | FE2 | Modified. |
| Digital part – init | FEcic | |
| Pads – Large (11x) | FE2 | |
| Pads – Mini (14x) | FEcic | |
| Pads – GSM mini (5x) | FEcic | |

Figure 36: Overview of origin of various modules of FE3. All other blocks are taken unchanged from FE2.

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc

52/138

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004011



# 4 Digital Signal Processing features

Please refer to the DSP diagram in *figure 13 on page 32* when reading this section.

## 4.1 Sampling frequency [tgl]

The target sampling rate of the Jump3 chip set is **17.2kHz** +/- 5%. This frequency corresponds to a 9% increase compared to previous Jump platforms. A larger increase is not possible without a major redesign of the front-end (especially FEcic). In addition, the cross-over frequencies in the filter bank would move too much (10% has been accepted by Audiology).

The sampling rate is derived from the system clock using the following formula: $f_s = f_{clk}/64$. Thus, the target system clock frequency is **1.100MHz** -/- 5%. The increase in clock frequency is obtained by trimming the same oscillator as used on the Jump2 platform to this new target.

It is therefore possible to retarget the oscillation frequency in the range of 1.000 to 1.100MHz to obtain compatibility with previous products or external devices. Consequences on production flow and logistics must, however, be considered carefully before choosing a clock frequency different from the target.

Functionality is included to run at **one half or one quarter of the normal sampling rate.** *Please refer to section 4.19 on page 80* for further information.

The newly designed **remote control decoder** works well at the new system clock, *see section 5.20 on page 96.*

| Feature | Attribute(s) |
|---|---|
| Clock frequency trimming | `fe_trim, fe_120.osctrim_msb` |
| | `fe_121.osctrim_lsb` |

## 4.2 Decimation (resampling) filter {mic_1, mic_2} [tgl]

The decimation filter converts the high-rate bit stream (1 bit @ $64*f_s$) from the front-end to an 18-bit PCM signal at nominal sampling rate ($1*f_s$). In addition, a number of adjustable filters are built into this module.

The Jump2b resampling/decimation filter has a HF roll-off characteristic optimized for the 7-band filter bank of the Jump2 platform, i.e. it doesn't damp high frequencies well. Thus, aliasing would occur if the Jump2 filter had been used with the 9-band Jump3 filter bank. Therefore, a modified Lego2 decimation filter is employed on Jump3 (modifications: no AGCC, lower bit precision, extended/adjustable HF roll-off characteristics).

LF suppress from Jump2b has been reused (Jumpo IIR filters). The 4th-order IIR filter has a cut-off frequency of either 129Hz or 215Hz ($f_s$=17.2kHz).

The decimation filter has three different HF roll-off types, see `biq_lp_mode_sel` and *figure* 37.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| | Jump3 User Guide<br>4.2 Decimation (resampling) filter | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

The gain reduction setting (`mic_1.gain_sel`) is normally used to reduce the gain by 6dB as a work-around to an overflow bug in ADIR (*see section 4.3 on page 56 & 12.2 on page 121*).

The new decimation filter makes (most of) the anti-aliasing filters in the PCM module redundant (*see section 5.19.1*).

These are the most important settings:

| Feature | Attribute(s) |
|---|---|
| Adjustable LF roll-off | `mic_1.dc_cut_off_sel` |
| Adjustable HF roll-off | [illegible] |
| Adjustable LF suppress | `mic_1.lf_suppress` |
| Adjustable gain reduction | [illegible] |

### 4.2.1 Frequency response & group delay

The three different HF roll-off responses are shown in *figure 37.*

Filter 2 has the highest -3dB frequency, but has the most mid-frequency dip. Filter 3 gives the best anti-aliasing performance. Filter 1 is chosen in Jump3, since it gives the most extended frequency range when used with transducers. FIXME: is this still true after AFB problems?

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| ZEN | Jump3 User Guide<br>4.2 Decimation (resampling) filter | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

Figure 37: Frequency response of decimation filter with three different (biq_lp_mode_sel=1,2,3) HF roll-off filter types ( (1=$f_s$/2).

Group delay
Normalized frequency

Figure 38: Group delay of the decimation filter (biq_lp_mode_sel=3, lf_suppress=0, dc_cut_off_sel=0).

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.katenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc

55/138

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004014



Jump3 User Guide
4.3 Adaptive Multi-band Directionality
Cell: jump3
Version: 15-Dec-06 09:12
Designer: tgl et al

Figure 39: Frequency response of LF-suppress filters ($f_c$ = 120/200Hz @ fs=16kHz.)

## 4.3 Adaptive Multi-band Directionality {adir} {ksp}

adir.cardioid_hl2

### 4.3.1 FIXME: see ADIR doc here:

http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/dspsim_doc/develop/design/blocks/adir/doc/

| | |
|---|---|
| "parameters to adir" | bottom up description |
| "directionality on the jump 3 platform" | top down description |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

### 4.3.2 Microphone matching & gain trimming

### 4.3.3 Microphone matching & EEPROM

### 4.3.4 Automatic switch of directionality

### 4.3.5 Level detector

### 4.3.6 SpNR detector

### 4.3.7 Wind Noise detector

### 4.3.8 Fading decision is performed in the V8 micro controller

FIXME: See also *9.8 How to use Live Monitor* in JumpCom3 *on page 110.*

## 4.4 Input Multiplexer {input_output_mux} [tgl]

The task of the input multiplexer is simply to select the input to the filter bank (*4.5*) from either the ADIR module (*4.3 on page 56*) or the sine generator (*4.17 on page 73*). Furthermore, the two sources may be mixed (with saturation in case of overflow).

It is also possible to apply the signal of the sine generator directly to the DD-converter output by using the output multiplexer, *see section 4.11 on page 66.* However, it's normally best to select the sine generator in the input multiplexer, such that the signal level is adjusted similarly to the normal microphone input signal.

| Feature | Attribute(s) |
|---|---|
| Select filter bank input from these sources:<br>ADIR<br>SineGen<br>ADIR+SineGen | input_output_mux.mux_sel_in |

## 4.5 Filter Bank {filter_bank} [tgl]

The filter bank splits the signal into 9 frequency bands. It operates on the signal coming from the Input Mux (*see section 4.4*). The 9 frequency bands may be damped individually in the `band_gain_sum` module (*see section 4.6*).

The filter bank from Jump2b has been extended from 7 to 9 bands, such that the bandwidth is extended. The significance of band 9 may be limited due to

- steeply rising noise in the A/D modulator
- HF roll-off in the DD-converter

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE