

| ZEN | Jump3 User Guide | Cell: | jump3 |
| | 4.5 Filter Bank {filter_bank} [tgl] | Version: | 15-Dec-06 09.12 |
| | | Designer: | tgl et al |

- acoustic limitations

However, it may still improve the subjective sound quality.

The delay through the linear-phase filter bank is 53 samples corresponding to a physical delay of 3.1ms @ $f_s$=17.2kHz. The depth of the filter bank (stop-band damping) is about 35-40dB.

The Jump3 DSP supports both the JUMP1 (*fig. 41*) and the JUMP2 (*fig. 42*) filter coefficients. The latter has 6-8dB better stop-band rejection, but the pass-band responses are identical. However, the Zen/Syncro hearing aid will not use the JUMP2 coefficients, because it gives some unwanted dips in a tone sweep measurement.

The table below lists the center- and crossover frequencies of the filter bank at various sampling rates, see *figure 40*.

The structure of the original DigiFocus (Jump1+2) filter bank is described in *[22]*.

| Channel | f_s=17.2kHz | | | f_s=8.6kHz | | | f_s=16kHz | | |
| | Low [Hz] | High [Hz] | Center [Hz] | Low [Hz] | High [Hz] | Center [Hz] | Low [Hz] | High [Hz] | Center [Hz] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 537 | 269 | 0 | 269 | 134 | 0 | 500 | 250 |
| 2 | 537 | 1.074 | 806 | 269 | 537 | 403 | 500 | 1.000 | 750 |
| 3 | 1.074 | 1.611 | 1.343 | 537 | 806 | 671 | 1.000 | 1.500 | 1.250 |
| 4 | 1.611 | 2.686 | 2.148 | 806 | 1.343 | 1.074 | 1.500 | 2.500 | 2.000 |
| 5 | 2.686 | 3.760 | 3.223 | 1.343 | 1.880 | 1.611 | 2.500 | 3.500 | 3.000 |
| 6 | 3.760 | 4.834 | 4.297 | 1.880 | 2.417 | 2.148 | 3.500 | 4.500 | 4.000 |
| 7 | 4.834 | 5.908 | 5.371 | 2.417 | 2.954 | 2.686 | 4.500 | 5.500 | 5.000 |
| 8 | 5.908 | 6.982 | 6.445 | 2.954 | 3.491 | 3.223 | 5.500 | 6.500 | 6.000 |
| 9 | 6.982 | 8.057 | 7.520 | 3.491 | 4.028 | 3.760 | 6.500 | 7.500 | 7.000 |

Figure 40: Filter bank center- and crossover frequencies.



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004017

| ZΞN | Jump3 User Guide | Cell: | jump3 |
| | 4.5 Filter Bank {filter_bank} [tgl] | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |



Figure 41: The 9 bands of the filter bank ($f_s$=16kHz) (**JUMP1** coefficients).

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004018



| | Jump3 User Guide | **Cell:** | jump3 |
|---|---|---|---|
| ZEN | 4.6 Band gain & summation | **Version:** | 15-Dec-06 09:12 |
| | | **Designer:** | tgl et al |



Figure 42: The 9 bands of the filter bank ($f_s$=16kHz) (JUMP2 coefficients).

| Feature | Attribute(s) |
|---|---|
| Jump1 / Jump2 filter coefficients | filter_bank.filter_type |

## 4.6 Band gain & summation {band_gain_sum} [tgl]

The main task of the band_gain_sum module is to apply a fixed gain factor to each band coming from the filter bank (see 4.5). In addition to the fixed gain factors, gain attenuation factors from the Noise Reduction module is taken into account (see 4.10). Note that there are 9 band inputs (from filter bank), but only 8 channel outputs (to the compressor). Band 8 and 9 are always added together (after application of gain). There are 8 attenuation factors coming from the Noise Reduction module, so filter bank band 8 & 9 both use NR attenuation factor for band 8.

The attributes below are described in the following sections:

| Feature | Attribute(s) |
|---|---|
| Gain setting table, band 1 - 9, speech mode | band_gain_sum.gain_s |
| Gain setting table, band 1 - 9, comfort mode | band_gain_sum.gain_c |
| Control of gain interpolation (Syncro is/ADIR omni/dir fader, fixed) | band_gain_sum.int_pol_mode |

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc



CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004019



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| **ZEN** | 4.7 Synchro/Adapto/VoiceFinder | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

### 4.6.1.1 Gain setting

The gain in each band can be adjusted in 126 steps of 0.5dB (up to 63dB damping). A band may also be completely turned off.

### 4.6.1.2 Noise reduction attenuation

The noise reduction module is able to damp up 31.75dB more than what is specified by the fixed gain setting (step size: 0.25dB). The maximum total damping (sum of gain setting and noise reduction attenuation) is saturated to 63dB. The current attenuation may be observed using `snooping.nr_att_out`.

### 4.6.1.3 Band summation (channel combination)

This module also combines (sums) bands into channels when setting up the system for fewer than 8 channels (`compressor.crossover`). NOTE: The gain from each band to each channel is 1.0 irrespective of the number of channels. This means that saturation may occur. (FIXME: check if FB sum<=1 always).

Band summation (channel combination) is described in *section 4.8.4 on page 64*.

*Section 4.8.2 on page 63* describes channel coupling in the compressor.

### 4.6.1.4 Synchro/ADIR gain interpolation

As in Jump2b, the applied gain can be interpolated between the "speech" setting and the "comfort" setting depending on the `snooping.synchro.is` signal (*see 4.7*). The interpolation now happens in one or more steps of 0.5dB (the step size of Jump2b is 0.07dB – 6dB depending on gain setting).

It is also possible to use the ADIR fader omni gain setting for the interpolation (most significant bits). This may be used to change the gain depending on being in "omni" or "dir" mode, which is useful because the maximum gain without feedback is lower in "dir" mode.

The applied gain may be locked in either the "speech" or the "comfort" setting (`band_gain_sum.int_pol_mode`).

## 4.7 Synchro/Adapto/VoiceFinder {synchro} {tka}

Jump2b documentation:

http://techdoc.kitenet.com/ic-
design/projects/zen/jump3dsp/dsp/contrib/jump2/synchro_adapto/

### 4.7.1 VoiceFinder update

FIXME: TKA: "Mht. til den "nye" Voicefinder så findes der ingen dokumentation på den meget lille ændring der blev foretaget, og det er nok uheldigt. Det blev lavet som et rent IC-fix, som "forhåbentlig virkede og som skulle kunne disables", men som ikke måtte koste mig tid på det tidspunkt. Problemet er at dokumentationen på den originale Voicefinder er ret begrænset (nogen pdf-filer som jeg ikke kender oprindelsen af). Hvis vi kan finde kildekoden


CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004020

| ZEN | Jump3 User Guide | **Cell:** | jump3 |
|---|---|---|---|
| | 4.8 Compression system {compressor} | **Version:** | 15-Dec-06 09:12 |
| | | **Designer:** | tgl et al |

til den dokumentation, vil jeg gerne påtage mig at tilføje dokumentationen af ændringen, men hvis hele Voicefinder blokken skal dokumenteres, så må Christian snakke med Lars Skovbye om at skaffe mig (eller en anden?) tid til det."

# 4.8 Compression system {compressor} [tgl]

The task of the compression system is to limit the dynamic range of the signal. The compression system is similar to Jump2b. However the two compressor channels (HF and LF) in Jump2b have been extended to 8 channels. This means that the compression can be more individually fitted to the hearing impaired.

The compressor is based on an input-gain table to define the input-output characteristic. On the input axis the gain values are defined in 6dB steps to simplify the IC implementation. A pseudo-RMS detector with adjustable attack- and release time estimates the signal level before looking up the gain value in the gain table, *see figure 43*.

Each compressor channel's gain table contains 18 values in both "speech" and "comfort" mode. Thus, the limitations of Jump2b in "comfort" mode have been eliminated. Although, the compressor is usually used to compress the signal it is also possible to have expansion. This may be used a sort of **soft-squelch** at low input levels.

The possible gain-change from one point to the next in the compressor table is −7dB to +7dB

The gain tables and time constants are adjusted using memory map attributes similar to the following:

| Feature | Attribute(s) |
|---|---|
| Gain table, channel 1, speech mode | compressor_gain_s_ch1 |
| Gain table, channel 8, comfort mode | |
| Attack time, channel 8, speech mode | compressor_att_rel_time_s_ch8_att_time |
| Release time, channel 8, speech mode | |
| Detector senses before/after volume control (channel 1) | compressor_mode_ch1 |





Figure 43: A single compressor channel (comfort *or* speech mode).



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004021



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| **ZEN** | 4.8 Compression system {compressor} | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

## 4.8.1 Synchro/ADIR interpolation (comfort/speech mode)

### 4.8.1.1 Interpolation of gain tables

As in Jump2b, the applied gain in each channel can be interpolated between the "speech" setting and the "comfort" setting depending on the `snooping.synchro.is` signal, *see section 4.7 on page 61.*

It is also possible to use the ADIR fader omni gain setting (`snooping.adir_alpha_omni`) for the interpolation. This may be used to change the gain depending on being in "omni" or "dir" mode, which is useful because the maximum gain without feedback is lower in "dir" mode. *See section 4.3 on page 56.*

The applied gain may be locked in either the "speech" or the "comfort" setting (`compressor.misc.intpol_gain`).

### 4.8.1.2 Interpolation of time constants (attack/release time)

In contrast to Jump2b, the Synchro/ADIR interpolation includes the time constants (attack/release time), such that sudden jumps in level should be avoided when gradually moving between comfort and speech mode. The interpolation may also be locked in either "speech" or "comfort" mode (`compressor.misc.intpol_time`).

## 4.8.2 Channel coupling

To reduce the effect of frequency smearing the compressors can be coupled. This is achieved by adding a fraction of the two neighbor channels to the signal going to the RMS detector. Each channel has two neighbor-channel factors, one factor for the lower-frequency neighbor channel, and another for the higher-frequency neighbor channel. *See figure 44.*

The coupling factors can be selected from: 0dB, –6dB, –12dB, …, –84dB (the large range is required due to up to 40dB[*] difference in gain of two neighbor bands).

The channel coupling factors are the same in both speech/non-speech mode (no interpolation). They may be adjusted using these or similar attributes:

| Feature | Attribute |
|---|---|
| Coupling factor from ch3 to ch2 | `compressor_coupling_ch2_next` |
| Coupling factor from ch1 to ch2 | `compressor_coupling_ch2_prev` |
| | |

---

[*] 40dB is the "depth" of the filter bank (stop-band attenuation, and maximum gain damping).



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004022

Detector
Gain table
Volume
out
in
0, -6, -12, ... -60dB, -INF

Figure 44: Compressor channel coupling. Left: Three Jump2b compressors. Right: Three Jump3 compressors with channel coupling.

### 4.8.3 Multi-channel volume control

The gain range, volume step, and volume control (known from Jump2b) have been combined into a single gain/volume setting. It has 120 steps of 0.5dB = 60dB, which more than covers the previous range (37.5+18db=55.5dB). Furthermore, it is possible to adjust the volume individually for each channel (optional). This may be used to implement a kind of **static anti-feedback system** in super-power hearing aids, since the volume may be turned up more in certain channels where acoustic feedback will not happen.

The volume is controlled using these or similar attributes:

| Feature | Attribute(s) |
|---|---|
| Volume, channel 1 (or all channels) | `comoressor.volume_ch1` |
| Volume, channel 2 (depending on misc.volume_mode) | `compressor.volume_ch2` |
| | |
| Use single- or multi-channel volume | `compressor.misc.volume_mode` |

### 4.8.4 Channel combination

The channels may be combined such that less advanced systems can be made (e.g. 7 bands, 2 channels as in Jump2b). This is activated by setting the `compressor.crossover` register, which is a 7-bit register, where each bit indicates a crossover between two neighbor channels.

Examples:

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

| ZEN | Jump3 User Guide<br>4.9 Nivatim [tgl] | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

- 0b0000100 is a 2-channel system with crossover between band 3 & 4.
- 0b1111111 is a 8-channel system with crossover between all bands (default).

The verification has focused on the following configurations:

| # Channels | Crossover register | Channel frequency ranges (fs=16kHz) | |
|---|---|---|---|
| 8 | 0x7F | 0.0 – 0.5kHz | |
| | | 0.5 – 1.0kHz | |
| | | 1.0 – 1.5kHz | |
| | | 1.5 – 2.5kHz | |
| | | 2.5 – 3.5kHz | |
| | | 3.5 – 4.5kHz | |
| | | 4.5 – 5.5kHz | |
| | | 5.5 – 7.0kHz | |
| 4 | 0xAA | 0.0 – 1.0kHz | (1+2) |
| | | 1.0 – 2.5kHz | (3+4) |
| | | 2.5 – 4.5kHz | (5+6) |
| | | 4.5 – 7.0kHz | (7+8) |
| 2 | 0x02 | 0.0 – 1.0kHz | (1+2) |
| | | 1kHz - | (3+4+5+6+7+8) |
| 2 | 0x04 | 0.0 - 1.5kHz | (1+2+3) |
| | | 1.5kHz - | (4+5+6+7+8) |
| 2 | 0x08 | 0.0 - 2.5kHz | (1+2+3+4) |
| | | 2.5kHz - | (5+6+7+8) |
| 1 | 0x00 | 0.0kHz - | (1+2+3+4+5+6+7+8) |

Figure 45: Examples of different compressor channel combinations (compressor.crossover register).

### 4.8.5 Output AGC

The output AGC is also a part of the compressor. However, it is described in *section 4.18 on pag 77.*

## 4.9 Nivatim [tgl]

Jump3 does not support the Nivatim feature (slowing of compressor time constants above a certain level).

## 4.10 Noise Reduction {noise_reduction} [tkx]

FIXME


Noise Reduction.drl

Cut'n'paste from here:

FIXME: See also *9.8 How to use Live Monitor* in JumpCom3 *on page 110.*

*//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc*
*http://techdoc.kinet.com/e-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc*

65/138

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004024

|  | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 4.11 Output Multiplexer | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

## 4.11 Output Multiplexer {input_output_mux} {tgl}

The task of the output multiplexer is simply to select the input to the output AGC (*4.18 on page 77*) from either the compressor module (*4.8 on page 62*) or the sine generator (*4.17 on page 73*). Furthermore, the two sources may be mixed (with saturation in case of overflow).

It is also possible to apply the signal of the sine generator at the filter bank input by using the input multiplexer, *see section 4.4 on page 57*.

| Feature | Attribute(s) |
|---|---|
| Select output AGC input from these sources: ADIR SineGen ADIR+SineGen | input_output_mux.mux_sel_out |

## 4.12 Gain Boost {ddc} {tgl}

Gain Boost is a feature intended to be used in super-power hearing instruments, where it may be used to create analogue-like clipping behavior to increase the MPO at the expense of sound quality. Up to 18dB extra gain (ref clipping level) can be applied.

Before the extra gain is applied the signal is first **upsampled 32 times** to the sampling rate of the DA-modulator in the DD-converter, *see figure 46 on page 67*. Thus, if clipping occurs due to the addition of gain boost, no aliasing artifacts will be created in the DA-modulator. Normally, very unpleasant and inharmonic tones appear when digital clipping occurs. Furthermore, **dithering** in the form of pseudo-random noise is added to the 1-2 least significant bits of the signal.

Unfortunately, applying more than 6dB extra gain creates unacceptable noise levels due to too few bits available from the compressor and in the DD-converter itself.

The following attributes controls the Gain Boost module:

| Feature | Attribute(s) |
|---|---|
| Enables upsampling to 64*f_s instead of 2*f_s. *Must* be set to 1 to use gain boost. | ddc.gain_boost_upsampling_en |
| Selects 0dB to 18dB gain with reference to normal clipping level. | ddc.gain_boost_gain_sel |
| Enables configurable DC-cut filter instead of "classic" DC-cut filter. *Must* be set to 1 to use gain boost. | ddc.dc_cut_filt_sel |
| Selects DC-cut filter response that corresponds (app) to the fixed "classic" filter when upsampling. *Do write filt_coeff.* | |


CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004025



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 4.13 DC-cut (high-pass) output filter | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |



Figure 46: Diagram of DD-converter with upsampling/interpolation filters, gain-boost module, and classic/configurable HP/DC-cut filters. TestScan16 is used for scanning a bit stream in/out.

### 4.12.1 32-times Upsampling/Interpolation Filter

The 32-times upsampling/interpolation filter first calculates two gradients, which are then used to do a two-segment linear interpolation between two values at the low sampling rate. The two gradients, INC1 and INC2, are calculated using the following formulae ($t$ refers to $2*f_s$):

$$\text{diff}(t) = x(t)\text{-}x(t\text{-}1)$$

$$\text{INC1}(t) = \text{-diff}(t)/8 + \text{diff}(t\text{-}1) + \text{diff}(t\text{-}2)/8$$

$$\text{INC2}(t) = \text{diff}(t)/8 + \text{diff}(t\text{-}1) - \text{diff}(t\text{-}2)/8$$

The upsampled values are then obtained using these formulae (now $t$ refers to $64*f_s$):

$$y(t) = x(t) \qquad , t = 0$$

$$y(t) = y(t\text{-}1) + \text{INC1} \qquad , t = 1...15$$

$$y(t) = y(t\text{-}1) + \text{INC2} \qquad , t = 16...31$$

## 4.13 DC-cut (high-pass) output filter {ddc} {tgl}

The **DC-cut filter** in the DD-converter (*see section 4.14 on page 70*) is now programmable. Consequently, the filter may be used to compensate for e.g. the receiver such as to make better use of the depth of the filter bank (40dB). The following attributes controls the operation of this filter, which is located just before the DA-modulator in the DD-converter, *see figure 46 on page 67*. Further information may be found in [25], [26].

| Feature | Attribute |
|---|---|
| Enables configurable DC-cut filter instead of "classic" DC-cut filter | `ddc.dc_cut.filt_sel` |
| Sets the DC-cut filter response | |
| Enables upsampling to 64*f_s instead of 2*f_s | `ddc.gain_boost.upsampling_en` |

When `ddc.dc_cut.filt_sel=1` the "classic" filter is disabled and a configurable DC-cut filter is employed. This filter can be used with or without upsampling to $64*f_s$ (1.1MHz for Zen/Jump3dsp). Upsampling is used in conjunction with the gain_boost feature (*see section 4.12 on page 66*), but may also be used to get less HF roll-off, since the upsampling

*//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc*
*http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc*



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004026



| ZΞN | Jump3 User Guide | Cell: | jump3 |
| | 4.13 DC-cut (high-pass) output filter | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

will reduce the comb filter effect of the sample-and-hold unit used without upsampling. The response is dependent on ddc.dc_cut.freq_sel according to the following formula:

$$H(z) = \frac{0 + z^{-1} - z^{-2}}{1 - (1 - 2^{-(16 - dc\_cut.freq\_sel)})z^{-1}}$$  EQ 1

The frequency axis should be scaled according to the following table:



| upsampling_en | DC-cut filter sampling frequency |
| --- | --- |
| 0 | 2*fs |
| 1 | 64*fs |

Figure 47: Sampling rates for DC-cut filter.

ddc.dc_cut.freq_sel and ddc.gain_boost.upsampling_en can be varied according to fig. 48, which shows the -3dB frequencies etc. as a function of ddc.dc_cut.freq_sel when ddc.gain_boost.upsampling_en=0. Figure 49 shows the same when ddc.gain_boost.sampling_en=1.

*To get the complete response of the DD-converter*, the response of the classic filter (see Figure 50) should be considered flat at low frequencies, and the response of the configurable DC-cut filter should then be superimposed on this "flattened" response.


CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004027

| ZEN | Jump3 User Guide | Cell: | jump3 |
| | 4.13 DC-cut (high-pass) output filter | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

| upsampling_en=0 (fs=2*17.2kHz) | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| 11 | 5 | 4 | 9 | 2 | 0.00 |
| 10 | 6 | 7 | 16 | 3 | 0.00 |
| 9 | 7 | 12 | 31 | 5 | 0.01 |
| 8 | 8 | 23 | 61 | 9 | 0.02 |
| 7 | 9 | 44 | 120 | 17 | 0.03 |
| 6 | 10 | 87 | 238 | 33 | 0.07 |
| 5 | 11 | 169 | 438 | 66 | 0.14 |
| | | | | |

Figure 48: DC-cut −3dB frequencies etc. as a function of ddc.dc_cut.freq_sel. when ddc.gain_boost.upsampling_en=0, ddc.dc_cut.filt_sel=1, f_s=1.1MHz/64=17.2kHz. IC default value indicated by yellow color. Red illegal range (due to too few bits). Blue indicates non-recommended range (due to gain peak).



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004028


| upsampling_en=1 (fs=64*17.2kHz) | | | | | |
|---|---|---|---|---|---|
| dc-cut.freq_sel | bits | -3dB [Hz] | -0.5dB [Hz] | Lxdp [Hz] | Max gain [dB] |
| 11 | 5 | 87 | 245 | 33 | 0.00 |
| 10 | 6 | 173 | 488 | 66 | 0.00 |
| 9 | 7 | 344 | 972 | 131 | 0.01 |
| 8 | 8 | 686 | 1,929 | 261 | 0.02 |
| 7 | 9 | 1,366 | 3,797 | 520 | 0.03 |
| 6 | 10 | 2,722 | 7,375 | 1,038 | 0.07 |
| 5 | 11 | 5,401 | 13,979 | 2,072 | 0.14 |

Figure 49: DC-cut −3dB frequencies etc. as a function of ddc.dc_cut.freq_sel, when ddc.gain_boost.upsampling_en=1 and ddc.dc_cut.filt_sel=1, f_s=1.1MHz/64=17.2kHz. IC default value indicated by yellow color, red illegal range (due to too few bits). Blue indicates non-recommended range (due to gain peak).

*FIXME: The cut-off frequencies are wrong for high cut-off frequencies due to increased pass-band gain (they are correct if the reference is 0dB, but a measurement relative to max amplitude will not yield the cut-off frequencies above).*

## 4.14 DD-Converter (DA Modulator) {ddc} {tgl}

The DD-converter converts the 16-bit signal coming from the output AGC into a 64*f_s bit stream that may be applied directly to a loudspeaker (receiver) using very short wires. The loudspeaker should be bandwidth-limited such that the quantization noise (*fig. 51*) is naturally removed – otherwise a filter must be used.

There are no changes in specifications or functionality relative to Jump1/Jump2b. The DA-modulator is a fourth-order Sigma-Delta modulator with an output sample rate of 64*f_s = 1.1MHz. The broadband signal-to-noise ratio in the 0-6.6 kHz range is better than 90 dB.

The **gain boost** module and the adjustable **DC-cut** filter are built into the DD-converter, but they are described elsewhere, see section 4.12 on page 66 & section 4.13 on page 67.

| Feature | Number(s) |
|---|---|
| These must be set to 0 to get the "classic" frequency response as described in this section. | ddc.dc_cut.filt_sel ddc.gain_boost.upsampling_en |


CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004029



| ZⱻN | Jump3 User Guide | Cell: | jump3 |
| | 4.14 DD-Converter (DA Modulator) | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

### 4.14.1 Frequency response & noise shaping

Note that the gain through the DD-converter is -2.53dB @ $0.3*f_s/2$, and that there is a significant HF roll-off due to limitation in the integrated interpolation filter. The -3dB HF frequency is $0.8081*f_s/2 = 7.0$kHz (relative to -2.53dB pass-band gain), thus this is the limiting factor for the bandwidth of the DSP.

The -3dB LF frequency is $0.0101236*f_s/2 = 87$Hz (relative to -2.53dB pass-band gain).

NOTE: The above numbers are valid for the "classic" DD-converter without the use of gain boost (*section 4.12 on page 66*) and DC-cut filter (*section 4.13 on page 67*).



Figure 50: DDC frequency response including interpolation filter & DC-cut filter (ddc.gain_boost_upsampling_en=0, ddc.dc_cut.filt_sel=0 [classic]). This response is identical to Jump2b.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004030



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 4.15 Output Driver(s) {pad_setup} [tgl] | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |



Figure 51: DDC noise shaping (beware that this figure is GAIN and not POWER, thus the dB scale is misleading).

## 4.15 Output Driver(s) {pad_setup} [tgl]

The purpose of the output driver is to help the DD-converter (4.14) drive a loudspeaker (receiver) with a low output impedance. The output driver was developed in the Lego2 project and has an output impedance of approximately 5ohms. Thus, it is not necessary to have more than one set of output drivers.

To minimize skew, the input to the output drivers are synchronized to either the positive or negative edge of the system clock. It turns out that using the *positive edge reduces the noise* from the AD-modulator in the front-end (slightly), since the AD-modulator samples on the negative edge (true even though the positive edge is much slower than the negative edge).

It is possible to access the output drivers directly using debug inputs, *see section 5.19.4 on page 96*.

For more details please refer to the block documentation [23].

| Feature | Attribute(s) |
|---|---|
| Selection of positive/negative edge-triggered output bit stream. | pad_setup_misc_da_edge_sel |
| Direct access to output drivers from debug inputs | pad_setup_misc_da_debug_enable |



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004031



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 4.16 Anti-feedback/Dynamic Feedback | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |



Figure 52: Internals of output driver dual pad.

## 4.16 Anti-feedback/Dynamic Feedback Cancellation (AFB/DFC) {afb} {mö}

DspSim phase 1 documentation: http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/dspsim_doc/develop/design/blocks/afb/doc/afb_phase1.doc

Jump2b documentation:



The AFB
algorithm.rtf

## 4.17 Sine Generator, Beeps & Melodies {sine_gen, input_output_mux} {tgl}

The control of the sine generator for beeping is improved and made very flexible. This enables a variety of programmable beeping sequences for battery-low, program shifts, etc. Further, tactility ticks can be implemented – e.g. for the volume control. The frequency range now covers the full bandwidth of the system. The sine generator signal can be applied both at the input to filter bank (as in Jump2b), but also at the input to the DD-converter, which facilitates the Automatic Vent Compensation feature, *see section 5.17 on page 95*.

*See also 9.5 How to Customize Beeps, Melodies, and Switches on page 107.*

### 4.17.1 Selecting the Sine Generator

The sine generator signal can be applied both at the input to filter bank (as in Jump2b), but also at the input to the DD-converter (Output AGC) using these attributes:

| Feature | Attribute(s) |
|---|---|
| Select filter bank input from these sources: | input_output_mux.mux_sel_in |
| ADIR | |
| SineGen | |
| ADIR+SineGen | |
| Select Output AGC input from these sources: | |
| Compressor | |
| SineGen | |



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004032

| ZEN | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 4.17 Sine Generator, Beeps & Melodies | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |



## 4.17.2 Selecting a Frequency

There are two ways of selecting the sine generator frequency.

- **Tone index:**
  This is the simplest way of accessing 83 preprogrammed tones (musical notes).
- **Custom:**
  A more complex system allowing many more tones to be specified.

A lookup table showing the information for preprogrammed tones can be found in *[27]*. The same spreadsheet contains formulas for calculating parameter values for custom tones.

NOTE: In order for a change in frequency to take effect, the sine generator must be turned off and on again.

### 4.17.2.1 Tone Index

Using the lookup table in *[27]* the tone index for the 83 preprogrammed frequencies can be found. For example, to generate a 1500 Hz tone, tone index 53 could be used. This would produce a tone at a frequency of 1479.98 Hz.

If the musical note "A" is required, tone index 8, 20, 32, ... 80 could be used depending on the octave. Each octave consists of the 12 notes: A, A#, B, C, C#, D, D#, E, F, F#, G, G#.

Note that tone index 127 is used to play the configurable custom tone, see below.

### 4.17.2.2 Custom Tone

It is possible to generate custom tones using the following attributes (all required):

- `sine_gen.gen_freq_lsb`
- `sine_gen.gen_freq_msb`
- `sine_gen.gen_seed_lsb`
- `sine_gen.gen_seed_lsb`

The spreadsheet, *[27]*, contains formulas for calculating parameter values for custom tones.

To use the custom tone, the tone index should be set to 127.

### 4.17.3 Setting the Amplitude

The amplitude is defined in relation to maximum digital level. The table in *[27]* lists the values in 3 dB steps from 0 to –96 dB. For example, to obtain a level of 12 dB below maximum digital output, the settings should be as follows:

- `sine_gen.gen_amp_msb` = 16
- `sine_gen.gen_amp_lsb` = 19

NOTE: In order for a change in amplitude to take effect, the sine generator must be turned off and on again.

*//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc*
*http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc*



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| ZEN | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 4.17 Sine Generator, Beeps & Melodies | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

WARNING: The amplitude should not be set higher than `gen_amp_msb`=63 and `gen_amp_lsb`=240 to avoid instability in the sine generator causing strange sounds (lower-frequency saw-tooth-like).

Setting `gen_amp_msb` higher than 63 is not possible, since the hardware register is only 6 bits wide. Moreover, the Lego2API will give an error if the range is exceeded. If, for some reason, the firmware writes a higher value, wrap-around will happen, e.g. 64/128/192 will become 0, 65/129/193 will become 1, ..., 127/191/255 will become 63.

### 4.17.4 Playing a Single Tone

Playing a single tone for a certain period of time or indefinitely is quite easy using these attributes in the given order:

| Feature | Attribute(s) |
|---|---|
| Status register should be zero before playing a tone. If not, set `sine_gen.play_tone_idx = 0`. | `sine_gen.status` |
| Duration of tone ... | `sine_gen.play_tone_dur` |
| Pause after tone is played. Same granularity as above. | `sine_gen.play_tone_pau` |
| ... | ... |

### 4.17.5 Playing a Tone Sequence (Melody)

It is also possible to play a sequence of up to eight tones using the same concepts of tone index, tone duration, and tone pause as described above. However, a different set of attributes are used (again the order is important):

| Feature | Attribute(s) |
|---|---|
| Status register should be zero before playing a tone. If not, set `sine_gen.play_tone_idx = 0`. | `sine_gen.status` |
| ... | ... |
| The tone sequence may be up to 8 times. 0: Play sequence once. 1: Play sequence twice. | `sine_gen.repeat_cnt` |


CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004034



| ZEN | Jump3 User Guide | Cell: | jump3 |
| | 4.17 Sine Generator, Beeps & Melodies | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

7. Play sequence 8 times.

Specifies the last tone in the sequence.

Specifies the first tone in the sequence and initiates playing the sequence.

`sine gen tone start`

if `tone start` > `tone end` the sequence wraps around at tone 8 and continues with tone 1 until `tone end` is reached.

### 4.17.6 Customizing Tone Duration & Pause

| Feature | Attribute(s) |
|---|---|
| Duration look-up table | `sine gen duration 1 - 4` |
| When playing a tone sequence the duration and pause of each tone can be chosen among these four values. The step size and range is the same as `sine gen play tone dur`, see section 4.17.4 on page 73. | |

### 4.17.7 Controlling the Sine Generator as in Jump2b (obsolete)

Although not recommended, it is still possible to use the sine generator as in Jump2b. To start playing the custom tone (section 4.17.2.2), both these attributes must be set to 1:

| Feature | Attribute(s) |
|---|---|
| Select the sine generator = 1 | `sine gen gen select` |


CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004035



| | Jump3 User Guide | Cell: | jump3 |
| | 4.18 Output AGC (Max Output | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

## 4.18 Output AGC (Max Output Protection / Hardware MPO) {compressor.oagc_*} [tgl]

The Output AGC is located as the last processing block before the signal is sent to the speaker via the DD-Converter. The block has two purposes:

- **Output AGC* (OAGC):**
  Reduce clipping artifacts caused by peaks of up to 18dB above clipping on the summed output of the 8-channel compressor.
- **Max Output Protection:**
  Optionally limit the signal level to below the clipping level. This may be used in cases where a very sensitive speaker/receiver is used, such that the output level is guaranteed to be below a certain level (lower than what the system is ultimately capable of).

### 4.18.1 Output AGC

The output of the compressor is a sum of up to 8 channels that can all attain a maximum value of +/-1 (0dB). Thus, the sum may be up to 18dB higher [20*log10(8*1)=18dB], which may lead to overflow (clipping). The output AGC tries to reduce this problem by decreasing the gain if the level is too high. The level detectors look at each audio sample in real time and *no averaging is performed*. Thus, the OAGC can be thought of as fast-acting compressor. It works in a similar way as the input AGC on the front-end, except that the OAGC uses symmetric (positive/negative) digital detectors, digital multiplication as well as a programmable delay line. By employing the delay line, the OAGC has some time to reduce the gain *before* clipping would have taken place. Note that clipping may still occur depending on the signal and/or the setting of attack/release time/level.

### 4.18.2 OAGC in details

*Fig. 53* shows a simplified block diagram of the OAGC together with the range and granularity for attack time ($T_{att/step}$, oagc_att_time), release time ($T_{rel/step}$, oagc_rel_time), attack level ($L_{att}$, oagc_att_lvl), release level ($L_{rel}$, oagc_rel_lvl), as well as look-ahead delay (oagc_delay_sel). Note that the attack/release time is *per gain step*. Fig 54 illustrates how the OAGC handles a sine wave that would have been clipped.

The gain is reduced by the gain step size (oagc_step_sel: 0.25dB, 0.5dB, 0.75dB, 1.0dB) when the level goes above the attack level. If, after $T_{att/step}$, the gain reduction did not cause the signal to be below the attack level the gain is again reduced by the gain step size.

If the level has been below the release level for an amount of time determined by the release time, the gain is increased by the gain step size.

---

* AGC: Automatic Gain Control

*//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc*
*http://techdoc.kttenst.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc*



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004036



| | Jump3 User Guide | Cell: | jump3 |
| ZEN | 4.18 Output AGC (Max Output | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |



Figure 53: Block diagram of Output AGC.



Figure 54: OAGC attack/release level, attack/release time, and OAGC controller states. The step size is exaggerated

*//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc*
*http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc*



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004037

|  | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 4.18 Output AGC (Max Output | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

### 4.18.3 OAGC pitfalls

#### 4.18.3.1 On/off

Turning on/off the OAGC is a little awkward. Use `oagc_gain_sel_max`, which controls the maximum gain reduction of the OAGC:

- OFF:   `oagc_gain_sel_max=0`
- ON:    `oagc_gain_sel_max>0`.

#### 4.18.3.2 Full attack/release

The time for a full attack/release (18dB) depends on the step size, oagc_step_sel (fs=16kHz):

| oagc_step_sel | Steps | Full attack/release [min] | Full attack/release [max] |
|---|---|---|---|
| 0.25dB | 72 | 4.500ms | 1148ms |
| 0.50dB | 36 | 2.250ms | 574ms |
| 0.75dB | 24 | 1.500ms | 383ms |
| 1.00dB | 18 | 1.125ms | 287ms |

### 4.18.4 OAGC recommendations

- Always set the release level lower than the attack level (starting point: 1dB difference).
- Set the attack time lower than the release time.
- Set the gain step size to 0.25dB to minimize artifacts.
- Set max gain reduction (`oagc_gain_sel_max`) to the maximum (-18dB) – otherwise unnecessary clipping may occur.
- Set the attack level relatively close to 0dB to avoid an overall gain reduction (starting point: -1dB).
- Don't set attack level = release level, as this will cause clicking artifacts because the gain is changed continuously.
- Don't set the release time too low, since this will cause the OAGC to work almost like a pure clipper/limiter.

NOTE: The functionality is undefined when ...
- the release level is higher than the attack level.
- the attack/release level is outside the specified range (-12dB).
- the max gain reduction (`oagc_gain_sel_max`) is outside the specified range (-18dB).

### 4.18.5 Max Output Protection / Hardware MPO

It is possible to use the OAGC to limit the maximum signal level on the output. This feature is also known as *Max Output Protection* an *Hardware MPO*. This is achieved by setting the attack level to a low value, e.g. -10dB (the release level must be set lower, e.g. -12dB). This will limit the maximum output level to *approximately* 10dB below the maximally possible for the hearing aid system.



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004038



| | Jump3 User Guide<br>4.19 Half-clock operation [tgl] | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

### 4.18.5.1 General fault protection

The Max Output Protection feature is intended to act as a protection against the following general fault sources:

- Algorithm
- Firmware
- Mars men (memory bit errors)

For this reason, the registers controlling the OAGC can only be written once to prevent possible runaway firmware to accidentally overwrite the registers. Thus, the OAGC must be configured using the EEPROM registers, which are then loaded at power-up.

Moreover, the registers employ parity bits to protect against noise/radiation. In case of a parity error the system is restarted, see *section 5.22 on page 97*.

## 4.19 Half-clock operation [tgl]

FIXME

FIXME: quarter clock ought to work, but care should be taken regarding aliasing.

| Feature | Attributes |
|---|---|
| Sampling rate adjustment | EEPROM: sys.clkrate (0=full clock, 16=half clock, 32=quarter clock) |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004039

| ZEN | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 5.1 Interface Unit (IFU) [tgl] | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

# 5 Other features

## 5.1 Interface Unit (IFU) [tgl]

FIXME


CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004040



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| ZEN | 5.1 Interface Unit (IFU) [tgl] | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |



Figure 55: Overview of IFU (InterFace Unit) – see description in *fig. 56*. The two white hexagons on the V8 and the MIB_CFG modules indicate that they are the bus master.



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004041

| ZEN | Jump3 User Guide | Cell: | jump3 |
|-----|------------------|-------|-------|
| | 5.1 Interface Unit (IFU) [tgl] | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

| Short name | Long name | Verilog name | Description |
|------------|-----------|--------------|-------------|
| MCU | Microcontroller Unit | ifu_mcu | |
| ...V8 | V8 micro processor | ifu_mcu_v8 | |
| ...bridge | V8 memory bridge | ifu_mcu_bridge | |
| ...IRQ ctrl | Interrupt controller | ifu_mcu_irq_ctrl | |
| ...power save | V8 power save unit | ifu_mcu_v8/pwr_save | |
| ...timer1+2 | V8 programmable timers | ifu_mcu_v8/vtimer | |
| MMU | Memory Management Unit | ifu_mmu | |
| MIB_CFG | MIB-CFG bus bridge | ifu_mib_cfg | |
| doubler_ctrl | Voltage Doubler OK control register | (ifu glue logic) | |
| PIF | Programming Interface | ifu_pif | |
| DAI detect | Direct Audio Input detector | ifu_dai_detect | |
| RBH | Reset-Boot Handler | ifu_rbh | |
| ...clk_gen | Clock generator | ifu_rbh_clk_gen | |
| ...cq_timeout | Global clock qualifier generator for timeouts (fast+slow) | ifu_rbh_timeout | |
| ...bat_low | Battery low controller | ifu_rbh_bat_low | |
| MIF | Mechanical Interface | ifu_mif | |
| pad_setup | Pad setup registers | jump3dsp submodules | |
| RC decoder | Decoder for Remote Control Receiver on FE | | |
| ADC decoder | Decoder for Volume A/D Converter on FE | | |
| FE_COM | Front-end communication controller | ifu_fe_com | |
| DSP | Digital Signal Processing Unit | dspu | |
| FE | Front-end (FEcie/Jump3fe) | N/A | |

Figure 56: Legend of IFU overview diagram in *fig. 55 and fig. 14*.

FIXME: more details on IFU internals, overview of following IFU-related sections.

## 5.1.1 Buses, Masters, and Bridges

### 5.1.1.1 Bus Masters

*Figure 55* shows that the IFU has two busses, each with a single bus master, which is indicated with a white hexagon:

| Bus | Abbr | Bus Master | Description |
|-----|------|------------|-------------|
| Modular Interface Bus | MIB | MCU (V8) | Internal IFU bus for MCU peripherals. |



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004042



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 5.2 PC communication [tgl] | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |



Only the MCU/V8 is able to access the MIB bus, and only the MMU (MIB_CFG) is able to access the CFG bus. However, the MCU/V8 may gain access to the CFG bus by issuing a read/write command to the MMU. Moreover, the PIF may gain access to the CFG via the PIF-MMU interface. NOTE: The MCU/V8 does not have direct access to the CFG bus, and thus it cannot directly access a DSP module connected to the CFG bus.

### 5.1.1.2 Bridges

There are two bridges in the system:

| Bridge | Description |
|---|---|
| MIB_CFG | Master of the CFG bus. The MMU goes through this module to access the CFG bus. The MCU/V8 may issue a read/write command to the MMU or directly to the MIB_CFG. If the latter is used, single-byte accesses may be "sneaked" in while the MMU is doing a burst from either EEPROM or PIF. |
| MCU RAM bridge | Master of the MCU/V8 RAM. Arbitrates access to the RAM between the V8 and access from CFG bus. |

### 5.1.2 MCU

### 5.1.3 PIF

### 5.1.4 MMU

### 5.1.5 Peripherals

FIXME: ifu_mif, ifu_fe_com, ifu_bat_low, ifu_dai_detect, ifu_rc_decoder, ifu_adc_decoder, ...

## 5.2 PC communication [tgl]

The communication with the PC FIXME: LEGO2, I2C, Hi-Pro, Noah Link.

I2C, ESI

See FIXME



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE    DEM004043



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 5.3 EEPROM communication [moi] | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

## 5.2.1 I²C communication speed

Figure 57 shows the maximum I²C serial clock frequencies for various parts of the communication chain from the PC to the Jump3 DSP. Although the EEPROM and the Noah Link is capable of running at 100kHz, the speed is limited by the I²C interface on the Jump3 DSP at 69kHz, due to the IP block and the 1.1MHz system clock. However, the Hi-Pro is by far the slowest part of the chain, especially because it has a high latency before actually starting the communication.

| | Hi-Pro | Noah Link | EEPROM | Jump3 DSP |
|---|---|---|---|---|
| Max. I²C bit clock frequency | 17kHz | 100kHz | 100kHz | (1.1MHz/2)/8=69kHz |

Figure 57: Table of nominal serial (I²C) clock frequencies for Hi-Pro, Noah Link, EEPROM, and Jump3dsp.

## 5.2.2 RAM speed (fitting & snooping)

FIXME: get newest benchmark data

## 5.2.3 PIF/MMU Error Codes [moi][fhp]

FIXME

## 5.3 EEPROM communication [moi]

FIXME: I2C, Lego2, ...

Supported EEPROM types are listed in the *table in figure 28 on page 44*.

## 5.3.1 EEPROM write speed

FIXME: check numbers

The EEPROM write speed is up to 645 bytes per second (burst size = 255).

More details may be found in:

//depot/projects/zen/jump3dsp/ic/documentation/concept/eeprom_write_speed.xls

//depot/projects/zen/jump3dsp/ic/documentation/project_management/Thisted 08112002, tgl.ppt

### 5.3.1.1 Programming time for Zen

FIXME: check numbers

**Hi-Pro**

Full EE write: 23 sec

128Kbits = 14563 data bytes (CRC-8)

*//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc*
*http://techdoc.latent.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc*



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 5.4 Battery-low indication [tgl] | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

ZEN EE write: 10-15 sec (estimated & depending on features)

Bottleneck: Hi-Pro (17kHz)

**Noah Link**

Up to 6 times faster (100kHz bit clock)

Jump3 bit clock: 64kHz

Bottleneck: Jump3dsp

### 5.3.2 EEPROM error handling

FIXME:

The error detection mechanism is improved compared to Jump2b. Given that the EEPROM for Jump3 contains firmware as well as DSP parameter settings, the system must close down (mute) in case of an EEPROM error. Note that the parity check on the EEPROM latches on the new FE3 front-end may be disabled.

FIXME: CRC8 for every 16 bytes leading to error probability of x.y%, see "consequence_analysis_jump3_eeprom.doc"

## 5.4 Battery-low indication [tgl]

As seen in *figure 11 on page 21* the new front-end IC (FE3) provides two level detectors: the existing ResetB signal has been lowered to about 0.9V and a new level detector bat_low has a threshold of about 1.0V, corresponding to the hard-reset threshold for Jump2b & FEcic. The idea is that the DSP should be able to beep when the battery level goes below 1V, but before reaching the hard-reset at 0.9V.

Note that FEcic only has a single level detector and therefore cannot support this new and more advanced form of battery-low indication. However, it is still possible to use the start-up beeps as "battery-low" beeps, but then the user will not be able to distinguish the two situations. Moreover, the state of the hearing instrument will be lost when the battery level is restored.

The new bat_low signal is connected to the DSP, which includes a module that interfaces this signal to the microcontroller. The module may optionally low-pass filter the signal, add hysteresis, and directly mute the output of the DD-converter. Based upon the output from this module, the firmware decides what kind of beeps should be played, if any, *see section 7.4 on page 104.*

## 5.5 Front-end memory access {fe, fe_trim} [tgl]

As indicated in figure 18 on page 35, the memory on the front-end is accessed via the RAM memory space on the DSP. Note that the EEPROM array on FEcic can *not* be accessed (does not exist in FE3).

The communication between the Jump3 DSP and the front-end takes place over a relatively slow serial custom interface, see [2]. Therefore, the front-end memory is cached on the DSP. At boot time, the firmware assures that the cached is filled such that the data is available for



CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004045



| | Jump3 User Guide | Cell: | jump3 |
| --- | --- | --- | --- |
| **ZEN** | 5.6 Man-Machine Interface (MMI) | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

access. When data is read the cache is updated with a fresh copy. When data is written to the cache the DSP takes care of writing to the front-end in the background. Two status registers may be used to detect communication errors (see below). In case of a communication error, the DSP resets the interface after approximately 1ms.

The following attributes are used to access the front-end memory:

| Feature | Attribute |
| --- | --- |
| Access to RAM registers on FE3/FEcic, see memory map in sections 3.2.2 on page 50 and 3.1.3 on page 47. | fe.* |
| Example: fe.fe.126.chip_id corresponds to address 126 on the front-end. | |
| Access to EEPROM latch writes/reads (FE3) | |
| Status register for access to RAM. Zero indicates no error. Sticky, i.e. an error condition may indicate one or more errors in the past. Reset when read.<br>Bit 0: Active (communication ongoing).<br>Bit 1: Timeout (read/write communication not ended after 1ms).<br>Bit 2: Write error ("readata" returned from the FE did not match what was sent to the FE). | fe.status.ram |
| Status register for access to EEPROM latches (FE3) | |
| FE3 only. Parity bits for EEPROM latches. A non-zero value indicates on or more bit errors. | fe.trim.fe.120.parity<br>fe.trim.fe.121.parity<br>fe.trim.fe.125.parity |
| FE3 only. Parity error bits. | |

Note that not all attributes are available with both front-ends. This is indicated in the attribute description in JumpCom3, but *see also the front-end memory maps in sections 3.2.2 on page 50 and 3.1.2 on page 47*.

To be absolutely sure that the data read from the front-end is up to date one should read the data twice. Also, the status registers should be zero before and after a read/write.

Note that some of the bits in the FE3 memory map always returns 1 regardless of what was written, *see section 3.2.2 on page 50*

## 5.6 Man-Machine Interface (MMI) [cg9]

FIXME



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004046



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 5.7 PIF Commands [cgo] | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

## 5.7 PIF Commands [cgo]

FIXME

Built-in Lego2 commands

Custom commands for Zen/Syncro firmware

## 5.8 Virtual buttons [cgo]

FIXME

A virtual button is an abstraction of how electro-mechanical events are translated into actions. It is assumed that there are no glitches at the input to a virtual button. De-bouncing/de-glitching is handled by the hardware (can be set from 2ms – 0.5s).

Properties like pull-up, pull-down, keeper, etc. are not part of a virtual button. These properties are controlled by writing to registers (WriteRam/WriteEeprom) controlling the configuration of the pads.

### 5.8.1.1 Virtual button types

| Virtual switch type | Action conditions | Notes | Buttons |
|---|---|---|---|
| Static level single pad (SLSP) | FIXME | | |
| Static level multiple pads (SLMP) | | Use two SLSP | Single pad (push button) Two pads (e.g. toggle, slider/MT0) |
| Single action single pulse (SASP) | td>d1 && ta>a1 => action: t=a1 | | Push button Volume control |
| Double action single pulse (DASP) | td>d1 ta>a2 => action 2: t=a2 ta>a1 => action 1: t=ta | | |
| Triple action single pulse (TASP) | td>d1 ta>a3 => action 3: t=a3 ta>a2 => action 2: t=a2 ta>a1 => action 1: t=ta | a3 >> a2 | |
| Double action double pulse | td1>d1 ta1>a1 | | |

*//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc*
*http://teodoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc*



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004047



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| ZEN | 5.8 Virtual buttons [cgo] | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

| (DADP) (double click) | $td2<d1$ && $ta2>a2$ => action 2: $t=td1+ta1+td2+ta2$  $td2>d1$ => action 1: $t=td1+ta1+d1$ | | |
|---|---|---|---|
| Multiple action single pulse (MASP) | | Repeat event if button is held down. | |

Figure 58: Overview of virtual buttons. The action conditions should be read as a C/C++ "switch" (case) statement. Only a single action can be asserted at a time (one-hot encoding).

### 5.8.1.2 Virtual button timing diagrams

| Property | Description |
|---|---|
| t | Running time. |
| a1 | Time limit for 1st pulse being asserted. |
| a2 | Time limit for 2nd pulse being asserted. |
| a3 | Time limit for 3rd pulse being asserted. |
| d1 | Time limit for 1st pulse being de-asserted (before assertion). |
| d2 | Time limit for 2nd pulse being de-asserted (before assertion). |
| ta | Time that 1st (and only) pulse was asserted. |
| td | Time that 1st (and only) pulse was de-asserted. |
| ta1 | Time that 1st pulse was asserted. |
| td1 | Time that 1st pulse was de-asserted. |
| ta2 | Time that 2nd pulse was asserted. |
| td2 | Time that 2nd pulse was de-asserted. |



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004048





Figure 59: Timing diagram for DADP (double action dual pulse, or single/double-click) virtual button.


FIXME: make drawing

Figure 60: Timing diagram for SLSP virtual button.


FIXME: make drawing

Figure 61: Timing diagram for SASP virtual button.


FIXME: make drawing

Figure 62: Timing diagram for DASP virtual button.


FIXME: make drawing

Figure 63: Timing diagram for TASP virtual button.


## 5.9 Configuration of firmware [cgo]

FIXME

## 5.10 Physical Buttons & Switches [cgo]

FIXME



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004049



| ZEN | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 5.11 Indicators [cgo] | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

### 5.10.1 Debounce/deglitch

### 5.10.2 Swapping of inputs

### 5.10.3 Using additional inputs

## 5.11 Indicators [cgo]

## 5.12 Programs [cgo]

## 5.13 DAI (Direct Audio Input) [tgl][cgo]

### 5.13.1 Connecting a DAI shoe [tgl]

FIXME: Analog mixed DAI, Digitally mixed DAI

Figure 64: Drawing of how to connect a shoe.

### 5.13.2 Controlling DAI detect [cgo]

FIXME

## 5.14 Telecoil boost / volume control [cgo]

FIXME

## 5.15 Snooping/Live Spectra {snooping} [tgl]

The concept of reading out the signal level live from the filter bank (used for live spectra and feedback management) has been brought to a new level in Jump3. The signal levels of 17 channels may be read out from selected points in the data path in a single read "burst". Further, the current status of all features may be read out in the same go.

The attributes below are covered in the following sections:

| Feature | Attribute(s) |
|---|---|
| Select what points in the signal paths are monitored | snooping_level_sel |
| Examples (see more in JumpCom3 description) | |
| 1: filterbank_out[1:9], comp_chan_out[1:8] | |
| 2: filterbank_out[1:9], band_gain_sum_out[1:8] | |
| 4: 1=mic_1_out, 2=mic_2_out, 3=adir_out, 4=afb_out, | |



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004050

| ZEN | Jump3 User Guide<br>5.15 Snooping/Live Spectra | Cell: | jump3 |
| --- | --- | --- | --- |
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |



5=input 'mix.out, 6=comp.sum_out,
7=output 'mix.out, 8=comp.oagc_out,
filterbank.out[1.9]

| | |
| --- | --- |
| Current value of each level estimator | snooping.level.00.msb<br>snooping.level.00.lsb<br><br>snooping.level.17.msb<br>snooping.level.17.lsb |

Please *see the how-to guide in section 9.7 on page 108.*

Figure 65: FIXME: Update drawing in snooping_overview.ppt.

### 5.15.1 Snooping of state information & further DSP variables

In addition to the level estimators, a number of state information registers and additional
signal processing data are available, such as given in the table below. Please refer to the
memory map attribute descriptions for more information.

| Feature | Attribute(s) |
| --- | --- |
| Synchro speech/comfort mode.<br><br>NOTE: synchro.d also<br>available on "led2" output pad by<br>setting<br>pad.setup.led.synchro.d<br>etect.en=1 | snooping.synchro.is<br>snooping.synchro.ds<br>snooping.synchro.d |
| Gain reduction in output (AGC) | |
| Gain reduction caused by Noise<br>Reduction algorithm. | snooping.nr_att_out |
| Noise Reduction modulation | |


CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004051



| ZEN | Jump3 User Guide 5.15 Snooping/Live Spectra | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

| | |
|---|---|
| Current AFB matching filter coefficients | `snooping.afb_coef` |
| State of AFB algorithm NOTE ... | |
| Output of DIR environment detection algorithm | `snooping.dir_detect_output_leveldet` `snooping.dir_detect_output_spectdetect` `snooping.dir_detect_output_windnoise` `snooping.dir_detect_result` |
| Modulation indices and ... environment detection algorithm | |
| Information about ADIR automatic fading between OMNI/HF-DIR/DIR | `snooping.adir_alpha_omni` `snooping.adir_bingo_index` `snooping.adir_bingo_value` `snooping.adir_next_state_fader_time` |
| Position of null in back-lobe of ADIR | |
| Current value of microphone matching gain, and indication of too low level for matching adaptation | `snooping.adir_match_gain` `snooping.adir_match_mrs` |

### 5.15.2 Snooping of Signal Level in each Band *after* Noise Reduction

It is not possible to directly obtain the signal level in each band after noise reduction, but these values may by calculated by using these attributes (formula left as exercise for the reader):

- `snooping.level_NN_db`
- `snooping.nr_att_out`
- `band_gain_sum.gain_c/gain_s`
- `band_gain_sum.int_pol_mode`
- `snooping.synchro.is`

### 5.15.3 Level estimators

The level estimators on Jump2b used for the "FB Measure" feature has been reused. Up to 17 signals can be monitored at a time (e.g. 9 filter bank bands, and 8 compressor channels). The range of the time constant has been extended, see table below.


CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004052

me parece



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 5.15 Snooping/Live Spectra | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

Formula used:

$$y = y*z^{-1} + (abs(x) - y*z^{-1})*2^{-tau}$$

$$t = T * 2^{tau} \text{ (tau: time constant, T: sampling period)}$$

fs          16000

| ms | |
|---|---|
| 0 | .0625 (real-time) |
| 1 | .125 |
| 2 | .25 |
| 3 | .5 |
| 4 | 1 |
| 5 | 2 |
| 6 | 4 |
| 7 | 8 |
| 8 | 16 |
| 9 | 32 |
| 10 | 64 |
| 11 | 128 |

## 5.15.4 FB Measure

Superceded by general level estimation feature, see 5.15.3 above.

## 5.15.5 Snooping Speed

The maximum *average* burst rate of the programming interface is about 600 bytes/sec using a Hi-Pro (bit clock 17kHz). However, this number assumes a burst size of 255 bytes. If only a single byte is read, the average speed is 4-16 bytes/sec. This is due to the latency in the software driver and the Hi-Pro (up to 250ms).

## 5.15.6 Maximizing Snooping Speed (advanced users only)

This section is intended for **advanced users only**. It requires the use of physical addresses, thus bypassing the attribute abstraction layer in the Lego2API.

The snooping speed may be increased by setting the `snooping.addr_mask` attribute so that the snooping addresses wrap around, e.g. reading the addresses 0, 1, 2, 3, 4, 5, 6, 7 actually returns the contents of addresses 0, 1, 2, 3, 0, 1, 2, 3 (`snooping.addr_mask` = 0b00000011). The drawback is that the number of registers in a burst is reduced. If 32 registers are required for snooping, the effective speed can be improved by floor(255/32) = 7 times. Note that there will still be up to 250ms pause for every 7 read bursts/values. Use the `snooping.addr_offset` attribute to create an address offset. These registers are in a different bus window (*snoop_setup*) than the snooping variables (*snoop_readback*), so it is not possible to "cut the branch you are sitting on" by changing the addr_mask/offset.

For normal use, these values *must* be used for snooping via JumpCom3 to work:

```
snooping.addr_offset = 0
snooping.addr_mask = 255
```



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004053



| ZEN | Jump3 User Guide | Cell: | jump3 |
| | 5.16 Data logging [cgo] | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

## 5.16 Data logging [cgo]

FIXME

For more information, *see the Development Specification [16].*

See environment logging by MSO/Mark Flynn, FIXME.

## 5.17 Automatic vent compensation [tgl]

FIXME: translate to English.

Automatic Vent Compensation går ud på at beregne vent-størrelse ud fra kendskab til
feedback ved forskellige frekvenser. Dette opnås vha. sinusgeneratoren, som spiller direkte
ud gennem DDC'en, hvorefter spektret måles vha. snooping efter filterbanken. Jump2 havde
ikke denne mulighed, da sinusgeneratoren kun kunne spille gennem filterbanken.

## 5.18 Auto Adaptation Manager [tgl]

If enough firmware memory is available the Adaptation Manager of Adapto may be extended
such that certain settings are interpolated between an initial setting and a final setting over a
number of weeks when the hearing instrument is in use.

The following settings could be interpolated:

- compressor table
- compressor attack/release time
- compressor gain control
- filter bank gain settings

For more information, *see the Development Specification [16].*

## 5.19 Audio Streaming {input_output_mux} [tgl]

Audio data can be streamed into the system using the serial protocols I2S and PCM. External
devices must be synchronous. A single streaming input and a single streaming output may be
selected at a time. Figure 66 shows that I2S and PCM share the same streaming access points.
Thus, either I2S or PCM must be selected for streaming in, but both I2S and PCM may be
used to stream out at the same time (from the same point).

The interface between the Jump3dsp DSPU and I2S/PCM is the LEGO2 parallel token
interface. The data is in fixed-point format <16, 1, signed> ($2^{15}$ is maximum positive value).
If more bits are available they are removed starting from the least significant bit.

The actual streaming access points are indicated in the system diagram, and in the memory
map.


CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004054



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| ZEN | 5.20 Remote Control Decoder [tgl] | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |



Figure 66: Connecting audio streaming using I2S and/or PCM.

### 5.19.1 PCM {input_output_mux, pcm} [jhp][thp]

FIXME
apb_src.control.enable

### 5.19.2 I2S {input_output_mux} {cg0}

FIXME
input_output_mux.mux_sel.i2s_channel
clock_man.i2s.bg_en
clock_man.i2s.ig_override
apb_src.control.enable

### 5.19.3 Jump2b scan chains {pad_setup} [tgl]

### 5.19.4 Direct access to output drivers {pad_setup} [tgl]

### 5.19.5 PCM audio source/sink for debugging {apb_src, apb_sink} [tgl]

## 5.20 Remote Control Decoder [tgl]

A controller for the remote control receiver on the front-end is included in the IFU, *see IFU diagram in figure 55 on page 82 and separate specification [14]*. The controller will support both the old clock frequency (Jump2b+4%) and the new Zen frequency (Jump2b + 10%).

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.katana.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc



96/138

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004055



| | Jump3 User Guide | Cell: | jump3 |
| --- | --- | --- | --- |
| | 5.21 Volume ADC Decoder [tgl] | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

Furthermore, the sensitivity to variations in clock frequency due to temperature etc. has been improved. The module is controlled by the firmware.

For more information, *see the how-to guide in section Error! Reference source not found. on page Error! Bookmark not defined.* or FIXME:firmware section or FIXME:IFU section.

## 5.21 Volume ADC Decoder [tgl]

A controller for the bit stream coming from volume ADC on the front-end is included in the IFU, *see IFU diagram in figure 55 on page 82 and separate specification [15].* The module is controlled by the firmware.

For more information, *see the how-to guide in section Error! Reference source not found. on page Error! Bookmark not defined.* or FIXME:firmware section or FIXME:IFU section.

## 5.22 General Fault Protection [tgl] {ddc} {sys}

To minimize the risk of unknown system failures due to uncaught EEPROM errors, noise, firmware errors, algorithm errors etc. a number of **general fault protection** features are employed. A **watchdog timer** monitors the microcontroller, a **token watchdog** checks the token stream, and a number of critical registers can only be written once and/or has parity check. **Max Output Protection** ensures that the signal level is kept below a certain level.

### 5.22.1 Max Output Protection  {sys}

Max Output Protection is part of the Output AGC. The DSP functionality is covered in *section 4.18.5 on page 79.*

The OAGC registers listed below are protected with a parity bit for each register. Furthermore, they can only be written once after power-up.

| Feature | Attribute(s) |
| --- | --- |
| These attributes have parity protection and write-once protection. | compressor.oagc_att_lvl<br>compressor.oagc_att_time<br>compressor.oagc_delay_sel<br>compressor.oagc_gain_sel_max<br>compressor.oagc_rel_lvl<br>compressor.oagc_rel_time<br>compressor.oagc_step_sel |
| Parity error status register (one bit for each of the registers above). Non-zero indicates error. | |
| Write-once protection status register (one bit for each of the registers above). Non-zero indicates that a register is write-protected (i.e. it has been written one or more times). After a normal boot sequence, this register should be 127 (all 7 registers written and write protected). | compressor.oagc_wr_protect |
| Write-once protection status register (one bit for each of the registers above). Non-zero | |

*//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc*
*http://techdoc.kitenet.com/x-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc*

 97/138

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004056



| ZEN | Jump3 User Guide | Cell: | jump3 |
| | 5.22 General Fault Protection [tgl] | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |



indicates that a register has been written more than once (e.g. an error)

### 5.22.1.1 Handling of Parity Error

In case of parity error in the OAGC registers, the hardware can mute the output immediately in the DD-converter or send an IRQ to the firmware (or both). This is controlled by the following attributes:

| Feature | Attribute(s) |
| --- | --- |
| Mute DDC output immediately in case of a parity error in any OAGC register (oagc_error_mute_en) | sys.watchdog_mode[3] |
| other IRQ to firmware in case of parity error if any OAGC register (oagc_error_irq_en) | |

### 5.22.2 Token Watchdog {ddc}

The token watchdog monitors the token stream at the input to the DD-converter (*section 4.14 on page 70*). In case of token underflow or overflow, the firmware is informed and the output is muted immediately. Normally, the firmware will then restart the system.

| Feature | Attribute(s) |
| --- | --- |
| Enabling of the token watchdog | ddc.token_watchdog.enable |
| To reduce the risk of accidentally turning off the token watchdog, it is enabled when set to 19 – all other values enables the watchdog | |
| token watchdog status. A non-zero value indicates an error | |

If the token watchdog is enabled it is not advisable to change the token flow of the system as this will almost certainly cause a system restart. The following attributes may change the token flow:

- `adir.misc.filterbank_dis`
- `misc.bypass_sel`
- `FIXME: finish this list`

### 5.22.2.1 Handling of Token Watchdog Error {sys}

In case of token watchdog error in, the hardware can mute the output immediately in the DD-converter or send an IRQ to the firmware (or both). This is controlled by the following attributes:

| Feature | Attribute(s) |
| --- | --- |



*//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc*
*http://techdoc.kismet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc*



98/138

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004057



| Mute DDC output immediately in case of a token watchdog error (token_error_mute_en) | sys.watchdog_mode[1] |
| Leave DDC output enabled in case of a token watchdog error (token_error_mute_en) | |

### 5.22.3 Microcontroller Watchdog Timer (WDT) {sys}

To protect against unexpected conditions in the firmware running on the microcontroller a simple watchdog is implemented, which checks that the overall state of the firmware is OK. The firmware must periodically write to the watchdog register (in the RBH) to signal that it is still running correctly. If the firmware does not write to the WDT register within a certain time, *the system is restarted (booted)* a configurable number of times (sys.watchdog_mode.boot_retries, range: 0-15, HW default: 3).

The watchdog timeout is set every time the WDT register is written. The first write enables the watchdog. When the watchdog has been enabled, it is not possible to disable it again. The timeout can be set to up to about 1.5 seconds, but lower values should be used in practice. The timeout value depends on sys.timeout_fast.

### 5.22.3.1 Handling of WDT in Zen/Syncro FW

In the Zen/Syncro firmware the WDT register is written in the main loop every time an event has been processed. This happens at least every 100ms, when the timers issue their interrupt(s). The WDT timeout is set to 70, which gives a timeout of 457ms using the following formula:

WDT timeout [ms] =
$$RBH.timeout*(sys.timeout\_fast+1.5)*64/f\_clk*1000 = 457ms$$

$f\_clk = 1.1MHz$
RBH.timeout = 70 (hard-coded in firmware)
sys.timeout_fast = 77

The HW reset value of sys.watchdog_mode.boot_retries is 3. To be able to distinguish between a normal power-up and watchdog reboot, the register is offset by 4. Thus, the number of retries should be set 4 higher than required. The number of boot retries is set to the maximum of 11 in Zen/Syncro (sys.watchdog_mode.boot_retries = 15).

The behavior of the firmware WDT initialization at boot depends on the HW value of the sys.watchdog_mode.boot_retries register in the following way:



| WDT boot_retries HW value | Behavior |
| 3 | Normal power-up. The register is loaded with the EEPROM value. |
| | The register is decremented. This indicates a watchdog error caused since the boot program was loaded. |



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004058



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 5.23 Multi-chip configurations | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

| 4 | The number of boot retries has been used, thus the register is loaded with 0; |
|---|---|
| | The register is cleared if it has indicated a watchdog error, unless before the boot program was loaded. |

The number of boot retries is set using a bit field in the attribute below:

| Feature | Attribute(s) |
|---|---|
| Control of watchdog hardware (RBH register 14) | sys.watchdog_mode |
| Number of boot retries before reloading the system program (boot retries N in 5.16) | |
| oage_error_mute_en (see sections above) | sys.watchdog_mode[3] |
| (see sections above) | |
| token_error_mute_en (see sections above) | sys.watchdog_mode[2] |
| token_error_en (see sections above) | sys.watchdog_mode[0] |

## 5.23 Multi-chip configurations [tgl] [mni]

FIXME

## 5.24 Debugging Outputs [pad_setup] [qu]

FIXME : Clk16k, LEDs, etc.

## 5.25 Block & Clock Power Management [clock_man] [tgl]

FIXME: block-gating, idle-gating override. Preferably use modules own on/off attribute.
Unexpected behavior may occur when module is turned on again (bg_en).

## 5.26 Clearing of Data Path [clear_b] [tgl]

| Feature | Attribute(s) |
|---|---|
| Clearing of data path of individual DSP modules: | clear_b.dspu_core.adir |
| | clear_b.dspu_core.bgs |
| 0: Clear all data path registers | clear_b.dspu_core.compressor |
| 1: Run normally | clear_b.dspu_core.dir_detect |
| | clear_b.dspu_core.fb |
| Note that all modules are cleared if the firmware writes to the clear register in the reset- | clear_b.dspu_core.nr |

*//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc*
*http://techdox.kitenet.com/ic-design/projects/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc*



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| ZEN | Jump3 User Guide | Cell: | jump3 |
| | 5.26 Clearing of Data Path {clear_b} | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

boot handler (RBH) in the IFU.



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004060

| ZEN | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 6.1 Event queue | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

# 6 Firmware ROM Routines [tgle]

## 6.1 Event queue

## 6.2 Event sources

## 6.3 Actions

## 6.4 Virtual buttons

## 6.5 PIF Commands

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 7.1 Links to Existing Documentation | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

# 7 Man-Machine Interface (firmware) in Syncro/Zen
[cgo]

## 7.1 Links to Existing Documentation

Low-level details of the current Zen firmware:
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/concept/mcu/MCU_V8_programming_model.doc

The use and settings for the beeps and switches in Syncro:



Beeps & Switches in
ZEN.drl (3...

User manual for a version of the Hercules Super Power firmware, which also addresses
some general stuff of the current Zen firmware:



Hercules user
manual.drl (3 KB...

## 7.2 Selected MMI attributes

| Attribute | Description |
|---|---|
| mmi.atc_down_mask | 0 disables the automatic telecoil detection, and 8 enables the automatic telecoil detection |
| mmi.dai_on_mask | 0 disables the direct audio input (shoe) detection, and 128 enables the direct audio input (shoe) detection |
| mmi.switch_mask | 0 disables the pushbutton actions, and 4 enables the pushbutton actions |
| mmi.reserved_mmi_1 | does nothing |
| mmi.reserved_mmi_2 | does nothing |
| mmi.reserved_mmi_3 | 0 turns AFB off while changing program, 1 keeps AFB running while changing program |
| mmi.reserved_mmi_4 | controls a state machine for toggling AFB fast mode flag, 0 disables the state machine, 1 enables the state machine so that the AFB fast mode flag is toggled right after the program change procedure has finished, and for any value greater than 1 (2, 3, …) there is a delay of (mmi.reserved_mmi_4 − 1) * 100 ms. before the AFB fast mode flag is toggled. |

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004062



| ZEN | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 7.3 Buttons, Switches, and Beeps | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

## 7.3 Buttons, Switches, and Beeps

FIXME: PULL-up/down, examples (4 buttons, 1 LED, DAI, ...)

FIXME: *Please see "Appendix A: Technical Functionality" in [24] on page 135.*

### 7.3.1 STARTUP BEEPS

### 7.3.2 BEEP FREQUENCY AND VOLUME

### 7.3.3 PUSHBUTTON SETUP

### 7.3.4 Volume control

### 7.3.5 PROGRAM CYCLE

### 7.3.6 TELECOIL SETTINGS

#### 7.3.6.1 Global telecoil settings

#### 7.3.6.2 T and MT programs

#### 7.3.6.3 Auto-T and Auto-MT programs

#### 7.3.6.4 Auto-T+T and Auto-MT+MT programs

## 7.4 Battery-low indication

*//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc*
*http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc*



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| ZEN | Jump3 User Guide<br>8.1 JumpCom3 – The Facts | Cell: | jump3 |
| --- | --- | --- | --- |
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

# 8 Software

## 8.1 JumpCom3 – The Facts [sr][jos][???]

"Stop token on write RAM", "expert mode", etc..

## 8.2 JotCom – The Facts [moi][rgo]

## 8.3 Genie [rgo]

Genie is the end-user fitting software to be used with the Jump3 platform. Version X.Y was developed for the launch of Zen/Syncro. FIXME

## 8.4 OtiTest [rgo]

OtiTest is the software used for FIXME the Jump3 platform. Version X.Y was developed for the launch of Zen/Syncro. FIXME

## 8.5 Lego2API compatibility [rgo]

The Jump3 platform is known to be compatible with Lego2API version X.Y.Z and probably also later versions. Version X.Y.Z was used for the launch of Zen/Syncro. FIXME

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004064



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| **ZΞN** | 9.1 How to adjust (System Gain | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

# 9 How to …

## 9.1 How to adjust gain (System Gain Overview) [tgl]

FIXME

### 9.1.1 Adjustment of gain

FIXME

#### 9.1.1.1 Direct

mic_1.gain_sel
mic_2.gain_sel
adir.shift_gain_out
band_gain_sum.gain_c/gain_s
compressor.gain_c_ch1/ch2/.../ch8
compressor.gain_s_ch1/ch2/.../ch8
compressor.volume_ch1 (/ch2/.../ch8 if misc.volume_mode=1)

#### 9.1.1.2 Indirect

adir.cardioid_h12
adir.cardioid_h21
adir.cardioid_enb_omni
compressor.oagc_att_lvl

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004065

|  | Jump3 User Guide<br>9.2 How to set up Adaptive | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

### 9.1.2 System Max Gain

| | | FE3/FEcic | | | | FE2 | | | |
|---|---|---|---|---|---|---|---|---|---|
| DSP clock frequency [MHz] | | 1.008 | 1.100 | 1.100 | 1.100 | 1.008 | 1.100 | 1.100 | 1.100 |
| FE clock frequency [MHz] | | 0.504 | 0.550 | 0.550 | 0.550 | 0.504 | 0.550 | 0.550 | 0.550 |
| Vref (may be a little lower) [V] | | 0.80 | 0.80 | 0.76 | 0.76 | 0.80 | 0.80 | 0.76 | 0.76 |
| Vbat [V] | | 1.30 | 1.30 | 1.30 | 1.50 | 1.30 | 1.30 | 1.30 | 1.50 |
| | domain | gain [dB] | gain [dB] | gain [dB] | gain [dB] | gain [dB] | gain [dB] | gain [dB] | gain [dB] |
| mic amp (calib., FeOut) | a | +30.00 | +30.00 | +30.00 | +30.00 | +30.00 | +30.00 | +30.00 | +30.00 |
| low-pass filter | a | -0.17 | -0.18 | -0.18 | -0.18 | -0.27 | -0.30 | -0.30 | -0.30 |
| sdm (sigma-delta modulator, c2/c1) | a | -4.44 | -4.44 | -4.44 | -4.44 | -4.61 | -4.61 | -4.61 | -4.61 |
| A to D domain normalization | a/d | +1.94 | +1.94 | +2.38 | +2.38 | +1.94 | +1.94 | +2.38 | +2.38 |
| decimate | d | +0.00 | +0.00 | +0.00 | +0.00 | +0.00 | +0.00 | +0.00 | +0.00 |
| filterbank (max) | d | +0.00 | +0.00 | +0.00 | +0.00 | +0.00 | +0.00 | +0.00 | +0.00 |
| compressor (max) | d | +36.00 | +36.00 | +36.00 | +36.00 | +36.00 | +36.00 | +36.00 | +36.00 |
| ddc | d | -2.48 | -2.48 | -2.48 | -2.48 | -2.48 | -2.48 | -2.48 | -2.48 |
| D to A domain denormalization | d/a | +2.28 | +2.28 | +2.28 | +3.52 | +2.28 | +2.28 | +2.28 | +64.52 |
| Total gain (max) | | +63.14 | +63.12 | +63.57 | +64.81 | +62.86 | +62.83 | +63.28 | +64.52 |
| Max diff [dB] | | -1.67 | -1.69 | -1.24 | 0.00 | -1.95 | -1.98 | -1.53 | -0.29 |

NOTES:
- FE2 differs from FE3/FEcic in low-pass filter & SDM/ADC gain.
- Low-pass filter gain depends slightly on clock frequency.
- A to D normalization depends on Vref, which may be a little lower than the nominal 800mV.
- D to A de-normalization depends on Vbat.
- ddc gain (DD-converter) gain is based on Verilog simulation (sine with amplitude 0.167 & period=29 samples ~ 550Hz).


## 9.2 How to set up Adaptive Directionality [ksp]

FIXME

## 9.3 How to set up Noise Reduction [tka]

FIXME

## 9.4 How to set up Anti-Feedback [joh/tbn]

FIXME: See existing documentation, add new settings.

## 9.5 How to Customize Beeps, Melodies, and Switches [cgo][tgl]]

FIXME: How to change what beeps/melodies are played when a switch/button is pressed/turned, how to change the melody (volume, tone sequence, speed). EXAMPLES!

There is a partial description of how to customize beeps & switches in the Zen firmware in *"Appendix A: Technical Functionality" in [24] on page 135.*



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004066



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| **ZEN** | 9.6 How to Determine the Version of | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

The sine generator and melody player is described in *section 4.17 on page 73*.

Peter Lundh has made some "reverse-engineering" notes based on experiments with Hercules, which can be found here: http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/guides/Beep-setup-notes.doc

## 9.6 How to Determine the Version of DSP, FE, Firmware, JumpCom3 [tgl]



| Version info | Attribute / Action |
|---|---|
| *DSP hardware ID* (e.g. chip_family=1, chip_rev=1, pif_rev=2, pif_rev_comp=2, id_seg=4) | Do low-level PIF ID Request in JumpCom3. *Identify* button in *EEPROM* tab. |
| | |
| *Firmware version, revision, reference* (e.g. 102.0.b) | EEPROM: device_id_core_00_version EEPROM: device_id_core_01_revision EEPROM: device_id_core_02_reference |
| | |
| *JumpCom3 version, Lego2API version, e.g. | Open *About* box in JumpCom3 |

## 9.7 How to use Snooping (in JumpCom3) [csk]

This section is based on Jump3 version 0.404.

### 9.7.1 Snooping with Graphics

In the "Snooping" tab in JumpCom3 (*see fig 67*), 10 different parameters can be read continuously. They can be selected from the snooping block in the HI's RAM. With a Jump3 HI connected just press the "Run" button in the top right corner. Bars will show the raw values of each parameter, which is selected on the left, on a scale between 0 and a Max value (max 255). Raw values and interpreted values can be read below the bars.

*//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc*
*http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc*



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004067



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 9.7 How to use Snooping (in | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |



Figure 67: The Snooping tab in JumpCom3.

In the bottom left corner several features can be turned on or off in RAM:

- Noise Reduction (sets `noise_reduction.cfg_on` = 1/0 – on/off)
- Synchro (sets `synchro.mode.on` = 1/0 – on/off)
- AFB off (sets `afb.miscl.reset_coeff` = 1/0 – resets 1st afb coefficient/normal mode)
- Bingo (sets `mmi.mcs_bingo_en` = 1/0 – on/off)
- Dir (sets `adir.state.fader_output_sel` = 2/0 – Forces HI in Dir/Omni)

Below the interpreted values, two extra features can be used. With the *"Load and Write Set file"* button group it is possible to write RAM settings directly in the HI. If a text file with the name "set1.text" is saved in the root of C-drive, pressing the "Set1"-button will:

1. Reset all RAM
2. Load c:\\set1.text
3. Write all RAM
4. Reset all RAM

Three different files are possible at the same time: "Set1", "Set2" and "Set3". This feature was used to force the HI into Fixed Dir, HF-Dir and Enhanced Omni for clinical trials.

The *"Snoop file"* button group makes it possible to write the snooped values for a given period of time or for a number of times to a file named:
"Jump3_snoop_read_040415_130846", where "040415" is the date (YYMMDD) and "130846" is the time (HHMMSS).

*//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc*
*http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc*



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004068



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| ZEN | 9.8 How to use Live Monitor in | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

### 9.7.2 Snooping without graphics & file features

It is also possible to use the `snooping` memory map group in the Raw RAM (*see fig. 68*) tab to get access to more values at a time, although without graphics, *see section 5.15 on page 91*. The following table provides a few tips to set up snooping.

| Tip | Variable |
|---|---|
| Must be > 0 to turn on level detectors (level_*) | snooping.level_sel |
| Must be -2.0 to avoid address sharing | |
| Must be 0 to avoid address offset (memory map inconsistencies) | snooping.addr_offset |



Figure 68: Snooping group in "Raw RAM" tab in JumpCom3.

## 9.8 How to use Live Monitor in JumpCom3 [css]

The "Live Monitor" tab in JumpCom3 (*see fig. 69*) is a working draft for the Syncro Live tool in Genie. It shows the following (after clicking the Run button):

• Current Speech/Noise environment: Quiet, Speech, Speech in Noise or Noise

• Current Directionality state: Omni, HF-Dir or Dir

• Wind noise present or not



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004069

| ZEN | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 9.8 How to use Live Monitor in | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

- Sound level: Low, Medium or High
- Modulation Low, High (from NR module) or SpNR Omni, SpNR HF-Dir or SpNR Dir Highest
- Synchro Speech detected or not
- The current direction of sound (if wind noise is not present)
- The current Noise Reduction in all 8 bands (before compression)



Figure 69: The Live Monitor tab in JumpCom3.

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

| ZEN | Jump3 User Guide | Cell: | jump3 |
| | 9.9 How to do Feedback Management | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

## 9.9 How to do Feedback Management in JumpCom3 [cks]



Figure 70: The Feedback Manager tab in JumpCom3.

The "Feedback Manager" tab (*see fig. 70*) is used to do an automatic feedback margin measurement. For all 9 bands the *Target Gain Margin (Target GM)* can be picked (drop-down menu) and if the *Enable measurement* checkbox is checked the manager will calculate an "Adjust GM" for each checked band. This is done by pressing the *"Measure Gain Margin"* button. The following is done:

1. Initially all bands are reduced by a fixed amount (*Initial Gain Drop*)

2. AFB is turned off

3. For each of the selected (up to 9) bands do:

    a. Read **noise levels** (`snooping.level_01 - 09`)

    b. Turn up the volume with *Step up level* and *Step up period* until the level is greater than (Noise level + *Howling threshold*)

    c. Turn down the volume with *Step down level* and *Step down period* until the level is below (Noise level + *Howling threshold* -3 dB)

    d. The gain present now is registered as the Gain Margin

*Step-up and-down levels* and *periods*, *Howling threshold* and *Initial Gain Drop* are all parameters that can be changed prior to a measuring.

While measuring feedback for a band, different values are displayed live:

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kistenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004071

| ![ZEN] | Jump3 User Guide<br>9.10 How to do automatic vent | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

- ValS:    Displays `snooping.level_0X_db`, where "X" is the band number.
- ValV:    Displays `compressor.volume_ch_X`, where X is the band number; i.e. volume control level for the band.
- noise:    Displays the snooping level at startup; i.e. level of "noise" from surroundings at startup.
- htr:    Displays the Howling threshold which is applied in the left corner (by the user).

By pressing "*Apply Gain Margin*" the *Adjusted Gain Margin (Adjust GM)* will be applied in the HI. Changes will be applied to the compression table in the RAM.

## 9.10 How to do automatic vent compensation [tgl]

FIXME

## 9.11 How to use the remote control [cgo]

FIXME

## 9.12 How to use the analog volume control [cgo]

FIXME

## 9.13 How to control the IC from SW [cgo]

FIXME

### 9.13.1 Changing program, volume, reset, etc.

## 9.14 How to use telecoil (workaround) [cgo]

FIXME

## 9.15 How to configure chip set for different styles (CIC, BTE, ITE, ...) [tgl][cgo]

FIXME

## 9.16 How to use AGC on front-end [tgl][cgo]

FIXME: synchronization, full attack, ...

*//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc*
*http://techdoc.ktena.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc*



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 9.17 How to update the EEPROM | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

## 9.17 How to update the EEPROM image [tgl]

FIXME

## 9.18 EEPROM error protection & detection (CRC, DSP/FE) [tgl]

FIXME

## 9.19 How to make a power-down feature [tgl]

FIXME: Rewrite in English

Hej Søren (24-feb-2004)

Der flere grupper af ting man kan gøre for at lave power-down mode:

```
1) FE-blokke off/on
2) DSP-blokke off/on
3) clock_man.bg_en OFF => reboot
4) half-clock/reduced sampling rate
```

1 & 2 kan laves uden de store problemer, hvorimod nogle blokke kun kan slukkes med clock_man, som kræver et reboot for at vågne i en veldefineret tilstand. 1 & 2 kræver dog stadig omtanke mht. opstartsfænomener, f.eks. FE-støj og DSP environment state.

Det nemmeste og mest effektive er nok at lave konceptet, så man altid booter efter en power-down. Man kan sikkert lave et eller andet, så man husker tilstanden (f.eks. nuværende program), men man kunne også vælge Syncro/Zen-løsningen, hvor man efter 15 minutter i mute antager at brugeren alligevel ikke kan huske tilstanden og derfor hellere vil have en koldstart til P1.

Mht. 1) står der nogle strømtal her:
        //depot/projects/zen/jump3fe/ic/documentation/concept/develope
_spec/fe3_develope_spec.doc

Mht. 2 & 3 har jeg lige lavet nogle strømmålinger, hvor man kan se hvor meget hver DSP-blok bruger:
        //depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/eva
luation/measurements/power/jump3dsp_power_rev_b.xls:Block

Man kan reducere DSP'ens strømforbrug med ca. 340uA (core-forbrug ca. 380uA @ 1.25V, 1.1MHz). De sidste 40uA kunne man sikkert også reducere ved at slukke for timeren. Derudover kan man spare receiverens idle-forbrug på 70-150uA vha RBH.reset_pwm_b=0.

Endelig kunne man også sætte chippen i 1/2- eller 1/4-clock mode for at spare strøm i clock-ledningen til FE'en og måske i FE'ens doubler (og lidt i DSP'en). Dette er dog lidt problematisk, da diverse tidskonstanter også ændrer sig, men måske man kan klare sig ud af problemerne med ifu_rbh_timeout? (NOT...! – single-write). Ah – reduced sampling-rate kunne bruges her, da klokken til FE'en bliver reduceret, men DSP'ens klok er uændret.

*//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc*
*http://techdoc.ktsnet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc*



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| ZEN | Jump3 User Guide | Cell: | jump3 |
| | 9.20 Common problems [NOTES] | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

## 9.20 Common problems [NOTES]

FIXME

microphone matching overwrite (ADIR)

incompatible settings.xml vs. memory_map

overwrite of calib values (FE)

missing overview of JumpCom3

missing overview of gain path in DSP => better diagrams (.xls of max gain)

## 9.21 Work-arounds [tgl][ego]

### 9.21.1 ADIR overflow: adir.shift_gain_out, mic_1.gain_sel

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004074



| | Jump3 User Guide | Cell: | jump3 |
| **ZEN** | 10.1 Where can I find more | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

# 10 Frequently asked questions (FAQ)

## 10.1 Where can I find more documentation? [tgl]

Please refer to these sections:

21 Overview of additional/related documentation on page 132

9 How to ... on page 106

## 10.2 What is an attribute?

See section 1.6.1.

## 10.3 What is the relationship between the attribute groups in JumpCom3 and the block diagram? [tgl]

See section 2.2.5.



## 10.4 There's no sound – what's wrong? [tgl]

FIXME



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004075



| ZEN | Jump3 User Guide | Cell: | jump3 |
| | 10.5 Can I access the EEPROM array | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

## 10.5 Can I access the EEPROM array in FEcic? [tgl]

No. Only the RAM registers as well as the EEPROM latches used for trimming are accessible through the fe and fe_trim memory map attribute groups.

## 10.6 How do I set the output impedance of the DA-driver? [tgl]

Not possible. The output impedance is fixed at about 5 ohms.

(This was possible in Jump2b, since the output consisted of three separate output drivers).

## 10.7 Why do some values change when I read them multiple times in JumpCom3? [tgl]

FIXME

## 10.8 Why can't I write to the OAGC settings in RAM? [tgl]

For safety reasons (max output protection, see section 4.18.5 on page 79), they can only be written once in RAM, which is done by the firmware at boot time. Change the settings in EEPROM and restart the HA system.

## 10.9 How do I turn on/off the OAGC? [tgl]

Use oagc_gain_sel_max, which controls the maximum gain reduction of the OAGC.

- Off: oagc_gain_sel_max=0
- On: oagc_gain_sel_max>0

## 10.10 Why can't I read snooping.level_17_db? [tgl]

This attribute will always return 0 due an error on the chip. However, it is possible to read the raw values (before conversion to dB) from snooping.level_17_msb and snooping.level_17_lsb.

Use the following formulae to calculate "log2" dB from the MSB/LSB values in the snooping level estimators and vice versa:

Raw value ("log2" dB):

$$level\_NN\_db = floor(16*log2(MSB*256 + LSB))$$

Interpreted value (dB ref MAX) (from memory_map.xml):

$$V=20*(log(2)/log(10))*((N/16)-16) \text{ dB}$$

Example from JumpCom:

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitena.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE