| Attribute | Raw | Interpreted |
| --- | --- | --- |
| level_08_db | 148 | -40.639 |
| level_08_lsb | 118 | 118.000 |
| level_08_msb | 2 | 2.000 |

## 10.11 Why doesn't `snooping.adir_match_gain` reflect the `adir.match_adapt_*` settings? [tgl]([cgo])

When `mcs.match_abs_hold` = 1, the correction gain value in the microphone matching system should directly reflect the setting of `adir.match_adapt_val_1_msb/lsb`, `adir.match_adapt_val_2_msb/lsb` (initialized by writing to `adir.match_init_val_1_msb/lsb`, `adir.match_init_val_2_msb/lsb`). However, due to the aggressive quantization of the matching system (saves power), the correction gain (`snooping.adir_match_gain`) is not updated if the signal level is too low. This can happen in the test jig, but usually the microphone noise is sufficient to avoid the problem.

## 10.12 What happened to Nivatim? [tgl]

Nivatim is not supported on Jump3, *see section 4.9*

## 10.13 What is Syncro & Sync*h*ro? [tgl]

Syncro is the high-end hearing aid product range introduced by Oticon at the AAA conference in April 2004. Syncro is based on the Jump3 platform.

Synchro is the core algorithm in VoiceFinder, *see section 4.7 on page 61*.

## 10.14 Why can I hear a click sound when turning on/off AFB? [tgl]

Because there is one sample more delay in the signal path when turning on AFB. This is not a problem in daily use, since the output is muted when changing program (thus possibly turning on/off AFB).

## 10.15 Is it possible to stream audio via the PIF? [tgl]

No, because Jump3 does not have a PLL to synchronize its clock to another device.

## 10.16 What are the differences between Jump3 and Jump2? [tgl]

*See section 19.1 on page 130.*

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



## 10.17 What are the differences between Jump3 and Lego2? [tgl]

*See section 19.2 on page 130.*

## 10.18 What are the differences between Jump3 and Fusion/Hawaii/Saturn? [tgl]

*See section 19.3 on page 130.*

## 10.19 What are the differences between FE3 & FEcic?

*See figure 11 on page 21.*

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 10.19 What are the differences between | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

# 11 Common pitfalls (what not to do...) [???]

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

| ZEN | Jump3 User Guide<br>12.1 Front-end IC | Cell: | jump3 |
| --- | --- | --- | --- |
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

# 12 Known problems and solutions [tgl][tgo]

## 12.1 Front-end IC

### 12.1.1 FEcic

### 12.1.2 FE3

## 12.2 DSP IC

## 12.3 System

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc

121/13

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004080

| ZEN | Jump3 User Guide<br>12.3 System | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

# 13 Quick Start Guide [???]

Chip set

test jig (ASIC, FPGA)

HI styles

image

software

documentation sections to read

...

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004081

| ZEN | Jump3 User Guide<br>14.1 Pins [tgl] | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

# 14 Electrical Interface

## 14.1 Pins [tgl]

### 14.1.1 FEcic

*See F-sheet [20].*

### 14.1.2 FE3

*See F-sheet [19].*

### 14.1.3 DSP

*See F-sheet [18] or test specification [17]*

## 14.2 Operating Conditions [tgl]

### 14.2.1 FEcic & FE3

FIXME

### 14.2.2 DSP

The DSP is designed to work over a wide voltage range to accommodate battery-driven hearing-aid use as well as requirements of non-hearing aid uses (Business Development).

| | Zen/Syncro | | Standard | | Lego2 Fusion |
|---|---|---|---|---|---|
| | V | T | V | T | V |
| MIN/FAST (BC, FF) | 1.65 | 0 | 1.98 | 0 | 1.10 |
| TYP (TYP, TT) | 1.25 | 37 | 1.80 | 25 | 0.75 |
| MAX/SLOW (WC, SS) | 0.9 | 0 | 1.62 | 125 | 0.70 |

Figure 71: Table of supported operating conditions for the DSP (Lego2/Fusion only listed for reference, i.e. *not* supported). Voltage is *core* voltage.

### 14.2.3 Using a different I/O voltage

FIXME

*//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc*
*http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc*

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004082



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 14.3 Using LEDs [tgl] | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

## 14.3 Using LEDs [tgl]

FIXME

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 15.1 Front-end | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

# 15 Technology [tgl]

## 15.1 Front-end

Both FEcic and FE3 are manufactured using Zarlink's SIG3 process. This process is a 1.5μm double poly, double metal CMOS process with EEPROM, bipolar transistors and high-ohmic poly resistors.

## 15.2 DSP

The DSP IC is manufactured using UMC's 0.18μm CMOS technology in the LOGIC edition. This process has 6 metal layers and a single (low-ohmic) poly layer.

The IC employs a number of IP blocks as shown in the table below.

The DSP IC has about 2.5 million transistors.

| IP | Vendor |
|---|---|
| Standard cells | Artisan |
| Pad cells | Virtual Silicon Technologies (VST) + Oticon-modified cells for output driver, mech-, and configurable pull-pads. |
| Memories | Virage Logic |

Figure 72: Table of IP used for the Jump3 DSP IC.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| Jump3 User Guide<br>16.1 Jump3dsp rev. A vs. B | Cell: | jump3 |
|---|---|---|
| | Version: | 15-Dec-06 09:12 |
| | Designer: | tgl et al |

# 16 Chip set revisions [tgl]

## 16.1 Jump3dsp rev. A vs. B

FIXME

## 16.2 Jump3fe rev. A vs. B [ij][axy]

FIXME

## 16.3 FEcic rev. FIXME (H?) [???]

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

# 17 Production, Testing, and Packaging [tgl]

## 17.1 Production [tgl]

FIXME: Outdated, we used the "LOGIC" process.

Prices in USD for 2003 as of 28Nov02

| | Wafers/quarter | Logic process [USD] | MM process [USD] | Price/die (logic) [USD] | Price/die (MM) [USD] | Production time (logic) [days] | Production time (MM) [days] |
|---|---|---|---|---|---|---|---|
| Mask layers (min) | | 25 | 29 | | | 55.5 | 62.3 |
| Mask layers (max) | | 28 | 35 | | | 60.6 | 72.5 |
| Mask price | | 250,000 | 280,000 | | | | |
| Pilot run | 6 | 40,000 | 45,000 | 12.41 | 13.97 | | |
| Volume production | 12 | 3,330 | 3,750 | 1.03 | 1.16 | | |
| Volume production | 50 | 2,930 | 3,300 | 0.91 | 1.02 | | |
| Volume production | 300 | 2,500 | 2,820 | 0.78 | 0.88 | | |
| | | | | | | | |
| | | | | | | | |
| Die area [mm^2] | 9.70 | | | | | | |
| Dies per wafer | 2,900 | | | | | | |
| Yield | 90.00% | | | | | | |
| Dies per year (good) | 300,000 | | | | | | |
| Wafers per quarter | 28.74 | | | | | | |
| Life time [years] | 4 | | | | | | |
| **Logic-MM in life time** | **191,414** | | | | | | |

Pilot run ( 12 w started, 6 w guaranteed, all good wafers delivered)

Logic G2 Process, 1P6M Dual Voltage :

Normal Lot = 1.7*28 + 4 + 4 + 5 = 61 days

(days/layer*#photolayers + masktooling + first 2 masks + delivery)

## 17.2 Testing [tgl]

### 17.2.1 FE

The wafers are delivered fully tested and sawed from Zarlink, *see FIXME*.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| Z=N | Jump3 User Guide<br>17.3 Packaging [tgl] | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

### 17.2.2 DSP

The raw wafers are tested at DELTA (Hørsholm, Denmark) before back-lapping & sawing, which is performed at Corwil (California, USA), *see DSP KM-sheet [21]*.

Please refer to the DSP test specification *[17]* for more information on testing.

## 17.3 Packaging [tgl]

Please refer to the F-sheets for package information and bonding diagrams *[18], [19], [20]*.

DEM004087

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| | Jump3 User Guide<br>18.1 Pathfinder | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

# 18 Compatibility with other chips [tgl]

## 18.1 Pathfinder

Pathfinder is FIXME.

Shoe (analog only). Sharing of EEPROM link + ESI link. FIXME

*See section 5.13 on page 91.*

## 18.2 Lego2

Lego2 is FIXME.

I2S streaming, sharing of EEPROM link + ESI link. FIXME

## 18.3 Fusion (Saturn/Hawaii)

Fusion is FIXME.

I2S streaming, sharing of EEPROM link + ESI link. FIXME

## 18.4 LoneStar

LoneStar is FIXME.

Sharing of EEPROM link + ESI link. FIXME

## 18.5 Jump2b [tgl]

The Jump3 DSP is ***functionally backwards compatible*** with the Jump2b DSP seen from a possible end-user's perspective.

This means that it can be configured to have ***almost the same DSP & MMI functionality*** as Jump2b. E.g., the extra bandwidth offered by Jump3 may be removed by turning off the additional bands (and reducing the FE clock frequency). Furthermore, the compressor can be configured to use only two channels without coupling. Likewise, Noise Reduction and DIR may be disabled. The ***decimation/re-sampling filter*** is different from Jump2b, but this shouldn't make a big difference.

However, Jump3 cannot use the same ***fitting software*** as Jump2b due to the drastically changed memory map and communication protocol.

Additionally, the ***pad placement*** of the Jump3 DSP has been optimized for use with FEcic and the new FE3 together with an external EEPROM, so it may be difficult to make hybrids/amplifiers with e.g. FE2.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 19.1 Jump3 vs. Jump2 | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

# 19 Differences between Jump3 and related chip sets

[tgl]

## 19.1 Jump3 vs. Jump2

FIXME

*See section 18.5 on page 129.*

## 19.2 Jump3 vs. Lego2

FIXME

## 19.3 Jump3 vs. Fusion/Saturn/Hawaii

FIXME

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

| ZEN | Jump3 User Guide<br>20.1 Syncro | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

# 20 Products based on the Jump3 platform [???]

## 20.1 Syncro

## 20.2 Steam

## 20.3 Hercules

## 20.4 Syncro+

## 20.5 Deriving a new product from Jump3

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc

131/13

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004090

# 21 Overview of additional/related documentation [tgl]

FIXME: Outdated overview exists here:
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/jump3dsp_doc_overview.doc

## 21.1 How-to Guides

## 21.2 F-Sheet, KE-Sheet, KM-sheet...

## 21.3 DspSim/Matlab/Matlas simulation models

## 21.4 Concept documentation

### 21.4.1 Jump3dsp, Jump3fe, FE2

### 21.4.2 Zen

## 21.5 Chip evaluation documentation [moi][cgu]

FIXME

## 21.6 IC Module/Block documentation [???]

FIXME

## 21.7 Test jigs [cgu]

### 21.7.1 FPGA

DINI dual-FPGA board, Jump2b Adapto jig + sister board for extra front-end and level converters. The sister board was initially made as hand-wired breadboards, but was later replaced with a PCB. Used for prototyping before tape-out. See FIXME.

FIXME

Figure 73: Picture of FPGA test jig.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| ZEN | Jump3 User Guide<br>21.7 Test jigs [cgo] | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

### 21.7.2 ASIC

New PCB for ASIC validation. Developed after tape-out. See FIXME.

FIXME

Figure 74: Picture of ASIC test jig.

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

DEM004092

## 22 References [tgl]

[1] Memory Map
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/concept/memory_map/html/index.htm

[2] FE2 admin (Front-end communication protocol)
FIXME: fe2-admin.pdf DRL

[3] $I^2S$ bus specification, Philips Semiconductors, February 1986.

[4] IIS block documentation,
http://techdoc.kitenet.com/ic-design/projects/lego2/digital/block/iis_interface/IIS%20interface.doc

[5] Area estimate:
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/concept/Jump3_estimate.xls

[6] I/O pads:
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/concept/jump3dsp_pinout.xls

[7] Pad placement and floorplan:
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/concept/pad_placement_and_floorplan.vsd

[8] Jump2b the facts.

[9] FE3 development specification
http://techdoc.kitenet.com/ic-design/projects/zen/jump3fe/concept/develope_spec/fe3_develope_spec.doc

[10] Adapto Specification
FIXME

[11] Jump3 DSP System Diagram
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/concept/Jump3_diagram_dsp.vsd

[12] Jump3 IFU System Diagram
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/concept/Jump3_diagram_ifu.vsd

[13] JumpCom3 Software
F:\Data\pu\HACom\Tentative\JumpCom3

[14] Specification of Controller for Remote Receiver
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/concept/ifu_rc_decoder/RCD%20Specs.doc

[15] Specification of Controller for Volume ADC
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/concept/ifu_adc_decoder/ADCD%20Specs.doc

[16] Jump3dsp Development Specification

DEM004093

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE

| ZEN | Jump3 User Guide<br>21.7 Test jigs [cgo] | Cell: | jump3 |
|---|---|---|---|
| | | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

[17] Jump3dsp Test Specification
//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/production/test_specification.doc

[18] Jump3 DSP F-sheet

[19] Jump3 FE F-Sheet

[20] Jump2 FEcic F-sheet

[21] Jump3 DSP KM-sheet

[22] The DigiFocus (Jump) Filter Bank. Documentum.

[23] Lego2 Output Driver
http://techdoc.kitenet.com/ic-design/projects/lego2/analog/block/odr/odr_1.doc

[24] Beeps and Switches in Zen
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/links/Beeps%20&%20Switches%20in%20ZEN.drl

[25] DD-converter block documentation
http://FIXME/dspu_ddc_block_documentation.doc

[26] 040504_How To use DDC high pass filter on Jump3 DSP.doc
FIXME: DOCBERN DRL

[27] Sine Generator frequency/amplitude tables, and formulas: dspu_sine_gen.xls
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/digital/block/dspu_sinegen/dspu_sinegen.xls

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc

DEM004094

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| | 21.7 Test jigs [cgo] | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

# 23 Index [tgl]

FIXME: General index of the document (far from complete).

*A*

Adapto, *See* VoiceFinder · 22, 60, 126, 128
ADIR, *See* Directionality · 26, 27, 40, 53, 55, 59, 60, 62, 100, 109, 112
Anti-Feedback, Dynamic Feedback Cancellation · 26, 27, 40, 53, 72, 112
Audio Streaming · 23, 93

*B*

band · 13, 21, 22, 26, 29, 40, 52, 55, 56, 57, 59, 60, 62, 64, 100
Band · 22, 26, 27, 59, 60
boot · 82, 111
  boot time · 111
BTE · 15, 16, 43, 45, 107
Buttons & switches · 23, 29, 86, 87, 88

*C*

channel · 20, 21, 22, 27, 50, 59, 60, 61, 62, 63, 64, 76
CIC · 2, 13, 15, 16, 18, 43, 44, 45, 107
clock frequency · 18, 21, 52, 123
compression · 61
compressor · 21, 22, 27, 40, 59, 60, 61, 62, 63, 64, 75, 76, 100, 123
Compressor · 2, 63
configuration · 14, 15, 28, 29, 32, 86, 88

*D*

DC-cut · 22, 53, 54, 66
DD-Converter · 40, 65, 69, 75
decimation (resampling) · 21, 22, 40, 52, 53, 54, 123
Directionality
  environment detection (dir_detect), *See* Directionality · 40
Dynamic Feedback Cancellation · 72

*E*

EEPROM, *See* memory map · 14, 15, 16, 18, 19, 20, 23, 24, 26, 27, 28, 29, 32, 33, 34, 35, 38, 41, 42, 44, 45, 48, 49, 50, 56, 79, 83, 84, 95, 108, 111, 119, 123

*F*

filter · 18, 21, 22, 23, 24, 27, 40, 52, 53, 54, 56, 57, 58, 59, 62, 66, 129
firmware · 14, 15, 23, 24, 27, 29, 33, 34, 35, 40, 79, 84, 86, 88, 95, 98, 102, 111
Firmware
  Actions · 23, 86, 87, 88, 97
  Events · 23, 86, 87, 97
Front-end · 14, 16, 18, 19, 23, 28, 29, 34, 46, 49, 52, 76, 82, 84, 85, 107, 115, 119, 126, 128
Fusion · 29, 113, 117, 123, 124

*G*

gain · 19, 20, 21, 22, 26, 28, 51, 53, 56, 59, 60, 61, 62, 63, 65, 76, 78, 100, 101, 109, 111, 112
  band gain & summation · 26, 40, 56, 59, 60, 100

*H*

Hawaii · 113, 123, 124
high-pass · 28
Hi-Pro · 24, 26, 29
Hybrid · 2, 16, 18, 27, 43, 44, 45

*I*

$I^2C$ · 23
IFU, *See* Interface Unit · 18, 23, 27, 29, 31, 40, 80, 81, 82, 83, 85, 128
impedance · 22, 111
Interface Unit, *See* IFU · 18, 23, 27, 29, 80
ITC · 16
ITE · 2, 15, 16, 43, 45, 107

*J*

Jump2 · 18, 24, 32, 49, 52, 59, 112, 124, 129
  FE2 front-end IC · 18, 28, 50, 51, 123, 126, 128
  FEcic front-end IC · 15, 16, 18, 19, 20, 23, 28, 32, 40, 44, 46, 47, 49, 50, 51, 52, 82, 111, 115, 117, 119, 120, 123, 129
  Jump2a DSP IC · 18

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| | Jump3 User Guide | Cell: | jump3 |
|---|---|---|---|
| ZEN | 21.7 Test jigs [cgo] | Version: | 15-Dec-06 09:12 |
| | | Designer: | tgl et al |

Jump2b DSP IC · 13, 15, 16, 18, 20, 21, 22, 23, 29, 32, 52, 56, 60, 61, 62, 63, 84, 94, 111, 123, 126, 128
Jump3 · 1, 13, 14, 16, 17, 18, 20, 21, 22, 23, 24, 25, 29, 30, 33, 43, 49, 52, 53, 57, 63, 64, 84, 99, 112, 113, 119, 123, 124, 125, 128, 129
Jump3dsp DSP IC · 15, 32, 82, 120, 126, 128, 129
Jump3fe front-end IC · 128

*K*

Keeper, *See* Buttons & switches · 23, 86

*L*

Lego2 · 18, 21, 22, 23, 24, 27, 29, 33, 52, 86, 113, 117, 123, 124
LoneStar · 123
low-pass · 18, 28

*M*

MCU, *See Microcontroller* · 28, 82, 83
Mechanical Interface, *See* Buttons & switches · 82
Memory Management · 2, 14, 18, 22, 32, 33
memory map · 25, 26, 29, 32, 35, 38, 46, 47, 49, 50, 61, 111, 123, 132
Microcontroller, *See* MCU · 23, 24, 27, 29, 82, 95, 96
Watchdog timer · 96
MIF, *See* Mechanical Interface · 82
MMU, *See* Memory Management · 28, 82, 83
MPO, *See* Output AGC · 22, 75, 78

*N*

Noah Link · 24, 26, 29
Noise reduction · 13, 22, 29, 40, 60, 64

*O*

Output AGC · 22, 40, 64, 75, 76, 77, 78, 79, 100, 111

*P*

Pathfinder · 123
PIF, *See* Programming Interface · 24, 82, 83, 86, 97, 112
power-up · 79
Programming Interface · 28, 82
pull-down · 86
pull-up, *See* Buttons & switches, *See* · 23, 86

*R*

RAM, *See* memory map · 23, 26, 29, 32, 33, 34, 35, 36, 37, 49, 50, 83, 99, 111
resampling, *See* decimation · 52, 123
reset · 14, 15, 18, 20, 47, 50, 51, 82, 107
restart · 111
roll-off · 52, 53, 54, 56
ROM · 97

*S*

sampling · 21, 22, 52, 57
Sampling · 52, 79
sampling frequency · 21, 22, 52, 57, 79
Saturn · 113, 123, 124
Streaming, *See* Audio Streaming · 24, 123
summation · 22, 26, 59, 60
Switch, *See* Buttons & switches · 22, 23, 56, 86, 87
Synchro (algorithm), *See* VoiceFinder · 22, 29, 34, 40, 60, 62, 112
Syncro (HI product range) · 2, 13, 23, 26, 29, 33, 43, 44, 45, 57, 59, 86, 98, 99, 112, 117, 125

*T*

Toggle, *See* Buttons & switches · 86
Token Watchdog · 24, 95

*V*

VoiceFinder · 13, 22, 29, 60, 112

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE



| Jump3 User Guide | Cell: | jump3 |
|---|---|---|
| 21.7 Test jigs [cgo] | Version: | 15-Dec-06 09:12 |
| | Designer: | tgl et al |

# 24 Memory Map Attribute Index [tgl]

FIXME: Index to look up information about memory map attribute names (far from complete).

### A

adir
- cardioid_h12 · 53, 97
- cardioid_h21 · 97
- match_init_val_1_msb · 109
- match_init_val_2_msb · 109
- shift_gain_out · 97, 106

afb.run_mode.afb_on · 26

### B

band_gain_sum.int_pol_mode · 26, 57, 58

### C

compressor.crossover · 58, 61, 62
compressor.gain_c_ch1 · 97
compressor.gain_s_ch1 · 97
compressor.misc.intpol_gain · 60
compressor.misc.intpol_time · 60
compressor.oagc_att_lvl · 97
compressor.volume_ch1 · 97

### F

filter_bank.filter_type · 57

//depot/projects/zen/jump3dsp/ic/documentation/chips/rev_b/system/user_guide/jump3_user_guide.doc
http://techdoc.kitenet.com/ic-design/projects/zen/jump3dsp/ic/chips/rev_b/system/user_guide/jump3_user_guide.doc

138/138

DEM004097

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR, CONTAINS HIGHLY CONFIDENTIAL CODE