# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) ) ) Plaintiff, ) ) v. ) ) SONIC INNOVATIONS, INC., et al, ) ) Defendants. ) ) | C.A. No. 05-422 (GMS) |

## EXHIBITS W THROUGH Z IN SUPPORT OF DECLARATION OF ROBERT KINDER IN SUPPORT OF PLAINTIFF ENERGY TRANSPORTATION GROUP INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR JUDGMENT <u>AS A MATTER OF LAW</u>

|  |  |
|---|---|
|  | Edmond D. Johnson (# 2257) |
|  | Matthew A. Kaplan (#4956) |
| OF COUNSEL: | PEPPER HAMILTON LLP |
|  | Hercules Plaza Suite 5100 |
| Marty Steinberg | 1313 Market Street |
| HUNTON & WILLIAMS LLP | Wilmington, DE 19899-1709 |
| 1111 Brickell Avenue | Telephone: (302) 777-6500 |
| Suite 2500 |  |
| Miami, Florida  33131 |  |
| Telephone:  (305) 810-2500 |  |
|  |  |
| Brian M. Buroker |  |
| HUNTON & WILLIAMS LLP |  |
| 1900 K Street, N.W., Suite 1200 | *Attorneys for Energy Transportation Group, Inc.* |
| Washington, DC 20006-1109 |  |
| Telephone:  (202) 955-1500 |  |
|  |  |
| Maya M. Eckstein |  |
| HUNTON & WILLIAMS LLP |  |
| Riverfront Plaza, East Tower |  |
| 951 East Byrd Street |  |
| Richmond, VA 23219-4074 |  |
| Telephone:  (804) 788-8788 |  |
|  |  |
| Dated: March 27, 2008 |  |