Exhibit W

# _Requirement Specification for the_
# _Digital IC of the Alaska Processor_

Abstract:

The following requirement specification lists the features and requirements of the digital IC (integrated circuit) of the alaska project.

Application:

This document is a base for decision about establishment and execution of system development and is not intended to be used by end users when the system has been developed.

Required documents:
* Target specification of the alaska project (to be found in the archive)

Contents:

1

EXHIBIT

JX 264

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003752

*2*

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003753

## 1    GENERAL

## 1.1  ALASKA HEARING AID

The Alaska hearing aid consists of the following components:

- microphone
- telecoil
- audio input
- receiver
- battery
- m/t/o switch
- analog ic
- digital ic
- pcb (printed circuit board)
- 2 external capacitors
- connector to HiPro interface

The three hearing aid types (ITE, BTE, Power BTE) use the same chip set. The requirements in area, functionality and power consumption are to build all three different hearing aids with this chip set, but different external components (e.g. receiver).

The following figure shoes the block diagram of the complete Alaska hearing aid. The following chapters of this documents give the requirements for the digital IC of the Alaska hearing aid, from now on called Alaska processor.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003754



Figure 1.1: ALASKA HEARING AID

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003755

## 2    ALASKA PROCESSOR

The alaska processor is Bernafons first all digital hearing aid. Its main features are:

- implementation of the mlc algorithm (multi loudness scaling)
- real time adaptive feedback compensation
- on-chip integrated audio signal generator
- oversampling $\Sigma\Delta$ digital output for direct drive of the class D receiver

and many other features like processor supervision, start-up signal, communication interface to fitting tool via HiPro, non-volatile memory for saving of the filter data, data security, system controller, etc.

All the features, and especially the implementation of the mlc algorithm and adaptive feedback compensation make the alaska hearing aid a hearing aid of the second (or even third) generation.

1st generation: digital n-band equalizer, e.g. digifocus, senso

2nd generation: processor, with hearing aid features, e.g. philips

3rd generation:?

The following block diagram shows the top level of the alaska processor. Showing the different block mentioned. Note that the alaska processor works with fast, volatile memory (RAM) on the digital chip, called the filter data.

These filter data need to be stored in non-volatile memory (EEPROM). which can not be integrated on the digital chip.The filter data are loaded from the EEPROM on the analog chip during booting. For security all data transferred to the RAM of the alaska processor are checked and of needed corrected. Details follow in the next chapters

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003756



**Figure 2.1: ALASKA PROCESSOR**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003757

## 2.1  FLOWS

The flow of the different data are pointed out on the next figure. There are mainly two flows to differentiate:

- audio signal flow
- filter data flow

The audio signal flow is shown in the lower part of the figure. Audio signals are chosen either from the microphone, the telecoil or the audio input and converted in the a/d converter (analog/digital). The alaska processor chooses between the selected audio input or the internal audio signal generator (audiometer mode), processes the data and drives the receiver.

The filter data flow is either coming from the non-volatile memory or from the fitting tool. They concrete functionality is described in details in the following chapters.



**Figure 2.2: FLOWS**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

### 2.1.1 Filter data flow

The filter data with the specific information of the hearing impaired person is handled in four different ways:

- boot
- download
- upload
- save

boot: When switching on the hearing aid the data is copied from the non-volatile memory (EEPROM) to the volatile memory (RAM). Each data block is checked during this transfer.

download: If the filter data is changed for a new correction the new parameters are downloaded from the fitting tool into the RAM. Each data block is checked during this operation too.

upload: The actual filter data is sent to the fitting tool when upload is executed.

save: For saving the actual data in the volatile memory (RAM) in the non-volatile memory (EEPROM) a save is executed.



Figure 2.3: Filter data flow

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

### 2.1.2 PC data flow

A detailed view of the operations of the fitting tool and the alaska processor is show in the next block diagram.

There are three different types of data which can be accessed from the fitting tool (PC):

- filter data
- admin data
- temporary variables (temp reg and session ID)

filter data: The hearing impaired specific filter data of 208 x 16 bit is accessible via RAM.

admin data: 48 x 16 bit data is supplied for storing any administrative data directly in the non-volatile memory.

temporary registers: some temporary registers are integrated for the communication, there functionality gets clear out of the PC command table.

The following figure shows the three different data types.



**Figure 2.4: PC data flow**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

## 2.2 HEARING AID OPERATION

The following figure shows the principle of the operation of the mainController:



init:   Set multiplexers of hearing aid into default position
- Input: Microphone
- RAM: load from EEPROM
- Output: from mlcAlgorithm

reset RAM:   Reset RAM (fill with all 0's)

write into RAM:   Stream into RAM (either from EEPROM or PC) Automatic initialization of analog registers (Oscillator, PreAmplifiers and OutputAmplifier)

indicate operation:   Generate beep sequence and mute for a moment to avoid feedback noise

run:   Run Processor (PC commands will be executed in S4, e.g change to S5, set Multiplexers, etc.)

*A failure during writing of the RAM will cause the Processor not to run, but PC commands will be executed.*

reset EEPROM:   Reset EEPROM (Writing the EEPROM is executed in two steps: 1. Writing all 0's forcing the write0 command (S5) and 2. writing any 1's with the write1 command (S6).)

output from RAM:   Stream out of RAM (Depending on the EEPROMswitch the RAM content is streamed out to the PC or stored into the EEPROM.)

**Figure 2.5: mainController FSM**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

### 2.2.1 Start up indication

The alaska processor will send 4 beep signals at mcl (most comfortable level) at the very beginning after switch on and be silent for another 6 seconds, this is done in the state 'indicate operation'. The following figure illustrates this start up sequence:



2s                                    6s

**Figure 2.6: Start up indication**

### 2.2.2 Battery End of Life (BEL) indication

The analog IC of the alaska hearing aid supervises the battery supply. If the voltage drops a certain threshold a BEL signal is send to the alaska processor. This BEL indication has the following features:

- BEL indication at mcl
- enable/disable function at fitting tool level
- 4 beep signals for 2 seconds every 8 minutes (The BEL signal from the analog detection unit needs to be stable for more than 8 minutes before any indication is given, this integration time is integrated on the alaska processor)
- indication around 2 hours before battery really runs out

*Note: Some of this requirements are rather for the analog chip then for the alaska processor (e.g. indication 2 hours before battery end)*

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003762

*12*                                                                                          *2:*

The following figure illustrates the BEL indication.



**BEL signal**

**audio signal**

**Figure 2.7: battery end of life indication**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003763

### 2.2.3 Processor supervision

Another feature of the alaska processor is the integrated supervision.

The signal delay of the digital process is inversely related to the supply voltage. If this voltage now falls below a certain level, the most critical path of the alaska processor fails and the output of the algorithm is wrong.

➡ This is not acceptable.

The next picture shows the block diagram of the processor supervision with some further explanation.





**Figure 2.8: processor supervision**

Whenever the processor detects a timing violation, it is rebooted. The contents of the RAM are refreshed too, because their contents can no longer be guarantied. (This warm start sequence is executed without sending the start up indication.)

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003764

*14*                                                                                              *2:*

## 2.3  Memory Mapping

The following table shows the memory mapping of the alaska processor.



**Figure 2.9: Memory Mapping**

Note: The calibration data are allocated from the address 112d to 127d to have compatibility to the jump2 front end chip. (Please keep in mind that the jump2 fe uses the addresses 112d to 127d with a 512x8 bit EEPRom architecture, which is not the same as the addresses 112d to 127d for the 256x16 bit architecture show in the memory mapping above.)

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003765

### 2.3.1 Data security

The filter data in the memory is protected with a

* hamming code

and a

* crc (cyclic redundancy check) code

The integration of this double protection has the follow features:

* $<10^{-6}$ probability of undetected failure
* 60% of hearing aids keep working if ~0.5% of filter data fails
* less than $1/3$ of memory used for error protection
* very little additional hardware

The next figure show how the code is allocated in the memory.



**memory (part)**

| filter data | h-code |
|---|---|
| filter data | h-code |
| filter data | h-code |
| ... | ... |
| ... | ... |
| ... | ... |
| filter data | h-code |
| crc-code | h-code |

Figure 2.10: data security of filter data

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003766

## 2.4  PC INTERFACE

The following chapter describes the PC protocol, the data format and the PC instruction set of the Alaska Processor.

*Note: There are a lot of open questions regarding the PC interface. It is due to further evaluation to check if an implementation according to the following specifications is possible or not.*

### 2.4.1  PC Instruction set for the Alaska Processor

The following table is the summary of the PC commands, which are executable from the fitting tool.

TABLE 2-1: PC commands

| Command | Command | Response | Description |
|---------|---------|----------|-------------|
| REBOOT | 1 command block | 1 data block (chip and session ID) | load filter data from EE-PROM into RAM |
| DOWNLOAD | 1 command block + 208 data blocks | 1 data block (chip and session ID) | download filter data from PC into RAM |
| SAVE | 1 command block | 1 data block (chip and session ID) | save filter data from RAM in the EEPROM |
| UPLOAD | 1 command block | 208 data blocks | upload filter data from RAM to PC |
| generatorMode | 1 command block (6 bits command, 6 bits frequency, 4 bits mode {start, stop, mute, broadband}) | 1 data block (amplitude in temporary register) | write data into AudioTestSignal generator for correct audio signal. (start, stop, mute ddConverter (switch off) or broadband (generate noise)) |
| Power measure | 1 command block | 1 data block | send power of input audio signal to PC |
| Transmission status | 1 command block | 1 data block | send FEC result to PC (1 bit *failed* and 1 bit *corrected* and 1 bit *BEL*) |
| setAudioIn | 1 command block (6 bits command, 2 bits data) | 1 data block (2 bits for selected source) | forces audioIn Switch to the chosen source, independent of the external choice |
| writeID | 1 command block (6 bits command, 10 bits ID) | 1 data block (chip and session ID) | writes specific hearing/aid fitting identification |
| readID | 1 command block | 1 data block (6 bits chip ID and 10 bits session ID) | send chipID & sessionID to PC |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

**TABLE 2-1: PC commands**

| Command | Command | Response | Description |
|---|---|---|---|
| write admin data | 1 command block (6 bits command, 6 bits address, 16 bits data | 1 data block (data from temporary register) | write admin data range at given address (data is taken from temporary register) |
| read admin data | 1 command block (6 bits command, 6 bits address) | 1 data block (16 bits data) | read admin data range at given address (48 word) |
| write tempReg highByte | 1 command block (6 bits command, 8 bits data) | 1 data block (contents of temporary register) | write temporary register highbyte [8..15] |
| write tempReg lowByte | 1 command block (6 bits command, 8 bits data) | 1 data block (contents of temporary register) | write temporary register lowbyte [0..7] |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003768

### 2.4.2  PC command format

The communication between the fitting tool and the alaska hearing aid instrument via HiPro, the hearing instrument programmer.

The PC (where the fitting tool runs) and the HiPro are connected via RS232 interface at abbr. 20 kBits/s. The HiPro alaska processor communication is defined in the following figures. Some basic requirements are:

- 19,2 kBits/s
- asynchronous transfer of 8 bits data plus 1 start bit (logic 1) and stop bit (logic 0)
- failure detection code integrated into communication

The following figure shows a basic block of the communication:



Figure 2.11: PC command format

### 2.4.3  PC command cycles

The communication between the fitting tool and the alaska processor consists of 5 basic commands, these are:

- execution request
- single information request
- block download
- block upload
- failure message

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003769

These five different commands are explained in detail with the following figures.



$$t = \frac{}{19200 \frac{bits}{s}} =$$

**Figure 2.12: PC command (Type Execute only)**



$$t = \frac{}{19200 \frac{bits}{s}} =$$

**Figure 2.13: PC Command (Type single information requested)**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003770



$$t = \frac{}{19200\frac{bits}{s}} =$$

Figure 2.14: PC Command (Type block download)

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR



$$t = \frac{}{19200\frac{bits}{s}} =$$

**Figure 2.15: PC Command (Type block upload)**



$$t = \frac{}{19200\frac{bits}{s}} =$$

**Figure 2.16: PC Command (failure message)**

CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

**2.4.4  PC transfer security**

The data transfer from the fitting tool and the alaska processor also includes failure de-tection code. This is used for getting rid of handshakes and checks and cross-checks be-tween the transfer of data.

- bit error during transfer cause a failure message
- there is no error correction on commands
- filter data with single error will be corrected

The data from and to the alaska processor is protected with the hamming code. This al-lows a good, secure communication of any commands and data.

➡ The fitting tool can easily indicate troubles if it detects single (or even multiple) bit er-rors during the transfer of data.

*Note: All this requirements may change until PC protocol is evaluated*

**PC communication**



**Figure 2.17:**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

## 2.5 Typical application

The communication is designed for a fast, efficient and secure transfer of the filter data of the hearing impaired person. The following pictures show, how a fitting session looks like.



**Figure 2.18: typical application**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003775

### 2.5.1  Establish communication

The detailed procedure for the establishment of the communication is showed in the next picture.



**Figure 2.19: establish communication**

### 2.5.2  Fitting procedure

The next flow diagram shows the details of the fitting procedure, which mainly consists of operations of the acoustician on the fitting tool level.



**Figure 2.20: fitting procedure**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

### 2.5.3  Save data

The time consuming saving of the filter data in the non-volatile memory (EEPROM), is done once at the very end of a fitting session. during this operation the data is handled completely in the hearing aid, where it is protected from any external disturbance with the integrated failure procedure.



**Figure 2.21: save data**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

28                                                                                          2:

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003779

## 3　EEPROM COMMUNICATION

The non-volatile memory (EEPROM) is allocated on the analog chip. Before the alaska processor can start operation, it needs to load the contents of the EEPROM, the filter data, in its volatile memory (RAM).

The communication between the two chips needs to be easy, fast and cheap. For these reasons a synchronous, bidirectional, one wire communication has been developed by the IC team of oticon for their jump chip set. The following chapters describe this protocol.

## 3.1　EEPROM INTERFACE COMMUNICATION PROTOCOL

The protocol for the communication on the line is:

| DSPdata_stream | ≡ | [write_ram \| write_eep \| read_ram \| read_eep \| rcl_eep \| set_switch]* | |
|---|---|---|---|
| write_ram | ≡ | $\underline{0*1\ 0100\ D\ A}\ Z\ \overline{0*1}\ \overline{R}\ Z$ | |
| write_eep | ≡ | $\underline{0*1\ 0110\ D\ A}\ Z\ \overline{0*1}\ \overline{R}\ Z$ | |
| read_ram | ≡ | $\underline{0*1\ 0000\ A}\ Z\ \overline{0*1}\ \overline{R}\ Z$ | |
| read_eep | ≡ | $\underline{0*1\ 0010\ A}\ Z\ \overline{0*1}\ \overline{R}\ Z$ | |
| rcl_eep | ≡ | $\underline{0*1\ 0011}\ Z\ \overline{0*1}\ \overline{R}\ Z$ | (increment address, then read) |
| set_switch | ≡ | $\underline{0*1\ 1mtp}$ | (mic, telecoil, program) |
| D | ≡ | $[d]^8$ | (8 data bits) |
| A | ≡ | $[a]^{10}$ | (10 address bits) |
| R | ≡ | $[r]^8$ | (8 rcdata bits) |

where * is zero or more repetitions, ＿ means communication from DSP to FE, ‾ FE to DSP, and Z means high impedance for half a clock cycle.

During a rcl_eep, if the address corresponds to a RAM address on the FE, then data are written into the RAM after reading the EEPROM.

**Figure 3.1: command format**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003780

The timing of the protocol during a write_eep command is outlined below.



Figure 3.2: EEPROM protocol

### 3.2   Instruction set

Table 1: Instruction description (instr)

| Instr. | Code | Description |
|---|---|---|
| read_ram | 0000 | read ram |
| | 0001 | |
| read_eep | 0010 | read eeprom |
| rcl_eep | 0011 | increment addr, read eeprom, write ram on FE |
| write_ram | 0100 | write ram |
| | 0101 | |
| write_eep | 0110 | write eeprom |
| cwr_eep | 0111 | increment addr, write eeprom (not implemented yet) |
| set_switch | 1mtp | m=off/**on**   t=**off**/on   p=**p1**/p2    (0/1) (defaults in bold) |

In order to perform a recall, the first operation should be a read_eep in order to set the address to h00.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003781

## 4    POWER CONSUMPTION

Power consumption plays a key role in the development of the alaska processor. A block is only enabled if it has to perform a task for saving as much power as possible. This hardly affects all modules which are only needed for start up, e.g. blocks like the EEPROM or PC interface, which have, compared to the processing units, a very short operation time.

## 4.1  CLOCK MANAGEMENT

Enabling or disabling a block is done best by switching of the clock to the unit.

*Note: If clocks are enabled/disabled for certain gabs, the principle of a synchronous design is hurt. Setup and hold time violation need to be checked very carefully. (It has to be verified too if the Verilog-XL simulator is able to detect such setup/hold time violation when the characterized cell library is used for simulation.)*

The following picture illustrates a possible scenario of clock management. A definitive solution is available when the blocks are integrated and their processing power is known.



**Figure 4.1: clock management**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003782

*32*                                                                      *4:*

CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

## 5    TEST STRATEGY FOR ALASKA PROCESSOR

## 5.1    TEST PRINCIPLE

### 5.1.1    Analog IC

The analog IC consists of analog, digital parts and the EEPROM. The EEPROM needs special treatment because of the special architecture and the critical yield.

Blocks to be tested:

(analog)
- voltage doubler
- preamplifiers
- 

(both analog and digital)
- a/d converter
- 

(digital)
- digital EEPROM controller interface
- EEPROM
- 

After finishing the test of the EEPROM a default value shall be written into it. It has to be verified if it shall be some special patterns for a general EEPROM test or if some realistic hearing aid parameters shall already be programmed.

### 5.1.2    Digital IC

There isn't any calibration needed during (and after) testing the digital IC. A good chip will be cut and prepared for assembling on the PCB.

Blocks:
- BISTs of multipliers (MAC)
- BISTs of RAM
- ATPG (pseudorandom) of data units and multiplexers
- extended scan path for counters and controllers (fixed state machines)

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003784

*34*                                                                                          *5:*



**Figure 5.1:**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

### 5.1.3 Assembly on PCB

After assembling the chips on the PCB (Printed Circuit Board) and after bonding the interconnection between the chips and the PCB will be checked.

One possibility for a test is the use of boundary scan. If both the analog and digital chip have boundary scan, it is very easy to check all the bondings.

- *The EEPROM shall be read and checked if the data is consistent since the last write cycle before cutting the wafer. It often happens that the EEPROM looses data during cutting (because of the mechanical stress and the fluid used for cooling).*
  *After checking the bonds the EEPROM shall be programmed with default data. The data of the hearing aid shall pre-adjust the final hearing aid in a way that the fully assembled hearing aid works when the calibration is started.*

### 5.1.4 Calibration

The assembled hearing aid will be programmed with the production data, the place of production and the hearing aid type and the clock circuit, the microphone and telecoil preamplifiers and the output amplifier will be calibrated.

*(Communication is all the time via PC link with the RAM, at the end the parameters will be saved in the EEPROM)*



**Figure 5.2: calibration procedure**

The hearing aid is know ready for delivery.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003786

### 5.1.5  Fitting

The acoustician will fit the hearing aid to the hearing impaired person with the help of the audio signal generator.

*(Communication is all the time via PC link with the RAM, at the end the parameters will be saved in the EEPROM)*

### 5.1.6  Operation

Parameters are copied from the EEPROM into the RAM and the hearing aid starts operation.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003787

## 5.2  SUMMARY

### 5.2.1  EEPROM test

- Test of chip in the fabric (inc. EEPROM)
- Programming of EEPROM with neutral (or specific) data at the end of the test (via test interface)
- Test of EEPROM after bonding (via test interface)
- Programming of EEPROM with specific data (via test interface)
- Verification of EEPROM before calibration (via PC interface)
- Calibration of hearing aid, save of new data into EEPROM (via PC interface)
- Verification of EEPROM with fitting software (via PC interface)
- Fitting of hearing aid and save of new data into EEPROM (via PC interface)
- Check of EEPROM with CRC and hamming code of EEPROM after every switch on (chip internal)

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

*38*                                                                                           *5:*

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003789

Exhibit X

# JUMP2B – The Facts

### A short guide to the Jump2b chip set
### -- for users and programmers

### November 2000

By all in Jump, Jump2a and Jump2b

```
EXHIBIT

JX 266
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003922

## Table of contents

PREFACE ........................................................................................................................................... 4

PRODUCTION ISSUES ..................................................................................................................... 4

JUMP2 TECHNOLOGY ...................................................................................................................... 4

THE FRONT-END (FE) IC ................................................................................................................. 4

    THE ANALOGUE FRONT-END ................................................................................................................. 5
    MICROPHONE AND TELECOIL AMPLIFIER .............................................................................................. 5
    RESET CIRCUIT .................................................................................................................................. 6
    AD-MODULATOR ................................................................................................................................. 6
    OSCILLATOR ...................................................................................................................................... 6
    CONTROL LOGIC AND EEPROM .......................................................................................................... 7
    COMMUNICATION LOGIC ..................................................................................................................... 7
    EEPROM ......................................................................................................................................... 7

THE DSP IC ......................................................................................................................................... 7

    THE RESAMPLING FILTER .................................................................................................................... 8
    SINE GENERATOR ............................................................................................................................... 8
    RESET BEEPS .................................................................................................................................... 8
    THE FILTER BANK ............................................................................................................................... 8
    FEEDBACK MANAGER .......................................................................................................................... 9
    THE COMPRESSORS ........................................................................................................................... 9
    GAIN RANGE ...................................................................................................................................... 9
    THE DA-MODULATOR .......................................................................................................................... 9
    ADAPTO ........................................................................................................................................... 10
    ANTI-FEEDBACK SYSTEM ................................................................................................................... 10
    NIVATIM .......................................................................................................................................... 11
    THE TEST STRUCTURES ...................................................................................................................... 11
    THE CONTROL LOGIC ......................................................................................................................... 11
    MECHANICAL SWITCHES ..................................................................................................................... 11

DIFFERENCES BETWEEN JUMP1 AND JUMP2A ....................................................................... 12

DIFFERENCES BETWEEN JUMP2A AND JUMP2B ..................................................................... 13

CHIP AREA AND NUMBER OF EXTERNAL COMPONENTS ..................................................... 14

APPENDIX 1: PROGRAMMING JUMP2A ..................................................................................... 14

    MEMORY ORGANIZATION .................................................................................................................... 14
    PROGRAMMING THE COMPRESSORS: .................................................................................................. 14
    PROGRAMMING THE FILTER BANK: ...................................................................................................... 15
    PROGRAMMING THE SINE GENERATOR: ............................................................................................... 16
    PROGRAMMING THE GAIN REGISTER    (ADDITIONS IN JUMP2B) ................................................ 17
    PROGRAMMING GAIN RANGE    (ADDITIONS IN JUMP2B) .......................................................... 18
    PROGRAMMING GAIN BOOST    (NEW IN JUMP2B) .............................................................. 18
    PROGRAMMING NIVATIM: .................................................................................................................... 19
    THE SWITCH CONTROLS ..................................................................................................................... 19
        *Program switch* ............................................................................................................................. 19
        *MT switch* ................................................................................................................................... 20
        *Combined program and MT switch*    *(New in Jump2b)* ....................................................... 21
        *Volume control* ............................................................................................................................ 23
        *Examples of switch setup*    *(Additions in Jump2b)* ............................................................ 24
    DOING FEEDBACK MANAGEMENT ........................................................................................................ 25

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003923

SETTING THE OUTPUT IMPEDANCE OF THE DA-DRIVER   (ADDITIONS IN JUMP2B) ............................................... 25
IDENTIFICATION REGISTERS .................................................................................................................. 26
SETTING UP THE FE2-CHIP: ................................................................................................................. 27
PROGRAMMING ADAPTO: ..................................................................................................................... 28
PROGRAMMING THE ANTI-FEEDBACK BLOCK    (NEW IN JUMP2B) ............................................................. 30
PROGRAMMING THE EEPROM PARITY CHECK    (NEW IN JUMP2B) ........................................................... 31

**APPENDIX 2: PC COMMUNICATION** ...................................................................................... **32**

DIFFERENCES FROM THE JUMP COMMUNICATION PROTOCOL .................................................................. 34

**APPRENDIX 3: ELECTRICAL INTERFACES** ........................................................................... **35**

SWITCHES ........................................................................................................................................ 35
DA-DRIVERS ...................................................................................................................................... 35
INPUT PADS ...................................................................................................................................... 35
OUTPUT PADS ................................................................................................................................... 35
TEST PADS ........................................................................................................................................ 35

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003924

## Preface

This document is a brief description of the Jump2 chipset. It is not a complete specification; it is more like a handbook for users in related professions (SWU, EAD, AUD etc.). As the Jump2 chipset functionally is based on the Jump1 chips we will refer to the behaviour and specifications of the Jump1 chips in many situations.

## Production issues

In order to make the Jump2a chipset smaller and easier to handle in production than the Jump1 chipset, it was obvious that we had to aim at:

- As few external components as possible
- As few interconnections as possible
- Small die sizes
- Removing the external crystal if at all possible

The chipset can be fabricated with or without gold bumps, which makes it suitable for TAB- as well as PCB-, and hybrid-production.

## Jump2 technology

The choice of IC-vendors is determined by the Oticon/Bernafon IC-strategy. From this it is clear, that we will accept no more than two different IC suppliers, one for analogue IC's and another for digital IC's. If one vendor can cover both areas this will of course be of great interest, this is just not the case at the moment.

For the analogue IC the choice of IC vendor has a big impact on the time schedule, as it is very difficult to transfer analogue designs from one process to another. The new vendor for analogue IC's is Mitel (Sweden) whose Sig3 process is very well suited for hearing aid circuit. This process is a 1.5u double poly, double metal CMOS process with EEPROM, bipolar transistors and HiOhmic poly-resistors.

The choice of IC vendor for the digital IC is still Atmel. The process has changed from their ECLP07 process (0.8u double metal, single poly CMOS) to the ECLP05 process (0.5u triple metal, single poly CMOS) for the Jump2a DSP and further to the AT57K process (0.25u quarto metal, single poly CMOS) for the Jump2b DSP.

## The front-end (FE) IC

Most of the analogue circuits for the front-end IC are coming from the LEGO project. This aimed at producing building blocks for several IC projects in the WDH, which means that the specifications for these building blocks have been influenced by 4 projects (Jump2, Nabla, Alaska, Gamma2).

The FE2 is common to the Jump2 and the Gamma2 projects. For that reason it is slightly bigger than if it had been designed for the Jump2 project only, however, the benefits are lower price, easier logistics, and less total effort to bring forward the 2 projects. These benefits easily compensate for the size penalty.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003925



*Overview of the front-end IC*

## The analogue front-end

The Jump2 front-end consists of an oscillator, a voltage doubler, a reset circuit, a microphone- and telecoil amplifier, an AD-modulator, and a microphone voltage regulator. The microphone- and telecoil amplifiers were developed in the LEGO project from common specifications. For Jump2 it is important to notice that the emphasis filter in the Jump1 microphone amplifier is *not* a part of the new concept. To partly compensate for this, there will be an input-AGC around the microphone amplifier to prevent clipping up to input levels of 110dB. This together with increased gain in the microphone amplifier makes sure that we will at least maintain the specifications for dynamic range and signal-to-noise ratio at the input. The concept is known from various (analogue) Bernafon hearing aids.

This concept demanded a change on the DSP-IC, since the de-emphasis in the resampling filter had to be removed. In reality this means that the resampling filter has been totally redesigned.

The AD-modulator is, in a signal processing sense, the same as the one in Jump1 – it has just been converted to the new semiconductor process and the new microphone- and telecoil amplifiers.

## Microphone and telecoil amplifier

A schematic of the microphone and telecoil amplifier are shown in the figure below:

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003926



**Reset circuit**

The functionality and the specifications for the reset circuit is more or less copied from the Jump1 front-end, which means that it senses the supply voltage to make sure the RAM contents as well as the maximum output level is under control at all battery levels and conditions. A reset pulse is applied whenever the supply voltage is below the predefined level. The reset level can be programmed in 7 steps (step size approximately 40mV) with a hysteresis of approximately 40mV. The reset circuit can also be turned off. The trim value is written at add. 125 (bit 0-2, see appendix 1) and is normally not assessable from the software. Code 0 to 6 is used for the trimming and code 7 disables the reset circuit, i.e., no reset is generated for low voltages.

The reset level is trimmed from the vendor to have a reset level between 1.00V and 1.04V.

Resetting the hearing aid is combined with a muting of the output for a short period (app. 130 ms).

**AD-modulator**

The AD-converter is a Sigma-Delta modulator, which is placed on the analogue chip. The modulator is based on an over-sampled 1-bit quantizer with noise shaping to reduce the noise in the low frequency region (0-6 kHz). The sampling frequency in the AD-modulator is 504 kHz, and the output is a continuos bit stream. A resampling filter on the DSP converts these data into16 bit data words with a sampling frequency of 15,75 kHz

The functionality and specifications for the AD-modulator are the same as in the Jump1 project.

**Oscillator**

As mentioned in the beginning of this document the crystal-oscillator on the DSP-chip was removed and replaced by a trimmable RC-oscillator on the front-end chip.

The demands from the Gamma2 project has led to increase the number of steps in the trimming network, since the Gamma2 communication protocol is asynchronous and hence relies on the matching of the clock-

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003927

speeds. Today 7 bits are used for setting the clock frequency, this guarantees that the actual clock frequency is within ±1.25% of the target value.

The oscillator trim code is written at addr. 120 (6 MSBs) and addr. 121 (oscillator LSB at bit 0). The oscillator trim code is normally not assessable from the software.

The vendor trims the oscillator frequency to a frequency of 1.008MHz for jump2a and 1.048MHz for GammaII.

**Control logic and EEPROM**

The control logic is changed to handle the new EEPROM and to communicate with the PC-communication part on the DSP-IC.

**Communication logic**

The communication part in Jump2a is a little simpler than the corresponding Jump1 block as we no longer have to deal with the remote control communication. The Jump2a chipset uses a communication protocol, as close to the Jump1 protocol as possible – changes needed for the EEPROM handling only are included. The communication block and the connections to the switches are now on the DSP-chip. This will allow more flexibility in our product development in the years to come as the functionality of the hearing aid is now almost completely determined by the DSP-chip. New functionality and changes in the communication protocol or switch arrangement can be implemented on the DSP-chip alone. Furthermore we gain some chip area because the DSP-chip is much more suited for digital circuits.

The data transfer between the two chips is now in serial form in order to minimise the number of pads and the required bondings. Only 5 wires between the 2 chips are needed in total.

The digital part on the front-end chip only consists of the EEPROM, registers for gain calibration and interface to the DSP-chip.

**EEPROM**

The EEPROM from Mitel does not require an external programming voltage, since this is generated internally by an on-chip voltage multiplier. The PC programming sequence for the EEPROM has remained almost unchanged with respect to Jump1; small modifications in the timing and removal of the external programming voltage are the only changes.

The size of the EEPROM is doubled compared to Jump1. This is due to the Adaptive and Nivatim functions, and because SWU has a need to write user information in the EEPROM.
This means that we have to use 8 bits for address and thus page swapping is a must for accessing the upper part of the EEPROM, as there are only 7 address bits in the existing communication protocol. This is implemented in Jump2 by defining a page swap register, which is set to 0 for access to the lower page only.

**The DSP IC**

Jump2b – The Facts – version 1.0          [D A T E]                                    7/38

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003928

Though it was not the intention from the beginning of the project, there have been a number of changes on the Jump2 DSP chip compared to the Jump1. Improvements have been made to existing blocks and new features and functions were added. The DSP-chip is briefly described in the following sections.

**The resampling filter**

The resampling filter was totally redesigned to remove the de-emphasis filter present in Jump1. At the same time, the filter was improved to have lower stop-band ripple and thus better suppression of aliasing frequencies.



*Overview of the DSP-chip*

**Sine generator**

There are no changes in the specifications or functionality relative to Jump1. The sine generator is based on a digital oscillator (second order filter with infinite Q), and it can be programmed to generate sinusoids in the frequency range 250Hz to 3.875 kHz.

For details on the use and the programming please refer to Appendix 1: Programming the Sine generator:

**Reset beeps**

The reset beeps are generated as part of the sine generator control.
For details on the use and the programming please refer to Appendix 1: Programming ????

**The filter bank**

The filter bank in Jump2 is basically the same as the filter bank in Jump1. The filter crossover frequencies are still 500- 1k – 1.5k - 2.5k – 3.5k – 4.5k – 5.5k Hz and the gain in the filter bands can be individually set to 0dB ... -40 dB (in principle to –inf. dB, but in real life the limit is set by the stop-band responses).

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003929

In the filter bank there is a change relative to Jump1: There are 2 sets of filter coefficients for the filter bank, one that is the original set of coefficients (classic) and another that is found by careful optimisation to reduce the stop-bands (improved). The pass-band responses remain the same and the performance is the same with respect to all other aspects (noise, distortion, delay etc.). The stop-band rejection is 6-8 dB better in the improved filter bank.

For details on the use and the programming please refer to Appendix 1: Programming the Filter bank

## Feedback manager

The feedback manager is a new feature in Jump2 that has been put in to ease the estimation of feedback limits in the 7 filter bands. On the chip a little level detector is put in immediately after the filter bank (before the gain factors on the 7 channels). From the PC-interface it can be programmed to sense in any of the 7 filter bands, and the level of that particular band is read back to the PC. The PC is then responsible for the automatic feedback management.

For details on the use and the programming please refer to Appendix 1: Programming ????

## The compressors

The compressors are basically the same as in the Jump1 chip. They are based on an input-gain table to define the input-output characteristic. On the input axis the gain values are defined in 6 dB steps to simplify the IC-implementation.

The compressor control logic has been changed so that it is allowed to have expansion in the compressors. In order to use this as a sort of soft-squelch at low input levels it was necessary to increase the number of points in the gain table from 13 to 18 (30 dB larger input dynamic range). The possible gain-change from one point to the next in the compressor table is now -7dB ... +7 dB.

For details on the use and the programming please refer to Appendix 1: Programming ????

## Gain range

In order to obtain a better utilisation of the regulation ranges for the various controls in different types of hearing aids, Jump2 is equipped with a new control called Gain range. It controls the maximum gain of the system and it can be set at 4 different levels (+6; 0; -6; -12 dB relative to Jump1). The Gain range factor should be considered as part of the compressor section since it is acting at the output of the compressors after the 2 channels have been added together. The Gain range setting does not affect the volume control or the compressors, however, when setting the compressors, the gain range must be taken into consideration, since the gain in the two blocks "add up".

For details on the use and the programming please refer to Appendix 1: Programming the Gain.

## The DA-modulator

There are no changes in specifications or functionality relative to Jump1. The DA-modulator is still a fourth order Sigma-Delta modulator with an output sample rate of 1 MHz. The broadband signal-to-noise ratio in the 0-6 kHz range is better than 90 dB.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003930

**Adapto**

Adapto is an add-on to the original Jump. The basic idea of Adapto is to distinguish between noise and speech (or another type of useful signal) and then adjust one or more parameters in the hearing aid according to this detection.

The detection algorithm constantly monitors the energy in the upper 4 bands of the filter bank and if it detects synchronous energy in all 4 bands with a certain level, compared to the overall level, this is flagged as the speech situation. Other situations are flagged as noise situations. In the detection algorithm there are a number of parameters that influence the threshold for speech detection. These parameters are programmed in the EEPROM.

The output from Adapto can be used to change parameters of the filter bank and the compressors. In the filter bank, the gain in the 7 channels can be adjusted, and in the compressors, the upper 12 points in the gain-tables as well as the time-constants can be adjusted based on the value of the detection signal.

Adapto can be turned off, if so desired, and in that case no power is consumed by the module.

For details on the use and the programming please refer to Appendix 1: Programming Adapto:

**Anti-feedback system**

The AFB system contains an adaptive FIR filter, which produces an estimated feedback signal. The estimated feedback signal is subtracted from the actual feedback signal, providing feedback cancellation.

The AFB system resembles several systems that are presented in the literature and implemented by other HA manufacturers. The system also implements some new features that are unique to the Oticon system.

The system is intended for moderate hearing losses compensated with an ITE or a BTE. It will detect and compensate for potential howls above a certain threshold, typically 2kHz for an ITE, lower for a BTE. Depending on the chosen threshold frequencies this may cause some side effects. Further, when setting the style, the algorithm adjusts for the different feedback delays occurring in ITE's and BTE's.

The AFB system is connected to the Jump chip at three points: (1) The HA output (before the DD-converter) is used as an input to the AFB algorithm. (2) The signal path is opened at a point after the A/D-conversion, and an algorithm-generated signal ("AFBOut") is subtracted from the A/D-converted signal. (3) The resulting signal (input minus AFBOut) is presented as the new input to the HA, and also presented to the AFB algorithm as an input.

The details of the AFB system are described in two documents:
- "Feedback cancellation" (patent application) by MEK&JNI.
- "Simulation model: Jump hearing aid and AFB system" by MEK.

Seen from a fitting point of view, the system is more or less plug-and-play: Most parameters must be determined as part of the developement, such that only the style and on-off bits are accessible.
For details on the use and the programming please refer to Appendix 1: Programming the Anti-Feedback block     (New in Jump2b).

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003931

**Nivatim**

Nivatim is another add-on to the original Jump concept, which was added at a very late stage of the development project. Nivatim aims at reducing the time-constants in the compressors when the input level is above a certain (programmable) level. This should improve the comfort (-or reduce the annoyance) when the hearing impaired is exposed to large noise transients.

Unfortunately, the concept has not been thoroughly validated before the IC-implementation. This has the unfortunate consequence that it does not give the desired response on the attack-time, but only on the release-time.

Nivatim can be turned off if desired.

For details on the use and the programming please refer to Appendix 1: Programming Nivatim.

**The test structures**

The test structures have the same functionality as in the Jump1 project, which means that they – apart from being useful at the chip test in the fab – can be used for scanning signals in and out in laboratory testing. However, in order to save chip area, the design was changed a bit.

**The control logic**

The control logic takes care of the following operations on the DSP chip:
- PC communication
- FE communication
- Memory management (seen from the PC and from the DSP core)
- Switch configuration and MT- and program-setting
- Control of sine generator (including beeps)
- Feedback management interface

For details on the PC communication, please refer to Appendix 2: PC communication.
For details on the use and programming of the other functions, please refer to the relevant sections in Appendix 1.

**Mechanical switches**

It is possible to connect the following mechanical switches:
- 2- or 3-position microphone/telecoil switch (M/T/MT)
- Program switch (P1/P2)
- A combined push button switch (P1/P2/M/T/MT)
- Gain control (code wheel)

All switches are connected to the DSP-IC.
For the M/T- and the P1/P2-switching it is possible to use either a push button switch or a position switch. Both types of switches demand some kind of debouncing. The choice of switch type is individually programmable in the EEPROM.

The switches can be turned on and off by programming the EEPROM.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003932

The M/T switches can be configured to M-T, M-MT, or M-T-MT by programming the EEPROM.

It is possible to associate beeps to the switching of the MT- and program switches.

The gain control uses the same code wheel as the one used in Jump1. It has a fully digital interface, but uses two pads only on the chip (compared to the four pads on Jump1).

For details on the use and the programming please refer to Appendix 1: Program switch.

## Differences between Jump1 and Jump2a

From many different people we have received a lot of interesting suggestions for improvements on the Jump2a chipset. Many good suggestions have unfortunately been discarded because of either the time schedule or the safety of the project (-or the chip size, current consumption,...)

In Jump2a, the following changes are found with respect to Jump1:

1. Improved aliasing rejection in the resampling filter
2. Improved calibration in the microphone-telecoil amplifiers (from LEGO)
3. Expansion in the compressors (soft squelch)
4. 2 versions of the filter bank, Classic and Improved (with lower stop-bands)
5. Adapto
6. Nivatim
7. Beeps
8. Larger input dynamic range in the compressors (more points in the gain tables)
9. Choice of toggle- or level switch for the M/T and the P1/P2 switches
10. Programmable switch functions
11. Only 5 external components (compared to 11 on Jump1)
12. No crystal
13. PC-communication logic is moved from front-end chip to DSP-chip (less connections, smaller chip area)
14. Choice of 4 different gain ranges for better adjustments in ITE, BTE and mini-Power HA's
15. Automatic feedback manager (level measurement in all 7 filter bands and read-back of levels to PC)

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003933

# Differences between Jump2a and Jump2b

In Jump2b, the following changes are found with respect to Jump2a:

- Anti-feedback for moderate hearing losses: The algorithm developed in project P645 was implemented. In order to minimize byproducts, this algorithm acts on potential howls above a certain (adjustable) threshold frequency only. Page 30.
- New switch setup enabling control of program and MT setting with a single push button. Three different configurations are available. Page 21.
- New beep specification for hearing aids using both programs in combination with telecoil option. Page 21.
- Greater flexibility for electrical interface to switches.
- Ultra-low output impedance driver – below 5 ohms. Page 25.
- Additional gain boost at high sampling rate (to avoid distortion caused by clipping at the low sampling rate). Page 18.
- Alternative step size (1dB) for the volume control. Page 17.
- Separate gain range for the two programs. Page 18.
- 4th order high-pass filter after resampling filter (in addition to the current 1st order filter)
- Adapto bug fix: In Jump2a the first two steps in the adapto compressor table are not usable, as they need to be set to zero. This is fixed. Page 28.
- Disabling of Adapto while in telecoil setting. Page 28.
- Disabling of AFB while not in microphone setting setting.
- Switch bug fix: When switching between the two programs without beeping, the preferred gain setting comes out of phase with the rest of the program specific parameters. This is fixed. Page 19.
- Possibility for lower reset level: The new Jump2b is designed to work down to 900mV. This opens the possibility to lower the reset level (or at least go as close as possible to 1V) from the FE chip in order to prolong battery life.
- Half clock operation: Used to obtain a better frequency shaping in the 0-1kHz range. This can be used for fitting Lower-Left-Corner hearing losses.
- EEPROM self check: During startup the control logic checks the data coming from the EEPROM (non-volatile memory). If the content is erroneous the hearing aid stays muted. Page 31.
- PCM interface to the signal path of the DSP. This interface connects the Jump2b chip with a Bluetooth chip from Erichson, to be used in a wireless headset.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003934

**Chip area and number of external components**

**FE2** is 21.8 mm$^2$ and needs 4 external components (small capacitors). The FE chip will have close to 30 pins of which about 15 have to be bonded in the hearing aid, the rest are test pins.

**FEcic** is 13.5 mm$^2$ and needs 4 external components (small capacitors). The FE chip will have close to 30 pins of which about 15 have to be bonded in the hearing aid, the rest are test pins.

**DSP2a** is 13 mm$^2$ and it needs 1 (small) capacitor. The DSP-chip will have 47 pins of which between 9 and 20 have to be bonded in the hearing aid; the rest are for test purposes.

**DSP2b** is 10 mm$^2$ and it needs 1 (small) capacitor. The DSP-chip have 55 pins of which between 9 and 20 have to be bonded in the hearing aid; the rest are for test purposes.

## Appendix 1: Programming Jump2a

This appendix describes the memory map for Jump2a and the interpretation of the bits. The Jump2b DSP is interchangeable with Jump2a if all memory bits enabling Jump2b specific functionality is set to zero. The Jump2b specific bits are described in

### Memory organization

Two kinds of memory are available: EEPROM (non-volatile memory = stays programmed during power-down and reset) and RAM (volatile memory = is reset to its initial value after reset).
As the access to the EEPROM is time consuming, all registers used for the setup of and computations on the DSP are mirrored in RAM. Registers not used by the chip set are not mirrored, but can be accessed in the EEPROM only.
Registers not used by the chip set may be used freely by the software for other purposes.
The address space contains 256 addresses. As the address word in the communication protocol is seven bits only, the address space is partitioned into two pages selectable via a page register.

For an overview of the memory map please refer to the Excel spreadsheet "Jump2b memmap"


Jump2b memmap.dt

### Programming the Compressors:

In the compressors one can specify the gain table, the attack- and release-times and the configuration:

- Gain table (addr. 0-17, 32-49, 64-81, 96-113; bits [5:0])

    The gain table defines the gain (in a dB format) in each of the 18 points in the gain table. The table is in an input-gain format, which means that the gain is specified as a function of input level. The input entries in the table are spread over the dynamic range with a distance of 6 dB; the upper point in the table (0 dB equal to full scale) is point 17.
    Every gain value in the table is in the range 0.55, and the value is calculated as

    Gain value = Desired gain (dB) + 55

Jump2b – The Facts – version 1.0          [D A T E]                                        14/38

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003935

- Attack- and release-times (addr. 18-19, 50-51, 82-83, 114-115; bits [3:0])

  The attack- and release-times are individually programmable in 16 steps for LF as well as HF in both programs. It should be noted, that the times found in the table below should be regarded as approximated values as they depend on many things, e.g. the compression ratio and the input signal level.

| Value | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|-------|---|---|---|---|---|---|---|---|
| Attack (ms) | 0 | 0.15 | 0.3 | 0.6 | 1.25 | 2.5 | 5 | 10 |
| Release (ms) | 0 | 0.6 | 1.25 | 2.5 | 5 | 10 | 20 | 40 |
| | | | | | | | | |
| Value | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| Attack (ms) | 20 | 40 | 80 | 160 | 320 | 640 | 1280 | 2560 |
| Release (ms) | 80 | 160 | 320 | 640 | 1280 | 2560 | 5120 | 10240 |

- Configuration (addr. 18, 50, 82, 114; bit [4])

  The configuration bit determines whether the compressor is used as input or output compressor. Input compressor means that the control signal (level detection) is taken before the volume control, output compressor means that the control signal is taken after the volume control.
  Conf = 1 means output compressor, Conf = 0 means input compressor.

**Programming the Filter bank:**

In the filter bank it is possible to program three things:

- The gain in each of the 7 channels. (addr. 24-30, 88-94)

  The filter gain can be programmed in 7 bit integer in the range from 0...127. The relation between target gain (in dB) and gain value is :

  Gain value = round(127*10^(target gain (dB) / 20))

  Thus 0 dB gain is obtained using a gain value of 127; -40 dB gain equals a gain value of 1.

- The crossover frequency (addr. 31, 95; bits [1:0])

  The crossover frequency can be programmed to 4 different values, one of them being 0 Hz which means that the chip will act as a one-channel system. Please see the table below.

| Value | 0 | 1 | 2 | 3 |
|-------|---|---|---|---|
| Crossover frequency | 0 | 1 kHz | 1.5 kHz | 2.5 kHz |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003936

- The filter type (addr. 31, 95; bit[2])

  The filter type is either the original Jump1 filter (type = 0) or the Jump2 filter with improved pass-band rejection (type = 1).

**Programming the Sine generator:**
The sine generator is setup by loading the frequency value, the seed value, and the attenuation value. Furthermore there is a register to control the operation of the sine generator, that is switching between normal input and sine generator, start and stop and finally beeping:

- Frequency (57-58)

  Given the sampling frequency (fsamp=1008000/64=15750) and the frequency of the sine wave (fsig) the frequency is given by:

  $$freqval = 16383*cos(2*PI*fsig/fsamp)$$

  From this the LSB and MSB values can be calculated:

  $$freqval(MSB) = int(freqval/128) \qquad \text{(addr 58)}$$

  $$freqval(LSB) = round(freqval - 128*freqval(MSB)) \qquad \text{(addr 57)}$$

- Seed (addr. 61-62)

  The seed value is used to initialize the oscillator. It determines the level of the oscillation and this is to be kept constant (at full scale) regardless of the frequency. This is obtained by setting the seed value depending on the frequency:

  $$seedval = 0.95*16383*½*(1-(freqval/16383)^2)^{½}$$

  From this the LSB and MSB values can be calculated:

  $$seedval(MSB) = int(seedval/128) \qquad \text{(addr 62)}$$

  $$seedval(LSB) = round(seedval - 128*seedval(MSB)) \qquad \text{(addr 61)}$$

- Amplitude (addr. 59-60)

  The amplitude value is calculated from the formulas below. Please note that an amplitude of 0 dB is equal to full-scale (maximum) output from the sine generator. After the sine generator there is a 24 dB attenuation of the sine wave signal before it enters the signal path (the input of the filter bank) to partly compensate for the 36 dB maximum gain in the compressor section.

  $$ampval = 16383*10^{(Level/20)}$$

  Note:  maximum allowed ampval for normal tones is 16380.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003937

maximum allowed ampval for beeps is 16368

From this the LSB and MSB values can be calculated:

$$ampval(MSB) = int(ampval/128) \qquad \text{(addr 60)}$$

$$ampval(LSB) = round(ampval - 128*ampval(MSB)) \qquad \text{(addr 59)}$$

- Control (addr. 56)

The control register controls the selection, starting and stopping, and the beep function of the sine generator. The bits of the control register have the following functionality:

| Bits | Functionality |
|---|---|
| 0 | Start sine generator |
| 1 | Select sine generator |
| 3-2 | Number of beeps during start-up: 0,1,2,3 |
| 6-4 | Duration of beeps/pauses at start-up:<br>0:    32 ms    32 ms<br>1:    64 ms    64 ms<br>2:    64 ms    64 ms<br>3:   127 ms    64 ms<br>4:   127 ms   127ms<br>5:   254 ms   254 ms<br>6:   508 ms   508 ms<br>7:    0 ms    64 ms |

The RAM register for this control word is not a direct mirror of the EEPROM as it is used dynamically by the control logic. The number of beeps are counted down during beeping and both the number of beeps and the duration bits are changed by the beeps following a switch operation (if these switches are enabled).

Warning: It is important that the sine generator is not started during or right after the hearing aid is beeping . The sine generator uses two different speeds for fading the tone in and out depending on whether it is for beeps or normal operation. The mixing of these (which is not prevented by the hardware) may bring the sine generator in an unknown state.

**Programming the Gain register**        **(Additions in Jump2b)**

The overall gain is programmed using the Preferred gain and the Gain range registers. Apart from these there is a fixed gain of 36 dB in the channel summation at the output of the compressor section. The total gain in the digital part is thus maximum 36 dB (all settings in max. position).

- Gain step size ( addr. 150; bit [6])                    NEW in Jump2b

The gain step size can be selected to be either 2.5dB (as in Jump2a) or 1dB.

| Value | 0 | 1 |
|---|---|---|

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003938

| Gain step size | 2.5dB | 1dB |
|---|---|---|

- Preferred gain (addr. 22, 86; bits [3:0])          ADDITIONS in Jump2b

The preferred gain register can be set separately for program 1 and 2. It can be programmed in 16 steps (4 bits) according to the table below. Note that the gain depends on the "gain step size" bit.

| Step | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Gain (dB) 2.5dB step | -37.5 | -35 | -32.5 | -30 | -27.5 | -25 | -22.5 | -20 |
| Gain (dB) 1dB step | -15 | -14 | -13 | -12 | -11 | -10 | -9 | -8 |
| | | | | | | | | |
| Step | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| Gain (dB) 2.5dB step | -17.5 | -15 | -12.5 | -10 | -7.5 | -5 | -2.5 | 0 |
| Gain (dB) 1dB step | -7 | -6 | -5 | -4 | -3 | -2 | -1 | 0 |

- Current gain (addr. 23; bits [3:0]; read-only )

This register is really the volume control register in which the current gain value can be read. It is loaded from one of the preferred gain registers during recall, at each program shift, or when a new value is written to the preferred gain register. When a volume control is present, the register reflects the change caused by turning the wheel.
The EEPROM bits corresponding to this register are ignored during recall.

**Programming Gain Range**          **(Additions in Jump2b)**

The Gain range register is a sort of extension to the preferred gain register.
In Jump2a a single register served both programs. In Jump2b it is possible either to use the single register or enable a separate register for program 2.

- Gain range separate for two programs (addr. 214; bit [4])

| Value | 0 | 1 |
|---|---|---|
| Functionality | Single gain range register for both programs | Separate gain range register for the two programs |

- Gain range register(addr. 22; bits [6:5]: P1 (and P2 if common); addr. 214; bits [6:5]: P2 )

The gain range registers can be programmed in 4 steps of 6 dB:

| Step | 0 | 1 | 2 | 3 |
|---|---|---|---|---|
| Gain value (dB) | 0 | -6 | -12 | -18 |

**Programming Gain Boost**          **(New in Jump2b)**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003939

The gain boost block is included in the signal path after the interpolation filter. The signal is multiplied and then clipped at the highest possible sampling rate to minimize the unharmonic components induced by aliasing. Note that this block *adds* gain to the signal path.

- Gain boost register (addr. 128-129; bit [6]: P1; addr. 192-193; bit [6]: P2 )

The gain boost registers can be programmed in 4 steps of 6 dB:

| Step | 0 | 1 | 2 | 3 |
|---|---|---|---|---|
| Gain value (dB) | 0 | +6 | +12 | +18 |

**Programming Nivatim:**

Nivatim has been hardwired as transparent on Jump2b

**The switch controls**

The design is prepared for a program switch, M-T switch, and a digital volume control (DCU).
The program and MT-setting can be set independent of each other if the "noPties" control is high, otherwise the program is always tied to P1 when the telecoil is turned on.
The following registers control the functionality of the switches:

Control register for switches and volume control:

| Addr. | |
|---|---|
| 21 | Static (HA specific) settings for M-T and program switches |
| 85 | "User accessed" control register for switches and DCU |
| 22, bit 4 | Enable DCU in program1 |
| 86, bit 4-6 | Enable DCU in program 2; Control beeping when switching |
| 23, bit 6 | "noPties": Control ties between the program an MT-setting. |
| 138, bit 6 | Cyclic switch combining program and MT switches |
| 139, bit 6 | Combination switch combining program and MT switches |

**Program switch**

The program switch is connected to the "setP" pad of the IC (unless either the cyclic or combination type switch is enabled, see page 21).

The following registers/bits controls the functionality of the program switch:

Control of the program switch

| Addr | Bits | Function |
|---|---|---|
| 23 | 6 | Control ties between the program an MT-setting.<br>1: no ties – program and MT-setting is independent<br>0: program is tied to P1 if the telecoil is on. |
| 21 | 0 | Program switch type: 0: level - 1: pulse |
| 21 | 1 | Program pre-set if level (toggle switch):<br>0: no pre-set - 1: pre-set |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003940

| 21 | 2 | P pad polarity:<br>0: level: 0/1->P1/P2 --- pulse: 0-1-0<br>1: level: 0/1->P2/P1 --- pulse: 1-0-1 |
| 85 | 5-4 | Push duration (pulse width) if switch type is "pulse"<br>0: 60 msec.<br>1: 0.65 sec.<br>2: 0.8 sec.<br>3: 1.1 sec. |
| 85 | 0 | Program switch enable: 0: off - 1: on |
| 86 | 5 | Beep at program switch: 0: off - 1: on |

~~Because of an error in the switch control design, it is necessary to enable the beeps associated with the program switch. If beeps are not enabled, the preferred gain registers for the two programs will come out of phase with the current program. Hence, the setting will be wrong unless the preferred gain settings are the same for the two programs.~~
**This error is corrected in Jump2b.**

- Current program (addr. 23; bit 4; read-only)
  This register reflects the current program setting of the hearing aid. This bit is read-only. In order to change the current program from the PC, one have to use the p-bit present in the PC communication protocol, see Appendix 2: PC communication

Beeping:
If enabled, the hearing aid beeps at each program switch. When switching into program 1, one beep is issued with duration "4" (127ms beep/127ms silence). When switching into program 2, two beeps are issued with duration "4". If both P and MT beeping are enabled, MT beeps take precedence.

**MT switch**
The MT switch is connected to the "setMT0" and "setMT1" pads of the IC.

The following registers/bits controls the functionality of the M-T switch. Note that this switch can use either one or two pads, depending on the type of switch.

Control of the M-T switch

| Addr | Bits | Function |
|---|---|---|
| 21 | 3 | M-T switch type: 0: level - 1: pulse |
| 21 | 4 | M-T pre-set if level (Bernafon type toggle switch):<br>0: no pre-set - 1: pre-set |
| 85 | 3-2 | M-T switch functionality – type level<br>0: M - T (MT0 pad: 0: M -- 1: T)<br>1: M - MT (MT0 pad: 0: M -- 1: MT)<br>2: M - MT – T:(MT0 pad: set "not" M -- MT1 pad: set T)<br>3: M - MT – T:(MT0 pad: 0: M -- 1: T -- MT1 pad: set T)<br>M-T switch functionality – type pulse (MT0 pad)<br>0: M - T<br>1: M - MT<br>2: M - MT – T<br>3: M - T – MT |
| 21 | 6-5 | M-T pad polarity for each pad (bit 6: MT1; bit 5 MT0): |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003941

| | | |
|---|---|---|
| | | 0: level: not inverted (see functionality) --- pulse: 0-1-0 |
| | | 1: level: inverted (see functionality) --- pulse: 1-0-1 |
| 85 | 5-4 | Push duration (pulse width) if switch type is "pulse" |
| | | 0: 60 msec. |
| | | 1: 0.65 sec. |
| | | 2: 0.8 sec. |
| | | 3: 1.1sec. |
| 85 | 1 | M-T switch enable: 0: off - 1: on |
| 86 | 6 | Beep at M-T switch: 0: off - 1: on |

The MT switch functionality is described further below:

Functionality of MT switch: type = level

| MTfunction | MT[0] * pol[0] | MT[1] * pol[1] | Result | Beeps |
|---|---|---|---|---|
| 0 | 0 | x | M | 1 |
| | 1 | x | T | 2 |
| 1 | 0 | x | M | 1 |
| | 1 | x | MT | 2 |
| 2 | 0 | 0 | M | 1 |
| | 0 | 1 | MT | 2 |
| | 1 | 0 | - | 0 |
| | 1 | 1 | T | 3 |
| 3 | 0 | 0 | M | 1 |
| | 0 | 1 | MT | 3 |
| | 1 | 0 | T | 2 |
| | 1 | 1 | T | 2 |

- Current MT-setting (M: addr. 123; bit 5; T: addr. 122; bit 5; read-only)
  This register reflects the current status of the microphone and the telecoil in the hearing aid. These bits are read-only. In order to change the MT-setting from the PC, one have to use the m- and t-bits present in the PC communication protocol, see Appendix 2: PC communication

Beeping
If enabled, the hearing aid beeps at each change of the MT setting. The number of beeps when switching is described in Table 7 (these numbers are valid for level type switches as well as for pulse type switches).

**Combined program and MT switch** (New in Jump2b)
In Jump2b the program and MT switches can be combined into one single push button switch.
This is connected to the "setMT0" pad of the IC.
With this you can change program and MT setting either in a strictly cyclic manner or dependent on the duration in which the button is pushed – we call these types of switches "cyclic switch" and "combi-switch".

The switches are defined using the following register bits:

| Addr | Bits | Function |
|---|---|---|
| 138 | 6 | Switch type "cyclic" |
| 139 | 6 | Switch type "combi" |
| 130 | 6 | Jump2b beeps |

If none of the above bits are set, the functionality as in Jump2a as described in the previous sections.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003942

Cyclic switch:

- Switch type cyclic (addr. 138; bit 6)
  By setting this bit it is possible *in the same push button switch* to achieve the following functionality:

| P1/P2 | Telespole | | | | P1/P2 og telespole | | | |
|---|---|---|---|---|---|---|---|---|
| M(P1) ↓ M(P2) | M(P1) ↓ T | M(P1) ↓ MT | M(P1) ↓ MT ↓ T | M(P1) ↓ T ↓ MT | M(P1) ↓ M(P2) ↓ T | M(P1) ↓ M(P2) ↓ MT | M(P1) ↓ M(P2) ↓ MT ↓ T | M(P1) ↓ M(P2) ↓ T ↓ MT |
| | MTfunc[1:0] | | | | MTfunc[1:0] | | | |
| | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

Whether or not program and/or MT shift is included in the cycle is controlled via the program and MT switch enable bits (addr. 85; bit 0 and 1 respectively).
The other switch controls: push duration and switch polarity are controlled as for the MT push button switch.


Cyclic switch with return-to-initial-state (combi-switch):
- Switch type cyclic (addr. 138; bit 6) and switch type combi (addr. 139; bit 6)
  By setting the switch type combi bit one obtains a push button switch which function depends on the duration of the push. When the switch type cyclic bit is set as well, the following functionality is obtained:
  Short push (see definition below): Same functionality as for the cyclic switch, see above.
  Long push (ditto): The HA is brought back to its initial state: M(P1)

The definition of short and long pushes is conttrolled with the "push duration" bits (addr. 85; bits 5-4):

| Setting | Short | Long |
|---|---|---|
| 0 | | |
| 1 | | |
| 2 | | |
| 3 | | |


Combi-switch where push duration controls functionality:
- Switch type cyclic (addr. 138; bit 6) and switch type combi (addr. 139; bit 6)
  By setting just the switch type combi bit, one obtains the functionality illustrated in the below figure.
  A short push is used to switch between the two programs without telecoil (and turn it off if it was on).
  A long push is used to turn on the telecoil, and if it was on to switch between MT and T setting.


**Error! Not a valid link.**

**Figur**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003943

Beeping    (New in Jump2b)
When implementing a hearing aid with two programs and telecoil the above described beep sequences may become illogical. If in P1 and microphone setting it will produce two beeps both if one changes the program to P2 or if the MT switch is moved into telecoil setting.
A new set of beeps can be enabled using the "Jump2b beeps" control. This specification is targeted to directional aids, but it seems logical for other uses of the 2nd program:

- Switch to M in program 1 (omni mode) yields         1 beep
- Switch to M in program 2 (directional) yields        2 beeps
- Switch to T or MT (forced into omni mode) yields     3 beeps

**Volume control**
The following registers/bits controls the operation of the digital volume control (DCU):

Control of the digital volume control (DCU)

| Addr | bit | Function |
|------|-----|----------|
| 22 | 4 | DCU enable P1 |
| 86 | 4 | DCU enable P2 |
| 85 | 6 | DCU rotation direction: 0: normal -- 1: reverse |

Jump2b – The Facts – version 1.0        [D A T E]

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003944

**Examples of switch setup**     (Additions in Jump2b)

The switches on the Twister instruments are setup as follows:

| | No P ties | MT[1] switch polarity | MT[0] switch polarity | MT switch preset | MT switch type | P switch polarity | P switch preset | P switch type | DCU rotation dir | Push duration [1] | Push duration [0] | MT function [1] | MT function [0] | MT switch enable | P switch enable | DCU enable P1 | MT beeps enable | P beeps enable | DCU enable P2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Register | 23 | | | 21 | | | | | | | 85 | | | | | | 22 | 86 | |
| Bit | 6 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | 4 | 6 | 5 | 4 |
| BTE Compact Power | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | a | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| BTE Compact Dir. | 0 | 0 | 1 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0[b] | 1 | 1 | 0 | | | 0 |
| BTE Compact | 1[*] | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0[b] | 1 | 0 | 0 | 1 | 0 | 0 |
| ITE T Dir. | 0 | 0 | 0 | 0 | 1 | | 0 | 0 | 0 | 0[d] | 1[d] | 0[c] | 0[c] | 1 | 1 | 0 | | | 0 |
| ITE Dir. | 0 | 0 | 0 | 0 | | | 0 | 0 | 0 | 0[d] | 1[d] | 0 | 0 | 0 | 1 | 0 | | | 0 |
| ITE T | 1[*] | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0[d] | 1[d] | 0[c] | 0[c] | 1 | 0 | 0 | 1 | 0 | 0 |
| ITE/ITC/CIC | 1[*] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Notes:  a: DCU rotation direction: depends on physical orientation – polarity needs to be determined.
      b: MT function[0]: choose between 0: M-T-0 ; 1: M-MT-0  (OtiSet)
      c: MT function[1,0]: chose between 00: M-T ; 01: M-MT ; 11: M-T-MT   (OtiSet)
      d: Push duration for push button switches. Still to be determined …
      *: This bit has no effect: may be 0;

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003945

**Doing feedback management.**

- Control and result register (Addr. 87)

The FB measure block enables the output to PC of an approximate signal amplitude in a given frequency band, measured at the output of the filter bank, but before applying the filter bank gains. When enabled, the block continuously performs the following operation:

$$acc := acc + ( | input | - acc ) * 2^{-tau}$$

where "acc" is the present measure for the signal amplitude, "input" is the current signal value from the filter bank, and "tau" is a user-controllable time constant.

The block uses a control register and result register located on the same memory address. A bit in the control register determines the return value from this memory address. The control register has the following interpretation:

| Bit | Name | Description |
|-----|------|-------------|
| 6 | return reg. | Controls which register supplies the return value when the memory address is accessed: the control register (1) or result register (0). |
| 5-4 | tau-8 | Controls *tau* in the range 8 to 11. This value is used for calculations on all frequency bands |
| 3 | byte | Controls which part of the 14 bit result register is retransmitted (1: MSB; 0: LSB). The bit also controls the operation of the result register: Each time the MSB part is chosen the LSB register is frozen. |
| 2-0 | band | Select which filter band result to return. |

A typical use of this function is to enable the calculation with the correct tau, wait a while, read out the MSB, and - finally - read out the LSB. For large signal levels the read out of the LSB part may be skipped.

A sequence of calculations reading all signal bands would be a repetition of the following controls:
0 t1 t0 1 0 0 1 : Read out MSB of band 1 - freeze LSB
0 t1 t0 0 0 0 1 : Read out LSB of band 1
0 t1 t0 1 0 1 0 : Read out MSB of band 2- freeze LSB
0 t1 t0 0 0 1 0 : Read out LSB of band 2
• • •
0 t1 t0 1 1 1 0 : Read out MSB of band 6- freeze LSB
0 t1 t0 0 1 1 0 :Read out LSB of band 6
0 t1 t0 1 1 1 1 : Read out MSB of band 7- freeze LSB
0 t1 t0 0 1 1 1 : Read out LSB of band 7
go to top

**Setting the output impedance of the DA-driver     (Additions in Jump2b)**
The output impedance of the DA-driver can be set to normal, power or super-power mode.
The controlling bits and the resulting output impedances are described below.

- Low Output Impedance (LOI) (Addr. 23; bit 5)
- Ultra low output impedance (UlowZ) (Addr. 134; bit 6)    (New in Jump2b)

| LOI | UlowZ | Description | Drivers | Worst Case Impedance |
|-----|-------|-------------|---------|----------------------|
|     |       |             |         |                      |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003946

| 0 | 0 | Normal | DAdriveN | 51 Ω |
| 1 | 0 | Power | DAdriveP + DAdriveN | 17 Ω |
| 0 | 1 | Super power | DAdriveS | 5 Ω |
| 1 | 1 | | DAdriveS + DAdriveP + DAdriveN | 4 Ω |

The above worst case impedances are simulated using a worst case process at 1V and 0°C. The numbers exclude wiring and bonding impedances.

Note that the setting must reflect the actual wiring of the output buffers in the hearing aid.
In case of a hearing aid for moderate losses (normal) the weakest driver is connected to the telephone. For power aids the weakest and the middle drivers are connected, and for super power either the strongest or all three drivers are connected.


**Identification registers**

The chip set contains three dedicated identification register, one for hearing aid identification, and two for chip identification.
In addition to these a hearing aid project may choose to use any number of unused EEPROM addresses for further identification.

- Hearing aid identification (addr. 124, 252)
  This register which is accessible from both pages in the RAM is the primary hearing aid identification register – that is this is the first register that the Oticon software checks to identify which type of hearing aid it is dealing with.

- Jump2b DSP IC identification (addr. 119; read-only)
  This RAM register identifies the DSP IC revision, which is used for the particular chip set.
  Rev. A: Contents is "51" (decimal ("33" hex))
  Rev. B: Contents is "115" (decimal ("73" hex))
  Note that the Jump2a DSP IC identification is Rev. B: "66" (decimal ("42" hex))

The DSP chip can be combined with two FE ICs, "FE2" for telecoil HI's and "FEcic" for non-telecoil hearing instruments.

- FE IC identification (addr. 126; read-only)
  This RAM register identifies the FE IC revision, which is used for the particular chip set.
  The DSP chip can be combined with two FE ICs, "FE2" for telecoil HI's and "FEcic" for non-telecoil hearing instruments.
  FE2 identification, rev. G/H: Contents is "01".
  FEcic identification, rev. B (this is **not** compatible with OtiSet 4.1) and C (compatible!)
      Contents is "17" (decimal ("11" hex)).
  Revisions B and C are distinguished by the telecoil calibration register, which is hardwired on the FEcic.
  This is located in address 122, bits 3-0.
  Revision B contains the value "0000". Revision C contains the value "0101".
  This is the only difference between revisions B and C.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003947

**Setting up the FE2-chip:**

| Address | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| | | | | | Bit | | | |
| 120 | | | osctrim[6:1] | | | | | osctrim[0] |
| 121 | | | | biastrim[4:0] | | | | |
| 122 | | | tele_on | gc_on | P2: telecal[1:0] | | P1: telecal[1:0] | |
| 123 | | program | mic_on | rc_on | mic_typ | miccal[2:0] | | |
| 124 | | HA code (Not used) | | | | | | |
| 125 | | | | | osc_disable | resettrim[2:0] | | |
| 126 | | Chip ID | | | | | | |
| 127 | | Alaska check sum (Not used) | | | | | | |

▨ : Read only

▨ : Not used

*Overview of the microphone and telecoil amplifier*

The gain in the microphone amplifier is nominally designed to be 30dB. This is done by applying 2 to the mic. cal. (addr. 123, see appendix 1). From the figure above it can be seen that mic. cal. affects the gain of both the microphone and telecoil input. The relation between mic. cal. setting and gain:

| Mic. Cal. | Gain/dB |
|---|---|
| 0 | 33 |
| 1 | 31.5 |
| 2 | 30 |
| 3 | 28.5 |
| 4 | 27 |

The jump2aFE has the possibility of increasing the gain of the microphone amplifier separately by 3dB. This switch is called mic. type (or the EM-switch) and is located at addr. 123 bit 3.

The telecoil amplifier consists of a OpAmp and 4 resistors that can be programmed to different telecoil gains:

| Tele. Cal. | Rtele/kW | Gain/dB |
|---|---|---|
| 0 | 15.4 | −1.5 |
| 1 | 21.6 | +1.5 |
| 2 | 30.8 | −1.5 + 6 |
| 3 | 43.2 | +1.5 + 6 |

In the EEPROM the telecal. can be set separately for program 1 and program 2:

| Program | addr. | bits |
|---|---|---|
| 1 | 122 | 0 . 1 |
| 2 | 122 | 2 . 3 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003948

**Programming Adapto:**

The Adapto algorithm controls the parameter settings of gain, compressor table, and attack and release times in the hearing aid. A complete set of these parameter values exist in both "speech" and "non-speech" mode. When changing between the two modes, the parameter values in the transition period are calculated as a linear interpolation. In practice, the linear transition period consists of eight equally sized intervals, and thereby a new set of hearing aid parameters is calculated for each of these intervals during the transition period.

The Adapto algorithm needs several parameters to be set up correctly. These fall into 3 different groups:

- Detection parameters (addr. 148-149, 212-215, 150-151, 180-183, 244-247). These parameters are related to the classification of the input signal. The parameters are fixed – users/dispensers will not have access to the parameters.

| Value | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|-------|---|---|---|---|---|---|---|---|---|
| M2d | 1 | 2 | 4 | 8 | 16 | 32 | 64 | 128 | n/a |
| tau | 2 | 4 | 8 | 16 | 32 | 64 | 128 | 256 | n/a |
| r | 1 | 2 | 4 | 8 | 16 | 32 | 64 | 128 | n/a |
| alpha | 4 | 8 | 16 | 32 | 64 | 128 | 256 | 512 | n/a |
| Beta_A/R | 2 | 4 | 8 | 16 | 32 | 64 | 128 | 256 | 512 |

| Value | 0 | 1 | 2 | ... | 28 |
|-------|---|---|---|-----|-----|
| Tmin | 16 | 32 | 64 | ... | ... |

The Adapto coeff 0..4 values are entered in two halves, one corresponding to the LSB part and the other to the MSB part. For details on the encoding please refer to the Jump2a specification.

- Adapto compressor parameters

  (addr. 128-139, 160-171, 192-203, 224-235 – table values
      146-147, 178-179, 210-211, 242-243 – attack/release times)

  In Adapto mode, only the upper 12 points of the compressor tables are available. These values are entered relative to the speech mode values, i.e., the compressor values in non-speech mode are derived as:

$$TAB_{non\text{-}speech} = TAB_{speech} - TAB_{adapto}$$

  The attack and release times are entered as two complete sets of numbers – one for each mode (see "programming the compressors" for details on attack and release times). No interpolation takes place when going from one mode to the other – the time constants are simply swapped from one set to the other during a transition.

- Adapto filter bank parameters (addr. 152-158, 216-222)

Jump2b – The Facts – version 1.0        [D A T E]

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003949

The Adapto filter bank parameters are the gain values for the 7 frequency channels in non-speech mode. The Adapto filter bank gain values are entered in the same way as the standard gain values. Please refer to that section for more details.

It is possible to "disable" Adapto in the filter bank by simply entering the same gain values for the two modes.

Further, Adapto is automatically disabled (and forced into speech mode) whenever the telecoil (if any) is turned on. As soon as the telecoil is turned of again, Adapto operates as before.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003950

**Programming the Anti-Feedback block**    **(New in Jump2b)**

| Addr | Bits | Function | Access |
|---|---|---|---|
| 151 | 6 | AFB on P1 | SW |
| 215 | 6 | AFB on P2 | SW |
| 215 | 5 | AFB adaptation enabled | no |
| | | | |
| 245:244 | 6 | Hearing aid type:<br>- 00 ITE<br>- 01 BTE 0<br>- 10 BTE 1<br>- 11 N/A | Factory |
| 180<br>183 | 6 | These parameters are used to control the AFB functionality. | no |
| 200<br>203 | 6 | The settings are defined during development and should not be changed. | |
| 246<br>247 | 6 | Functionality and values will be added later. | |

Below table is for internal Jump2b use.

| Setting | Value | Description | afb_params bit allocation |
|---|---|---|---|
| AFB System on/off | 0 | AFB System disabled | N/A |
| | 1 * | AFB System enabled | addr 151[6] + addr 215[6] |
| Adaptation on/off | 0 | Adaptation disabled | N/A |
| | 1 * | Adaptation enabled | addr 215[5] |
| Overall adaptation speed ($\mu_{slow}$) | 00 * | Speed grade 0  (x1) {maybe ½x or ¼x } | 3:2 |
| | 01 | Speed grade 1  (x2) {maybe x1 or x½} | 183[6]:182[6] |
| | 10 | Speed grade 2  (x4) {maybe x2 or x1} | |
| | 11 | Speed grade 3  (x8)  {maybe x4 or  x2} | |
| Adaptation speed howl ($\mu_{fast}$) | 00 | Howl speed grade 0 ($\mu_{fast}$=16·$\mu_{slow}$) {maybe $\mu_{fast}$=8·$\mu_{slow}$} | 1:0 |
| | 01 * | Howl speed grade 1 ($\mu_{fast}$=32·$\mu_{slow}$) {maybe $\mu_{fast}$=16·$\mu_{slow}$} | 181[6]:180[6] |
| | 10 | Howl speed grade 2 ($\mu_{fast}$= 64·$\mu_{slow}$) {maybe $\mu_{fast}$=32·$\mu_{slow}$} | |
| | 11 | Howl speed grade 3 ($\mu_{fast}$= 128·$\mu_{slow}$) {maybe $\mu_{fast}$=64·$\mu_{slow}$} | |
| FCD hysteresis | 0 | Hysteresis off | 9 |
| | 1 * | Hysteresis on | 201[6] |
| Kill coeff. | 0 | KillCoef off | 10 |
| | 1 * | KillCoef on | 202[6] |
| Kill time | 0 | KillTime 0 (1 sec.) | 11 |
| | 1 | KillTime 1 (2 sec.) | 203[6] |
| Hearing aid type | 00 * | ITE | 5:4 |
| | 01 | BTE0 | 245[6]:244[6] |
| | 10 | BTE1 | |
| | 11 | -- | |
| Input to Schroeder noise | 0 * | Normal input | 6 |
| | 1 | LP input | 246[6] |
| Enable slow update | 0 | Full-speed coefficient update | 7 |
| | 1 * | Update time = 1/32 * full speed (when no howl) | 247[6] |
| ? | 0 | | 8 |
| | 1 | | 200[6] |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003951

**Programming the EEPROM parity check       (New in Jump2b)**

The Jump2b is able to perform a simple word-wise parity check of the EEPROM values sent from the FE-chip. All data values sent to and from the chip-set through the PC interface are 7 bit wide, but internally the EEPROM contains 8 bits per word. This additional bit is used for parity checking.
The parity checker continuously monitors the EEPROM data sent to the DSP. All words are expected to have odd parity, which means that an odd number of bits have the value $\underline{1}$. This simple check will find all single-bit errors (actually all odd-bit errors) and situations where all bits are set to either zeros or ones.

If enabled and an error is found, the output of the hearing aid will be muted. It will stay muted until either reset (and the error is not detected again) or the function is disabled. Even though the devise is muted, it will still be possible to communicate with it.

The function makes use of one control bit and three status signals/words, see table:

| Addr. | |
|---|---|
| 135, bit 6 | Enable EE parity check |
| 204, bit 6-2 | Status: EE failure was detected |
| 204, bit 1 | Status: First address for which EE failure was detected. |
| 205 | (204, bit1 contains bit 7 of the word) |
| 204, bit 0 | Status: Number of addresses for which EE failures were detected. |
| 206 | (204, bit0 contains bit 7 of the word) |

The "EE parity check enable" bit enables the checker to have any effect if an error is detected. Actually, the checker is always running, but the device is muted only if the enable bit is set.
Hence, it is possible to read out the below status signals even though the function is not enabled.

The "EE failure status" bit indicates whether or not an error has been detected. Once an error is detected, this bit stays high until changing the "EE parity check enable" bit from $\underline{1}$ to $\underline{0}$ disables the function. (Note that the checker will continue looking for new errors, but those will not cause the device to be muted until the function is enabled again.)

The "EE failure first address" word indicates the first word where an error was detected during a recall of the EEPROM. This word is kept unaltered until the "EE parity check enable" bit is changed from $\underline{1}$ to $\underline{0}$. Further, the word is updated only if the error is detect during a recall, not if the detection happens as part of a read/write operation through the PC interface.

The "EE failure number" word indicates how many erroneous words were encountered since the last reset or the last time until the "EE parity check enable" bit was changed from $\underline{1}$ to $\underline{0}$.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003952

**Appendix 2: PC communication**

The PC communication enables the fitter to write new information to each of the hearing aid RAM locations, detect the results on the performance, and later, if needed, write this information individually to the EEPROM for non-volatile storage.

Via the PC interface it is possible to
          Read or write each EEPROM and RAM location.
          Modify the setting of m/t switch and P1/P2 switch.
          Generate a recall sequence (copy all EEPROM locations to RAM).

The PC communication is a two wire (+ground and supply) synchronous bi-directional transmission. One wire is for the clock signal generated in the PC(-or HIPRO unit) and the other wire is for the bi-directional data signals. No programming voltage is needed/allowed for the EEPROM's. If supply current must be supplied from an external source, an extra wire is needed. In the jump project, this will require a total of 4 wires. (?)

The signal levels for clock and data is Vsupply/GND. The data wire has to be released into high impedance-state or have a pull-up-resistor to Vsupply(min. 10kOhm)-when the data wire is driven from the HA.

The clock frequency for transmitting data is nominally 10kHz (a maximum clock frequency at 80kHz is expected). In general, the PC should change the data values to and read them from the DSP on the positive edge of the clock. The DSP changes data and reads them on the negative edge. For the same reason it is not crucial that the edges of the data and the clock signal are aligned. Quite a lot of skew is allowed as long as one bear in mind on which clock edge actions are taken.

The data transmitted to the hearing aid is coded according to the Oticon protocol, and so is the returned coded on the data line at the end of every transmission, if the transmission is detected as ok on the chip. If the hearing aid detects the data coding as illegal, the data is still returned, but the coding is in a wrong format.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003953

PC communication protocol
The protocol described here is designed according to the functionality typically involved in fitting hearing aids. It is the same protocol as used in other Oticon aids (MicroFocus, jump1-Digifocus).

The protocol transmitted to the hearing aid contains the following parts.

| | |
|---|---|
| f | is determine read or write. 1=write, 0=read. |
| a0-a6 | is the address of the memory to access |
| d0-d6 | is the data transmitted to the memory. |
| me | is M/T change enable. 1=change enabled |
| m | if 1, then Microphone is on, if 0, it is off. |
| t | if 1, then Telecoil is on, if 0, it is off. |
| pe | is program change enable. 1=program change enable |
| p | program, 1=P2, 0=P1. |
| rcl | recall of all EEPROM content to ram. |
| sto | store. If 1 eeprom is addressed for either read or store. If 0, ram is addressed. |
| fp | n.a. |

-and the protocol of the data received from the aid is this.

| | |
|---|---|
| Sync. bits | 6 bit that enables the PC to detect retransmission |
| Data bits | 7 data bits |

This gives the following string transmitted to the hearing aid.
    1 1 1 0 0 0 f a0 a1 a2 a3 a4 a5 a6 d0 d1 d2 d3 d4 d5 d6 me m t pe p rcl sto fp (release line)

-and this is returned from the aid.
    1 1 1 0 0 0 d0 d1 d2 d3 d4 d5 d6 (release line)

where all bits except the sync. bits are coded as follows: for every bit, its complement follows immediately after as shown in the Figure 1: *PC communication protocol*. The same applies to the retransmitted data string.

---
PC communication protocol
---

## Examples of PC communications
The sequencing of all communications follows the same pattern as shown below for "read ram" in Figure 22: *Sequencing of most PC communications...* The "write eeprom" and "recall" sequences differ only in the length of the high impedance period before a retransmission will take place. Whether or not the PCclk is active during this period is unimportant.

When changing only the functional settings, ME, for M/T change, and PE, for program change, must be high, and the f-bit and store-bit must be low (read). Then address and data is ignored. If the returned data are coded as ok, the transmission was ok. The clock must be applied for at least one period after the retransmission has finished, to allow the internal state machine to return to its initial state, see Figure 22: *Sequencing of most PC communications*.

---
Sequencing of most PC communications
---

When reading or writing information in the RAM from the PC, the address of the memory location and the data in the transmitted string is relevant (if writing). When writing, the f-bit must be high (WRITE), and the STORE-bit must be low. When reading, the f-bit is low, and the STORE-bit is high. The sequencing is according to Figure 22: *Sequencing of most PC communications*.

Jump2b – The Facts – Version 1.1        [D A T E]                38 pages

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003954

When recalling data from eeprom to ram, Rcl must be high. The PC_Clock-transmission may (but need not to) be stopped during a recall sequence, and wait for the eeprom->ram load (between 30.7ms- 34.0ms (37.5ms for FE rev. C)), before transmission is continued. Note, however, that if the PC clock is active, the HA responds as soon as possible, whereas if the PC clock is stopped, the HA does not respond until it is restarted. The point to stop the transmission (if one wish so - e.g. to be compatible with jump) is at least one clock period after transmitting the last bit for the HA. See Figure 3: *Sequencing of the recall instruction.*.

| Sequencing of the recall instruction. |
|---|

When reading information in the EEPROM, the f-bit must be low and store-bit must be high, and the address must be in the transmitted string. Data is not relevant. The sequencing is according to Figure 22: *Sequencing of most PC communications.*

When storing information in the EEPROM, no high voltage needs to be applied as it is generated internally on the FE chip. When transmitting a store command from the PC, the address of the EEPROM storage and the data to be stored needs to be present in the transmission string, f-bit must be set to WRITE, and the sto-bit (eeprom selected) must be high. When all data is transmitted to the aid, the communication will be inactive while the writing is done internally (between 10.8ms-12.0ms (13.3ms for FE rev.C)). Whether or not the PC clock is active in this period is unimportant, see Figure 4: *Write EEPROM sequence.* As above, when the PC clock is active, the HA responds as soon as possible, whereas if the PC clock is stopped, the HA does not respond until it is restarted. The clock must be applied for at least one period after the retransmission has finished. All EEPROM locations must be stored individually.

| Write EEPROM sequence. |
|---|

In the following table, the programming bit settings for all instructions are summarised.

| Instr. | f | a0-a6 | d0-d6 | me | m | t | pe | p | rcl | sto | fp | dummy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| read eeprom | 0 | addr. | xx | 0 | 0 | 0 | 0 | 0 | 0 | 1 | x | x |
| write eeprom | 1 | addr. | data | 0 | 0 | 0 | 0 | 0 | 0 | 1 | x | x |
| read ram | 0 | addr. | xx | 0 | 0 | 0 | 0 | 0 | 0 | 0 | x | x |
| write ram | 1 | addr. | data | 0 | 0 | 0 | 0 | 0 | 0 | 0 | x | x |
| Recall | 0 | xx | xx | 0 | 0 | 0 | 0 | 0 | 1 | 0 | x | x |
| set m and/or t | 0 | xx | xx | 1 | 1/0 | 1/0 | 0 | 0 | 0 | 0 | x | x |
| set p1/p2 | 0 | xx | xx | 0 | 0 | 0 | 1 | 0/1 | 0 | 0 | x | x |
| set m/t + p1/p2 | 0 | xx | xx | 1 | 1/0 | 1/0 | 1 | 0/1 | 0 | 0 | x | x |

## Differences from the JUMP communication protocol

The differences between the JUMP and the jump2a protocols are summarised below:
- Most communications cause a retransmit only 1.5 PC-clock cycle after the PC-to-ha transmission has ended
- The PC-clock need not be stopped during a "recall" and "write eeprom" communication. With the clock running (or started before retransmission is expected), the HA will retransmit as soon as it is ready.
- No hi-voltage is allowed during "write eeprom".

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003955

**Apprendix 3: Electrical interfaces**

**Switches**

**DAdrivers**

**Input pads**

**Output pads**

**Test pads**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003956

**Apprendix 4: Known bugs**

This appendix describes in collected form the bugs found in the system. A note is placed under the appropriate sections as well.
The actions for revision B were settled by JO, JOB, JEK and CBN on May 10, 2001.

| Name | Description | Priority | Action |
|---|---|---|---|
| Visual ID | The visual revision identification needs to be updated to "B" | - | *Fix* |
| ChipID | The chip ID needs to be changed from 33h | - | *Fix* |
| T-startup / P2-startup | The startup sequence of the chip fails in a particular setup of the switches.<br>• Consequence: For a BTE (hooked up as it is), when starting in a non-default setting (e.g. telecoil or P2), this setting is not recognised by the chip, but the default setting is used. After a switch, the chip works as specified.<br>• Fix: The problem is fixed by delaying the internal MT-switch until after the switch is enabled during recall. | Adapto critical | *Fix* |
| Beeping in ITED | First time an ITED is switched from D (M+P2) to telecoil, either one or four beeps are generated. Next time the same change is performed, the correct three beeps are generated.<br>• The problem is caused by a similar startup problem as the above.<br>• Fix: The problem is fixed as a side effect of the above fix. | Adapto nice-to-have | *Fixed automat icly.* |
| Filter Band 1 | The gain setting of the first filter bank band is not updated immediately after being written. The update doesn't happen until another read or write is performed on the filter bank memory area.<br>• Consequence: The writing of the first filter band (in RAM) should always be followed by another read or write to the filter bank memory area. This will be possible for the Adapto/Genie products.<br>• Consequence (Jump2a): OtiSet always writes to both the normal and Adapto filter setting, which solves the problem. **EasyFit writes to the normal filter bank only – making the problem noticeable. Hence, this must be fixed to obtain full transparency wrt. Jump2a.**<br>• Fix: The problem is caused by a pipelined RAM, and is solved by inverting the clocking of the second level of the pipeline. | J2a comp. critical | *Fix* |
| SetP keeper | The keeper circuit for the "SetP" pad is unconnected. It is therefore impossible to configure the pad for pull-up, -down, or keeper function, thereby prohibiting push buttons without external resistor or toggle switch. Only the level shifter may be used without external circuitry. Note, that the SetP and SetMT0 pads are interchangeable using a bit in the memory map ()<br>• Consequence (Adapto): The program switch is not configured as a push button for any styles. We do, however, rule out the possibility to use the Pswitch pad for the multi-function switch.<br>• Consequence (Jump2a): It should be checked for all known styles, whether we can configure us out of this.<br>• Fix: add wire from keeper to switch signal. | J2a comp. nice-to-have | *Fix* |
| AFB: click | Timing error between AFB and Jump (fbc_filt),<br>• *Problem heard in the FPGA evaluation* | Nice-to-have | *Ignore* |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003957



| | | | |
|---|---|---|---|
| AFB: adapt | :afb_adapt_on=0 has no effect (fbc_coef_buf)<br>The AND gate is not implemented on the IC (Afb_adapt_on=0 is therefor not allowed) | Nice-to-have | *Ignore* |
| AFB: noise_gen wrap-around | Noise_gen: Possible wraparound<br>• *Problem not heard in the FPGA evaluation*<br><br>Possible wraparound<br>*(not a problem)* | Don't care | *ignore* |
| AFB: fbc_coef_buf wrap-around | fbc_coef_buf: Possible wraparound in window selector<br>• Problem not heard in the FPGA evaluation | Nice-to-have | *ignore* |
| AFB: dtone division | dtone: Output from division not correct if div_expo>2<br>• Tones above 7 kHz are falsely ignored.<br>• Problem not heard in the FPGA evaluation. | Don't care | *ignore* |
| Scan length | One of the scan chains has become significantly larger than the others, thereby prolonging the test time unnecessary. The chains are in average 700 registers long. This particular chain is 1100, whereas another is short.<br>• Fix 1: The PCM part of the chain may be split from the rest and routed together with the short chain.<br>• Note: New test vectors needs to be developed from scratch.<br>• Fix 2: Prolong test time. As we have got the current test vectors accepted (in spite of additional test time), there seems not to be any reason to | Fix if full redesign | *ignore* |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003958

| | | change this unless we need a full redesign. | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR

DEM003959