Exhibit Y



# Exhibit Z

# adapto™



# The Explanation

EXHIBIT
PX 30

oticon
PEOPLE FIRST

EXHIBIT
Dement 51
2-8-07

DEM000444

# The First Hearing Aid That Understands People

For almost a century, Oticon has been following a clear strategy: to give users of our products the very best outcome. The new Adapto is yet another fulfillment of this mission. It is designed with a strong focus on customer satisfaction.

*The hearing aids must automatically adapt to the environment*

Sound environments change over the course of a day. The ideal hearing aid should automatically optimize speech understanding and help the user focus on important speech messages.

*Wearing hearing aids must feel as natural as possible*

Placing a hearing aid in the ear causes occlusion and often results in feedback. Reducing these side effects would give significant improvements in user satisfaction.

*The hearing aids must fully reflect the auditory lifestyle of the user*

The perception of sound and the processing of speech are very different from one person to another. No single signal processing or fitting rationale will ever be right for all people.



Environment
Perception
Interface

No other hearing aid has ever been designed with such a strong focus on fulfilling these goals. Adapto provides:

**VoiceFinder™**
Optimal speech understanding without overwhelming the user with other sounds

**Open Ear Acoustics™**
No feedback and reduced distortion of own voice or other side effects of occlusion

**Client-Focused Fitting™**
A hearing aid fitted to reflect each client's individual preferences and capabilities

By taking a holistic approach and simultaneously addressing the three most important user issues, we bring hearing care to a new level.

We welcome you to the world of Adapto.



adapto

Adapto is the first hearing aid designed to simultaneously address the most important requirements for user satisfaction:

- Optimal adaptation to the listening environment
- A significant reduction of the side effects of placing a hearing aid or earmold in the ear
- A fitting that reflects the processing abilities and listening preferences of the individual

DEM000445

# VoiceFinder™

## Speech Understanding and Comfort — Automatically



With severe/neural hearing loss, the ability to prioritize speech and ignore background noise is reduced.

### A Priority for Speech

At Oticon, our goal is to maximize speech understanding without sacrificing comfort — even when there's background noise. The scientists and engineers at Oticon's Eriksholm research centre turned to the human auditory system for inspiration.

The brain automatically detects and prioritizes speech even in the presence of noise. The brain can also cancel out background noise when speech is not present. Most hard-of-hearing people have lost this ability. Oticon researchers used the latest advancements in digital signal processing to incorporate this capability in hearing aids.

The result is an effective speech detection system called the VoiceFinder™.

**Speech detection**
The VoiceFinder accurately analyses the sound. If the VoiceFinder detects harmonic structure and synchronous energy, then speech is present.

**Microphone**
The hearing aid picks up the sound

Input signal

**Speech mode**
When speech is detected, the VoiceFinder instantly provides maximum speech understanding

**Comfort mode**
When speech is not present, the VoiceFinder automatically switches into a more comfortable listening mode

Like the brain, the VoiceFinder can detect speech with great accuracy. Just as the brain allows us to automatically tune out ambient noise, the VoiceFinder automatically switches between different modes that either focus on the speech signal — putting speech intelligibility first — or make ambient sounds comfortable when no speech is present.

### How Does the VoiceFinder Work?

The vowels in speech have very unique characteristics. Unlike most consonants, vowels consist of a fundamental tone and a number of harmonics that show up in the frequencies above the fundamental tone. This means that the acoustic energy of vowels is confined to the harmonic series of the fundamental frequency.

VoiceFinder constantly searches for the presence of harmonic speech energy.

The powerful vowels dominate

The graph shows the harmonics of the vowel "a". With a fundamental frequency of 240 Hz, the harmonics of the vowel energy are located at multiples of 240 Hz (in other words, 480, 720, 960, 1200 Hz etc.)

adapto

DEM000446

# VoiceFinder™

**The VoiceFinder** detects the presence of speech accurately and consistently, even in poor signal-to-noise conditions.

speech most of the time – so the presence of speech is always accompanied by the presence of harmonic energy. This unique characteristic makes it possible to detect the presence of speech very accurately.

The VoiceFinder uses a highly efficient narrow-band filter bank to analyze all incoming signals for the presence of harmonics and their synchronous energy. Even in poor signal-to-noise conditions, the VoiceFinder is able to detect the presence of speech accurately and consistently.

## Automatic Adaptation to the Environment

Depending on the outcome of its computation, the VoiceFinder automatically switches between two modes: Speech and Comfort.

When it detects speech in the user's sound environment, the system instantly changes to Speech mode. In this mode, the VoiceFinder maximizes speech understanding by using the most appropriate rationale, which is individualized for the user's lifestyle.

When speech is not present, the VoiceFinder adapts to a more mellow, softer listening mode, Comfort. This mode provides specific changes to amplification, compression ratios and release-time characteristics. It allows the user to relax more and reduce the associated fatigue caused by constant input of ambient non-speech and noise in the environment.

*Adaptation from Comfort mode to Speech mode occurs almost instantly when speech is detected, so the user doesn't miss out on conversation.*



*Adaptation from Speech mode to Comfort mode has a built-in input-dependent transient time (up to 10 seconds) to make absolutely sure that speech is not present before the VoiceFinder changes to Comfort mode.*

### Reliable Detection of Speech

The VoiceFinder has been extensively tested to verify its robust performance and consistent speech-detection abilities, even in poor signal-to-noise environments. The graph, measured at 500 and 2000 Hz, shows which hearing situations activate the Comfort mode.

The graph reflects:

- Positive detection of speech in environments where speech is present, even in poor signal-to-noise ratios — thus no reduction in gain.
- Substantial reduction in gain in environments where speech is not present (traffic noise, environmental noise).

The graph shows reduction in Insertion gain (IG), one of the parameters that is modified in the comfort mode.

**adapto**

# OpenEar Acoustics™

## Excellent and Natural Sound Quality

Distorted perception of the users own voice is one of the most common and unexpected side effects of wearing a hearing aid. Furthermore, when a hearing aid or an earmold occludes the ear canal, many body transmitted sounds become unpleasantly loud.

Occluding the ear also destroys many of the characteristics of natural hearing. Yet, it's still accepted as a part of fitting hearing aids because it helps avoid acoustic feedback and keep low frequencies from leaking out of the ear.

### OpenEar Acoustics™

Our research team was determined to reduce occlusion and own voice complaints by using an innovative approach with open fittings. Until now, larger venting has always been synonymous with acoustic feedback, but Adapto's advanced signal processing addresses the problem. The result is OpenEar Acoustics, which consists of four elements: Dynamic Feedback Cancellation, substantially increased real-ear venting, intelligent low-frequency gain compensation and short processing delay.



### Adapto's Dynamic Feedback Cancellation

Oticon has developed an advanced anti-feedback system based on new adaptive digital processing techniques. Adaptive feedback cancellation is an active system. It constantly monitors the state of the instrument and cancels the feedback path.

Unlike static feedback management and other dynamic feedback reduction methods, the Dynamic Feedback Cancellation (DFC) system doesn't reduce gain in order to prevent compromising audibility and speech understanding. By comparing the signal entering the hearing aid microphone and the amplified signal, the DFC eliminates feedback by precise phase cancellation. A newly developed detector monitors whether feedback is about to occur – when it does, the DFC reacts extremely quickly.

---

**adapto**

Dynamic Feedback Cancellation
- No reduction in gain
- Instant adaptation to all acoustic changes
- Low battery consumption



OpenEar Acoustics makes it possible to avoid occluding earmolds and to use large vents for most Adapto fittings – without increasing the risk of feedback.



situations, whether it's an earmold or shell that gradually moves out of proper position or a sudden change caused for example by placing a phone by the ear.

Using the newest technology as a platform keeps battery consumption to a minimum. And there are no calibration measurements needed – the system works automatically without dispenser intervention.

### A More Confident User

The Dynamic Feedback Cancellation system is designed to react to any situation the user may face – no matter how slowly or quickly alterations in the acoustic environment occur. The user gets optimal audibility and understanding in all types of

The operation of the DFC is inaudible and gives users a more natural, more comfortable sound quality because acoustic feedback is eliminated.

### Reduced Occlusion

The excellent performance of the Dynamic Feedback Cancellation system and digital circuits with short processing delays allow

 

With OpenEar Acoustics, Adapto users don't have to accept or 'get used to' severe occlusion and distortion of their own voice.

### adapto

Adapto fittings to use substantially larger venting to virtually eliminate occlusion. Therefore, Adapto BTE fittings with open earmolds are recommended for most users. In-the-ear styles are manufactured with substantially larger venting schemes than usual.

### Intelligent Gain Compensation

Genie automatically calculates the additional low-frequency gain required to compensate for leakage of low frequencies resulting from non-occluding earmolds. This advanced fitting tool easily accommodates any

acoustic changes needed to better fit the user. The compensation calculations provide for better matching of target insertion gain in one quick, easy step.



Conventional venting — Trapped sound

OpenEar Acoustics — Large vent for more natural sound

# Client-Focused Fitting™

## A Unique Individualized Hearing Solution



The Personal Profile includes:
- Hearing aid experiences
- Lifestyle and listening situations questionnaire
- Client age

Recent studies by Gatehouse (2000) show that the auditory lifestyle of individuals can have an important influence on their listening preferences, which should be reflected by the characteristics of their hearing aids. His results suggest that:

* There's no single amplification scheme that's best for everybody.

* An excellent amplification scheme for one user could be a very poor choice for another.

* The audiogram doesn't contain sufficient information for an optimal fitting.

Although the audiogram is an important starting point in any hearing aid fitting, it doesn't reflect the user's speech processing abilities and lifestyle. While you can obtain information about lifestyle in an interview, there was not a structured way to use it in selecting different amplification schemes. This is exactly what Client-Focused Fitting™ is all about.

### The Personal Profile

Adapto offers the first set of audiological fitting algorithms that addresses people's individuality. Through the Personal Profile tool in the Genie fitting software, audiogram data is combined with personalized information – hearing aid experience, age, typical listening environments and real ear data. The result is a highly individualized fitting. The Personal Profile represents a quick and efficient step in the fitting process. Combined with the audiometric data, it results in a recommendation of the most appropriate audiological rationale for each individual user – and a higher level of satisfaction.

### Lifestyle and Listening Situations

The Lifestyle and Listening Situations questionnaire yields an overall measure of the 'richness' or variability of the user's listening environments and auditory lifestyle. The questions are easy to understand and quick to complete, involving the client at the start of the fitting. Responses to the six questions, rating the occurrence and importance of each situation, are automatically combined with other input from the Personal Profile to make a more appropriate rationale recommendation for the user.

### Client Age

New international studies have examined the possible effects of cognitive function in relation to hearing aid use. Gatehouse (2000) and Lunner (2001) found significant correlation between measures of cognitive performance and speech recognition. They suggested that listeners' ability to use various kinds of signal processing in hearing aids may be dependent on their cognitive function.

These new findings have led us to consider the differences in people's cognitive abilities or 'processing style' when prescribing the most appropriate rationales in Adapto.

Age is the easiest predictor of cognitive function to obtain and the correlation between age and cognitive function is high (Baltes and Lindenberger, 1997). Based on studies of cognitive aging (Baltes and Lindenberger, 1997; Rabbit, et. al. 2001), we've chosen age 70 as the threshold for 'reduced cognitive function'.



**Hearing Aid Experience**
The client's hearing aid experience determines the settings of the Adaptation Manager. Selecting an experience levels of Novice, Short-Term/Part-time or Long-Term results in the corresponding Adaptation settings of 1, 2 or 3. This provides the most appropriate starting point for gain and compression for the client.

adapto

DEM000450

# Client-Focused Fitting™

**New Audiological Rationales**

In order to address the diversity of people, Adapto offers four advanced proprietary rationales that consider different processing preferences based on hearing loss as well as on lifestyle and cognitive skills:

- SLOW for adults over 70 years of age with sloping hearing losses
- FAST for sloping hearing losses
- LINEAR™ for flat hearing losses
- SKI for ski-slope losses

Research has shown that people with sloping hearing losses (except ski-slope) strongly prefer non-linear processing. For those clients with hearing losses that border between flat and sloping, studies indicate that the more variation in their sound environment and auditory lifestyle, the greater the preference for a non-linear amplification strategy.

**SLOW Rationale**

People with reduced cognitive skills (over 70 years) demonstrate a preference for and benefit from slow-acting compression. This type of compression provides less dynamic distortion of speech, thus providing the auditory system with less distracting information – potentially avoiding cognitive overload and allowing for optimal speech understanding.

**FAST Rationale**

People with higher cognitive skills (under 70 years) tend to show better speech test performance and prefer fast acting compression. This provides a more densely packed signal and a high rate of information to the auditory system. So the features of speech are maximally audible to a cognitive system that is potentially well equipped to extract the information.

**LINEAR™ Rationale**

A majority of people with flat hearing losses and flat auditory dynamic ranges prefer and benefit from advanced, multi-channel linear signal processing.

**SKI Rationale**

This rationale is a proven success with people with ski-slope losses. It provides non-linear processing in the low frequencies and linear processing in the high frequencies. In the important transition zone, where the hearing begins to drop off rapidly, the SKI rationale automatically finds the appropriate crossover frequency and switches to a linear amplification approach.



Based on the user's audiogram and the information entered in the Personal Profile, the rationale that yields the best probability for a successful fitting is prescribed.

## adapto

Carefully selected auditory and non-auditory factors in the Personal Profile let users benefit from a more individualized fitting with the most appropriate compression characteristics.



adapto

Sounds and pictures represent typical everyday situations. Used together or separately (sound only) they help prepare your client for what to expect.



# Genie™ — The New Interactive Software

When you involve your client from the very beginning of the fitting process you achieve a better first fit and a higher level of immediate user acceptance. That's why Genie holds a range of interactive tools for you to use — along with an intuitive, fast, and easy work flow that is reflected in the structure of Genie's organizer.

**Personal profile**
Involves the client right from the start for a more individualized and successful outcome.

**Selection**
Offers instruments selection with OpenEar Acoustics and automatic recommendation of rationale.

**Fitting**
Provides quick, intuitive in-sound fitting towards plus the VoiceFinder demo to verify user satisfaction.

**Fine tuning**
Uses a wide range of relevant sounds and pictures to fine tune solutions and maximize client involvement.

**End session**
Presents a complete summary of instrument characteristics (with on-screen access to CCDs and key user instructions). Instruments are programmed, the service is saved, and the client is on their way to maximum speech understanding, maximum comfort and clear, natural sound quality with Adapto.

References
1. Gatehouse, S "Auditory Ecology and its Influence on the Benefits of Non-Linear Signal Processing Hearing Aids", ICHON2000, Lake Tahoe.

2. Lunner, T "Cognitive function in relation to hearing aid use", submission to Swedish Institute for Disability Research Workshop on Assessment of Auditory Communication from Lab to Real Life, Orebro, Sweden, 6-8 Sept 2001.

3. Baltes PB, Lindenberger U "Emergence of a powerful connection between sensory and cognitive functions across the adult life span: a new window on the study of cognitive aging." Psychol Aging, 12(1), 12-21, 1997.

4. Rabbitt, P, Diggle P, Smith D, Holland F, McInnes L "Identifying and separating the effects of practice and of cognitive ageing during a large longitudinal study of elderly community residents." Neuropsychologia 39(5),532-543, 2001.



## Adapto
### The First Hearing Aid That Understands People

## The Promise of Adapto

Adapto addresses the three main reasons for poor user acceptance – it's in a class of its own.

No other hearing aid has ever been designed with such a strong focus on optimizing user satisfaction:

* Optimal speech understanding without being overwhelmed by other sounds

* No feedback and reduced distortion of own voice or other side effects of occlusion

* A hearing aid fitting that reflects the client's individual preferences and capabilities

With the combined client benefits of the VoiceFinder, OpenEar Acoustics, and Client-Focused Fitting, Adapto opens up new possibilities for optimized speech understanding – and both immediate and long-term satisfaction for more users than ever before.

DEM000453

*People first*



We believe that it takes more than technology and audiology to create the best hearing instruments. That's why we put the individual needs and preferences of hearing impaired people first in our development of new hearing care solutions.

www.oticonus.com



oticon
PEOPLE FIRST

DEM000454