Exhibit AA

# INTRODUCTION

Dear Hearing Care Professional,

Gaia is designed to provide a new balance in hearing by combining speech intelligibility and comfortable sound quality into one instrument by merging a range of unique and dedicated features.

We have created the Gaia handbook exclusively for you. This comprehensive tool gives you immediate access to detailed product information including technical data, fitting information, audiological product background and a client profile. Additionally, an overview of product styles, options, and accessories is provided.

On the following page you will find the Index. This will help you locate important information quickly and easily. We hope that you find this handbook useful and we encourage you to add your own notes wherever appropriate, or use the notes page in section 4.2.

Please contact us for additional information or assistance.

We wish you success with Gaia!

Sincerely,

The Oticon Team

1-800-526-3921
www.oticonus.com

EXHIBIT

PX 31

EXHIBIT

Demant 52

8-2-07

DEM001366



2

DEM001367

# INDEX

| | | | |
|---|---|---|---|
| **A B O U T** | 1.1 | A new balance in sound | 5 |
| **G A I A** | 1.2 | The Gaia Sound System | 10 |
| | 1.2.1 | The Rationales in Gaia | 11 |
| | 1.2.2 | Adaptive Release Time (ART) | 16 |
| | 1.2.3 | OpenEar Acoustics | 17 |
| | | (A) Short digital processing time | |
| | | (B) Dynamic Feedback Cancellation (DFC) | |
| | | (C) Low-frequency gain compensation | |
| | 1.2.4 | Subsonic Input Protection | 19 |
| | 1.2.5 | Increased Headroom (Dynamic Range) | 20 |
| | 1.2.6 | Soft Squelch | 20 |
| | 1.3 | Adaptation Manager | 22 |
| | 1.4 | User Selectable Programs | 23 |
| | 1.5 | Variable Crossover Frequency | 23 |
| | 1.6 | Optional Directional Microphone | 23 |
| | 1.7 | Product overview | 25 |
| | 1.8 | Technical data | 26 |
| | 1.9 | Gaia Accessories | 44 |
| | | | |
| **F I T T I N G** | 2.1 | About Genie | 45 |
| **G A I A** | 2.2 | Cables and Fitting Systems | 46 |
| | 2.3 | Fitting Gaia with Genie | 47 |
| | 2.4 | Gaia Quick Fitting on Genie | 54 |
| | 2.5 | Fitting Gaia with EasyFit | 56 |
| | 2.6 | Fitting children with Gaia | 62 |
| | | | |
| **C O U N S E L I N G** | 3.1 | End-user profile | 65 |
| **W I T H   G A I A** | 3.2 | Tips on selling Gaia | 66 |
| | | | |
| **F A Q** | 4.1 | Frequently Asked Questions | 69 |
| | 4.2 | Note pages | 79 |

DEM001368

This page intentionally left blank.

DEM001369

**ABOUT GAIA**

### 1.1 A new balance in sound

Gaia sets a new standard in its price category by implementing the Gaia Sound System: A fusion between OpenEar Acoustics, the new, dedicated Gaia rationale and a list of sound quality enhancing features.

OpenEar Acoustics almost eliminates two well known problems: occlusion and feedback. The comfort-based Gaia rationale enhances loudness comfort and the sound quality enhancing features all contribute to eliminating distortion.

Altogether, the Gaia Sound System facilitates a new balance in sound, providing optimized and comfortable sound quality to the user.

Gaia is a 2 channel, 7 band digital hearing instrument. Gaia is designed to provide a fitting which is immediately comfortable for the user without sacrificing speech intelligibility. This capability is delivered through the unique merge of features, specially designed to provide the user with a comfortable sound quality, no matter the listening situation.



User Benefits
- Clear and comfortable sound quality
- Maximum occlusion
- Minimum feedback
- Easy admittance
- Reduced annoyance and fatigue
- Long battery life
- Cosmetically attractive solutions

Dispenser Benefits
- Quick user acceptance
- Intuitive and uncomplicated software
- Seven frequency shaping bands grouped into two independent compression channels for a more precise fitting

DEM001370

# ABOUT GAIA



**Standard Features:**
Open-ear Acoustics
Choice of formulas:
    Gaia
    ASA
    NAL-NL1
    DSL i/o
    ASA-p (power styles)
Seven frequency bands, two channels
Multiple programs
(for BTE and ITE instruments)
Dynamic Feedback Cancellation
Low power consumption
Fully automatic operation
Adaptation Manager
Optional Volume Control
Optional Automatic Telecoil
Feedback Manager
Directional BTE and ITE instruments
Power BTE and ITE instruments



**Instrument Styles:**
CIC (10 battery)
MIC (10 battery)
ITC (312 battery)
HS/LP (312 battery)
HS/LP-1/P2 (312 battery)
HS/LP Direct (312 or 10 battery)
HS/LP Power (312 battery)
HS/LP Power P1/P2 (312 battery)
FS Power (13 battery)
FS Power P1/P2 (13 battery)
BTE (13 battery)
BTE Direct (13 battery)
BTE Power (13 battery)

DEM001371

ABOUT GAIA



**Custom Instruments**
Design optimized for size and cosmetics
Program for dedicated listening situations (ITE styles)
Fully configurable push button operation (ITE styles)
Colors: beige, light brown, medium brown, dark brown
Selection of three wax protection systems:
- NoWax
- MicroWax buster
- Wax buster
Low battery consumption

**Options and accessories:**
Volume control (manual override) in ITE styles
Directional microphone (HS/LP styles)
Programmable or automatic telecoil (HS/LP)
Two programs for dedicated listening situations (ITE styles)

**BTE instruments**
Two programs for dedicated listening situations
Fully configurable function switches
Direct Audio Input
FM compatible
Adjustable sound hook
Hairtone colors: beige, light brown, dark brown, light grey, dark grey
Cool colors: transparent, yellow, orange, pink, purple, blue, green and black
Low battery consumption

**Options and accessories:**
Volume Control (Manual Override)
VB and undamped sound hooks
Pediatric sound hook
Tamper resistant battery door
Eyeglass adaptor
CROS and BICROS input via DAI

DEM001372



DEM001373

**A B O U T   G A I A**



DEM001374

**A B O U T   G A I A**



Figure 1.

## 1.2 The Gaia Sound System

The Gaia Sound System is the core of Gaia. It has a variety of features that combine to create a comfortable sound experience and the best possible speech intelligibility.

Gaia offers a choice of rationales for any hearing loss from mild to severe. You can read more about each of these in section 1.2.1. No matter your choice of rationale, this will perform in combination with OpenEar Acoustics

and a selection of sound quality enhancing features. It is this unique combination that forms the Gaia Sound System.

OpenEar Acoustics™ is a technology that uses the very effective Dynamic Feedback Cancellation technology (DFC), which supports an increase in vent size. Besides reducing occlusion, this system preserves the important characteristics of natural hearing to such a degree that first time users adapt to hearing aids faster than ever.

DEM001375

**A B O U T   G A I A**

Open vents also limit the risks of infections, high humidity and other annoying, physical problems in the ear Read more about OpenEar Acoustics in section 1.2.3.

**Sound Quality Enhancing Features:** Gaia increases the dynamic range in order to limit the risk of distortion. Soft squelch filters out distracting low-intensity sounds such as instrument noise, while Subsonic Input Protection effectively prevents loud, unimportant sounds below 50-75 Hz from interfering with the sound processing. All of these features are implemented in all of the four rationales in Gaia.
Read more about the Sound Quality Enhancing Features in section 1.2.4 to 1.2.6.

### 1.2.1 The rationales in Gaia

Gaia
The Gaia rationale is designed for comfort and enhances loudness comfort without sacrificing speech intelligibility in either quiet or noisy situations. Internal studies have demonstrated that the comfort-based rationale had no significant adverse effects on speech perception.

The Gaia rationale delivers all around comfortable sound quality without compromising on speech intelligibility. The Gaia rationale has been specifically developed for users with mild to moderate hearing loss. In conjunction with the Adaptive Release Time (ART) system, the Gaia rationale automatically determines the best release time for any listening situation. Working with a fixed attack time of 5ms, Gaia automatically sets the release time between 640ms and 2560ms, depending on the listening environment.

Flattening the frequency response, lowering the compression knee point, and increasing the release time of the instrument while keeping the attack time constant all increase comfort. These slower release times are reflected

11

DEM001376

# ABOUT GAIA

in both the low and high frequency channels. Importantly, the comfort rationale was judged to be particularly effective in noisy situations. This makes Gaia ideal for users with a sloping sensorineural hearing loss and an active and acoustically challenging lifestyle, or for users for whom comfort is a real priority.

In addition to the comfort-based rationale (see 1.2.1), Gaia also offers three well-known rationales for people who prioritize speech: ASA²/ ASA²p, NAL-NL1 and DSL i/o. In all three approaches, the gain and compression recommendation is based on the user's need to hear and understand a broad range of speech inputs. This selection increases fitting flexibility and gives you the freedom to pick a rationale that really suits your client.

*ASA² (Adaptive Speech Alignment)*
ASA² is Oticon's proprietary rationale. Studies conducted at the Eriksholm Research Center – as well as other studies – nominate ASA² as 'the ultimate speech processing rationale'. ASA² maximizes speech intelligibility through a seven-band, two-channel algorithm.

The goal of the LF channel is to represent normal speech at normal loudness. First, it splits the signal into different frequency regions, according to the critical bands. Then it shapes the frequency response to restore normal loudness and to maintain relative loudness between the individual bands. For speech processing the LF channel uses fast-acting compression to control the loudness of both the vowels and background noise, in order to prevent upward spread of masking.

The HF channel aims to optimize audibility and listening comfort. It has a relatively slow acting (AVC) compressor with a knee point at 50dB SPL. Rather than trying to fully compensate for loudness, it provides good audibility while maintaining listening comfort. The HF channel focuses on enhancing the softer consonant sounds so that speech comes through more clearly.

*NAL-NL1*
Historically, the NAL rationales (NAL, NAL-R, NAL-RP, NAL-NL1) have been based on the Articulation Index (AI). They are designed to maximize the amount of speech information and

DEM001377

**A B O U T   G A I A**

*DSL [i/o]*

The Desired Sensation Level (DSL) fitting rationales (linear and non-linear) gained their original popularity for pediatric users. DSL was developed to assist hearing aid selection, fitting and verification in young, pre-verbal children. Because of its pediatric-friendly features, many clinicians subsequently adopted the entire DSL approach (both the acoustic corrections and fitting rationale) and it became the standard rationale for fitting children's instruments in many parts of the world.

DSL i/o is best described as an "acoustic mapping" rationale. It prescribes the gain and compression necessary to place the spectrum of sounds audible to a normal hearing person into the remaining dynamic range of the impaired listener (see Fig. 4). With this strategy the gain and compression increase proportionally as the amount of hearing loss increases.

The basic philosophy is to give the hearing impaired child access to exactly the same sounds (especially speech) that a child with normal hearing would



Figure 4. An example of the approach of taking the full range of audibility available to the normal hearing person and placing it within the dynamic range of the client with sensorineural hearing loss. This approach is typified by the DSL i/o fitting algorithm.

DEM001379

ABOUT GAIA

experience. There is no specific attempt to account for loudness or the distribution of information content in speech. The assumption is that the developing child's auditory and cognitive systems are plastic enough to find the natural information available in everyday sound input.

The same acoustic and procedural features originally introduced with the DSL software are now available in Oticon's Genie fitting software, for all products and fitting rationales. This enables pediatric clinicians to make an independent decision regarding the most appropriate fitting rationale for the child and still capitalize on the coupler and earphone acoustic correction features in Genie.

## $ASA^2p$

The severely hearing impaired have many specific needs that are quite different to those experienced by mild-to-moderate users. Therefore, Oticon has developed $ASA^2p$ as an extended version of $ASA^2$ for this range of hearing losses.

The $ASA^2p$ rationale automatically determines the required gain levels according to the intensity of the input

levels. The rationale provides compression over a wide dynamic range like $ASA^2$ does. The output limiting strategy for $ASA^2p$ is to provide compression at higher levels as well, rather than provide output limiting like $ASA^2$ does. This gives greater 'headroom', using more of the upper levels of the typical dynamic range. To complement this change $ASA^2p$ prescribes relative more gain for moderate to high level inputs, predominately by use of lower compression ratios in both channels. These gain and compression ratios have been based on a loudness model, specifically developed for the severely hearing impaired. Also, $ASA^2p$ prescribes the MPO independently of gain specification, based on the UCL of the hearing impaired.

$ASA^2p$ is the default rationale in Gaia Power instruments.

DEM001380

**A B O U T   G A I A**

### 1.2.2  Adaptive Release Time

To improve sound quality and comfort even further, Gaia implements Adaptive Release Time to automatically determine the best release time for the listening situation. As no single release time is optimum for every listening environment, Gaia's release time is automatically set between 640ms and 2560ms, depending on the listening environment. A stable stationary input signal will automatically lengthen the release times, while a more dynamically changing environment will do the opposite. This flexible response ensures an excellent balance between sound quality and comfort at all times.

DEM001381

**A B O U T   G A I A**

### 1.2.3  OpenEar Acoustics™

For new users of hearing instruments, one of the common problems experienced has been the distortion of their own voice i.e. the occlusion effect (Kochkin, 2000). There has been much discussion about the origins and effects of occlusion, but the reality remains that there is only one clinically effective method to reduce or eliminate occlusion: allow the low-frequency sounds to escape via the ear canal through increasing the vent size. Oticon's solution for this is called OpenEar Acoustics.

OpenEar Acoustics can be applied to any of the fitting rationales in Gaia. To fully utilize the concept, the instrument offers: (a) a short digital processing time, (b) a digital feedback control and (c) low-frequency gain compensation.

*A) Short digital processing time*
Digital instruments work in nearly "real time". It takes time for the digital signal processing to act on the incoming signal. Typically, this time period is so short that the user will not notice. However, if the time lag exceeds 10msec, it will become noticeable. The speech signal will be heard through the



Figure 2. Larger vents allow more low-frequency sounds to escape via the ear-canal, thereby effectively reducing the occlusion effect.

vent before the amplified signal is delivered, producing an echo. This can be extremely irritating for the user, and as a result, they reject their hearing aids. In the case of binaural fittings, time lags can even cause dizziness. Therefore, it is extremely important for the hearing aid to have a short processing time.

DEM001382

# ABOUT GAIA

In hearing aids with slower processing times, manufacturers often suggest using small vents to avoid the sensation of a distorted signal, such as an echo. This is not necessary with Gaia. The fast processing time (<3.4msec) ensures that when the processed sound mixes with the natural sound entering through the enlarged vent, there will be no unpleasant echo effect.

## (B) Dynamic Feedback Cancellation (DFC)

The feedback cancellation system for OpenEar Acoustics provides rapid identification and elimination of feedback without affecting the sound quality. It works in slow mode or fast mode – whichever is most appropriate for the specific situation.

In slow mode, the filters adapt very slowly to maintain consistently good sound quality. Gaia has a tone detector that scans the incoming signal and evaluates whether the tones are pure. If the detected pure tones are of a frequency beyond 1500Hz, the detector assumes that the hearing aid is feeding back, and Gaia switches seamlessly to fast adaptation.

## (C) Low-frequency gain compensation

When larger vents are used in open ear fittings, it is important to compensate for the loss of low frequency amplification. With larger vents, the low-frequency energy (<1000Hz) tends to dissipate, reducing the low-frequency amplification by as much as 30dB. The hearing aid will then sound excessively tinny due to the increased high-frequency emphasis. We provide a 50% low-frequency gain compensation based on user preferences, however, you can adjust this using the parameters in Genie.

The amount of low-frequency gain depends on two things: the degree of low-frequency hearing loss and the vent size. Using the Genie recommended vent size is important so that the fitting software can calculate the right amount of compensation. For example, the rationale will provide more low-frequency gain for a 3mm vent than for a 1mm vent. If you modify the vent size, you should change this in the software in order for the correct compensation to be calculated. This strategy represents a holistic approach to fitting, where individual aspects such as vent size are included in the prescribed fitting.

DEM001383

A B O U T   G A I A

### 1.2.4 Subsonic Input Protection

Gaia has a subsonic filter that eliminates any low frequency rumbling (less than 120Hz) caused by mechanical vibration or by wind. Subsonic sounds are rarely discussed in connection with hearing impairment and hearing aids, since they are not even noticed by people with normal hearing. However, modern microphones can detect these sounds. And if they are picked up and delivered to a digital processor, they can cause a number of unwanted effects.

The first effect involves the dynamic range of the hearing aid. Digital processors and hearing aid receivers are designed to handle a certain dynamic range. In order to effectively use this range, it is important to avoid unimportant signals, such as subsonic noises that can enter the processor. The subsonic input protection filter effectively ensures that these sounds never enter the processor and that the processing power is used for processing sound inputs that are critical for the user.

The second effect is that subsonic noise can influence the dynamic properties in the instrument. This causes a drop in gain and the signal becomes distorted.

Subsonic input protection helps to improve the low-frequency sound presentation, thereby reducing the risk of distortion.

DEM001384

**A B O U T  G A I A**

### 1.2.5 Increased Headroom (Dynamic Range)

We often place so much emphasis on the restricted dynamic range of the user, that we often forget people are still confronted with a wide range of sound inputs. These sounds can vary from very soft levels at home, to very loud levels in the street, at a concert or social gathering. Today's instruments must be able to capture both high and low intensity sounds and amplify them without the risk of distortion.

Gaia can handle inputs exceeding 100dB SPL without any distortion. It is protected from overload by a limiting compressor, which cleanly captures and compresses extremely high level sounds. The combination of soft squelch and input compression for high intensity signals can enhance the usable dynamic range for the user.

DEM001385

**A B O U T   G A I A**

### 1.2.6 Soft Squelch

Gaia has a soft squelch microphone system which provides expansion of low intensity inputs (<30-35 dB SPL). This reduces annoyance from inputs (<30-35dB SPL) that are below the intensity of speech. Low intensity background noise (i.e. hums and hisses in quiet rooms), is not amplified and this increases listening comfort.

DEM001386

**A B O U T   G A I A**

## 1.3 Adaptation Manager

The Adaptation Manager helps users
acclimatize to Gaia at their own pace.
Experience shows that while the Gaia
fitting rationales are designed for maxi-
mum comfort and speech understand-
ing, some users, particularly new users,
appreciate a more gradual introduction
to amplification. This is due to the
rediscovery of so many "new" sounds
that can often seem overwhelming. The
Adaptation Manager provides a unique
three-step acclimatization program.
Setting the different steps is easy using
Genie 3.5, and your clients will greatly
appreciate being able to progress at a
pace that suits their needs.



Figure 5.

DEM001387

## 1.4 User Selectable Programs

Two programs are available for Gaia BTE and HS/LP models. Many hearing aid users experience different listening situations during the day (e.g. music, church, TV) and they appreciate having an alternate program with different settings than the primary program.

## 1.5 Variable Crossover Frequency

The crossover frequency between the low and high frequency regions can be set between 1000 and 2500Hz. This allows you to customize the compression characteristics more accurately in sloping hearing losses.

## 1.6 Optional Directional Microphone

The most widely recognized technique for improving signal to noise ratio is directional microphone technology. Gaia is available with directional microphones for people who want the added advantage of directionality in noisy situations. Oticon instruments focus on providing good directionality in the mid- to high-frequencies. This speech-friendly directionality works well with the comfort and speech-based fittings rationales offered in Gaia.

DEM001388

ABOUT GAIA

**References:**

Carle, R., Laugesen, S. & Nielsen, C. (2002). Observations on the relationship between the occlusion effect, compliance, and vent size. Journal of the American Academy of Audiology, 13, 25-37.

Dillon, H. (2001). Hearing aids. New York: Thieme.

Hansen, L. B. (2002). Adapto study. News from Oticon: Audiological Research Documentation, April 2002.

Kochin, S. (2000). MarkeTrak V: "Why my hearing aids are in the drawer": the consumer's perspective. The Hearing Journal, 53(2), 32-42.

Pogash, R. R. & Williams, C. N. (2001). Occlusion and own voice issues: protocols and strategies. Hearing Review, 8(3), 48-54.

Schum, D. J. & Pogash, R. R. (2002). Initial clinical verification of a new DSP instrument: Adapto. News from Oticon: Audiological Research Documentation, June.

DEM001389

**ABOUT GAIA**

## 1.7 Product overview

| | Peak Gain dB | | Peak Output dB SPL | | Battery Size | Battery Lifetime Typical (hours) | Options | | |
|---|---|---|---|---|---|---|---|---|---|
| | Ear Simulator | Occ-Coupler | Ear Simulator | Occ-Coupler | | | Telecoil | Volume Control | 2 programs |
| CIC/MIC | 45 | 35 | 114 | 104 | 10 | 100 | | | |
| ITC | 50 | 40 | 120 | 110 | 312 | 160 | | | |
| HS/LP | 53 | 46 | 120 | 110 | 312 | 145 | Yes | Yes | Yes |
| HS/LP Direct 10 or 312 | 52 | 45 | 120 | 110 | 10 or 312 | 70 or 130 | Yes | | Standard |
| HS/LP Power 312 | 60 | 49 | 127 | 117 | 312 | 120 | Yes | Standard | Yes |
| FS Power 13 | 65 | 55 | 133 | 125 | 13 | 170 | Yes | Standard | Yes |
| BTE | 66 | 57 | 122 | 115 | 13 | 240 | Standard | Yes | Standard |
| BTE Direct | 66 | 57 | 122 | 115 | 13 | 220 | Standard | | Standard |
| BTE Power | 72 | 71 | 139 | 131 | 13 | 200 | Standard | Standard | Standard |

DEM001390

# ABOUT GAIA

## TECHNICAL INFORMATION

### CIC / MIC



## 1.8 Technical Data

### Data at a glance
### General measuring conditions

All measurements are made on instruments fitted with the MicroWaxBuster. Note: Measurements with pure tones on a digital hearing instrument can show a wavy HF-response due to the constant time delay that causes a series of full phase shifts in the narrow frequency bands.

| Ear Simulator | | 2cc Coupler |
|---|---|---|
| OSPL90 | Output, dB SPL | SSPL90 |
| 114 | Peak | 104 |
| 104 | 1000 Hz | 98 |
| 105 | 1600 Hz | 98 |
| 105 | Average (DIN) | 100 |
| | HF Average (ANSI) | 100 |

| Full-on gain, dB | | |
|---|---|---|
| | Input: 50 dB SPL | |
| 45 | Peak | 35 |
| 36 | 1000 Hz | 30 |
| 39 | 1600 Hz | 30 |
| 33 | Average (DIN) | 31 |
| | HF Average (ANSI) | 32 |

| Frequency Range | | |
|---|---|---|
| 110-5400 | DIN/ANSI | 100-5400 |

| Total harmonic distortion, % | | |
|---|---|---|
| | Reference setting: Input: 70 dB SPL | |
| IEC | Hz | ANSI |
| 1.5 | 500, typical | 1.0 |
| 1.5 | 800, typical | 1.0 |
| 1.5 | 1600, typical | 1.0 |

| Equivalent input noise level (ANSI), dB SPL | | |
|---|---|---|
| 22 | Typical/maximum | 19/23 |

| Battery consumption, mA | | |
|---|---|---|
| 0.7/0.9 | Quiescent, typical/maximum | 0.7/0.9 |
| 0.7 | IEC | 0.7 |
| | ANSI | 0.7 |

| Battery | | |
|---|---|---|
| Size 10 (IEC PR70) | | |
| Estimated life in hours | Typ | Min |
| 1.4 V Zinc air | 100 | 80 |

| EMC immunity (IEC 118-13) | | |
|---|---|---|
| Field strength, (V/m) | | IRIL, dB SPL |
| 3/2 | Microphone | -30/-25 |

DEM001391

ABOUT GAIA

TECHNICAL INFORMATION

CIC / MIC

Ear simulator

Measured according to IEC publications 118-0,
-1, -2, -6, -12 (incl. amendments) and 711.



ecc coupler

Measured according to IEC publications 118-7
(incl. amendments) and 126 and to ANSI S3.22
(1996) and S3.7 (1973).



DEM001392

**A B O U T   G A I A**

**T E C H N I C A L   I N F O R M A T I O N**

**I T C**



## Data at a glance
### General measuring conditions

All measurements are made on instruments fitted with the MicroWaxBuster. Note: Measurements with pure tones on a digital hearing instrument can show a wavy HF-response due to the constant time delay that causes a series of full phase shifts in the narrow frequency bands.

| Ear Simulator | | 2cc Coupler |
|---|---|---|
| OSPL90 | Output, dB SPL | SSPL90 |
| 120 | Peak | 110 |
| 111 | 1000 Hz | 105 |
| 114 | 1600 Hz | 105 |
| 113 | Average (DIN) | 105 |
| | HF Average (ANSI) | 106 |

| Full-on gain, dB | | |
|---|---|---|
| | Input: 50 dB SPL | |
| 50 | Peak | 40 |
| 41 | 1000 Hz | 35 |
| 43 | 1600 Hz | 35 |
| 43 | Average (DIN) | 36 |
| | HF Average (ANSI) | 37 |

| Frequency Range | | |
|---|---|---|
| 180-5400 | DIN/ANSI | 100-5400 |

| Total harmonic distortion, % | | |
|---|---|---|
| | Reference setting. Input: 70 dB SPL | |
| IEC | Hz | ANSI |
| 2.0 | 500, typical | 1.5 |
| 2.0 | 800, typical | 1.5 |
| 2.0 | 1600, typical | 1.5 |

| Equivalent input noise level (ANSI), dB SPL | | |
|---|---|---|
| 22 | Typical/maximum | 19/23 |

| Battery consumption, mA | | |
|---|---|---|
| 0.8/1.0 | Quiescent, typical/maximum | 0.8/1.0 |
| 0.8 | IEC | 0.8 |
| | ANSI | 0.8 |

| Battery | | |
|---|---|---|
| Size 312 (IEC PR41) | | |
| Estimated life in hours | Typ | Min |
| 1.4 V Zinc air | 160 | 130 |

| EMC immunity (IEC 118-13) | | |
|---|---|---|
| Field strength, (V/m) | | IRIL, dB SPL |
| 3/2 | Microphone | -30/-25 |

DEM001393

ABOUT GAIA

TECHNICAL INFORMATION

ITC

**Ear simulator**

Measured according to IEC publications 118-0, -1, -2, -6, -13 (incl. amendments) and 711.



**2cc coupler**

Measured according to IEC publications 118-7 (incl. amendments) and 126 and to ANSI S3.22 (1996) and S3.7 (1973).



DEM001394

# ABOUT GAIA

## TECHNICAL INFORMATION

### HS/LP

 

### Data at a glance
### General measuring conditions

All measurements are made on instruments fitted with the MicroWaxBuster. **Note:** Measurements with pure tones on a digital hearing instrument can show a wavy HF-response due to the constant time delay that causes a series of full phase shifts in the narrow frequency bands.

| Ear Simulator | | 2cc Coupler |
|---|---|---|
| OSPL90 | Output, dB SPL | SSPL90 |
| 120 | Peak | 110 |
| 115 | 1000 Hz | 105 |
| 114 | 1600 Hz | 105 |
| 113 | Average (DIN) | 106 |
| | HF Average (ANSI) | 107 |

| | Full-on gain, dB | |
|---|---|---|
| | Input 50 dB SPL | |
| 55 | Peak | 46 |
| 46 | 1000 Hz | 41 |
| 43 | 1600 Hz | 40 |
| 48 | Average (DIN) | 42 |
| | HF Average (ANSI) | 42 |

| | Frequency Range | |
|---|---|---|
| 140-5100 | DIN/ANSI | 120-5600 |

| | Telecoil output, dB SPL | |
|---|---|---|
| 78 | 1 mA/m field, 1600 Hz | 70 |
| 100 | 10 mA/m field, 1600 Hz | 92 |
| | SPLITS (ANSI) | 90 |

| Total harmonic distortion, % | | |
|---|---|---|
| Reference setting. Input: 70 dB SPL | | |
| IEC | Hz | ANSI |
| 3.0 | 500, typical | 2.5 |
| 3.0 | 800, typical | 2.5 |
| 3.0 | 1600, typical | 2.5 |

| Equivalent input noise level (ANSI), dB SPL | | |
|---|---|---|
| 16 | Typical/maximum | 16/20 |

| Battery consumption, mA | | |
|---|---|---|
| 0.9/1.1 | Quiescent, typical/maximum | 0.9/1.1 |
| 0.9 | IEC | 0.9 |
| | ANSI | 0.9 |

| Battery | | |
|---|---|---|
| Size 312 (IEC PR41) | | |
| Estimated life in hours | Typ | Min |
| 1.4 V Zinc air | 145 | 120 |

| EMC Immunity (IEC 118-13) | | |
|---|---|---|
| Field strength, (V/m) | | IRIL, dB SPL |
| 3/2 | Microphone | -30/-10 |
| 3/2 | Telecoil | -10/-5 |

DEM001395

**A B O U T   G A I A**

**T E C H N I C A L   I N F O R M A T I O N**

**H S / L P**

Ear simulator

Measured according to IEC publications 118-0, -1, -2, -6, -13 (incl. amendments) and 711.



2cc coupler

Measured according to IEC publications 118-7 (incl. amendments) and 126 and to ANSI S3.22 (1996) and S3.7 (1973).



Frequency response with magnetic and acoustic input



Frequency response with magnetic and acoustic input



DEM001396

# ABOUT GAIA

# TECHNICAL INFORMATION

# HS/LP DIRECT



## Data at a glance
## General measuring conditions

All measurements are made on instruments fitted with the MicroWaxBuster. **Note:** Measurements with pure tones on a digital hearing instrument can show a wavy HF-response due to the constant time delay that causes a series of full phase shifts in the narrow frequency bands.

### Ear Simulator

| | | 2cc Coupler |
|---|---|---|
| OSPL90 | Output, dB SPL | SSPL90 |
| 120 | Peak | 110 |
| 110 | 1000 Hz | 105 |
| 113 | 1600 Hz | 105 |
| 112 | Average (DIN) | 106 |
| | HF Average (ANSI) | 106 |

### Full-on gain, dB
Input: 50 dB SPL

| 52 | Peak | 43 |
|---|---|---|
| 47 | 1000 Hz | 41 |
| 47 | 1600 Hz | 39 |
| 47 | Average (DIN) | 41 |
| | HF Average (ANSI) | 41 |

### Frequency Range

| 120-5400 | DIN/ANSI | 120-5400 |
|---|---|---|

### Telecoil output, dB SPL

| 76 | 1 mA/m field, 1600 Hz | 69 |
|---|---|---|
| 98 | 10 mA/m field, 1600 Hz | 91 |
| | SPLITS (ANSI) | 88 |

### Total harmonic distortion, %
Reference setting, Input: 70 dB SPL

| IEC | Hz | ANSI |
|---|---|---|
| 2.5 | 500, typical | 2.0 |
| 2.5 | 800, typical | 2.0 |
| 2.5 | 1600, typical | 2.0 |

### Equivalent input noise level (ANSI), dB SPL

| 16 | Typical/maximum, Omni | 16/20 |
|---|---|---|
| 25 | Typical/maximum, Dir | 25/25 |

### Battery consumption, mA

| 1.0 | Quiescent, typical/maximum | 1.0/1.2 |
|---|---|---|
| 1.0 | IEC | 1.0 |
| | ANSI | 1.0 |

### Battery
Size 312 (IEC PR41) / Size 10 (IEC PR70)

| Estimated life in hours | Typ | Min |
|---|---|---|
| Size 10, 1.4 V Zinc air | 70 | 60 |
| Size 312, 1.4 V Zinc air | 130 | 115 |

### EMC immunity (IEC 118-13)

| Field strength, (V/m) | | IRTL, dB SPL |
|---|---|---|
| 3/2 | Microphone (Omni) | -25/0 |
| 3/2 | Microphone (Dir) | -15/15 |
| 3/2 | Telecoil | -5/0 |

### Polar Plot



DEM001397

ABOUT GAIA

TECHNICAL INFORMATION

HS/LP DIRECT

**Ear simulator**

Measured according to IEC publications 118-0, -1, -2, -6, -13 (incl. amendments) and 711.



Frequency response with magnetic and acoustic input



**2cc coupler**

Measured according to IEC publications 118-7 (incl. amendments) and 126 and to ANSI S3.22 (1996) and S3.7 (1973).



Frequency response with magnetic and acoustic input



33

DEM001398

# A B O U T   G A I A

## T E C H N I C A L   I N F O R M A T I O N

### H S / L P   P O W E R   ( 3 1 2   B A T T E R Y )



### Data at a glance

**General measuring conditions**

All measurements are made on instruments fitted with the NoWax.

**Note:** Measurements with pure tones on a digital hearing instrument can show a wavy HF-response due to the constant time delay that causes a series of full phase shifts in the narrow frequency bands.

| Ear Simulator | | 2cc Coupler |
|---|---|---|
| OSPL90 | Output, dB SPL | SSPL90 |
| 127 | Peak | 117 |
| 117 | 1000 Hz | 111 |
| 119 | 1600 Hz | 110 |
| 116 | Average (DIN) | 112 |
| | HF Average (ANSI) | 112 |

| Full-on gain, dB | | |
|---|---|---|
| | Input, 50 dB SPL | |
| 60 | Peak | 49 |
| 46 | 1000 Hz | 40 |
| 47 | 1600 Hz | 39 |
| 47 | Average (DIN) | 41 |
| | HF Average (ANSI) | 42 |

| Frequency Range | | |
|---|---|---|
| 120-5100 | DIN/ANSI | 100-5200 |

| Telecoil output, dB SPL | | |
|---|---|---|
| 82 | 1 mA/m field, 1600 Hz | 71 |
| 102 | 10 mA/m field, 1600 Hz | 90 |
| | SPLITS (ANSI) | 65 |

| Total harmonic distortion, % | | |
|---|---|---|
| Reference setting. Input: 70 dB SPL | | |
| IEC | Hz | ANSI |
| 0,2 | 500, typical | 0,2 |
| 0,5 | 800, typical | 0,3 |
| 0,5 | 1600, typical | 0,3 |

| Equivalent input noise level (ANSI), dB SPL | | |
|---|---|---|
| 22 | Typical/maximum | 18/21 |

| Battery consumption, mA | | |
|---|---|---|
| 1.1 | Quiescent, typical/maximum | 1.1 |
| 1.1 | IEC | 1.1 |
| | ANSI | 1.15 |

| Battery | | |
|---|---|---|
| Size 312 (IEC PR41) | | |
| Estimated life in hours | Typ | Min |
| 1.4 V Zinc air | 120 | 100 |

| EMC Immunity (IEC 118-13) | | |
|---|---|---|
| Field strength, (V/m) | IRIL, dB SPL | |
| 3/2 | Microphone | -27/-12 |
| 3/2 | Telecoil | -3/2 |

DEM001399

# ABOUT GAIA

## TECHNICAL INFORMATION

### HS/LP POWER (312 BATTERY)

**Ear simulator**

Measured according to IEC publications 118-0,
-1, -2, -6, -13 (incl. amendments) and 711





Frequency response with magnetic and
acoustic input

**2cc coupler**

Measured according to IEC publications 118-7
(incl. amendments) and 126 and to ANSI S3.22
(1996) and S3.7 (1973)





Frequency response with magnetic and
acoustic input

35

DEM001400

# ABOUT GAIA

# TECHNICAL INFORMATION

# FS POWER (13 BATTERY)



## Data at a glance

### General measuring conditions

All measurements are made on instruments fitted with the WaxBuster.

**Note:** Measurements with pure tones on a digital hearing instrument can show a wavy HF-response due to the constant time delay that causes a series of full phase shifts in the narrow frequency bands.

| Ear Simulator | | 2cc Coupler |
|---|---|---|
| OSPL90 | Output, dB SPL | SSPL90 |
| 133 | Peak | 125 |
| 127 | 1600 Hz | 121 |
| 132 | 1600 Hz | 124 |
| 128 | Average (DIN) | 122 |
| | HF Average (ANSI) | 122 |

| Full-on gain, dB | | |
|---|---|---|
| | Input: 50 dB SPL | |
| 65 | Peak | 55 |
| 55 | 1000 Hz | 56 |
| 60 | 1600 Hz | 53 |
| 57 | Average (DIN) | 51 |
| | HF Average (ANSI) | 52 |

| Frequency Range | | |
|---|---|---|
| 120-5100 | DIN/ANSI | 100-5200 |

| Telecoil output, dB SPL | | |
|---|---|---|
| 89 | 1 mA/m field, 1600 Hz | 85 |
| 111 | 10 mA/m field, 1600 Hz | 103 |
| | SPLITS (ANSI) | 104 |

### Total harmonic distortion, %
Reference setting. Input: 70 dB SPL.

| IEC | Hz | ANSI |
|---|---|---|
| 4.0 | 500, typical | 3.5 |
| 4.0 | 800, typical | 3.5 |
| 1.0 | 1600, typical | 1.0 |

### Equivalent input noise level (ANSI), dB SPL

| 21 | Typical/maximum | 20/24 |
|---|---|---|

### Battery consumption, mA

| 1.4/1.6 | Quiescent, typical/maximum | 1.4/1.6 |
|---|---|---|
| 1.4 | IEC | 1.4 |
| | ANSI | 1.5 |

### Battery
Size 13 (IEC PR48)

| Estimated life in hours | | Typ | Min |
|---|---|---|---|
| 1.4 V Zinc air | | 170 | 140 |

### EMC immunity (IEC 118-13)

| Field strength, (V/m) | | IRIL, dB SPL |
|---|---|---|
| 3/2 | Microphone | -30/-15 |
| 3/2 | Telecoil | -10/0 |

DEM001401

# ABOUT GAIA

## TECHNICAL INFORMATION

### FS POWER (13 BATTERY)



Ear simulator

Measured according to IEC publications 118-0,
-1, -2, -6, -13 (incl. amendments) and 711

2cc coupler

Measured according to IEC publications 118-7
(incl. amendments) and 126 and to ANSI S3.22
(1996) and S3.7 (1973)





Frequency response with magnetic and
acoustic input

Frequency response with magnetic and
acoustic input





DEM001402

# ABOUT GAIA

# TECHNICAL INFORMATION

# BTE / BTE VC



## Data at a glance

**Note:** Measurements with pure tones on a digital hearing instrument can show a wavy HF-response due to the constant time delay that causes a series of full phase shifts in the narrow frequency bands.

### Ear Simulator

| OSPL90 | Output, dB SPL | 2cc Coupler SSPL90 |
|---|---|---|
| 122 | Peak | 115 |
| 115 | 1000 Hz | 110 |
| 115 | 1600 Hz | 108 |
| 114 | Average (DIN) | 109 |
| | HF Average (ANSI) | 111 |

### Full-on gain, dB
Input: 50 dB SPL

| 56 | Peak | 57 |
|---|---|---|
| 55 | 1000 Hz | 51 |
| 55 | 1600 Hz | 49 |
| 54 | Average (DIN) | 49 |
| | HF Average (ANSI) | 52 |

### Frequency Range

| | DIN/ANSI | |
|---|---|---|
| 170-5400 | | 120-5400 |

### Telecoil output, dB SPL

| 85 | 1 mA/m field, 1600 Hz | 78 |
|---|---|---|
| 109 | 10 mA/m field, 1600 Hz | 101 |
| | SPLITS (ANSI) Right ear | 95 |
| | SPLITS (ANSI) Left ear | 92 |

### Total harmonic distortion, %
Reference setting: Input: 70 dB SPL

| IEC | Hz | ANSI |
|---|---|---|
| 1.5 | 500, typical | 1.0 |
| 1.5 | 800, typical | 1.0 |
| 1.0 | 1600, typical | 1.0 |

### Equivalent input noise level (ANSI), dB SPL

| 20 | Typical/maximum | 16/20 |
|---|---|---|

### Battery consumption, mA

| 1.0 | Quiescent, typical/maximum | 1.0/1.2 |
|---|---|---|
| 1.0 | IEC | 1.0 |
| 1.0 | ANSI | 1.0 |

### Battery
Size 13 (IEC PR48)

| Estimated life in hours | | Typ | Min |
|---|---|---|---|
| 1.4 V Zinc air | | 240 | 210 |

### EMC immunity (IEC 118-13)

| Field strength, (V/m) | | IRIL, dB SPL |
|---|---|---|
| 3/2 | Microphone | -20/-5 |
| 3/2 | Telecoil | 5/10 |

DEM001403