ABOUT GAIA

TECHNICAL INFORMATION

BTE / BTE VC

**Ear simulator**

Measured according to IEC publications 118-0, -1, -2, -6, -13 (incl. amendments) and 711.



**2cc coupler**

Measured according to IEC publications 118-7 (incl. amendments) and 126 and to ANSI S3.22 (1996) and S3.7 (1973).



Frequency response with magnetic and acoustic input



Frequency response with magnetic and acoustic input



DEM001404

**A B O U T   G A I A**

**T E C H N I C A L   I N F O R M A T I O N**

**B T E   D I R E C T**



### Data at a glance

Note: Measurements with pure tones on a digital hearing instrument can show a wavy HF-response due to the constant time delay that causes a series of full phase shifts in the narrow frequency bands. Unless otherwise stated all measurements are in the Omnidirectional program.

| Ear Simulator | | 2cc Coupler |
|---|---|---|
| OSPL90 | Output, dB SPL | SSPL90 |
| 122 | Peak | 115 |
| 115 | 1000 Hz | 110 |
| 115 | 1600 Hz | 108 |
| 114 | Average (DIN) | 108 |
| | HF Average (ANSI) | 111 |

| Full-on gain, dB | | |
|---|---|---|
| | Input: 50 dB SPL | |
| 66 | Peak | 57 |
| 55 | 1000 Hz | 50 |
| 56 | 1600 Hz | 49 |
| 54 | Average (DIN) | 48 |
| | HF Average (ANSI) | 52 |

| Frequency Range | | |
|---|---|---|
| 170-5400 | DIN/ANSI | 120-5400 |

| Telecoil output, dB SPL | | |
|---|---|---|
| 85 | 1 mA/m field, 1600 Hz | 78 |
| 108 | 10 mA/m field, 1600 Hz | 101 |
| | SPLITS (ANSI) Right ear | 95 |
| | SPLITS (ANSI) Left ear | 92 |

| Total harmonic distortion, % | | |
|---|---|---|
| Reference setting. Input: 70 dB SPL | | |
| IEC | Hz | ANSI |
| 1.5 | 500, typical | 1.0 |
| 1.5 | 800, typical | 1.0 |
| 1.0 | 1600, typical | 1.0 |

| Equivalent input noise level (ANSI), dB SPL | | |
|---|---|---|
| 20 | Typical/maximum, Omni | 16/20 |
| 23 | Typical/maximum, Dir | 19/23 |

| Battery consumption, mA | | |
|---|---|---|
| 1.1 | Quiescent, typical/maximum | 1.1/1.2 |
| 1.1 | IEC | 1.1 |
| 1.1 | ANSI | 1.1 |

| Battery | | |
|---|---|---|
| Size 13 (IEC PR48) | | |
| Estimated life in hours | Typ | Min |
| 1.4 V Zinc air | 220 | 185 |

| EMC immunity (IEC 118-13) | | |
|---|---|---|
| Field strength, (V/m) | | IRIL, dB SPL |
| 3/2 | Microphone (Omni) | -10/25 |
| 3/2 | Microphone (Dir) | -20/10 |
| 3/2 | Telecoil | 10/5 |



Polar Plot

Left ear

DEM001405

ABOUT GAIA

TECHNICAL INFORMATION

BTE DIRECT

**Ear simulator**

Measured according to IEC publications 118-0,
-1, -2, -6, -13 (incl. amendments) and 711.



Frequency response with magnetic and
acoustic input



**2cc coupler**

Measured according to IEC publications 118-7
(incl. amendments) and 126 and to ANSI S3.22
(1996) and S3.7 (1973).



Frequency response with magnetic and
acoustic input



41

DEM001406

# ABOUT GAIA

# TECHNICAL INFORMATION

# BTE POWER



### Data at a glance

**Note:** Measurements with pure tones on a digital hearing instrument can show a wavy HF-response due to the constant time delay that causes a series of full phase shifts in the narrow frequency bands. All curves and values are unless otherwise stated obtained with a 5 dB damping hook. Values in parentheses were measured using an undamped hook.

| Ear Simulator | | 2cc Coupler |
|---|---|---|
| OSPL90 | Output, dB SPL | SSPL90 |
| 139 (139) | Peak | (135) 131 |
| 131 (136) | 1000 Hz | (132) 126 |
| 126 (132) | 1600 Hz | (123) 121 |
| 125 (131) | Average (DIN) | (126) 124 |
| | HF Average (ANSI) | (126) 126 |

| Full-on gain, dB | | |
|---|---|---|
| | Input: 50 dB SPL | |
| 77 (77) | Peak | (72) 71 |
| 69 (72) | 1000 Hz | (70) 65 |
| 67 (70) | 1600 Hz | (62) 69 |
| 58 (70) | Average (DIN) | (66) 64 |
| | HF Average (ANSI) | (57) 65 |

| Frequency Range | | |
|---|---|---|
| 100-5400 | DIN/ANSI | 100-5400 |

| Telecoil output, dB SPL | | |
|---|---|---|
| 96 | 1 mA/m field, 1600 Hz | 98 |
| 119 | 10 mA/m field, 1600 Hz | 112 |
| | SPLITS (ANSI) Right ear | 116 |
| | SPLITS (ANSI) Left ear | 107 |

| Total harmonic distortion, % | | |
|---|---|---|
| Reference setting. Input: 70 dB SPL | | |
| IEC | Hz | ANSI |
| 2.0 | 500, typical | 2.0 |
| 2.0 | 800, typical | 2.0 |
| 1.0 | 1600, typical | 1.0 |

| Equivalent input noise level (ANSI), dB SPL | | |
|---|---|---|
| 19 | Typical/maximum | 15/19 |

| Battery consumption, mA | | |
|---|---|---|
| 1.2/1.4 | Quiescent, typical/maximum | 1.2/1.4 |
| 1.2 | IEC | 1.2 |
| | ANSI | 1.3 |

| Battery | | |
|---|---|---|
| Size 13 (IEC PR48) | | |
| Estimated life in hours | Typ | Min |
| 1.4 V Zinc air | 200 | 166 |

| EMC Immunity (IEC 118-13) | | |
|---|---|---|
| Field strength, (V/m) | | IRIL, dB SPL |
| 3/2 | Microphone | 0/0 |
| 3/2 | Telecoil | 30/15 |

DEM001407

A B O U T   G A I A

T E C H N I C A L   I N F O R M A T I O N

B T E   P O W E R

**Ear simulator**

Measured according to IEC publications 118-0,
-1, -2, -6, -13 (incl. amendments) and 711.



**Frequency response with magnetic and
acoustic input**



**2cc coupler**

Measured according to IEC publications 118-7
(incl. amendments) and 126 and to ANSI S3.22
(1996) and S3.7 (1973).



**Frequency response with magnetic and
acoustic input**



43

DEM001408

**A B O U T  G A I A**

## 1.9  Gaia Accesories

**DAI/FM5**
- O   DAI plugs (AP-501, AP-502 and FM5)
- O   DAI cables – for use with direct audio input if wireless is not applicable

**Cables**
- O   HiPro cable #2 / #3 with FlexConnect adapter

**Hooks**
- O   5 dB and undamped sound hooks, threaded and swing
- O   Pediatric hook

**Colors:**
- O   Hair-tone colors: beige, light brown, dark brown, light grey and dark grey
- O   Cool colors: transparent, yellow, orange, pink, purple, blue, green and black

**Markings**
- O   Right/left marking – red/blue stickers for the hearing aids
- O   Vent marking – use these stickers to indicate the needed vent size to your
      earmold manufacturer

**Pediatric**
- O   Tamper resistant battery door
- O   Pediatric hook

**Miscellaneous**
- O   Eyeglass adapters
- O   Hearing aid strap
- O   CROS microphone

DEM001409

**FITTING GAIA**

## 2.1 About Genie

Genie is the intuitive, interactive fitting software from Oticon and is compatible with Noah 2.0 and 3.0. Genie is logically structured and provides all the tools for a successful fitting. The fitting flow reflects the hearing care professional's way of working with different instrument styles. And the software offers support before, during, and after the fitting via client-focused tools for counselling, fitting, and demonstration.

Genie offers comprehensive fitting instructions and well-proven audiological tools. High quality sound and picture examples can be used to demonstrate product features or to help validate adjustments made during the fine-tuning process.

45

DEM001410

**FITTING GAIA**

## 2.2 Cables and Fitting Systems

Gaia Instruments are programmed using the Genie fitting software compatible with NOAH 2.0 and 3.0 or EasyFit II. Gaia instruments use Oticon cables # 3 and FlexConnect for custom instruments and cable # 2 for BTE instruments.

 **ITE / Custom**
1. Connect the large jack on cable # 3 to the HI-PRO. Connect the small plug to the black connector on the FlexConnect, taking care to align the red dots.

 2. Insert a new battery in the instrument. With the battery door slightly open, insert the gold end of the FlexConnect into the space between the battery door and hinge. After insertion, make sure the dot is facing away from the door and the FlexConnect is pushed all the way in. The dot serves as a "depth stop" for the FlexConnect.

 3. Close the battery door and insert the instrument in the client's ear.

 **BTE**
Lift the cover of the programming socket.

Note: during programming the instrument must be switched on, and in the M position.

 When connecting the programming plug (cable # 2), be sure that the red dot on the plug matches the red dot on the instrument. Do not twist the plug!

46

DEM001411

**FITTING GAIA**

### 2.3  Fitting Gaia with Genie

Select Oticon in the Noah Manufacturer Selection screen. A sub-screen will appear. Select Genie. Use the Selection menu to select instruments. When selecting a Gaia instrument the Gaia rationale is default. To fit an instrument with a different rationale, use the Change button in the selection screen. To program the instrument, click on the fitting icon.

**Quick Fitting Panel**



**R-L balance**
Adjusts the balance between the right and the left ear by increasing the overall gain in one instrument and decreasing the overall gain in the other

**Gain**
Adjusts gain for soft to moderate input signals

**Loud**
Adjusts gain for loud input signals

**Tonal balance**
-LF/+HF: reduces gain at low frequencies and increases gain at high frequencies
+LF/-HF: reduces gain at high frequencies and increases gain at low frequencies

**Standard Fitting Panel**



Use the trimmers to adjust:

**LF Loud** – low frequency gain for loud inputs (shown value is average insertion gain at 80 dB SPL)

47

DEM001412

**FITTING GAIA**

**LF Soft** – low frequency gain for soft inputs (shown value is average insertion gain at 30-35 dB SPL)

**HF Loud** – high frequency gain for loud inputs

**HF Soft** – high frequency gain for soft inputs

Link loud and soft controls to make overall gain changes in the HF or LF channels.

**Frequency Response**
Allows individual adjustments in the seven frequency bands.
Low-Frequency Bands adjust narrow band LF-frequency response
(up to 1.5 KHz)

High-Frequency Bands adjust the narrow band HF-frequency response
(1.5 - 5.5 KHz)

**Expanded Fitting Panel**



**Low and High-Frequency MPO Controls**
Set the Maximum Power Output separately for low and high-frequencies. If the client has an extremely low UCL or is sensitive to sudden loud sounds, lower the MPO settings.

**Low and High-Frequency Attack Time Controls**
Set the attack times for low and high-frequency compressors separately. Decreasing the attack times causes a faster reaction in the compression circuits. Lower the attack times if sudden loud sounds like doors slamming (LF) or cutlery rattling (HF) are still uncomfortable even after decreasing the LF or HF Loud control.

DEM001413

FITTING GAIA

**Low and High-Frequency Release Time Controls**

Sets the release times for low and high-frequency compressors separately. Changing release times seriously modifies the function of the hearing instrument. Although increasing the release times makes the instrument move more slowly out of compression – thereby preventing pumping effects, very long release times actually reduce the overall amplification of soft sounds in the incoming signal, making them inaudible.

**Crossover Frequency Control**

Adjusts the crossover frequency between the channels.

Important: *You can return to the re-commended settings at any time during the fitting simply by clicking on the "Target" icon in the tool bar.*

**Adaptation Manager**

 Provides easy access to a gradual acclimatization process. Step 1 is an initial setting for first time users. Step 2 is an intermediate setting, and step 3 is the prescribed setting for maximum speech understanding most often preferred by experienced hearing instrument users.

**OpenEar Acoustics™**

This field displays the vent sizes used in the instruments being fitted.

**Kneepoint**

(only for Power hearing instruments)

The kneepoint is the level at which the compressor becomes active. Increasing the kneepoint decreases the gain for soft sounds and maintains the gain for moderate and loud sounds. There is therefore no change in compression ratio. Increasing the kneepoint and the soft gain results in a more linear amplification, which may be helpful for immediate acceptance of the instrument for previous users of linear power instruments.



DEM001414

**FITTING GAIA**

### Programs

Some Gaia models have two programs. The default setting in both P1 and P2 is the Gaia rationale. The two programs will always have the same rationale but can be set individually based on the needs of the user. The initial P2 setting is based on the P1 prescription.

### Fitting Two Programs

In Gaia instruments with two programs, adjust Program 1 before Program 2. Select the program from the toolbar. All fitting controls are available in both Program 1 and Program 2. The Adaptation Manager is adjusted in Program 1 and affects both programs.

### Link

 Linked

 Not linked

When adjusting controls in styles with two programs and/or directional program, click the link icon to link the programs; any changes to Program 1 will then also apply to Program 2.

### Directional LF Roll Off



Adjusts the degree of LF gain roll off. A grayed icon indicates a degree of roll off that is unavailable.

**Select more roll off if:**
- ○ Wind, footsteps, etc. are too loud
- ○ Speech in noise is unclear

**Select less roll off if:**
- ○ Speech in noise is too soft

### Telecoil



Access the telecoil setting by clicking on the T icon in the sub toolbar.

DEM001415

**FITTING GAIA**

**Switch options**
**ITE Instruments**



○ P1/P2/T switches between
  Programs and Telecoil
○ P1/P2/MT switches between
  Programs and Microphone (P1)
  combined with Telecoil

○ P1/P2/MT/T switches between
  Programs, Microphone (P1) com-
  bined with Telecoil and Telecoil

**BTE Instruments**



○ M/T/O switches between P1 or P2,
  Telecoil and instrument OFF
○ M/MT/O switches between P1 or
  P2, Microphone (P1) combined with
  Telecoil and instrument OFF

**Telecoil Boost**
Applies an additional 6 dB boost to the
telecoil.

51

DEM001416

**FITTING GAIA**

### Feedback Management



The feedback management system consists of two elements: The Feedback Manager and the Dynamic Feedback Cancellation System. The Feedback Manager ensures excellent sound quality and feedback-free operation in the static situation. The Dynamic Feedback Cancellation System continuously monitors and eliminates feedback due to changes in the acoustical environment.

Click the [icon] icon to access the manual or automatic Feedback Management.

### Dynamic Feedback Cancellation

The Dynamic Feedback Cancellation (DFC) System is active in all Gaia instruments. The DFC constantly monitors the input of the instrument for the presence of acoustic feedback. When feedback is detected, the DFC reacts immediately by phasing out the feedback signal. The DFC is designed to adapt to all daily situations, including "slow" acoustic changes such as an earmold or shell that gradually moves out of proper position, as well as sudden acoustic changes, such as placing the phone by the ear.

### Using the Feedback Manager

A few Gaia clients might experience feedback intermittently while wearing their instruments. This could be due to a very loose-fitting instrument, which then might require the DFC to work close to maximum level to control the feedback. In these rare cases, the DFC may not be able to fully compensate for additional sources of feedback caused by dynamic acoustic changes. Therefore, it may be necessary to run the Feedback Manager to increase the feedback margin.

DEM001417

# FITTING GAIA

**Interaction of the DFC and the
Feedback Manager**

The DFC is automatically disabled
while the Feedback Manager is run-
ning. Once feedback limits have been
established and accepted by the
Feedback Manager, the DFC is auto-
matically reactivated.

DEM001418

FITTING GAIA

QUICK FITTING GUIDE

## 2.4 Gaia Quick Fittting on Genie

Recommended flow for an initial Gaia fitting, using Prescribed settings in the Selection step, and Quick Fitting controls in the Fitting step.

### Personal Profile



**Step 1:**
Complete the items for for Age and Hearing Aid Experience.

Completing this step is not mandatory, but will help ensure a more targeted prescribed setting.

### Selection



**Step 2:**
Select the appropriate hearing instrument, rationale, program(s) and acoustic parameters. Notice vent size when ordering earmold

**Step 3:**
Connect the instruments and click "Detect Instruments".

DEM001419

**FITTING GAIA**

### Fitting



**Step 4:**
Verify settings in P1 and make any changes using the Quick controls. The sounds and pictures available in the toolbar can assist you to verify the client's performance.

**Step 5:**
Verify settings in P2 for instruments with two programs or directionality.

### End Session



**Step 6:**
Review the status of parameters used during the fitting. Click "Save, Program and Exit" in the lower right corner to exit Genie, then select "Yes" to program the instrument and to save settings.

DEM001420

# FITTING GAIA

## EASYFIT QUICK GUIDE



### 2.5  Fitting Gaia with EasyFit



## ENTERING AUDIOGRAM DATA

Enter HTL, BC, UCL values as
appropriate.




When working with a child,
select the right age and audiome-
try. Different Insertion Gain
values will be applied to ensure
same eardrum SPL values as
those of an adult.




DEM001421

# FITTING GAIA

## EASYFIT QUICK GUIDE

## RATIONALE, EXPERIENCE AND PROGRAMS

Gaia offers a choice of rationales: Gaia (default in most styles).
ASA², NAL-NL1. DSL i/o and ASA²p (default in power styles).
All rationales can be selected in the rationale screen.
Changing the rationale will remove previous adjustments.
The hearing instrument experience is used to set the initial
settings in the Adaptation Manager.
Use the program control to disable or enable program 2.



## FITTING THE INSTRUMENT

Use the loud and soft controls to adjust gain for loud and
soft inputs. The MPO controls adjust the maximum power
output of the instruments. All controls can be adjusted
independently in low and high frequencies.



Controls available in directional program:



Controls available in instruments with volume control:



Program selection



Frequency response panel



The soft and loud controls are calibrated in insertion Gain. This means that the control values are affected not
only by the gain in the instrument, but also by the natural response of the ear canal and the sound pressure that
leaks out through the vent. The MPO controls are calibrated in peak dB HL.

DEM001422

**FITTING GAIA**

**EASYFIT QUICK GUIDE**

**ACOUSTIC PARAMETERS**

Always note the diameter of the vent and for a BTE. the hook and tubing as well. Enter the appropriate values.
You can make new prescribed settings using these values by clicking "Yes" to "Recalculate Prescribed Settings". This will retain the control values but change the settings in the instrument to correct for the new acoustic parameters. If you click "No". the settings in the instrument will remain the same but the Insertion Gain values will change to reflect the changes in the acoustic parameters.



**AUDIOLOGICAL TOOLS**

1. **DFC**
   With DFC you can enable/disable the Dynamic Feedback Cancellation system as desired.
   As default DFC is enabled.

   

2. **Adaptation Manager (AM)**
   Use the +/- buttons to toggle between Step 1. 2 and 3.
   The Adaptation Manager tool has been developed to help the client gradually adjust to the full response of a hearing instrument.
   Step 1 and 2 reflect reductions in the overall perform-ance and less-aggressive response (less gain. more com-pression. etc.) as compared to the full prescribed setting in Step 3.

   

58

DEM001423

**FITTING GAIA**

**EASYFIT QUICK GUIDE**

3. **Feedback Manager (FBM)**
   Automatic: Fully automatic operation
   Manual: Press "Go" to start. Press "Yes" during the test
   if your client reports feedback.
   After testing, the high-frequency gain is adjusted to
   eliminate static feedback.
   In instruments with two programs, the Feedback Manager
   automatically runs in both programs.



4. **Telecoil Setting**
   Enable 6 dB telecoil boost if required and select the
   preferred switch configuration.
   (If available in instrument)







**Program the instrument**
Press the programming button in the
middle to program the hearing instru-
ment.

**Mute the instrument**
Press the red or blue button
twice to mute or unmute.

Use Oticon HI-PRO cables # 3 and FlexConnect for custom instruments and cable # 2 for BTE instruments

59

DEM001424

FITTING GAIA

EASYFIT QUICK GUIDE

FINE TUNING GUIDE

**Speech Intelligibility**

| | | |
|---|---|---|
| Speech is unclear | | |
| In quiet | AM ⤴ | |
| | HF Loud ⤴ | |
| In noise | AM ⤴ | |
| | HF Loud ⤴ | |
| Speech is too soft | | |
| In quiet | AM ⤴ | |
| | LF Soft ⤴ | |
| In noise | AM ⤴ | |
| | HF Soft ⤴ & HF Loud ⤴ | |

**Loudness**

| | | |
|---|---|---|
| Too soft? | | |
| Soft sounds | | |
| All | AM ⤴ | |
| | LF Soft ⤴ & HF Soft ⤴ | |
| Low-frequencies | LF Soft ⤴ | |
| High-frequencies | HF Soft ⤴ | |
| Loud sounds | | |
| All | LF Loud ⤴ & HF Loud ⤴ | |
| Low-frequencies | LF Loud ⤴ | |
| High-frequencies | HF Loud ⤴ | |
| Too loud? | | |
| Soft sounds | | |
| All | LF Soft ⤵ & HF Soft ⤵ | |
| Low-frequencies | LF Soft ⤵ | |
| High-frequencies | HF Soft ⤵ | |
| Loud sounds | | |
| All | LF Loud ⤵ & HF Loud ⤵ | |
| Low-frequencies | LF Loud ⤵ | |
| High-frequencies | HF Loud ⤵ | |

| Increase = ⤴ | Decrease = ⤵ |
|---|---|

DEM001425

# FITTING GAIA

## EASYFIT QUICK GUIDE

## FINE TUNING GUIDE

**Very loud sounds**

| | |
|---|---|
| All | LF MPO ↘ & HF MPO ↘ |
| Low-frequencies | LF MPO ↘ |
| High-frequencies | HF MPO ↘ |

**Sound Quality**

| | |
|---|---|
| Sounds are too sharp | HF Soft ↘ |
| Sounds are muffled | LF Soft ↘ |
| Echo | HF Soft ↘ |

**Pumping**

| | |
|---|---|
| LF sounds | LF Loud ↗ |
| HF sounds | HF MPO ↗ |

**Own voice**

| | |
|---|---|
| Sharp | HF Soft ↘ |
| Hollow | 250 Hz band ↗ (and 750 Hz) |
| Boomy | 250 Hz band ↘ |
| Too loud | 250 Hz band ↘ (and 750 Hz) |
| Too soft | 250 Hz band ↗ (and 750 Hz) |

**Feedback**

| | |
|---|---|
| Always | Run the Feedback Manager |
| When chewing smiling or phoning | Check that DFC is enabled |

Increase = ↗    Decrease = ↘

61

DEM001426

**FITTING GAIA**

### 2.6 Fitting children with Gaia

Children need an instrument that provides maximum audibility and speech understanding. But they also need an instrument that takes ear canal and pinna differences into account, ensures full compatibility with FM systems and other assistive devices, and offers specific pediatric accessories. Gaia addresses all of these factors.

**Fitting Rationales**

Of the four fitting rationales available in Gaia (Gaia, ASA[2], DSL i/o, and NAL-NL1) we recommend using ASA[2] for children. ASA[2] has been referred to as

the ultimate in speech processing rationales'. It uses fast-acting syllabic compression in the low frequencies to prevent upward spread of masking, and slow-acting adaptive gain in the high frequencies to prevent gain changes between phonemes and provide maximum audibility.

An alternative choice is the DSL i/o rationale, which has become the benchmark for children's instruments. This is largely due to the implementation of specific measurements and calculations for the acoustic calibration, which recognize the clinical procedural differences between adult and pediatric patients. In terms of gain



DEM001427

# FITTING GAIA

and frequency response NAL-NL1 is well suited for pediatric fittings. The variety of fitting options that Gaia provides will ensure the best amplification outcomes for pediatric populations.

**Severely hearing impaired children**
For children with severe hearing impairment, we recommend using the well proven proprietary ASA²p rationale. An international study from 2002* proved that children show significant, objective improvements in word recognition scores both in quiet and in noise when fitted with the ASA²p rationale compared to their previous instruments. In addition, composite scores showed subjectively significant improvement in eight different listening environments.

**RECD/REUR Compensation**
Genie software ensures that acoustical differences are considered in the hearing aid prescription in all four fitting rationales. Hearing care professionals can use normative age-appropriate corrections that are automatically applied if the child's age is selected in the Personal Profile, or they can enter measured Real Ear to Coupler Difference (RECD) and Real Ear Unaided Response (REUR).

**OpenEar Acoustics™**
Advances in digital signal processing have equipped Gaia with powerful new Dynamic Feedback Cancellation (DFC). This algorithm automatically cancels feedback without sacrificing high frequency gain, allowing for a larger vent in the earmold. This can be extremely beneficial for children – they often need new earmolds because they are growing all the time!

In these situations, the DFC can be used to prolong the utility of earmolds and to ensure no reduction in gain while the child is waiting for replacement earmolds. Additionally, the increased ventilation from the larger vent size provides increased aeration for children with acute or chronic otitis media.

With Gaia, children can enjoy a more natural feeling in the ear, since natural sound can enter freely. The amplified signal no longer has to be a complete substitute for the natural sound path. Instead, children can hear a well-balanced mixture of natural sound and enhanced sound.

* Power for Kids Study by Paul B. Davis, PhD. MaudSA(CC), Oticon A/S Denmark, and Randi Pogash, MA, Oticon Inc, USA.

DEM001428

## FITTING GAIA

### FM Systems

The classroom is a challenging listening environment for any child. For the hearing impaired children it is even more demanding because they have difficulty differentiating speech from background noise. FM systems help to improve the signal-to-noise ratio by providing a direct link between the primary speaker (the teacher) and the child's hearing aids. As a result, FM systems increase the signal-to-noise ratio by decreasing reverberation, noise and the distance between the child and the speaker.

Gaia BTE instruments are fully compatible with all FM systems and come with Direct Audio Input (DAI) as standard. Additionally, the function switches are fully configurable and provide the option of M and either MT or T, allowing children to fully utilize the possibilities of FM systems and other assistive listening devices.

### Pediatric accessories

A full range of pediatric accessories is available, including sound hooks, tamper-resistant battery door, a manual override (volume control) that can be disabled in the Genie fitting software, and cool colors that include transparent, yellow, orange, pink, purple, blue and green.



DEM001429

## COUNSELING WITH GAIA

### 3.1 End User Profile

For the hearing care professional, choosing the most appropriate hearing aid can be quite a challenge. Gaia makes that decision easier by providing a high degree of flexibility to fit the needs of the individual. Gaia is suitable for a range of configurations, from mild to severe hearing losses. The five rationales in Gaia ensure its appropriateness for both new and existing hearing aid users. The Gaia rationale was designed as a new rationale for people whose primary goal is comfort. The ASA$^2$ rationale is ideal for users who want maximum speech understanding, or for children. ASA$^2p$ is the proprietary rationale for severely hearing impaired users. Both DSL i/o and NAL-NL1 are included for hearing care professionals who want a non-proprietary fitting rationale, and these rationales cover mild to severe hearing losses. The Adaptation Manager in the Genie fitting software provides gradual acclimatization to hearing aid use. Read more about the Adaptation Manager in section 1.3.

**Hearing Aid Styles & Options**

Gaia is available with a variety of options in a full range of styles, from CIC to BTE. Directional models are available for the BTE and ITE (battery sizes: 312 and 10). A manual override is optional in the ITE and BTE. The manual override is a digital volume control that allows users to override the automatic function of Gaia for specific listening situations. An automatic telecoil is also available in the ITE model. This automatically switches to telecoil whenever a static magnetic field is detected, making life much easier for the user.

DEM001430

COUNSELING WITH GAIA

## 3.2 Tips on selling

Counseling clients on the purchase of
hearing instruments is a considerable
responsibility. The process involves
understanding the life of each indivi-
dual and recommending the product
that best matches the demands of that
person's lifestyle and communication
requirements. Besides matching the
audiological profile you need to help
your client find the ideal balance
between performance and value.

Here are some general tips to help you
guide people in the right direction:

**Involve your client early in goal
setting.**
Clients who are actively involved in
setting goals are more likely to stay
with the program! The time you invest
in goal setting prior to discussing hear-
ing aid options will send a clear signal
that you are more interested in finding
the right solution
than in selling a particular product.

One of the most successful tools for
setting goals is the Client Oriented
Scale of Improvement (COSI.) Available
in Genie, this invaluable tool can help
you pinpoint the communication situa-
tions that are most important to your
clients, and what problems they
encounter in their relationships with
the people who are most important in
their lives.

**Gaia will be a consideration when
your client's lifestyle involves:**

O  Difficult listening situations
   (speech in noise)

O  Frequently changing sound envi-
   ronments (i.e. an active person)

O  A need for comfortable sound in
   loud situations

**Help your client prioritize**
Clients' expectations and priorities
often change as they move from the
pre-hearing aid stage into the early
acclimatization period. Their priorities
may change again when they become
experienced users. Initially clients are
more interested in size, style and cost
than performance differences. Through
careful guidance during the counsel-
ling process, clients can learn how to
prioritize features involving perform-
ance before making a decision on
which hearing aid to purchase.

66

DEM001431

# COUNSELING WITH GAIA

**Gaia will be a consideration when your client's priorities include:**

O  High performance and high value. While most clients desire both, not all clients value both equally. Some want performance at any cost. Some will sacrifice performance for a lower cost. With Gaia they get both performance and value.

O  A modern style and reliable design. Gaia is available in all styles, including directional models and very small CIC's.

O  Outstanding sound quality. Gaia uses OpenEar Acoustics, the new Gaia rationale as well as sound quality enhancing features. This combination provides a balance between comfort and speech performance that clients perceive as excellent sound quality.

Because of the "hidden capabilities" of many of today's advanced instruments, explaining the options has become more challenging. Today, more digital hearing aids are sold than any other type of instrument, and clients want to know what that technology can do for them. In some way the options that you present need to be directly related to their lives.

The unique features of Gaia can be explained in terms of the features, advantages and benefits a client can expect:

**OpenEar Acoustics™**
Gaia features larger vents and a Dynamic Feedback Cancellation system. This mix of natural and amplified sound provides advantages such as:

O  Better understanding in noisy situations.

O  Significantly reduced whistling sounds.

O  More natural sound quality.

O  More natural sound of your own voice / less irritation from chewing noises.

**Benefits to the client include:**
O  An improved ability to follow a conversation in noise, which leads to greater confidence.

DEM001432

COUNSELING WITH GAIA

○ Less fear of feedback when giving people a hug or talking on the telephone.

○ Sounds of nature, music, and speech are more enjoyable because they are less 'mechanical'.

○ Conversations at mealtimes or parties become much more enjoyable since sounds do not get trapped inside the ear canal.

**Adaptive Release Time**
**(In Gaia Rationale)**
Gaia adapts to the type of listening situation. The advantages are:

○ Gaia provides an excellent balance between clarity and comfort.

○ The hearing aid is designed to react and change automatically, rather than the user having to activate a switch.

**Benefits:**
○ Your client can relax and not worry about whether the hearing aid is set properly.

○ Your client can get involved in a conversation early on and follow it more easily.

○ Your client won't have to concentrate so hard on listening or on fiddling with volume controls, so he or she will feel less tired at the end of the day.

Once you have helped your client set a number of goals it is time to discuss product benefits. This is a process that involves both intellect and emotion. However, a few minutes discussion on the advantages of Gaia and how they relate to the defined goals should help bring the intellectual and emotional parts of the decision-making process together for your client. When they have a clear idea of what to expect, and when they feel convinced that they have made the right decision, you will have a successful Gaia user.

68

DEM001433

**G A I A   F A Q**

## 4.1 Frequently asked questions – and their answers!

### 1. Directionality

*What type of microphone array is present in Gaia BTE D (directional) and in the HS/LP D?*

The directional BTE uses two omnidirectional microphones. The directional ITE uses one omnidirectional microphone and a directional microphone with two ports.

*Do you lose the benefits of directionality with OpenEar Acoustics?*

No! OpenEar Acoustics supports larger, more comfortable vents without affecting directionality. Due to the low-frequency loss emanating from a larger vent, Oticon has designed a directional system that is optimized in the mid- and high-frequencies. It offers 4dB directional improvement in the frequency region from 500 to 1000Hz, but more than 6dB improvement at 3000 through 4000Hz.

The focus of directionality on the high frequency regions helps to improve speech understanding in noise. The signal-to-noise ratio is boosted in the frequency region that most affects the overall speech understanding performance. You may notice that some clients may not perceive a big "wow effect" because there is not as much audible reduction in the low frequencies, but the directional effect is still provided, along with a higher degree of speech understanding in noise, if you want to have the benefit of a larger vent size.

### 2. Dynamic Feedback Cancellation System

*How does the DFC system work?*

The DFC system constantly monitors the input of the instrument for the presence of acoustic feedback. It uses a dual-speed system to avoid any degradation of sound quality or excessive battery drain. When feedback is detected, the DFC system eliminates it immediately, using phase cancellation. Unlike other "active" feedback cancellation systems, it achieves this without compromising speech intelligibility, sound quality or battery consumption. The DFC system is designed to adapt to "slow" acoustic changes, such as an earmold or shell that gradually moves out of its proper position and "fast" acoustical changes, e.g. during a

DEM001434

**GAIA FAQ**

telephone conversation. The excellent performance of the DFC system allows large vents for most Gaia fittings without the risk of feedback.

*Will there be situations where the DFC should be switched off?*

In rare situations, the DFC system may interfere with the reception of sounds that contain pure tones and may make a ringing sound. If this occurs, you may want to disable the DFC system. If your client has an instrument with two programs, the DFC system can be disabled in one program independently of the other. You can do this using the Feedback Management dialog box in Genie located on the toolbar.

**3. Gaia Sound Quality Enhancing Features**

*What is Soft Squelch?*

Soft squelch provides expansion of low intensity inputs (<30-35dB SPL) to reduce annoyance from sounds that fall below the intensity of speech. For instance, low intensity background noise (e.g. hums and hisses in quiet rooms) is not amplified by the hearing aid. This helps to improve listening comfort.

*What is Subsonic Input Protection?*

Gaia features a new subsonic filter, which eliminates low-frequency sounds caused by mechanical vibration, rumbling or wind. Subsonic sounds are rarely discussed in connection with hearing aids and hearing impairment, since they are not even noticed by people with normal hearing. (A 20Hz tone must have a level of more than 75dB SPL before it is even noticeable to a person with normal hearing).

Today's microphones can detect these sounds and deliver them to the digital signal processor, causing a number of unwanted effects. The first involves power capacity. Digital processors are not equipped to handle signals that are beyond the range of the hearing aid receiver. By protecting the digital signal processor from these sounds, the subsonic filter actually improves power consumption and increases the usable power output of the entire system.

The second effect is that subsonic noise can trigger the compressor expander in the hearing instrument, causing modulation of the gain to a point where it introduces distortion. In order to avoid the unwanted side

DEM001435

**GAIA FAQ**

effects of subsonic sounds, Gaia implements a 4th-order low frequency filter (24dB per octave slope) with a cut-off at 120Hz. Therefore, subsonic input protection improves the low frequency sound presentation. It also improves the power and digital processing consumption and reduces the distortion of modern hearing instruments.

**4. Manual Override (Volume control)**

*How does the Manual Override work?*

The Manual Override is a digital volume control with 5 steps per each complete rotation (each step is 2.5dB). One rotation will change the offset 12.5dB; three rotations will cover the complete range of 37.5dB. The manual override works as an offset from the automatic, "wake-up" settings of the instrument. The automatic functionality will continue to work, but over a different input range than before, using the manual override.

Example: turning the volume control up 5dB makes the output (for inputs below the kneepoint) 5dB louder than calculated with the automatic functionality. To return to the programmed settings, the instrument must be turned off and on again.

*How does the reserve gain work in the manual override?*

The amount of additional gain made available is preset with the reserve gain control. The reserve gain can be set to 0, 5, 10, or 15dB, depending on the hearing loss, or it can be disabled. If disabled, adjusting the manual override will have no effect on the gain of the instrument; this can be useful when fitting children. The manual override function covers a range of 37.5dB. If the reserve gain is set to 10dB, then the instrument can be turned up 10dB and turned down 27.5dB.

If the gain setting in an individual band should prevent an additional amount of reserve gain, a flashing arrow on the band in conflict will appear and the reserve gain will not be changed. This is done to ensure that adequate amplification in the programmed setting is available rather than providing more reserve gain in the manual override.

**5. OpenEar Acoustics™**

*What is vent compensation?*

When an instrument has a vent, some low frequency gain will inevitably leak out. Gaia's vent compensation provides

71

DEM001436

## GAIA FAQ

extra gain to compensate for the loss of LF gain. Clinical studies have shown that 50% gain compensation is ideal for preserving speech intelligibility and comfort. This compensation occurs automatically in Genie based upon the vent size. It is crucial that the actual size of the vent matches the size recommended in Genie, otherwise an incorrect vent compensation will be applied.

*How do I demonstrate OpenEar Acoustics?*

OpenEar Acoustics can be demonstrated with a BTE and a flexitip. The flexitip corresponds to a 4mm vent. If Genie requires a vent smaller than 4mm, some fine-tuning may be needed to prevent feedback.

*If I choose a large vent, the IEC-711 and 2cc gain seem very large at 250Hz. Why?*

When you measure the gain in a coupler, the response will include the amount of gain that normally would leak out from the vent in a real ear. Therefore, you will see more coupler gain in the low frequencies compared to that provided by Insertion Gain.

*How can I be sure that the vent size Genie prescribes is produced in the hearing aids I order?*

When you order a custom product, we may build a larger vent than what Genie prescribes. For CICs and MICs, we always try to build a 1.4mm collection vent. Sometimes, a 1.0mm collection vent is produced due to ear size. For ITCs, we try to use at least a 2.4mm collection vent. Whatever the vent size manufactured, it will always be stored in the instrument. When you receive the instrument, detect it, and Genie will take the produced vent size into account when determining the appropriate vent compensation.

### 6. Programs & Telecoils

*My client has a two program instrument, but I want to start with one program. Can I disable the second program?*

Any Gaia instrument with two programs (P1/P2 and directional) can be disabled in two ways. Either on the instrument selection screen by selecting "disable"

DEM001437

**GAIA FAQ**

*If I select a two program instrument, how is the custom program determined?*

Program 2 in Gaia is initially prescribed like Program 1. You will need to customize this program based on your client's listening needs.

*Does my client need a telecoil if the Dynamic Feedback Cancellation (DFC) System is so effective?*

The DFC system will eliminate feedback when using the telephone for virtually all users. However, many people use the telecoil for more than the phone, such as with FM systems and other assistive listening devices. Furthermore, those desiring more gain on the phone can benefit from the telecoil boost.

*What is an automatic telecoil and when can it be used?*

An automatic telecoil automatically switches to the telecoil setting when a telephone receiver with a magnetic field is held close to the ear. The user does not manually need to turn the telecoil on and off when using the telephone. This automatic telecoil can only be used with telephones, not with loop systems.

*Is the automatic telecoil sensitive to other magnetic fields, i.e. metal detectors/airport security?*

The automatic telecoil is only sensitive to strong permanent magnetic fields. It will normally not be activated by metal detectors, airport security, alarm systems, or transformers.

**7. Rationales**

*What is the difference between the Gaia and ASA² rationales?*

The Gaia rationale is specifically developed to provide a perception of comfortable sound without compromising on the high level of speech intelligibility that has become Oticon's hallmark. The Gaia rationale is especially targeted at moderately sloping sensorineural hearing losses. The rationale works in cooperation with Adaptive Release Time (ART) to automatically determine the best release time for any listening situation. In combination with a fixed attack time set at 5ms, Gaia automatically switches the release time between 640ms and 2560ms, depending on the listening environment.

DEM001438

## GAIA FAQ

$ASA^2$ is Oticon's well-known, proprietary rationale from DigiFocus II. Years of research at the Eriksholm Research Center and other research studies have proven $ASA^2$ to be the ultimate speech processing rationale. $ASA^2$ maximizes speech intelligibility through a 2-channel, 7-band algorithm.

The LF channel aims to represent normal speech at normal loudness. First, it splits the input signal into different frequency regions, according to the critical bands. Then it shapes the frequency response to restore normal loudness and to maintain relative loudness between the individual bands. For speech processing the LF channel uses fast-acting compression to control the loudness of the vowels and of background noises, in order to reduce upward spread of masking. The $ASA^2$ rationale is recommended for people who place emphasis on speech understanding, e.g. experienced DigiFocus II users.

*What is Adaptive Release Time?*

Adaptive Release Time automatically determines the best release time for a given listening situation. As no single release time is optimum for every lis-

tening environment Gaia automatically sets it between 640ms and 2560ms, depending on the listening environment. A stable stationary input signal will force the release times to be longer, while a more dynamically changing environment will do the opposite. As variable release times are critical for balancing clarity and comfort. Adaptive Release Time enables Gaia to tailor its response time to match the listening environment and maintain a good balance and excellent sound quality.

*Which rationale do you recommend for pediatric fittings?*

Genie 3.0 will default to $ASA^2$ for children under the age of 7 years. Children have a higher neural plasticity and show more benefit from the speech-based $ASA^2$ program than from the comfort-based Gaia rationale.

*What rationale would you recommend for an existing DigiFocus II user?*

Our clinical studies indicate that these clients would benefit the most from using the $ASA^2$ rationale. This rationale is the most speech orientated algorithm and will be similar to what

74

DEM001439

**GAIA FAQ**

they are currently using. The benefit of moving the user to a Gaia instrument is the Dynamic Feedback Cancellation System, which reduces feedback and supports the implementation of OpenEar Acoustics™. Additionally, the Gaia Sound Quality Enhancing Features; Increased Dynamic Range, Subsonic Input Protection, and Soft Squelch are also available with all rationales.

*Does Gaia take Air-Bone gaps into consideration?*

All four rationales in Gaia take conductive elements of 10dB or more into account when determining the prescribed settings.

*If we are doing a binaural fitting, will Genie automatically take binaural summation into account?*

The rationales in Gaia are all developed for binaural fittings and account for binaural summation. If you fit Gaia monaurally, you may have to adjust the settings to compensate for the lack of binaural summation.

**8 Venting**

*What is a collection vent and why are they used in Gaia custom instruments? How do they differ from straight vents?*

With custom instruments there is of course less space for a vent. The mechanics and digital chip are becoming smaller, but the space in the ear canal is still limited. One innovation in custom instrument design is to build what has been termed a collection vent. There are two critical issues when describing collection vents. First of all, the cross sectional area is not the same all the way through the vent, in that the ear canal opening is larger than the canal tip opening. Furthermore, the ear canal opening is not only larger it is also flared. This flaring has the effect of reducing the length of the vent and making it more effective. Hence collection vents benefit from a shorter vent length than tra-

## GAIA FAQ

ditional vents for custom instruments. Consequently, collection vents reduce occlusion more than normal straight vents built in custom instruments.

*Why don't you prescribe a collection vent in earmolds?*

Collection vents are currently not available from earmold manufacturers. Since there is only a slight risk of feedback with a Gaia BTE, a collection vent will typically not provide additional benefit compared to a large straight vent. Also, there are generally no space limitations when fitting an earmold.

*Can we use Select-a-Vents?*

Yes, but there are a few important things to remember. First, use the Vent Measuring Tool to determine the actual vent size. Then, you must select this vent size in Genie (either in 'Selection' under 'Change' or 'Acoustic Parameters' from the Tools pull-down menu). Second, Select-a-Vents do not yield the same acoustical response as straight vents, so on occasion, feedback may be experienced.

### 9. Gain Power

*Why is Gaia Power not available with directional microphones?*

Directional microphones compromise LF gain by 6 dB per octave. Because of the often severely damaged cochlea, people with severe or profound hearing losses rely heavily on LF gain. Thus, directional instruments are in many cases not ideal for severe and profound HL.

*Does DFC mean that there never will be feedback?*

In most situations, yes. However, feedback in a hearing aid depends on many factors such as gain, vent size, and the physical shape of the ear canal. In Gaia Power, the amount of gain is based on standard parameters, and then the vent size is calculated. Therefore, in rare situations the instrument may experience feedback problems.

DEM001441

**GAIA FAQ**

*Can DFC increase the gain margin in Power instruments?*

DFC will reduce the risk for feedback independent of vent size. This means that it will be possible to provide more gain in Gaia Power than in an instrument without DFC. The DFC will be able to provide approximately 10 dB more gain in the high frequencies, within the available gain in the instrument. The maximum available gain in the instrument is still determined by internal or external feedback whatever occurs first.

*Can we make vents in power instruments?*

Yes. In both ITE and BTE Power instruments, at least 0.8 mm venting will always be prescribed.

DEM001442

This page intentionally left blank.

DEM001443

**N O T E S**

DEM001444

**N O T E S**

60

DEM001445

**N O T E S**

81

DEM001446

**N O T E S**

DEM001447

**N O T E S**

63

DEM001448

**N O T E S**

DEM001449

**N O T E S**

DEM001450

**N O T E S**

DEM001451

NOTES

**N O T E S**

910 06 411 00 / 11.03 Printed in Denmark

88

DEM001453