# QUICK FITTING
## 1.0

*This Guide assumes that you are using the Quick panel in the Fitting step. The Standard and Expanded panels are also available, if you should want access to more controls during the initial fitting.*



**1. Connect instruments**
Syncro Custom products use an Oticon #4 cable and a FlexConnect strip. Syncro BTE use an Oticon #6 cable and an adapter shoe.

**2. Selection Step: Detect Instruments**. Click 'Detect Instruments' to detect the style and hardware features. When entering the Fitting step the instruments will be connected to Genie.

**3. Fitting Step: Verify setting.** Verify the prescribed setting, for example by using the various built-in sounds and sound environments. If a different level of gain and overall performance is required, consider using the Adaptation Manager before adjusting individual controls.

**4. End Session step: Status and beeps.** This step shows the status of programs and audiological tools used during the Fitting. The Audible Status Indicator is also available here. Click "Save, Program and Exit" and detach the instruments.

# GETTING STARTED
## 2.0 Connecting Syncro

*Syncro instruments are programmed using the Genie fitting software, compatible with Noah 2.0 or 3.0. A HI-Pro box or NoahLink along with Oticon cable #3 is used to connect Syncro. For custom instruments a FlexConnect cable is also necessary.*

### ITE / Custom Instruments

**1.** Connect the large jack on cable #3 to the HI-Pro or NoahLink. Connect the small plug to the black connector on the FlexConnect, taking care to align the dots.




**2.** Insert a new battery in the instrument. With the battery door slightly open, insert the gold end of the FlexConnect into the space between the battery door and hinge. After insertion, make sure the dot is facing away from the door and the FlexConnect is pushed till the way in. The dot serves as a 'depth stop' for the FlexConnect.



**3.** Close the battery door and insert the instrument in the patient's ear.

### BTE Instruments

**1.** Connect the large jack on cable #3 to the HI-Pro or NoahLink. Connect the small plug to the programming shoe, taking care to align the dots.

**2.** Insert a new battery in the instrument. Connect the programming shoe to the BTE. *Do not twist the plug!*

DEM002133

# 3.0 SELECTION STEP

The Selection step is the first step in the Genie Organizer and includes three sub-panels.

- **Hearing Instruments**
  - Select the physical instrument.

- **Personal Profile**
  - Enhance the individual prescribed setting.

- **Configuration**
  - Configure the hearing instrument with program contexts and scenarios (e.g. work).

*Note: Personal Profile and Configuration are optional in the fitting process, but will often be very useful.*

## 3.1 Hearing Instruments



Selection of the hearing instruments can be done in 2 ways:
- Detection of aid(s)
- Selection of aid(s)

If you have the physical instrument, detection should be used. If you do not have the instrument, Selection should be used.

### 3.1.1 Detection of aid(s)

The detection of hearing instruments requires that one or two Syncro's are connected. Then Detect Instruments can be used.

### 3.1.2 Selection of Aid(s)

The selection of hearing instruments involves 3 steps:
1. Choose Syncro.
2. Select style (BTE, ITE, etc.)
3. Select features (battery size, telecoil, etc.)

*Note: You can also start by selecting features before selecting family.*

## 3.2 Personal Profile

The Personal Profile is the second panel in the Selection step and provides the opportunity to get a more personalized fitting for your patient.



### 3.2.1 Background

Even though two people might have the same hearing loss, they will probably not have too same demands to the processing in their hearing aids. Differences in sound environments, differences in sound preference and the ability to process and interpret sound input will influence the optimal sound processing of the hearing instrument.

The Syncro Identities, which represent an evaluation of fitting rationales have been designed to provide different sound schemes that take these different needs into consideration.

### 3.2.2 Parameters influencing the prescription

The Syncro Personal Prescription Questions interact with other parameters, such as age and hearing instrument experience, to order to prescribe the best Syncro identity for your patient.

**Age**

When a new instrument is selected, Genie automatically made the patient's age from NOAH and into the appropriate age group in the Personal Profile panel.

Age is used to provide an initial guide as to your patient's auditory processing capabilities:

- Elderly patients (>80 years) often have reduced auditory processing indicating that they may best benefit from automatic systems that are less active.

- Younger patients (<80 years) typically have good auditory processing which allows them to benefit from the additional complexity of fast acting automatic systems.

- For patients between 60 and 80 years the age is not a solid predictor of auditory processing capabilities. In this case, only the Syncro Personal Prescription Questions used as prediction of preferred identity.

DEM002134

- Children is adolescents (<10 years) typically have a need for active sound processing and optimal speech understanding. This allows them to benefit from a more active identity.

**Experience**



Hearing instrument experience is used to select the initial setting of the Adaptation manager, see 4.1.2

**Personal Prescription Questions**
Basically two questions will be used to further personalize Syncro for your patient:

**Everyday listening environments?**
**Variable / Less variable**
A person who mainly concentrates in complex sound environments requires a hearing instrument that responds quickly to rapid changes in background noise, whereas a person that experiences less challenging communication environments will prefer a more stable amplification scheme with focus on comfort and slower reaction to transient signals.

**Preferred speed of hearing instrument features? Fast, medium or slow acting?**
It will improve the prescription if you

have an idea of your patient's preference as to how quickly and active the instrument should react to environmental changes. This applies to compression speed and the loophole and speed of the features, such as Multi-band Adaptive Directionality and TriState Noise Management.

*Number of questions?*
*Age-determines whether the Syncro Personal Prescription Questions influence the prescribed identity, and when they become active. This is why you sometimes see none or only two of the questions active.*

*Sensorineural loss*
*For severe hearing loss (65 dB HL or greater in low frequencies and 70 dB HL or greater in high frequencies) the Auditory Resolution is used to determine the best Syncro Identity. High resolution will cause a more dynamic identity, while low resolution will result in a more gradual identity.*

**1.2.3 Syncro Identity Profile**

The Syncro Identities are introduced to combine factors such as auditory information, settings of gain and compression, acoustics, user listening preferences and individual auditory ecology. Five different identities have been developed:

- Energetic
- Dynamic
- Active
- Gradual
- Calm



The Syncro Identity Profile shows an-lysis of the different Syncro Identities depending on input (use, experience and Personal Prescription Questions). If the general satisfaction of your patient is not optimal or if two identities areas are almost equal, you may try the identity with the second highest ranking. Preferably you should select identities with high rankings.

DEM002135

## 3.3 Configuration



This last part of the Selection step is Configuration. In this panel you can select the contents of the programs and set up acoustics for the aid (e.g. vent). When ordering an ear mold (or RITE instruments, you may want to enter the Configuration to see what ventilation Genie prescribes.

### 3.3.1 Program content

You can set up the content of all desired programs here. The tree structure is identical to the one used in the Program Manager in the Fitting step. A more thorough description is given in the Programs section.

### 3.3.2 Vent.

Like any other instrument in Genie, the size of the vent in Syncro instruments is prescribed by Genie. Syncro incorporates OpenEar Acoustics, which increase the vent size in order to effectively reduce occlusion. However, the prescription of the vent is also dependent on the prescribed Syncro identity, since the gain demands of the identity sets the limits for the upper size of the vent.

Vent check
It is very important that Genie knows which vent is present either in custom instruments or in the ear mold for RITE instruments. If Genie does not know the actual vent size of the instrument, then your patient may get either too much or too little LF amplification.

• Custom instruments: when you detect the instrument, the vent will automatically be read into Genie. If you decrease the vent size you must manually change the vent in the Configuration tab.

• RITE instruments: A dialog box will prompt you to make sure that the vent in Genie is also the one that is present in your patient's ear mold.



DEM002136

# 4.0 FITTING STEP

This Fitting step is the second step in the Genie Organizer. It displays the controls in the selected Instrument(s), and contains the tools needed for fitting. The Fitting step consists of three panels that offer progressively greater access to adjustment parameters. The Quick panel is the simplest of the three panels, increasing in complexity to the Simulated and Live panels. Presented in the Fitting Step is also the diagram that lets you view different graphs, such as IG, in-situ output, 2cc gain and output, and Input/Output curves. In the toolbar above the fitting screen you will find useful tools such as the Feedback Manager and the REM tool. Finally, the Fitting Step also gives access to a few application developed for Syncro, to help you in fitting process.

- **Program Manager**
  - Manage the content of programs.

- **Identity Selector**
  - Groups and compares Identities.



- **Space bar**
  - Display function of adaptive and automatic features.

## 4.1 Fitting controls



### 4.1.1 The Genie Sub-toolbar

Use the sub-toolbar to switch between programs and left/right during the fitting. The sub-toolbar also provides information about which program the patient is listening to. The sub-toolbar is present and active in the Fitting and Fine Tuning steps, where you work with instruments. Genie is designed for binaural fittings and makes it easy to fit binaurally, without sacrificing mono-aural fittings. The icons above tell with which ear you are working:

Binaural: right and left ears

Right ear

Left ear

The number of programs depends upon the selected instrument, for example:

Program 1

Links P1 to P2, P3 and P4 changes made to P1 also apply to the other programs

Program 2

### 4.1.2 Adaptation Manager



The Adaptation Manager provides easy access to a gradual acclimatization process. Changing the trimmer value affects gain, compression and frequency response.

The 3 steps are based on the patient's experience.

Step 1: Reduced settings optimized for helping first-time users through acclimatization.

Step 2: Slightly reduced settings for short-term or part-time users.

Step 3: Fully prescribed settings for the experienced user.

### 4.1.3 Manual Override

Instruments with volume control offer a Manual Override to let you control how much the patient can increase the gain, and the ability to disable the volume control. The reserve gain yields or matched and separated panel indicates how much the patient can increase the gain by using the volume control. The reserve gain can be changed in steps of 6 dB and maximum be set to 78 dB. The amount of reserve gain depends upon the actual setting of the instrument. The patient can always turn down the instrument's volume, regardless of reserve gain. You can disable/enable the volume control by clicking the "Disable" button. In instruments with more than one program, the volume control can be disabled per P1. However, this will influence all programs.

FITTING STEP

68

DEM002137

### 4.1.4 Quick Fitting panel

In most cases the Quick Fitting panel is sufficient to provide a good fitting. In this panel the underlying 8 frequency channels in Syncro are gathered in 3 channels: LF, MF and HF channels for low (0-500 Hz), medium (500-1750 Hz) and high (1750-8000 Hz) frequencies.

For both left and right ear instrument *Soft* (45 dB SPL), *Moderate* (65 dB SPL) and *Loud* (80 dB SPL) input levels can be selected.
Likewise, you can select all three LF, MF or HF controls by clicking the LF, MF or HF button in the table. By selecting "All",

| All | LF | MF | HF |
|---|---|---|---|
| Loud | 2 | 8 | -1 |
| Speech | 2 | -9 | 8 |
| Soft | 4 | 25 | 20 |

all gain controls will be selected.
The colors of the control values are blue (left) and red (right) until adjustments are made, if any. To indicate that the control value is no longer prescribed, the value turns black.

Link Icon By checking this box you can make left and right adjustments for each parameter at the same time.

*+/- Button* These controls adjust the gain controls in 1dB steps in the selected fields.

*R-L Balance* Adjusts the right-left balance; thus, increasing the overall gain in the right instrument, while decreasing the overall gain in the left.

***Fitting Controls set limits for one another***
*When changing a gain control, you may find its movement to be stopped before it reaches the visible limit (displayed as a shaded area on the Prescribed and Simulated Insertion Gain graph). The situation occurs when the setting of another control prevents further movement. The control which is causing the limitation flashes a colored arrow that shows the direction in which this control must be moved before the other control can be moved further.*

### 4.1.5 Standard Fitting Panel

| All | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|---|---|
| Loud | 2 | 5 | 7 | 5 | 1 | -2 | -9 | -4 |
| Speech | 2 | 6 | 11 | 13 | 11 | 8 | 5 | 2 |
| Soft | 4 | 20 | 29 | 25 | 23 | 21 | 16 | 15 |

The Standard Fitting panel uses the same functionality as the Quick Fitting panel, but allows configuration of all 8 frequency channels.

### 4.1.6 Expanded Fitting panel

The Expanded Fitting panel also uses all 8 frequency channels. This panel also includes several other advanced controls:

- MPO: Reduces / Increases maximum output in the selected channel(s). MPO controls are displayed in dB HL.

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|---|---|
| MPO | 81 | 93 | 101 | 102 | 103 | 102 | 16 | 18 |
| Loud | 2 | 5 | 7 | 5 | 1 | -2 | -3 | -4 |
| Speech | 2 | 6 | 11 | 13 | 11 | 8 | 6 | 3 |
| Soft | 4 | 20 | 29 | 25 | 23 | 21 | 19 | 15 |

- **Compression Time:** Changes the compression time to faster or slower than the time used in the prescribed or selected Syncro identity.

Default
Default
On
On
Automatic
Automatic

On the expanded fitting panel there is also access to the Compression Ratio dialog. In this dialog you can see two compression ratios for each channel in the instrument:

- CR1 shows the compression ratio between soft and moderate levels
- CR2 shows the compression ratio between moderate and loud levels

While the Compression Ratio dialog is open you can make adjustments in the fitting panel, and see how those adjustments affect the CRs.

- **TriState Noise Management** (General Programs only): Enables or disables TriState Noise Management.
- **Multi-band Adaptive Directionality** (General Programs only): Sets the Multi-band Adaptive Directionality to:

- **Automatic**
- **Surround**
- **Split Directionality**
- **Full Directionality**

DEM002138

## 4.2 Syncro Graphs

In the right side of the fitting screen, you see a graphical display. The graphical display enables technical and non-technical views in addition to different layouts for a variety of technical and non-technical views.

The default graph for Syncro is "IG, Prescribed and Simulated" because it enables a good overview of prescribed versus instrument settings. Other views can be selected, eg. "Audiological views".

### 4.2.1 IG, Prescribed and Simulated



This view can be used as an indicator of how close the current fine tuning is to the prescribed setting and how much gain is available in the instrument.

The broken line shows the prescribed IG. The solid line shows the simulated IG of the current setting. When the instrument is in the prescribed setting the curves will be identical.

The area above the instrument's maximum gain is colored. This is the maximum amplification that is possible when the gain and MPO of the instrument is fully turned up and the input is soft (40-50 dB SPL). To the right of the curve it is possible to directly access three different input levels in the curves:

Loud (80 dB SPL)
Moderate (60 dB SPL)
Soft (40 dB SPL)

The three levels correspond to the three input levels that are available on the Syncro fitting panels.

### 4.2.2 Input/Output curves

For Syncro instruments it is possible to view Input/Output curves for each of the channels. The input/output curves can be selected from the drop-down box above the graph in the fitting screen. You can use



these to see the compression characteristics and knee points in the instrument. By default, input/output curves are shown for 250 Hz, 1.5 kHz and 3 kHz.

Right-click on the graph and select Preferences to view the I/O-curves for other frequencies.

DEM002139

## 4.3 Programs

Syncro Instruments provide high flexibility and easy handling of programs in the Program Manager. Up to 4 programs can be activated.

### 4.3.1 Managing Programs

The programs are handled in the Program Manager; here you can activate, configure or delete a program and you can change the order of the programs.



The Program Manager is accessible in the Fitting step and in the Configuration panel in the Selection step.

The following program options are available for hearing instruments with a Telecoil:

- General Program:
  - Energetic
  - Dynamic
  - Active
  - Gradual
  - Calm
- Music program
- Telecoil
- MT [Microphone+Telecoil]
- Copy of any existing program

If the Telecoil is not present the Telecoil and MT programs will drop out of the list.

When a program is activated, a new one becomes available until all four programs are activated.

If you want to delete a program, select No Program. The remaining programs will move upward. Thus, if the patient has 3 programs and P2 is deleted, then P3 will become P2.

### 4.3.2 General Programs

Initially, Syncro has one active microphone program in P1: General Program. Warp Priority Processing and Dynamic Feedback Cancellation are active and all settings are determined by the Syncro Identity Centre

procedure (the Syncro identity for the General program based on the patients' hearing loss and the information in the Personal Profile. Any General program content includes the option of selecting among the various identities (Click the "▼").

### 4.3.3 Music Program

This program serves as a listening program in the following situations:

- Music
- Broadband sounds on television
- Diverse listening experiences in the theatre
- Movies and live performances with music and speech

The music program has specifically developed gain, frequency response and compression. In the Music program the Tristate Noise Management is inactive and Multi-Band Adaptive Directionality is set at Surround mode. These special enhancing features are unwanted when listening to music in order to make the most of the depth in the music experience, the performance of the hearing instrument is more linear than in the General program.

### 4.3.4 Telecoil Programs

With a Telecoil present in the hearing instrument two programs become available:

- Telecoil
- MT [Microphone and Telecoil]

For HSs with an Autoaustic Telecoil, four more programs are available:

- Auto T
- Auto T+T
- Auto MT
- Auto MT+MT

For all 4 Telecoil programs the universal settings are based on the prescribed setting in the first General program.

*Note: Since Telecoil signals are already processed and use limited bandwidth, TriState Noise Management is disabled and Multi-band Adaptive Directionality is set to Surround for Telecoil programs.*

T and MT Programs
Telecoil programs are always last in the sequence of programs. If you select a Telecoil program in P3 and Mute in P4, then these programs will change place automatically.

In the T programs you can adjust soft, moderate and loud gain for LF, MF and HF, which is similar to the Quick Fitting panel for General programs.

DEM002140

Additionally, for the MT program (combined Microphone and Telecoil), the 'M relative to T' controls the gain of the microphone relative to the gain of the telecoil. This can be set to -6, 0 or +6 dB.

**AutoFi Programs**

Automatic Telecoil detects strong magnetic fields usually from telephones (when brought near the ITE). This way Syncro can automatically shift to Telecoil program when the phone is lifted to the ear.

However, the phones used have an special magnet installed to run with Syncro ITE when ordered with AutoFi ITEs with an Automatic Telecoil who have access to the manual (user operated) 'T' programs. The AutoFi and AutoMT programs can only be used when the telephone magnet activates them. It is not possible to activate them through the push button. There are two other AutoFi programs:

• AutoFi-T: This program is activated automatically when the telephone is lifted to the ear, but can also be activated manually through the push button.

• AutoMT+MT: Same as for AutoMT-T, but with microphone and telecoil signal mixed (as in the MT program).

## 4.4 Identity Selector

The Syncro Identity Selector is the intuitive tool for the selection of Identities. It is available from the fitting step in Genie in any Genie2 program. With this tool, Syncro Identities can be compared and changed.



Any of the Identities can be chosen. If any fine tuning has been done in the current Genie session, it is also possible to change back between fine tuned and non-fine tuned Identities.

*Note: When you change the Identity in a Genie2 program it takes up to 20 seconds before automatics such as the Multi-Band Adaptive Directionality and the TriState Noise Management will be fully adapted to the environment. Therefore care should be taken when comparing two Identities using the Identity Selector.*

## 4.5 Syncro Live

### 4.5.1 Genie as demo tool

When selecting, fitting and fine tuning Syncro it is important to base your decisions and settings on the patient's information.

In Genie you will find various integrated demonstration tools, tools for explaining and demonstrating specific Syncro features. The different tools are accessible where needed in the fitting process. The demo tools are working with the nonverbal hearing aid, so the patient experiences the settings and can be supported by clear and informative screen pictures. In addition to the specific Syncro demo tools you will find a comprehensive sound library with sound examples and real dialogues in various usual environments. The sounds can be accessed in Genie, helping you to fit, verify and fine tune Syncro.

### 4.5.2 Syncro Live

Syncro Live is a tool designed specifically with the intent of giving you a simple way to explain the advanced features in Syncro. The tool visually demonstrates in real-time how Syncro evaluates

listening environments in several dimensions. Thus, you can:
1. Use it as a counseling tool for the patient.
2. Use it to verify what the aid is doing at a certain time.

It is comprised of four panels each focusing on different parts of the aid:
• Environment Identification
• Voice Aligned Compression
• TriState Noise Management
• Multi-band Adaptive Directionality

**How to use Syncro Live**

You start Syncro Live in the Fitting step in the current Genie2 Program when the instrument is connected.
• Click the Start Syncro Live button in any demonstration panel to actions the tool. The Start Syncro Live button changes across to Pause Syncro Live.
• Play a variety of the built-in sounds to support the demonstration.
• Switch between panels to demonstrate or examine the various features.

*At any time, in any demonstration panel, you can pause Syncro Live by clicking the Pause Syncro Live button. You can then switch between panels to examine the aid's behavior and Syncro focuses at the time you clicked the button.*

DEM002141

## Environment Identification



Syncro is equipped with a variety of detectors that evaluate the listening environment. The Environment Identification panel displays the following detection values.

- Input Spectrum shows the input level to it handle including peak-and-hold values.
- Speech/Noise detector detects the state of the environment: Quiet, Speech only, Speech in Noise, or Noise only.
- Dominant Sound Direction: determines whether the sound level is loudest in front of or behind the patient. This detector is disabled when wind noise is present.
- Wind Noise detector determines whether there is no, moderate or strong wind noise.
- Feedback detector: lights red when feedback is detected.

In the bottom left corner an overall sound level indicator is placed. This sound level indicator is available for all panels.

*Note: In CROMIC hearing aids the Wound Noise detector and the Dominant Sound Direction detector are not used.*

### Voice Aligned Compression



This panel shows aided vs. unaided response (input vs. output) in Syncro. Sound levels and peak-and-hold values are presented in 8 bands. This gives you an opportunity to demonstrate to the patient how gain and compression strategies give a benefit in his/her hearing. The hearing threshold is marked by a grey shaded area and can be used to show audibility for the patient. UCL is marked by a line in the top of the diagram.

### TriState Noise Management

This panel provides information on which of the three states, Speech only, Speech in Noise, or Noise only, the instrument is

currently in. If the input level is below a certain threshold, Quiet will be detected. Below this state indication, a graph shows how much the TriState Noise Management system attenuates the signal in each of the 8 frequency bands.

### Multi-band Adaptive Directionality



The Multi-band Adaptive Directionality panel displays the current directionality mode of the hearing instrument: Surround,

Split (Directionality or Full Directionality. This panel is not active for CICMIC instruments because Multi-band Adaptive Directionality is not available in those styles. When this instrument is changing from one mode to another, the graph displays the gradual mode change. The Dominant Sound Direction detector and the Wind Noise detector are also part of this panel. In addition to this, a descriptive text box has been placed beneath the directionality mode displays. This text box will help you understand how Syncro reacts to sounds environments. E.g. if strong wind noise is present, Syncro will always be in Surround to reduce the wind noise. To get Syncro into Split Directionality the overall sound level should be moderate or loud. Full Directionality only occurs for loud sound inputs. Use the overall sound level indicator to verify the sound level.

The best way to demonstrate Multi-band Adaptive Directionality is to have a speech source at a moderate level in the front (e.g. "Dialogue with loud voices" from the built-in panel played. Then introduce an external noise source behind the patient at a moderate or loud level. By moving up and down the volume of this noise source you will be able to go into both Surround, Split Directionality and Full Directionally.

DEM002142

## 4.6 Feedback Management

The Feedback Manager is accessible from the toolbar in the Fitting and Fine Tuning steps. The Feedback Manager is a fast and effective way to test the instrument's feedback limits to ensure that no static feedback is present.

### 4.6.1 Dynamic Feedback Cancellation

All Syncro instruments have a Dynamic Feedback Cancellation system that combines to the instruments' superb sound quality. Unlike static feedback management and other dynamic feedback reduction methods, the DFC system does not reduce gain. Its suitability and speech understanding are never compromised. DFC is present and default on in all microphone programs. The DFC system is active in the instrument during the fitting sequence in Genie.

### 4.6.2 Feedback manager - setting the Feedback Limits

A few Syncro patients might experience feedback intermittently while wearing their instrument. This could be due to a loose ear mold, which together the DFC can work down to maximum level to control the feedback. The DFC will in these cases not be able to fully compensate for dynamic feedback.

onic acoustic changes, for example a hand or telephone by the ear.

If feedback is detected while the Feedback Manager is running then the low level gain of one or more of the HF filter bands will be reduced. This increases the instrument's feedback margin, thereby giving the DFC sufficient "reserve" to effectively eliminate feedback caused by dynamic acoustic changes.

When to run the Feedback Manager? If there is feedback then run the FBM, otherwise there is no reason to run the Feedback Manager and set the feedback limits.



The in-situ gain of the instrument's different modes and program settings are taken into account when the limits are found. Therefore you don't need to remeasure the feedback limits separately for each

## Syncro Live Case

DEM002143

gram. If you change a program or add another program then the limits will be applied to the new program and you don't need to run the Feedback Manager again.

We recommend that you restore the feedback limits if the ear mold or shell is changed. If necessary, run the Feedback Manager again.

How to set the Feedback Limits?
You can set the Feedback Limits in two ways, automatically or manually. We recommend that you use the Automatic operation, because it also deals with feedback that you or your patient will be unable to detect.

Automatic Operation
1. Restore excessive background noise.
2. Check that the Automatic option is selected until press Start.
The instrument automatically detects the whistling, so the process does not require manual intervention.
3. Close the Feedback Management window.

Gain will now show the new settings in the graph. The icon in the status bar indicates that Feedback Limits have been found.

Note that it is not possible to adjust the controls above the new feedback limit. Gain limits applied in the control setting depend on whether the DTC system is

active or not. This means that gain can be increased even when the DTC is enabled. In environments with excessive background noise the Feedback Manager cannot observe the signals accurately and the Feedback Manager cannot be performed automatically. In such case, Genie displays a window indicating that noise levels are too high.

You can then either reduce the environmental noise or use Manual operation to set the feedback limits.

When to disable the DTC?
*The instrument may "ring" when the patient is listening to sounds with high frequency pure tone content like for example in some types of classic music. If the patient finds the "ringing" annoying then add another program with the DTC turned off.*



DEM002144

## 5.0  FINE TUNING SYNCRO

Patients will need to use the instruments for several days before they have experienced the benefits it is daily life and can evaluate the instruments. Therefore, we recommend that you be only a little fine-tuning is done initially when the instrument is fitted.

If you need to re-adjust the instrument to address the patient's problems then for the Gradual program you first have to consider whether you should fine-tune - in the Fine Tuning step - or change the System Identity.

Music and Tinkwall programs do not contain any Identity therefore problems related to any of these programs are dealt with in the Fine Tuning step, see the chapter "I want to fine-tune".

### 5.1  Should you fine-tune or change Identity?

Find out what the problem is and when it is present. The answers to these questions

enable you to decide if you should fine tune or change Identity.



If the patient's problem is specific then fine-tuning will provide the best outcome. If you fine-tune the control setting then the patient should be able to quickly tell you whether or not you've solved the problem.

However, if the patient reports general dissatisfaction or overall difficulties then consider changing the Identity or adding a new Identity to another program.

the automatic systems and the instrument will respond slower or faster to changes in the environment. For example, changing from the Active to the Gradual Identity will cause the instrument to respond slower to changes in the environment.

*Note: The patient may need to use the instrument for several days in his own environment to decide whether the new Identity is better.*

### 5.2  I want to fine-tune



The Fine-tuning area provides you with knowledge and assistance in solving the patient's concerns. Suggestions on how to solve problems are provided and required for specific program the patient is hearing in the area that is situated in the sub-body bar.

Another Identity will provide changes to the amplification strategy and activeness of

### 5.2.1  How to use the Fine Tuning step

Let the patient listen to the program that causes him/her problem. It is likely that you want to fine-tune the instrument's programs separately, one by one. However, if a problem relates to more programs than you can turn on the link from F1 to the other programs, and changes to F1 will be applied to the other programs as well. To activate the link press the link icon placed in the right of the F1 button. Press one of the 4 buttons - at the top of the window - that matches the patient's problem. The buttons represents major complaint categories (Loudness, Sound Quality, Speech Intelligibility, Own Voice and Other).

In the middle section the problem is further defined by pressing the words that describe the problem. The sound files to the right can help you and your patient to define the problem. Double click on the word at the end of the tree structure and the bottom parts are filled in.

DEM002145



## Cases on Fine Tuning

### 5.3 I want to change Identity

If you want to change the Identity then go to the Identity Selector in the Fitting step.

In case you are unsure whether changing Identity is the right solution, adding another program with another Identity might be a good solution. This will give the patient the opportunities to compare the two Identities in his/her own environment to judge which one is the best. At this follow-up meeting a program can easily be deleted. Any changes to the programs are done in the Program Manager.



Open the Floating Graph in the Fine Tuning step to see the effect in the graph while you apply adjustments.

The buttons section contains solutions, adjustments without advice that addresses the problem. Press Apply to automatically apply the suggested control action.

If you change your mind then, press Undo in the sub-toolbar. The arrow next to the Undo button contains the Undo list, which is useful if you want to check what you have applied.



DEM002146

## 6.0 END SESSION



It is recommended to end Genie via the End Session step, as it provides access to adjust the instrument's loops, useful information for instructing the patient about the instrument, and an overview of this session.

The status section, for each instrument specifies:

- Whether the instruments are connected or not.
- The activated programs and the manner in which the instrument has been connected when a V (checkmark) to the left above the program that the patient has been listening to the program.
- The acoustic parameters.



- Click the Information icon and drawings of how to change text either and battery will be shown.

- The battery also and the average battery lifetime.

At the bottom of the panel is the instrument's serial number shown. The serial number is automatically read from the instrument when it is inserted.

To the right on the panel you find CORE. This gives you an opportunity to review CORE data and measure the outcome.

Audible Status Indicator. Here you can test and adjust the settings of the instrument's audible indicators (beeps).

Edit Session Command. Enter statements that you want to have listed in the NOAH session list, so that you can easily read what took place during the session.

Click the Product Information Sheet icon to see the instrument's technical information.

The following tools are designed to assist you in the process of instructing the patient as to how to use the instrument:

To exit Genie, click the Save, Program and Exit button. Genie will ask whether changes should be saved.

---

## Cases on Fine Tuning

**Case 1:**

1. Open Fine Tuning.
2. Click Dynamic.
3. Move Fine.

**Case 2:**

1. Open Fine Tuning.
2. Click Dynamic.
3. Move Fine.

FINE TUNING/SYNCRO

DEM002147

## 6.1 Beeps and audible status

The new Syncro multi purpose push button can have up to 3 different functions:

- The program change function is always enabled. Switches between program.

- The Standby function is enabled by default but can be disabled in Crisis. Sets the aid in standby mode after 2.5 sec. of push duration. Mutes the aid. Briefly press the button and the hearing instrument will return to the former program.

- The Direct Access to subcoil function is by default disabled, but can be enabled in Crisis if the instrument has 3 programs or more activated. Works like a shortcut: Push the button for 1 to 2.5 seconds and the instrument will switch to the subcoil program. If both T and MT programs are present, direct access will go to MT.

*Note: There is no audible indication to tell the patient that the button has been pushed for over 1 sec. Thus, the Direct Access to subcoil functionality is for people with good dexterity.*

Standby mode doesn't turn off the aid completely but can be used in cases where sound is unwanted: e.g. removal of aid without feedback.

Program change, Syncro user functionality change in user functionality are possible in Crisis in the Audible Status Indicator, which can be accessed from the End Session step and the Tools Menu.



**Syncro startup**

All Syncro styles except the CIC/MIC play a startup jingle when turned on (battery door is closed). This way the user is assured that the instrument starts up. Additionally, an optional 9 sec. startup delay is included. When enabled, it allows the patient to turn on the instrument and insert it in the ear without feedback. It is enabled by default but can be disabled in Crisis.

**Beeps and warnings**

To indicate a program change, Syncro uses short tonal beeps at 1 kHz. Thus, a switch to programs 1 is followed by 1 beep at this frequency, a switch to program 2 is followed by 2 beeps at the preferred frequency etc. This frequency is present during fitting, when you change program in Crisis. If the default frequency 1 kHz, isn't suitable for the patient, 500 or 700 Hz can be used instead.

The output level is preset to the patient's MCL but can be adjusted to match the needs. Use the Test button to check the audibility for the patient.

The battery low beep indicator consists of two medium duration beeps at a lower frequency than the program indicator and can also be raised in the Audible Status Indicator.

DEM002148

# 7.0 MEASURING SYNCRO

Syncro can be measured both in the ear and in a test box. Different tools in Genie make it possible for you in test Syncro, both in standard (preferred) settings, but also in the actual setting of the instrument, with or without the influence of automatic features such as TriState Noise Management or Multi-band Adaptive Directionality.

## 7.1 Real Ear Measurements

The Genie Real Ear Measurements (REM) Tool makes it easier for you to measure the hearing instrument response in your patient's ears. The REM Tool lets you run the software for your Real Ear Measurement equipment together with Genie, and it provides measurement tips and contain hearing instrument settings for REM.

The Real Ear Measurements Tool is available by fitting. It can be opened from the toolbar (🔲) or from the Tools menu.



## 7.1.1 Tips on REM

The Tips on REM contains general tips on REM, how to compare measured curves with target and simulated curves in Genie, as well as information on how to handle the instrument features in Syncro when doing REM. There is also access to help files with detailed information on troubleshooting.

## 7.1.2 Settings for REM

Settings for REM allows you to temporarily disable automatic features in Syncro. You should always close Settings for REM before you start your measurements. The settings are applied in the instrument when you click OK. The original settings of automatic features are restored in the instrument when the REM Tool is closed.

## 7.1.3 Purpose of measurement

Depending on how you measure you may want to configure the Settings for REM differently. In general, we recommend switching off TriState Noise Management and switching the Multi-band Adaptive Directionality to Surround when doing REM. Only if you are specifically measuring the effect of these automatics should you leave them on. See also the case on REM.

*REM settings*

*Unlike other Oticon instruments the Syncro settings for REM are programmed into the instrument, meaning that if the instrument is disconnected from Genie during the REM measurement, the settings for REM will remain in the instrument even if the instrument is turned off. This means that you should always make sure that the instrument is still connected to Genie when the REM Tool is closed. This will restore your original settings of automatic features and retain any other fine tuning. If you have to disconnect the instrument during the REM measurement, be sure to reconnect it before closing the REM Tool.*

## 7.1.4 Signals used for measurement

Syncro has advanced features, that react in different ways to different input signals. You should be aware of which signal (pure tone, broad band noise, modulated or unmodulated speech noise) you are using to measure Syncro. If you are measuring with pure tones or warble tones, you should disable the Dynamic Feedback Cancellation to avoid these signals from being cancelled out during the measurement.

The TriState Noise Management will reduce gain in the instrument. If the signal used for the measurement is interpreted as noise. This will by the case with most unmodulated broadband signals, such as white noise or stationary speech-shaped noise. If you want to avoid the TriState Noise Management's reduction in gain, for such signals, you should disable it. If you are measuring with modulated speech noise, such as modulated ICRA speech/babble signals, the TriState Noise Management will interpret the signal as speech. The Multi-band Adaptive Directionality will select the directionality mode that has the maximum modulation in the signal. This means that if you measure with unmodulated noise from a 45° angle, the Multi-band Directionality might switch to Full Directional mode and reduce gain for the signal. To avoid this, set the Multi-band Adaptive Directionality to Surround.

DEM002149

### 7.1.4 Open REM Module

The final button on the REM Tool – "Open REM Module" – is enabled when REM Settings have been set. If you are using Modess Austica or Interencounters M540 the measurement module can be launched



from this button. If you are using another module you must open it manually from NOAH Module Selection. Use the floating graph in Genta to leave the Genta curves and the measurement module placed next to each other on your screen.

### 7.1.5 Comparing curves

When you compare Genta's target or simulated curves to the measured curves in your measurement module, then select the IG, Target and Simulated view in Genta. Be sure that the input level and signal type matches what you have used in your mea-

surement. The input level can be selected by right-clicking on the Genta graph and select-ing Preferences. The input level signal is selected by clicking the Select Input Signal button next to the graph. Remember also that target curves in Genta shows the setting in Adaptation Manager step 3.

*Note: The REM Tool can only open your REM module if you are using Modess Austica or Interencounter M540. Otherwise you must manually run you REM module from Noah Module Selections.*

DEM002150



## 2. Case on REM

**Measuring the effect of TriState Noise Management.**

1. Open the REM Tool from the tool bar [icon]. Click Settings for REM. Uncheck both "Turn TriState Noise Management off" and "Turn DFC off". "Set Multi-band Adaptive Directionality to Surround" should be marked.
2. Click OK. The settings for REM are now applied to the instrument(s). Click Open REM.
3. Start your measurement in the REM Module using a white noise signal. Let it run continuously.

*Note: This measurement should be done using a white noise signal. Pure tones, warble tones or speech-like signals are not necessarily interpreted as noise by the TriState Noise Management. To ensure that the hearing aid does not detect speech, be quiet while the measurement is running. Wait at least 30 seconds before reading the curve to see the full effect of TriState Noise Management. Measurements with TriState Noise Management on should not be compared to target or simulated curves in Genie.*

When you are done measuring, close your REM module. Remember to save measurements if desired. Click Close on the REM Tool. The setting of DFC, TriState Noise Reduction and Multi-band Adaptive Directionality will be restored to their original settings.

### 7.1.6 Troubleshooting

If the measured IG does not correspond to the target or simulated curves in Genie there could be various reasons for this.

**Check the initial preparation of the measurement:**

- Do an otoscopic examination - is the ear canal blocked with wax?
- Is the probe tube blocked with wax?
- Is the tube properly calibrated?

**Redo and check the REUR measurement:**

- Does the REUR have a normal peak at 2-3 kHz - if not the ear canal *may* be abnormal. In case of big deviations from a normal REUR you might want to enter your patient's REUR in the RECD and REUR Tool available from Selection - Personal Profile. After this Genie will calculate a new prescribed setting.

**Redo and check the IG measurement:**

- If the IG is very low at all frequencies, the probe tube may not be inserted all the way past the hearing aid or the ear mold. The inserted part of the tube should be at least 3-5 mm further into the ear canal.
- If the IG has a shape that differs from the shape of the target curve the correct input signal may not have been selected in Genie (change this by clicking the Select Input Signal button [icon] next to the graph in Genie.)

- *If the IG is generally higher or lower than the curve in Genie*
  - The wrong input level may be displayed in Genie (change this by right clicking on the graph and select Preferences).
  - The instrument may be in Adaptation Manager level 1 or 2 - target curves in Genie are always shown for AM level 3.
- *If the IG differs in the low frequencies only*
  - There may not be an error since the vent effect varies with different people. Only adjust the low frequencies if your patient complains of too low gain.
  - If the probe tube is put through the vent, the vent effect is reduced. Place the tube next to the instrument / ear mold instead - Beware of leakage.
  - If the vent is small, the probe tube may create significant extra leakage. Use impression material to seal the area between the ear mold / instrument and the ear canal wall where the tube is placed.
- *If the IG differs in the high frequencies only*

  The placement of the receiver and probe tube is extremely critical in the high frequency area. If the hearing instrument receiver is not placed exactly in the same position relative to the ear drum as in the Genie-reference

otive, or if the probe tube is not placed exactly in the same position in the aided and unaided situation, this will lead in high frequency deviations. The placement of the receiver varies between instruments and it is not always possible to account for receiver placement. The placement of the probe is usually controlled by a marker on the probe tube. Make sure that the marker is not moved inserted in the same position for both aided and unaided measurements.

## 7.2 Technical Measurements

Genie provides a Technical Measurements window. With this tool you can set the instrument in a standard setting, test the instrument in a measuring box and verify that the results unfolds the values shown in the two slide-down box as Full On Gain or OSPL90. The Technical Measurements window can be opened from the Tools menu in Fitting, Fine Tuning or End Session step.



**7.2.1 Selecting reference settings**

Unfold any of the possible groups and select a setting in one of them. It will automatically be transferred in the instrument, but it is NOT programmed permanently, so the setting will not remain in the instrument if it is turned off.

If you press the Program button, the technical settings will remain in the instrument, even after you turn it off. This might be useful if the instrument must be sent elsewhere for testing. To revert to the original setting: press Reset and then OK.

*Note: The settings that can obtained through Technical Measurements are for compliance testing only, and are for use with patients. Be sure to remove the instruments from your patient's ears before accessing any of the settings.*

DEM002152

## 8.0 DAI and FM

**DAI (Direct Audio Input)**

If your hearing instrument is connected by means of a DAI shoe with an external sound source, like a walkman, discotheque level etc. the signals of these devices will be directly transferred to your hearing instrument.

With the new DAI shoe it is necessary to remove first the DAI shoe before you are able to turn your hearing instrument off.

**Mounting of DAI**

Start by clicking the DAI shoe onto the instrument. Then insert the DAI tool into the shoe.

When the DAI shoe is connected, the instrument will automatically switch to a DAI program. If you would like the combination of the DAI program and the microphone, you can switch to the next program by using the push button.

The two new programs will automatically place themselves after the standard programs, which your hearing Care Professional has stored in your hearing instrument.

| Program | DAI |
|---------|-----|
| Program | DAI + Microphone |

To release the shoe from the hearing instrument, click the grey button and pull back.

**FM**

An FM receiver enables the hearing instrument to receive signals directly from an external wire less FM transmitter.

**Mounting of FM**

To use an FM receiver can by clicking the FM shoe onto the instrument. Then attach the FM shoe via the connector. When the FM receiver is connected, the instrument will automatically switch to an FM program that receives signals from an external wireless FM transmitter. If you would like the combination of the FM program and the microphone, you can switch to the next program by using the push button.

The two new programs will automatically place themselves after the standard programs, which your Hearing Care Professional has given you.

| Program | FM |
|---------|-----|
| Program | FM + Microphone |

To release the shoe from the hearing instrument, click the grey button and pull back.

DEM002153



DEM002154





## PRODUCT OVERVIEW

### 2.1 Low Profile/Half Shell (312) / ITE (13) / BTE

**ITE (312) / ITE (13)**

|  | ITE (312) | ITE (13) |
|---|---|---|
| Peak Gain, dB (IES/2cc) | 50/47 | 61/62 |
| Peak Output, dB SPL (IES/2cc) | 122/112 | 122/113 |
| Programs | 1-4 | 1-4 |
| Directional | Yes | Yes |
| Telecoil | Optional | Optional |
| Auto T | Optional | Optional |
| Volume Control | Optional | Yes |
| Battery size | 312 | 13 |
| Battery life, typical | 120 | 220 |

**BTE**

|  | BTE |
|---|---|
| Peak Gain, dB (IES/2cc) | 62/64 |
| Peak Output, dB SPL (IES/2cc) | 127/112 |
| Programs | 1-4 |
| Directional | Yes |
| Telecoil | Yes |
| Auto T | |
| Volume Control | Optional |
| Battery size | 13 |
| Battery life, typical | 220 |

## PRODUCT OVERVIEW

### 2.0 CIC / MIC / ITC (10) / ITC (312)

**CIC / MIC**

|  | CIC/MIC |
|---|---|
| Peak Gain, dB (IES/2cc) | 47/37 |
| Peak Output, dB SPL (IES/2cc) | 114/104 |
| Programs | 1-4 |
| Directional | - |
| Telecoil | - |
| Auto T | - |
| Volume Control | - |
| Battery size | 10 |
| Battery life, typical | 100 |

**ITC (10) / ITC (312)**

|  | ITC (10) | ITC (312) |
|---|---|---|
| Peak Gain, dB (IES/2cc) | 47/37 | 51/41 |
| Peak Output, dB SPL (IES/2cc) | 115/104 | 120/110 |
| Programs | 1 | 1-4 |
| Directional | Yes | Yes |
| Telecoil | - | - |
| Auto T | - | - |
| Volume Control | 13 | 312 |
| Battery size | 70 | 100 |
| Battery life, typical | | |

DEM002155



# TECHNICAL INFORMATION

## 2.3 CIC/MIC



**General measuring conditions**

All measurements are made on instruments without wax protection. Note: Measurement data obtained through standard pure tone measurements on advanced adaptive digital hearing aids may be misleading with regard to characteristics in normal use. For technical measurements, special technical settings are used to disable all the adaptive features. Unless otherwise stated all measurements are in the Unumdimensional mode.

| Ear Simulator | 2cc Coupler | Output, dB SPL | |
|---|---|---|---|
| OSPL90 | OSPL90 | | |
| 114 | | Peak | 103 |
| 104 | | 1000 Hz | 97 |
| 105 | | 1600 Hz | 98 |
| 104 | | Average (HFA) | 98 |
| | | HF Average (ANSI) | 98 |

**Full-on gain, dB, input 50 dB SPL**

| | | Peak | 39 |
|---|---|---|---|
| 38 | | 1000 Hz | 31 |
| 39 | | 1600 Hz | 31 |
| 38 | | Average (HFA) | 33 |
| | | HF Average (ANSI) | 31 |

**Frequency Range, Hz**

| | |
|---|---|
| 100-7400 | (2cc/ANSI) 100-7700 |

**Total harmonic distortion, %**
Reference setting input 70 dB SPL

| | Hz | ANSI |
|---|---|---|
| IEC | 500, typical | 1.0 |
| 1.0 | 800, typical | 0.5 |
| 1.5 | 1600, typical | 1.0 |

**Equivalent input noise level (ANSI), dB SPL**

| | Typical/maximum | |
|---|---|---|
| 23 | | 24/24 |

**Battery consumption, mA**

| | Typical/maximum | |
|---|---|---|
| 25 | Quiescent, typical/maximum | 4.7/6.6 |
| 0.7 | | IEC | 0.7 |
| 0.7 | | ANSI | 0.7 |

**Battery**

| | Typ | Min |
|---|---|---|
| Size 10 (IEC PR70) | | |
| Estimated life in hours | 100 | 80 |
| 1.4 V Zinc air | | |

**EMC Immunity (IEC 118-13)**

| | Field strength, (V/m) | |
|---|---|---|
| MIC, dB SPL | GSM/DECT | GSM/DECT |
| -3/-/22 | Telephone | 36 |



**Measured according to IEC publications** 118-0, -1, -2, -6, -13 (incl. amendments) and 711.

*Second curve ...*

**Measured according to IEC publications** 118-7 (incl. amendments) and 126 and to ANSI S3.22 (2003) and S3.7 (1995).

DEM002156

## 2.4 ITC (10)

### TECHNICAL INFORMATION



**General measuring conditions**

All measurements are made on instruments without test protection. Note: Measurement data obtained through standard pure tone measurements on advanced adaptive digital hearing aids may be misleading with regard to characteristics in normal use. For technical measurements, special technical settings are used to disable all the adaptive features. Unless otherwise stated all measurements are in the Omnidirectional mode.

| Ear Simulator | 2cc Coupler | |
| OSPL90 | Output, dB SPL | OSPL90 |
| 115 | Peak | 104 |
| 112 | 1000 Hz | 96 |
| 106 | 1600 Hz | 98 |
| 106 | Average (3CIA) | 99 |
| | HF Average (ANSI) | 99 |

| Full-on gain, dB. Input 50 dB SPL | | |
| 47 | Peak | 37 |
| 37 | 1000 Hz | 32 |
| 39 | 1600 Hz | 31 |
| 36 | Average (3CIA) | 33 |
| | HF Average (ANSI) | 31 |

| Frequency Range, Hz | |
| 100-7400 | IEC/ANSI | 100-7100 |

**Total harmonic distortion, %**
Reference setting, input 70 dB SPL

| | Hz | IEC | ANSI |
| 0.5 | 500 typical | | 0.5 |
| 0.5 | 800 typical | | |
| 0.5 | 1600 typical | | 0.5 |

**Equivalent input noise level (ANSI), dB SPL**
| 18 | Typical value, Omni | 18 |
| 23 | Typical value, DIR | 23 |

**Battery consumption, mA**
| | Quiescent, typical/maximum | |
| 1.0 | IEC | 1.0 |
| 1.0 | ANSI | 1.1 |

**Battery**
| | Size 10 (IEC PR70) | |
| | Estimated life in hours | Typ | Min |
| 1.4 V Zinc air | | 72 | 60 |

**EFC immunity (IEC 118-13)**
| | RKL, dB SPL | Field strength, (V/m) |
| OSPL90/DIRECT | | GSM/DIRECT |
| <29+8 | Microphone (Omni) | 32 |
| <33/19 | Microphone (DIR) | 3/3 |



Measured according to IEC-publications 118-0, -1, -2, -8, -13 (incl. amendments) and 711.



Measured according to IEC-publications 118-7 (incl. amendments) and 711 as said to ANSI S3.22 (2003) and S3.7 (1995).

 TECHNICAL INFORMATION
2.5 ITC (312)

**General measuring conditions**

All measurements are made on instruments without ear protection. Note: Measurement data obtained through standard ear core measurements on advanced adaptive digital hearing aids may be misleading with regard to characteristics. In sound use. For technical measurements special technical settings are used to disable all the adaptive features. Unless otherwise stated all measurements are to the Quasilibrefixed mode.





DEM002158



## TECHNICAL INFORMATION

### 2.6 Low Profile/Half Shell (312)

**General measuring conditions**

All measurements are made on instruments without vent protection. Note: Measurement data obtained through standard pure tone measurements on advanced adaptive digital hearing aids may be misleading with regard to characteristics in normal use. For technical measurements, special technical settings are used to disable all the adaptive features. Unless otherwise stated all measurements are in the Omnidirectional mode.



| Ear Simulator | | 2cc Coupler | |
|---|---|---|---|
| **OSPL90** | **Output, dB SPL** | **OSPL90** | **OSPL90** |
| | **Peak** | 113 | 113 |
| | 1600 Hz | 104 | 105 |
| | Average (DIN) | | 102 |
| | HF Average (ANSI) | | 104 |

| | **Full-on gain, dB** | | |
|---|---|---|---|
| | **Input: 50 dB SPL** | | |
| | **Peak** | 47 | |
| 56 | 1600 Hz | 42 | 41 |
| 48 | Average (DIN) | | 41 |
| 47 | HF-Average (ANSI) | | 41 |

| | **Frequency Range, Hz** | | |
|---|---|---|---|
| 130-7600 | ONAHAID | 120-7200 | |
| | **Telecoil output, dB SPL** | | |
| 79 | 1 mA/m (461) 1600 Hz | 71 | |
| 93 | 12 mA/m 1V, 1600 Hz | 91 | |
| | SPLITS (ANSI) | | |

**Total harmonic distortion, %**
Reference using Input: 70 dB SPL

| IEC | Hz | | ANSI |
|---|---|---|---|
| 20 | 500, typical | | 1.5 |
| 15 | 800, typical | | 1.0 |
| 15 | 1600, typical | | 1.0 |

**Equivalent input noise level (ANSI), dB SPL**
| 19 | Typical reference, Omni | 19/23 |
| 24 | Typical broadband, Dir | 31/35 |

**Battery consumption, mA**
| 1.1 | Quiescent typical/maximum | 1.0/1.3 |
| | **Battery** | |
| | IEC | 11 |
| | ANSI | 1.1 |

Size 312 (IEC PR41)
Estimated life in hours
1.4V Zinc air

| | | **Typ** | **Min** |
|---|---|---|---|
| | | 180 | 100 |

**EMC Immunity (IEC 118-13)**
| IRIL, dB SPL | Field strength (V/m) | |
| dSH-DECT | dSH-DECT | |
| 3461 k | dSH-DECT | 32 |
| 2962 | Microphone (Chne) | 32 |
| 3448 | Telecoil | 32 |



Measured according to IEC publications 118-0, -1, -2, -8, -13 (incl. amendments) and 711.

Measured according to IEC publications 118-7 (incl. amendment) and 724 (mil.) to ANSI S3.22 (2003) and S3.7 (1995).

Output sound pressure level
OSPL90

Frequency response with magnetic and acoustic input

Frequency response with magnetic and acoustic input

DEM002159

# 3 TECHNICAL INFORMATION

## 2.7 ITE (13)

**General measuring conditions**

All measurements are made on instruments without wax protection.

Note: Measurement data obtained through standard pure tone measurements on referenced adaptive digital hearing aids may be misleading with regard to characteristics in actual use. For technical measurements, special technical settings are used to disable all the adaptive features. Unless otherwise stated all measurements are in the Omni/directional mode.



| Ear Simulator | Output, dB SPL | 2cc Coupler OSPL90 |
| --- | --- | --- |
| OSPL90 | Peak | 123 |
| 112 | 400 Hz | 106 |
| 113 | 1600 Hz | 108 |
| | Average (2cc) | 107 |
| | HF-Average (ANSI) | 107 |

| Full-on gain, dB | Input 50 dB SPL | |
| --- | --- | --- |
| 61 | Peak | 53 |
| 50 | 1000 Hz | 45 |
| 52 | 1600 Hz | 44 |
| 51 | Average (2cc) | 44 |
| | HF-Average (ANSI) | 44 |

| Frequency Range, Hz | DIN/ANSI |
| --- | --- |
| 135-7600 | 140-7300 |

| Total harmonic distortion, % | | |
| --- | --- | --- |
| Reference testing input 70 dB SPL | | |
| IEC | Hz | ANSI |
| 1.0 | 500, typical | 1.5 |
| 1.0 | 800, typical | 1.0 |
| 1.0 | 1600, typical | 1.5 |

| Equivalent input noise level (ANSI), dB SPL | | |
| --- | --- | --- |
| 26 | Typical/maximum, Omni | 1721 |
| 33 | Typical/maximum, Dir | 3337 |

| Battery consumption, mA | | |
| --- | --- | --- |
| | IEC | ANSI |
| 1.1 | Quiescent sys/sys/maximum | 1.1 |
| 1.1 | | 1.1 |

| Battery | | |
| --- | --- | --- |
| Size 13 (IEC PR48) | | |
| Estimated life in hours | Typ | Min |
| 1.4 V 280 mAh | 320 | 180 |

| EMC Immunity (IEC 118-13) | | |
| --- | --- | --- |
| IMRL, dB SPL | Field strength (V/m) | |
| GSM/DECT | | GSM/DECT |
| 78/8 | Microphone (Omni) | 3/2 |
| 40/2 | Microphone (Dir) | 3/2 |
| 32/2 | Telecoil | 3/2 |

| Telecoil output, dB SPL | |
| --- | --- |
| 1 mA/m test 1600 Hz | 95 |
| 10 mA/m Peak 1600 Hz | 95 |
| SPLTS (ANSI) | 91 |



**Measured according to IEC publications 118-7 (incl. measurations) and 711.**

Output sound pressure level
OSPL90

Full-on gain

Frequency response with magnetic and acoustic input

**Measured according to IEC publications 118-0, -1, -2, -5, -18 (incl. measurations) and 711.**

Output sound pressure level
OSPL90

Full-on gain

Frequency response with magnetic and acoustic input

**Measured according to IEC publications 118-7 (incl. measurations) and 118 and to ANSI S3.22 (2003) and S3.7 (1995).**

Output sound pressure level
OSPL90

Full-on gain

Frequency response with magnetic and acoustic input

DEM002160





DEM002161



DEM002162

## ALPHABETICAL INDEX

| | |
|---|---|
| Adaptation Manager | 60 |
| Alarm Detectors | 13 |
| Analysis & Decision | 15 |
| Artificial Intelligence, about | 4 |
| Artificial Intelligence, definition | 4 |
| Audiology in Syncro | 11 |
| AutoFit Programs | 70 |
| Beeps and Audible Status | 90 |
| Cluster System Technology | 11 |
| Changing Identity | 80 |
| Changing Program Manually | 83 |
| Configuration | 87 |
| Connecting Instruments | 61 |
| DAI and FM | 100 |
| Detection: Environment | 13 |
| Detection of Hearing Aid | 62 |
| Dynamic Feedback Cancellation (DFC) | 44, 81 |
| End Session | 89 |
| Enhanced Listening Distance | 30 |
| Expanded Fitting Panel | 71 |
| Feedback Management | 81 |
| Fine Tuning | 84 |
| Fitting | 89 |
| Fitting Controls | 88 |
| Fitting Step | 60 |
| Full Directionality | 29 |
| General Programs | 75 |
| Identities | 38 |
| Identity Profile | 65 |
| Identity Selector | 78 |
| Increased High Level Linearity | 36 |
| Input/Output Curves | 72 |
| Introduction | 3 |
| Low Level Compression | 36 |
| Managing Programs | 74 |
| Manual Override | 84, 88 |

| | |
|---|---|
| Measuring Syncro | 62 |
| Multi-band Adaptive Directionality | 8, 20 |
| Multiple Listening Programs | 54 |
| Music Program | 75 |
| Noise Only (Noise Management) | 50 |
| Onset Delay | 53 |
| Optimization Equation | 18 |
| OpenZor Acoustics | 47 |
| OpenZor Acoustics, Benefits | 81 |
| OpenZor Acoustics, Clinical Results | 59 |
| OpenZor Acoustics requirements | 58 |
| OpenZor Acoustics and Directional | 87 |
| Microphones | 48 |
| Parallel Processing (vs. Predictpbal) | 26 |
| Personal Prescription Questions | 14 |
| Personal Profile | 63 |
| Product Overview, Technical | 102 |
| Programs | 74 |
| Program Selector | 53 |
| Quick Fitting Guide | 49 |
| Quick Fitting Panel | 70 |
| Real Ear Measurements | 62 |
| Test Ear Measurements, Troubleshooting | 97 |
| Selection Step | 92 |
| Selection Step, Hearing Instrument | 62 |
| Soft Squelch | 36 |
| Sound Environment Detectors | 13 |
| Sound Quality | 45 |
| Speech in Noise (Noise Management) | 30 |
| Speech Only (Noise Management) | 50 |
| Split Directionality | 23 |
| Standard Fitting Panel | 71 |
| Standby | 53 |
| Surround Mode | 23 |
| Syncro Identities | 38 |
| Syncro Graphs to Cards | 72 |

Oticon • Syncro    117

DEM002163

| | |
|---|---|
| Sperm Line | 77 |
| T and AT Programs | 75 |
| Technical Data | 102 |
| Technical Information, RTE | 114 |
| Technical Information, CIC/MIC | 104 |
| Technical Information, ITC (td) | 105 |
| Technical Information, ITC (ltd) | 100 |
| Technical Information, Low Profile/ | |
| Half Shell (13) | 112 |
| Technical Information, | |
| LOW PROFILE/ HALF SHELL (312) | 110 |
| Technical Measurements | 68 |
| Takeout, direct access to | 51 |
| Takeout Programs | 76 |
| TriNote Noise Management | 8, 28 |
| User Information | 55 |
| Voice Aligned Compression | 8, 89 |
| Voice-over-Noise (VNN) Analyzer | 10 |
| Voice Priority Processing | 7, 78 |
| Word Notes | 23 |

DEM002164



*People first*

We believe that it takes more than technology and audiology to create the best hearing instruments. That's why we put the individual needs and wishes of people with hearing loss first in our development of new hearing care solutions.

www.oticonus.com

oticon
PEOPLE FIRST

DEM002165