# Exhibit CC

AtlasPlus

Open up to a New World
of Digital Hearing
EXHIBIT
PX 231
EXHIBIT
oticon
PEOPLE FIRST

DEM000766



DEM000767



# Atlas Plus Open - Taking Atlas to a Whole New Level

Atlas Plus features OpenEar Acoustics™ and Dynamic Feedback Cancellation to provide an effective solution for occlusion and feedback without compromising audibility.

Atlas Plus builds upon the success of the Atlas family to offer a reliable, versatile solution with significant technological improvements.

**OpenEar Acoustics** opens up the ear canal for ventilation, allowing for more natural sound to flow freely, reducing the effects of occlusion.

**Dynamic Feedback Cancellation** detects feedback and effectively controls it using phase cancellation without reducing gain. This enhances sound quality in every situation.

**Two program option** allows a user to select a second customized listening program with the push of a button. This feature now includes a "Standby" option to silence the hearing aid, without turning it off.

*OpenEar Acoustics is exclusively from Oticon.*

Atlas Plus takes affordable digital hearing to a new level by combining the well-known benefits of Atlas with advanced digital signal processing technology.



# OpenEar Acoustics™

OpenEar Acoustics™ is a unique Oticon technology that addresses the side effects of occlusion and acoustical feedback. We designed this system to be the most effective way to increase venting without feedback in dynamic environments.

OpenEar Acoustics opens up the ear canal for ventilation, reducing the "plugged up feeling", and provides a more natural sound quality. Larger vents allow more sound to flow freely, enabling a user to perceive their own voice and other sounds without the sensation of occlusion. The larger vents also allow for improved physical comfort since the free flow of air alleviates perspiration and skin irritation.

**Open Ear Acoustics**

Larger vent for more natural sound

**Conventional Venting**

Trapped Sound

**Open Ear Venting**
Oticon's unique Open-Ear Venting approach reduces the effect of occlusion. With OpenEar Acoustics and Dynamic Feedback Cancellation, the benefits of non-occluded fittings are a reality for more users.



*Occlusion Reduction*

*The graph illustrates average occlusion reduction when increasing from no vent to ... vent for the ...*

OpenEar Acoustics are made possible because of Oticon's patented Dynamic Feedback Cancellation system short processing time and low frequency gain compensation. The Dynamic Feedback Cancellation system and very short processing time permits substantially increased venting in the instruments. Special horn-shaped vents, "collection vents", further maximize the vent effectiveness. The result is an unparalleled reduction of occlusion, without feedback.

*Detecting Feedback*

*The howl detector invokes the slow and fast adaptation modes that ensure operation without feedback in dynamic environments*

*... & Williams, C. ... the ... Relationship Between Feedback and the Occlusion Effect. AAS Scientific/Technology meeting. March 18th, 2002. Scottsdale, Az*

DEM00 0770

# **Dynamic** Feedback Cancellation

Despite advances in hearing care technology, feedback remains a problem for many instruments. Dealing effectively with feedback requires an advanced feedback management system. That's why we included Dynamic Feedback Cancellation in Atlas Plus.

Atlas Plus effectively controls feedback without reducing gain and allows larger vent sizes to be used, ensuring great sound quality. It utilizes a state-of-the art phase-inversion feedback cancellation system pioneered by Oticon.

Dynamic Feedback Cancellation (DFC) uses a number of advanced digital components:

- a mathematical algorithm to **detect feedback** quickly and reliably.
- **intelligent adaptation** to ensure good overall sound quality and quick reaction to rapid changes in the environment.
- **phase cancellation** to control feedback without reducing gain

The system works so effectively that it typically cancels out feedback even before it is heard as whistling.

Feedback

Amplifier with DFC

Microphone

Receiver

Phase cancellation

Intelligent adaptation

Feedback detection

*The DFC system (Dynamic Feedback Cancellation) uses a number of advanced digital components to effectively eliminate sudden feedback without reducing gain*



The feedback detection in DFC will detect even small changes in the acoustic signal and determine if they are caused by feedback.

DFC uses two reaction modes. It reacts slowly to small slow alterations such as the ear mould or custom instrument changing position. This ensures good everyday sound quality. For larger, sudden changes such as answering a phone call DFC switches to fast mode and reacts in a matter of milliseconds.

The principle of phase cancellation is to introduce a mirrored signal to cancel out the feedback.

## Fast and reliable detection

The DFC system applies advanced digital signal processing to constantly monitor and analyze the input and output signals of the hearing aid. The detection system will determine if changes in the signal are caused by feedback. The detection algorithm is extremely fast and highly reliable, typically able to detect feedback before a user notices it.

Atlas Plus preserves the full sound picture in all situations

## Great sound quality in every situation

The DFC in Atlas Plus uses intelligent dual-mode adaptation to deliver excellent overall sound quality and rapid reaction to sudden feedback. It reacts fast to sudden and large changes and slowly to smaller changes in the environment.

The slow mode is the default setting, ensuring great sound quality in daily use and eliminating feedback caused by small changes in the position of earmold or custom instrument.

The DFC system shifts to a fast mode to cope with a large or sudden acoustical change around the hearing aid. This may be when the user answers a phone, gets a hug or moves their hand close to the instrument. The fast mode reacts within milliseconds without disturbing the user.

Intelligent adaptation means good sound quality and effective feedback cancellation - without any sacrifices

## Effective feedback management without loss of audibility

Phase cancellation is the only true way to eliminate feedback without affecting audibility. When feedback is detected DFC uses digital phase cancellation to effectively remove the unwanted whistling sound. Unlike traditional feedback management, which reduces gain to eliminate feedback, phase cancellation works without reducing gain. This helps to maintain the desired sound picture even when the feedback is being cancelled.

DFC ensures clear sound and full audibility without disturbing feedback

# Building upon the Atlas heritage



Atlas Plus gets its heritage from the successful Atlas family of digital hearing care products. Atlas is an ultra-reliable, easy to use, and flexible instrument family that delivers initial fitting success and long term user satisfaction.

The new Atlas Plus builds upon this heritage with the addition of OpenEar Acoustics, Dynamic Feedback Cancellation and two user programs. It is available in a full range of styles and options providing outstanding value.

Atlas Plus takes Atlas to a whole new level.



# It's an **Oticon**

All Oticon products benefit from 100 years of experience in hearing care technology. Oticon offers a full range of high performance digital instruments. From our premium solutions to our most affordable digitals, there's an Oticon instrument to match any user's needs.

# Open up a world of choices

## Designed with the user in mind

Atlas Plus offers advanced digital technology to deliver the true benefits of digital signal processing to more people.It is the perfect blend of form, features, and functionality to ensure that more users can live the life they want with the hearing the have. Open up to a new world of digital with Atlas Plus

## Atlas Plus Open Features:

- 100% digital WDRC
- Two channels, four frequency shaping bands
- OpenEar Acoustics
- Dynamic Feedback Cancellation
- Two program option
- NAL-NL1, DSL i/o rationales
- NAL-RP, DSL i/o (LIN) available in Power models
- Optional programmable telecoil and VC
- Optional automatic telecoil
- Adaptation Manager
- Directional ITE and BTE models
- Full range CIC to BTE Power

| Type | Battery size | Options | Max. dB HL |
|---|---|---|---|
| CIC | 10 | | 70 |
| ITC | 312 | | 70 |
| HS/LP | 312 | Two programs<br>Telecoil or Auto t-coil<br>Volume Control | 75 |
| HS/LP Direct | 10/312 | Automatic Telecoil<br>Telecoil | 80 |
| HS/LP Power | 312 | Two programs<br>Telecoil or Auto t-coil<br>(Standard VC) | 85 |
| Full Shell Power | 13 | Two programs<br>Telecoil or Auto t-coil<br>(Standard VC) | 90 |
| BTE | 13 | Volume Control<br>(Standard telecoil) | 90 |
| BTE Direct | 13 | (Standard telecoil) | 90 |
| BTE Power | 13 | (Standard VC and telecoil) | 100 |

AtlasPlus



*People first*

We believe that it takes more than technology and audiology to create the best hearing instruments. That's why we put the individual needs and wishes of hearing impaired people first in our development of new hearing care solutions.

www.oticonus.com

oticon
PEOPLE FIRST