# Exhibit DD

# A revolution: the first ChannelFree™ digital hearing system in the world



Channel processing | ChannelFree™



symbio™ *You'll understand*

**bernafon**®
Innovative Hearing Solutions

EXHIBIT
PX 393

EXHIBIT
Demont 45

DEM000165

## From Vision ...



The pioneering digital signal processing strategy in Symbio XT was originally devised at the University Hospital in Zurich. Here, experts in both hearing instrument and cochlear implant signal processing strived to reach a goal: Fast, loudness-based compressive amplification that would provide the essential speech cues to the impaired ear in an optimal way.

### Symbio XT and ChannelFree™
### Breakthrough technology and world first!

The first hearing system to exploit the power of digital ChannelFree™ represents the first departure from analog thinking implemented on digital platforms. The result is maximum speech understanding and clear, natural sound.

## ... to Revolution

To translate this research into a viable product, it was necessary to adapt the original signal processing scheme such that it could meet the stringent size and power limitations of chips used in hearing instruments – while maintaining the excellent speech intelligibility performance and sound quality achieved by the original algorithm. Such goals necessitated Bernafon's engineers to «think out of the box» to utilize the latest possibilities of digital signal processing.
The result of this work is the unique ChannelFree™ processing strategy.

ChannelFree™ processing offers frequency- and level-specific amplification that adapts rapidly to changes in input. ChannelFree™ processing applies the appropriate amplification to individual phonemes, resulting in more gain for weak consonants and less gain for loud vowels.



bernafon©
Innovative Hearing Solutions

DEM000166



*The first digital hearing system to process sound without the constraints of channels or bands.*

ChannelFree™ yields maximum speech intelligibility while keeping signal degradation at a minimum. It represents the successful achievement of the ambitious design goals of the Swiss researchers, algorithm and chip designers, and can only be experienced with Symbio XT.



DEM000167

# ChannelFree™
## For Maximum Speech Understanding



Speech is arguably the most important and meaningful sound in our lives – it is the means by which we communicate and connect with the people around us. The reduction in communication ability with hearing impairment, due to the loss of audibility of vital speech elements, has been shown to result in isolation and have a negative impact on quality of life. That is why ChannelFree™ processing focuses on amplifying and reproducing even the smallest details of speech in their purest form.

ChannelFree™ processing is fundamentally different from ordinary digital amplification methods that separate incoming signals into frequency channels. Symbio XT processes the incoming speech signal in its entirety, preserving its natural structure; something that is compromised in multichannel systems. Symbio XT thus avoids distortion of spectral cues (spectral smearing), an effect well documented in research to reduce speech discrimination.*

In addition, ChannelFree™ is extremely fast. With 16000 gain adjustments per second, even the shortest speech elements are analysed and appropriately amplified, bringing conversation to life in all of its subtlety.

ChannelFree™ – Phonemically precise!
A compression that adapts so fast that it operates phonemically.
Weak consonants are amplified more than loud vowels.



This illustration shows the potential spectral smearing that may result from a multi-channel system (grey curve). In contrast, Symbio XT (red curve) maintains the instantaneous spectrum, with all its peaks and valleys, to maximise intelligibility.

— Original vowel
— Amplified with Symbio XT ChannelFree™
— Amplified with many channel system

*Maximum Intelligibility*



DEM000168



*ChannelFree™ is extremely fast, updating gain at the rate of 16000 times per second to ensure every detail of speech is captured.*

**Supported by Research***

Van Schijndel et al. (2001) found that distorted coding of spectral cues was the main factor associated with reduced speech discrimination in noise for hearing impaired subjects. When the input signal is broken into channels, the spectro-temporal characteristics become distorted and important speech transition information is lost. In fact, Boothroyd et al (1996) have reported that spectral smearing can reduce phoneme recognition to only 12%. To avoid these potential problems, Symbio XT, with ChannelFree™, processes sound as one continuous entity. Symbio XT maintains the speech cues that occur naturally.

* Van Schijndel NH, Houtgast T, Festen JM. Effects of degradation of intensity, time, or frequency content on speech intelligibility for normal-hearing and hearing-impaired listeners. JASA 2001; 110:529-542. Boothroyd A, Mulhearn B, Gong J, Ostroff J. Effects of spectral smearing on phoneme and word recognition. JASA 1996; 100:1807-1818.

DEM000169

# ChannelFree™
## *For Clear, Natural Sound*



Natural, rich sound quality is what we are accustomed to with normal hearing, and is exactly what people can expect with Symbio XT. Independent research shows that Symbio XT with ChannelFree™ delivers premium class sound quality.*

ChannelFree™ processing achieves frequency- and input-dependent amplification without breaking sound into channels. In this way, Symbio XT hearing instruments maintain the natural spectral characteristics of sound. This results in clear, natural sound for a multitude of different inputs, including music and the innumerable environmental sounds that make a person feel part of the dynamic world around them.

**Abandoning the FFT-based processing platforms typically used, ChannelFree™ processing works in the time domain to provide perceptually instantaneous sound.**

Symbio XT hearing instruments adapt instantly to sudden, gradual, large and small changes in the acoustic environment. The appropriate amplification is always smoothly applied to produce natural sound quality.



*Original signal*

Spectrogram of a short section of a music signal (flute and guitar). The levels have been adjusted to allow direct comparison.



*Output of a 16-channel instrument*

The color is much more uniform, which indicates that the valleys in the spectrum have been filled in. The multi-channel system clearly reduces the spectral contrast, making it more difficult to see details.



*Output of Symbio XT ChannelFree™*

On the other hand, Symbio XT preserves the contrast of the original music signal.



bernafon®
*Innovative Hearing Solutions*

DEM000170



*Symbio XT adapts instantly to changes in the acoustic environment for natural, rich sound quality.*

**Supported by Research***

The National Acoustic Laboratories (NAL) in Australia compared the sound quality of Symbio with that of four other high-end digital hearing instruments. The objective of the study was to determine if subjects perceived a significant difference between instruments using traditional channel signal processing strategies and Symbio.

Test subjects made subjective comparisons of the sound quality of the instruments with six stimuli. Although differences were not statistically significant, based on the average preference score, Symbio was rated highest by hearing-impaired people.

www.bernafon.com/NALstudy

DEM000171

# OpenFit™
## For Occlusion-free Fitting



The overpowering sound of the client's own voice, an effect known as occlusion, is one of the most common and often unexpected side effects of wearing a hearing instrument. Furthermore, when a hearing instrument or an earmold occludes the ear canal, many body-transmitted sounds, such as chewing and walking, become unpleasantly loud. Occluding the ear also destroys many of the characteristics of natural hearing. Yet, it's still accepted as a cost of fitting hearing instruments without feedback.

**Symbio XT's OpenFit™ is Bernafon's approach to solve the problem of occlusion. The result is reduced occlusion for all Symbio XT OpenFit™ fittings.**

*OpenFit™ consists of four innovations:*

**Collection vents**
Collection vents allow more energy from the client's own voice to escape out of the ear canal and also transmit natural sound into the ear canal while ensuring the hearing instrument is as small as possible.
For BTEs, OpenFit™ allows the use of larger parallel vents.

**Adaptive Feedback Cancellation (AFC)**
Larger venting has always been synonymous with acoustic feedback, but Symbio XT's advanced Adaptive Feedback Canceller solves the problem by working on-line to detect the presence of feedback and subtract it from the incoming signal.

**Fast processing time**
The risk of echoey sound due to direct sound being heard through the vent before digitally amplified sound is overcome with Symbio XT's extremely fast processing time of only 2msec.

**Automatic low frequency gain compensation with OASIS plus**
As vents become more open, more low frequency energy is lost. The OpenFit™ system automatically compensates for this loss of low frequency energy so that clients still receive the amplification they need.



DEM000172



*Complaints of own voice sounding «echoey, hollow or boomy» are a thing of the past with Symbio XT OpenFit™.*

9

Vents that increase in diameter towards the canal portion of the instrument are called Collection Vents




DEM000173

# Additional Advanced Features



Symbio XT has a number of additional features that provide clients with comfortable and convenient listening. All additional features work in symbiosis with ChannelFree™ processing.

**Dual Microphone Technology**

In situations with high background noise, understanding speech becomes difficult. For these situations Symbio XT offers dual microphone technology in ITC, ITE and BTE styles. Utilizing a directional microphone plus omni-directional microphone approach, Symbio XT has one of the highest directional performances in the industry.



▶ Speech understanding in noise

---

**Soft Noise Management™**

Soft Noise Management™ is a form of expansion that operates in a frequency specific way to provide smooth reduction of gain for low-level inputs, while leaving speech undisturbed.

▶ Helps avoid listening fatigue
Preservation of gain for speech sounds

---

**Adaptative Feedback Canceller (AFC)**

Symbio XT's Adaptive Feedback Canceller (AFC) is a superior tool for eliminating feedback without compromising gain or signal quality. Symbio XT's AFC works on-line to constantly detect and eliminate feedback.

▶ Stops whistling



*Advanced features provide clients with comfortable listening.*

11

### Truly Automatic Processing

Symbio XT is a truly automatic hearing instrument. With 16,000 gain adjustments per second, the need to adjust controls is eliminated. Users can pay attention to conversation, not the hearing instrument!

➢ The only true «set and forget» solution in the industry

DEM000175

## *Unparalleled Customization*



The possibility to tailor a hearing instrument to the needs of a client is of paramount importance.
**Symbio XT, with its powerful ChannelFree™ processor, offers more flexibility than any multi-channel hearing instrument in the industry!**
Symbio XT does what you want it to do because it is not limited by traditional parameters such as compression ratios, threshold kneepoints or channels! You apply gain precisely where you need it.

*No channels*
*No bands*
*No compression ratios*
*No threshold kneepoints.*
*Just gain where you need it for unparalleled customisation.*



**Symbio XT can be fit in 3 easy steps:**
1. Enter the «Client Experience Level»
2. Verify the «Acoustics» parameters
3. Save and Quit



**Dynamic Frequency Mapping**
This 3D tool offers a totally new visualization of the hearing instrument response and presents a unified image of how Symbio XT amplifies sound. With up to 81 control points to adjust the gain throughout the entire frequency and input range, the flexibility and precision of adjustments is unparalleled.



Case 1:05-cv-00422-GMS    Document 561-3    Filed 03/28/2008    Page 14 of 17



*Excellent first fit acceptance by clients.*

13

### Advanced fitting tools

With OASIS plus, Bernafon's intelligent fitting software, accessing the power of ChannelFree™ processing to customize Symbio XT to the needs of your clients is a breeze. Symbio XT can be fit in as few as 3 easy steps; however when fine-tuning is required, OASIS plus offers a comprehensive set of advanced fitting tools designed to allow you to make the most of the accuracy and flexibility available in Symbio XT.



DEM000177

# *Proven by Independent Research*



Symbio XT technology has been exposed to extensive testing before and after introduction to the market. A pre-production trial was conducted at the University of Iowa and separate post-release studies have been conducted at prestigious research sites such as National Acoustic Laboratories, the University of Florida and in Germany. Symbio XT consistently shows excellent speech intelligibility and sound quality.

**NAL Study**

Ototo H; Keidser G; D Dillon A; Silberstein H;
Sound quality comparisons of advanced hearing aids
The Hearing Journal, April 2003

«Symbio's performance was equally good and sometimes better than leading high end digital hearing instruments.»

---

**Independent Evaluation in Germany**

Ulrich J (2003) Auf dem Prüfstand.
Symbio von Bernafon. Hörakustik 1: 21-25

«Symbio's unified signal processing (i.e. ChannelFree™) is truly unique and functions in a totally new way than other products on the market.»

---

**University of Florida Study**

Sanders Sanborn, D; Holmes, A, (2003) Investigation of the Adaptive Feedback Manager, Department of Communicative Disorders, University of Florida

«What was found suggests that with this technology not only can venting be increased, but also feedback free telephone use can be obtained without the use of a telecoil. These findings suggest that a feedback free hearing aid may now be coming closer to a reality.»

---

**University of Iowa Study**

Bentler R; Hammes G; Yoever H. (2002): Symbio Clinical Trials, University of Iowa

70% of experienced users judged Symbio to be better than their previous hearing instruments.



**bernafon**©
*Innovative Hearing Solutions*

DEM000178



*A complete product family.*

15



Symbio XT – from CIC to powerful BTE. Available options include direct audio input for connection to FM equipment (including the Bernafon Lexis FM system) and dual microphone hearing instruments in ITC, ITE and BTE styles.

DEM000179

Bernafon provides a wide range of digital hearing systems that cover all of your client's needs. All hearing instruments are fit with OASIS plus – the single, intelligent fitting software for all Bernafon instruments.



www.bernafon.com

**Bernafon AG**
Morgenstrasse 131
3018 Bern
Switzerland
Phone 031 998 15 15
Fax 031 998 15 90
www.bernafon.com

**Bernafon, LLC**
200 Cottontail Lane, Bldg. B
Somerset, NJ 08873
USA
Phone (888) 941-4203
Fax (732) 560-4876
www.bernafon-us.com

**Bernafon Canada Ltd.**
500 Trillium Drive Unit 15
Kitchener, Ontario N2R 1A7
Canada
Phone (519) 748-6669
Fax (519) 748-9158
Toll free 1 800 265 8250
TDD (519) 748 1054
www.bernafon.ca

Bern · Amsterdam · Auckland · Berlin · Brisbane · Copenhagen · Gdansk · Glasgow · New Jersey · Paris · Rome · Stockholm · Tokyo · Toronto

DEM000180