Exhibit FF

Case 1:05-cv-00422-GMS   Document 562-3   Filed 03/28/2008   Page 1 of 19







In the Inteo Demo, we will demonstrate four key features of the Inteo hearing aids.

However at all times it is important to remember that in the real INTEO no feature works independently of the others and that all the features are integrated.

Inteo's High definition sound analysis is a multidimensional analysis structure that provides detailed information about the users acoustic environment. This information is used by the Dynamic Integrator and by Inteo's processing schemes. The Dynamic Integrator is the core of the hearing aid that interlaces and uses the information it receives from the HD sound analysis with information from the Speech Enhancer and information about the users needs and preferences.

The four features that we will demonstrate in the Inteo demo are:

•Multidirectional adaptive feedback manager

•High definition Locator

•Audibility Extender

•Speech enhancer

The Inteo Demo will introduce each feature and then demonstrate each feature from three different perspectives or views.

**Life** - easily understood introduction about the feature to a person who has little knowledge of hearing aids and/ or sound. The demo can also be used by the professional when telling the Inteo story to the potential user – three life situations per feature will be used

**Professional** - Audiological and technical information with graphs and technical details.

**Compass** – A Compass alike view where the effect of the feature is demonstrated in a graphic view very similar to the illustrative SoundTracker view in Compass.

**The intention of the demo is to show the power of integration for each sound processing feature in Inteo. Therefore the demo will not include any demonstration of the individual sound processing features being switched ON or OFF. In the demo the option is to switch the Dynamic Integrator ON or OFF in the professional and the user views to clearly show the advantages of integrated signal processing.**

**The Compass view is only shown with the Integrator ON since this will be the only view available Compass eventually.**



The High Definition Locator demo shows 3 different listening situations. All the sound examples in all views have been generated through Inteo fitted to a hearing loss: 30 / 40 / 50 / 60. The listening examples are as follows:

- Speech from behind in a relatively quiet environment
- Speech in Noise
    - Construction site - in the example various machine noises coming from different directions can make it difficult for the user to hear the conversation
    - Dialogue in Cafe – in this situation the background noise is a combination of restaurant noises (cutlery, glasses, music) and speech.
- Integrator ON/OFF shows the difference in each situation of turning the high definition Locator on and off



- Speech from behind in a relatively quiet environment
    - The HA user is looking in a mirror talking with a person behind in a relativelty quiet situation. The High definition sound analysis scans the environment and identifies that there is a single sound source from behind and classifies the sound as speech. The High definition Locator will not attenuate distinct speech from behind, therefore in relatively quiet situations, speech is always audible regardless of which direction it originates from.
- Speech in Noise
    - Construction site - in the example various machine noises coming from different directions can make it difficult for the user to hear the conversation
    - Dialogue in Cafe – in this situation the background noise is a combination of restaurant noises (cutlery, glasses, music) and speech.
    - In both noisy listening situations, even though the noises are quite different the High definition sound analysis scans the environment, and correctly detects the position and type of noises. The High definition Locator adjusts its sensitivity in each frequency region and will precisely attenuate different pitch noises from different directions simultaneously. Construction noises from the sides and back are easily identified and attenuated by the High definition Locator, allowing speech coming from the front to be clearer. In the cafe, the situation is different because part of the background noise is speech coming from other nearby tables. However the High definition sound analysis scans and positions theses sounds relative to the user. In noisy situations speech that originates from the front of the user is not attenuated, and all other speech and noise sources from behind and next to the user are attenuated. The result is that speech will be more audible and understandable because the overall noise level will be decreased.
- Integrator ON/OFF shows the difference in each situation of turning the high definition Locator on and off

•User Benefit
- Speech is always audible regardless of the directions from which it originates
- Optimal SNR is obtained in each frequency region



The aim of the professional view is to show the impact of the Dynamic Integrator on the functionality of the High definition Locator.

The nature of the incoming signal in all 15 frequency bands is identified through the analysis of the Inteo's high definition sound analysis structure. The Dynamic Integrator dispatches information about the type of sound, its spectral content, its feedback characteristics, the SNR and the spatial relationship between sounds to all of the 15 frequency bands of the High Definition Locator. The High Definition Locator instantaneously, continually and independently adjusts the polar characteristics of each of Inteo's 15 frequency channels and feeds this information back to the Dynamic Integrator. This means that each individual channel will be set to attenuate the noise sources and bring forward any dominant speech.

- 15 individual polar plots -one for each channel are shown, the sensitivity in each frequency band is optimised to achieve the best SNR.

- In the integrator OFF position all 15 polar characteristics will be identical and function as a broadband adaptive system. The system will not be sensitive towards the type of noise source and therefore all sound sources whether speech or noise will be attenuated.

- In the integrator ON position the 15 polar characteristics will adapt individually. Consequently the High definition Locator is frequency specific 15 channel adaptive directional microphone system that fully exploits all the information on input signal type and origin. Due to this integration of knowledge the user will always experience the best SNR in all listening environments where all distinct speech sources will be clearly audible.

- Construction site and dialogue at a café – the HD locator will independently and continuously adjusts its polar pattern in noisy situations. Construction noises and café noises are very different from each other but the HD Locator will precisely identify and instantaneously and independently attenuate different noises at different frequency bands

- In the speech from behind scene the High Definition Locator will remain in omni when the Dynamic Integrator is ON in most of the 15 channels in order to ensure best possible SNR for the distinct speaker from behind. When the Dynamic Integrator is OFF the polar characteristics in all 15 channels will be identical and will adapt to directional mode when there is signal from behind. This happens because the detailed information about the input type from the High definition sound analysis is not available/integrated in the signal processing when the Dynamic integrator is OFF.



The intention of the **Compass view** is to shows how the Dynamic Integrator ensures the appropriate actions of the High definition Locator.

In the Compass alike view the polar characteristics on a graph of frequency vs. polar sensitivity.

X-axis: frequency

Y-axis: Polar sensitivity plot

•The polar patterns for each frequency channel are shown

•The optimal polar pattern will be determined for each frequency band of the Inteo. The graph shows the instantaneous polar pattern, this picture will be continuously updated to reflect the changing acoustic environment and to ensure optimal signal to noise ratio for the user.

•

NB: the Dynamic Integrator ON situation only is shown in the Compass like views.



With Inteo we are introducing the first fully integrated feedback cancelling system that cleverly integrates knowledge of the acoustic properties of the hearing aid in the ear with directional sensitivity for each of Inteo's 15 frequency channels.

The Multi-directional active feedback cancelling demo shows 3 different typical situation where feedback is a classic challenge. All the sound examples in all views have been generated through Inteo fitted to a hearing loss: 30 / 40 / 50 / 60. The listening examples are as follows:

- inserting the hearing aid in the ear canal
- using a phone
- Listening to music

7



The aim of the user view is to give the hearing aid user a simple explanation of how the Dynamic Integrator impacts the handling of situations with acoustic feedback

For this purpose a series of typical situations are illustrated where feedback often occurs:

•inserting the hearing aid in the ear canal

•using phone

In both of the above mentioned examples, reflected amplified sound is reamplified by the hearing aid and becomes the cause of feedback. In this unstable situation the audibility and intelligibilty of speech will be affected and the audible feedback can cause embarrassment or annoyance to the user

•Listening to music like a flute or violin may cause a hearing a to wrongly identify the music tones as feedback. This could potentially activate a feedback cancelling system and attempts to reduce this "feedback" the hearing aid would introduce audible artefacts.

**Graphical Illustration and sound examples**

The blue "radar" depict the actions of the spatial feedback tracer that continuously traces the acoustic near-field of the hearing aid to detect any feedback signals.

When the Dynamic integrator is OFF the problem of acoustic feedback is evident (visually and acoustically), where as the problems are handled perfectly when the Dynamic Integrator is ON. This is because the Dynamic Integrator ensures that the MDAFBC receives instantaneous updates on the relevant information about the feedback status in the hearing aid.

In the music example, it is the integrated approach in sound analysis that ensures that Inteo can detect and also identify whether the signal is real feedback or music. In this case the High definition sound analysis results in a clear identification of the music playing and therefore no action is necessary from the MDAFBC. Music will be clear and undistorted (no audible artefacts – ON situation)

**User Benefit**

    Feedback free use

    More available gain

    No artefacts are audible when listening to music



In the **professional view** of the Inteo demo it is possible to see how the actions of the Dynamic Integrator ensures effect of the Multi-directional active feedback cancelling on the hearing aid gain and the feedback limit

The Dynamic Integrator is the core of the hearing aid that interlaces and uses the information it receives from the HD sound analysis with information from the processing schemes and information about the users needs and preferences. The Dynamic Integrator links the MDAFC with the High Definition Locator, information about the directional characteristics of each channel of the hearing aid is used by the MDAFC to ensure greater acoustic stability in all environments. In each of Inteo's 15 channels, the MDAFC estimates two feedback paths from the two extreme polar patterns of the HD Locator (omnidirectional and bi-directional) when this information is integrated with the information from the High definition sound analysis/the spatial feedback tracer efficient feedback cancellation is obtained. The result is Inteo has very high acoustic stability and an ability to provide on average 15dB more usable gain before feedback occurs (called Supergain).

**Graphical Illustration Dynamic Integrator OFF**

•The blue line is hearing aid gain

•The red line is the dynamic feedback limit (available gain before feedback)

•When the red line is below the blue line the hearing aid will whistle and become unstable

**Graphical illustration Dynamic Integrator ON**

•The blue line is the hearing aid gain

•The red line is the dynamic feedback limit (available gain before feedback)

•When the Dynamic Integrator is ON the available gain without feedback is more robust compared to the Integrator OFF position. This is because information about the feedback condition (spatial feedback tracer) and information about the directional characteristics in the hearing aid are fully integrated with the Dynamic Integrator ON



The intention of the **Compass view** is to shows how through the actions of the Dynamic Integrator it is possible for the integrated MDAFC to provide Supergain to protect the user from unstable feedback situations.

**Graphical Illustration**

- The drawing consists of 15 colorcoded bars that represent the gain in the hearing aid for the specific frequency range
- The grey bars represent the availalbe gain + the SuperGain$^{TM}$
- The black dash represent the instantaneous available gain without feedback as a result of the processing in the multi-directional active feedback cancelling in 15 channels.

10



The Speech enhancer demo shows 3 different listening situations with different types of noise. In all 3 situations the user is engaged in a conversation where competing noises can be a problem. When the competing noises are speech it is much more challenging situation for the Inteo to correctly identify the wanted (person the hearing aid user talking with) and unwanted speech.

- Speech in car noise
- Speech in shopping mall noise
- Speech in vacuum cleaner noise

All the graphics for the Speech enhancer have been been generated for 3 different hearing losses:
30 / 40 / 50 / 60
50 / 70 / 70 / 60
15 / 25 / 60 / 80

The sound example in all views is the hearing aid processed sound for one reference hearing loss: 30 / 40 / 50 / 60. The graphics for the other hearing losses may then be compared to the reference hearing loss graphics/sound examples to illustrate the hearing loss dependence of the Speech enhancer effect.



In the **user view** of the Inteo demo / Speech enhance the aim is to show the Dynamic Integrator /Speech enhancer ensures improved audibility of speech in different difficult listening environments.

In each **user view** listening situation, the High definition sound analysis system with the different tracers scan the acoustic environment precisely track, identify and classify sounds. The aim is to create an accurate picture of the users environment. Each new listening environment will result in a different listening environment classification

The speech enhancer will efficiently integrate and utilise the information from the high definition sound analysis ( speech and noise spectrum information) and information about the user ( sensogram thresholds) to instantaneously adjust the amplification of the hearing aid, providing more amplification to frequency regions that are important for the understanding of speech. The Speech Enhancer has a demonstrable impact on speech intelligibility in background noise because the Speech Enhancer takes into account the individuals users unique hearing profile.

Based on the information about the speech and noise spectra the Speech Enhancer will adaptively work to keep any noises in the environment below the users hearing threshold in each of Inteo's 15 frequency channels. The precise calculation of gain in any noisy environment is based on the method of Speech intelligibility index optimization and the Widex patented percentile optimisation algorithm

The result is demonstrable improvement in speech intelligibility in background noise regardless of the type of background noise the user encounters.

User Benefits:
•Provides a demonstrable improvement of speech intelligibility in all user environments

The sound example in all views is the hearing aid processed sound for one reference hearing loss: 30 / 40 / 50 / 60. (the soudn example will not change). The graphics for the other hearing losses can be compared to the reference hearing loss graphics/sound example to illustrate the hearing loss dependence of the Speech enhancer effect.



In the **professional view** of the Inteo demo / Speech enhance the aim is to show that the Dynamic Integrator ensures the hearing loss dependence of the Speech enhancer processing.

**Dynamic Integrator OFF**
In this graphic the information from the High definition sound analysis is not fully integrated with information about the individual user. Therefore the Speech enhancer processing results in a less efficient signal processing where the individualisation of speech enhancement based on detailed environment analysis and individual hearing loss data is lost

**Dynamic integrator ON**
In this graphic the Dynamic Integrator, the core of the hearing aid, interlaces and uses the information it receives from the High definition sound analysis with information from the processing schemes and information about the users needs and preferences. The Speech enhancer uses information about the users individual hearing loss and the users acoustic environment and combines it with information on the Speech Intelligibility Index to instantaneously and dynamically recalculate the gain at each frequency of the hearing aid to ensure that the individual user attains the highest speech intelligibility possible.

The Speech Intelligibility Index (SII) is a quantification of the proportion of speech information that is both audible and usable for a listener. Speech levels, noise levels and auditory thresholds are the basic variables required to calculate the SII. The SII calculation also includes corrections for upward spread of masking, high presentation levels and frequency importance functions.

- The highest SII is secured through a continuous optimization algorithm:
    - The SII is calculated => gain is tuned
    - Instant comparison of new SII to previous SII
    - If SII is higher => gain is tuned in the same direction
    - If SII is lower => gain is tuned in opposite direction

**Graphical Illustration general notes**
- Graphs show the instantaneous effect of the Speech enhancer as a function of time and frequency for 3 hearing losses: 30 / 40 / 50 / 60....50 / 70 / 70 /60....15 / 25 /60 / 80
- The speech enhancer is fully active and there is a significant change in the gain across the frequencies to ensure the best intelligibility of speech.
- The three different hearing losses are used to show that the actions of the SII is hearing loss specific as well as listening situation specific. Regardless of whether the loss is gently sloping or precipitous, the Speech Enhancer will continuously and instantaneously recalculate the gain in each frequency region to optimise speech intelligibility.

The sound example in all views is the hearing aid processed sound for one reference hearing loss: 30 / 40 / 50 / 60, (the soudn example will not change). The graphics for the other hearing losses can be compared to the reference hearing loss graphics/sound example to illustrate the hearing loss dependence of the Speech enhancer effect.



The graph in the **Compass view** shows the Dynamic Integrator ensures the instant gain contribution of the Speech Enhancer in each of the 15 channels of the Inteo hearing aid.

The Speech Enhancer's instantaneous gain corrections will apply to each of Inteo's 15 channels. The degree of correction depends on a number of variables including the acoustic environment (speech and noise), the degree of hearing loss of the user (i.e. the users Sensogram) and the importance of each frequency for speech intelligibility.

In channels where important speech cues are present the instant gain contribution of the speech enhancer is positive and in channels where noise is the predominant signal the instantaneous gain adjustment is negative. The graph shows the dynamic nature of the Speech enhancer. In addition the dual function of the speech enhancer is shown by the positive gain adjustment when speech is dominant and a gain reduction (negative) when noise is the predominant signal.



The Audibility Extender designed for a niche group of people who have high frequency hearing loss and who even with amplification cannot hear the high pitch sounds in their environment. This group of people have so much damage to the high pitch part of thier hearing that not even a hearing aid can help. (NB: all hearing aids need some usable hearing in order to work). The Audibilty Extender can extend the range of hearing of people who were unable to hear high pitch sounds before.

The three different listening situations were chosen to demonstrate different high pitch sounds that would normallly be inaudible or would sound muffled to the hearing aid user:

- The kitchen timer,
- Sounds in nature, eg birds
- Music contains high pitch components

15



The user view graphics show in an audiogram format how the Audibility extender extends the users audibility range by shifting high frequency sounds into lower frequency regions.

The three different listening situations were chosen to demonstrate different high pitch sounds that would normallly be inaudible or would sound muffled to the hearing aid user:

•the kitchen timer,

•sounds in nature, eg birds

•Music contains high pitch components


The Audibility Extender is a feature that is implemented in a listening program. With the Audibility Extender program active the user can easily hear the high pitch kitchen timer, or the sounds of nature. When listening to music the Audibility Extender will make all the musical instruments audible.

User Benefit

•For people with non usable high frequency hearing, the audibility extender program allows audibility of high frequency sounds



In the **professional view** of the Inteo demo / Audibility extender the aim is to show how the actions of the Dynamic Integrator ensures that the Audibility extender shift high frequency pitched sounds into the audible lower frequency range.

In situations where the high frequencise are not available to the user, the Audibility Extender program can be used . The Dynamic Integrator provides information about the users hearing levels, and how usable the high frequency region is to the user to the Audibility extender.. In this program the Audibility Extender, will move a frequency block from the inaudible region down to a target region which is at a lower frequency region. The Dynamic Integrator links the processing systems of the Inteo to the Audibility Extender to control the compression characteristics of the extended bands and to integrate the other characteristics of the processed signal.

Graphical Illustration

Dynamic Integrator ON. The light grey area represents the frequencies that are unavailable to the hearing aid user. The light green frequency region (block) is inaudible to the user, this region is identified by the Inteo and the Audibility Extender transposes it to a lower frequency region depicted by the dark green block. The transposition is a true linear transposition – taking one block of inaudible frequencies and moving the whole block to a lower audible region. The linear transposition ensures that the harmonic content of the signal is preserved. The result is audibility of the missing high frequency sounds without any artefacts or unnatural sound quality. The blue area shows the normally audible processed signal. Transposition is an addition of information, the original audible signal is not destroyed.

Dynamic Integrator OFF. The high frequency sounds in thegrey zone are not audible to the hearign aid user.



The aim of the Compass soundtracker view is to show how the Dynamic integrator coordinates and integrates the transposed frequencies in to the lower frequency channels.

The SoundTracker view shows the 15channels of the Inteo.

With the Audibility Extender turned on, the 3 highest frequency channels are seen to be transposed down to the lower frequency channels. The whole block is 'picked up' and transposed down to the lower frequencies.