Exhibit GG



Blank introduction slide.

**Remember:**

When you are in 'Show view' in PowerPoint, you can always press "B" on the keyboard to make the screen black. It will remain black until you press B again.

**Important:**

•The flash files in this PowerPoint presentation will only run on your computer if you have installed FlashPlayer v. 8.0. This may be done from the site: http://www.macromedia.com/downloads/

•The security level for macro's in PowerPoint must be set to no higher than "medium", as otherwise the animations will not run properly. This is done in Tools > Macro > security pull down menu.

•The Inteo-demo graphics that run on the PowerPoint slides are without the sound files. If you want to run the graphics with the sound files, we recommend that you use the Inteo demo.

•It is possible for you to link to the Inteo demo by creating a hyperlink to the demoENG.exe file in the Inteo demo folders.





1



This is a presentation of Inteo.



**The power of integration**

- # Inteo

  - **New and pioneering approach**
  - **Unique signal processing scheme**
  - **No single process runs independently**

The power of integration

Inteo is the new top-of-the-line hearing aid from Widex. It represents many years of rigorous research and product development at Widex. It also represents a new and pioneering approach to the problems of clinical amplification. Inteo offers the hearing impaired user new and efficient features that will improve hearing ability in all types of listening situations, even demanding ones. The unique feature in Inteo is that no one single process runs independently of the others. This means that information about the environment, signal processing and hearing user lies at the core of the hearing aid, and everything that goes on in the hearing aid is controlled with input from other processes.

3



Parallel processing

In parallel processing, blocks are assembled so that the input from the microphone can travel to different processing blocks simultaneously. Several processes may be in action at the same time, but there is no integration between these. The sum of all processes is then gathered before it is sent to the output stage of the hearing aid.

4

**Before Inteo**

- **Before Inteo, two ways of implementation were used:**
  - Sequential
  - Parallel

- Information flow was in one direction
- No inter-process knowledge sharing
- No inter-block communication

WIDEX

Before Inteo

Up till now, hearing aid processing has been either sequential or parallel. The common denominator between these two approaches was that information flow was in one direction: from the input to the hearing aid to the output of the hearing aid. There was no inter-process knowledge sharing or communication, so processing blocks were unaware of the effects of other processing blocks. In sequential or parallel processing arrays, various blocks could actually work against one another, and thereby compromise the user's listening experience.

5



Sequential processing

In sequential processing, each process has a dedicated task and transmits the signal to the adjacent processing block. In a sequential processing array, none of the processes are aware of what occurs in the previous processes or what will be achieved by subsequent processes. Except between blocks that are immediately adjacent to one another, there is no inter-block communication.



Before Inteo

The choice between using parallel or sequential processing in a hearing aid depends on the profile, effects and features of the hearing aid and what the hearing aid aims to accomplish.

Intuitively, parallel processing might seem the more suitable for hearing aid development as it would seem to imply less delay in the signal path as several processing blocks are running simultaneously. Practically, this is not the case as the processing speed in a sequential processing scheme can be increased with relatively fewer technical complications.

Both sequential and parallel processing schemes have proven useful in the historical development of digital hearing aid technology, yet neither of them allows for: inter-process communication, knowledge sharing or integration.



Vision for Inteo

In summary, both sequential and parallel processing schemes have been used in hearing aid development. The common problems of these two processing schemes are that: there is no inter-process communication; there is no co-ordination of knowledge sharing; and there is no integration between the processes. These common problems were the starting point for the development of Inteo. We wanted to overcome the inherent problems of previous processing strategies and provide a new processing method that would increase efficiency and precision to the benefit of the hearing aid user.

We did this by first looking at the sequential processing model. Processing blocks are aligned like pearls on a string. To re-state the problem with this processing scheme, no block knows the actions of the preceding processing block. The vision then was to link all these processes through a processing entity whose sole purpose was to ensure communication between the processes. This entity could ensure that adjacent processing blocks knew what was going on in previous blocks and what would happen in future blocks.

We needed to create an entity that could ensure that information was re-distributed and dispatched to and between the processing blocks in an order that would provide efficient and dynamic signal processing. We needed to have an entity that would enable inter-process communication, facilitate coordination of knowledge sharing and deliver integration.

8



**Dynamic Integrator™**

Dynamic Integrator

For this purpose we developed the Dynamic Integrator. The Inteo Dynamic Integrator is a new level of processing that secures inter-process communication. The Dynamic Integrator is the core through which all processing blocks are linked. With the Dynamic Integrator we now have efficient and focused co-ordination of knowledge sharing.

9

Integrated signal processing[TM]

This is what we, at Widex, call Integrated signal processing. Integrated signal processing is the product of our Dynamic Integrator, which ensures inter-process communication between all the processing blocks of the hearing aid.



**Integration and coordination**

- Inteo has an integrating and coordinating core called:

  The Dynamic Integrator™ which performs

  Integrated signal processing™

Integration and coordination

The Dynamic Integrator functions as the integrating and coordinating core of Inteo. The Dynamic Integrator performs the processing tasks that enable Integrated signal processing. The graphic in the bottom right corner of the slide shows a representation of the chip layout, where the dark shaded area is the Dynamic Integrator. As you can see, it is contiguous with all the major processing divisions of the chip.

11

**Inside Inteo**

- To really benefit from the Dynamic Integrator™ and
  the Integrated signal processing™, we needed:

  - New and better hearing aid implementation
  - A better way of fulfilling the individual user's needs

  - So we chose a new and pioneering implementation form

Inside Inteo

In order to ensure that the hearing aid user could truly benefit from the
Dynamic Integrator and Integrated signal processing, we have looked at ways
of fulfilling the individual user's needs.

Information not only about different environments, but also about the wearer,
is now stored in the chip. We have developed a new and pioneering platform
for implementing the features in Inteo. Inteo builds on the platform of
Integrated signal processing.

12



The power of integration

With Inteo we have constructed a hearing aid with Integrated signal processing ad consisting of four building blocks. The Dynamic Integrator is the core of the hearing aid. Without the Dynamic Integrator each and every processing feature of Inteo could not perform optimally.

The Dynamic Integrator links the subsequent three building blocks: High definition sound analysis, High definition processing and High definition system optimiser.

This is an intuitive division as hearing aids generically analyse the incoming sound, process the sound according to specific settings, and subsequently optimise the system for the individual user. Let's have a closer look at each of these parts.

Inteo

The Dynamic Integrator is the core of the hearing aid where information from the High definition sound analysis is dispatched to the High definition sound processing and High Definition system optimiser.

Integrated signal processing puts everything together in a new format to suit the complex goal of aural rehabilitation.

14



Inteo

Let us move on to look more closely at the Dynamic Integrator.



The Dynamic Integrator

The Dynamic Integrator in **the** integrating core of Inteo. The Dynamic Integrator is hardwired onto the Inteo DSP chip and is the pivot of all decisions and knowledge sharing in Inteo.



Dynamic Integrator

The Dynamic Integrator is the core where user information is stored and integrated. It keeps track of all the user settings and dispatches these, when appropriate, to the processing blocks. In the Dynamic Integrator we store data about the user and knowledge about the environment and about how and how much the hearing aid has been used. We also store knowledge about the configuration of the hearing aid. This database can be accessed by the hearing aid to optimise sound processing 'on the fly.'

The Dynamic Integrator ensures inter-process communication. It is also responsible for the effective execution of decisions. In this way, it ensures that all processing parts that should be active are active, and all processing parts that are unnecessary are not active.

17



**Dynamic Integrator**

- Integration and storage of knowledge
- Coordination of knowledge sharing
- The integrating core in Inteo

Dynamic Integrator

In summary, the Dynamic Integrator integrates and stores knowledge, and is therefore the knowledge database of the hearing aid. In this database we store knowledge about the user, the environment and the configuration of the hearing aid.

The Dynamic Integrator is responsible for the coordination of knowledge sharing in Inteo. If two processing parts need to know the same piece of information, this is dispatched by the Dynamic Integrator to both parts.

The Dynamic Integrator is the integrating core of Inteo.

18



Inteo: High definition sound analysis



High definition sound analysis

In order to optimise sound processing, a hearing aid should always have access to precise information about the acoustic environment gathered at the inlet to the microphone.

In previous hearing aids, there were features that would analyse incoming sound themselves and then process sound. These features would act autonomously on the basis of their own discrete input analysis. They function unaware of what other features are doing.

Because Inteo is based on Integrated signal processing, there is constant dynamic communication and interaction between the features. Therefore we needed a generic analysis platform to take care of the input analysis. The idea behind this platform is that it could be the input analysis used by all processing features.

20



High definition sound analysis

Let's now turn our attention to the five analysis tools that make up our High definition sound analysis. These are:

Sound Diary

Speech and noise tracer

S/N ratio tracer

Spatial sound tracer

Spatial feedback tracer

21



Sound Diary

The first analysis tool is the Inteo Sound Diary.

Design note: Logo should be presented without watermark in slide. Use the background picture i this slide. When pasting to another slide right-click select 'order' -> 'send to back'

22



Sound Diary

The Sound Diary is an analysis and data logging tool that looks at the background noise level, amplitude modulation, overall spectral shape and frequency of occurrence of each of these data points.

In the top right graphic we have plotted a log sequence of input signals logged through the Sound Diary. The x axis represents the spectral shape of the input signal, plotted according to the gradient of the input signal. The y axis shows the frequency of occurrence. The z axis shows information about the background noise level for a given point in time.

Inteo's Sound Diary also incorporates logging of the environment over a long period of time, along with an event log. An event log is essentially a snapshot analysis of a given problematic listening situation that is activated by the client (via the RC3 remote control). This snapshot can be used in the subsequent fine tuning of Inteo.

The Sound Diary also comprises an analysis of the different sound environments that Inteo has been exposed to over a period of time. This information can be used in the counselling of the client, in the selection of specific listening programs, and in the analysis of whether or not the amplification is suited to the acoustic user's lifestyle.

The bottom right graphic shows a representation of different standard environments encountered by Inteo. The classification into different standard environments is based on the amplitude modulation information analysed at the input signal.

23



Speech and noise tracer

Let's now look at the Speech and noise tracer.

Design note: Logo should be presented without watermark in slide. Use the background picture i this slide. When pasting to another slide right-click select 'order' -> 'send to back'



Speech and noise tracer

The Speech and noise tracer is an analysis tool designed for identifying speech and noise in each of Inteo's 15 frequency bands. It identifies precisely when speech is present and when noise is present according to our patented percentile estimation. This information has direct bearing on many of the signal processing schemes in Inteo.

25



S/N (signal-to-noise) ratio tracer

The S/N ratio tracer is the third analysis tool of the High definition sound analysis.

Design note: Logo should be presented without watermark in slide. Use the background picture i this slide. When pasting to another slide right-click select 'order' -> 'send to back'

26



S/N ratio tracer

The S/N ratio tracer supplements the Speech and noise tracer by adding further level information to the input analysis. While the Speech and noise tracer has identified what is speech and what is background noise, the S/N ratio tracer tracks the speech and noise levels in each of Inteo's 15 frequency bands. An instantaneous update of this information is essential as it forms the basis for deciding when adaptive processing features should be activated and deactivated. Once again this tracer uses our patented percentile estimation technique.

This illustration shows the tracing of speech and background noise across frequencies. The S/N ratio tracer uses this information to plot the instantaneous signal-to-noise ratio.

27



Spatial sound tracer

In a highly sophisticated and dynamic hearing aid like Inteo, there must be an input analysis allowing the different sound sources surrounding the user to be located. This is the specific task of the Spatial sound tracer.

Design note: Logo should be presented without watermark in slide. Use the background picture i this slide. When pasting to another slide right-click select 'order' -> 'send to back'



Spatial sound tracer

The Spatial sound tracer maps the environment surrounding the hearing aid user. It precisely tracks speech and noise from sources around the hearing aid.

From the information delivered by the Spatial sound tracer we can make precise polar characteristics in each band detailing the acoustic environment. These polar characteristics are used by our dual-microphone system to ensure that Inteo's processing scheme is constantly aware of the spatial relationships between noise sources.

29



Spatial feedback tracer

The Spatial feedback tracer is the last High definition sound analysis tool in Inteo.

Design note: Logo should be presented without watermark in slide. Use the background picture i this slide. When pasting to another slide right-click select 'order' -> 'send to back'



Spatial feedback tracer

Like the Spatial sound tracer, the Spatial feedback tracer also looks at the acoustic environment surrounding the hearing aid, but this time in the near field. The dedicated task of the Spatial feedback tracer is to identify acoustic feedback the instant that it emerges. It provides a continuous update of the status of the feedback loop situation around the hearing aid.

As a side note, Inteo will not react to a musical instrument even if it is reminiscent of feedback, as only the near-field tracing attempts to identify signals that could be feedback.

31



Spatial feedback tracer

*The Spatial feedback tracer scans the environment around the hearing aid for sounds that occurs due to feedback. To distinguish between sounds from feedback problems and other sounds resembling these, a combination of different approaches is used.*

The Spatial feedback tracer traces the sound level difference at the two microphones. The shorter the distance between a microphone and a sound source, the louder the signal recorded at the microphone. As the distance between the two hearing aid microphones is very small, sound level differences at the microphones deriving from distant sound sources are negligible. However, sound level differences from near-field sound sources (feedback) are not negligible. One such example is feedback signals that can appear louder to one of the microphones than to the other. The Spatial feedback tracer uses this information to trace any feedback signal in the feedback loop.

32



Spatial feedback tracer

*The Spatial feedback tracer scans the environment around the hearing aid for sounds that occur due to feedback. To distinguish between sounds from feedback problems and other sounds resembling these, a combination of different approaches is used.*

The Spatial feedback tracer traces the autocorrelation between the input to the hearing aid and the output from the hearing aid. The autocorrelation is a factor that indicates how much the characteristics of a signal change over time. A feedback whistle is a very pure and constant sound and has very high autocorrelation whereas for example the sound of waves on the beach has almost no autocorrelation. The Inteo Spatial feedback tracer uses this information to distinguish between feedback sounds and other sounds from the acoustic far field.

33



Inteo: summing up High definition sound analysis

In summary, the High definition sound analysis comprises five analysis tools that provide a comprehensive input analysis that forms the basis for much of the subsequent processing. The five tools are the:

Sound Diary

Speech and noise tracer

S/N ratio tracer

Spatial sound tracer

Spatial feedback tracer

34



Inteo: High definition sound processing

Let us now look at the High definition sound processing that is offered by Inteo.

35

**High definition sound processing**

- The aim is to process the incoming sound to tailor-made satisfaction:
  - The invidual needs and preferences of the client
  - The acoustic environment
  - The immediate status of all processes

- Integrated signal processing

WIDEX

High definition sound processing

With Inteo and Integrated signal processing we can now tailor-make the sound to satisfy the user. This is possible because now the individual needs and preferences of the user are taken into account in the processing of the hearing aid.

The aim of High sound definition processing is to process the incoming sound for tailor-made satisfaction. This is based on the individual needs and preferences of the client; the acoustic environment that the listener finds him or herself in and the immediate status of all processes. These aims can be achieved by the actions of Integrated signal processing.

36



**High definition sound processing**

- Tailor-made satisfaction
  - Demonstrable positive effect on speech intelligibility in background noise
  - Clearest awareness of environmental sounds also for users with ski-slope hearing loss
  - Personalised listening comfort in all sound environments

High definition sound processing

At the outset of the development process we defined the sound processing goals that we wanted to achieve with Inteo, over and above the traditional Widex emphasis on sound quality.

We wanted sound processing that could offer tailor-made satisfaction to all clients. We defined tailor-made satisfaction to mean that which gives a demonstrable positive effect on speech intelligibility in all listening environments even when the directional microphone system is inactive.

Tailor-made satisfaction would also give an awareness of environmental sounds for users with sloping high frequency hearing losses, and should provide personalised listening comfort in all sound environments including those where background noise predominates.

37



High definition sound processing

The High definition sound processing is a complex multi-dimensional structure allowing for tailor-made satisfaction. It consists of four main features:

High definition Locator: our dual-microphone adaptive system

Multi-directional active feedback cancelling: our third generation feedback cancelling system

Speech Enhancer: our new approach to ensuring audibility in background noise

Audibility Extender: allowing access to faint environmental sounds for those with precipitous high frequency hearing losses

All features can be adjusted in the Compass fitting software to ensure tailor-made satisfaction. In addition to these four new features, Inteo also has Enhanced Dynamic Range Compression in 15 channels.

38



High definition Locator



**High definition Locator**

- New generation directional system with frequency specific directional sensitivity

- 15 channel fully adaptive directional system

High definition Locator

Let's first look at the High definition Locator. This is the new generation directional microphone system with frequency specific sensitivity. This means that we now have a 15-channel fully adaptive directional system.

40



High definition Locator

Each frequency channel is steered by its own independent directional polar pattern. The channel's individual polar pattern is set according to the immediate acoustic environment. This gives the user an improved signal-to-noise ratio in a noisy environment. It also allows the Inteo to attenuate 15 different noise sources around the user.

The High definition Locator uses information from the Speech and noise tracer from the High definition sound analysis. This information prompts a decision in each channel. Each channel will make a binary decision as to whether noise or speech is present. Consequently it will not attenuate a clear and definite speaker from behind. In an environment with an advantageous SNR where a speaker is positioned behind the wearer, the High definition Locator will move into omni-directional mode for the channels where the speaker is distinct.

By constructing the High definition Locator in this way, we have provided a directional system that delivers more transparent sound from all directions. This is achieved by introducing minimal frequency shaping, particularly in the low frequencies. The low frequency amplitude compensation that is essential to achieve a smooth and inaudible transition in an adaptive multi-channel directional system is frequency specific and is therefore narrow-band in nature. This has significant bearing on the sound quality and on the inter-process relationship in the hearing aid

41



High definition Locator

As a default mode of operation, the High definition Locator is set to work in conjunction with the Speech and noise tracer. This setting in the Compass fitting software is called 'High definition Locator with Speech Tracer.' If the user requires it, the High definition Locator can be set to operate without input from the Speech and noise tracer. In this case the setting would be changed to 'High definition Locator without Speech Tracer.'

One can also set the microphone system to function adaptively, in fixed omnidirectional mode or in directional mode.



Multi-directional active feedback cancelling

The next feature we are going to examine is the Multi-directional active feedback cancelling system of Inteo



Multi-directional active feedback cancelling (MDAFBC)

The Multi-directional active feedback cancelling system is a completely new patent-pending algorithm from the Widex research laboratory. This is a fully integrated feedback cancelling system which communicates with all the other features of Inteo to deliver an uncompromised sound quality to the user.

The Multi-directional active feedback cancelling system integrates processing knowledge of the acoustic properties of the earmould or shell in the ear canal. This knowledge is based on information delivered by the Spatial feedback tracer, as well as precise information of the in-situ vent effect from the fitting data stored in the Dynamic Integrator. Furthermore the immediate status of the directional properties for each of Inteo's 15 channels is also used actively in the processing scheme of the MDAFBC.

It is essential that the Multi-directional active feedback cancelling system knows what the feedback pathway is, but it must also know the impact that the directional characteristic has on the gain.

44



Multi-directional active feedback cancelling

The Multi-directional active feedback cancelling system utilises information about the feedback loop characteristics and the extreme polar characteristics from the directional system. The essential difference in Inteo's MDAFBC system is that this information is available for all 15 frequency channels in Inteo.

45



**Multi-directional active feedback cancelling**

- Patent pending algorithm
- Dual-microphone system that may give up to 18 dB SuperGain .
- Handles dynamic feedback situations more efficiently than conventional systems
- Allows introduction of larger vents

Multi-directional active feedback cancelling

With the new dual microphone system that has been developed for Inteo, we can now give up to 18 dB SuperGain with the Multi-directional active feedback cancelling. SuperGain is the gain we can give above the 'maximum available gain without feedback'.

The Multi-directional active feedback cancelling system is an extremely efficient controller of dynamic feedback problems. This means that when the user is wearing their hearing aid the Multi-directional active feedback cancelling system can control the feedback before it occurs. In the default setting of the system the wearer can talk on the telephone, hug their friends, and put a hat on and in almost all situations, there will be no audible feedback from the hearing aid.

Because of the efficiency of the system we can now introduce larger vents in a fitting than we could before. This means that the hearing aid can provide the gain prescribed for speech by our fitting rule.



**Multi-directional active feedback cancelling**

- Integrated link between the dual-microphone system and the feedback cancelling system
- Dual feedback path estimation using the extreme polar patterns formed within the dual-microphone system
- Little or no sensitivity to external music
- Quick feedback test that initiates the Inteo Multi-directional active feedback cancelling

Multi-directional active feedback cancelling

The Multi-directional active feedback cancelling system is linked via Integrated signal processing to the Multi-directional active feedback cancelling system. The dual feedback paths are estimated using the impact that each polar characteristic has on gain in each of the 15 bands.

Music can be enjoyed without feedback as the system is not sensitive to external signals that might resemble acoustic feedback. This is because our Spatial feedback tracer focuses on the inputs from the acoustic near field.

Furthermore the feedback test for the Inteo is quick to perform.

47



Speech Enhancer

Now let us turn our attention to the Speech Enhancer. The next generation in speech enhancement and noise reduction.

48



### Speech Enhancer

- Sets a new standard for dynamic speech enhancement in noise
- Widex is the first to utilise the theory of Speech Intelligibility Index (SII) optimisation in adaptive speech enhancement
- Widex is the first to combine adaptive speech enhancement with patented percentile estimation
- Demonstrable positive effect on speech intelligibility in background noise



Speech Enhancer

The Speech Enhancer is the new system from Widex that sets the standard for dynamic speech enhancement. The Speech Enhancer constantly raises speech above the threshold of the wearer in noisy environments. With the implementation of this new approach, Widex is the first company to utilise the Speech Intelligibility Index (SII) theory of intelligibility optimisation in a hearing aid.

We combine the utilisation of the SII with our patented method of detecting speech and noise.

Laboratory test results show that the Speech Enhancer has a significant positive effect on speech intelligibility in background noise.

49



**Speech Enhancer**

- The aim of the Speech Enhancer is
  - to keep speech *above* the hearing threshold and
  - to keep background noise *below* the hearing threshold

Speech Enhancer

The aim of the Speech Enhancer in Inteo is two-fold: to keep speech above the hearing threshold and to keep background noise below the hearing threshold.

These aims are reminiscent of the conditions required to maintain a high Speech Intelligibility Index.



**Speech Enhancer**

- The SII is an objective measure that correlates closely with speech understanding
- The SII can be calculated from the characteristics of :
    - The speech spectrum
    - The noise spectrum
    - The Sensogram HTL

Speech Enhancer

The Speech Intelligibility Index is an objective measure that correlates closely with speech understanding.

The SII can be calculated if one knows the characteristics of the speech spectrum, the noise spectrum and the hearing thresholds (which in Inteo are the Sensogram thresholds).



**Speech Enhancer**

- The optimum SII is calculated through an adaptive optimisation algorithm
  - SII = [Speech spectrum, noise spectrum, Sensogram HTL]
  - The aim is to have as high an SII as possible in any listening situation

- The higher the SII, the higher the speech intelligibility

Speech Enhancer

In the Speech Enhancer there is a continuous adaptive optimisation algorithm that optimises the SII through dynamic calculation.

The aim of this algorithm is to provide as high an SII as possible for any given listening situation. Because of the SII's correlation with speech understanding, a high SII means effectively improved speech understanding. Intuitively, it is easy to appreciate how the SII can be used to evaluate a listening environment and optimise gain in a hearing aid to improve speech intelligibility.



## Speech Enhancer

- **The highest SII is secured through a continuous optimisation algorithm:**
  - The SII is calculated => gain is adjusted
  - Instant comparison of new SII to previous SII

  - If SII is higher  => gain is adjusted in the same direction
  - If SII is lower  => gain is adjusted in the opposite direction

- Inteo's Speech Enhancer *always ensures optimum SII* in all listening environments – thereby ensuring optimum speech intelligibility and optimum comfort



Speech Enhancer

The highest SII is secured through a continuous optimisation algorithm. This means that the SII is calculated continuously and the gain is adjusted on the basis of this calculation. There is also an instant comparison of the new SII to the previous SII when the gain is adjusted. If the SII is higher in the new SII, then the gain is adjusted in the same direction. If the SII is lower than the previous SII then the gain is adjusted in the opposite direction.

In this way, the Inteo Speech Enhancer always ensures that the optimum SII is provided in all listening environments – thereby ensuring optimum speech intelligibility.

53



Speech Enhancer

The graphic on this slide shows what the Speech Enhancer does to a sound file where we have set a specific listening situation and a specific hearing loss. In this instance the listening situation is car noise in speech with an SNR of −9 dB. The hearing thresholds of the listener are 15, 25, 60 and 80 dBHL. On the y axis we have our 15 channels (in hertz). On the x axis we have time (in seconds). On the z axis we can see the effect of the Speech Enhancer on normalised gain (in dB). The transparent slice at 0 on the z axis shows the fitted gain of the listener.

The sound file begins with only car noise present. As soon as speech is introduced at ten seconds, we can observe the effect of the Speech Enhancer. Frequency bands important to render speech clear are enhanced. This is particularly evident above 2 kHz, where gain in these bands is increased above the fitted gain.

Let us compare this graphic to the one on the next slide.

54



**Speech Enhancer**

- Spectrum specific
- Hearing loss specific

  - Car noise and speech
  - HL: 30/40/50/60
  - SNR: - 9dB

Speech Enhancer

The graphic on this slide illustrates what the Speech Enhancer does to a sound file when we have the same listening situation but with a different hearing loss. The hearing thresholds of the listener are now 30, 40, 50 and 60 dBHL. Because of the different hearing loss the gain requirements for SII optimisation differ when speech is introduced at 10 seconds into the sound file. Again, this is immediately apparent in the gain above 2 kHz.

These two graphs illustrate that the effect of the Speech Enhancer not only depends on the environment, as with previous hearing aids, but also on the hearing loss. Two people wearing Inteo, with different degrees of hearing loss in the same speech environment, will not have the same degree of Speech Enhancer effect.

It also is important to note here that when a person with normal hearing listens to Inteo fitted to a particular hearing loss, with the Speech Enhancer activated, the background noise may still be audible. This is because the Speech Enhancer will only attenuate noise below the hearing threshold of the hearing loss to which it was fitted.

[To demonstrate the change in gain, it can be advantageous to go back to the previous slide

Similarly to the graphic on the previous slide, the listening situation is car

55



Speech Enhancer

The grahic on this slide allows you to utilise the Inteo demo "professional" graphic without sound to demonstrate the effect of the Speech Enhancer with dynamic integration, and what the consequence would be if there was no dynamic integrator in Inteo.

Please be aware that the graphic represents the Speech Enhancer effect for three different hearing losses.



Speech Enhancer

The graphic on this slide allows you to utilise the Inteo demo "Compass" graphic without sound to demonstrate the effect of the Speech Enhancer with dynamic integration, and what the consequence would be if there was no dynamic integrator in Inteo.

Please be aware that the graphic represents the Speech Enhancer effect for three different hearing losses.

57



Audibility Extender

The last feature of our High definition sound processing that we are going to
look at is the Audibility Extender.



Audibility Extender

The aim of the Audibility Extender is to extend the range of hearing for individuals with precipitous hearing losses. With an ingenious signal processing scheme we shift a frequency block around the most significant signal down one octave with a technique called 'linear transposition.' This preserves the harmonic relationships of the source frequency region when it is transposed into the target frequency region.

Linear Transposition means that the transposed frequency range is not compressed during the transposition. When a pure tone undergoes Linear Transposition, it emerges below as an undistorted pure tone.

Linear Transposition also preserves the original modulation rates of tonal signals. This means that the chirping of a bird retains its high-pitched 'quality', even though it has been transposed into a lower frequency region.

59



Audibility Extender

Step 1:

The frequency content of the original input signal is constantly analysed.
During the fitting process the source frequency region is defined according to
the client's hearing loss.

Step 2:

When the spectral contents of the signal are analysed, the dominant sound in
the source octave is selected along with a one octave band around it.

Step 3:

The Audibility Extender is given information about the frequency of the
dominant sound in the source octave and from that calculates the target
frequency for the transposed signal.

Step 4:

All frequency components in the source frequency range are transposed (via
linear transposition) to the target frequency range.

Step 5:                                                                      60



Audibility Extender

This slide includes sound examples of the transposed sound of birds' chirping for a precipitous hearing loss.

BIRDS: sounds of birds' chirping as a normal-hearing person would hear it

HEARING LOSS: sounds of birds' chirping as a hearing-impaired person would hear it

Without AUDIBILTIY EXTENDER: sounds of birds' chirping processed for a person with precipitous hearing loss but without the Audibility Extender

With AUDIBILTIY EXTENDER: sounds of birds' chirping processed for a person with precipitous hearing loss but with the Audibility Extender active

61



Audibility Extender

This slide includes sound examples of the transposed sound of music for a precipitous hearing loss.

Music: music as a normal-hearing person would hear it

HEARING LOSS: music as a hearing-impaired person would hear it

Without AUDIBILTIY EXTENDER: music processed for a person with precipitous hearing loss but without the Audibility Extender

With AUDIBILTIY EXTENDER: music processed for a person with precipitous hearing loss but with the Audibility Extender active



Audibility Extender

The grahic on this slide allows you to utilise the Inteo demo "professional" graphic without sound to demonstrate the effect of the Audibility Extender with dynamic integration and what the consequence would be if there was no dynamic integrator in Inteo.

63



Audibility Extender

The graphic on this slide allows you to utilise the Inteo demo "Compass" graphic without sound to demonstrate the effect of the Audibility Extender with dynamic integration, and what the consequence would be if there was no dynamic integrator in Inteo.



Audibility extender

The graphic on this slide allows you to utilise the Inteo demo "professional" graphic without sound to demonstrate the effect of the Audibility Extender with dynamic integration, and what the consequence would be if there was no dynamic integrator in Inteo.

65



Audibility Extender

The graphic on this slide allows you to utilise the Inteo demo "Compass" graphic without sound to demonstrate the effect of the Audibility Extender with dynamic integration, and what the consequence would be if there was no dynamic integrator in Inteo.



Inteo: high definition sound processing – summing up

Inteo's High definition sound processing is a complex multi-dimensional structure consisting of four main new features from Widex:

High definition Locator: our dual-microphone adaptive system

Multi-directional active feedback cancelling: our third generation feedback cancelling system

Speech Enhancer: our new approach to ensuring audibility in background noise

Audibility Extender: allowing access to faint environmental sounds for those with precipitous high frequency hearing loss

These features are supplemented by other standard Widex sound processing features. In addition to these four new features, Inteo also has Enhanced Dynamic Range Compression in 15 channels. All features can be adjusted in the Compass fitting software to ensure tailor-made satisfaction.



Inteo: High definition system optimiser

Let us now look at what the last block of Inteo offers in this integrated system



**High definition system optimiser**

- The aim is that Inteo always functions to perfection and that the user interaction is as smooth as possible

High definition system optimiser

The formal aim of the High definition system optimiser is to ensure that Inteo always functions to perfection and that the user interaction is as smooth as possible.

69



High definition system optimiser

The High definition system optimiser comprises five tools that regulate the performance of Inteo:

•EcoTech II – to optimise battery consumption

•User communication options with long-term usage log – to handle the options that the user has to communicate with the hearing aid and a log of program usage

•DAI auto-detect – automatically detects if any assistive listening device is connected

•Multi-point microphone matching – to ensure that the dual-microphone system operates successfully

•Battery monitor – to monitor the current drain and allow us to make a more intelligent battery alarm



EcoTech II

Depending on the program configuration in Inteo the current consumption changes. If features are disabled during the fitting, the current consumption in that specific listening program will decrease. Therefore the fine tuning and program configuration can have consequences on the battery life.

This means that a power saver program could be set up.

EcoTech II optimises current consumption according to the program configuration.

71



**User control options**

- Volume control
- Program change
- Beep tones


- Integrated volume control and program button
- Optional remote control

WIDEX

User control options

Several different ways of controlling the hearing aid are available to the user. There is the optional volume control on the hearing aid. Our program button is for switching between the listening programs. Because we have these two access points to the hearing aid, we need to have beep or indicator tones so that the user knows which control is being manipulated. From the Compass fitting software, the level and frequency of the beep-tones can be altered.

To supplement these controls we have designed a remote control, allowing discreet manipulation from within a pocket. The remote control also gives CIC users access to listening programs – access which has not been available previously.



User control options

Here we see the volume control, the program button and the on/off switch on the hearing aid.

73

## User control options

- Widex RC3
- RC3-I
  - Binaural control
  - Up to three listening programs
  - Event log

- RC3-II
  - Binaural and/or monaural control
  - Up to five listening programs
  - Event log
  - Timer/alarm



WIDEX

User control options

The Inteo series has a remote control that we call RC3. This comes in two versions.

The RC3-1 allows binaural control of two hearing aids. It can be set up to operate up to three listening programs and gives the user access to activate the event log. RC3-1, the model at the front of the picture, has keys with numbers for different programs and keys with plus and minus signs for volume control. In this way RC3-1 gives simple access to the hearing aid for those who have difficulty handling the controls of BTEs and ITEs, or for second parties (partners, healthcare workers and care-givers).

The RC3-2 allows binaural and/or monaural control of Inteo. This means that the left or the right hearing aid, or both together, can be controlled. RC3-2 can be set up to operate up to five listening programs and gives the user access to activate the event log. The user can also activate a timer/alarm, which can be set to a specific number of minutes. The RC3-2 is the model at the back of the picture and has keys with arrows for changing listening programs and keys with plus and minus signs for volume control.

The RC3 is pre-programmed and matched during the fitting procedure.

74



Listening program options

Inteo includes a series of listening programs that can be tailor-made to the client. Like previous Widex high-end hearing aids, Inteo is ostensibly a single program hearing aid where the 'Master' program is designed to handle most listening environments a hearing impaired user is likely to encounter. However, we know that there are still clients that require dedicated listening programs where the adaptive features of the hearing aid are fixed to focus on a specific listening environment.

For this purpose we have three individual acoustic programs that can be set up in different ways. One individual acoustic program is dedicated to the Master program and the Master program must always be active in the hearing aid. The other two programs can be set up in any way one would like. To assist in the setup of these two programs we offer five different templates:

Music: a template for the enjoyment of music.

TV: a dedicated template with compression optimisation to make TV sound as pleasant as possible. We also allow for the disparity in levels between TV viewing and commercial blocks.

Acclimatisation: a template for first-time users that allows a client to acclimatise to the amplification of the hearing aid. In this program the gain is set a little lower than in the Master program.

Comfort: a template focussed on attenuating all noise for improved listening comfort. The upshot of this focus is that we sacrifice speech intelligibility in the interest of increased listening comfort.

Audibility Extender: the template that uses linear transposition to benefit people with precipitous high frequency hearing loss

As an add-on to the three individual acoustic programs we have two telecoil programs. The 'T' and 'MT' programs are classic programs that we know from previous Widex hearing aid series.

The High definition system optimiser also includes a log of the usage of the different listening programs. This log can be accessed through the Compass fitting software and can be compared with the Sound Diary. The combination of information from the usage log and Sound Diary log allows the hearing care professional to assess if there is a good match between hearing aid use and the acoustic environments to which the client is exposed.

75



DAI auto-detect

When an audio shoe or FM shoe is attached, the DAI auto-detect function is responsible for the activation or deactivation of: Equalizers; AUX gain; dedicated DAI programs with automatic activation, and; initiating acknowledge beeps.

The DAI auto-detect is set up in the DAI Manager in the Compass fitting software.

In the Inteo series, a specific listening program can be dedicated to the DAI shadow program, for instance the Music program.

76



Multi-point microphone matching

The Multi-point microphone matching system is essential to continuously ensure the integrity of input signals to the hearing aid. We have taken Widex' strong heritage in phase and amplitude matching and increased the complexity of the routine. As can be seen from the figure, we now increase precision by matching at six points on the frequency response of the two microphones.

77



Battery monitor

The battery monitor is also a new system in Inteo. It continually logs the current drain of the battery and allows the battery voltage to be read during the fitting session. The battery monitor also allows the hearing care professional to provide an intelligent and flexible low battery alarm. This can be set up to give the user an early warning before the battery is completely depleted. This can be of significant benefit for those users who are nervous of being caught unprepared. With the battery monitor they are allowed sufficient time to change their battery.



Inteo: High definition system optimiser – summing up

In summary, the High definition system optimiser comprises five tools that regulate the performance of Inteo:

•EcoTech II – to optimise battery consumption

•User communication options with long-term usage log – to handle the options that the user has to communicate with the hearing aid and a log of program usage

•DAI auto-detect – automatically detects if any assistive listening device is connected

•Multi-point microphone matching – to ensure that the dual-microphone system operates successfully

•Battery monitor – to monitor the current drain and allow us to make a more intelligent battery alarm

79



**Inteo - Technical details**

- 2 MHz processing frequency
- 32 kHz sampling frequency
- 0.6-1 mA current drain
- 2-5 ms delay

Inteo: Technical details about Inteo

0.13μ IC technology: the newest technology used by Intel for very high-end computers is 0.11μ. 0.13μ is within the absolute top-class of what is technically possible.

2 MHz: The processing speed in the hearing aid is 2 MHz.

32 kHz sampling frequency: Widex still uses the highest sampling rate on the hearing aid market for maximal frequency range and sound quality.

0.6-1 mA current drain: Utilising EcoTech ll and the newest chip technology the current drain in the Inteo CIC hearing aid is as low as 0.6 mA despite the unprecedented complexity of the Inteo hearing aid.

2-5 ms delay: The sound delay in Inteo is still as low as 2-5 ms, depending on frequency and signal processing.

## The Inteo integrated circuit

- 0.13μ IC technology
- Optimised word-length
  - depends on algorithm
  - maximum speed
  - minimum current drain
- Fixed hardware solution
  - maximum performance

- An Inteo hearing aid can be simulated in a high-end computer running a specialised real-time operative system - with another computer controlling it.



WIDEX

The Inteo IC

0.13μ IC technology: the newest technology used by Intel for very high-end computers is 0.11μ. 0.13μ is within the absolute top-class of what is technically possible.

The word-length inside inteo (bitdepth) varies between and within the algorithms. The chip designers and signal processing engineers at Widex have optimed every part of the chip for maximum speed with a minimum of current drain.

The Inteo chip is, as all other chips from Widex, specifically made for this series of hearing aids. It is a fixed hardware solution where the flexibility lies in the about 4000 parameters that can be changed to fine tune hearing aid performance in all algorithms.

Each hearing aid consists of three chips working together: a frontend chip containing converters and the like, a memory chip for storing all the parameters and  logging in Inteo, and a DSP chip containing all the algorithms forming the High definition sound analysis, the High definition sound processing,  the High definition system optimiser and the control centre: the Dynamic Integrator.

Extra:
- the chip area of the Inteo DSP chip is about 8 mm$^2$

81

Inteo

Inteo is the new top-of-the-line hearing aid. It is based on a new and pioneering approach and a unique signal processing scheme, namely Integrated signal processing. Inteo offers unparalleled sound quality and delivers tailor-made satisfaction.

One of the four main building blocks of Inteo is the Dynamic Integrator, which ensures inter-communication and knowledge sharing between the other three main blocks; High definition sound analysis, High definition sound processing and High definition system optimiser.



Inteo : complex / simple overview

In summary, the four building blocks of Inteo are:

The Dynamic Integrator, which offers Integrated signal processing. It is the audiological interface of the hearing aid and the storage database for all user preference information.

In our High definition sound analysis we have our Sound Diary, which analyses and logs information about the listening environment and dispatches this information via the Dynamic Integrator. We have our four high precision tracers, which detect speech and noise, the signal-to-noise ratio, the position of different sound sources and the occurrence of feedback in and around the hearing aid.

In our High definition sound processing we have four new signal processing schemes. The correct polar characteristic is ensured through the High definition Locator. We control acoustic feedback with the Multi-directional active feedback cancelling feature. We ensure intelligibility of speech with our Speech Enhancer and provide access to high frequency environmental sounds with our Audibility Extender.

Finally, we have our High definition system optimiser, which ensures that the Inteo is set up to deliver optimum performance for the user.

83



The Inteo hearing aid range

Widex is pleased then to introduce the Inteo series. From left to right we see
our CIC, ITE, mini-BTE, BTE and élan models.



The Inteo programming tools

The Inteo hearing aid series can be programmed using the iP4 programmer, HI-PRO box and NOAHlink. We strongly recommend that you use the NOAHlink and NOAH 3 software, since this will give you access to all the complex features in Inteo.

The portable iP4 programmer is a full scale independent programming box that will allow you to fit Inteo hearing aids as well as to perform the RC3 matching procedure.

85