Exhibit HH



**Special summer offer!**

# Please open your mind for a little experiment...

**oticon**
PEOPLE FIRST

EXHIBIT

PX 409



EXHIBIT

DEM002217

What would you rather wear on your feet this summer?





DEM002218




And what would your ears rather wear?

DEM002219

# The advantages of open fittings are clear to see – but only Oticon offers OpenEar Acoustics™





**OpenEar Acoustics**
Large vent for more natural sound

**Conventional venting**
Trapped sound

## Benefits

- Reduction or elimination of occlusion
- Better listening comfort
- Reduction or elimination of feedback
- More natural sound quality
- Improved sound of own voice

---

**What is OpenEar Acoustics?**

It's Oticon's unique combination of a patented Dynamic Feedback Cancellation system, a short signal processing time across all frequencies and low frequency gain compensation. This permits substantially larger venting without feedback while maintaining full fitting flexibility

---

DEM002220

# Better - smaller - cheaper

A system so effective we have included it on a wider range of products...



Oticon · Syncro

adapto

gaia

AtlasPlus

NEW!

DEM002221



# Give your users the benefit of OpenEar Acoustics™



With the enclosed coupons, you can now give your users these benefits for even less.

DEM002222

1904    2004

9 12 37 91 1 00/07.04 Printed in Denmark

DEM002223