Exhibit JJ

Confidential:     ttorney's Eyes Only,
Subject to Prosecution Bar

WID000023\Divalart\klen\FeedbackCancel\feedback final figures.ppt

Figure 1



X

Microphone

Y = G X

G

Receiver

Y

EXHIBIT

PX 791

WID00023\Diva\artikler\FeedbackCancel\feedback final figures.ppt



Figure 2

WIL    2034

Confidential    ttorney's Eyes Only,
Subject to Prosecution Bar

WID000023\Divalartiklen\FeedbackCancel\feedback final figures.ppt



**Figure 3**

Confidentia.   ttorney's Eyes Only,
Subject to Prosecution Bar

WIL    2035

WID000023\Divs\artikler\Feedback\Cancel\feedback final figures.ppt

WI.    2036



Figure 4

Confidentia    ..ttorney's Eyes Only,
Subject to Prosecution Bar

WID000023\Divaartikler\FeedbackCancel\feedback final figures.ppt



Figure 5

Confidentia.    .ttorney's Eyes Only,
Subject to Prosecution Bar

WI.    2037



Figure 6

WID000023\Dwalartiklen\FeedbackCancel\feedback final figures.ppt

Confidential    ttorney's Eyes Only,
Subject to Prosecution Bar

WII    2038

WID000023\Diva\artikler\FeedbackCancel\feedback_final.doc

(12/11/01)

# Feedback cancellation with minimal side effects – possibilities with the Senso Diva

*Francis Kuk, Ph.D., Director of Audiology, Widex Hearing Aid Company, USA*
*Carl Ludvigsen, M.S., Director of Audiological Research, Widex ApS, Denmark*
*Thomas Kaulberg Ph.D., Research Engineer, Widex ApS, Denmark*

## Introduction

Acoustic feedback occurs in all hearing aids when sounds leak from the vent or the seal between the earmold and the earcanal. In most cases, acoustic feedback is not audible. But when the in-situ gain of the hearing aid is sufficiently high or when a larger than optimal size vent is used, the output of the hearing aid generated within the earcanal exceeds the attenuation offered by the earmold/hearing aid shell. The hearing aid becomes unstable and the once inaudible acoustic feedback becomes audible. In this paper, we will refer to the audible whistling tone as feedback even though the readers should be aware that feedback occurs all the time in a hearing aid. Feedback limits the available gain for the wearer. For many wearers and the people around them, feedback is an annoyance. In addition, hearing aids that are at the verge of feedback (i.e., sub-oscillatory feedback) may influence the frequency characteristics of the hearing aid and lead to intermittent whistling (Cox, 1982). Indeed, as much as 24% of hearing aid wearers reported dissatisfaction with their hearing aid whistling (Kochkin, 1997). It is thus not unexpected that many researchers, engineers and clinicians over the last years have attempted to prevent and manage the occurrence of feedback. The interested readers are referred to Agnew (1996) for an excellent summary. Despite the various approaches including some using digital signal processing (DSP) techniques, all lead to some degrees of undesirable side-effects which may compromise comfort, sound quality and/or speech intelligibility. We will review in this paper the various aspects of feedback, including its generation, the principles of its management, the associated side-effects and the ways in which these problems are resolved in the new Senso Diva hearing aid.

## Understanding feedback

A system is any entity that takes an input and produces an output. Using that definition, a hearing aid is a physical system that takes sounds (i.e., input), amplifies them according to the hearing loss of the wearer (i.e., processing) so that they leave the hearing aid (i.e., output) at an appropriate loudness for the wearer. Consequently, one can describe the behaviors of a hearing aid using concepts that are commonly used in engineering control system theory (Egolf, 1982). What follows is a simplified quantitative description of why and what happens when feedback occurs.

1

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID142039

Fig. 1 shows a simple block diagram of a hearing aid. The input signal (X) is amplified by a gain factor G that results in an output signal Y. If the hearing aid/earmold provides a complete seal (i.e., no feedback path), the output signal (Y) would simply be determined by the gain of the hearing aid and the input level (X). That is,

$$Y = GX \dots\dots\dots\dots\dots\dots\dots\dots\dots\dots \quad (1)$$

----Figure 1 here----

When a feedback path is present, a certain fraction ($\beta^1$) of the output signal will leak back to the microphone. Fig. 2 shows a simple block diagram of a hearing aid that allows some of the amplified sounds to leak back to its microphone (i.e., it has a feedback path). One can consider the feedback process as a looped sequence of events. First, the input signal X will create an output GX. During the first loop, a certain fraction ($\beta$) of the output signal GX will leak back to the microphone and contribute to the input as $\beta$GX. Thus, the combined input at the microphone will be (X + $\beta$GX). This signal will be amplified by a factor G and contribute to the output signal. That is, the output of the hearing aid after one loop becomes

$$Y = GX + G\,(\beta GX)\dots\dots\dots\dots\dots\dots\dots\dots\dots \quad (2)$$

----Figure 2 here----

Obviously, as the output "loops" back to the microphone, it becomes larger by a factor of G$\beta$. After "n" loops, the output of the hearing aid becomes:

$$Y = G\,X\,[1 + (G\beta) + (G\beta)^2 + \dots + (G\beta)^n] \dots\dots \quad (3)$$

Equation (3) is an example of a power series and can thus be simplified into equation (4)

$$Y = GX / (1 - G\beta) \dots\dots\dots\dots\dots\dots\dots\dots \quad (4)$$

Alternatively, an intuitive way of understanding equation (4) is to consider that the output signal Y consists of two components. The first is the amplified input signal and the second component is the amplified feedback signal. The amplified input signal equals the input signal multiplied by the gain of the amplifier G. The feedback signal equals the fraction $\beta$ of the output signal Y. This feedback signal will be picked up by the microphone and be amplified by a factor G and contribute to the output signal as G$\beta$Y. That is, the output of the hearing aid is:

$$Y = GX + G\beta Y \dots\dots\dots\dots\dots\dots \quad (5)$$

---

[1] For the sake of simplicity, phase is not considered in this discussion. Note, the gain G and the feedback path $\beta$, in the 'real world' are complex transfer functions with magnitude and phase varying depending on frequency.

2

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID142040

By moving $G\beta Y$ in equation (5) to the left side of the equation and simplifying, we have

$$Y (1- G\beta)= GX \quad .......................\ (6),$$

which, by dividing both sides by $(1-G\beta)$, we get the same result as shown in equation (4).

$$Y = GX / (1- G\beta) ..................................\ (4)$$

Equation (4) is fundamental in understanding the factors that control feedback in a hearing aid.

Without the denominator, equation (4) is identical to equation (1) for the hearing aid without a feedback path. Thus, it is the denominator that describes the feedback properties of a hearing aid. The elements in the denominator, G and $\beta$, form the loop gain $G\beta$ (or open loop gain) which is the main determinant of possible feedback problems in a hearing aid system. Loop gain is obviously controlled by the gain of the hearing aid, G. On the other hand, the magnitude of $\beta$ is affected by many factors that may or may not be controllable. For example, while the amount of leakage from the vent can be controlled, intermittent leakage from jaw movement, presence of reflective surface close to the hearing aid, room reverberation, change of head position can also change the feedback path and affect the magnitude of $\beta$. This means that the magnitude and frequency response of the feedback path may not be stationary. One can see that if $\beta$ is zero (i.e., no leakage), the term $G\beta$ will be zero (0). The denominator will be 1 and the value of Y is solely determined by the values of G and X. In these cases where the denominator takes a positive value (>0), the hearing aid system is said to be stable and no audible feedback occurs (Nyquist Stability Criterion). On the other hand, if the value of $\beta$ increases or if the gain of the amplifier increases, or both, the value of $G\beta$ increases. This decreases the value of the denominator $(1-G\beta)$ and output increases. However, as the value of $G\beta$ approaches 1, the denominator approaches 0 and the system becomes unstable. Audible feedback occurs and the output signal Y increases until it reaches the maximum output of the hearing aid or when its gain is reduced through activation of the compression system.

Equation (4) also shows that for the same leakage ($\beta$), the occurrence of feedback is primarily determined by the gain (G) of the hearing aid. As G increases, the risk of feedback increases as $G\beta$ approaches 1 (and the denominator approaches 0). Obviously, as G increases, the output GX also increases. However, one must realize that a high output does not always require high gain. A high input (X) with a low gain can also result in a high output.

**Controlling feedback**

3

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID142041

Because audible feedback is a sign of instability of the hearing aid system, equation (4) suggests that there are two possible solutions to regain its stability. One is to control the signal feeding back to the microphone by controlling the leakage factor β. The other is to reduce gain (G) of the hearing aid.

*Preventive practice* - Ensuring an accurate ear impression; ensuring proper orientation of the receiver in the earcanal; avoiding cerumen in the earcanal or on the receiver opening; ensuring that no cracks are found in the tubing, and using appropriate vent size etc. are necessary preventive measures to ensure that the hearing aid wearer is given the best condition to utilize the available gain on the hearing aid. These practices are targeted at controlling the potential feedback path β, and should be exercised regardless of the availability of any anti-feedback or feedback cancellation algorithms on the hearing aid.

*Acoustic approaches* - Most clinicians are familiar with controlling feedback by reducing the leakage of sounds through the hearing aid/earmold system. Attempts like restricting the vent diameter, increasing the diameter/girth of the first bend area of the earmold/hearing aid shell are the first steps and most frequently employed methods. However, these approaches may also affect the available gain from the hearing aid. Kuk (1994) provided data on the maximum insertion gain of a single channel linear power behind-the-ear hearing aid as the diameter of a parallel Select-A-Vent (SAV) was adjusted from 0 to 3 mm. As much as 25 dB of gain change at 250 Hz and 10-15 dB above 1000 Hz was noted. Such findings could be modified if a multichannel hearing aid were used instead.

Acoustic approaches are also aimed at managing the potential feedback path β. While these attempts can be effective, they may also lead to other side effects. For example, decreasing the vent diameter may lead to decreased ventilation of the occluded earcanal, alteration of the frequency response of the hearing aid, decreased flow of natural low frequencies through the vent, poorer subjective sound quality and increased perception of occlusion during vocalization (Kuk, 1991). Furthermore, increasing the canal diameter of the earmold may lead to physical discomfort. In exceptional cases, soreness and abrasion of the earcanal may result.

*Gain reduction approaches* – These approaches reduce gain (G) of the hearing aids.

*Linear hearing aids* - Most hearing aids are manufactured with the most gain in the high frequencies. Unfortunately, the typical feedback path also provides less attenuation at high frequencies than at low frequencies. Therefore the risk of audible feedback is highest in the higher frequency range. Thus, one common method to control feedback is to lower the high frequency gain of the hearing aid through the use of tone control or low pass filtering to minimize the occurrence of feedback. However, gain in the high frequency and nearby frequency regions is compromised also. Speech intelligibility may suffer as a consequence. Alternative approaches like the use of a notch filter (e.g., Agnew, 1993), damping of the

4

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID142042

WID000023\Diva\artikler\FeedbackCancel\feedback_final.doc

resonant frequency, phase shifting (e.g., Preves et al., 1986) and frequency shifting (Bennett et al., 1980), or reducing gain in one or more filters in a filter bank (Lunner et al., 1997) are more precise in controlling feedback with less effect on nearby frequencies. Obviously, the extent that this is true is dependent on the bandwidth of the filters.

There is an additional problem with managing feedback in linear hearing aids. Because these hearing aids provide the same gain at all input levels, gain reduction that is applied to a frequency region will be effective at all input levels. This means that soft sounds as well as medium level sounds will be affected to the same extent. Speech intelligibility at all input levels may be affected (Figure 3). Although the feedback frequency may originate from limited frequency regions, a wearer with a single channel linear hearing aid will have to lower the overall gain across all frequencies to minimize feedback.

----Figure 3 here----

*Nonlinear (or compression) hearing aids* – A nonlinear hearing aid provides less gain as input increases. Because one also manages feedback by reducing gain in the frequency region where feedback occurs, the side-effects that are associated with feedback management in linear hearing aids are also common in nonlinear hearing aids. There is one exception. Whereas in a linear hearing aid the gain at all input levels is affected; one may design a nonlinear hearing aid so that only gain for the lowest input level may be affected. This is because the gain of a nonlinear hearing aid is maximum at the lowest input level and it decreases as input increases. By lowering this maximum gain through increasing the compression threshold (Kuk, 2000), feedback is controlled without affecting gain at higher input levels. This is an effective and practical method to control feedback and has been used in the Senso digital hearing aids (Sandlin, 1996). Although the intelligibility of soft speech may be compromised, intelligibility for conversational speech is preserved. Figure 4 shows the effect of feedback management on the input-gain curves of such a nonlinear hearing aid. Note that only gain for the softer sounds are affected in the nonlinear hearing aid.

---Figure 4 here----

An assumption behind the "gain reduction" approach to feedback management is that there is only one fixed feedback frequency. In reality, such assumption is seldom true. Typically, there is more than one frequency at which instability occurs. Suppressing one frequency may create a feedback frequency at another frequency (Agnew, 1996). Furthermore, as was indicated earlier, the feedback path is not stationary but dynamically modified by the state of the hearing aid wearer. Consequently, feedback may still occur in real-life even though it is once controlled in the clinic.

5

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID142043

*DSP hearing aids* - Digital techniques provide additional possibilities for addressing the feedback problem. However, because of the vigorous computational requirement of such feedback reduction algorithms, many DSP hearing aids opted to utilize simpler methods described in the previous paragraphs to manage feedback. Despite such constraints, some DSP-based feedback cancellation algorithms have been attempted on hearing aids to control feedback.

*Principle of feedback cancellation* – Figure 2 shows that feedback occurs because amplification of the feedback signal (GβX) results in system instability. If one knows the characteristics of this feedback signal, one may be able to generate a filter with a response characteristic similar to that of the feedback path. If one subtracts this estimated feedback signal from the input, one may obtain a virtually feedback-free system. This is the principle behind modern feedback cancellation theory. Egolf and Larson (1984) described this principle in detail.

Although theoretically sound, the early feedback cancellation method described by Egolf and Larson (1984) was based on filters with one fixed response. As discussed previously, movement of the hearing aid in the earcanal during jaw movements, changes in the reflective surfaces around the head, such as a telephone placed over the hearing aid etc (Kates, 1991) would change the feedback path characteristics. Consequently, feedback may still occur in real-life. A variable filter system that adapts to the changes in the characteristics of the feedback path is required.

*Adaptive feedback cancellation* - The first adaptive feedback cancellation systems designed for hearing aid use were developed around 1990 (Bustamante et al, 1989; Dyrlund & Bisgaard, 1991). Instead of a fixed filter, a feedback cancellation system that constantly monitors the feedback path is used in order to update the characteristics of the adaptive cancellation filter. In these early systems, the hearing aid generates a low-level noise as the input signal to the amplifier. Continuous correlation analyses are performed between the original noise signal entering the receiver and the microphone in order to provide a precise estimate of the feedback signal. The results of the correlation analyses are used to continuously modify the transfer function of the adaptive filter towards the transfer function of the feedback path. Subtracting the estimated feedback signal from the microphone signal (which contains the real feedback signal) leads to a cancellation of the feedback signal and thereby reduces the effective feedback factor (β in Figure 2). The advantage of the adaptive algorithm is that no fixed filters are used and no compromises in usable gain are made. Indeed, these algorithms reported an improvement of 5-10 dB of additional usable insertion gain before feedback (Henningsen et al., 1994). Furthermore, slow changes in the feedback path characteristics (Engebretson et al, 1993) are also managed properly.

Despite its relative effectiveness, several problems prevented its wide acceptance. First is the vigorous computational demand of the correlation analysis. To be able to estimate the feedback path accurately, correlation analyses

6

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID142044

need to be performed continuously or at brief intervals regularly. Considering the level of chip technology at that time, it was unrealistic to implement such a commercial system that can be both cosmetically and functionally acceptable.

Another disadvantage with this approach is that the low-level noise used in the correlation was audible to most hearing aid wearers. This was annoying to some wearers and in practice limited the use of such noise driven feedback canceling hearing aids to persons with severe-to-profound losses. Recently, feedback cancellation systems that use sounds in the environment to estimate the feedback path (Hellgren et al, 1999) have been described. These may solve the problem with audible measuring noise, since no artificial noise is present.

However, there are remaining problems associated with artifacts and response speed of the cancellation method. It was mentioned earlier that correlation analyses are performed to estimate the feedback path. This is based on the assumption that a feedback signal is a highly correlated version of the original signal. If high correlation is seen but the duration of the correlation analysis is short, the system may suggest the presence of feedback when in real-life no such feedback has occurred. This is an artifact of the analysis algorithm. In real-life, most speech and music signals are highly correlated on a short-term basis but not on a long-term basis. Thus, short-term correlation analysis on speech and music could result in cancellation of some speech and music signals and lead to unpleasant sound quality and loss of intelligibility. This suggests that long-term correlation (i.e., slow acting feedback path estimation) must be used to avoid such artifacts.

On the other hand, if the feedback cancellation algorithm takes a long time to cancel the feedback signal, it may not be able to handle the sudden changes in the characteristics of the feedback path. Audible feedback may still result until the feedback cancellation algorithm has successfully estimated and cancelled the feedback signal. For example, a telephone handset placed next to the ear will result in whistling that may last several seconds before the feedback cancellation algorithm is effective in abating the annoying signal. Other situations that may alter the feedback path characteristics include sudden jaw movement from laughing, talking etc. Such is undesirable and the successful algorithm must be able to handle such sudden changes as well. On the other hand, having a system that is always "fast-acting," as explained before, will create artifacts on speech and music signals.

*Summary of side-effects:* Existing methods to reduce feedback include approaches to minimize leakage and reduce available gain. They may limit feedback but could also lead to discomfort and loss of intelligibility/sound quality. Current DSP methods of adaptive feedback cancellation hold promise but many are still contaminated with artifacts.

**Diva solution**

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID142045

WID000023\Diva\artikler\FeedbackCancel\feedback_final.doc

Advances in miniaturization technology allow us to use a smaller and yet more powerful chip to successfully implement an adaptive feedback algorithm in the Senso Diva for controlling feedback in real-life situations. The current algorithm includes several proprietary patent-pending elements and results in over 10 dB more usable gain with little or no side-effects as those described previously. Because of the use of the latest and the most advanced chip design and very effective DSP implementation, the adaptive feedback algorithm in the Diva is active at all times while maintaining a low current drain. Figure 5 shows a functional diagram of this algorithm. What follows is a description of the two principal components of the algorithm – feedback path simulator and dynamic cancellation optimizer.

----Figure 5 here----

*Diva Feedback Path Simulator (FPS)*

The feedback path simulator (FPS) estimates the characteristics of the feedback signal in order to generate a cancellation signal. In contrast to previous attempts of using an external noise source, Diva FPS uses the incoming acoustic signal to drive the correlation process. Great effort was made to establish a time window of suitable length where correlation analyses are performed in order to avoid estimation errors of the feedback path (i.e., misinterpretation of speech or music as feedback). The hearing aid wearers would not have to listen to the external noise that was described in the previous paragraphs. This would minimize a source of annoyance for hearing aid wearers.

The incoming microphone signal (A) is continuously correlated to the amplified signal entering the receiver (B) at a sampling rate of 32 K Hz in order to estimate the signal feeding back from the receiver to the microphone. A cancellation signal (C) is generated which is sent to the summer (+) to cancel the feedback signal at the microphone. As the characteristics of the feedback path changes, the characteristics of the cancellation signal also changes. In order to obtain a stable analysis, an analysis window of approximately 5-10 seconds was chosen. The result of the analysis is updated for each new sample, i.e. 32000 times per second. As previously mentioned, the advantage of this approach is that no fixed filter is used to affect the usable gain at any frequency or at any input levels. The bandwidths of the filter or the number of channels within the hearing aid have no effect on the precision of the cancellation process because a cancellation signal is generated and added to the microphone signal prior to the band-split filters. Furthermore, since it is an inverse replicate of the feedback path, more than one feedback frequency can be canceled. Because the feedback path simulator is adaptive in nature, it will automatically incorporate any changes of the characteristics of the feedback path that may occur over time. This ensures the efficacy of the FPS all the time.

A cautionary note is necessary. The FPS process is purposely designed to have an adaptation time of 5-10 sec in order to avoid potential artifacts when speech and music are the incoming signals. When the characteristics of the feedback signal do not vary too much over time, the adaptive process have enough time to converge and create an exact "feedback cancellation signal" with a high degree of precision. This would completely

8

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID142046

WID000023\Diva\artikler\FeedbackCancel\feedback_final.doc

eliminate the feedback signal. However, if the characteristics of the feedback signal path vary considerably over time, the adaptive process may not have enough time to converge completely to yield an exact feedback cancellation signal. Indeed, this average estimate may deviate substantially from the characteristics of the momentary feedback signal to result in incomplete feedback cancellation.

*Diva Dynamic Cancellation Optimizer (DCO)*

The limitations of the FPS led us to design and include the dynamic cancellation optimizer (DCO) algorithm in the Diva hearing aid. When the wearer is chewing or yawning, additional sound leakage occurs as the shape of the earcanal is altered. When a telephone is held close to the hearing aid, the reflective surface close to the ear is changed from the "no-telephone" condition. These situations represent some of the situations during which the feedback path and consequently, the feedback signal is changed quickly. Because of the slow nature of the FPS, it may not be able to generate the "feedback cancellation signal" fast enough to cancel the new feedback signal. As a consequence, feedback may occur in those instances until the FPS has estimated an accurate feedback signal and cancelled it. And if the characteristics of the feedback signal do not stabilize (as in the wearer who constantly moves his jaw), feedback may never be canceled. This can be annoying. An effective feedback cancellation algorithm must also be able to accompany rapid changes in the feedback path. The DCO is a patent-pending, fast-acting mechanism that continuously estimates the attenuation characteristics of the feedback path in each of the frequency channels. From that, an estimate of the maximal gain in each frequency channel is calculated. Because it does not produce signals that are inserted into the signal path its action can be very fast without producing the artifacts mentioned earlier. If the feedback path changes rapidly (e.g. telephone to the ear) the DCO quickly and temporarily limits the low-input gain in the channels that produce the audible feedback. This allows the FPS time to recalculate the new feedback path and cancels the feedback signal without gain reduction. Because the DCO operates on specific channels, channel bandwidths could affect the specificity of its action. Such is not a concern in the 15-channel Diva hearing aid because each channel is only 1/3 octave wide.

Both FPS and DCO are active at all times. However, depending on the nature of the stimulus conditions and the requirements for the feedback mechanism, the action of one component may be more dominant over the other at any time. Figure 6 shows that the combined effects of the FPS and DCO allow as much as 10 -12 dB more usable gain before feedback occurs.

----Figure 6 here----

**Integrating the feedback cancellation algorithm into the fitting procedure**

A feedback test is an integral component of the fitting procedure. For the Diva, our experience with the feedback cancellation algorithm has been positive with minimal artifacts in a majority of situations. Thus, it should remain active at all times. An active

9

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID142047

WID000023\Diva\artikler\FeedbackCancel\feedback_final.doc

feedback cancellation state is especially necessary for wearers who cannot get adequate usable gain from the hearing aid without the feedback cancellation algorithm. In less critical situations, an active feedback cancellation algorithm could be advantageous for people who desire more venting/ leakage from their hearing aid/earmold for improved subjective preference, including the occlusion effect. This could also be beneficial for those with soft earcanal skin and/or straight earcanal geometry as their custom hearing aids may "work its way out" with use of the hearing aid during any jaw movement. In addition, this feature could be extremely useful for pediatric fittings for those below ten years of age. Rapid growth of their earcanals (e.g., Kruger, 1987; Feigin et al., 1989) and pinna/concha size as the child grows older would lead to increased risk of feedback with the same earmold. Depending on the individual characteristics and the test environment, an active feedback cancellation unit allows over 10 dB more usable gain than an inactive cancellation unit. On the other hand, deactivation of the feedback algorithm may prevent the occurrence of rare and unforeseen artifacts arising from certain types of music.

   The clinician can perform the automatic feedback test from either the portable programmer (SP3) or the Compass software (version 3.1). As usual, testing should be done in a quiet environment to avoid extraneous sounds from confounding the results of the test. During the test, a stimulus complex that consists of two calibrated signals is used. These two signals are generated within the hearing aid and are directed to the receiver. One of the signals has a noisy character and one consists of a series of modulated sinusoids. The signals are used to initialize the adaptive filter and to estimate the attenuation of the feedback path in each frequency channel. Output from the receiver that leaks back to the microphone through the acoustic feedback path is used to calculate the transfer properties of the feedback path. The feedback test provides two important pieces of information.

   *Assessing the goodness of the shell/earmold fit*

   Results of the feedback test would indicate if the current earmold/shell provides sufficient seal to retain the necessary gain for amplification of normal speech to the wearer's comfortable listening level. This information may allow one to install a larger vent than is traditionally used in hearing aids. Such action may help minimize the occlusion effect and improve subjective quality impression of the hearing aid. On the other hand, a larger vent may reduce the effectiveness of the noise reduction and directional microphone systems in the Diva. Clearly, the advantage of the feedback test is that its results would allow the clinician a choice of the necessary vent diameter according to individual preferences and properties of the earcanal and auricle.

   The results of the feedback test reflect the range of usable gain of the hearing aid before audible feedback occurs. However, it is also important to realize that the results apply only to the condition of the test situation during the feedback test. In a different situation, e.g., when a person's mouth is open or when a telephone is placed over the ear, the hearing aid may become unstable and results in audible feedback. If one were to set the upper gain limit where feedback occurs

10

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID142048

WID000023\Diva\artikler\FeedbackCancel\feedback_final.doc

to the value determined during the feedback test, the hearing aid may be at the verge of acoustic oscillations all the time (sub-oscillatory feedback). This could alter the frequency response of the hearing aid (Cox, 1982). Furthermore, any movement of the jaw could set the hearing aid into audible feedback. In order to avoid this, we adopted the practice of including a "feedback margin" in our Senso plus and Diva hearing aids. Simply, the feedback margin represents the dB gain below the level where audible feedback occurs. For example, a feedback margin of 6 dB means that the maximum gain of the hearing aid is set 6 dB below where audible feedback occurs.

*Initializing the system*

The result of the feedback test also serves to initialize the feedback path simulator. That is, it sets the initial parametric settings of the digital filter so that it can generate the cancellation signal to cancel the feedback signal. The parameter values are stored in the memory of the hearing aid and will be activated every time the hearing aid is switched on. By setting these parameters according to the results of the feedback test, the adaptive feedback cancellation process will start with that estimate as the first estimation of the feedback path. If there is no change in the condition in which the hearing aid is worn in real-life, the FPS will take minimal time to cancel the feedback signal. And if there is only a minor change in the characteristics of the feedback path from the estimated one, the adaptive nature of the FPS will take the least amount of time to fine-tune its parametric settings to cancel the feedback signal. The actual time depends on the closeness of the estimated feedback path and the actual feedback path. The greater the difference, the longer it takes the adaptive process to zero in on an accurate estimation. Thus, while the adaptive nature of the cancellation process would cancel any feedback signals, feedback tests conducted under more real-life conditions would yield better initial estimate of the feedback path and improves the effectiveness of the feedback cancellation process. For the same reason, it is important to redo the feedback test when the earmold or shell is modified so that a new set of relevant values are stored as the initial estimates.

**Conclusions**

Acoustic feedback can be minimized through appropriate preventive and acoustic measures. Digital signal processing brings additional possibilities that far exceed the capability of traditional approaches. The Senso Diva, a patent-pending method consisting of two complementary adaptive algorithms -- feedback path simulator (FPS) and dynamic cancellation optimizer (DCO), using slow and fast response times respectively, can handle the majority of feedback problems with minimal audible artifacts. Such features can be extremely useful for individuals who, despite every effort to obtain an accurate ear impression, fail to fully utilize the available gain on a hearing aid.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID142049

WID000023\Diva\artikler\FeedbackCancel\feedback_final.doc

### Reference

Agnew J. (1993). Application of a notch filter to reduce acoustic feedback. *Hear J.* 46, 37-40.

Agnew J. (1996) Acoustic feedback and other audible artifacts in hearing aids. *Trends in Amplification.* 1(2): 45-82.

Bennett M, Srikandan S, Browne L. (1980). A controlled feedback hearing aid. *Hear Aid J.* 33(7):12, 42.

Bustamante D, Worrall T, Williamson M. (1989). Measurement and adaptive suppression of acoustic feedback in hearing aids. *Proc. ICASSP*, p. 2017-2020.

Cox, R.M. (1982). Combined effects of earmold vents and suboscillatory feedback on hearing aid frequency response. *Ear Hear.* 3: 12-17.

Dyrlund, O., & Bisgaard, N. (1991). Acoustical feedback margin improvements in hearing instruments using a prototype DFS (Digital Feedback Suppression) system. *Scand Audiol.* 20: 49-53.

Egolf D. (1982). Review of the acoustic feedback literature from a control system point of view. *Vanderbilt Hearing Aid Report:State-of-the Art Research Needs.* (Eds. G Studebaker & F Bess). Monographs in Contemporary Audiology, Upper Darby, PA. p. 94 –103.

Egolf D, Larson V. (1984). Acoustic feedback suppression in hearing aids. *Rehab R & D Progress Reports,* Dept. of Veteran Affairs. P.163-164.

Engebretson A, French-St.George M, O'Connell M. (1993). Adaptive feedback stabilization of hearing aids. *Scand Audiol,* 22: 56-64.

Feigin J, Kopun J, Stelmachowicz P, Gorga M. (1989). Probe-tube microphone measures of earcanal sound pressure levels in infants and children. *Ear Hear.* 10:254-258.

Hellgren J, Lunner T, Arlinger S. (1999). System identification of feedback in hearing aids. *J Acoust. Soc Am.* 105: 3481-3496.

Henningsen L, Dyrlund O, Bisgaard N, Brink B. (1994). Digital Feedback Suppression (DFS). *Scand Audiol,* 23: 117-122.

Kates J. (1991). The problem of feedback in hearing aids. *J Comm Disorders.* 24: 223-235.

Confidential - Attorney's Eyes Only, Subject to Prosecution Bar

WID142050

Kochkin S. (1997). Subjective measures of satisfaction and benefit: establishing norms. *Sem Hear.* 18(1): 37-48.

Kruger B. (1987). An update on the external ear resonance in infants and young children. *Ear Hear* 8:333-336.

Kuk F. (1991). Perceptual consequences of venting in hearing aids. *Brit J Audiol*, 25:163-169.

Kuk F. (1994). Maximum usable real-ear insertion gain with ten earmold designs. *J Am Acad Audiol.* 5: 44-51.

Kuk F. (2000). Recent approaches to fitting nonlinear hearing aids. In *Audiology: Diagnosis, Treatment, and Practice Management.* Eds. (Roeser RJ, Valente M, Hosford-Dunn, H). Vol. II. Chapter 6, pp 261-290. Thieme Publisher. New York.

Lunner, T., Hellgren, J., Arlinger, S., & Elberling, C. (1997). A digital filter bank hearing aid: Three digital signal processing algorithms - user preference and performance. *Ear Hear.* 18: 373-387.

Preves D, Sigelman J, LeMay P. (1986). A feedback stabilizing circuit for hearing aids. *Hear Instru.* 37(4):34, 36-41, 51.

Sandlin R.(1996). Introducing a completely digital hearing instrument. *Hear. J.* 49(4): 45-49.

Confidential - Attorney's Eyes Only, Subject to Prosecution Bar

WID142051

WID000023\Diva\artikler\FeedbackCancel\feedback_final.doc

**Figure legend**

1. Block diagram showing the signal path in a hearing aid without feedback.
2. Block diagram showing the signal and feedback paths in a hearing aid with feedback
3. Effect on the input-gain curve during feedback management (Fbm) on a linear hearing aid.
4. Effect on the input-gain curve during feedback management (Fbm) on a nonlinear hearing aid. Note the difference in effect across input levels between the linear and nonlinear hearing aids.
5. Block diagram showing the two principal components of the Diva feedback cancellation algorithm – the feedback path simulator (FPS) and the dynamic cancellation optimizer (DCO).
6. Maximum gain before audible feedback without the feedback cancellation unit, and with both components of the feedback cancellation unit. Note that $10 - 12$ dB more usable gain is available with the active feedback cancellation unit.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID142052