# Exhibit KK

Thomas Kaulberg, Widex ApS     Start:06-11-00, Ændret:12-02-01     *FBC-beskrivelse*     Side 1/5

# FBC-beskrivelse

Forfatter : Thomas Kaulberg, Widex ApS

EXHIBIT
PX 810

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID160308

Thomas Kaulberg, Widex ApS    Start:06-11-00, Ændret:12-02-01    *FBC-beskrivelse*    Side 2/5

## 1  Indledning

Dette dokument er tænkt som en funktionel beskrivelse af hele feedback-reduktions-systemet i Senso Diva. Dokumentet er lavet som et supplement til hardware-dokumentationen "Feedback Cancelling" (filnavn pt: FeedbackDoc-v15a.doc) af Thilo Thiede, Widex ApS. Alle referencer til dette dokument vil være angivet med følgende prefix: "FBC:". Referencen "FBC:Figur 2" henviser således til figur 2 i hardware-dokumentet.

Som det fremgår af hardware-dokumentet og figuren nederst på siden består feedback undertrykkelses systemet af to uafhængige systemer. Det ene system (Xcorr) består af 10 adaptive filtre, der i hver sit frekvensområde estimerer dæmpningen af feedbackvejen (dvs. telefon + akustisk signalvej + mikrofon). Det enkelte filter arbejder i hver sit bånd i 15-bånds-filterbanken. I de nederste 4 bånd og i det øverste bånd estimeres dæmpningen ikke. Udfra den estimerede dæmpning kan man bestemme hvilket MAX_GAIN kompressoren i det enkelte bånd skal benytte. Fordelen ved denne metode er at MAX_GAIN bestemmes løbende. Når dæmpningen derfor ændres pludseligt, fx. ved at en telefon sættes til øret, vil kompressoren blive tvunget til at skrue ned. Filtrene er realiseret vha. adaptive filtre der foretager en kryds-korrelations-analyse af ind- og ud-gangssignalet i det enkelte bånd. Det eneste signal ud af disse filtre er MAX_GAIN-estimatet. Da filter-udgangen ikke bliver ført ud i signalvejen kan disse filtre adaptere hurtigt og en pludselig opstået ustabil situation kan gøres stabil inden den fører til "hyl". Xcorr-systemet kaldes i de officielle beskrivelser *Dynamic Cancellation Optimizer*.

Den anden del af feedback undertrykkelses systemet (Wlms) består af et enkelt adaptivt filter der forsøger at øge feedback-margin'en over hele frekvensområdet. For at øge denne margin skal udgangen af dette filter trækkes fra indgangssignalet. Dette medfører at filteret kun kan adaptere langsomt, typisk med en tidskonstant på 5-10 sek, for at undgå forvrængning af det hørbare signal. Filteret kan øge feedback-margin'en med op til 10 dB, fortrinsvis ved frekvenser over 1 kHz. Pga. den langsomme opdatering af filteret er det nødvendigt at initialisere filterets koefficienter ved startop. Disse koefficienter bestemmes under fitting vha. et støjsignal kombineret med en hurtig opdating. Wlms-systemet hedder officielt *Feedback Path Simulator*.



Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID160309

Thomas Kaulberg, Widex ApS            Start:06-11-00, Ændret:12-02-01            *FBC-beskrivelse*            Side 3/5

## 2 Xcorr

Som nævnt i indledningen består Xcorr-systemet af en række adaptive filtre, der arbejder i hver sit frekvensområde. Frekvensområderne er defineret af den i signalvejen benyttede 15 bånds filterbank. Ved at båndbegrænse indgangssignalerne til det enkelte adaptive filter, tvinger man det til at adaptere til den del af feedbackvejen, som repræsenterer det givne frekvensområde. I princippet vil man kunne bestemme den resulterende feedbackvej ved at stykke de enkelte overføringfunktioner fra de tilhørende frekvensområder sammen. Udfra det adapterede filter samt dets ind- og ud-gangs signaler skal et estimat for dæmpningen af proppen bestemmes.

### 2.1 Estimat af proppens dæmpning

Som det fremgår af FBC:Figur 4 bliver dette estimat beregnet som en løbende division af signalniveau'et på hhv. ind- og ud-gang (Pu og Py) af det adaptive filter. Signalniveau'erne bestemmes vha. en abs-average funktion (se FBC:Figur 5):

Signalniveau'et for u : `Pu = Pu + mg_avg * ( fabs(u) - Pu );`

Den løbende division af de to signalniveau'er beregnes som (se FBC:Figur 4):

```
if ( MaxGainEst*Py < Pu )
   MaxGainEst = MaxGainEst * mg_ap;
else
   MaxGainEst = MaxGainEst * mg_an;
```

De tre konstanter `mg_avg`, `mg_ap` og `mg_an` er alle EEPROM-parametre, og de bestemmer, sammen med adaptionsraten for det adaptive filter, hvor hurtigt en ændring i feedbackvejen kan detekteres.

### 2.2 Fastlæggelse af parametre, der bestemmer dæmpningsestimatets tidskonstant

Når de ovenfor nævnte parametre skal fastlægges, skal man først gøre sig følgende overvejelser. En hurtig indstilling af parametrene (dvs. en lille tidskonstant) har den fordel at den kan angribe en ændring i feedbackvejen hurtigt. Dvs. hvis en telefon føres til øret kan man minimere (evt. helt fjerne) den tid hvor en hyletone er tilstede. Desværre vil en lille tidskonstant også betyde at systemet er mere følsomt overfor signaler med en kraftig autokorrellation (fx. tale, fløjetoner, opera mm.). Indstillingen af parametrene vil derfor altid være et kompromis mellem hvor hurtigt man ønsker at angribe en ustabil situation og hvor meget man vil tillade systemet at skrue ned for signaler med kraftig autokorrellation. Til at indstille parametrene kan man derfor vælge følgende procedure :

1. Først indstilles `mg_ap`, `mg_an`, `mg_avg` og `my` (`FBC_Xcorr_mg_speed_0..2`, `FBC_Xcorr_mg_avg_0..2` samt `FBC_my_1..3`) til deres maximale værdier (dvs. maximal hastighed).

2. Herefter indstilles `FBC_Limit_Measured_0..14`, `FBC_Xcorr_Pregain_4..13` og `FBC_Xcorr_Postgain_4..13` vha. programmeringsboksen til de værdier der svarer til den givne feedback-vej. Se evt. dokumentet "FBC_Fitting.doc".

3. `FBC_Limit_MaxUp_0..2` samt `FBC_Limit_MaxDown_0..2` sættes til 15 dB. Disse parametre bestemmer hvor højt Xcorr kan skure op og ned i forhold til den målte hylegrænse (`FBC_Limit_Measured`).

4. Hvis target-gain er tilstrækkeligt højt, vil Xcorr-systemet nu hurtigt sænke gain ved ændringer af feedbackvejen (fx. "tlf. til øre"). Man sænker nu værdierne af

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID160310

`FBC_my_1..3` indtil det hyl der opstår opfattes som et kort (ca. ½ sek.) og "ikke ubehageligt hyl".

5. Øvelsen i pkt. 4. gentages nu for `FBC_Xcorr_mg_speed_0..2` og værdierne lagres som Progam 0-parametre (FBC=ON). I Program 1 (MUSIC) fratrækkes værdien 2 fra samtlige parametre (svarer til at hastigheden er reduceret til 25% af hastigheden i Program 1).

6. Parametrene `FBC_Xcorr_mg_avg_0..2` angiver hastigheden på abs-average-funktionen i Signalniveau-estimatet. De sættes til deres max-værdi (evt. 1 til 2 under max-værdi). De har vist sig at være ret ukritiske. De må bare ikke være for langsomme.

Pt. køres med en "Program 0-my" på $2^{-12}$ i alle bånd, samme værdi har mg_speed. MaxUp og MaxDown er sat til hhv. 10 og 15 dB.

Parametrene `FBC_Xcorr_leak_0..2` bestemmer hvor hurtigt tappene i filtrene søger mod 0. De skal som hovedregel have en værdi som ligger 128-1024 gange under my (`FBC_my_1..3`). Jo større leak-parametrene er, jo hurtigere bliver gain igen hævet når feedback-vejen går imod en kraftigere dæmpning ("telefon-flyttes-fra-øret"-situation), men en for stor leak-parameter kan også betyde at Xcorr-systemet giver en dæmpning som ligger lidt under det optimale. Værdierne 256 eller 512 er værdierne der har givet de bedste resultater indtil nu.

### 2.3 Fastlæggelse af parametre, der bestemmer dæmpningsestimatets niveau

Signalet til det enkelte filter i Xcorr-systemet bliver multipliceret med en faktor kaldet `pregain` (`FBC_Xcorr_Pregain_4..13`) (se FBC:Figur 3). Denne faktor skal sørge for at de enkelte tappe i filtrene ligger på et veldefineret niveau. Det præcise udtryk for denne parameter (samt de øvrige parametre beskrevet i dette afsnit) kan findes i dokumentet "FBC_Fitting.doc". Hvis man finder ud af at tappene ofte "løber over", skal denne værdi øges (dæmpningen skal reduceres) i FBC-fitting-routinen. Tilsvarende, hvis man finder ud af at tappene ligger langt fra udstyring og derved ikke til fulde udnytter præcisionen i hardwareimplementeringen, bør `pregain` sænkes i FBC-fitting-routinen.

Når den løbende division af ind- og ud-gangs-niveau'erne er foretaget, skal man kompensere for den skalering som `pregain` repræsenterer. Dette gøres umiddelbart efter MAX_GAIN-estimatets konvertering til dB (se blokken "linear -> dB" i FBC:Figur 4). Kompenseringen foretages ved i dB-domænet at addere parametren `postgain`. Da denne parameter også beregnes i FBC-fitting-routinen kan den benyttes til at hæve/sænke dæmpningsestimatets niveau.

## 3 WLMS

I modsætning til Xcorr-systemet arbejder WLMS-filteret (se FBC:Figur 2) som et bredsbåndsfilter, der forsøger at estimere feedback-vejen over hele frekvensområdet. Filteret kan arbejde i to modes bestemt af parametren `FBC_NoWarp`. Når denne er sat til 1 arbejder WLMS som et "Sign-Sign LMS FIR filter". Når den er sat til 0 skifter den fra at være et FIR-filter til at være et "Warped-FIR-filter". Denne Warping af filteret gør, at LMS-algoritmen er istand til også at adaptere til lavere frekvenser end et normalt FIR-filter ville kunne. Da Diva opererer med en forholdsvis høj samplingfrekvens (32 kSamples/sec) set iforhold til de frekvenser der i feedback-sammenhæng er interessante (2-5 kHz) udgør denne warping en væsentlig forbedring af systemet.

De eneste parametre som skal sættes op i forbindelse med WLMS er my og leakage (`FBC_my_0` og `FBC_Wlms_Leak`). my bestemmes her ved at sætte leak til 0, og sætte my til den højeste værdi, der giver en fuldt acceptabel lydkvalitet ved fløjte-toner, opera el. lign. Herefter sættes leak til en faktor 128 under my. Pt. køres med en my på $2^{-17}$.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID160311

Thomas Kaulberg, Widex ApS       Start:06-11-00, Ændret:12-02-01       *FBC-beskrivelse*       Side 5/5

I MUSIC-programmet kan man vælge enten helt at slå WLMS fra (vha. `FBC_Wlms_Enable`) eller blot at reducere adaptions-hastigheden, dvs. my.

## 4   Indstilling af Delay-parametre

Som det fremgår af FBC:Figur 1 indgår der en delay-kæde i Feedback-systemet. Denne delay-kæde har tre udgange. Som udgangspunkt sættes delayet i Xcorr-grenen (FBC_Xcorr_Delay) til max-værdien 24. FBC_Wlms_Delay skal typisk have en værdi mellem 18-22. Det afhænger af hvor mange af de første tappe i Wlms-filteret der ligger meget tæt på 0 (må prøves ved forsøg). Den sidste delay-parameter FBC_Out_Delay er afhængig af apparat-type (CIC/ITE/BTE). Forskellen mellem FBC_Wlms_Delay og FBC_Out_Delay skal svare til det akustiske delay i apparatet.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID160312

WID000023\Diva\doc\Feedback Cancelling\tk\FBC-beskrivelse.doc

Thomas Kaulberg, Widex ApS    Start:11/06/2000, Ændret:02/12/01    FBC description    Slide 1/5

# FBC Description

Author: Thomas Kaulberg, Widex Aps

Confidential – Attorney's Eyes Only,
Subject to Prosecution Bar

WID160308

WID000023\Diva\doc\Feedback Cancelling\tk\FBC-beskrivelse.doc

Thomas Kaulberg, Widex ApS    Start:11/06/2000, Ændret:02/12/01    *FBC-description*    Slide 2/5

# 1. Introduction

This document is intended as a functional description of the entire feedback cancellation system in Senso Diva. The document is developed as a supplement to the hardware documentation "Feedback Cancelling" (file name as of now: FeedbackDoc-v15a.doc) by Thilo Thiede, Widex ApS. All references to this document will be indicated by the following prefix: "FBC:." The reference "FBC:Figure 2" thus refers to Figure 2 in the hardware document.

As indicated in the hardware document and the figure at the bottom of this page, this feedback cancellation system consists of two independent systems. One system (Xcorr) consists of 10 adaptive filters, which, each within their frequency area, estimate the attenuation of the feedback path (i.e., telephone + acoustic signal path + microphone). Each filter operates in a particular band in the 15-band filter bank. In the lower 4 bands and in the upper band, attenuation is not estimated. From the estimated attenuation, it can be determined which MAX_GAIN the compressor in each band should use. The advantage of this method is that the determination of MAX_GAIN is ongoing. Thus, when the attenuation suddenly changes, for example because a telephone is held to the ear, the compressor will be forced to turn down. The filters are realized by means of adaptive filters that perform a cross-correlation analysis of the input and output signals in each band. The only signal emitted from these filters is the MAX_GAIN estimate. Since the filter output is not led out into the signal path, these filters can adapt quickly and a suddenly occurring unstable situation can be made stable before it results in "oscillation." In the official descriptions, the Xcorr system is called *Dynamic Cancellation Optimizer*.

The other part of the feedback cancellation system (Wlms) consists of a single adaptive filter that attempts to increase the feedback margin over the whole frequency area. In order to increase this margin, the output of this filter must be subtracted from the input signal. This means that the filter can only adapt slowly, typically with a time constant of 5–10 seconds, in order to avoid distortion of the audible signal. The filter can increase the feedback margin by up to 10 dB, primarily at frequencies above 1 kHz. Due to the slow updating of the filter, it is necessary to initialize the coefficients of the filter at start-up. These coefficients are determined during fitting by means of a noise signal combined with a quick updating. The Wlms system is officially called *Feedback Path Simulator*.



Confidential -- Attorney's Eyes Only,
Subject to Prosecution Bar

WID160309

WID000023\Diva\doc\Feedback Cancelling\tk\FBC-beskrivelse.doc

Thomas Kaulberg, Widex ApS    Start:11/06/2000, Ændret:02/12/01    *FBC-description*    Slide 3/5

# 2. Xcorr

As mentioned in the introduction, the Xcorr system consists of a series of adaptive filters that each function in a frequency area. The frequency areas are defined by the 15-band filter bank that is used in the signal path. By band limiting the input signals to the individual adaptive filter, one forces it to adapt to the part of the feedback path that represents the given frequency area. In principle, the resulting feedback path can be determined by piecing together the individual transfer functions from the corresponding frequency areas. From the adapted filter and its input and output signals, an estimate of the attenuation of the seal must be determined.

### 2.1 Estimate of the Attenuation of the Seal

As shown in FBC: Figure 4, this estimate is calculated as an ongoing division of the signal level of the adaptive filter's input and output, respectively (Pu and Py). The signal levels are determined by means of an abs-average function (see FBC: Figure 5):
    The signal level for u: Pu = Pu + mg_avg * ( fabs (u) – Pu );
The ongoing division of the two signal levels is calculated as (see FBC: Figure 4):
    If ( MaxGainEst*Py < Pu )
        MaxGainEst = MaxGainEst * mg_ap;
    Else
        MaxGainEst = MaxGainEst * mg_an;
The three constants mg_avg, mg_ap, and mg_an are all EEPROM parameters and they determine, together with the adaptation rate of the adaptive filter, how fast a change in the feedback path can be detected.

### 2.2 Determination of Parameters for Deciding the Time Constant of The Attenuation Estimate

When determining the abovementioned parameters, the following consideration should first be made. A quick adjustment of the parameters (i.e., a small time constant) has the advantage that it can deal quickly with an adjustment to the feedback path. For example, if a telephone is held to the ear, one can minimize (perhaps completely remove) the time during which oscillation is present. Unfortunately, a small time constant will also mean that the system is more sensitive to signals with a powerful auto correlation (for example, speech, whistling, opera, etc.). The adjustment of the parameters will thus always be a compromise between how quickly one wants to deal with an unstable situation and how much one wants to allow the system to turn down signals through powerful auto correlation. In order to set the parameters, one can therefore choose the following procedure:

1. First, mg_ap, mg_an, mg_avg, and my (FBC_Xcorr_mg_speed_0..2, FBC_Xcorr_mg_avg_0..2 and FBC_my_1..3) are set to their maximal values (that is, maximal speed).

2. After that, FBC_Limit_Measured_0..14, FBC_Xcorr_Pregain_4..13 and FBC_Xcorr_Postgain_4..13 are adjusted through the programming box to the values that correspond to the given feedback path. See perhaps the document "FBC_Fitting.doc."

3. FBC_Limit_MaxUp_0..2 and FBC_Limit_MaxDown_0..2 are set to 15dB. These parameters determine the extent to which Xcorr can turn up or down in relation to the measured oscillation limit (FBC_Limit_Measured).

4. If the target gain is sufficiently high, the Xcorr system will now quickly lower the gain through changes of the feedback path (for example, "telephone to ear"). The values of

Confidential – Attorney's Eyes Only,
Subject to Prosecution Bar

WID160310

WID000023\Diva\doc\Feedback Cancelling\tk\FBC-beskrivelse.doc

Thomas Kaulberg, Widex ApS    Start:11/06/2000, Ændret:02/12/01    *FBC-description*    Slide 4/5

FBC_my_1..3 are now lowered until the oscillation that arises is perceived as a brief (approximately ½ sec.) and "not unpleasant oscillation."

5. The exercise of point 4 is now repeated for FBC_Xcorr_mg_speed_0..2 and the values are stored as Program-0-parameters (FBC=ON). In Program 1 (MUSIC) the value 2 is subtracted from all parameters (corresponds to a reduction of speed to 25% of the speed in program 1).

6. The parameters FBC_Xcorr_mg_avg_0..2 indicate the speed of the abs-average function in the Signal level estimate. They are set to their maximum value (possibly 1 to 2 below max-value). They have turned out to be quite uncritical. However, they should not be too slow.

Presently, a "Program 0-my" of $2^{-12}$ in all bands is used. The same value has mg_speed. MaxUp and MaxDown are set to 10 and 15 dB, respectively.

The parameters FBC_Xcorr_leak_0..2 determine how fast the taps in the filters move to 0. As a rule, they must have a value that is 128–1024 times below my (FBC_my_1..3). The greater the leak parameters are, the faster gain is again increased when the feedback path moves toward a stronger attenuation ("telephone-is-removed-from-ear" situation). However, a too great leak parameter can also mean that the Xcorr system causes an attenuation that lies slightly below the optimal. The values 256 or 512 are those that have given the best results until now.

### 2.3 Determination of Parameters that Determine the Level of the Attenuation Estimate

The signal to the individual filter in the Xcorr system is multiplied by a factor called pregain (FBC_Xcorr_Pregain_4..13) (see FBC:Figure 3). This factor makes sure that the individual taps in the filters are at a well-defined level. The precise expression for this parameter (as well as the other parameters described in this section) can be found in the document "FBC_Fitting.doc." If one finds that the taps often "flow over," this value must be increased (the attenuation must be reduced) in the FBC-Fitting routine. Similarly, if one finds that the taps lie far from operating and thus do not fully exploit the precision of the hardware implementation, pregain should be lowered in the FBC-Fitting routine.

When the ongoing division of input and output levels has been performed, it is necessary to compensate for the scaling that pregain represents. This is done immediately after the conversion of the MAX_GAIN estimate to dB (see the block "linear -> dB" in FBC:Figure 4). The compensation is performed by adding the parameter postgain in the dB domain. Since this parameter is also calculated in the FBC_Fitting routine, it can be used for raising/lowering the level of the attenuation estimate.

### 3. WLMS

In contrast to the Xcorr system, the WLMS filter (see FBC:Figure 2) functions as a broadband filter that attempts to estimate the feedback path over the entire frequency area. The filter can work in two modes determined by the parameter FBC_NoWarp. When this is set to 1, WLMS functions as a "Sign-Sign LMS FIR filter." When set to 0, it changes from being a FIR filter to being a "Warped-FIR filter." This Warping of the filter means that the LMS algorithm is able to also adapt to lower frequencies than a normal FIR filter would be able to. Since Diva operates with a relatively high sampling frequency (32 kSamples/sec) seen in relation to the frequencies that, in a feedback connection (2–5 kHz), are interesting, this warping constitutes a significant improvement of the system.

The only parameters that need to be set up in connection with WLMS are my and leakage (FBC_my_0 and FBC_Wlms_Leak). my is here determined by setting leak to 0 and setting my to the highest value that will provide a fully acceptable sound quality at oscillation tones, opera and such. After this, leak is set to a factor 128 below my. Currently, a my of $2^{-17}$ is being used.

Confidential – Attorney's Eyes Only,
Subject to Prosecution Bar

WID160311

WID000023\Diva\doc\Feedback Cancelling\tk\FBC-beskrivelse.doc

Thomas Kaulberg, Widex ApS        Start:11/06/2000, Ændret:02/12/01        *FBC-description*        Slide 5/5

In the MUSIC program, one has the choice of completely turning off WLMS (by FBC_Wlms_Enable) or merely reducing the adaptation speed, i.e., my.

### 4. Adjustment of Delay Parameters

As shown in FBC:Figure 1, a delay chain is included in the Feedback system. This delay chain has three outlets. As a starting point, the delay in the Xcorr branch (FBC_Xcorr_Delay) is set to the max-value 24. FBC_Wlms_Delay must typically have a value between 18 and 22. This depends on how many of the first taps in the Wlms filter are very close to 0 (must be tried by testing). The last delay parameter FBC_Out_Delay depends on the device type (CIC/ITE/BTE). The difference between FBC_Wlms_Delay and FBC_Out_Delay must correspond to the acoustic delay in the device.

Confidential – Attorney's Eyes Only,
Subject to Prosecution Bar

WID160312