Exhibit LL

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc



# Senso Diva

October 2001

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

EXHIBIT

PX 820

EXHIBIT

index 82
7-26-07

WID163223

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only – C O N F I D E N T I A L*

## 1.     *Diva Amplification Rationale*

**Q:**     Which amplification rationale is used in *Senso Diva*?

**A:**     The rationale behind the amplification algorithm used in *Senso Diva* is a combination of loudness equalisation and loudness normalisation. In non-linear, multi-channel hearing instruments it is possible to differentiate between the gain provided at various frequencies and input levels. *Senso Diva* has been designed to maximise the benefit of this possibility. At medium input levels, *Senso Diva* utilises the loudness equalisation principle according to which normal speech is amplified to match the user's MCL contour at all frequencies. This strategy defines *Senso Diva*'s gain at typical speech levels at every frequency. In addition to this, a loudness normalisation strategy has been used at low and high input levels. The objective at high input levels is to reproduce high-level input sounds slightly below the UCL contour. The objective at low input levels is to amplify low-level input sounds to a level slightly above the listener's threshold. The combination of these two underlying amplification principles ensures that the amplification strategy focuses upon both increased speech intelligibility and comfort in all situations.

**Q:**     Does this amplification algorithm compensate for recruitment?

**A:**     Yes, *Senso Diva* is a multi-channel, compression hearing instrument in which the compression system is designed primarily for recruitment compensation. In general, recruitment is frequency-specific and it is therefore necessary to counteract its effect differently at different frequencies. A combination of loudness equalisation (for enhanced speech intelligibility) and loudness normalisation (in order to restore loudness of all possible stimuli) has therefore been implemented in each of the 15 channels.

**Q:**     Is the amplification algorithm in *Senso Diva* new?

**A:**     Yes. The amplification algorithm has been designed especially for *Senso Diva*. The position and slopes of the segments comprising the input-output characteristic of each compressor (I/O curve) are calculated in accordance with the amplification rationale outlined above. In this calculation it is necessary to include the influence of filter bandwidth, detector type, regulation speed and other hearing instrument specific factors.

**Q:**     How does the *Senso Diva* amplification algorithm ensure that the user's UCL level is not violated?

**A:**     *Senso Diva* is equipped with multi-segmental compressors in all channels. Separate control over the sound reproduction at high input levels is possible by adjusting the compression ratio of the low and high level compressors.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163224

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only –* **C O N F I D E N T I A L**

### 2.   *Diva Paediatric Rationale*

**Q:**   **Why has the Paediatric Rationale been introduced?**

**A:**   The Paediatric Rationale has been introduced in order to accommodate the special needs of young children. Since the ear canal of a child does not reach adult proportions until the age of five, the acoustic properties of the ear canal in infants and young children may influence the amplification needs of this age group. By utilising the Sensogram, the acoustic properties of the ear canal are incorporated in the gain calculation and the need for further age-specific corrections is therefore minimal. The Sensogram-based amplification algorithm compensates very precisely for the smaller ear cavity at input levels close to the hearing threshold but is slightly biased at high input levels. The Diva Paediatric Rationale is introduced in order to alleviate this bias and ensure an even higher amount of fitting precision for young children.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163225

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

For Widex internal use only – C O N F I D E N T I A L

### 3.  Diva Filter Bank

**Q:**   Why does *Senso Diva* have 15 bands?

**A:**   Experiments have shown that narrowing the bandwidths and thereby increasing the number of bands could potentially increase the effectiveness of the noise reduction algorithm. Furthermore, an increased number of bands could result in increased precision in feedback cancellation strategies and in occlusion management. The optimum bandwidth for *Senso Diva* was found to be approximately one third of an octave throughout the main speech frequency range. With such narrow bandwidths, 15 bands were necessary.

**Q:**   Is there a difference between bands and channels?

**A:**   It is possible for a hearing instrument to have many bands and fewer channels. The number of channels is determined by the number of individually functioning compressors. *Senso Diva* has fifteen bands AND fifteen channels, meaning that each frequency band has its own compressor.

**Q:**   How has the steepner  of the filters in *Senso Diva* been determined?

**A:**   The steepness of the filters in *Senso Diva* has been determined by three requirements: 1. The filters should be steep enough to compensate for abruptly sloping losses (precipitous losses, ski-slope audiograms). 2.  The filters should not be too steep since this would introduce an unnecessary delay. 3. The filters should provide the most beneficial signal conditioning for Diva Noise Reduction with Speech Intensification. This has resulted in filters designed with a maximum steepness typically amounting to 50 dB per octave. The steepness of the filters is not constant across frequencies, but depends somewhat on the centre frequency of the band in question and where on the filter skirts the slope is measured.

**Q:**   What type of filter is used in Senso Diva?

**A:**   *Senso Diva* has a bank of 15 infinite impulse response (IIR) minimum delay filters.

**Q:**   What is the advantage of using Minimum Delay Filters rather than FFT technology?

**A:**   Minimum delay filters have several advantages over filters generated by means of Fast Fourier Transformation (FFT) technology. First of all, minimum delay filters may provide a better frequency resolution, as the low frequency range is divided into narrower bands than the high frequency bands. More narrow bands provides the means for better specificity in noise reduction, feedback cancellation and occlusion management, and the delay is minimised substantially in comparison to e.g. FFT-based filters.

**Q:**   Which bandwidth is used in *Senso Diva*?

**A:**   The bandwidths of *Senso Diva's* filters are one third of an octave throughout the main speech frequencies. Note that the difference between one-third octave bands and critical bands is small. The narrow bandwidths provide excellent resolution for noise reduction, occlusion management, acoustic feedback cancelling and frequency specific amplification.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163226

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only –* **CONFIDENTIAL**

### 4. Diva compression

**Q:** What type of compression is used in *Senso Diva*?

**A:** The compression system in *Senso Diva* is of the type "Enhanced Dynamic Range Compression" (EDRC). It utilises a multi-segmental compressor characteristic to meet the goal of the Diva Amplification Rationale: loudness equalisation for typical speech inputs and loudness normalisation for loud and soft sounds. EDRC includes the use of Low Level Compression (LLC) and High Level Compression (HLC), which provides separate control over sound reproduction at low and high input levels in each channel. EDRC also features a low compression kneepoint that provides the user with the ability to hear very weak sounds, not usually accessible with other hearing instruments. Consequently *Senso Diva* provides compression over an input range of more than 80 dBHL. This far exceeds the compression range of typical WDRC hearing instruments, hence the name "Enhanced Dynamic Range Compression".



**Q.** What is the "multi-segmental compressor characteristic"?

**A:** The compressor characteristic of *Senso Diva* is best illustrated by the input-output curve (or an input-gain curve, as seen in Compass). The input-output curve comprises five segments, each with a different function in regard to the amplification algorithm.
The first segment (1) is an expansion zone which renders circuit noise inaudible for that particular hearing loss.
In *Senso Diva* the circuit-noise level is very low due to the use of narrow band filters and microphones with reduced internal noise levels. Therefore, expansion takes place at very low input levels (in many bands the expansion zone will be below 0 dBHL and thus not be visible within the input range shown in Compass).
The second segment (2) is maximum gain limitation with linear gain. The size of this segment depends to some degree on the result of the feedback test. The third segment (3) is Low Level Compression (LLC), a compression zone with recruitment compensation.
The fourth segment (4) is High Level Compression (HLC) for high level inputs. The kneepoint between segment 3 and 4 functions as a hinge allowing the compression ratio of the two segments to be adjusted independently of each other. Finally, the fifth segment (5) is the stage at which output is limited with Automatic Output Control (AOC). The combination of these five segments in each of Diva's 15 channels ensures the flexibility needed to fit and fine tune clients with a large range of auditory needs.

**Q:** How many compressors does *Senso Diva* have?

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163227

**W\D000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc**

*For Widex internal use only –* **CONFIDENTIAL**

A.    *Senso Diva* has 15 compressors, one in each of the 15 channels.

Q:    **What is "smearing"?**
A:    Smearing refers to the possible reduction of important perceptual contrasts of a speech signal that may occur when a compression system is used to compensate for hearing loss and recruitment. There are two types of smearing: spectral smearing, in which the spectral peaks and valleys are levelled out, and temporal smearing, which affects the differences in loudness of sound segments over time. The risk of smearing increases as the number of channels and/or regulation speed increases.

Q:    **What is "spectral smearing"?**
A:    Spectral smearing refers to the partial neutralisation of spectral contrasts in a sound signal which may occur in multi-channel compression systems - especially when fast-acting regulation is utilised - and will result in reduced intelligibility and clearness of speech. The short-term spectrum of speech provides important cues for distinguishing different speech sounds. For example, vowels are characterised by formants located at frequencies which are characteristic of each particular vowel. Formants are high-intensity frequency regions that are separated by spectral valleys where less energy is present. The perception of consonants similarly depends on the detection of formants, in that the transition of formants in connection with consonants provides an important cue for the identification of consonants. If spectral smearing levels out spectral peaks and valleys, intelligibility and clearness of speech will be affected.

Q:    **What is "temporal smearing"?**
A:    Temporal smearing refers to the partial neutralisation of temporal contrasts in a sound signal that may occur in fast-acting compression systems. The temporal structure of speech provides important cues for distinguishing different speech sounds. For example, a stop consonant is characterised by a brief pause followed by a burst when the closure is released. 'Voice onset time' and duration are also important for speech understanding. Fast-acting compression may lead to a reduction of the loudness differences between speech segments – the temporal envelope surrounding the sound is smoothed out. This may result in reduced clearness of speech and a significant reduction of the overall sound quality.

Q:    **What has been done to prevent smearing?**
A:    Several steps have been taken in order to ensure that the spectral and temporal contrasts in speech signals are preserved. The incoming signal is analysed in a digital filter bank consisting of 15 Minimum Delay Filters. Processing of the speech signal takes place in 15 individual processing channels with individual compressors. If such a large number of compressors were working independently of each other, the peaks and valleys of the speech spectrum would be smeared out and the sound quality would deteriorate as a consequence. In order to preserve the spectral contrasts, a special Anti-Smearing System has been established. The Anti-Smearing System ensures a certain level of inter-channel dependency and consequently makes sure that the individual compressors work in a way that preserves the spectral contrasts. Also, a Sound Stabilizer has been implemented in each channel in order to optimise the regulation speed of the compressors. In general, slow-acting regulation is used to preserve the temporal contrast; however, when the listening situation changes abruptly, the regulation speed is increased in order to ensure constant audibility.

Q:    **Is the Sound Stabilizer in *Senso Diva* the same as in Senso⁺?**
A:    The Sound Stabilizer in *Senso Diva* operates according to the same principles as the Sound Stabilizer in Senso+ and implements dynamic control of the regulation speed in the compressors. In *Senso Diva* the Sound Stabilizer operates in each of the 15 channels.

Q:    **Does *Senso Diva* use fast-acting or slow-acting regulation of gain?**
A:    *Senso Diva* uses slow-acting regulation of gain whenever feasible in order to utilise the proven positive effect this has on the sound quality. However, in abruptly changing sound environments, slow-acting regulation may not be favourable since it may adapt too slowly to rapidly changing

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163228

*For Widex internal use only -- C O N F I D E N T I A L*

situations. The Sound Stabilizer optimises the regulation speed in the compressors by slowing down the regulation in stationary listening situations and speeding regulation up when the listening situation changes.

**Q:** **What are the compression ratios in *Senso Diva*?**
**A:** The compression ratio is individual for each channel and depends on the hearing loss. Also, note that there are two different compression ratios in each channel, because the compression ratio for Low Level Compression typically differs from the compression ratio for High Level Compression.

**Q:** **What are the compression thresholds in *Senso Diva*?**
**A:** The compression threshold (CT) is defined by two primary factors: 1) the level of microphone noise in that particular channel, and 2) the fit of the earmould/shell. In *Senso Diva* the circuit-noise level is very low due to the use of narrow band filters and microphones with reduced internal noise levels. This allows the compression threshold level to decrease; i.e. more gain can be provided for very soft input levels without compromising the sound quality. For a sufficiently tightly fitting earmould/shell the compression threshold may therefore be close to or even below 0 dBHL.

**Q:** **What is the effect of the Automatic Output Control in *Senso Diva*?**
**A:** The AOC circuit functions in the output stage, limiting the electrical output level when necessary. This is typically the case in situations where the hearing instrument would otherwise go into saturation because the combination of a high input level and high gain exceeds the maximum output level of the output stage. The AOC circuit prevents distortion in situations with high input levels and high gain levels. Since the AOC works by limiting the electrical signal with a fast-acting limiter AGC, the active AOC circuit may make the hearing instrument sound slightly softer in situations with loud sounds, especially to users who are used to hearing aids with traditional peak clipping.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163229

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only –* **C O N F I D E N T I A L**

### 5.  Sensogram

**Q:**  How are the in-situ thresholds of the hearing impaired person determined with *Senso Diva* compared with the *Senso*˚ series?

**A:**  The original measurement of in-situ thresholds has been further developed in *Senso Diva*. The threshold measurements are measured in-situ with warbled stimuli. Each stimulus consists of frequency-modulated pulses with the maximum frequency deviation automatically set to the critical bandwidth that corresponds to the centre frequency of the band. Once the in-situ thresholds have been measured in the four basic bands, centred at 500, 1k, 2k and 4kHz, the setting of the remaining bands is calculated and implemented automatically.

**Q:**  In how many bands should the Sensogram be measured?

**A:**  The Sensogram is performed in four basic bands (500, 1k, 2k and 4kHz). The setting of the remaining bands is then calculated automatically by way of inter- and extrapolation. According to the experience obtained with earlier Senso hearing aids using three band in-situ measurements, four Sensogram thresholds should provide more than adequate information for precise programming of Senso *Diva* for the vast majority of individuals.

**Q:**  Is it possible to measure the Sensogram in all available bands?

**A:**  The option of performing the Sensogram in one or more additional bands is open. However, it is seldom necessary to measure the Sensogram in all bands, more often it will prove useful to measure more thresholds in a specific frequency region. In situations where the auditory thresholds below 500Hz or above 4000Hz differ greatly from the thresholds at 500Hz and 4000Hz it will be advisable to perform an expand Sensogram within these regions. In a BTE hearing instrument, the Sensogram can be performed in 13 bands and in an ITE/ITC and CIC hearing instrument in 14 bands. It is possible, with both the SP3 and Compass, to choose the frequency range where one wishes to "expand" to view or measure the thresholds of intermediate frequencies. The 125 Hz band will not be available for measurements in the Expand Sensogram mode due to the risk of ambient noise contaminating the threshold measurement. Likewise, it is not possible to measure Sensogram threshold for the 8kHz band in BTE models, as the output of the hearing aid in this frequency range is dampened by the tubing/sound bore.

**Q:**  If it is possible to measure a threshold in each band, would a peak in either microphone or receiver characteristics in a certain frequency band influence the Sensogram threshold measured?

**A:**  No. Compensations have been made for both the microphone and receiver characteristic internally in the hearing instrument.

**Q:**  Are there situations where the Sensogram might deviate from the measured audiogram?

**A:**  For hearing losses where one chooses to measure the intermediate frequencies (zigzag configurations) one would expect the Sensogram to reflect the "zigzag" curve that is represented in the standard audiogram and the final frequency response to be equalised in accordance with the peaks registered. However, the "zigzag" in the standard audiogram may be due to resonance created as the test tone is transmitted from headphone to eardrum, and if that is the case the Sensogram would most probably have a smoother frequency response, because the threshold is measured much closer to the eardrum.

**Q:**  When should a Sensogram be performed?

**A:**  A basic Sensogram should be performed whenever a client is fitted with *Senso Diva*. In addition, it is necessary to repeat the Sensogram measurement when major alterations have been made to the earmould, when one suspects changes in the client's hearing and when growth has caused the size of the ear canal in young children to increase resulting in changed amplification requirements.

**Q:**  Can *Senso Diva* be fitted without a Sensogram being performed?

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163230

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only –* **C O N F I D E N T I A L**

A:    We strongly recommend using the Sensogram as a basis for fitting *Senso Diva*. In rare cases, a
      Sensogram cannot be obtained. This can be the case with infants or persons who for some reason
      cannot co-operate. In such cases, thresholds obtained by other methods can be used instead. For
      infants, auditory brainstem response is typically used, and we recommend that Compass should be
      used for these fittings (entered information about the transducer used for the audiogram can be used
      by the program to predict the best estimation of Sensogram). Please note that whether Sensogram
      has been measured or not, in the case of small children, one should always enter the age of the child
      in the fitting software in order for gain to be optimised according to the Paediatric Rationale.

Q:    **Is there a limit to how loud a tone can be presented?**
A:    During the Sensogram measurement the maximum sound pressure level that will be presented is
      limited to the upper limit of the fitting range for each band.

Q:    **Is the maximum presentation level for Sensogram tones specific for each hearing aid model?**
A:    Yes, the limit depends on the fitting range for the specific models at specific frequencies.

Q:    **Is it possible to use the Sensogram tones for loudness scaling?**
A:    No, we have deliberately avoided including such measures in the fitting procedure due to the
      substantial procedural variability. Therefore, it is not possible to use such data in the fitting
      procedure. After the fitting has been completed, however, it makes good sense to assess the fitting
      e.g. by estimating the perceived loudness of various everyday sounds. Such results can be used as
      verification of the fitting and, if necessary, as a guide to fine tuning.

Q:    **Does ventilation in the earmould/shell influence the Sensogram?**
A:    The acoustic properties of the earmould are taken into account when measuring the Sensogram, i.e.
      if the earmould has a vent this will be reflected in the low frequency Sensogram thresholds.
      Therefore one must always repeat the Sensogram in case of alterations of the vent size. We do not
      recommend extending Sensogram measurements below 500 Hz if the earmould has a vent, as this
      may result in artificially high thresholds.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163231

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only – CONFIDENTIAL*

## 6.  *Diva Noise Reduction with Speech Intensification*

**Q:**  How does the noise reduction system work in *Senso Diva* compared to Senso+?

**A:**  The original noise reduction scheme from Senso C and Senso+, which was based upon a statistical analysis of the incoming signal, forms the basis of the Noise Reduction with Speech Intensification system in *Senso Diva*. The goal of the noise reduction system is to preserve audibility of speech while reducing the masking noise signal. The system utilises the difference in level distribution between speech and noise to determine whether speech and/or noise is present in each of the 15 channels and adjusts gain in the relevant channels. While the original noise reduction in Senso operated in 3 independent channels the use of filters with much narrower bandwidths and a faster acting noise reduction system in *Senso Diva* has increased the potential benefit of the system. The bandwidths of *Senso Diva*'s filters are one third of an octave throughout the main speech frequency range. Consequently the noise reduction system operates with greater detail and precision and has considerably less impact on the speech signal.

**Q:**  Will Diva Noise Reduction with Speech Intensification improve speech intelligibility in noise?

**A:**  This depends on the type of noise and on how much the user is affected by spread of masking. Situations where the noise is stationary, and where its spectrum therefore differs substantially from the speech spectrum, have the best potential for speech intelligibility improvements. Such situations typically occur inside a car or an aeroplane. Another main effect of the noise reduction circuit is that a reduced noise level makes it more comfortable for the hearing aid user to communicate in noisy environments over an extended period of time. In connection with the Diva Locator system, *Senso Diva* provides state-of-the-art conditions for communication in noisy environments.

**Q:**  How fast will Diva Noise Reduction with Speech Intensification react?

**A:**  When the hearing aid user moves from a totally quiet environment to a noisy environment, the noise reduction system will take effect and be fully active in the course of 20-25 seconds. If the hearing aid user moves from a noisy environment to complete silence the noise reduction system will adapt instantly.

**Q:**  Does *Senso Diva* have a system similar to the SIS in Senso'?

**A:**  The Diva Speech Intensification System (Diva SIS) in *Senso Diva* is fundamentally similar to the SIS in the Senso+ series. Our research has shown that in situations with both speech and noise it is possible to improve speech intelligibility by slightly shifting the frequency balance. Thus an improvement in speech intelligibility was observed when more emphasis was put on the mid and high frequency regions, whereas relatively less emphasis was placed on the low frequencies. This is exactly what Diva SIS does by re-balancing the contributions of the frequency channels. Diva SIS receives information from all 15 channels and counterbalances the loudness reduction caused by the noise reduction system accordingly.

**Q:**  Will Diva Noise Reduction with Speech Intensification influence the loudness of speech?

**A:**  Noise reduction algorithms in general will reduce the overall loudness of sounds (that is speech and noise) passing through the hearing aid. When both speech and noise are present in the hearing aid it is advantageous to secure speech audibility/intelligibility by reassigning gain across the speech frequency range. In *Senso Diva*, the Diva SIS will ensure that the frequency range important for speech will remain audible by modifying the actions in the noise reduction algorithm.
Diva SIS receives information from all 15 channels of *Senso Diva* in order to determine if speech is present with the background noise. If the noise reduction algorithm is heavily active in the low frequency channels, the Diva SIS will counterbalance the ensuing loudness reduction by raising the gain in the channels in the speech frequency range. To the hearing instrument user, the net effect is an apparent reduction of the noise without degradation of speech loudness.

**Q:**  When is Diva SIS active?

Confidential - Attorney's Eyes Only.
Subject to Prosecution Bar

WID163232

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only –* **CONFIDENTIAL**

A:    The noise reduction system adjusts the gain in each channel based on a statistical analysis of the incoming sound. If the analysis shows that noise is present in a given frequency range, the gain in the corresponding channel will be reduced. The Diva SIS is active whenever a speech and a background noise signal are present at the same time. When the incoming signal is speech alone, Diva Noise Reduction with Speech Intensification is not active. When the incoming signal is noise alone Diva Noise Reduction is active without SIS in order to ensure user comfort.

Q:    **How fast will Diva SIS react?**
A:    When the input to the hearing aid changes from noise alone to speech in noise, Diva SIS becomes active within a fraction of a second, with a small variation depending upon the signal-to-noise ratio (SNR). When the input changes from speech in noise to noise alone, Diva SIS will gradually cease to be active. Diva SIS therefore has a fast attack time and a slow release time.

Q:    **Is Diva Noise Reduction with Speech Intensification active when listening to music?**
A:    Most types of popular music do not activate the Diva Noise Reduction system and the sound quality of the music is good. Some types of classical music, such as hymns and organ music, may activate the noise reduction and degrade the musical sound quality. Therefore, *Senso Diva* SD-9M and *Senso Diva* SD-XM have a second optional listening program derived from the fitting, which is designed specifically for listening to music. In the Music program, Diva Noise Reduction with Speech Intensification is disabled along with other modifications. Also, the fitting algorithm is slightly altered in order to optimise for music, by providing a bass boost. This combination provides the user with an excellent sound quality when listening to music.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163233

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only – C O N F I D E N T I A L*

## 7.　Diva Locator

**Q:**　**What kind of directional system is used in *Senso Diva*?**
**A:**　In *Senso Diva*, a specially developed patent-pending dual microphone technique has been used. The most prominent benefit of the dual microphone technique is that it can be adaptively controlled and continuously change its polar pattern from omnidirectional over cardioid, supercardioid and hypercardioid to bi-directional. The dual microphone technique in *Senso Diva* is further advanced and includes patent-pending digital signal processing algorithms, which secure high performance throughout the instrument's life and also reduce possible annoyance from circuit and wind noise.

**Q:**　**What is "Adaptive Beamforming"?**
**A:**　Adaptive Beamforming exploits the combination of digital signal processing and the dual microphone system. Consequently the directivity is set according to the direction of the signal and noise sources. Basically, the hearing instrument determines from which direction the noise is coming and adapts the microphone sensitivity accordingly. If the user is in an adverse listening situation with noise reaching the hearing instrument from many directions, the most effective way of reducing the noise is to shape the directional pattern in such a way that the overall noise from the rear and the sides is kept at a minimum. In the case of a single noise source, the sensitivity minima will automatically be placed in the direction of the noise source. Thus a single stationary or moving noise source will virtually be cancelled. In all situations, Adaptive Beamforming results in the microphone characteristic best suited for that specific situation. Adaptive Beamforming is performed without changing the frequency response of sounds from the frontal direction and does therefore not compromise the fitting. In *Senso Diva* the Adaptive Beamforming can glide from an omnidirectional characteristic to bi-directional characteristic through all the intermediate characteristics and back again in one smooth transition. As the polar characteristic changes smoothly, the hearing instrument user will not notice the transition.

**Q:**　**If a sound suddenly comes from directly behind the user when *Senso Diva* is in directional mode, will the user be able to hear it?**
**A:**　Yes, the adaptation to a new sound pattern will take some seconds, which allows the listener to turn around and face the sound source if he or she wants to listen to it. Moreover, the EDRC compression system of *Senso Diva* with its low compression threshold enables the *Senso Diva* user to detect even very soft sounds from behind.

**Q:**　**How fast is *Senso Diva* able to change directionality?**
**A:**　The Adaptive Beamforming feature in *Senso Diva* adapts rather slowly in order not to disturb directional hearing, and it typically uses a couple of seconds to adapt to a new situation.

**Q:**　**Does the frequency response change as the microphone characteristic is optimised?**
**A:**　No. All directional systems are characterised by a reduced sensitivity to low-frequency sounds. The degree depends somewhat on the distance between the two sound inlets as well as the directional characteristic used. This low-frequency loss may be especially problematic in an adaptive dual microphone system, where changes between omni and directional positions or between various directional patterns may cause loudness fluctuations. In *Senso Diva*, adaptive low-frequency compensation has been implemented, which ensures the same frequency response in all situations.

**Q:**　**In which situations are fixed omnidirectional or fixed directional microphones recommended?**
**A:**　In all situations, Diva Locator (Adaptive Beamforming) is recommended over a fixed directional function, unless the user specifically demands a fixed directional or omnidirectional function. As one of the options available in *Senso Diva*, one can choose to deactivate Diva Locator and set the hearing aid to a fixed directional or a fixed omnidirectional characteristic. A fixed omnidirectional setting may be preferable in situations in which the user needs to hear the sounds from behind to gain the full benefit of the present listening situation, for instance situations involving Surround

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163234

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only – CONFIDENTIAL*

Sound. Also for very young children, who are learning language by picking up all the speech inputs that surround them, an omnidirectional setting may be considered.

**Q:** Hearing instruments with directional microphones are often more susceptible to wind noise. How is *Senso Diva* with regard to wind noise?

**A:** In *Senso Diva* the processor will immediately identify wind noise and swiftly change to an omnidirectional position whereby the level of the wind noise reproduced in the user's ear is suppressed by up to 25-30 dB.

**Q:** "Drifting" of one, or both, of the microphones may corrupt the directional characteristic of hearing instruments. How would this influence *Senso Diva*?

**A:** The two microphones in a dual microphone system must be identical in order to provide optimum directivity. In *Senso Diva*, a special patent-pending algorithm corrects any mismatch in amplitude or phase that appears initially or after a period of use. The digital microphone matching, OptiMic, ensures that the hearing aid retains its intended directional characteristic, even after years of use.

**Q:** Directional microphones very often have a low degree of directivity at the low frequencies. Does this problem also affect *Senso Diva*?

**A:** A high degree of directivity at low frequencies is very important with regard to listening in background noise as most environmental noise contains considerable low-frequency energy. The high degree of directivity in the low frequency range is a well-known challenge for traditional multi-microphone systems because of problems with microphone matching. Due to the OptiMic system *Senso Diva* provides excellent directivity both in the low and the high frequencies.

**Q:** Why does the problem of microphone mismatch have the greatest impact in the low frequencies?

**A:** When the two microphones in a dual microphone system are (or become) mismatched, the system's ability to attenuate sounds coming from the side and back will decrease. Thus the directional advantage offered by the system will also decrease. Due to the inherent low-frequency cut-off in directional microphone systems any mismatch between the microphones will primarily affect the low frequencies.
In other words, a system with poorly matched microphones may have no directional effect in the low frequencies while directionality is preserved to a higher extent in the high frequencies.

**Q:** Do both microphones have to be replaced if one microphone becomes defective?

**A:** No, due to the digital microphone matching (the OptiMic system) any mismatch that appears after one or both microphones have been replaced will be compensated for digitally.

**Q:** Is it possible to match any two microphones in *Senso Diva*?

**A:** Yes (assuming, of course, that the microphones are compatible with *Senso Diva*).

**Q:** Is it necessary to use a specific signal to match the microphones?

**A:** No, the adaptive matching uses the sounds generated in the environment and hence does not add any extra signal or noise.

**Q:** It is generally believed that the optimum distance between microphones is 12 mm. Why has a shorter distance been implemented in *Senso Diva*?

**A:** In traditional dual microphone systems, a short distance between the microphones will yield good directionality at high frequencies but will sacrifice directionality at low frequencies due to insufficient matching of the microphones. Increasing the distance will reduce the matching requirement, but at the same time reduce directionality at high frequencies. A microphone distance of 12 mm is not a magic number, but a compromise between these two aspects. *Senso Diva* ITC/ITE has a distance between the microphones of 5 mm, and *Senso Diva* BTE a distance of 10 mm. As a result of the digital microphone matching and the Adaptive Beamforming, excellent directionality

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163235

*For Widex internal use only –* **C O N F I D E N T I A L**

can be obtained at low as well as high frequencies, even with a distance between the microphones of 5 mm. Note that this provides an excellent potential for making cosmetically appealing shells.

**Q:**  **What are the guidelines for placing the microphones in the *Senso Diva* ITE/ITC version?**
**A:**  In a free field, the effect of a directional microphone system is optimum when the line connecting the two sound inlets is pointing straight at the desired sound source. This will lead to the greatest sensitivity in the desired direction and less sensitivity to sounds from all other directions. When placed on/in the ear, reflections and shadow effects may influence the timing differences which are used by the directional system to identify the direction of a sound. Especially in ITE/ITC models it is important to consider how the two microphone openings are placed relative to the landmarks of the outer ear and ear canal opening in order to obtain optimum directivity. Extensive studies at Widex have led to a number of recommendations on the placement of *Senso Diva* SD-X in the ear.
  1. The line that connects the two sound inlets should be horizontal. A deviation of up to ±20° can be accepted.
  2. The sound inlets should be placed 3mm into the ear canal measured from the outer edge of the tragus.
  3. The faceplate should be placed at an angle of 42° inwards from the line that connects the outer edges of the tragus and the antihelix.

**Q:**  **How does *Senso Diva* react to speech from directly behind the user in a quiet situation?**
**A:**  Speech coming from directly behind the hearing instrument user, in an otherwise quiet place, will be attenuated by the beamformer, like other types of signals coming from the side and the rear. However, due to the fact that *Senso Diva* has a low compression kneepoint, which results in high gain for low input levels, the speech will still be audible from this position in an otherwise quiet situation.

**Q:**  **Is it possible to switch between omni and adaptive directional settings manually?**
**A:**  No. In *Senso Diva* the transition between omni and directional patterns happens automatically as response to changes in the sound environment. In this way, optimum signal-to-noise ratio is ensured in all situations independently of the client's ability to handle a switch and knowing when to do it.

**Q:**  **When will the system change to omnidirectional?**
**A:**  Whenever the most dominant noise source is wind noise the system will glide into and omnidirectional setting in order to improve the signal-to-noise ratio. The same happens in quiet situations, in which the internal noise in the hearing aid will be the most dominant noise source. Changing into an omnidirectional characteristic will reduce the level of internal noise, and because *Senso Diva* uses both microphones to obtain omnidirectionality, the improvement in the internal signal-to-noise level is 3dB larger than is the case with systems using only one microphone in omnidirectional mode.

**Q:**  **Does *Senso Diva* change abruptly from an omnidirectional to a directional pattern?**
**A:**  The transition from an omnidirectional to directional characteristic is a gradual process during which the hearing instrument changes, over a brief period of time, from an omnidirectional to a directional characteristic, e.g. cardioid, supercardioid, hypercardioid or bi-directional. Note that Diva Locator is not limited to these well-known polar patterns – all intermediate patterns are possible. The best directional characteristic, i.e. the characteristic that will dampen the noise from the sides and the back the most, is selected automatically, and the system thereby continuously optimise the user's listening benefit and comfort.

**Q:**  **How is the sound quality affected by the changing directional characteristic?**
**A:**  The user will experience no change of sound quality or loudness when Diva Locator changes its directional characteristic. The change in low-frequency sensitivity, which is a consequence of varying the polar pattern, is continuously compensated for and the frequency response to sounds from the frontal direction is always preserved.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163236

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only –* **C O N F I D E N T I A L**

**Q:** Are both microphones active in the omnidirectional mode?
**A:** When an omnidirectional characteristic is considered optimum this characteristic is achieved by adding the signals from both microphones in phase. This strategy has the effect that the effective inherent noise of the microphone will be reduced by 3 dB compared with the use of a single omnidirectional microphone. This will hardly increase speech intelligibility in any way but users who at some frequencies have near normal hearing may appreciate the more noise free sound reproduction in *Senso Diva*.

**Q:** How can we clinically ensure that both microphones are functioning properly?
**A:** Generally, we advise having the hearing instrument inspected by a Widex representative, if there is a suspicion that one or both of the microphones are malfunctioning. By way of the service program it is possible to ascertain whether or not the individual microphone is functioning properly. If the hearing instrument is in a fixed directional setting, the user will hear a bass boost if one of the microphones is malfunctioning. If Diva Locator is activated, the *Senso Diva* user will probably notice that the gain of the hearing instrument is weaker (approximately 6 dB). It is possible to determine which of the microphones is defective by touching each of the microphones separately and listening to the output; if the "scratching" noise cannot be heard when touching one of the microphones, the microphone is defective.

**Q:** Do all *Senso Diva* hearing instruments have Diva Locator?
**A:** All *Senso Diva* models, except one, include the Diva Locator system. The dual microphone system is not implemented in the SD-CIC due to the deep placement of the hearing instrument. The pinna contributes naturally to localisation. This ability is preserved in CIC fittings, and the need for a directional system therefore becomes smaller.

**Q:** How is the Directivity Index (DI) for *Senso Diva* compared to other hearing aids with dual microphone systems?
**A:** Due to the digital matching system, the DI is close to the theoretical maximum of 6 dB in most of the frequency range. Note that this also holds for frequencies below 500 Hz, which is of special importance since typical environmental noise has its maximum intensity at these low frequencies.

**Q:** What is the influence of head size on DI?
**A:** The size of the head has little influence on the directivity obtained with Diva Locator. Thus, a child will experience the same directivity index as adult listeners and consequently the same potential benefit of the Diva Locator as adult listeners.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163237

*For Widex internal use only ~ C O N F I D E N T I A L*

## 8.  *Feedback test*

**Q:**  **What is the purpose of the feedback test in *Senso Diva*?**
**A:**  The feedback test in *Senso Diva* serves two purposes: 1) It allows the audiologist to judge if the fit of the earmould or shell is sufficient for the hearing loss to be fitted. 2) It provides a starting point for the adaptive feedback cancellation algorithm.

**Q:**  **Is a feedback test a necessary part of the fitting of *Senso Diva*?**
**A:**  Yes, the feedback test is an indispensable step in the *Senso Diva* fitting procedure. If a feedback test is not carried out the functionality of Diva Feedback Cancelling will be compromised and the client's gain requirements may be seriously violated.

**Q:**  **Is the feedback test measured in all 15 bands?**
**A:**  Yes. However, because the result from the test in the two lowest and the highest bands will have limited influence on the amplification of speech, these results are not included in the evaluation of the fit of the earmould.

**Q:**  **How long does the feedback test take to perform?**
**A:**  The entire feedback test is completed in approximately 15 seconds per ear. In this period of time, the acoustic leakage in all 15 bands is automatically measured in one uninterrupted process.

**Q:**  **How can I see if the fit of the mould or shell is acceptable?**
**A:**  The result of the feedback test is displayed for each of the four feedback regions (Fb500, Fb1k, Fb2k, Fb4k). Each feedback region encompasses one basic band and the two neighbouring bands. If an "OK" is displayed after the test, the gain needed for normal speech inputs can be realised without feedback. If "***" is displayed, the gain requirement for normal speech is violated in one or more of the channels. If "***" appears again after the test has been repeated, action should be taken to improve the fit of the earmould/shell. Since the criterion for an acceptable feedback test is gain for normal speech it is important to take the results of the feedback test seriously, as otherwise audibility of normal speech will be compromised. The action of Diva Feedback Cancelling is taken into account during the feedback test, i.e. the risk of getting "***" is higher when DFC is deactivated.

**Q:**  **Which criterion is used to determine whether the result of the feedback test is OK?**
**A:**  During the feedback test, the available gain (i.e. the amount of gain that can be delivered through the earmould without feedback) is measured in each of the 15 bands. These values must be equal to or exceed the gain requirements for normal speech (minimum acceptable gain) in each of the bands in the four feedback regions in order to obtain OK in all feedback regions.

**Q:**  **Is it possible to view the actual values measured during the feedback test?**
**A:**  During the feedback test, the Maximum Available Gain without feedback is measured in each of the 15 bands of Senso Diva. The measured Available Gain values are then compared to the Minimum Acceptable Gain values (= gain requirement for normal speech) in order to evaluate the fit of the earmould/shell. In the Sp3 box the Available Gain and Minimum Acceptable Gain values for the band with the poorest feedback test result in each feedback region will be displayed. If the feedback test result for a region is acceptable ("OK") the Available Gain will be equal to or greater than Minimum Acceptable Gain for that band. If the feedback test result for a region is unacceptable ("***") the Available Gain is less than the Minimum Acceptable Gain for that band. Compass displays identical values in the parameter window together with the individual feedback test results for all bands in a graphic format.

**Q:**  **The results of the feedback test are displayed for each of the four feedback regions. Is it possible to view the test result for each band?**

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163238

*For Widex internal use only – CONFIDENTIAL*

A:    Yes, Compass offers an additional graphic display of the test results, where the available gain values together with minimum acceptable gain values for all bands within the four feedback regions can be viewed.

Q:    **Is it necessary to repeat the feedback test when fine tuning is done?**
A:    In general, the feedback test only needs to be performed once. If the result of the feedback test is satisfactory, it is normally not necessary to repeat the feedback test. However, if a new shell or earmould is made or if the Sensogram is remeasured it is advisable to perform a new feedback test. In addition one should always re-evaluate the result of the feedback test after changing the status of the Diva Feedback Cancelling system – i.e. turning it on or off, as this will affect the amount of available gain.

Q:    **At what sound pressure level is the feedback test performed?**
A:    The feedback test is performed at an overall sound level set 12 dB below the estimated UCL levels for each of the bands.

Q:    **Does the minimum acceptable gain values reflect gain requirement for binaural or monaural fittings?**
A:    The system assumes a binaural fitting. Some users who are monaurally fitted may prefer more insertion gain for normal input levels. This can be accomplished in the fine tuning procedure.

Q:    **When doing the feedback test, is it necessary for the surroundings to be as silent as when performing a feedback test on Senso' and Senso P?**
A:    Yes.

Q:    **Will the status of Diva Feedback Cancelling (on or off) affect the result of the feedback test?**
A:    Yes. When Diva Feedback Cancelling is active, the system ensures more available gain without feedback. Therefore you will see the available gain values displayed in Compass and SP3 increase when DFC is activated and decrease when DFC is deactivated. This may influence the outcome of the test, i.e., when DFC is deactivated the risk of getting "***" increases. Therefore, the result of the test should always be re-evaluated when the status of Diva Feedback Cancelling is changed.

Q:    **What is the purpose of a feedback margin in *Senso Diva*?**
A:    In the "DFC" menu in SP3 and in the Feedback Verificator screen in Compass, it is possible to adjust the feedback margin for *Senso Diva*. This is primarily a tool that is useful when Diva Feedback Cancelling is turned off. In such cases, the system will operate as an "automatic feedback manager" (same principle as in Senso+) that reduces maximum gain permanently whenever a feedback problem is detected during the feedback test. Because this gain reduction is static, it only to a limited degree allows for the dynamic changes in the feedback path, consequently intermittent whistling may occur. Increasing the feedback margin leads to a decrease of maximum gain (or gain for soft input levels) and thus the risk of intermittent feedback can be reduced. Note that only one "handle" is available, i.e. an adjustment of the feedback margin will lead to an increase/decrease of gain for all channels.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163239

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only –* **C O N F I D E N T I A L**

## 9. *Diva Feedback Cancelling*

**Q:** **What is Diva Feedback Cancelling?**

**A:** Diva Feedback Cancelling is a patent-pending active feedback cancellation algorithm specially developed for *Senso Diva* to control and eliminate audible feedback. Diva Feedback Cancelling consists of two main functions: The Feedback Path Simulator (FPS) tracks changes in the feedback path and adaptively imitates the signal leaking back from the receiver into the hearing aid microphone. The Dynamic Cancellation Optimizer (DCO) controls the intermittent audible feedback that occurs due to transient changes in the feedback path by shortly decreasing gain in the bands affected.

When the FPS has determined the characteristics of the feedback signal it will subtract an imitated feedback signal from the incoming signal, thus eliminating the annoying feedback. Due to the complexity of this process, it may take 1-2 seconds for the system to adapt to sudden changes in the feedback path. The Dynamic Cancellation Optimizer (DCO) handles transient feedback that may occur when e.g. chewing or yawning causes swift changes in the feedback path by short-term reductions of gain in the affected channels. As soon as the acoustic situation has become stationary and the FPS has adapted to the new situation, the DCO gives control back to the adaptive feedback algorithm and gain is restored.

**Q:** **How does Diva Feedback Cancelling benefit the hearing aid user?**

**A:** Diva Feedback Cancelling ensures acoustically stable listening comfort without compromising the gain requirements of the user. Situations which might previously have given rise to feedback, for instance as a result of jaw movement or loosely fitting earmoulds, no longer pose a potential "threat" or embarrassment. This is done without a general reduction of gain, which means increased benefit in terms of audibility.

**Q:** **Is it possible to insert *Senso Diva* in the ear, when switched "on", without whistling occurring?**

**A:** Whistling might occur if *Senso Diva* is adjusted to a severe hearing loss, but the level will be substantially reduced in comparison to hearing instruments without feedback cancelling.

**Q:** **If a *Senso Diva* user plays the flute or listens to flute music, would the system misinterpret this as feedback?**

**A:** Listening to long lasting tones could in fact evoke the functionality of the Dynamic Cancellation Optimizer and result in a reduction of gain at the frequency of the flute tone. This will not occur when listening to music with the Music program active.

**Q:** **If Diva Feedback Cancelling can increase the potential gain, does it influence the fitting range?**

**A:** No, the increase in potential gain does not affect the fitting range. The fitting range is determined by several criteria, such as the maximum power output allowed by the receiver. Therefore, even though the maximum gain is increased, the maximum power output is not. The fitting range is thus not affected.

**Q:** **Is it, with the introduction of Diva Feedback Cancelling, no longer necessary to make snugly fitting earmoulds/shells and can larger vents or even open fitting be used?**

**A:** It is always recommended to aim for the best possible fit of the earmould, since this will give the best comfort for the user. In principle, larger vents are possible but one should be aware that when choosing to make e.g. an open fitting this may reduce the effect of Diva Noise reduction with Speech Intensification. This is because the background noise signal bypasses the hearing instrument microphone and enters the ear canal via the vent.

**Q:** **Is Diva Feedback Cancelling switched off in the music program - and if so, will *Senso Diva* start whistling when the music program is selected?**

October 2001                                                                 Page 18 of 27

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163240

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only –* **C O N F I D E N T I A L**

A:   When selecting the music program, the feedback algorithm is set in a special mode in which the speed and range of the adaptation of the FPS and the DCO are set for music listening rather than speech perception. These settings have been determined through listening experiments including several types of classical and rhythmical music. Since Diva Feedback Cancelling in this way is fully active, *Senso Diva* will not start whistling when the user selects the music program. When the music program is selected, the user may experience a prolonged period of whistling when the acoustic properties around the ear change. This will only happen in situations with jaw movements or something closing in on the hearing aid microphone.

Q:   **How will Diva Feedback Cancelling react to changes in the earmould fit over time?**
A:   If the earmould is no longer tight enough, the leakage will typically manifest itself as intermittent whistling in quiet situations. The Diva Feedback Cancelling system registers the change in the feedback path caused by the additional leakage and will, as long as the change is only minor, continue to eliminate feedback successfully. If the leakage becomes profound, the feedback data measured during the feedback test will no longer represent the present situation. In this case, it may take longer for Diva Feedback Cancelling to imitate the feedback signal, and the result will be longer periods of gain reductions in quiet situations and/or intermittent whistling. The solution is to perform a new feedback test, measure the integrity of the fit and if necessary make a new earmould/shell.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163241

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only –* **C O N F I D E N T I A L**

### 10.   Diva Occlusion Manager

**Q:**   **How does *Senso Diva* address the occlusion problem?**
**A:**    The occlusion effect is generally less of a problem to users of *Senso Diva* than to users of other hearing aids with highly overlapping bands. This is mainly a consequence of the many low frequency channels, which allow for more specific signal processing in the low frequency range. In addition to this, *Senso Diva* also features the Diva Occlusion Manager. This tool allows the dispensing audiologist to fine tune compression and/or gain for the four lowest channels in order to further reduce the feeling of occlusion which may be especially dominating for new hearing aid users with mild-to-moderate, sloping hearing losses. The Diva Occlusion Manager only operates in the lowest frequency range (channels 1-4) and thus does not compromise overall audibility and sound quality for sounds in the environment. The Occlusion Manager is accompanied by a description of how to systematically vary the parameters within the manager in co-operation with the client.

**Q:**   **How are the low frequency channels regulated with the Diva Occlusion Manager?**
**A:**    When the Occlusion Manager is activated, high level compression is automatically applied to the frequency area below 500 Hz. This provides less gain for own voice without changing the gain for others' voices. After compression has been applied, the gain in the channels below 500 Hz can be regulated by way of two low frequency handles: "LF1" and "LF2".

**Q:**   **Will activating the Diva Occlusion Manager have an impact in the high frequencies?**
**A:**    No, activating the Diva Occlusion Manager disconnects the low frequency channels from the other channels, thereby making it possible to perform discrete adjustments of compression and gain characteristics in the low frequency channels, without influencing the remaining channels.

**Q:**   **How is the user's subjective perception of occlusion taken into consideration?**
**A:**    The user wearing the hearing aid plays an important role when working with the Diva Occlusion Manager. During the procedure, the client vocalises and evaluates the sound quality of own voice. For this purpose sentences which contain vocals with low first formants are especially suitable – e.g. "Baby Jeanie is teeny tiny".

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163242

*For Widex internal use only –* **C O N F I D E N T I A L**

## 11.  Listening programs

**Q:**  **Does *Senso Diva* have more than one listening program?**
**A:**  Yes, some models have an additional, optional music program. In the development of *Senso Diva*, the main focus has been upon optimum reproduction of speech and everyday sounds. However, *Senso Diva* also has an optional music program, which is automatically derived from the original fitting. In this program, adaptive functions, designed to enhance speech intelligibility (i.e. Noise Reduction with Speech Intensification and Diva Locator), are disabled, Diva Feedback Cancelling is adjusted for music listening and the gain for low frequencies is increased. The parameters of the hearing instrument are thus optimised for listening to music rather than speech. Apart from the music program, *Senso Diva*, of course, also offers the traditional telecoil in 2 listening programs, T: telecoil alone and MT: a combination of telecoil and microphone.

**Q:**  **Does it have to be a music program or can I custom design a program?**
**A:**  *Senso Diva*'s music program is a derived program and cannot be altered. However, the combination of a program optimised for speech perception and a music program provides excellent amplification for hearing instrument users in all situations.

**Q:**  **Is it possible to have more derived programs?**
**A:**  No.

**Q:**  **Which program should be used for daily activities?**
**A:**  The standard listening program ("M") is optimal for practically all daily listening situations and is the setting we recommend.

**Q:**  **Can the dispenser choose the number and/or combination of listening programs?**
**A:**  Yes, by using the Options mode in Compass and SP3 it is possible to view all possible combinations of listening programs and select the one most appropriate for the individual hearing aid user.

**Q:**  **Do all *Senso Diva* hearing instruments have a Music program?**
**A:**  The *Senso Diva* series is divided into to lines of models; SD-XM and SD-9M, which includes the music program, and SD-CIC, SD-X and SD-9 without the music program.

**Q:**  **Can the client use the Music program when listening to music through a telecoil system?**
**A:**  No, when the T or MT program is used, the setting will be identical to the standard program (M). However, even though this program has been optimised for speech perception, the sound quality for music is generally perceived as good.

**Q:**  **Is Diva Locator active when the M+T program is chosen?**
**A:**  When the M+T listening program is chosen, Diva Locator is not active, as the A/D converter associated with one of the microphones is allocated to the telecoil.

**Q:**  **Is audio input available with Senso Diva?**
Audio input is available in the SD-9 model. ...

Confidential – Attorney's Eyes Only,
Subject to Prosecution Bar

WID163243

*For Widex internal use only – C O N F I D E N T I A L*

## 12. Compass V3

**Q:** Is the fitting procedure the same when using Compass and SP3?

**A:** Compass V3 and the SP3 programmer are completely parallel in terms of fitting and fine tuning procedure, flow and terminology. It should be noted that the functionality of *Senso Diva* is in no way influenced by the choice of programming tool, and the individual dispenser may freely choose which programming method is best suited in a given situation.

**Q:** The SP3 seems very handy, is it necessary to use Compass?

**A:** No, you don't need Compass as such. SP3 is very easy to use and includes all the tools necessary to perform a good fitting. However, Compass offers additional features such as graphic illustrations, fine-tuning guides and help functions that can be useful in the fitting and fine-tuning process. Furthermore, Compass fitting software is designed to be used with all types of Widex hearing aids (programmable and trimmer adjustable instruments alike) and it is possible to store all your fittings in one NOAH database.

**Q:** Which features does Compass offer that will improve the fitting situation?

**A:** Compass fitting software provides detailed graphic information. The graphic displays are helpful on many levels both in terms of understanding the fitting, the implications of fine-tuning handles and it is also helpful when counselling a hearing instrument user. Furthermore, the graphic displays allow the fitter a comprehensive overview, which is especially helpful when performing binaural fittings. In addition, Compass V3 provides a questionnaire based fine-tuning guide, on-line help functions as well as many other useful features.

**Q:** Is Compass V3 compatible with NOAH V3?

**A:** Yes, Compass V3 is designed to run under NOAH V3, but is also NOAH V2.0a compatible. However, if run under NOAH V2.0a, some functions will not be available.

**Q:** Does Compass V3 run under all Windows platforms?

**A:** No, Compass V3 should run under any so-called 32 bit platforms; i.e. Windows 95 or later, but not under Windows V3.11. Compass V3 is designed and tested on the following Windows platforms: Windows 95/98, Windows NT SP4 and Windows 2000.

**Q:** What are the requirements for running Compass V3?

**A:** Compass V3 is designed to run under NOAH V3; consequently, we refer to the recommendations for NOAH V3. The exact requirements depend on several parameters (what is an acceptable response time, how many applications can be opened simultaneously etc.). Therefore, it is difficult to give a precise description. However, any modern PC is sufficient to run Compass V3. If you already have a PC that you want to use for Compass V3, it should at least have a Pentium processor, 64 MB RAM and 50 MB free hard disk for a minimum installation.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163244

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only –* **C O N F I D E N T I A L**

### 13. *SP3*

**Q:** What is the "SP3"?
**A:** The SP3 is a new portable programmer for fitting all Senso hearing instruments from Widex. SP3 means: Portable programmer, number three, designed for Senso hearing instruments.

**Q:** Is the fitting procedure the same when using SP3 and Compass?
**A:** Compass V3 and the SP3 programmer are completely parallel in terms of fitting and fine-tuning procedures, flow and terminology. It should be noted that the functionality of *Senso Diva* is, in no way, influenced by the choice of programming tool, and the individual dispenser may freely choose the programming method/unit best suited in a given situation. As SP3 and Compass are fully compatible, it is possible – without compromising audiological professionalism – to fit more complex hearing losses using the SP3 than is usually possible with portable programmers.

**Q:** Which hearing instrument models can be programmed with the SP3?
**A:** The SP3 has been designed with the new *Senso Diva* in mind, but is capable of programming all Senso hearing aids. The fitting procedure of Senso+ and Senso P is identical to the original fitting procedure of the LP2. Furthermore the Bravo series may also be fitted with the SP3 programmer.

**Q:** Can I throw my LP2 programmer away?
**A:** The Logo series can only be programmed with the LP23 programmer. The SP3 programs all Senso hearing aids and later developments. Therefore it would be important to keep the LP2 programmer for Logo programming.

**Q:** How often must the PROM in the SP3 be changed?
**A:** The PROM used in the SP3 is only updated when necessary in order to provide the best up-to-date fitting and to accommodate new hearing aid models.

**Q:** Is it possible to program *Senso Diva* on the LP2 if a newer PROM than the current version 6.0 is used?
**A:** No, it is necessary to use the new fitting tool, the SP3. The PROMs, from LP2 and SP3 respectively, are not interchangeable, in fact they are not even the same physical size!

**Q:** Can the telegain in *Senso Diva* be adjusted through the SP3 programmer?
*A:* The telegain adjustment is not available as a fitting parameter through the SP3 box. If it is necessary to adjust the telegain in a fitting it must be done through the Options menu in the FineTuning screen in CompassV3

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163245

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only –* **C O N F I D E N T I A L**

## 14. *General fitting, fine tuning and verification*

**Q:**  How long does it take to fit *Senso Diva*?

**A:**  In *Senso Diva*, the balance between a fitting flow which seems intuitive and easy to the dispenser and the inherent complexity of the individual features has been a challenge. The goal has been to give the dispenser the opportunity to fit a complex hearing aid easily, without compromising the precision with which the user's needs can be matched. The fitting part of the procedure encompasses a basic Sensogram and a feedback test and will as such, approximately take as long as the fitting process for the original Senso hearing aids.

**Q:**  Is the fitting procedure completely identical to what is known from Senso+?

**A:**  No. Even though the terminology is in some respects the same, several major changes make the fitting procedure for *Senso Diva* stand out. The basic Sensogram is measured in 4 bands, but Sensogram thresholds can be measured in up to 14 bands. The function of the feedback test has been expanded to encompass both earmould/shell evaluation and initialisation of Diva Feedback Cancelling. And finally, the thresholds measured during the fitting process have been separated from the fine-tuning parameters, i.e. fine tuning is now carried out as adjustments of insertion gain, and not as previously in HTL and UCL offset.

**Q:**  The fitting and fine-tuning procedure is very straightforward in *Senso Diva*. Is it possible to implement the same fitting procedure for the Senso⁺ and Senso P?

**A:**  With Senso⁺ and Senso P, the well-known fitting procedure has been maintained in order to ensure continuity and utilise the experience in fitting and fine tuning already gained.

**Q:**  Can loudness scaling be used when fitting *Senso Diva*?

**A:**  No, we have deliberately avoided including such measures in the fitting procedure due to the substantial procedural variability. After the fitting has been completed, however, it makes good sense to assess the fitting e.g. by estimating the perceived loudness of various real life sounds. Such results can be used as verification of the fitting and, if necessary, as a guide for fine tuning.

**Q:**  How can I utilise the individual UCLs that are routinely measured in the clinic, in the fitting of *Senso Diva*?

**A:**  The fitting of *Senso Diva* is based on a product specific fitting rationale especially developed for *Senso Diva*. Based on the Sensogram thresholds the fitting algorithm maps the dynamic range of the hearing impaired utilising David Pasco's data on the HTL, MCL and UCL relations for various frequencies. Pascoe explored the auditory dynamic range and recorded MCL and UCL judgements in reference to hearing threshold levels for a large group of normal hearing and hearing impaired individuals. Due to the inherent procedural variability in clinical UCL measurements we strongly recommend against using individually measured UCLs in the fitting. Compass will allow the dispensing audiologist to compare I/O spectra of speech in relation to individually measured UCLs and estimated UCL data in the fine-tuning module. Furthermore, both Compass and SP3 allow the audiologist to adjust insertion gain for loud input levels and in this way take individual preferences into account.

**Q:**  Can *Senso Diva* be programmed according to generic fitting rule targets?

**A:**  No. With *Senso Diva* the traditional procedure, in which measured insertion gain is compared to a fitting target, such as DSL i/o and NAL NL1, is not appropriate as these fitting rules do not take the specific features of *Senso Diva* into account.

**Q:**  What does Widex recommend in regard to verification of *Senso Diva*?

**A:**  The use of the in-situ Sensogram to specify gain represents the most accurate and efficient manner of gain specification and the need for verification is therefore minimal. Also, the use of traditional, external REM devices in combination with generic targets may introduce errors and thus compromise the precision of the fitting. Instead, we recommend using the data available in Compass

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163246

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only --* **C O N F I D E N T I A L**

and keeping a hard copy of the input-output spectra and input-gain curves in Compass, as documentation of the precision of a *Senso Diva* fitting.

**Q:** How should the gain be adjusted when making a monaural vs. a binaural fitting?
**A:** The *Senso Diva* fitting procedure assumes a binaural fitting. If, on the other hand, the fitting is monaural, corrections may be appropriate. See the programming manual for details. Corrections are made in the fine-tuning mode, and involve increasing gain for normal input levels.

**Q:** Do the fine-tuning procedures differ between the Senso' series and the new *Senso Diva*?
**A:** The fine-tuning procedures differ considerably. In *Senso Diva* a clear distinction has been made between measured thresholds and gain values, thus separating the fine-tuning procedure from the initial Sensogram-based fitting procedure. This means that a recorded threshold will remain unaltered during the fine-tuning procedure. A fine-tuning mode has been implemented instead, in which insertion gain can be adjusted in each of the four frequency ranges for three input levels (soft, normal and loud) in relation to the initial setting. Consequently, the fine-tuning strategies for Senso+ are not applicable to *Senso Diva*.

**Q:** How are soft, normal and loud input levels defined?
**A:** The fine tuning level denoted 'normal' is derived from the sound pressure levels within each band of normal speech produced at a distance of one metre from the listener. The 'normal' level therefore varies according to the frequency (since levels of normal speech are frequency-dependent). 'Loud' is defined relative to normal and is set 30 dB above 'normal' levels. 'Soft' levels are set 25 dB below 'normal' levels.

**Q:** How do I know when to adjust for soft, normal or loud input levels?
**A:** When fitting *Senso Diva* it is possible to adjust insertion gain for three input levels in the fine-tuning mode. The three input levels correspond to soft, normal and loud input levels. The insertion gain for soft input levels is adjusted if the user complains of either not being able to hear/hearing too loudly sounds at soft input levels e.g. birdsong, the humming of a fan or refrigerator. The insertion gain for normal input levels is adjusted if the user complains of not being able to hear sounds at medium (normal) input levels, e.g. speech, at an appropriate level and/or sound quality. Finally, the insertion gain for loud input levels is adjusted if the user perceives loud sounds such as e.g. slamming doors, chinking cutlery, as not loud enough or too loud. The final gain setting can be compared to the target gain for each basic channel, as determined by the *Senso Diva* amplification algorithm in the fine-tuning screens in Compass and in the SP3.

**Q:** Does *Senso Diva* have a 30/50 slope optimisation?
**A:** No, a 30/50 slope optimisation is not necessary in *Senso Diva*. The 30/50-slope optimisation is an automatic optimisation rationale that ensures a satisfactory fitting for hearing losses with abruptly changing audiogram values, such as precipitous losses, ski-slope losses, cookie-bite losses etc. The amplification algorithm of *Senso Diva* takes into account the special gain requirements for these types of hearing losses without any need for further optimisation.

**Q:** Is it possible for a fine-tuning adjustment in *Senso Diva* to be over-ruled by an "internal rule" and therefore have no effect?
**A:** No. However, in some cases, the physical limitations of the hearing instrument may prevent a certain fine-tuning command to be carried out. In such cases, Compass and SP3 will not allow a fine-tuning command of no effect to be displayed.

**Q:** How can the fine-tuning guide in Compass help me?
**A:** Compass V3 provides an interactive, questionnaire-based fine-tuning guide, dealing with various problems that the individual hearing aid user might be experiencing and offering a complete fine-tuning solution. The fine-tuning guide is available in two versions, a specific guide which addresses fitting problems one by one and a composite fine-tuning guide which can address several fine-tuning

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163247

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only – CONFIDENTIAL*

problems at the same time and suggest a joint solution. In connection with the fine-tuning guide, Compass allows comparison of the fine tuned vs. initial setting (the A/B test), thus allowing the hearing instrument user to participate actively in the fine tuning.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163248

WID000023\Diva\doc\Qs and As\Q&A_tryk version oct 2001_1.doc

*For Widex internal use only –* **C O N F I D E N T I A L**

### 15.  Miscellaneous

**Q:**  Is *Senso Diva* compatible with the MicroLink system?
**A:**  Yes. However, it should be noted that if the client chooses to listen to input from both an FM system and the hearing aid microphone (FM+Mic), the hearing aid will be set in a fixed omnidirectional mode.

**Q:**  Can *Senso Diva* be used with cellular (mobile) phones?
**A:**  Yes. To users of GSM or DECT telephones, interference is a well-known phenomenon that is often perceived as a "buzzing" sound. Digital hearing instruments are generally less affected by mobile phones than analogue hearing instruments, and *Senso Diva* is even less affected than most other digital hearing instruments.

**Q:**  *Senso Diva* has many features. Does this mean that its current consumption is high?
**A:**  *Senso Diva*'s current consumption is low, especially when the many features are taken into account. The reason for this is that we, at Widex, use our own dedicated signal processor and not an open platform with an overhead, which uses power. Furthermore, we combine the newest technology available with some special Widex tweaks!

**Q:**  Which models will be available in the *Senso Diva* series?
**A:**  The *Senso Diva* series consists of five models. All models are small in size and easy to operate. CIC (SD-CIC), BTE (SD-9 and SD-9M) and ITE/ITC (SD-X and SD-XM).

**Q:**  Will there be a power model of the *Senso Diva*?
**A:**  Probably later on, but not initially.

Confidential - Attorney's Eyes Only,
Subject to Prosecution Bar

WID163249