Exhibit MM

oticon
PEOPLE FIRST



Adult Fitting Guide

Oticon ◆ Sumo DM

Defendants Trial
Exhibit
DX-1417
Civil Action no. 05-422

DEM004691

DEM004692

# Introduction

This fitting guide for Sumo DM has been written to provide you with practical, step-by-step fitting advice following the Genie software fitting flow.

When fitting children with Sumo DM, please refer to the Pediatric Fitting Guide, which follows a similar style as this guide. However, it focuses on the software features and fitting steps specifically designed to enhance pediatric fittings.

Step 1: .............. pg 4

Step 2: .............. pg 9

Step 3: .............. pg 17

Step 4: .............. pg 24

Step 5: .............. pg 28

Appendix .............. p. 29

oticon
PEOPLE FIRST

3

DEM004693

oticon
PEOPLE FIRST

# I. Selection

SELECT INSTRUMENT

COMPLETE PERSONAL PROFILE

CONFIGURE THE INSTRUMENT





4

DEM004694

oticon
PEOPLE FIRST

# I. Selection

## 1. Select instrument



### Tips & Notes:

*Sumo DM is fit with Genie 6.0-Update software or higher.*

*When Genie detects the instrument, the model and type are indicated.*

### CLICK 'DETECT INSTRUMENTS'

Make sure the instrument is turned on and connect Sumo DM to the Hi Pro or Noah link via Oticon programming cable #3 and the Sumo programming shoe. Click 'Detect Instruments'.

OR

### SELECT SUMO FAMILY

Choose "Sumo!" from the hearing aid instrument list across the top of the screen. Click on Sumo "BTE, DM"



5

DEM004695

# I. Selection

## 1.2 Complete Personal Profile



**Tips & Notes:**

*People with severe-to-profound hearing loss may have very different capabilities to process complex sound signals. The 4 unique Sumo DM Identities have been designed to match the instrument settings to the individual's listening needs. The Sumo DM Identities consider audiogram, age, auditory resolution and hearing instrument experience to prescribe the most appropriate gain, compression, frequency response and amount and speed of noise management.*

*When determining your client's auditory resolution, it is important to compare the auditory skills of your client with those expected from people with a similar audiogram.*

### CHECK AGE

Genie will import the age entered into Noah for the first fit of Sumo DM. If you do not enter the client's age, the default is 70-79 years.

### COMPLETE HEARING INSTRUMENT EXPERIENCE

It is important to indicate if your client is used to wearing linear or non-linear hearing instruments.

### ANSWER THE AUDITORY RESOLUTION QUESTION

The Auditory Resolution Question depends on the client's hearing loss and is active when the response may affect the prescribed Identity.

oticon
PEOPLE FIRST

6

DEM004696

# 1. Selection

## 1.3 Configure Sumo DM



### SELECT PROGRAMS

The 3-position switch on Sumo DM offers a combination of 3 programs. The default configuration is M-MT-T.

### CHECK ACOUSTICS

Review Acoustics for agreement between the prescribed earhooks, tubing and earmold venting, and those being used for the actual fitting.

**Tips & Notes:**

*Within the 3 Programs, different identities or linear rationales may also be chosen. Click on the '+' to open the drop-down menu.*

*The Program Manager can also be accessed in the Fitting screen.*

*If your client requires separate T and FM or DAI programs, this can be completed in the Telecoil program in the Fitting screen. (see section 2.6)*

*The default look is undamped.*

oticon
PEOPLE FIRST

7

DEM004697

# 2. Fitting





RUN FEEDBACK MANAGER

ENSURE OVERALL LOUDNESS

CHECK MPO

PROGRAM THE VOLUME CONTROL

REVIEW PROGRAM MANAGER

CONFIRM SETTINGS FOR
T PROGRAMS

oticon
PEOPLE FIRST

9

DEM004698

# 2. Fitting

## 2.1. Run Feedback Manager (FBM) (1/2)



**Tips & Notes:**

*Running the FBM ensures optimal operation of the Dynamic Feedback Cancellation system, which assuages any potential feedback from dynamic acoustic changes e.g., hug or chewing. The DFC will increase the available gain by up to 15 dB. In some situations with very high gain and poorly fitting earmold, the DFC may not be able to eliminate all feedback.*

*The Genie 6.0 software will estimate the highest feedback-free gain levels in each channel. The actual feedback margin may differ from estimated due to client's earmold fit and ear canal characteristics. The Feedback Manager will maximize the available gain in each of the 8 channels. The new feedback margin will be applied to all Identities, rationales and programs.*

### FEEDBACK CANCELLATION IN SUMO DM

Sumo DM employs Oticon's Dynamic Feedback Cancellation (DFC) system to provide for true, seamless feedback elimination using phase cancellation, with no compromise on gain or frequency response. This automatic system creates a markedly increased feedback margin so the client can engage in everyday activities without feedback. The Feedback Manager compliments the DFC by ensuring full use of the Volume Control without feedback.

### ENTER THE FEEDBACK MANAGER (FBM)

Run the Feedback Manager whether feedback is present or not, before making any adjustments.

### RUN THE FBM – STEP 1

Automatic detection is used to detect the presence of feedback while client remains still.

### RUN THE FBM – STEP 2

Automatic detection is used while client moves jaw and head to evaluate potential for feedback under dynamic conditions.

While running the FBM, the Dynamic Feedback Cancellation system is automatically disabled, and re-activated when you have completed this step.

10

oticon
PEOPLE FIRST

# 2. Fitting

## 2.1 Run the Feedback Manager (2:2)



### USING THE FEEDBACK TRIMMER

This optional trimmer can be used to provide a quick overall reduction, applied equally across all channels in 2 dB steps per click. The resulting change in the feedback margin is seen on the graph.

It is highly recommended to run the FBM routine rather than using the Feedback Trimmer since the FBM provides changes in the margin in each channel independently, rather than the overall reduction applied by the Feedback Trimmer.

**Tips & Notes:**

*When working in the Fitting screen, adjustments to any of the trimmers will not exceed established feedback limits.*

*Using the Feedback Manager graph:*
*The dashed line represents the prescribed gain for a specific program. The shaded region above is where feedback is anticipated. The white region in-between wrepresents the amount of additional gain that could potentially be accessed when the volume is increased.*

DEM004700

# 2. Fitting

## 2.2 Ensure Overall Loudness



### ADJUST OVERALL LOUDNESS

The Overall Loudness trimmer offers easy adjustments of MPO, gain and compression to accommodate client perception of loudness.

Use this trimmer to increase loudness if your client complains that sounds are too weak or decrease loudness if sounds are too loud.

**Tips & Notes:**

*Each adjustment of the trimmer typically results in 2 dB incremental changes in MPO and gain. For the non-linear Identities (Dynamic, Active, Gradual), additional compression may be provided when Overall Loudness is reduced. Headroom is maintained across changes in MPO and gain.*

*Changes made to the Overall Loudness trimmer will be applied automatically to other programs and Identities (not between Identities and rationales). The gain at the prescribed Volume Control settings will be reset according to the Overall Loudness trimmer.*

oticon
PEOPLE FIRST

12

DEM004701

# 2. Fitting

## 2.3 Check MPO



### RESHAPE THE MPO ACCORDING TO YOUR CLIENT'S NEEDS (IF NECESSARY)

Ensure your client does not experience unnecessary discomfort during MPO testing.

To evaluate the MPO, you can use loud speech and loud or very loud sounds from Genie. Consider using the Loudness Judgement Scale diagram in the Appendix.

### Tips & Notes:

*For the same client the prescribed MPO is the same across identities, however it may differ between rationales.*

*If your client reports own voice is distorted, increase LF and MF MPO. A too high MPO may cause the client to decrease the VC and therefore reduce audibility of speech.*

*In the Quick Panel the underlying 8 frequency channels are gathered in 3 channels: LF, MF and HF channels. The crossover frequencies are shown on the screen. MPO values are displayed in dB HL.*

13

DEM004702

oticon
PEOPLE FIRST

# 2. Fitting

## 2.4 Program the Volume Control (VC)



### SET RESERVE GAIN

Check reserve gain, which is the amount of gain available to the client above the preferred/prescribed VC setting. The user can identify the prescribed VC setting through an audible beep and flash of the LED.

**Tips & Notes:**

*Disabling the VC also disables the OFF functionality in VC.*

*The instrument's VC is disabled when connected to Genie and the gain will default to the prescribed volume setting regardless of where the user has manually set the VC.*

*The prescribed VC setting (typically level 3) is indicated by an audible beep and flash of the LED.*

*The final prescribed VC setting is available in the End Session screen together with adjustments to the audible and visual status indicators.*

14

DEM004703

# 2. Fitting

## 2.5 Review Program Manager





**CLICK ON THE PROGRAM MANAGER TO CHANGE THE PROGRAM CONFIGURATION**

The Program Manager offers full flexibility to program the 3-position switch with any desired combination of M and T as well as an optional OFF position. The default program setup is M-MT-T.

For two different microphone programs using the same identity, click P2 then choose "copy P1". You can shape and modify P2 after opening it from the toolbar.

### Tips & Notes:

*Program changes for R and L are linked by default.*

*Within the Program Manager choices, the prescribed identity is noted with the bull's-eye icon.*

*You can also use the Program Manager to create different programs for different listening environments, or for comparison of different identities or rationales.*

*Modify telecoil programs by choosing the appropriate program button (P2/P3) containing a telecoil function then adjusting the appropriate trimmers within that program.*

15

# 2. Fitting

## 2.6 Confirm settings for T programs



### ACCESS THE TELECOIL FUNCTION WITHIN A DESIGNATED PROGRAM

To boost the Telecoil response in an MT program, select input level trimmers and increase gain. Then decrease the M relative to the increase of the T trimmer. The telecoil has 6 dB more gain available than the M.

Change the MT or T response shaping by using the channel trimmers.

### Tips & Notes:

*For MT and T programs linear processing is applied. For non-linear adjustments, select unlock - giving access to each individual trimmer - and copy the values from the general program.*

*When an FM/DAI shoe is connected to Sumo DM, the T program becomes 'FM only' and the MT will become 'FM + M', by default.*

*To allow use of the telecoil when an FM/DAI shoe is connected, disable the automatic detection. To use both T and FM, create two T programs, one for FM, the other for telecoil.*

*Noise Management (without VoiceFinder) is active in T programs and can be set to Full (default), Middle or Off.*

oticon
PEOPLE FIRST

16

DEM004705

# 3. Fine Tuning



REVIEW CHOSEN IDENTITY

USE THE FINE TUNING GUIDE IN GENIE

FINE TUNE WITH THE
TRIMMERS



oticon
PEOPLE FIRST

17

DEM004706

# 3. Fine Tuning

## 3.1. Review chosen Identity (1/2)



### CONSIDER CHANGING IDENTITY

If the client reports a general dissatisfaction or over-all difficulties, consider changing to an Identity next to the one chosen. Changing Identity will affect the gain and compression characteristics.

Should the client report "own voice is too dominating in comparison with other sounds", consider changing Identity to one with less compression.

**Tips & Notes:**

*People with severe-to-profound hearing loss have different ages, experience, and auditory resolution. These differences lead to different processing requirements. The Identities provide varying degrees of gain, compression and noise management to address these differences.*

*If the client has a specific complaint, the Fine Tuning guide will provide the best outcome.*

oticon
PEOPLE FIRST

18

DEM004707

oticon
PEOPLE FIRST

# 3. Fine Tuning

## 3.1. Review chosen Identity 2/2



**Identity Profile**

Dynamic
Active
Gradual
Classic (Lin)

### Tips & Notes:

*The Dynamic Identity provides the most complex signal, while the Classic Identity provides the simplest signal.*

**Dynamic Identity:** *Provides increased access to soft sounds and the highest amount of compression with a maximal responsiveness to environmental changes. Suitable for clients with a high auditory resolution.*

**Active Identity:** *Provides moderate compression and a rapid response to environmental changes. Suitable for clients who can make use of soft sounds and an active noise reduction.*

**Gradual Identity:** *Provides less access to soft sounds and minimal compression with a slower response to environmental changes. Suitable for clients who benefit from minimal amounts of compression and a gradually acting noise reduction.*

**Classic Identity:** *Provides linear processing and a stable response to environmental changes. Suitable for clients with left corner audiograms.*

### CLICK ON THE IDENTITY SELECTOR TO CHANGE IDENTITY

Select a different Identity, and allow a few seconds for the instrument to adjust to the new Identity.

If an Identity has been fine-tuned in the same session, you can choose between the prescribed or fine-tuned version.

If you have made comparisons of the identities within a session, remember that any fine-tuning will only be retained for the saved Identity.

Click on "i" to access the description of the different Identities.

19

DEM004708

oticon
PEOPLE FIRST

# 3. Fine Tuning

## 3.2. Use the Fine Tuning Guide



**Tips & Notes:**

*Play sounds to help you and your client define the problem.*

*The sound and picture dialogue is located on the right side of the screen. Please contact Oticon to get information about requirements to your sound system.*

*Link programs for fine-tuning to be applied to more than the current program.*

### IDENTIFY THE PROBLEM

Select one of the five buttons at the top of the screen that matches the client's specific complaint.

Select the words that further describe the client's complaint.

Double-click on the word at the end of the tree structure.

Click 'Apply' to implement the changes.

21

DEM004709

oticon
PEOPLE FIRST

# 3. Fine Tuning

## 3.3. Use the Trimmers (1/2)

| All | LF | MF | HF |
|---|---|---|---|
| MPO | 122 | 130 | 120 |
| Loud | 41 | 51 | 50 |
| Speech | 47 | 57 | 50 |
| Soft | 53 | 61 | 50 |

Right

| All | LF | MF | HF |
|---|---|---|---|
| MPO | 124 | 131 | 120 |
| Loud | 46 | 55 | 49 |
| Speech | 53 | 61 | 49 |
| Soft | 59 | 65 | 49 |

Left

### Tips & Notes:

The Quick panel provides three input levels of trimmers:

Soft (50 dB) input level
Speech (65 dB) input level
Loud (80 dB) input level

The eight channels are bundled into three channels, LF, MF and HF.

Use of the Overall Loudness trimmer is highly recommended to make adjustments to gain, MPO and compression ratio.

### FINE TUNE WITH THE QUICK PANEL TRIMMERS

Consult the Fine Tuning Guide in Genie to get suggestions for adjustments based on your client's specific complaints. Adjust trimmers by:

### INDIVIDUAL BOXES

Click on the individual box. Then click on the up and down trimmer buttons.

### INPUT LEVEL

Click on the 'Soft', 'Speech', or 'Loud' boxes. Then click on the up and down trimmer buttons.

### FREQUENCY

Click on the 'LF', 'MF', or 'HF' boxes. Then click on the up and down trimmer buttons.

22

DEM004710

oticon
PEOPLE FIRST

# 3. Fine Tuning

## 3.3 Use the Trimmers (2/2)



**Tips & Notes:**

In the Standard and Expanded panels, the MPO and input level trimmers are provided for all 8 channels.

The Compression time and TriState Noise Management can be defined separately for each microphone program, if desired.

FINE TUNE WITH THE EXPANDED PANEL TRIMMERS

The Expanded Panel displays all 8 channels, and the three input level trimmers for each, as well as MPO.

Use the TriState Noise Management trimmer to change setting from the default Full to Middle effect or Off.

Use the CR button to view compression ratio.

Use the Compression Time trimmer to select faster or slower compression time.

23

DEM004711

# 4. End Session



### Tips & Notes:

*Sumo DM defaults to beep level of 70 dB and beep frequency of 500 Hz. The beep frequency and intensity level can be changed to meet the audibility requirements of your client.*

*In Sumo DM, audible beeps are provided for:*

* *program/switch change (optional)*
* *preferred VC level setting (optional)*
* *low battery warning*

*The visual status indicator does not illuminate until Sumo DM has been turned on.*

## REVIEW PROGRAMS AND STATUS INDICATORS AT THE END SESSION PANEL

Review the programs and Identity that will be saved into the instruments. Click on the Status Indicator to view and change the default levels of the audible beeps.

Sumo DM has a visual status light that can be set as continuously ON while the instrument is on (default for children up to age 7). Sumo DM also has a flashing light mode when the VC is at the preferred level and for program/ switch changes (simultaneously with the audible beep indicator).

24

oticon
PEOPLE FIRST

DEM004712

# 5. Counseling



INSTRUCT YOUR CLIENT

SET EXPECTATIONS

RUN SUMO DM LIVE



oticon
PEOPLE FIRST

25

DEM004713

oticon
PEOPLE FIRST

# 5. Counseling

## 5.1 Instruct your client



### REVIEW SWITCHES AND PROGRAMS IN SUMO DM

Instruct your client how to handle Sumo DM, including the 3-position switch, ON/OFF functions, the Telecoil functionality, battery change, the preferred VC setting, FM/DAI usage, and the status indicators.

Use the pictures in End Session to enhance this review. Click on the "!" button next to the Hearing Instrument instructions.



26

### Tips & Notes:

*The handling and user instructions can be printed to aid in counseling your client. You can also refer to the Sumo DM "User Instructional Brochure".*

DEM004714

oticon
PEOPLE FIRST

# 5. Counseling

## 5.2 Set expectations



### COMPLETE THE COSI

Initiate and use the interactive COSI (Client Oriented Scale of Improvement) with your client to review communication needs and expectations for the new instruments.

**Tips & Notes:**

*COSI is an outcome measure that begins with setting realistic goals for specific situations in which your client wants to hear better.*

*For this client group, it might also be important to consider differences and desired performance improvements compared to their previous instruments.*

27

DEM004715

# 5. Counseling

## 5.3 Run Live View



### Tips & Notes:

*Use Sumo DM Live to demonstrate the performance and benefits of Sumo DM to your client and family.*

*Sumo DM instruments need to be connected and turned on to run Sumo DM live.*

*Press "pause Sumo Live" to emphasize a point and counsel the client.*

Access Sumo DM's Live view in the Fitting screen to demonstrate the performance and benefits of Sumo DM.

### ENVIRONMENT IDENTIFICATION

Indicates intensity level of sound in each of Sumo DM's channels and if feedback is detected.

### AMPLIFICATION STRATEGY

Demonstrates aided and unaided response of Sumo DM in relation to the client's hearing thresholds in each channel.

### TRISTATE NOISE MANAGEMENT

Demonstrates the performance of TriState Noise Management, based on the input type. Choose appropriate sound environments from the Sound Player. The amount of reduction in each channel is also demonstrated.

### SOUND STUDIO

Open the Sound and Picture Dialogue. Select the 'Sound Studio' tab. Select the situations the client encounters in daily life. Demonstrate how the client can expect to hear in these situations.



oticon
PEOPLE FIRST

28

DEM004716

# Appendix I

*Loudness Judgement Scale*








Too Loud    Loud but comfortable    Comfortable    Soft but comfortable    Too Soft



oticon
PEOPLE FIRST

29

DEM004717

**oticon**
PEOPLE FIRST

*People first*



We believe that it takes more than technology and audiology to create the best hearing instruments. That's why we put the individual needs and wishes of people with hearing loss first in our development of new hearing care solutions.

www.oticonus.com

DEM004718