IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONIC INNOVATIONS, INC., et al, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 05-422 (GMS) ) ) ) ) ) |

**DECLARATION OF DANIEL G. VIVARELLI, JR. IN SUPPORT OF PLAINTIFF ENERGY TRANSPORTATION GROUP INC.'S OPPOSITION TO THE WIDEX DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW AND REQUEST FOR NEW TRIAL ON THE ISSUE OF WILLFUL INFRINGEMENT**

I, Daniel G. Vivarelli, Jr., declare, depose and state as follows:

1. I am an attorney with the law firm of Hunton & Williams, LLP and I am one of the attorneys representing Energy Transportation Group, Inc. ("ETG") in the above-captioned litigation.

2. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently as to their truth.

3. Attached as Exhibit A is a true and correct copy of excerpts of the transcript of the trial in the above-captioned action.

4. Attached as Exhibit B is a true and correct copy of DX 1240, an article entitled "The Problem of Feedback in Hearing Aids" by James Kates, bearing bates nos. LEV0004189-LEV0004201.

5. Attached as Exhibit C is a true and correct copy of DX 1770, presentation notes entitled "Feedback Cancellation ASA Meeting, Chicago June 5, 2001" bearing bates nos. GNR_D 0383587 - GNR_D 0383608.

6. Attached as Exhibit D is a true and correct copy of DX 1239, an article entitled "Measurement and Adaptive Suppression of Acoustic Feedback in Hearing Aids" by D. Bustamente *et al.*, bearing bates nos. GNR_D384342-GNR_D384345.

7. Attached as Exhibit E is a true and correct copy of PX 357, "Press Release for 1999 Mayor's Award (NYC) for Excellence in Science and Technology presented by Rudolph Giuliani.", bearing bates nos. MUS00000254-MUS00000255.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on May 8, 2008 in Washington, D.C.

_____
Daniel G. Vivarelli, Jr.

## CERTIFICATE OF SERVICE

I do hereby certify that on the 8th day of May, 2008, I caused a true copy of the foregoing ***Declaration of Daniel G. Vivarelli, Jr. in Support of Plaintiff Energy Transportation Group, Inc.'s Opposition to the Widex Defendants' Motion for Judgment as a Matter of Law and Request for New Trial on the Issue of Willful Infringement*** to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

| | |
|---|---|
| Mary B. Graham (#2256) | Donald E. Reid (#1058) |
| MORRIS, NICHOLS, ARSHT &TUNNELL LLP | Jason A. Cincilla (#4232) |
| 1201 N. Market Street | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| P.O. Box 1347 | 1201 N. Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| | |
| John M. Romary | William H. Mandir |
| C. Gregory Gramenopoulos | David J. Cushing |
| FINNEGAN, HENDERSON, FARABOW, | Carl J. Pellegrini |
| GARRETT & DUNNER | SUGHRUE MION PLC |
| 901 New York Ave., N.W. | 2100 Pennsylvania Ave., N.W. |
| Washington, DC 20001-4413 | Washington, DC 20037 |
| | |
| *Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC* | *Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.* |

/s/ Matthew A. Kaplan
Matthew A. Kaplan (#4956)