# Exhibit B

APPENDIX A10

-1-

J. COMMUN. DISORD.
24 (1991), 223-235

# THE PROBLEM OF FEEDBACK IN HEARING AIDS

JAMES M. KATES

*Center for Research in Speech and Hearing Sciences, City University of New York*

One of the factors that limits hearing-aid performance is feedback. This paper discusses the problem of feedback in hearing aids, illustrated with examples based on a computer simulation of hearing-aid behavior. The available technology for dealing with the problem of feedback is then reviewed, and new digital signal-processing approaches are described that may finally solve the feedback problem.

## INTRODUCTION

Feedback is a common problem in hearing aids. Feedback occurs when the amplified signal being output to the ear canal is routed back to the microphone input of the instrument. Low levels of feedback may not be noticeable, but high levels give rise to the phenomenon of "whistling" that is the bane of hearing-aid users and fitters. The feedback limits the maximum usable gain of the instrument and degrades the overall system response.

The objective of signal processing in reducing feedback is to increase the usable gain of the hearing aid while preserving the intelligibility of speech and maintaining the environmental awareness of the user. Several different procedures have been implemented in hearing aids to reduce feedback, the most common being modifications to the frequency response to reduce the output in the frequency region where feedback tends to occur, but none of these procedures have been truly effective in eliminating feedback. New techniques, based on digital signal processing and adaptive filters, are currently being developed. The adaptive filters are based on estimating the feedback signal and subtracting it from the input to cancel the feedback path.

The objective of this paper is to explain the feedback behavior of hearing aids and the techniques that are being used to reduce the effects of feedback. The paper begins with a discussion of the causes of feedback in

Address correspondence to James M. Kates, Center for Research in Speech and Hearing Sciences, City University of New York, Graduate School, 33 West 42nd St., New York, NY 10036.

© 1991 by Elsevier Science Publishing Co., Inc.                                     223
655 Avenue of the Americas, New York, NY 10010                       0021-9924/91/$3.50

Defendants Trial Exhibit
DX-1240
Civil Action no. 05-422

CONFIDENTIAL                                           LEV00004189

224                                                                J. M. KATES



**Figure 1.** Cross section of an in-the-ear (ITE) hearing aid.

hearing aids. Examples are based on the behavior of in-the-ear (ITE) instruments. This is followed by a review of the techniques currently in use to control feedback. The paper concludes with a description of some of the new digital signal-processing techniques that are being developed.

## THE PHYSICS OF FEEDBACK

A cross-sectional view of a typical in-the-ear (ITE) hearing aid is presented in Figure 1. The major external features of the hearing aid are the microphone opening, the battery compartment, the volume control, the vent openings, and the receiver opening. The microphone is positioned near the top of the hearing-aid faceplate, above the battery compartment and the volume control, and the vent is at the bottom. The circuitry is internal to the instrument, positioned where there is available space, and is not shown. The receiver is located in the canal portion of the hearing aid, and the receiver output is conducted to the ear canal via a short tube. The vent runs through the shell of the instrument from the faceplate to the ear canal.

Both acoustic and mechanical feedback can occur in the hearing aid. The mechanical feedback is caused by the vibrations of the receiver being transmitted back to the microphone through the tubes and the walls of the hearing-aid shell. The acoustic feedback is due to sound transmission from the receiver to the microphone through the vent and through any acoustic leakage paths that may exist between the hearing-aid shell and

CONFIDENTIAL                                                      LEV00004190

FEEDBACK IN HEARING AIDS                                            225



Figure 2. Block diagram representation of an ITE hearing aid.

the ear into which it is inserted (Lybarger, 1982; Egolf, 1985). In most cases the vent is the dominant feedback path; acoustic leakage paths are equivalent to a small vent and can be subsumed under the vent model.

The hearing-aid behavior feedback can be modeled using the block diagram shown in Figure 2. The basic hearing aid is represented by the microphone, hearing-aid processing block, amplifier, and receiver. The receiver is assumed to be loaded by the unoccluded portion of the ear canal and the ear-drum impedance of the KEMAR anthropometric manikin (Burkhard and Sachs, 1975) since this is representative of the average acoustic environment presented by the adult ear. The mechanical and acoustic feedback paths connect the receiver output to the microphone input. The acoustic path is given by a vent typical of that in prescribed ITE instruments, having a length of 2.2 cm and a radius of 0.12 cm.

The transfer characteristics of the acoustic feedback path from the receiver to the microphone through the vent are illustrated in Figure 3 for a simulated ITE hearing aid (Kates, 1988a; 1988b; 1990b). At low frequencies the feedback path gives an attenuation of about 56.5 dB. At high frequencies, the feedback path has a very sharp resonance peak, the frequency of which corresponds to the half-wave resonance of the vent tube. The acoustic wave that propagates through the vent toward the faceplate gets partially reflected at the vent opening, returns towards the receiver, gets partially reflected at the vent opening near the receiver, and so on to give a series of reflections that constructively interfere at an input frequency of 7 kHz to give the peak in the response.

The attenuation of the feedback path, which is greater than 50 dB over most of the indicated frequency range, may appear to be adequate to ensure no feedback problems until one realizes that a hearing aid may have over 40 dB of acoustic gain. Thus the sound pressure reradiated by the vent will be close to the incoming sound pressure level, giving a feedback loop with nearly unity gain. The normal operating settings of an

CONFIDENTIAL                                            LEV00004191

226　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J. M. KATES

[Figure: plot of RESPONSE (dB) vs FREQUENCY (kHz), ranging from 0.100 to 10.0 kHz on x-axis and 0.000 to -70.0 dB on y-axis, showing a flat response around -57 dB with a sharp peak near 7 kHz reaching about -13 dB.]

**Figure 3.** Transfer function for a vent acoustic feedback path from the receiver to the microphone.

instrument may therefore bring it very close to oscillation, and modifications to the acoustic path, such as bringing a telephone receiver close to the aided ear, may cause the system to become unstable and start to whistle.

Acoustic feedback through the vent will affect the frequency response of the hearing aid even if the instrument is not whistling. The feedback effects are illustrated in Figure 4 for a simulated ITE hearing aid mounted on KEMAR and containing the vent used for Figure 3. The dashed line is the frequency response for the hearing aid without the vent, and the solid line is the frequency response for the vented system. The change in the frequency response at low frequencies is due to the vent–ear canal resonance and is not a feedback effect (Kates, 1988b), but the changes in the response at frequencies above about 1 kHz are due to the acoustic feedback. For this simulated instrument, both response peaks at about 2.2 and 5.4 kHz have increased in level by about 5 dB, changing the intended frequency response. The sharper response peaks also mean that the temporal response of the hearing aid will show longer ringing effects, and the greater system gain at the resonance frequencies means that the hearing aid is more likely to reach its limit of linear amplification and start to distort.

CONFIDENTIAL
LEV00004192

APPENDIX A10

5

FEEDBACK IN HEARING AIDS 227



**Figure 4.** *In situ* frequency response for a simulated ITE hearing aid with vent (solid line) and without vent (dashed line).

### EXISTING FEEDBACK REDUCTION

Several different processing techniques are available in existing hearing aids to help reduce feedback. A low-pass filter is sometimes used to reduce the gain of the instrument at the high frequencies where feedback typically occurs. Other manufacturers provide controls that shift the locations of the receiver resonance peaks to lower frequencies (Ammitzboll, 1987) in order to reduce the gain at the frequencies near feedback. These common approaches reduce feedback by reducing the output at high frequencies, and leave unsolved the problem of reducing feedback without compromising the desired frequency response of the hearing aid.

Another approach is to provide adjustments to the amplifier phase response to reduce the tendency to oscillate at a specific frequency (Egolf, 1982). While a phase shift can reduce the tendency to oscillate at the one frequency, it may increase the possibility of oscillations at other frequencies. At best, one would expect only 1- or 2-dB improvement in gain from such a system.

Specific solutions are available for special feedback problems. In some high-power hearing aids, for example, the mechanical vibrations from the receiver can be carried back to the microphone through the walls of the hearing aid and cause oscillation. The degree of vibration can be reduced by using two receivers mounted back-to-back and having a common out-

CONFIDENTIAL
LEV00004193

put. Both diaphragms move toward or away from the center of the pair at the same time, thus canceling the mechanical moment of the receiver vibration and reducing feedback. Increases in gain of up to 10 dB can be expected in unvented hearing aids that are free from acoustic leaks.

Acoustic modifications are also possible to reduce feedback. In behind-the-ear (BTE) hearing aids, the acoustics of the earhook can be modified to reduce the gain in a selected frequency region. An acoustic notch filter or a low-pass filter characteristic (Killion, 1985) can be used to reduce feedback in a manner analogous to their electronic counterparts. The earmold venting for a BTE fitting can also be designed so that the vent has a low-pass acoustic filter response (Macrae, 1981; 1983) that reduces the amount of high-frequency power that makes its way back to the microphone through the vent. Acoustic modifications are most suitable for BTE instruments where there is space for the acoustic circuit elements, and the application to ITE instruments is limited.

The majority of the existing feedback-suppression approaches reduce feedback by reducing the high-frequency output of the hearing aid. Reducing the relative gain at high frequencies allows the volume control setting to be increased, but the actual output at high frequencies remains unchanged. Some specialized solutions for specific problems, such as the use of paired receivers to reduce mechanical feedback, have proven to be successful, but no commercially available system can control all forms of mechanical and acoustic feedback simultaneously. Thus the problem of reducing feedback while keeping the desired response characteristics of the hearing aid remains unsolved in existing products.

## DIGITAL FEEDBACK REDUCTION

Feedback reduction is an area where digital signal processing is expected to benefit future hearing aids. New procedures, based on adaptive cancellation (Widrow et al., 1975), are being developed. In an adaptive cancellation system, the hearing-aid output signal is sampled, processed through an adaptive filter, and subtracted from the input from the microphone. The adaptive filter provides an estimate of the feedback path, and the subtraction from the microphone signal reduces the net intensity of the feedback signal that enters the amplifier, thus improving stability and allowing increased gain.

A block diagram of an adaptive feedback cancellation system is presented in Figure 5. The mechanical and acoustic feedback paths, shown separately in the block diagram of Figure 2, have been combined into a single composite feedback path. The input to the adaptive filter is the amplifier output $u(n)$. The adaptive filter output is $v(n)$, which is subtracted from the microphone signal $s(n)$. The adaptive filter shapes the amplifier output to match the combination of the receiver, feedback path,

CONFIDENTIAL

FEEDBACK IN HEARING AIDS 229



Figure 5. Block diagram for the adaptive feedback cancellation system.

and microphone responses; the more precise the estimate of these functions, the greater the degree of feedback cancellation. The adaptive filter computes this estimate by minimizing the signal $e(n)$. The adaptive filter will drive the error signal towards zero by matching the filtered amplifier output to the feedback signal picked up by the microphone.

The processing of this type of feedback-cancellation system can adversely affect desired incoming signals. The adaptive filter has no way to distinguish between the feedback signal at the microphone input and an ambient signal; it tries to cancel any signal that is present at the microphone. The adaptive filter can be modified to minimize the effects on speech (Bustamante et al., 1989) by adding a time delay of about a millisecond. This system, however, will still cancel a sinusoid at the input; the sinusoid passes through the system and is amplified, and the adaptive filter adjusts the amplitude and phase of the amplified sinusoid to cancel the signal at the input. Thus certain alarm and alerting signals would be greatly reduced in amplitude by this system even though it is effective in reducing feedback. In the presence of speech-shaped noise, for example, Bustamante et al. (1989) found approximately 6-10 dB of feedback reduction with this type of procedure for a 6-tap digital filter, and each doubling of filter length increased the amount of feedback cancellation by about 2 dB.

It is clear from the above example that using the hearing-aid input signal as a cancellation signal has undesirable side effects. The cancellation of the input can be avoided if the signal being used to measure the characteristics of the feedback path is unrelated to the input. This can be achieved by using a special probe signal, such as a pseudorandom noise sequence (Eriksson and Allie, 1989). An example is shown in Figure 6. The noise signal $p(n)$ is now injected into the system and is used to probe the feedback path. The adaptive filter coefficients are adjusted to match

CONFIDENTIAL

LEV00004195

APPENDIX A10

8

230                                                                    J. M. KATES



Figure 6. Block diagram for the adaptive feedback cancellation system with a noise probe signal.

the probe signal to the portion of the microphone signal that is due to the noise traveling through the feedback path. The coefficients are then copied to a filter that processes the entire hearing-aid signal to cancel the feedback path.

Using a probe sequence has the advantage that the input to the hearing aid will not be canceled along with the feedback. The disadvantage is that the presence of a signal at the microphone input interferes with the quality of the feedback-path estimate produced by the adaptive filter. The continuous noise that is being injected as the probe signal must be at a low enough level so as not to be annoying, so a probe at an input-referred level of about 40 dB SPL is about the most intense that could be used. Assume that the amplifier and receiver provide about 40 dB of gain, and that the feedback path provides about 55 dB of attenuation. The probe signal, when measured at the microphone, will then be at a level of about 25 dB SPL. During normal speech, which has a level of about 65 dB SPL, the system will be trying to adapt while functioning at a signal-to-noise ratio (SNR) of $-40$ dB. The adaptation procedure needs about a 0-dB SNR to function effectively (Treichler, 1979), so there will be substantial periods of time when the adaptive system will not be able to function properly owing to ambient signals or noise.

An alternative approach to using a continuous low-level noise probe signal is to occasionally excite the hearing aid with a short, more-intense test signal, and from the response determine the optimum (Wiener) filter (Davenport and Root, 1958) for estimating the feedback path. This approach can give a more accurate estimate of the feedback path in the presence of interfering signals than can be obtained from the adaptive

CONFIDENTIAL                                                          LEV00004196

noise cancellation procedures of Figure 5 or 6. The coefficients of the Wiener filter are updated when evidence of feedback is detected, and then held constant until the next change is required (Kates, 1990a).

The system proposed by Kates (1990a) is an adaptive version of a feedback-cancellation system proposed by Levitt et al. (1988) that used a time-invariant cancellation filter set when fitting the hearing aid. The fixed filter, however, cannot adjust to changes in the acoustic environment. Such changes occur when a telephone receiver is moved close to the aided ear, when a hand is brought up to the hearing aid to adjust the volume control, or when the position of the instrument shifts in the ear, as may occur during eating or talking. The adaptive system, on the other hand, updates the estimated feedback path whenever changes are detected in the feedback behavior. The criterion for a change in the feedback path is the onset of oscillation. When oscillation is detected, the normal hearing-aid processing is interrupted. A pseudorandom noise burst is injected into the system as a probe signal, and a set of filter coefficients is adjusted to give an estimate of the feedback path. The hearing aid is then returned to normal operation with the feedback-cancellation filter as part of the system.

The feedback-cancellation scheme described above differs from other feedback-reduction systems (Patronis, 1978; Bustamante et al., 1989) in that the adaptation does not occur continuously. A disadvantage of the noncontinuous estimation approach is that small changes in the feedback path may go undetected if they do not cause the system to go unstable; this disadvantage can be overcome by estimating the feedback path on a periodic update schedule or by the user initiating an update request. The automatic detection of instability, however, would still be needed to guarantee that no oscillation occurs in normal use.

An advantage of the approach is that the probe sequence can be very short, typically 50 msec, and it need not occur very often. Speech intelligibility is not expected to be significantly affected by the short pseudorandom noise burst since Miller and Licklider (1950) found that alternating 50-msec segments of speech with 50-msec gaps filled with random noise caused only a small reduction in intelligibility, independent of the signal-to-noise ratio (SNR). In addition, they reported that the speech was perceived as being continuous despite the gaps. A continuous pseudorandom noise sequence, as discussed above, would be undesirable since it would reduce the signal-to-noise ratio of the signal at all times. In addition, relatively intense probes may be needed to overcome the difficulties in accurately estimating the feedback path in the presence of interfering ambient noise; a short noise burst is probably acceptable, but a continuous probe sequence would mask the desired speech signal.

Another advantage of the approach is that switching off the normal hearing-aid processing interrupts the feedback loop during the estimation

CONFIDENTIAL                                                    LEV00004197

232                                                                J. M. KATES



Figure 7. Block diagram for the feedback detection and cancellation system.

of the feedback path. This can greatly improve the signal-to-noise ratio during the estimation since the feedback oscillations (at maximum amplifier power output) are eliminated. These oscillations could, however, be present during a continuous low-level probe measurement.

The feedback-cancellation system is illustrated in Figure 7. The figure shows the basic hearing aid consisting of the microphone, hearing-aid processing, amplifier, receiver, and feedback path. To the basic instrument is added the feedback detection and the cancellation filter. The feedback detection determines if a sinusoid having power above a preset threshold is present at the microphone. If so, the normal hearing-aid processing is disengaged and the pseudorandom noise burst used as a probe sequence is injected into the system. If the noise burst and the detection threshold are set to the same level, for example 80 dB SPL, then the probe becomes a continuation of the incoming signal intensity and would not be annoyingly loud.

The filter coefficients are computed during the noise burst. The signal at the microphone is compared with the amplified probe signal, the processing is averaged over the duration of the noise burst, and the filter coefficients are then computed at the end of the noise burst. A computer simulation of the system (Kates, 1990a) indicates that a 32-tap filter can give about 17 dB of feedback cancellation in quiet or in the presence of 65-dB SPL speech-shaped noise, and can still give 12 dB of cancellation in the presence of an 80-dB SPL sinusoid. The noise burst used for the

CONFIDENTIAL                                                    LEV00004198

simulations had a duration of 50 msec and an input-referred level of 80 dB SPL. Increasing the filter length to 64 taps or reducing it to 16 taps gave poorer results.

Another feedback-reduction scheme that is occasionally proposed is to use an adaptive notch filter to remove the feedback oscillations from the system. Such a system would suffer from several problems. First, the notch filter would be designed to remove sinusoidal components rather than to estimate and cancel the feedback path; thus reducing the amplitude of one component does not guarantee stability since the hearing aid may start to oscillate at another frequency as the gain is increased. The notch filter would also share a problem with the adaptive cancellation system of Figure 5 since it would automatically reduce the amplitude of sinusoidal alarm and alerting signals.

A further problem with a notch filter is that such a system could enter into nonlinear oscillations. In cancelling a component at a specific frequency, the notch filter may change the phase response of the hearing aid so that it starts to oscillate at a different frequency; the notch then adapts to the new frequency, but in doing so returns the hearing aid to conditions that allow oscillation at the original frequency. In this way the notch filter would cause the hearing aid to continuously oscillate between the two frequencies without permanently eliminating either one. Multiple notch filters could alleviate this problem, but at the expense of greatly increasing the system complexity and without a guarantee that the resulting system would be stable under all expected conditions.

## CONCLUSIONS

The ideal feedback-reduction system will control all forms of feedback no matter what the system frequency response, will not remove or modify desired incoming signals, and will fit into an ITE shell. Needless to say, such a system does not yet exist. The general-purpose solutions implemented in current hearing aids reduce feedback by reducing the high-frequency output of the instrument, and are accepted only due to the lack of anything better.

While the digital systems also have limitations, the effectiveness as shown in experiment and simulation is much greater than currently available technology and the potential problems are far fewer. Especially important is the ability to cancel all forms of feedback, both mechanical and acoustic, with the same basic system. Thus digital feedback cancellation could be added to a hearing aid without any need for prior knowledge about the design or behavior of the instrument.

The price for digital processing is the complexity and power consumption of the circuits. This will preclude fitting digital feedback cancellation into ITEs, where it is most needed, for a period of several years. Digital

CONFIDENTIAL                                                                LEV00004199

processing in a BTE package is more feasible, but even here there is a considerable amount of progress needed in digital technology in order to solve the problems of size and battery drain. Thus digital algorithms offer a solution to the feedback problem, but practical digital implementations will require solutions of their own.

The research presented in this paper was supported by grant No. H133E80019 from the National Institute on Disability and Rehabilitation Research.

# REFERENCES

Ammitzboll, K. (1987). Resonant peak control. U.S. Patent No. 4 689 818.

Burkhard, M. D., and Sachs, R. M. (1975). Anthropometric manikin for acoustic research. *J. Acoust. Soc. Am.* 58:214–222.

Bustamante, D. K., Worrall, T. L., and Williamson, M. J. (1989). Measurement of adaptive suppression of acoustic feedback in hearing aids. Proc. 1989 International Conference on Acoustics Speech and Signal Processing, Glasgow, pp. 2017–2020.

Davenport, W. B., and Root, W. L. (1958). *An Introduction to the Theory of Random Signals and Noise.* New York: McGraw-Hill.

Egolf, D. P. (1982). Review of the acoustic feedback literature from a control theory point of view. In G. Studebaker and F. Bess (eds.), *The Vanderbilt Hearing-Aid Report.* Upper Darby, PA: Monographs in Contemporary Audiology, pp. 94–103.

Egolf, D. P., Howell, H. C., Weaver, K. A., and Barker, S. (1985). The hearing aid feedback path: Mathematical simulations and experimental verification. *J. Acoust. Soc. Am.* 78(5):1578–1587.

Eriksson, L. J., and Allie, M. C. (1989). Use of random noise for on-line transducer modeling in an adaptive active attenuation system. *J. Acoust. Soc. Am.* 85(2):797–802.

Kates, J. M. (1988a). A computer simulation of hearing aid response and the effects of ear canal size. *J. Acoust. Soc. Am.* 83(5):1952–1963.

Kates, J. M. (1988b). Acoustic effects in in-the-ear hearing aid response: Results from a computer simulation. *Ear Hear.* 9(3):119–132.

Kates, J. M. (1990a). Feedback cancellation in hearing aids. Proceedings of the 1990 IEEE International Conference on Acoustics, Speech, and Signal Processing, Albuquerque, NM, pp. 1125–1128.

Kates, J. M. (1990b). A time-domain digital simulation of hearing-aid response. *J. Rehab. Res. Dev.* 27(3):279–294.

Killion, M. (1985). Response-modifying earhooks for special fitting problems. *Audecibel,* Fall.

Levitt, H., Dugot, R. S., and Kopper, K. W. (1988). Programmable digital hearing aid system. U.S. Patent No. 4 731 850.

CONFIDENTIAL                                                          LEV00004200

FEEDBACK IN HEARING AIDS 235

Lybarger, S. F. (1982). Acoustic feedback control. In G. Studebaker and F. Bess (eds.), *The Vanderbilt Hearing-Aid Report*, Upper Darby, PA: Monographs in Contemporary Audiology, pp. 87–90.

Macrae, J. (1981). A new kind of earmold vent—The high-cut cavity vent. *Hear. Instrum.* 32(10):18–64.

Macrae, J. (1983). Vents for high-powered hearing aids. *Hear. J.* 36(1):13–16.

Miller, G. A., and Licklider, J. C. R. (1950). The intelligibility of interrupted speech. *J. Acoust. Soc. Am.* 22(2):167–173.

Patronis, E. T. (1978). Electronic detection of acoustic feedback and automatic sound system gain control. *J. Audio Eng. Soc.* 26(5):323–326.

Treichler, J. R. (1979). Transient and convergent behavior of the adaptive line enhancer. *IEEE Trans. Acoust. Speech Sig. Process.* ASSP-27(1):53–62.

Widrow, B., Glover, J. R. Jr., McCool, J. M., Kaunitz, J., Williams, C. S., Hearn, R. H., Zeidler, J. R., Dong, E. Jr., and Goodlin, R. C. (1975). Adaptive noise canceling: Principles and applications. *Proc. IEEE* 63(12):1692–1716.

CONFIDENTIAL                                                                LEV00004201