Exhibit C



Feedback Cancellation
ASA Meeting, Chicago
June 5, 2001

Defendants Trial
Exhibit
DX-1770
Civil Action no. 05-422

# FEEDBACK CANCELLATION IN HEARING AIDS

James M. Kates

AudioLogic/Cirrus Logic
2465 Central Ave., Suite 100
Boulder , CO 80301

Phone: 303-444-8445
Fax: 303-444-8498
Email:jkates@audiologic.cirrus.com

## ABSTRACT

Harry Levitt was an early advocate of digital signal processing for hearing aids. His interest included not only algorithms for compression and speech enhancement, but also more practical issues such as obtaining the desired hearing aid gain *vs.* frequency response at the ear drum. Acoustic feedback is one problem that can limit the maximum gain possible in a hearing aid and. Feedback cancellation, in which the acoustic feedback signal is estimated and subtracted from the microphone input, allows for greater hearing-aid signal amplification, and feedback cancellation was included in the work that Harry supported in his research group. In this presentation, the effects of feedback on the hearing aid response will be reviewed. Digital adaptive filter techniques for feedback cancellation will then be presented, along with measurements indicating the limitations of feedback cancellation.

PACS: 43.66.Ts

GNR_D 0383586

Feedback Cancellation

1

# FEEDBACK CANCELLATION IN HEARING AIDS

## James M. Kates

AudioLogic/Cirrus Logic
2465 Central Ave, Suite 100
Boulder, CO 80301

Phone: 720-406-3006
Fax: 720-406-3088
Email: jkates@audiologic.cirrus.com

J.M. Kates

ASA Chicago, 5 June 2001

ETG v. Sonic Innovations, C.A. No. 05-422 (GMS)

GNR_D 0383589

# United States Patent [19]

## Levitt et al.

[11] **Patent Number:** **4,731,850**

[45] **Date of Patent:** **Mar. 15, 1988**

[54] **PROGRAMMABLE DIGITAL HEARING AID SYSTEM**

[75] Inventors: Harry Levitt, Livingston, N.J.; Richard S. Dugot, New York, N.Y.; Kenneth W. Kopper, River Edge, N.J.

[73] Assignee: Audimax, Inc., Hackensack, N.J.

[21] Appl. No.: 879,214

[22] Filed: **Jun. 26, 1986**

[51] Int. Cl.⁴ ............................ H04B 15/00
[52] U.S. Cl. ...................... 381/68.2; 381/68.4; 381/94
[58] Field of Search ........... 381/68.2, 68.4, 93, 381/94

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,187,413 | 2/1980 | Moser | 381/68 |
| 4,425,481 | 1/1984 | Mangold | 381/68.2 |
| 4,489,610 | 12/1984 | Slavin | 381/68 |
| 4,548,082 | 10/1985 | Engebretson et al. | 381/68 |
| 4,596,902 | 6/1986 | Gilman | 381/68.2 |
| 4,628,529 | 12/1986 | Borth | 381/68.2 |
| 4,630,305 | 12/1986 | Borth | 381/68.2 |

### OTHER PUBLICATIONS

"Computer Applications in Audiology and Rehabilitation of the Hearing Impaired", by Harry Levitt, Journal

Primary Examiner—Jin F. Ng
Assistant Examiner—L. C. Schroeder
Attorney, Agent, or Firm—Brumbaugh, Graves, Donohue & Raymond

[57] **ABSTRACT**

A hearing aid system comprises a hearing aid that is programmable so as to have optimum electro-acoustic characteristics for the patient and acoustic environment in which it is used. Selected optimum parameter values are programmed into an electronically erasable, programmable read only memory (EEPROM) which supplies coefficients to a programmable filter and amplitude limiter in the hearing aid so as to cause the hearing aid to adjust automatically to the optimum set of parameter values for the speech level, room reverberation, and type of background noise then obtaining. The programmable filter may be a digital equivalent of a tapped delay line in which each delayed sample is multiplied by a weighting coefficient and the sum of the weighted samples generates a desired electro-acoustic characteristic. Alternatively, the programmable filter may be a tapped analog delay line in which the sum of the weighted outputs of the taps generates the desired characteristics. Acoustical feedback is reduced by an electrical feedback path in the hearing aid which is matched in both amplitude and phase to the acoustic feedback path, the two feedback signals being subtracted so as to cancel each other.

Tapped Analog Delay for Sampled Data Signal Processing", pp. 7-15-7-17, 7-25 and 7-26.

**14.** A method of reducing acoustic feedback in a hearing aid comprising a microphone, a receiver fitted in an ear of a wearer of the aid, and a signal transmission channel interposed between said microphone and transducer, comprising the steps of

determining the effect on the amplitude and phase of a signal in said transmission channel as a function of frequency of acoustic feedback between said receiver and microphone, and

inserting between the input and output of said transmission channel a programmable filter programmed to equalize and reduce the effect of said acoustic feedback both in amplitude and phase on a signal in said transmission channel.

**15.** A method of reducing feedback in a hearing aid as described in claim 14 in which said programmable filter is inserted in a forward path through said transmission channel.

**16.** A method of reducing feedback in a hearing aid as described in claim 14 in which said programmable filter is inserted in an electrical feedback loop for said transmission channel.

GNR_D 0383591

J.M. Kates

Feedback Cancellation

4

# FEEDBACK PATH MODEL

- **SIGNAL = Mic × Amp × Receiver × feedBack**

- **ELECTROACOUSTICS VARY VERY SLOWLY**
  **Microphone**
  **Amplifier**
  **Receiver**

- **ACOUSTIC ENVIRONMENT CAN CHANGE**
  **Telephone handset**
  **Hat**
  **Earmold placement in the ear canal**

- **MODEL FEEDBACK AS CASCADE OF FIXED + VARYING**
  **Fixed filter IIR for computational efficiency**
  **Short adaptive FIR filter to model changes**

ASA Chicago, 5 June 2001

J.M. Kates

Feedback Cancellation

5

# INITIALIZATION IN DISPENSOR'S OFFICE

- **EXCITE HEARING AID WITH MLS**
  Sampling rate 15625 Hz
  Periodic maximum length sequence of length 255 (16.3 ms)
  Total probe signal duration 10 sec (612 repetitions)

- **ACQUIRE FEEDBACK PATH RESPONSE AT THE MIC**
  Periodic summation
  Suppress room noise

- **UPLOAD DATA SEQUENCE TO HOST COMPUTER**

- **CALCULATE AND DOWNLOAD INITIAL PARAMETERS**
  IIR filter pole coefficients
  Starting FIR filter zero coefficients
  Reference FIR coefficients for constrained adaptation

ASA Chicago, 5 June 2001

GNR_D 0383593



# INITIALIZATION SYSTEM

Feedback Cancellation

J.M. Kates

6

ASA Chicago, 5 June 2001

ETG v. Sonic Innovations, C.A. No. 05-422 (GMS)

GNR_D 0383594

Feedback Cancellation

J.M. Kates

# RUN-TIME ADAPTIVE SYSTEM



7

ASA Chicago, 5 June 2001

ETG v. Sonic Innovations, C.A. No. 05-422 (GMS)

GNR_D 0383595







5-POLE/8-TAP FIR FIT TO BTE FEEDBACK PATH

Feedback Cancellation

J.M. Kates

ASA Chicago, 5 June 2001

ETG v. Sonic Innovations, C.A. No. 05-422 (GMS)

GNR_D 0383596

Feedback Cancellation

J.M. Kates

9

# NEED FOR CONSTRAINED ADAPTATION

- **LMS ADAPTATION**
  Model feedback path
  No probe signal

- **ADAPTATION BEHAVIOR DEPENDS ON INPUT SIGNAL**
  Converges for broadband input
  Biased solution for narrowband input
  Tends to cancel sinusoidal input
  Large mismatch between adaptive weights and FB path

- **ADAPTATION PROBLEMS FOR SINUSOID INPUT**
  Excessively large adaptive filter weights
  Instability when the sinusoid stops
  Coloration artifacts

ASA Chicago, 5 June 2001

GNR_D 0383597

Feedback Cancellation

# CONSTRAINED ADAPTATION

- REQUIREMENTS FOR SYSTEM STABILITY
  Low hearing aid gain
  Good match between model and actual feedback path

- PURPOSE OF THE CONSTRAINT
  Limit mismatch
  Allow adaptation to expected changes in feedback path

- INITIALIZATION
  Get accurate initial estimate of the feedback path
  Used for comparison with current adaptive weights

- TWO CONSTRAINT APPROACHES
  Clamp
  Cost function

J.M. Kates

ASA Chicago, 5 June 2001

ETG v. Sonic Innovations, C.A. No. 05-422 (GMS)

GNR_D 0383598

Feedback Cancellation

J.M. Kates

11

# CLAMP

- ## REPLACE ACTUAL FB PATH WITH INITIAL WEIGHTS

$$|H(\omega,m)||W(\omega,m) - W(\omega,0)| \ll 1$$

- ## BOUND ON THE DIFFERENCE IN WEIGHTS

$$|W(\omega,m) - W(\omega,0)| \leq \sum_{k=0}^{K-1} |w_k(m) - w_k(0)|$$

- ## LIMIT MAX DEVIATION OF WEIGHTS FROM INIT VALUES

$$w_k(m+1) = w_k(m) + 2\mu \sum_{n=0}^{N-1} e_n(m) d_{n-k}(m)$$

$$\frac{\sum_{k=0}^{K-1} |w_k(m+1) - w_k(0)|}{\sum_{k=0}^{K-1} |w_k(0)|} < \gamma, \quad \gamma \approx 2$$

ASA Chicago, 5 June 2001

Feedback Cancellation

12

J.M. Kates

# COST FUNCTION

- **CONVENTIONAL LMS ADAPTATION MINIMIZES ERROR**

$$\varepsilon(m) = \sum_{n=0}^{N-1} e_n^2(m) = \sum_{n=0}^{N-1}[s_n(m) - v_n(m)]^2$$

- **ADD COST FUNCTION TO PENALIZE LARGE WEIGHTS**

$$\varepsilon(m) = \sum_{n=0}^{N-1} e_n^2(m) + \beta \sum_{k=0}^{K-1}[w_k(m) - w_k(0)]^2$$

- **ADAPTIVE WEIGHT UPDATE BECOMES**

$$w_k(m+1) = w_k(m) - 2\mu\beta[w_k(m) - w_k(0)] + 2\mu \sum_{n=0}^{N-1} e_n(m) d_{n-k}(m)$$

ASA Chicago, 5 June 2001

GNR_D 0383600



Feedback Cancellation

Adaptive model = dashed, Feedback path = solid

13

J.M. Kates

ASA Chicago, 5 June 2001

Feedback Cancellation

14

# CONSTRAINT SUMMARY

- **ADAPTIVE PROCESSING CONCERNS**
  Track changes in the feedback path
  Cause no reduction in the sound quality
  Can not use probe signal

- **UNCONSTRAINED ADAPTATION**
  Problems with narrowband or sinusoidal input
  Can cancel input signal
  Excessively large adaptive weights
     coloration
     instability

- **CONSTRAINED ADAPTATION**
  Clamp on deviation of weights from initial values
  Cost function to push weights towards initial values
  Prevents signal cancellation
  Greatly reduces coloration and instability artifacts

J.M. Kates

ASA Chicago, 5 June 2001

GNR_D 0383602

J.M. Kates

# ROOM REVERBERATION EFFECTS

- **NUMBER OF FIR FILTER COEFFICIENTS**
  **Similar results for FIR filters having 16-190 taps**
  **Longer filter does not guarantee better performance**
  **Typically get 10 dB headroom increase**

- **ROOM REVERBERATION**
  **Feedback path includes room as well as head**
  **Can model ear canal and head effects**
  **Filter too short to model room reflections**

ASA Chicago, 5 June 2001

ETG v. Sonic Innovations, C.A. No. 05-422 (GMS)

GNR_D 0383603





Feedback Cancellation

16

# MEASUREMENTS AT 8 DIFFERENT LOCATIONS

J.M. Kates

ASA Chicago, 5 June 2001

ETG v. Sonic Innovations, C.A. No. 05-422 (GMS)

GNR_D 0383604

Feedback Cancellation

J.M. Kates

# ESTIMATED MAXIMUM HEARING AID GAIN
## FOR INITIAL POLE/ZERO FIT

| Room Location | No FB Can. | Est. Max. Gain, dB | | |
|---|---|---|---|---|
| | | 8-Tap FIR | 16-Tap FIR | 32-Tap FIR |
| 1 | 7.0 | 17.1 | 20.4 | 22.1 |
| 2 | 7.5 | 18.1 | 18.1 | 21.2 |
| 3 | 7.6 | 15.7 | 20.5 | 19.2 |
| 4 | 7.8 | 15.5 | 19.7 | 19.1 |
| 5 | 8.0 | 15.3 | 18.6 | 17.4 |
| 6 | 7.6 | 15.9 | 21.0 | 21.7 |
| 7 | 8.1 | 17.4 | 19.7 | 23.4 |
| 8 | 8.1 | 16.3 | 21.2 | 21.5 |
| Ave. | 7.7 | 16.4 | 19.9 | 20.7 |

ASA Chicago, 5 June 2001

17

ETG v. Sonic Innovations, C.A. No. 05-422 (GMS)

GNR_D 0383605

Feedback Cancellation

J.M. Kates

# REVERBERATION SUMMARY

- **FEEDBACK PATH**
  **Short-time portion = ear-level effects**
  **Long-time portion = room reverberation**

- **EAR-LEVEL MODEL**
  **Hearing aid, ear canal and pinna, and head**
  **ARMA model: 5 poles, 8-16 tap FIR**
  **Smooth curve fit to the FB path frequency response**
  **Minimizes effects of room location and reverberation**

- **REVERBERATION**
  **FB path response changes with location**
  **Noise and distortion secondary effects**
  **Reverberation limits FB cancellation to 10-15 dB**

ASA Chicago, 5 June 2001

18

GNR_D 0383606

Feedback Cancellation

19

J.M. Kates

# CONCLUSIONS

- **FEEDBACK CANCELLATION SYSTEM**
  Model feedback path and subtract from input
  LMS adaptive system

- **PROCESSING EFFECTIVENESS**
  Typically get 10 dB headroom increase
  Increased gain gives improved audibility
  Increased stability gives improved sound quality

- **PROBLEMS REMAIN**
  Closed-loop operation
  Feedback cancellation for all possible input signals
  Narrowband inputs cause model mismatch and artifacts
  Reverberation limits model accuracy

ASA Chicago, 5 June 2001

GNR_D 0383607

J.M. Kates

# REFERENCES

Kates, J.M. (1999), "Constrained adaptation for feedback cancellation in hearing aids", J. Acoust. Soc. Am., Vol. 106(2), pp 1010-1019.

Kates, J.M. (2000), "Feedback cancellation apparatus and methods", US Patent 6,072,884, issued 6 June 2000.

Kates, J.M. (2001), "Room reverberation effects in hearing aid feedback cancellation", J. Acoust. Soc. Am., Vol. 109(1), pp 367-378.

Kates, J.M. (2001), "Feedback cancellation improvements", US Patent 6,219,427, issued 17 April 2001.

ASA Chicago, 5 June 2001

20

GNR_D 0383608