# Exhibit D

A1a.11

# MEASUREMENT AND ADAPTIVE SUPPRESSION OF ACOUSTIC FEEDBACK IN HEARING AIDS

*Diane K. Bustamante*
*Thomas L. Worrall*
*Malcolm J. Williamson*

Nicolet Instruments, Audiodiagnostics Division
Madison, Wisconsin

## ABSTRACT

Acoustic feedback is a common complaint of hearing aid users. It is not only annoying but, more importantly, reduces the maximum useable gain of the hearing aid device. The onset and spectral content of acoustic feedback are dependent on the transfer function of both the hearing aid and the acoustic feedback path. *In situ* measurements with a behind-the-ear (BTE) hearing aid device demonstrate that the acoustic path transfer function can vary significantly in response to small changes in the acoustic environment, suggesting the need for adaptive methods of feedback suppression. We have explored three feedback suppression techniques: time-varying delay, adaptive inverse filtering and adaptive feedback cancellation. Currently, the latter approach is the most successful, increasing the maximum gain the hearing aid can deliver without acoustic feedback by 6-10 dB.

## INTRODUCTION

Feedback occurs at a particular frequency when the open-loop gain of the system (the hearing aid and acoustic feedback path in Figure 1) is greater than unity and the open-loop phase response of the system is a multiple of 360° at that frequency. A common approach for preventing acoustic feedback in hearing aids relies on attenuation of the overall or high-frequency gain. This is not often a useful alternative as the hearing aid users for whom feedback is a problem generally require more rather than less gain to achieve adequate compensation for their hearing loss. Another approach [1] is to compensate or alter the open-loop phase response by inserting a fixed phase shift in the signal path. This may work as long as the acoustic environment and, thus, the acoustic path transfer function do not change. Generally, this is not true in the case of a hearing-aid user.



Figure 1. Hearing aid system and acoustic feedback path. [IT = input transducer, OT = output transducer.]

A third approach is a feedback cancellation technique. An estimate of the feedback signal is generated and subtracted from the microphone input signal. The feedback signal estimate is generated by filtering the hearing aid output signal with an estimate of the acoustic feedback path transfer function. A number of researchers [2-4] have achieved some success with this general approach. One [2] employed a fixed filter, derived from one measurement of the feedback path transfer function, as the transfer function estimate, rendering this approach vulnerable to changes in the acoustic environment. Another [3] employed an adaptive analog filter as the transfer function estimate, allowing the estimate to adapt to changes in the acoustic environment. However, this implementation caused alteration of the closed-loop response of the system. A third [4] employed an adaptive digital filter as the transfer function estimate, again, reducing system vulnerability to changes in the acoustic environment. However, this implementation requires a white noise signal to be added to the hearing aid output signal in order to generate an uncorrelated "noise" reference signal for the adaptation algorithm, a nonideal solution for a hearing aid.

In this paper we will describe a technique for making *in situ* measurements of the feedback path transfer function and present results demonstrating the effect of changes in the acoustic environment on this transfer function. Three methods of feedback suppression which we have explored will be described: time-varying delay, adaptive inverse filtering and adaptive feedback cancellation. Finally, the results of acoustic and perceptual evaluations of the adaptive feedback cancellation approach, the most successful of these methods, will be presented.

## ACOUSTIC FEEDBACK PATH MEASUREMENTS

*In situ* measurements of the acoustic feedback path transfer function (including the input and output transducer transfer functions) for a typical BTE hearing aid were made. Previous measurements of the feedback path [5] have been primarily limited to the magnitude response at a few select frequencies under a limited set of acoustic conditions. Our results, which included measurements of both magnitude and phase response, were made for various listeners under a number of acoustic conditions. All measurements were made in a sound-treated booth. The input and output signals of the BTE device were interfaced to a PC-based signal-processing system. The BTE output transducer, which delivers the acoustic stimulus, is coupled to the ear canal by an earmold

CH2673-2/89/0000-2017 $1.00 © 1989 IEEE

Defendants Trial
Exhibit
DX-1239
Civil Action no. 05-422

GNR_D0384342

(a close-fitting plastic plug molded to the contours of the ear canal and having an internal channel through which sound is transmitted). The response or feedback signal was recorded at the BTE microphone which sits near the top of the pinna. The acoustic stimulus was a click train of 200 clicks. The click responses were averaged to generate the impulse response of the feedback path transfer function. The stimulus generation, recording, and response averaging were all performed digitally.

One set of measurements was made on KEMAR (Knowles Electronic Manikin for Acoustic Research). The effect of systematically varying a number of acoustic parameters was explored. These parameters were: 1) earmold type (which have varying degrees of leakage) 2) earmold vent size (which vary roughly between 1 and 5 mm in diameter and are used for acoustic frequency shaping) 3) earmold tube length (the tube connecting the BTE to the earmold plug) and 4) distance to a reflective surface (a 32 cm x 34 cm stainless steel plate placed parallel to the plane of the side of the head). Typically, the acoustic feedback path (Figure 2) is characterized by a frequency response with a broad peak between 1 to 4 kHz, and by a relatively constant group delay in this frequency region with values between 0.7 to 1.0 milliseconds. Different earmold types result in feedback path transfer functions which differ in terms of magnitude response, phase response, and group delay function. Increasing earmold vent size has little effect on the phase or group delay but does serve to increase the magnitude of the response. Increasing earmold tube length decreases the amplitude and frequency of the peak of the magnitude response and increases the group delay. Increasing the distance to a reflective surface alters the response in an unsystematic fashion. In general, the trends observed match predictions based on acoustic considerations, verifying the validity of the measurement technique.



Figure 2. Acoustic feedback path transfer function of a hearing aid system (a) magnitude response (b) phase response (c) group delay function.

A second set of measurements was made on human volunteers. Inter-subject and intra-subject differences in acoustic feedback path transfer functions were measured over time. The results of different subjects vary in terms of both frequency response shape and average group delay. More importantly, measurements made with the same subject and earmold but made on different days also demonstrated variability. In some cases, variability was observed only across measurements made in different acoustic environments (e.g. different rooms, different locations within a room, etc.), while in other cases, variability was observed across measurements made in the same acoustic environment. These latter differences may result from changes in earmold or earpiece placement, from interactions with eyeglasses, etc. These results indicate the need for an adaptive technique of feedback suppression.

APPROACHES TO FEEDBACK SUPPRESSION

The three feedback suppression methods we studied were all implemented on a real-time PC-based signal processing system employing a TMS32010. The microphone signal of a BTE earpiece was the A/D input signal and the D/A output signal was delivered to the output transducer of the same BTE earpiece.

Time-Varying Delay

One general approach to disrupting feedback is to reduce the gain or to change the phase relationships. Inclusion of a time-varying delay in the signal path of a hearing aid is an ad hoc means of generating a time-varying phase response. We experimented with a delay which varied periodically. Given an input signal $x(n)$ and an output signal $y(n)$,

$$y(n) = x(n - d(n))$$

where $d(n)$ is a triangular wave with a maximum amplitude of P, a minimum amplitude of 0 and a period of $2*P*L$ samples. Increasing the values of P and L increases the degree of feedback reduction but also increases the level of distortion. The distortion introduces a warbling quality to the processed signal. Reasonable values are P=8 and L=32 gives a 16 kHz sampling rate. This results in a small increase of 1-2 dB in the maximum stable gain of the device and moderate distortion. These results are less than optimal for use in a hearing aid.

Adaptive Inverse Filtering

Acoustic feedback generates tonal components in the input signal. Thus, one potential means of suppressing feedback is to apply a narrowband notch filter centered at the frequency of the tonal components when feedback is present. The second approach (Figure 3) we explored introduced an adaptive filter into the signal path with a frequency response roughly the inverse of the input spectrum. The adaptive inverse filter should provide a notch filter given tonal feedback components in the input signal, but should only provide mild high-frequency emphasis given speech input. The inverse filter was implemented by an adaptive LMS predictor filter with a small number of coefficients (2 to 6) and a long adaptation time constant (roughly 250 msec.) to minimize the effect of the filter on speech signals. Unfortunately, spectral measurements indicate that the bandwidth of the "notch" filter is broad. Thus, the filter acts to attenuate a significant fraction of the input signal bandwidth as well as the feedback components, significantly reducing its usefulness in hearing

GNR_D0384343

aid applications.



Figure 3. Adaptive inverse filter approach. This system was studied both with and without the delay.

A variant of the above approach, which includes a fixed time delay in the reference signal path prior to the adaptive filter, was also explored. This configuration is similar to that used in adaptive line enhancement systems and in schemes for cancelling periodic interference when a reference signal free of the desired broadband signal is unavailable [6]. The fixed delay acts to decorrelate the broadband signal components in the primary and reference signal, while having little effect on the correlation of the periodic or tonal components in the primary and reference signals. Setting the fixed delay to 0.8 milliseconds provided the greatest increase in the maximum stable gain for this approach. This value happens to roughly correspond to the average group delay of the feedback path transfer function in the frequency region most susceptible to instability (2-3 kHz) under a variety of conditions. With a 12-coefficient adaptive filter, this approach provided a 3-4 dB increase in the maximum stable gain of a BTE fitted on KEMAR. Spectral measurements of the system output given a naturally-produced, sustained vowel input signal indicated little or no attenuation of the vowel formant amplitudes. Thus, this approach was more successful than that without the fixed delay. However, the resultant increase in maximum stable gain was less than desired.

### Adaptive Feedback Cancellation

Our third and most successful approach entailed subtracting an estimate of the feedback signal from the hearing aid input signal (Figure 4). The feedback signal is estimated by filtering the hearing aid output by an estimate of the acoustic feedback path transfer function. The transfer



Figure 4. Adaptive feedback cancellation approach.

function is modelled as a fixed delay followed by an adaptive FIR filter. The fixed delay was set to 0.85 milliseconds which, as stated previously, roughly corresponds to the average group delay of the acoustic feedback path. Measurements of the maximum stable gain also indicated this to be an optimal value. The inclusion of a fixed delay allows the use of a shorter FIR filter which reduces computation. The use of an adaptive as opposed to a fixed filter reduces the vulnerability of the system to changes in the acoustic environment.

The coefficients of the adaptive filter are estimated in a joint process estimator configuration. The inputs to the estimator are the reference signal—the delayed hearing aid output, and the error signal—the difference between the microphone input signal and the adaptive filter output. The coefficient adaptation is accomplished via the LMS algorithm. The stepsize of the LMS adaptation, $\mu$, was continuously updated as per

$$\mu = \frac{k}{N(\text{signal power})}$$

where $N$ is the number of filter coefficients and $k$ is a constant. To assure convergence of the filter coefficients, $k$ was set to a value less than 0.01 [6]. The coefficients adapt to 90% of their final value in ~150 millisecond and to 100% of their final value in ~1 second.

To explore the effect of this system on speech signals, spectral measurements of the system output given a sustained vowel input were made. With a fixed delay in the reference signal path of roughly 0.7 to 1.0 milliseconds, feedback suppression is accomplished with minimal, if any, attenuation of formant amplitudes. Without this delay, feedback cancellation appears to improve (the maximum stable gain is increased) but some attenuation of the formant amplitudes of the vowel signal also occurs. This observation is consistent with measurements [7] which indicate that a delay of roughly one millisecond is sufficient to significantly decorrelate speech signals and suggests that the fixed delay in the reference signal path may serve to decorrelate the primary and reference signals. Spectral measurements of the system output given a sustained vowel input indicate some attenuation of formant amplitudes with filter lengths greater than 24, even with a one millisecond delay in the reference signal path. Elimination of the delay, further increased the degree of attenuation. Increasing the filter length does increase the maximum stable gain of the system (~2 dB per doubling of filter length for filters of 6-48 taps). However, both memory requirements and the desire to maintain optimal speech quality restricted performance evaluations to 6 and 12-coefficient filter implementations. Preliminary results with the adaptive feedback cancellation approach appear promising and are described below.

### PERFORMANCE EVALUATION OF ADAPTIVE FEEDBACK CANCELLATION

The performance evaluation focussed on two major questions: 1) the magnitude of the increase in maximum stable gain with the adaptive feedback cancellation (AFC) scheme and 2) the effect, if any, on speech and sound quality of the AFC scheme.

GNR_D0384344

The maximum stable gain of a hearing aid is the maximum gain the aid can deliver without becoming unstable and generating acoustic feedback. Measurements of maximum stable gain were conducted under the same acoustic conditions as were used to characterize the acoustic feedback path as described above. Maximum stable gain was determined by increasing the gain of the hearing aid system until an audible "howl" was heard over a test microphone and then decreasing the gain until the howl ceased. This gain value was recorded as the maximum stable gain. The test microphone was placed either near the subject in the sound booth or in the terminus of the ear canal within KEMAR's head. To reduce the bias and variability of this subjective technique, several measurements were made for each condition by two independent experimenters and were generally repeated in at least two independent test sessions. Measurements were performed on KEMAR and on two unilaterally deaf individuals. The results with KEMAR and with the dead ears of the two subjects were in good agreement.

Three feedback suppression modes were compared: 1) no feedback suppression, 2) AFC with a 6-coefficient adaptive filter, and 3) AFC with a 12-coefficient adaptive filter. The increase in maximum stable gain provided by the two



Figure 5. Output spectrum (measured at a microphone placed at the ear canal terminus in KEMAR's head) given speech-shaped noise as input (over a loudspeaker in a sound booth) (a) without adaptive feedback cancellation (AFC) and (b) with AFC. Each curve corresponds to a 5 dB increase in the hearing aid gain. The same gains were applied to both systems with the exception of the peak gain applied with the AFC system (corresponding to the dashed line). This gain was 5 dB greater than the peak gain applied to the non-AFC system.

feedback suppression modes relative to mode 1 across a variety of conditions were 6-8 dB and 8-10 dB, respectively. Figure 5 demonstrates the increase in stable gain achieved with the 12-coefficient AFC. Without feedback suppression, feedback begins to occur at 2300 Hz after a +20 dB increase in gain. With 12-coefficient AFC, little if any feedback is present even after a +30 dB gain increase.

Informal listening tests by normal-hearing listeners indicate that the feedback cancellation algorithm has little, if any, effect on the quality of speech or music signals. However, relatively steady-state tonal signals, e.g. whistles, tend to be attenuated by the algorithm.

For the purpose of field trials, hearing-impaired listeners were fitted with a wearable, pocket-sized processor coupled by a cable to a BTE earpiece housing the input and output transducers. The pocket processor was programmed with three modes: no feedback cancellation, 6-coefficient feedback cancellation, and 12-coefficient feedback cancellation. In terms of speech quality, the hearing-impaired listeners found no difference between the three modes. In terms of the effectiveness of the feedback suppression modes, roughly half of the subjects found the increase in the maximum stable gain provided by the feedback cancellation modes sufficient to suppress feedback in most situations prone to feedback in the "no feedback cancellation" mode. For the remainder of the subjects, primarily those with severe hearing losses and, consequently, those requiring high gains, feedback was not completely suppressed in the feedback cancellation modes.

## SUMMARY

The observed differences between measurements of the acoustic feedback path transfer function for a given listener under various acoustic conditions support the use of adaptive methods for feedback suppression. Of the three methods explored, adaptive feedback cancellation appears to be the most promising. The current implementations provide an increase of 6-10 dB in the maximum stable gain of the hearing aid with little or no loss in speech quality. This increased gain can provide a benefit for moderately-impaired listeners. Further work is necessary to provide a greater increase in the stable gain and, thus, to extend this benefit to severely-impaired listeners.

## REFERENCES

[1] Preves, D.A. "The Effect of Phase Compensation on the Group Delay of Hearing Aids," Proc. IEEE Seventh Annual Conf. of the Eng. in Med. and Biol. Society, pp. 1109-1113:1985.
[2] Levitt, H., Dugot, R.S., and Kopper, K.W. "Programmable Digital Hearing Aid System," U.S. Patent #4,731,850, Mar 1988.
[3] Egolf, D. Personal communication, 1988.
[4] Best, L.C. "Digital Suppression of Acoustic Feedback in Hearing Aids," Unpub. Master's Thesis, Univ. of Wyoming, Dept. of Elec. Eng., Laramie, Wyoming, 1985.
[5] Lybarger, S.F. "Acoustic Feedback Control," The Vanderbilt Hearing-Aid Report edited by G.A. Studebaker and F.H. Best, Monographs in Contemporary Audiology, pp.91-93, 1982.
[6] Widrow, B. and Stearns, S.D. Adaptive Signal Processing, Prentice-Hall Inc., Englewood Cliffs, New Jersey, 1985.
[7] Noll, P. "Non-adaptive and adaptive DPCM of speech signals," Polytech. Tijdschr. Ed. Elektrotech./Eletron. (The Netherlands), No. 19, 1972.

GNR_D0384345