# Exhibit E



# cuny Graduate Center news
The Graduate Center  365 Fifth Avenue  New York, NY 10016-4309

Nanette Shaw
Assistant Vice President for Public Affairs

PRESS CONTACT:
David Manning
212. 817.7177 or 7170
dmanning@gc.cuny.edu

EXHIBIT
PX 357

**for release March 10 or after**

## CUNY Graduate Center Assistive Technology Pioneer to Recei\[ve\] Mayor's Award

Harry Levitt, Distinguished Professor of Speech and Hearing Scienc\[e\] at the Graduate Center of The City University of New York, has bee\[n\] named one of four recipients of the 1999 Mayor's Award for Exceller\[ce\] in Science and Technology. Levitt, a leading researcher and inventc\[r\] in the field of hearing aids and assistive technologies, is the co-recipient in the category of Technology. The award was presente\[d\] by New York City Mayor Rudolph Giuliani in a ceremony at Gracie Mansion on Wednesday, March 10.

City College Professor Andreas Acrivos, who also serves on the CUNY Graduate Center doctoral faculty, received the Mayor's Awar\[d\] in the Mathematical, Physical, and Engineering Sciences category. The other Technology recipient was Dr. John Niblack of Pfizer, Inc. The award in the third category, Biomedical Sciences, went to Dr. P\[aul\] Greengard of The Rockefeller University. The recipients in all three categories were chosen by panelists from the New York Academy c\[f\] Sciences, which administers the awards.

Professor Levitt is a renowned pioneer in the creation of devices an\[d\] systems to help people with hearing loss. He created a model for th\[e\] world's first digital hearing aid and has developed advanced methoc\[s\] for filtering out background noise in audio perception technology. He recently developed a communication system in which speech is

MUS00000255