IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C.A. No. 05-422 (GMS) |
| SONIC INNOVATIONS, INC., et al, | ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF MAYA M. ECKSTEIN IN SUPPORT OF
PLAINTIFF ENERGY TRANSPORTATION GROUP INC.'S
BRIEF IN OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR JUDGMENT
AS A MATTER OF LAW WITH RESPECT TO DAMAGES OR, IN THE
ALTERNATIVE, FOR A REMITITTUR OR NEW TRIAL ON DAMAGES**

I, Maya M. Eckstein, Jr., declare, depose and state as follows:

1. I am an partner with the law firm of Hunton & Williams, LLP and I am one of the attorneys representing Energy Transportation Group, Inc. ("ETG") in the above-captioned litigation.

2. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently as to their truth.

3. Attached as Exhibit 1 is a true and correct copy of excerpts of the Transcript of the Trial in the above-captioned action on January 23, 2008, January 24, 2008, January 25, 2008, January 31, 2008.

4. Attached as Exhibit 2 is a true and correct copy of JX 36, Oticon, Inc.'s Unit and Sales Development for 1999-2006 bearing bates nos. DEM519747 - DEM519753.

5. Attached as Exhibit 3 is a true and correct copy of JX 40, Bernafon, LLC's Unit and Sales Development for 1999-2006 bearing bates nos. DEM519736 - DEM519744.

6. Attached as Exhibit 4 is a true and correct copy of JX 216, Sales by Model Search bearing bates nos. WIDH000615, WIDH072223 - WIDH072230.

7. Attached as Exhibit 5 is a true and correct copy of PX 648, German Federal Cartel Office Decision dated April 11, 2007 bearing bates nos. MOJ00000242 - MOJ00000345.

8. Attached as Exhibit 6 is a true and correct copy of JX 180, General Information Sheet about K/S HIMPP bearing bates no. WID000060.

9. Attached as Exhibit 7 is a true and correct copy of JX 14, License Agreement between GN ReSound A/S and William Demant Holding, A/S bearing bates nos. DEM012901 - DEM012913; JX 17, License agreement between Phonak AG and William Demant Holding A/S bearing bates nos. DEM013823 - DEM013835 and JX 167, License Agreement between Etymotic Research Inc. and Oticon A/S bearing bates nos. DEM012871 - DEM012887.

10. Attached as Exhibit 8 is a true and correct copy of excerpts of the transcript of the deposition of Jonathan D. Putnam, Ph.D. taken in the above-captioned action on November 13, 2007.

11. Attached as Exhibit 9 is a true and correct copy of excerpts of the transcript of the deposition of Charles R. Donohoe taken in the above-captioned action on November 15, 2007.

12. Attached as Exhibit 10 is a true and correct copy of DX 1227, Handelsbanken Markets - Market Evaluation: William Demant bearing bates nos. WID234444 - WID234464 and DX 1230, Paribas European Equity Research - Hearing Instruments by Hans Bostrom bearing bates nos. WID234520 - WID234591.

13. Attached as Exhibit 11 is a true and correct copy of excerpts of the transcript of the deposition of Tom Westermann taken in the above-captioned action on June 27, 2007.

14. Attached as Exhibit 12 is a true and correct copy of excerpts of the transcript of the deposition of Glenn Ethe taken in the above-captioned action on August 16, 2007.

15. Attached as Exhibit 13 is a true and correct copy of excerpts of the transcript of the deposition of Erich Spahr taken in the above-captioned action on August 3, 2007.

16. Attached as Exhibit 14 is a true and correct copy of DX 954A, Grant Proposal: Acoustic Feedback Suppression in Hearing Aids bearing bates nos. OTI007708 - OTI007810.

17. Attached as Exhibit 15 is a true and correct copy of excerpts of the transcript of the Pre-trial Conference Hearing taken in the above-captioned action on January 3, 2008.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on May 9, 2008 in Richmond, Virginia.

_____
Maya M. Eckstein

## CERTIFICATE OF SERVICE

I do hereby certify that on the 9th day of May, 2008, I caused a true copy of the foregoing *Declaration of Maya M. Eckstein in Support of Plaintiff Energy Transportation Group, Inc.'s Brief in Opposition to Defendants' Renewed Motion for Judgment as a Matter of Law with Respect to Damages or, in the Alternative, for a Remitittur or New Trial on Damages* to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

| | |
|---|---|
| Mary B. Graham (#2256)<br>MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Donald E. Reid (#1058)<br>Jason A. Cincilla (#4232)<br>MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19899 |
| John M. Romary<br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER<br>901 New York Ave., N.W.<br>Washington, DC 20001-4413 | William H. Mandir<br>David J. Cushing<br>Carl J. Pellegrini<br>SUGHRUE MION PLC<br>2100 Pennsylvania Ave., N.W.<br>Washington, DC 20037 |
| *Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC* | *Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.* |

                                                      /s/ Matthew A. Kaplan
                                                      Matthew A. Kaplan (#4956)