# EXHIBIT 2

Oticon Inc.
Unit and Sales Development
$=000's
1999-2006

| Units Description | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Total Oticon 2001-2006 |
|---|---|---|---|---|---|---|---|---|---|
| Adapto | - | - | - | - | - | 14,061 | 4,544 | 1,905 | 93,796 |
| Atlas Plus | - | - | 7,838 | 36,257 | 29,191 | 23,845 | 15,831 | 10,873 | 50,349 |
| Delta 6000 | - | - | - | - | - | - | - | 29,027 | 29,027 |
| Delta 8000 | - | - | - | - | - | - | - | 26,838 | 26,838 |
| Gaia | - | - | - | - | 18,284 | 32,682 | 9,059 | 4,557 | 61,582 |
| Sumo XP | - | - | - | 119 | 6,498 | 8,268 | 3,861 | 2,992 | 19,636 |
| Sumo E | - | - | - | - | 353 | 1,240 | 1,201 | 1,084 | 3,887 |
| Sumo DM | - | - | - | - | - | - | 4,152 | 6,078 | 10,230 |
| Safran | - | - | - | - | - | - | - | 5,743 | 5,743 |
| Syncro 1 | - | - | - | - | - | 31,081 | 9,232 | - | 40,313 |
| Syncro 2 | - | - | - | - | - | - | 25,587 | 23,065 | 48,652 |
| Tego | - | - | - | - | - | - | 23,858 | 26,252 | 50,110 |
| Tego Pro | - | - | - | - | - | - | 43,320 | 43,320 | 85,477 |
| Sales | 7,838 | 35,376 | 54,324 | 109,186 | 136,282 | 181,334 | | 525,340 |

| Sales ($=000's) Description | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Total Sales |
|---|---|---|---|---|---|---|---|---|---|
| Adapto | - | - | - | - | - | 13,907 | 4,290 | 1,334 | 98,859 |
| Atlas Plus | - | - | 8,442 | 39,172 | 31,418 | 12,374 | 7,141 | 3,702 | 23,217 |
| Delta 6000 | - | - | - | - | - | - | - | 18,956 | 18,956 |
| Delta 8000 | - | - | - | - | - | - | - | 26,282 | 26,282 |
| Gaia | - | - | - | - | 12,081 | 18,756 | 4,282 | 2,115 | 37,243 |
| Sumo XP | - | - | - | 53 | 2,972 | 2,700 | 1,597 | 1,287 | 8,609 |
| Sumo E | - | - | - | - | 110 | 382 | 371 | 331 | 1,194 |
| Sumo DM | - | - | - | - | - | - | 2,387 | 3,491 | 5,878 |
| Safran | - | - | - | - | - | - | - | 5,013 | 5,013 |
| Syncro 1 | - | - | - | - | - | 36,308 | 10,763 | - | 47,071 |
| Syncro 2 | - | - | - | - | - | - | 29,548 | 26,232 | 55,780 |
| Tego | - | - | - | - | - | - | 11,873 | 12,561 | 24,234 |
| Tego Pro | - | - | - | - | - | - | 25,750 | 25,609 | 51,359 |
| Sales | 8,443 | 39,226 | 46,578 | 84,526 | 97,807 | 127,112 | | 403,692 |

| COGS ($=000's) Description | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Total COGS |
|---|---|---|---|---|---|---|---|---|---|
| Adapto | - | - | - | - | - | 7,064 | 2,727 | 1,216 | 53,363 |
| Atlas Plus | - | - | 4,575 | 20,205 | 17,575 | 5,216 | 3,605 | 2,393 | 11,275 |
| Delta 6000 | - | - | - | - | - | - | - | 10,256 | 10,256 |
| Delta 8000 | - | - | - | - | - | - | - | 14,251 | 14,251 |
| Gaia | - | - | - | - | 7,051 | 12,825 | 2,888 | 1,291 | 24,056 |
| Sumo XP | - | - | - | 38 | 1,967 | 1,562 | 975 | 706 | 5,338 |
| Sumo E | - | - | - | - | 53 | 223 | 225 | 204 | 708 |
| Sumo DM | - | - | - | - | - | - | 1,436 | 2,160 | 3,596 |
| Safran | - | - | - | - | - | - | - | 2,546 | 2,546 |
| Syncro 1 | - | - | - | - | - | 18,815 | 5,012 | - | 24,827 |
| Syncro 2 | - | - | - | - | - | - | 17,335 | 15,200 | 32,235 |
| Tego | - | - | - | - | - | - | 4,580 | 5,217 | 9,797 |
| Tego Pro | - | - | - | - | - | - | 11,434 | 12,359 | 23,794 |
| COGS | 4,875 | 20,243 | 26,650 | 45,705 | 50,878 | 67,890 | | 216,041 |
| GP1 | | | | | | | | | 187,651 |

| | | |
|---|---|---|
| Production Cost | | $ 288,813 |
| Capacity Cost | | $ 61,282 |
| Operating Profit | | $ 369,013 |
| | | $ 175,063 |
| | | $ 52,468 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1 of 7

DEM519747



EXHIBIT JX 36

EXHIBIT Demant 63 8-3-07

Oticon Inc.
Unit and Sales Development
$=000's
2001



| Units Description | Jan-01 | Feb-01 | Mar-01 | Apr-01 | May-01 | Jun-01 | Jul-01 | Aug-01 | Sep-01 | Oct-01 | Nov-01 | Dec-01 | Total Oticon |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adapto | | | | | | | | | | 436 | 4,346 | 3,056 | 7,838 |
| Atlas Plus | | | | | | | | | | | | | |
| Delta | | | | | | | | | | | | | |
| Gaia | | | | | | | | | | | | | |
| Sumo | | | | | | | | | | | | | |
| Safran | | | | | | | | | | | | | |
| Syncro | | | | | | | | | | | | | |
| Tego | | | | | | | | | | | | | |
| Tego Pro | | | | | | | | | | | | | |

| Sales-($=000's) Description | Jan-01 | Feb-01 | Mar-01 | Apr-01 | May-01 | Jun-01 | Jul-01 | Aug-01 | Sep-01 | Oct-01 | Nov-01 | Dec-01 | Total Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adapto | | | | | | | | | | $ 425 | $ 4,695 | $ 3,322 | $ 8,442 |
| Atlas Plus | | | | | | | | | | | | | |
| Delta | | | | | | | | | | | | | |
| Gaia | | | | | | | | | | | | | |
| Sumo | | | | | | | | | | | | | |
| Safran | | | | | | | | | | | | | |
| Syncro | | | | | | | | | | | | | |
| Tego | | | | | | | | | | | | | |
| Tego Pro | | | | | | | | | | | | | |
| Sales | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 425 | $ 4,695 | $ 3,322 | $ 8,442 |

| COGS-($=000's) Description | Jan-01 | Feb-01 | Mar-01 | Apr-01 | May-01 | Jun-01 | Jul-01 | Aug-01 | Sep-01 | Oct-01 | Nov-01 | Dec-01 | Total COGS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adapto | | | | | | | | | | $ 232 | $ 2,629 | $ 1,714 | $ 4,575 |
| Atlas Plus | | | | | | | | | | | | | |
| Delta | | | | | | | | | | | | | |
| Gaia | | | | | | | | | | | | | |
| Sumo | | | | | | | | | | | | | |
| Safran | | | | | | | | | | | | | |
| Syncro | | | | | | | | | | | | | |
| Tego | | | | | | | | | | | | | |
| Tego Pro | | | | | | | | | | | | | |
| COGS | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 232 | $ 2,629 | $ 1,714 | $ 4,575 |
| GP1 | | | | | | | | | | | | | |

| | |
|---|---|
| Production Cost | 39,794 |
| | 32,451 |
| Capacity Cost | 7,492 |
| | 19,365 |
| Operating Profit | 8,304 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEM519748

Oticon Inc.
Unit and Sales Development
$=000's
2002

### Units

| Description | Jan-02 | Feb-02 | Mar-02 | Apr-02 | May-02 | Jun-02 | Jul-02 | Aug-02 | Sep-02 | Oct-02 | Nov-02 | Dec-02 | Total Oticon |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adapto | 2,979 | 2,978 | 3,672 | 3,929 | 3,467 | 2,794 | 2,712 | 2,567 | 2,759 | 3,073 | 2,709 | 2,518 | 35,257 |
| Atlas Plus | | | | | | | | | | | | | |
| Delta | | | | | | | | | | | | | |
| Gaia | | | | | | | | | | | | | |
| Sumo XP | | | | | | | | | | | | | |
| Safran | | | | | | | | | | | | | |
| Syncro | | | | | | | | | | | | 119 | 119 |
| Tego | | | | | | | | | | | | | |
| Tego Pro | | | | | | | | | | | | | |
| **Sales** | 2,979 | 2,978 | 3,672 | 3,929 | 3,467 | 2,794 | 2,712 | 2,567 | 2,759 | 3,073 | 2,709 | 2,737 | 35,376 |

### Sales ($=000's)

| Description | Jan-02 | Feb-02 | Mar-02 | Apr-02 | May-02 | Jun-02 | Jul-02 | Aug-02 | Sep-02 | Oct-02 | Nov-02 | Dec-02 | Total Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adapto | $ 3,143 | $ 3,051 | $ 3,864 | $ 4,281 | $ 3,798 | $ 3,073 | $ 2,972 | $ 2,869 | $ 3,031 | $ 3,330 | $ 2,894 | $ 2,875 | $ 39,172 |
| Atlas Plus | | | | | | | | | | | | | $ - |
| Delta | | | | | | | | | | | | | $ - |
| Gaia | | | | | | | | | | | | | $ - |
| Sumo XP | | | | | | | | | | | | | $ - |
| Safran | | | | | | | | | | | | | $ - |
| Syncro | | | | | | | | | | | | $ 53 | $ 53 |
| Tego | | | | | | | | | | | | | $ - |
| Tego Pro | | | | | | | | | | | | | $ - |
| **Sales** | $ 3,143 | $ 3,051 | $ 3,864 | $ 4,281 | $ 3,798 | $ 3,073 | $ 2,972 | $ 2,869 | $ 3,031 | $ 3,330 | $ 2,894 | $ 2,928 | $ 39,225 |

### COGS ($=000's)

| Description | Jan-02 | Feb-02 | Mar-02 | Apr-02 | May-02 | Jun-02 | Jul-02 | Aug-02 | Sep-02 | Oct-02 | Nov-02 | Dec-02 | Total COGS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adapto | $ 1,814 | $ 1,512 | $ 1,904 | $ 2,146 | $ 2,184 | $ 1,597 | $ 1,582 | $ 1,415 | $ 1,566 | $ 1,830 | $ 1,510 | $ 1,365 | $ 20,205 |
| Atlas Plus | | | | | | | | | | | | | $ - |
| Delta | | | | | | | | | | | | | $ - |
| Gaia | | | | | | | | | | | | | $ - |
| Sumo XP | | | | | | | | | | | | | $ - |
| Safran | | | | | | | | | | | | | $ - |
| Syncro | | | | | | | | | | | | $ 38 | $ 38 |
| Tego | | | | | | | | | | | | | $ - |
| Tego Pro | | | | | | | | | | | | | $ - |
| **COGS** | $ 1,814 | $ 1,512 | $ 1,904 | $ 2,146 | $ 2,184 | $ 1,597 | $ 1,582 | $ 1,415 | $ 1,566 | $ 1,830 | $ 1,510 | $ 1,403 | $ 20,243 |
| GP1 | | | | | | | | | | | | | 18,982 |
| Production Cost | | | | | | | | | | | | | 46474 |
| Capacity Cost | | | | | | | | | | | | | 42,107 |
| Operating Profit | | | | | | | | | | | | | 7,802 |
| | | | | | | | | | | | | | 26,379 |
| | | | | | | | | | | | | | 7,930 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEM519749

Oticon Inc.
Unit and Sales Development
$=000's
2003

### Units

| Description | Jan-03 | Feb-03 | Mar-03 | Apr-03 | May-03 | Jun-03 | Jul-03 | Aug-03 | Sep-03 | Oct-03 | Nov-03 | Dec-03 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adapto | 2,763 | 2,541 | 2,765 | 2,707 | 2,483 | 2,476 | 1,334 | 2,599 | 2,622 | 2,615 | 1,949 | 2,287 | 29,191 |
| Atlas Plus | | | | | | | | | | | | | |
| Delta | | | | | | | | | | | | | |
| Gaia | | | | | | | | | | | | | |
| Sumo XP | | | | | | | | | | | | | |
| Sumo E | 230 | 717 | 754 | 404 | 1,488 | 1,651 | 989 | 2,478 | 2,570 | 3,069 | 2,659 | 2,986 | 18,264 |
| Safran | | | | 659 | 662 | 595 | 376 | 587 | 643 | 514 | 370 | 379 | 8,486 |
| Syncro | | | | | | | | | 18 | 191 | 144 | 353 |
| Tego | | | | | | | | | | | | | |
| Tego Pro | | | | | | | | | | | | | |
|  | 2,993 | 3,258 | 3,519 | 3,770 | 4,643 | 4,722 | 2,729 | 5,074 | 5,835 | 6,218 | 5,169 | 5,796 | |

### Sales ($=000's)

| Description | Jan-03 | Feb-03 | Mar-03 | Apr-03 | May-03 | Jun-03 | Jul-03 | Aug-03 | Sep-03 | Oct-03 | Nov-03 | Dec-03 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adapto | $ 2,977 | $ 2,759 | $ 3,014 | $ 2,893 | $ 2,695 | $ 2,733 | $ 1,472 | $ 2,842 | $ 2,763 | $ 2,766 | $ 2,081 | $ 2,389 | $ 31,416 |
| Atlas Plus | | | | | | | | | | | | | |
| Delta | | | | | | | | | | | | | |
| Gaia | | | | | | | | | | | | | |
| Sumo XP | $ 107 | $ 325 | $ 342 | $ 295 | $ 1,144 | $ 1,271 | $ 679 | $ 1,666 | $ 1,471 | $ 1,903 | $ 1,717 | $ 1,845 | $ 12,081 |
| Sumo E | | | | 300 | 269 | 295 | 177 | 266 | 299 | 230 | 169 | 184 | 2,972 |
| Safran | | | | | | | | | 0 | 3 | 58 | 46 | 110 |
| Syncro | | | | | | | | | | | | | |
| Tego | | | | | | | | | | | | | |
| Tego Pro | | | | | | | | | | | | | |
| Sales | $ 3,084 | $ 3,084 | $ 3,357 | $ 3,488 | $ 4,138 | $ 4,299 | $ 2,328 | $ 4,764 | $ 4,532 | $ 4,936 | $ 4,025 | $ 4,644 | $ 49,578 Total sales |

### COGS ($=000's)

| Description | Jan-03 | Feb-03 | Mar-03 | Apr-03 | May-03 | Jun-03 | Jul-03 | Aug-03 | Sep-03 | Oct-03 | Nov-03 | Dec-03 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adapto | $ 1,623 | $ 1,527 | $ 1,632 | $ 1,815 | $ 1,444 | $ 1,569 | $ 687 | $ 2,095 | $ 1,662 | $ 1,247 | $ 1,217 | $ 870 | $ 17,575 |
| Atlas Plus | | | | | | | | | | | | | |
| Delta | | | | | | | | | | | | | |
| Gaia | | | | | | | | | | | | | |
| Sumo XP | $ 75 | $ 226 | $ 238 | $ 151 | $ 528 | $ 613 | $ 369 | $ 1,015 | $ 979 | $ 857 | $ 1,076 | $ 1,461 | $ 7,051 |
| Sumo E | | | | 209 | 208 | 205 | 117 | 202 | 199 | 119 | 72 | 97 | 1,967 |
| Safran | | | | | | | | | | 3 | 25 | 28 | 56 |
| Syncro | | | | | | | | | | | | | |
| Tego | | | | | | | | | | | | | |
| Tego Pro | | | | | | | | | | | | | |
| COGS | $ 1,698 | $ 1,753 | $ 1,870 | $ 1,975 | $ 2,180 | $ 2,377 | $ 1,373 | $ 3,311 | $ 3,039 | $ 2,226 | $ 2,392 | $ 2,456 | $ 26,650 Total COGS |
| GP4 | | | | | | | | | | | | | 19,928 |

|  |  |
|---|---|
| Production Cost | 54,796 |
| Capacity Cost | 42,056 |
|  | 10,165 |
|  | 26,228 |
| Operating Profit | 5,643 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEM519750

Oticon Inc.
Unit and Sales Development
$=000's
2004

| Units Description | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Total Oticon |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adapto | 2,071 | 1,957 | 2,371 | 2,001 | 1,332 | 579 | 484 | 774 | 656 | 644 | 622 | 568 | 14,061 |
| Atlas Plus | 161 | 1294 | 2,568 | 2,205 | 2,357 | 2,396 | 2,188 | 2,232 | 2,173 | 2,264 | 2,021 | 1,986 | 23,845 |
| Delta | | | | | | | | | | | | | |
| Gala | 2518 | 2,552 | 3,448 | 3,588 | 3,286 | 2,899 | 2,848 | 3,158 | 3,094 | 2,628 | 1,576 | 1,108 | 32,682 |
| Sumo XP | 489 | 445 | 667 | 536 | 567 | 638 | 483 | 591 | 589 | 479 | 508 | 297 | 6,268 |
| Sumo E | 100 | 101 | 111 | 128 | 115 | 118 | 70 | 92 | 144 | 98 | 98 | 78 | 1,248 |
| Safran | | | | | | | | | | | | | |
| Syncro 1 | | | | | 2,931 | 4,421 | 4056 | 4,169 | 3,505 | 4,066 | 4,020 | 3,913 | 31,081 |
| Tego | | | | | | | | | | | | | |
| Tego Pro | | | | | | | | | | | | | |
| | 5,309 | 6,349 | 8,165 | 8,455 | 10,567 | 11,151 | 10,129 | 11,016 | 10,161 | 10,079 | 8,845 | 7,960 | 109,188 |

| Sales-($=000's) Description | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Total sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adapto | $ 2,104 | $ 1,968 | $ 2,333 | $ 2,017 | $ 1,308 | $ 556 | $ 492 | $ 713 | $ 640 | $ 644 | $ 646 | $ 571 | $ 13,897 |
| Atlas Plus | 75 | 679 | 1,348 | 1,162 | 1,223 | 1,218 | 1,136 | 1,152 | 1,118 | 1,171 | 1,052 | 1,041 | 12,374 |
| Delta | | | | | | | | | | | | | |
| Gala | 1,665 | 1,582 | 2,016 | 2,050 | 1,838 | 1,638 | 1,536 | 1,603 | 1,641 | 1,407 | 984 | 815 | 18,766 |
| Sumo XP | 202 | 192 | 291 | 231 | 239 | 271 | 210 | 255 | 257 | 203 | 221 | 128 | 2,700 |
| Sumo E | 30 | 31 | 34 | 39 | 34 | 36 | 22 | 28 | 45 | 29 | 30 | 24 | 382 |
| Safran | | | | | | | | | | | | | |
| Syncro 1 | | | | | 3,359 | 5,030 | 4,615 | 4,744 | 3,988 | 4,593 | 4,660 | 5,308 | 38,308 |
| Tego | | | | | | | | | | | | | |
| Tego Pro | | | | | | | | | | | | | |
| Sales | $ 3,976 | $ 4,453 | $ 6,020 | $ 5,500 | $ 8,002 | $ 8,750 | $ 8,012 | $ 8,586 | $ 7,700 | $ 8,046 | $ 7,594 | $ 7,887 | $ 84,628 |

| COGS-($=000's) Description | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Total COGS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adapto | $ 794 | $ 845 | $ 1,237 | $ 904 | $ 741 | $ 273 | $ 169 | $ 478 | $ 403 | $ 385 | $ 382 | $ 344 | $ 7,064 |
| Atlas Plus | 30 | 240 | 495 | 412 | 514 | 499 | 454 | 526 | 571 | 528 | 478 | 471 | 5,218 |
| Delta | | | | | | | | | | | | | |
| Gala | 778 | 848 | 1,384 | 1,256 | 1,348 | 1,109 | 1,100 | 1,296 | 1,344 | 1,085 | 878 | 502 | 12,825 |
| Sumo XP | 113 | 102 | 144 | 119 | 125 | 154 | 118 | 173 | 158 | 142 | 129 | 84 | 1,562 |
| Sumo E | 17 | 17 | 17 | 20 | 18 | 20 | 13 | 19 | 28 | 20 | 18 | 18 | 223 |
| Safran | | | | | | | | | | | | | |
| Syncro 1 | | | | | 1,250 | 2,449 | 2,778 | 2,582 | 2,108 | 2,841 | 2,523 | 2,483 | 18,815 |
| Tego | | | | | | | | | | | | | |
| Tego Pro | | | | | | | | | | | | | |
| COGS | $ 1,729 | $ 2,250 | $ 3,278 | $ 2,710 | $ 3,995 | $ 4,605 | $ 4,534 | $ 5,077 | $ 4,611 | $ 4,799 | $ 4,219 | $ 3,900 | $ 45,705 |
| GP1 | | | | | | | | | | | | | 38,821 |

| | |
|---|---|
| Production Cost | 72,516 |
| Capacity Cost | 51,142 |
| Operating Profit | 12,084 |
| | 31,562 |
| | 7,516 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEM519751

Olicon Inc.
Unit and Sales Development
$=000's
2005

### Units

| Description | Jan-05 | Feb-05 | Mar-05 | Apr-05 | May-05 | Jun-05 | Jul-05 | Aug-05 | Sep-05 | Oct-05 | Nov-05 | Dec-05 | Total Olicon |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adapto | 539 | 643 | 655 | 535 | 312 | 325 | 275 | 351 | 298 | 220 | 208 | 183 | 4,544 |
| Atlas Plus | 1945 | 2306 | 2,684 | 1,799 | 1,195 | 884 | 831 | 901 | 928 | 858 | 726 | 725 | 15,831 |
| Delta | | | | | | | | | | | | | |
| Gala | 1023 | 1,131 | 1,237 | 696 | 220 | 147 | 239 | 391 | 358 | 263 | 221 | 233 | 6,059 |
| Sumo XP | 378 | 335 | 404 | 392 | 379 | 272 | 254 | 290 | 247 | 282 | 249 | 212 | 3,661 |
| Sumo E | 120 | 101 | 103 | 119 | 98 | 72 | 101 | 94 | 143 | 82 | 107 | 63 | 1,201 |
| Sumo DM | 0 | 0 | 0 | 0 | 147 | 895 | 548 | 736 | 517 | 449 | 505 | 355 | 4,152 |
| Safran | | | | | | | | | | | | | |
| Syncro 1 | 2951 | 3015 | 3,266 | | | | | | | | | | 9,232 |
| Syncro 2 | | | | 3,041 | 3,528 | 3,073 | 2,539 | 2,848 | 2,534 | 2,644 | 2,556 | 2,724 | 25,487 |
| Tego | | | | 1,172 | 2,628 | 3108 | 2,644 | 3,155 | 2,888 | 2,687 | 2,316 | 2,480 | 23,656 |
| Tego Pro | | | | 1,948 | 4,578 | 5,526 | 4,550 | 3,167 | 6,447 | 5,179 | 5,300 | 4,464 | 42,157 |
| Sales | 6,956 | 7,531 | 8,349 | 9,697 | 13,153 | 14,362 | 11,981 | 13,863 | 13,370 | 12,854 | 12,687 | 11,449 | 136,282 |

### Sales ($=000's)

| Description | Jan-05 | Feb-05 | Mar-05 | Apr-05 | May-05 | Jun-05 | Jul-05 | Aug-05 | Sep-05 | Oct-05 | Nov-05 | Dec-05 | Total sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adapto | $ 550 | $ 804 | $ 604 | $ 505 | $ 294 | $ 307 | $ 264 | $ 322 | $ 281 | $ 203 | $ 189 | $ 172 | $ 4,200 |
| Atlas Plus | 999 | 1,002 | 1,183 | 806 | 520 | 398 | 368 | 432 | 414 | 384 | 324 | 321 | 7,141 |
| Delta | | | | | | | | | | | | | - |
| Gala | 787 | 840 | 918 | 486 | 160 | 97 | 153 | 175 | 232 | 174 | 135 | 134 | 4,292 |
| Sumo XP | 187 | 147 | 177 | 174 | 167 | 118 | 110 | 110 | 107 | 124 | 109 | 90 | 1,597 |
| Sumo E | 37 | 32 | 32 | 37 | 30 | 22 | 31 | 28 | 44 | 26 | 33 | 19 | 371 |
| Sumo DM | | | | - | 86 | 511 | 316 | 414 | 298 | 284 | 285 | 201 | 2,387 |
| Safran | | | | | | | | | | | | | - |
| Syncro 1 | 3,458 | 3,497 | 3,810 | | | | | | | | | | 10,763 |
| Syncro 2 | | | | 3,565 | 4,248 | 3,574 | 2,903 | 3,192 | 2,826 | 3,124 | 2,935 | 3,081 | 29,548 |
| Tego | | | | 579 | 1,319 | 1,559 | 1,313 | 1,536 | 1,395 | 1,376 | 1,356 | 1,250 | 11,873 |
| Tego Pro | | | | 1,184 | 2,744 | 3,428 | 2,940 | 3,283 | 3,233 | 3,057 | 3,146 | 2,735 | 25,750 |
| Sales | $ 5,976 | $ 6,123 | $ 6,724 | $ 7,349 | $ 9,558 | $ 10,002 | $ 8,400 | $ 9,480 | $ 8,910 | $ 8,733 | $ 8,520 | $ 8,003 | $ 97,807 |

### COGS ($=000's)

| Description | Jan-05 | Feb-05 | Mar-05 | Apr-05 | May-05 | Jun-05 | Jul-05 | Aug-05 | Sep-05 | Oct-05 | Nov-05 | Dec-05 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adapto | $ 309 | $ 375 | $ 368 | $ 315 | $ 214 | $ 193 | $ 164 | $ 214 | $ 185 | $ 138 | $ 122 | $ 109 | $ 2,727 |
| Atlas Plus | 431 | 519 | 581 | 412 | 265 | 217 | 206 | 232 | 223 | 205 | 178 | 187 | 3,685 |
| Delta | | | | | | | | | | | | | - |
| Gala | 482 | 506 | 553 | 336 | 124 | 88 | 130 | 152 | 173 | 128 | 107 | 118 | 2,899 |
| Sumo XP | 104 | 94 | 108 | 110 | 90 | 69 | 66 | 68 | 64 | 75 | 84 | 54 | 975 |
| Sumo E | 23 | 20 | 20 | 23 | 17 | 13 | 19 | 17 | 26 | 16 | 20 | 11 | 225 |
| Sumo DM | | | | | 51 | 303 | 192 | 255 | 178 | 169 | 175 | 122 | 1,435 |
| Safran | | | | | | | | | | | | | - |
| Syncro 1 | 1,927 | 1,953 | 2,131 | | | | | | | | | | 8,312 |
| Syncro 2 | | | | 2,049 | 2,458 | 2,093 | 1,687 | 1,891 | 1,683 | 1,728 | 1,873 | 1,793 | 17,035 |
| Tego | | | | 212 | 457 | 610 | 613 | 602 | 567 | 562 | 551 | 508 | 4,580 |
| Tego Pro | | | | 476 | 1,093 | 1,449 | 1,253 | 1,411 | 1,495 | 1,448 | 1,500 | 1,305 | 11,434 |
| COGS | $ 3,255 | $ 3,467 | $ 3,762 | $ 3,936 | $ 4,777 | $ 5,043 | $ 4,210 | $ 4,847 | $ 4,596 | $ 4,469 | $ 4,390 | $ 4,205 | $ 50,978 |
| GP1 | | | | | | | | | | | | | 46,829 |

| | |
|---|---|
| Production Cost | 83,467 |
| Capacity Cost | 66,597 |
| Operating Profit | 10,073 |

| | |
|---|---|
| | 12,868 |
| | 32,859 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEM519752

125,054

Oticon Inc.
Unit and Sales Development
$=000's
2006

### Units

| Description | Jan-06 | Feb-06 | Mar-06 | Apr-06 | May-06 | Jun-06 | Jul-06 | Aug-06 | Sep-06 | Oct-06 | Nov-06 | Dec-06 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adaplo | 141 | 226 | 171 | 127 | 165 | 129 | 150 | 188 | 127 | 180 | 158 | 101 | 1,905 |
| Atlas Plus | 710 | 723 | 834 | 837 | 910 | 897 | 843 | 1,081 | 887 | 1,122 | 1,123 | 880 | 10,873 |
| Delta 6000 | | | 1,618 | 2,415 | 3,445 | 2,609 | 2,537 | 3,371 | 2,843 | 3,876 | 3,733 | 2,982 | 29,027 |
| Delta 8000 | | | 1,370 | 2,394 | 3,240 | 2,008 | 2,008 | 2,904 | 2,503 | 3,184 | 3,687 | 3,007 | 26,938 |
| Gaia | 289 | 257 | 1,302 | 306 | 384 | 400 | 357 | 533 | 439 | 420 | 433 | 345 | 4,557 |
| Sumo XP | 246 | 265 | 414 | 194 | 273 | 251 | 208 | 287 | 358 | 231 | 238 | 169 | 2,992 |
| Sumo E | 87 | 70 | 274 | 89 | 98 | 70 | 70 | 94 | 89 | 107 | 88 | 77 | 1,084 |
| Sumo DM | 425 | 508 | 109 | 408 | 599 | 460 | 467 | 557 | 499 | 558 | 601 | 545 | 6,078 |
| Safari | | | 544 | 305 | 735 | 020 | 688 | 840 | 698 | 698 | 77 | 411 | 5,743 |
| Syncro 2 | 2522 | 2813 | 29 | 2,168 | 2,118 | 1,712 | 1,718 | 1,751 | 1,419 | 1,991 | 1,486 | 1,072 | 23,095 |
| Syncro | 2528 | 2703 | 2,695 | 2,174 | 2,018 | 1,979 | 2,271 | 1,833 | 2,086 | 1,888 | 1,512 | | 26,252 |
| Tego | 4617 | 4845 | 2,778 | 2,505 | 3,074 | 3,495 | 3,154 | 3,531 | 2,798 | 3,034 | 2,849 | 2,085 | 43,320 |
| Tego Pro | | | 5219 | 3,749 | | | | | | | | | |
| Total Oticon | 11,571 | 12,210 | 16,218 | 14,986 | 18,415 | 15,054 | 14,206 | 17,420 | 14,303 | 16,906 | 18,533 | 13,196 | 181,934 |

### Sales ($=000's)

| Description | Jan-06 | Feb-06 | Mar-06 | Apr-06 | May-06 | Jun-06 | Jul-06 | Aug-06 | Sep-06 | Oct-06 | Nov-06 | Dec-06 | Total sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adaplo | $ 135 | $ 210 | $ 163 | $ 81 | $ 139 | $ 94 | $ 122 | $ 151 | $ 94 | $ 137 | $ 123 | $ 75 | 1,534 |
| Atlas Plus | 313 | 312 | 305 | 216 | 306 | 261 | 274 | 352 | 295 | 353 | 355 | 278 | 3,702 |
| Delta 6000 | - | - | 1,083 | 1,581 | 2,264 | 1,708 | 1,679 | 2,185 | 1,760 | 2,385 | 2,331 | 1,860 | 18,956 |
| Delta 8000 | | | 1,370 | 2,368 | 3,218 | 2,335 | 2,007 | 2,858 | 2,518 | 3,078 | 3,489 | 3,032 | 26,232 |
| Gaia | 170 | 150 | 193 | 152 | 188 | 173 | 150 | 220 | 189 | 180 | 195 | 151 | 2,115 |
| Sumo XP | 107 | 115 | 118 | 85 | 118 | 108 | 88 | 122 | 153 | 99 | 115 | 73 | 1,297 |
| Sumo E | 27 | 22 | 33 | 28 | 30 | 33 | 21 | 28 | 27 | 32 | 26 | 24 | 331 |
| Sumo DM | 246 | 293 | 313 | 238 | 329 | 277 | 276 | 317 | 285 | 318 | 285 | 314 | 3,481 |
| Safari | | 7 | | 275 | 655 | 546 | 610 | 735 | 605 | 845 | 570 | 365 | 5,013 |
| Syncro 2 | 2,902 | 2,893 | 3,257 | 2,611 | 2,423 | 1,975 | 1,958 | 2,020 | 1,609 | 1,735 | 1,351 | 1,148 | 26,232 |
| Syncro | 1,232 | 1,315 | 1,315 | 1,038 | 878 | 878 | 942 | 1,083 | 877 | 895 | 879 | 707 | 12,581 |
| Tego | | | | | | | | | | | | | |
| Tego Pro | 2,766 | 2,891 | 3,053 | 2,741 | 2,384 | 2,035 | 1,670 | 2,097 | 1,864 | 1,786 | 1,855 | 1,176 | 25,009 |
| Sales | 7,903 | 8,301 | 11,260 | 10,825 | 13,247 | 10,539 | 9,697 | 12,178 | 10,077 | 11,761 | 11,560 | 9,334 | 127,112 |

### COGS ($=000's)

| Description | Jan-06 | Feb-06 | Mar-06 | Apr-06 | May-06 | Jun-06 | Jul-06 | Aug-06 | Sep-06 | Oct-06 | Nov-06 | Dec-06 | Total COGS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adaplo | 84 | 137 | 108 | 92 | 116 | 82 | 102 | 129 | 83 | 105 | 107 | 50 | 1,216 |
| Atlas Plus | 173 | 173 | 188 | 150 | 205 | 198 | 187 | 240 | 199 | 244 | 238 | 169 | 2,393 |
| Delta 6000 | - | - | 538 | 799 | 1,178 | 900 | 864 | 1,178 | 927 | 1,290 | 1,323 | 1,251 | 10,256 |
| Delta 8000 | | | 683 | 1,182 | 1,674 | 1,231 | 1,050 | 1,554 | 1,326 | 1,678 | 1,979 | 1,908 | 14,251 |
| Gaia | 134 | 89 | 113 | 82 | 98 | 104 | 94 | 135 | 121 | 109 | 115 | 90 | 1,291 |
| Sumo XP | 68 | 70 | 72 | 52 | 71 | 60 | 55 | 77 | 85 | 82 | 64 | 44 | 796 |
| Sumo E | 17 | 13 | 20 | 17 | 18 | 20 | 13 | 18 | 17 | 20 | 17 | 14 | 204 |
| Sumo DM | 157 | 178 | 191 | 145 | 198 | 170 | 173 | 199 | 178 | 200 | 182 | 189 | 2,160 |
| Safari | | 4 | | 103 | 327 | 280 | 306 | 362 | 317 | 335 | 288 | 192 | 2,546 |
| Syncro | 1,848 | 1,879 | 1,881 | 1,463 | 1,399 | 1,130 | 1,136 | 1,210 | 945 | 1,008 | 288 | 182 | 15,200 |
| Syncro 2 | 497 | 534 | 551 | 108 | | | | | | | | | |
| Tego | | | | | | | | | | | | | |
| Tego Pro | 1,313 | 1,396 | 1,474 | 1,032 | 1,139 | 977 | 902 | 1,030 | 815 | 411 | 379 | 295 | 12,359 |
| GP1 | 4,100 | 4,252 | 5,611 | 5,568 | 6,921 | 5,557 | 5,302 | 6,566 | 5,405 | 6,327 | 8,525 | 5,526 | 67,890 |
| COGS | 4,100 | 4,252 | 5,611 | 5,568 | 6,921 | 5,557 | 5,302 | 6,566 | 5,405 | 6,327 | 8,525 | 5,526 | 59,222 |
| Production Cost | | | | | | | | | | | | | 86,976 |
| Capacity Cost | | | | | | | | | | | | | 10,874 |
| Operating profit | | | | | | | | | | | | | 30,684 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEM519753