# EXHIBIT 3

Bernafon LLC
Unit and Sales Development
$=000's
1999-2006

| Units | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Total Bernafon 1999-2006 | |
| Flair | | | | | | | | | | |
| ICOS | | | | | 548 | 1,160 | 391 | 103 | 2,202 | |
| Neo | | | | | | 1,116 | 5,084 | 5,274 | 5,274 | |
| Smile | 146 | 3,762 | 2,495 | 1,673 | 567 | 2,944 | 833 | 3,205 | 8,636 | |
| Smile Plus | | | | 1,234 | -4 | 3,791 | 521 | 9,414 | | |
| Swiss Ear | | | | | | 254 | | | 15,611 | |
| Symbio | | | | 1,400 | 1,659 | 6,276 | 5,574 | 2,755 | 3,619 | |
| Symbio XT | | | | | | | 1,232 | 11,820 | 14,815 | |
| Win | | | | | | | | 1,261 | 2,493 | |
| Total Units | 146 | 3,762 | 2,495 | 3,073 | 4,308 | 11,746 | 16,915 | 24,940 | 67,393 | |

| Sales ($=000's) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Total Sales | |
| Flair | | | | | 201 | 407 | 126 | 33 | 769 | |
| ICOS | | | | | 113 | 243 | 71 | 22 | 449 | |
| Neo | | | | | | 216 | 1,187 | 2,946 | 4,361 | |
| Smile | $121 | $2,977 | $1,827 | $1,171 | $349 | $353 | $2,139 | $1,324 | 2,299 | |
| Smile Plus | | | | | $497 | $1,303 | $343 | $225 | 3,828 | |
| Swiss Ear | | | | | | -$2 | | | 6,443 | |
| Smile | | | | | 279 | 777 | 180 | 152 | 3,065 | |
| Symbio | | | | $1,426 | | $5,194 | $4,372 | $2,868 | $6,407 | 2,368 |
| Symbio XT | | | | | | $173 | $336 | $2,183 | $315 | 11,375 |
| Win | | | | | | | | $915 | 651 | |
| Sales | $121 | $2,977 | $1,827 | $2,637 | $2,473 | $7,430 | $10,286 | $16,858 | $44,617 | $70,184 |

| COGS ($=000's) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Total COGS | |
| Flair | | | | | | | | | | |
| ICOS | | | | | | | | | | |
| Neo | 71 | | 870 | 508 | 196 | | 1,647 | 6,683 | | |
| Smile | 71 | 1,420 | 870 | 1,147 | 1,390 | 4,433 | 6,709 | 11,399 | 26,436 | |
| Smile Plus | | | | 536 | 801 | 3,066 | 2,426 | 1,482 | 7,005 | |
| Swiss Ear | | | | | | 103 | | | 1,542 | |
| Symbio | | | | | | | | 213 | 399 | |
| Symbio XT | | | | | | | | | | |
| Win | | | | | | | | | | |
| COGS | | | | | | | | | 18,181 | 40,140 |
| GPI | | | | | | | | | | |
| Production Costs | | | | | | | | | | 11,090 |
| Capacity Costs | | | | | | | | | | 28,909 |
| OPERATING PROFIT | | | | | | | | | | (9,955) |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEM519736



EXHIBIT JX 40

EXHIBIT Demant 81 8-3-07 TR

**Bernafon LLC**
**Unit and Sales Development**
$=000's
1999

### Units

| Year 1999 Description | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flair | | | | | | | | | | | | | |
| ICOS | | | | | | | | | | | | | |
| Neo | | | | | | | | | | | | | |
| Smile | | | | | | | | | | | | 4 | 4 |
| Smile Plus | | | | | | | | | | | | 142 | 142 |
| Swiss Ear | | | | | | | | | | | | | 0 |
| Symbio | | | | | | | | | | | | | 0 |
| Symbio XT | | | | | | | | | | | | | 0 |
| Win | | | | | | | | | | | | | 0 |
| Total Units | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 142 | 146 |

### Sales - ($=000's)

| Year 1999 Description | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flair | | | | | | | | | | | | | |
| ICOS | | | | | | | | | | | | | |
| Neo | | | | | | | | | | | | | |
| Smile | | | | | | | | | | | | $ 3 | $ 3 |
| Smile Plus | | | | | | | | | | | | 118 | 118 |
| Swiss Ear | | | | | | | | | | | | | 0 |
| Symbio | | | | | | | | | | | | | 0 |
| Symbio XT | | | | | | | | | | | | | 0 |
| Win | | | | | | | | | | | | | 0 |
| Total Sales | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3 | $ 118 | $ 121 |

| | | Total Bernafon |
|---|---|---|
| COGS | | $ 71 |
| GP1 | | $ 50 |
| | | $ 12,107 |
| Production costs | | $ 1,669 |
| Capacity costs | | $ 4,929 |
| | | $ 4,958 |
| | | $ 7,149 |
| OPERATING PROFIT | | $ (1,640) |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEM519737

**Bernafon LLC**
**Unit and Sales Development**
**$=000's**
**2000**

### Year 2000 Units

| Description | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flair | | | | | | | | | | | | | 0 |
| ICOS | | | | | | | | | | | | | 0 |
| Neo | | | | | | | | | | | | | 0 |
| Smile | 260 | 422 | 513 | 298 | 277 | 521 | 310 | 321 | 221 | 269 | 185 | 165 | 3,762 |
| Smile Plus | | | | | | | | | | | | | 0 |
| Swiss Ear | | | | | | | | | | | | | 0 |
| Symbio | | | | | | | | | | | | | 0 |
| Symbio XT | | | | | | | | | | | | | 0 |
| Win | | | | | | | | | | | | | 0 |
| Total Units | 260 | 422 | 513 | 298 | 277 | 521 | 310 | 321 | 221 | 269 | 185 | 165 | 3,762 |

### Sales-($=000's)
### Year 2000

| Description | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flair | | | | | | | | | | | | | $ 0 |
| ICOS | | | | | | | | | | | | | 0 |
| Neo | | | | | | | | | | | | | 0 |
| Smile | $ 209 | $ 349 | $ 424 | $ 239 | $ 224 | $ 386 | $ 245 | $ 261 | $ 172 | $ 209 | $ 143 | $ 116 | $ 2,977 |
| Smile Plus | | | | | | | | | | | | | 0 |
| Swiss Ear | | | | | | | | | | | | | 0 |
| Symbio | | | | | | | | | | | | | 0 |
| Symbio XT | | | | | | | | | | | | | 0 |
| Win | | | | | | | | | | | | | 0 |
| Total Sales | $ 209 | $ 349 | $ 424 | $ 239 | $ 224 | $ 386 | $ 245 | $ 261 | $ 172 | $ 209 | $ 143 | $ 116 | $ 2,977 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEM519738

Berrafon LLC
Unit and Sales Development
2001

### Units

| Year 2001 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
| Flair | | | | | | | | | | | | | 0 |
| ICOS | | | | | | | | | | | | | 0 |
| Neo | | | | | | | | | | | | | 0 |
| Smile | 225 | 211 | 293 | 240 | 223 | 146 | 165 | 250 | 162 | 180 | 220 | 200 | 2,495 |
| Smile Plus | | | | | | | | | | | | | 0 |
| Swiss Ear | | | | | | | | | | | | | 0 |
| Symbio | | | | | | | | | | | | | 0 |
| Symbio XT | | | | | | | | | | | | | 0 |
| Win | | | | | | | | | | | | | 0 |
| Total Units | 225 | 211 | 293 | 240 | 223 | 146 | 165 | 250 | 162 | 180 | 220 | 200 | 2,495 |

### Sales-( $=000's )

| Year 2001 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
| Flair | | | | | | | | | | | | $ - | 0 |
| ICOS | | | | | | | | | | | | | 0 |
| Neo | | | | | | | | | | | | | 0 |
| Smile | $ 168 | $ 145 | $ 197 | $ 184 | $ 165 | $ 111 | $ 117 | $ 179 | $ 130 | $ 118 | $ 157 | $ 156 | $ 1,827 |
| Smile Plus | | | | | | | | | | | | | 0 |
| Swiss Ear | | | | | | | | | | | | | 0 |
| Symbio | | | | | | | | | | | | | 0 |
| Symbio XT | | | | | | | | | | | | | 0 |
| Win | | | | | | | | | | | | | 0 |
| Total Sales | $ 168 | $ 145 | $ 197 | $ 184 | $ 165 | $ 111 | $ 117 | $ 179 | $ 130 | $ 118 | $ 157 | $ 156 | $ 1,827 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEM519739

## Bernafon LLC
### Unit and Sales Development
### $=000's
### 2002

**Units**

| Year 2002 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
| Flair | | | | | | | | | | | | | 0 |
| ICOS | | | | | | | | | | | | | 0 |
| Neo | | | | | | | | | | | | | 0 |
| Smile | 167 | 145 | 171 | 137 | 101 | 122 | 101 | 161 | 156 | 172 | 128 | 112 | 1,673 |
| Smile Plus | | | | | | | | | | | | | 0 |
| Swiss Ear | | | | | 73 | 258 | 274 | 237 | 107 | 48 | 95 | 162 | 146 1,400 |
| Symbio | | | | | | | | | | | | | 0 |
| Symbio XT | | | | | | | | | | | | | 0 |
| Win | | | | | | | | | | | | | 0 |
| Total Units | 167 | 145 | 171 | 210 | 359 | 396 | 338 | 268 | 204 | 267 | 280 | 258 | 3,073 |

**Sales ($=000's)**

| Year 2002 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
| Flair | | | | | | | | | | | | | $ - |
| ICOS | $ 114 | $ 114 | $ 129 | $ 100 | $ 70 | $ 85 | $ 77 | $ 113 | $ 100 | $ 104 | $ 92 | $ 73 | $ 1,171 |
| Neo | | | | | | | | | | | | | 0 |
| Smile | 114 | 114 | 129 | | | | | | | | | | |
| Smile Plus | | | | 71 | 266 | 306 | 251 | 122 | 33 | 92 | 172 | 153 | 1,466 |
| Swiss Ear | | | | | | | | | | | | | 0 |
| Symbio | | | | | | | | | | | | | 0 |
| Symbio XT | | | | | | | | | | | | | 0 |
| Win | | | | | | | | | | | | | 0 |
| Total Sales | $ 114 | $ 114 | $ 129 | $ 171 | $ 336 | $ 391 | $ 328 | $ 235 | $ 133 | $ 196 | $ 264 | $ 226 | $ 2,637 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEM519740

Bernafon LLC
Unit and Sales Development
$=000's
2003

**Units**

| Year 2003 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
| Flair | | | | | 68 | 97 | 99 | 78 | 51 | 84 | 37 | 34 | 548 |
| ICOS | | | | | | | | | | | | | 0 |
| Neo | 146 | 178 | 201 | 127 | | | | | | | | | 567 |
| Smile | | | | | -2 | -44 | -16 | -6 | -9 | -2 | -4 | -2 | 0 |
| Smile Plus | 92 | 110 | 120 | 80 | 93 | 55 | 62 | 44 | 101 | 105 | 345 | 429 | 1,234 |
| Swiss Ear | | | | | | | | | | | | | 0 |
| Symbio | 95 | 89 | 93 | 61 | 101 | 52 | 77 | 94 | 105 | 164 | 416 | 612 | 1,959 |
| Symbio XT | | | | | | | | | | | | | 0 |
| Win | | | | | | | | | | | | | 0 |
| Total Units | 241 | 287 | 294 | 188 | 260 | 160 | 222 | 210 | 248 | 351 | 794 | 1,073 | 4,308 |

**Sales - ( $=000's )**

| Year 2003 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
| Flair | | | | | $ 27 | $ 35 | $ 35 | $ 29 | $ 18 | $ 29 | $ 11 | $ 17 | $ 201 |
| ICOS | | | | | | | | | | | | | |
| Neo | | | | | | | | | | | | | |
| Smile | | | | | $ (4) | $ (26) | $ (10) | $ (3) | $ (5) | $ (2) | $ (2) | $ (1) | $ 349 |
| Smile Plus | $ 92 | $ 110 | $ 120 | $ 80 | $ 56 | $ 34 | $ 36 | $ 27 | $ 33 | $ 50 | $ 60 | $ 201 | |
| Swiss Ear | | | | | | | | | | | | | |
| Symbio | $ 98 | $ 100 | $ 93 | $ 64 | $ 92 | $ 39 | $ 38 | $ 65 | $ 50 | $ 113 | $ 150 | $ 524 | $ 1,426 |
| Symbio XT | | | | | | | | | | | | | $ 497 |
| Win | | | | | | | | | | | | | - |
| Total Sales | $190 | $210 | $213 | $144 | $171 | $82 | $99 | $118 | $96 | $190 | $219 | $741 | $2,473 |

Bernafon LLC
Unit and Sales Development
$=000's
2004

| Year 2004 Units | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
| Flair | 52 | 47 | 46 | 78 | 68 | 96 | 155 | 163 | 159 | 89 | 107 | 100 | 1,160 |
| ICOS | | | | | | | | | | | | | 0 |
| Neo | | | | -2 | -1 | | | -1 | | -1 | | 619 | 1,115 |
| Smile | | | | | | | | | | | | | -4 |
| Smile Plus | 346 | 362 | 346 | 344 | 232 | 235 | 153 | 197 | 219 | 198 | 168 | 144 | 2,944 |
| Swiss Ear | | | | | | | | | | | | | 0 |
| Symbio | 447 | -33 | -93 | -46 | -13 | -20 | -7 | 0 | 7 | 6 | 1 | 5 | 254 |
| Symbio XT | 5 | 577 | 934 | 629 | 573 | 560 | 546 | 544 | 414 | 493 | 497 | 504 | 6,276 |
| Win | | | | | | | | | | | | | 0 |
| Total Units | 850 | 953 | 1,233 | 1,003 | 859 | 871 | 846 | 905 | 799 | 785 | 1,289 | 1,372 | 11,745 |

Sales-($=000's)

| Year 2004 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
| Flair | $ 23 | $ 14 | $ 15 | $ 27 | $ 26 | $ 37 | $ 56 | $ 52 | $ 56 | $ 30 | $ 38 | $ 33 | $ 407 |
| ICOS | | | | | | | | | | | | | 0 |
| Neo | | | | | | | | | | | | 272 | 363 |
| Smile | | | | -1 | -1 | | -1 | -1 | | -1 | | | -2 |
| Smile Plus | 186 | 160 | 153 | 155 | 108 | 101 | 64 | 80 | 98 | 82 | 73 | 63 | 1303 |
| Swiss Ear | | | | | | | | | | | | | 0 |
| Symbio | | -27 | -88 | -38 | -12 | -21 | -12 | -3 | -1 | | | | 173 |
| Symbio XT | 375 | 482 | 768 | 528 | 478 | 480 | 456 | 452 | 342 | 395 | 404 | 409 | 5194 |
| Win | 3 | | | | | | | | | | | | 0 |
| Total Sales | $567 | $629 | $848 | $671 | $597 | $597 | $582 | $582 | $495 | $507 | $606 | $777 | $7,438 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEM519742

Bernafon LLC
Unit and Sales Development
$='000's
2006

| Year 2006 | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Units | | | | | | | | | | | | | | | |
| Description | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Total | Total Bernafon |
| Flair | 37 | 43 | 51 | 57 | 47 | 24 | 36 | 42 | 15 | 10 | 12 | 17 | 391 | |
| ICOS | | | | | | | | | | | | | 0 | |
| Neo | 592 | 657 | 658 | 557 | 439 | 362 | 321 | 363 | 244 | 337 | 302 | 262 | 5,094 | |
| Smile | | | | | | | | | | | | | 0 | |
| Smile Plus | | | | | | | | | | | | | 0 | |
| Swiss Ear | 75 | 69 | 99 | 78 | 78 | 75 | 42 | 65 | 67 | 73 | 67 | 45 | 833 | |
| Symbio | | | | | | | | 97 | 556 | 679 | 673 | 885 | 901 | 3,791 | |
| Symbio XT | | | | | | | | | | | | | 0 | |
| Win | 498 | 568 | 590 | 481 | 494 | 469 | 353 | 440 | 450 | 509 | 374 | 348 | 5,574 | |
| | | | | | 130 | 201 | 162 | 157 | 141 | 167 | 133 | 141 | 1,232 | |
| Total Units | 1,202 | 1,337 | 1,398 | 1,173 | 1,188 | 1,131 | 1,011 | 1,623 | 1,596 | 1,769 | 1,773 | 1,714 | 16,915 | |

| Sales ($='000's) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year 2006 | | | | | | | | | | | | | | |
| Description | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Total | Total Bernafon |
| Flair | $13 | $17 | $17 | $19 | $14 | $9 | $12 | $14 | $3 | $3 | $3 | $4 | $128 | |
| ICOS | | | | | | | | | | | | | $0 | |
| Neo | $258 | $288 | $285 | $228 | $188 | $146 | $136 | $154 | $97 | $135 | $127 | $99 | $2,139 | |
| Smile | | | | | | | | | | | | | $0 | |
| Smile Plus | | | | | | | | | | | | | $0 | |
| Swiss Ear | $35 | $33 | $37 | $32 | $33 | $30 | $20 | $25 | $27 | $28 | $25 | $18 | $343 | |
| Symbio | | | | | | | | $75 | $431 | $535 | $530 | $688 | $708 | $2,966 | |
| Symbio XT | | | | | | | | | | | | | $0 | |
| Win | $414 | $465 | $478 | $379 | $377 | $374 | $266 | $334 | $350 | $398 | $288 | $249 | $4,372 | |
| | | | | | $33 | $54 | $44 | $43 | $38 | $46 | $39 | $39 | | |
| Total Sales | $720 | $603 | $817 | $658 | $643 | $613 | $553 | $1,001 | $1,050 | $1,140 | $1,171 | $1,117 | $10,286 | $10,594 |
| COGS | | | | | | | | | | | | | | |
| GP1 | | | | | | | | | | | | | | $5,881 |
| Production costs | | | | | | | | | | | | | $5,709 | |
| Capacity costs | | | | | | | | | | | | | $4,577 | $4,713 |
| OPERATING PROFIT | | | | | | | | | | | | | | $1,234 |
| | | | | | | | | | | | | | | $3,620 |
| | | | | | | | | | | | | | | $ (141) |

Bernafon LLC
Unit and Sales Development
$=000's
2006

Units
Year 2006

| Description | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Total Bernafon |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flair | 15 | 13 | 18 | 5 | -2 | 3 | 16 | 5 | 12 | 6 | 12 | 6 | 103 |
| ICOS | 236 | 252 | 102 | 357 | 537 | 618 | 578 | 776 | 617 | 639 | 502 | 545 | 5,274 |
| Neo | | 3 | 289 | 200 | 274 | 254 | 268 | 261 | 312 | 295 | 254 | 320 | 3,205 |
| Smile | | | | | | | | | | | | | 0 |
| Smile Plus | 48 | 48 | 65 | 31 | 49 | 42 | 33 | 41 | 24 | 36 | 47 | 57 | 521 |
| Swiss Ear | 1,439 | 1,912 | 1,188 | 836 | 741 | 1,731 | 416 | 945 | 628 | 619 | 686 | 679 | 11,820 |
| Symbio | | | | | | | | | | | | | 0 |
| Symbio XT | 404 | 409 | 353 | 213 | 149 | 260 | 137 | 189 | 164 | 192 | 158 | 137 | 2,765 |
| Win | 147 | 120 | 124 | 113 | 93 | 91 | 84 | 87 | 112 | 107 | 110 | 73 | 1,261 |
| Total Units | 2,289 | 2,757 | 2,139 | 1,755 | 1,841 | 2,999 | 1,522 | 2,304 | 1,869 | 1,888 | 1,769 | 1,817 | 24,949 |

Sales-( $=000's )
Year 2006

| Description | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flair | $5 | $4 | $6 | | | $1 | $5 | $2 | $4 | | $4 | $2 | $33 |
| ICOS | $89 | $95 | $33 | $304 | $451 | $501 | $483 | $653 | $522 | $522 | $432 | $458 | $4,361 |
| Neo | | $2 | $107 | $90 | $112 | $106 | $105 | $109 | $133 | $125 | $110 | $143 | $1,324 |
| Smile | | | | | | | | | | | | | $0 |
| Smile Plus | $20 | $18 | $25 | $18 | $25 | $21 | $13 | $12 | $9 | $17 | $20 | $27 | $225 |
| Swiss Ear | $1,050 | $1,393 | $851 | $603 | $548 | $1,272 | $294 | $684 | $465 | $460 | $493 | $304 | $8,407 |
| Symbio | | | | | | | | | | | | | $0 |
| Symbio XT | $288 | $282 | $233 | $188 | $130 | $221 | $130 | $161 | $148 | $171 | $133 | $110 | $2,193 |
| Win | $36 | $31 | $30 | $30 | $23 | $23 | $20 | $22 | $28 | $27 | $27 | $18 | $315 |
| Total Sales | $1,488 | $1,825 | $1,285 | $1,231 | $1,289 | $2,145 | $1,050 | $1,643 | $1,309 | $1,312 | $1,219 | $1,062 | $16,858 |

| | |
|---|---|
| Cogs Total | $11,396 |
| COGS | $11,513 |
| GP1 | $5,462 |
| | $17,070 |
| Production costs | $1,006 |
| Capacity costs | $3,364 |
| OPERATING PROFIT | $1,187 |
| | $6,557 |