# EXHIBIT 4

| | 2006 | | 2005 | | 2004 | | 2003 | | 2002 | | 2001 | | 2000 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | UNITS | SALES DOLLARS | UNITS | SALES DOLLARS | UNITS | SALES DOLLARS | UNITS | SALES DOLLARS | UNITS | SALES DOLLARS | UNITS | SALES DOLLARS | UNITS | DOLLARS |
| DIVA | 30,945 | $27,888,662 | 51,348 | $58,661,594 | 58,861 | $69,089,864 | 49,594 | $58,308,772 | 47,508 | $57,486,135 | 1,863 | $2,253,956 | | |
| INTEO | 29,533 | 37,923,315 | | | | | | | | | | | | |
| VITA | 7,789 | 5,338,034 | 17,076 | 12,596,832 | 96 | 75,780 | | | | | | | | |
| SENSO PLUS | 4,225 | 2,677,995 | 6,791 | 5,616,972 | 16,201 | 10,689,388 | 22,440 | 15,058,242 | 14,644 | 12,278,700 | 37,551 | 39,896,331 | 56,683 | 62,488,984 |
| SENSO | 436 | 401,424 | 741 | 595,866 | 1,223 | 1,099,984 | 2,175 | 1,948,833 | 4,042 | 3,523,528 | 7,709 | 6,885,310 | 8,079 | 7,475,618 |
| BRAVO | 5,719 | 1,706,600 | 18,230 | 5,891,663 | 21,147 | 8,425,871 | 26,974 | 12,444,658 | 33,522 | 16,321,291 | 25,363 | 12,933,824 | | |

SALES BY MODEL-SPECIAL PROJECT GE 010507 submit1.xls

PLAINTIFF'S
EXHIBIT
WHAC 2
8/16/07

EXHIBIT
JX 216

| YEAR: 1999 | | | | |
|---|---|---|---|---|
| | | SALES | COST | GROSS PROFIT |
| SALES | | 73,862,310 | 38,213,565 | 35,648,745 |
| | | 73,862,310 | 38,213,565 | 35,648,745 |
| OTHER REVENUE | | | | |
| | | | | 35,648,745 |
| ANNUAL EXPENSES | | | | 28,764,733 |
| NET PROFIT | | | | 6,884,012 |

Confidential - Attorney's Eyes Only

WIDH072223

PLAINTIFF'S
EXHIBIT
WHAC 3
8/16/07

YEAR: 2000

| | | 2000 | | |
|---|---|---|---|---|
| | UNITS | SALES | COST | GROSS PROFIT |
| SENSO PLUS: | 56,684 | 62,488,984 | 28,642,068 | 33,846,916 |
| SENSO: | 8,080 | 7,475,820 | 3,032,540 | 4,443,080 |
| | 64,764 | 69,964,604 | 31,674,608 | 38,289,996 |
| OTHER REVENUE | | | | (1,163,924) |
| | | | | 37,126,072 |
| ANNUAL EXPENSES | | | | 31,835,068 |
| NET PROFIT | | | | 5,291,004 |
| | | | | 5,291,004 |

| YEAR: 2001 | | | | |
|---|---|---|---|---|
| | 2001 | | | |
| | UNITS | SALES | COST | GROSS PROFIT |
| DIVA: | 1,864 | 2,253,956 | 840,888 | 1,413,068 |
| SENSO PLUS: | 37,552 | 39,896,332 | 18,286,636 | 21,609,696 |
| SENSO: | 7,708 | 6,885,312 | 2,793,076 | 4,092,236 |
| BRAVO: | 25,364 | 12,933,824 | 4,254,860 | 8,678,964 |
| | 72,488 | 61,969,424 | 26,175,460 | 35,793,964 |
| OTHER REVENUE | | | | (676,672) |
| | | | | 35,117,292 |
| ANNUAL EXPENSES | | | | 31,905,388 |
| NET PROFIT | | | | 3,211,904 |
| | | | | 3,211,904 |



YEAR [illegible]

| | 1ST QTR | | | | 2ND QTR | | | | 3RD QTR | | | | 4TH QTR | | | | [illegible] | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | UNITS | SALES | COST | GROSS | UNITS | SALES | COST | GROSS | UNITS | SALES | COST | GROSS | UNITS | SALES | COST | GROSS PROFIT | UNITS | SALES | COST | GROSS PROFIT |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| OTHER REVENUE - NET PRO-RATED BY QTR | | | | [illegible] | | | | [illegible] | | | | [illegible] | | | | [illegible] | | | | [illegible] |
| | | | | [illegible] | | | | [illegible] | | | | [illegible] | | | | [illegible] | | | | [illegible] |
| ANNUAL EXPENSES PRO-RATED BY QTR | | | | [illegible] | | | | [illegible] | | | | [illegible] | | | | [illegible] | | | | [illegible] |
| NET PROFIT | | | | [illegible] | | | | [illegible] | | | | [illegible] | | | | [illegible] | | | | [illegible] |
| | | | | | | | | | | | | | | | | | | | | [illegible] |

Confidential - Attorney's Eyes Only

WIDH072226



YEAR 199[illegible]

| | 1ST QTR | | | | 2ND QTR | | | | 3RD QTR | | | | 4TH QTR | | | | 199[illegible] | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | UNITS | SALES | COST | GROSS | UNITS | SALES | COST | GROSS | UNITS | SALES | COST | GROSS | UNITS | SALES | COST | GROSS PROFIT | UNITS | SALES | COST | GROSS PROFIT |
| DIVA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] PLUS | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| BRAVO | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| OTHER REVENUE - NET PRO-RATED BY QTR | | | | [illegible] | | | | [illegible] | | | | [illegible] | | | | [illegible] | | | | [illegible] |
| | | | | [illegible] | | | | [illegible] | | | | [illegible] | | | | [illegible] | | | | [illegible] |
| ANNUAL EXPENSES PRO-RATED BY QTR | | | | [illegible] | | | | [illegible] | | | | [illegible] | | | | [illegible] | | | | [illegible] |
| NET PROFIT | | | | [illegible] | | | | [illegible] | | | | [illegible] | | | | [illegible] | | | | [illegible] |
| | | | | | | | | | | | | | | | | | | | | [illegible] |

Confidential - Attorney's Eyes Only WIDH072227

Case 1:05-cv-00422-GMS    Document 576-6    Filed 05/09/2008    Page 8 of 10



Confidential - Attorney's Eyes Only

WIDH072218

[illegible]

YEAR 2005

| | 1ST QTR | | | | 2ND QTR | | | |
|---|---|---|---|---|---|---|---|---|
| | UNITS | SALES | COST | GROSS PROFIT | UNITS | SALES | COST | GROSS PROFIT |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | 3,010 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 1,582,180 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | - | | - | | | - | | - |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| OTHER REVENUE - NET PRO-RATED BY QTR | | | | [illegible] | | | | [illegible] |
| ANNUAL EXPENSES PRO-RATED BY QTR | | | | [illegible] | | | | [illegible] |
| NET [illegible] | | | | [illegible] | | | | [illegible] |

| | 3RD QTR | | | | 4TH QTR | | | | [illegible] | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | UNITS | SALES | COST | GROSS PROFIT | UNITS | SALES | COST | GROSS PROFIT | UNITS | SALES | COST | GROSS PROFIT |
| [illegible] | 12,847 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| OTHER REVENUE - NET PRO-RATED BY QTR | | | | [illegible] | | | | [illegible] | | | | [illegible] |
| ANNUAL EXPENSES PRO-RATED BY QTR | | | | [illegible] | | | | [illegible] | | | | [illegible] |
| NET [illegible] | | | | [illegible] | | | | [illegible] | | | | [illegible] |
| | | | | | | | | | | | | [illegible] |

[illegible]



Confidential - Attorney's Eyes Only

WIDH072230