# EXHIBIT 6

## General information about K/S HIMPP

K/S HIMPP (kommanditselskabet Hearing Instrument Manufacturers Patent Partnership), a Danish limited partnership, was established on August 28, 1996 by GN Danavox A/S, Oticon A/S, Phonak AG, ReSound Corporation, Starkey Laboratories Inc., and Widex ApS. In January 1997 Siemens Audiologische Technik GmbH joined the partnership later to be followed by Unitron Hearing, Sonic Innovations, Rion Co., Türk+Türk GmbH and Gennum Corporation.

The purpose of the partnership was to acquire a large portfolio of hearing aid related patents and make the patented technology available to all interested parties in the hearing aid industry.

The patent portfolio consists of more than 20 patent families comprising well over 200 national patents when all applications issue. The patents are primarily directed towards programmable hearing aids, digital hearing aids, computer programming of hearing aids, and advanced fitting strategies.

Access to the patented technology can be obtained either through membership in the partnership or through entering into a license agreement with K/S HIMPP.

## Membership of K/S HIMPP

Any hearing aid manufacturer can become a partner in K/S HIMPP upon payment of US$ 1.8 million. A partner is entitled to a non-exclusive worldwide license under all existing HIMPP patents and applications, participation in the HIMPP business of managing its patent portfolio and acquisition of new patents, and a sharing in the revenues from licensing the HIMPP patents.

## License under the HIMPP patent portfolio

Those hearing aid manufacturers not wishing to become partners may obtain a license under the HIMPP patents on terms set forth in the enclosed standard Patent License Agreement. The royalty is a flat 3% of the price of hearing aids covered by one or more HIMPP patents, a rate which is comparable to or lower than a typical royalty for a single patent family in the hearing aid field.

It is expected that all hearing aid manufacturers will become partners or licensees. There is no need for component suppliers to be licensed although their customers will require licenses to manufacture hearing aids using components which utilize the patented technology. Similarly, retailers will not require licenses as long as their suppliers are licensed.

Please contact K/S HIMPP for additional information on becoming a partner or licensee.

2005/\HIMPP\infomanu



EXHIBIT
JX 180

EXHIBIT
Widex 44
6-26-07

WID000060
WID000060