# EXHIBIT 8

CONFIDENTIAL VIDEOTAPED DEPOSITION OF JONATHAN D. PUTNAM, Ph.D.
CONDUCTED ON TUESDAY, NOVEMBER 13, 2007

```
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF DELAWARE
 3
 4     - - - - - - - - - - - - - - - - -+
                                         |
 5     ENERGY TRANSPORTATION GROUP,       |
       INC.,                              |
 6                                        |
                 Plaintiff,               | Civil Action No.
 7                                        |
          vs.                             | 05-422 (GMS)
 8                                        |
       SONIC INNOVATIONS, INC., et al,    |
 9                                        |
                 Defendants.              |
10                                        |
       - - - - - - - - - - - - - - - - -+
11
12        *** CONFIDENTIAL - ATTORNEYS EYES ONLY ***
13               Videotaped Deposition of
14               Jonathan D. Putnam, Ph.D.
15                    Washington, D.C.
16              Tuesday, November 13th, 2007
17                       9:00 a.m.
18
19
20     Job No. 1-115473
21     Pages 1 - 236
22     Reported by:  Laurie Bangart-Smith
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF JONATHAN D. PUTNAM, Ph.D.
CONDUCTED ON TUESDAY, NOVEMBER 13, 2007

Page 108

1  BY MS. ECKSTEIN:
2      Q    Negative or positive with respect to
3  competition generally.
4      A    Well, I mean this is actually important,
5  because if what you mean is that the relevant
6  market is the market for hearing aids, and if it's
7  the case that HIMPP decreases the prices at which
8  the hearing aid manufacturers can acquire hearing
9  aid technology, then that would make the hearing
10 aid market more competitive.
11     Q    My question is:  Have you conducted any
12 analysis of whether the HIMPP partnership has had
13 any negative or positive effects on competition in
14 the hearing aid market or the hearing aid
15 technology market?
16          MR. SCHERLING:  Vague and ambiguous;
17     compound.
18          THE WITNESS:  Yeah, I would say no.
19     I've been trying to -- I would say no.  I've
20     limited my analysis to trying to clarify what
21     Mr. Musika means and the implications of his
22     assertions.

Page 121

1   Q   I won't make you do it.
2   A   Okay, thank you.
3   Q   Have you reviewed a decision entered by
4   the German Federal Cartel Office on April 11,
5   2007, concerning the various HIMPP members,
6   including the defendants in this case?
7   A   No.
8        (Exhibit No. 3 was marked for
9        identification and attached to the deposition
10       transcript.)
11  BY MS. ECKSTEIN:
12  Q   Take a moment to look at that. You
13  don't need to go through every single page, but
14  flip through whatever portion you want to. I'll
15  be right with you.
16       Have you seen this document before?
17  A   No.
18  Q   You see -- well, for the record, Putnam
19  Exhibit 3 is Bates labeled MOJ 242 through 345,
20  and you see at the top left it states "German
21  Federal Cartel Office"?
22  A   Yes.