# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - -+
                                    |
ENERGY TRANSPORTATION GROUP,        |
INC.,                               |
                                    |
         Plaintiff,                 | Civil Action No.
                                    |
    vs.                             | 05-422 (GMS)
                                    |
SONIC INNOVATIONS, INC., et al,     |
                                    |
         Defendants.                |
                                    |
- - - - - - - - - - - - - - - - - -+
```

\*\*\* CONFIDENTIAL - ATTORNEYS EYES ONLY \*\*\*

Videotaped Deposition of

CHARLES R. DONOHOE, ESQUIRE

Washington, D.C.

Thursday, November 15th, 2007

8:43 a.m.

Job No. 1-115483

Pages 1 - 290

Reported by: Laurie Bangart-Smith

Page 77

1  hearing aid license -- the hearing aid industry
2  licenses may be artificially low for a variety of
3  reasons?
4            MR. GRAMENOPOULOS:  Objection; vague.
5            THE WITNESS:  I looked at those
6      agreements.  I didn't see that any place
7      there.  The rates are certainly consistent
8      with rates that I've seen in other
9      industries, so I didn't see anything at all
10     that would indicate there was artificially
11     low rates.
12           (Exhibit No. 3 was marked for
13     identification and attached to the deposition
14     transcript.)
15 BY MR. STEINBERG:
16     Q    I'm going to hand you what's been marked
17 as Exhibit 3, which purports to be a decision in
18 an administrative proceeding, Phonak and GN
19 ReSound, by the German Federal Cartel Office.  Let
20 me see if I can see the date.  April 11, 2007.
21 Have you looked at this report?
22     A    I have not.