# EXHIBIT 10



E Q U I T I E S

**Handelsbanken Markets**

## REITERATED STRONG BUY

3377307

- Through its strength in the field of digital hearing aids, William Demant has access to a market segment with one of the highest growth rates and profit margins. William Demant is a good non-cyclical growth stock that is in complete accordance with our macro-economic scenario.

JANUARY 1999

# William Demant

## Hear Hear!!

- Increasing market penetration, an improved product mix, patients increasingly using two aids instead of just one, a larger elderly population and an aggressive acquisition strategy are some of the factors that ensure William Demant's high future growth. The possibility of applying digital technology to other segments opens up a new source of growth for the company.

- We consider William Demant to be the most attractive Healthcare investment in the Danish market. The company's prospects confirm our optimistic view, and we have therefore raised our target price to DKK 490. We maintain our **STRONG BUY** recommendation.

**Key ratios in summary**

| DKK | Sales | Pretax | EPS | EPS growth | P/E | CEPS | P/CEPS | Div | Op margin | ROE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1993 | 661 | 84 | 4.7 | 503% | n.a | 6.5 | 0.0 | 0.60 | 13.1% | 37.2% |
| 1994 | 750 | 135 | 6.5 | 38% | n.a | 8.4 | n.a | 0.80 | 17.8% | 38.0% |
| 1995 | 940 | 136 | 6.8 | 5% | 22.1 | 9.0 | 16.6 | 1.00 | 12.4% | 27.4% |
| 1996 | 1 087 | 160 | 7.8 | 14% | 38.7 | 10.7 | 28.1 | 1.50 | 12.8% | 24.2% |
| 1997 | 1 413 | 211 | 10.5 | 35% | 37.2 | 13.5 | 28.8 | 1.80 | 13.8% | 30.4% |
| 1998e | 1 600 | 252 | 12.4 | 18% | 33.1 | 15.9 | 24.7 | 2.50 | 15.2% | 31.8% |
| 1999e | 1 824 | 305 | 15.0 | 21% | 27.3 | 19.0 | 20.7 | 3.00 | 15.8% | 30.1% |
| 2000e | 2 079 | 351 | 17.3 | 15% | 23.7 | 21.7 | 18.1 | 3.50 | 16.1% | 27.6% |
| 2001e | 2 350 | 404 | 19.9 | 15% | 20.6 | 24.8 | 15.9 | 4.00 | 16.5% | 25.6% |

| | | | | | |
|---|---|---|---|---|---|
| Date | 1999-01-14 | | | | |
| Price | 410 | No of shares | 15.4 | Target +6m | 490 |
| H/L | 439/295 | Market cap, bn | 6.3 | Difference | 20 % |
| BVPS | 34 | P/BV | 1207% | Yield | 0.4% |

**Sector: Healthcare**      Market: **Denmark**

Analyst: **Rolf Sass Sørensen**      Phone: **+45 33 41 8591**

E-mail:  roso03@handelsbanken.se

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

Defendants Trial
Exhibit
DX-1227
Civil Action no. 05-422

WID234444

# Share Data

| TRADING DATA | |
| --- | --- |
| Share price | 410 |
| High/Low | 430/295 |
| Market Cap | 5.5 bn |
| Trading volume | 17,800 shares |
| Index weight | 1% |
| Reuter Code | WIDE.CO |

**SHARES**

| | Votes | No (m) |
| --- | --- | --- |
| A | 1 | 15.4 |

**SHARE PERFORMANCE**



Source: DATASTREAM

| OWNERS | | |
| --- | --- | --- |
| % | Capital | Votes |
| Oticon Fonden | 65.7 | 65.7 |
| Management | 5.0 | 5.0 |
| ATP | 1.8 | 1.8 |
| KP | 1.5 | 1.8 |

| SHARE PERFORMANCE | | |
| --- | --- | --- |
| % | -1m | Year end |
| Absolute | 3.3 | 10.4 |
| Rel Market | 1.9 | 16.7 |
| Rel Sector | 0.1 | 18.1 |
| EU-DS Medical | | |

# Company Data

| BUSINESS AREA | | |
| --- | --- | --- |
| DKKm | Sales | % |
| Hearing Aids | 1,244 | 88 |
| Personal Communication | 127 | 9 |
| Diagnostic Instruments | 42 | 3 |

| MARKET | |
| --- | --- |
| % | 1997 |
| Western Europe | 33 |
| North America | 30 |
| Pacific Rim | 12 |
| Scandinavia | 10 |
| Asia | 8 |
| Rest of the World | 7 |

| EMPLOYEES BY REGION | |
| --- | --- |
| % | 1997 |
| Scandinavia | 49 |
| Western Europe | 22 |
| North America | 18 |
| Pacific Rim | 9 |
| Asia | 2 |

**GROUP STRUCTURE**

William Demant Holding was founded in 1983 as Oticon Holding A/S. It became listed on the Copenhagen Stock Exchange in 1995 and in 1997 was renamed William Demant Holding, its current name. A developer and producer of high-technological products in three core segments – hearing aids, diagnostic instruments and personal communication - William Demant's products make use of advanced developments in micro-electronics, micro-mechanics, acoustics and software. Today William Demant Holding consists of four companies operating in separate business segments: (1) Oticon, a developer of psycho-acoustic research and advanced digitalised sound processing, which helps the patient achieve optimal understanding of speech, (2) Bernafon, a producer of simple, small, easily fitted, high-quality hearing aids, (3) Maico Audiometer & Rhinometrics, developers of equipment used to measure hearing ability, and (4) Phonic Ear & Logia, the world's leading operators in the field of wireless communication. The group's most important operating segment is hearing aids, which accounts for 88% of group sales and holds a leading position in the world market. Personal communication accounts for 9% and diagnostic instruments for 3%. William Demant Holding sells its products in approximately one hundred markets throughout the world, and it has sales and distribution units in more than twenty countries. In five of these countries, the company also owns production facilities. The bulk of its sales take place in the United States, Japan and Western Europe. Approximately 95% of its total production is sold outside Denmark. William Demant Holding aims to achieve a leading position in advanced audiological quality products through acquisitions as well as organic growth.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234445

# Contents

**4**    Investment case

**6**    Valuation

**8**    The hearing aids market

**12**   The digital revolution

**15**   Competitors

**16**   William Demant's strategic position

**18**   Key ratios

Handelsbanken Markets

**3**

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234446

# Investment case

Leading producer of digital hearing
aids

A NUMBER OF UNDERLYING VALUE DRIVERS of the William Demant
share have gained momentum. This development will make it pos-
sible for the company to reap the benefits of having attained a
position as the leading producer of hearing aids. It has now added
a new and relatively undeveloped business segment - wireless com-
munication systems - to its operations that opens up an almost
unlimited potential for application to its other businesses.

High-end sales protect against price
competition

We believe that William Demant is realizing the benefit of having
focused on high-technology equipment at the high end of the price
scale. In this segment, it is relatively well protected against the price
competition that affects sales of lower-priced hearing aids.

WD will benefit from a number of
positive trends:

The development of the factors listed below will, in our estimate,
increase demand for hearing aids significantly from today's level.
Most of the trends are long-term positive trends, slowly improving
the company's prospects and enabling it to maintain high growth
for many years into the future. These are William Demant's most
important value drivers:

Increasing market penetration

■ Increasing market penetration from the current level of 10%.
The reduction of the size of hearing aids and the elimination of
the social stigma attached to use of a hearing aid will enhance
this trend. A higher degree of social acceptance will also help
lower the average age of users.

Patients increasingly use two
hearing aids

■ A trend in the direction of each patient buying two hearing aids
instead of one.

Improved product mix raises its
operating margin

■ An improved product mix. The change from analogue to digital
aids is raising William Demant's operating margin.

Aggressive acquisition strategy

■ Acquisitions of companies will be catalysts, which, from time to
time, will trigger a rise in the share price.

A growing elderly population

■ A growing population of elderly people and a general rise in the
standard of living.

The older generation is making higher
demand for quality and comfort

■ Higher demand for comfort by a generation of consumers who
do not accept an idle life caused by such handicaps as reduced
hearing.

WD is showing greater awareness of
shareholder value

A new positive sign is that the company has begun to show a greater
awareness of shareholder value and a greater willingness to opti-
mize its capital structure. Management has just implemented a major
share buy-back program, and in the future investors can expect
higher dividend payments. The implementation of this program will
boost the share price.

Handelsbanken Markets

4

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234447

By size, William Demant is currently number 17 of the shares trad-
ed on the Copenhagen Stock Exchange, and the only reason it is
not part of the KFX index is its relatively low liquidity. Share liquidity
is restricted by the companies ownership structure - Oticon Fonden
owns 65% of the shares limiting the shares free float. We expect
that the trends listed will help increase its liquidity and make it part
of the KFX listing. An improved liquidity will lead to a lowering of
its risk premium.

The new management team, headed by Managing Director Niels
Jacobsen, has now won the confidence of investors because of the
great insight and credibility he has displayed in his time as chief
executive of the company. Our latest meeting with Niels Jacobsen
has confirmed our belief that he has the characteristics needed to
ensure the future growth of the company.

Despite the growing competition in the field, we still believe that
William Demant, with its extensive experience in the field of audi-
ology, is among the companies best positioned to take advantage
of the possibilities presented by the new digital technology.

Its long-term growth is secured by the trend in the direction of
regarding hearing aids as modern communications systems. The
hearing aids market, and especially wireless communications (Phonic
Ear), has unlimited potential. The qualities of William Demant and
its position among competitors will enable it to maintain a high
level of growth for many years to come.

For these reasons we find that William Demant is currently the most
attractive Healthcare investment in the Danish market. An invest-
ment in William Demant is in complete accordance with our macr-
oeconomic scenario. It is a good, stable noncyclical growth stock
that we consider to be a safe haven. We therefore maintain our
**STRONG BUY** rating. Our target price is DKK 490.

*Increased liquidity will make WD part of the KFX index*

*New management has won the confidence of investors*

*WD has considerable experience in the field of audiology*

*Phonic Ear segment holds large potential*

*An investment in WD is in complete accordance with our macro scenario*

*We recommend buying up to DKK 490*

Handelsbanken Markets

5

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234448

# Valuation

A PEER GROUP COMPARISON OF WILLIAM DEMANT and other large producers of hearing aids is not very informative. The reason is that the other large producers either are not listed or are divisions of larger companies. The only informative comparison is with Phonak and Resound. The table below shows our expectations for the future EPS growth of these companies and their P/E levels.

**EPS GROWTH AND P/E**

| | | | EPS | | | | 2Y | 3Y | | P/E | | |
| | Curr. | Price local | 1997 | 1998e | 1999e | 2000e | CAGR 98-00 | CAGR 98-00 | 1997 | 1998e | 1999e | 2000e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| William Demant | DKK | 410 | 10.5 | 12.4 | 15.0 | 17.3 | 18.1% | 18.2% | 37.2 | 39.2 | 33.1 | 27.3 |
| Phonak | CHF | 1730 | 37.6 | 49.3 | 57.2 | 72.2 | 21.1% | 24.3% | 39.7 | 46.1 | 35.1 | 30.2 |
| ReSound | USD | 4.25 | -0.96 | 0.03 | 0.03 | 0.03 | 0% | n.m. | 32.7 | -4.4 | 141.7 | 141.7 |
| Simple average | | 15.7 | | 20.6 | 24.1 | 29.8 | 13.1% | 21.3% | 36.5 | 26.9 | 70.0 | 66.4 |

**SWOT ANALYSIS**

**Strengths**
- Strong management
- Large market shares
- High entrance barriers
- Is among the leading providers of digital hearing aids
- Large distribution net
- A consolidated company
- Focused company strategy

**Weaknesses**
- Prices of WD's products are approx. 30% higher then products by Widex
- High production and distribution costs
- Low liquidity

**Opportunities**
- Low penetration rate means continued high growth for many years
- Improved product composition generates higher operating margin
- Its extensive research experience makes WD one of the companies best equipped to take advantage of digital technology

**Threats**
- Weak underlying market growth
- Price pressure from HMOs and public health authorities
- New reimbursement rules favor low-priced products
- Rising R&D costs
- Tightening of subsidy regulations

We expect that William Demant will show a rising operating margin for the next few years. Part of this rise will come from its conversion from analogue to digital products, which are a great deal more expensive than their analogue counterparts. We estimate that the operating margin will go up to above 16% within the next few years.

Handelsbanken Markets

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234449

As shown in the table below, William Demant now trades at the bottom of the P/E level it has traded at for the past three years, i.e., since its introduction of digital hearing aids. In the past nine months, the share has performed completely in line with the European Medical Technology index.

As shown in the table, our estimates show that the P/E level of William Demant will become much lower over the next few years as compared with the Danish stock market. Its P/E relative to the local market will drop from 1.9 to 1.3.

P/E - RELATIVE RELATIVE TO LOCAL MARKET

|  | 1997 | 1998 | 1999e | 2000e | 2001e |
|---|---|---|---|---|---|
| William Demant | 1.9 | 1.8 | 1.7 | 1.6 | 1.3 |
| Phonak | 1.5 | 1.8 | 1.6 | 1.6 | - |
| ReSound | 1.4 | -0.2 | 7.4 | 8.5 | - |

We have seen how William Demant, in a country like Japan which is in the midst of a recession, has been able to sell more expensive and more advanced hearing aids, which is its primary business segment, than in the past. It has thus won market share from local Japanese producers.

Our DCF valuation indicates a fair value of DKK 490 for William Demant. Our price target is DKK 490, and we expect that the share will outperform the Danish market. Our rating is **STRONG BUY.**



CHANGE IN EPS AND OPERATING MARGIN



MED TECH INDEX



HISTORIC P/E RELATIVE TO THE DANISH MARKET, INCL. ESTIMATES

Handelsbanken Markets

7

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234450

# The hearing aids market

*Hearing impairment shows up in five different ways*

**REDUCED HEARING** takes the form of deterioration in the following areas:

1 **Sound sensitivity** - (the hearing threshold, i.e., the volume needed for hearing)

2 **Dynamics range** (the discomfort threshold) – the greater the hearing loss, the smaller the dynamics range

3 **Frequency dissolution** – the patient has difficulty distinguishing sounds that occur at the same time, resulting in reduced speech comprehension

4 **Temporal dissolution** - the patient has difficulty distinguishing notes that occur with only small pauses between them and notes that involve changes from low to high sounds

5 **Binaural processing** – difficulty assimilating sounds coming from the right and the left ear

*The best equipment leaves room for improvement*

Patients with reduced hearing are affected in all five areas. Typically high-frequency sounds are the first to disappear. Hearing aids currently on the market are weakest in the area of temporal dissolution, while background noise (reduced frequency dissolution) is the greatest obstacle to speech comprehension. The most common complaint by people who use hearing aids is that the aids make a screeching sound (acoustic feedback).

*The elderly population is growing fast*

*300-600 million people would benefit from a hearing aid*

*The older generation has greater purchasing power*

We estimate that the underlying market growth for William Demant is 4%-5% per year, which is equivalent to the demographic development. The populations of Western civilization live longer and longer, and the number of people who live beyond the age of 50 is thus increasing. By year 2000, 20% of the population of EU countries will be aged 60 or over, and the figure will increase to more than 25% by year 2020. Growth in demand for hearing aids is very fragmented, but demand for more expensive, more advanced equipment is growing faster than for the less expensive kinds.



**POPULATION OVER 60 YEARS IN EU IN PERCENTAGE 1993 AND 2020**

Source: Walker Alamand Tony Maltby

■ 1993    ■ 2020

**Handelsbanken Markets**

8

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234451

The older generation also has greater purchasing power and can afford to purchase the necessary means of improving life. In the United States this group controls more than 70% of the country's net wealth, and within the next decade, the situation will be the same in the other western countries.

It has been estimated that 5%–20% of the population suffers from hearing reduction that could be improved through use of a hearing aid. The reason for the wide range is that definitions of what constitutes hearing impairment vary. An estimated 300–600 million people would benefit from a hearing aid, indicating potential world demand above the current level. Annual demand for hearing aids on a worldwide scale is approximately 5 million units, equivalent to a value of USD 1.6bn. (Source: Frost & Sullivan, 1997.)

The market potential is therefore far from exploited. Market penetration, that is, the portion of the population with diagnosed hearing loss who use hearing aids, is approximately 10%. In the most developed countries, the figure is 20%, and in the Scandinavian countries, which have the highest penetration rates, the figure is 30%, which is what it has been in recent years. We expect that the penetration rate will rise in step with improvements in hearing aids, lower prices and the disappearance of the social stigmatization of users. An increase in the penetration rate from 10% to 15% is equivalent to a total demand increase of 50%.

Use of a hearing aid still has a taboo-like status, for the following reasons:

■ A hearing aid is associated with age or a handicap

■ Hearing aids have a negative image, and for a long time patients questioned their usefulness

■ A hearing aid is a symbol of hearing impairment, and it therefore needs to be kept invisible

| Age group | % of group with hearing impairment |
|---|---|
| 35-44 years | 2 |
| 45-54 years | 5 |
| 55-64 years | 9 |
| 65-74 years | 18 |
| over 75 years | 35 |

By far the majority of people with hearing loss are in the older part of the population, with 72 as the average age of people who use hearing aids. (The human ear functions optimally for only 55 years.) As the average age of users comes down, there will be a corresponding rise in demand for hearing aids.

### New demands from the older generation

The technological leap forward that has occurred in the development of hearing aids coincides with a general change in attitude on the part of the current older generation. The above-50 generation is far more varied and demanding than the same generation



AVERAGE NET FORTUNE IN AGE GROUPS

Source: Eller, T.J. and Wallace Frazer

*The segment has low market penetration*

*Hearing impairment still has a taboo-like status*

*Reduced hearing is usually related to aging*

*The new generation of older people expect a long active life*

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234452

just a few years ago. They were young in the 1960s, and they were the first generation of consumers. They do not consider themselves old, and they do not accept physical disabilities such as reduced hearing. They expect to get the best from life – at all times. They spoil themselves, and they are critical consumers. Many of them also use technology at an advanced level on a daily basis. Technology does not scare them, and if it makes for more comfort and improves the quality of life, they accept it without question.

### The different kinds of hearing aids

There are three main categories of hearing aids on the market:

- Behind-the-ear aids (bte)

- In-the-ear aids (ite)

- Complete in the canal aids (cic)



*There are three kinds of hearing aids on the market:*



HEARING AIDS

10%

44%

46%

☐ In the Ear   ▪ Completely in the Canal   Behind the Ear

The market for each type is shown in the adjacent pie chart:

In Europe the breakdown for bte and ite aids is approximately 50/50. In the United States it is somewhat different. Here approximately 80% of the equipment consists of ite, and of this group approximately 25% is cic. This is explained by a generally greater focus on audiological quality rather than appearance on the part of European consumers.

For physical reasons that include a narrow ear canal or large ear wax accumulation, many patients are not able to use cic equipment. Also, the smaller the equipment, the poorer is the user's ability to determine the direction the sound is coming from because of the slight distance between the two microphones. We note, however, that cic equipment can remedy impairment of all five dimensions of hearing.



BTE                 ITE



CIC

*In the United States, ite equipment is most common*

*Public subsidies vary from 0%-100% for different countries*

### Public subsidies

Public subsidies vary from one country to another. In European countries, however, hearing aids are typically subsidised. In Germany, which is the largest European hearing aids market, patients are reimbursed a fixed amount of DEM 1,100 per unit. Despite the lowering of this amount from DEM 1,300 to the current DEM 1,100, demand for hearing aids has increased. In Denmark the cost of a hearing aid prescribed by a public clinic is still fully covered by na-

10

Handelsbanken Markets

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234453

tional health insurance, although proposals to change this to be in line with the German plan have come up. Other large markets, such as Australia, have plans, which, like the Danish approach, provide full coverage for hearing aids.

In the United States many people are insured through private and employer-based plans, and this means that the market for lower-end products is larger than in Europe. England also has no public coverage for hearing aids.

### Distribution

In most countries the distribution of hearing aids is carried out by ear-nose-throat specialists, who perform the necessary tests on patients and order the equipment. The fitting of the hearing aid on the patient typically takes place in the specialist's office or in an authorized ear clinic. Part of this procedure is a test that shows the patient's hearing loss curve and an imprint of his or her ear canal.

William Demant's distribution costs, which primarily consist of testing equipment used by the audiologists, peaked at 25% of sales in 1996. These costs will continue to decline over the next few years. In several countries hearing aids are now being sold through chains like the Danish Synoptik. In the U.S. market, where hearing aids are considered ordinary consumer goods, many different channels handle the distribution, and there are examples of hearing aids being sold by mail order companies.



*Distribution channels also vary from one country to another*

*WD expects lower distribution costs*

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234454

# The digital revolution

**Two out of five hearing aid companies are owned by WD**

AFTER SEVERAL YEARS OF CONTROVERSY, there is now scientific documentation showing that digital technology is superior to analogue technology. Worldwide, only five producers make fully digital hearing aids. Two of these, Oticon and Bernafon, are part of the William Demant Group. The others are Siemens, Widex and, as of two months ago, Danavox.

**Major research still needed**

The current standard of hearing aids still leaves a lot to be desired as compared with normal hearing. There is therefore major work to be done in order to arrive at a full understanding of the audiological and technological components of hearing equipment.

**Reducing noise in the equipment is crucial**

Digital aids of the future will enable the user to determine the direction of the sound and his or her distance to the sound source. Another goal is to alleviate special kinds of hearing loss and for the equipment to process sound in very noisy situations. Other challenges facing the industry, including a way for users to reduce noise in the hearing aid, finding a way to reduce the size of the equipment, developing a remote control for users and a means of linking several microphones to one hearing aid have not yet been met. Possibilities for improvement therefore still exist.

No figures exist that show the total number of traditional analogue units in use compared with fully digital units. There are large variations from one country to another because of the different subsidy rules. In Norway, 70% of the total units are digital, but the figure is generally between 25% and 50%.

**The penetration rates in different countries vary a lot**

In a few years, the distinguishing characteristic of producers will no longer be their ability or lack of ability to produce digital aids. Command of digital technology will be a simple necessity for a producer to compete in the business. The difference will lie in their understanding of psycho-acoustics and audiology and their ability to transfer this knowledge to the equipment.



TECHNOLOGICAL AND AUDIOLOGICAL LEVELS OF DEVELOPMENT

Handelsbanken Markets

12

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WD234455

As we show in the figure above, technological know-how has surpassed knowledge of human hearing, and this means that current technology is far from being taken full advantage of. The important question has therefore become how best to take advantage of technological developments. For this reason, companies will in the future focus even more on R&D, and in line with this, William Demant will show an increase in R&D costs of approximately 20% from 1997 to 1998.

*Improved understanding of audiology of critical importance more focus on R&D*

The figure above shows the paradigm shift that has occurred. From the current emphasis on keeping up in the technological race, there is now increased attention paid to feedback from the hearing-impaired.

*Paradigm shift from technology to audiology*

Individual fitting, improved use of controls (remote control or automatic adjustment of the sound) and greater focus on audiological feedback from users are therefore key concepts for the industry at this time.



IMPROVED PERFORMANCE AND INDIVIDUALIZED FITTING



The greatest obstacle to the development of new and improved equipment is presented by the following factors:

*The size and the power needed are critical factors*

1) An increase in the size of the equipment

2) The amount of power used

From experience it is known that a decisive factor for the success of a unit is how long it runs before the battery has to be changed, and the size and the amount of power used are thus connected. Patients are used to a battery with a life of 8-10 days. William Demant has therefore decided to use a so-called closed platform, which through a very precise definition of the requirements for the equipment, can minimize the amount of electricity used and thus also the size of the unit. Siemens', Widex's and William Demant's hearing aids are all hardware-based.

*WD uses a closed platform*

Danavox's recently introduced digital aid, Danalogic, is instead based on an open platform, which provides greater adjustability for the software components of the unit. The problem is that this feature takes up too much room and uses a great deal of power.

Handelsbanken Markets

13

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234456

*Retail price: USD 2,500-3,000*

The gross price of the most advanced units is USD 1000 a piece, while their retail price is USD 2,500-3,000. Under normal circumstances, these units have a life of approximately five years. It is now becoming more and more common that each patient uses two units instead of just one, and this will enable William Demant to maintain strong growth for many years to come.

One uncertainty factor might be that the price of both digital and analogue units might come down over time as it happened with electronic equipment like PCs and pocket calculators. We expect, however, that repeated introductions of new and improved generations of hearing aids with new features will secure prices and even increase the margin on the equipment. We note that right now, the average price per unit is increasing. For William Demant, economies of scale in production and distribution will also take on increasing importance.

*New features will secure prices*

*Explosive rise in the number of components*

The quality of hearing aids is being improved at an almost explosive pace. Every two years, the number of components in each unit more than doubles. The historical development of this is the following:



**HISTORICAL DEVELOPMENT IN THE NUMBER OF COMPONENTS**

- **1979**    10 components

- **1985**    100 components

- **1995**    225,000 components (DigiFocus)

- **2005**    >3,000,000 components

The latest products from William Demant are "DigiFocus Ski" and "DigiFocus DuoMic". DigiFocus Ski is especially targeted at patients with very sharp hearing loss curves, that is, people who are unable to hear high-frequency sounds. They account for approximately 10% of all hearing-impaired people. DigiFocus DuoMic, which was launched on January 1 of this year, features a so-called party switch. The unit contains two microphones, one pointing backwards that reduces sound and one pointing forward that enhances sound.

*DuoMic with party switch*

Handelsbanken Markets

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WD234457

## Competitors

IN THE TABLE BELOW we have listed the most important players in the hearing equipment market. The rest of the market is very fragmented with approximately 100 smaller, local and typically low-end producers. Particularly the U.S. market has a large number of small, so-called basement manufacturers.

*The market is dominated by eight players*

| Company | Market share, % |
|---|---|
| Siemens | 20 |
| Starkey | 15-17 |
| William Demant | 13-14 |
| Widex | 10 |
| Phonac | 8-10 |
| Resound | 6 |
| Danavox | 6 |
| Philips | 4-5 |

Siemens uses a three-brand strategy while William Demant (Oticon and Bernafon) uses a two-brand strategy. The two largest companies, Siemens and Starkey, primarily produce slightly lower-priced equipment. As the table shows, the Danish producers control more than 25% of the world market.

*WD uses a two-brand strategy*

Handelsbanken Markets

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234458

# William Demant's strategic position

THE ENTRANCE BARRIERS IN THE HEARING EQUIPMENT INDUSTRY are particularly high in William Demant's segment of innovative, high-technology products, and in the past ten years, only a few new players have come on the scene. The sector is also characterized by high development and marketing costs and high customer loyalty. William Demant has developed strong relationships with thousands of hearing equipment distributors throughout the world that help ensure that an appropriate level of training in the use and fitting of the hearing aids is provided the distributors. The company designs its own computer chips, while its production is handled by its collaboration partners abroad.

*High entrance barriers and strong customer loyalty protect WD*

William Demant has made several collaboration agreements with suppliers of components used in hearing aids. Suppliers generally enjoy dominant market positions, particularly suppliers of micro-phones, micro-mechanical components, chips and speakers. On the customer side, William Demant has a large number of individual customers in approximately 100 markets.

*No dependence on individual customers*

## William Demant's growth strategy

In the past ten years, the hearing aids industry has undergone a restructuring that has involved the take-over of a number of medi-um-sized companies by larger producers. This has been caused by a growing need to generate a large sales volume and increase the complexity of the equipment, which lead to increasing R&D and marketing costs. We expect that the restructuring of the industry will continue. The hearing equipment market is dominated by 8 producers, and several of these use the same distribution channels. This creates some overlap that reduces the advantage of taking over a larger-sized competitor. Geographically, Oticon will be able to expand into countries with low entrance barriers, including coun-tries in Eastern Europe, Asia and to some extent southern Europe, but we expect that such an expansion will be a long-term process.

*Expansion potential in Eastern Europe and Asia*

## Growth in new business segments

After a change of strategy in 1998, William Demant's growth will be a mixture of organic and acquisitive growth. The relatively moderate underlying market growth in its core business coupled with the fact that it generates a strong positive cash flow means that William De-mant in the future will follow an active acquisition strategy. A large part of the growth, however, is likely to occur in segments that are related to hearing equipment, for instance various forms of sound processing and wireless communications.(Phonic ear), testing equip-ment (Maico), micro-electronics, micro-mechanics and acoustics. The company may also decide to make acquisitions in the distribution link in order to achieve better control in the retail end.

*Has a proactive acquisition strategy*

Handelsbanken Markets

18

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234459

The possibilities for rationalization of the current company struc-
ture are limited since the company as late as 1991 implemented an
extensive restructuring of the entire organization. Most of its po-
tential lies with company acquisitions.

**Risks**

Further **harmonization** measures and increased requirements for
the products from public health authorities will affect the hearing
aid industry adversely, but William Demant will be better prepared
for this than most of its competitors. It is easier for its high-quality
products than for most other products of its kind to meet the qual-
ity standards set by public health authorities. Stricter requirements
or a greater degree of harmonization of the available products may
require higher costs and more resources in the short term, but the
long-term effect of such measures will be positive because they
raise the already very high entrance barriers.

**Cuts in public health expenditures** may have a negative influ-
ence on William Demant's sales. Its high-end products will be hit
the hardest by cost limitations and reductions in allocations. But
the hearing aid industry will suffer less from this than other areas of
public healthcare since hearing equipment costs account for only a
small portion of total public healthcare budgets.

**Price competition** in the sector varies for products at different
price levels. The lowest-priced analogue products are most exposed
to price competition, while price variations in the more expensive
fully digital segment are insignificant. Because William Demant has
specialized in products of a high quality selling at a high price, it is
exposed to only a minor degree of price competition, but we note
that the ongoing tightening of public healthcare budgets in west-
ern European countries gradually will increase the importance of
price – also in the high-end segment.

One of the greatest threats to Oticon is **alternative treatments** of
hearing impairment. Only approximately 10% of patients can be
treated with drugs or surgery. Surgical procedures are currently being
developed, but they are not likely to affect the hearing aid industry
for another five to ten years. It is also fair to assume that surgical
procedures will be the preferred treatment only of people with se-
rious hearing loss.

With 52% of the shareholders' equity and no interest-bearing debt,
William Demant's **financial risk** is very low. We note, however,
that its currency risk in a long and medium-long perspective is high.
By far the majority of the company's production is carried out in
Denmark, while approximately 90% of the production is sold out-
side Denmark. This causes a strong dependence on the trade-weight-
ed exchange rate of the krone. William Demant hedges all of its
important currency positions and thereby eliminates any short-term
currency risk.

*Stricter requirements will benefit WD*

*Healthcare reforms will harm other
segments more*

*Price competition most severe in the
low-end segment*

*Surgical procedures represent no threat*

*No financial risk*

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234460

# Key ratios, **William Demant**

| INCOME STATEMENT (DKKm) | 1991 | 1992 | 1993 | 1994 | 1995 | Forecast 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 477 | 539 | 661 | 750 | 940 | 1,087 | 1,413 | 1,500 | 1,824 | 2,079 | 2,350 |
| Op Inc bef Dep | 9 | 59 | 111 | 160 | 150 | 184 | 242 | 297 | 349 | 403 | 463 |
| Depreciation | 0 | 27 | 25 | 26 | 33 | 45 | 47 | 54 | 61 | 68 | 75 |
| Op Inc after Dep | 9 | 31 | 87 | 134 | 117 | 139 | 195 | 243 | 288 | 335 | 388 |
| Financial Income | 0 | 3 | 8 | 10 | 24 | 24 | 26 | 12 | 20 | 20 | 20 |
| Financial Costs | 0 | 15 | 9 | 8 | 5 | 5 | 12 | 5 | 5 | 5 | 5 |
| Oth Fin Items | 0 | 0 | -1 | -1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Inc after Fin Items | 2 | 20 | 84 | 135 | 136 | 160 | 211 | 252 | 305 | 351 | 404 |
| Extra-ordinary Items | 3 | -1 | -1 | 0 | 0 | 0 | -14 | 0 | 0 | 0 | 0 |
| Minority Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deferred Tax | 0 | 0 | 5 | -9 | 8 | -2 | -6 | 17 | 5 | 2 | 5 |
| Actual Tax | 0 | 0 | 17 | 55 | 29 | 42 | 56 | 44 | 68 | 82 | 92 |
| Net Income | 0 | 9 | 62 | 88 | 99 | 120 | 148 | 191 | 231 | 267 | 307 |

| BALANCE SHEET (DKKm) | 1991 | 1992 | 1993 | 1994 | 1995 | Forecast 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | |
| Cash & Marketable Securities | 0 | 31 | 130 | 127 | 292 | 301 | 239 | 424 | 572 | 725 | 916 |
| Accounts Receivables | 0 | 130 | 135 | 151 | 197 | 210 | 285 | 308 | 344 | 392 | 443 |
| Inventory | 0 | 150 | 140 | 144 | 199 | 225 | 278 | 276 | 311 | 353 | 397 |
| Oth Current Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Goodwill | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery & Equipment | 0 | 20 | 22 | 21 | 30 | 30 | 41 | 45 | 49 | 54 | 59 |
| Property | 0 | 20 | 20 | 18 | 17 | 21 | 47 | 50 | 50 | 55 | 55 |
| Oth Fixed Assets | 0 | 32 | 31 | 33 | 39 | 38 | 48 | 48 | 50 | 50 | 50 |
| Total Assets | 402 | 396 | 491 | 555 | 835 | 890 | 1,002 | 1,216 | 1,444 | 1,698 | 1,991 |
| **Debt & Equity** | | | | | | | | | | | |
| Non-interest bearing debt | 0 | 103 | 123 | 191 | 203 | 184 | 316 | 358 | 398 | 430 | 469 |
| Deferred tax | 0 | 15 | 19 | 10 | 19 | 17 | 11 | 28 | 33 | 35 | 40 |
| Interest bearing debt | 93 | 115 | 134 | 58 | 102 | 102 | 102 | 102 | 102 | 102 | 102 |
| Pensions etc | 15 | 15 | 22 | 21 | 63 | 47 | 48 | 48 | 48 | 48 | 48 |
| Minority | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equity | 144 | 146 | 192 | 274 | 449 | 540 | 524 | 677 | 862 | 1,075 | 1,320 |
| Total Debt & Equity | 402 | 396 | 491 | 555 | 835 | 890 | 1,002 | 1,216 | 1,444 | 1,698 | 1,991 |

| CASH FLOW (DKKm) | 1991 | 1992 | 1993 | 1994 | 1995 | Forecast 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EBIT | 9 | 31 | 87 | 134 | 117 | 139 | 195 | 243 | 288 | 335 | 388 |
| - Cash taxes on EBIT | 0 | 0 | -17 | -55 | -25 | -37 | -55 | -42 | -64 | -78 | -88 |
| NOPLAT | 9 | 31 | 69 | 79 | 92 | 103 | 140 | 201 | 224 | 256 | 299 |
| + Depreciations | 0 | 27 | 25 | 26 | 33 | 45 | 47 | 54 | 61 | 68 | 75 |
| Gross Cash Flow | 9 | 59 | 94 | 106 | 125 | 148 | 187 | 255 | 285 | 324 | 374 |
| - Inv in Net Working Capital | 0 | -177 | 26 | 48 | -90 | -59 | 5 | 22 | -37 | -53 | -55 |
| - Inv in Fixed Assets | 0 | -25 | -31 | -75 | -54 | -45 | -45 | -50 | -55 | -60 | -65 |
| - Inv in Net Other Assets* | 0 | -17 | 5 | -11 | 2 | 0 | -16 | 17 | 3 | 2 | 5 |
| Free Cash Flow | 9 | -160 | 94 | 67 | -17 | 44 | 131 | 244 | 195 | 213 | 259 |

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234461

## KEY RATIOS — Growth and Profitability

| | 1992 | 1993 | 1994 | 1995 | Forecast 1996 | 1997 | 1998 | 1999 | 2001 | 2000 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Growth** | | | | | | | | | | |
| Sales | 13% | 23% | 13% | 25% | 16% | 30% | 13% | 14% | 14% | 13% |
| Operating Income | 260% | 177% | 55% | -13% | 19% | 40% | 24% | 19% | 16% | 16% |
| Pre Tax Income | 994% | 328% | 60% | 1% | 17% | 32% | 19% | 21% | 15% | 15% |
| Net Income | -3100% | 591% | 42% | 12% | 21% | 24% | 29% | 21% | 15% | 15% |
| Assets | -2% | 24% | 13% | 50% | 6% | 13% | 21% | 19% | 18% | 17% |
| Capital Employed | -31% | 26% | 1% | 74% | 12% | -2% | 23% | 23% | 21% | 20% |
| Debt (int bearing) | 21% | 19% | -49% | 108% | -10% | 1% | 0% | 0% | 0% | 0% |
| Equity | 2% | 31% | 43% | 64% | 20% | -3% | 29% | 27% | 25% | 23% |
| **Profitability** | | | | | | | | | | |
| Gross Margin | 10.9% | 16.8% | 21.4% | 15.9% | 17.0% | 17.2% | 18.6% | 19.1% | 19.4% | 19.7% |
| Operating Margin | 5.8% | 13.1% | 17.8% | 12.4% | 12.8% | 13.8% | 15.2% | 15.8% | 16.1% | 16.5% |
| Net Margin | 3.7% | 12.7% | 17.9% | 14.5% | 14.7% | 14.3% | 15.7% | 16.7% | 16.9% | 17.2% |
| ROE | 6.2% | 36.9% | 38.0% | 27.4% | 24.2% | 27.8% | 31.8% | 30.1% | 27.6% | 25.6% |
| ROA | 8.6% | 21.3% | 27.5% | 20.2% | 18.9% | 23.5% | 23.0% | 23.2% | 22.6% | 22.1% |
| ROCE | 10.1% | 30.2% | 41.0% | 29.0% | 25.1% | 32.5% | 33.9% | 33.4% | 31.5% | 30.0% |
| ROC | 9.6% | 37.2% | 60.2% | 42.6% | 39.3% | 47.4% | 57.8% | 67.7% | 70.2% | 72.2% |
| ROD (int bearing debt) | 12.2% | 6.5% | 7.1% | 4.1% | 3.2% | 8.1% | 3.3% | 3.3% | 3.3% | 3.3% |
| Full tax | 0.0% | 25.3% | 34.2% | 27.2% | 25.3% | 25.6% | 24.0% | 24.0% | 24.0% | 24.0% |
| Actual Tax | 0.0% | 19.9% | 40.9% | 21.2% | 26.4% | 28.4% | 17.4% | 22.4% | 23.4% | 22.8% |

## KEY RATIOS — Financial Position

| | 1991 | 1992 | 1993 | 1994 | 1995 | Forecast 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital Turnover | 1.2 | 1.4 | 1.8 | 1.9 | 1.9 | 1.9 | 2.1 | 2.1 | 2.2 | 2.3 | 2.3 |
| Cash/Sales | 0.0% | 5.7% | 19.7% | 16.9% | 31.0% | 27.7% | 26.5% | 31.4% | 34.8% | 39.0% | |
| Acc Receivables/Sales | 0.0% | 24.1% | 20.4% | 20.1% | 21.0% | 19.3% | 20.1% | 19.2% | 18.9% | 18.9% | 18.9% |
| Inventory/Sales | 0.0% | 27.8% | 21.2% | 19.2% | 21.1% | 20.7% | 19.7% | 17.2% | 17.1% | 17.0% | 16.9% |
| Machinery/Sales | 0.0% | 3.7% | 3.3% | 2.8% | 3.2% | 2.7% | 2.9% | 2.8% | 2.7% | 2.6% | 2.5% |
| Property/Sales | 0.0% | 3.7% | 3.0% | 2.4% | 1.9% | 1.9% | 3.3% | 3.1% | 2.7% | 2.6% | 2.3% |
| Goodwill/Equity | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Investments/Sales | 0.0% | 4.6% | 4.6% | 10.0% | 5.8% | 4.1% | 3.2% | 3.1% | 3.0% | 2.9% | 2.8% |
| Equity/Assets | 35.7% | 36.9% | 39.0% | 49.3% | 53.7% | 60.7% | 52.3% | 55.7% | 59.7% | 63.3% | 66.3% |
| Debt/Equity (total debt) | 0.8 | 1.7 | 1.6 | 1.0 | 0.9 | 0.6 | 0.9 | 0.8 | 0.7 | 0.6 | 0.5 |
| Debt/Equity (int bearing debt) | 0.8 | 0.9 | 0.8 | 0.3 | 0.4 | 0.3 | 0.3 | 0.2 | 0.2 | 0.1 | 0.1 |
| Net Debt (SEKm) | 108 | 100 | 26 | -48 | -127 | -152 | -89 | -274 | -422 | -574 | -766 |
| Interest Coverage | | 2.3 | 10.1 | 17.1 | 28.1 | 32.7 | 18.3 | 51.0 | 61.6 | 71.0 | 81.5 |

## KEY RATIOS — Share Data

| | 1991 | 1992 | 1993 | 1994 | 1995 | Forecast 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No of shares (year end) | 3.4 | 13.4 | 13.4 | 13.7 | 15.3 | 15.4 | 15.4 | 15.4 | 15.4 | 15.4 | 15.4 |
| Share Price (end of year) | 0.0 | 0.0 | 0.0 na. | | 150.0 | 300.0 | 389.0 | 393.0 | 393.0 | 393.0 | 393.0 |
| Dividend | 1.0 | 0.0 | 0.6 | 0.8 | 1.0 | 1.5 | 1.8 | 2.5 | 3.0 | 3.5 | 4.0 |
| EPS | -1.0 | 0.8 | 4.7 | 6.5 | 6.8 | 7.8 | 10.5 | 12.4 | 15.0 | 17.3 | 19.9 |
| CEPS | -1.0 | 2.8 | 6.5 | 8.4 | 9.0 | 10.7 | 13.5 | 15.9 | 19.0 | 21.7 | 24.8 |
| EBIT/Share | 2.6 | 2.3 | 6.5 | 9.8 | 8.0 | 9.0 | 12.7 | 15.8 | 18.7 | 21.7 | 25.1 |
| BVPS | 42.8 | 10.9 | 14.3 | 20.0 | 29.4 | 35.0 | 34.0 | 43.9 | 55.9 | 69.7 | 85.6 |
| NAV/Share | 42.8 | 10.9 | 14.3 | 20.0 | 29.4 | 35.0 | 34.0 | 43.9 | 55.9 | 69.7 | 85.6 |
| Dividend Pay out | -96% | 0% | 13% | 12% | 15% | 19% | 17% | 20% | 20% | 20% | 20% |
| Yield | | | | | 0.7% | 0.5% | 0.6% | 0.6% | 0.8% | 0.9% | 1.0% |
| P/E (end of year) | | | | | 22.1 | 38.7 | 37.2 | 31.7 | 26.2 | 22.7 | 19.7 |
| P/E (average) | | | | | | 28.1 | 28.8 | 24.7 | 20.7 | 18.1 | 15.9 |
| P/CEPS | | | | | | 32.1 | 30.3 | 23.8 | 19.6 | 16.4 | 13.7 |
| P/EBIT | | | | | | 858% | 1145% | 896% | 703% | 564% | 459% |
| P/BV | | | | | | 858% | 1145% | 896% | 703% | 564% | 459% |
| P/NAV | | | | | | | | | | | |

Handelsbanken Markets

19

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234462