# Handelsbanken Markets Equities Research

Thomas Kullman, Head of Research   +46 8 701 2540

## Strategists
| | |
|---|---|
| Michael Idevall | +46 8 701 5280 |
| Chief Strategist, Strategy Sweden | |
| Tom Lorentzen | +47 22 94 0939 |
| Head of Research Oslo, Strategy Norway | |
| Søren Poulsen | +45 33 41 8297 |
| Strategy Denmark | |
| Ilkka Salonen | +358 10 444 2337 |
| Strategy Finland | |

## Automotive & Engineering
| | |
|---|---|
| Lars Höglund, Sector Head | +46 8 701 5170 |
| Christer Beckard | +46 8 701 2436 |
| Åsa Bergstrand | +46 8 701 3703 |
| Anders Bruzelius | +46 8 701 3576 |
| Olof Jonasson | +47 22 94 0942 |
| Markus Larsson | +358 10 444 2409 |
| Johan Rinne | +1 212 838 5209 |
| Niklas Tollstén | +44 171 578 8175 |

## Basic Industries
| | |
|---|---|
| Olof Grønmark, Sector Head | +46 8 701 3424 |
| Lars Marius Furu | +47 22 94 0948 |
| Örjan Hallberg | +46 8 701 1127 |
| Johan Sjöberg | +46 8 701 1263 |
| Antti Suttelin | +358 10 444 2406 |
| Jari Wallasvaara | +358 10 444 2408 |

## Construction, Property
| | |
|---|---|
| Rutger Andersson, Sector Head | +46 8 701 5290 |
| Hans Derninger | +46 8 701 3872 |
| Lars Marius Furu | +47 22 94 0948 |
| Robert Gärtner | +45 33 41 8613 |
| Markus Larsson | +358 10 444 2409 |

## Consumer Goods
| | |
|---|---|
| Karita Meling, Sector Head | +358 10 444 2425 |
| Peter Høgsted | +45 33 41 8219 |
| Fredrik Sneve | +47 22 94 0836 |
| Henrik Sparup | +44 171 578 8174 |
| Anna Virkola | +358 10 444 2454 |

## Financials
| | |
|---|---|
| Per Grønborg, Sector Head | +45 33 41 8298 |
| Mats Anderson | +46 8 701 4149 |
| Laurent Jacquier-Laforge | +33 1 42 66 5898 |
| Torbjørn Martinsen | +47 22 94 0742 |

## Food & Beverages
| | |
|---|---|
| Peter Høgsted | +45 33 41 8219 |
| Fredrik Sneve | +47 22 94 0836 |
| Anna Virkola | +358 10 444 2454 |

## Healthcare & Chemicals
| | |
|---|---|
| Stefan Wikholm, Sector Head | +46 8 701 1410 |
| Mikael Horal | +46 8 701 1437 |
| Patrik Ling | +46 8 701 2108 |
| Rolf Sass Sørensen | +45 33 41 8591 |

## Investment companies
| | |
|---|---|
| Christer Beckard | +46 8 701 2436 |

## Oil & Oil Related Industry, Shipping
| | |
|---|---|
| Tom Lorentzen, Sector Head | +47 22 94 0939 |
| Cato Hellstenius | +47 22 94 0719 |
| Olof Jonasson | +47 22 94 0942 |
| Jon R Sandberg | +47 22 94 0921 |

## Services & Transport
| | |
|---|---|
| Torben Sand, Sector Head | +45 33 41 8295 |
| Head of Research Copenhagen | |
| Stephen Rammer | +45 33 41 8246 |
| Henrik Sparup | +44 171 578 8174 |
| Antti Suttelin | +358 10 444 2406 |
| Isabelle Dutertre | +33 1 42 66 5898 |

## Telecom, Media & IT
| | |
|---|---|
| Gunnar Andersson, Sector Head | +46 8 701 3852 |
| Gunnar Bergstedt | +46 8 701 5095 |
| Eric Burkel | +33 1 42 66 5898 |
| Ilkka Salonen | +358 10 444 2337 |
| Thomas Steen Hansen | +45 33 41 8296 |
| Stefan Wård | +46 8 701 5101 |
| Nalini Yamdagni | +46 8 701 4326 |

## Small Caps
| | |
|---|---|
| Sten Berggren | +46 8 701 1259 |
| Marianne Nilsson | +45 33 41 8587 |
| Søren Poulsen | +45 33 41 8297 |
| Ole Johnny Thoresen | +47 22 94 0897 |

## Sales Analysts
| | |
|---|---|
| Espen Marcussen | +1 212 838 5773 |
| Johan Rinne | +1 212 838 5209 |

## Equities Sales & Trading
| | |
|---|---|
| Michael Metzen | +46 8 701 2389 |
| Global Head of Equities | |
| Anders Rudolfsson | +46 8 701 1169 |
| Head of Sales, Stockholm | |
| Richard Nilsson | +46 8 701 1516 |
| Head of Trading, Stockholm | |
| Mikael Fellbom | +46 8 701 3615 |
| Head of International Equities, Stockholm | |
| Sue Roberts | +44 171 578 8659 |
| Head of Sales & Trading, London | |
| Christian Klarskov | +45 33 41 8281 |
| Head of Sales & Trading, Copenhagen | |
| Patrik Hertsberg | +358 10 444 2237 |
| Head of Sales, Helsinki | |
| Peter Andersland | +47 22 94 0896 |
| Head of Sales, Oslo | |
| Martin Ingelgård | +1 212 446 4700 |
| Head of Sales, New York | |

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234463

## Handelsbanken Markets

A division of Svenska Handelsbanken AB (publ). Incorporated in Sweden with limited liability. Registered in Sweden No. 502007-7862.
Registered in England and Wales No. BR 000589. Regulated in respect of investment business in and from the UK by the SFA.

| | |
|---|---|
| **Stockholm** | Blasieholmstorg 12, 106 70 Stockholm. Tel. +46 8 701 1521  Fax. +46 8 701 1188 |
| **Copenhagen** | Amaliegade 3-5, Box 1032, 1007 København K. Tel. +45 33 41 8200  Fax. +45 33 14 1734 |
| **Helsinki** | Eteläranta 8, 00130 Helsinki. Tel. +358 10 444 2237  Fax. +358 10 444 2578 |
| **London** | Trinity Tower, 9 Thomas More Street, London E1 9YY. Tel. +44 171 578 8668  Fax. +44 171 578 8090 |
| **New York** | 153 East 53rd Street, 37th Floor, New York NY 10022. Tel. +1 212 446 4700  Fax. +1 212 326 2730 |
| **Oslo** | Rådhusgaten 27, Postboks 332 Sentrum, 0101 Oslo. Tel. +47 22 94 0700  Fax. +47 2233 6915 |
| **Paris** | Svenska France, 29-31 rue Saint-Augustin, 75002 Paris. Tel. +33 1 42 66 5898  Fax. +33 1 42 66 9612 |

This research report has been prepared by Svenska Handelsbanken and is taken from trade and statistical services and other information which we consider to be reliable. We do not represent that such information is true, accurate or complete and it should not be relied upon as such. No independent verification exercise has been undertaken in respect of this information. Any opinions expressed are the opinions of employees of Svenska Handelsbanken and its affiliates and reflect their judgment on this date and is subject to change. Reliance should not be placed on reviews or opinions expressed when taking investment or strategic decisions. Svenska Handelsbanken, its affiliates, their clients, officers, directors or employees may own or have positions in any of the investments mentioned and may from time to time deal in such investments. Affiliates of Svenska Handelsbanken may provide investment banking and corporate finance advice to any of the companies mentioned. This document does not constitute or form part of any offer for sale or subscription of or solicitation of any offer to buy or subscribe for any securities nor shall it or any part of it form the basis of or be relied on in connection with any contract or commitment whatsoever. The distribution of this document in any jurisdictions may be restricted by law and persons into whose possession this document comes should inform themselves about, and observe, any such restrictions. No part of this research report may be reproduced or distributed to any other person without the prior written consent of Svenska Handelsbanken. By accepting this report you agree to be bound by the foregoing limitations.
When distributed in the United States: The research report has been prepared by Svenska Handelsbanken and is being distributed in the United States by Handelsbanken Markets Securities, Inc., which accepts responsibility for its contents. Any U.S. person receiving this report who wishes to effect transactions in any securities referred to in this report should contact Handelsbanken Markets Securities, Inc., not its affiliates.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234464



**PARIBAS**   *EUROPEAN EQUITY RESEARCH*

# HEARING INSTRUMENTS

## MARCH 1999

Analyst: Hans Boström

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WD234520

Defendants Trial Exhibit
DX-1230
Civil Action no. 05-422

**PARIBAS**    *EUROPEAN EQUITY RESEARCH*

# Contents

|  | Page |
|---|---|
| Hearing Instrument Sector | 3 |
| Hearing Instrument Stocks | 5 |
| **Investment Appraisal** | 6 |
| Price Targets and Recommendations | 8 |
| **Industry Background** | 9 |
| How Hearing Works | 9 |
| Hearing Impairment – A Growing Problem | 10 |
| Hearing Instruments | 14 |
| Critical Issues in Product Development | 19 |
| Implanted Hearing Instruments | 20 |
| **Market Dynamics** | 24 |
| Growth Drivers | 25 |
| Geographic Overview | 26 |
| The Industry Participants | 30 |
| Reimbursements vs. Private Payments | 32 |
| Dispensation | 34 |
| Pricing Power – Good Prospects Still Ahead | 36 |
| **PHONAK** | 39 |
| **Investment Appraisal** | 41 |
| Investment Timing | 42 |
| Valuation | 42 |
| Ownership – Share Characteristics | 45 |
| Recommendation and Price Target | 46 |
| **Background and Strategy** | 47 |
| Strategy and Outlook | 47 |
| **Financial Outlook** | 51 |
| Recent Financial Performance | 51 |
| Financial Targets | 52 |
| Financial Models | 54 |
| **WILLIAM DEMANT** | 55 |
| **Investment Appraisal** | 57 |
| Valuation | 57 |
| Investment Timing | 60 |
| Ownership – Share Characteristics | 60 |
| Price Target and Recommendation | 61 |
| **Background and Strategy** | 62 |
| Strategy | 63 |
| Products | 65 |
| **Financial Outlook** | 68 |
| Recent Financial Performance | 68 |
| Financial Targets | 68 |
| Financial Models | 70 |

Analyst: Hans Boström    hans_bostrom@paribas.com    (44 171) 595 2528    19 March 1999

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WD234521

**PARIBAS**  EUROPEAN EQUITY RESEARCH

*This page has been intentionally left blank.*

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234522

**PARIBAS**  *EUROPEAN EQUITY RESEARCH*

# Hearing Instrument Sector

| | |
|---|---|
| *Annual outperformance of 10–16% to Europe over the past four years.* | Since the beginning of 1995, William Demant and Phonak have belonged to the group of strongest performing stocks in the European, and indeed, the global medical device industry, outperforming Europe by 16% and 10% per year, respectively. Barring a sharp rise in bond yields, the stocks should continue to outperform, especially since they have proven resilient to economic and stock market turmoils.

We are positive on the prospects for the hearing instrument industry as a whole. Competition is fairly fragmented with eight companies, six of which are European, controlling 75% of the market. We expect Phonak and William Demant to assume a leading role in the consolidation of the industry over the next two-three years. |
| *Niche market, growing at 6–10% per year in value.* | Hearing instruments is a US$1.5bn market, growing 3–4% p.a. in volume terms. However, sales are growing at twice that rate, due to a shift in market demand from inexpensive analogue instruments to sophisticated digital instruments. We believe growth should accelerate over the next five-seven years for the following reasons: |
| *Growth driver 1: increased market penetration.* | Approximately 10% of the world's population suffer from reduced hearing, but in the Western industrialised world, only 1–2% of the population wear hearing aids and the percentage is even lower in developing countries and Japan. The low penetration rate suggests that the potential market in the Western world is only more than five times larger than present, approximately US$9bn. |
| *Growth driver 2: the ageing of the population.* | The average age for the first time user of a hearing aid is about 55 years. The change in demographic structure is expected to expand the market by 2–3% per annum. As users pay for an increasing proportion of the cost of their hearing instruments, the increasing wealth amongst the elderly will support the demand for highly-priced digital hearing aids. |
| *Growth driver 3: digital technology and mobile telephony.* | The conversion from analogue to digital technology has several benefits:

- The improved quality of hearing makes users and potential users keen to upgrade or buy a hearing instrument.
- The significant price differential allows manufacturers to raise their margins and increase sales faster than volumes.
- The digital technology widens the use of hearing instruments outside its traditional applications, e.g. for personal communication, education and surveillance. The hearing instrument industry could also be instrumental for future mobile telephony, as a developer of cordless hearing pieces and microphones, which could potentially replace the existing handset. This long-term market potential is not recognised in the valuation of the hearing industry. |
| *Investment theme: 'Self-help healthcare'.* | The hearing instrument companies form part of the Paribas investment theme 'Self-help healthcare'. This theme suggests a superior share performance of healthcare companies whose products are sold directly to consumers rather than institutional buyers, mainly because of better pricing power and possibilities to drive growth. |
| *Positive earnings revisions over the past 9–12 months.* | Another of Paribas' valuation tools, Earnings Dynamics, shows that William Demant and Phonak over the past 9 to 12 months have been subject to positive earnings revisions relative to their local markets and the European healthcare sector. The methodology suggests that earnings upgrades are likely to sustain a strong relative share price performance. |

4

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

**Paribas**    EUROPEAN EQUITY RESEARCH



**Share Price Performance Relative to Europe**
From 2/1/95 To 2/3/99 Weekly Rebased

*Source: Datastream*



**Revision Ranking March 1999**
Phonak (Switzerland)
Health

*Source: Paribas*



**Revision Ranking, March 1999**
William Demant (Denmark)
Health

*Source: Paribas*

5

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234524

**Paribas**  EUROPEAN EQUITY RESEARCH

## Hearing Instrument Stocks

| Company | Reuters | Price | Market Cap, (€m) | Daily volume, (€m) | Valuation | Fair Value* | Rec. | Hearing Aids** |
|---|---|---|---|---|---|---|---|---|
| Cochlear | COH.AX | AUD9.90 | 300 | 0.2 | -- | -- | -- | 100% |
| Great Nordic | GNTC.CO | DKK210 | 865 | 5.1 | Under | -- | No Action | 16% |
| Philips | PHG.AS | €64 | 23,958 | 178 | Fair | -- | No Action | 0.1% |
| Phonak | PHNZn.S | CHF1670 | 657 | 1.0 | Under | CHF2,460 | Buy | 100% |
| ReSound | RSND.O | US$3 | 55 | 0.3 | -- | -- | -- | 100% |
| Siemens | SIEG.F | €58 | 33,348 | 374 | Under | -- | No Action | 0.7% |
| Symphonix | SMPX.O | US$2.50 | 28 | 0.1 | -- | -- | -- | 100% |
| William Demant | WIDE.CO | DKK405 | 815 | 0.9 | Under | DKK512 | No Action | 100% |

*DCF using bond yield of 4.3%   **as a percentage of group revenues   Source: Paribas

We are initiating coverage on Phonak with a Buy recommendation and William Demant with a No Action recommendation. The two companies are leading providers of sophisticated hearing instruments and offer a pure investment exposure to this fast-growing market together with the Australian company Cochlear and the US companies ReSound and Symphonix. Other stocks with exposure to the market include the Danish telecom operator, Great Nordic, Siemens and Philips.

We envisage that both stocks will continue to trade at a significant premium to the medical device sector, because of a benign pricing environment, strong growth from digital conversion and opportunities to expand the use of technology platforms outside current applications. However, we expect Phonak's first launch of fully digital hearing aids in autumn 1999 to sustain its superior growth and be a key driver for the stock's relative outperformance to William Demant.

*Reader guidance.*

The report is structured in three parts in ascending importance for the investor: Industry Background provides a general overview how hearing problems are treated. The second section, Market Dynamics, puts the companies in the context of current market trends. The last part consists of reports on Phonak and William Demant.

*Phonak (Buy).*

Phonak is a half-century old company, based in Switzerland, which went public in 1994. About 42% of its shares are currently free float. Phonak is entirely focused on hearing and personal communication instruments. Half its sales are in Europe, but sales growth is stronger in North America. Revenue growth over the past four years has been 19%, most of which has been internally generated. EPS has shown a growth of 15%. Over that period, Phonak has maintained its EBIT margin at a high level of 16–19%. The company has been late to adopt digital technology, but aims to launch a line of fully digital hearing instruments in the second half of 1999. We expect this to secure sales growth of 15% and EPS growth of 20% per annum over the next five years, thanks to a rise in the EBIT margin from 16% to 20%.

*William Demant (No Action).*

William Demant is a century-old group of companies, based in Denmark, focusing on improving hearing. The group, which was known as Oticon until 1997, is controlled by the William Demant Foundation. It floated 18% of its equity on the Copenhagen stock exchange in 1995 and currently the free float is about 28%.

Through its acquisitions, the group now holds a number of brands, e.g. Oticon and Bernafon in hearing instruments (85% of sales), PhonicEar in personal communication devices (10%) and Maico and RhinoMetrics in diagnostics (5%). Together with its Danish privately-held rival, Widex, William Demant has pioneered fully digital hearing instruments. Its internal growth rate has been about 10%, and its EBIT margin of 13–15% has, historically, been at a lower level than Phonak. We believe this relatively weaker operating performance should persist over the next couple of years. Similar to Phonak, the company is hoping to expand its applications for hearing instruments into, for instance, mobile telephony. This could improve its long-term growth prospects.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234525

**PARIBAS**  *EUROPEAN EQUITY RESEARCH*

# Investment Appraisal

*Highly rated relative to Europe, but cheaper than some US stocks.*

William Demant and Phonak are two of the most highly rated medical device companies in Europe. In fact, their Enterprise Value/EBITDA, PER and PCF multiples are comparable to the major pharmaceutical stocks in the region. However, they are still significantly cheaper than some medical technology companies in the USA, such as Medtronic, Guidant, and Boston Scientific, which specialise in implanted medical devices.

*Strong arguments why high rating will persist.*

We believe there are strong arguments why this high rating will persist:

- The pricing environment for high-end hearing instruments is benign, and thus different to many other healthcare companies, which fight against large purchasing groups and tight hospital budgets.

- Tied to the first argument, the conversion from analogue to digital technology offers hearing instrument companies scope for profitable organic growth even though volume growth may remain modest.

- The potential to make earnings-enhancing acquisitions is good, since both companies could pay with their highly rated equity. This is one of the key reasons why stocks like Medtronic have performed so well despite moderate underlying revenue growth of 10–15%.

**Recurring PER**

|  | 1998 | 1999E | 2000E |
|---|---|---|---|
| **Hearing Instruments** | | | |
| Cochlear* | 31.8 | 27 | 23.1 |
| GN Great Nordic | 28.7 | 24.8 | 20.8 |
| Phonak | 33.7 | 29.5 | 22.8 |
| William Demant | 29.9 | 25.7 | 22.8 |
| *Average* | *31.0* | *26.8* | *22.4* |
| **European MedTech** | | | |
| Fresenius Medical Care | 21.3 | 17.6 | 14.2 |
| Gambro | 15.9 | 14.7 | 11.2 |
| Instrumentarium | 14.5 | 9.6 | 8.1 |
| Nobel Biocare | 31.2 | 18 | 14.9 |
| Nycomed Amersham | 20.4 | 18.1 | 16.2 |
| Smith & Nephew | 17.9 | 15.9 | 14.4 |
| Sulzer Medica | 12.9 | 13.5 | 12.3 |
| *Average* | *22.0* | *18.1* | *15.2* |
| **US MedTech*** | | | |
| Baxter | 28.3 | 25.4 | 22.4 |
| Boston Scientific | 39.2 | 29.8 | 23.8 |
| Guidant | 55.4 | 49.0 | 40.9 |
| Medtronic | 46.4 | 38.3 | 32.5 |
| Stryker | 33.0 | 31.4 | 22.9 |
| *Average* | *40.5* | *34.8* | *28.5* |

*Based on publised EPS
Source: Paribas estimates and IBES for non-European companies

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234526

**PARIBAS**  EUROPEAN EQUITY RESEARCH

**Recurring Price Cash Flow Ratios**

| Company | 1998 | 1999E | 2000E |
|---|---|---|---|
| **Hearing Instruments** | | | |
| Cochlear | 24.8 | 21.5 | 21.1 |
| GN Great Nordic | 11.3 | 9.8 | 8.6 |
| Phonak | 26.5 | 23 | 18.3 |
| William Demant | 24.7 | 21.7 | 19.5 |
| Average | 21.8 | 19.0 | 16.9 |
| **European MedTech** | | | |
| Fresenius Medical Care | 10.9 | 9.9 | 8.4 |
| Gambro | 4.9 | 7 | 7.3 |
| Instrumentarium | 5.7 | 6.4 | 5.7 |
| Nobel Biocare | 28.1 | 12.7 | 10.9 |
| Nycomed Amersham | 14 | 12.4 | 11 |
| Smith & Nephew | 13.8 | 12.1 | 11 |
| Sulzer Medica | 12.4 | 13.4 | 12.1 |
| Average | 15.7 | 13.2 | 11.6 |

Source: Paribas estimates and IBES for non-European companies

**Enterprise Value/EBITDA**

| | 1997 | 1998 | 1999E | 2000E | 2001E |
|---|---|---|---|---|---|
| Fresenius Medical Care | 11.0 | 9.1 | 8.2 | 7.2 | 6.1 |
| Gambro | 3.7 | 7.4 | 7.4 | 6.3 | 5.4 |
| Instrumentarium | 8.9 | 16.9 | 10.1 | 7.3 | 6.2 |
| Nobel Biocare | 13.4 | 17.4 | 13.0 | 10.5 | 8.7 |
| Nycomed Amersham | 9.4 | 9.4 | 8.1 | 7.1 | 6.6 |
| Phonak | 15.5 | 20.1 | 16.9 | 13.4 | 11.3 |
| Smith & Nephew | 6.7 | 8.2 | 8.5 | 8.0 | 7.3 |
| Sulzer Medica | 9.2 | 9.1 | 8.2 | 7.1 | 6.2 |
| William Demant | 21.3 | 20.7 | 17.8 | 15.5 | 13.7 |
| Average | 11.0 | 13.1 | 10.9 | 9.2 | 7.9 |

Source: Paribas estimates

*Our preference for Phonak is based on its higher earnings growth rate.*

Phonak's relative attraction to William Demant is not obvious on valuation comparisons over 1999–2000. In fact, it trades at a 12–15% premium relative to William Demant on PER during 1998–1999, though in 2000 the stocks are trading on par and William Demant at a premium thereafter. However, on EV/EBITDA, Phonak trades at a discount to William Demant across our forecast period, which grows from 5% in 1999 to 13% in 2000 and 17% in 2001. The difference in outcome between the two measures is because of William Demant's lower tax rate, which we, however, estimate will rise by five percentage points over the next five years.

*Trading at a 35–75% premium to the medtech sector on all measures.*

As we can see from the valuation tables, Phonak and William Demant trade at a significant premium to the sector on all measures. William Demant's premium to the sector is 35–50% on PER, 55–70% on PCF and 60–70% on EV/EBITDA over 1998–2000. Similarly, Phonak trades at a premium on PER of 50–65%, on PCF of 60–75% and on EV/EBITDA of 45–55%.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234527

**PARIBAS**  *EUROPEAN EQUITY RESEARCH*

### Discounted Cash Flow

We have also valued the stocks by using a two-period discounted cash flow (DCF) model. This model is particularly attractive, when the profits and value of a company lie far ahead in the future. Unlike Enterprise Value/EBITDA, PER and PCF, it suggests an exact value for the shares.

The underlying assumptions of our DCF model are the following:

**DCF Valuation Assumptions**

| Parameter | Phonak | William Demant |
|---|---|---|
| Forecast period | 10 years | 10 years |
| Risk-free rate (€) | 4.3% | 4.3% |
| Risk premium | 5.2% | 5.2% |
| Beta | 0.71 | 0.68 |
| Tax rate | 30% | 28% |
| Long-term growth rate | 4% | 4% |
| Required rate of return on equity | 7.99% | 7.90% |
| Required rate of return on debt | 5% | 5% |
| Weighted average cost of capital | 7.76% | 7.82% |
| Fair value | CHF2,460 | DKK512 |

Source: Paribas estimates

*Phonak's fair value of CHF2,460, using Euro risk-free rate.*

The DCF model suggests that Phonak is worth CHF2,460, which is 47% above the current share price (CHF1,670). By using the Swiss 10-year government bond yield, 2.4%, as the risk-free rate, the stock is worth CHF4,480. This implies an upside of 167%. By reversing the calculation, we can say that Phonak's current share price would be its fair value if the risk-free rate was 5.9%. We set a target price of CHF2,460 (+25%) by the end of this year, which is below the current fair value, as we expect the long-term interest rates in Europe to rise to 5.0% by the end of 1999.

*William Demant fair value of DKK472–512 – depending on choice of Danish or Euro bond yield.*

Using the assumptions pertaining to William Demant, the same model suggests that the William Demant share is worth DKK512, which is 26% above the current price (DKK405). By using the risk-free rate in Denmark of 4.6% the stock is worth DKK472, which implies an upside of 16%. By reversing the calculation, we can say that William Demant's current share price would be its fair value if the risk-free rate was 5.2%. We set a target price of DKK440 (+9%) by the end of this year, as we expect the long-term bond yield to rise to 5.0% by the end of 1999.

## Price Targets and Recommendations

*Target prices of DKK 440 (+9%) for William Demant and CHF2,100 (+25%) for Phonak.*

We set an initial target price for Phonak of CHF2,100 (+25%) and for William Demant of DKK440 (+9%). The difference between the target prices and fair values reflects the impact of rising bond yields on the fair value of growth stocks. Paribas forecasts that long Euro bond yields will rise from 4% to 5.05% during 1999. Our calculations suggest that Phonak has a better resilience to rising bond yields than William Demant.

*Both stocks should continue to outperform, barring a drastic rise in bond yields.*

We expect Phonak's first launch of fully digital hearing instruments in autumn 1999 to sustain its superior growth and be a key driver for the stock's relative outperformance to William Demant. However, we expect both stocks to continue to outperform the European market over the next 6–12 months, unless bond yields rise drastically.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234528

**PARIBAS**  *EUROPEAN EQUITY RESEARCH*

# Industry Background

> Hearing impairment is regarded as one of the most pervasive yet least treated health condition of all physical handicaps and affects one in ten people. About half those suffering hearing loss are under 65. The annual economic loss in terms of GDP has been estimated at US$180bn in the USA. Hearing instruments can today help 85–90% of those with hearing problems, but currently only 10% take advantage of them. We expect that the ongoing technology conversion from analogue to digital signal processing will improve the perception of hearing aids, and increase their use. The technology shift also promotes the expansion of hearing instruments into new applications, such as mobile telephony.

*Hearing loss is related to ageing and noise pollution.*

As people age, their level of hearing deteriorates and their range of audible frequencies is reduced, especially at higher frequencies. Approximately 10% of the world's population have impaired hearing, and this percentage increases to between 20% and 30% for individuals over 55 years of age. Between 10% and 15% of the elderly have such bad hearing that they cannot understand normal speech. As the population both grows and ages, the number of people with impaired hearing will continue to grow throughout the industrialised world. In addition to these general demographic trends, protracted exposure to noise in the workplace and in society at large, such as loud music, industrial machinery and traffic can seriously reduce the ability to hear higher frequencies. In other words, the urbanisation and industrialisation of the developing world will lead to an increasing level of hearing problems.



Demographic Structure of Hearing Impairment

Source: Symphonix

## How Hearing Works

The ear has three sections: the outer ear, the middle ear, and the inner ear. The outer ear is the visible part that collects and directs sound to the middle ear. The middle ear includes the eardrum and three tiny bones that send sound to the inner ear. The inner ear contains the cochlea that includes the sensory cells, so called hair cells, for hearing.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234529

**PARIBAS** *EUROPEAN EQUITY RESEARCH*

The Ear



The outer ear, which determines the direction of the sound, catches the air waves which are conducted into the ear canal. The sound is funnelled towards the end of the ear canal where the eardrum (tympanic membrane) collects the signal and acts like the head of a drum to receive the sound waves. The eardrum forms one wall of the middle ear cavity, which contains the three tiny bones (malleus, incus, stapes) that make up the ossicular chain. The ossicular chain mechanically enhances and directs the mechanical movement of sound through the middle ear cavity to the fluid filled inner ear (cochlea). Within the cochlea, the mechanical action is transformed into a travelling wave motion, which bends the hair cells in a specific manner according to their frequency and in turn generates an electrical impulse. The electrical impulses travel up the auditory nerve to the brain where they are interpreted as sound.

## Hearing Impairment – A Growing Problem

*Hearing impairment incurs enormous economic losses...*

Hearing impairment is regarded as one of the most pervasive yet least treated health condition of all physical handicaps. About half those suffering hearing loss are under 65. Research suggests that people with a hearing impairment on average wait 10–13 years between diagnosis and fitting of a hearing aid. The annual economic loss in terms of GDP has been estimated at US$180bn in the USA.

*...and impacts both psychological and physical well-being.*

While lack of hearing is not life threatening, it can adversely effect a person's psychological well-being and state of mind. Difficulty in communicating effectively can increase stress levels, diminish self-confidence and lower effectiveness in the workplace. Research has suggested that hearing impairments may also contribute to physiological complications, such as heart disease.

*The diagnosis is often difficult due to complex symptoms.*

Hearing loss is often obscured by its symptoms which are similar to other common diseases, such as depression, anxiety, Alzheimer's disease, attention deficit disorders, social paranoia and even hypertension. Hearing problems are often only identified after diagnosis has excluded other diseases. Only 20% of those who could benefit from amplification by assisting device technology and counselling take advantage of it.

*Innate hearing loss is rare.*

The exact causes of hearing impairment are varied and unclear, but only few are born with the condition. Innate hearing loss is often caused by rubella during pregnancy, and meningitis explains a high proportion of acquired hearing problems during childhood.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234530

**Paribas**  EUROPEAN EQUITY RESEARCH

*Categorisation of hearing impairment.*

There are two general categories of hearing impairment characterised according to their psychological source: conductive and sensorineural loss. Whilst the causes of conductive hearing losses are located in the outer or middle ear, sensorineural hearing loss affects the inner ear or cochlea. In addition, there are rarer types of hearing losses, such as psychogenic loss and a central auditory deficit, in which the deficiency is not in the ear but is instead found in the Central Nervous System. Only a small minority of people with hearing loss could benefit from surgical treatment. External hearing instruments or surgical implants are the only treatments for the vast majority.

Many cases of hearing impairment are a mix of two or more of these conditions, with variations in audibility and distortion of sound, which make each impairment unique. This complexity can make hearing loss complicated to both diagnose and treat.

**Types of Hearing Loss**



*Conductive hearing loss is often treated surgically.*

Conductive hearing loss is a blockage of the sound getting into the inner ear. Its main causes are obstruction (excessive ear wax or fluid in the middle ear), infection, allergy or deformity of the middle ear mechanism or the eardrum. It represents less than 10% of all hearing loss and is most prevalent in young children. Usually, these hearing losses can be treated medically or surgically and hearing instruments are of minor or no benefit.

*Sensorineural hearing loss represents 90% of cases and is treated with hearing instruments.*

Sensorineural hearing loss is best treated with hearing instruments or sometimes with implanted devices. It is the consequence of permanent damage to the hair cells in the inner ear, ganglia or neural pathways and accounts for more than 90% of hearing impairments. It usually occurs as a result of ageing or exposure to loud noise over a protracted period of time and normally begins by worsened perception of shrill sounds. Other contributing factors include toxic drugs, such as anti-inflammatory drugs (NSAIDs), inherited conditions and high fevers. In people with sensorineural hearing impairment, the external and middle ear function normally; the sound vibrations pass undisturbed through the eardrum and ossicles, and fluid waves are created in the cochlea. However, because some or many of the delicate sensory hair cells inside the cochlea have degenerated or been damaged, the inner ear cannot detect the full intensity and quality of the sound.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar
WD234531

*Central Auditory Deficit.*    Deficiencies in the neurons or intermediary processes at the brain stem and/or auditory cortex, so called Central Auditory Deficit, constitute a small minority of hearing problems. In most cases, it is caused by a deprivation of hearing sensibility due to an uncorrected hearing loss, stroke or trauma. It often co-exists with other forms of hearing losses, but can normally be characterised by a lack of tonal or language comprehension rather than difficulty to hear at certain frequencies.

*Psychogenic Loss.*    A hearing loss which has no organic background can be caused by a variety of psychological factors, and normally requires psychiatric treatment.



Relative Importance of Different Types of Hearing Losses

Source: AmericanEar and industry estimates

### Hearing Impairment Categorisation

| Severity | Loudness Criteria | PTA Criterion |
| --- | --- | --- |
| Mild | <30dB | 26–40dB |
| Moderate | 30–60dB | 41–55dB |
| Moderate to severe | 60–90dB | 56–70dB |
| Severe | 75/80–90/95dB | 71–90dB |
| Profound | 125–500Hz > 60dB + 500–2000 Hz > 90 dB | >91dB |

*PTA= Pure Tone Average; Middle Hearing Impairment at 500, 1000 and 2000 Hz*
*Source: Phonak*

### The Importance of Early Treatment

*Mild or moderate hearing loss is a target for the industry.*

Hearing impairment is generally categorised in respect of its severity: mild (loss of less than 30dB), moderate (loss of 30–60dB), severe and profound (loss of more than 75dB). In the USA, more than ten million people suffer from a moderate hearing loss, yet barely three million people use any kind of assisting instrument. Even amongst those 2.5 million who are almost deaf (severe to profound), the penetration is not more than 60%. Given these figures, it is hardly surprising that only 5% of those eight million people with mild hearing problems use hearing aids. However, many of those with the worst problems could have delayed the deterioration in their hearing ability by using hearing aids when their problems were less severe. Therefore, the increased use of hearing instruments by those with mild impairments is a priority in hearing care.



Users of Hearing Instruments in the USA

*Source: American Ear*

*Early diagnosis vital for children's learning process.*

If the person has a severe to profound hearing loss at birth, the ability to develop language and speech skills are impeded and special education is normally required. If the hearing problem is mild or moderate in the first years of life, speech and language problems may not be obvious but often result in a delay in the child's learning process. Amplification of sound with a hearing instrument may compensate for the hearing loss and should reduce or eliminate speech and language problems. It is therefore very important to identify and treat the hearing loss as soon as possible. The development of better diagnostic tools is a main focus of the hearing aid industry, and many hearing instrument companies, e.g. William Demant, Danavox and Amplifon, operate in this field.

*Hearing problems at a later age often cause psychological disorders.*

If the hearing loss is severe and sudden in onset, and the affected person has developed language skills, speech pronunciation will gradually be impacted. However, this process can be significantly delayed or even halted if the person uses an adequate hearing instrument. If the hearing loss has gone undetected for five or ten years, the affected person may develop defence mechanisms, such as paranoia, believing that people are talking about them when they cannot understand. Furthermore, they may experience stress which could potentially exacerbate other medical conditions such as heart disease, hypertension and gastrointestinal problems.

Confidential - Attorneys' Eyes Only                              WID234533
Subject to Prosecution Bar

**PARIBAS**  EUROPEAN EQUITY RESEARCH

### Hearing Instruments

Hearing aids commonly used today are acoustic drive devices that make sound louder so as to increase the movement of the eardrum and thereby indirectly vibrating the ossicles. The technology aims to overcome the decrease in sensitivity of the delicate sensory hair cells inside the cochlea, which is normally the cause of sensorineural hearing loss.

*Hearing instruments can offer help for 90% of all permanent hearing losses.*

Hearing instrument technology has advanced to the point that 85–90% of all permanent hearing losses can be helped significantly. For those with severe or profound hearing loss, implanted devices are an alternative, albeit expensive, permanent solution.

*Analogue amplification invented 100 years ago.*

The first electrically enhanced hearing aid was invented about a hundred years ago and consisted of a microphone, amplifier, battery and a speaker. Until the 1990s hearing aids had been based on a linear (analogue) amplification technology, providing a similar degree of amplification at each frequency. In such instruments, the amplification has to be adjusted mechanically or electronically by the user to accommodate the degree of hearing loss and changes in the sound environment.

*Digital technology – a step forward in the 1990s.*

Over recent years, sound processing has become more sophisticated, using digital technology, to provide features such as programmability and multi-band compression. This allows different degrees of amplification at different frequencies, and offers significant hearing benefits to the user, because the degree of hearing impairment normally varies with the pitch. For example, predominantly high-frequency amplification is applied for an individual with a high-frequency loss. Thanks to sophisticated signal processing and automatic adjustment to the sound environment, a more natural sound profile can be achieved than with linear amplification.

There is a strong trend away from analogue towards programmable and digital hearing instruments. Today, high-end instruments (programmable and fully digital) command about 25% of the total market.

**Multiband Amplificaton**



Source: Oticon

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234534

**PARIBAS** *EUROPEAN EQUITY RESEARCH*

### The Impact of Digital Technology

*Normal hearing is based on analogue as well as digital processes.*

Normal hearing comprises analogue as well as digital processes; a mechanical sound wave hits the ear and is transformed into electrical impulses in the nerve cells. In the brain, integration of complex digital patterns results in a process which leads to a perception of sound. Digital hearing instruments aim to mimic the sound processing of a healthy ear.

In a traditional analogue hearing instrument, a microphone translates the movements in the air making the sound into a unified, although complex, electrical current. A small loudspeaker emits amplified sound, which is directed at the eardrum.

Digital sound processing, on the other hand, is based upon a mathematical registration of sound. It is encoded as a series of digits (0 and 1) which measure its pitch and volume at a given point in time, and then reconvert it to an analogue acoustic signal for use in the ear of listener. Processing the sound bit by bit is much more precise, and certain details can be changed without affecting the general picture. In addition, a digital signal is more robust than an analogue signal, and can therefore be repeated accurately and endlessly without affecting the overall quality.

*Reconstitution of sounds from fragmented signals and mobile telephony.*

With the rapid advance of technology, Phonak, for instance, envisages that hearing instruments in the future could also reconstitute sounds from fragmented signals. Furthermore, we understand that industry participants, notably William Demant, is co-operating with the Blue Tooth consortium, including the leading mobile communication companies Ericsson, Motorola and Nokia, in the development of future mobile telephony. We believe that one of the main projects is the development of earpieces, which can function as a receiver and a transmitter. Apart from the design of hearing pieces, the hearing aid industry is competent in low voltage technology and sound conduction through the cranium. The idea is that sound is conducted through the cranium to the hearing piece, which interprets the (fragmented) signals into intelligible speech.

*The main benefits of digital sound processing.*

In terms of the amount and types of processing that are possible, digital technology far surpasses the capabilities of analogue processing. If processed in a similar way, considerable noise and distortion would be added to the analogue signal, and the speech signal would become very blurred and difficult to understand. Digital technology is used to enhance certain aspects in a signal; but by treating the speech signal only as it is supposed to – without adding unwanted elements – speech stays crisp and clear. The improved technical specifications of a digital hearing instruments also means that they can be more flexible and better adapted to the individual user. Systems to reduce shrill feedback signals can also be included.

Digital technology provides:

- sound enhancements;
- improved communication ability; and
- flexibility to match individual user needs.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234535

| | |
|---|---|
| *The performance depends on technical specification and adaptation to individual needs.* | **The Importance of the Fitting Procedure**<br>The performance of a hearing aid for the user is decided not only by the quality of the sound processing but also the audiological methods which are used to meet the individual's hearing needs. For instance, the user may primarily want additional amplification of weak signals and in those frequencies at which speech is conveyed; but on other occasions restrict strong signals. Different degrees of hearing loss require different amplification strategies, and users demand a balance between convenience (lack of unwanted sounds) and clarity. Hence, the benefit to the user of a hearing instrument depends largely on the quality of the adaptation performed by the audiologist. However, the hearing instrument needs a wide adjustment span for the critical variables to enable an accurate adaptation to the individual's requirements. |
| *The fitting procedure is normally initiated by an ENT-specialist.* | In most countries, people experiencing hearing problems visit an Ear, Nose and Throat-specialist (ENT), who assess whether they need a hearing instrument or any other treatment. They then refer the person to a hearing healthcare professional (audiologist), who is trained in the fitting of the hearing aids. In rare cases ENT consultants undertake the fitting themselves. The fitting procedure normally spans over several appointments, where the individual's hearing problem is analysed; such as the degree of hearing deficiency at different pitches, and different models of hearing instruments are evaluated. |
| *The procedure from diagnosis to fitting.* | The hearing aid is individually fitted, and the user has normally the right to try it out over a one to four week period and return it if it does not fit. Between 5% and 20% of hearing instruments are returned, and the cost is normally borne by the manufacturer. The US market has the highest level of returned goods. |
| *The Audiogram shows the hearing loss at different frequencies.* | In the fitting procedure, the audiologist needs to identify the individual's hearing deficiency over the sound spectrum. An audiogram is a graphic way of recording hearing thresholds, plotting the pitch and the loudness of a patient's thresholds in relation to the normal population. The audiogram below indicates normal hearing in the low frequencies (250–500 Hz) and a moderate to severe hearing loss for the mid and high frequencies (1000–8000 Hz). Any sound lying above the person's threshold cannot be heard without the use of amplification. Speech is normally conveyed in a loudness range of 20 to 60 dB. Hence, the hearing profile plotted below results in the loss of understanding of most consonants. |

**Audiogram**

*Source: Oticon*

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234536

**Paribas**  EUROPEAN EQUITY RESEARCH

Within the speech spectrum, vowels (a, e, i, o, u) are more intense and lower in frequency compared to softer and higher frequency consonants (s, sh, t, f), which carry most of the important speech information. The typical goal of a hearing instrument is to provide the amplification (gain) required to enable the hearing impaired person to hear and understand speech sounds. However, this is not a simple task, as there are many complex issues that come into play, including the physiology and psychoacoustics of the hearing mechanism and technology related to signal processing.

*The audiologist adjusts the amplification for each frequency band.*

The main goal of the audiologist is to adjust the hearing instrument so that it provides sufficient amplification for each frequency, but not too loud so that it causes feedback problems. For many people with moderate or severe hearing losses, this loudness restriction (up to 70dB) means that some high frequency letters, such as S and T, are cut off in many instruments. However, new instruments, such as Danavox' Danalogic and ReSound's BZ5000 address the feedback problem in other ways and allows a higher volume (up to 90dB).

*Automatic adjustment to changing sound environments integrated in modern instruments.*

Following the professional fitting, the user may need to change the volume and other critical variables. In some cases, hand-held programmers are used to adequately process sound in changing environments, but are sometimes inconvenient for older users. Thanks to a rapid increase in chip processing capacity over the past few years, small configurations fitted in the ear which automatically adjust to sound changes in the environment, smart sound processing, have become available.

**Amplification**



*Source: Oticon*

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234537