**PARIBAS**                                         *EUROPEAN EQUITY RESEARCH*

## Types of Hearing Instruments

In its traditional form, the hearing instrument consists of a power source (battery) and an amplifier, which receives sound from a microphone. The amplifier delivers the sound to a loudspeaker, which is directed at the eardrum.

*How a hearing instrument is built up.*

In most instruments sound enters through a microphone. It is processed and amplified (analogue or digital) and then delivered to a receiver (loudspeaker), which sends the output either directly to the ear canal of the user or via tubing to an earmold and into the ear canal. However, there are also implantable instruments and those based on the conduction of sound through the skull bone.

*Historical development of hearing instruments.*

There are many different styles of hearing instruments, but over time they have become smaller and smaller. Until this century, ear trumpets were used to alleviate hearing problems. Gradually, the idea of electric amplication developed. One popular model in the 1950s and 60s was a body instrument, similar to a headphone cassette player, containing amplification instrumentation and power supply. Hearing eyeglasses, where the sound is routed to the ear via an earmold from the arm, also used to be popular. These rather obtrusive versions of hearing instruments are nowadays primarily used in developing countries and mostly by children. The next step of development was to place the hearing instrument behind the ear (BTE) (1970s). By the beginning of the 1990s miniturisation had gone so far that the necessary technology could be fitted in the ear canal (ITE, CIC).

### Hearing Instrument Sales 1996



Source: William Demant

*Behind the Ear Hearing Instruments (BTE).*

Behind-the-ear (BTE) instruments are still the most frequently used type of hearing instrument. The electronics are housed in a case that fits behind the ear and tubing and an earmold route the sound to the ear canal. BTE instruments generally provide more amplification than smaller devices due to the larger power capabilities of the battery, and are therefore suitable for people with severe to profound hearing loss.

*In-the-Ear-Hearing Instruments (ITE).*

In an in-the-ear (ITE) instrument, the components are housed in a small case that fits into the ear canal, but which is visible in the outer ear. It is currently mostly used for less severe hearing losses as the size of the instrument restricts the power supply and the magnitude of amplification. However, ITE instruments providing high hearing gain are being developed.

*In-the-Canal-Hearing Instruments (ITC).*

Smaller than ITEs, in-the-canal instruments (ITC) fit further into the ear canal and are less bulky in the cavity. Due to the limited power capacity of the battery, ITC instruments are primarily used for mild to moderate hearing losses.

19

**■ PARIBAS**                                        *EUROPEAN EQUITY RESEARCH*

*Completely-in-the-Canal (CIC).*

The completely-in-the-canal instruments (CIC) are the smallest and most recent to be launched on the market. They fit further in the ear canal and closer to the eardrum. However, these instruments are restricted to persons with ear canals large enough to accommodate the insertion depth of the instrument into the ear.

*Bone Conduction Hearing Instruments.*

Bone conduction instruments have been developed for persons with a conductive hearing loss, but who cannot use a standard hearing instrument due to drainage from the ears or other abnormalities of the external or middle ear system. The transmitter (bone conductor) is placed over the mastoid area behind the ear, and sound is transmitted to the inner ear via mechanical vibrations of the bone conductor. Nobel Biocare, the Swedish company focusing on implanted dental devices, has developed a hearing aid, BAHA, which is anchored in the skull bone with a titanium screw. About 5,000 patients suffering from sticky ear, chronic infections or with no ear opening have been treated with BAHA since the mid-1980s.

*CROS Type Hearing Instruments.*

CROS type hearing instruments are suitable for persons with asymmetrical hearing losses or with one normal ear. Sound is picked up by a microphone on the poorer ear and routed to the better ear via wireless transmission. This promotes the pick up and localisation of sounds to the poorer ear.

## Critical Issues in Product Development

The development of hearing instrument technology focuses on overcoming a number of historical limitations which restrict the functionality and ultimately the popularity of hearing devices.

### Social Stigmatisation

*Overcoming social stigmatisation is the greatest challenge to the industry.*

Many hearing aid users and potential users perceive a strong social stigma related to wearing a hearing aid. In other words, they fear the prejudice that hearing impairment aid is a sign of ageing or that it has a negative impact on intellectual capacity. This perception constitutes a major hindrance to widening the use of hearing aids in most markets, especially in Southern Europe, Japan and the USA. Therefore, the industry has been eager to develop hearing instruments manufactured in small configurations in an attempt to address the cosmetic concerns. However, smaller versions of hearing devices are less powerful and must be placed deeper in the ear canal, which can sometimes cause discomfort with the user.

### Reliability and Longevity

*Reliability concerns are a hindrance to increased penetration.*

Hearing aids require maintenance, in part due to their placement in the ear canal, where ear wax can cause problems with the speaker or dampen the sound produced by the hearing aid. Users of ITE instruments normally need to replace the tiny filters, which protect the loudspeaker from ear wax. However, William Demant has developed a solution, WaxBuster, whereby the user can deposit any wax in the instrument by pressing it down towards a soft surface, like a ball point pen. Nevertheless, hearing instruments generally need to be replaced every three to five years, either because of loss, damage or obsolescence.

Cheap hearing instruments of low quality can have a negative impact on the general perception on the reliability and functionality of a hearing aid, and therefore on market growth. This has increased the requirements on training of those fitting the hearing aids as well as better information to the users. Prolonging the longevity of the hearing instrument has so far not proven a top priority, but should become an increasingly important factor as the market matures.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar                                        WD234539

∏ PARIBAS                                                    *EUROPEAN EQUITY RESEARCH*

## Occlusion and Localisation

*Distorted sound quality – occlusion.*

Obstructing the ear canal with either all or part of the hearing aid creates an effect known as occlusion, where outside sounds such as music are overwhelmed by internal sounds such as breathing or talking. Because the ear canal's natural resonance is significantly altered, the resulting sound can be unnatural and highly distorted.

*Localisation is improved with dual microphones, such as Siemens' Prisma.*

Occlusion also results in the inability to differentiate the direction of sounds, as well as the inability to adequately differentiate between background noise and other more important sounds, such as conversation. Dual microphone hearing instruments, such as Phonak's MicroZoom and Siemens's Prisma, offer improved scope for sound differentiation and have been tremendously successful. Other companies, e.g. William Demant, are looking at solving the localisation problem by using wireless communication between the left and right instrument. On the other hand, the private Danish company Widex believes that the localisation issue can be solved by improved connectivity between the hearing aid and the brain.

## Feedback

*Acoustic feedback – major problem in older instruments.*

Feedback results in a high-pitched squeal which is produced when a speaker and microphone are placed in close proximity and the sound from the speaker is loud enough to be picked up by the microphone. Normally, acoustic feedback occurs when the user turns up the volume to adjust to a low volume environment or when there is a sudden change in the acoustic environment, for instance by picking up the telephone handset. As hearing aids have been manufactured in smaller configurations, the problem of feedback has become inherently greater due to the closer proximity of the speaker to the microphone.

*Danavox is introducing an automatic feedback suppression system.*

The traditional way to solve the feedback problem has been to cut the amplification band permanently at around 70dB when the dispenser fits the hearing aid. However, Danavox has developed and integrated a feedback suppression system in its fully digital Danalogic series, which continually monitors the sound environment and produces an anti-sound to offset feedback signals.

## Implanted Hearing Instruments

The amplified sound produced by even the most sophisticated hearing aids may not be effective enough for people with a severe to profound hearing loss or those who are deaf in both ears. The restrictions to external hearing instruments has spurred the development work on implanted devices, which offer a more permanent solution to various types of hearing loss but require surgical procedures. There are several different types of implantable devices, used in different sites of the auditory system.

### Cochlear Implants

The cochlear implant is regarded as the first man-made device that successfully interfaces with the human brain. In contrast to a hearing aid, it does not make sounds louder, but provides sound information by directly stimulating the surviving auditory nerve fibres in the cochlea, allowing the individual to perceive sound.

*Cochlear implants suitable for deaf people.*

In a normal ear, sound-induced movements of the ear drum are conveyed by the bones of the middle ear to the oval window of the cochlea and then to the fluid inside the coils of the cochlea. Acquired profound deafness, which mostly results from meningitis in childhood, usually involves irreversible damage to the hair cells and leads to degeneration of fibres in the auditory nerve. The damaged hair cells do not allow the electrical impulses to reach the nerve fibres which results in no sound information reaching the brain. This is often referred to as nerve deafness,

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar                                    WID234540

**⚄ PARIBAS**

*EUROPEAN EQUITY RESEARCH*

although the medical term is sensorineural hearing loss. A cochlear implant is an implanted electronic device that provides the function of the damaged or absent hair cells by providing electrical stimulation to the remaining nerve fibres and provides hearing and improved communication abilities to the implant user. The length of time between when the microphone picks up a sound and when the brain receives the information is very short, just microseconds, so the user of the implant hears sounds as they occur.

*The benefit of a cochlear implant varies greatly from person to person.*

Patients vary greatly in what hearing benefit they gain from an implant; some patients may score almost 100% in audiological tests, whereas other score zero with the same device. The level of benefit of a cochlear implant to a particular person is normally assessed by an ENT-specialist on the basis of various audiological variables. In general, people who have heard and spoken for a number of years before they became deaf are able to use an implant to greater advantage than those who are born deaf. Nevertheless, the merit of a cochlear implant is greater the earlier it is implanted in deaf children, since the learning process is heavily dependent on hearing. There are hopes that improved understanding of the genetic mutations that cause hair-cell dysfunction could enable diagnosis of deafness at birth and provide major benefits to deaf-borne children.

*A cochlear implant costs about ten times as much as the most sophisticated digital hearing aid...*

*...and is hardly an economical alternative for those with residual hearing.*

About 20,000 people, half of them children, have received various types of cochlear implants since their introduction in 1984. This represents about 0.1% of those wearing hearing instruments. The total cost from beginning to end is generally over US$25,000, and is increasingly covered by public medical schemes because of the substantial social benefit for the deaf. However, for people with residual hearing the cochlear implant does not provide an economical alternative, since the cost is ten times as much as the most sophisticated digital hearing aids, and up to 100 times more expensive than simple versions. Even when allowing for only five years technical lifetime of a hearing aid, the economics of a cochlear implant is not compelling. In addition, many users prefer to upgrade their implants, which requires another surgical procedure. Therefore, their main selling point is that they can offer better hearing for some profoundly deaf people than a hearing instrument, and, in our view, do not represent an alternative to hearing aids for the vast majority of people.

*The technology was developed 30 years ago.*

The first research on cochlear implants was conducted in France 30 years ago. Since then, implant technology has evolved from a device with a single electrode or channel to systems that transmit more sound information through multiple electrodes or channels. Professor Graeme Clark, an Australian researcher, implanted several deaf adult patients with 10-channel devices in 1978–1979. Commercial development of a multi-channel cochlear implant device began in the early 1980s.

Today, the Australian company, Cochlear, is the world's leading provider of cochlear implants. It recorded revenues of AUD92m (€52m) and net profit of AUD13m (€7.5m) in the 1997/1998 financial year. The annual growth rate of about 12% is similar to the fastest growing hearing instrument companies. The number of individuals who have received Cochlear's Nucleus 22 Channel Cochlear Implant System include over 5,000 adults and over 3,000 children.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234541

**⬛ PARIBAS**

*EUROPEAN EQUITY RESEARCH*

### Channel Auditory Brainstem Implant

*Important treatment for 1 in 40,000 people.*

A multi-channel auditory brainstem implant (ABI) differs from a cochlea implant in that the ABI is placed in the cochlea nucleus region of the brain stem, whereas the cochlea implant's electrode array is placed inside the inner ear. The ABI is designed to produce a sensation of hearing by electrically stimulating a structure in the brain stem called the 'cochlea nucleus' which normally receives nerve impulses from the auditory nerve before passing them up to the brain. The ABI is suitable only for people who have damage to both of their hearing nerves, and is not an alternative to a hearing aid or a cochlea implant. It has been estimated that 1 in 40,000 people with a central tumour growth in the spinal cord and hearing nerve are suitable for an ABI.

In August 1998, Cochlear obtained CE-mark approval for the CI21+1M Auditory Brainstem Implant (ABI) following a multi-centre clinical investigation which commenced in 1996. Cochlear is the first and only company to have an approved ABI.

### Clinical Development I – Vibrant Soundbridge

*The Vibrant Soundbridge aims for wider user groups than the cochlear implant...*

The Californian company Symphonix is developing the Vibrant Soundbridge, a new electrical hearing technology designed to improve the hearing of people with a moderate to severe sensorineural hearing loss. Unlike a hearing aid that takes acoustic sound and makes it louder as it comes to the middle ear, the Soundbridge converts acoustic sound to vibrations in the ossicular chain inside the middle ear.

**Symphonix Vibrant Soundbridge**



*Source: Symphonix*

These vibrations are amplified by the device's electronics to make the vibrations stronger than the patient would normally get with sound transmitted through the ear canal and across the tympanic membrane. The device is based on a patented transducer which is designed to enhance hearing by precisely mimicking and amplifying the movements of the ossicles by converting electrical signals into mechanical vibrations. Since no portion of the Soundbridge sits in the ear canal, problems sometimes experienced with hearing aids such as occlusion, discomfort, feedback and external ear infections are potentially eliminated.

---

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234542

**PARIBAS**                                                    *EUROPEAN EQUITY RESEARCH*

*...but does require a surgical procedure, which may restrict its commercial potential.*

The Vibrant Soundbridge is not FDA approved and is currently being studied clinically in both U.S. and international studies. The device can be implanted on an outpatient basis and requires surgical techniques that are similar to those employed in other common otologic procedures. We envisage that its commercial potential will require the production of clinical evidence of its safety as well as its economic benefits to external hearing aids over a patient's lifetime. The surgical intervention in its placement is a negative factor which is difficult to quantify, but should restrict its popularity amongst those who choose between an external and implanted hearing device. At this early stage of development, we do not believe it constitutes a major threat to conventional hearing aids, but is an interesting alternative.

## Clinical Development II – Envoy System

Other companies looking at similar solutions to the Vibrant Soundbridge are German Implex and US company St Croix Medical, which we understand are developing fully implantable devices.

St. Croix Medical, Inc. (SCM) is a privately held company based in Minnesota, USA, which was founded in November 1995. It is developing a totally implantable piezokinetic system for the restoration of near normal hearing in those with moderate to severe hearing loss (55dB–90dB). The company has three issued patents and over fifty new patent applications pending.

*Implantable system for high gain.*

SCM's Envoy System is totally implantable and is comprised of a sound processor, piezoelectric sensor and piezoelectric driver, which together replace the functions of the ossicular chain in the middle ear. It aims to improve hearing permanently without acoustic feedback, background noise or distortion, which sometimes occur in high-powered hearing aids or partially implantable electromagnetic systems. Despite achieving a high hearing gain, its power requirements are believed to be so low that the battery needs only be replaced every five years. The operative procedure is nearly identical to that of middle ear reconstruction and cochlear implants.

*Clinical studies underway.*

Animal and human cadaver studies have been conducted to verify the feasibility of the concept. Studies by SCM and others have demonstrated efficacy of the sensor and driver piezoelectric transducers, the later over a period of ten years. Prototypes of the sensor and driver components and custom integrated circuits for the implantable sound processor have been constructed and are being evaluated in acute pre-clinical verification human tests at international medical institutions.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar                                    WID234543

**[] PARIBAS**                                        *EUROPEAN EQUITY RESEARCH*

# Market Dynamics

> Approximately 10% of the world's population suffer from hearing deficiencies. In the Western industrialised world, only 1–2% (14–15 million) of the population wear hearing aids and the percentage is even lower in Japan and developing countries. Accordingly, only 10–20% of those who would benefit from hearing instruments in OECD countries wear them, which suggests that the underlying market potential could be up to ten times as high as the current size of US$1.5bn.

*Market size of US$1.5bn or 5.5 million units.*

The global market corresponds to an annual volume of 5.5 million pieces. The growth in terms of units sold is 3–4% p.a., whilst sales grow faster, about twice that rate, due to a shift in demand from inexpensive analogue instruments towards more expensive programmable and digital products.

*The market is relatively unaffected by business cycles.*

As with many other healthcare products, demand for hearing aids is only indirectly affected by business cycles, but shows a correlation to the level of economic and social welfare in a given market. In some (European) countries, hearing instrument users benefit from significant reimbursements or allowances through various public schemes. In other regions with lower levels of public spending, the sensitivity to changes in the economic environment is more pronounced, which has been demonstrated by stagnant or even falling demand in Asia over the past couple of years.

Various studies have suggested that as many as 600 million people, or 10% of the population would benefit from hearing instruments. About 70% of these would need one device for each ear. Assuming that the technical lifetime of a hearing aid is 5 years, the underlying market potential is 200 million pieces per year.

*Potential market size in the industrialised world of about US$9bn.*

If we confine the calculation to industrialised countries, we estimate the total number of potential users to about 87 million people (10% of population). Using the same assumptions of 70% binaural provision and a technical lifetime of five years, the total annual demand could be as high as 30 million pieces, which is more than five times higher than the present volume. Assuming an average producer price for a hearing instrument of US$300, the market could be worth about US$8.9bn compared to US$1.5bn at present.

**Potential vs. Actual Market Volume in Hearing Instruments**

| | Potential Users (m) | Binaural Provision at 70% | Potential Annual Sales* | Sales 1997 (units) | Sales 2003E (units) | Annual Growth (1997–2003E) |
|---|---|---|---|---|---|---|
| Europe | 42 | 71.3 | 14.3 | 2.1 | 2.7 | 4.3% |
| North America | 30 | 51.9 | 10.4 | 2.0 | 2.8 | 5.8% |
| Pacific Rim | 15 | 25.5 | 5.1 | 0.7 | 0.9 | 4.3% |
| Rest of the world | | | na | 0.7 | 1.0 | 6.1% |
| **Total** | **87** | **148.7** | **29.8** | **5.5** | **7.4** | **5.1%** |

*Assuming five years technical lifetime.
Source: Phonak and Paribas estimates

*Market growth of 6–10% until 2003.*

Over the next five years, we expect developing countries in Asia and South America to grow at 6–7% in terms of units sold as their economies recover. But in contrast to maturer segments of the healthcare products industry, such as simple medical disposables and hospital equipment, the European and American markets should also grow briskly at 4–5%. The growing use of digital instruments should add another 2–4% in addition to the 4–6% volume growth, i.e. 6–10% in total.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar                                    WID234544

**n** PARIBAS

*EUROPEAN EQUITY RESEARCH*

## Growth Drivers

### Demographic Trends

*Demographic growth of 3%.*

The main underlying growth driver in the hearing instrument market is the ageing of the population – the average age for the first-time user of a hearing aid is 55–60 years. As the prevalence of hearing impairment rises substantially with age, the market potential is greatest in those countries with high life expectancy, i.e. in Europe, Japan and North America. The change in demographic structure is expected to lead to 3% annual growth in demand over the coming ten years, sustained by the ageing of the post-war baby boomers.



**Proportion of Population over 65 in the Western World**

Legend: ⊞ 1990   ■ 2010E   ■ 2030E   ☐ 2050E

*Source: World Bank*

### Increased Market Penetration

*Penetration rate should rise with digital instruments...*

Over the past ten years, the market penetration of hearing instruments has been flat. However, we expect this rate to rise over the next 5–10 years, mainly because of improved perception of what a small hearing instrument, based on digital technology, can achieve. This should shorten the current waiting period of 10–13 years between when the average person is diagnosed with a hearing loss and when he or she has a hearing instrument fitted. Also, we believe that an improved quality of the fitting procedure will be instrumental in this process. Supported by industry research, we believe these factors will increase the use of hearing instruments especially by those with mild or moderate hearing deficiencies. In our forecasts, we have conservatively assumed that rising penetration will add some 1–2 percentage points to the underlying growth.

*...and add 1–2% growth.*

### Market Potential per Type of Hearing Loss

| Type of Hearing Loss | Relative Market Size | Penetration Rate | Potential Market Growth |
|---|---|---|---|
| Mild | 31% | 4% | 29% |
| Moderate | 50% | 22% | 39% |
| Severe | 15% | 50% | 7% |
| Profound | 4% | 37% | 3% |

*Source: Knowles Market Research*

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234545

**PARIBAS**                                                    *EUROPEAN EQUITY RESEARCH*

*Digital conversion adds another 2–4% to growth.*

## Product Mix Improvement

In line with the industry, we expect the conversion in demand towards high-end products to continue, and accordingly potential for future value growth remains strong, another 2–4%, in addition to the 4–6% volume growth, i.e. 6–10% in total. This is so because prices of digital instruments are currently at least 30–40% higher than analogue devices. Although we expect all prices to come down slowly, the development of increasingly sophisticated products should ensure that the average price level does not fall over the coming few years. The conversion-led growth should be particularly strong in the USA, which still features a low level of high-tech hearing instruments. We envisage that classical analogue instruments also have scope to grow, although mainly in developing markets. At the same time, instruments fitted in the ear (ITE, CIC) should continue to gain market share at the expense of BTE instruments. This is another factor supporting the underlying growth, since instruments fitted in the ear trade at a premium of about 10% to BTE instruments.

## Geographic Overview

*Europe is the largest market, closely followed by the USA.*

Europe is the largest market for hearing instruments and counts for about 40% of the world market followed by 35% in the USA, about 10% in Japan, 5% in Australia and 10% in the rest of the world. The various regions show considerable differences in terms of product demand, distribution forms and growth dynamics, sometimes even between countries within the regions.

**Value of the Hearing Aid Market in 1997**



Source: William Demant

There are considerable differences in usage of hearing instruments between markets. Those countries where users receive substantial financial support from the government, such as Scandinavia, the UK and Germany, demonstrate the highest market usage rates. We expect that the largest potential for increased market penetration, and hence growth, over the next 5–10 years is in the more commercial markets in the USA, Southern Europe and Japan.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar                                        WD234546

**n** PARIBAS

*EUROPEAN EQUITY RESEARCH*

Market Size, Demand and Penetration

| Market | Population (m) | Potential Market (m units) (1) | Potential Yearly Demand (m) (2) | Current Demand (m) | Penetration Rate |
|---|---|---|---|---|---|
| USA | 275 | 46.8 | 9.4 | 1.9 | 20% |
| Canada | 30 | 5.1 | 1 | 0.15 | 15% |
| North America | 305 | 51.9 | 10.4 | 2.05 | 20% |
| Germany | 82 | 13.9 | 2.8 | 0.5 | 18% |
| UK | 59 | 10 | 2 | 0.55 | 28% |
| France | 59 | 10 | 2 | 0.22 | 11% |
| Italy | 58 | 9.9 | 2 | 0.2 | 10% |
| Spain | 40 | 6.8 | 1.4 | 0.09 | 6% |
| Benelux | 26 | 4.4 | 0.9 | 0.18 | 20% |
| Scandinavia | 19 | 3.2 | 0.6 | 0.16 | 27% |
| Switzerland | 7 | 1.2 | 0.2 | 0.04 | 20% |
| Other Europe | 70 | 11.9 | 2.38 | 0.15 | 6% |
| Western Europe | 420 | 71.3 | 14.3 | 2.09 | 15% |
| Japan | 128 | 21.8 | 4.4 | 0.4 | 9% |
| Australia/N.Z. | 22 | 3.7 | 0.7 | 0.17 | 24% |
| Total | 875 | 148.7 | 29.8 | 4.7 | 16% |

1.  Assuming hearing loss incidence of 10% and that 70% of users need double hearing aids,
    i.e. the potential market volume is 17% of the population
2.  Assuming technical life time of five years
Source: Industry, Paribas estimates

## Europe – The Most Developed Market

*European industry has benefited from high public reimbursement levels.*

The long-standing public allowance schemes for those in need of hearing instruments can at least partly explain both the large size of the European market – 2,000,000 units at an approximate value of €550m – and the strong position of European companies within the hearing instrument industry – six out of the eight largest. State funding has strengthened customer demand, and thus supported the industry's development of sophisticated, albeit more expensive, instruments. But reimbursement conditions have been cut back over recent years, and consumers are increasingly faced with the choice between an inexpensive conventional hearing instrument paid by public funds or making a significant financial contribution towards the cost of a sophisticated hearing aid.

*Cut back of reimbursement levels allows more commercial marketing.*

However, the lower level of state funding has made some national markets in Europe more commercial and facilitated the use of direct consumer marketing, such as TV and billboard advertising. However, building up recognition of hearing instruments as a consumer product, let alone brand awareness, is a lengthy and expensive process. Those who early on adopted direct-to-consumer advertising have often experienced that their activities may have improved the perception of hearing instruments but not necessarily their own brand. Phonak, for instance, withdrew a marketing campaign in France in 1997, as it saw no significant impact on demand. It is clear that direct consumer marketing requires a strong brand awareness to be successful.

*Northern European markets are maturer than Southern Europe.*

The two largest markets in Europe are the UK (550,000 units) and Germany (500,000) units followed by France (220,000 units) and Italy (200,000 units). Other important markets, especially in value terms, are the Netherlands and Scandinavia, which feature an extremely high proportion (30–55%) of technologically advanced hearing instruments. Due to a relatively high proportion of digital hearing aids (20–25%), the German market counts as the biggest ahead of the UK, where 75% of hearing aids are simple analogue products sold on tender at very low prices to the National Health Service. However, the remaining privately financed part of the British market is increasingly demanding sophisticated ITE devices.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234547

**n PARIBAS**  *EUROPEAN EQUITY RESEARCH*

| | | |
|---|---|---|
| *German demand hit by reimbursement cut...* | Over the last couple of years, the German market has receded because of weak personal consumption compounded by a deterioration of the reimbursement levels from DEM900m to DEM600m in 1998 and structural problems in the dispensation of hearing aids. In fact, the market fell to about 470,000 units in 1998, well below the record level of 550,000 units a couple of years ago. | |
| *...and the disruption of hearing aid dispensation in 1998.* | We understand that the problems relating to how and by whom hearing aids can be dispensed are now gradually being solved. The root of the problem has been a fight between German audiologists and ENT-specialists. As in other markets, the responsibility of German clinicians has historically been to refer patients with the need for a hearing aid to audiologists, mainly at external hearing clinics. However, as the revenues of doctors have been squeezed by healthcare reforms, they have been tempted to fit hearing aids themselves. The market disruption has been so great that hearing aid producers have seen themselves forced to interfere, and notably Siemens which has been acting as a mediator between the parties. A solution is now gradually being implemented in some of the *Bundesländer*, allowing the ENT doctors to share the revenue with the hearing care clinics. | |
| *The German market should recover slowly in 1999–2000.* | In 1999–2000, we envisage that the pressure on demand from the changed reimbursement rules will gradually disappear, and a more clearly segmented market in low- and high-end instruments will emerge. This is how the Italian market reacted after reimbursements were cut in the beginning of the 1990s. Also, a more orderly dispensation practice could slowly unleash pent-up demand from the past couple of years. | |
| *The French market is recovering, +12% in 1998.* | The French market, which grew for the first time in many years in 1998 (+12%), has a high proportion of sales of sophisticated products (27%). More stringent governmental guidelines regarding the quality of hearing aids has strengthened the confidence amongst users, resulting in a significant positive impact on market demand. | |
| *However, Southern Europe remains weak.* | However, the markets in Southern Europe remain weak with low or no growth in demand. Italy and Spain already show amongst the lowest use of hearing instruments per capita, which is often explained by strong cosmetic concerns. In the Italian market only three hearing instruments are sold each year per one thousand people. The corresponding figure for Germany is six, the USA seven, Netherlands eight and Denmark thirteen. | |

**Model Mix Between Regions**

| Region | Volume 1998E | ITE/CIC | | BTE | | High-end | | Low-end | |
|---|---|---|---|---|---|---|---|---|---|
| North America | 2,000 | 1,600 | 80% | 400 | 20% | 360 | 18% | 1,640 | 82% |
| Western Europe | 2,000 | 600 | 30% | 1,400 | 70% | 700 | 35% | 1,300 | 65% |
| Pacific Rim | 500 | 200 | 40% | 300 | 60% | 175 | 35% | 325 | 65% |
| Total | 4,500 | 2,400 | | 2,100 | | 1,235 | | 3,265 | |

*Low-end=analogue, High-end=fully digital and digitally programmable.*
*Source: Industry, Paribas estimates*

## USA – Soaring Demand for High-end Instruments

*US market soaring following weakness in the mid-90s.*

Having gone through a period of decline in the beginning of the 1990s, the US market has recovered vigorously over the past couple of years, and volumes are now growing at a low double-digit rate. In 1998, the US market volume was estimated to have exceeded 2,000,000 units, about 37% of the global market. Digital and digitally-programmable hearing aids gained foothold later in the USA than in Europe, but American hearing aid users are catching up this lag. The proportion of digital instruments grew from 5% to 8% between 1997 and 1998, and is expected to continue to grow rapidly in the coming years. The corresponding proportion in some European countries is as high as 30–40%.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar                WID234548

## PARIBAS

*EUROPEAN EQUITY RESEARCH*

***Digital (ITE) hearing aids are a major success.***

Hearing aid users in the USA are very sensitive to cosmetic issues, which explains the extremely high level, 80%, of instruments fitted in the ear. The corresponding level in Europe is about 20%. Up until the mid-90s, ITE devices offered substantially lower hearing performance than the equivalent BTE instrument, and therefore the industry has had to work hard to improve the perception of what hearing instruments can achieve. Accordingly, the high use of ITE instruments can at least partly explain why the US market lags behind Europe in terms of technological advancements. The digitisation of hearing instruments has sharply improved quality perception, and fully digital ITE instruments, such as Widex' Senso series, and digitally-programmable hearing aids, such as Phonak's MicroZoom, have been extremely well received.

***The US market needs improvement in retail structure.***

As in many other healthcare fields, the US market for hearing instruments is highly commercial with consumer advertising part of everyday practice. Similar to commercial markets in Europe, such as Italy, Germany and France, dispensation through hearing clinic chains is becoming more and more commonplace. But this retail concept has yet to prove financially successful in the USA. Two of the most prominent dispensers, Miracle Ear, owned by Bausch & Lomb, and Belltone are thought to be loss-making and the former is for sale. Judging by the high return rate from dissatisfied users – 20% compared to 5–10% in Europe – the US market seems to be suffering from real problems in the fitting procedure.

### Japan – Large Untapped Demand

***Japanese market is restricted by cosmetic concerns, but the dispensation structure is improving.***

Compared to other segments of healthcare industry, the hearing instrument market is relatively undeveloped in Japan. Its modest share of the global market (less than 10%) is generally explained by strong cosmetic concerns with hearing aids. Moreover, there is only a limited number of facilities where people can have their instruments professionally fitted, although the situation is improving as more and more trained audiologists open their own dispensers. The low level of state funding has enabled consumer marketing to become common practice.

About 40% of a total of 400,000 units per annum are imported, which represents just above two hearing instruments per one thousand inhabitants. Japanese hearing aid users much prefer ITE (35%) and digital instruments, demand for which are growing briskly from an already high level.

**Instrument Technology Level per Geographic Region**



*High technology includes programmable and fully digital hearing instruments.*
*Source: Phonak*

---

30

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234549

**n** PARIBAS

## The Industry Participants

*Arguments for industry restructuring.*

The hearing instrument industry remains fragmented despite considerable consolidation over the past 15 years, as large and medium-sized manufacturers have bought small companies. The digital revolution has made the forces behind this consolidation process even more obvious, notably:

- R&D costs are rising due to the increasing complexity of the products;

- marketing costs are rising due to the higher technological content and the need to expand geographically to attain sales volumes supporting the higher R&D costs; and

- investment requirements in automated manufacturing processes have increased, due to the increased complexity of products.

Eight manufacturers controlled about three quarters of the world market in 1998. In view of other segments of the medical technology market, we believe this level of fragmentation leaves scope for mergers and acquisitions. We envisage that five to six producers will hold 75% market share within three years.

### Global Market Shares



*Source: Phonak, Paribas estimates*

*Consolidation gathering speed in the 1990s.*

Some of the most notable acquisitions in the industry in the 1990s are William Demant's purchase of Audiosys (Bernafon) in 1995 and PhonicEar in 1997; Phonak's acquisition of the retailer, Lapperre, in Belgium in 1996; Siemens' acquisition of AM in the UK and Rexton in the USA, and Philips' purchase of Antwerp Bionic Systems.

### Who is Predator – Who is Prey?

*The likely consolidators are companies in public ownership with strong technological bases...*

We have identified those companies with a strong technological and/or market position as the most likely consolidators. In this group, we put Siemens, Phonak and William Demant. Other companies with a strong technology or market presence are in some cases restricted by their ownership structure to undertake share issues, such as Widex and Starkey. Also, the statutes of William Demant stipulate that the William Demant Foundation must exert control over the group. This suggests that its independence is secure, but since the Foundation's holding cannot be diluted by more than 18 percentage points, there are size restrictions to acquisition targets. We estimate that the company could raise as much as €220 in equity and still comply with this restriction. In addition, we believe it could raise a further €150m of debt.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234550

**Ⅲ PARIBAS**                                                    *EUROPEAN EQUITY RESEARCH*

---

*...but the large prey are not easily accessible.*

In the case of Danavox, we believe the owner, Great Nordic, is unlikely to further invest in this segment, and there has been speculation that Danavox could be floated or sold off to an industrial buyer. However, Great Nordic, has stated its commitment to the business. Starkey, on the other hand, has a high market share, but lags its competitors in digital technology. ReSound, which, together with Phonak and William Demant, is the only public hearing aid company, has experienced financial difficulties over the past couple of years due to product and management hiccups. Hence, we would not expect it to take an active role in industry consolidation other than as a prey. Philips' long-term presence in the hearing instrument market is questionable, but given its integrated structure within the diverse Medical Systems division, its attraction for an industrial buyer is limited. The family commitment behind Widex seems solid enough to exclude a take-over of the company, and we believe its solitary strategy makes any integration within another company difficult.

### The Most Important Companies

**Financial Performance Comparison of Hearing Aid Companies**

| Company | Sales Growth | | | | | EBIT-margin | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1994 | 1995 | 1996 | 1997 | 1998E | 1993 | 1994 | 1995 | 1996 | 1997 |
| Cochlear (1) | n.a. | n.a. | -1% | 27% | 12% | n.a. | n.a. | 17.0% | 19.7% | 18.5% |
| GN Danavox | 4% | 10% | 8% | 13% | 12% | 5.6% | 5.4% | 5.8% | 5.0% | 3.3% |
| Phonak (2) | 17% | 5% | 29% | 28% | 20% | 15.7% | 18.2% | 19.6% | 16.1% | 16.3% |
| ReSound | 74% | 72% | 17% | 4% | -6% | 12.9% | Neg. | -2.9% | 2.1% | -2.4% |
| Siemens (3) | n.a. | n.a. | n.a. | n.a. | 32% | n.a. | n.a. | n.a. | n.a. | n.a. |
| Widex (3) | n.a. | n.a. | n.a. | 260% | 37% | n.a. | n.a. | n.a. | 3.2% | 23.0% |
| William Demant | 14% | 25% | 16% | 30% | 15% | 13.1% | 18.0% | 12.6% | 12.8% | 13.7% |

1. Ending June
2. Ending March
3. Ending September
Source: Company accounts, Paribas adjustments

*Siemens pursues a broad market strategy, and has strengthened its technology.*

Siemens is the undisputed global leader in terms of market share. Over the past couple of years, it has strengthened its position both in the high-end segment, especially through the launch of a series of digital, dual-microphone hearing instruments, Prisma, and in the low end through the acquisitions of AM, which mainly supplies the National Health Service in the UK and Rexton in the USA. Siemens Hearing Instruments is similar to Philips in that it is part of a vast medical equipment group (Siemens Medical Systems).

*Starkey heavily exposed to analogue instruments.*

Starkey, which is a private US company, has a strong position in analogue ITE instruments in the domestic market, but lags its competitors in digital technology. Given the strong price pressure in the analogue segment, we believe that its profitability is modest. It is uncertain whether the company will remain in private ownership.

*Widex leads product innovation and has a narrow product portfolio.*

Widex is owned by two Danish families, Tøpholm and Westermann. Its strategy is to gain market share through cutting-edge innovations, and is widely seen as the pioneer and leader in fully digital hearing instruments fitted in the ear. Although its competitors respect the company for its technological know-how, they point out that its product portfolio is narrow. It has its own sales operations in many parts of Europe, but sells mainly through distributors in the USA. Its Senso digital product range was the market success story in 1998.

---

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar                                    WID234551

**П** PARIBAS                                                 *EUROPEAN EQUITY RESEARCH*

*Danavox's future in Great Nordic relies on a successful launch of digital instruments.*

Danavox is part of the Danish telecommunications company, Great Nordic, and represents about 16% of turnover. Similar to Siemens, its largely analogue product portfolio has been rejuvenated with digital products over the past couple of years. In co-operation with ReSound and another US company, AudioLogic, it has developed a microelectronic platform for digital hearing instruments, on which its new Danalogic range is based. We believe that a successful launch of Danalogic is required for its future existence within the GN group.

*ReSound is emerging from a two-year period of losses.*

ReSound is a Californian-based company established in 1984, which has been public since 1993 when it was spun off from telecoms giant, AT&T. Similar to Phonak, it emphasises the development of hearing instruments as communication systems, including telephone and radio features, which could also make them useful for those with no hearing impairment. It has a significant US presence, but records more than half its sales in Europe. The company has incurred significant financial losses over the past couple of years, partly caused by delays in introducing digital products. However, its co-operation with Danavox has provided it with a competitive digital product line, which is under launch.

**Leading Hearing Instrument Companies**

| Company | Country | Share | Market segment | Comment |
|---|---|---|---|---|
| Siemens | Germany | 21% | Full assortment | Broad range. Success with digital, dual microphone, Prisma. Acquired low-end AM (UK). |
| Starkey | USA | 15% | Low end | Strong in ITE, analogue products in the USA. |
| William Demant | Denmark | 12% | Full assortment | Strong in digital and audiologically advanced devices. |
| Widex | Denmark | 8% | High end | Focus on innovation (digital CIC), modest distribution. |
| Phonak | Switzerland | 8% | Low to high end | Highly-priced quality instruments; late-comer in digital. |
| Danavox | Denmark | 5% | Middle | Mainly analogue products, launching digital. |
| ReSound | USA | 5% | Middle | Co-operating with Danavox in digital instruments. |

*Source: Paribas and industry estimates*

## Reimbursements vs. Private Payments

The existence of reimbursement schemes explains partly why the European market is maturer than the US market. Over the next five years, we expect European reimbursement levels to fall. Past changes in reimbursement levels suggests that this has a short-term disruptive effect on demand. However, we envisage that lower reimbursement levels will make the markets more dynamic and driven by commercial considerations, such as direct consumer advertising, stronger competition in dispensation, etc.

*Increasingly tight reimbursement conditions for medical devices.*

In the United States, hospitals, physicians and other healthcare providers that purchase medical devices generally rely on third-party payers to reimburse all or part of the cost of the procedure in which the medical device is being used. In most European markets, medical devices are mainly purchased according to government sponsored healthcare programmes. Such third-party payers have become increasingly sensitive to cost containment in recent years and place a high degree of scrutiny on coverage and payment decisions for new technologies and procedures. Requirements for the granting of reimbursement in many countries are not clearly specified and may involve the collection of additional clinical data in support of submissions to the appropriate healthcare administrations.

*In Europe, governments offer partial or full funding for hearing aids.*

Reimbursement and healthcare payment systems for hearing instruments vary significantly by country and include both government-sponsored healthcare and private insurance. In Europe, the primary source of funding for products is the various government-sponsored welfare programmes. The financing of hearing aids is an important factor explaining different market types.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WD234552

**☐ PARIBAS**                                                                                    *EUROPEAN EQUITY RESEARCH*

- Clinical markets, e.g. Scandinavia, UK and Australia, where (the majority of) hearing aids are paid in full by the state;

- Highly subsidised markets, e.g. Germany, Switzerland, Belgium and Holland;

- Commercial markets, e.g. USA and Japan, where the user pays in full or for a major part of the hearing aid.

| | |
|---|---|
| ***The most generous reimbursement systems exist in Northern Europe.*** | The most generous reimbursement systems exist in German-speaking parts of Europe, Benelux and the Nordic countries where health authorities cover the entire cost or a significant part of the cost of a hearing aid. In many other countries, such as Italy, France and Japan, governmental schemes provide only a minor allowance, often to cover the cost of a low-tech hearing aid for those with no means of purchasing a hearing aid. Private insurance schemes can offer additional funding, and are important especially in the USA and France. |
| ***No reimbursement in the USA for either external nor implanted hearing devices.*** | Hearing aids in the United States, which are the subject of 510(k) clearance and do not involve surgery, are generally not reimbursed, although a modest reimbursement is provided under certain insurance plans. Traditionally, hearing aid users have paid for these devices directly. To obtain reimbursement for implantable hearing devices on a widespread basis, the provider needs to demonstrate an improvement in the quality of life for patients as well as the cost effectiveness through clinical outcomes studies. Symponix does not anticipate that there will be any reimbursement for its Vibrant Soundbridge implant. The general trend is that Medicare and other third-party payers are increasingly scrutinising whether to cover new products as well as the level of reimbursement for covered products. |
| ***Managed care has had little impact on the hearing aid market.*** | The majority of third-party payers, such as employers and insurance companies, in the United States are moving towards a managed care system in which they contract a Health Maintenance Organisation (HMO) to provide comprehensive healthcare for a fixed cost per person. However, managed care organisations have so far only covered the treatment cost for hearing losses marginally. |
| ***Special conditions for children.*** | In most developed countries, children are provided with hearing instruments free of charge, with the notable exception of the USA. In many ways, healthcare authorities consider the free distribution of hearing aids to children as an investment, because it radically improves their education opportunities, self-esteem and overall welfare. |

**Reimbursement Conditions**

| Market | Reimbursement level | Comment |
|---|---|---|
| Belgium | BEF16,000 | |
| France | 10–20% of cost | Private insurance for additional cover |
| Germany | DEM800 | Lowered from DEM900 in 1998 |
| Italy | Coverage for those with low income and severe hearing loss | 20–25% of hearing aid users receive coverage for basic models. |
| Scandinavia | Free of charge | |
| Switzerland | Free of charge for the working population | Pensioners receive 75% reimbursement |
| United Kingdom | NHS and public hospitals offer basic models free of charge | High-tech instruments offered by private clinics are paid for in full |
| Canada | Varies between provinces | Children receive hearing aids free of charge |
| United States | None; private insurance schemes may offer partial funding | The poor receive contribution from health authorities in some states; 15% of hearing aid users |
| Australia | Full reimbursement for low-tech instruments | High-tech instruments paid for by user |
| New Zealand | None | Significant reimbursements for those whose work is at stake |
| Japan | Minor cover for those with no or low income | |

*Source: Phonak and Amplifon*

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar                                                    WID234553

**n PARIBAS**

*EUROPEAN EQUITY RESEARCH*

## Dispensation

### Key to Improving Market Penetration

*Increased market penetration is the key focus for the industry.*

One of the key issues for the hearing instrument industry is to increase market penetration, the number of hearing instrument users as a percentage of the total number of people with hearing impairments. There are a number of factors impeding the growth, and the industry considers some of the most important to be low visibility of hearing aids and dispensers for potential users and inefficient distribution channels.

*Low product visibility.*

In most markets, users and potential users are not aware of the availability of the improved performance of hearing instruments, due to the lack of visibility of hearing clinics and lack of or flawed consumer marketing. In those markets with a high level of public funding, such as Northern Europe, this is mainly due to the reluctance of authorities to absorb the increased costs, which result from an increase in demand. Conversely, in countries with commercial sales of hearing instruments, such as the USA, the aggressive marketing of small (ITE) instruments, have created a pool of users who are dissatisfied with the performance of hearing instruments. Since 1996, the FDA has required that performance-related statements made in public advertising are backed by clinical results.

*Distribution channels inefficient due to a lack of competition.*

In many markets, the infrastructure for sales and fitting of hearing aids is poor. Dispensers are not used to putting a case forward for one particular instrument which is better, thus more expensive, than another. The traditional sales form has been that the end user – with the exception of the question of size and possibly the colour of the instrument – has not been involved in the choice of instrument, and particularly not in the choice of brand. This procedure favours cheap and small instruments and instruments which instantly provide a pleasant sound. However, optimum hearing may be compromised and there is a significant risk that the customer will be dissatisfied.

*The higher profitability of digital products has caused a change in attitude amongst dispensers.*

The hearing instrument market has been slow in adopting innovations. Training for hearing care professionals is in many cases sporadic, demands for quality of hearing care are inconsistent, and the purchase patterns of dispensers are based on price and personal preferences rather than objectively documented performance. As high-end instruments are normally more profitable for the dispensers, there should be an inherent interest in selling more advanced equipment if dispensers had the appropriate training and equipment. We understand that this factor has caused a change in attitude of dispensers in many markets.

**Market Penetration in the Major Markets**

No. of hearing instruments per 1,000 people



Source: Amplifon

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234554

**PARIBAS**                                    *EUROPEAN EQUITY RESEARCH*

## Does Vertical Integration Make Sense?

*Dispensation is considerably larger than the product market.*

In five to seven years time digital hearing instrument technology should have become industry standard and companies will then be looking for new differentiating factors. We envisage that the fitting process will become a more important competitive tool, and that manufacturing companies may be seeking more actively to integrate forward into dispensation and service to strengthen their marketing and increase their revenue base. Today, the service market is about three to four times as large as the product segment.

*Some manufacturers have already small retail businesses.*

Some manufacturing companies are already operating retail businesses. Apart from a few clinics in some key markets under the Oticon brand William Demant owns a retail chain in Australia, ReSound just recently sold Austrian Viennatone to Amplifon, Phonak bought Lapperre, the Belgian market leader in 1996, and Danavox owns another large retail chain in Belgium, Die Medische Akoestiek.

We can draw a parallel to other healthcare markets, such as dialysis and cancer treatment. In these cases, the large value of the service business has proven irresistible for manufacturing companies, resulting in manufacturing companies buying service businesses. However, there are strong arguments against forward integration. The main objection is the competition with customers, which tends to shift market demand in favour of independent producers.

*The service side of the hearing aid market is worth three times as much as the hardware.*

However, some arguments support the integration of manufacturing and servicing in the hearing instrument industry in the long term. Not only does the actual fitting process represent a majority of the end-user cost of a hearing instrument, but the hearing clinics hold the key to improving the perception and visibility of hearing instruments and, thus, the market penetration. The dispensers are responsible for the audiological adaptation, but often also the individual fitting of the ear mould. In the future, dispensers could also take greater responsibility in personalising software applications for the user, which is currently done by the manufacturers.

*Forward integration on a selective basis in the short term.*

In talking to various manufacturers, we have understood that the issue of retail consolidation and forward integration is sensitive. Although all highlight their focus on hearing instrument development, Phonak, Danavox, Philips and until recently ReSound, all operate hearing dispensers. This suggests that forward integration could be a possible strategic direction for them in the long term. Over the next 2–3 years, however, we believe that forward integration will be pursued on a selective basis in the event that a substantial share of a local market can be gained through an acquisition. Before forward integration can occur on a grander scale, consolidation of the hearing instrument manufacturers is necessary.

## Consolidation Expected

The majority of hearing instruments are today sold through independent dispensers but in a few markets hearing clinic chains, sometimes combined with opticians, play an important role. In Scandinavia and Australia, most dispensers are in public ownership, offering hearing instruments for free or at a low cost to the user.

*The plight of chains in the USA...*

In the USA, one of the largest chains is Miracle Ear, which operates as a franchise. It has incurred the owner, the optical giant Bausch & Lomb, huge losses and is said to be for sale at less than half its purchase price in 1993 of US$85m. Ironically enough, we understand that its main problem is the distribution of Dahlberg products, Bausch & Lomb's private label hearing aids. Beltone is another major chain.

---

36

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WD234555

**⊓ PARIBAS**

*...but in Europe, Italian Amplifon is looking to expand.*

In Europe, there are some companies which operate on a national level, such as Kind and Gers in Germany, Hidden Hearing and Ultratone in the UK and Audika in France. The first company with pan-European ambitions is Amplifon based in Milan, Italy. Its retail strategy can be likened to that of a sophisticated optician store, and has proven hugely successful in Italy, where it commands 47% market share. It uses commercial advertising to a high degree and can through its purchasing power (20% discount) offer consumers instruments at competitive prices. Its 250 Italian outlets, which are fully-owned, sell about 90,000 hearing instruments per year.

*Amplifon has entered neighbouring markets, but is looking further afield.*

Amplifon has through acquisitions secured a respectable (6–8%) share in neighbouring markets, Switzerland (Microelectronics), Austria (Viennatone) and France (CCA). It now records one third of group turnover in these new markets. We understand that Amplifon is keen to expand its presence into other countries, such as Germany, Holland and maybe even the United Kingdom, and could be willing to open up its share capital to finance large acquisitions.

The growing size and geographic spread allows it to leverage its commercial and purchasing power to make hearing instruments more accessible to existing and potential users and offer them at lower prices. By placing their orders directly with the manufacturers, Amplifon avoids a substantial part of the distribution costs and can gain as much as 20% discount from the average wholesale price.

We believe that retail consolidation should be seen more as an opportunity than a threat to manufacturers, as it serves to raise awareness of hearing instruments amongst potential customers and can lower the price on hearing aids without eating into the profits of the manufacturers. Obviously, this symbiotic environment could change if retailers gain a substantial bargaining power vis-à-vis manufacturers.

## Pricing Power – Good Prospects Still Ahead

*Analogue instruments sell at 20% of the price of a digital instrument.*

The introduction of digitally-programmable and digital hearing instruments has lifted the price of the average hearing instrument by as much as 30–40% over the last five years. The most expensive fully digital models can command a price above €1000 on the producer level, whereas the cheapest analogue instruments trade at €150–200. On average, the producer price of an analogue instrument is about 20% of the price of a digital instrument.

*Retail prices are about 300–400% of the producer price.*

On the retail level, the price varies from about €600 for analogue instruments to €2,500 for the most sophisticated digital instrument, such as Widex's Senso, Oticon's DigiFocus or Siemens' Prisma. On average, the retail price is about 300–400% of the producer price. The ratio is normally smaller for high-end instruments and bigger for low-end products.

**Pricing of High-End Instruments in the USA***

| Producer | Brand | Type | Price (US$) |
|---|---|---|---|
| Phonak | MicroZoom | Digitally-programmable | 1199 |
| ReSound | Premium | Digitally-programmable | 1299 |
| Siemens | Prisma | Digital | 1699 |
| Starkey | Sequel | Digitally-programmable | 899 |
| Widex | Senso | Digital | 1699 |
| William Demant | DigiFocus | Digital | 1599 |
| | DigiLife | Digital | 1299 |
| | Dualine | Digital/Programmable | 1399 |

\* Includes a 30% wholesaler margin
*Source: Companies, Paribas estimates*

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

**Ⅱ** PARIBAS                                                    *EUROPEAN EQUITY RESEARCH*

In the light of the relatively low penetration of fully digital hearing instruments (8–10%) and declining price level of analogue hearing aids, this pricing differential suggests that there is considerable potential for growth from technology conversion. However, as economies of scale arise with growing production volumes, the price of a given model of a digital hearing instrument tends to fall. By continual improvements in technological performance, we believe that manufacturers can maintain the high prices.

*Production rationalisation and outsourcing...*

Because of strong price pressure on simple analogue devices, manufacturers are taking measures to lower costs and improve pricing. Phonak, for instance, suggests that its production techniques enable good profit margins on its analogue ITE instruments. By outsourcing component manufacturing, automating the processes and improving the flow through the factory, the direct cost associated with producing a low-end hearing instrument can be cut substantially to offset the negative profit impact of price erosion. Most companies pursue their own development of microprocessors (amplifiers), but buy electric circuitry (chips) microphones and loudspeakers externally. Knowles Electronics, a privately-held US company, provides 70–75% of the industry's use of microphones, volume controls and switches.

*...and use of old high-technology in lower-end products.*

Widex has adopted another approach to protect its margins by introducing the technology used in its top-of-the range instrument, Senso, in simpler digital configuations. Since development costs have been absorbed by the highly-priced first generation products, it can justify a lower price for the second generation and still obtain a very lucrative margin.

*Substantial price difference to the customer relates mostly to the fitting procedure.*

As such a large proportion of the retail price relates to the cost of the fitting procedure, there has historically been scope for substantial price differences between markets. In Europe, Switzerland is considered to be one of the most expensive markets, partly explained by the relatively generous reimbursement system. On the other side of the scale is Holland, which also has a high reimbursement level, but where the payers – mostly large insurance companies – exert a strong bargaining power vis-a-vis the dispensers.

*The introduction of the Euro will squeeze retailers before the manufacturers.*

Although retail prices may differ widely from market to market, the pricing flexibility for manufacturers is small and could become even smaller with the introduction of the Euro and the establishment of retail chains in several countries. Amplifon, for instance, envisages that retail prices will also gradually converge in Europe, as the introduction of the Euro encourages the payers, e.g. multinational insurance companies, to harmonise their reimbursement policies across the whole of Europe. This should primarily put pressure on the costly and sometimes inefficient practices of independent dispensers, and increase the pressure for retail consolidation.

But lower retail prices are unlikely to result in any significant price pressure on manufacturers, given their small share of the total cost. Moreover, we understand that manufacturers are already well under way to align their pricing policies in Europe.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar                                        WID234557

**PARIBAS**                                                    *EUROPEAN EQUITY RESEARCH*

*This page has been intentionally left blank.*

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234558

**n** PARIBAS                                                                  *EUROPEAN EQUITY RESEARCH*

# Phonak

| | |
|---|---|
| Price: | €1,045.20 |
| | CHF1,670.00 |
| Valuation: | Undervalued |
| Recommendation: | BUY |
| Sector Stance: | Overweight |
| Country Stance: | Underweight |

Switzerland – Pharmaceuticals

| Yr. End Mar | Net Income (CHFm) | Publ. EPS (€m) | Publ. EPS (CHF) | Rec. PE (€) | Rec. PE (x) | PE rel. to Mkt | PE rel. to Europe | CFPS (CHF) | CFPS (€) | Rec. PCF (x) | PCF rel. to Mkt | PCF rel. to Europe | Yld (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1997 | 17.6 | 10.98 | 28.0 | 17.6 | 54.8 | 151.1 | 222.8 | 39.8 | 24.92 | 41.9 | 218.9 | 355.1 | 0.4 |
| 1998 | 23.6 | 14.77 | 37.5 | 23.5 | 40.5 | 155.0 | 168.0 | 51.8 | 32.42 | 32.2 | 178.1 | 250.4 | 0.6 |
| 1999E | 29.3 | 18.32 | 46.6 | 29.2 | 33.8 | 153.0 | 152.1 | 63.0 | 39.42 | 26.5 | 160.2 | 221.4 | 0.7 |
| 2000E | 33.8 | 21.13 | 53.8 | 33.6 | 29.5 | 150.3 | 152.2 | 72.5 | 45.38 | 23.0 | 154.0 | 212.7 | 0.8 |
| 2001E | 44.2 | 27.65 | 70.4 | 44.0 | 22.8 | 119.9 | 122.8 | 91.2 | 57.06 | 18.3 | 110.7 | 166.3 | 1.1 |

| 12 mth Hi/Lo | NAV | Mkt. Cap | Gearing | 12 mth Hi/Lo | NAV | Mkt. Cap |
|---|---|---|---|---|---|---|
| CHF1,785.0–1,270.0 | CHF202.2 | CHF1,049.4m | 31% | €1,121.0–783.3 | €126.6 | €656.8m |

*Spot Rate: €1 = CHF1.60*

- In 1997/1998, Phonak's revenues grew by 28% – 18% was due to internal growth, 7% acquisitions and 3% exchange rate fluctuations. Net profits grew by 34%. An improved product mix boosted sales by 15 percentage points on top of a 13% growth in volumes. The launch of MicroZoom and NovoForte E4 helped to increase the sales of digitally programmable products by 43% and their proportion of sales reached 35% (31%).

- The positive trend continued over the first six months of 1998/1999 (April–September), when sales grew by 22%, a rate which was depressed two percentage points through divestments and currency fluctuations. Net earnings grew by 32%, somewhat helped by a lower tax charge (33% vs. 35%). However, the EBIT margin expanded from 15.5% to 16.3% from continued improvement in the product mix.

- We expect the full year results, due 17 June, to show further improvement in the financial performance. Phonak normally posts stronger sales in H2 and is therefore more profitable than in H1. We are looking for 20% sales growth and a 25% increase in EPS for the full year.

- In 1999/2000, EPS growth should slow down temporarily to 15% only to accelerate to 31% in 2000/2001 following the launch of fully digital hearing instruments in H2 1999/2000. The blip in next year's earnings growth is mainly due to launch costs for the new digital product range.

- Phonak has enjoyed a rating at the top of its industry since its floatation in 1994. We believe that its 5–20% discount to William Demant on 1999–2001 EV/EBITDA will be closed over the next 12 months. The key driver should be the launch of fully digital hearing instruments this coming autumn.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar
                                                                              WID234559