# PARIBAS

### Summary data in CHFm

| P&L Account (m) | 1997 | 1998 | 1999E | 2000E | 2001E |
|---|---|---|---|---|---|
| Turnover | 171 | 219 | 262 | 302 | 353 |
| Other income | 0 | 0 | 0 | 0 | 0 |
| Operating Expenses | -142 | -181 | -216 | -248 | -286 |
| Operating profit | 29 | 37 | 46 | 54 | 67 |
| Net finance costs | -2 | -3 | -3 | -3 | -1 |
| Other recurring items | 0 | 0 | 0 | 0 | 0 |
| Recurrent profit | 27 | 34 | 43 | 51 | 66 |
| Goodwill | -1 | -2 | -2 | -2 | -2 |
| Provisions | 0 | 0 | 0 | 0 | 0 |
| Non recurring items | 0 | -1 | 0 | 0 | 0 |
| Profit before tax | 25 | 32 | 41 | 49 | 64 |
| Tax | -6 | -8 | -12 | -15 | -20 |
| Profit after tax | 18 | 24 | 29 | 34 | 44 |
| Minorities etc | 0 | 0 | 0 | 0 | 0 |
| Associates (net) | 0 | 0 | 0 | 0 | 0 |
| Goodwill (net) | 0 | 0 | 0 | 0 | 0 |
| Net Income (Paribas) | 18 | 24 | 29 | 34 | 44 |
| Extraordinaries | 0 | 0 | 0 | 0 | 0 |
| Dividends | -4 | -6 | -7 | -9 | -11 |
| Retained Profit | 13 | 18 | 22 | 25 | 33 |

| Cash flow Statement (m) | 1997 | 1998 | 1999E | 2000E | 2001E |
|---|---|---|---|---|---|
| Adjusted Net Income | 18 | 24 | 29 | 34 | 44 |
| Depreciation | 6 | 7 | 9 | 10 | 11 |
| Other non cash items | 1 | 2 | 2 | 2 | 0 |
| Rec't cash flow from ops | 25 | 33 | 40 | 46 | 57 |
| Working Capital | -27 | -15 | -4 | -7 | -9 |
| Capital expenditure | -22 | -28 | -14 | -14 | -15 |
| Dividends paid | -4 | -6 | -7 | -9 | -11 |
| Free Cash Flow | -28 | 14 | 14 | 16 | 22 |
| Business acq'ns/disp's | -38 | -4 | -10 | 0 | 0 |
| Non recurring items | 0 | 0 | 0 | 0 | 0 |
| Net cash flow | -67 | 10 | 4 | 15 | 22 |
| Equity finance | 0 | 1 | 0 | 0 | 0 |
| Debt finance | 0 | 0 | 0 | 0 | 0 |
| Movement in cash | -66 | 11 | 4 | 15 | 22 |

| Balance Sheet (m) | 1994 | 1995 | 1996 | 1997 | 1998 |
|---|---|---|---|---|---|
| Intangible assets | 0 | 0 | 5 | 31 | 33 |
| Fixed assets | 44 | 47 | 47 | 73 | 95 |
| Other assets | 1 | 1 | 1 | 4 | 5 |
| Debtors and stock | 50 | 58 | 68 | 90 | 101 |
| Creditors | -28 | -32 | -34 | -29 | -55 |
| Other Liabilities | 0 | 0 | 0 | 0 | 0 |
| Total net assets | 67 | 74 | 87 | 169 | 178 |
| Net debt | 36 | 5 | -4 | 42 | 51 |
| Net assets | 31 | 70 | 91 | 127 | 127 |
| Cap employed | 67 | 74 | 87 | 169 | 178 |

### Summary data in €m

| P&L Account (m) | 1997 | 1998 | 1999E | 2000E | 2001E |
|---|---|---|---|---|---|
| Turnover | 107 | 136 | 164 | 189 | 221 |
| Other Income | 0 | 0 | 0 | 0 | 0 |
| Operating Expenses | -89 | -112 | -135 | -155 | -179 |
| Operating profit | 18 | 23 | 29 | 34 | 42 |
| Net finance costs | -1 | -2 | -2 | -2 | -1 |
| Other recurring items | 0 | 0 | 0 | 0 | 0 |
| Recurrent profit | 17 | 21 | 27 | 32 | 41 |
| Goodwill | -1 | -1 | -1 | -1 | -1 |
| Provisions | 0 | 0 | 0 | 0 | 0 |
| Non recurring items | 0 | 0 | 0 | 0 | 0 |
| Profit before tax | 16 | 20 | 26 | 31 | 40 |
| Tax | -5 | -5 | -7 | -9 | -12 |
| Profit after tax | 11 | 15 | 19 | 21 | 28 |
| Minorities etc | 0 | 0 | 0 | 0 | 0 |
| Associates (net) | 0 | 0 | 0 | 0 | 0 |
| Goodwill (net) | 0 | 0 | 0 | 0 | 0 |
| Net income (Paribas) | 11 | 15 | 18 | 21 | 28 |
| Extraordinaries | 0 | 0 | 0 | 0 | 0 |
| Dividends | -3 | -4 | -5 | -5 | -7 |
| Retained Profit | 8 | 11 | 14 | 16 | 21 |

| Cash Flow Statement (m) | 1997 | 1998 | 1999E | 2000E | 2001E |
|---|---|---|---|---|---|
| Adjusted Net Income | 11 | 15 | 18 | 21 | 28 |
| Depreciation | 4 | 4 | 5 | 6 | 7 |
| Other non cash items | 1 | 1 | 1 | 1 | 1 |
| Rec't cash flow from ops | 16 | 20 | 25 | 29 | 36 |
| Working Capital | -17 | -9 | -3 | -5 | -6 |
| Capital expenditure | -14 | -17 | -9 | -9 | -9 |
| Dividends paid | -3 | -4 | -5 | -5 | -7 |
| Free Cash Flow | -18 | 9 | 9 | 10 | 14 |
| Business acq'ns/disp's | -24 | -3 | -5 | 0 | 0 |
| Non recurring items | 0 | 0 | 0 | 0 | 0 |
| Net cash flow | -41 | 6 | 2 | 10 | 14 |
| Equity finance | 0 | 1 | 0 | 0 | 0 |
| Debt finance | 0 | 0 | 0 | 0 | 0 |
| Movement in cash | -41 | 7 | 2 | 10 | 14 |

| Balance Sheet (m) | 1994 | 1995 | 1996 | 1997 | 1998 |
|---|---|---|---|---|---|
| Intangible assets | 0 | 0 | 3 | 19 | 20 |
| Fixed assets | 27 | 32 | 28 | 45 | 59 |
| Other assets | 0 | 1 | 1 | 3 | 3 |
| Debtors and stock | 31 | 39 | 40 | 56 | 62 |
| Creditors | -18 | -22 | -20 | -18 | -34 |
| Other Liabilities | 0 | 0 | 0 | 0 | 0 |
| Total net assets | 41 | 50 | 52 | 105 | 111 |
| Net debt | 22 | 3 | -2 | 26 | 32 |
| Net assets | 19 | 47 | 54 | 79 | 79 |
| Cap employed | 41 | 50 | 52 | 105 | 111 |

| Euro rates used | 1994 | 1.61 | 1995 | 1.47 | 1996 | 1.68 | 1997 | 1.61 | 1998 | 1.61 |
|---|---|---|---|---|---|---|---|---|---|---|



**Price and Price Relative to Market**



**Euro Price and Price Relative to Eurotop 300**

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234560

**PARIBAS**

*EUROPEAN EQUITY RESEARCH*

# Investment Appraisal

*Erratic share outperformance since the floatation in 1995.*

The Phonak stock has outperformed the Swiss market by 8% per year since its IPO in 1995, though in an erratic fashion. During its first year as a public company, the stock outperformed the Swiss market by more than 100%, but in line with the European medical technology sector. Phonak underperformed its local index persistently during 1996–1997. In 1998, the absolute and relative performance improved sharply, and the stock proved particularly resilient during the financial crisis last autumn. It has continued to outperform over the first few months of 1999.

**Relative Share Performance to Swiss Market since Floatation**



— Phonak
----- Swiss Market – Price Index

*Source: Datastream*

*5-year compound EPS growth of 22%.*

We believe the stock should continue its outperformance, because its annual earnings growth over the next five years of 22% far surpasses the Eurotop-300 and the European medical device sector, which is expected to grow at 12–14%.

*EPS growth of 25% this year, 15% next year and 31% the year after.*

We forecast that EPS growth will be 25% during the current financial year helped by margin improvement and sales growth of 20%. In 1999/2000, EPS growth should slow down temporarily to 15% only to accelerate to 31% in 2000/2001 following the launch of fully digital hearing instruments in H2 1999/2000. The blip in next year's earnings growth is mainly due to launch costs associated with the new range of digital products.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234561

**⬛ PARIBAS**                                                                    *EUROPEAN EQUITY RESEARCH*

## Investment Timing

*Revision ranking to improve investment timing.*

Paribas operates a model, which aims to provide the investor with better information as to the timing of investment or disinvestment in specific companies. The method is based on relative revision rankings on a local market basis, i.e. companies with a high revision ranking have been subject to earnings upgrades relative to the market and are therefore likely to outperform the subsequent period.

### Revision Ranking March 1999
Phonak (Switzerland)
Health



*Source: Paribas*

*Phonak's revision ranking is at the very top of the Swiss market.*

Phonak's revision ranking is in the top quartile relative to the Swiss market. The relative earnings upgrades started to materialise after the publication of the full year 1997/1998 results in June 1998, and have continued over the excellent interim report in November last year.

## Valuation

*Highly-rated relative to Europe, but cheaper than some US stocks.*

Like William Demant, Phonak belongs to the most highly rated medical device companies in Europe. In fact, its Enterprise Value, PER and PCF multiples match the major pharmaceutical stocks in Europe. However, it is still significantly cheaper than the large medical technology companies in the USA, such as Medtronic, Guidant, Boston Scientific, etc.

*Strong arguments why high rating will persist.*

We believe that there are strong arguments why this high rating will persist. First, the pricing environment for high-end hearing instruments is benign, and, thus, different to many other healthcare companies, which fight against large purchasing groups and tight hospital budgets. The pricing power is supported by the industry's increasing direct exposure to customers through advertising. Secondly, and tied to the first argument, the conversion from analogue to digital technology offers the hearing instrument companies scope for profitable organic growth even though volume growth may remain modest (3–4%). Thirdly, Phonak's potential to make earnings-enhancing acquisitions is good, since it could pay with its highly rated equity. This is one of the key reasons why stocks like Medtronic have performed so well, despite extremely high rating and moderate underlying revenue growth of 10–15%.

*The launch of fully digital instruments is the risk and opportunity in the stock over the next 12 months.*

As for any highly rated company, changes to the operating environment or internal operational problems could have a severe impact on the share price. In the case of Phonak, we consider the risk for adverse changes to the operating environment to be fairly small over the next couple of years (good pricing environment, potential for industry consolidation, digital conversion, etc). A delay in launching fully digital

43

# PARIBAS

EUROPEAN EQUITY RESEARCH

hearing instruments this coming autumn could occur, which would have a sudden negative impact on the share price. Obviously, it is not possible to foresee such an event today, and the company's track record speaks against such a scenario. However, also stock market expectations on the launch could prove exaggerated, which could undermine positive earnings revisions.

## Recurring PER

|  | 1998 | 1999E | 2000E |
|---|---|---|---|
| **Hearing Instruments** |  |  |  |
| Cochlear* | 31.8 | 27 | 23.1 |
| GN Great Nordic | 28.7 | 24.8 | 20.8 |
| Phonak | 33.7 | 29.5 | 22.8 |
| William Demant | 29.9 | 25.7 | 22.8 |
| *Average* | *31.0* | *26.8* | *22.4* |
| **European MedTech** |  |  |  |
| Fresenius Medical Care | 21.3 | 17.6 | 14.2 |
| Gambro | 15.9 | 14.7 | 11.2 |
| Instrumentarium | 14.5 | 9.6 | 8.1 |
| Nobel Biocare | 31.2 | 18 | 14.9 |
| Nycomed Amersham | 20.4 | 18.1 | 16.2 |
| Smith & Nephew | 17.9 | 15.9 | 14.4 |
| Sulzer Medica | 12.9 | 13.5 | 12.3 |
| *Average* | *22.0* | *18.1* | *15.2* |
| **US MedTech*** |  |  |  |
| Baxter | 28.3 | 25.4 | 22.4 |
| Boston Scientific | 39.2 | 29.8 | 23.8 |
| Guidant | 55.4 | 49.0 | 40.9 |
| Medtronic | 46.4 | 38.3 | 32.5 |
| Stryker | 33.0 | 31.4 | 22.9 |
| *Average* | *40.5* | *34.8* | *28.5* |

*Based on publised EPS
Source: Paribas estimates and IBES for non-European companies

## Recurring Price Cash Flow Ratios

| Company | 1998 | 1999E | 2000E |
|---|---|---|---|
| **Hearing Instruments** |  |  |  |
| Cochlear | 24.8 | 21.5 | 21.1 |
| GN Great Nordic | 11.3 | 9.8 | 8.6 |
| Phonak | 26.5 | 23 | 18.3 |
| William Demant | 24.7 | 21.7 | 19.5 |
| *Average* | *21.8* | *19.0* | *16.9* |
| **European MedTech** |  |  |  |
| Fresenius Medical Care | 10.9 | 9.9 | 8.4 |
| Gambro | 4.9 | 7 | 7.3 |
| Instrumentarium | 5.7 | 6.4 | 5.7 |
| Nobel Biocare | 28.1 | 12.7 | 10.9 |
| Nycomed Amersham | 14 | 12.4 | 11 |
| Smith & Nephew | 13.8 | 12.1 | 11 |
| Sulzer Medica | 12.4 | 13.4 | 12.1 |
| *Average* | *15.7* | *13.2* | *11.6* |

Source: Paribas estimates and IBES for non-European companies

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234563

**❏ PARIBAS**                                               *EUROPEAN EQUITY RESEARCH*

**Enterprise Value/EBITDA**

|                          | 1997 | 1998 | 1999E | 2000E | 2001E |
|--------------------------|------|------|-------|-------|-------|
| Fresenius Medical Care   | 11.0 | 9.1  | 8.2   | 7.2   | 6.1   |
| Gambro                   | 3.7  | 7.4  | 7.4   | 6.3   | 5.4   |
| Instrumentarium          | 8.9  | 16.9 | 10.1  | 7.3   | 6.2   |
| Nobel Biocare            | 13.4 | 17.4 | 13.0  | 10.5  | 8.7   |
| Nycomed Amersham         | 9.4  | 9.4  | 8.1   | 7.1   | 6.6   |
| Phonak                   | 15.5 | 20.1 | 16.9  | 13.4  | 11.3  |
| Smith & Nephew           | 6.7  | 8.2  | 8.5   | 8.0   | 7.3   |
| Sulzer Medica            | 9.2  | 9.1  | 8.2   | 7.1   | 6.2   |
| William Demant           | 21.3 | 20.7 | 17.8  | 15.5  | 13.7  |
| *Average*                | *11.0* | *13.1* | *10.9* | *9.2* | *7.9* |

*Source: Paribas estimates*

*Our preference for Phonak is based on its higher earnings growth rate.*

Phonak's relative attraction to William Demant is not obvious on valuation comparisons over 1999–2000. In fact, it trades at a 12-15% premium relative to William Demant on PER during 1998–1999, though in 2000 the stocks are trading on par and William Demant at a premium thereafter. However, on EV/EBITDA, Phonak trades at a discount to William Demant across our forecast period, which grows from 5% in 1999 to 13% in 2000 and 17% in 2001. The difference in outcome between the two measures is because of William Demant's lower tax rate, which we, however, estimate will rise by five percentage points over the next five years.

*Trading at an average 45-75% premium to the medtech sector on all measures.*

Compared to the European medical technology sector, Phonak trades at a premium on PER of 50-65%, on PCF of 60-75% and on EV/EBITDA of 45–55% over 1998–2000.

## Discounted Cash Flow

We have valued Phonak by using a two-period discounted cash flow (DCF) model. This model is particularly attractive, when the profits and value of a company lie far ahead in the future. Unlike Enterprise Value/EBITDA, PER and PCF, it suggests an exact value of the share.

The underlying assumptions of the DCF model are the following:

**Valuation Assumptions**

| Parameter                            | Value     |
|--------------------------------------|-----------|
| Forecast period                      | 10 years  |
| Risk-free Rate                       | 4.3%      |
| Risk Premium on Equity               | 5.2%      |
| Cost of Debt Premium                 | 0.7%      |
| Beta                                 | 0.71      |
| Tax Rate                             | 30%       |
| Long-term growth rate                | 4%        |
| Required Rate of Return on Equity    | 7.99%     |
| Required Rate of Return on Debt      | 5%        |
| Weighted Average Cost of Capital     | 7.76%     |
| Fair Value                           | CHF2,460  |

*Source: Paribas*

*Fair value of CHF2,460, using the current Euro bond yield.*

The DCF model suggests that the Phonak is worth CHF2,460, which is 47% above the current share price (CHF1,670). By using the risk-free rate in Switzerland, the stock is worth CHF4,480, which implies an upside of 167%. By reversing the calculation, we can say that Phonak's current share price would be its fair value if the risk-free rate was 5.7%.

---

45

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar                                               WID234564

**PARIBAS**                                                         *EUROPEAN EQUITY RESEARCH*

| | |
|---|---|
| *Target price of CHF2,100 by ultimo 1999.* | However, we believe the stock will reach CHF2,100, implying an upside of 25%, by the end of this year. We base our target price on the expectation of adverse changes in the risk-free rate, which should prevent the share from reaching its fundamental value today. Paribas forecasts that the long-term Euro bond yield will rise to 5.0% by the end of 1999. |

## Ownership – Share Characteristics

*42% of the shares are now in free float.*

The majority of Phonak's equity is held by three private individuals, who are also company executives, and Indelec, a UBS investment fund. They were the only shareholders prior to the IPO and now control 58% of the equity. We understand that none of the main private owners have family members who are interested in taking on the business, and, in fact, the original shareholders have cut their holdings substantially since the floatation on the stock exchange in 1995. At that time 19.4% of the share capital was offered to the public, whereas the free float is now about 42%. Only 3–5 percentage points of the shares are in foreign hands. We expect the majority of the company to be in public hands in three to five years time.

*Simplified share structure.*

The A and B classification of the registered shares were abolished in 1997, and Phonak is now represented by a single class of shares, Phonak Holding. The registration in the share register as a shareholder with voting rights is limited to 5% of the share capital. In addition, no one shareholder or constellation of shareholders, other than the four principal shareholders, can exercise voting rights for more than 10% of the total number of shares entered in the commercial register. The restrictions are identical for Swiss and foreign shareholders.

*Takeover rules.*

Phonak can be taken over with the permission of its original shareholders, unlike William Demant which requires a change in the statutes of the William Demant Foundation. A buyer of shares is not obliged to submit a public offer as long as he does not control more than 49% of the votes. This stipulation of the by-laws applies only in the case of a legal obligation applicable to the company referring to compulsory public offers.

*Incentive programme for management.*

About 5% of the equity (30,000 shares) is devoted to an employee incentive programme. Options has been offered to 100 managers both in Switzerland and abroad. By the end of last financial year, 8,297 shares and a further 3,275 call options, had been issued. The options are exercisable between March 1998 and January 2005. The programme is expanded on a yearly basis and the remaining conditional capital is expected to last another three to five years.

### Main Shareholders

| | 31.3.97 | 31.3.98 |
|---|---|---|
| Hans-Ueli Rihs | 20.1 | 19.8 |
| Beda Diethelm | 20.3 | 18.3 |
| Andreas Rihs | 20.1 | 18.2 |
| Indelec Holding AG | 7.7 | 6.6 |
| Free float | 31.8 | 37.1 |
| *of which foreign shareholders | 3% | 5% |

*Source: Phonak accounts and estimates*

The average daily trading volume over the past six months has been somewhat above 1,000 shares, corresponding to a daily turnover of CHF1.62m or €1.01m.

---

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar                                    WID234565

**n** PARIBAS

*EUROPEAN EQUITY RESEARCH*

## Recommendation and Price Target

*Positive earnings revisions and newsflow to drive share.*

Despite the strong share performance over the past six months, we recommend buying Phonak. The stock represents a prime investment vehicle into the growing hearing instrument industry and a main beneficiary of the digital conversion. The share should benefit from positive earnings revisions, and from the launch of its first fully-digital range of hearing instruments during the autumn of 1999.

*Target price of CHF 2,100, +25%.*

Our 10-year DCF model suggests that the fair value of the Phonak share is about CHF 2,460, which is 47% above the current value. However, our target price over the next 12 months is CHF2,100.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234566

**PARIBAS**

# Background and Strategy

*Phonak was founded in 1947 and went public in 1995.*

Phonak was orginally called Elektroakustik AG, a company focusing on the development, manufacture and distribution of hearing instruments which was founded in Zurich by a Franco-Belgian consortium in 1947. Ernst Rihs, an industrialist, acquired the company in 1965. At the beginning of the 1970s, Phonak introduced behind-the-ear hearing instruments and started growing internationally through exports and acquisitions of distribution capacity. In 1980s, the sons of Ernst Rihs, Andreas E. Rihs and Hans-Ueli Rihs, took over ownership and management, together with an associate, Beda Diethelm. In 1994, the company was floated on the Zurich Stock Exchange and 20% of the company was sold to the public.

## Strategy and Outlook

*Growth strategy.*

Phonak's board has specified clear financial goals (see Financial Outlook). The company aims to grow organically at a rate of 15% per year and to be one of the three leading providers of hearing aids in five years time by doubling its global market share from 8% to 15%. It is currently number five. Like William Demant, it aims to be an active partner in industry consolidation. It seeks to expand the reach of the international sales organisations, partly through acquiring existing distributors and partly through setting up its own sales organisations.

**Phonak's Market Position**

| Country | Market Share | Market Position |
|---|---|---|
| Belgium/Luxemburg | 45% | 1 |
| New Zealand | 37% | 1 |
| Switzerland | 36% | 1 |
| France | 15% | 3 |
| Italy | 11% | 3 |
| Germany | 10% | 3 |
| Australia | 9% | 4–6 |
| Scandinavia | 8% | 4–6 |
| Spain | 7% | 4–5 |
| USA/Canada | 6% | 6–7 |
| Japan | 3% | 4–5 |
| UK | 2% | 7–8 |

*Source: Phonak and Paribas estimates*

*Technology focusing on functionality rather than sophistication.*

The company's technological strategy is to improve the functionality and quality of hearing instruments, and thus to broaden its customer base. Phonak, which currently uses a mix of analogue and digital technologies, stresses that a good hearing instrument is not only a question of technology, but of customer solutions. One example is the dual microphone hearing computer, MicroZoom, which has helped the company to gain market share, and to improve its product mix and profitability. Although not the front-runner in digital technology, it is hopeful its first fully digital hearing aids to be launched in 1999 will compare well with existing fully digital products.

*Research & Development.*

Research and development is concentrated in Switzerland at Stäfa and Murten, employing some 80 engineers and scientists specialising in micro-mechanics, micro-electronics, audio technology, electro-acoustics, psycho-acoustics, materials research, production and information technology. R&D costs as a proportion of sales have fallen somewhat over the past few years from 10% in 1993/1994 to 7.3% in 1997/1998, but have grown in absolute terms by 12% per year. We expect R&D costs to grow in level with sales in the future.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234567

**☐ PARIBAS**                                            *EUROPEAN EQUITY RESEARCH*



Source: Phonak

**Software development-**
**increasingly important.**

Similar to its competitors, Phonak dedicates substantial resources to software development for hearing instrument fitting. It develops software user-friendly operating systems for personal adjustment of hearing instruments to the individual needs for optimisation of hearing performance. Phonak Fitting Guideline (PFG) software is the first 32-bit fitting module on the market and therefore one of the fastest. We understand that this software, which has been programmed to run reliably on existing and future systems, is one of Phonak's foremost competitive tools.

**Personal communication**
**concept.**

In the future, Phonak intends to develop systems, which permits selective listening and superior hearing to normal hearers in noisy environments. The scope of potential applications extends to the needs of people with normal hearing, in for instance security and sports. It also aims to improve the signal processing so that fragmented signals can be rebuilt into sounds, which would improve intelligibility substantially.

**Efficient and flexible**
**manufacturing structure.**

The vast majority of Phonak's production is based in Switzerland. The Technology Center at Stäfa, Switzerland, was opened in September 1997, and is structured to cope with three times the current output of 360,000 units. Phonak believes this can be achieved by a higher degree of automation in production, outsourcing certain non-strategic processes and by increasing flexibility in its shift-work structure. In fact, the Swiss parliament removed a previous restriction to night work for women in 1998, which was particularly significant for Phonak, since the majority of the manufacturing staff are women. In addition, the company has two smaller production units, one focusing on cordless communication devices at Murten, Switzerland, and one in Australia dedicated to producing faceplates for ITE instruments, with a capacity of 40,000 units. Phonak has elected not to establish production units in low-cost countries, since it considers that the proximity to product development is a larger benefit. We believe that the company may need to revise this strategy, as the digital technology becomes commonplace in 3–5 years time and prices come down.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar                                            WID234588

**PARIBAS**                                          *EUROPEAN EQUITY RESEARCH*



Sales of Analogue and Digitally Programmable Hearing Instruments (CHFm)

*Source: Phonak*

## Product Portfolio

*Phonak's instruments use a microchip developed in co-operation with CSEM.*

The core element of Phonak's hearing instruments is a proprietary microchip developed in close collaboration with CSEM, the Swiss Center for Electronics and Microtechniques, which also works with the watch industry.

Phonak's hearing instruments can be split into four main categories:

- PiCS (Personally Integrated Communication Solutions) is a line of digitally programmable 3-channel instruments which allow several individual hearing programmes, e.g. listening to music, and understanding speech in noisy environments to be programmed into the instrument, in order to facilitate a more precise adjustment to the individual's hearing loss. Within this line, there are a number of BTE instruments, such as Powerzoom, Piconet and Sonoforte as well as ITE instruments, such as MicroZoom and Dyna and Sona.

- E-Prom, which is a line of digitally programmable, mostly BTE, instruments for severe hearing impairment. NovoForte E4 is a high gain hearing instrument for adults and children which was launched at the beginning of 1998. Phonak expects to benefit from a rising level of replacement purchases in the high gain segment over the coming few years.

- Astro – a line of two-channel CIC instruments with different programming features, which were launched last autumn. Astro belongs to the smallest digitally programmable hearing instruments available, and serves primarily as an entry-level product for first-time users who are particularly concerned with aesthetic aspects of wearing a hearing instrument.

- Classic – BTE instruments based on analogue hearing technology – is an important product line in developing markets and in countries with limited social security systems, such as Germany and Italy, and/or highly cost-conscious customers. It uses a particularly economical microchip and large production runs, which enables Phonak to obtain good margins despite price erosion in the low-end segment.

50

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar                                    WID234569

**□ PARIBAS**                                          *EUROPEAN EQUITY RESEARCH*

- MicroLink – a small receiver which is attached to the body of a BTE hearing aid, such as the PowerZoom. It enables severely hearing deficient to hear and understand clearly in noisy environments. The system consists of two parts: the HandyMic, which picks up the speaker's voice directly at the source and transmits it, cable-free, to the MicroLink receiver.

*Launch of fully digital hearing devices in the autumn of 1999.*

However, the company is also developing fully digital hearing computers, which it believes will represent a second generation of fully digital hearing computers. Development work is nearing completion and pre-marketing activities started as early as last year. The new range of products will be introduced in H2 1999/2000, but is not expected to have a substantial impact on sales growth until 2000/01.

**Sales Mix 1997/1998**



Source: Phonak

---

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar                                          WID234570

**ⓝ** PARIBAS                                                    *EUROPEAN EQUITY RESEARCH*

# Financial Outlook

## Recent Financial Performance

*Organic revenue growth of 18% and profit growth of 34% in 1997/1998.*

In 1997/1998, Phonak's revenues grew by 28% – 18% was due to internal growth, 7% acquisitions and 3% exchange rate fluctuations. Phonak's unit sales grew by 13% in 1997/1998, but a better sales mix from high-end products and MicroLink added another 15% to the growth on the sales level. Net profits grew by 34%. The launch of MicroZoom and E-PROM helped to boost sales of digitally programmable instruments by 43% and their proportion of the sales mix reached 35% (31%). The MicroLink and NovoForte E4 have been the main growth drivers over the past 12 months. Also, classic BTE instruments grew by 4%, showing a good performance in developing markets, such as Eastern Europe and Asia.

*Positive trend accelerated in H1 1998/1999...*

The positive trend continued over the first six months of 1998/99 (April-September), when sales grew by 22%, a rate which was depressed two percentage points through divestments and currency fluctuations. Net earnings grew by 32%, somewhat helped by a lower tax charge (33% vs. 35%). However, the EBIT margin expanded from 15.5% to 16.3% from continued improvement in the product mix.

**Financial comparison H1 and FY 1998/1999**

|        | H1 97/98 | H1 98/99 | Change | 1997/98 | 1998/99 | Change |
|--------|----------|----------|--------|---------|---------|--------|
| Turnover | 102.5 | 125.1 | 22.1% | 262.3 | 301.7 | 20.0% |
| EBITDA | 20.0 | 25.4 | 26.9% | 44.6 | 54.8 | 23.0% |
| *margin* | *19.5%* | *20.3%* | | *20.4* | *20.9* | |
| EBIT | 15.8 | 20.3 | 28.4% | 35.6 | 44.5 | 25.0% |
| *margin* | *15.5%* | *16.3%* | | *16.3%* | *17.0%* | |
| EPS | 15.06 | 19.8 | 31.6% | 37.5 | 46.7 | 24.3% |

*Source: Company accounts, Paribas estimates*

*...and we see further improvement in H2.*

We expect the full year results, to be published 17 June, to show further improvement in the financial performance. Phonak normally posts stronger sales in H2 and is therefore more profitable than in H1. We are looking for 20% sales growth and a 26% increase in EPS for the full year.

*EPS growth of 25% this year, 15% next year and 31% the year after.*

In 1999/2000, EPS growth should slow down temporarily to 15% only to accelerate to 31% in 2000/2001 following the launch of fully digital hearing instruments in H2 1999/2000. The blip in next year's earnings growth is mainly due to launch costs for the new digital product range.

**Phonak Revenues (1997/1998)**



*Source: Phonak*

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar                                    WID234571

**PARIBAS**                                                                    *EUROPEAN EQUITY RESEARCH*

## Financial Targets

*Targeting compound average sales growth of 15% per year.*

Our forecasts are based on 15% organic sales growth, mainly driven by digital products. This should enable the company to achieve its targets of CHF300m sales in 1999/2000 and CHF600m in 2004/2005 and to raise the EBIT margin from the current level of 16% to about 20%, as a result of an improvement in gross margins.

### The Company's Financial Goals between now and 2005/2006

|                       | Goal    | 1997/1998 |
|-----------------------|---------|-----------|
| EBIT margin           | 18–22%  | 16.0%     |
| Net return on sales   | 12–15%  | 10.8%     |
| Net return on equity  | 20–25%  | 20.2%     |
| Equity financing ratio| 40–50%  | 48.6%     |
| Dividend payout       | 25–30%  | 24.0%     |

*Source: Phonak*

*Tax rate.*

The tax system of the canton of Zurich changed from a past to present tax assessment base from 1 January 1999. Due to a transitional gap in 1997/98, the tax rate fell from 30.6% to 26.1% during the past accounting year (April 1997–March 1998), and we expect it to be 28% in 1998/1999. However, in the financial year 1999/2000, we expect it to rise to a normalised rate of 30–31%.

*Dividend policy.*

Phonak pursues a flexible dividend policy, which primarily reflects the company's financial performance, but also takes into account the desired capital structure (40–50% equity financing ratio) and financing needs. Historically, the payout level has been 25–30% of net earnings, which we also forecast for the next 3–5 years.

*Capital expenditure.*

Over the past two years, the company's capital expenditure level has been very high, at CHF22–28m, boosted by the construction of the technology centre at Stäfa. In addition, Phonak acquired a leading Belgian retail outlet, Laperre, in 1996. Over the next few years, we project a substantially lower level of capital expenditure at around CHF15–17m excluding acquisitions.

*Currency sensitivity.*

Given that most of Phonak's production and only a small part of its sales take place in Switzerland, the group earnings are exposed to currency fluctuations. The largest exposure is to the Euro followed by the US$. The positive exposure to the dollar is however offset by 50% through large component purchases. Over the past few years, the currency effects have been significant. In our calculations below, we have assumed that 50% of revenues are derived in Euros and 50% in US dollar. As Paribas forecasts a gradual weakening of the dollar, Phonak is likely to experience some currency pressure over the next couple of years, although it should not be as strong as it was in 1995–1996.

### Revenue Analysis

|                 | 1994/1995 | 1995/1996 | 1996/1997 | 1997/1998 | 1998/1999E | 1999/2000E | 2000/01E |
|-----------------|-----------|-----------|-----------|-----------|------------|------------|----------|
| Internal        | 22.0%     | 10.0%     | 6.2%      | 17.6%     | 20.3%      | 15.0%      | 17.0%    |
| External        | 0.0%      | 0.0%      | 16.6%     | 7.3%      | -0.3%      | 0.0%       | 0.0%     |
| Local currency  | 22.0%     | 10.0%     | 22.8%     | 24.9%     | 20.0%      | 15.0%      | 17.0%    |
|                 |           |           |           |           |            |            |          |
| €/CHF           | 1.69      | 1.61      | 1.53      | 1.61      | 1.6        | 1.66       | 1.66     |
|                 |           | -4.7%     | -5.0%     | 5.2%      | -0.6%      | 3.7%       | 0.0%     |
| US$/CHF         | 1.46      | 1.31      | 1.17      | 1.3       | 1.45       | 1.39       | 1.3      |
|                 |           | -10.3%    | -10.7%    | 11.1%     | 11.5%      | -4.1%      | -6.5%    |
| Currency effects|           | -7.5%     | -7.8%     | 8.2%      | 5.5%       | -0.2%      | -3.2%    |

*Source: Company accounts and Paribas estimates*

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar                                        WID234572

**PARIBAS**

*EUROPEAN EQUITY RESEARCH*



Currency Exposure: Revenues and Personnel Costs Per Region

*Source: Phonak*

---

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234573

 PARIBAS

*EUROPEAN EQUITY RESEARCH*

# Financial Models

## Profit and Loss Account

| | 1994/95 | 1995/96 | 1996/97 | 1997/98 | 1998/99E | 1999/00E | 2000/01E | 2001/02E | 2002/03E |
|---|---|---|---|---|---|---|---|---|---|
| Net sales | 126 | 132 | 171 | 219 | 262 | 302 | 363 | 409 | 471 |
| Growth | 17.3% | 5.1% | 29.4% | 27.6% | 20.0% | 15.0% | 17.0% | 16.0% | 15.0% |
| Operating costs | -98 | -102 | -136 | -174 | -208 | -238 | -275 | -314 | -359 |
| EBITDA | 27 | 31 | 35 | 44.6 | 54.8 | 64 | 78 | 95 | 112 |
| EBITDA margin | 21.7% | 23.1% | 20.5% | 20.4% | 20.9% | 21.1% | 22.1% | 23.3% | 23.8% |
| Depreciation | -4 | -5 | -6 | -7.234 | -9 | -10 | -11 | -13 | -14 |
| Amortisation | 0 | 0 | -1.241 | -1.724 | -1.8 | -1.8 | -1.8 | -2 | -2 |
| EBIT | 22.9 | 26.0 | 27.6 | 35.6 | 44.5 | 51.9 | 64.9 | 80.7 | 96.7 |
| EBIT margin | 18.2% | 19.6% | 16.1% | 16.3% | 17.0% | 17.2% | 18.4% | 19.7% | 20.3% |
| Financial income | 1 | 1 | 1 | 1 | 1 | 1.0 | 2.0 | 3 | 4 |
| Interest expense | -1 | -2 | -3 | -4 | -4 | -4.0 | -3.0 | -2 | -2 |
| Profit after financials | 20.7 | 25.2 | 25.7 | 32.7 | 41.2 | 48.9 | 63.9 | 81.7 | 97.7 |
| Growth | 32.4% | 21.7% | 1.8% | 27.3% | 26.1% | 18.6% | 30.7% | 28.0% | 19.6% |
| Tax | -6.8 | -8.7 | -7.8 | -8.4 | -11.7 | -14.9 | -19.5 | -24.9 | -29.8 |
| Non-recurring items | -0.111 | 1.902 | -0.328 | -0.584 | 0 | | | | |
| Minorities | -0.576 | -0.737 | -0.041 | -0.117 | -0.15 | -0.15 | -0.15 | -0.15 | -0.15 |
| Net profit | 13.2 | 17.7 | 17.6 | 23.6 | 29.3 | 33.8 | 44.2 | 56.6 | 67.8 |
| | | | | | | | | | |
| EPS | 21.3 | 28.2 | 28.0 | 37.5 | 46.7 | 53.8 | 70.4 | 90.2 | 107.9 |
| Growth | -9.8% | 32.0% | -0.6% | 34.2% | 24.3% | 15.3% | 30.8% | 28.1% | 19.6% |
| Dividend | 4.00 | 7.00 | 7.00 | 9.0 | 11.7 | 13.5 | 17.6 | 27.0 | 35.6 |
| Growth | 33.3% | 75.0% | 0.0% | 28.6% | 29.6% | 15.3% | 30.8% | 53.7% | 31.6% |
| | | | | | | | | | |
| PER | 23.4 | 44.4 | 41.1 | 27.2 | | | | | |
| No. shares (m) | 0.62 | 0.626854 | 0.627054 | 0.628297 | 0.628372 | 0.628297 | 0.628297 | 0.628297 | 0.628297 |
| Conditional capital (m) | 0.03 | 0.023346 | 0.022946 | 0.021703 | 0.021703 | 0.021703 | 0.021703 | 0.021703 | 0.021703 |

## Balance Sheet

| | 1994/95 | 1995/96 | 1996/97 | 1997/98 | 1998/99E | 1999/00E | 2000/01E | 2001/02E | 2002/03E |
|---|---|---|---|---|---|---|---|---|---|
| Share capital | 12.4 | 12.5 | 12.5 | 12.6 | 12.6 | 12.6 | 12.6 | 12.6 | 12.6 |
| Reserves | 57.2 | 76.7 | 114.5 | 114.5 | 136.8 | 162.0 | 195.3 | 235.0 | 280.5 |
| Trade creditors | 8.1 | 7.0 | 11.8 | 16.3 | 18.4 | 21.1 | 24.7 | 28.7 | 33.0 |
| Non financial debt | 23.9 | 27.0 | 17.2 | 39.9 | 43.3 | 49.6 | 56.2 | 67.6 | 77.7 |
| Financial debt | 34.6 | 32.9 | 71.5 | 79.4 | 75.3 | 59.7 | 37.4 | 8.8 | 8.8 |
| Total liabilities | 136.3 | 158.2 | 227.5 | 261.7 | 286.1 | 305.2 | 328.2 | 362.6 | 412.6 |
| | | | | | | | | | |
| Fixed assets | 47.5 | 47.4 | 72.9 | 95.2 | 100.7 | 105.2 | 108.9 | 112.2 | 115.1 |
| Intangible assets | 0.0 | 4.7 | 31.0 | 32.6 | 30.8 | 29.0 | 27.2 | 25.2 | 23.2 |
| Investments | 1.1 | 1.1 | 4.3 | 4.9 | 14.7 | 14.8 | 14.4 | 14.3 | 14.1 |
| Cash | 29.9 | 37.1 | 29.7 | 28.2 | 28.2 | 28.2 | 28.2 | 28.2 | 62.2 |
| Inventories | 29.3 | 34.7 | 47.2 | 51.8 | 56.4 | 64.9 | 75.9 | 88.0 | 101.2 |
| Trade debtors | 26.1 | 26.1 | 34.6 | 41.7 | 47.2 | 54.3 | 63.5 | 73.7 | 84.8 |
| Other current assets | 2.4 | 7.2 | 7.8 | 7.2 | 8.0 | 9.0 | 10.0 | 11.0 | 12.0 |
| Total assets | 136.3 | 158.2 | 227.5 | 261.7 | 286.1 | 305.2 | 328.2 | 362.6 | 412.6 |

## Cash Flow

| | 1994/95 | 1995/96 | 1996/97 | 1997/98 | 1998/99E | 1999/00E | 2000/01E | 2001/02E | 2002/03E |
|---|---|---|---|---|---|---|---|---|---|
| Net Profit | 13.2 | 17.7 | 17.6 | 23.6 | 29.4 | 33.9 | 44.4 | 56.8 | 67.9 |
| Depreciation and amortisation | 4.4 | 4.6 | 7.4 | 9.0 | 10.3 | 11.8 | 13.1 | 14.7 | 16.1 |
| Minorities | 0.6 | 0.7 | 0.0 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Gross Cash Flow | 18.2 | 23.0 | 25.0 | 32.7 | 39.9 | 45.9 | 57.8 | 71.6 | 84.2 |
| | | | | | | | | | |
| Dividends | -2.5 | -4.4 | -4.4 | -5.7 | -7.4 | -8.5 | -11.1 | -17.0 | -22.4 |
| Capex | -8.4 | -4.7 | -22.0 | -28.0 | -14.0 | -14.5 | -15.0 | -16.0 | -17.0 |
| Acquisitions | | -6.7 | -38.3 | -4.4 | -10.0 | | | | |
| Net Cash Flow | 7.3 | 7.2 | -39.7 | -5.4 | 8.5 | 22.9 | 31.5 | 38.6 | 44.8 |
| | | | | | | | | | |
| Change in working capital | -3.8 | -8.1 | -26.8 | 15.1 | -4.4 | -7.3 | -9.2 | -10.0 | -10.8 |
| Free Cash Flow | 5.9 | 10.2 | -23.7 | 19.7 | 21.5 | 24.1 | 33.4 | 46.6 | 56.3 |

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234574

**⊓ PARIBAS**

*EUROPEAN EQUITY RESEARCH*

# William Demant

| Price: | €54.49 |
| --- | --- |
| | DKK405.00 |
| Valuation: | Undervalued |
| Recommendation: | NO ACTION |
| Sector Stance: | Neutral |
| Country Stance: | Neutral |

Denmark – Pharmaceuticals

| Yr. End Dec | Net Income (DKKm) | (€m) | Publ. EPS (DKK) | (€) | Rec. PE (x) | PE rel. to Mkt | PE rel. to Europe | CFPS (DKK) | CFPS (€) | Rec. PCF (x) | PCF rel. to Mkt | PCF rel. to Europe | Yld (%) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1996 | 120.3 | 16.19 | 7.88 | 1.06 | 51.32 | 165.5 | 191.2 | 11.3 | 1.52 | 35.8 | 245.6 | 292.9 | 0.4 |
| 1997 | 148.3 | 19.96 | 10.43 | 1.40 | 38.83 | 128.5 | 157.9 | 12.7 | 1.71 | 31.9 | 236.2 | 270.2 | 0.4 |
| 1998 | 199.6 | 26.87 | 12.96 | 1.74 | 29.96 | 138.8 | 123.8 | 16.4 | 2.21 | 24.7 | 289.9 | 191.5 | 0.6 |
| 1999E | 221.7 | 29.84 | 14.82 | 1.99 | 25.70 | 129.5 | 115.8 | 18.6 | 2.51 | 21.7 | 243.2 | 181.5 | 0.7 |
| 2000E | 251.4 | 33.83 | 16.81 | 2.26 | 22.82 | 120.9 | 117.8 | 20.8 | 2.79 | 19.5 | 227.4 | 180.2 | 1.0 |

| 12 mth Hi/Lo | NAV | Mkt. Cap | Gearing | 12 mth Hi/Lo | NAV | Mkt. Cap |
| --- | --- | --- | --- | --- | --- | --- |
| DKK436.8–305.0 | DKK32.7 | DKK6,057.7m | 0% | €58.7–40.6 | €4.4 | €815.2m |

*Spot Rate: €1 = DKK7.43*

- William Demant's full year results, published 17 March, were in line with our forecasts. The sales growth of 14% was based on 11% organic growth, 5% acquisitions and 2% of negative currency effects, mainly due to the fall of the Australian dollar. The impressive recurring EPS growth of 24% was helped by a 1.6 percentage point improvement in the EBIT margins thanks to a better product mix and the containment of administrative costs.

- The company states that it should continue to produce low double-digit revenue growth in 1999, and is aiming for an EPS growth of 15%. This suggests that the expansion of the EBIT margin will be below 1%, despite slower growth in R&D and administrative expenses.

- The request to authorise the issuance of an additional 1.4 million (10%) shares without pre-emptive rights at the AGM in May, and the continual buyback of shares suggests that the company is preparing for an acquisition. This should be seen as a positive strategic move, but could also entail integration risks. An acquisition would fit well into the multi-brand strategy, but we believe the addition of another brand will stretch the organisation and ultimately necessitate the integration of sales forces.

- The confident result statement reflected the good performance of a leader in a growth industry. As we expect bond yields to rise, we believe the share price potential for this growth stock is limited at the current level. Moreover, we believe that William Demant's slight discount to Phonak on recurrent PER over 1999–2000 should widen, because of lower prospective sales and EPS growth.

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234575

# PARIBAS

*EUROPEAN EQUITY RESEARCH*

## Summary data in DKKm

| P&L Account (m) | 1996 | 1997 | 1998 | 1999E | 2000E |
|---|---|---|---|---|---|
| Turnover | 1,087 | 1,413 | 1,613 | 1,791 | 1,887 |
| Other income | 0 | 0 | 0 | 0 | 0 |
| Operating Expenses | -949 | -1,219 | -1,352 | -1,467 | -1,547 |
| Operating profit | 139 | 194 | 261 | 304 | 340 |
| Net finance costs | 20 | 14 | 4 | 1 | 8 |
| Other recurring items | -1 | 1 | 3 | 1 | 2 |
| Recurrent profit | 160 | 210 | 268 | 306 | 350 |
| Goodwill | 0 | 0 | -13 | -14 | -14 |
| Provisions | 0 | 0 | 0 | 0 | 0 |
| Non recurring items | 0 | -19 | 4 | 0 | 0 |
| Profit before tax | 160 | 191 | 258 | 292 | 336 |
| Tax | -40 | -44 | -60 | -70 | -84 |
| Profit after tax | 120 | 147 | 199 | 222 | 252 |
| Minorities etc | 0 | 1 | 1 | 0 | -1 |
| Associates (net) | 0 | 0 | 0 | 0 | 0 |
| Goodwill (net) | 0 | 0 | 0 | 0 | 0 |
| Net income (Paribas) | 120 | 148 | 200 | 222 | 251 |
| Extraordinaries | 0 | 0 | 0 | 0 | 0 |
| Dividends | -23 | -26 | -36 | -44 | -63 |
| Retained Profit | 97 | 121 | 163 | 177 | 189 |

| Cash Flow Statement (m) | 1996 | 1997 | 1998 | 1999E | 2000E |
|---|---|---|---|---|---|
| Adjusted Net income | 120 | 147 | 199 | 222 | 252 |
| Depreciation | 52 | 47 | 54 | 57 | 59 |
| Other non cash items | 0 | 1 | 1 | 0 | -1 |
| Rec't cash flow from ops | 173 | 195 | 253 | 279 | 310 |
| Working Capital | -22 | -91 | -85 | -31 | -39 |
| Capital expenditure | -50 | -69 | -71 | -67 | -63 |
| Dividends paid | -15 | -23 | -28 | -35 | -44 |
| Free Cash Flow | 85 | 12 | 89 | 156 | 164 |
| Business acq'ns/disp's | -8 | -243 | -172 | -100 | 0 |
| Non recurring items | 0 | 0 | 0 | 0 | 0 |
| Net cash flow | 78 | -231 | -83 | -34 | 164 |
| Equity finance | 149 | 0 | 53 | 0 | 0 |
| Debt finance | 0 | 0 | 0 | 0 | 0 |
| Movement in cash | 227 | -231 | -30 | -34 | 164 |

| Balance Sheet (m) | 1994 | 1995 | 1996 | 1997 | 1998 |
|---|---|---|---|---|---|
| Intangible assets | 4 | 8 | 17 | 15 | 21 |
| Fixed assets | 72 | 66 | 89 | 135 | 157 |
| Other assets | 58 | 53 | 49 | 49 | 15 |
| Debtors and stock | 295 | 397 | 435 | 563 | 612 |
| Creditors | -245 | -252 | -289 | -306 | -280 |
| Other Liabilities | -32 | -62 | -64 | -60 | -44 |
| Total net assets | 151 | 211 | 256 | 399 | 471 |
| Net debt | -123 | -238 | -284 | -127 | -33 |
| Net assets | 275 | 449 | 540 | 525 | 505 |
| Cap employed | 151 | 211 | 266 | 398 | 471 |

## Summary data in €m

| P&L Account (m) | 1996 | 1997 | 1998 | 1999E | 2000E |
|---|---|---|---|---|---|
| Turnover | 147 | 186 | 216 | 241 | 267 |
| Other income | 0 | 0 | 0 | 0 | 0 |
| Operating Expenses | -128 | -162 | -181 | -200 | -222 |
| Operating profit | 19 | 26 | 35 | 41 | 46 |
| Net finance costs | 3 | 2 | 1 | 0 | 1 |
| Other recurring items | 0 | 0 | 0 | 0 | 0 |
| Recurrent profit | 22 | 28 | 36 | 41 | 47 |
| Goodwill | 0 | 0 | -2 | -2 | -2 |
| Provisions | 0 | 0 | 0 | 0 | 0 |
| Non recurring items | 0 | -2 | 0 | 0 | 0 |
| Profit before tax | 22 | 26 | 35 | 39 | 45 |
| Tax | -5 | -6 | -8 | -9 | -11 |
| Profit after tax | 16 | 20 | 27 | 30 | 34 |
| Minorities etc | 0 | 0 | 0 | 0 | 0 |
| Associates (net) | 0 | 0 | 0 | 0 | 0 |
| Goodwill (net) | 0 | 0 | 0 | 0 | 0 |
| Net income (Paribas) | 16 | 20 | 27 | 30 | 34 |
| Extraordinaries | 0 | 0 | 0 | 0 | 0 |
| Dividends | -3 | -4 | -5 | -8 | -8 |
| Retained Profit | 13 | 16 | 22 | 24 | 25 |

| Cash Flow Statement (m) | 1996 | 1997 | 1998 | 1999E | 2000E |
|---|---|---|---|---|---|
| Adjusted Net income | 16 | 20 | 27 | 30 | 34 |
| Depreciation | 7 | 6 | 7 | 8 | 8 |
| Other non cash items | 0 | 0 | 0 | 0 | 0 |
| Rec't cash flow from ops | 23 | 26 | 34 | 38 | 42 |
| Working Capital | -3 | -12 | -9 | -4 | -5 |
| Capital expenditure | -7 | -9 | -10 | -8 | -8 |
| Dividends paid | -2 | -3 | -4 | -5 | -6 |
| Free Cash Flow | 12 | 2 | 12 | 21 | 22 |
| Business acq'ns/disp's | -1 | -32 | -23 | -26 | 0 |
| Non recurring items | 0 | 0 | 0 | 0 | 0 |
| Net cash flow | 11 | -31 | -11 | -5 | 22 |
| Equity finance | 20 | 0 | 7 | 0 | 0 |
| Debt finance | 0 | 0 | 0 | 0 | 0 |
| Movement in cash | 31 | -31 | -4 | -5 | 22 |

| Balance Sheet (m) | 1994 | 1995 | 1996 | 1997 | 1998 |
|---|---|---|---|---|---|
| Intangible assets | 1 | 1 | 2 | 2 | 3 |
| Fixed assets | 10 | 12 | 12 | 18 | 21 |
| Other assets | 8 | 7 | 7 | 7 | 2 |
| Debtors and stock | 39 | 56 | 59 | 75 | 82 |
| Creditors | -33 | -36 | -36 | -41 | -39 |
| Other Liabilities | -4 | -12 | -9 | -8 | -6 |
| Total net assets | 20 | 30 | 35 | 53 | 63 |
| Net debt | -17 | -34 | -38 | -17 | -4 |
| Net assets | 37 | 63 | 73 | 70 | 66 |
| Cap employed | 20 | 30 | 35 | 53 | 63 |

| Euro rates used | | 1993 | 7.58 | 1994 | 7.46 | 1995 | 7.1 | 1996 | 7.38 | 1997 | 7.54 |
|---|---|---|---|---|---|---|---|---|---|---|---|



**Price and Price Relative to Market**



**Euro Price and Price Relative to Eurotop 300**

Confidential - Attorneys' Eyes Only
Subject to Prosecution Bar

WID234576