# EXHIBIT 11

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

C.A. NO. 05-422 (GMS)

ENERGY TRANSPORTATION GROUP, INC.,

    Plaintiff,

vs.

SONIC INNOVATIONS, INC., et al.,

    Defendants.
_____/

VIDEOTAPED 30(b)(6) OF WIDEX A/S
TOM WESTERMANN

Wednesday, June 27, 2007
11:36 a.m. - 5:04 p.m.

DELACOUR Law Firm
Hammerensgade 1
DK-1267 Copenhagen

REPORTED BY:

Lori K. Ash, RPR-CP
Notary Public, State of Florida

Esquire Deposition Services - Tampa, Florida
813-221-2535 (800-838-2814)
Job No. 877482B

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Page 77

1  the best of your knowledge, would be derived from the
2  sale of hearing aids?
3      A    Yes.  Absolutely.
4      Q    Would then all of the expenses be involved in
5  some form or fashion with the sale of hearing aids,
6  including manufacturing, marketing, promotions,
7  education, et cetera?
8      A    Mmm-hmm.
9      Q    Okay.  So you only take all of the revenues by
10 product line -- excuse me -- you take all of the
11 revenues from all of your product lines and all of the
12 expenses from all of the product lines?
13     A    Yes.
14     Q    You come up -- do you do an analysis of
15 profitability at that level?
16     A    Sure.
17     Q    Do you know what the gross margins are overall
18 on your hearing aids?
19     A    What do you mean by gross margin?
20     Q    You're right.  I -- do you know what the
21 margin is on the revenues derived from sales of hearing
22 aids over the cost of manufacturing the hearing aids?
23     A    It's approximately 50 percent.
24     Q    Do you have target -- do you try to set prices
25 so that --

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Page 83

1   A   Yes.
2   Q   I'm asking about what you call revenues.
3   A   I don't know, because I don't know the -- I
4   don't know the cost of producing each individual line.
5   I don't know. So, therefore, I don't know the earning
6   of each individual line.
7   Q   Would that --
8   A   There's a thousand ways to calculate costs.
9   Q   Well, when you calculate costs on a combined
10  basis, how do you do it?
11  A   We do -- for instance, we take the total
12  turnover of the company, subtract the total costs in the
13  company, divide by number of hearing aids produced and
14  sold during the year, and then you say this is the total
15  earning per hearing aid, not per line but per hearing
16  aid. And that is a relatively high number.
17  Q   When you -- does the company keep profit and
18  loss statements? Would it reflect all revenues, all
19  costs, earnings, and does exactly the calculation that
20  you just described to me?
21  A   Yes.
22  Q   It keeps it each year?
23  A   Yes.
24  Q   Do you have an accounting company that comes
25  in and audits those for you?