# EXHIBIT 12

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ENERGY TRANSPORTATION        )
GROUP, INC.,                 )
                             )
            Plaintiff,       )
                             )
      vs.                    ) C.A. No.
                             ) 05-422 (GMS)
SONIC INNOVATIONS, INC.,     )
et al.,                      )
                             )
            Defendants.      )
-----------------------------)


CONFIDENTIAL - ATTORNEYS EYES ONLY

VIDEOTAPED DEPOSITION OF GLENN ETHE

New York, New York

Thursday, August 16, 2007


Reported by:
JOAN WARNOCK
JOB NO. 196318A

1  Confidential - Attorneys Eyes Only - Ethe
2      Q.   Have you ever seen a report that
3  summarizes the total unit sales or dollar
4  sales of a particular model?
5      A.   Explain that again.
6      Q.   Yes.  Have you ever seen or
7  generated a report that summarizes the total
8  unit sales or total dollar sales for a
9  particular individual model of hearing aid?
10     A.   Yes.
11     Q.   What type of report have you seen
12 that reflects that information?
13     A.   I don't know what you mean by what
14 type.
15     Q.   Where have you seen a report?  What
16 was the context in which you saw a report
17 that had that information?
18     A.   The context would be just my usual,
19 you know, financial analysis.
20     Q.   Do you provide financial analyses
21 to Mr. Meltsner or Mr. Spar?
22     A.   Yes.
23     Q.   How often do you provide analyses?
24     A.   Generally monthly.
25     Q.   Is it in a written form?

1  Confidential - Attorneys Eyes Only - Ethe
2      A.  Sometimes.
3      Q.  What information do you give them?
4      A.  Sales information, profitability
5  information.
6      Q.  Is that information broken down on
7  a model by model basis?
8      A.  No.
9      Q.  Something more like what you've
10 given me in Exhibit 2?
11     A.  Yes.
12     Q.  Do you keep copies of the reports
13 that you provide on a monthly basis?
14     A.  No.
15     Q.  How do you give them the report?
16 You physically hand them a piece of paper,
17 email?  How?
18     A.  Generally, I physically hand them a
19 piece of paper.
20     Q.  Do you save the reports
21 electronically?
22     A.  Yes.
23     Q.  Have you looked for any of those
24 reports in connection with this litigation?
25     A.  No.