# EXHIBIT 13

```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE


ENERGY TRANSPORTATION GROUP, INC.,   )  CASE NO.
                                     )  05-422 (GMS)
                    Plaintiff,       )
                                     )
vs.                                  )
                                     )
SONIC INNOVATIONS, INC., et al.,     )
                                     )
                    Defendants.      )  August 3, 2007
_____)  12:50 a.m.



         HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

                     PROSECUTION BAR



                  Videotaped Deposition of

                  E R I C H   S P A H R
```

VIDEOTAPED DEPOSITION of Demant Group Defendants 30(b)(6) witness was taken pursuant to Notice at the Hotel Skt. Petri, Copenhagen, Denmark, before Ana Reid, a Shorthand Reporter and Notary Public, State of Florida.

```
                    1    LLC.
                    2        Q.    Further down that side there's "GP1."  Does that
                    3    stand for gross profit one?
                    4        A.    That's correct.
                    5        Q.    And how does Bernafon LLC define gross profit
                    6    1?
                    7        A.    That's defined by taking net sales and dividing
13:46:30            8    cost of goods sold -- deducting.
                    9        Q.    Not dividing?
                   10        A.    Can I repeat?
                   11        Q.    Please do.
                   12        A.    That's taking net sales and deducting cost of
                   13    goods sold.  That results in GP1.
                   14        Q.    And how does -- or what is included in the
13:46:53           15    production cost for Bernafon, LLC?
                   16        A.    For example, repairs.
                   17        Q.    And what is included in the capacity costs for
                   18    Bernafon, LLC?
                   19        A.    Costs related to the sales organization,
13:47:21           20    salaries and selling expenses.
                   21        Q.    And how does Bernafon, LLC define its operating
                   22    profit?
                   23        A.    That's taking net sales deducting costs of goods
                   24    sold, deducting production and capacity costs.
                   25        Q.    So to confirm, that's net sales minus COGS minus
```

67176fd7-30c6-4cd7-9aa4-48f72a1ab500