# EXHIBIT 14

Defendants Trial
Exhibit

DX-954A

Civil Action no. 05-422

*NOTE: Only new investigators who have not been provided with name labels should have their bed typed in. Investigators already on the TIS should affix their labels to provide this information.*

PLACE LABEL HERE

509 AUGUSTA, GA

LARSON, VERNON D., PH.D.          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

CHIEF, AUDIOLOGY AND SPEECH PATHOLOGY SERVICE

8. TITLE OF PROGRAM (Not to exceed 72 typewriter spaces)

Acoustic Feedback Suppression in Hearing Aids

9. AMOUNT REQUESTED EACH YEAR (Program ____, Cost Center ____)

1ST 85,100 ; 2ND 61,700 ; 3RD ____ ; 4TH ____ ; 5TH ____ ; TOTAL 146,800

| 10. VA EMPLOYMENT STATUS (Mark only one) | 10A. VA SALARY SOURCE (Mark only one) | 11. TYPE OF PROGRAM (Mark only one) |
|---|---|---|
| [X] FULL-TIME | [X] PATIENT CARE    [ ] RER & D | I    II   III   IV |
| [ ] PART-TIME (----/8 time) | [ ] RESEARCH FUNDS CC-103    [ ] OTHER VA (indicate below) | [X] NEW   [ ] [ ] [ ] |
| [ ] CONSULTING (----hrs./week) | [ ] RESEARCH FUNDS CC 104 | [ ] ONGOING |
| [ ] ATTENDING (----hrs./week) | [ ] CAREER DEVELOPMENT | [ ] SUPPLEMENTAL |
| [ ] WOC (----hrs./week) | [ ] HSR&D | 12. NUMBER OF PROJECTS IN THIS PROGRAM   One |

13. PRIMARY/RESEARCH DEVELOPMENT PROGRAM AREA CODE [0] [3]

14. DEPARTMENT, LABORATORY, ETC. IN WHICH APPOINTMENT IS HELD

Audiology and Speech Pathology Service

15. NAME OF ACADEMIC AFFILIATION AND TITLE OF MAJOR FACULTY APPOINTMENT

Associate Professor, Department of Surgery, Medical College of Georgia

16. DEPARTMENT, LABORATORY, ETC. IN WHICH APPOINTMENT IS HELD

Department of Surgery (Otolaryngology)

EXHIBIT
21
EGOLF 10-9-07

17. SUMMARY OF RESEARCH/DEVELOPMENT SUPPORT FOR FIVE PREVIOUS YEARS:

| PROGRAM | COST CENTER | OTHER VA | TOTAL NON-VA |
|---|---|---|---|
| FY____ | $____ | $____ | $____ |
| FY____ | ____ | ____ | ____ |
| FY____ | ____ | ____ | ____ |
| FY____ | ____ | ____ | ____ |
| FY____ | ____ | ____ | ____ |

EGOLF 02439

OTI 007708

| 18. SIGNATURE OF PRINCIPAL INVESTIGATOR | 19. DATE Oct. 10, 1982 |
|---|---|
| 20. SIGNATURE OF ACDS FOR RESEARCH AND DEVELOPMENT | 21. DATE 10/10/82 |

VA FORM
JUL 1979  10-1333-1                           590542        Larson   PAGE 1

SUMMARY DESCRIPTION OF PROGRAM ☐ PROJECT ☐

| PRINCIPAL INVESTIGATOR | LOCATION OF MEDICAL CENTER/CLINIC |
|---|---|
| Vernon D. Larson | VAMC, Augusta, Georgia |

TITLE OF PROGRAM/PROJECT (Not to exceed 75 typewriter spaces)

Acoustic Feedback Suppression in Hearing Aids

BRIEF STATEMENT OF RESEARCH OBJECTIVES (Do not use continuation sheets)

The overall objectives of this two-year research program are to evaluate existing and proposed methods of suppressing acoustic feedback in hearing aids. The terminal goal of the project is to develop, construct and evaluate prototypes which preserve intelligibility of speech and allow unlimited feedback free gain.

The first year objective is to evaluate and select suitable systems for suppressing unstable feedback based on the evaluation of existing and proposed methods by computer simulation and laboratory verification. Specific questions to be answered include the following:

a. Could any of the current schemes in public address systems be adopted successfully for use in hearing aids?

b. Could a micro-processor based, self adaptive system be utilized in a suppression scheme designed for a hearing aid?

c. To what extent do existing earmold designs allow feedback free listening and could these designs be incorporated into an overall system?

d. Could circuitry mentioned in (a) and (b) be miniaturized to such a degree that it will fit within a hearing aid case?

e. Is the circuit compatible with the aid in terms of maximum allowable current drain from the battery?

The second year objective is first to design and construct laboratory prototypes. These prototypes will be evaluated for their suppression capabilities in the laboratory and for their ability to preserve speech intelligibility. Secondly, the prototype will be miniaturized and will again undergo electroacoustic and behavioral evaluation.

EGOLF 02440

OTI 007709

VA FORM 10-1313-7

Larson     PAGE 7

CURRENT FUNDS AND FIRST YEAR REQUEST FOR PROGRAM ☐ PROJECT ☐
(PROGRAM 822     COST CENTER _____ FUNDS)

| PRINCIPAL INVESTIGATOR | LOCATION OF MEDICAL CENTER/CLINIC |
|---|---|
| ...rnon D. Larson | VAMC, Augusta, Georgia |

**TITLE OF PROGRAM/PROJECT**

Acoustic Feedback Suppression in Hearing Aids

DESCRIPTION (Itemize)

| PERSONNEL | | % EFFORT | VA FUNDING | |
|---|---|---|---|---|
| NAME | ROLE IN PROGRAM | | CURRENT YEAR | FIRST YEAR REQUEST |
| Vernon D. Larson | PRINCIPAL INVESTIGATOR | 20.0 | | 0 |
| To be recruited | Audiologist (GS 11) | 50.0 | | 12,300 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **CONSULTANT SERVICES** | | | | |
| | | | | |
| **EQUIPMENT** (Justify any item over $2000) | | | | |
| One KEMAR manikin (Knowles Electronics) - Justification on Page 5 | | | | 2,500 |
| One rt. - angle adapter (B&K Model UA0122) | | | | 400 |
| One Wavetek 132 VCG/noise generator with IEEE interface option | | | | 1,900 |
| | | | | |
| | | | | |
| **SUPPLIES** | | | | |
| Earmold fabrication supplies and fabrication | | | | 700 |
| Miscellaneous laboratory supplies including recording paper | | | | 500 |
| In-the-Ear Hearing Aid Fabrication | | | | 1,800 |
| Reproduction costs | | | | 400 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **ALL OTHER EXPENSES** | | | | |
| Contract with University of Wyoming (See contract briefing document) | | | | 61,700 |
| Round trip travel for patients (54 patients, 128 trips at 50 miles each at .20/mile) | | | | 1,300 |
| Round trip travel for Principal Investigator, Augusta-Laramie Augusta (700 ea.), two trips, and 4 days per diem at $45.00 each | | | | 1,600 |
| | | | | |
| **TOTAL OPERATING EXPENSES** | | | | 85,100 |

VA FORM
JUL 1979 10-1313-3

EGOLF 02441

OTI 00710

Larson  PAGE  3

ESTIMATED EXPENSES FOR EACH YEAR FOR PROGRAM ☐ /PROJECT ☐

| DESCRIPTION | $ AMOUNT FOR EACH YEAR | | | | | FOOT-NOTE * |
|---|---|---|---|---|---|---|
| | 1ST | 2ND | 3RD | 4TH | 5TH | |
| PERSONNEL | 12,300 | 12,300 | | | | |
| CONSULTANT SERVICES | 0 | 0 | | | | |
| EQUIPMENT | 4,800 | 0 | | | | 1 |
| SUPPLIES | 3,400 | 1,300 | | | | 2 |
| ALL OTHER EXPENSES | 64,600 | 48,100 | | | | 3 |
| TOTAL OPERATING EXPENSES | 85,100 | 61,700 | | | | |

* Explain differences in the operating expenses between years.

| FOOT-NOTE | EXPLANATION |
|---|---|
| 1. | There will be no equipment purchases the second year because the new equipment is needed primarily during the first year of the project. |
| 2. | The major portion of this section reflects the contract with the University of Wyoming whose role is somewhat reduced during the second year. |
| . | Reduction of the second year costs occurs because ITE hearing aid fabrication is not part of the second year endeavor. |

EGOLF 02442

OTI 007711

VA FORM
JUL 1970 10-1313-4

Larson     PAGE 4

<u>JUSTIFICATION FOR ADDITIONAL EQUIPMENT</u>

ITEM: Knowles Electronics Manikin for Acoustic Research (KEMAR)

VENDOR: Industrial Research Products, Inc.
       321 Bond Street
       Elk Grove Village, Illinois   60007

1. Users of item:

    a. Vernon D. Larson, Ph.D. and research assistant (to be recruited).
    b. Richard E. Talbott, Ph.D. (non-medical consultant to the VAMC).
    c. University of Wyoming Contract Personnel: David P. Egolf, Ph.D.
       and associates.

2. Projects in which device will be used:

    a. Proposed project: Acoustic Feedback Suppression in Hearing Aids
    b. Nonsponsored project: An Analysis of Automatic Gain Control
       Characteristics in Hearing Aids

3. Hours/week used by investigators:

    a. Larson and assistant: 10/week
    b. Talbott: 2/week
    c. University of Wyoming: 6/week

4. Description of item: No other vendor markets an anthropometric manikin.
Specifications are as follows:

KEMAR is an anthropometrically proportioned manikin fabricated of fiberglass
reinforced polyester from specially prepared molds. The head, which separates
from the torso, is free to rotate at the neck. The top of the head represent-
ing a cranial cap is removed to provide access to the interior of the head
for instrumentation appropriate to simulated ears. The neck is hollow and
provides for passage of instrumentation cables and accessories from the head
to the torso interior. The torso portion extends downward to below the
waist where there is provision for mounting to a flat surface. The arms of
the torso terminate at the elbow. Access to interior of the torso may be made
through a removable panel in the back of the torso.

The wall thickness of the manikin is approximately $\frac{1}{4}$" and the interior is
coated with lead-pellet-filled resin to provide additional mass to reduce
the coupling of the manikin to acoustic fields. The external surface of the
manikin has been painted with a light brown or buff colored flat enamel. The
surface is smooth, all parting lines due to the molding process having been
sanded away prior to painting.

A support plate will be provided for support of the torso. This will contain
two three-conductor microphone-type connectors. Two holes, 1 7/8" diameter,
with rubber plugs are also provided. There are two U.S. Standard $1\frac{1}{2}$" pipe
threaded fittings on the exterior of this mounting plate for mounting to a
turntable with one of two rotation axes.

*EGOLF 02443*        OTI 007712

Larson - 5

Justification for Additional Equipment (Continued)

Special consideration has been given to details of mounting of the ears which are removable and replaceable. The two external ears are cast from soft RTV silicone rubber and snap into a recess in the side of the head. Each external ear also snaps onto an inner connecting machined piece that provides an ear canal extension and that forms a part of the ear canal-eardrum simulation. Median size pinna ears will be supplied, but the method of attachment permits favrication and substitution of other sizes.

Dimensions of all parts of KEMAR have been carefully selected to represent an average human adult. For this purpose, published data on males and females was reviewed and particular attention was given to those dimensions believed to be critical to the acoustic behavior of an adult head and upper torso. To accommodate the variation in neck length which affects the critical ear to shoulder distance, two 1/2" rings are included to give the user the option of more closely simulating an average male or female adult.

There are no equipment items at this facility which can perform the same function.

The KEMAR manikin is an anthropometric replica of the average human. At its ear canal location is an occluded ear simulator with a one-half inch pressure microphone located in the eardrum position. The microphone interfaces with a variety of measurement instruments. This Station has available the following items which will be used with the manikin:

    1/2" Bruel & Kjaer Pressure Microphone
    Indus Research Corp. Occluded Ear Simulator with Adaptors
    Bruel & Kjaer, Type 2023 High Resolution Spectrum Analyzer
    Bruel & Kjaer, Type 2603 Microphone Amplifier

This passive device does not require electroacoustic maintenance or calibration services.

EGOLF 02444

OTI 007713

Larson - 6

CONTRACT BRIEFING DOCUMENT
(A Proposal for New Contract — First Award)

1. <u>Contractor</u>. University of Wyoming, Deparment of Electrical Engineering, Laramie, Wyoming. David P. Egolf, Ph. D., Contract Coordinator.

2. <u>Purpose</u>. The objectives of this research program are to evaluate existing and proposed methods of suppressing acoustic feedback in hearing aids. The first year objective is to evaluate and select suitable systems for suppressing unstable feedback based on the evaluation of existing and proposed methods by computer simulation and laboratory verification. The second year objective is first to design and construct laboratory prototypes. These prototypes will be evaluated for their suppression capabilities in the laboratory and then the prototype will be miniaturized and will again undergo laboratory evaluation.

3. <u>History</u>. There have been no preceding or closely related contracts with this contractor. There have been no prior unsuccessfull attempts to obtain the same product.

4. <u>Justification</u>.
   a. <u>Need</u>. Products obtained under this contract are identified on Page of this proposal. Acoustic feedback constitutes a major obstacle in successful hearing aid fitting. Solving this problem will represent a major advance in audiology and hearing aid technology.
   b. <u>Reason for using contract mechanism</u>. Contract arrangement is necessary inasmuch as the expertise in electrical engineering and technical acoustics are not available at the V.A. Medical Center, nor on the affiliated campuses of the Medical College of Georgia and the University of Georgia.
   c. <u>Reason for specific contractor</u>. The nature of the hearing aid feedback problem and its solution requires an interdisciplinary approach from a team of investigators with diverse backgrounds. Organization of such an interdisciplinary team is sometimes complicated by the lack of ability or willingness of its members to communicate effectively. This will not be a problem with this particular project as the contract personnel listed in the Tables 1 and 2 below have collaborated previously on research, conference, and/or publication projects and several have collaborated with the Principal Investigator. All personnel under contract hold faculty appointments at the University of Wyoming. Their resumes (VA Forms 10-1313-5, 10-1313-6, and 10-1313-7) and letters agreeing to participate in this work are attached.
      There are few, if any, institutions in this country that have personnel and facilities under one roof which are uniquely suited to solve the hearing aid feedback problem. Resources are identified in Tables 2 and 3 below. Diverse requirements of this project and the variety of unique skills necessary to satisfy these requirements dictate that portions of the project be conducted at two different locations. These are 1) the Audiology and Speech Pathology Service, VA Medical Center, Augusta, GA and 2) the Dept of Electrical Engineering, University of Wyoming, Laramie, Wyoming. The institutions, locations, available facilities and the portion of the project to be conducted at each institution are listed in Table 2 below. Finally, to facilitate long-distance transmittal of lengthy written communication between Augusta and Laramie, the investigators will utilize Telefax facilities located in the VA Medical Center and in the Dept of Energy Office, Laramie Technology Center which is located on the University of Wyoming campus (a letter of agreement allowing project use of the DOE Telefax facility is attached in the appendix of this proposal).

EGOLF 02445          OTI 007714

Larson – 7

CONTRACT BRIEFING DOCUMENT (CONTINUED)

WORK TO BE COMPLETED UNDER CONTRACT WITH THE UNIVERSITY OF WYOMING

A.  Investigation of Cause/Effects of Acoustic Feedback.  University of Wyoming will complete during the first year and provide in its annual report an amalgamated computer program consisting of:

1.  Computer program based on mathematical model of electroacoustic transduction of hearing aid receivers.
2.  Computer program modeling sound transmission through hearing aid ear hook, sound inlet channel, residual ear canal space and earmold vent.
3.  Computer program modeling sound propagation along the feedback path from vent to microphone.
4.  Computer program modeling acoustic wave interaction with the body, head and ear.
5.  Computer program modeling acoustoelectric transduction in the microphone.
6.  Computer program modeling the hearing aid amplifier.

B.  Assessment of Accuracy of Assembled Computer Model.  At the end of Year One, University of Wyoming will provide in its report the results of laboratory experiments of in-situ hearing aid measurements which verify the computer model.

C.  Identification of Causes and and Effects of Acoustic Feedback.  At the end of Year One, University of Wyoming will provide in its report the results of studies of environmental conditions to which a hearing aid may be exposed and those  conditions which precipitate acoustic feedback.

D.  Adaptation of Public Address Suppression Systems.  At the end of Year one, the University of Wyoming will provide in its report the details regarding feasibility of adapting P.A. Suppression Systems to hearing aids.  Feasibility will be determined on the basis of:

1.  Computer predictions of suppression capability.
2.  Undesireable electroacoustic side effects.
3.  Potential for circuit implementation miniaturization.

E.  New Techniques for Suppression.  At the end of Year one, the University of Wyoming will provide in its report a description of the feasibility of new suppression schemes.  Feasibility will be judged as in paragraph D above.

F.  After principal investigator has reviewed and evaluated the report containing information specified in paragraphs A through E above, and after deliberations with the University contract personnel,  a viable suppression technique will be selected and a laboratory prototype will be constructed and tested electroacoustically.  The prototype and its evaluation report will be provided to the Augusta VAMC for speech intelligibility testing on normal subjects.

G.  If speech intelligibility is preserved, the University of Wyoming will miniaturize the design for a wearable prototype.  This prototype will be evaluated in the laboratory and a report of its evaluation sent to the principal investigator.

H.  University of Wyoming will construct twelve (12) wearable prototypes for final evaluation by the AUGUSTA, GA VAMC.

EGOLF 02446

OTI 007715

Larson - 8

Page 9.

CONTRACT BRIEFING DOCUMENT (CONTINUED)

COSTS AND SCHEDULES OF THE CONTRACT

| PERSONNEL | FIRST YR. | SECOND YR. |
|---|---|---|
| Research Assistant (to be named) | 5,535 | 5,535 |
| David P. Egolf, Ph. D. Contract Coordinator | 7,288(17%) | 3,634(9%) |
| Raymond G. Jacquot, Ph.d. Researcher | 2,545(4%) | 1,273(2%) |
| R. Lynn Kirlin, Ph. D. Researcher | 2,308(4%) | 1,154(2%) |
| John W. Steadman, Ph.D. Researcher | 6,768(13%) | 3,394(6%) |
| Perry J. Wechsler, M.S.E.E. Researcher | 12,788(46%) | 12,788(46%) |
| Total Salaries: | 37,232 | 27,778 |

| TRAVEL/PER DIEM | | |
|---|---|---|
| Round trips, Laramie to Augusta (1 each year) | 720 | 720 |
| Two Days per diem/year | 120 | 120 |
| Total Travel/PerDiem | 840 | 840 |

| SUPPLIES | | |
|---|---|---|
| Feedback suppression circuits for PA systems (assuming they can be purchased or built if they are not available for purchase) | 2000 | |
| Component parts for feedback suppression circuits for hearing aids. | | 2000 |
| Total supplies: | 2000 | 2000 |

| University Salary Fringe Benefits @20% of total salaries (research assistant excluded) | 6,340 | 4,449 |
|---|---|---|
| TOTAL DIRECT COSTS | 46,412 | 35,067 |
| University Overhead @33% of Total Direct Costs (See A-21 Negotiation Agreement in Appendix) | 15,316 | 11,573 |
| TOTAL (DIRECT + OVERHEAD) | 61,728 | 46,640 |

EGOLF 02447

OTI 007716

Larson - 9

Page 4

CONTRACT BRIEFING DOCUMENT (Continued)

TABLE 1. Contract Personnel/Responsibilities

| Person/Title | Project Responsibility/Duties |
|---|---|
| David P. Egolf<br>Asst Prof, Elect. Engr | Contract Coordinator. Mathematical and experimental investigation of feedback and electroacoustic analysis. |
| R. Lynn Kirlin<br>Prof, Elect.Engr. | Researcher. Specialized signal processing requirements of feedback suppression circuits. |
| Raymond G. Jacquot<br>Prof, Elect. Engr. | Researcher. Assistance in control systems analysis and design. |
| John W. Steadman<br>Prof, Elect. Engr. | Researcher. Assistance in microprocessor design, and digital filter applications. |
| Perry A. Wechsler<br>Lecturer, Elect. Engr. | Researcher. Design, construction, and testing of feedback suppression circuits. |
| To be recruited. | Graduate Assistant. Investigation and development of active feedback cancellation technique. |

TABLE 2. Institutions/Facilities

| Institution | Location | Facilities | Portion of Proj. |
|---|---|---|---|
| University of Wyoming (UW) | Laramie, Wy. | Electroacoustics Lab, microcircuits lab, signal processing/digital comp. lab, acoustics lab, assembly facility | Engineering research and prototype development, assembly and testing |
| Veterans Administration Medical Center (VAMC) | Augusta, GA. | Audiologic Clinic, behavioral testing labs, instruments and calibration lab, hearing aid testing lab | Subjective and electroacoustic tests of patients |

EGOLF 02448

OTI 007717

Page 5

CONTRACT BRIEFING DOCUMENT (Continued)

Table 3. Major Equipment Items

| Equipment Item | Manufacturer | No. | Location |
|---|---|---|---|
| Digital Computer with Peripherals | CDC Cyber 730/760 | 1 | UW |
| Computer | HP-1000F | 1 | VAMC |
| Graphics Terminal | Hewlett Packard 2648A | 1 | VAMC |
| Array Processor with Peripherals | VAX 11/780 | 1 | UW |
| Fourier Analyzer | Hewlett Packard 5451B | 1 | UW |
| Signal Analyzer (FFT) | Bruel & Kjaer 2033 | 1 | VAMC |
| One-Half Inch Microphone and Preamplifier | Bruel & Kjaer | 3 2 | UW VAMC |
| Microphone Amps | Bruel & Kjaer | 3 2 | UW VAMC |
| Level Recorder | Bruel & Kjaer | 1 | UW |
| Impedance Meter | Madsen | 1 | VAMC |
| Hearing Aid Test Chamber | Bruel & Kjaer | 1 | VAMC |
| Beat Frequency Osc. | Bruel & Kjaer | 2 | UW |
| Ear Canal Microphone and Preamplifier | Starkey | 2 | VAMC |
| Sweep Frequency Filter | Bruel & Kjaer | 1 | UW |
| Random Noise Gen. | General Radio | 1 | UW |
| Speech Audiometer | Grason-Stadler | 1 | VAMC |
| Noise Generator* | Wavetek | 1 | TBO* |
| Laser Velocimeter | Univ. of Wyoming | 1 | UW |
| Anechoic Chamber | Univ. of Wyoming | 1 | UW |

EGOLF 02449

OTI 007718

Larson – 11

Page 6

BRIEFING DOCUMENT (Continued)

| Equipment Item | Manufacturer | No. | Location |
|---|---|---|---|
| Console Audiometer | Grason-Stadler | 1 | VAMC |
| Calibration Coupler HA-1, HA-2, HA-3 | Bruel & Kjaer | 1 / 2 | UW / VAMC |
| Vibration Shaker | Spectral Dynamics | 1 | UW |
| Audiometric Test Suites | Tracoustics | 3 | VAMC |
| Impedance/Admittance Bridge | Madsen/Grason-Stadler | 2 | VAMC |
| Probe Microphone | Bruel & Kjaer | 2 / 1 | UW / VAMC |
| KEMAR Manikin | Knowles Electronics | 1 | TBO* |
| Zwislocki Coupler & Right-Angle Adapter | Knowles Electronics | 1 | VAMC / TBO* |
| Artificial Pinnas | Knowles Electronics | 2 | TBO |
| 10 Inch Speakers | Koss Corporation | 2 | UW |
| Flexible Disc Drive | Hewlett Packard 9885M | 1 | VAMC |
| Desktop Calculator | Hewlett Packard 9825A | 1 | VAMC |
| Printer | Hewlett Packard 9871A | 1 | VAMC |

*The abbreviation "TBO" means to be obtained. These items appear in the Budget accompanying this proposal.

EGOLF 02450

OTI 007719

Larson - 12

INVESTIGATOR'S BIOGRAPHIC SKETCH

| NAME | | SOCIAL SECURITY NO. |
|---|---|---|
| Vernon D. Larson | | 503 40 4219 |

| TITLE | ROLE IN PROGRAM |
|---|---|
| 'ef, Audiology & Speech Pathology Svc. | Principal Investigator |

EDUCATION  *(Begin with Baccalaureate; include post doctoral training; do not include Honorary Degrees)*
B.A., M.S., Ph.D.

| NAME, LOCATION OF INSTITUTION AND TITLE OF COURSE OF TRAINING PROGRAM | DEGREE | YEAR AWARDED |
|---|---|---|
| Augustana College, Sioux Falls, South Dakota (Education of the Hearing Impaired) | B.A. | 1965 |
| Colorado State University, Fort Collins, Colorado (Audiology) | M.S. | 1966 |
| Oklahoma University Health Sciences Center (Audiology) | Ph.D. | 1973 |

MAJOR RESEARCH INTEREST (S)

Hearing aids, probe tube studies of ear canal spectra, speech discrimination by the hearing impaired.

RESEARCH AND/OR PROFESSIONAL EXPERIENCE  *(Work backwards from present appointment)*

| | |
|---|---|
| 1980 – Present | Chief, Audiology & Speech Pathology Service, Veterans Administration Medical Center, Augusta, Georgia; Associate Professor, Department of Surgery, Otolaryngology Section, Medical College of Georgia, Augusta, Georgia and Adjunct Associate Professor, Department of Audiology and Speech Pathology, University of Georgia, Athens, Georgia |
| 1977-1979 | Audiologist, Veterans Administration Medical Center, Oklahoma City, Oklahoma |
| 1976-1977 | Associate Professor, University of Wyoming, Laramie, Wyoming |
| 1975-1976 | Associate Professor, Central Michigan University and Director, Hearing Impaired Program, Mt. Pleasant, Michigan |
| 1974-1975 | Audiologist, Model Secondary School for the Deaf, Gallaudet College, Kendall Green |
| 1973-1974 | Assistant Professor, Speech Pathology and Audiology Department, Kansas State University, Manhattan, Kansas |
| 1972-1973 | Research Assistant, Department of Audiology, Veterans Administration Hospital, Oklahoma City, Oklahoma |

HONORS AND AWARDS
Who's Who in the South and Southwest, 1980
Creative Endeavors Research Award, Central Michigan University, 1977
   ulty Research Award, Kansas State University, 1973

EGOLF 02451

OTI 007720

INVESTIGATOR'S BIBLIOGRAPHY

| NAME | SOCIAL SECURITY NO. |
|---|---|
| Vernon D. Larson | 503 40 4219 |

℘  CATIONS (Not to exceed three pages for each investigator.)

Books and Chapters in Books
1.  "The Control of Hearing Aid Output," a chapter in Amplification in Education, F.H. Bess (Ed.), Alexander Graham Bell Association, Washington, 1981.
2.  "2-cc Coupler: Ear Canal Comparisons," in Trends in Hearing Auditory and Hearing Prosthetics Research, edited with D. Egolf, L. Kirlin and S. Stile, Grune and Stratton, New York, 1977.
3.  Auditory and Hearing Prosthetics Research, edited with D. Egolf, L. Kirlin and S. Stile, Grune and Stratton, New York, 1979.
4.  "Hearing Aid Evaluation Procedures of Young Children," in Childhood Deafness Etiology, Assessment and Management, F.H. Bess (Ed.), Grune and Stratton, New York, 1977.

Articles, Papers and Book Reviews
1.  "Speech and Deafness", Calvert, D. and Silverman, S.  A book review, Journal American Speech and Hearing Association, 1978.
2.  "Acoustic Couplers," with J. Barry, Monographs in Contemporary Audiology, 1980.
3.  "Sound Pressure Levels in the 2-cm$^3$ and Zwislocki Couplers and in Human Ear Canals," with G. Studebaker, and R. Cox, Journal of American Audiology, 1977.
4.  "Split-Half Reliability of Two Word-Discrimination Tests as a Function of Primary-to-Secondary Ratio," with D. Schwartz and F.H. Bess, Journal of Speech and Hearing Disorders, 1977.
5.  "A Comparison of Three Hearing Aid Evaluation Procedures for Young Children," with D. Schwartz, Archives of Otolaryngology, 1977.
    "Brief-Tone Audiometry with Normal and Hearing Impaired Listeners," with S.J. Barry, Journal of Speech and Hearing Disorders, 1974.
7.  "Several Variables Influencing the Measurement of Hearing Aid Output in Ear Canals: Static Ear Canal Pressure and the Middle Ear Muscle Reflex," presented at a conference entitled Topics on Hearing Aid Research in the United States and the Soviet Union, Laramie, Wyoming, 1981.  Manuscript for publication in preparation.
8.  "Spectral Changes in Ear Canals Produced by Static Pressure Manipulation," with R. Talbott, presented at the Annual Convention of the American Speech, Hearing, Language Association, 1981.  Manuscript in preparation for publication.
9.  "Sound Pressure Levels in Occluded Ear Canals in Children," with G. Bratt and J. Sanders, presented at the American Speech and Hearing Association Convention, 1980.
10.  "Clinical Review in Speech Pathology" with R. Talbott, Communicative Disorders, A Journal for Continuing Education, (in press).
11.  "Clinical Review in Audiology," with R. Talbott, Audiology, A Journal for Continuing Education, (in press).
12.  "Ear Canal SPL and Thresholds Resulting from Static Pressure Manipulation," with R. Talbott and A. De Chicchis, presented at the American Speech And Hearing Association Convention, 1982.  Manuscript in preparation for publication.

EGOLF 02452

OTI 007721

CHECK LIST – TO BE COMPLETED BY RESEARCH OFFICE BEFORE MERIT REVIEW SUBMISSION

### 1. FACE PAGE – ITEMS TO BE COMPLETED (Place an "X" in appropriate box(es))

| | | | |
|---|---|---|---|
| A. SIGNATURE(S) | X | F. EMPLOYMENT STATUS | X |
| B. LABEL OR ITEMS (3-7) | X | G. TIME COMMITMENT | X |
| C. SOCIAL SECURITY NO. VERIFIED | X | H. VA SALARY SOURCE | X |
| D. TOTAL PROGRAM TITLE | X | I. AGREEMENT BETWEEN TYPE OF PROGRAM AND FUNDING REQUEST (See instructions) | X |
| E. YEARLY AND TOTAL FUNDING | X | | |

### 2. HUMAN USE AND INFORMED CONSENT FORMS – ITEMS TO BE COMPLETED (Place an "X" in appropriate box(es))

| | | | |
|---|---|---|---|
| ☒ REQUIRED     ☐ NOT REQUIRED | | E. RISKS AND BENEFITS | X |
| HUMAN USE FORMS – ITEMS COMPLETED | | | |
| A. CHECK MARKS | X | F. FREEDOM TO WITHDRAW WITHOUT PREJUDICE | X |
| SIGNATURE(S) | X | G. INVITATION TO QUESTION | X |
| INFORMED CONSENT FORMS – ITEMS COMPLETED | | | |
| C. PURPOSE OF RESEARCH | X | H. CONFIDENTIALITY STATEMENT | X |
| D. PROCEDURES | X | I. LIABILITY STATEMENT | X |

### 3. BIOHAZARD STATEMENT – ITEMS TO BE COMPLETED (Place an "X" in appropriate box(es))

| | | |
|---|---|---|
| ☐ REQUIRED     ☒ NOT REQUIRED | B. UNIVERSITY | |
| A. VETERANS ADMINISTRATION | C. RADIOISOTOPE | |

### 4. ANIMAL USE FORMS – ITEMS TO BE COMPLETED (Place an "X" in appropriate box(es))

| | | |
|---|---|---|
| ☐ REQUIRED     ☒ NOT REQUIRED | | |
| A. CHECK MARKS (1-5) | D. SIGNATURES | |

EGOLF 02453          OTI 007722

Larson  PAGE 14a

Section V. NARRATIVE

RATIONALE

### 1. Statement of the Problem

Acoustic feedback is a problem to all hearing aid users and all audiologists who evaluate and fit hearing aids. Feedback results from any sound path linking the hearing aid's output to its microphone. The sound path may result from either an unintentional leak (e.g. loosely fitting earmold in the ear canal) or from an intentional leak (e.g. a vent deliberately placed to achieve a desired frequency response alteration).

Feedback has been identified in two forms, each having an effect on the hearing aid user. Unstable or oscillatory feedback is frequently identified as squealing, howling or ringing and is greatly annoying to the hearing aid user. Another more subtle form has been demonstrated by Egolf (1982), by Lybarger (1982), and by Cox (1982). Stable or suboscillatory feedback occurs below the hearing aid gain setting where unstable feedback begins and can result in a substantial change in the apparent frequency response curve of the hearing aid.

Causes of feedback are not well known and remedies for acoustic feedback in hearing aids are limited. There are few germinal papers on this subject. In addition, there are no systematic efforts underway to study and design feedback suppression systems for hearing aids.

### 2. Hypothesis or Key Questions

Results of the investigation proposed herein should answer several long-standing questions which have plagued engineers and audiologists involved in the research, design, testing, and fitting of hearing aids. These are listed in the paragraphs which follow:

### a. Unstable Feedback

What are the mechanisms which facilitate unstable feedback (i.e., ringing) in hearing aids? What key physical/electrical parameters and interactions affect it, and which ones could be used to control it? For example, it is well known (Egolf, 1980; Lybarger, 1979; and Studebaker, 1974) that the electroacoustic response of a hearing aid is controlled by a larger number of variables such as vent size, length of the sound tube, receiver type, microphone location, etc. Is it possible that altering one or more of these variables in a predetermined manner might inhibit or even eliminate unstable feedback?

### b. Stable Feedback

In what way does stable acoustic feedback affect the shape of the frequency response of a hearing aid? What are the key physical/electrical variables and interactions which control stable feedback? Are these the same variables which govern unstable feedback? In particular, how does the magnitude of stable feedback depend on vent size? Answers to these questions would contribute to the clinician's understanding and change the use of venting.

### c. Feedback Control

(i) Earmold Design. Several reports purport to control feedback through earmold design:

    a) Does a three-stage impression procedure (Fifield, 1980) eliminate unstable feedback and/or stable feedback? Are there undesirable side effects to earmolds fabricated through this process?

    b) Does the high cut cavity vent (Macrae, 1982) eliminate unstable and/or stable feedback?

    c) Would a high cut cavity vent fabricated from a three-stage impression procedure offset possible undesirable features inherent in each?

(ii) Adapting Methods Used in Public Address (PA) Systems for Hearing Aids. Could any of the current schemes for suppressing unstable feedback in PA systems be adapted for use in hearing aids? Knowing that many of them trade speech intelligibility for additional stable acoustic gain, how would the trade affect speech intelligibility

EGOLF 02454

OTI 007723

for the hearing impaired listener?

(iii) Developing New Methods. Recent availability of small, low-cost micro-
essors has resulted in significant advances in state-of-the-art speech processing.
Microprocessors can now be used to digitally filter speech in real time, as was demon-
strated by Wechsler (1982a). In addition, self-adaptive systems having characteristics
which change automatically with changes in the local acoustical environment or input
speech signal are now commonplace. Obviously, hearing aids are exposed daily to a
wide variety of external (to the head and ear) acoustical environments and it is known
(Egolf, 1982) that the characteristics of these environments participate to some degree
in the production of unstable feedback. Could a microprocessor-based, self-adaptive
system be utilized in a feedback suppression scheme designed for a hearing aid as was
suggested by Preves (1982)?

(iv) Incorporating Suppression Circuits into Hearing Aids. Could a feedback
suppression circuit such as that mentioned above in paragraphs (ii) or (iii) be minia-
turized to such a degree that it will fit within a hearing aid case? Is the circuit
compatible with the aid in terms of maximum allowable current drain from the battery?
What are its limitations in terms of speech intelligibility of the user and additional
stable gain?

3.  Current Status of the Particular Research Area

a.  Feedback Control by Earmold Design. Recently, Fifield (1980) reported a
three-stage impression technique for the fabrication of earmolds for severely impaired
children. Using an earmold prepared from a three-stage impression, he was able to
achieve an hermetic seal in 74 of 74 ear canals and no (unstable) feedback resulted in
any case. He did not follow these patients over a period of time, however. Such data
is needed for it is possible that (1) patients will reject the earmold as being uncom-
fortable (too tight), that (2) patient's pinna and ear canal adaptively become larger
r    ssitating replacement, or that (3) the hermetically enclosed cutaneous lining of
t.. ear canal will become irritated after sustained periods of use.

Another important development in hearing aid feedback control was reported by Mac-
rae (1982). He designed an earmold having a vent which acts as a high frequency filter
of sound delivered from the vent's outlet. Electroacoustic measurements demonstrated
that there was no audible feedback. Suboscillatory or stable feedback was not studied.

b.  Feedback Control in PA Systems. Prior investigations have dealt with the
conceptualization and design of hardware for suppressing unstable feedback in PA systems.
The following is a brief review of the applicability to hearing aids of some of the more
successful of those methods reported in the literature.

(i) Gain-Reduction Method. A technique devised by Boner and Boner (1965)
for suppression of unstable feedback involves the insertion of a notch filter into the
amplifier circuit of the PA system. The effect of the notch filter is to reduce the
height of any prominent peak in the open-loop frequency response* curve that might be
responsible for producing the ringing noise associated with unstable acoustic feedback.
The shape of the open-loop frequency response curve is known to be dependent upon the
acoustical environment in which the PA system is located. Thus, application of this
method to hearing aids might be thwarted by the wide range of acoustical environments
through which a hearing aid is moved daily.

(ii) Frequency-Shifting Method. In the method developed by Schroeder (1961)
a frequency-shifting network is used to change the PA speaker output so that it is 5 Hz
higher than the microphone input. Thus, when the acoustic output of the speaker returns

---

*   "open-loop frequency response", also known as the "open-loop transfer function", is
de.ined in several control systems texts such as those by D'Azzo and Houpis (1966) and
Shinners (1978).

EGOLF 02455     OTI 007724

Larson - 16

(i.e., "feeds back") to the microphone it re-enters at a different frequency than when it originally entered the microphone. The two signals (i.e., the original input and the feedback signal) will no longer combine to produce a larger signal which results in ringing because they are now 5 Hz apart. Application of this technique to hearing aids may be troubled by subjective effects described by Schroeder (1964) as "audible beating" and "audible ringing" that reduce speech intelligibility.

(iii) Phase-Shifting Method. Waterhouse (1965) and Jones (1973) described a method whereby the PA speaker output is shifted in phase with respect to the microphone input. When the speaker output feeds back to the microphone, it is out of phase with the microphone input. Consequently, the two signals combine "destructively" rather than "constructively", producing a smaller signal and unstable feedback is avoided. Unfortunately, the phase of the signal returning to the microphone is dependent upon the local acoustical environment: an environment that will be subject to rapid change if the device is inserted into a hearing aid.

(iv) Frequency-Modulation Method. Nishinomiya (1968) described a scheme wherein the output of the PA speaker is modulated sinusoidally or "warbled." This is similar to the frequency-shifting method except that the shifting is now time-dependent. Due to the warbling, it is extremely unlikely that the speaker signal, when fed back to the microphone, will be at the same frequency as the microphone input. Because of this difference in frequency, combination of these two signals will produce a signal which is reduced in amplitude. Nishinomiya states that a PA system employing this scheme elicits listener annoyance if the warbling is applied over too-large a frequency range.

(v) Phase-Lock-Loop and Correlation Detection Methods. Patronis (1978) has suggested two methods whereby the onset of unstable feedback in PA systems is detected and the circuit then takes corrective action to suppress it via an AGC (automatic gain control) circuit. These methods - called the phase-lock-loop and correlation detection methods by Patronis - utilize the ringing character of unstable feedback (as differentiated from speech) to detect its onset. Unfortunately, according to Patronis, the correlation detection method was never implemented due to its high (1978) cost. The recent availability of low-cost microprocessors may mean that this is now a viable method.

TABLE 4.   Time-Line Chart

| Item/Investigator | Time (Months, Years) | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Year 1 | | | | | | | | | | | | Year 2 | | | | | | | | | | | |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| Investigation of cause/effects of acoustic feedback (Egolf and Larson) | | | | | | | | | | | | | | | | | | | | | | | | |
| Adaptation of suppression techniques designed for PA systems (Egolf and Jacquot) | | | | | | | | | | | | | | | | | | | | | | | | |
| Investigation of feedback suppression using a microprocessor (Kirlin, Steadman, Wechsler) | | | | | | | | | | | | | | | | | | | | | | | | |
| Development of Subjective Testing Protocol (Larson) | | | | | | | | | | | | | | | | | | | | | | | | |
| Evaluation of earmold designs for feedback elimination (Larson) | | | | | | | | | | | | | | | | | | | | | | | | |
| Writing project reports (Larson, Egolf) | | | | | | | | | | | | | | | | | | | | | | | | |
| Evaluation of reports of work completed at the University of Wyoming under contract (Larson) a. Computer model and verifying laboratory data b. Report of causes and effect of feedback c. Feasibility report of PA system adaptation d. Feasibility report of new suppression system | | | | | | | | | | | | | | | | | | | | | | | | |
| Design and development of laboratory prototype. Testing of laboratory prototype (Steadman, Wechsler, Jacquot). | | | | | | | | | | | | | | | | | | | | | | | | |
| Construction of wearable prototypes | | | | | | | | | | | | | | | | | | | | | | | | |
| Evaluation of prototypes (Larson) | | | | | | | | | | | | | | | | | | | | | | | | |
| Writing project report | | | | | | | | | | | | | | | | | | | | | | | | |

EGOLF 02456

OTI 007725



(B)

Figure 1.  Typical post-auricular hearing aid.
(A)  Illustration of Signal Flow
(B)  Block Diagram of System (Egolf, 1982).

TABLE 5.  Transfer Functions of Blocks in
Figure 1(B) with References

| Transfer Function | Parameters Necessary to Describe Transfer Function | References |
|---|---|---|
| $T_1$ | Room acoustics | Schroeder (1962), |
| | Wave interaction with body, head, and ear | Kuhn (1979), Shaw (1980). |
| M | Microphone acousto-electric response and directivity | From research proposed herein as suggested by Egolf (1976). |
| | Microphone location | Franks (1979), Kuhn (1980). |
| A | Amplifier gain and phase response

Characteristics of feedback suppression device to be included in amplifier; may include microprocessor and/or digital filter | From research proposed herein.
From research proposed herein, similar to Kirlin* and Reddy (1976) Wechsler* (1982), Steadman* et al. (1983), Steadman (1982). |
| R | Receiver electroacoustic response | Egolf* and Leonard (1977). |
| $T_2$, $T_3$, $T_4$ | Tube transmission line characteristics

Characteristics of the earmold, occluded ear, and tympanic membrane | Egolf* et al. (1978), Egolf (1980), Larson* et al. (1977) Larson* and Talbott (1981), Larson* et al. (1982), Shaw (1974), Zwislocki (1963). |
| $T_5$ | Characteristics of the second feedback path free vent to microphone | Egolf* et al. (1982)** Johansen (1975). |
| | Magnitude and phase characteristics and stability of the entire system | Jacquot* et al. (1976), Nyquist (1932), Egolf (1982). |

*Participants in this project; **Unpublished reports by Egolf (1982) and Egolf et al. (1981) are appended to this proposal.

EGOLF 0245?

OTI 007726

Larson – 18

4. Specific Objectives

The overall objective of this research program is to build and test several proto-
type hearing aids incorporating circuitry that successfully suppresses unstable acoustic
feedback. Ideally, the feedback suppression circuit should (1) preserve intelligibility
of the incoming signal and (2) allow unlimited feedback-free gain. The results of pre-
liminary research carried out early in the program will dictate whether these "ideal"
requirements can be met.

The entire research program being proposed is presented in the time-line chart in
Table 4. With reference to this chart, it should be pointed out that the first-year
objective is the evaluation and selection of schemes for suppressing unstable feedback.
The selection will be based on a careful analysis of existing and proposed methods and
will be supported by computer simulations and laboratory experiments. Orientation of the
second-year effort -- design, construction, and testing of 12 prototype hearing aids --
will be dependent upon results obtained during the first year.

5. Significance and Relevance of the Proposed Work to the VA Patient Care Mission.

This proposal addresses an acute need among hearing aid users. The successful
completion of this program will allow the implementation of hearing aid fittings not
now possible and, as Beck (1982, see letter attached) stated, "Control of feedback will
enable the development of acoustic rehabilitation paradigms heretofore unrealized."

According to Beck, one hundred thousand veterans receive continuous auditory prosthetic
services from the Veterans Administration with thirty thousand new hearing aids being
issued in 1981. Beck, Associate Coordinator of the Hearing Aid Program, observes that
acoustic feedback has remained a significant problem since the development of the hearing
aid. Her comments echo those of Lybarger (1982), with more than forty years of hearing
aid research to his credit, who stated that feedback "...has been a continuous problem
ar 'ong as the author can remember." Preves (1982) and Curran (1982) speaking from the
m facturer's perspective, rank feedback as one of the two most serious problems in
hearing aid fitting.

Beck observed that hearing aids provided to veterans have the same feedback constraints
observed in the population at large and that no type of hearing loss escapes the problem;
however, the user requiring high frequency amplification to offset a high frequency hear-
ing loss (often due to noise exposure) presents a particular problem to VA audiologists.
In many instances, adequate high frequency gain is not realizable because of the con-
comitant necessity to vent the earmold to allow the escape of low frequency energy.

Research which provides solutions to feedback problems in hearing aids will have a
significant impact on the VA hearing impaired population and the population at large.
The impact, of course, is dependent on the willingness of the hearing aid industry to
market hearing aids employing viable suppression circuitry. In this regard, Curran (1982),
representing one manufacturer (see letter attached), stated that feedback solutions would
be extremely welcomed by every manufacturer in the industry. He added that a successful
device "...at an acceptable price and size should have an unlimited market." Preves (1982),
representing another manufacturer (see letter attached), expressed a similar assessment.

B. BACKGROUND AND WORK ACCOMPLISHED

The principal investigator and the team from the University of Wyoming represent a
collection of researchers with skills that are uniquely suited to solve the problems pro-
posed herein. Members of the team have, individually and collectively, made significant
contributions in the fields of auditory and hearing-aid research which are directly
applicable to this project.

The principal investigator (1981, 1982) is involved in ongoing studies of the effects
o' ading the tympanic membrane on sound spectra measured in the ear canal. This research
has led to the development of a computer based data acquisition system for acoustic trans-
fer function studies which will be used in the proposal.

EGOLF 02458      OTI 007727

Larson - 19

Three of the investigators are involved in ongoing sponsored and unsponsored research
p   ects which may serve as forerunners to the research proposed herein. Progress to date
and partial results of these studies are reported by Egolf (1982), Egolf, et al. (1982),
Wechsler (1982b), and Steadman, et al. (1983). Since they have not yet been published,
the reports by Egolf (1982) and Egolf, et al. (1982) are appended hereto for perusal by
the reviewers. The work of Steadman, et al. (1983) is now in preparation and the report
by Wechsler (1982b) is confidential due to a legal agreement between the University of
Wyoming and the funding organization (a private corporation).

Prior research conducted by the investigators and its relationship to the research and
development proposed herein can best be described by referring to Figure 1 and Table 5.
Figure 1(a) is an illustration of the way in which an acoustical signal incident upon
the human ear (i.e., the sound pressure P) is monitored, amplified, and broadcast into
the ear canal by a typical behind-the-ear hearing aid. In Figure 1(b), all of the
pertinent information given in Figure 1(a) has been incorporated into a "block diagram",
a technique borrowed from control systems scientists (see, for example, D'Azzo and
Houpis, 1966, or Shinners, 1978). The blocks in Figure 1(b) represent the various trans-
fer functions illustrated in Figure 1(a). Each transfer function in Figure 1(b) is
listed in Table 1, along with references which describe prior research (both mathematical
and experimental) that deals with that particular part of the _in-situ_ hearing aid.

In order to analyze the acoustic feedback problem and develop remedies, the investi-
gators must be able to describe either mathematically or experimentally, all of the
transfer function blocks in Figure 1(b). This means that a large part of this research
project during the first year will be dedicated to assembling information from the
various references listed in Table 5. It should also be pointed out that the referenced
work in Table 5 represents years of research by the various authors and covers a broad
s   trum of mathematical theories, computer algorithms, and data-gathering schemes.
W. . the possible exception of the papers authored by Kirlin, Jacquot, Steadman, and
Wechsler, most of the publications referenced in Table 1 are well known in the hearing
aid literature. Consequently, only the works of these authors will be discussed in
the paragraphs which follow.

Kirlin and Reddy (1976) have developed an experimental technique whereby the frequency
response of a hearing aid is obtained using pseudo-random noise. Pseudo-random noise
has several characteristics which are desirable when testing _in-situ_ hearing aids.
Thus, the investigators hope to use this method to determine the onset of unstable
acoustic feedback.

Jacquot, et al. (1976) has investigated the stability of distributed-parameter
systems. Since an _in-situ_ hearing aid is a distributed-parameter system with stability
problems (i.e., the ringing means that this normally stable system has become unstable),
it is felt that the information in this publication, along with Professor Jacquot's
contribution to this research project, will be invaluable.

Steadman (1982) is known for his work in microprocessor design and has recently
developed an audio-bandwidth, microprocessor-based digital filter (Steadman, et al., 1983).
Wechsler (1982a) has improved the design using a newer-generation microprocessor and
is now incorporating it into a head-worn hearing aid (Wechsler, 1982b): a contradiction
to the conclusion reached at the recent Northwestern University conference (Radnor, 1982).
Preves (1982), among others, has suggested that a microprocessor-based filter may be
necessary to solve the problem of unstable feedback in hearing aids.

C. WORK PROPOSED

.   Methods of Procedure. The following is a description of the proposed research
project. The items listed hereunder also appear in the time-line chart presented as
Table 4.

EGOLF 02459       OTI 007728

Larson - 20