a. <u>Year One: Investigation/Conceptualization Phase</u>

(i) <u>Investigation of Cause/Effect of Acoustic Feedback</u>. In order to develop a method for elimination of feedback, it is first necessary to understand (1) how it is produced, (2) what are its characteristics, and (3) how it affects the nearby sound field, the hearing aid system and the aided sound spectrum. In order to answer these questions, a mathematical modeling approach will be used and supported by laboratory measurement. The model to be created is that of an entire <u>in-situ</u> hearing aid system similar to that illustrated in Figure 1, to include the acoustical environment in the near-field of the human head.

The mathematical model will be assembled from several computer models developed earlier by different authors for application to particular parts of the hearing aid system. For example, the computer scheme developed by Egolf and Leonard (1977) will be used to model electroacoustic transduction by the receiver (i.e., the block labeled "R" in Figure 1 and Table 5). This will be combined with the computer program for modeling sound transmission through tubes $T_2$, $T_3$, and $T_4$ (see Figure 1 and Table 5) described by Egolf, et al. (1978). Included also will be the computer method currently under development by Egolf, et al. (1982) for simulating sound propagation along the feedback path from vent to microphone: block $T_5$ in Figure 1 and Table 5. These will then be combined with a computer model developed from the mathematics described by Kuhn (1979) for acoustic wave interaction with the body, head, and ear (block $T_1$ in Figure 1 and Table 1). With reference to Figure 1, this leaves only the microphone and amplifier (the M and A blocks) models to be developed.

A computer model of the microphone will be developed from an investigation of acousto-electric transduction in the microphone. In particular, the investigators will probably use the "two-load method", a computer-aided experimental procedure suggested by Egolf (1976), to produce the "four-pole parameters" of the microphone (see Guillemin, for a complete description of these parameters). Applying the two-load method will require use of the following equipment which is also listed in Section IV of this proposal: 1) One-half inch pressure microphone and preamplifier, 2) microphone amplifier, 3) calibration coupler, 4) vibration shaker, 5) anechoic chamber (miniature), 6) Fourier analyzer, and 7) digital computer. A model of the amplifier will be developed according to standard techniques described in any of several contemporary textbooks on the subject of analog/digital electronics (see, for example, Hayt and Neudeck, 1976).

Finally, a computer model of the entire system will be assembled. In order to assess its validity, a laboratory experiment will be devised in which a KEMAR manikin with an <u>in-situ</u> hearing aid will be exposed to a progressive sound field. Spectra at the coupler "eardrum" and at a point some distance from the manikin will be recorded with the aid's gain set so as to produce both stable and unstable feedback. Spectral data gathered by this method will then be compared with computer-simulated spectra. The following equipment will be used to perform this experiment: 1) a 10-inch speaker, 2) anechoic chamber (walk-in), 3) three ½-inch microphones and preamplifiers, 4) probe microphone, 5) KEMAR manikin, 6) Zwislocki coupler and right-angle adapter, 7) two artificial pinnas, 8) hearing aid and earmold, 9) three microphone amplifiers, 10) two level recorders and 11) a Fourier analyzer.

Once the computer model has been verified, it will be used to simulate the wide variety of environmental conditions to which a hearing aid may be exposed (such as concert halls, offices, telephone listening, etc.). The investigators will then seek 1) those particular conditions which produce unstable feedback and 2) those parameters to which it is most sensitive. The investigators will also simulate the sound spectrum at the eardrum of an aided listener under normal conditions to learn more about how the spectrum is affected by stable feedback.

(ii) <u>Adaption of Suppression Techniques Designed for PA Systems</u>. Previously published methods for suppressing unstable feedback in PA systems, (including those

EGOLF 02460     OTI 007729

reviewed earlier in this proposal) will be studied and evaluated extensively to determine their suitability for successful adaptation to hearing aids. Knowledge gained from the cause/effects study conducted previously will help the investigators to assess the ability of each method to suppress unstable feedback in hearing aids. For example, a successful feedback suppression device might fail when incorporated in a hearing aid due to the fact that the sound path from the speaker back to the microphone (i.e., from $P_R$ to $P_F$ through $T_2$, $T_4$, and $T_5$ in Figure 1 is significantly shorter in a hearing aid than in a PA system). In addition, amplitude and phase of the sound traveling this path is dependent on vent size, a parameter which is not encountered when dealing with PA systems.

Those feedback suppression devices which are judged to be compatible with hearing aids (if they can, in fact, be obtained by purchase or loan*) will be tested in the laboratory by temporarily connecting them to a hearing aid. The laboratory test will be performed with the hearing aid mounted on the KEMAR manikin and will use the same equipment as that listed above.

Many of the PA feedback suppression schemes reviewed earlier in this proposal utilize nonlinear methods which trade (speech) intelligibility for additional stable gain. Such a compromise may be desirable for PA systems designed for normal listeners. However, this could be a severe limitation to the adaptation of such systems to hearing aids, where intelligibility is of primary concern. Thus, each of these systems must be evaluated for its ability to preserve intelligibility of the incoming speech signal. There are a number of electroacoustic experiments which can be performed to estimate intelligibility, but ultimately subjective discrimination tests will have to be performed on those systems, if any, deemed feasible for adaptation to hearing aids. Speech discrimination tests of hearing aids retrofitted with such circuitry will be performed as described under b(iii) of this proposal.

The authors envision that the study of existing PA feedback suppression systems will include a final sequential pass/fail test such as that illustrated in Figure 2.



Figure 2.  Sequential Pass/Fail Test.

*Unfortunately, many of the schemes for suppressing unstable feedback in PA systems which are reported in the literature have never been implemented and are thus not available to the consumer.

EGOLF 02461          OTI 007730

Larson - 22

(iii)  <u>Evaluation of Earmold Designs for Feedback Elimination</u>
    a)  <u>Fifield three-stage impression procedure.</u>  Fifield (1980) demon-
s   ted that this technique facilitated feedback free listening in ears fitted with
body-worn hearing aids.  The purposes of this part of the project are: 1) to replicate
this finding with hearing aids of the post-auricular and in-the-ear (ITE) varieties.
Specifically, are high-pass post-auricular and ITE hearing aids as worn by a user with
a three-stage earmold stable and unstable feedback, and are three-stage earmolds com-
fortable for sustained use without aggravating the ear canal?
    Ten male veteran patients with high frequency sensorineural hearing loss who have
worn a hearing aid at least one year will be studied.  Each hearing loss will be suffi-
cient to have warranted closed-ear mold fit.  Each will be examined by an otolaryngologist
and will be excluded from study if he is determined to have any form of middle or outer
ear flammation/condition which may be aggravated by a tightly-fitting earmold.
    For each subject, an earmold will be fabricated from an impression taken in the
exact manner outlined by Fifield.  Briefly, this technique uses dental impression materials
rather than ear impression materials because of their accuracy, dimensional stability
and suitability for a multi-stage impression.  The impression is produced in at least
three stages allowing for controlled build up in the ear.  This allows the impression
to conform to the anatomical contours of the pinna and ear canal without distorting
the ear's natural shape.  The criteria for a hermetically sealed earmold impression
is verified using the pump and manometer of a clinical impedance meter (in this study,
a Madsen ZO73).  The impression will be sent to an earmold laboratory with instructions
to reproduce it precisely.  Once received from the laboratory, its hermetic seal will be
verified.
    Five patients will be fitted with post-auricular and five with ITE hearing aids.  Upon
t^h  initial fitting to the patient, and verification of a hermetic seal, the presence
o   bsence of unstable feedback will be determined simply by systematically increasing
hearing aid gain and noting the amount of gain at which audible oscillation begins (if
any).  This measure will first have been made on an occluded ear simulator (hearing aid
connected by tubing and an appropriate adapter) in order to rule out the possibility of
mechanical feedback.
    An evaluation for stable feedback will be conducted similar to the manner described
by Cox (1982).  Briefly, a speech spectrum noise will be delivered in a sound-field at
70 dB SPL using a high quality loudspeaker with the subjects seated at 0° horizontal and
vertical azimuth at a distance of 1 meter (center of head).  A miniature microphone
(Starkey, RE-4) will be positioned near the hearing aid's microphone.  This microphone
will be positioned with its inlet port 1 to 2 mm from the aid's microphone.  Two sets
of measurements will be made.  First, spectral analyses of the noise signal (using a
Bruel & Kjaer model 2033 High Resolution Analyzer controlled by a Hewlett Packard 9825
Desktop Calculator) will be made at the hearing aid microphone location when the hearing
aid is turned off and the second with the hearing aid activated successively at full-gain
setting.  The difference between the two sets represents the contribution of stable
feedback to the overall frequency response (the ear canal measurement).  Gain setting will
then be varied systematically to find the maximum gain at which feedback does not occur.
    Patients earmold-hearing aid-systems who do not exhibit unstable feedback will be
placed on a 90 day observational program.  They will return to the clinic every two weeks
at which time their subjective impressions regarding comfort, number of hours of daily
use, and the occurrence of feedback will be ascertained.  In addition, their ear canals
will be to otoscopically examined to ascertain signs of aggravation.  If such occur, the
us^ of the earmold will be discontinued.
    it the end of the 90 day period, the electroacoustic evaluation of the system will
be repeated in order to determine if, with sustained use, the hermetic seal is maintained
and that the hearing aid-earmold system remains feedback free.

EGOLF 02462

OTI 007731

Larson - 23

These data will establish the feasibility of routine use of the three stage impression earmold with hearing losses which require post-auricular or ITE hearing with full-mold fittings.

b. Macrae high-cut cavity venting. Ten experienced hearing aid users will be selected for this portion of the project. Otolaryngic clearance will be obtained. Subjects will be judged to be candidates for venting to achieve a low-frequency cut below 500 Hz. Earmold impressions will be made in routine fashion using commercially available impression material and earmolds will be fabricated by a commercial laboratory according to the specifications of Macrae (1982). Electroacoustic measurements will be made in the same way as outlined above.

These data will determine whether unstable or stable feedback occurs. If either occurs, the earmold will be hermetically sealed using petroleum jelly to determine if feedback resulted from unintentional leaks around the earmold.

c. Combination of three-stage impression and the Macrae earmold. If in the Macrae earmold project, feedback results from unintentional leaks, the three-stage procedure will be employed and new earmolds obtained. Electroacoustic measurements will be repeated to determine the presence or absence of stable or unstable feedback.

(iv) Feedback Suppression by Microprocessor. The authors envision several new microprocessor-based methods for suppressing unstable feedback in hearing aids. Of these new methods, there are four which the investigators feel, have the most potential for success. These employ the following principles: 1) correlation detection, 2) pseudo-random noise detection, 3) active feedback cancellation, and 4) adaptive (notch) filtering. The correlation detection method suggested by Patronis (1978) uses a correlation scheme to detect the onset of unstable feedback in PA systems and then takes corrective action to suppress it with an AGC (automatic gain control) circuit. Unfortunately, according to Patronis, this method was never implemented due to its high cost. The investigators that recent availability of low-cost microprocessors may mean that this is now a v...ble method if a correlation algorithm could be developed for use by the microprocessor.

The pseudo-random noise detector can best be explained by referring to Figure 1. A low-level pseudo-random electrical signal is injected into the circuit just ahead of the receiver (R). This signal traverses the hearing-aid system via the path labeled R, $T_2$, $T_3$, $T_4$, $T_5$, and M in Figure 1(b). The returning acoustical signal is monitored just after passing through the microphone (M) and a microprocessor uses this signal to compute the system's open-loop transfer function. Certain values of this function (see Egolf, 1982) indicate the onset of unstable feedback and corrective action is then taken by the microprocessor to suppress it automatically. The pseudo-random signal must be low enough to produce little or no decrease in intelligibility and still be of sufficient magnitude that it can be utilized by the microprocessor. The question arguably arises whether both of these requirements can be met.

The active feedback cancellation method uses a miniature microphone mounted on the earmold so as to monitor the sound emanating from the vent (i.e., $P_v$ in Figure 1). The signal spectrum from this microphone is then amplified, reversed in phase, and "mixed" with the signal spectrum produced by the hearing-aid microphone (M). Phase reversal of the signal spectrum is done adaptively by a microprocessor. The phase reversal causes cancellation of all or part of the feedback signal ($P_f$), reducing the possibility that unstable feedback will occur. Preliminary results of an ongoing investigation at the University of Wyoming indicate that this method has good potential for eliminating unstable feedback in hearing aids. Just what effect the cancellation will have on the shape of the aided sound spectrum is not known at this time.

The adaptive (notch) filtering method is used in conjunction with either (1) the correlation detector or (2) the pseudo-random noise detector described above. Basically, t  method relies on identification, by either of the above two detectors, of a peak or peaks in the open-loop transfer function which are responsible for generating unstable feedback. The microprocessor then automatically creates a digital notch filter having a

EGOLF 02463

OTI 007732

Larson - 24

center frequency positioned so as to counteract the peak(s) in the open-loop transfer f  tion. It is not known at this writing whether the finite time required for feed-ba.. detection and creating and positioning the notch filter will result in perceptible changes in the incoming (speech) signal.

The reliability of each of the above new methods will be tested by using the computer model developed earlier in this project during the cause/effects study. Only those methods which the computer investigation deems most promising will actually be constructed and tested in the laboratory. Using the computer model in this way will help to reduce the potentially large number of laboratory tests which must be conducted. Results of the laboratory tests will help the investigators to select a single "best" electronic method from among those discussed above.

b. Year Two: Design, Development, and Testing Phase

(i) Design and Development of Laboratory Prototype. Using either (1) a suppression scheme developed for PA systems or (2) a new suppression scheme utilizing a microprocessor, the investigators will design and construct several laboratory prototypes of an electrical circuit for suppressing unstable feedback in hearing aids. The first prototype will be of "breadboard" dimensions (i.e., approximately 12" x 12") and therefore not size-compatible with a hearing aid case. The purpose for constructing this prototype will be to assess its suppression capabilities. This will involve laboratory tests using the KEMAR manikin and the acoustical test equipment listed in Table 3 on p. 11 of this proposal.

A second prototype of breadboard size will be designed and constructed with consider-ation given to application factors such as battery requirements, current drain, circuit reliability, minimizing the number of circuit components, etc. This prototype will likewise be tested for its ability to suppress unstable feedback. The goal will be, c̈ ̈ course, to prepare the circuit for incorporation into a hearing aid.

The circuit of the second prototype will then be miniaturized, making adjustments to the design where necessary to facilitate size reduction. This part of the project will be carried out in the Hybrid Microcircuits Laboratory at the University of Wyoming and will involve such processes as photo reduction, chemical etching, welded-wire bonding, resistor trimming, etc. The miniaturized circuit will then be fitted into a hearing aid case. This will probably involve retro-fitting the device to a hearing aid of current manufacture by simply replacing "their" amplifier circuit with "our" feedback suppression circuit and amplifier. The effectiveness of this final prototype will then be tested in the laboratory using the KEMAR manikin, as described earlier.

(ii) Construction of Twelve Wearable Prototype Hearing Aids. Using the retrofit concept explained above, twelve prototype hearing aids will be assembled according to plans and specifications developed during part (i) above. The completed prototype hearing aids will then be delivered to the VA Medical Center, Augusta, Georgia for subjective testing.

(iii) Subjective Testing of Wearable Prototypes. The subjective response of a group of male hearing impaired patients of the VA Medical Center, Augusta, Georgia will be evaluated under four conditions. These are: 1) using each patient's own hearing aid, 2) using the prototype with the feedback suppression circuit inactive, 3) using the prototype with the feedback suppression circuit active and 4) verification in-situ of absence of stable or unstable feedback in the manner described previously.

A group of twelve patients with hearing losses averaging 40 dB to 70 dB at 500, 1000 and 2000 Hz who have been fitted previously with a post-auricular hearing aid and an occluding earmold will be included for study.

Subjects will be selected during the first six months of the project. All patients ⸱  meet the hearing loss criteria specified above. Each will be between 35 and 60 y.⸱.⸱.s of age and will have worn a hearing aid continuously for a period of 12 months

EGOLF 02464        OTI 007733

Larson - 25

prior to being selected for the project. Each will be employed in an environment where hearing aid use is requisite to the successful completion of his occupational and social re nsibilities. Each will receive an otologic examination and will be free from middle ea. pathology. There will be no historical, radiologic or audiologic evidence of retro-cochlear pathology. Each patient will be reimbursed for transportation expenses for each scheduled visit to the clinic and will be provided with earmolds during the course of the project.

Two methods of study will be employed in evaluating the veteran's response to the prototype. These are: behavioral testing and electroacoustic testing.

The subjects will be studied over a period of 90 days. They will be evaluated upon inclusion in the project, at the end of the first 45 days of using the prototype, and at the conclusion of the 90 day period. Each veteran will be tested using the instrument with the feedback circuit turned on and with it turned off after having used it in its respective mode for 45 days. One-half of the subjects will first wear the hearing aid with the circuit turned off and one-half will first wear it with it turned on.

Electroacoustic evaluation of each subject with the prototype will be accomplished in the same way as described earlier in Section (iii-a) of this proposal. The following behavioral testing measures will be employed: 1) functional gain for 1/3 octave noise bands (Pascoe, 1975; Skinner, 1979), 2) most comfortable loudness levels for 1/3 octave noise bands and 3) uncomfortable loudness levels for 1/3 octave band noises, 4) speech reception thresholds for aided and unaided conditions will be established using the method suggested by Tillman and Olsen (1973) using commercially available tape-recorded CID W-2 materials, 5) intelligibility tests will be conducted as described in the paragraphs which follow. The presentation levels of the speech materials will be chosen on the basis of most comfortable loudness levels for connected discourse. A description of the speech discrimination test procedure follows.

An articulation test has been defined as a method of measuring the intelligibility c sample of speech as a function of some variable dimensions of the stimulus. For many of the available test materials, a lack of discriminative power is evidenced in the literature. Several recent studies have demonstrated, however, that when rigid instrumental and experimental controls are applied, significant intelligibility differences (attributable to electroacoustic variables) emerge.

Testing of the feedback prototype will draw from the intelligibility studies reported by Margolis and Millen (1971), by Pascoe (1975) and by McDowell (1976). Methods and/or materials developed or refined by these investigations will be employed in this study.

To maximize the possibility that intelligibility differences attributable to the feedback circuit emerge, three tests of speech intelligibility, differing in design cirteria, will be used. These are: 1) High Frequency Word Test (Pascoe, 1975). These materials consist of 50 monosyllabic words that are difficult for hearing impaired subjects to understand. By minimizing vocalic nuclei in the words, the weight of consonants in the correct identification of words is increased. Four randomized lists of words will be constructed. 2) Word tests having rectilinear distribution of item difficulty (Margolis and Millen, 1971; McDowell, 1975). This test was developed to improve the distribution of item difficulty and to eliminate superfluous words, thereby improving the sensitivity of the test. From these, 50 monosyllabic words, and 4 randomized lists of words will be used. 3) Northwestern University Auditory Test No. 6 (Tillman and Carhart, 1966). This test is based on the concept of phonemic balance. Phonemic balance refers to the occurrence of phonemes in the materials with a frequency which approximates the phonemic balance of a sample of monosyllables drawn from Thorndike and Lorge's (1952) most used words.

Because of the possibility that differences between the feedback-on and feedback-off ditions may not emerge under favorable listening conditions, the tests will be conducted using a +6 dB signal-to-noise ratio (speech spectrum noise) listening condition in addition to the quiet condition.

Four randomizations of each 50 word test will be used. Existing recordings of each
t  will be obtained. For the NU-6 test, four randomizations of List II prepared at
t. University of Oklahoma will be employed (McDowell, 1976). For the Distributed Item
Test, four randomizations prepared by the University of Oklahoma will be employed. For
the High Frequency Test, four randomizations will be prepared from materials developed
at Central Institute for the Deaf (Pascoe, 1975).

To avoid auditor bias, subjects will write the stimulus. The prerecorded materials
will be presented to the subjects using a high quality tape recorder and a speech audio-
meter which drives a high quality loudspeaker. The subject will be seated at 0 degrees
horizontal and vertical azimuth at a distance of one meter from the loudspeaker. A
speech spectrum noise will be used in the +6 dB signal-to-noise ratio conditions. The
noise will be electrically mixed with the speech samples using the speech audiometer.
The speech materials in the test conditions will be delivered at 70 dB SPL and, for the
noise conditions, the noise will be set to 64 dB SPL. The subject's contralateral ear
will be plugged and muffed to eliminate its participation in the test.

One-half of the 12 subjects will receive all tests in the feedback-on condition
first and one-half will receive the tests in the feedback-off condition first. One
third of the subjects will receive the following test order (within condition): NU-6,
Distributed Item, and High Frequency Test; one-third will receive the following order:
Distributed Item, High Frequency Test and NU-6; and one-third will receive the order:
High Frequency, NU-6 and Distributed Item Test. The quiet and signal-to-noise conditions
will be alternated within subjects and conditions.

Three factor Analyses of Variance will be performed on each speech discrimination
test. The analyses will provide bases for inference regarding the effects of 1) feedback
circuit, 2) adverse listening (+6 signal-to-noise ratio) and 3) feedback x adverse listen-
ir~ in addition to subject effects and subject x variable interaction effects.

EGOLF 02466

OTI 007735

Larson - 27

References

P    y, J. and Larson, V. 1980. Acoustic Couplers: Monographs in Contempory Audiology
 2  26.

Beck, L. 1982. Personal Communication.

Boner, C.P. and Boner, C.R. 1965. Minimizing feedback in sound systems and room-ring
modes with passive network. J. Acoust. Soc. Am. 37:131-135.

Cox, R. 1982. Combined effects of earmold vents and suboscillatory feedback on hearing
aid frequency response. Ear and Hearing 3:12-17.

Curran, J. 1982. Personal Communication.

D'Azzo, J.J. and Houpis, C.H. 1966. Feedback Control System Analysis and Synthesis.
2nd. Ed. McGraw-Hill, New York.

deBoer, B. 1963. Avoiding feedback in hearing aids. Zts. Horgerate Akustik. Heft
4:122-140.

Egolf, D.P. 1976. A mathematical scheme for predicting the electro-acoustic frequency
response of hearing aid receiver-earmold-ear systems. Doctoral dissertation, Purdue
University, West Lafayette, IN.

Egolf, D.P. and Leonard, R.G. 1977. Experimental scheme for analyzing the dynamic
behavior of electroacoustic transducers. J. Acoust. Soc. Am. 62(4):1013-1023.

Egolf, D.P., Tree, D.R., and Feth, L.L. 1978. Mathematical predictions of electro-
acoustic frequency response of in-situ hearing aids. J. Acoust. Soc. Am. 63(1):
264-271.

Egolf, D.P. 1980. Techniques for modeling the hearing aid receiver and associated
tubing. In: G.A. Studebaker and I. Hochberg (eds), Acoustical Factors Affecting
Hearing Aid Performance, pp. 297-319. University Park Press, Baltimore.

Egolf, D.P. 1982. Review of the acoustic feedback literature from a control systems
point of view. In: G.A. Studebaker and F.H. Bess (eds), Amplification for the hearing
impaired: research needs. Monographs in Contemporary Audiology. In Press.

Egolf, D.P., Barker, D.S. and Garton, N.S. 1982. The hearing-aid feedback path:
mathematical simulations and experimental verification. Internal report, Department
of Electrical Engineering, University of Wyoming, Laramie, Wyoming.

Fifield, D.B. 1980. A new ear impression technique to prevent acoustic feedback with
high powered hearing aids. Volta Review 82, 1-8.

Franks, J.R. 1979. Microphone directionality effects on hearing aid frequency response.
In: V.D. Larson, D.P. Egolf, R.L. Kirlin, and S.W. Stile (eds), Auditory and Hearing
Prosthetics Research, pp. 133-146. Grune and Stratton, New York.

Guillemin, E.A. 1957. Synthesis of Passive Networks, pp. 186-217. Wiley, New York.

Hayt, W.H. and Neudeck, G.W. 1976. Electronic Circuit Analysis and Design, p. 423.
Houghton Mifflin, Boston.

EGOLF 02467      OTI 007736

Jacquot, R.G. Constantinides, C.T. and Kia-Koojoori, T. 1976. Stability of a feedback controlled distributed system by model representation. Int. J. Systems Sciences 7(9): 98  )03.

Johansen, A.P. 1975. An evaluation of the acoustic feedback damping for behind-the-ear hearing aids, report 75.1. Research Laboratory for Technical Audiology, Odense, Denmark.

Jones, M.H. 1973. Frequency shifter for "howl" suppression. Wireless World 79 (July): 317-322.

Kirlin, R.L., and Reddy, S.N. 1976. Hearing aid testing using pseudo-random noise. Biomed. Sciences Instrumentation 12:73-76.

Kuhn, G.F. 1979. The pressure transformation from a diffuse sound field to the external ear and to the body and head-surface. J. Acoust. Soc. Am. 65:991-1000.

Kuhn, G.F. 1980. Some effects of microphone location, signal bandwidth, and incident wave field on the hearing aid input signal. In: G.A. Studebaker and I. Hochberg (eds). Acoustical Factors Affecting Hearing Aid Performance, pp. 55-80. University Park Press, Baltimore.

Larson, V.D., Studebaker, G.A., and Cox, R. 1977. Sound pressure levels in the 2-cm$^3$ and Zwislocki couplers and in human ear canals. J. Am. Audiol. 3(2): 63-70.

Larson, V. 1981. The control of hearing aid output in Amplification in Education, F. Bess, B. Freeman, and J. Sinclair, (eds). Alexander Graham Bell Assoc. for the Deaf, W.  ngton, D.C., 180-191.

Larson, V. and Talbott, R. 1981. Spectral changes in ear canals produced by static pressure manipulation. (A) Presented at the annual convention of the American Speech, Hearing and Language Association, Los Angeles, CA.

Larson, V., Talbott, R. and DeChicchis, A. 1982. Spectral changes in ear canals and changes in auditory thresholds produced by static pressure manipulations. (A) Presented at the annual convention of the American Speech, Hearing and Language Association, Toronto, Canada.

Lybarger, S.F. 1979. Controlling hearing aid performance by earmold design. In: V.D. Larson, D.P. Egolf, R.L. Kirlin, and S.W. Stile (eds). Auditory and Hearing Prosthetics Research, pp. 101-132. Grune and Stratton, New York.

Lybarger, S.F. 1982. Acoustic feedback control. In: G.A. Studebaker and F.H. Bess (eds). Amplification for the hearing impaired: research needs. Monographs in Contemporary Audiology. In Press.

Macrae, J. 1982. Venting without feedback--further development of the high-cut cavity vent. Hearing Instruments 33-12-15 & 42.

Margolis, R. and Millen, J. 1971. An item-difficulty based speech discrimination test. J. Sp. Hearing Res. 14:865-873.

Mc  ell, M. 1976. Intelligibility of distorted speech as measured with two discrimination tests differing in design criteria: phonemic balance versus distribution of item difficulty. Doctoral Dissertation, University of Oklahoma.

Miller, J., Niemoeller, A., Pascoe, D. and Skinner, M. 1979. Integration of the electroacoustic description of hearing aids with the audiologic description of clients. In: Studebaker, G. and Hochberg, I. (eds). Acoustical Factors Affecting Hearing Aid Performance, pp. 355-377. University Park Press, Baltimore.

Larson - 29

EGOLF 02468
OTI 007737

Nishinomiya, G. 1968.  Improvement of acoustic feedback stability of public address system
by warbling.  Proc. Sixth Int. Cong. Acoust. V3:93-96.

Noble, W. and Acherley, G. 1970.  The hearing measure scale:  A questionnaire for the
assessment of auditory disability.  J. Aud. Res. 10-229-250.

Nyquist, H. 1932.  Regeneration theory.  Bell Sys. Tech. J. 11:126-147.

Pascoe, D.P. 1975.  Frequency responses of hearing aids and their effects on the speech
perception of hearing impaired subjects.  Ann. Otol. Rhinol. and Laryngol. (supplement
23), 84:1-40.

Patronis, E.T. 1978.  Electronic detection of acoustic feedback and automatic sound
system gain control.  J. Audio Eng. Soc. 26(5):323-326.

Preves, D.A. 1982.  The potential of computers and signal processing for hearing aids.
Hearing Instruments 33(7):15.

Radnor, M. 1982.  Memorandum to the hearing aid industry:  No. 1.  A program of assistance
to the U.S. hearing aid industry for the use of microprocessors in hearing aids.  A
conference sponsored jointly by the U.S. Department of Commerce and the Center for the
Interdisciplinary Study of Science and Technology, Northwestern University, Chicago,
Illinois (April, 1982).

Schroeder, M.R. 1961.  Improvement of acoustic feedback stability in public adress
systems.  Proc. Third Int. Cong. Acoust. V2:771-775.

Schroeder, M.R. 1962.  Frequency-correlation functions of frequency responses in rooms.
J. Acoust. Soc. Am. 34(12):1819-1823.

Schroeder, M.R. 1964.  Improvement of acoustic-feedback stability by frequency shifting.
J. Acoust. Soc. Am. 36(9):1718-1724.

Shaw, E.A.G. 1974.  The external ear.  In:  W.D. Keidel and W.D. Neff (eds).  Handbook
of Sensory Physiology, Vol V(1), pp. 455-590.  Springer-Verlag, Berlin.

Shaw, E.A.G. 1980.  The acoustics of the external ear.  In:  G.A. Studebaker and I.
Hochberg (eds).  Acoustical Factors Affecting Hearing Aid Performance, pp. 109-125.
University Park Press, Baltimore.

Shinners, S.M. 1978.  Modern Control System Theory and Application.  2nd Ed.  Addison-
Wesley, Reading, Pa.

Skinner, M. 1979.  Audibility and intelligibility of speech for listeners with sensori-
neural hearing loss.  In:  Yanick, P. (ed).  Rehabilitation Strategies for Sensorineural
Hearing Loss, pp. 159-184.  Grune and Stratton, New York.

Steadman, J.W. 1982.  Microprocessor System Design.  Marcel Dekker, New York.  In Press.

Steadman, J.W. 1983.  A 16-bit microcomputer for audio-bandwidth digital filtering
(abstract).  Submitted for publication in proceedings of the ASEE Annual Conference,
Rochester, New York (June, 1983).

Studebaker, G.A. 1974.  The acoustical effect of various factors on the frequency
response of a hearing-aid receiver.  J. Audio Eng. Soc. 22(5):329-334.

Tillman, T.W. and Carhart, R. 1966.  An Expanded Test for Speech Discrimination Utilizing
CNC Monosyllabic Words, Northwestern University Auditory Test No. 6.  Technical Report
No. SAM-TR-66-55, USAF School of Aerospace Medicine, Brooks Air Force Base, Texas.

E.G.OLF 02469

OTI 007738

Larson - 30

T˙˙˙man, T. and Olsen, W. 1973. Speech audiometry. In: J. Jerger (ed). Modern
L .lopments in Audiology, pp. 37-74. Academic Press, New York.

Wechsler, P.J. 1982a. A microprocessor-based, real-time, audio-bandwidth digital
filter. Master's Thesis, University of Wyoming, Laramie, Wyoming.

Wechsler, P.J. 1982b, Quarterly progress report: Prototype model of a microprocessor-
based digital hearing aid. Confidential report. Department of Electrical Engineering,
University of Wyoming, Laramie, Wyoming.

Zwislocki, J.J. 1963. An acoustic method for clinical examination of the ear. J.
Speech Hear. Res. 6:303-314.

EGOLF 02470

OTI 007739

INFORMED CONSENT

ACOUSTIC FEEDBACK SUPPRESSION IN HEARING AIDS

Vernon D. Larson, Ph.D.

I have been invited to participate in a research study of the causes of
ringing or squealing (acoustic feedback) in hearing aids. This study is
designed to eliminate this problem. I understand that I have been asked
to participate in the study because I have a hearing loss and that I
currently wear a hearing aid. I understand that I (patient will initial
items below which are applicable):

_____ a.  Will have a new type of earmold made for my right/left
            ear (Circle One). This earmold will provide an air-tight
            seal in my ear canal. I will be asked to use it for 90
            days, just as I use my current earmold. I will use it
            for 90 days unless it is too uncomfortable or it irritates
            my ear. Also, I understand that at the beginning of the
            90 day period, a very small microphone will be placed in
            my ear canal and measurements of sound will be made.
            This will happen again at the end of the 90 day period
            or whenever I stop using the earmold. I will come to the
            VA Audiology Clinic once every two weeks to have the ear-
            mold and my ear canal inspected. This visit will take
            only 15 minutes.

_____ b.  Will have a new type of earmold for my right/left ear.
            This earmold is supposed to help stop the squealing of
            hearing aids. I understand that this earmold will be
            attached to my hearing aid and then a very small microphone
            will be placed in my ear canal and measurements of sound
            will be made. I will have to come to the Audiology Clinic
            two or three times for one to two hours.

_____ c.  Will have a new in-the-ear (ITE) hearing aid made for
            my right/left ear. This hearing aid will provide an air-
            tight seal in my ear canal. A very small microphone will
            be placed in my ear canal and measurements of sound will be
            made. I will have to come to the Audiology Clinic two or
            three times for one to two hours.

_____ d.  I will receive tests to determine how well I hear noises
            and how well I can understand speech. I understand that
            the test will take about two hours. I may be tested with
            my own hearing aid or with a new hearing aid provided to
            me by the VA. I may receive these tests two or three times.

_____ e.  I will wear a new type of hearing aid for a period of 45
            days. This hearing aid will be similar to my own and will
            be different only in that it has a device in it which helps
            to eliminate hearing aid squeal.

EGOLF 02471

OTI 007740

Larson - 32

Page two of two pages

I understand that all procedures in this study are routine procedures. In case of any adverse effect or physical injury resulting from this study, eligible veterans are entitled to medical treatment. Compensation may be payable under 38USC351 or in some circumstances under the Federal Tort Claims Act. Non-eligible veterans or non-veterans are entitled to medical care and treatment on a humanitarian emergency basis. Compensation would be limited to situations involving negligence and would be controlled by the provisions of the Federal Tort Claims Act.

I understand that the potential benefits of the study are that hearing aid users may no longer be annoyed by squeal and that hearing aid users may understand speech better. I understand that my records will become part of the hospital chart and that I will not be personally identified in any publication of the results of this study. I understand that Dr. Larson, who can be reached at the VA Medical Center will answer any further questions I may have at any time concerning the study, the procedures, and any injuries that may appear to be related to the research. If I have any questions or concerns about the rights of research subjects, I may contact Dr. Vernon Larson at 404/724-5116, Ext. 2480.

My participation in this study is voluntary. I understand, however, that I may revoke my consent and withdraw from the study now or at any time in the future, without penalty or loss of care or other benefits to which I am otherwise entitled.

I understand that I am to be informed if the study provides any new information that might affect my decision to participate, so that I may decide whether to continue the study. I also understand that my doctor may ask me to stop participation in the study for scientific reasons or for my safety.

_____                    _____
Subject's Signature                                                        Date


_____                    _____
Parent or Guardian's Signature*                        Principal Investigator's Signature


_____
Witness' Signature

*The undersigned hereby verifies that he/she is the natural parent and/or legal guardian of _____ and as such has legal authority to consent to the study outlined above.

EGOLF 02472

OTI 007741

Larson - 33

| REPORT OF SUBCOMMITTEE ON HUMAN STUDIES | PROJECT OR PROGRAM TITLE "Acoustic Feedback Suppression in Hearing Aids" | NUMBER |
|---|---|---|
| CIPAL INVESTIGATOR'S NAME Vernon D. Larson, Ph.D. | VA FACILITY Veterans Administration Medical Center, Augusta, GA | |
| INSTITUTION OF SUBCOMMITTEE (or the equivalent body) Veterans Administration Medical Center | | DATE OF REVIEW 9-27-82 |

This subcommittee has reviewed the above described project with respect to the rights and safety of the human subjects. The following are our findings:

**1. RISKS (Check one)**

[X] The planned research involves little foreseeable risk and the subjects safety is adequately protected unless the plan is modified.

[ ] The foreseeable risk is justified by the potential benefit to the subjects or by the anticipated benefit to society and the plans include adequate and appropriate measures to reduce the risk insofar as feasible.

[ ] The risk is justified but further measures seem advisable to protect the subject, including _____

_____

_____

[ ] The risk seems greater than can be justified by the research as planned and the project or program is not approved as presented.

**2. INFORMATION FOR THE SUBJECT (Check one)**

[ ] The information to be given the subjects (or their legal representatives) is complete and accurate enough for them to reach a valid decision concerning participation in the research.

[ ] The information for the subjects as presented is incomplete or defective in that _____

_____

_____

**3. CONSENT METHOD (Check one)**

[X] The format and manner of obtaining informed consent from the subjects (or their legal representatives) is satisfactory.

[ ] The method of obtaining informed consent is defective in that _____

_____

**4. FURTHER COMMENTS**

EGOLF 02473

OTI 007742

**5. RECOMMENDATION (Check one)**

[X] The project or program be approved as submitted.

[ ] The plan or protocol be revised in keeping with our comments and resubmitted.

[ ] The proposal as described be rejected.

SIGNATURE OF CHAIRMAN

_Thomas A. Huff_

THOMAS A. HUFF, M.D.

VA FORM JUN 10/3 10-1223    SUPERSEDES VA FORM 10-1223, APR 1967, WHICH WILL NOT BE USED.

RESEARCH AND DEVELOPMENT COMMITTEE REVIEW OF PROGRAM

The research proposal entitled "Acoustic Feedback Suppression in Hearing Aids" submitted by Dr. Vernon D. Larson was reviewed and approved by the Research and Development Committee at its meeting on September 29, 1982. The proposal is well written and a successful solution to the study would be of significant benefit to the hearing aid wearer. Dr. Larson and his colleagues are well qualified to perform the work proposed. The Committee strongly supports this research program.

HENRY M. MIDDLETON, III, M.D.
Chairman, Research and Development Committee

EGOLF 02474

OTI 007743

 Veterans
Administration

# Memorandum

Date: September 29, 1982

From: Chairman, Equipment Subcommittee

To: Chairman, Research and Development
Committee

Subj: Equipment Request

The Equipment Subcommittee reviewed and approved the equipment request of Dr. Vernon D. Larson for an anthropometric manikin. The equipment is essential to the successful completion of the project and is not presently available.

MANJIT SINGH, M.D.

EGOLF 02475

OTI 007744

E PRESIDENT FOR FINANCE
UTY TREASURER, BOARD OF TRUSTEES



## THE UNIVERSITY OF WYOMING
UNIVERSITY STATION, BOX 3314
### LARAMIE, WYOMING 82071

October 11, 1982

Dr. Vernon D. Larson, Chief
Audiology and Speech Pathology Service
VA Medical Center
Augusta, Georgia  30910

Dear Dr. Larson:

Please accept this communication as notice that the administration
of the University of Wyoming is aware of your proposed research project
entitled "Acoustic Feedback Suppression in Hearing Aids" which involves
this institution as a subcontractor.  We further agree to commit
University resources and personnel as called for in that proposal,
should it be funded by the VA.

Sincerely,

Durward Long
Acting Vice President for Finance

EGOLF 02476

OTI 007745

DEPARTMENT OF ELECTRICAL ENGINEERING
UNIVERSITY STATION, BOX 3295



PHONE 307-766-2240
307-766-2279

# THE UNIVERSITY OF WYOMING
### COLLEGE OF ENGINEERING
## LARAMIE, WYOMING 82071

September 24, 1982

Dr. Vernon D. Larson, Chief
Audiology and Speech Pathology Service
VA Medical Service
2460 Wrightsboro Road
Augusta, Georgia 30910

Dear Dr. Larson:

Please accept this communication as my formal agreement to participate in your proposed research project entitled Acoustic Feedback Suppression in Hearing Aids, should it be funded by the VA. My contribution to this project will be commensurate with the duties and salary schedule outlined in the proposal.

Sincerely,

David P. Egolf

David P. Egolf, Ph.D.
Assistant Professor

DPE:pjm

EGOLF 02477

OTI 007746

Larson - 35

*The University of Wyoming is an equal opportunity affirmative action employer.*

DEPARTMENT OF ELECTRICAL ENGINEERING
UNIVERSITY STATION, BOX 3295



PHONE 307-766-3240
       307-766-2279

### THE UNIVERSITY OF WYOMING
#### COLLEGE OF ENGINEERING
### LARAMIE, WYOMING 82071

September 24, 1982

Dr. Vernon D. Larson, Chief
Audiology and Speech Pathology Service
VA Medical Service
2460 Wrightsboro Road
Augusta, Georgia 30910

Dear Dr. Larson:

Please accept this communication as my formal agreement to participate
in your proposed research project entitled Acoustic Feedback Suppression
in Hearing Aids, should it be funded by the VA. My contribution to this
project will be commensurate with the duties and salary schedule outlined
in the proposal.

Sincerely,

Raymond G. Jacquot, Ph.D.
Professor

RGJ:pjm

EGOLF 02478

OTI 007747

Larson - 36

*The University of Wyoming is an equal opportunity affirmative action employer.*

DEPARTMENT OF ELECTRICAL ENGINEERING
UNIVERSITY STATION, BOX 3295



PHONE 307-766-2240
307-766-2279

## THE UNIVERSITY OF WYOMING
### COLLEGE OF ENGINEERING
### LARAMIE, WYOMING 82071

September 24, 1982

Dr. Vernon D. Larson, Chief
Audiology and Speech Pathology Service
VA Medical Service
2460 Wrightsboro Road
Augusta, Georgia 30910

Dear Dr. Larson:

 Please accept this communication as my formal agreement to participate in your proposed research project entitled Acoustic Feedback Suppression in Hearing Aids, should it be funded by the VA.  My contribution to this project will be commensurate with the duties and salary schedule outlined in the proposal.

Sincerely,

R. Lynn Kirlin, Ph.D.
Professor

RLK:pjm

EGOLF 02479

OTI 007748

Larson - 37

*The University of Wyoming is an equal opportunity affirmative action employer.*

DEPARTMENT OF ELECTRICAL ENGINEERING
UNIVERSITY STATION, BOX 3295



PHONE 307-766-2240
307-766-2279

THE UNIVERSITY OF WYOMING
COLLEGE OF ENGINEERING
LARAMIE, WYOMING 82071

October 7, 1982

Dr. Vernon D. Larson, Chief
Audiology and Speech Pathology Service
VA Medical Service
2460 Wrightsboro Road
Augusta, Georgia  30910

Dear Dr. Larson:

    Please accept this communication as my formal agreement to participate
in your proposed research project entitled Acoustic Feedback Suppression in
Hearing Aids, should it be funded by the VA.  My contribution to this project
will be commensurate with the duties and salary schedule outlined in the
proposal

                            Sincerely,


                            John W. Steadman, Ph.D.
                            Professor

JWS:bjw

EGOLF 02480

OTI 007749

Larson - 38

*The University of Wyoming is an equal opportunity affirmative action employer.*

DEPARTMENT OF ELECTRICAL ENGINEERING
UNIVERSITY STATION, BOX 3295

PHONE 307-766-2240
307-766-2279



## THE UNIVERSITY OF WYOMING
### COLLEGE OF ENGINEERING
### LARAMIE, WYOMING 82071

October 7, 1982

Dr. Vernon D. Larson, Chief
Audiology and Speech Pathology Service
VA Medical Service
2460 Wrightsboro Road
Augusta, Georgia   30910

Dear Dr. Larson:

      Please accept this communication as my formal agreement to participate
in your proposed research project entitled Acoustic Feedback Suppression in
Hearing Aids, should it be funded by the VA.  My contribution to this project
will be commensurate with the duties and salary schedule outlined in the pro-
posal.

                              Sincerely,

                              Perry J. Wechsler, M.S. EE
                              Lecturer

PJW:bjw

EGOLF 02481

OTI 007750

The University of Wyoming is an equal opportunity affirmative action employer.



Veterans
Administration

# Memorandum

To: Chief, Audiology and Speech Pathology
Service (126)

Subj: Research Project, Acoustic Feedback
Suppression in Hearing Aids

Date: September 21, 1982

1. This memorandum will confirm the availability of Supply Service support of the above referenced subject project per our meeting of September 17, 1982. Supply Service is prepared to support the project with the documentation and paperwork required by Federal and/or VA Procurement Regulations.

2. Inasmuch as this project would require a negotiated contract in excess of $100,000.00, it will require special cost audit analysis. Lead time before actual contract consummation could be as much as six (6) months. Therefore, it is recommended that we commence our procurement actions as soon as the project is approved at the VACO level and prior to funding being received.

3. If we can be of further assistance please do not hesitate to contact me.

C. E. LOFTIS, JR.
Chief, Supply Service (134)

cc: ACOS for Research (151)

EGOLF 02482

OTI 007751

Larson - 40

Feb. 16, 1982

Veterans Administration
Department of Medicine and Surgery
Washington, D.C. 20420

Dear Sirs:

I have read the proposal entitled "Acoustic Feedback in Hearing Aids".
Persuant to the statement made in that proposal, I agree to allow the
researchers to use our Telefax facility for transmitting research-related
materials between Laramie, Wyoming, and Augusta, Georgia.    The Telefax
facility is located here in our offices which are directly adjacent to the
University of Wyoming campus and approximately one-half block from the
Engineering Building.

                              Sincerely,

                              James H Watson for

                              James Watson, Director
                              Laramie Energy Technology Center
                              U.S. Department of Energy
                              365 N. 9th Street
                              Laramie, Wyoming 82071

EGOLF 02483

OTI 007752

larson - 41

Medical Center

50 Irving Street, NW.
Washington D.C. 20422

 Veterans
Administration

In Reply Refer To:    688/126

October 6, 1982

To whom it may concern:

Feedback in hearing aids has remained a significant problem since the development of the hearing aid and continues to impose constraints on successful hearing aid use today. It limits the amount of amplification available to overcome the hearing loss and provide effective acoustic gain as a function of frequency to the user. The negative feedback factor frequently takes precedence in decisions regarding acoustic rehabilitation, often limiting the choices available to the audiologist for the user.

As significant as the general gain problem due to feedback has been over the years, the introduction of the wideband receiver in hearing aids has again demonstrated that feedback problems have not been solved. This receiver provides gain in the frequency range above 4000 Hz. The difficulties have been so great that some manufacturers have stopped using the receiver, severely damped it, or provided high frequency potentiometers which reduce the gain in this frequency region.

The negative effects of feedback are observed among the veteran population of hearing aid users. Last year approximately 30,000 hearing aids were issued to veterans. One hundred thousand veterans receive continuous auditory prosthetic services from the Veterans Administration. Hearing aids provided to veterans have the same feedback constraints identified elsewhere. While no type of hearing loss escapes the problem, its effects are clearly evident in the veteran population. The high incidence of severe high frequency hearing loss (due to noise exposure) requires hearing aid fittings which provide effective high frequency gain, and feedback severely limits the gain available for use.

VA's electroacoustic test program is designed to consider feedback limitations. Hearing aids are tested at reduced volume control settings. In some instances, non-occluding earmolds are used to determine if feedback will create a fitting problem, especially for high frequency emphasis aids. Much time is devoted to the development of strategies for managing feedback in the electroacoustic test condition, with limited success. Individual human geometry, a major factor in hearing aid fittings, and feedback interaction, can not be sufficiently predicted from an electroacoustic test program.

The hearing aid user faces the daily problem of feedback since he or she is the one annoyed, frustrated, and embarrassed when the aid starts to feedback.

EGOLF 02484       OTI 007753

Larson - 42