A research effort directed towards solution of the feedback problems in hearing aids will have a significant impact on hearing aid use. The VA hearing impaired population will benefit from more effective amplification modes as well as increased use in daily life. I am aware of at least one hearing aid designer who has made some preliminary attempts at managing feedback.

In summary, feedback in hearing aids remains a serious problem. Efforts directed towards management of feedback or elimination of the parameter will significantly alter the design and use of hearing aids. Control of feedback will enable the development of acoustic rehabilitation paradigms heretofore unrealized.

L. B. Beck, Ph.D. Associate
Coordinator, National Hearing
Aid Program

EGOLF 02485

OTI 007754

Larson - 43

**CRITON MAICO**

Criton Corporation
Electronics and
Defense Group

Maico Hearing
Instruments, Inc.
7375 Bush Lake Road
Minneapolis, Minnesota 55435
612 835-4400

September 29, 1982

Vernon D. Larson, Ph.D.
Chief, Audiology & Speech
Pathology Service
Veterans Administration
Medical Center
Augusta, Georgia   30910

Dear Dr. Larson:

As you know, there is keen interest on the part of most manufacturers
for a technique which would be feasible in reducing or stopping the
occurrence of auditory feedback, or oscillation, in hearing aids.
Maico's interest in developing such a device/circuitry, based on
anecdotal information, goes back for many years.  Apparently, there
had been previous attempts made to provide solutions for this dis-
tressing phenomenon, but unfortunately, none were successful enough
to meet market needs.

With the advent of open earmold amplification and the practice of
using substantially larger vents in the past 8-10 years, the need is
even more apparent for some such device.  Whenever possible, the dis-
penser usually attempts to fit hearing aids to mild and moderate losses
with as little of the earmold inserted into the ear as possible, and/
or with as much venting as can be utilized.  Practical experience, de-
rived on measurements with KEMAR and in real ears, suggests that the
maximum amount of gain which can be accommodated in the unoccluded
ear canal approximates 32-36 dB.  This amount of gain is often not
enough to provide the type of correction that is required, as feedback
often ensues before correction of the hearing loss is obtained.  But
even when closed (occluded) earmolds are used, feedback can prevent
the proper utilization of instruments both in the case of in-the-ear
aids and especially with behind-the-ear power aids.  The user is denied
the proper amount of gain for his hearing loss because amplification
cannot be successfully accommodated in the ear canal before excessive
leakage occurs.  From the dispenser's point of view it is probably
accurate to say that except for interference from background noise,
controlling acoustic feedback in the hearing aid is the most aggravating
problem he faces.

Discussions with our engineers suggest that approximately a 15-20 per-
cent increase in cost for each 10 dB reduction in feedback, or con-
versely, a 10 dB increase in gain in open mold fittings, would be an
interesting goal to attempt to achieve.  This represents a "real world"

EGOLF 02486          OTI 007755
                     Larson - 44

Vernon D. Larson, Ph.D.
September 29, 1982
Page 2

Maico Hearing
Instruments, Inc.

initial judgment, and it should not be construed to be an absolute guideline as to whether or not such a device would or would not be incorporated into our products. In fact, it is very difficult to attach value to this type of circuitry, until its utility has been demonstrated. But a successful device at an acceptable price and size should have an unlimited market.

Let me reiterate that such circuitry would be extremely welcomed by Maico, and I am sure by every manufacturer in the industry. We are quite interested in being kept abreast of the developments in your research. We would also very much like to evaluate such a device and try to incorporate it into our product line when it has been developed.

Kindly let me know if there is anything that we at Maico can do to assist you.

Best personal regards.

Sincerely,

James R. Curran
Director/Auditory Research

JRC/rs

EGOLF 02487

OTI 007756

Larson - 45



P.O. Box 9457, Minneapolis, Minnesota 55440                    Wats: 800-328-8602

October 4, 1982

Vernon D. Larson, Ph.D.
Chief, Audiology & Speech
Pathology Service
Veterans Administration
Medical Center
Augusta, GA 30910

Dear Vern:

Thank you for your letter of September 21, 1982, regarding your proposed work
on the suppression of acoustic feedback in hearing aids.

Acoustical feedback is currently regarded generally as one of the two major
problems which are detracting from the effectiveness of hearing aid fittings.
The industry has already investigated many, many methods of suppressing
acoustical feedback-most of which are limited in effectiveness by size and
cost for implementation.  Up to now, the industry has not been able to work
together to solve this problem; therefore, we have had to rely on the research
work of outside agencies such as you to help us solve such problems.

Were someone to solve this problem with a practical means of implementation
within the scope of size and cost restrictions inherent to the hearing health
industry, I believe the industry would jump at the opportunity to market hearing
aids including this feature.

In accordance with your request, I am enclosing with this letter a copy of
the memorandum written by Michael Radnor at Northwestern University covering
the minutes of the meeting we had there last December.

Vern, I think it is very significant that you are interested in addressing
one of the most dehabilitating problems plaguing today's generation of hearing
aids.  With the considerable skill that you have shown in addressing research
questions in other areas, I am sure that you will be able to make a significant
contribution to this very important problem.  I wish you success in your endeavor
for funding.  Please keep me updated on the progress and anything we can help
with.

Sincerely,

*David Preves*

David A. Preves
Vice-President, Engineering                    EGOLF 02488

DAP:LL                                          OTI 007757

Enclosure
                                               Larson - 46

 DEPARTMENT OF HEALTH & HUMAN SERVICES

Office of the
Principal Regional Official

Region VIII
Federal Office Building
1961 Stout Street
Denver  CO  80294

June 25, 1982

Mr. Elliot G. Hayes
Vice President for
  Finance
University of Wyoming
Laramie, Wyoming 82071

Dear Mr. Hayes:

The original and one copy of an indirect cost Negotiation Agreement are
enclosed.  This agreement reflects an understanding reached between your
organization and a member of my staff concerning the rate(s) that may be
used to support your claim for indirect costs on grants and contracts with
the Federal Government.  Please have the underline original signed by an authorized
representative of your organization and return it to me, retaining the
copy for your files.  We will reproduce and distribute the Agreement to
the appropriate awarding organizations of the Federal Government for their
use.

Requirements for adjustments to indirect costs claimed under Federal grants
and contracts resulting from this negotiation are dependent upon the type
of rate(s) contained in the Negotiation Agreement.  Information relating
to these requirements is included in the Attachment to this letter.

An indirect cost proposal together with required supporting information
must be submitted to this office for each fiscal year in which your organ-
ization claims indirect costs under grants and contracts awarded by the
Federal Government.  Further information concerning this requirement is
also contained in the Attachment to this letter.

Thank you for your cooperation.

Sincerely yours,

Henry J. Bomba
Director
Division of Cost Allocation/RASC

Enclosures

EGOLF 02489

PLEASE SIGN AND RETURN THE ORIGINAL OF THE NEGOTIATION AGREEMENT.

OTI 007758

Larson - 47

NEGOTIATION AGREEMENT

Colleges and Universities
OMB A-21 Negotiation

INSTITUTION:

University of Wyoming
Laramie, Wyoming  82071

DATE June 25, 1982

FILING REF.:  This replaces
Negotiation Agreement
Dated June 15, 1981

The indirect cost rate(s) contained herein is for use on grants
and contracts with the Federal Government subject to the conditions
contained in Section II.

SECTION I:  RATES

| Type | Effective Period From | To | Rate* | Locations | Applicable To |
|------|------------------------|-----|-------|-----------|---------------|
| Predetermined | 7/1/82 | 6/30/83 | 33.0% | On-Campus | Organized Research |
| Predetermined | 7/1/82 | 6/30/83 | 16.0% | Off-Campus | Organized Research |
| Predetermined | 7/1/82 | 6/30/83 | 14.0% | On-Campus | Other Sponsored Projects |
| Predetermined | 7/1/82 | 6/30/83 | 14.0% | Off-Campus | Other Sponsored Projects |
| Predetermined | 7/1/82 | 6/30/83 | 48.0% | On-Campus | Instruction |
| Predetermined | 7/1/82 | 6/30/83 | 21.0% | Off-Campus | Instruction |

SECTION I CONTINUED ON ATTACHED ADDENDUM.

NA-1 (OMB A-21)

EGOLF 02490

OTI 007759

Larson    48

ADDENDUM TO NEGOTIATION AGREEMENT
COLLEGES AND UNIVERSITIES

June 25, 1982
Agreement Reference Date

University of Wyoming
Institution

Laramie, Wyoming  82071
Address

SECTION I (CONT'D):

| Type | Effective Period From | To | Rate | Locations | Applicable To |
|------|------|------|------|------|------|
| Provisional | 7/1/83 | Until Amended | 33.0% | On-Campus | Organized Research |
| Provisional | 7/1/83 | Until Amended | 16.0% | Off-Campus | Organized Research |
| Provisional | 7/1/83 | Until Amended | 14.0% | On-Campus | Other Sponsored Projects |
| Provisional | 7/1/83 | Until Amended | 14.0% | Off-Campus | Other Sponsored Projects |
| Provisional | 7/1/83 | Until Amended | 48.0% | On-Campus | Instruction |
| Provisional | 7/1/83 | Until Amended | 21.0% | Off-Campus | Instruction |

Base:  Total direct costs less individual items of equipment in excess of
$500, subcontracts and subgrants in excess of $25,000 for each
agreement, and alterations and renovations.

Treatment of fringe benefits:  Fringe benefits applicable to direct salaries
and wages are treated as direct costs.

EGOLF 02491

OTI 007760

ATTACHMENT TO NEGOTIATION AGREEMENT
A-21 NEGOTIATIONS
COLLEGES AND UNIVERSITIES

Requirements for adjustments to indirect costs claimed under Federal grants and contracts resulting from this negotiation are dependent upon the type of rate(s) contained in the Negotiation Agreement:

a. If indirect costs were previously claimed based on the use of a "provisional" rate and a "final" rate is contained in the Agreement, adjustments to the claims to reflect the establishment of the final rate are required. For Department of Health and Human Services grants these adjustments must be made in accordance with the procedures described in Chapter 6-150 of the Department's Grants Administration Manual and in Appendix 4 of the brochure entitled "A Guide for Colleges and Universities," OASC-1 (Revised). Adjustments under Department of Health and Human Services con-tracts must be in accordance with the provisions of the contracts. Adjustments under grants and contracts awarded by other Federal agencies must be made in accordance with the policies of those agencies.

b. If a "fixed" rate has been established, all adjustments for the period covered by the fixed rate will be made in a subsequent rate negotiation in accordance with the provisions of the Nego-tiation Agreement.

c. If a "predetermined" rate has been established, no adjustments for the period covered by the predetermined rate will be neces-sary.

An indirect cost proposal encompassing all activities of your institution together with the required supporting information must be submitted to the office for each fiscal year in which your institution claims indirect costs under grants and contracts awarded by the Federal Government. The proposal is due within six months after the close of your institution's fiscal year. Thus, a proposal for your fiscal year ending June 30, 1982 will be due no later than   December 31, 1982    . The proposal based on the actual costs for your most current year will be used to establish an indirect cost rate(s) for the fiscal year subsequent to the last period covered by an approved final, fixed, or predetermined rate(s). Failure to submit a timely proposal will be interpreted as a forfeiture of reim-bursement for indirect costs. Therefore, unless a proposal is received by December 31, 1982,      future awards made by the Department of Health and Human Services will be for direct costs only and will not provide for the recovery of indirect costs. In addition, indirect costs claimed against awards already made may be subject to disallowance. Detailed information concerning the preparation of a proposal can be found in "A Guide for Colleges and Universities," and OMB Circular A-21.

AL-1 (A-21)

EGOLF 02492

OTI 007761

\* This information differs somewhat from the supporting information described
in Appendix 6 of "A Guide for Colleges and Universities."  Please disregard
the information described in that Appendix.

Your proposal and relevant correspondence should be addressed to:

        Director, Division of Cost Allocation
        Regional Administrative Support Center
        Department of Health and Human Services
        Room 1194, Federal Office Building
        1961 Stout Street
        Denver, Colorado  80294

EGOLF 02493

OTI 007762

INVESTIGATOR'S BIOGRAPHIC SKETCH

| NAME | | | SOCIAL SECURITY NO. |
|---|---|---|---|
| David P. Egolf | | | 520 48 0330 |

| TITLE | | ROLE IN PROGRAM | |
|---|---|---|---|
| st. Professor of Electrical Engineering | | Coordinator of contract | |

EDUCATION  (Begin with Baccalaureate; include post doctoral training; do not include Honorary Degrees)

| NAME, LOCATION OF INSTITUTION AND TITLE OF COURSE OF TRAINING PROGRAM | DEGREE | YEAR AWARDED |
|---|---|---|
| University of Wyoming, Laramie, Wyoming, Mechanical Engr. | BS | 1966 |
| Oklahoma State University, Stillwater, OK., Mechanical Engineering | MS | 1967 |
| Purdue University, W. Lafayette, IN, Mechanical Engr. | Ph.D. | 1976 |
| Purdue University, W. Lafayette, IN, Mechanical Engr. | Post Doc. | 1976 |

MAJOR RESEARCH INTEREST (S)

Modeling hearing aids, acoustic wave propagation about the human head and ear, miniature electroacoustic transducers, theoretical acoustics.

RESEARCH AND/OR PROFESSIONAL EXPERIENCE  (Work backwards from present appoiment)

| 1977 – Pres. | Asst. Prof., Dept. of Electrical Engr., Univ. of Wyoming, Laramie, Wyoming |
|---|---|
| 1973 – 1976 | Grad. Research Asst., Herrick Labs, Dept. of Mech. Engr., Purdue Univ., W. Lafayette, Indiana |
| 972 – 1973 | Grad. Teaching Asst., Dept. of Electrical Engr., Univ. of Wyoming, Laramie, Wyoming |
| 1971 – 1972 | Self-employed consulting Acoustical Engr., Casper, Wyoming |
| 1970 – 1971 | Mechanical Engr., Western Engineers/Architects, Inc., Casper, Wyoming |
| 1969 – 1970 | Lieutenant/Platoon Leader, U.S. Army Corps of Engineers, Pleiku, South Vietnam |
| 1968 | Research Engr., Fluidics Development Group, Harry Diamond Labs, Dept. of Defense, Washington, D.C. |
| 1967 | Grad. Research Asst., Fluid Power and Controls Lab, Dept. of Mechanical Engr., Oklahoma State University, Stillwater, Oklahoma |

HONORS AND AWARDS

Outstanding faculty member, College of Engr., University of Wyoming, 1979
onze Star Medal for service in Vietnam, 1969

EGOLF 02494

OTI 007763

INVESTIGATOR'S BIBLIOGRAPHY

| ᴀᴇ |  | SOCIAL SECURITY NO. |
| --- | --- | --- |
| ᴠid P. Egolf |  | 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 |

ᴊLICATIONS *(Not to exceed three pages for each investigator.)*

ʲ   s and Chapters in Books
1. "Review of the Acoustic Feedback Literature from a Control
   Systems Point of View", one chapter in Proceedings of the
   Working Conference on Amplication for the Hearing Impaired,
   a special printing of Annals of Otolaryngology and Rhinology,
   to be printed 1982.
2. "Techniques for Modeling the Hearing Aid Receiver and Associated
   Tubing", chapter 13 in Acoustical Factors Affecting Hearing Aid
   Performance, G. A. Studebaker and I. Hochberg, editors, University
   Park Press, University Park, Md., 1980.
3. "Computer Predictions of Earmold Modifications", chapter 4 in
   The Application of Signal Processing Concepts to Hearing Aids,
   P. Yanick, and S. F. Freifeld, editors, Grune and Stratton,
   New York, 1978.
4. Auditory and Hearing Prosthetics Research, edited with V. D.
   Larson, R. L. Kirlin, and S. W. Stile, Grune and Stratton,
   New York, 1979.
5. "Fundamentals of Acoustics and Acoustic Wave Interaction with
   the Human Head and Ear", one chapter of book in 4. above.
6. "Mathematical Predictions of Electroacoustic Frequency Response
   of In-Situ Hearing Aids", one chapter of book in 4. above.

Articles
1. "Computer Predictions of Hearing Aid Sound Spectra", Hearing
   Aid Journal, March 6, 1978.

ʲ   rs
1. "Mathematical Predictions of Electroacoustic Frequency Response
   of In-Situ Hearing Aids," with D. R. Tree, and L. L. Feth,
   J. Acoust. Soc. Am. 63, 264-271 (1978).
2. "An Experimental Scheme for Analyzing the Dynamic Behavior of
   Electroacoustic Transducers," with R. G. Leonard, J. Acoust. Soc.
   Am. 62(4) 1013-1023 (1977).
3. "Mathematical Modeling of a Probe-Tube Microphone," J. Acoust. Soc.
   Am. 61, 200-205 (1977).
4. "A Mathematical Scheme for Predicting the Electro-Acoustic
   Frequency Response of Hearing Aid Receiver-Earmold-Ear Systems,"
   (Ph.D. dissertation, Purdue Univ., 1976).

Abstracts
1. "Transfer Functions of Hearing-Aid Earmolds: Empirically and
   Computer-Generated Data," with J. R. Franks (Abstract: J. Acoust.
   Soc. Am. 57, 572 (1975).

Reports
1. "The hearing-aid feedback path: mathematical simulations and experimental
   verification," with D.S. Barker, N.S. Garton, Dept. of Elect. Engr. Internal
   Report, University of Wyoming (1982).

EGOLF 02495

OTI 007764

INVESTIGATOR'S BIOGRAPHIC SKETCH

| NAME | | | SOCIAL SECURITY NO. |
|---|---|---|---|
| R. Lynn Kirlin | | | 520 40 6872 |

| TITLE | ROLE IN PROGRAM |
|---|---|
| ...fessor of Electrical Engineering | Researcher |

EDUCATION  *(Begin with Baccalaureate; include post doctoral training; do not include Honorary Degrees)*

| NAME, LOCATION OF INSTITUTION AND TITLE OF COURSE OF TRAINING PROGRAM | DEGREE | YEAR AWARDED |
|---|---|---|
| Univ. of Wyoming, Laramie, Wy., Electrical Engr. | B.S. | 1962 |
| Univ. of Wyoming, Laramie, Wy., Electrical Engr. | M.S. | 1963 |
| Utah State Univ., Provo, Ut., Electrical Engr. | Ph.D. | 1968 |
| Univ. of Wyoming, Laramie, Wy., Statistics | Postgrad. | 1974-78 |

MAJOR RESEARCH INTEREST (S)

Signal Processing with applications to speech, sonar, and seismic signals.  Image enhancement.  Statistical techniques (white noise, pseudo-random noise, and others) for modeling systems.

RESEARCH AND/OR PROFESSIONAL EXPERIENCE *(Work backwards from present appointment)*

| | |
|---|---|
| 1979 - Pres. | Prof., Dept. of Electrical Engr., Univ. of Wyoming, Laramie, Wyoming |
| 1978 - 1979 | Research Engr., Floating Point Systems, Beaverton, Oregon |
| 1969 - 1978 | Asst., Assoc., and Prof., Department of Electrical Engr., University of Wyoming, Laramie, Wyoming |
| 1968 - 1969 | Design Engr., Datel Corp., Riverton, Wyoming |
| 1965 - 1966 | Design Engr., Boeing Corp., Seattle, Washington |
| 1963 - 1964 | Design Engr., Martin-Marietta Corp., Denver, Colorado |

HONORS AND AWARDS

None

EGOLF 02496

OTI 007765

VA FORM
JUL 1979  10-1313-5

Larson    PAGE 54

INVESTIGATOR'S BIBLIOGRAPHY

NAME
R. Lynn Kirlin

SOCIAL SECURITY NO.
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

PUBLICATIONS (Not to exceed three pages for each investigator.)

## Books and Chapters in Books

1. *Image Processing with Minicomputers and Array Processors*, R. E. Twogood and R. L. Kirlin. Manuscript completed with revisions Nov. 1981. To be published by Van Nostrand Reinhold Co.
2. *Auditory and Hearing Prosthetics Research*, V. D. Larson, D. P. Egolf, R. L. Kirlin, and S. W. Stile; editors. Grune & Stratton, New York, 1979.
3. "Evaluation of Hearing Aid and Auditory Response Using Pseudorandom Noise", with S. N. Reddy. One chapter of book in 2. above.
4. "Fundamentals of Time-Frequency Relationships in the Processing of Speech Signals," one chapter of book in 2. above.

## Papers

1. "Delay Estimation Simulations and a Normalized Comparison of Published Results," with J. N. Bradley; accepted for publication in IEEE-ASSP.
2. "Median Filter and $1024^2$ 2DFFT with an FPS AP-120B Array Processor", Proceedings ICASSP, Denver, 1980, pp 434-436.
3. "Improvement of Delay Measurements from Sonar Arrays Via Sequential State Estimation," presented at Time Delay and Applications Conference, May 1 - 3, 1979, Naval Post graduate School, Monterey, California. Expanded form, Proceedings ICASSP, Denver, 1980, pp 804-806. Extended further for publication in IEEE Trans. ASSP, Special Issue on Time Delay Estimation, June 1981.
4. "Analytical Examination of the Tegulometric Method of Signal Detection," A report to Naval Underwater Systems Laboratory under contract No. N6604-78-6960, presented privately at the Naval Post Graduate School, December, 1978.
5. "A Maximum A-Posteriori Estimation of Vocal Tract Length," IEEE Trans. ASSP, Dec. 1978, pp. 571-574.
6. "Estimates of Pitch and Vocal Tract Length from Recorded Vocalizations of Purported Bigfoot," presented at First Annual Conference, Anthropology of the Unknown: Sasquatch and Similar Phenomena, University of British Columbia, Vancouver, B. C., Canada, May 1978. Also invited paper at 21st Midwest Symposium on Circuits and Systems, Iowa State University, Ames, Iowa, August 1978 (with L. H. Hertel).
7. "Receiver Operating Characteristic for Coherence-Over-Band Detector", IEEE Trans. ASSP (with D. Moore), August 1978, pp. 369-371.
8. "Hilbert and Fourier Transforms of Polynomial Ratio Time Signals", IEEE Proceedings, Vol. 66, No. 3, March 1978, pp. 356-358.
9. "Augmenting the Maximum Likelihood Delay Estimator to Give Maximum Likelihood Direction," IEEE Trans. ASSP, Vol. ASSP-26, No. 1, February, 1978, pp. 107-108.
10. "Spectral Analysis of Auditory Evoked Poetentials with Pseudo-Random Noise Excitation," (with S. N. Reddy). IEEE Trans. Bio-Med., Vol. BME-26, No. 8, August 1979, pp. 479-487.
11. "Emperical and Theoretical Statistics of Windcharger Home Heating," Wind Technology Journal, Vol. 1, No. 3, Fall 1977, pp. 21-25, (with S. Stolt).
12. "A Statistical Coarse Sampled Data Filter," IEEE Trans. Acoustics, Speech and Signal Processing, Vol. ASSP-25, No. 2, April, 1977, pp. 195-196.
13. "Output Correlation for Polarity Correlators or Limiters with Pseudo Random Additive Input Noise," IEEE Trans. Information Theory, Vol. IT-23, No. 2, March 1977, pp. 265-267.
14. "Signal Detection using the Integral of Magnitude-Squared Coherence," National Telemetry Conference, November 29, 1976, Dallas. pp. 52.3-1 to 52.3-4.

EGOLF 02497

OTT 007766

R. Lynn Kirlin        INVESTIGATOR'S BIBLIOGRAPHY                    Page 2

15   "Correlation and Fourier Analysis in Real Time, Inexpensively," IEEE Pro-
     ceedings, Vol. 64, No. 9, September 1976, pp. 1440-1442.
16.  "Pseudo-Random Analog Noise Generation," IEEE Proceedings, Vol. 64, No. 5,
     May 1976, pp. 824-826.
17.  "Hearing Aid Testing Using Pseudo Random Noise Preliminary Results." 1976
     IEEE Region V Conference, Austin, April 1976; also Biomedical Sciences
     Instrumentation, Vol. 12, 1976, pp. 73-76, (with S. N. Reddy).
18.  "The Case for State Variables in a pH Controller." Control Engineering, Vol.
     22, February 1975, pp. 47-49.
19.  "Speech Zero-Crossing Rate Compression for Bandwidth Compression," IEEE
     Trans. Acoustics, Speech and Signal Processing, October 1975, pp. 433-438,
     (with W. Done).
20.  "An All-Digital, Second-Order PLL," IEEE Trans. Aerospace & Electronic
     Systems, September 1974, pp. 710-712.
21.  "A Technique for Fitting System Response Data Using a Priori Information,"
     Medical and Biological Engineering, November 1974, pp. 803-807, (with
     C. N. Rhodine).
22.  "Optimum Resolution Gain with Prolate Spheriodal Wavefunctions," J. Optical
     Society of America, February 1974.
23.  "Optimum Capstan Radius for On-Off Tape Transport," Control Engineering,
     Vol. 20, No. 2, February 1973, pp. 25-26.
24.  "Pull-In Frequency for a Pulse-Tracking Phase-Locked Loop," (with C. C. Hu)
     presented at Sixth Hawaii International Conference on Systems Sciences,
     January 1973.  IEEE Trans. Communications, Vol. COM-23, No. 2, February
     1975, pp. 252-254.
     "Toward Optimum Synthetic Speech for the Deaf," Carnahan Conference on
     Electronic Prostheses, Lexington, Kentucky, September 1972.
26.  "Periodically Pulsed Sinewave Detected with Provision for Increasing Noise",
     IEEE Trans. Inf. Thy., Vol. IT-18, No. 4, July 1972, pp. 493-498.
27.  "A Note on Phase-Locking to the Envelope of a Periodically Pulsed Sinewave,"
     IEEE Trans. Com., Vol. COM-20, No. 2, April 1972, pp. 254-255.
28.  "Measuring the Stopping Distance of a Dynamically Braked Motor," Control
     Engineering, Vol. 18, No. 12, December 1971, pp. 22.
29.  "Phase Lock for Correlation Detection of a Periodic Pulse." IEEE Trans. Bio-
     Med., Vol. BME-18, No. 6, November 1971, pp. 424-426.
30.  "Signal-to-Noise Ratios in Bandpass Dead-zone Limiters," IEEE Trans. Com. Tech.,
     Vol. COM-19, No. 3, June 1971, pp. 353-355.
31.  "Geometrical-Optics Control Digital Tape Speed," Control Engineering, Vol.
     17, No. 11, November 1970, p. 48.
32.  "Variable Optimum Block Lengths in Data Transmission," IEEE Trans. Com. Tech.,
     Vol. COM-17, No. 3, June 1969, pp. 350-355.
33.  "Ph.D. Dissertation - "Higher Spectral Resolution by Analytical Extrapolation
     of the Interferogram," Utah State University, 1968.
34.  "Hard-Limiter Intermodulation with low Input SNR," IEEE Com. Tech., Vol.
     COM-15, No. 4, August 1967, pp. 653-654.

EGOLF 02498

OTI 007767

Larson - 56

## INVESTIGATOR'S BIOGRAPHIC SKETCH

| NAME Raymond G. Jacquot | | SOCIAL SECURITY NO. 520 40 3375 |
|---|---|---|
| TITLE rofessor of Electrical Engineering | ROLE IN PROGRAM Researcher | |

EDUCATION  (Begin with Baccalaureate; include post doctoral training; do not include Honorary Degrees)

| NAME, LOCATION OF INSTITUTION AND TITLE OF COURSE OF TRAINING PROGRAM | DEGREE | YEAR AWARDED |
|---|---|---|
| University of Wyoming, Laramie, Wy., Mech. Engr. | BS | 1960 |
| University of Wyoming, Laramie, Wy., Mech. Engr. | MS | 1962 |
| Purdue University, W. Lafayette, In., Mech. Engr. | Ph.D. | 1969 |
| Stanford University, Stanford, Ca., Neuro. and Astro. | -- | 1976 |

MAJOR RESEARCH INTEREST (S)

Acoustic control systems, distributed parameter systems, vibration analysis.

RESEARCH AND/OR PROFESSIONAL EXPERIENCE  (Work backwards from present appointment)

| 1969 - Pres. | Asst., Assoc. and Full Professor of Electrical Engineering University of Wyoming, Laramie, Wyoming |
|---|---|
| 1966 - 1969 | NSF Science Faculty Fellow, Purdue University, W. Lafayette, Indiana |
| 1965 - 1966 | Graduate Assistant, Department of Mechanical Engr., University of Wyoming, Laramie, Wyoming |
| 1964 - 1965 | Instructor, Mechanical Engr., Purdue University, W. Lafayette, Indiana |
| 1960 - 1964 | Instructor, Mechanical Engr., University of Wyoming, Laramie, Wyoming |

HONORS AND AWARDS

Sigma Tau, Outstanding Engineering Teacher, Univ. of Wyoming, 1971.
Standard Oil Award for Outstanding Undergraduate Teaching, 1971.
ohn A. Curtis Outstanding Paper Award, ASEE Annual Conf., Amherst, MA., 1980.

EGOLF 02499          OTI 007768

INVESTIGATOR'S BIBLIOGRAPHY

| NAME | SOCIAL SECURITY NO. |
|------|---------------------|
| Raymond G. Jacquot | 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 |

PUBLICATIONS (Not to exceed three pages for each investigator.)

Books
1. Modern Digital Control Systems. Marcel Dekker, 1981.

Articles
1. "On the Influence of Poisson's Ratio on Circular Plate Natural Frequencies," *Journal of Sound and Vibration*, v. 52, no. 4, 1977, pp. 603-605 with J. E. Lindsay.
2. "Optimal Dynamic Vibration Absorbers for General Beam Systems," *Journal of Sound and Vibration*, v. 60, no. 4, Nov. 1978, pp. 535-542.
3. "A Microprocessor System for the Discrete-time Control Laboratory," *IEEE Trans on Education*, v. E-24, no. 1, Feb. 1981.
4. "A Programmable, Educational, Microprocessor Based Digital Filter/Compensator," *CoED Journal*, v. 1, no. 1, Jan./Feb. 1981, pp. 3-8 with J.W. Steadman and M.N. Hepworth.
5. "Feature Extraction and Selection for Pattern Recognition of Two Dimensional Hydrometeor Images," *Journal of Applied Meterology*, v. 20, May 1981, pp. 521-535 with M. M. Rahman, E. A. Quincy and M. J. Magee.
6. "Two-Dimensional Hydrometeor Image Classification by Statistical Pattern Recognition Algorithms," *Journal of Applied Meterology*, v. 20, May 1981, pp. 536-546 with M. M. Rahman, E. A. Quincy and R. E. Stewart.

Papers
1. "Optimally Tuned Cantilever Beams as Dynamic Vibration Absorbers", Sixth Canadian Congress of Applied Mechanics, Vancouver, B.C., June 1977, with J. E. Foster.
2. "The Estimation of Random Vibratory Responses Using Limited Noisy Measurements", Sixth Canadian Congress of Applied Mechanics, Vancouver, B.C., June 1977.
3. "Optimal Energy Extraction Policy by Identification and Optimal Control", First International Conference on Mathematical Modeling, St. Louis, Mo., September 1977, with T. E. Dwan and J. W. Jennings.
4. "Development of a Series of Laboratory Experiments in Digital Control", 87th Annual Conference, American Society for Engineering Education, Baton Rouge, Louisiana, June 1979, with J. W. Steadman.
5. "A Programmable, Educational, Microprocessor Based Digital Filter/Compensator," 88th Annual Conference of the American Society for Engineering Education, Amherst, Ma., June 23-26, 1980 with J. W. Steadman and M. N. Hepworth. (John A. Curtis Outstanding Paper Award).
6. "Development of Integrated Engineering Science Laboratories", 88th Annual Conference of the American Society for Engineering Education, Amherst, Ma., June 23-26, 1980 with L. B. Baldwin.
7. "Development of Integrated Laboratories in the Engineering Sciences", Frontiers in Education Converence, Houston, Tx., October 20-22, 1980 with L. B. Baldwin and R. C. Miller.
8. "Pattern Recognition Techniques in Cloud Research - Part I: Feature Extraction and Selection," Fifth International Conference on Pattern Recognition, Miami Beach, Fl., Dec. 1-4, 1980 with M. M. Rahman, E. A. Quincy and M. J. Magee.

EGOLF 02500

OTI 007769

FORM 10-1313-6
1979.

Larson     PAGE58

INVESTIGATOR'S BIOGRAPHIC SKETCH

| NAME | | |
|---|---|---|
| John W. Steadman | | SOCIAL SECURITY NO. 520 66 0093 |

| TITLE | ROLE IN PROGRAM |
|---|---|
| ...fessor of Electrical Engineering | Researcher |

EDUCATION  (Begin with Baccalaureate; include post doctoral training; do not include Honorary Degrees)

| NAME, LOCATION OF INSTITUTION AND TITLE OF COURSE OF TRAINING PROGRAM | DEGREE | YEAR AWARDED |
|---|---|---|
| University of Wyoming, Laramie, WY, Electrical Engr. | B.S. | 1964 |
| University of Wyoming, Laramie, WY, Electrical Engr. | M.S. | 1966 |
| Colorado State University, Fort Collins, CO, Elect. Engr. | Ph. D. | 1971 |

MAJOR RESEARCH INTEREST (S)

Engineering applications in medicine and biology, microprocessor design, digital fil-
tering of speech.

RESEARCH AND/OR PROFESSIONAL EXPERIENCE  (Work backwards from present appointment)

1982    Acting Associate Dean, College of Engineering, University of Wyoming, Laramie
Wyoming

1971-Pres. Assistant, Associate, and Professor of Electrical Engineering, University of
Wyoming, Laramie, Wyoming

'66-78    Engineer, Life Sciences Research Section, General Dynamics/Convair, San Diego
California

HONORS AND AWARDS

| | |
|---|---|
| John P. Ellbogen Award for Excellence in Undergraduate Teaching | 1981 |
| ASEE Computers in Education Division Award for Best Paper of the Year | 1980 |
| ...cial Research Fellow NIH | 1969-1971 |

EGOLF 02501                              OTI 007770

# INVESTIGATOR'S BIBLIOGRAPHY

NAME: John W. Steadman

SOCIAL SECURITY NO.: 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

PUBLICATIONS (Not to exceed three pages for each investigator.)

articles

1. "A Computer Managed Homework System", Frontiers in Education Proceedings, October 19-21, 1981.

Books

1. Microprocessor Systems Design, Marcel Dekker, New York, In press. 1982.

Papers

1. "A 16-bit Microcomputer for Audio-Bandwidth Digital Filtering" (abstract). Submitted for publication in proceedings of the ASEE Annual Conference, Rochester, NY, June 1983.
2. with R.G. Jacquot and C.N. Rhodine; "Interactive Microcomputer Programs for Teaching Engineering Systems", accepted for 1982 ASEE Annual Meeting, June 1982.
3. with R.G. Jacquot and M.N. Hepworth; "A Microprocessor System for the Discrete-Time Control Laboratory", IEEE Transactions on Educations, Vol. 24, No.1, February 1981, pp. 78-81.
4. with R.G. Jacquot and M.N. Hepworth: "A Programmable, Educational, Microprocessor-Based Digital Filter/Compensator", ASEE Transactions on Computers in Education, Vol. 1, No. 1, Jan/Feb. 1981.
5. with R.G. Jacquot and M.S. Fadali; "A Model of Water Absorption in Human Intestine", Biomedical Sciences Instrumentation, Vol. 16, 1980, pp. 49-54.
6. with C.D. Ferris and C.N. Rhodine; "A Prosthetic Communication Device", Archives of Physical Medicine and Rehabilitation, Vol. 61, pp. 93-97, Feb. 1980.
7. with M.S. Fadali and R.G. Jacquot; "Control of blood volume and Extracellular Fluid Osmolality in Humans", Biomedical Sciences Instrumentation, Vol. 15, pp. 67-71, 1979.

with B. Bolouri and W.L. Pancoe; "The Effects of Electric Current on the Growth Rate of Sarcoma-37 Solid Tumor", Proceedings of the Rocky Mountain Division of AAS, 1979.

9. with B. Osterlitz; "Using A High Gain Capacitive Plethysmograph to Assess Atherosclerosis Lesion Development in the Legs of Human Subjects", Biomedical Sciences Instrumentation, Vol. 13, 1977, pp. 53-58.
10. with C.N. Rhodine and C.D. Ferris; "A Communication System Prosthesis", Biomedical Sciences Instrumentation, Vol. 13, 1977, pp. 93-97.
11. "Rainfall and Runoff Date from Small Basins in Wyoming", with J.G. Rankl, Published by Wyoming Water Planning Program, State Engineers Office, Cheyenne, Wy. December 1977, pp. 195.
12. "Air Pollution Source Identification by Instrumental Neutron Activation Analysis", (M.S. thesis, Univ. of Wyoming, 1971).

EGOLF 02502

OTI 007771

INVESTIGATOR'S BIOGRAPHIC SKETCH

| NAME | SOCIAL SECURITY NO. |
|---|---|
| Perry J. Wechsler | 585 82 5762 |

| TITLE | ROLE IN PROGRAM |
|---|---|
| ecturer in Electrical Engineering | Researcher |

EDUCATION (Begin with Baccalaureate; include post doctoral training; do not include Honorary Degrees)

| NAME, LOCATION OF INSTITUTION AND TITLE OF COURSE OF TRAINING PROGRAM | DEGREE | YEAR AWARDED |
|---|---|---|
| Univ. of Wyoming, Laramie, Wyoming, Electrical Engr. | BS | 1979 |
| Univ. of Wyoming, Laramie, Wyoming, Electrical Engr. | MS | 1982 |

MAJOR RESEARCH INTEREST (S)

Microprocessor hardware and software, digital filtering hardware, electroacoustics.

RESEARCH AND/OR PROFESSIONAL EXPERIENCE (Work backwards from present appointment)

| | |
|---|---|
| 1982 - Pres | Lecturer, Dept. of Electrical Engr., University of Wyoming, Laramie, Wyoming |
| 1979 - 1982 | Graduate Teaching Assistant, Dept. of Electrical Engineering, University of Wyoming, Laramie, Wyoming |
| .976 - 1977 | Programmer and Data Analyst, Los Alamos Scientific Laboratory, Los Alamos, New Mexico |
| 1977-1979 Summers | Junior Engineer, New England Nuclear, North Billerica, Mass. |

HONORS AND AWARDS

None

EGOLF 02503

OTI 007772

VA FORM
JUL. 1979   10-1313-5

Larson   PAGE   61

INVESTIGATOR'S BIBLIOGRAPHY

NAME:
Perry J. Wechsler

SOCIAL SECURITY NO.
585 82 5762

PUBLICATIONS (Not to exceed three pages for each investigator.)

Papers
1. "A Microprocessor-Based, Real-Time, Audio-Bandwidth Digital Filter," Masters Thesis, University of Wyoming, Laramie, Wyoming, 1982.
2. "Quarterly Progress Report: Prototype Model of a Microprocessor-Based Digital Hearing Aid." Confidential Report. Dept. of Electrical Engineering, University of Wyoming, Laramie, Wyoming, 1982.
3. "Effects of Perturbations Low-Beta Accelerating Structures," with R. Baggett and W. Jule, Proceedings of the 1977 Proton Linear Accelerater Conference, Chalk River, Canada, 1977.

EGOLF 02504

OTI 007773

VA FORM 10-1313-6
JUL 1979

Larson              PAGE 62

ABSTRACT

An *in situ* hearing aid is modeled as an assemblage of transfer function blocks. The block model is identified as a "control system", a term borrowed from the field of control systems engineering. Nyquist's stability criterion is derived and applied to several control system examples to establish the conditions under which acoustic feedback may occur in a hearing aid. Characteristic features of the "howl" associated with acoustic feedback are identified. Published methods for suppressing feedback in public address (PA) systems are examined and critically reviewed for their applicability to hearing aids. Future research efforts necessary to achieve the desired goal of feedback elimination in hearing aids are recommended.

EGOLF 02505

OTI 007774

REVIEW OF THE ACOUSTIC
FEEDBACK LITERATURE
FROM A
CONTROL SYSTEMS POINT OF VIEW[*]


A Discussion and Extension of
The Paper Presented by S. F. Lybarger
Entitled
Acoustic Feedback Control



By


David P. Egolf
Department of Electrical Engineering
University of Wyoming
Laramie, Wyoming

[*] Delivered to the conference entitled "A Working Conference on
Amplification for the Hearing Impaired: Research Needs", Bill
Wilkerson Hearing and Speech Center, Vanderbilt University,
Nashville, TN, June 8, 1981.

EGOLF 02506

OTI 007775

Appendix 1

## INTRODUCTION

Acoustic feedback, as it occurs in public address (PA) systems, has been discussed extensively in the literature. Its causes and various remedies appear in numerous articles [1-22]. On the other hand, acoustic feedback in hearing aids is not so well understood and has received scant coverage in the literature.

deBoer [23] discussed the possible physical mechanisms by which acoustic feedback may occur in a hearing aid. Grover and Martin [24] showed that the amount of attenuation in the feedback path through the earmold was related to the maximum stable gain of a hearing aid. Johanssen [25,26] described several earmold vent and leak conditions which influence acoustic feedback. His laboratory data was supported partially by a theoretical treatise on sound transmission in and radiation from the vent/leak. Lybarger [27] developed guidelines for avoiding feedback based on experiments establishing a relationship between vent size and maximum stable gain. Remedies allowing additional stable gain in hearing aids, such as the feedback suppression devices designed for PA systems, have not appeared in the literature.

It is the purpose of this paper to (1) develop an understanding of the hearing aid acoustic feedback phenomenon, (2) review the literature with emphasis on the published remedies for feedback in PA systems, and (3) discuss research needs with regards to feedback

EGOLF 02507

OTI 007776

in hearing aids.  Since the feedback problem is best explained in terms of control systems terminology, the approach taken herein will be that commonly used in the field of control systems engineering.

## I.  FEEDBACK IN HEARING AIDS

### A.  Control Systems Description

The acoustic feedback phenomenon is best explained by referring to the in-situ hearing aid in Fig. 1(a).  As shown in Fig. 1(a), sound waves of pressure $P*$ at some distant point in space are incident upon the head and ear.  These waves are transformed to sound pressure $P_i$ by the time they reach the pinna.  Transformation $T_1$, known in control systems terminology as a "transfer function" or "frequency response function", is dependent upon parameters of the transmission path such as the acoustical properties of the room and wave interaction with the body, head, and pinna.  The microphone, having a transfer function denoted by M, converts sound pressure signal $P_i$ to an electrical signal which undergoes amplification in A and then drives receiver R.  The receiver output pressure $P_R$ is transformed to pressure $P_T$ at the tympanic membrane via an assortment of waveguides having transfer functions $T_2$ and $T_3$.  The terms $T_2$ and $T_3$ are dependent, for example, upon tube properties such as length and diameter and upon eardrum impedance.

Sound is also lost through the vent, having a transfer function $T_4$, so that sound pressure $P_o$ at the vent inlet becomes $P_V$ at the vent

---

\* Throughout this paper, upper case letters represent complex quantities which are functions of frequency f while lower case letters are functions of time t.

EGOLF 02508

OTI 007777