

Figure 1.  Typical behind-the-ear hearing aid:
        (a) illustration of signal flow
        (b) block diagram of the system.

EGOLF 02509

OTI 007778

4

outlet.  Sound pressure $P_V$ undergoes further transformation to $P_F$ via transfer function $T_5$.  Finally, after a few milli- or microseconds of travel, $P_F$ combines with $P_i$ (either constructively or destructively, depending on their relative phases) at the location labeled "summation" in Fig. 1(a).  The summation process occurs naturally when two sound pressure waves occur together at the same point in space.

Fig. 1(b) is a "block diagram" incorporating all of the pertinent information given in Fig. 1(a).  In Fig. 1(b) the blocks represent the transfer functions described above while the arrows are signals (i.e., sound pressure or electrical signals).  The relationship between blocks and arrows can best be described by the statement "output signal equals transfer function times input signal."  For example, application of this relationship to the left-hand block of Fig. 1(b) yields

$P_i = (T_1)P$.

The summation process is denoted by a circle enclosing the Greek letter sigma and is called the "summer".  Its output signal is a simple algebraic sum of the input signals, paying particular attention to the respective sign of each, or $P_i + P_F$.

Next, suppose that we combine the blocks from M to $T_2$ into a single block labeled G.  This can be accomplished by multiplication of blocks, or

$G = M \times A \times R \times T_2$,

where G is yet another transfer function and is called the "plant" or "system" by control systems engineers.  Likewise, $T_4$ and $T_5$ can be combined by multiplication to yield

EGOLF 02510

OTI 007779

$$H = T_4 \times T_5,$$

where H is also a transfer function known as the "feedback element".

The results of this block multiplication are illustrated in Fig. 2,

where that portion of the figure enclosed by the dashed line is called

a "control system". The path beginning at $P_O$, passing through H and

ending in $P_F$ at the summer is called the "feedback path" or "feedback

loop".

In order to analyze the acoustic feedback problem and develop

remedies, the investigator must be able to describe, either theoretically

or experimentally, all of the transfer function blocks in the diagram

of Fig. 1(b). This amounts to assembling information gathered by

several earlier investigators from different fields of science. A partial

list of information needed to describe each block is given in Table 1

along with pertinent references.

Table 1. Information needed to describe transfer functions shown
in Fig. 1(b).

| Transfer Function | Parameters Necessary to Describe Transfer Function | References |
|---|---|---|
| $T_1$ | Room acoustics. Wave interaction with body, head, and ear. | Schroeder [28] Kuhn [29] Shaw [30] |
| M | Acousto-electric response, directivity. Location. | Manufacturer? Franks [31], Kuhn [32]. |
| A | Gain and phase response. | Manufacturer? |
| R | Electroacoustic response. | Egolf and Leonard [33] |
| $T_2, T_3, T_4$ | Tube transmission line characteristics. | Egolf, et al., [34] Egolf [35] |
| $T_5$ | Vent radiation. Room acoustics. Wave interaction with the body, head, and ear. | Morse and Ingard [36] Johansen [25] Schroeder [28] Kuhn [29] Shaw [30] |

EGOLF 02511          OTI 007780

6



Figure 2.   System block diagram resulting
            from block multiplication.

EGOLF 02512

OTI 007781

7

## B. Nyquist's Stability Criterion

Consider only the control system shown in Fig. 3 and suppose that all of its transfer function blocks are fully described (the result of some future research investigation). We can then begin to analyze the system by applying several control system theories. One of these, a well-known theory known as Nyquist's Stability Criterion, was developed by H. Nyquist [37] whose name it bears.

Nyquist's Stability Criterion can be explained by referring to Fig. 3. Upon initial application of the continuous input signal $P_i$ to the control system, there will not yet (not until some time later) be any feedback signal $P_F$. Thus

$$P_F = 0 \qquad\qquad (1)$$

and the summer output will be

$$P_S = P_i + 0 \qquad\qquad (2)$$

so the initial output signal will be

$$P_o = (G)P_S . \qquad\qquad (3)$$

Combining Eqs. (2) and (3), we get

$$P_o = (G)P_i . \qquad\qquad (4)$$

After a very short period of time $P_o$ will be transmitted back through H and will arrive at the summer as $P_F'$ , where

$$P_F' = (H)P_o \qquad\qquad (5)$$

and the prime has been added to $P_F$ to denote the first passage of a signal through H (i.e., the first " looping" of a signal around the control system). Substituting Eq. (4) into Eq. (5) yields:

$$P_F' = (GH)P_i . \qquad\qquad (6)$$

Next, the summer creates the signal

EGOLF 02513

OTI 007782

8



Figure 3.  Control system model.

EGOLF 02514

OTI  007783

9

$$P'_S = P_i + P'_F.\tag{7}$$

Substitution of Eq.(6) into Eq.(7) produces

$$P'_S = P_i + (GH)P_i.\tag{8}$$

$P'_S$ then passes through G so we must substitute Eq. (8) into Eq.(3), being careful to add the prime ('), or

$$P'_O = (G)P_i + (G^2H)P_i.\tag{9}$$

The new output signal $P'_O$ will then pass through H and arrive at the summer as

$$P''_F = (GH)P_i + (GH)^2P_i,\tag{10}$$

where the double prime ('') denotes the second passage of a signal through H. The summer then produces

$$P''_S = P_i + (GH)P_i + (G^2H^2)P_i.\tag{11}$$

Thus, after a second looping of the control system, the output becomes

$$P''_O = (G)P_i + (G^2H)P_i + (G^3H^2)P_i.\tag{12}$$

This process can be repeated for 3,4, etc. passages around the loop until, after n loopings, we get

$$P_O = G[1 + (GH) + (GH)^2 + \ldots + (GH)^n]P_i,\tag{13}$$

where GH is called the "open-loop transfer function", a complex quantity with magnitude $|GH|$ and phase $\underline{/GH}$, or

$$GH = |GH|e^{j\underline{/GH}}\tag{14}$$

If we wait for a long period of time after applying $P_i$ to measure $P_O$, the number of passages around the feedback loop will be quite large, or $n \rightarrow \infty$. If $|GH| < 1$, reference to a mathematics handbook will show that the power series of Eq. (13) reduces to

EGOLF 02515

OTI 007784

10

$$P_o = \left(\frac{G}{1-GH}\right) P_i . \tag{15}$$

On the other hand, if $|GH| \geq 1$ and $\underline{/GH} = m(360°)$ for $m = 0,1,2...$
then, from Eq. (13) we can see that

$$P_o \rightarrow \infty . \tag{16}$$

Notice that in Eq. (15) an input $P_i$ is required to get an output $P_o$.
Conversely, if the input $P_i = 0$ in Eq. (15) then the output $P_o = 0$.
Thus, "no input — no output" for a system where $|GH| < 1$. This type
of system, where $P_o < \infty$, is called a "stable" system.

Notice also that the output $P_o$ given by Eq. (16) does not require
an input $P_i$. It is only needed initially for a short period of time
to get the "looping" started. Recall that the howl in a PA system
continues to build up (i.e., $P_o \rightarrow \infty$) long after the talker ceases to
speak into the microphone (i.e., $P_i = 0$). To kill the howl, a person
must severely reduce the amplifier gain (i.e., reduce $|A|$ and thus,
$|G|$) to stop the looping phenomenon. This type of system, where
$P_o \rightarrow \infty$, is called an "unstable" system.

The above discussion may be stated more concisely in the manner
spelled out by Nyquist [37]. System instability (i.e., acoustic feed-
back) will occur at any frequency where

$$|GH| \geq 1.0 \tag{17}$$

and

$$\underline{/GH} = m(360°) \text{ for } m = 0,1,2... . \tag{18}$$

Consequently, to eliminate acoustic feedback in a hearing aid, one or
both of the above conditions must be avoided.

EGOLF 02516

OTI 007785

C.  Applying the Stability Criterion

In the following, graphical illustrations are presented to help develop an understanding of the rammifications of applying the Nyquist Criterion.

For example, suppose that the control system illustrated in Fig. 4 has transfer functions G and H such that, at some frequency $f = f_i$, their values are

$$G = 1.0e^{j0°} \tag{19}$$

and

$$H = 0.5e^{j360°} \tag{20}$$

so that

$$GH = 0.5e^{j360°} \tag{21}$$

This system is stable at $f_i$ because at that frequency, it does not -adhere to the condition described by Eq. (17).

Next, suppose that the input $P_i$ is a continuous pure tone of magnitude c and frequency $f_i$, or

$$P_i(t) = c \sin 2\pi f_i t, \tag{22}$$

which has the $P_i$ spectrum shown in Fig. 4, and given by

$$P_i = ce^{j0°} \tag{23}$$

Substitution of Eqs. (21) and (23) into Eq.(6) yields the feedback signal on the first pass around the loop

$$P_F' = c/2e^{j0°} \tag{24}$$

which is plotted in Fig. 4.  The output spectrum, computed by Eq. (15), is

EGOLF 02517

OTI 007786

12



Figure 4. Control system model of a
stable system with GH = $0.5e^{j360°}$

EGOLF 02518

OTI 007787

$$P_o = 2ce^{j0^\circ}, \tag{25}$$

which is also plotted in Fig. 4 and has a time-domain representation given by

$$P_o(t) = 2c \sin 2\pi f_i t. \tag{26}$$

Notice that the output is also a pure tone of the same frequency $f_i$, but with twice the magnitude. By virtue of the output signal $P_o$ being $< \infty$, we could say that this system is stable, a conclusion reached earlier. We could also say that the output is "intelligible" by noting that its spectrum shape is similar to that of the input. Since $P_o > P_i$, the system is also said to be of the "regenerative" type. This results from the in-phase constructive interference of $P_F$ with $P_i$. Notice that $P_o$ is greater than $P_i$ despite the fact that the plant gain $|G|$ is unity, meaning no amplification by the system. Thus, the output spectrum may be altered significantly by the presence of a feedback path through the earmold even though it may be an inherently stable system not susceptible to howl.

Let us now investigate another system having transfer function values at $f = f_i$ given by

$$G = 1.0e^{j0^\circ} \tag{27}$$

and

$$H = 1.0e^{j180^\circ} \tag{28}$$

so that

$$GH = 1.0e^{j180^\circ}. \tag{29}$$

This system is also stable at $f_i$ because, at that frequency, $\underline{/GH}$ is not a whole-number multiple of 360°.

EGOLF 02519

OTI 007788

14

Also suppose that the input is the same as that given by Eq. (23).
Substituting Eqs. (23) and (29) into Eq.(6) yields

$$P_F' = -ce^{j0°} , \qquad (30)$$

which is shown in Fig. 5. Again using Eq.(15) to compute the output,
we get

$$P_o = \frac{c}{2} e^{j0°}, \qquad (31)$$

which is also shown in Fig. 5. Thus, the time-domain representation
of the output signal is given by

$$P_o(t) = \frac{c}{2} \sin 2\pi f_i t. \qquad (32)$$

As before, examination of the output $P_o$ plot shown in Fig. 5
($P_o < \infty$) reveals the system is stable at $f_i$. The output is also in-
telligible when compared to the input. The out-of-phase destructive
interference of $P_F$ with $P_i$ causes $P_o < P_i$. Consequently, this is called
a "degenerative" type system. Again notice that the presence of a
feedback path alters the shape of the output spectrum: the output
amplitude is reduced even though the plant gain $|G| = 1.0$. As before,
this occurs in a system that is inherently stable and not susceptible
to howl.

Finally, consider the system given in Fig. 6 with transfer functions
at $f = f_i$ given by

$$G = 1.0e^{j0°} \qquad (33)$$

and

$$H = 1.0e^{j360°} \qquad (34)$$

so that

EGOLF 02520

OTI 007789

15



Figure 5.  Control system model of a
stable system with GH=1.0e^{j180°}

EGOLF 02521

OTI 007790

16



Figure 6.  Control system model of an unstable
system with GH = 1.0e^{j360°}

EGOLF 02522

OTI 007791

$$GH = 1.0e^{j360°} \quad . \tag{35}$$

Thus, the system is inherently unstable at $f_i$ because it satisfies both Eqs. (17) and (18). Given the same input as in Eq. (23), $P_F'$ may be computed by combining this with Eqs. (6) and (35) to get

$$P_F' = ce^{j0°} \tag{36}$$

which is plotted in Fig. 6. The output spectrum must be computed by Eq. (13), as it does not meet the $|GH| < 1.0$ criterion for applying Eq. (15). The result of applying Eq. (13) is

$$P_o = [1 + 1e^{j360°} + 1e^{j720°} + 1e^{j1080°} + \ldots]c$$

$$= [1 + 1 + 1 + \ldots]c$$

or

$$P_o \rightarrow \infty,$$

which is illustrative of an unstable system that tends to produce acoustic feedback or howl. Since $P_o \rightarrow \infty$, we could also say that the output is "unintelligible" because it would saturate any real-life circuit, including the human hearing mechanism.

II. FEEDBACK IN PA SYSTEMS: METHODS OF SUPPRESSION

Several investigators have published methods for suppressing acoustic feedback in PA systems. The following is a review of some of these methods.

A. User's Method

In order to eliminate feedback in a PA system or in a hearing aid, the user can make $|GH| < 1$ by simply turning down the volume control.

EGOLF 02523

OTI 007792

18

This amounts to reducing the amplifier gain $|A|$ which causes a reduction in $|G|$.

B.  Gain-Reduction Method

A technique devised by Boner and Boner [ 7 ] for feedback suppression involves the insertion of a notch filter ($N_F$) into the PA system circuit ahead of the amplifier, as in the upper part of Fig. 7. As demonstrated in the lower part of Fig. 7, the center frequency of the notch filter $f_i$ is set to coincide with a peak(s) in the $|GH|$ spectrum that exceeds a value of 1.0. In this manner, the value of $|GH|$ is reduced below 1.0 at $f_i$ and the system is stable at all frequencies. This allows the amplifier gain and thus $|GH|$ to be increased by an amount equal to the "additional stable gain", shown at the bottom right of Fig. 7, until acoustic feedback again occurs. The authors [ 7 ] report cases where this method has provided between 7 and 18 dB of additional stable gain in PA systems.

The gain reduction method requires actual measurement of the $|GH|$ spectrum in order to locate the peak(s) of interest. Since H is dependent upon the local acoustical environment, the $|GH|$ spectrum shape is unique to one speaker-microphone arrangement in one particular room or hall. Application of the scheme to hearing aids would probably be thwarted by the wide range of acoustical environments to which an in-situ hearing aid may be exposed. In other words, the shape of the $|GH|$ spectrum and its peaks would be continually changing, making it difficult to locate the notch filters without some scheme employing automation.

EGOLF 02524

OTI 007793



Figure 7. Stabilizing a PA system unstable at $f_i$ by the gain-reduction method.

EGOLF 02525

OTI 007794

### C. Frequency-Shifting Method

In a method pioneered by Schroeder [2], a +5Hz frequency shifting network is inserted into the circuit ahead of the amplifier. The network causes the output $P_o$ to be 5Hz higher than $P_i$.

The frequency shifting method may be demonstrated by assuming that the system transfer functions have the values

$$G = 1.0e^{j0°} \tag{37}$$

and

$$H = 0.8e^{j360°} \tag{38}$$

so that

$$GH = 0.8e^{j360°} \tag{39}$$

except at $f = f_i$, where GH is the same as that given by Eq. (35). This is illustrated by the $|GH|$ spectrum in Fig. 8. Therefore, the system is stable at all frequencies except at $f = f_i$, where it is unstable and susceptible to howl.

Now, insert a +5Hz frequency shifting network into G such that, with each passage through G, $P_i$ is increased by 5Hz. As a result, Eq. (6) should be altered as follows:

$$P_F' = (GH) P_i(f + 5). \tag{40}$$

Equation (13) will likewise reflect this change, or

$$P_o = (G)P_i(f+5) + (G^2H)P_i(f+10)+(G^3H^2)P_i(f+15)+... \tag{41}$$

If a continuous pure tone input $P_i$ at frequency $f_i$ given by Eq. 23 is introduced, the feedback signal on the first pass around the loop may be computed by Eqs. (23), (39), and (40), resulting in

$$P_F' = 0.8ce^{j0°} \tag{42}$$

EGOLF 02526

OTI 007795

21



Figure 8.  Improving stability of a PA system
unstable at $f_i$ by the frequency-shifting
method.

EGOLF 02527

OTI 007796

which is sketched at the lower left of Fig. 8. A comparison of this with the $P_F'$ plot of Fig. 6, shows that it has been shifted to the right by 5Hz, causing a reduction in height by 0.8. Notice also that the $P_F'$ peak does not add directly to the $P_i$ peak (which would create a taller peak) because they are 5Hz apart.

The output spectrum, computed by Eqs. (23), (37), (38) and (41), is

$$P_o = 0.8 \, P_i(f_i + 5) + 0.64 \, P_i(f_i + 10) + 0.512 \, P_i(f_i + 15) + \ldots \tag{43}$$

which is also sketched in Fig. 8 and has a time-domain signal of the form

$$P_o(t) = 0.8c \, \sin \, [2\pi(f_i + 5)t]$$

$$+ \, 0.64 \, \sin \, [2\pi(f_i + 10)t]$$

$$+ \, 0.512 \, \sin \, [2\pi(f_i + 15)t] + \ldots \tag{44}$$

Notice, by comparison with the $P_o$ plot in Fig. 6, that in this case $P_o < \infty$. Consequently, the frequency shifting network has a stabilizing influence on this inherently unstable system.

By comparison with the $P_i$ plot in Fig. 8, the shape of the $P_o$ plot suggests that the intelligibility of the output is in question. In fact, according to Schroeder [6], subjective effects called "audible beating" and "audible ringing" limit the additional stable gain to about 6dB even though 10-12 dB are theoretically available. Application of this method to hearing aids would require further subjective testing of the effect of frequency shifting on speech intelligibility.

EGOLF 02528

OTI 007797

23

## D.  Phase Shifting Method

Two investigators [8,20] have suggested eliminating feedback by inserting a broad-band phase shifting network into G.  This has the effect of changing an inherently unstable system so that it comes into compliance with the phase angle portion of Nyquist's stability criterion (i.e., Eq. (18)).

For example, suppose that the system were inherently unstable, having system transfer function values at some frequency $f = f_i$ given by Eqs. (33), (34), and (35).  Next, suppose that a $+90°$ phase-shifting network is inserted into G so that Eqs. (33) and (35) become

$$G = 1.0e^{j90°} \tag{45}$$

and

$$GH = 1.0e^{j450°} . \tag{46}$$

Assuming a continuous input of the form given by Eq. (23), $P_F'$ may be computed by Eqs. (6), (23), and (46), producing

$$P_F' = ce^{j90°} . \tag{47}$$

Combining Eqs. (15), (23), and (46) produces the output spectrum

$$P_o = \frac{c}{\sqrt{2}} e^{j135°} \tag{48}$$

or the time-domain signal

$$P_o(t) = \frac{c}{\sqrt{2}} \sin(2\pi f_i t + 135°) . \tag{49}$$

Plots of $|P_F'|$ and $|P_o|$ are given in Fig. 9.

Inspection of the $|P_o|$ plot in Fig. 9 verifies the above statement that inclusion of the phase-shifting network  stabilizes an otherwise unstable system.  Notice also that the output is intelligible when

EGOLF 02529

OTI 007798

24



Figure 9.  Using the phase-shifting method
to stabilize a PA system unstable
at $f_i$.

EGOLF 02530

OTI 007799

compared with the input.

Successful utilization of this scheme in a hearing aid would probably be prevented by the extreme variability of H. For example, suppose that the hearing aid user happened to encounter an acoustical environment (i.e., combined effects of pinna, head, body, and room) such that at some frequency $f = f_i$

$$H = 1.0e^{j270°} \tag{50}$$

Therefore, combining this with Eq. (45) yields

$$GH = 1.0e^{j360°} \tag{51}$$

which is descriptive of an unstable system that would howl at frequency $f_i$.

E. Frequency Modulation Method

Nishinomiya [16] reports a scheme whereby the frequency $f_o$ of the output is "warbled" or modulated sinusoidally about the frequency $f_i$ of the input according to

$$f_o = f_i + \Delta f \sin 2\pi f_w t, \tag{52}$$

where $f_w$ is the warbling frequency and $\Delta f$ is the frequency deviation, both in Hertz.

As a means of demonstrating this technique, it is instructive to point out its similarities with the frequency shifting method illustrated in Fig. 8. Because of the warbling and finite time required for looping, it is unlikely that the $P_r$ peak, on any pass around the loop, will be located at the same frequency $f_i$ as the $P_i$ peak. Thus, summation of the two signals by the summer, creating a still larger peak, is unlikely to occur.

EGOLF 02531

OTI 007800

Within the constraints of his study, the author [16] showed that the optimum conditions for achieving maximum additional stable gain are when $f_w$ = 5Hz and $\Delta f$ = 10Hz. He obtained a maximum of 7dB additional stable gain in one case under these conditions. The author also showed that, to prevent listener annoyance, only the frequency range where feedback is likely to occur should be warbled. Frequencies outside that range, especially those below 500Hz, should be passed untouched through the system. He stated that warbling was "hardly perceptible" when the circuit was operated under these limitations.

Because of the importance of speech perception to a hearing aid user, this method would have to be supported by extensive subjective test data before being adapted for use in a hearing aid.

F. Feedback Detection Methods

Patronis [22] has suggested two methods whereby the onset of acoustic feedback is detected and action is then taken to suppress it. The difference between the two methods lies with their means for detecting feedback.

1. Correlation Detector

The correlation detector mentioned by Patronis [22] is based on the premise that there is little, if any, correlation (i.e., similarity) between two samples of a speech signal, given that the sampling interval is longer than a single syllable. On the other hand, correlation between the same two samples would be strong if the system were experiencing acoustic feedback. This is due to the existence of a persistant tone or

EGOLF 02532

OTI 007801

tones (i.e., an oscillation which coincides in frequency with each peak in the GH spectrum where $|GH| > 1$, such as the peak at $f_i$ in the BEFORE illustration of Fig. 7) which is one characteristic of the howl of acoustic feedback.

The correlation detector, labeled D in Fig. 10, would periodically sample the output $E_o$ of the amplifier and would then compute a correlation coefficient $C_c$ between each successive pair of samples. If the coefficient were low, no action would be taken, but if it were high then the system would automatically take corrective action. This might come in the form of automatic gain control (AGC) of the amplifier, whereby $|GH|$ would be reduced each time the detector output (i.e., the correlation coefficient) reached some threshold value.

According to Patronis [22], the correlation detector "...though viable, would be expensive to employ in practice..." and consequently he ceased further development of this concept.

2. Phase-Lock-Loop Detector

A second method of feedback detection mentioned by Patronis [22] employs an electronic device known as a phase-lock-loop (PLL). A comprehensive discussion of PLL circuits is beyond the scope of this publication and the interested reader should consult the Patronis paper for more detail. Suffice it to say herein, that the PLL circuit produces no output voltage for input signals of short duration such as speech signals. When a persistent signal of long duration, such as the howl of acoustic feedback, is present the PLL produces a voltage. This voltage is then used to drive an AGC circuit which reduces the amplifier

EGOLF 02533

OTI 007802

28



Figure 10.  Using a correlation detector D to monitor
the onset of acoustic feedback in a PA
system and then reducing amplifier gain
with an AGC circuit.

EGOLF 02534

OTI 007803

gain, thereby reducing $|GH|$. When the persistent signal is no longer present the AGC circuit allows the amplifier gain to rise to its original value, restoring the intended output volume.

## III.  RESEARCH NEEDS

A review of the literature shows that research of the acoustic feedback phenomenon in hearing aids appears to be incomplete. Likewise, there are few, if any, efforts being made to develop feedback suppression devices for hearing aids or to adapt existing devices designed for PA systems. In order to correct this situation, it is suggested herein that a number of topics need further research. Results of that research could be incorporated into an envisioned physical/mathematical model of an entire in-situ hearing aid. In prior publications [35,38], Egolf has stressed the need for a major research effort to develop such a model: a comprehensive computer-based model of the hearing aid system supported by experimental data. The model would then be used to simulate various conditions, including those causing or inhibiting acoustic feedback.

### A.  Microphone and Amplifier Models

Accurate mathematical models, of the hearing aid microphone and amplifier are not available in the literature. Microphone manufacturers generally supply microphone sensitivity data (i.e., essentially a magnitude $|M|$ versus frequency f plot), but not phase data for their microphones. Research in this area should concentrate on the development of microphone and amplifier models that will predict magnitude and phase of the output signal, given a known input signal. Egolf [39]

EGOLF 02535

OTI 007804

30

has suggested a technique for producing these models by applying the "two-load" method reported by Egolf and Leonard [33].

B.  Effects of the Feedback Path on Frequency Response

Recall that the existence of the feedback path, even in an inherently stable system, can alter the shape of the frequency response of the in-situ hearing aid. This is supported by Figs. 5 through 12 on pages _?_ through _?_ of the preceeding chapter authored by Samuel Lybarger.

Current mathematical models, such as that reported by Egolf et al., [34] treat the vent as a path by which sound energy is lost and not as part of a feedback path to the microphone. Consequently it is necessary to investiage, mathematically and experimentally, the role of the vent (or leak) in shaping the frequency resonse. The envisioned result would be a model to predict, *a-priori*, spectrum shapes at the eardrum. This should yield better information on which to base decisions about venting.

C.  Effects of "Feedforward" on Frequency Response

Sound energy is admitted (i.e., "feedforward") as well as lost through vents and leaks, as earlier investigations of the "open" earmold have shown. Consequently, there must be constructive and destructive interference of sound entering via the vent with that entering by way of the receiver which will alter the shape of the hearing aid frequency response. This phenomenon has not been accounted for in earlier research including the model of Egolf, et al., [34]. Models

EGOLF 02536

OTI 007805

such as this should be expanded to include feedforward in order to yield better, *a-priori*, information.

D. Cause/Control of Acoustic Feedback

The roles played by the microphone, receiver, earmold, vent, etc. in producing feedback are not well understood. What physical variables affect feedback and which ones could be used to control it? Research in this area should include a thorough mathematical analysis because there are far too many variables (e.g., bore size, vent size, receiver type, microphone location, etc.) to develop an understanding based solely on experiment. For example, a model incorporating the transfer functions listed in Table 1 could be assembled and used to investigate the effect of various hearing aid parameters on stability (and thus feedback) of the system.

E. Adapting PA System Feedback-Suppression Methods

Several feedback suppression devices designed for PA systems were reported in the proceeding discussion. Would these devices also suppress feedback in hearing aids? Any attempt to adapt such a device to a hearing aid should be preceded by a thorough control-systems analysis of the aid in question. In addition, extensive subjective testing will have to be performed to assure that the device preserves speech intelligibility (i.e., if preservation of intelligibility is necessary).

IV. SUMMARY AND CONCLUSION

In the foregoing material, the problem of acoustic feedback in hearing aids and its relationship to system stability was discussed. It was

EGOLF 02537

OTI 007806

32

also demonstrated that stability is dependent on a number of system
transfer functions that are characteristic of the in-situ hearing aid
and the acoustical environment in which it is located.  Several of
these transfer functions have been defined by earlier investigators
who successfully applied complicated theories of electroacoustic transduction
waveguide damping, acoustical shadow/diffraction, etc.  Thus, develop-
ing a thorough understanding of the feedback problem will not be an
easy task and solving it will be even more difficult:  probably requiring
additional skills from the fields of control systems and signal proc-
essing.

EGOLF 02538

OTI 007807

REFERENCES

1. Nimura, T., Kido, K., Effect of sound reinforcement system in a room on the reverberation time and clearness (abstract). J. Acoust. Soc. Am. 28, 1956: 792.

2. Schroeder, M.R., Improvement of acoustic feedback stability in public address systems. Proc. Third Int. Cong. Acoust. V2, 1961: 771-775.

3. Schroeder, M.R., Improvement of feedback stability of public address systems by frequency shifting. J. Audio Eng. Soc., 10(2), 1962: 108-109.

4. Prestigiacomo, A.J., MacLean, D.J., Frequency shifter for improving acoustic feedback stability. J. Audio Eng. Soc. 10(2), 1962: 110-113.

5. Burkhard, M.D., Simplified frequency shifter for improving acoustic feedback. J. Audio Eng. Soc. 11(3), 1963: 234-237.

6. Schroeder, M.R., Improvement of acoustic-feedback stability by frequency shifting. J. Acoust. Soc. Am. 36(9), 1964: 1718-1724.

7. Boner, C. P., Boner, C.R., Minimizing feedback in sound systems and room-ring modes with passive networks. J. Acoust. Soc. Am. 37, 1965: 131-135.

8. Waterhouse, R.V., Theory of howlback in reverberant rooms. J. Acoust. Soc. Am. 37, 1965: 921-923.

9. Boner, C. P., Boner, C.R., A procedure for controlling room-ring modes and feedback modes in sound systems with narrow-band filters. J. Audio Eng. Soc. 13(4), 1965: 297-300.

10. Furduev, V.V., Limiting amplification of sound in closed rooms. Soviet Physics-Acoustics 11(3), Jan-Mar 1966: 323-327.

11. Antman, H.S., Extension of the theory of howlback in reverberant rooms. J. Acoust. Soc. Am. 39, 1966:399.

12. Boner, C.P., Boner, C.R., Behavior of sound system response immediately below feedback. J. Audio Eng. Soc. 14, 1966:200.

13. Curtis, G.J., An analysis of the regenerative reverberation effects of acoustic feedback in rooms. Acustica 20(3), 1968: 119-133.

14. Indlin, Yu.A., Regeneration reverberation associated with sound amplification. Soviet Physics-Acoustics 14, Oct.-Dec. 1968: 179.

EGOLF 02539

OTI 007808

15. Furduev, V.V., Stability of stereophonic sound amplification systems. Soviet Physics-Acoustics 13(4), April-June 1968: 516-520.

16. Nishinomiya, G., Improvement of acoustic feedback stability of public address system by warbling. Proc. Sixth Int. Cong. Acoust. V3, 1968: 93-96.

17. Boner, C.P., Boner, C.R., Problems of sound reinforcement in large halls. J. Audio Eng. Soc. 19, 1971: 138-140.

18. Crowhurst, N.H., Electronics for public address. Audio 54(8), August 1970: 36,38,42,61.

19. Conner, W.K., Experimental investigation of sound-system-room feedback. J. Audio Eng. Soc. 21(1), 1973: 27-32.

20. Jones, M.H., Frequency shifter for "howl" suppression. Wireless World 79, July 1973: 317-322.

21. Heinz, H.K., Feedback elimination simplified (abstract). J. Audio Eng. Soc. 1977: 496.

22. Patronis, E.T., Electronic detection of acoustic feedback and automatic sound system gain control. J. Audio Eng. Soc. 26(5), 1978: 323-326.

23. deBoer, B., Avoiding feedback in hearing aids. Zts. Hörgeräte Akustik, Heft 4, 1963: 122-140.

24. Grover, B.C., Martin, M.C., On the practical gain limit for post-aural hearing aids. Brit. J. Audiol. 8, 1974: 121-124.

25. Johansen, A.P., An evaluation of the acoustic feedback damping for behind-the-ear hearing aids, report 75.1. Research Laboratory for Technical Audiology, Odense, Denmark, 1975.

26. Johansen, A.P., Magnitude of the acoustical feedback as a function of leakage in earmolds. Scandanavian Audiology Supp. 5, 1975: 271-279.

27. Lybarger, S.F., Sound leakage from vented earmolds. Scandanavian Audiology Supp. 5, 1975: 261-270.

28. Schroeder, M.R., Frequency-correlation functions of frequency responses in rooms. J. Acoust. Soc. Am. 34(12), 1962: 1819-1823.

29. Kuhn, G.F., The pressure transformation from a diffuse sound field to the external ear and to the body and head-surface. J. Acoust. Soc. Am. 65, 1979: 991-1000.

EGOLF 02540

OTI 007809

35

30. Shaw, E.A.G., The acoustics of the external ear.  In: Studebaker, G.A., Hochberg, I., eds.  Acoustical factors affecting hearing aid performance.  Baltimore:  University Park Press, 1980: 109-125.

31. Franks, J.R., Microphone directionality effects on hearing aid frequency response.  In:  Larson, V.D., Egolf, D.P., Kirlin, R.L., Stile, S.W., eds.  Auditory and hearing prosthetics research.  New York.  Grune and Stratton, 1979:  133-146.

32. Kuhn, G.F., Some effects of microphone location, signal bandwidth, and incident wave field on the hearing aid input signal.  In:  Studebaker, G.A., Hochberg, I., eds.  Acoustical factors affecting hearing aid performance.  Baltimore:  University Park Press, 1980: 55-80.

33. Egolf, D.P., Leonard, R.G., Experimental scheme for analyzing the dynamic behavior of electroacoustic transducers.  J. Acoust. Soc. Am. 62(4), 1977: 1013-1023.

34. Egolf, D.P., Tree, D.R., Feth, L.L., Mathematical predictions of electroacoustic frequency response of in-situ hearing aids.  J. Acoust. Soc. Am. 63(1), 1978: 264-271.

35. Egolf, D.P., Techniques for modeling the hearing aid receiver and associated tubing.  In:  Studebaker, G.A., Hochberg, I., eds.  Acoustical factors affecting hearing aid performance.  Baltimore:  University Park Press, 1980:  297-319.

36. Morse, P.M., Ingard, K.U.,  Theoretical acoustics.  New York:  McGraw-Hill, 1968:  381-388.

37. Nyquist, H. Regeneration theory.  Bell Sys. Tech. J. 11, 1932: 126-147.

38. Egolf, D.P., Computer predictions of hearing aid sound spectra.  Hearing Aid Journal, March 1978: 6, 46-48.

39. Egolf, D.P., A mathematical scheme for predicting the electro-acoustic frequency response of hearing aid receiver — earmold — ear systems (unpublished Ph.D. dissertation).  West Lafayette, IN:  Purdue University, August 1976:  153-161.

EGOLF 02541

OTI 007810