IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) ) ) Plaintiff, ) ) v. ) ) SONIC INNOVATIONS, INC., et al, ) ) Defendants. ) ) | C.A. No. 05-422 (GMS) |

**DECLARATION OF ROBERT KINDER IN SUPPORT OF
PLAINTIFF ETG'S OPPOSITION TO DEFENDANTS' BRIEF IN SUPPORT OF THEIR
RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND REQUEST
FOR NEW TRIAL ON THE ISSUES OF INFRINGEMENT AND VALIDITY**

I, Robert Kinder, declare, depose and state as follows:

1. I am an attorney with the law firm of Hunton & Williams, LLP and I am one of the attorneys representing Energy Transportation Group, Inc. ("ETG") in the above-captioned litigation.

2. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently as to their truth.

3. Attached as Exhibit NN is a true and correct copy of excerpts of the transcript of the trial in the above-captioned action.

4. Attached as Exhibit OO is a true and correct copy of DX 982, U.S. Patent No. 4,783,818 to Graupe et al., bearing bates numbers WID188908-WID188921.

5. Attached as Exhibit PP is a true and correct copy of Kip Brown Demonstrative 3.

6. Attached as Exhibit QQ is a true and correct copy of Kip Brown Demonstrative D2.

7. Attached as Exhibit RR is a true and correct copy of Kip Brown Demonstrative 1.

- 2 -

8. Attached as Exhibit SS is a true and correct copy of Kip Brown Demonstrative W1.

9. Attached as Exhibit TT is a true and correct copy of Kip Brown Demonstrative W2.

10. Attached as Exhibit UU is a true and correct copy of PX 857, Widex Source Code Excerpts.

11. Attached as Exhibit VV is a true and correct copy of JX 298, Demant Source Code Excerpts.

12. Attached as Exhibit WW is a true and correct copy of Kip Brown Demonstrative W4.

13. Attached as Exhibit XX is a true and correct copy of Kip Brown Demonstrative 13.

14. Attached as Exhibit YY is a true and correct copy of JX 9, the Prosecution History of U.S. Patent No. 5,033,090 "Weinrich," bearing the bates numbers DEM518917 - DEM518990.

15. Attached as Exhibit ZZ is a true and correct copy of JX 315, U.S. Patent No. 6,644,120 "Braun et al.," bearing the bates numbers ETG00027468 - ETG00027485.

16. Attached as Exhibit AAA is a true and correct copy of JX 5, excerpts from the Certified Copy of Prosecution File History of U.S. Patent No. 4,731,850.

17. Attached as Exhibit BBB is a true and correct copy of JX 3, excerpts from the Certified Copy of Prosecution File History of U.S. Patent No. 4,879,749.

18. Attached as Exhibit CCC is a true and correct copy of Norm Matzen Demonstrative 2.

19. Attached as Exhibit DDD is a true and correct copy of DX 1765, "Band-limited Feedback Cancellation with a Modified Filtered-X LMS Algorithm for Hearing Aids."

20. Attached as Exhibit EEE is a true and correct copy of DX 1766, "A Novel Approach of Adaptive Feedback Cancellation for Hearing Aids."

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on May 9, 2008 in Washington, D.C.

_____
Robert Kinder

## CERTIFICATE OF SERVICE

I do hereby certify that on the 9th day of May, 2008, I caused a true copy of the foregoing *Declaration of Robert Kinder in Support of Plaintiff ETG's Opposition to the Defendants' Brief in support of their Renewed Motion for Judgment as a Matter of Law and Request for New Trial on the Issues of Infringement and Validity* to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

| | |
|---|---|
| Mary B. Graham (#2256)<br>MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Donald E. Reid (#1058)<br>Jason A. Cincilla (#4232)<br>MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19899 |
| John M. Romary<br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER<br>901 New York Ave., N.W.<br>Washington, DC 20001-4413 | William H. Mandir<br>David J. Cushing<br>Carl J. Pellegrini<br>SUGHRUE MION PLC<br>2100 Pennsylvania Ave., N.W.<br>Washington, DC 20037 |
| *Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC* | *Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.* |

/s/ Matthew A. Kaplan
Matthew A. Kaplan (#4956)