# Exhibit NN

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                IN AND FOR THE DISTRICT OF DELAWARE
 3
                            -  -  -
 4
 5   ENERGY TRANSPORTATION,          :   Civil Action
     INC.,                          :
 6                                  :
              Plaintiff,            :
 7                                  :
         v.                         :
 8                                  :
     WILLIAM DEMANT HOLDINGS A/S,    :
 9   et al.,                        :
                                    :
10            Defendants.           :   No. 05-422 (GMS)
11                          -  -  -
12                     Wilmington, Delaware
                    Tuesday, January 22, 2008
13                        8:30 a.m.
                    Second Day of Trial
14
                            -  -  -
15
     BEFORE:  HONORABLE GREGORY M. SLEET, Chief Judge
16
17
18   APPEARANCES:
19            EDMOND D. JOHNSON, ESQ.
              Pepper Hamilton LLP
20                 -and-
              MARTY STEINBERG, ESQ.,
21            BRIAN M. BUROKER, ESQ., and
              MAYA M. ECKSTEIN, ESQ.
22            Hunton & Williams
              (Washington, D.C.)
23
                                    Counsel for Plaintiff
24
25
     APPEARANCES CONTINUED:
```

```
 1              We're not attacking.  You won't see evidence

 2    attacking Dr. Levitt.  What you will see is evidence

 3    attacking his patents, not him.  We're not attacking him as

 4    a person.  We're saying the invention is not worthy of a

 5    patent, and we don't practice it.

 6              I -- I would be surprised if some day we don't

 7    hire him again as an expert for other reasons and in other

 8    things, so please understand that's not what our evidence is

 9    going to show.

10              Let me tell you something else that may surprise

11    you.  I think the idea of having -- I shouldn't do it that

12    way.  I will say the evidence will show that the idea of

13    having equal and opposite signal to cancel feedback is a

14    great idea.  Did you hear me?  It's a great idea.  And we

15    use it.  And if some of our witnesses are going to get

16    up here and somehow be -- be seen to say that we don't,

17    they're -- it's just not right.

18              The evidence will show that we have acoustic

19    feedback cancellation, that we have a signal in the feedback

20    path that mimics the feedback signal and cancels it by

21    subtracting.

22              So why are we here today if we're going to admit

23    that we're doing that?  The reason we're here today is

24    because Dr. Levitt, bless him, was not first with that idea.

25    It's like a race.  That's what a patent is like.  It's like
```

Levitt - direct

1    A.     That's the whole idea of it.

2    Q.     From 1961 to present, approximately how many

3    scientific papers have you published?

4    A.     Over 150.  I'm not sure.

5    Q.     And out of those 150 or more scientific papers,

6    how many have dealt with technology for the hearing

7    impaired?

8    A.     I would say the majority.

9    Q.     And have many of those articles dealt with the issue

10   of feedback and feedback cancellation?

11   A.     Several have, yes.

12   Q.     And do some of those articles mention the patents in

13   this case?

14   A.     Yes.

15   Q.     Dr. Levitt, have you also written books or chapters in

16   books that dealt with the hearing impaired and digital

17   signal processing?

18   A.     Yes.

19   Q.     Approximately how many books and chapters of books

20   have you written on those topics?

21   A.     I would say at least 30.

22   Q.     Have you also been asked to be the editor of the

23   special editions of scientific journals?

24   A.     Yes.

25   Q.     Have your scientific works been accepted to be

Levitt - direct

1    his pocket and use any telephone he had access to.

2         The whole idea and the reason for winning that award

3    was the demonstration for how miniaturization could solve a

4    very practical problem.

5    Q.    Now, Doctor, I think you also heard in opening that

6    the defendants' lawyers claimed that your patents were not,

7    quote, unquote, "adaptive."  They were fixed.

8         I would like to direct your attention again to

9    Exhibit 4, the '850 patent.

10   A.    Yes?

11   Q.    Okay.  And if we look at the first page in the

12   abstract section, in the very middle --

13   A.    Okay.

14   Q.    -- there's some language that says, which supplies

15   co-efficients to a programmable filter and amplitude limiter

16   in the hearing aid so as to cause the hearing aid to adjust

17   automatically to the optimum set of parameter values for

18   speech level, room reverberation and type of background

19   noise then obtaining.

20         Can you tell the jury what that language has to

21   do with your patent being adaptive?

22   A.    Okay.  The filter consists of the components, digital

23   components.  In order for it to operate, it needs

24   co-efficients.  And what we did was send co-efficients and

25   we kept updating the co-efficients, that is we were updating

Levitt - direct

Page 266

1    or adapting the -- we were changing the co-efficients to

2    adapt to the acoustic environment.  So it was an adaptive

3    hearing aid.

4    Q.    Now, if you will please turn to Column 1, lines 9

5    through 14.

6    A.    Yes.

7    Q.    Okay.  And I'm going to read it to you.  It says, More

8    specifically, it relates to hearing aids of this character

9    that are capable of automatically adjusting to optimum

10   parameter values as operating conditions such as speech

11   level, room reverberation and background noise change, and

12   also for reducing acoustic feedback.

13            Could you tell the jury, please, what that has

14   to do with the adaptive nature of your technology relating

15   to feedback?

16   A.    Well, the whole idea would be that as a person wore

17   this hearing aid, and if the environment changed, that could

18   cause any problems, including a change in acoustic feedback,

19   that the host controller that is wearable this would tend to

20   be wearable eventually, would, in fact, change the hearing

21   aid, change the filter co-efficients such that it would

22   adjust to the new acoustic environment.  And that's an

23   adaptive process.

24   Q.    And then if you turn to Column 2 lines, I believe it's

25   22 through 27, which reads, Still another object of the

Levitt - direct

Page 267

1    invention is to provide new and improved hearing aid

2    apparatus that is capable of effective noise and

3    reverberation suppression and acoustic feedback reduction

4    while maintaining optimum hearing characteristics as the

5    speech and noise levels vary.

6            What does that have to do with being adaptive?

7    A.    Well, if you are wearing a hearing aid and things

8    change, you might hold a telephone against your ear, or any

9    of those things where the acoustic environment changes,

10   the -- the feedback might occur or there might be a

11   different kind of noise and you'd want to change the hearing

12   aid's characteristic such that you had the optimum

13   characteristics for the listener without feedback, and that

14   required adaptive changes to that filter.

15   Q.    Then if you turn to Column 11, Lines 31 through 38,

16   and I will read it for you, it says, Automatic adjustment of

17   the frequency response of the hearing aid as a function of

18   speech level may also be effected by placing the

19   programmable filter in a feedback loop in a series with a

20   programmable compression amplifier.  Since the degree of

21   feedback depends on signal level, the overall frequency

22   response also depends on signal level.

23           What does that have to do with being adaptive?

24   A.    Well, you would want to make sure that you adapt the

25   system such that you have optimum gain characteristics or

Levitt - direct

Page 268

1    frequency shaping for the listener.

2    Q.    Finally, if you turn to Column 11, Lines 51 through 57

3    on that same page, and I will read it to you, it says,

4    Moreover, by virtue of the novel means employed for

5    effecting automatic adjustment of the programmable filter to

6    optimum parameter values as the speech level, room

7    reverberation and type of background noise change and for

8    reducing acoustic feedback, a superior hearing aid system of

9    optimum characteristics can be prescribed for

10   hearing-deficient patients.

11           What does that have to do with being adaptive?

12   A.    Okay.  When you have the hearing aid that is

13   adjusting itself automatically, the method of adjustment is

14   adaptive.  It might get worse, and come back to the optimum

15   condition.  Automatic adjustment requires some adaptive

16   mechanism or algorithm in the system.

17   Q.    I think you also heard in opening argument with the

18   lawyers say, well, their technology is different because

19   it's adaptive on the fly.  Can you compare that to your

20   patented technology?

21           MR. ROMARY:  Expert testimony.

22           THE COURT:  Counsel, I am going to sustain that

23   objection.

24           Do you want to be heard on that?

25           MR. STEINBERG:  I believe he said it in opening.

Levitt - direct

1              MR. STEINBERG:  Thank you, Your Honor.

2    BY MR. STEINBERG:

3    Q.    The Sughrue law firm that hired you, who were they

4    hiring you on behalf of?

5    A.    They were hiring me on behalf of HIMPP.

6    Q.    Do Widex and Demant belong to HIMPP?

7    A.    Yes, they do.

8    Q.    How did this assignment come up?

9    A.    Well, they approached me because there was a patent

10   they wanted me to evaluate for them.

11   Q.    When they approached you, did they ask you for your

12   resume?

13   A.    Yes, they did.

14   Q.    Did you provide your resume?

15   A.    Yes, I did.

16   Q.    And if you turn to a composite exhibit, which is

17   PX-598, that's a composite exhibit which is another letter

18   to you from the same law firm, and it attaches some

19   documents; correct?

20   A.    Yes.

21   Q.    And is your resume attached?

22   A.    Yes.

23   Q.    And did you provide these lawyers for the HIMPP

24   organization and these defendants with your resume?

25   A.    Yes, I did.

Levitt - direct

1    Q.    Does your resume list your patents?

2    A.    Yes.

3    Q.    Okay.  And I direct your attention to Page 3 of your

4    resume.  Are those the two patents at issue in this case?

5    At the very bottom?

6    A.    Yes, those are my patents.

7    Q.    Were you asked to discuss your experience and

8    background to enable you to undertake this assignment with

9    the lawyers for HIMPP and Widex and Demant?

10   A.    Yes.

11   Q.    Now, if you turn back to 562, the first letter, where

12   they hired you, that's the 1996 letter, and if you look at

13   Page 2, in the third paragraph --

14   A.    596?

15   Q.    No.  562, the previous letter to you, dated December

16   '96.

17   A.    Yes.

18   Q.    And you look on the second page --

19   A.    Yes?

20   Q.    -- the first full paragraph, it says, in pertinent

21   part, The patentee filed a response, copy enclosed, in which

22   they submitted a declaration by a Nobel prize recipient

23   opining that the invention claimed in the Anderson '806

24   patent would not have been obvious in light of the prior

25   art.

Levitt - direct

Page 278

1              Do you see that sentence?

2    A.    I see it.

3    Q.    Did anyone discuss with you your qualifications and

4    expertise compared to this Nobel prize winners?

5    A.    Well, I was actually very complimented that they

6    considered me as somebody who, as they said here, had much

7    better credentials than a Nobel prize winner on this

8    particular issue.

9    Q.    Now, towards the end of the letter, they mention

10   sending you a declaration for your signature.

11              Did that occur?

12   A.    Yes.

13   Q.    Okay.  Now, if you turn back over to 598, the

14   composite exhibit, attached there is one of the documents,

15   your declaration.

16   A.    Yes.

17   Q.    And is one of the documents also a consulting

18   arrangement whereby these defendants and HIMPP hired you?

19   A.    Yes.

20   Q.    Now, is the second letter also c.c.'d to Mr. Sorenson?

21   Mr. Westerman.  Excuse me.

22   A.    Yes.

23   Q.    Now, does the second letter, dated July of 1997 -- it

24   mentions yet another project they wanted to retain you on as

25   an expert.  Did that occur?

Page 351

```
 1                 IN THE UNITED STATES DISTRICT COURT
 2                 IN AND FOR THE DISTRICT OF DELAWARE
 3
                            -   -   -
 4
 5     ENERGY TRANSPORTATION,        :   Civil Action
       INC.,                         :
 6                                   :
                  Plaintiff,         :
 7                                   :
            v.                       :
 8                                   :
       WILLIAM DEMANT HOLDINGS A/S,  :
 9     et al.,                       :
                                     :
10                Defendants.        :   No. 05-422 (GMS)
11                            -   -   -
12                     Wilmington, Delaware
                   Wednesday, January 23, 2008
13                        8:30 a.m.
                      Third Day of Trial
14
                            -   -   -
15
       BEFORE:  HONORABLE GREGORY M. SLEET, Chief Judge
16
17
18     APPEARANCES:
19               EDMOND D. JOHNSON, ESQ.
                 Pepper Hamilton LLP
20                      -and-
                 MARTY STEINBERG, ESQ.,
21               BRIAN M. BUROKER, ESQ., and
                 MAYA M. ECKSTEIN, ESQ.
22               Hunton & Williams
                 (Washington, D.C.)
23
                                 Counsel for Plaintiff
24
25
```

Levitt - redirect

Page 375

1    and phase of a signal in the transmission path?

2                MR. ROMARY:  Objection.

3                THE COURT:  Aren't you getting into the field of

4    expertise that you are going to have other people discuss?

5                I am going to sustain the objection.

6    BY MR. STEINBERG:

7    Q.    Do you know how an LMS filter works?

8    A.    Yes, I do.

9    Q.    How does an LMS filter work?

10   A.    Basically, it is a programmable digital filter with a

11   set of coefficients, and you have an algorithm to determine

12   the coefficients, so as to minimize acoustic feedback by

13   canceling the waveforms, which is equivalent to determining

14   the amplitude and phase of the feedback and canceling.

15   Q.    Mr. Romary asked you whether the actual words LMS

16   algorithm were contained in your patent and you said they

17   weren't.  Correct?

18   A.    Why should I specify one specific method?

19   Q.    You, yourself, used an algorithm to effectuate the

20   patent.  Correct?

21   A.    I set an example, yes.

22   Q.    Is the actual name of the algorithm in your patent?

23   A.    No.

24   Q.    Are there other algorithms that could be used?

25   A.    Yes.

Levitt - redirect

1    Q.    Now, I believe Mr. Romary asked you a number of times

2    about what I would call the fitting process.  And I will

3    direct your attention to those pages.  Yes.  Column 6.  He

4    was directing your attention to these five steps, as you

5    might recall, and had you go through those steps?

6    A.    Yes, he went through them with me.

7    Q.    Is there something where you wear a hearing aid where

8    a hearing-impaired person has to first go in and get what's

9    called fitted?

10   A.    Yes.  When a person first comes in for a hearing aid,

11   you have to evaluate the residual hearing that that person

12   has.  And that, of course, is very much an individual, each

13   person has a different kind of residual hearing.  Some

14   people have more, some people have less.  So you have to

15   find that out first.  That is the very first set of

16   measurements.

17   Q.    In your experience, serving for hearing aid

18   manufacturers for the last 30 years, is the fitting

19   procedure commonly used for modern high-end hearing aids?

20   A.    It's an essential component.

21   Q.    And during the fitting procedure, is the patient and

22   the hearing aid essentially hooked up to a computer?

23   A.    Yes.

24   Q.    Now, when Mr. Romary took you through those five

25   steps, the last step is called comparison testing of

Levitt - redirect

Page 377

1    possible alternative settings of the hearing aid to

2    determine the optimal hearing aid settings for the subject.

3              Now, can the paired comparisons be used for

4    other things, such as feedback cancellation?

5    A.    The paired comparison technique is an adaptive

6    procedure that I developed to hone in on the optimum

7    settings, including a situation where there might be some

8    feedback.  Bear in mind, feedback doesn't always have to

9    have whistling.  This would be to optimize a hearing aid so

10   as to minimize feedback that might reduce the quality of

11   sound in the hearing even without whistling.

12   Q.    Now, Mr. Romary asked you if the host controller was

13   used in the fitting process.  And you said it was.  Correct?

14   A.    I beg your pardon?

15   Q.    Mr. Romary asked you if the host controller was used

16   in the fitting process.

17   A.    Yes.

18   Q.    Is it also used for any other purpose?

19   A.    Well, it's used for evaluating the hearing loss.  It's

20   used for canceling feedback.  It has a number of

21   applications and uses.

22   Q.    Now, Mr. Romary directed you to one description in the

23   schematics of your patent that described an adaptive filter

24   for noise.  Do you remember that?

25   A.    Yes.

Page 382

1    Q.    Now, this article was written in 1991.  I believe you

2    said that Mr. Kates was one of those that honored you in a

3    special session of the Acoustical Society of America in

4    2001, ten years later.  Is that correct?

5    A.    That is correct.

6    Q.    So let's go to that exhibit, which is DX-1770.

7    A.    In which book?

8    Q.    That's in the other book.

9    A.    Okay.  Yes.

10   Q.    Do you have it in front of you?  That is the special

11   session?

12   A.    Right.

13   Q.    The honor that Mr. Kates was giving you at that

14   special session?

15   A.    Yes.

16   Q.    So the second page of that document describes that he

17   was honoring you for your feedback cancellation system,

18   among other things.  Right?

19   A.    That is correct.

20   Q.    Now, after that, we have his specific papers for his

21   presentation.  Correct?  It says feedback cancellation in

22   hearing aids.  James Kates.  Right?

23   A.    Yes.

24   Q.    After that, is that your patent, the '850 patent?

25   A.    Yes.

Levitt - redirect

Page 383

1   Q.    Then after that, is that some of the claims of your

2   patent?

3   A.    Yes.

4   Q.    Then we go to the very next page, which is labeled

5   Page 4 at the very top, it says Feedback Path Model?

6   A.    Yes.

7   Q.    Is that your patent?

8   A.    No.  That's his work.

9   Q.    That's Mr. Kates's work?

10  A.    Right.

11  Q.    Now, if you could just leaf through Mr. Kates's

12  presentation and see if he wants once in his presentation

13  ever says your filters are fixed?

14  A.    No.

15  Q.    But if you look back on Page 1 where Mr. Kates

16  describes his method, that's the title, Feedback Path Model

17  on Page 4 of his presentation?

18  A.    Yes.

19  Q.    Let's go to Page 4 if we can.

20  A.    I have got Page 4.

21  Q.    I want to play it on the screen so we can all see it.

22        There we are.

23        That is describing Mr. Kates's methodology.

24  Correct?

25  A.    Yes.

Levitt - redirect

Page 384

1    Q.    Now, in his methodology does he use a fixed filter?

2    A.    He does describe a fixed filter in the second last

3    line.

4    Q.    And that's in his model, not yours.  Correct?

5    A.    That is correct.

6    Q.    Now, after Mr. Kates left you at City University of

7    New York, who did he work for after that?

8    A.    ReSound.

9    Q.    And ReSound is what?

10   A.    Is one of the hearing aid companies that's -- I forget

11   who owns it today, but it is part of the group.

12   Q.    Does your patent have any limit on the number of sets

13   of coefficients you can put into the memory of the filter?

14   A.    There is no limit specified.

15         MR. STEINBERG:  May I have one moment, Your

16   Honor?

17         THE COURT:  Yes.

18         (Pause.)

19         MR. STEINBERG:  Thank you, Your Honor.

20         THE COURT:  You are welcome.

21         Dr. Levitt, thank you.  You are excused.

22         THE WITNESS:  I am excused?

23         THE COURT:  Yes.

24         THE WITNESS:  I appreciate that very much.

25         (Witness excused.)

Brown - direct

Page 500

1   Q.    Some of the hearing aids you worked on, were they

2   analog or digital?

3   A.    The early ones were analog and the HSLC was a mixed

4   signal, it was half analog and half digital.  We worked on

5   two DSP chips.  One was a, what I call a state machine.  It

6   was fixed hardware, like the defendants' machine.  And one

7   that we did of our own, which was a software-driven DSP

8   machine.

9   Q.    Again, what does DSP stand for?

10  A.    Digital signal processing.  This is what is presently

11  being called all digital.  The front end is really still all

12  analog.  It has an A-to-D and D-to-A, which means

13  analog-to-digital and digital to analog -- those are the

14  kind of chips I used to build in discrete parts.  But the

15  middle of it is all signal processing that is done on the

16  DSP chips almost with a microcontroller, a microcomputer.

17  Q.    Are your the inventor on any patents?

18  A.    Yes, I am the assigned inventors on ten patents.

19  Q.    Do any of those patents relate to hearing aid

20  technology?

21  A.    Four of them.

22          MR. BUROKER:  Your Honor, I would like to offer

23  Mr. Brown as an expert.

24          THE COURT:  Any objection?

25          MR. ROMARY:  No objection, sir.

Brown - direct

Page 501

1              THE COURT:  The Court will receive Mr. Brown as

2      an expert.

3              MR. BUROKER:  Thank you, Your Honor.

4      BY MR. BUROKER:

5      Q.    Mr. Brown, have you been hired to analyze the two

6      patents at issue in this case?

7      A.    Yes, I was hired to look at the patents and determine

8      if I found infringement there.

9      Q.    So did you look at the products for both the Demant

10     group and the Widex group?

11     A.    Yes, I did.

12     Q.    Prior to this case did you have any experience in

13     analyzing hearing aid technology?

14     A.    Well, when we were building chips for the hearing aid

15     industry and building our own standard products, we

16     definitely looked into all of the things that we found

17     available at the time, because we were trying to build the

18     most cost-effective hearing aid chips.

19              At that point in time, one area we found very

20     important was feedback theory, feedback, acoustic feedback

21     reduction.  And I spent a lot of time looking into that.

22              At that point in time we didn't find any

23     solutions that were in vogue that were operational.  That

24     was in the pre-2000 time frame, and these chips we are

25     talking about weren't open on the market yet.

Brown - direct

Page 502

1    Q.    Are you familiar with the concept in the patent area

2    called a person of ordinary skill in the art?

3    A.    Yes, I am.

4    Q.    Did you try to ascertain from these patents what the

5    person of ordinary skill in the art was?

6    A.    Yes.  I was asked to do that.  The ordinary skill in

7    the art is a hypothetical concept of someone who at the time

8    of the patent would have been able to understand and use the

9    patent to either develop the patent or to develop products

10   using the patent.

11             So you would look to someone who would have the

12   background and experience to understand the meaning and the

13   use of the patent.

14   Q.    So for these patents, what was the person of ordinary

15   skill in the art that you found?

16   A.    My understanding would say that you would require at

17   least a Bachelor's degree in electrical engineering or an

18   equivalent thereto, and at least two years of experience in

19   circuits relating to hearing products, an understanding, in

20   other words, of the cycle acoustics that the chip is trying

21   to solve, but the -- excuse me -- the patent, but the patent

22   really addresses an electrical problem and feedback theory.

23   Q.    Are you familiar with experience that this

24   hypothetical person of ordinary skill in the art would know?

25   A.    Yes.  Not only was I active in the field, I was quite

Brown - direct

1    familiar with my customers' engineers.  And I hired several

2    engineers to design similar chips, similar products at that

3    point in time.

4    Q.    Did you use this person of ordinary skill in the art

5    in connection with your analysis in this case?

6    A.    Yes, I did.

7    Q.    Are you aware of the position that some of the

8    defendants' experts took on what the person of ordinary

9    skill in the art is?

10   A.    Yes, I am.

11   Q.    Do you agree or disagree with their view?

12   A.    Well, I disagree with their view.

13   Q.    And why is that?

14   A.    Well, primarily because they do not appear to require

15   any understanding in electronics and filter theory,

16   substituted information on hearing and psychoacoustics, and

17   I don't believe that would qualify them to actually build a

18   product.

19   Q.    And why is that important, the background you

20   described?  Why is that important?

21   A.    It's to build a product.

22   Q.    Right.

23   A.    To understand filter theory, to understand circuit

24   theory, and how to assemble such a device.

25   Q.    Okay.  I'd like to show you what has been marked as

Brown - direct

Page 504

1    JX-4, which is the '850 patent.

2                  If you could get that up, please.

3                  Are you familiar with this document?

4    A.    That's the cover page for the '850 patent.

5    Q.    Can you tell when this patent was filed?

6    A.    June 26, 1986.

7    Q.    And what is the title of the '850 patent?

8    A.    Programmable digital hearing aid system.

9    Q.    So does this patent have something to do with hearing

10   aids?

11   A.    Yes.

12   Q.    Why don't you describe what the basic components of

13   the hearing aid are?  And I think you have a demonstrative

14   to use.

15   A.    Yes, I have a demonstrative for that.

16   Q.    Okay.  Sir, what are the basic components of the

17   hearing aid?

18   A.    The basic components of the hearing aid, on the left

19   we have a microphone.  And in between, on the right, we have

20   a speaker.  The hearing aid is called a receiver.  In

21   between the microphone and speaker, we have transmission

22   channel.  And the transmission channel is where the

23   amplification takes place and where the filtering to

24   compensate for a particular hearing aid wearer's loss.  In

25   other words, a hearing impaired person has a hearing loss.

Brown - direct

Page 505

1    We want to compensate for that and improve his ability to

2    hear.

3    Q.    Okay.  You may have covered this but again what does

4    the microphone do in this diagram?

5    A.    The microphone converts the acoustic sound, in other

6    words, the sound, the physical sound into an electrical

7    signal which is then sent into the amplifier or into the

8    transmission channel.  The electrical signal is then

9    processed by the electronics and then that electrical

10   amplified signal is then sent to the speaker which, like the

11   speaker in a home, produces physical acoustic sound,

12   hopefully close to your eardrum.

13   Q.    Does the '850 patent deal with acoustic feedback for

14   hearing aids?

15   A.    Yes, it does.

16   Q.    What is acoustic feedback?

17   A.    Well, with acoustic feedback, there was a

18   demonstrative there, but some of the sound coming out of the

19   speaker gets back into the microphone.  We see that in a PA

20   system.  As we see up here, the person talking comes in the

21   microphone, goes up to the amplifier.  It's amplified, the

22   volume comes back out and a little bit of that sound goes

23   back out of the amplifier again.  And each time it goes

24   around that circle, it builds up and increases until you get

25   a large amount of feedback.  Now, even a small amount, as

Brown - direct

Page 506

1    Dr. Levitt said, will disturb the hearing aid's operation

2    but the large amount produces a squealing sound that nobody

3    likes.

4    Q.    Is it important to reduce acoustic feedback in a

5    hearing aid then?

6    A.    Yes, both from comfort and actually for people to

7    continue to use the hearing aid.  I think I saw a number

8    saying 25 percent of the complaints about hearing aids had

9    to do with this feedback, and they didn't like that.

10   Secondly, if there is some level of feedback it disturbs the

11   signal processing of the hearing aid, thereby reducing the

12   hearing aid's ability to compensate for the wearer's

13   impairment.

14   Q.    How did older hearing aids deal with acoustic

15   feedback, if at al?

16   A.    Well, the standard solution for it was just turn the

17   gain down.  And then there were various and sundry options

18   after that where they turned gain down in individual

19   channels, when they put notch filter and did a bunch of

20   other things, but all of these solutions had serious

21   drawbacks:  They didn't sound good, they cut holes out of

22   what you were hearing, or they just plain didn't have enough

23   amplification for your hearing impairment.

24   Q.    And is gain volume, essentially?

25   A.    Yes, gain is the amount of volume that comes out of

Brown - direct

Page 507

1    the speaker.

2    Q.    So what did Dr. Levitt and the other inventors invent

3    in the '850 patent?

4    A.    Well, their invention was to find a way of reducing or

5    eliminating or at least cancelling a large portion of the

6    acoustic feedback by taking some of the output, putting it

7    through a filter and feeding it back to the input where it's

8    matched in both phase and amplitude to the acoustic sound

9    that travels around the outside through the air or through

10   the body.

11   Q.    Is there a place in the patent where you look to see

12   what the specific inventions that are recited are?

13   A.    Yes, you look at the claims.  The claims define the

14   dimensions or the properties of their claims.  As I said, in

15   the video you saw early on, it's like a piece of property.

16   The deed says what the limits are and what your rights are

17   and the same is true with the claims in a patent.  The

18   claims define what is yours and what other people can't

19   trespass on.

20   Q.    If one party has a patent is it possible for other

21   parties to get patents on improvements?

22   A.    Yes, that is quite commonly done.  There is the

23   original patent, and then people will improve on that, and

24   they'll get a patent on the specific improvement.  For

25   example, if I had a patent on a tire and somebody comes out

Brown - direct

Page 508

1    and invents a rubber tire, and a third person comes out and

2    builds a steel-belted rubber tire, the rubber tire is

3    entitled to a patent over my plain tire.  It could have been

4    wood or whatever.  Rubber was an improvement.  The

5    steel-belted tire was an improvement over the rubber tire

6    and over my tire, but both of those patents infringe on my

7    original tire patent.

8    Q.    Sir, are you aware that the defendants have patents on

9    some of the technology?

10   A.    Yes.

11   Q.    Does that factor into your analysis as to whether or

12   not they infringe any of the claims of this patent?

13   A.    No, it does not.  Patents on improvements don't deter

14   the infringement on the original patent.

15   Q.    Let's take a look at Claim 16 of the '850 patent.  Do

16   you know the difference between an independent claim and a

17   dependent claim?

18   A.    Yes.  A dependent claim depends upon the independent

19   claim.  So when you look at the claims of the dependent

20   claim, you have to include all of the restrictions and

21   claims on the dependent claim as well.

22   Q.    Is Claim 14 an example an independent claim?

23   A.    Claim 14 is an independent claim, and Claim 16 says as

24   described in Claim 14.  That makes it dependent upon Claim

25   14.

Brown - direct

Page 509

1   Q.    So in order to analyze Claim 16, you have to find all

2   of the elements of Claim 14 and the additional element of

3   16.   Is that the way to look at this?

4   A.    That is correct.

5   Q.    And did you do that in your analysis?

6   A.    Yes, I did.

7   Q.    What is this a method for in this claim?

8   A.    Well, it's a method for reducing acoustic feedback in

9   a hearing aid.

10  Q.    And does this claim have several parts to it?

11  A.    Yes, it does.  The first three parts are the basic

12  portions of a hearing aid that we talked about early on:  a

13  microphone, receiver, and signal transmission path.

14        The next two steps are first determining the

15  effect of the amplitude and phase of the signal in said

16  transmission channel as a function of frequency of acoustic

17  feedback between said receiver and microphone.

18        And, second step, inserting between the input

19  and output of said transmission channel a programmable

20  filter programmed to equalize and reduce the effect of said

21  acoustic feedback both in amplitude and phase on the signal

22  in said transmission channel.

23  Q.    The last two steps had quite a few words.  Can you

24  explain the understanding of the determining step here that

25  you applied in doing your analysis?

Brown - direct

Page 510

1   A.    Yes.  The intent here is to determine the effect of

2   the feedback, and you must determine it both in amplitude, I

3   guess in the determine step -- yes, you determine both the

4   amplitude and phase of the feedback signal.

5   Q.    And then what about the inserting step?  What could

6   you explain the analysis that you used for that element?

7   A.    The inserting step, you take that signal that you

8   determined and you insert in a filter in the feedback

9   channel so you can equalize out the effect of that feedback

10  in both phase and amplitude.

11  Q.    To find that a product infringes this claim, do you

12  need to find all of these highlighted elements in that

13  accused product?

14  A.    You have to find each one of them.

15  Q.    And that's for Claim 14.  What about Claim 16?  What

16  additional is required for that claim?

17  A.    Claim 16 requires that the programmable filter of

18  Claim 14 be placed in an electrical feedback element loop.

19  Q.    And what does that mean?

20  A.    Well, it means that it must be an electrical circuit.

21  And in the Court's construction, it means it's in a feedback

22  loop from the output to the input.

23  Q.    Did you prepare a demonstrative to illustrate, take

24  the words for the claim to a diagram to help us understand

25  this claim?

Brown - direct

Page 511

1    A.    Yes.

2    Q.    Okay.  Let's take a look at that demonstrative.

3          Okay.  Sir, what is this diagram showing?

4    A.    It shows the elements of that claim and in the lower

5    left-hand corner, you see the key words from those steps in

6    the two claims.  On the left we have a microphone, on the

7    right we have speaker.  In between the two, we have a

8    transmission channel.  We have a determining phase at the

9    bottom which determines the effect of the acoustic feedback

10   which you see across the top.

11         And then we insert it into the filter.  We

12   insert it by placing the coefficients C0, C1 and so forth

13   into the filter and the filter is in a feedback loop which

14   goes from the output of the transmission channel back to the

15   input of the transmission channel.

16   Q.    So explain again, what does a filter do?

17   A.    The filter takes the coefficients from the determining

18   circuit phase and takes the output of the signal, passing

19   through the filter, produces the signal inverse signal we

20   see in orange right next to the plus sign, the little circle

21   with the plus is an adder where the signal from the

22   microphone which contains both the signal we want to have

23   plus this feedback we do not want, and that adder adds the

24   inverse signal from the filter in both phase and amplitude

25   to cancel it out so none of that gets into the transmission

Brown - direct

Page 512

1    channel.

2    Q.    And this diagram shows two circles with a C in it.

3    Those are the coefficients?

4    A.    Those are the coefficients.  Those represent the

5    coefficients being loaded into the filter.

6    Q.    And this diagram just shows two but how many

7    coefficients can there be?

8    A.    Typically, there is someplace between 16 and 32.

9    Q.    And I think I asked you earlier about what a feedback

10   path is.  Could you explain again where the feedback path is

11   in this diagram?

12   A.    Feedback path goes from the output, which is in this

13   picture right before the speaker, back to the input and it's

14   summed together with that little circle with the plus in it.

15   Q.    Claim 16 in the inserting step uses the term

16   "programmable filter."  What is the definition of a

17   programmable filter that you applied in your analysis?

18   A.    Programmable filter is a filter where you can insert,

19   apply coefficients to give it, coefficients of one or more

20   of the elements of the filter.

21   Q.    Do you have an example of how you might give

22   coefficients to a filter that makes it easier to understand?

23   A.    Yes, I did an example for you.  Yes.

24           This is an equalizer.  I guess those are, some

25   might recognize it from the stereo systems.  I don't know if

Brown - direct

Page 513

1    our rock band generation would, but as you noticed, there

2    are knobs at the top and you adjust these knobs up and down

3    to determine the amount of amplitude that comes out of the

4    speaker in each of these individual frequency's spectra.  As

5    you see down below, as he moves the knobs up and down there,

6    that changes the amount of intensity showing like it did on

7    our old equalizers.

8    A.    When you do this, you can compensate for room problems

9    or your own hearing problems by adjusting the base or treble

10   of your music, in this case an eight-channel one, so you can

11   do quite a bit of correction for your room.

12          Each of the twiddlings of the knobs, each of the

13   positions of those knobs are the coefficients to that

14   filter.

15   Q.    Let's go back to Brown 3, which is Claim 16.  What is

16   the purpose of the programming recited in the inserting step

17   here?  Why do you program it?

18   A.    Well, you program it so that you can give it the value

19   necessary to compensate for the acoustic feedback, to

20   compensate, in other words, in both phase and amplitude.

21   Q.    We just discussed Claim 16 of the '850 patent.  Did

22   you do a comparison of Claim 16 to the hearing aids

23   manufactured and sold by the Demant group?

24   A.    Yes, I did.

25   Q.    And the Demant group is Oticon and Bernafon?

Brown - direct

Page 514

1    A.    Correct.

2    Q.    I am going to show you an Oticon document that is

3    marked JX-138.  I believe that's in the juror books.

4    A.    This is one of the technical documents that I looked

5    at.  It's their anti-feedback algorithm.

6    Q.    What do you understand the AFB to stand for?

7    A.    Anti-feedback.

8    Q.    What is the anti-feedback algorithm in the Oticon

9    products?

10   A.    I believe it's shown in the next demonstrative there.

11   Q.    Let's take a look at Brown D-2.  Where did this

12   diagram come from, sir?

13   A.    This came from their documentation, the engineering

14   document.  You saw the cover page of it.

15   Q.    This came out of Oticon's documents?

16   A.    Yes, we had Oticon documents.  It is Figure 13 of

17   Oticon's document on anti-feedback.

18         If you look at this -- the pointer doesn't

19   point, so we will just talk.

20         Unlike normal engineering diagrams, we have the

21   input on the right and the output on the left, we have the

22   microphone on the right at the top here.

23         Do we have color?  There it is.

24         And we have a speaker on the left.  And then we

25   have a transmission channel between the microphone and the

Brown - direct

Page 515

1    receiver or speaker.  And then at the bottom of this we have

2    the update module, which is the area where the coefficients

3    are calculated for the filter.  And those coefficients are

4    loaded up into the filter, which is shown here in it looks

5    to me like almost orange.  And the filter is in a feedback

6    channel between the output and the input.

7    Q.    How did you know to rely on this particular diagram

8    out of the Oticon documents?

9    A.    Well, first off, it's their engineering documents that

10   defines how they are doing things.  Secondly, Dr. Gloster,

11   who you will hear from later, assured me he looked at the

12   documents and told me that they were essentially correct, at

13   least as far as infringement is concerned.

14   Q.    Who is Dr. Gloster again?

15   A.    He is a professor from, I have forgotten the

16   university in Washington there.  But he is an expert in HDL

17   and DHDL languages.  These are languages that we use to

18   define, hardware description language, HDL, and that's how

19   these chips are designed.  You design them in a language

20   which will then tell the synthesizer how to actually execute

21   the chip.

22   Q.    Going back to Claim 16, did you find that the Oticon

23   products that employ the anti-feedback algorithm determine

24   the effect on the amplitude and phase of the signal in the

25   transmission channel as a function of frequency of acoustic

Brown - direct

Page 516

1    feedback between the receiver and the microphone?

2    A.    Yes, I did.

3    Q.    Where is that shown again?

4    A.    The blue element at the bottom does the determining.

5    This is the WLMS -- it is the update module, which contains

6    the LMS routine.  The coefficients are loaded into the

7    buffer, which is the small box directly above it.  And the

8    buffer then passes them up into the filter, where the

9    coefficients are provided to the filter from the update

10   module.

11   Q.    What is your understanding of what an LMS algorithm

12   is?

13   A.    This the least mean squared algorithm is the routine,

14   in this case it is a hardware one, but it is a routine to

15   look at the coherence between the output and the input and

16   determine when there is a signal present and iterate to a

17   final solution, which closely approximates the elimination

18   feedback by reducing the error term to a null.

19   Q.    Does the LMS algorithm specifically measure phase and

20   amplitude?

21   A.    No, it doesn't.  It determines the effect on phase and

22   amplitude.  And that's what the claim requires.  It is true

23   that, mathematically speaking, the coefficients define the

24   amplitude and phase.  But it's not necessary for them to be

25   defined or read out according to the claim.  The effect is

Brown - direct

1    all that's asked for.

2    Q.    Did you analyze the Oticon products that are based on

3    the anti-feedback algorithm to determine whether they met

4    the limitation of Claims 14 and 16 of inserting between the

5    input and output of the transmission channel a programmable

6    filter programmed to equalize and reduce the effect of

7    acoustic feedback both in amplitude and phase on a signal in

8    the transmission channel?

9    A.    Yes.  The prior art filter, which is the orange box at

10   the top, with the arrow through it, is a programmable

11   filter, and it is inserted in that phase.  When the

12   coefficients are put into the filter, the filter then has a

13   filter function and it's electrically inserted into the

14   path, and provides a signal out of it, which is the -- the

15   result is the opposite of the acoustic feedback in both

16   phase and amplitude.

17   Q.    I am not sure if you mentioned this before.  There is

18   a little box above the update box.  What does that box show?

19   A.    That is a buffer, and that box stores the data while

20   the update module is doing its computation.  In fact, it

21   actually shows arrows in both directions because it receives

22   the coefficient from the update module and then when the

23   update module is doing its next calculation, it actually

24   returns the previous calculation's coefficients so the

25   update module can use that for its next calculation.

Brown - direct

Page 518

1    Q.    Did you determine whether or not the update module

2    provides coefficients to the filter in this diagram?

3    A.    Yes, I did.

4    Q.    Does it?

5    A.    Yes, it does.

6    Q.    What is the significance of any of the line from the

7    buffer up to the FIR box?

8    A.    Well, the line from the buffer up to the FIR block is

9    actually a bus line, meaning there is a lot of data in it.

10   The fact that it shows a diagonal arrow through the FIR

11   block means that it can be reprogrammed.

12   Q.    I would like to direct your attention, we are still

13   looking at the same document, but a few pages later, that

14   ends in the Bates number DEM5186.

15         Did you rely on the text in this document,

16   JX-138, as well?

17   A.    Yes, I did.

18   Q.    I am going to direct your attention to the first full

19   paragraph there, if we can get that blown up.

20   A.    Unfortunately, you have to blow it up.

21   Q.    Can you read what this says?

22   A.    "The feedback is canceled, or rather reduced, by the

23   use of an internal feedback path.  The internal feedback

24   path should have the same transfer function as the external

25   feedback path from the DA to the AD, via receiver, acoustic

Brown - direct

Page 519

1    path and microphone.  The output of the internal feedback

2    path is subtracted from the microphone signal to remove the

3    part of the microphone signal that comes via the external

4    feedback.  The feedback cancellation will be successful if

5    the two feedback paths, the internal and the external, have

6    the same characteristics."

7    Q.    And you relied on this statement in your analysis?

8    A.    Yes.  That is basically what it says in the patent.

9    Q.    If we can go back to the slide with the diagram on it.

10   In that slide, it will come up in a minute here, there were

11   a lot of other components that you didn't have highlighted?

12   A.    That's right.

13   Q.    What is the significance if any of the fact that there

14   are additional components in this diagram?

15   A.    The fact that there are additional features in the

16   circuitry doesn't negate infringing on the original patent.

17   Q.    So as long as you find the elements listed in the

18   claim, you don't need to concern yourself if there are any

19   additional ones in the accused product?

20   A.    That's correct.  I mean, if I have a patent on a tire

21   and somebody makes a whitewall, it doesn't make it not a

22   tire.

23   Q.    If we can pull up the Checklist 2.

24          I just wanted to confirm, I think we have

25   discussed, did you find the Oticon products to use the

Brown - direct

1    anti-feedback system performed the method of reducing

2    acoustic feedback?

3    A.    Yes.

4    Q.    You found the microphone?

5    A.    Definitely.

6    Q.    A receiver?

7    A.    Yes.

8    Q.    A signal transmission channel?

9    A.    Yes.

10   Q.    You determined that they performed the step of

11   determining the effect on amplitude and phase and the rest

12   of that recitation?

13   A.    Yes, I determined that.

14   Q.    And you found that they performed the inserting step.

15   Correct?

16   A.    Yes.

17   Q.    Did you find they showed the filter in the feedback

18   path?

19   A.    Yes.

20   Q.    Now I want to direct your attention to Claim 13 of the

21   patent.  What is Claim 13?  Is there any relationship

22   between Claim 13 and these two that you have just analyzed?

23   A.    Yes.  Claim 13 is very similar to Claim 14.

24   Q.    Do you recall whether there is any differences in

25   terms of your analysis?

Brown - direct

Page 521

1    A.    Not significantly, no.

2    Q.    So did you find that the Oticon products that used the

3    anti-feedback algorithm also infringed Claim 13?

4    A.    That's correct.

5    Q.    And your analysis is the same as the one you just gave

6    for 14 and 16?

7    A.    The analysis would be the same.

8    Q.    Do you know if the anti-feedback system that you

9    described is present in all of the accused Oticon hearing

10    aids?

11    A.    It's present in all of the accused Oticon hearing

12    aids.

13    Q.    Did you help create a demonstrative to show which

14    products those are?

15    A.    I did, yes.

16    Q.    Let's look at Brown 8.  Could you explain this slide?

17    A.    Well, the Oticon products are primarily the ones shown

18    there in the Jump 2 platform.  The ones below that are in

19    the Jump 3 platform.  These are different integrated

20    circuits that are closely related.  And for the purpose of

21    the patent infringement, they all use the AFB circuitry in a

22    very similar manner.

23            In addition to that, there is some Bernafon

24    projects that are also on the Jump 3 platform.

25    Q.    So the analysis you gave before for the AFB system

Brown - direct

Page 522

1    applies to all of these products shown here on this slide?

2    A.    That's correct.

3    Q.    Are you familiar with the Bernafon integrated circuit

4    called the Alaska chip?

5    A.    Yes.   That's one of the chips that they use in some of

6    their products.

7    Q.    Did you do an analysis for the Bernafon Alaska

8    products?

9    A.    Yes, I did.

10   Q.    Are the hearing aids that are based on the Alaska chip

11   implemented in a similar manner to what we just saw for the

12   Oticon hearing aids?

13   A.    Yes, very similar.

14   Q.    Do they have a filter?

15   A.    Yes, they do.

16   Q.    Where is the filter located?

17   A.    In a feedback loop.

18   Q.    Did they utilize an LMS algorithm?

19   A.    They do.

20   Q.    What is the use of the LMS algorithm in the last

21   products?

22   A.    The LMS algorithm is used to generate the coefficients

23   for the filter, load them, or provide them to the filter.

24   Q.    Did you rely on any testimony to confirm that

25   understanding?

Brown - direct

Page 523

1    A.    Yes, I did, from Oticon's technical representative.

2    Q.    Is your analysis that you just went through for Claims

3    13, 14 and 16 for the Oticon products the same analysis that

4    you did in analyzing the Bernafon Alaska products?

5    A.    Yes, I did.

6    Q.    So Bernafon has two types of products.  Right?  They

7    have products based on the anti-feedback system, and then

8    they have products based on the Alaska system?

9    A.    That's correct.

10   Q.    But your analysis is essentially the same for both?

11   A.    They both use similar filters.  The Alaska chip has

12   some additional filters in it and is slightly different.

13         But they all have some form of FIR or tap delay

14   line filter in them and an LMS type algorithm to drive that

15   house.

16   Q.    So did you find that the Bernafon products performed

17   each of the steps of the claim here, rather than walking

18   through each one?

19   A.    Yes, I did.

20   Q.    Did you also analyze Claim 16 with reference to the

21   two Widex products at issue in this case?

22   A.    Yes, I did.

23   Q.    Is your analysis for the Widex products similar to

24   what we just talked about for the Oticon products?

25   A.    Quite similar.

Brown - direct

Page 524

1    Q.    Why is that?

2    A.    Again, they use an FIR filter in the feedback loop.

3    And they use an LMS type in the update module, although they

4    have different names for them.  They use a WLMS and a WFIR,

5    which means a warped function.  It is a slightly different

6    version of the filter.  But it still provides the same

7    functions.

8    Q.    And you understand there are two Widex products at

9    issue.  Is that correct?

10   A.    Yes.

11   Q.    And Inteo and Diva was the names?

12   A.    Correct.

13   Q.    With between these two products, were there any

14   substantial differences that affected your analysis?

15   A.    Not that I have found.

16   Q.    I'm going to show you what has been marked as PX-791.

17   And we are going to need to look at the seventh page of that

18   document because of the sequence of the figures.

19              Are you familiar with this document?

20   A.    Yes, I am.

21   Q.    What is this document?

22   A.    This is their document, feedback cancellation, and in

23   a Senso Diva.  It's a Widex document.  And as you can see at

24   the top, it's written by their engineering or research

25   department.

Brown - direct

Page 525

1    Q.    Did you also confirm -- strike that.  How do you know

2    to rely on this document?

3    A.    Well, first off, this specific document, it's part of

4    their technical documents.  I believe their technical

5    representative indicated it is correct.  And, again,

6    Dr. Gloster looked through the pages to compare it to the

7    diagrams in this document.

8    Q.    Is there a particular figure that you focused on in

9    this document?

10   A.    Yes, there was.

11   Q.    I think we have a demonstrative that is based on this.

12   It's slide Brown W3.

13         Do you know, what does this slide show?

14   A.    This is a little more top level than the last one but

15   it shows again the same function.  We have a microphone and

16   receiver, a transmission channel, a feedback path with the

17   feedback simulator in it.  In this case, the feedback

18   simulator actually contains filters and the circuitry.

19   Q.    Is there another document in the Widex materials that

20   provide the specifics of what is in that feedback path

21   simulator?

22   A.    Yes, there was.

23   Q.    Let's take a look at JX-305.  And I think that is also

24   in the juror notebooks.

25   A.    This is an engineering document defining how the

Brown - direct

Page 526

1    feedback cancelling is done for this product.

2    Q.    This is a Widex document?

3    A.    Yes.

4    Q.    Is there a figure within this document that you

5    specifically?

6    A.    Yes, this describes the filter and the WLMS routine.

7    Q.    Let's take a look at the demonstrative that has this

8    figure in it.  Okay.  Can you explain what part of this

9    document, if any, is relevant to your analysis.

10   A.    Well, the one that just clicked blue is the WLMS and

11   the one directly above it is the WFIR.  And we see against

12   here, the WLMS calculates the coefficients, passes them up

13   through this bus which is depicted by two parallel lines

14   with an arrow at the top saying this is the direction it is

15   going in, and the coefficients are loaded into the FIR

16   filter from the module.  So the module determines the

17   effect, calculates coefficients, provides coefficients to

18   the filter and by doing so, inserts a filter in the feedback

19   loop.

20   Q.    This block at the bottom says WLMS.  Again, what is

21   the difference between a WLMS and an LMS?

22   A.    Well, W stands for warped.  It's an improvement on a

23   standard LMS, but it's still an LM and it works together

24   with the WFIR, which again is an FIR filter with some

25   improvements on it but it's still a line filter.

Brown - direct

Page 527

1    Q.    Does the fact that the Widex product includes a WLMS

2    change the analysis that you gave?

3    A.    No, it doesn't.  It's still provides a basic function

4    with some improvements.

5    Q.    Okay.  Now, which part of the diagram, if any, perform

6    the determining step in Claims 14, 16?

7    A.    The determining step would be performed by the WLMS

8    portion taking inputs from the output and the input with the

9    first approximation subtracted -- or from the previous

10   approximation subtracted from it.

11   Q.    And then the inserting step of Claims 14 and 16, where

12   is that done in this diagram?

13   A.    That's the two vertical arrows that are colored orange

14   which takes the coefficients from the calculation in the

15   determining step and inserted them into the filter.

16   Q.    And what do the arrows mean going from the WLMS box to

17   the WFIR box?

18   A.    Well, the fact there are two arrows separating this

19   means there is a data bus and the arrow indicates the

20   direction the data is going in.

21   Q.    And what is the data going up that bus?

22   A.    Coefficients.

23   Q.    So the coefficients are travelling from the LMS into

24   the FIR?

25   A.    That's correct.

Brown - direct

1    Q.    Did you determine whether or not the WLMS provided the

2    coefficient to the WFIR?

3    A.    By passing the coefficients to the next stage up, they

4    insert them or provide them, however you want to word that.

5    Q.    And this figure having even more boxes than the one we

6    saw before, does that change your analysis?

7    A.    No, it doesn't change the analysis.

8    Q.    None of those have anything to do with whether or not

9    they do the inserting or determining step?

10   A.    They don't negate the fact that it does the

11   determining and inserting.  That's correct.  It still meets

12   that criteria.

13   Q.    And, again, like with the Oticon products, does your

14   analysis for Claims 14 and 16 similar to the analysis you

15   did for Claim 13 of the '850 patent?

16   A.    That's correct.

17   Q.    You mentioned I think that there is two steps,

18   determining and inserting.  Are the steps here in the claim

19   performed in that order in the Oticon, Bernafon, Widex

20   products we just looked at?

21   A.    Yes, they are.  The determining is done by the LMS

22   routine and calculates coefficients, then inserts the

23   coefficients into the filter and thereby sets a new filter,

24   electrical filter response.  And in electrical terms, we

25   considered that inserting filter.  And so first you have to

Brown - direct

Page 529

1    calculate the coefficients and then you insert them.  It can

2    be done iteratively as it's done in the LMS routine, but if

3    you compare that to the original patent, it is very much

4    like Dr. Levitt's person and his "no" routine going back and

5    tweaking the knob until he found a no.  In this case, the

6    LMS routine does it on a chip and tweaks the knob until it

7    finds a no.

8    Q.    Can a product determine the effect on phase and

9    amplitude without making a specific measurement?

10   A.    As I said before, the effect does not require absolute

11   measurement of the phase and amplitude.  It requires

12   producing coefficients resulting in that inverse signal

13   which is the effect.

14   Q.    I think you were here for the opening statement.  Did

15   you understand that the defendants are saying that their

16   products are adaptive?

17   A.    Yes.

18   Q.    And that they use adaptive filters?

19   A.    Yes.

20   Q.    Do you agree with that?

21   A.    Yes.

22   Q.    Does that change your analysis?

23   A.    No.

24   Q.    Why is that?

25   A.    Because the adaptive filter, as I said a minute ago,

Brown - direct

Page 530

1    is very much like the nulling technique in the patent, and

2    because it's adaptive doesn't mean that it doesn't still

3    violate the original one, even if one were to assume the

4    original one was fixed.  It's just an improvement on it.

5    Q.    I think I overlooked something in Claim 14.  Can I get

6    that slide, Brown 3?

7              This claim says a receiver fitted in an ear of a

8    wearer of the hearing aid.  Did you find the accused Oticon,

9    Bernafon and Widex have receivers fitted in the ear?

10   A.    Yes, it's literally in the ear, in the CIC, which is

11   deeply inserted, or the ITE, which is like a piece of bubble

12   gum in your ear.  And even in the BTEs, the tubing that

13   connects these, the speaker into the ear is part of the

14   equation of the sound and it produces part of the peaking

15   and so forth.  So it's all part of insertion in the ear.  So

16   I find that even for those products, it is inserted in the

17   ear.

18   Q.    I think you used three terms I want to make sure

19   everybody understands.  What is CIC again?

20   A.    Completely in the canal.  It means it's hidden.  In

21   theory, if a friend looks at you, he doesn't see that it's

22   in the ear.

23   Q.    And ITE stands for?

24   A.    In the ear.  That means it's within the concha here

25   but it's not invisible anymore.

Brown - direct

Page 531

1    Q.    And BTE stands for behind the ear?

2    A.    Behind the ear.

3    Q.    So I think we talked about the Widex products but I

4    want to make sure I understand.  Can we look at the

5    checklist again, please?

6              So did you find that the accused Widex product,

7    the Diva and the Inteo have performed the method of reducing

8    acoustic feedback?

9    A.    That's correct.

10   Q.    You have a microphone, receiver and transmission

11   channel?

12   A.    Correct.

13   Q.    And you said they'd performed the determining and

14   inserting steps?

15   A.    They do.

16   Q.    And they also use a filter that is in the electrical

17   feedback path; is that right?

18   A.    That's correct.

19   Q.    Now, we talked about Claim 16.  Let's take a look at

20   Claim 19 of the '850 patent, which is Brown slide 1.  Let's

21   look at this claim.  What does this claim require in order

22   for you to find infringement of the accused products?

23   A.    This is a little simpler.  It requires a hearing aid

24   which again has at least one microphone, an output receiver,

25   a signal transmission channel interposed -- that means

Brown - direct

1    placed -- between the input and output, and a programmable

2    delay line filter interposed in a feedback path between the

3    input and output of said transmission channel.

4            And said programmable filter being programmed to

5    effect substantial reduction of acoustic feedback from said

6    receiver to said microphone.

7    Q.    Okay.  I think we have a new term, programmable delay

8    line filter.  What is that?

9    A.    Well, a delay line filter is a filter that operates on

10   time delayed information with multiplying that information

11   by coefficients and summing the results and programmable

12   means that you can have coefficients that are one or more

13   coefficients can be programmed, given new values.

14   Q.    And similar to what you did with Claim 16, do we have

15   a diagram to help illustrate what is required of this claim?

16   A.    Yes.

17   Q.    That is Brown 2, I believe.

18   A.    As I'd said before, we have a microphone.  We have a

19   receiver, we have an amplification over a transmission

20   channel, we have a programmable delay line filter in the

21   feedback path, and we have it programmed with coefficients.

22   Q.    Let's take a look at Brown number 6, please.

23            Did you provide a demonstrative to help explain

24   what a programmable delay line filter was?

25   A.    Yes.  This is actually a very simple FIR filter.  So

Brown - direct

Page 533

1    when we talk about a FIR filter, this is a simple version of

2    what it would look like.  And what we have is data coming in

3    input and each time delay, each clock cycle, it is shifted

4    to the right so we have time delayed samples.  Those are

5    the -- the delays are shown by T minus one and T minus two.

6           Just below that we see the two multiplying or

7    multipliers in the filter.  And what they do is they

8    multiply the data sample by the coefficients C1 and C2, to

9    produce an output that is so much of each one of those time

10   samples.  Those results are then summed together at the

11   bottom, in summers, to produce the weighted -- we call those

12   multiplied answers weighted samples.

13              And the value of at least one of those

14   coefficients can be programmed.

15   Q.    So what are the kinds of filters that satisfy this

16   understanding of a programmable delay line filter?

17   A.    Well, just about any digital filter will satisfy a

18   delay line filter because it operates on time-delayed

19   samples, and it multiplies these samples by coefficients,

20   and sums them together in one way or another.  But the

21   simplest example is like this FIR filter.

22   Q.    What kind of filters did you find in the accused

23   Oticon,  Bernafon and Widex products?

24   A.    In all of them we found some variant of an FIR filter.

25   Q.    So they have programmable delay line filters?

Brown - direct

1  A.    Absolutely.

2  Q.    And how are the programmable delay line filters in

3  their products programmed?

4  A.    Well, the ones with respect to this feedback canceling

5  are programmed by the LMS routines, which calculate the

6  coefficients for them.  When they start up, some of them

7  actually have best guesses that are loaded in for the first

8  times, other products start up at zero.  But the bottom line

9  is each time a new set of coefficients is loaded, a new

10  filter equation is inserted in the feedback loop.  And from

11  an electrical standpoint, that is like putting a new filter

12  in.

13  Q.    Did you do a comparison between Claim 19, which was up

14  there, to the Demant products?

15  A.    Yes, I did.

16  Q.    Is there a demonstrative to help show how you compared

17  Claim 19 to their products?

18  A.    I believe so.

19  Q.    Brown B-1.  Is this the same figure earlier that we

20  were looking at, Claim 16?

21  A.    Yes, it is.

22  Q.    Could you indicate where here you have got a

23  microphone?

24  A.    Again, we have a microphone on the right side, the

25  little dotted box in the middle is an acoustic feedback

Brown - direct

Page 535

1    channel.  The microphone is on the right.  The speaker is on

2    the left.  The transmission channels are on the top.  And

3    the update filter is at the bottom.

4              The feedback filter --

5    Q.    What is shown in yellow there?

6    A.    Well, what is shown in yellow is the feedback path,

7    and the FIR filter is shown in orange at the top.

8              And the coefficients are provided by the update

9    module.

10   Q.    How do you know that this filter is an FIR filter?

11   A.    First off, it says so in the text here, in the box.

12   And Dr. Gloster looked at the product to verify that.

13   Q.    I want to direct your attention to some text in this

14   document that's JX-138 on Page DEM5200.

15   A.    If we look at the top it says FBC, FIR.  FIR stands

16   for the FIR filter.  And then we will see documentation of

17   that block right here.

18   Q.    Would you explain what this text means?

19   A.    Yes.  Again we see at the top the name of the box that

20   we were referring to a minute ago.  The text reads, this

21   block is the internal feedback path.  The delayed output

22   signal of the hearing aid, and it gives it the RS out

23   underscore -- and my eyes aren't quite good enough to read

24   it -- delay is filtered through the 24-tap FIR filter with

25   coefficients generated by the LMS.  Each coefficient is

Page 536

1    represented by eight bits in a common exponent.

2              So this indicates that it is a 24-tap FIR filter

3    in the feedback path.

4    Q.    What does the term tap mean?

5    A.    Tap means each one of those individual points that we

6    saw where there was a multiplier which multiplied it by the

7    coefficients, each one of those is called a tap.

8    Q.    Instead of the two taps we showed in our previous

9    diagram --

10   A.    This one has 24 taps.

11   Q.    This one has 24 taps?

12   A.    Yes.  As I said earlier, I have seen products that go

13   from 16 to 32.

14   Q.    Does the number of taps make a difference as to

15   whether or not it is a programmable delay line filter?

16   A.    No.  It only requires two taps to be a programmable

17   delay liner filter.  The number of taps makes a difference

18   in how large a chip is and how accurately it performs.  In

19   other words, the more taps, the better the quality of the

20   filter.  If it is only a few taps, it is a pretty crude

21   approximation.

22   Q.    Is there any significance to the phrase coefficients

23   generated by the LMS?

24   A.    Yes.  That's what we have been saying, that the LMS

25   routine provides the coefficients to the FIR filter,

Brown - direct

Page 537

1    generates them and provides them to the filter.

2    Q.    Let's go back and look at D-1 again, please.    And

3    Claim 19 says that the filter is in a feedback path.    Is the

4    filter here in the feedback path?

5    A.    Yes.    At the left side at the top there, we see where

6    it connects to the, right in front of the speaker, actually,

7    in front of the D-to-A converter, because all of signal

8    processing is numeric, and we take the data off while it is

9    still a numeric function.    And it feeds it back from there

10   over to the right.    And if we look in that box, where it

11   joins the orange -- or the red path again, it's an adder.

12   That's where the feedback signal is added to the microphone

13   input signal.

14   Q.    I think you said D-to-A and A-to-D.    What do those

15   mean?

16   A.    Again, the real world electrical signal that comes off

17   the microphone is in analog form.    Us dinosaurs that used to

18   speak analog can remember that.    But we have to get it to

19   digital form so that the computer or the digital signal

20   processing can actually work on it.

21           So we convert it from analog signals, like your

22   hand moving up and down, to digital numbers, which are what

23   the processor uses.    When the processor gets through doing

24   all of its computation, we have to convert those digital

25   numbers back into analog because that's what our ears hear.

Brown - direct

Page 538

1    Q.    Is there any testimony relied on to determine that the

2    filter was in the feedback path?

3    A.    I believe that was in some of the depositions, yes.

4    Q.    I would like to show you the same exhibit, JX-138.

5    What is this slide showing?

6    A.    This slide is actually out of the document and it's

7    not blown up as much as we had it before.  But it's the same

8    slide, same figure.  And what it is showing is where their

9    witness, was it Christiansen -- I have forgotten which name,

10   my names don't stick too well in my head  -- drew the

11   feedback path during his deposition.  And as you can see,

12   it's the same path that I had highlighted in yellow.

13   Q.    And similar to the analysis you did with method

14   claims, does it change your analysis that there are a number

15   of additional elements here?

16   A.    No, it doesn't.

17   Q.    So let's look at the checklist to make sure we have

18   talked about each of the elements of Claim 19 for the Oticon

19   products.  You have found they have a hearing aid?

20   A.    Yes.

21   Q.    Microphone?  Receiver?

22   A.    Microphone.  Receiver.  Transmission channel.

23   Q.    Did you find they had a programmable delay line

24   filter?

25   A.    Yes.

Brown - direct

Page 539

1    Q.    And that filter was in a feedback path?

2    A.    Yes.

3    Q.    And that the filter is programmed.  Correct?

4    A.    And the filter was programmed.

5    Q.    And what is the effect of the filter in the Oticon

6    hearing aid products?

7    A.    The effect of the filter is to provide a substantial

8    reduction in acoustic feedback.

9    Q.    Now, earlier we talked about the Bernafon products in

10   this case.  Correct?

11   A.    Yes.

12   Q.    The Bernafon products are, some of them are based on

13   the Oticon AFB system.  Is that right?

14   A.    That's correct.

15   Q.    And some are based on the Alaska product?

16   A.    Correct.

17   Q.    Is your analysis the same for the Bernafon products as

18   it was for the Oticon products for Claim 19?

19   A.    For Claim 19, the same.

20   Q.    So you found that they had the hearing aid,

21   microphone, receiver, transmission channel and a

22   programmable delay line filter as required in Claim 19?

23   A.    That's correct.

24   Q.    What kind of a filter did the Bernafon Alaska products

25   use?

Brown - direct

Page 540

1    A.    Again, it has an FIR filter and some lattice filters.

2    Q.    Are the FIR filters then programmable delay line

3    filters?

4    A.    Yes.

5    Q.    Let's look now at Claim 19 with respect to the Widex

6    group of products?

7                THE COURT:  Why don't we take our break.

8                (Jury leaves courtroom at 3:14 p.m.)

9                (Recess taken.)

10               THE COURT:  Ms. Walker, please bring the jury

11   back.

12               Counsel, we are going to need to stop promptly

13   at 4:30 today.  I have a sentencing.  You can leave your

14   belongings at counsel table.  If you need to come back, come

15   back after that.

16               (Jury enters courtroom at 3:35 p.m.)

17               THE COURT:  Home stretch, ladies and gentlemen.

18   Have your seats.

19               Mr. Buroker.

20               MR. BUROKER:  Thank you, Your Honor.

21   BY MR. BUROKER:

22   Q.    Before the break we were looking at Claim 19, and I

23   wanted to ask you about the Widex products.  Did you do a

24   comparison between Claim 19 and the Widex products?

25   A.    I did.

Brown - direct

Page 541

1    Q.    Let's look at a Demonstrative W-1, please.  Go ahead,

2    Mr. Brown.  Where in this diagram do you find the Claim 19

3    elements?

4    A.    As before, we find the microphone on the left, the

5    receiver on the right, the transmission channel in the

6    middle, and the feedback path simulator at the bottom.  And

7    the feedback path is from the output to the input.

8    Q.    From this diagram can you tell whether or not the

9    feedback path simulator is a programmable delay line filter?

10   A.    Not at this level.

11   Q.    Could you look at another diagram to look at that?

12   A.    Yes, I did.

13   Q.    I show you W-2.  It's the same diagram we saw earlier?

14   A.    This is the same as before.

15   Q.    And where in here if anywhere is there a programmable

16   delay line filter?

17   A.    A programmable delay line filter has been highlighted

18   in orange and is called WFIR.

19   Q.    Is this filter programmable?

20   A.    Yes, it is.

21   Q.    And how is that?

22   A.    Well, we see the filter coefficient develop on the

23   WLMS routine, as we said before, and those filter

24   coefficients are passed through to the first filter.  In

25   other words, it provided the first filter from a coefficient

Brown - direct

Page 542

1    generator.

2    Q.    And is the filter, which is the orange box, and the

3    WLMS block, are those separate components?

4    A.    Yes, they're separate components, as is shown on this

5    block diagram at a more detailed level.  As you can see,

6    they're separate components.

7    Q.    In your opinion, is it proper to consider the LMS

8    block to be part of the filter?

9    A.    Well, the filter is the first filter and the LMS block

10   calculates a routine.  Then if you go to the next layer up,

11   we can say all of it is a function of an LMS filter, but in

12   point of fact that's a macro block name which contains

13   within it these smaller macro blocks of a first filter which

14   the patent requires and the calculation block.

15   Q.    In your analysis of Claim 19, does it matter whether

16   or not you can provide coefficients to the filter from an

17   external device?

18   A.    No, the patent doesn't anywhere say in the claims that

19   it has to be externally programmed.

20   Q.    And is the WFIR block, that is a delay line filter?

21   A.    Yes, it is.

22   Q.    This filter here says WFIR.  What is a WFIR filter?

23   A.    Again, that is the warped function, and it's an added

24   enhancement to allowing a shorter delay line to have the

25   same accuracy of a larger number of taps.

Brown - direct

Page 543

1    Q.    Is this programmable delay line filter in a feedback

2    path?

3    A.    Yes, it is.  You saw that in the first demonstrative

4    which came from their documentation.

5    Q.    Is there any document you relied on to confirm that?

6    A.    Yes, there was.

7    Q.    Can I direct your attention to JX-497.

8          Are you familiar with this document?

9    A.    Yes, it's the one we talked about earlier where their

10   witness showed the feedback path for us and highlighted it

11   in this case in blue.

12   Q.    And where is the feedback component we've been talking

13   about in this diagram?

14   A.    It's in the bottom block.  It's the left element shown

15   conceptually there where they showed the wave form in the

16   feedback element and subtracting it out.

17   Q.    So in the bottom box, in the center of the page you

18   are talking about?

19   A.    Yes, that is correct.

20   Q.    And the left box in there says feedback path

21   simulator?

22   A.    Yes.

23   Q.    That is the one you are talking about?

24   A.    That's correct.

25   Q.    Again, this document and the others we've looked at

Brown - direct

1    for Widex that have additional elements, did that make a

2    difference in the analysis of Claim 19?

3    A.    No, it does not.

4    Q.    We talked about adaptive filters for Claims 14, 16 and

5    13.   Does it matter in your analysis whether or not the

6    defendants utilize an adaptive filter for purposes of Claim

7    19?

8    A.    No, it does not.

9    Q.    And why is that?

10   A.    Claim 19 does not state it has to be static or

11   adaptive or anything.  It just says the filter has to be

12   there and it has to perform a function of feedback removal.

13   Q.    Okay.  Let's pull up the checklist.  Number one,

14   please.

15            So did you find the Widex products are hearing

16   aids?

17   A.    Yes, they're hearing aids.

18   Q.    They have microphone, receiver and transmission

19   channel?

20   A.    Yes, yes, yes.

21   Q.    And do they have a programmable delay line filter?

22   A.    They do.

23   Q.    And is it in a feedback path?

24   A.    It is.

25   Q.    And that programmable delay line filter was their WFIR

Brown - direct

1    filter?

2    A.    Correct.

3    Q.    And is it programmed to effect substantial reduction

4    of acoustic feedback from said receiver to said microphone?

5    A.    It is.

6    Q.    How is it programmed?

7    A.    It is programmed by the WLMS routine.

8    Q.    The analysis we've talked about, has that been an

9    analysis of infringement under literal or --

10   A.    So far, we've talked about literal.

11   Q.    And what is literal infringement as you're

12   understanding?

13   A.    That means that you find, you literally find each

14   element of the claim within the accused products.

15   Q.    Did you also do an analysis for these products under

16   the doctrine of equivalents?

17   A.    Yes, I did.

18   Q.    And what is the doctrine of equivalents as you

19   understand that?

20   A.    As I understand it, it means that if the infringing or

21   accused products are insubstantially different from the

22   claim, then they can still infringe.  It protects the patent

23   holder from someone who makes minor changes to the product.

24   Q.    And do you have an opinion as to whether the accused

25   products we've talked about infringed Claims 13, 14, 16 and

Brown - direct

1    19 under the doctrine of equivalents?

2    A.    Yes.  If they don't infringe literally, they certainly

3    infringe under the doctrine of equivalents because they do

4    substantially the same thing in substantially the same way

5    to effect substantially the same result.

6    Q.    Let's look at Brown 3 for Claim 16 of the patent, the

7    Demonstrative Brown 3.

8    A.    Yes.

9    Q.    Did you make an analysis as to whether or not the

10   accused products meet the determining step under the

11   doctrine of equivalents?

12   A.    Well, yes.  The determining step has a function,

13   way -- well, one of the ways of an equivalent is function,

14   way, result.  So you look at the determining step and you

15   say what is the function?  The function is to determine the

16   effective amplitude and phase of the signal transmission.

17   Now, the way is by the LMS filter calculating the

18   coefficients.  And the result is that you end up with the

19   resulting output of that filter being the effect of the

20   acoustic feedback in the external channel.

21   Q.    Is what you have just described substantially the same

22   as what is described in the patent in your view?

23   A.    That is correct.

24   Q.    Now, did you analyze whether or not the accused

25   products perform the inserting step under the doctrine of

Brown - direct

1    equivalents?

2    A.    Again, the inserting step says that you insert between

3    the input and output of the transmission channel a

4    programmable filter programmed to equalize and reduce the

5    effect of said acoustic feedback.  So the function is to

6    insert a filter which equalizes the effect.  The way is

7    again through the elements filter calculating coefficients,

8    loading them into the FIR filter.  And the result is to

9    equalize and reduce the effect of the acoustic feedback in

10   both phase and amplitude.

11   Q.    Did you analyze the difference between the specific

12   example in the patent and the methods used by the defendants

13   for determining and inserting?

14   A.    Well, the specific example in the patent is just that,

15   it's an example of what's the claim, of one way to do the

16   claims.  The claims define the rights of the patentee.  The

17   example is one embodiment that can teach how to do that.

18   And it's not proper to read the limitations of the

19   specification, in other words, the embodiment into the

20   claims.  You can understand the claims in light of the

21   specification in total but you don't know it by the figures

22   in the specification.

23   Q.    So did you find that the function/way/result that you

24   described for the accused products is substantially the same

25   as the function/way/result for the inserting step?

Brown - direct

Page 548

1    A.    Yes, I did.

2    Q.    Okay.  Now, Claims 14 and 16 mention the receiver

3    fitted in the ear and you talked about behind the ear

4    hearing aids?

5    A.    Yes.

6    Q.    Did you analyze behind-the-ear hearing aids under the

7    doctrine of equivalents?

8    A.    Yes, I did.

9    Q.    And what was the analysis that you provided?

10   A.    As I said before, in the behind-the-ear hearing aids,

11   the aid is physically on the top of the ear, and some of

12   them heard the term "on the ear" but we called it BTEs when

13   I was in the industry, and there is a tube that comes down

14   from the speaker and into the ear, into a mold in the ear

15   that holds it in your ear.  That tube actually has acoustic

16   responses to them that add to the response of the speaker,

17   itself.  So if it's not literally in the ear, it certainly

18   is, under DOE, doctrine of equivalents, in the ear.  It's

19   function is to put the sound to your eardrum, the way is on

20   the speaker taking an electrical signal and converting it to

21   an acoustic signal, and the result is you hear the output of

22   the hearing aid.

23   Q.    Now, looking at Claim 19 -- if we could have the slide

24   for Claim 19 -- did you perform an analysis of Claim 19

25   under the doctrine of equivalents?

Brown - direct

Page 549

1    A.    Yes.

2    Q.    And which element did you focus on?

3    A.    Well, obviously, they have a microphone, receiver and

4    a transmission channel.  Those are pretty straightforward.

5         The next element is a programmable delay line

6    filter, and it must be interposed in a feedback channel.

7    And we saw that physically from the documentation and from

8    Dr. Gloster's looking at the code.

9         And so when we're doing an analysis under the

10   doctrine of equivalents, we see that the function is, place

11   the feedback filter in the path -- place a filter in the

12   feedback path.  The way is to use an FIR filter where it is

13   physically in the feedback path, and by inserting

14   coefficients into that filter, you insert that filter into

15   the feedback path.  And the result is the filter is there to

16   cancel the acoustic signal.

17        And, programmable filter, the last element is

18   said programmable filter being programmed to effect

19   substantial reduction.  As I said before, the filter is

20   physically in that loop.  It's given a coefficient from the

21   LMS routine, and having done so, its effect is and the

22   result is that it cancels or significantly reduces the

23   feedback, which is the important element in the original

24   patent and in these products and their marketing literature.

25   Q.    So did you determine whether or not the

Brown - direct

Page 550

1    function/way/result that you just described for the accused

2    products is similar to the function/way/result of the

3    programmable delay line filter?

4    A.    Yes.

5    Q.    What is your analysis?

6    A.    That it meets under DOE.

7    Q.    Sir, I'm going to direct your attention to PX-33,

8    which I think is in the juror's notebook, too.  Are you

9    familiar with this document?

10   A.    Yes, that is the cover page describing the Syncro.

11   Q.    And who is this document for, do you know?

12   A.    Oticon.

13   Q.    What kind of document is it?

14   A.    I'd have to see the next page to make sure because

15   that page doesn't tell a whole bunch.

16   Q.    Okay.  Could we look at the next page?

17   A.    Yes.  This is a marketing document.  And it's

18   actually -- when I say a marketing document, it's a document

19   created by the manufacturer and provided to the distributor

20   to give to both audiologists and the public.  It's to teach

21   the audiologist how it works so they can instruct their

22   patients on how they work and they can use the same

23   marketing information and sales tools with their customers.

24   So these documents have to be relatively close to what the

25   product really does because there is a significant amount of

Brown - direct

Page 551

1    problem with the FDA when the marketing product deviates

2    from the actual performance of the products.

3    Q.    Take a look at this particular document, in particular

4    on Page DEM2124, which is where we are, we have got the

5    section highlighted, it says phase -- first it says, Dynamic

6    Feedback Cancellation, is the heading, it says, Phase

7    cancellation is the only way to eliminate feedback while

8    maintaining audibility of the signal.

9              Do you see that section?

10   A.    Yes, I do.

11   Q.    Can you explain what they are saying?

12   A.    Well, their phase cancellation is what their

13   engineering documents refer to as both phase and amplitude.

14   And basically they are describing the anti-feedback system

15   that they used in their product.

16   Q.    Do you think it's accurate to say that the Oticon

17   products use precise digital phase cancellation in this

18   document?

19   A.    Except for the fact that they only mention phase, and

20   since it is a marketing tool, I believe it is adequate to

21   say, at least it supports the engineering documents, and

22   it's sufficiently accurate for its application.

23   Q.    If you could look at, in this same document, the same

24   page, there is a figure on it on the right-hand side.  Can

25   you explain what this figure is showing?

Brown - direct

Page 552

1    A.    This figure is sort of a graphic representation of

2    their feedback cancellation scheme.  On the left picture we

3    see the audio field of view that we are interested in.  And

4    there is a big spike there that is the acoustic feedback.

5              And somehow, the hearing aid gets a bright idea,

6    represented by that light bulb, it's got acoustic feedback.

7              In the middle block we see that it has developed

8    a second image below the one above, where you have it

9    exactly opposite in amplitude, but where they have taken

10   phase and amplitude and replicated the signal, and then they

11   subtract that out so on the right-hand block you see the

12   overall picture of the sound world with no feedback.

13             So this is a graphic representation to use with

14   customers to say, see, we have canceled out the feedback and

15   now you just hear what you wanted to hear.

16   Q.    Let's look at another document, PX-30.  Are you

17   familiar with this one?

18   A.    Yes.  It's another marketing document.

19   Q.    Is Adapto one of the Oticon products you discussed

20   earlier?

21   A.    That's right.

22   Q.    Let's look at Page DEM4448 here.  I have a section

23   highlighted.  What does this say about the Adapto, the

24   Oticon digital feedback cancellation system?

25   A.    It says that they have developed an advanced

Brown - direct

Page 553

1    anti-feedback system based on their new adaptive digital

2    processing techniques.

3    Q.    And let's go back.  There is another section we

4    highlighted.  What else does it say here?

5    A.    By comparing the signal entering the hearing aid

6    microphone and the amplified signal, the DFC eliminates

7    feedback by precise phase cancellation.

8    Q.    What do you think this is trying to convey?

9    A.    This, of course, again is referring to the

10   anti-feedback to the cancellation in both phase and

11   amplitude of the acoustic feedback signal.

12   Q.    There is a diagram -- we probably have a better

13   picture than that.

14   A.    That one is terrible.  This looks very much like the

15   pictures we were looking at earlier except it has a couple

16   of things that are a little prettier.

17         It has, off to the left, the top, the yellow

18   portion saying acoustic feedback is drawn with a little

19   wiggly signal you would see on a scope when you look at an

20   audio signal, because that's the audio, you would just look

21   at a scope.  And the electrical signal shown in yellow down

22   at the bottom in the electrical feedback path has a mirror

23   image of the acoustic signal on the top, so you can see

24   graphically how it cancels out the signal.

25   Q.    Let's look in that same -- let's look at PX-231.  Are

Brown - direct

Page 554

1    you familiar with this document?

2    A.    Yes.  It's another Oticon document.

3    Q.    This is another marketing document?

4    A.    Yes.

5    Q.    If you could take a look at the page that ends in

6    DME771, can you explain what this figure is showing?

7    A.    Well, again, we see graphic representations of the

8    microphone on the left, the receiver on the right, the

9    feedback across the top, and you can see the feedback has a

10   big spike in it, and then their feed cancellation.  And

11   across the bottom, I think we have another one later on, it

12   is a little clearer, that shows the subtraction of, in other

13   words, their phase cancellation.

14   Q.    Let's look at the next, the diagram on the top of the

15   next page there.  The one that kind of looks like a shark.

16   A.    Right there.

17   Q.    What is that showing?

18   A.    The picture on top was the acoustic feedback we saw in

19   the picture, the previous one.  And the one at the bottom is

20   the phase cancellation signal that they generated in the

21   feedback loop.  Again, they are showing the same kind of a

22   picture, slightly different configuration.

23   Q.    Is there some text here in this document that

24   describes their feedback cancellation system?

25   A.    Yes.

Brown - direct

Page 555

1    Q.    We have got it highlighted there?

2    A.    Shown in yellow.

3    Q.    Would you read this and explain what that is saying?

4    A.    Phase cancellation is the only true way to limit

5    feedback without affecting audibility.  When feedback is

6    detected DFC uses digital phase cancellation to effectively

7    remove the unwanted whistling sound.

8    Q.    What is your understanding of what they are trying to

9    convey with that message?

10   A.    Again, they use this cancellation and amplitude and

11   phase to eliminate the feedback signal so that you can hear

12   the rest of the world.

13   Q.    Let's take a look at PX-393.  What is this document?

14   A.    This is a Bernafon Symbio marketing document.

15   Q.    On Page 172, what does Bernafon say about its system?

16   A.    It says the adaptive feedback cancellation, AFC, has

17   always been synonymous with acoustic feedback.  But this

18   product, advanced adaptive feedback canceller, solves the

19   problem by working online to detect the presence of feedback

20   and subtract it from the incoming signal.

21         One of the elements here talked about is the use

22   of venting.  When you put a hearing aid deeply into your

23   ear, it's a plug.  And if there isn't a vent in it, it

24   creates a pressure on your eardrum and that hurts.  So they

25   put a vent in it.  They also put a vent in it so your own

Brown - direct

Page 556

1    voice, if you put your fingers in your ear and talk, you

2    hear your voice louder than you do normally because the

3    sound actually goes out of your ears coming from the back of

4    your throat.  This is called the occlusion effect.

5            So you put a vent in to get rid of those two

6    problems, and that makes feedback worse.  So using the

7    anti-feedback allows you to use a bigger vent and not have

8    as much feedback problem.

9    Q.    Now, let's take a look at PX-376.  Are you familiar

10   with this document?

11   A.    Yes, I am.

12   Q.    This is one of the ones we looked at earlier, isn't

13   it?

14   A.    Right.

15   Q.    Let's take a look on Page 8 of that document.  What

16   does this section say about the Diva feedback path

17   simulator?

18   A.    It says the feedback path simulator FPS estimates the

19   characteristics of the feedback signal in order to generate

20   a cancellation signal.

21   Q.    And I think there is another section lower down in

22   that same text on Page 8.  What does this say?

23   A.    A cancellation signal C is generated which is sent to

24   the summer, plus sign in parentheses, to cancel the feedback

25   signal at the microphone.

Brown - direct

Page 557

1    Q.    Later in the same paragraph I want to direct your

2    attention to the sentence that starts Furthermore.  What

3    does that sentence say?

4    A.    Furthermore, since it is an inverse replica of the

5    feedback signal, more than one feedback frequency can be

6    canceled.

7    Q.    What does that mean?

8    A.    Well, it means, historically, once it just had a notch

9    filter.  In something like that, you could only do one

10   feedback.  Not only did they distort the signal, but they

11   weren't too effective, because if you kill one feedback

12   there will be another one, just a little less volume,

13   amplitude someplace else.  This way the filter can actually

14   cancel all of the feedback elements across the frequency

15   band.

16          Basically, these are just describing what we saw

17   in the technical documents.

18   Q.    So you believe it to be an accurate --

19   A.    Yes.

20   Q.    Can we look at PX-20, please, which is WID16223.  What

21   is this document?

22   A.    This is a Diva document.  Diva is one of their product

23   lines.

24   Q.    It's not highlighted now.  If you could look at the

25   top above the text, what does that say?  The very first

Brown - direct

Page 558

1    line, what does the second line there say?

2    A.    For Widex internal use, confidential.

3    Q.    What do you take from that?

4    A.    I take it that this is describing what they believe to

5    be the proprietary part of their documentation.  They didn't

6    want this being distributed to the public, so this would not

7    be a public marketing document.

8    Q.    And what does this document say about the Diva

9    feedback canceling system?

10   A.    Well, this document is a list of questions and

11   answers.  This particular page has a question saying, what

12   is Diva feedback canceling?  And below it answers the

13   question, saying when the FPS has determined the

14   characteristics of the feedback signal it will subtract an

15   imitated feedback signal from the incoming signal, thus

16   eliminating the annoying feedback.

17   Q.    Did you rely on this sentence in performing your

18   analysis?

19   A.    Well, this sentence, along with all the others,

20   perform a very strong preponderance of evidence in

21   understanding not only is it in the HDL code, it is in the

22   engineering documents, it's in the marketing documents.

23   Q.    Let's look at the second patent, the '749 patent.  If

24   we could take a look at that.  That's JX-2.  Are you

25   familiar with this patent, too?

Brown - direct

Page 559

1    A.    Yes, that is a cover page for it.

2    Q.    Is this patent related to the '850 patent that we have

3    been discussing this afternoon?

4    A.    Yes.  This patent is derived from the '850.  And it

5    covers the host controller.

6    Q.    What is the filing date on this patent?  I think we

7    have it highlighted.

8    A.    It was filed February 12, 1988.  But since it's a

9    division of the first patent, it actually goes back to the

10   June 26th date.

11   Q.    What did you say the title of this document was?

12   A.    It's host controller for programmable digital hearing

13   aid system.

14   Q.    I think we have a demonstrative that shows Claims 1

15   and 2 of the '749 patent?

16   A.    Yes.

17   Q.    What is this claim directed to?

18   A.    Well, it's directed to a host controller for producing

19   data from a computer for programming hearing aid to cancel

20   acoustic feedback.  It comprises these three names.

21   Q.    And is there a definition for the term host controller

22   that you used in your analysis?

23   A.    A process for controlling the functions of the filter.

24   Q.    Under your understanding of that definition, is there

25   any limitation on the size or location of the host

Brown - direct

Page 560

1    controller you needed to look for?

2    A.    No, there is no limitations on the size or location.

3    It's not specified where it is.  The specific example shows

4    it is two physical boards.

5    Q.    In addition to the first part here, the host

6    controller, what else is required to find whether there is

7    infringement of Claim 1 of the '749 patent?

8    A.    Well, you must look at the three other elements here.

9    First is a means for receiving signals from the hearing aid

10   and measuring phase and amplitude.

11         The second is means for receiving signals from

12   the hearing aid indicative of the summation of the acoustic

13   feedback and acoustic feedback cancellation signals.

14         And third is a means controlled by the computer

15   for adjusting the phase and amplitude necessary to eliminate

16   the acoustic feedback and produce a null simulation --

17   summation.

18   Q.    These claims use the term "means for," and then

19   something that follows.  What is your understanding of how

20   you apply that language?

21   A.    Well, when a patent applicant wants to be a little

22   more general and try to say I have a means for doing this,

23   that's sorts of a generic term.  So it's a

24   means-plus-function term.  And you look at what the means

25   are and what the function they try to achieve is.

Brown - direct

Page 561

1             So the Court has defined the function, and then

2    has identified within the specification, specifically in the

3    examples, schematics, in Figures 1 and 2, what elements of

4    the circuits correspond to these means.

5    Q.    So we have a demonstrative that shows the

6    corresponding elements here.  It's Brown 13.  Could you

7    explain what this large chart shows?

8    A.    On the left we see the claims that we saw just before.

9    And on the right we see the physical components in the

10   example schematic on the diagrams that have been identified

11   as performing those means within the specification.

12   Q.    In each of the boxes on the right, it uses the phrase

13   at the end "and all equivalents thereof."  What does that

14   mean to you?

15   A.    It means you don't have to have those specific

16   elements, that you have to have something that does the same

17   function and in essentially the same manner.

18             Again, it comes to this idea of being able to

19   integrate things together and do them in smaller and smaller

20   packages.  Instead of having a PC board with parts plugged

21   into them as it was in Dr. Levitt's report that he proved

22   the theory with, today we have fully integrated packages.

23   And we may sometimes have exactly the same components, or we

24   may have different components that actually perform the same

25   function.

Brown - direct

1          In this case we have actually gone to digital.

2     So where he may have had analog comparators, we would have

3     digital functions that do it, and so on and so forth.  The

4     question really is, do the means perform the same function?

5     Q.    For example, the first box there, means for receiving

6     signals, on the right-hand side there is a number of items

7     out of the patent specification.  Were you able to find

8     those items in the accused products of the defendants?

9     A.    Well, not at the literal level, because I couldn't

10    actually go down to the device level and seek them out.

11          I did have Dr. Gloster look at the circuitry, at

12    the block level and functional level, see if it matched.

13    But I wasn't able to go to the literal level and find those

14    specific components.

15    Q.    So did you perform an analysis under literal

16    infringement?

17    A.    No.  I performed an analysis under the doctrine of

18    equivalents.

19    Q.    And did you find infringement under the doctrine of

20    equivalents of Claims 1 and 2 of the '749 patent for the

21    accused products we have been discussing?

22    A.    Yes.

23    Q.    Let's look at, go back to the claim if you would,

24    which is Brown 12.  What is the host controller in the

25    accused products?

Brown - direct

Page 563

1   A.    Well, in the accused products, the host controller has

2   been integrated into the chip.

3           The functions of producing the data and

4   programming the filter in the hearing aid is actually

5   performed by the element's routine and its associated

6   components.

7   Q.    So for the Oticon product there was an update block.

8   Correct?

9   A.    Yes.

10  Q.    And what was the LMS block for the Widex product?

11  A.    I believe it was the WLMS.

12  Q.    Let's look back at the claim again, Brown Slide 12.

13  What is the structure that you looked at for the means for

14  receiving signals from the hearing aid?

15  A.    That's within the uptake block and inside the LMS

16  structure again.  This has all been condensed into the LMS

17  structure which receives data from, in fact -- if we go back

18  to the demonstrative they had I can show you where.  It

19  receives data from the input on the right and from the

20  output there, from the input it receives the data, which is

21  after the summation of the filter in the microphone.  And it

22  receives the output data.  And it uses those two pieces of

23  information to calculate the next coefficients for the FIR

24  filter.

25  Q.    This is an Oticon, so is the analysis for the Bernafon

Brown - direct

Page 564

1    and Widex products similar?

2    A.    It would be the same.

3    Q.    And in your view, do these elements in the accused

4    products measure phase and amplitude?

5    A.    No, they don't actually measure phase and amplitude.

6    Again, as I said before, what they measure is the effect on

7    producing an output of the filter that is equal and opposite

8    in phase and amplitude.  Again, mathematically speaking, the

9    coefficients of the filter do have that information in it.

10    Both phase and magnitude are defined by the coefficients of

11    the filter, but it's not measured, it's not read out.

12    Q.    So did you find that the accused products provided an

13    equivalent to what is reported here?

14    A.    That's right.  That is why I only did an analysis

15    under the doctrine of equivalents.

16    Q.    The next element says, means for receiving signals

17    from the hearing aid indicative of the summation of acoustic

18    feedback and acoustic feedback signals.  Did you find some

19    structure in the accused products that perform this

20    function?

21    A.    That's the structure, the dotted line on the right

22    side there.

23    Q.    And did you find whether or not, did you determine

24    whether or not the structure you found was equivalent to the

25    structure in the corresponding structure you showed in the

Brown - direct

1    earlier slide?

2    A.    Yes, it has the same function and has the same way and

3    result in calculation of the coefficients.

4    Q.    And the third element, Claim 1, means controlled by

5    the computer for adjusting the phase and amplitude necessary

6    to eliminate acoustic feedback and produce a null summation.

7    Did you find the structure that performed that function?

8    A.    Yes.   In the particular demonstrative, we were just

9    saying it's the path from the update module into the FIR

10   filter through the buffer where the data is, where the

11   coefficients are provided to the filter.

12   Q.    And is that a substantial equivalent to the structure

13   in the corresponding structure you listed earlier?

14   A.    Yes, it is.

15   Q.    Claim 2 then adds the further recitation of a means

16   controlled by the computer for transmitting phase shift and

17   amplitude data to program the hearing aid to eliminate

18   acoustic feedback.   Did you find a structure that performed

19   that function?

20   A.    Well, it's actually within the chip and so therefore

21   phase shift and amplitude data are the coefficients to the

22   filter.   Coefficients to the filter define that, and so we,

23   when we take the LMS routine as the host controller, it's

24   transmitting that data to the filter within the hearing aid.

25   It's all within the hearing aid but it's still transmitting

Brown - direct

Page 566

1    the data.

2    Q.    So is it your testimony that LMS algorithms in these

3    products are involved in each of these steps or each of

4    these elements we walked through?

5    A.    That's correct, just as a host controller was involved

6    in each of these on the outside where a person twiddled the

7    knobs to get the "no," here the host controller does that

8    twiddling through the iterative process and transmits the

9    data to the filter to achieve function which was to

10   eliminate acoustic feedback.

11   Q.    Let's look at checklist three then.

12         Your analysis for all three, all of the products

13   for each of the three defendants is substantially the same?

14   A.    My analysis is substantially the same and under the

15   doctrine of equivalents.

16   Q.    Okay.  And did you find a host controller for

17   producing data from a computer for a programmable hearing

18   aid to cancel acoustic feedback in all three?

19   A.    Yes.

20   Q.    Did you find a means for receiving signals?

21   A.    Yes.

22   Q.    And a means for receiving signals from the hearing aid

23   indicative of the summation of acoustic feedback and

24   acoustic feedback cancellation signals?

25   A.    That's correct.

Brown - direct

Page 567

1    Q.    And a means controlled by the computer for adjusting

2    the phase and amplitude necessary to eliminate acoustic

3    feedback and produce a null summation?

4    A.    That's correct.

5    Q.    And a means controlled by the computer for

6    transmitting phase shift and amplitude data to program the

7    hearing aid to eliminate acoustic feedback?

8    A.    Correct.

9    Q.    Are the advances in miniaturization a result of the

10   work of these defendants?

11   A.    No.  The hearing industry was a difficult industry for

12   us to work in because the volumes of wafers that we bought

13   for the hearing aid customers was so small that we didn't

14   even qualify as a real customer to the foundries.  The

15   advances of technology have, as I think we heard before,

16   have come about due to the driving force of the digital

17   technologies, the computer companies and the high speed

18   DSP that is being developed and we've been able to take

19   advantage of that to build hearing aid products.

20   Q.    We've looked at a few documents from these various

21   defendants.  Did you look at any other documents in

22   performing your analysis?

23   A.    I think the first time I received seven boxes of

24   documents.  I think we condensed this pile.  When you

25   brought it up, it shocked me, but this pile out of those

Page 570

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              IN AND FOR THE DISTRICT OF DELAWARE
 3
                          -   -   -
 4
 5    ENERGY TRANSPORTATION,           :   Civil Action
      INC.,                            :
 6                                     :
               Plaintiff,              :
 7                                     :
          v.                           :
 8                                     :
      WILLIAM DEMANT HOLDINGS A/S,     :
 9    et al.,                          :
                                       :
10            Defendants.     :   No. 05-422 (GMS)
11                        -   -   -
12                  Wilmington, Delaware
                 Thursday, January 24, 2008
13                      9:07 a.m.
                   Fourth Day of Trial
14
                          -   -   -
15
      BEFORE:  HONORABLE GREGORY M. SLEET, Chief Judge
16
17
18    APPEARANCES:
19              EDMOND D. JOHNSON, ESQ.
                Pepper Hamilton LLP
20                    -and-
                MARTY STEINBERG, ESQ.,
21              BRIAN M. BUROKER, ESQ., and
                MAYA M. ECKSTEIN, ESQ.
22              Hunton & Williams
                (Washington, D.C.)
23
                              Counsel for Plaintiff
24
25
```

Brown - cross

Page 606

1    external.

2    Q.    It was done without using the filter in the example?

3    Yes or no.

4    A.    That is correct.

5    Q.    And it was then those measurements were turned into

6    coefficients.  They were calculated by the computer again;

7    correct?

8    A.    That is correct.

9    Q.    And you had this step of determining, and you had the

10   coefficients before you put them in the filter; right?

11   A.    That is correct.

12   Q.    Okay.  So clearly the determining step came before

13   the inserting step in Dr. Levitt's process; right?

14   A.    That is correct.

15   Q.    Now, in the accused process, you say that there is a

16   determining that occurs before there is any insertion of

17   coefficients?

18   A.    There is initial determining and inserting initial

19   coefficients.  It looks at the result of that test,

20   determines how much improvement there was, determines a new

21   set of coefficients and loads them.  It does this

22   iteratively until it comes to a solution very similar to the

23   null technique except that it does it on-shift and doesn't

24   require a human being to tweak the knobs.  The LMS tweaks

25   the knobs.

Brown - cross

1   A.      That is correct.

2   Q.      Now, just because we had this little break here, in

3   Dr. Levitt's patent, you had the coefficients and then you

4   inserted them; correct?

5   A.      In the embodiment, that is correct.

6   Q.      And those coefficients, those 32 coefficients stayed

7   in there and created a response for the filter; right?

8   A.      That's correct.  That the claims don't require the

9   complete answer be determined the first time around, and we

10  are not allowed to add words to the claims.

11  Q.      Okay.  What you say is the infringing act is the

12  calculation of the first set of coefficients in the accused

13  device; correct?

14  A.      The infringing act was a continuous action.  It

15  repeats itself over and over again and improves the accuracy

16  of the prediction each time it is done until it reaches a

17  pseudo-null, and then it bounces back and forth around that

18  null, actually never getting a perfect answer.

19  Q.      How many times does this bouncing around happen every

20  second?

21  A.      Well, bouncing around happens usually on the order of

22  32,000 times a second.  But the acoustic feedback is actual

23  sound transmission so that's in the millisecond time frame,

24  and because we don't want to disturb syllabic information,

25  syllables in speech, the time constants of this loop are

Brown - cross

Page 617

1   Q.    Yes.  Now, in the process of all that math to get to

2   those coefficients, do you need to know the phase of the

3   feedback path?

4   A.    You need to know the correlation between the input

5   and the output to determine the phase, yes, that's correct.

6   Q.    Let me get my question.  In the previous 10

7   equations, do you need to know the phase, the feedback path?

8   A.    The absolute value of the phase?

9   Q.    The phase of the feedback path, what the phase shift

10  is in the feedback path, do you know need to know that?

11  A.    It's inherent in the information.  You don't measure

12  it, if that is what you are asking.

13  Q.    I'm asking if you need to know it.  To run an LMS

14  filter, do you need to know what the phase is?

15  A.    It looks for the coherence between the two so you

16  need to know that information.  You do not need to measure

17  it.

18  Q.    Do you need to know the phase?  That's just my

19  question.  Maybe you can't answer it.  Do you need to know

20  the phase?

21            MR. BUROKER:  Objection, asked and answer.

22            THE COURT:  I'll give him one more chance.

23  BY MR. ROMARY:

24  Q.    Yes or no?

25  A.    You need the phase information.  You don't need to

Brown - cross

1    know the phase.

2    Q.      Do you need to know the amplitude?

3    A.      Again, you need information from that.  You do not

4    need to measure the amplitude.

5    Q.      So you do not need, in an LMS filter, to have that

6    phase shifter and amplifier information to run the LMS

7    filter, do you?

8    A.      The filter provides that information when you provide

9    it with the coefficients and you look for the error term

10   that is the null reading in the host controller of Dr.

11   Levitt's example.

12   Q.      Yes or no, do you need to know the phase and

13   amplitude output of that phase shifter or that amplifier to

14   run an LMS filter?

15   A.      You do need to measure the phase and amplitude, you

16   measure the result.

17   Q.      In fact, isn't one of the advantages of an LMS filter

18   that you don't have to know the result before you start?

19   You don't have to know what phase and amplitude you need

20   when you start using it?  That's one of the advantages,

21   isn't it?

22   A.      That's right.  It's an approved way to do the null

23   routine.

24   Q.      Yes, and you don't need to know the phase and

25   amplitude in order to run the LMS algorithm?

Brown - cross

Page 619

1    A.     Well, phase and amplitude are defined by the

2    coefficient when you have reached the answer.

3    Q.     Right.  It gives you the answer, but you don't need

4    to know ahead of time what the answer is with an LMS filter,

5    do you?

6    A.     No, you start out even at zero and approximate to the

7    answer.

8    Q.     And that is pretty different than having to know the

9    answer before you start and then putting the coefficients

10   in, isn't it?

11   A.     It's an improvement.

12          MR. ROMARY:  Just give me a moment.  I'm

13   checking that we have covered everything.

14   BY MR. ROMARY:

15   Q.     The accused devices, they don't use a test signal in

16   the same way that Dr. Levitt does, do they?

17   A.     I don't believe these two defendants' accused devices

18   use a test signal.

19   Q.     The accused devices don't have to disconnect or open

20   the loop for the microphone when they're correcting for

21   acoustic feedback, do they?

22   A.     Dr. Levitt didn't correct for acoustic feedback

23   with a microphone open.  He used a microphone open when he

24   was applying the filter coefficients for the patient

25   prescription and the accused devices take the audiogram

Brown - cross

Page 626

1    A.      That is correct.

2    Q.      And you mentioned that the LMS filter operates 32,000

3    times a second?

4    A.      I believe that is correct for both.

5    Q.      Yes, that was my next question.  And let me just ask

6    a few questions about that.  The LMS filters operate at

7    32,000 times a second and 32,000 times in a given second a

8    new set of coefficients will be provided to the filters?  Is

9    that what you are saying?

10   A.      There are minor changes in the coefficients that are

11   made 32,000 times and each time you change the coefficients

12   you change the filter.

13   Q.      And does that mean that the LMS filter is being

14   reprogrammed 32,000 times a second?

15   A.      Yes.

16   Q.      Now, a given set of coefficients, one set out of

17   these 32,000, what effect does that have on feedback?

18   If I just put in, the 64,000th time, I had my set of

19   coefficients, I put that in and then I had no more

20   coefficients, what affect would that have?

21   A.      Well, let's say you put in 64,000 ones so it's going

22   two seconds and comes close to being a right answer and you

23   stopped updating the LMS.  Then your feedback would be

24   correct for that instant or should I say for that physical

25   set of things like the position of your mouth, position of

Brown - cross

Page 628

```
 1    And the whole idea of a digital hearing aid is we time

 2    quantize.  We take samples and we operate on samples as

 3    numerical numbers.  It's all math until it comes out the

 4    other end.  It gets integrated into the radio signal again.

 5    Q.    And that one sample is what my question.  That one

 6    sample by itself is not doing a whole lot, is it?  It's an

 7    iterative process that continues to do it in order to get

 8    rid of this feedback?

 9    A.    It's an iterative process.  As I said, depending upon

10    the manufacturer, it would take between two and ten seconds

11    to come to a complete null and then it just tries to follow

12    the environment.

13    Q.    Thank you.  You mentioned I believe, Mr. Brown, that

14    in your analysis for the '850 patent, which included Claims

15    13, 14, 16 and 19, you did an analysis both for literal

16    infringement and for the doctrine of equivalents; is that

17    correct?

18    A.    That's correct.

19    Q.    As part of your analysis for the doctrine of

20    equivalents, you didn't consider any prior art, did you?

21    A.    I did not go back and investigate prior art, that's

22    correct.

23    Q.    So you didn't consider prior art when you were

24    looking at the doctrine of equivalents and whether what the

25    claims meant was equivalent to what the defendants have;
```

Brown - redirect

Page 644

1    their own coefficients?

2    A.    It depends upon how you define the word LMS filter.

3    If you are saying an LMS filter is a macro cell containing

4    an LMS algorithm and an FIR filter, then you can make that

5    assumption.  But since it contains an FIR filter and an LMS

6    algorithm, the LMS algorithm doesn't -- the FIR filter

7    doesn't make its own coefficients.  The LMS algorithm makes

8    the coefficients.

9              MR. MANDIR:  If I may just have a moment, Your

10   Honor, please?

11             THE COURT:  All right.

12             (Pause.)

13             MR. MANDIR:  No further questions, Your Honor.

14             THE COURT:  Counsel, you may redirect.

15                    REDIRECT EXAMINATION

16   BY MR. BUROKER:

17   Q.    Mr. Brown, I have a few followup questions.

18             Early on in Mr. Romary's questioning we talked

19   about what one of ordinary skill in the art would know.  And

20   I would like to follow up.

21             Would one of ordinary skill in the art in 1986

22   understand that chip size and battery size would be reduced

23   enough in the future to place the host controller and the

24   hearing aid in a small package?

25   A.    Oh, most definitely.  We remember we were struggling

Brown - redirect

1    mightily to do that, also to do it at a low enough voltage

2    so we could run at a single battery and do the computations

3    needed for the digital circuitry.

4    Q.    I believe you were shown a picture of a prototype,

5    PX-131, do you recall that?

6    A.    Yes.

7    Q.    When you do an infringement analysis, do you compare

8    prototypes to the accused products?

9    A.    No.

10   Q.    What do you do?

11   A.    When I do infringement analysis, I look at the

12   claims, understand what the claims mean, and then compare

13   that to the accused product.

14   Q.    Is the host controller that was shown, the prototype,

15   was that also used during the fitting process?

16   A.    I think the host controller was used during the

17   fitting process for the few candidates that they tested out

18   on, yes.

19   Q.    What parts of that host controller were used to

20   determine to do feedback cancellation?

21   A.    The phase, the amplitude and phase nulling circuitry,

22   which was a programmable amplifier and a programmable phase

23   meter, which is essentially what we use a filter for today.

24   Q.    Did you need the monitor or the keyboard for that?

25   A.    No.  Those were actually, the monitor was used to

Brown - redirect

Page 646

1    look at the waveform to see what was happening.  And I

2    presume the keyboard had something to do with setting up the

3    switches or the software, something of that nature.  I don't

4    think that is shown anywhere in the circuitry.

5    Q.    Now, when you do your claims analysis to determine

6    infringement, did you find anywhere in the claims that the

7    hearing aids had to be wearable?

8    A.    No.

9    Q.    And there were a lot of questions asked about the

10   specific example in the specification.  Can you explain how

11   one of ordinary skill in the art understands and interprets

12   a patent specification?

13   A.    Well, the first thing you do is you look at the

14   claims, and you try and understand what they are asking.

15   And then you look back at the examples, the embodiments they

16   are called, which are the schematics that the inventor shows

17   to prove that he had a viable idea and it would work.

18            In this case he actually put in the breadboards

19   that he had built, demonstrated that the circuit worked.

20            It's proper to look at the demonstration or the

21   example to understand how the thing may have worked.  But

22   the claims are intended to be broader than the specific

23   example.

24            When you make a patent you try to make that

25   patent so it will cover future improvements on your idea.

Brown - redirect

Page 647

1    So it's not proper to read the limitations of an example of

2    other parts of the specification into the claims unless they

3    have been limited during the prosecution to do so.

4             In other words, sometimes, as you try to get a

5    patent approved, they will come back and say there are other

6    people that are prior art, and then you say, well, we are

7    limited --

8             MR. ROMARY:  Objection.

9             THE COURT:  Sustained.

10   BY MR. BUROKER:

11   Q.    Do you recall being asked about a specific example in

12   the patent that was described as a fixed filter?

13   A.    Yes.

14   Q.    Is there any other portion of the specification that

15   says anything other than being a fixed filter?

16   A.    Well, there are the portions that talk about

17   automatically updating and trying to adapt to the

18   environment.

19             MR. BUROKER:  Can we have the '850 patent.  Pull

20   up Column 11 again.

21   BY MR. BUROKER:

22   Q.    Lines, essentially 31 through 57, there is two

23   sections.  The top there, 31, is this section here one of

24   the sections you were referring to?

25   A.    Yes.

Brown - redirect

Page 648

1    Q.      And what do you understand from this section of the

2    specification?

3    A.      Well, that it's automatically adjusting and it's

4    adjusting fixed response of the aid.  But since a degree of

5    feedback depends on the signal level, overall frequency

6    response also depends on signal level.  And since we are

7    talking about the degree of feedback, I am assuming that

8    they are talking about discussing feedback there.

9    Q.      And then the next portion, which is Lines 51 to 57, I

10   believe you said that you are not an English major.  Is that

11   correct?

12   A.      That's correct.  My wife keeps correcting my English.

13   Q.      But as an engineer, how did you understand this

14   section of the specification?

15   A.      Well, by employing automatic adjustments to the

16   programmable filter, you can choose optimum parameter

17   values.  And those parameter values can compensate for

18   speech level reverberation, background noise and for

19   reducing acoustic feedback.

20           I am assuming they have included that

21   specifically in it.  It doesn't say, and as a different

22   subject.

23   Q.      There was a number of questions about the LMS

24   algorithm.  In your reading of the patent, does it require a

25   particular algorithm to provide coefficients to the filter?

Brown - redirect

Page 649

1    A.     No.   That's the beauty of the patent.   There were a

2    number of algorithms people were playing with, and it does

3    not specify which algorithm.

4    Q.     Did the defendants invent the LMS algorithm?

5    A.     No.

6    Q.     Was it around at the time of Dr. Levitt's patent?

7    A.     Mathematically speaking, it was around, yes.

8    Q.     In your view, an LMS algorithm could be used to

9    provide coefficients to a filter?

10   A.     Yes.

11   Q.     And, in fact, that's what the defendants' products

12   do.  Is that right?

13   A.     That's what I have seen, in each of their examples

14   they show it as a discrete block with a path showing the

15   filter coefficients being loaded into the filter.

16   Q.     You were shown a fairly complex number, a series of

17   mathematical equations.  Do you recall that?

18   A.     Yes.

19   Q.     Could you explain how the LMS algorithm calculates

20   coefficients?

21   A.     Well, when I see equations like that, I either go

22   back to the textbook or refer it to one of my engineers.  I

23   used to teach this at Berkeley.  But to make it simple,

24   basically, it looks at the output of this signal, the

25   amplifier, and just before it goes, is converted back to