Exhibit PP

# Claim 16 (and 14) of the '850 Patent

14. A method of reducing acoustic feedback in a hearing aid comprising

a microphone,

a receiver fitted in an ear of a wearer of the aid,

and a signal transmission channel interposed between said microphone and transducer, comprising the steps of

determining the effect on the amplitude and phase of a signal in said transmission channel as a function of frequency of acoustic feedback between said receiver and microphone, and

inserting between the input and output of said transmission channel a programmable filter programmed to equalize and reduce the effect of said acoustic feedback both in amplitude and phase on a signal in said transmission channel.

16. A method of reducing feedback in a hearing aid as described in claim 14 in which said programmable filter is inserted in an electrical feedback loop for said transmission channel.

Brown 3