# Exhibit QQ

# Oticon's System and Claim 16



Figure 13. Block diagram of the implementation of the AFB algorithm.

Brown D2