# Exhibit RR

# Claim 19 of the '850 Patent

19. A hearing aid comprising

at least one input microphone,

an output receiver,

a signal transmission channel interposed between said microphone and said receiver,

and a programmable delay line filter interposed in a feedback path between the input and output of said transmission channel,

said programmable filter being programmed to effect substantial reduction of acoustic feedback from said receiver to said microphone.




Brown 1