# Exhibit SS



