# Exhibit TT

# Widex's System and Claim 19



Brown W2