# Exhibit UU

file:///C|/Documents%20and%20Settings/91065/Desktop/FeedbackCancellation/cancelling.txt

```vhdl
-- ------------------------------------------------------------
-- CANCELLING
-- ------------------------------------------------------------
library IEEE;
use IEEE.std_logic_1164.all;
use IEEE.numeric_std.all;
library cancelling_lib;
use cancelling_lib.cancelling_lib.all;
library commonlib;
use commonlib.parcom_components.all;
use commonlib.parcom_lib.all;
library projectlib;
use projectlib.pi_lib.all;

entity cancelling is
  generic (
    cp_ram_l_nr : integer;        -- 0-23
    cp_ram_h_nr : integer);       -- 24-47
  port(
    clk_05mhz             : in  std_logic;
    clk_1mhz              : in  std_logic;
    clk_2mhz              : in  std_logic;
    clk_05mhz_undelayed   : in  std_logic;
    clk_1mhz_undelayed    : in  std_logic;
    clk_2mhz_undelayed    : in  std_logic;
    reset_async           : in  std_logic;
    reset_1st             : in  std_logic;
    reset                 : in  std_logic;
    -- ram test
    scan_en_core          : in  std_logic;
    scan_en_ram           : in  std_logic;
    scan_in               : in  std_logic;
    scan_out              : out std_logic;
    -- MISC
    bootram_ok            : in  std_logic; -- once order received, pd_active stays high
    PI_pd_active_i        : in  std_logic; -- once order received, pd_active stays high
    set_postgain_min      : in  std_logic; -- faborder
    lognorm_halt          : in  std_logic; -- compr_mute
    sample_2048_i         : in  std_logic;
    -- parameters
    fbc_sysenable         : in  std_logic;
    bidir_sysenable       : in  std_logic;
```

file:///C|/Documents%20and%20Settings/91065/Desktop/FeedbackCancellation/cancelling.txt

```
      dly => 2)
    port map (
      clk => clk_1MHz_gated_blk,
      req => white_ref_req,
      d   => wfir_in_vec,
      q   => wfir_in_dly_vec);
--  wfir_in_dly_blk <= signed(wfir_in_dly_vec);
    wfir_in_dly_blk <= signed(wfir_in);

    -- mux on remote_fbc_wfb_bypass
    comb: process(white_ref_blk, remote_fbc_wfb_bypass, wfir_in_dly_blk)
    begin
      if remote_fbc_wfb_bypass='1' then
        white_ref <= fix2fix(wfir_in_dly_blk, wl_wfir_in, d_wfir_in, wl_whiteref, d_whiteref);
      else
        white_ref <= white_ref_blk;
      end if;
    end process comb;

  end block whitening_filterbank_block;

  wfb_gains_nr  <= wfb_gains_int_nr;
  wfb_gains_req <= wfb_gains_int_req;
  wfb_gains     <= wfb_gains_int;


  --------------------------------------------------------------------------
  wlms_blk: block
    signal white_ref_dly_blk : signed(wl_whiteref-1 downto 0);
    signal white_ref_vec, white_ref_dly_vec : std_logic_vector(wl_whiteref-1 downto 0);
  begin
    white_ref_vec <= std_logic_vector(white_ref);
    fifo_vec_i: fifo_vec
      generic map (
        wl  => wl_whiteref,
        dly => 2)
      port map (
        clk => clk_1MHz,
        req => white_ref_req,
        d   => white_ref_vec,
        q   => white_ref_dly_vec);
    white_ref_dly_blk <= signed(white_ref_dly_vec);
    wlms_i : wlms
      generic map (
```

file:///C|/Documents%20and%20Settings/91065/Desktop/FeedbackCancellation/cancelling.txt (8 of 21)1/9/2008 7:48:08 AM

file:///C|/Documents%20and%20Settings/91065/Desktop/FeedbackCancellation/cancelling.txt

```
    cp_ram_l_nr   => cp_ram_l_nr,
    cp_ram_h_nr   => cp_ram_h_nr)
port map (
    clk_2mhz              => clk_2mhz,
    clk_2mhz_undelayed    => clk_2mhz_undelayed,
    clk_1mhz              => clk_1mhz,
    reset_async           => reset_async,
    reset_1st             => reset_1st_int,
    reset                 => reset_int,
    scan_en_core          => scan_en_core,
    scan_en_ram           => scan_en_ram,
    scan_in               => scan_in,
    scan_out              => scan_out_wlms,
    bootram_ok            => bootram_ok,
    PI_pd_active_i        => PI_pd_active_i,
    lognorm_halt          => lognorm_halt,
    x_req                 => white_ref_req,
    x_in                  => white_ref_dly_blk,
    omni_white_leakerr    => omni_white_leakerr,
    omni_white_leakerr_req => open,
    bidir_white_leakerr   => bidir_white_leakerr,
    bidir_white_leakerr_req => open,
    omni_wlms_mu          => omni_wlms_mu,
    bidir_wlms_mu         => bidir_wlms_mu,
    omni_logpostgain      => omni_logpostgain,
    bidir_logpostgain     => bidir_logpostgain,
    bidir_sysenable       => bidir_sysenable,
    nowarp                => nowarp,
    wlms_disable          => wlms_disable,
    omni_coefscale        => omni_coef_scale,
    bidir_coefscale       => bidir_coef_scale,
    wlms_arpoleshr        => wlms_arpoleshr,
    osh_out               => osh,
    c_out                 => c_int,
    p_out                 => p_int,
    cp_nr                 => cp_nr_wlms,
    cp_req                => cp_req_wlms,
    frame_ctrl_wlms       => frame_ctrl_wlms,
    busy                  => busy_wlms,
    bus_pi                => bus_pi,
    bus_pi_fb             => bus_pi_fb,
    reg_addr              => reg_addr,
    reg_rd_req            => reg_rd_req,
```

file:///C|/Documents%20and%20Settings/91065/Desktop/FeedbackCancellation/cancelling.txt

```vhdl
      ram_addr          => ram_addr,
      ram_rd_req        => ram_rd_req,
      ram_rd_ack        => ram_rd_ack,
      ram_wr_req        => ram_wr_req,
      ram_wr_ack        => ram_wr_ack,
      reg_we            => reg_we
    );
  end block wlms_blk;

--------------------------------------------------------------------

  wlms_wfir_connect: block
  begin
    c_out <= c_int;
    p_out <= p_int;
    cp_nr <= cp_nr_wlms;
    cp_req <= cp_req_wlms;
    clked: process
    begin
      wait until rising_edge(clk_2mhz);
      assert cp_nr_wlms = cp_nr_wfir report "c coefnr. not in sync" severity warning;
      assert cp_req_wlms = cp_req_wfir report "c coef not in sync" severity warning;
    end process clked;

  end block wlms_wfir_connect;

--------------------------------------------------------------------

  wfir_inst : wfir
    port map (
      clk_2mhz          => clk_2mhz,
      reset_async       => reset_async,
      reset_1st         => reset_1st_int,
      reset             => reset_int,
      scan_en_ram       => scan_en_ram,
      scan_in           => scan_out_wlms,
      scan_out          => scan_out_wfir,
      x_req             => frame_ctrl_wlms(0),
      x_in              => wfir_in,
      nowarp            => nowarp,
      bidir_sysenable   => bidir_sysenable,
      c_in              => c_int,
      p_in              => p_int,
      cp_nr             => cp_nr_wfir,
      cp_req            => cp_req_wfir,
```