file:///C|/Documents%20and%20Settings/91065/Desktop/FeedbackCancellation/cancelling.txt

```
    omni_postgain      => omni_postgain,
    omni_postgain_req  => open,
    bidir_postgain     => bidir_postgain,
    bidir_postgain_req => open,
    omni_wfir_est      => omni_wfir_est,
    omni_out_req       => omni_wfir_est_req,
    bidir_wfir_est     => bidir_wfir_est,
    bidir_out_req      => bidir_wfir_est_req,
    busy               => busy);

-----------------------------------------------------------------

cancelling_omni_wing_inst : cancelling_wing
  generic map (
    is_bidir => 0)
  port map (
    clk_05mhz          => clk_05mhz,
    clk_1mhz           => clk_1mhz,
    clk_2mhz           => clk_2mhz,
    clk_2mhz_undelayed => clk_2mhz_undelayed,
    reset_async        => reset_async,
    reset_1st          => reset_1st_int,
    reset              => reset_int,
    scan_en_ram        => scan_en_ram,
    scan_en_core       => scan_en_core,
    scan_in            => scan_out_wfb,
    scan_out           => scan_out_omni_wing,
    bs                 => bs_omni,
    bs_band            => bs_omni_band,
    bs_req             => bs_omni_req,
    wfir_est           => omni_wfir_est,
    wfir_est_req       => omni_wfir_est_req,
    wfb_gains          => wfb_gains_int,
    wfb_gains_req      => wfb_gains_int_req,
    wfb_gains_nr       => wfb_gains_int_nr,
    cp_in              => c_int,
    cp_nr              => cp_nr_wlms,
    cp_req             => cp_req_wlms,
    set_postgain_min   => set_postgain_min,
    postgain_disable   => postgain_disable,
    wlms_mu            => omni_wlms_mu,
    wlms_disable       => wlms_disable,
    white_leakerr      => omni_white_leakerr,
```

file:///C|/Documents%20and%20Settings/91065/Desktop/FeedbackCancellation/wfir.txt

```
------------------------------------------------------------------
-- WFIR, CANCELLING
------------------------------------------------------------------
library IEEE;
use IEEE.std_logic_1164.all;
use IEEE.numeric_std.all;
library cancelling_lib;
use cancelling_lib.cancelling_lib.all;
library commonlib;
use commonlib.parcom_components.all;
use commonlib.parcom_lib.all;
library ramlib;
use ramlib.ram_c.all;

entity wfir is
  port(
    clk_2mhz          : in  std_logic;
    reset_async       : in  std_logic;
    reset_1st         : in  std_logic;
    reset             : in  std_logic;
    -- ram test
    scan_en_ram       : in  std_logic;
    scan_in           : in  std_logic;
    scan_out          : out std_logic;
    -- inputs
    x_req             : in  std_logic; -- from wlms cp_req
    x_in              : in  signed(wl_wfir_in-1 downto 0);
    -- parameters
    nowarp            : in  std_logic;
    bidir_sysenable   : in  std_logic;
    -- coefficients (input)
    c_in              : in  signed(wl_cp-1 downto 0);
    p_in              : in  signed(wl_cp-1 downto 0);
    cp_nr             : out unsigned(log2(taps)-1 downto 0); -- synchronization
    cp_req            : out std_logic;
    omni_postgain     : in  signed(wl_postgain-1 downto 0);
    omni_postgain_req : out std_logic;
    bidir_postgain    : in  signed(wl_postgain-1 downto 0);
    bidir_postgain_req: out std_logic;
    -- ordinary outputs
    omni_wfir_est     : out signed(wl_wfir_est-1 downto 0);
    omni_out_req      : out std_logic;
```

file:///C|/Documents%20and%20Settings/91065/Desktop/FeedbackCancellation/wfir.txt

```vhdl
    bidir_wfir_est   : out signed(wl_wfir_est-1 downto 0);
    bidir_out_req    : out std_logic;
    busy             : out std_logic);
end wfir;

architecture struct of wfir is

  constant log2_N : integer := log2(taps);
  constant wl_int : integer := 27;
  constant d_int : integer := 23;
  constant wl_int_acc : integer := 31;
  constant d_int_acc : integer := 23;
  constant wl_int_acc_ext : integer := 31;
  constant d_int_acc_ext : integer := 21;

  -- 0: read   1: wait(mode 0)  2: calc  3: mult+write  4: make omni  5: output omni/make bidir
  -- 6: output bidir
  constant frames : integer := 7;
  signal frame_ctrl : std_logic_vector(frames-1 downto 0);

  signal regfile_REN : std_logic;
  signal regfile_WEN : std_logic;
  signal regfile_DB : signed(wl_int-1 downto 0);
  signal regfile_QA : signed(wl_int-1 downto 0);
  signal regfile_AW : unsigned(log2_N-1 downto 0);
  signal regfile_AR : unsigned(log2_N-1 downto 0);

  signal busy_int : std_logic;
  signal s, a, b : signed(wl_int-1 downto 0);
  signal n_count_fr0, n_count_fr1, n_count_fr2, n_count_fr3, n_count_fr4, n_count_fr5 : integer range 0 to taps-1;
  signal x_int : signed(wl_int-1 downto 0);
  signal omni_wfir_reg : signed(wl_int_acc-1 downto 0);
  signal bidir_wfir_reg : signed(wl_int_acc-1 downto 0);
  signal multout_m, multout_n : signed(wl_int_acc-1 downto 0);
  signal multout_pg, lim_multout_pg1 : signed(wl_int_acc_ext-1 downto 0);
  signal lim_multout_pg : signed(wl_wfir_est-1 downto 0);
  signal multin1_pg : signed(wl_int_acc-1 downto 0);
  signal multin2_pg : signed(wl_postgain-1 downto 0);
  -- pipeline in both wfir and wlms on c and p for timing purpose.
  signal c_int, p_int : signed(wl_cp-1 downto 0);

begin
```

file:///C|/Documents%20and%20Settings/91065/Desktop/FeedbackCancellation/wfir.txt (2 of 7)1/9/2008 7:52:17 AM

file:///C|/Documents%20and%20Settings/91065/Desktop/FeedbackCancellation/wlms.txt

```vhdl
-------------------------------------------------------------------
-- WLMS, CANCELLING
-------------------------------------------------------------------
library IEEE;
use IEEE.std_logic_1164.all;
use IEEE.numeric_std.all;
library cancelling_lib;
use cancelling_lib.cancelling_lib.all;
library commonlib;
use commonlib.parcom_components.all;
use commonlib.parcom_lib.all;
library projectlib;
use projectlib.pi_lib.all;

entity wlms is
  generic (
    cp_ram_l_nr : integer;        -- 0-23
    cp_ram_h_nr : integer);       -- 24-47
  port(
    clk_2mhz              : in  std_logic;
    clk_2mhz_undelayed    : in  std_logic;
    clk_1mhz              : in  std_logic;
    reset_async           : in  std_logic;
    reset_1st             : in  std_logic;
    reset                 : in  std_logic;
    -- ram test
    scan_en_core          : in  std_logic;
    scan_en_ram           : in  std_logic;
    scan_in               : in  std_logic;
    scan_out              : out std_logic;
    -- misc
    bootram_ok            : in  std_logic; -- unused
    PI_pd_active_i        : in  std_logic; -- once order received, pd_active stays high
    lognorm_halt          : in  std_logic; -- compr_mute
    -- inputs
    x_req                 : in  std_logic;
    x_in                  : in  signed(wl_whiteref-1 downto 0);
    omni_white_leakerr    : in  signed(wl_whiteref-1 downto 0);
    omni_white_leakerr_req : out std_logic;
    bidir_white_leakerr   : in  signed(wl_whiteref-1 downto 0);
    bidir_white_leakerr_req : out std_logic;
    omni_wlms_mu          : in  signed(wl_logs-1 downto 0);
```

file:///C|/Documents%20and%20Settings/91065/Desktop/FeedbackCancellation/wlms.txt

```vhdl
    bidir_wlms_mu        : in  signed(wl_logs-1 downto 0);
    omni_logpostgain     : in  signed(wl_logs-1 downto 0);
    bidir_logpostgain    : in  signed(wl_logs-1 downto 0);
    -- parameters
    bidir_sysenable      : in  std_logic;
    nowarp               : in  std_logic;
    wlms_disable         : in  std_logic;
    omni_coefscale       : in  unsigned(wl_coefscale-1 downto 0);
    bidir_coefscale      : in  unsigned(wl_coefscale-1 downto 0);
    wlms_arpoleshr       : in  unsigned(1 downto 0);
    -- coefficients (output)
    osh_out              : out std_logic;  -- nr and req same as cp
    c_out                : out signed(wl_cp-1 downto 0);
    p_out                : out signed(wl_cp-1 downto 0);
    cp_nr                : out unsigned(log2(taps)-1 downto 0);
    cp_req               : out std_logic;
    frame_ctrl_wlms      : out std_logic_vector(2 downto 0);  -- synchronizes wfir to wlms (c and p coeffs)
    busy                 : out std_logic;
    ---------------------------------------------------------------
    -- PI buscontrol
    ---------------------------------------------------------------
    bus_pi               : in  bus_pi_type;
    bus_pi_fb            : out bus_pi_type;
    reg_addr             : in  std_logic_vector(reg_addr_bits-1 downto 0);
    reg_rd_req           : in  std_logic;
    ram_addr             : in  std_logic_vector(ram_addr_bits-1 downto 0);
    ram_rd_req           : in  std_logic;
    ram_rd_ack           : out std_logic;
    ram_wr_req           : in  std_logic;  -- write enable
    ram_wr_ack           : out std_logic;
    reg_we               : in  std_logic
    );
end wlms;

library ramlib;
use ramlib.ram_c.all;
library cancelling_lib;
use cancelling_lib.wlms_slice_c.all;
use cancelling_lib.lognorm_c.all;
library projectlib;
use projectlib.clk_ena_c.all;
```