# Exhibit VV



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR
HIGHLY CONFIDENTIAL CODE

DEM-EA-011996



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR
HIGHLY CONFIDENTIAL CODE

DEM-EA-011997



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR
HIGHLY CONFIDENTIAL CODE

DEM-EA-012067



CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR
HIGHLY CONFIDENTIAL CODE

DEM-EA-012108





CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROSECUTION BAR
HIGHLY CONFIDENTIAL CODE

DEM-EA-012109