# Exhibit WW



