# Exhibit XX

# Claims 1 and 2 of the '749 Patent

## Claim 1 - '749 Patent

| Claim 1 - '749 Patent | Corresponding Structure |
|---|---|
| means for receiving signals from the hearing aid and measuring phase and amplitude | digital phase shifter 30, connector/terminals 31, 34, 121, programmable gain amplifier 32, latches 33, 42, 43, switches 37, 120, related control and signal lines and all equivalents thereof. |
| means for receiving signals from the hearing aid indicative of the summation of acoustic feedback and acoustic feedback cancellation signals | connector/terminals 34, 121, switches 37, 120, latch 45, programmable amplifier 38, rectifier 39, analog-to-digital converter 40, related control and signal lines, and all equivalents thereof. |
| means controlled by the computer for adjusting the phase and amplitude necessary to eliminate acoustic feedback and produce a null summation | latches 33, 42, 43, programmable gain amplifier 32, digital phase shifter 30, and all equivalents thereof. |

## Claim 2 - '749 Patent

| Claim 2 - '749 Patent | Corresponding Structure |
|---|---|
| means controlled by the computer for transmitting phase shift and amplitude data to program the hearing aid to eliminate acoustic feedback | programmable gain amplifier 32, latches 33, 42, 43, digital phase shifter 30 and all equivalents thereof. |