# Exhibit AAA

# REGULAR UTILITY

Form PTO-436
(Rev. 8/78)

4731850

| SERIAL NUMBER | PATENT DATE MAR 0 1 1988 | | PATENT NUMBER |
| --- | --- | --- | --- |

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
| --- | --- | --- | --- | --- | --- |
| 06/879,214 | 06/26/86 | 381 | 68.2 | 261 | BYRD |

**APPLICANTS**

HARRY LEVITT, LIVINGSTON, NJ; RICHARD S. DUGOT, NEW YORK, NY; KENNETH W. KOPPER, RIVER EDGE, NJ.

\*\*CONTINUING DATA\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VERIFIED NONE

\*\*FOREIGN/PCT APPLICATIONS\*\*\*\*\*\*\*\*\*\*\*\*\*
VERIFIED NONE

CERTIFICATE

OCT 3 1989

OF CORRECTION

FOREIGN FILING LICENSE GRANTED 07/24/86

| Foreign priority claimed ☐ yes ☒ no | | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 35 USC 119 conditions met ☐ yes ☒ no | AS FILED | NJ | 4 | 23 | 5 | $ 444.00 | 26768-345/47 |
| Verified and Acknowledged   Examiner's Initials | | | | | | | |

**ADDRESS**

BRUMBAUGH, GRAVES, DONOHUE & RAYMOND
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**TITLE**

PROGRAMMABLE DIGITAL HEARING AID SYSTEM

U.S. DEPT. of COMM.-Pat. & TM Office — PTO-436 L (rev. 10-78)

LN

| PARTS OF APPLICATION FILED SEPARATELY | PREPARED FOR ISSUE 9-16-87 |
| --- | --- |
| | (Assistant Examiner)   (Docket Clerk) |

| AT ALLOWANCE | | | | EXAMINED AND PASSED FOR ISSUE |
| --- | --- | --- | --- | --- |
| SHEETS DWG. | FIGURES DRWGS. | CLAIMS | CLASS | SUBCLASS |
| 4 | 5 | 19 | 381 | 68.2 |

JIN F. NG
PRIMARY EXAMINER
GROUP 260
(Primary Examiner)   (Art Unit)

| Estimate of printed pages | | Issue fee due (est.) |
| --- | --- | --- |
| Drawing(s) | Spec(s) | 560.00 |

D44

| Notice of allowance and issue fee due (est.) | |
| --- | --- |
| Date mailed 9-15-87 | Date paid 12-16-87 |

RETENTION LABEL

879214

PATENT APPLICATION SERIAL NO._____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
050   07/07/86   879214
050   07/07/86   879214
050   07/07/86   879214
```

```
1 101        340.00 CK
1 102         68.00 CK
1 103         36.00 CK
```

MAIL ROOM
JUN 26 1986
PAT. & TRADE MARK OFF.

879214

BRUMBAUGH, GRAVES, DONOHUE & RAYMOND

30 ROCKEFELLER PLAZA

NEW YORK, NEW YORK  10112

—————

5    TO ALL WHOM IT MAY CONCERN:

    Be it known that WE, HARRY LEVITT, RICHARD S. DUGOT and KENNETH W. KOPPER, citizens of the United States, residing at Livingston, County of Essex, State of New Jersey; New York, County of New York, State of New York and River Edge, County
10  of Bergen, State of New Jersey, respectively, whose post office addresses are 46 Tanglewood Drive, Livingston, New Jersey 07039; 590 West End Avenue, New York, New York 10024 and 746 Oak Avenue, River Edge, New Jersey 07661, respectively, have invented an improvement in

15    PROGRAMMABLE DIGITAL HEARING AID SYSTEM

of which the following is a

SPECIFICATION

    This invention relates to hearing aids, and more particularly to hearing aids that are programmable so as to
20  have suitable characteristics to compensate for the hearing deficiencies of a patient.  More specifically, it relates to hearing aids of this character that are capable of automatically adjusting to optimum parameter values as operating conditions such as speech level, room reverberation and back-
25  ground noise change, and also for reducing acoustic feedback.

BACKGROUND OF THE INVENTION

    Conventional hearing aids suffer from several shortcomings.  It is difficult if not impossible with conventional hearing aids to provide a frequency-gain character-
30  istic that is ideal for each individual user.  The acoustic

-1-

26768-345/4779

coupling between the hearing aid receiver and the eardrum
also introduces changes in the frequency-gain characteristic
that is usually deleterious to both speech intelligibility
and overall sound quality.  For many patients, the optimum
5  frequency-gain characteristic varies as a function of the
level of the speech signal reaching the hearing aid.  In
order to protect patients from uncomfortably or dangerously
loud signals, it is also necessary to limit the maximum
acoustic power output of the hearing aid in some way.  The
10  methods used to limit acoustic power output of hearing aids
typically introduce deleterious distortions to the amplified
speech signal.

      Another common problem is that of acoustic feed-
back.  Even in the best designed hearing aids, not all of the
15  amplified acoustic signal is delivered to the eardrum.  A
small proportion of the amplified acoustic signal leaks back
to the hearing aid microphone forming an acoustic feedback
loop.  If the gain of the hearing aid is sufficiently high,
this acoustic feedback will cause a self-generating oscilla-
20  tion to occur, resulting in an unwanted and highly unpleasant
whistling sound.  These acoustic oscillations prevent the
hearing aid from being used.  Methods of acoustic feedback
control that are typically used include a tighter acoustic
seal between the earmold and the walls of the ear canal so as
25  to reduce acoustic leakage, placing the microphone at some
distance from the hearing aid receiver, e.g. on the opposite
ear, or simply reducing the gain of the hearing aid.  None of
these methods provides a satisfactory solution for high-gain
hearing aids.

26768-345/4779

One of the most common complaints of hearing aid
users is that background noise is particularly damaging to
the understanding of speech.  Methods currently used to
reduce background noise in hearing aids employ filtering
5  techniques in which the frequency regions containing high
noise levels are eliminated.

Another common problem is that of room reverbera-
tion produced by acoustic reflections off the walls, ceiling,
floor, and other surfaces in a room.  A small amount of
10  reverberation is beneficial but too much reverberation will
make a room sound hollow or echoic and will interfere with
both the quality and the intelligibility of speech.

Systems have been proposed heretofore utilizing
computers for testing the hearing of patients and generating
15  programming for a programmable hearing aid, as disclosed in
"Computer Application in Audiology and Rehabilitation of the
Hearing Impaired" by Harry Levitt, Journal of Communication
Disorders 13 (1980), pages 471-481, and in the U.S. patents
Nos. 4,187,413 to Moser, 4,489,610 to Slavin, and 4,548,082
20  to Engebretson et al., for example.  None of these systems,
however, affords a satisfactory solution for the problems of
acoustic feedback, background noise, room reverberation and
changes in the optimum frequency-gain characteristic result-
ing from variations in the level of the speech signal reach-
25  ing the hearing aid.

It is an object of the invention, accordingly, to
provide a new and improved hearing aid system that is free of
the above-noted deficiencies of the prior art.

Another object of the invention is to provide new
30  and improved hearing aid apparatus of the above character

-3-

which is capable of automatically adjusting to an optimum set
of parameter values as the speech level and type of back-
ground noise change.

A further object of the invention is to provide new
5 and improved hearing aid apparatus of the above character in
which acoustic feedback is substantially reduced.

Still another object of the invention is to provide
new and improved hearing aid apparatus that is capable of
effective noise and reverberation suppression and acoustic
10 feedback reduction while maintaining optimum hearing charac-
teristics as the speech and noise levels vary.

## SUMMARY OF THE INVENTION

A hearing aid system according to the invention
comprises a hearing aid that is programmable so as to have
15 optimum electro-acoustic characteristics for the patient and
acoustic environment in which it is used.  It also includes
instrumentation for measuring relevant audiological charac-
teristics of the patient, as well as techniques and instru-
mentation for programming the hearing aid to have selected
20 characteristics to compensate for hearing deficiencies deter-
mined from the measurements made.  Desirably, several sets of
optimum hearing aid parameter values, specified in terms of
both the amplitude and phase characteristics, are determined
for the patient as a function of speech level, type of back-
25 ground noise, and room reverberation, both spectral and
temporal characteristics of the noise being taken into
account.  The selected optimum parameter values are prefer-
ably programmed into an electronically erasable, programmable
read only memory (EEPROM) which supplies coefficients to

-4-

26768-345/4779

programmable filter and amplitude limiting means in the
hearing aid so as to cause the hearing aid to adjust automa-
tically to the optimum set of parameter values for the speech
level, room reverberation, and type of background noise then
5  obtaining.

    In one form, the programmable filter may be a
digital equivalent of a tapped delay line in which each
delayed sample is multiplied by a weighting coefficient. The
sum of the weighted samples generates the desired electro-
10  acoustic characteristics. Alternatively, the programmable
filter may be a tapped analog delay line in which the sum of
the weighted outputs of the taps generates the desired
characteristics. An important advantage of the latter type
of filter is that the power consumption is low and quasi-
15  digital techniques can be used, i.e., the waveform is sampled
at discrete intervals in time without analog-to-digital
conversion.

    Another form of filter uses a small number of
delays in which the delayed output is multiplied by a coeffi-
20  cient and added to the filter input so as to achieve addi-
tional delays, a technique known as recursive filtering.

    The invention also provides means for reducing
acoustical feedback. In one embodiment, an electrical feed-
back path in the hearing aid is matched in both amplitude and
25  phase to the acoustic feedback path and the two feedback
signals are subtracted so as to cancel each other. In an
alternative embodiment, a single filter in the forward path
is used with a transmission characteristic equivalent to that
of the filter in the forward path plus the electrical feed-
30  back path.

26768-345/4779

Environmental noise control is effected according
to the invention by providing means for sensing the relative
speech/noise content in the signals from the hearing aid
microphone and generating binary words that are supplied to
5   the programmable filter for selecting from a memory a set of
delay line tap coefficients that are effective to impart to
the filter the appropriate frequency response for the spe-
cific environmental noise condition then being detected.

According to the invention, reduction in both noise
10  and reverberation is achieved by the use of two or more
microphones.  The output of each microphone is processed in
both amplitude and phase such that the summed output of the
microphones is analogous to the output of a frequency selec-
tive directional microphone.

15          DESCRIPTION OF THE PREFERRED EMBODIMENTS

For a better understanding of the invention, refer-
ence is made to the following detailed description of a
representative embodiment taken in conjunction with the
accompanying drawings, in which:
20          Figure 1 illustrates schematically a host con-
troller for use in prescribing a wearable, programmable
hearing aid according to the invention;

Figure 2 illustrates schematically one form of
programmable hearing aid according to the invention which
25  utilizes a digital delay line filter;

Figure 3 shows a set of optimum frequency-gain
characteristics appropriate for different speech levels for a
typical hearing impaired subject;

-6-

26768-345/4779

Figure 4 is a partial schematic diagram of the hearing aid shown in Figure 2, modified to utilize an analog delay line filter; and

Figure 5 shows schematically how multiple micro-
5  phones can be used according to the invention to reduce both noise and reverberation.

A hearing aid system according to the invention comprises generally a wearable, programmable hearing aid in which all operations are controlled by data stored in an
10  erasable electrical programmable read only memory (EEPROM), and a host controller providing electrical signals and test sounds as necessary for measuring the residual hearing of a subject, establishing optimal hearing aid parameters for the subject (including the phase relationship between input and
15  output) and generating control signals as necessary to pro-gram the EEPROM module to perform the desired operations in the hearing aid.

## THE HOST CONTROLLER

Referring first to Figure 1, the host controller 20
20  is shown as comprising an audiometric signal generator 21 including a signal generator 22, the frequency of which is controllable by a digital-to-analog (D/A) converter 23 con-trolled by a computer 24 through a latch 25. The output level of the signal generator is adapted to be adjusted by an
25  attenuator 26 also controlled by the computer 24, through a latch 27. The output of the attenuator 26 is supplied to one terminal 28 of a switch 29, from which it can be transmitted through an amplifier 119 and a switch 120 to a terminal connector 121.

-7-

The host controller 20 also includes a phase mea-
surement circuit comprising a digital phase shifter 30 which
is adapted to receive the output voltage of the hearing aid
through a connector 31 and a programmable  gain amplifier 32,
5   the gain of which is controllable by  the computer 24 through
the latch 33.

In adjusting a hearing aid for reduced feedback as
described below, the input voltage developed by the hearing
aid microphone in response to acoustic feedback alone when a
10   test signal is supplied to the hearing aid is summed with an
electrical feedback voltage supplied to the terminal 144 by
the phase shifter 30.  The summed acoustic and electrical
feedback voltages from the hearing aid are supplied from the
terminal 34 through the engaged movable and fixed contacts 35
15   and 36 of a switch 37, a programmable gain amplifier 38, a
rectifier 39 and an analog to digital (A/D) converter 40 to
the computer 24.  In effecting the adjustment, the gain of
the amplifier 32 and the phase shifter 30 are adjusted until
a null output from the A/D converter 40 is read by the com-
20   puter 24, indicating cancellation of the electrical and
acoustic signals.  The settings of the phase shifter 30 and
the amplifier are then used to program an EEPROM in the
hearing aid so as to cancel acoustic feedback.

The programmable gain amplifier 38 is controlled by
25   the computer 24 through a latch 41, and the digital phase
shifter 30 is also controlled by the computer 24 through the
latches 42 and 43.

Additional components of the host controller 20 are
programming logic comprising the latches 44 and 45 and a
30   conventional tri-state buffer 46 which are activated in

-8-

response to the computer 24 to provide the necessary signals
to program the EEPROM and control the hearing aid during
testing and programming, as described in greater detail
below.

5          A conventional tape player 47 is also provided for
generating various sound combinations for testing of a
patient's hearing.  The tape player 47 is controlled by the
computer 24 through a latch 48 and its output level is
adapted to be controlled by an attenuator 49, also controlled

10  by the computer 24, through a latch 50.  The output of the
attenuator 49 is supplied to the movable contact 51 of a
switch 52 which is controllable to supply the output either
to a connector 53 to a sound field system, or to a fixed
contact 54 on the switch 29 for supply to the hearing aid, as

15  described in greater detail below.  The switches 29 and 52
and the tri-state buffer 46 are adapted to be controlled by
the computer 24 through the latch 44.

         The respective latches 27, 25, 42, 43, 33, 40, 41,
44, 45, 48 and 50 are adapted to be controlled by the com-

20  puter 24 through an address decoder 55 and Read/Write logic
56.

                      THE HEARING AID

         Referring now to Figure 2, a wearable hearing aid
according to the invention comprises a microphone 57, the

25  output of which is fed through a programmable automatic gain
control (AGC) circuit 58 and a switch 59 to one terminal of
summing amplifier 60.  In normal operation, amplifier 60
supplies the signal through the conductors 61 and 62 and a
filter 63 to a programmable filter 64 which is adapted to be

30  programmed in the manner described below to produce optimum

-9-

26768-345/4779

hearing aid characteristics for the patient based on the
measurements made of the patient's residual hearing.  The
output of the programmable filter 64 is fed from the movable
contact 65 of the volume control 66, through a programmable
5  limiter 67, and an amplifier 68 to the hearing aid receiver
69.

The programmable filter 64 comprises essentially a
digital tapped delay line including a 12 bit A/D converter
70, which supplies outputs to a 32x12 random access memory
10  (RAM) 71, a 12 bit temporary register 72, and a 12 bit D/A
converter 73.  The signal supplied to the RAM 71 is sampled
by a 5 bit up-down counter 74 controlled by timing logic 75
connected to receive clock signals from an oscillator divider
76 oscillating at a frequency at least twice the audio signal
15  band width.

The characteristics of the programmable filter 64
are determined by coefficients stored in a random access
memory (RAM) 77 which are selected and fed to a 7 bit D/A
converter 78, the output of which is supplied to the D/A
20  converter 73 for multiplication of the sampled data by a
selected coefficient from the RAM 77.  The output of the D/A
converter 73 is summed in a conventional charge transfer
summing circuit 78a and the sum signal is supplied through a
sample and hold circuit 79 to a conventional anti-imaging
25  filter 80.  The output of the filter 80 is fed through the
movable contact 81 of a switch 83 and a fixed contact 82
thereof to the volume control 66 and eventually to the
receiver 69.

The coefficients stored in the RAM 77 when the
30  hearing aid is in operation are provided essentially by an

-10-

26768-345/4779

EEPROM 84 previously programmed by the host controller 20
(Fig. 1) as described in greater detail hereinafter. On
power-up, the filter coefficients and limit parameters are
transferred from the EEPROM 84 to the RAM 77 as follows:

5    Tri-state switches 85 and 86 are enabled and power is sup-
plied to the EEPROM 84 from a power-up control circuit 87.
A switch 88 is now activated to connect an 11 bit counter 89
to the RAM 77 through the switch movable contact 90. The
power-up control circuit 87 acting through the tri-state

10   switch 85 supplies reset pulses to a divide-by-12 counter 91,
to the 11 bit counter 89 and to a series parallel converter
92.

The power-up control circuit 87 also supplies clock
pulses to the series parallel converter 92 and to the

15   divide-by-12 counter 91 such that after every twelfth clock
pulse, data is transferred from the EEPROM 84 through the
series parallel converter 92 and the tri-state switch 86 to
one of the memory locations in the RAM 77 as determined by
the 11 bit counter 89. These steps are repeated as many

20   times as are required to transfer all of the data stored in
the EEPROM 84 to the RAM 77. When that occurs, the tri-state
switch 86 is disabled and supplies a signal to the switch 88
to connect the movable contact 90 thereof to the fixed
contact 93, which is connected to the movable contact 94 of a

25   switch 95 and to the 5 bit counter 74 and the RAM 71. The
hearing aid is then in its normal operating mode.

Automatic adjustment of the hearing aid to take
into account environmental conditions such as changes in the
speech level and type of background noise obtaining at any

30   time is effected by environmental control means comprising a

-11-

26768-345/4779

speech detector 96, four band pass filters 97, 98, 99 and

100, and a level detector including four differently pre-

biased comparators 101, 102, 103 and 104.  Typical bandwidths

for the filters 97, 98, 99 and 100 might be 100-750 Hz, 750-

5    1500 Kz, 1500-3000 Hz, and 3000 to the upper frequency limit,

respectively.  The speech detector 96 is conventional and may

include a level detector followed by a short term averaging

device.  For steady state noise, the output of the level

detector will be relatively constant, indicating that noise

10   only is present.  Whenever fluctuations in level are within a

prescribed bandwidth typical of speech, the short term

average increases, indicating that speech is present.  The

speech detector 96 is clocked periodically by signals from

the oscillator divider 76 to provide either a zero output

15   indicative of noise or a one output indicative of speech

periodically to each of a plurality of sample and hold cir-

cuits 105, 106, 107 and 108.  The outputs of the band pass

filters 97, 98, 99 and 100 are rectified in the rectifiers

109, 110, 111 and 112, respectively and fed to the sample and

20   hold circuits 105-108, respectively, the outputs of which are

fed to the comparators 113, 114, 115 and 116, respectively.

The outputs of the rectifiers 109-112, respectively, are also

supplied directly as inputs to the comparators 113-116,

respectively.

25       So long as there is a one output from the speech

detector 96 indicating the presence of speech in the input,

the instantaneous outputs of each of the band pass filters

97-100 are compared with previous values held in the sample

and hold circuits 105-108, causing the comparators 113-116,

30   respectively, to generate a binary coefficient (0,1)

-12-

26768-345/4779

indicating whether or not the speech level in the associated
band pass filter exceeds the noise level.  At the same time,
a level detector 117 responsive to the respective outputs of
the comparators 101-104 generates a two bit coefficient indi-
5   cating the average signal level.

        The outputs of the comparators 113-116, inclusive,
and of the input level detector 117 are fed to latching means
118, which provides a six bit output that is adapted to be
transmitted through the switches 95 and 88 to the RAM 77.
10  Whenever the output of the speech detector 96 indicates that
speech is present, the binary outputs of the four filter
level comparators 113-116, inclusive, and that of the average
level detector 117 are transmitted to the RAM 77 through the
control switches 95 and 88.  These binary words are updated
15  at regular intervals at a clock rate determined by the oscil-
lator divider 76, as stated.  Each of the  sixty-four possi-
ble combinations of the 6 bit binary words identifies a
different frequency response for the programmable filter, and
a corresponding set of coefficients stored in the RAM 77 is
20  selected, thereby automatically adjusting the hearing aid to
the optimum set of parameter values as the speech level and
type of background noise change.

        In prescribing hearing aids with the use of the
host controller, the subject is seated in a quiet room with
25  the hearing aid inserted in his ear.  The hearing aid is
connected to the host controller by an electrical cable (not
shown), thereby placing it directly under the control of the
host controller.  The prescriptive procedure usually consists
of five stages:

-13-

(1)   measurement of the subject's residual hearing;

(2)   derivation of an appropriate set of electroacoustic characteristics of the hearing aid from such
5   measurements, and programming the hearing aid accordingly;

(3)   measuring acoustic feedback in the hearing aid;

(4)   re-programming the hearing aid to minimize acoustic feedback; and

10   (5)   paired comparison testing of possible alternative settings of the hearing aid to determine the optimal hearing aid settings for the subject.

The subject's residual hearing is measured using signals generated by the audiometric section 21 in the host
15   controller 20 (Fig. 1).  These signals are delivered to the hearing aid via the switch 29, an amplifier 119, a switch 120, a connector 121, a connector 122 in the hearing aid, and the conductor 62.  The signals are processed by the digital programming filter and associated circuitry in the hearing
20   aid and are delivered to the subject's ear using the hearing aid receiver and associated coupling that the subject will actually wear after the hearing aid is prescribed.  This procedure eliminates the need for any corrections in going from headphone to sound field measurements.  The measurements
25   are usually obtained with narrow band stimuli (tones, warble tones, or narrow band noise) and include threshold of hearing, various loudness levels (comfortable, loud) and loudness discomfort level.

The measurements obtained on the patient's resid-
30   ual hearing are used in deriving the electroacoustic

-14-

26768-345/4779

characteristics of the hearing aid.  The measurements of
loudness discomfort level are used to program the limiter 67
so that sounds amplified by the hearing aid never exceed the
patient's loudness discomfort level.  The measurements of
5   auditory threshold, most comfortable loudness level, and
loudness discomfort level are used to determine the frequency
gain characteristics of the hearing aid.

Figure 3 shows four frequency-gain characteristics
for a typical patient.  Curve A is used when the speech
10   signal reaching the hearing aid is relatively low, as would
occur when somebody speaks in a very soft voice.  Under these
conditions the hearing aid provides a large amount of gain,
particularly in the high frequencies.  This is done to ensure
that the speech spectrum is placed above the patient's thres-
15   hold of hearing at all frequencies.

Curve B is used when the incoming speech signal is
at the low end of the comfortable loudness range for a normal
hearing person.  The amplification provided places the speech
spectrum at the bottom of the patient's most comfortable
20   loudness range at all frequencies.

Curve C is used when the level of the incoming
speech is moderately loud for a normal hearing person.  The
amplification provided places the speech spectrum at the top
of the patient's most comfortable loudness range for all but
25   the lowest frequencies.  Less gain is provided at the low
frequencies to reduce upward spread of masking effects; e.g.,
weak high-frequency sounds being masked by intense low
frequency sounds.

Curve D is used when the signals reaching the
30   hearing aid are very loud for a normal hearing person.  Under

-15-

these conditions the hearing aid provides relatively little
gain with a significant roll off in the low frequency region
in order to substantially reduce upward spread of masking
effects.

5       A set of coefficients is derived for each of these
frequency gain characteristics.  These coefficients are
derived using procedures that are well known in the field of
digital signal filtering and are used to program filter 64 so
that the hearing aid produces the required frequency-gain
10  characteristic.  The filter coefficients are stored in the
RAM 77.

The level of the incoming speech signal is deter-
mined by the level detectors 101, 102, 103 and 104.  The
decoder 117 generates a binary word depending on the outputs
15  of these level detectors.  This binary word is transmitted to
the RAM 77, in order to select the appropriate set of filter
coefficients.  If the signal reaching the hearing aid con-
sists of speech plus noise, as determined by the speech
detector 96, then alternative frequency-gain characteristics
20  are used.  These frequency-gain characteristics are derived
by first determining the incoming signal level, as described
above, selecting an appropriate frequency-gain characteristic
and then reducing the gain in those frequency regions where
the background noise level exceeds the speech level. This is
25  determined by comparing the output levels of the bandpass
filters 97, 98, 99, and 100 when speech is present to the
corresponding levels measured when noise only is present.
The latter information is stored in the sample and hold units
105, 106, 107 and 108.  The comparisons are done by means of
30  the comparators 113, 114, 115, and 116.  The outputs of these

-16-

comparators in combination with the outputs of the level
decoder, 117, generate a 6-bit word that selects the appro-
priate set of filter coefficients in the RAM 77.

For patient hearing parameter selection and
5   programming, the hearing aid is interfaced with the host
controller as described above, and the EEPROM 84 (Fig. 2) is
plugged into a programming slot 124 in the host controller
20.   A conductor in the line 125 (Fig. 1) is set to logic 1
by operation of the computer 24 which applies a logic 1
10  signal to the line 126 (Fig. 2), resulting in the tri-state
switch 85 being disabled and the switch 88 being activated by
an OR gate 127 to move the switch movable contact 90 to con-
nect the counter 89 to the RAM 77.   The host controller 20
generates reset pulses which are transmitted over a conductor
15  in the line 128 (Fig. 1) through the connector 129 and the
line 130 in the hearing aid (Fig. 2) to reset the counters 91
and 89 and the series-to-parallel converter 92.

Clock signals are fed from the host controller 20
over another conductor in the line 128  through a connector
20  131 and a conductor 132 in the hearing aid to the serial-to-
parallel converter 92 and are divided by 12 in the counter
91, the output of which is fed through the switch 88 to the
RAM 77.   Synchronously with the clock signals on the line
132, data are fed from a conductor in the line 128 in the
25  host controller 20 and through a connector 133 and a con-
ductor 134 in the hearing aid to the serial-to-parallel con-
verter 92.   After every twelfth clock signal, data is trans-
ferred from the serial-to-parallel converter 92 through the
tri-state switch 86 to one of the memory locations in the RAM
30  77 determined by the counter 89.   This step may be repeated

-17-

26768-345/4779

as many times as required to store essential data in the
RAM 77 within the storage limits of the latter.  The line 126
is then set to logic 0 by operation of the computer 24
through a conductor in the line 125, thus disabling the tri-

5   state switch 86 and actuating the switch 88 to cause the
movable contact 90 thereof to move into engagement with the
fixed contact 93 resulting in the connection of the RAM 77
to the counter 74 and to the RAM 71.  The hearing aid is
now ready for patient hearing parameter selection and

10  programming.

The selection of the desired hearing aid parameters
is accomplished by actuating the computer 24 to set the line
135 in the hearing aid (Fig. 2) to logic 1 through a con-
ductor in the cable 128 and a connector 136 on the hearing

15  aid.  This activates the switch 95 and supplies data in the
form of 6 bit words from the series-to-parallel converter 92
over the line 137 through the movable contact 94 of the
switch 95 and the movable contact 90 of the switch 88 to the
RAM 77.  The series-to-parallel converter 92 is reset by a

20  signal from the computer 24 (Fig. 1) transmitted through a
conductor in the line 128 and the connector 129 and conductor
130 in the hearing aid, and a 6 bit word is fed into the
converter 92 and placed on seven of the address lines of the
RAM 77, selecting one of sixty-four possible sets of coeffi-

25  cients for use in the programmable filter in the hearing aid.
The selection proceeds in the like fashion throughout the
process of frequency shaping of the filter.

Feedback cancellation is achieved in the hearing
aid by first measuring the acoustic feed back in situ and

30  then creating an electronic feedback path with identical

-18-

26768-345/4779

amplitude and phase characteristics.  The outputs of the two
feedback paths are then subtracted, thereby canceling any
feedback signals that might occur.

      Acoustic feedback is measured with the hearing aid
5  in the ear as it would normally be worn.  An electrical test
signal is applied to the terminal 122 (Fig. 2) from the host
controller 20.  A portion of this amplified acoustic signal
will leak through the ear mold and reach the microphone 57,
which will then convert the signal back to electrical form
10  and return it to the hearing aid amplifier.  Feedback will
occur if the total gain in the loop, i.e., from the input to
the filter 63 through the filter and amplifier of the hearing
aid to the output transducer 69 and from the microphone 57
back to the input to the filter 63, exceeds unity.

15      For the purpose of this measurement, the feedback
loop is broken between 140 and 122.  Terminal 140 of the
hearing aid is then connected to terminal 34 of the host
controller, terminal 142 of the hearing aid is connected to
terminal 31 of the host controller, and terminal 143 of the
20  hearing aid is connected to terminal 144 of the host con-
troller.  The programmable phase shifter 30 and programmable
amplifier 32 are then adjusted by the computer 24 so as to
minimize the sum of the acoustic and electrical feedback
signals of the output of summing amplifier 60.

25      From the settings obtained with the phase shifter
30 and amplifier 32 at cancellation (at the "null"), the host
controller calculates a set of coefficients for a program-
mable filter to be inserted in the electrical feedback path
between terminals 142 and 143 so as to cancel the acoustic
30  feedback.

20

26768-345/4779

If desired, the additional programmable filter in
the feedback path of the hearing aid can be eliminated by
calculating the effective gain of both the forward and feed-
back paths and modifying the programmable filter 64 so as to
5   include this additional gain.  This implementation neces-
sarily requires an adjustment to both the amplitude and phase
characteristics of the filter 64.  Alternatively, filter 64
can be placed in the feedback path with appropriate changes
in the coefficients.

10      The setting of the hearing aid is then checked
using a paired comparison technique to determine if optimum
frequency response characteristics for the patient have been
obtained.  This involves the provision in the host controller
of one or more additional programmable filters adjusted to
15  have frequency responses that differ systematically from that
prescribed using the above procedure.  In the practice of
this technique, the patient compares the prescribed hearing
aid against an alternative hearing aid by replacing the pre-
scribed filter and limiter with components having alternative
20  electroacoustic characteristics by actuation of a select
switch 123 in the host controller 20.  The patient listens to
speech through the hearing aid, switching back and forth two
sets of electroacoustic characteristics at will by means of
the switches 123A and 123B, choosing the characteristic which
25  is more intelligible or preferable in some way.  Paired
comparisons made in this manner may be repeated with
systematic deviations from the prescribed frequency response
in order to determine whether another frequency response
would be more intelligible or preferable.  If a better
30  response is found, the paired comparison procedure may be

26768-345/4779

repeated iteratively until the optimum set of electroacoustic
characteristics is found.  Adaptive strategies for finding
the optimum electro-acoustic characteristics are described in
Levitt et al., Journal of Rehabilitation Research and
5   Development, Vol. 23, No. 1, 1986, pages 79-87.

      In normal operation, the EEPROM 84, with the
optimum coefficients determined as described above stored
therein, is plugged into the hearing aid, and when power is
turned on the coefficients are transferred from the EEPROM 84
10  into the RAM 77.  From then on the EEPROM is inactive in
order to save power.  The operating sequence is as follows:
On power-up the tri-state switches 85 and 86 are enabled,
power is supplied to the EEPROM 84 from the power-up control
circuit 87, and the switch 88 is activated to connect the
15  counter 89 to the RAM 77.  The power-up circuit control 87
supplies reset pulses to the counters 89 and 91 and to the
series-to-parallel converter 92, and clock pulses to the
counter 91, the converter 92 and the EEPROM 84.  After every
twelfth clock pulse, data is transferred from the series-to-
20  parallel converter 92 through the tri-state switch 86 to one
of the memory locations in the RAM 77 determined by the
counter 89.  This step is repeated until all the data stored
in the EEPROM 84 have been transferred to the RAM 77.  The
tri-state switch 86 is then disabled and the switch 88 is
25  connected to the switch 37, the counter 74 and the RAM 71.

      The hearing aid is now in its normal operating mode
and speech detected by the microphone 57 is amplified in the
programmable automatic gain control circuit 58 and trans-
mitted through the amplifier 60, the filter 63 and the low
30  pass filter 63a into the programmable filter circuitry.

-21-

26768-345/4779

A so-called "bucket brigade" analog delay line may
be used as a programmable filter instead of the digital delay
line described above, as shown in Fig. 4.  Thus, the audio
signal may be fed from the filter 63a through a compressor
5  145 to a delay line 146 having, say, thirty-two taps there-
along.  The delay line 146 is clocked by a 50% duty cycle
signal at a frequency equal to at least twice the audio
signal bandwidth.  During the logic "1" period of the clock,
the audio signal is supplied into the next stage of the
10  analog delay line.  On the  falling edge of the clock signal,
the analog signal is held in the next stage.  During the
logic "0" period of the clock, an analog multiplexer 147
selects one of the thirty-two taps of the delay line and
feeds the signal therefrom into the input of a 7 bit D/A
15  converter 148.  The signal is divided down in a resistance
ladder in the converter 148 as determined by a 7 bit word
from the RAM 77, the address of which is specified by the
counter 89.

The divided down voltage is then given a plus or
20  minus sign as determined by a bit from the series-parallel
converter 92 and is fed to a switched capacitor summing cir-
cuit 149.  The analog multiplexer 147 proceeds to the next
tap and repeats the process just described for a total of
thirty-two times.  The thirty-two voltages thus derived are
25  summed in the summing circuit 149 and transferred to a sample
and hold circuit 150, the output of which is expanded in an
expander 151 and supplied through the filter 80 to the hear-
ing aid receiver 69.

An analog tapped delay line in which the delays
30  are achieved acoustically might also be employed in a

-22-

26768-345/4779

programmable hearing aid filter according to the invention,
instead of the digital and analog delay lines described
above.  This might be accomplished by feeding the hearing aid
electrical signals to a transducer to generate sound to
5   travel along a tube of appropriate length and having taps in
the form of miniature microphones disposed along the tube.
The signals at the taps would be multiplied by selected
predetermined coefficients and added to produce a resultant
characteristic much in the same manner as described above.

10      By using an array of two or more microphones on the
body (e.g., along the frame of a pair of spectacles), the
weighting coefficients can be chosen in the manner described
above such that the weighted summed output of the micro-
phones, with an appropriate phase shift, is equivalent to the
15  output of a frequency selective directional microphone.  This
will reduce the effects of both noise and room reverberation.
A typical configuration is shown in Figure 5 as comprising
the microphones 155 and 156 supplying inputs to amplifiers
157 and 158, the gain and phase characteristics of each of
20  which is programmable from the RAM 77 in the hearing aid.
The outputs of the programmable gain amplifiers 157 and 158
are summed in a summing amplifier 159, the output of which
would be supplied to the programmable AGC device 58.

        Automatic adjustment of the frequency response of
25  the hearing aid as a function of speech level may also be
effected by placing the programmable filter in a feedback
loop in series with a programmable compression amplifier.
Since the degree of feedback depends on signal level, the
overall frequency response also depends on signal level.

24

26768-345/4779

The components shown in Figures 2, 4 and 5 may be incorporated in the hearing aid or part may be contained in a pocket size case to be carried in the clothing of the person wearing the hearing aid.  In the latter case, the components
5    contained in the case may be coupled to the components in the hearing aid by a conventional FM transmission link, for example.

The invention thus provides a novel and highly effective hearing aid system for use by hearing impaired
10   patients.  By utilizing a digital or analog delay line as a programmable filter in a hearing aid, it is possible to establish optimal hearing aid parameters for the patient. Moreover, by virtue of the novel means employed for effecting automatic adjustment of the programmable filter to optimum
15   parameter values as the speech level, room reverberation  and type of background noise change and for reducing acoustic feedback, a superior hearing aid system of optimum character- istics can be prescribed for hearing deficient patients.

The several embodiments described above and
20   depicted in the drawings are intended to be only illustra- tive, and modifications in form and detail are possible within the scope of the following claims.  For example, more than four bandwidth filters and different frequency bands might be employed.  Also, the number of taps on the digital
25   filter may be greater than 32 as in the specific embodiment described above and the A/D converter may, of course have more than 12 bit resolution.

-24-

CM   We claim: Claims 1-12 Plus >

26768-345/4779

WE CLAIM:

1. A hearing aid comprising at least one input microphone, an output receiver, and a signal transmission channel interposed between said microphone and said receiver
5   in which the improvement comprises a programmable delay line filter interposed between the input and output of said transmission channel, said filter being programmed to impart to the hearing aid at least one response characteristic effective to compensate for impaired hearing of the wearer of the
10  aid.

2. A hearing aid as described in claim 1 in which said programmable delay line filter is interposed in a forward path through said transmission channel.

3. A hearing aid as described in claim 1 with
15  programmable signal limiter means interposed between the input and output of said transmission channel.

4. A hearing aid as described in claim 3 in which said programmable delay line filter and said programmable signal limiter means are interposed in a feedback path for
20  said transmission channel.

5. A hearing aid as in claim 2 in which said filter comprises a delay line having a multiplicity of taps, first memory means for storing filter-response related coefficients therein, and means jointly responsive to said
25  delay line taps and to coefficients stored in said memory means for providing an output having at least one response

-25-

26768-345/4779

characteristic effective to compensate for impaired hearing
of the wearer of the aid.

3
6. A hearing aid as in claim 5 in which said
filter comprises a digital delay line and means for convert-
5   ing analog signals in said channel to digital signals for
application to said delay line.

4
7. A hearing aid as in claim 5 in which said
filter comprises an analog delay line having a multiplicity
of taps, and means for periodically sampling analog signals
10   in said channel and supplying them to said delay line.

Sub
A3
8. A hearing aid comprising at least one input
microphone, an output receiver, and a transmission channel
interposed between said microphone and receiver, means con-
trollable to impart different response characteristics to
15   said hearing aid, and means responsive to a characteristic of
the signal in said transmission channel for automatically
controlling said controllable means to impart a selected one
of said different response characteristics to said hearing
aid.

20      9. A hearing aid as described in claim 8 in which
said controlling means is responsive to the signal level in
said transmission channel.

10. A hearing aid as described in claim 8 in which
said controlling means is responsive to noise in said trans-
25   mission channel.

-26-

26768-345/4779

11.   A hearing aid as described in claim 6 in which
said controlling means is responsive to the level of speech
signals in said transmission channel in excess of the level
of noise signals in said channel.

5        12.   A hearing aid as described in claim 11 in which
said controlling means comprises speech detector means for
determining when speech signals are in said transmission
channel, a plurality of bandpass filter means for determining
the noise frequency spectrum in said transmission channel, a
10   plurality of comparator means each responsive to said speech
detector and to respective bandpass filter means for indica-
ting whether the speech level in each said bandpass filter
exceeds the noise level therein and for actuating said con-
trolling means to impart to the hearing aid a response
15   characteristic effective to compensate for impaired hearing
of the wearer of the aid at the noise levels obtaining in
said channel.

13.   A hearing aid as described in claim 12 in which
said controlling means also comprises means for rectifying a
20   portion of the signals in said transmission channel, a
plurality of differently pre-biased comparators connected to
receive the output of said rectifying means, and means
responsive to the outputs of said comparators for generating
a signal representative of the average level of the signals
25   in said transmission channel for controlling said control-
lable means to impart to the hearing aid a response charac-
teristic effective to compensate for impaired hearing of the

-27-

wearer of the aid at the signal and noise levels obtaining in
said channel.

8. A hearing aid as described in claim 7 in which
said controllable means comprises a delay line having a

5    multiplicity of taps, memory means for storing predetermined
filter response-related coefficients therein, and means res-
ponsive to said controlling means for combining said delay
line taps and coefficients to constitute a delay line filter
of predetermined response characteristic in said transmission

10   channel.

Sub
a 5      ~~15~~. A hearing aid as described in claim 2 in which
said programmable  filter is ~~programmed to effect~~ substantial
reduction of ~~acoustic~~ feedback from said receiver to said
~~microphone.~~

B
B    15      10. A hearing aid as described in claim 1 in which
said programmable delay line filter is programmed so as to effect
substantial reduction of acoustic feedback from said receiver
to said microphone.

Sub
a 620   ~~17. A hearing aid as described in claim 6 in~~
which said digital delay line comprises second memory means
arranged to receive digital signals from said analog-to-
digital converting means, register means connected to receive
digital signals from said second memory means, first
digital-to-analog converter means connected to receive

25   digital signals from said register means, timing means con-
~~trolling the transfer of digital signals from said second~~

-28-

26768-345/4779

memory means through said register means to said first
digital-to-analog converter means, second digital-to-analog
converter means connected to receive filter response related
coefficients from said memory means in timed relation to the
5  transfer of digital signals to said first digital-to-analog
converter means and to supply analog signals therefrom to
said first digital-to-analog converter means for combination
therein with digital signals transferred thereto from said
second memory means, signal summing means connected to
10  receive the output of said first digital converter means, and
sample and hold means connected to receive the output of said
signal summing means.

18.    A hearing aid as described in claim 7 with
digital-to-analog converter means connected to receive
15  filter-response related coefficients from said first memory
means for conversion to analog values, multiplexer means
connected to supply signal samples from said sampling means
to said digital converter means for combination with said
respective analog values, summing means for summing said
20  analog values and signal samples, and sample and hold means
connected to receive the output of said summing means.

13
19.    A method of reducing acoustic feedback in a
sound system comprising a microphone, a transducer and a
signal transmission channel interposed between said micro-
25  phone and transducer, comprising the steps of
determining the effect on the amplitude and
phase of a signal in said transmission channel as a function

-29-

26768-345/4779

of frequency of acoustic feedback between said transducer and microphone, and

inserting between the input and output of said transmission channel an electrical feedback path having a

5    filter therein programmed to equalize and reduce the effect of said acoustic feedback both in amplitude and phase on a signal in said transmission channel.

14. A method of reducing acoustic feedback in a hearing aid comprising a microphone, a receiver fitted in an

10   ear of a wearer of the aid, and a signal transmission channel interposed between said microphone and transducer, comprising the steps of

determining the effect on the amplitude and phase of a signal in said transmission channel as a function

15   of frequency of acoustic feedback between said receiver and microphone, and

inserting between the input and output of said transmission channel a programmable filter programmed to equalize and reduce the effect of said acoustic feedback both

20   in amplitude and phase on a signal in said transmission channel.

15. A method of reducing feedback in a hearing aid as described in claim 14 in which said programmable filter is inserted in a forward path through said transmission channel.

25   16. A method of reducing feedback in a hearing aid as described in claim 14 in which said programmable filter is

-30-

26768-345/4779

inserted in an electrical feedback loop for said transmission channel.

17.    A hearing aid comprising at least two input microphone channels, means for adjusting the amplitude and
5    phase characteristics of each of said microphone channels, means for summing the outputs of said microphone channels, an output receiver, a signal transmission channel connected to receive the output of said summing means and to provide an output to said receiver, and a programmable filter interposed
10    between said summing means and the output of said transmission channel, said filter being programmed to impart to the hearing aid at least one response characteristic effective to compensate for impaired hearing of the wearer of the aid and to reduce the effects of both noise and reverberation.

add
a7

-31-

3 8    Claims 18 and 19

26768-345/4779

## ABSTRACT OF THE DISCLOSURE

A hearing aid system comprises a hearing aid that
is programmable so as to have optimum electro-acoustic
characteristics for the patient and acoustic environment in
5  which it is used.  Selected optimum parameter values are pro-
grammed into an electronically erasable, programmable read
only memory (EEPROM) which supplies coefficients to a pro-
grammable filter and amplitude limiter in the hearing aid so
as to cause the hearing aid to adjust automatically to the
10 optimum set of parameter values for the speech level, room
reverberation, and type of background noise then obtaining.
The programmable filter may be a digital equivalent of a
tapped delay line in which each delayed sample is multiplied
by a weighting coefficient, and the sum of the weighted sam-
15 ples generates a desired electro-acoustic characteristic.
Alternatively, the programmable filter may be a tapped analog
delay line in which the sum of the weighted outputs of the
taps generates the desired characteristics.  Δ
    Acoustical feedback is reduced by an electrical
20 feedback path in the hearing aid which is matched in both
amplitude and phase to the acoustic feedback path, the two
feedback signals being subtracted so as to cancel each other.
Alternatively, a single filter in the forward path may be
used for this purpose with a transmission characteristic
25 equivalent to that of the programmable filter in the forward
path plus the electrical feedback path.  Also, the relative
speech-noise content in the signals from the hearing aid
microphone is sensed and binary words are generated and sup-
plied to the programmable filter for selecting from memory a
30 set of delay line tap coefficients that are effective to

26768-345/4779

impart to the filter the appropriate frequency response for
the specific environmental noise condition being detected.

    Instrumentation is disclosed for measuring relevant
audiological characteristics of the patient, as well as tech-
5 niques and instrumentation for programming the hearing aid to
have selected characteristics to compensate for hearing defi-
ciencies determined from the measurements made.

-33-



FIG. 1



FIG. 2



FIG. 3



GAIN AND PHASE
CONTROL

GAIN AND PHASE
CONTROL

FIG. 5

38



FIG. 4

MAIL ROOM OCT 1 1986 PAT & TRADE MARK

Form PTO-1449
(Rev. 9-83)

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**

(Use several sheets if necessary)

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

Sheet ___ of ___

| ATTY. DOCKET NO. | SERIAL NO. |
|---|---|
| 26768 - 345/4779 | 879,214 |

| APPLICANT | |
|---|---|
| Harry Levitt et al. | |

| FILING DATE | GROUP |
|---|---|
| June 26, 1986 | 261 |

#3

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| LCS | 4 1 8 7 4 1 3 | 1980 | L. M. Moser | 581 | 68 | |
| LCS | 4 4 8 9 6 1 0 | 1984 | M. J. Slavin | 581 | 68 | |
| LCS | 4 5 4 8 0 8 2 | 1985 | Engebretson et al. | 381 | 68 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| LCS | "Computer Applications in Audiology and Rehabilitation of the Hearing Impaired" by Harry Levitt, Journal of Communication Disorders 13 (1980) |
| LCS | pp. 471-481 |
| | E.G. & G. Reticon Technical Note No. 105, "A Tapped Analog Delay for Sampled Data Signal Processing" pp. 7-15 - 7-17, 7-25 and 7-26. |

| EXAMINER | DATE CONSIDERED |
|---|---|
| LC Silverman | 26 Mar 87 |

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

103



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 06/879,214 | 06/26/86 | LEVITT | H | 2676B-345747 |

┌ BRUMBAUGH, GRAVES, DONOHUE & RAYMOND ┐
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112
└ ┘

| EXAMINER |
|---|
| SCHROEDER,L |

| ART UNIT | PAPER NUMBER |
|---|---|
| 261 | 4 |

DATE MAILED:
03/31/87

This is a communication from the examiner in charge of your application.

**COMMISSIONER OF PATENTS AND TRADEMARKS**

☒ This application has been examined.  ☒ Responsive to communication filed on _2 OCT 86_  ☐ This action is made final.

A shortened statutory period for response to this action is set to expire _3_ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**
1. ☒ Notice of References Cited by Examiner, PTO-892.
2. ☐ Notice re Patent Drawing, PTO-948.
3. ☒ Notice of Art Cited by Applicant, PTO-1449.
4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.
6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☒ Claims _1 - 23_ are pending in the application.

Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☒ Claims _19 - 23_ are allowed.

4. ☒ Claims _1 - 10_ are rejected.

5. ☒ Claims _11 - 18_ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☒ This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. ☒ Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. These drawings are ☐ acceptable; ☐ not acceptable (see explanation).

10. ☐ The ☐ proposed drawing correction and/or the ☐ proposed additional or substitute sheet(s) of drawings, filed on _____. has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved. ☐ disapproved (see explanation). However, the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO EFFECT DRAWING CHANGES", PTO-1474.

12. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____; filed on _____

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

Serial No. 879,214                    -2-

Art Unit 261

1.    The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless—

(a) the invention was known or used by others in this country, or patented or described in a printed publication in this or a foreign country, before the invention thereof by the applicant for patent.

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

(e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this title before the invention thereof by the applicant for patent.

2.    Claims 8-10 are rejected under 35 U.S.C. 102(a),

(b), or (e) as being clearly anticipated by the Mansgold

'481 patent, the Gilman '902 patent, the Borth '529

patent or the Borth '305 patent.

3.    The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

Subject matter developed by another person, which qualifies as prior art only under subsection (f) and (g) of section 102 of this title, shall not preclude patentability under this section where the subject matter and the claimed invention were, at the time the invention was made, owned by the same

*105*

Serial No. 879,214                    -3-

Art Unit 261

person or subject to an obligation of assignment to
the same person.

4.   Claims 1-7 are rejected under 35 U.S.C. 103 as

being unpatentable over the Engebretson patent in view

of the Reticon Note 105.

The Engebretson disclosure describes a system in a

hearing aid for programming a programmable filter

according to sampled signals or preprogrammed transfer

function parameters for the hearing impaired.  The

Reticon article describes a tapped analog delay line for

use as a programmable filter because of cost effec-

tiveness and employing analog techniques.  It would be

obvious to use this programmable filter technique in the

process in apparatus of Engebretson for the cost and

technical advantages.

5.   Claims 11-18 are objected to as being dependent

upon a rejected base claim, but would be allowable if

rewritten in independent form including all of the limi-

tations of the base claim and any intervening claims.

6.   Claims 19-23 are allowable over the prior art of

record.

7.   Any inquiry concerning this communication or
earlier communications from the examiner should be
directed to Examiner Schroeder whose telephone number is
(703) 557-6870.

Any inquiry of a general nature or relating to the
status of this application should be directed to the
Group receptionist whose telephone number is (703)
557-3321.

L. Schroeder:klw

3-28-87

(703) 557-6870

106

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP—APART AND DISCARD CARBON

| FORM PTO-892 (REV. 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 879214 | GROUP ART UNIT 261 | ATTACHMENT TO PAPER NUMBER | 4 |
|---|---|---|---|---|---|

**NOTICE OF REFERENCES CITED**

APPLICANT(S)    LEVITT, et al.

## U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| A | | 4 4 2 5 4 8 1 | 1/1994 | MANSGOLD | 381 | 68.2 | |
| B | | 4 5 9 6 9 0 2 | 6/1986 | GILMAN | 381 | 68.2 | |
| C | | 4 6 3 0 3 0 5 | 12/1986 | BORTH | 381 | 68.2 | |
| D | | 4 6 2 8 5 2 9 | 12/1986 | BORTH | 381 | 68.2 | |
| E | | | | | | | |
| F | | | | | | | |
| G | | | | | | | |
| H | | | | | | | |
| I | | | | | | | |
| J | | | | | | | |
| K | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| L | | | | | | | | | |
| M | | | | | | | | | |
| N | | | | | | | | | |
| O | | | | | | | | | |
| P | | | | | | | | | |
| Q | | | | | | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

| EXAMINER *Larry Schroeder* | DATE 26 Mar 87 | |
|---|---|---|

\* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

167



26768-345/4779

PATENT

RECEIVED

1387 JUL 17 AM 7: 57

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants : Harry Levitt et al.

Serial No. : 879,214           Examiner : L. Schroeder

Filed    : June 26, 1986      Art Unit : 261

For      : PROGRAMMABLE DIGITAL
           HEARING AID SYSTEM

June 29, 1987

A M E N D M E N T

Hon. Commissioner of Patents and Trademarks

Washington, D.C. 20231

Sir:

        In response to the Office Action of March 31, 1987,
please amend the application as follows:

In the Specification:

        On page 12, line 5, change "1500Kz" to --1500 Hz--.

In the Claims:

        Amend claim 1 as follows:

        1.  (Amended) A hearing aid comprising at least one
input microphone, an output receiver, and a signal transmis-
sion channel interposed between said microphone and said
receiver in which the improvement comprises a programmable

        I hereby certify that this paper is being
deposited with the U.S. Postal Service as
First Class Mail in an envelope addressed
to: Commissioner of Patents and Trademarks
Washington, D.C.  20231 on   June 29, 1987
                             Date of Deposit

     Peter J. Phillips        29,691
        Attorney Name         Reg. No.

        Signature            June 29, 1987
                          Date of Signature

100  07/15/87  879214

1                170.00

delay line filter <u>and programmable signal limiter means</u>
interposed between the input and output of said transmission
channel <u>in a feedback path for said transmission channel</u>,
said filter being programmed to impart to the hearing aid at
least one response characteristic effective to compensate for
impaired hearing of the wearer of the aid.

Cancel claims 2-4.

Amend claim 5 as follows:

2.5̶. (Amended) A hearing aid as in claim [2] <u>1</u> in
which said filter comprises a delay line having a multiplic-
ity of taps, first memory means for storing filter-response
related coefficients therein, and means jointly responsive to
said delay line taps and to coefficients stored in said
memory means for providing an output having at least one
response characteristic effective to compensate for impaired
hearing of the wearer of the aid.

Amend claim 8 as follows:

5.8̶. (Amended) A hearing aid comprising at least one
input microphone, an output receiver, and a transmission
channel interposed between said microphone and receiver,
means controllable to impart different response characteris-
tics to said hearing aid, and <u>controlling</u> means responsive to
<u>the level of speech signals</u> [a characteristic of the signal]
in said transmission channel <u>in excess of the level of noise
signals in said channel</u> for automatically controlling said
controllable means to impart a selected one of said different
response characteristics to said hearing aid.

Cancel claims 9-11.

Amend claim 12 as follows:

12̶. (Amended) A hearing aid as described in claim
[11] 8̶ in which said controlling means comprises speech

-2-

detector means for determining when speech signals are in
said transmission channel, a plurality of bandpass filter
means for determining the noise frequency spectrum in said
transmission channel, a plurality of comparator means each
responsive to said speech detector and to respective bandpass
filter means for indicating whether the speech level in each
said bandpass filter exceeds the noise level therein and for
actuating said controlling means to impart to the hearing aid
a response characteristic effective to compensate for im-
paired hearing of the wearer of the aid at the noise levels
obtaining in said channel.

Amend claim 15 as follows:

9 15. (Amended) A hearing aid [as described in claim
2 in which] comprising at least one input microphone, an
output receiver, a signal transmission channel interposed
between said microphone and said receiver, and a programmable
delay line filter interposed in a forward path between the
input and output of said transmission channel, said program-
mable filter [is] being programmed to effect substantial
reduction of acoustic feedback from said receiver to said
microphone.

Amend claim 17 as follows:

11 17. (Amended) A hearing aid [as described in claim
6 in which] comprising at least one input microphone, an
output receiver, a signal transmission channel interposed
between said microphone and said receiver, and a programmable
delay line filter interposed in a forward path between the
input and output of said transmission channel said filter
comprising a digital delay line having a multiplicity of
taps, means for converting analog signals in said channel to
digital signals for application to said delay line, and first

-3-

113

26768-345/4779

memory means for storing filter-response related coefficients
therein, said digital delay line [comprises] comprising
second memory means arranged to receive digital signals from
said analog-to-digital converting means, register means con-
nected to receive digital signals from said second memory
means, first digital-to-analog converter means connected to
receive digital signals from said register means, timing
means controlling the transfer of digital signals from said
second memory means through said register means to said first
digital-to-analog converter means, second digital-to-analog
converter means connected to receive filter response related
coefficients from said memory means in timed relation to the
transfer of digital signals to said first digital-to-analog
converter means and to supply analog signals therefrom to
said first digital-to-analog converter means for combination
therein with digital signals transferred thereto from said
second memory means, signal summing means connected to
receive the output of said first digital converter means, and
sample and hold means connected to receive the output of said
signal summing means and for providing an output having at
least one response characteristic effective to compensate for
impaired hearing of the wearer of the aid.

Amend claim 18 as follows:

18. (Amended) A hearing aid [as described in claim
7 with] comprising at least one input microphone, an output
receiver, a signal transmission channel interposed between
said microphone and said receiver, and a programmable delay
line filter interposed in a forward path between the input
and output of said transmission channel, said filter com-
prising an analog delay line having a multiplicity of taps,
means for periodically sampling analog signals in said chan-

-4-

114

26768-345/4779

nel and sampling analog signals in said channel and supplying them to said delay line, and first memory means for storing filter-response related coefficients therein, digital-to-analog converter means connected to receive filter-response related coefficients from said first memory means for conversion to analog values, multiplexer means connected to supply signal samples from said sampling means to said digital converter means for combination with said respective analog values, summing means for summing said analog values and signal samples, and sample and hold means connected to receive the output of said summing means and for providing an output having at least one response characteristic effective to compensate for impaired hearing of the wearer of the aid.

Please add the following new claims 24 and 25:

24. A hearing aid comprising at least one input microphone, an output receiver, and a signal transmission channel interposed between said microphone and said receiver in which the improvement comprises a signal-level dependent amplifier interposed between the input and output of said transmission channel in a feedback path for said transmission channel, said amplifier being programmed to impart to the hearing aid at least one response characteristic effective to compensate for impaired hearing of the wearer of the aid.

25. A hearing aid comprising at least one input microphone, an output receiver, a signal transmission channel interposed between said microphone and said receiver, and a programmable delay line filter interposed in a feedback path between the input and output of said transmission channel, said programmable filter being programmed to effect substantial reduction of acoustic feedback from said receiver to said microphone.

-5-

115

26768-345/4779

R E M A R K S

Reconsideration and allowance of the present appli-
cation in view of the foregoing amendments and accompanying
remarks are respectfully requested.

In the Office Action dated March 31, 1987, the
Examiner rejected claims 1-7 as being obvious over U.S.
Patent No. 4,548,082 to Engebretson in view of Reticon
Technical Note No. 105. Claims 8-10 were rejected as antici-
pated by U.S. Patent No. 4,425,481 to Mansgold, U.S. Patent
No. 4,596,902 to Gilman, U.S. Patent No. 4,6287,529 to Borth
or U.S. Patent No. 4,630,305 to Borth. Claims 11-18 were
indicated as allowable if rewritten in independent form and
claim 19-23 were allowed.

In response to the Office Action claim 1 has been
amended to include the limitations of claim 4, and claims 2-4
have been cancelled. Claim 5 has been amended to depend from
claim 1. Independent claim 8 has been amended to include the
limitations of claim 11, which was indicated as reciting
allowable subject matter and should thus be allowed. (While
claim 11 depended on claim 6, it should have depended on
claim 8, because it refers to controlling means which are
present in claim 8 but not claim 6). Claims 9-11 have been
cancelled and claim 12 has been amended to depend from claim
8. Claims 15, 17 and 18 have been rewritten in independent
form and should now be in condition for allowance. Claims 24
and 25 are being added. Claims 1, 5-8 and 12-25 are now
pending, of which claims 1, 8, 15, 17, 18, 19, 20, 23, 24 and
25 are independent claims. Claims 1, 24 and 25 are the only
claims which have not been previously indicated as allowable,
and the following remarks will be directed to these claims.

116

Claim 1 as amended is directed to a hearing aid having a signal transmission channel between an input microphone and an output receiver. A programmable delay line and a programmable signal limiter means are provided in a feedback path for the transmission channel, and the filter is programmed to impart to the hearing aid at least one response characteristic effective to compensate for impaired hearing of the wearer of the hearing aid. Applicants' invention is not taught by the prior art cited.

A limiter's characteristic is to constrain its output from increasing, or at least increasing only very slowly, whenever its input signal reaches a critical level. A limiter thus reduces the gain of the system as a function of signal level when the limiter is in the forward path. However, when a limiter is placed in a feedback path, the gain of the system should increase, rather than decrease, when the input signal to the limiter reaches a critical level. In a hearing aid or other audio system where one seeks to reduce noise and/or acoustical feedback, it would not be obvious to one skilled in the art to place a limiter in a feedback path because the gain of such a system would be expected to increase, thereby increasing the noise, rather than reducing or controlling the noise. However, according to one application of the invention, a limiter and frequency filter are used to keep the overall gain of the hearing aid low when only noise is present and then to increase gain when the input level is increased by the addition of speech.

U.S. Patent No. 4,548,082 to Engebretson et al. is directed to a hearing aid using a bank of two filters 133 and 135 in its forward path. The gain of each filter is controlled by the signal level within the filter band. This

-7-

117

26768-345/4779

approach, known as multi-band compression, is intended to control the shape of the speech spectrum so as not to overload the ear in any one frequency region. However, this approach also produces a form of distortion that is detrimental to the quality of the speech signal since the gains in the separate frequency bands change independently of each other thereby destroying important phonetic information conveyed by the envelope of the speech signal.

In contrast to the multi-band compression approach of Engebretson where filters are placed in the forward path, the invention as claimed in amended claim 1 employs a programmable signal filter and programmable signal limiter means in the feedback path of a transmission channel between the input microphone and output receiver of the hearing aid. This arrangement achieves the desirable effect of multi-band compression while at the same time maintaining a practical compromise in terms of reducing fluctuations in the speech envelope without destroying important inter-band fluctuations in this envelope. The Engebretson et al. patent nowhere teaches or suggests placing a filter or programmable signal limiter means in a feedback path in the transmission channel, and the Reticon Note No. 105 does not remedy the deficiencies in the teachings of Engebretson et al. in this respect, since it merely discloses a tapped analog delay line without any disclosure of application to hearing aids. In view of the foregoing Engebretson et al. either alone or combined with Reticon Note No. 105 fails to provide the invention as set forth in claim 1 as amended, an allowance of this claim is respectfully urged.

With respect to new claim 24, Engebretson et al. also fails to teach a level-dependent amplifier in a feedback

-8-

118

26768-345/4779

path in a transmission channel between the input microphone and output receiver in a hearing aid. Claim 24 should therefore be allowable as well. Claim 25 is similar to claim 15 except that it recites having a programmable delay line filter in a feedback path, rather than a forward path, of the transmission channel. This arrangement is not taught by Engebretson et al. or any of the other cited references, and should be allowable as well.

The application is now believed to be in condition for allowance and such action is earnestly solicited.

Respectfully submitted,

Frederick C. Carver
Patent Office Reg. No. 17,021

Peter J. Phillips
Patent Office Reg. No. 29,691

Attorneys for Applicants
(212) 408-2582

119



**UNITED STATES ~~ARTMENT OF COMMERCE~~**
Patent and Trade~~mark~~ Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 06/879,214 | 06/26/86 | LEVITT | H | 26768-345/47 |

```
┌                                              ┐
  BRUMBAUGH, GRAVES, DONOHUE & RAYMOND
  30 ROCKEFELLER PLAZA
  NEW YORK, NY 10112
└                                              ┘
```

| EXAMINER |
|---|
| SCHROEDER, L |

| ART UNIT | PAPER NUMBER |
|---|---|
| 261 | 6 |

DATE MAILED:

09/15/87

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☒ This communication is responsive to  *Amendment  6 Jun 87*
2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☒ The allowed claims are  *1, 5-8, 6-25*
4. ☐ The drawings filed on _____ are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [ ] been received. [ ] not been received. [ ] been filed in parent application Serial No. _____, filed on _____.
6. ☐ Note the attached Examiner's Amendment.
7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____. CORRECTION IS REQUIRED.
   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED. .
   d. ☐ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

**Attachments:**
- Examiner's Amendment
- Examiner Interview Summary Record, PTOL- 413
- Reasons for Allowance
- Notice of References Cited, PTO-892
- Information Disclosure Citation, PTO-1449

- Notice of Informal Application, PTO-152
- Notice re Patent Drawings, PTO-948
- Listing of Bonded Draftsmen
- Other

*L.C. Schrode*
L.C. SCHROEDER
703 557 6870

*Jin F. Ng*
JIN F. NG
PRIMARY EXAMINER
GROUP 263

PTOL-85 (REV 4-85)



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

## NOTICE OF ALLOWANCE
## AND ISSUE FEE DUE

BRUMBAUGH, GRAVES, DONOHUE & RAYMOND
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

All communications regarding this
application should give the serial
number, date of filing, name of
applicant, and batch number.

Please direct all communications
to the Attention of "OFFICE OF
PUBLICATIONS" unless advised
to the contrary.

The application identified below has been examined and found allowable
for issuance of Letters Patent. PROSECUTION ON THE MERITS IS CLOSED.

| | SC/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|---|
| First Named Applicant | 06/879,214 | 06/26/86 | 019 | SCHROEDER, L | 261 | 07/15/87 |
| | LEVITT, | | HARRY | | | |

TITLE OF INVENTION

PROGRAMMABLE DIGITAL HEARING AID SYSTEM

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 26768-345/47 | 381-068.002 | D44 | UTILITY | NO | $560.00 | 12/15/87 |

The amount of the issue fee is specified in 37 C.F.R. 1.18. If the applicant qualified for and has filed a verified statement of small entity status in accordance with 37 C.F.R. 1.27, the issue fee is one-half the amount for non-small entities. The issue fee due printed above reflects applicant's status as of the time of mailing this notice. A verified statement of small entity status may be filed prior to or with payment of the issue fee. However, in accordance with 37 C.F.R. 1.28, failure to establish status as a small entity prior to or with payment of the issue fee precludes payment of the issue fee in the amount so established for small entities and precludes a refund of any portion thereof paid prior to establishing status as a small entity.

THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE as indicated above. The application shall otherwise be regarded as ABANDONED. The issue fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office. Where an authorization to charge the issue fee to a deposit account has been filed before the mailing of the notice of allowance, the issue fee is charged to the deposit account at the time of mailing of this notice in accordance with 37 C.F.R. 1.311. If the issue fee has been so charged, it is indicated above.

In order to minimize delays in the issuance of a patent based on this application, **this Notice may have been mailed prior to completion of final processing.** The nature and/or extent of the remaining revision or processing requirements may cause slight delays of the patent. In addition, **if prosecution is to be reopened, this Notice of Allowance will be vacated and the appropriate Office action will follow in due course.** If the issue fee has already been paid and prosecution is reopened, the applicant may request a refund or request that the fee be credited to a deposit account. However, applicant may request that the previously submitted issue fee be applied. If abandoned, applicant may request refund or credit to a deposit account.

In the case of each patent issuing without an assignment, the complete post office address of the inventor(s) will be printed in the patent heading and in the Official Gazette. If the inventor's address is now different from the address which appears in the application, please fill in the information in the spaces provided on PTOL-85b enclosed. If there are address changes for more than two inventors, enter the additional addresses on the reverse side of the PTOL-85b.

The appropriate spaces in the ASSIGNMENT DATA section of PTOL-85b must be completed in all cases. If it is desired to have the patent issue to an assignee, an assignment must have been previously submitted to the Patent and Trademark Office or must be submitted not later than the date of payment of the issue fee as required by 37 C.F.R. 1.334. Where there is an assignment, the assignee's name and address must be provided on the PTOL-85b to ensure its inclusion in the printed patent.

Advance orders for 10 or more printed copies of the prospective patent can be made by completing the information in Section 4 of PTOL-85b and submitting payment therewith. If use of a deposit account is being authorized for payment, PTOL-85c should also be forwarded. The order must be for at least 10 copies and must accompany the issue fee. The copies ordered will be sent only to the address specified in section 1 or 1A of PTOL-85c.

☒ Note attached communication from the Examiner.

☐ This notice is issued in view of
applicant's communication filed _____

**IMPORTANT REMINDER**

Patents issuing on applications filed on or after Dec. 12,
1980 may require payment of maintenance fees. See 37 CFR
1.20 (e) — (j).

**PATENT AND TRADEMARK OFFICE COPY**

*124*



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 06/879,214 | 06/26/86 | LEVITT | H | 26768-345/47 |

BRUMBAUGH, GRAVES, DONOHUE & RAYMOND
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

| EXAMINER |  |
|---|---|
| SCHROEDER, L | |
| ART UNIT | PAPER NUMBER |
| 261 | 7 |

DATE MAILED:

### EXAMINER INTERVIEW SUMMARY RECORD

09/22/87

All participants (applicant, applicant's representative, PTO personnel):

(1) _Peter Phillips_     (3) _____

(2) _D. Byrd_     (4) _____

Date of Interview _9/16/87 & 9/21/87_

Type: ☑ Telephonic   ☐ Personal (copy is given to ☐ applicant ☐ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes ☑ No. If yes, brief description: _____

Agreement ☑ was reached with respect to some or all of the claims in question. ☐ was not reached.

Claims discussed: _16_

Identification of prior art discussed: _N/A_

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: _Claim 4 was dependent upon a cancelled claim and the Abstract was too long and contained more than two paragraphs. The above mentioned problems were corrected. See the attached examiner Amendment._

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1–7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

_Danita L. Byrd_
Examiner's Signature

PTOL-413 (REV. 1-84)

ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER   _121_



UNITED STATE   PARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 06/879,214 | 06/26/86 | LEVITT | H | 2676B-345/47 |

BRUMBAUGH, GRAVES, DONOHUE & RAYMOND
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

| EXAMINER |
|---|
| SCHROEDER, L |

| ART UNIT | PAPER NUMBER |
|---|---|
| 261 | 8/8 |

DATE MAILED:

09/22/87

*SUPPLEMENTAL*
**NOTICE OF ALLOWABILITY**

P. 1044r
9 228

**PART I.**

1. ☐ This communication is responsive to _____

2. ☑ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.

3. ☑ The allowed claims are 1, 5-8 and 12-25, renumbered  1, 2-5 and 6-19 respective.

4. ☐ The drawings filed on _____ are acceptable.

5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [...] been received. [...] not been received. [...] been filed in parent application Serial No. _____, filed on _____

6. ☐ Note the attached Examiner's Amendment.

7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.

8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.

9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.

10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____. CORRECTION IS REQUIRED.

   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.

   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.

   d. ☐ Formal drawings are now REQUIRED.

-----------------------------------------------------------------------------------------

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
☑ Examiner's Amendment
☑ Examiner Interview Summary Record, PTOL- 413
— Reasons for Allowance
— Notice of References Cited, PTO-892
— Information Disclosure Citation, PTO-1449
    — Notice of Informal Application, PTO-152
    — Notice re Patent Drawings, PTO-948
    — Listing of Bonded Draftsmen
    — Other

Danita R. Byrd
(703) 557-6864

Serial No. 879,214                      -2-

Art Unit 261


1.   An Examiner's Amendment to the record appears below.
Should the changes and/or additions be unacceptable to
applicant, an amendment may be filed as provided by 37
CFR 1.312.  To ensure consideration of such an amend-
ment, it MUST be submitted no later than the payment of
the Issue Fee.

     In claim 16, line 1 change "4" to --1--.

     On line 2 after "line" insert --filter--.

     In the Abstract cancel lines 23-37 and include the

second paragraph with the first paragraph.

2.   Authorization for this Examiner's Amendment was

given in a telephone interview with Peter Phillips on

September 16 and 21, 1987.

3.    Any inquiry concerning this communication or
earlier communications from the examiner should be
directed to Examiner Byrd whose telephone number is
(703) 557-6864.

     Any inquiry of a general nature or relating to the
status of this application should be directed to the
Group receptionist whose telephone number is (703)
557-3321.



D. Byrd:dli

9-21-87

(703) 557-6864

                                    JIN F. NG
                                 PRIMARY EXAMINER
                                   GROUP 260


123

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 4,731,850

DATED : March 15, 1988

INVENTOR(S) : LEVITT ET AL.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 5, line 68, "1500 Kz" should read --1500 Hz--; Col. 12, line 44, "response" should read --responsive--; Col. 13, line 52, "aid" should read --said--; Col. 13, line 58, "coeffients" should read --coefficients--.

Signed and Sealed this

Third Day of October, 1989

*Attest:*

DONALD J. QUIGG

*Attesting Officer*          *Commissioner of Patents and Trademarks*

879214

# CONTENTS

Entered                                  papers 4 htr

1. Applications
2. PRIOR ART w/ REFS. Sept 29, 1986
3. Prior Art Statement    Oct 2, 1986
4. Reg. Draw.           April 3, 1187 R/m
5. Am dt. A      (6-2987) July 6, 1987
   (of 88)
6. Lts of Allow       Sept 15, 1987
7. Interview Summary    Sept. 16, 1987
8. Exr Am dt B        Sept 22, 1987
9. Req for CFC Rule 322    5-26-88
10. Approved as Indicated   AUG 1 4
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.
32.