Exhibit BBB

4879749

| | PATENT DATE | | PATENT NUMBER |
|---|---|---|---|
| 1:5374 | NOV 07 1989 | | 4879749 |

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 07/155,374 | 02/12/88 RULE 60 | 381 | 68.4 | 261 | BYRD |

HARRY LEVITT, LIVINGSTON, NJ; RICHARD S. DUGOT, NEW YORK, NY; KENNETH W. KOPPER, RIVER EDGE, NJ.

**CONTINUING DATA********************
VERIFIED     THIS APPLN IS A DIV OF   06/879,214 06/26/86 *now* USPAT 4,736,850.

**FOREIGN/PCT APPLICATIONS***********
VERIFIED

*None-DEB*

CERTIFICATE

OCT 16 1990

OF CORRECTION

FOREIGN FILING LICENSE GRANTED 03/29/88

| Foreign priority claimed ☐yes ☐no 35 USC 119 conditions met ☐yes ☐no Verified and Acknowledged | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| Examiner's Initials | | NJ | 4 | 1 | 1 | $ 340.00 | A26768-I-345 |

BRUMBAUGH, GRAVES, DONOHUE
AND RAYMOND
30 ROCKEFELLER PLAZA
NEW YORK, NY  10112

PROGRAMMABLE DIGITAL HEARING AID SYSTEM

*Host Controller For*

U.S. DEPT. of COMM.-Pat. & TM Office—PTO-436L (Rev. 10-78)

...TS OF APPLICATION ...ED SEPARATELY *3 shts of Formal Drws  3-23-89*

| OTICE OF ALLOWANCE MAILED | PREPARED FOR ISSUE 6-2-89 | | CLAIMS ALLOWED | |
|---|---|---|---|---|
| 6-2-89 | Danita P Byrd   Eugenia Logan | | Total Claims | Print Claim |
| | Assistant Examiner   Docket Clerk | | 6 | 1 |

| ISSUE FEE | | | DRAWING | | |
|---|---|---|---|---|---|
| Amount Due | Date Paid | JIN F. NG SUPERVISORY PRIMARY EXAMINER ART UNIT 261 Primary Examiner | Sheets/Drwg. | Figs. Drwg. | Print Fig. |
| 620.00 | 9-5-89 | | 4 | 5 | 1 |

| ISSUE CLASSIFICATION | | ISSUE BATCH NUMBER | T-22 |
|---|---|---|---|
| Class 381 | Subclass 68.4 | | |

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Label Area

PTO-436

155374

PATENT APPLICATION SERIAL NO.

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

090  03/01/88  155374                    1 101     340.00 CK

PTO-1556
(5/87)

155874

Cont. & Div. Appln. Trans.



BRUMBAUGH, GRAVES, DONOHUE & RAYMOND
30 ROCKEFELLER PLAZA
NEW YORK, N.Y. 10112

TELEPHONE 212 408-2900
TELECOPIER 212 408-2674
FACSIMILE 212 765-2519
CABLE CAMBRUFREE
TELEX 236591

Our File No. A26768-I - 345/10706
Anticipated Classification
Class_____ Subclass_____

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

The Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

This is a request for the filing of a

( ) continuation    (x) divisional

application under 37 CFR 1.60 of pending prior application Serial No. 879,214 , of
filed on June 26, 1986
Harry Levitt, Richard S. Dugot and Kenneth Kopper
Inventor(s)

for PROGRAMMABLE DIGITAL HEARING AID SYSTEM
Title of Invention

1. (X)  Enclosed is a copy of the prior application as originally filed and an affidavit or
declaration verifying it as a true copy.

2. ( )  Small entity status of this application under 37 CFR 1.9 and 1.27 has been
established by a verified statement previously submitted.

3. ( )  A verified statement to establish small entity status under 37 CFR 1.9 and 1.27
is enclosed.

4. (X)  The filing fee is calculated below:

| FOR | (Col. 1) NO. FILED | (Col. 2) NO. EXTRA | SMALL ENTITY RATE | FEE | or | OTHER THAN A SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| Basic Fee | ////////// | ////////// | ////// | $170 | or | ////// | $340 |
| Total Claims | 8 -20 = * | 0 | x6 | = | or | x12 | 0 |
| Ind. Claims | 3 -3 = * | 0 | x17 | = | or | x34 | = 0 |
| ( ) Mutiple Dependent Claim Presented | | | +55 | = ____ | or | +110 | = ____ |
| | | | TOTAL = $ | | or | TOTAL = $ | 340 |

*  If the difference in Col. 1 is less than
zero, enter "0" in Col. 2.

Rev. 10/85

155374



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

CERTIFICATE OF EXPRESS MAIL UNDER 37 C.F.R. 1.10

| | | |
|---|---|---|
| Applicant | : | HARRY LEVITT ET AL. |
| Serial No. | : | XXXXXXX 879,214 |
| Filing Date | : | June 26, 1986 |
| Title of Invention | : | PROGRAMMABLE DIGITAL HEARING AID SYSTEM |
| Title of Paper | : | Divisional Appln/Check/Prelim.Amend./<br>Transmittal/Declaration/Formal Drwgs. |

"Express Mail" Mailing Label
Number  B33978432

Date of Deposit  February 12, 1988

     I hereby certify that this paper or fee is being
deposited with the United States Postal Service "Express
Mail Post Office to Addressee" service under 37 C.F.R. 1.10
on the date indicated above and is addressed to the Commis-
sioner of Patents and Trademarks, Washington, D.C. 20231.

    Calvin Teegarden
(Typed or Printed Name of Person
   mailing paper or fee)

    *Cal Teegarden*
(Signature of Person mailing
    paper or fee)

26768-349/4779

155374



BRUMBAUGH, GRAVES, DONOHUE & RAYMOND
30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK  10112

5    TO ALL WHOM IT MAY CONCERN:

      Be it known that WE, HARRY LEVITT, RICHARD S. DUGOT and
KENNETH W. KOPPER, citizens of the United States, residing at
Livingston, County of Essex, State of New Jersey; New York,
County of New York, State of New York and River Edge, County
10   of Bergen, State of New Jersey, respectively, whose post
office addresses are 46 Tanglewood Drive, Livingston, New
Jersey 07039; 590 West End Avenue, New York, New York 10024
and 746 Oak Avenue, River Edge, New Jersey 07661, respec-
tively, have invented an improvement in

15   PROGRAMMABLE DIGITAL HEARING AID SYSTEM

of which the following is a

SPECIFICATION

      This invention relates to hearing aids, and more
particularly to hearing aids that are programmable so as to
20   have suitable characteristics to compensate for the hearing
deficiencies of a patient.  More specifically, it relates to
hearing aids of this character that are capable of automat-
ically adjusting to optimum parameter values as operating
conditions such as speech level, room reverberation and back-
25   ground noise change, and also for reducing acoustic feedback.

BACKGROUND OF THE INVENTION

      Conventional hearing aids suffer from several
shortcomings.  It is difficult if not impossible with conven-
tional hearing aids to provide a frequency-gain character-
30   istic that is ideal for each individual user.  The acoustic

-1-

26768-345/4779

coupling between the hearing aid receiver and the eardrum
also introduces changes in the frequency-gain characteristic
that is usually deleterious to both speech intelligibility
and overall sound quality.  For many patients, the optimum
5 frequency-gain characteristic varies as a function of the
level of the speech signal reaching the hearing aid.  In
order to protect patients from uncomfortably or dangerously
loud signals, it is also necessary to limit the maximum
acoustic power output of the hearing aid in some way.  The
10 methods used to limit acoustic power output of hearing aids
typically introduce deleterious distortions to the amplified
speech signal.

   Another common problem is that of acoustic feed-
back.  Even in the best designed hearing aids, not all of the
15 amplified acoustic signal is delivered to the eardrum.  A
small proportion of the amplified acoustic signal leaks back
to the hearing aid microphone forming an acoustic feedback
loop.  If the gain of the hearing aid is sufficiently high,
this acoustic feedback will cause a self-generating oscilla-
20 tion to occur, resulting in an unwanted and highly unpleasant
whistling sound.  These acoustic oscillations prevent the
hearing aid from being used.  Methods of acoustic feedback
control that are typically used include a tighter acoustic
seal between the earmold and the walls of the ear canal so as
25 to reduce acoustic leakage, placing the microphone at some
distance from the hearing aid receiver, e.g. on the opposite
ear, or simply reducing the gain of the hearing aid.  None of
these methods provides a satisfactory solution for high-gain
hearing aids.

One of the most common complaints of hearing aid users is that background noise is particularly damaging to the understanding of speech.  Methods currently used to reduce background noise in hearing aids employ filtering
5   techniques in which the frequency regions containing high noise levels are eliminated.

Another common problem is that of room reverberation produced by acoustic reflections off the walls, ceiling, floor, and other surfaces in a room.  A small amount of
10  reverberation is beneficial but too much reverberation will make a room sound hollow or echoic and will interfere with both the quality and the intelligibility of speech.

Systems have been proposed heretofore utilizing computers for testing the hearing of patients and generating
15  programming for a programmable hearing aid, as disclosed in "Computer Application in Audiology and Rehabilitation of the Hearing Impaired" by Harry Levitt, Journal of Communication Disorders 13 (1980), pages 471-481, and in the U.S. patents Nos. 4,187,413 to Moser, 4,489,610 to Slavin, and 4,548,082
20  to Engebretson et al., for example.  None of these systems, however, affords a satisfactory solution for the problems of acoustic feedback, background noise, room reverberation and changes in the optimum frequency-gain characteristic result- ing from variations in the level of the speech signal reach-
25  ing the hearing aid.

It is an object of the invention, accordingly, to provide a new and improved hearing aid system that is free of the above-noted deficiencies of the prior art.

Another object of the invention is to provide new
30  and improved hearing aid apparatus of the above character

26768-J45/4773

which is capable of automatically adjusting to an optimum set
of parameter values as the speech level and type of back-
ground noise change.

5    A further object of the invention is to provide new
and improved hearing aid apparatus of the above character in
which acoustic feedback is substantially reduced.

Still another object of the invention is to provide
new and improved hearing aid apparatus that is capable of
effective noise and reverberation suppression and acoustic

10   feedback reduction while maintaining optimum hearing charac-
teristics as the speech and noise levels vary.

## SUMMARY OF THE INVENTION

A hearing aid system according to the invention
comprises a hearing aid that is programmable so as to have

15   optimum electro-acoustic characteristics for the patient and
acoustic environment in which it is used.  It also includes
instrumentation for measuring relevant audiological charac-
teristics of the patient, as well as techniques and instru-
mentation for programming the hearing aid to have selected

20   characteristics to compensate for hearing deficiencies deter-
mined from the measurements made.  Desirably, several sets of
optimum hearing aid parameter values, specified in terms of
both the amplitude and phase characteristics, are determined
for the patient as a function of speech level, type of back-

25   ground noise, and room reverberation, both spectral and
temporal characteristics of the noise being taken into
account.  The selected optimum parameter values are prefer-
ably programmed into an electronically erasable, programmable
read only memory (EEPROM) which supplies coefficients to

-4-

programmable filter and amplitude limiting means in the
hearing aid so as to cause the hearing aid to adjust automa-
tically to the optimum set of parameter values for the speech
level, room reverberation, and type of background noise then
5    obtaining.

In one form, the programmable filter may be a
digital equivalent of a tapped delay line in which each
delayed sample is multiplied by a weighting coefficient.  The
sum of the weighted samples generates the desired electro-
10   acoustic characteristics.  Alternatively, the programmable
filter may be a tapped analog delay line in which the sum of
the weighted outputs of the taps generates the desired
characteristics.  An important advantage of the latter type
of filter is that the power consumption is low and quasi-
15   digital techniques can be used, i.e., the waveform is sampled
at discrete intervals in time without analog-to-digital
conversion.

Another form of filter uses a small number of
delays in which the delayed output is multiplied by a coeffi-
20   cient and added to the filter input so as to achieve addi-
tional delays, a technique known as recursive filtering.

The invention also provides means for reducing
acoustical feedback.  In one embodiment, an electrical feed-
back path in the hearing aid is matched in both amplitude and
25   phase to the acoustic feedback path and the two feedback
signals are subtracted so as to cancel each other.  In an
alternative embodiment, a single filter in the forward path
is used with a transmission characteristic equivalent to that
of the filter in the forward path plus the electrical feed-
30   back path.

-5-

26768-345/4779

Environmental noise control is effected according to the invention by providing means for sensing the relative speech/noise content in the signals from the hearing aid microphone and generating binary words that are supplied to
5   the programmable filter for selecting from a memory a set of delay line tap coefficients that are effective to impart to the filter the appropriate frequency response for the specific environmental noise condition then being detected.

According to the invention, reduction in both noise
10  and reverberation is achieved by the use of two or more microphones. The output of each microphone is processed in both amplitude and phase such that the summed output of the microphones is analogous to the output of a frequency selective directional microphone.

15          <u>DESCRIPTION OF THE PREFERRED EMBODIMENTS</u>

For a better understanding of the invention, reference is made to the following detailed description of a representative embodiment taken in conjunction with the accompanying drawings, in which:
20          Figure 1 illustrates schematically a host controller for use in prescribing a wearable, programmable hearing aid according to the invention;

Figure 2 illustrates schematically one form of programmable hearing aid according to the invention which
25  utilizes a digital delay line filter;

Figure 3 shows a set of optimum frequency-gain characteristics appropriate for different speech levels for a typical hearing impaired subject;

-6-

26768-345/4779

Figure 4 is a partial schematic diagram of the
hearing aid shown in Figure 2, modified to utilize an analog
delay line filter; and

Figure 5 shows schematically how multiple micro-
5   phones can be used according to the invention to reduce both
noise and reverberation.

A hearing aid system according to the invention
comprises generally a wearable, programmable hearing aid in
which all operations are controlled by data stored in an
10   erasable electrical programmable read only memory (EEPROM),
and a host controller providing electrical signals and test
sounds as necessary for measuring the residual hearing of a
subject, establishing optimal hearing aid parameters for the
subject (including the phase relationship between input and
15   output) and generating control signals as necessary to pro-
gram the EEPROM module to perform the desired operations in
the hearing aid.

THE HOST CONTROLLER

Referring first to Figure 1, the host controller 20
20   is shown as comprising an audiometric signal generator 21
including a signal generator 22, the frequency of which is
controllable by a digital-to-analog (D/A) converter 23 con-
trolled by a computer 24 through a latch 25.  The output
level of the signal generator is adapted to be adjusted by an
25   attenuator 26 also controlled by the computer 24, through a
latch 27.  The output of the attenuator 26 is supplied to one
terminal 28 of a switch 29, from which it can be transmitted
through an amplifier 119 and a switch 120 to a terminal
connector 121.

-7-

26768-345/4779

The host controller 20 also includes a phase mea-
surement circuit comprising a digital phase shifter 30 which
is adapted to receive the output voltage of the hearing aid
through a connector 31 and a programmable gain amplifier 32,
5   the gain of which is controllable by the computer 24 through
the latch 33.

In adjusting a hearing aid for reduced feedback as
described below, the input voltage developed by the hearing
aid microphone in response to acoustic feedback alone when a
10  test signal is supplied to the hearing aid is summed with an
electrical feedback voltage supplied to the terminal 144 by
the phase shifter 30. The summed acoustic and electrical
feedback voltages from the hearing aid are supplied from the
terminal 34 through the engaged movable and fixed contacts 35
15  and 36 of a switch 37, a programmable gain amplifier 38, a
rectifier 39 and an analog to digital (A/D) converter 40 to
the computer 24. In effecting the adjustment, the gain of
the amplifier 32 and the phase shifter 30 are adjusted until
a null output from the A/D converter 40 is read by the com-
20  puter 24, indicating cancellation of the electrical and
acoustic signals. The settings of the phase shifter 30 and
the amplifier are then used to program an EEPROM in the
hearing aid so as to cancel acoustic feedback.

The programmable gain amplifier 38 is controlled by
25  the computer 24 through a latch 41, and the digital phase
shifter 30 is also controlled by the computer 24 through the
latches 42 and 43.

Additional components of the host controller 20 are
programming logic comprising the latches 44 and 45 and a
30  conventional tri-state buffer 46 which are activated in

-8-

26768-345/4779

response to the computer 24 to provide the necessary signals to program the EEPROM and control the hearing aid during testing and programming, as described in greater detail below.

5    A conventional tape player 47 is also provided for generating various sound combinations for testing of a patient's hearing.  The tape player 47 is controlled by the computer 24 through a latch 48 and its output level is adapted to be controlled by an attenuator 49, also controlled

10   by the computer 24, through a latch 50.  The output of the attenuator 49 is supplied to the movable contact 51 of a switch 52 which is controllable to supply the output either to a connector 53 to a sound field system, or to a fixed contact 54 on the switch 29 for supply to the hearing aid, as

15   described in greater detail below.  The switches 29 and 52 and the tri-state buffer 46 are adapted to be controlled by the computer 24 through the latch 44.

The respective latches 27, 25, 42, 43, 33, 40, 41, 44, 45, 48 and 50 are adapted to be controlled by the com-

20   puter 24 through an address decoder 55 and Read/Write logic 56.

THE HEARING AID

Referring now to Figure 2, a wearable hearing aid according to the invention comprises a microphone 57, the

25   output of which is fed through a programmable automatic gain control (AGC) circuit 58 and a switch 59 to one terminal of summing amplifier 60.  In normal operation, amplifier 60 supplies the signal through the conductors 61 and 62 and a filter 63 to a programmable filter 64 which is adapted to be

30   programmed in the manner described below to produce optimum

-9-

hearing aid characteristics for the patient based on the measurements made of the patient's residual hearing.  The output of the programmable filter 64 is fed from the movable contact 65 of the volume control 66, through a programmable limiter 67, and an amplifier 68 to the hearing aid receiver 69.

     The programmable filter 64 comprises essentially a digital tapped delay line including a 12 bit A/D converter 70, which supplies outputs to a 32x12 random access memory (RAM) 71, a 12 bit temporary register 72, and a 12 bit D/A converter 73.  The signal supplied to the RAM 71 is sampled by a 5 bit up-down counter 74 controlled by timing logic 75 connected to receive clock signals from an oscillator divider 76 oscillating at a frequency at least twice the audio signal band width.

     The characteristics of the programmable filter 64 are determined by coefficients stored in a random access memory (RAM) 77 which are selected and fed to a 7 bit D/A converter 78, the output of which is supplied to the D/A converter 73 for multiplication of the sampled data by a selected coefficient from the RAM 77.  The output of the D/A converter 73 is summed in a conventional charge transfer summing circuit 78a and the sum signal is supplied through a sample and hold circuit 79 to a conventional anti-imaging filter 80.  The output of the filter 80 is fed through the movable contact 81 of a switch 83 and a fixed contact 82 thereof to the volume control 66 and eventually to the receiver 69.

     The coefficients stored in the RAM 77 when the hearing aid is in operation are provided essentially by an

-10-

26768-345/4779

EEPROM 84 previously programmed by the host controller 20
(Fig. 1) as described in greater detail hereinafter.  On
power-up, the filter coefficients and limit parameters are
transferred from the EEPROM 84 to the RAM 77 as follows:

5   Tri-state switches 85 and 86 are enabled and power is sup-
plied to the EEPROM 84 from a power-up control circuit 87.
A switch 88 is now activated to connect an 11 bit counter 89
to the RAM 77 through the switch movable contact 90.  The
power-up control circuit 87 acting through the tri-state

10  switch 85 supplies reset pulses to a divide-by-12 counter 91,
to the 11 bit counter 89 and to a series parallel converter
92.

        The power-up control circuit 87 also supplies clock
pulses to the series parallel converter 92 and to the

15  divide-by-12 counter 91 such that after every twelfth clock
pulse, data is transferred from the EEPROM 84 through the
series parallel converter 92 and the tri-state switch 86 to
one of the memory locations in the RAM 77 as determined by
the 11 bit counter 89.  These steps are repeated as many

20  times as are required to transfer all of the data stored in
the EEPROM 84 to the RAM 77.  When that occurs, the tri-state
switch 86 is disabled and supplies a signal to the switch 88
to connect the movable contact 90 thereof to the fixed
contact 93, which is connected to the movable contact 94 of a

25  switch 95 and to the 5 bit counter 74 and the RAM 71.  The
hearing aid is then in its normal operating mode.
        Automatic adjustment of the hearing aid to take
into account environmental conditions such as changes in the
speech level and type of background noise obtaining at any

30  time is effected by environmental control means comprising a

-11-

speech detector 96, four band pass filters 97, 98, 99 and
100, and a level detector including four differently pre-
biased comparators 101, 102, 103 and 104. Typical bandwidths
for the filters 97, 98, 99 and 100 might be 100-750 Hz, 750-
5   1500 Hz, 1500-3000 Hz, and 3000 to the upper frequency limit,
respectively. The speech detector 96 is conventional and may
include a level detector followed by a short term averaging
device. For steady state noise, the output of the level
detector will be relatively constant, indicating that noise
10  only is present. Whenever fluctuations in level are within a
prescribed bandwidth typical of speech, the short term
average increases, indicating that speech is present. The
speech detector 96 is clocked periodically by signals from
the oscillator divider 76 to provide either a zero output
15  indicative of noise or a one output indicative of speech
periodically to each of a plurality of sample and hold cir-
cuits 105, 106, 107 and 108. The outputs of the band pass
filters 97, 98, 99 and 100 are rectified in the rectifiers
109, 110, 111 and 112, respectively and fed to the sample and
20  hold circuits 105-108, respectively, the outputs of which are
fed to the comparators 113, 114, 115 and 116, respectively.
The outputs of the rectifiers 109-112, respectively, are also
supplied directly as inputs to the comparators 113-116,
respectively.

25      So long as there is a one output from the speech
detector 96 indicating the presence of speech in the input,
the instantaneous outputs of each of the band pass filters
97-100 are compared with previous values held in the sample
and hold circuits 105-108, causing the comparators 113-116,
30  respectively, to generate a binary coefficient (0,1)

-12-

26768-345/4779

indicating whether or not the speech level in the associated band pass filter exceeds the noise level. At the same time, a level detector 117 responsive to the respective outputs of the comparators 101-104 generates a two bit coefficient indi-

5   cating the average signal level.

The outputs of the comparators 113-116, inclusive, and of the input level detector 117 are fed to latching means 118, which provides a six bit output that is adapted to be transmitted through the switches 95 and 88 to the RAM 77.

10  Whenever the output of the speech detector 96 indicates that speech is present, the binary outputs of the four filter level comparators 113-116, inclusive, and that of the average level detector 117 are transmitted to the RAM 77 through the control switches 95 and 88. These binary words are updated

15  at regular intervals at a clock rate determined by the oscillator divider 76, as stated. Each of the sixty-four possible combinations of the 6 bit binary words identifies a different frequency response for the programmable filter, and a corresponding set of coefficients stored in the RAM 77 is

20  selected, thereby automatically adjusting the hearing aid to the optimum set of parameter values as the speech level and type of background noise change.

In prescribing hearing aids with the use of the host controller, the subject is seated in a quiet room with

25  the hearing aid inserted in his ear. The hearing aid is connected to the host controller by an electrical cable (not shown), thereby placing it directly under the control of the host controller. The prescriptive procedure usually consists of five stages:

-13-

26768-345/4779

(1)   measurement of the subject's residual hearing;

(2)   derivation of an appropriate set of electroacoustic characteristics of the hearing aid from such
5   measurements, and programming the hearing aid accordingly;

(3)   measuring acoustic feedback in the hearing aid;

(4)   re-programming the hearing aid to minimize acoustic feedback; and

10   (5)   paired comparison testing of possible alternative settings of the hearing aid to determine the optimal hearing aid settings for the subject.

The subject's residual hearing is measured using signals generated by the audiometric section 21 in the host
15   controller 20 (Fig. 1).  These signals are delivered to the hearing aid via the switch 29, an amplifier 119, a switch 120, a connector 121, a connector 122 in the hearing aid, and the conductor 62.  The signals are processed by the digital programming filter and associated circuitry in the hearing
20   aid and are delivered to the subject's ear using the hearing aid receiver and associated coupling that the subject will actually wear after the hearing aid is prescribed.  This procedure eliminates the need for any corrections in going from headphone to sound field measurements.  The measurements
25   are usually obtained with narrow band stimuli (tones, warble tones, or narrow band noise) and include threshold of hearing, various loudness levels (comfortable, loud) and loudness discomfort level.

The measurements obtained on the patient's resid-
30   ual hearing are used in deriving the electroacoustic

-14-

26768-345/4779

characteristics of the hearing aid.  The measurements of
loudness discomfort level are used to program the limiter 67
so that sounds amplified by the hearing aid never exceed the
patient's loudness discomfort level.  The measurements of
auditory threshold, most comfortable loudness level, and
loudness discomfort level are used to determine the frequency
gain characteristics of the hearing aid.

Figure 3 shows four frequency-gain characteristics
for a typical patient.  Curve A is used when the speech
signal reaching the hearing aid is relatively low, as would
occur when somebody speaks in a very soft voice.  Under these
conditions the hearing aid provides a large amount of gain,
particularly in the high frequencies.  This is done to ensure
that the speech spectrum is placed above the patient's thres-
hold of hearing at all frequencies.

Curve B is used when the incoming speech signal is
at the low end of the comfortable loudness range for a normal
hearing person.  The amplification provided places the speech
spectrum at the bottom of the patient's most comfortable
loudness range at all frequencies.

Curve C is used when the level of the incoming
speech is moderately loud for a normal hearing person.  The
amplification provided places the speech spectrum at the top
of the patient's most comfortable loudness range for all but
the lowest frequencies.  Less gain is provided at the low
frequencies to reduce upward spread of masking effects; e.g.,
weak high-frequency sounds being masked by intense low
frequency sounds.

Curve D is used when the signals reaching the
hearing aid are very loud for a normal hearing person.  Under

-15-

26768-345/4779

these conditions the hearing aid provides relatively little gain with a significant roll off in the low frequency region in order to substantially reduce upward spread of masking effects.

5          A set of coefficients is derived for each of these frequency gain characteristics. These coefficients are derived using procedures that are well known in the field of digital signal filtering and are used to program filter 64 so that the hearing aid produces the required frequency-gain

10  characteristic. The filter coefficients are stored in the RAM 77.

          The level of the incoming speech signal is determined by the level detectors 101, 102, 103 and 104. The decoder 117 generates a binary word depending on the outputs

15  of these level detectors. This binary word is transmitted to the RAM 77, in order to select the appropriate set of filter coefficients. If the signal reaching the hearing aid consists of speech plus noise, as determined by the speech detector 96, then alternative frequency-gain characteristics

20  are used. These frequency-gain characteristics are derived by first determining the incoming signal level, as described above, selecting an appropriate frequency-gain characteristic and then reducing the gain in those frequency regions where the background noise level exceeds the speech level. This is

25  determined by comparing the output levels of the bandpass filters 97, 98, 99, and 100 when speech is present to the corresponding levels measured when noise only is present. The latter information is stored in the sample and hold units 105, 106, 107 and 108. The comparisons are done by means of

30  the comparators 113, 114, 115, and 116. The outputs of these

-16-

26768-345/4779

comparators in combination with the outputs of the level

decoder, 117, generate a 6-bit word that selects the appro-

priate set of filter coefficients in the RAM 77.

For patient hearing parameter selection and

5  programming, the hearing aid is interfaced with the host

controller as described above, and the EEPROM 84 (Fig. 2) is

plugged into a programming slot 124 in the host controller

20.  A conductor in the line 125 (Fig. 1) is set to logic 1

by operation of the computer 24 which applies a logic 1

10  signal to the line 126 (Fig. 2), resulting in the tri-state

switch 85 being disabled and the switch 88 being activated by

an OR gate 127 to move the switch movable contact 90 to con-

nect the counter 89 to the RAM 77.  The host controller 20

generates reset pulses which are transmitted over a conductor

15  in the line 128 (Fig. 1) through the connector 129 and the

line 130 in the hearing aid (Fig. 2) to reset the counters 91

and 89 and the series-to-parallel converter 92.

Clock signals are fed from the host controller 20

over another conductor in the line 128  through a connector

20  131 and a conductor 132 in the hearing aid to the serial-to-

parallel converter 92 and are divided by 12 in the counter

91, the output of which is fed through the switch 88 to the

RAM 77.  Synchronously with the clock signals on the line

132, data are fed from a conductor in the line 128 in the

25  host controller 20 and through a connector 133 and a con-

ductor 134 in the hearing aid to the serial-to-parallel con-

verter 92.  After every twelfth clock signal, data is trans-

ferred from the serial-to-parallel converter 92 through the

tri-state switch 86 to one of the memory locations in the RAM

30  77 determined by the counter 89.  This step may be repeated

-17-

26768-345/4779

as many times as required to store essential data in the
RAM 77 within the storage limits of the latter.  The line 126
is then set to logic 0 by operation of the computer 24
through a conductor in the line 125, thus disabling the tri-
5  state switch 86 and actuating the switch 88 to cause the
movable contact 90 thereof to move into engagement with the
fixed contact 93 resulting in the connection of the RAM 77
to the counter 74 and to the RAM 71.  The hearing aid is
now ready for patient hearing parameter selection and
10  programming.

The selection of the desired hearing aid parameters
is accomplished by actuating the computer 24 to set the line
135 in the hearing aid (Fig. 2) to logic 1 through a con-
ductor in the cable 128 and a connector 136 on the hearing
15  aid.  This activates the switch 95 and supplies data in the
form of 6 bit words from the series-to-parallel converter 92
over the line 137 through the movable contact 94 of the
switch 95 and the movable contact 90 of the switch 88 to the
RAM 77.  The series-to-parallel converter 92 is reset by a
20  signal from the computer 24 (Fig. 1) transmitted through a
conductor in the line 128 and the connector 129 and conductor
130 in the hearing aid, and a 6 bit word is fed into the
converter 92 and placed on seven of the address lines of the
RAM 77, selecting one of sixty-four possible sets of coeffi-
25  cients for use in the programmable filter in the hearing aid.
The selection proceeds in the like fashion throughout the
process of frequency shaping of the filter.

Feedback cancellation is achieved in the hearing
aid by first measuring the acoustic feed back _in situ_ and
30  then creating an electronic feedback path with identical

-18-

26768-345/4779

amplitude and phase characteristics.  The outputs of the two
feedback paths are then subtracted, thereby canceling any
feedback signals that might occur.

Acoustic feedback is measured with the hearing aid
5  in the ear as it would normally be worn.  An electrical test
signal is applied to the terminal 122 (Fig. 2) from the host
controller 20.  A portion of this amplified acoustic signal
will leak through the ear mold and reach the microphone 57,
which will then convert the signal back to electrical form
10  and return it to the hearing aid amplifier.  Feedback will
occur if the total gain in the loop, i.e., from the input to
the filter 63 through the filter and amplifier of the hearing
aid to the output transducer 69 and from the microphone 57
back to the input to the filter 63, exceeds unity.

15  For the purpose of this measurement, the feedback
loop is broken between 140 and 122.  Terminal 140 of the
hearing aid is then connected to terminal 34 of the host
controller, terminal 142 of the hearing aid is connected to
terminal 31 of the host controller, and terminal 143 of the
20  hearing aid is connected to terminal 144 of the host con-
troller.  The programmable phase shifter 30 and programmable
amplifier 32 are then adjusted by the computer 24 so as to
minimize the sum of the acoustic and electrical feedback
signals of the output of summing amplifier 60.

25  From the settings obtained with the phase shifter
30 and amplifier 32 at cancellation (at the "null"), the host
controller calculates a set of coefficients for a program-
mable filter to be inserted in the electrical feedback path
between terminals 142 and 143 so as to cancel the acoustic
30  feedback.

-19-

26768-345/4779

If desired, the additional programmable filter in
the feedback path of the hearing aid can be eliminated by
calculating the effective gain of both the forward and feed-
back paths and modifying the programmable filter 64 so as to
5   include this additional gain.  This implementation neces-
sarily requires an adjustment to both the amplitude and phase
characteristics of the filter 64.  Alternatively, filter 64
can be placed in the feedback path with appropriate changes
in the coefficients.

10        The setting of the hearing aid is then checked
using a paired comparison technique to determine if optimum
frequency response characteristics for the patient have been
obtained.  This involves the provision in the host controller
of one or more additional programmable filters adjusted to
15  have frequency responses that differ systematically from that
prescribed using the above procedure.  In the practice of
this technique, the patient compares the prescribed hearing
aid against an alternative hearing aid by replacing the pre-
scribed filter and limiter with components having alternative
20  electroacoustic characteristics by actuation of a select
switch 123 in the host controller 20.  The patient listens to
speech through the hearing aid, switching back and forth two
sets of electroacoustic characteristics at will by means of
the switches 123A and 123B, choosing the characteristic which
25  is more intelligible or preferable in some way.  Paired
comparisons made in this manner may be repeated with
systematic deviations from the prescribed frequency response
in order to determine whether another frequency response
would be more intelligible or preferable.  If a better
30  response is found, the paired comparison procedure may be

-20-

2.2

26768-345/4779

repeated iteratively until the optimum set of electroacoustic characteristics is found.  Adaptive strategies for finding the optimum electro-acoustic characteristics are described in Levitt et al., Journal of Rehabilitation Research and

5  Development, Vol. 23, No. 1, 1986, pages 79-87.

In normal operation, the EEPROM 84, with the optimum coefficients determined as described above stored therein, is plugged into the hearing aid, and when power is turned on the coefficients are transferred from the EEPROM 84

10  into the RAM 77.  From then on the EEPROM is inactive in order to save power.  The operating sequence is as follows: On power-up the tri-state switches 85 and 86 are enabled, power is supplied to the EEPROM 84 from the power-up control circuit 87, and the switch 88 is activated to connect the

15  counter 89 to the RAM 77.  The power-up circuit control 87 supplies reset pulses to the counters 89 and 91 and to the series-to-parallel converter 92, and clock pulses to the counter 91, the converter 92 and the EEPROM 84.  After every twelfth clock pulse, data is transferred from the series-to-

20  parallel converter 92 through the tri-state switch 86 to one of the memory locations in the RAM 77 determined by the counter 89.  This step is repeated until all the data stored in the EEPROM 84 have been transferred to the RAM 77.  The tri-state switch 86 is then disabled and the switch 88 is

25  connected to the switch 37, the counter 74 and the RAM 71.

The hearing aid is now in its normal operating mode and speech detected by the microphone 57 is amplified in the programmable automatic gain control circuit 58 and trans- mitted through the amplifier 60, the filter 63 and the low

30  pass filter 63a into the programmable filter circuitry.

26768-345/4779

A so-called "bucket brigade" analog delay line may be used as a programmable filter instead of the digital delay line described above, as shown in Fig. 4. Thus, the audio signal may be fed from the filter 63a through a compressor 5 145 to a delay line 146 having, say, thirty-two taps there-along. The delay line 146 is clocked by a 50% duty cycle signal at a frequency equal to at least twice the audio signal bandwidth. During the logic "1" period of the clock, the audio signal is supplied into the next stage of the 10 analog delay line. On the falling edge of the clock signal, the analog signal is held in the next stage. During the logic "0" period of the clock, an analog multiplexer 147 selects one of the thirty-two taps of the delay line and feeds the signal therefrom into the input of a 7 bit D/A 15 converter 148. The signal is divided down in a resistance ladder in the converter 148 as determined by a 7 bit word from the RAM 77, the address of which is specified by the counter 89.

The divided down voltage is then given a plus or 20 minus sign as determined by a bit from the series-parallel converter 92 and is fed to a switched capacitor summing cir-cuit 149. The analog multiplexer 147 proceeds to the next tap and repeats the process just described for a total of thirty-two times. The thirty-two voltages thus derived are 25 summed in the summing circuit 149 and transferred to a sample and hold circuit 150, the output of which is expanded in an expander 151 and supplied through the filter 80 to the hear-ing aid receiver 69.

An analog tapped delay line in which the delays 30 are achieved acoustically might also be employed in a

-22-

26768-345/4779

programmable hearing aid filter according to the invention,
instead of the digital and analog delay lines described
above.  This might be accomplished by feeding the hearing aid
electrical signals to a transducer to generate sound to
5  travel along a tube of appropriate length and having taps in
the form of miniature microphones disposed along the tube.
The signals at the taps would be multiplied by selected
predetermined coefficients and added to produce a resultant
characteristic much in the same manner as described above.

10        By using an array of two or more microphones on the
body (e.g., along the frame of a pair of spectacles), the
weighting coefficients can be chosen in the manner described
above such that the weighted summed output of the micro-
phones, with an appropriate phase shift, is equivalent to the
15  output of a frequency selective directional microphone.  This
will reduce the effects of both noise and room reverberation.
A typical configuration is shown in Figure 5 as comprising
the microphones 155 and 156 supplying inputs to amplifiers
157 and 158, the gain and phase characteristics of each of
20  which is programmable from the RAM 77 in the hearing aid.
The outputs of the programmable gain amplifiers 157 and 158
are summed in a summing amplifier 159, the output of which
would be supplied to the programmable AGC device 58.

        Automatic adjustment of the frequency response of
25  the hearing aid as a function of speech level may also be
effected by placing the programmable filter in a feedback
loop in series with a programmable compression amplifier.
Since the degree of feedback depends on signal level, the
overall frequency response also depends on signal level.

-23-

26768-345/4779

The components shown in Figures 2, 4 and 5 may be incorporated in the hearing aid or part may be contained in a pocket size case to be carried in the clothing of the person wearing the hearing aid.  In the latter case, the components
5   contained in the case may be coupled to the components in the hearing aid by a conventional FM transmission link, for example.

The invention thus provides a novel and highly effective hearing aid system for use by hearing impaired
10   patients.  By utilizing a digital or analog delay line as a programmable filter in a hearing aid, it is possible to establish optimal hearing aid parameters for the patient. Moreover, by virtue of the novel means employed for effecting automatic adjustment of the programmable filter to optimum
15   parameter values as the speech level, room reverberation  and type of background noise change and for reducing acoustic feedback, a superior hearing aid system of optimum character- istics can be prescribed for hearing deficient patients.

The several embodiments described above and
20   depicted in the drawings are intended to be only illustra- tive, and modifications in form and detail are possible within the scope of the following claims.  For example, more than four bandwidth filters and different frequency bands might be employed.  Also, the number of taps on the digital
25   filter may be greater than 32 as in the specific embodiment described above and the A/D converter may, of course have more than 12 bit resolution.

-24-

26768-345/4779

WE CLAIM:

1. ~~A Hearing~~ aid comprising at least one input
microphone, an output receiver, and a signal transmission
channel interposed between said microphone and said receiver
in which the improvement comprises a programmable delay line
5   filter interposed between the input and output of said trans-
mission channel, said filter being programmed to impart to
the hearing aid at least one response characteristic effec-
tive to compensate for impaired hearing of the wearer of the
10  aid.

2. A hearing aid as described in claim 1 in which
said programmable delay line filter is interposed in a for-
ward path through said transmission channel.

3. A hearing aid as described in claim 1 with
15  programmable signal limiter means interposed between the
input and output of said transmission channel.

4. A hearing aid as described in claim 3 in which
said programmable delay line filter and said programmable
signal limiter means are interposed in a feedback path for
20  said transmission channel.

5. A hearing aid as in claim 2 in which said
filter comprises a delay line having a multiplicity of taps,
first memory means for storing filter-response related
coefficients therein, and means jointly responsive to said
25  delay line taps and to coefficients stored in said memory
means for providing an output having at least one response



-25-

26768-345/4779

characteristic effective to compensate for impaired hearing
of the wearer of the aid.

6. A hearing aid as in claim 5 in which said
filter comprises a digital delay line and means for convert-
5    ing analog signals in said channel to digital signals for
application to said delay line.

7. A hearing aid as in claim 5 in which said
filter comprises an analog delay line having a multiplicity
of taps, and means for periodically sampling analog signals
10   in said channel and supplying them to said delay line.

8. A hearing aid comprising at least one input
microphone, an output receiver, and a transmission channel
interposed between said microphone and receiver, means con-
trollable to impart different response characteristics to
15   said hearing aid, and means responsive to a characteristic of
the signal in said transmission channel for automatically
controlling said controllable means to impart a selected one
of said different response characteristics to said hearing
aid.

20   9. A hearing aid as described in claim 8 in which
said controlling means is responsive to the signal level in
said transmission channel.

10. A hearing aid as described in claim 8 in which
said controlling means is responsive to noise in said trans-
25   mission channel.

-26-

26768-345/4779

11.    A hearing aid as described in claim 6 in which said controlling means is responsive to the level of speech signals in said transmission channel in excess of the level of noise signals in said channel.

5        12.    A hearing aid as described in claim 11 in which said controlling means comprises speech detector means for determining when speech signals are in said transmission channel, a plurality of bandpass filter means for determining the noise frequency spectrum in said transmission channel, a

10    plurality of comparator means each responsive to said speech detector and to respective bandpass filter means for indicating whether the speech level in each said bandpass filter exceeds the noise level therein and for actuating said controlling means to impart to the hearing aid a response

15    characteristic effective to compensate for impaired hearing of the wearer of the aid at the noise levels obtaining in said channel.

13.    A hearing aid as described in claim 12 in which said controlling means also comprises means for rectifying a

20    portion of the signals in said transmission channel, a plurality of differently pre-biased comparators connected to receive the output of said rectifying means, and means responsive to the outputs of said comparators for generating a signal representative of the average level of the signals

25    in said transmission channel for controlling said controllable means to impart to the hearing aid a response characteristic effective to compensate for impaired hearing of the

-27-

26768-345/4779

wearer of the aid at the signal and noise levels obtaining in
said channel.

14.  A hearing aid as described in claim 13 in which
said controllable means comprises a delay line having a
5   multiplicity of taps, memory means for storing predetermined
filter response-related coefficients therein, and means res-
ponsive to said controlling means for combining said delay
line taps and coefficients to constitute a delay line filter
of predetermined response characteristic in said transmission
10   channel.

15.  A hearing aid as described in claim 2 in which
said programmable  filter is programmed to effect substantial
reduction of acoustic feedback from said receiver to said
microphone.

15       16.  A hearing aid as described in claim 4 in which
said programmable delay line is programmed so as to effect
substantial reduction of acoustic feedback from said receiver
to said microphone.

17.  A hearing aid as described in claim 6 in
20   which said digital delay line comprises second memory means
arranged to receive digital signals from said analog-to-
digital converting means, register means connected to receive
digital signals from said second memory means, first
digital-to-analog converter means connected to receive
25   digital signals from said register means, timing means con-
trolling the transfer of digital signals from said second

-28-

26768-345/4779

memory means through said register means to said first
digital-to-analog converter means, second digital-to-analog
converter means connected to receive filter response related
coefficients from said memory means in timed relation to the
5   transfer of digital signals to said first digital-to-analog
converter means and to supply analog signals therefrom to
said first digital-to-analog converter means for combination
therein with digital signals transferred thereto from said
second memory means, signal summing means connected to
10  receive the output of said first digital converter means, and
sample and hold means connected to receive the output of said
signal summing means.

18.   A hearing aid as described in claim 7 with
digital-to-analog converter means connected to receive
15  filter-response related coefficients from said first memory
means for conversion to analog values, multiplexer means
connected to supply signal samples from said sampling means
to said digital converter means for combination with said
respective analog values, summing means for summing said
20  analog values and signal samples, and sample and hold means
connected to receive the output of said summing means.

19.   A method of reducing acoustic feedback in a
sound system comprising a microphone, a transducer and a
signal transmission channel interposed between said micro-
25  phone and transducer, comprising the steps of
determining the effect on the amplitude and
phase of a signal in said transmission channel as a function

-29-

26768-345/4779

of frequency of acoustic feedback between said transducer and microphone, and

inserting between the input and output of said transmission channel an electrical feedback path having a
5    filter therein programmed to equalize and reduce the effect of said acoustic feedback both in amplitude and phase on a signal in said transmission channel.

20.    A method of reducing acoustic feedback in a hearing aid comprising a microphone, a receiver fitted in an
10    ear of a wearer of the aid, and a signal transmission channel interposed between said microphone and transducer, comprising the steps of

determining the effect on the amplitude and phase of a signal in said transmission channel as a function
15    of frequency of acoustic feedback between said receiver and microphone, and

inserting between the input and output of said transmission channel a programmable filter programmed to equalize and reduce the effect of said acoustic feedback both
20    in amplitude and phase on a signal in said transmission channel.

21.    A method of reducing feedback in a hearing aid as described in claim 20 in which said programmable filter is inserted in a forward path through said transmission channel.

25        22.    A method of reducing feedback in a hearing aid as described in claim 20 in which said programmable filter is

-30-

26768-345/4779

inserted in an electrical feedback loop for said transmission channel.

23.   A hearing aid comprising at least two input microphone channels, means for adjusting the amplitude and phase characteristics of each of said microphone channels, means for summing the outputs of said microphone channels, an output receiver, a signal transmission channel connected to receive the output of said summing means and to provide an output to said receiver, and a programmable filter interposed between said summing means and the output of said transmission channel, said filter being programmed to impart to the hearing aid at least one response characteristic effective to compensate for impaired hearing of the wearer of the aid and to reduce the effects of both noise and reverberation.

26768-345/4779

## ABSTRACT OF THE DISCLOSURE

A hearing aid system comprises a hearing aid that
is programmable so as to have optimum electro-acoustic
characteristics for the patient and acoustic environment in
5    which it is used.  Selected optimum parameter values are pro-
grammed into an electronically erasable, programmable read
only memory (EEPROM) which supplies coefficients to a pro-
grammable filter and amplitude limiter in the hearing aid so
as to cause the hearing aid to adjust automatically to the
10   optimum set of parameter values for the speech level, room
reverberation, and type of background noise then obtaining.
The programmable filter may be a digital equivalent of a
tapped delay line in which each delayed sample is multiplied
by a weighting coefficient, and the sum of the weighted sam-
15   ples generates a desired electro-acoustic characteristic.
Alternatively, the programmable filter may be a tapped analog
delay line in which the sum of the weighted outputs of the
taps generates the desired characteristics.
      Acoustical feedback is reduced by an electrical
20   feedback path in the hearing aid which is matched in both
amplitude and phase to the acoustic feedback path, the two
feedback signals being subtracted so as to cancel each other.
Alternatively, a single filter in the forward path may be
used for this purpose with a transmission characteristic
25   equivalent to that of the programmable filter in the forward
path plus the electrical feedback path.  Also, the relative
speech-noise content in the signals from the hearing aid
microphone is sensed and binary words are generated and sup-
plied to the programmable filter for selecting from memory a
30   set of delay line tap coefficients that are effective to

-32-

26768-345/4779

impart to the filter the appropriate frequency response for the specific environmental noise condition being detected.

Instrumentation is disclosed for measuring relevant audiological characteristics of the patient, as well as tech-

5  niques and instrumentation for programming the hearing aid to have selected characteristics to compensate for hearing defi-ciencies determined from the measurements made.



FIG. 1



FIG. 2



FIG. 3



GAIN AND PHASE
CONTROL

GAIN AND PHASE
CONTROL

FIG. 5



*FIG. 4*

155374



A26768-I – 345/10706
PATENT

#3B
R.logdn
4-18-88
Ent 88
5-1

## IN THE UNITED STATES PATENT & TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant | : | Harry Levitt et al. |
| Serial No. | : | To Be Assigned |
| Filed | : | To Be Assigned |
| For | : | PROGRAMMABLE DIGITAL HEARING AID SYSTEM |

February 12, 1988

### PRELIMINARY AMENDMENT

Hon. Commissioner of Patents & Trademarks
         Washington, DC  20231

Dear Sir:

          Please amend the application as follows:

<u>In the Title:</u>

          Page 1, line 15, before "PROGRAMMABLE" insert

--HOST CONTROLLER FOR--.

<u>In the Specification:</u>

          Page 12, line 5, delete "Kz" and insert --Hz--.

<u>In the Claims:</u>

          Cancel all of the claims and substitute the following

claims:

Sub
C2          24.  A host controller for producing data from a

computer for a programmable hearing aid to cancel feedback

B1
(cont'd)

          I hereby certify that this paper is being
          deposited with the U.S. Postal Service as
Express in Class Mail in an envelope addressed to:
          Commissioner of Patents and Trademarks
          Washington, DC 20231, on February 12, 1988
                                     Date of Deposit

          Frederick C. Carver    17,021
          Attorney Name            Reg. No.

          ~~Frederick Carver~~    February 12, 1988
          Signature              Date of Signature

A26768-I - 345/10706
PATENT

comprising means for receiving signals indicative of the fre-
quency gain and feedback characteristics of the hearing aid,
means controlled by the computer for modifying the frequency
gain and feedback characteristics required to eliminate feedback
and means controlled by the computer for transmitting data
to program the hearing aid to eliminate feedback.

25. A host controller for producing data from a
computer for a programmable filter of a hearing aid to cancel
feedback comprising phase shift and gain control means adjustable
by said computer for generating a feedback cancellation voltage
supplied to the hearing aid for summation by the hearing aid
with feedback voltage, a circuit returning feedback and feedback
cancellation voltages summed by the hearing aid for verifying
feedback cancellation and for further adjustment of said phase
shift and gain control means in the event that feedback has
not been cancelled, and means controlled by the computer for
transmitting to the filter the phase shift and gain control
data necessary to cancel feedback.

26. A host controller as set forth in Claim 25
including a signal generator for generating test signals
supplied to the hearing aid and a circuit for returning an
output signal from the hearing aid, which signal includes any
feedback voltage generated in the hearing aid, said output
voltage being modified by the phase shift and gain control
means in response to the summed feedback and feedback cancellation
voltages.

27. A host controller for programming a filter of
a hearing aid from a computer associated with the host controller

-2-

A26768-I - 345/10706
PATENT

comprising a signal generator for generating test signals
supplied to the hearing aid, a circuit for returning an output
signal from the hearing aid, which signal includes any feedback
voltage generated in the hearing aid, means controlled by the
computer modifying the output signal to cancel the feedback
voltage and returning said feedback cancellation voltage to
the hearing aid, a circuit for returning to the computer
feedback and feedback cancellation voltages summed by the
hearing aid for verifying feedback cancellation and modifying
the cancellation voltage in the event that feedback has not
been cancelled, and means controlled by the computer for
transmitting to the programmable filter the data necessary
to cancel out feedback.

       28.  A host controller as set forth in claim 27 in
which said means controlled by the computer for developing
feedback cancellation voltage includes adjustable phase shift
and gain control means and in which the data transmitted to
the filter are measurements of the phase shift and gain control
necessary to cancel feedback.

       29.  A host controller as set forth in claim 27 in
which the circuit for returning feedback and feedback cancellation
voltages summed by the hearing aid include a rectifier and
an analogue-to-digital converter for supplying a summed signal
to the computer.

       30.  A host controller as set forth in claim 27
including a computer controlled means for varying the
frequency of the test signals generated by the signal
generator.

-3-

A26768-I – 345/10706
PATENT

31.  A host controller as set forth in claim 27 including computer controlled means for supplying a logic signal to the hearing aid for conditioning the filter for programming and a logic signal to the hearing aid to restore it for use by the patient.

32.  A host controller for programming a filter interposed in a transmission channel between a microphone and a receiver of a hearing aid from a computer associated with the host controller comprising a signal generator for generating test signals supplied to the receiver, a circuit for returning an output signal from the microphone of the hearing aid to the host controller, which signal includes any feedback voltage generated in the hearing aid, means controlled by the computer for modifying the phase shift and gain of the output voltage necessary to eliminate feedback and means controlled by the computer for transmitting data to program the filter of the hearing aid to eliminate feedback.

In the Abstract of the Disclosure

Delete the abstract on Pages 32 and 33 and substitute the following:

A host controller for producing data from a computer for a programmable filter of a hearing aid to cancel feedback in which phase shift and gain control means are adjusted by the computer to generate a feedback cancellation voltage which is supplied to the hearing aid for summation of the feedback and feedback cancellation voltages by the hearing aid and in

-4-

A26768-I - 345/10706

which the summed **feedback** and feedback cancellation voltages are returned to the host controller for further adjustment of said phase shift and gain control means until feedback has been cancelled.  The host controller then transmits to the programmable filter the phase shift and gain control data necessary to cancel feedback.

Respectfully submitted,

Frederick C. Carver
Reg. No. 17,021
Attorney for Applicant
(212) 408-2528

-5-

A26768-I - 345/10706
PATENT

<u>DECLARATION VERIFYING APPLICATION AS TRUE COPY</u>

      FREDERICK C. CARVER, attorney for applicants, hereby declares that the accompanying divisional application is a true copy of the parent application as originally filed.

      FREDERICK C. CARVER further declares that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent granted or renewed thereon.

Date: <u>February 12, 1988</u>    By: _____
                            Frederick C. Carver
                            Reg. No. 17,021



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address    COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/155,374 | 02/12/88 | LEVITT | H | A26768-I-345 |

```
┌                                              ┐
 BRUMBAUGH, GRAVES, DONOHUE
 AND RAYMOND
 30 ROCKEFELLER PLAZA
 NEW YORK, NY  10112
└                                              ┘
```

| | EXAMINER |
|---|---|
| | BYRD, D |
| ART UNIT | PAPER NUMBER |
| 261 | 4 |

DATE MAILED:        10/17/88

This is a communication from the examiner in charge of your application.

COMMISSIONER OF PATENTS AND TRADEMARKS

☑ This application has been examined    ☐ Responsive to communication filed on _____    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire 3 month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned.  35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**
1. ☑ Notice of References Cited by Examiner, PTO-892.
2. ☑ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.
4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.
6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☑ Claims 24-32 _____ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☑ Claims 24-32 _____ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. ☐ Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. These drawings are ☐ acceptable; ☐ not acceptable (see explanation).

10. ☐ The ☐ proposed drawing correction and/or the ☐ proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved. ☐ disapproved (see explanation). However, the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO EFFECT DRAWING CHANGES", PTO-1474.

12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

PTOL-326 (Rev. 7 - 82)

**EXAMINER'S ACTION**

Serial No. 155,374                    -2-

Art Unit 261

1.    Preamendments filed February 12, 1988 have been

entered.

2.    The following is a quotation of the first
paragraph of 35 U.S.C. 112:

> The specification shall contain a written descrip-
> tion of the invention, and of the manner and pro-
> cess of making and using it, in such full, clear,
> concise, and exact terms as to enable any person
> skilled in the art to which it pertains, or with
> which it is most nearly connected, to make and use
> the same and shall set forth the best mode con-
> templated by the inventor of carrying out his
> invention.

The specification is objected to under 35 U.S.C.

112, first paragraph, as failing to provide an adequate

written description of the invention.

The specification (page 8, lines 7-12) is not ade-

quately described.  The specification does not clearly

describe how the electrical feedback voltage is deter-

mined.  Does the sum (line 10) go to terminal 144 or

just the electrical feedback voltage?  It appears from

the claims that summing occurs in the hearing aid and

further appears that such summing occurs between the

feedback cancellation voltage that is applied to the

hearing aid through terminal 144 of the host controller

and the feedback signal that is determined by the

hearing aid itself.  Clarification of page 8, lines 7-12

is required when responding to this office action.  See

the abstract also.

3.    Claims 25-32 are rejected under 35 U.S.C. 112,

first paragraph, for the reasons set forth in the above

objection to the specification.

4.    Claims 25-26 are rejected under 35 U.S.C. 112,

second paragraph, as being indefinite for failing to

Serial No. 155,374                          -3-

Art Unit 261


particularly point out and distinctly claim the subject

matter which applicant regards as the invention.

It is not readily apparent from claim 25, line 6

what the feedback voltage is. Is it a part of the host

controller or in the hearing aid?

In claim 26, lines 5-6, "said output voltage" lacks

proper antecedence.

5.    The following is a quotation of 35 U.S.C. 103
which forms the basis for all obviousness rejections set
forth in this Office action:

> A patent may not be obtained though the invention
> is not identically disclosed or described as set
> forth in section 102 of this title, if the dif-
> ferences between the subject matter sought to be
> patented and the prior art are such that the sub-
> ject matter as a whole would have been obvious at
> the time the invention was made to a person having
> ordinary skill in the art to which said subject
> matter pertains. Patentability shall not be nega-
> tived by the manner in which the invention was
> made.

> Subject matter developed by another person, which
> qualifies as prior art only under subsection (f)
> and (g) of section 102 of this title, shall not
> preclude patentability under this section where the
> subject matter and the claimed invention were, at
> the time the invention was made, owned by the same
> person or subject to an obligation of assignment to
> the same person.

6.    Claims 24 and 32 are rejected under 35 U.S.C.

103 as being unpatentable over Yanick in view of the

Great Britain 359 reference Gabr.

Yanick discloses a host controller means (computer

which depends on a specialized computer handling the

input/output functions of a real time system) comprising

means for receiving signals from equalizing circuit 21.

It is well known that equalizing circuits compensate for

undesired response, i.e. feedback. The device further

Serial No. 155,374                              -4-

Art Unit 261

teaches that the control panel in conjunction with
several other elements allow the practitioner (person
doing the testing) to make adjustments during testing to
assure that the final design aid will be optimum with
regard to the user's particular handicap.  Thus, it
would have been obvious to one of ordinary skill in the
art at the time  of the invention to provide the equali-
zation means with feedback characteristics such that
feedback can be cancelled or eliminated as equalization
circuits compensate for deficiencies in the response and
deficiencies due to feedback occurs in all types of
sound reproduction systems where the microphone is in
close proximity to the speaker.  The Great Britain 359
reference discloses a feedback cancellation network
employing an adjustable phase shift and an adjustable
gain control means for assisting in the elimination of
feedback as is well known.  It would have been obvious
to one of ordinary skill in the art at the time of the
invention to provide the Yanick equalization means with
phase shift and gain control means in order to reduce or
cancel feedback and it is clear that once a desired
signal is obtained, it is transmitted to the equaliza-
tion circuit thereby controlling the response.

7.   The prior art made of record and not relied upon
is considered pertinent to applicant's disclosure.

     The Hearing Instruments Article discloses that
controllers or processors are used to determine the best
response from a hearing aid  by performing a series of
tests and teaches that the different parameters of  the

Serial No. 155,374                             -5-

Art Unit 261


hearing aid are more efficiently determined by the pro-

cessing means than by hand.

    Kopke et al. discloses a hearing aid and computer

based testing device.

    Victoreen (column 1) discloses hearing aid teaching

feedback is a problem and is commonly eliminated by

modifying the gain (colum 2).

    Sopher (for a hearing aid), Burck and Admiraal et

al. provided for modifying the gain to eliminate feed-

back.

    Goodell et al., Meller et al., Stover and Stepp et

al. and the German 764 reference taught modifying the

frequency phase shift eliminates feedback.

    The European 894 reference, Ferrieu (colum 1),

Burkhard, Queen and Braun disclosed modifying both the

phase and the gain of a system for eliminating the feedback.

8.      Any inquiry concerning this communication or
earlier communications from the examiner should be
directed to Examiner Byrd whose telephone number is
(703) 557-7713.

        Any inquiry of a general nature or relating to the
status of this application should be directed to the
Group receptionist whose telephone number is (703)
557-3321.


Byrd:vj

703-557-3321

10-11-88

JIN F. NG
SUPERVISORY PRIMARY EXAMINER
ART UNIT 261

| FORM PTO-892<br>(REV. 3-78) | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | | SERIAL NO.<br>155374 | GROUP ART UNIT<br>261 | ATTACHMENT<br>TO<br>PAPER<br>NUMBER | A |
|---|---|---|---|---|---|---|
| | **NOTICE OF REFERENCES CITED** | | APPLICANT(S)<br>*Levitt et al.* | | | |

**U.S. PATENT DOCUMENTS**

| • | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| A | | 2263233 | 11/1941 | Burck | 381 | 83 | |
| B | | 2723316 | 11/1955 | Goodell et al. | 381 | 83 | |
| C | | 3105877 | 10/1963 | Miller et al. | 381 | 83 | |
| D | | 3257510 | 6/1966 | Burkhard | 381 | 93 | |
| E | | 3429999 | 2/1969 | Stover | 381 | 93 | |
| F | | 3651266 | 3/1970 | Queen | 381 | 83 | |
| G | | 4099035 | 7/1978 | Yanick | 381 | 94 | |
| H | | 4109116 | 8/1978 | Victoreen | 381 | 93 | |
| I | | 4191864 | 3/1980 | Sapher | 381 | 60 | |
| J | | 4378468 | 3/1983 | Braun | 381 | 93 | |
| K | | 4449237 | 5/1984 | Stepp et al. | 381 | 93 | |

**FOREIGN PATENT DOCUMENTS**

| • | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT<br>SHTS.<br>DWG. | PP.<br>SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| L | | 1305359 | 1/1973 | Gr. Britain | Gabr | 381 | 93 | | |
| M | | 209894 | 1/1987 | Europe | Schmidt | 381 | 93 | | |
| N | | 3624764 | 1/1988 | Germany | Hofensdz | 381 | 93 | | |
| O | | | | | | | | | |
| P | | | | | | | | | |
| Q | | | | | | | | | |

**OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)**

| R | Hearing Instruments, February 1977. Frye, George J., "Computerized Hearing Aid Testing", pp 14 and 29. |
|---|---|
| S | |
| T | |
| U | |

| EXAMINER<br>Byrd | DATE<br>9/29/88 | |
|---|---|---|

\* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

| FORM PTO-892 (REV. 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. *155374* | GROUP ART UNIT *261* | ATTACHMENT TO PAPER NUMBER *4* |
|---|---|---|---|---|

**NOTICE OF REFERENCES CITED**

APPLICANT(S) *Levitt et al.*

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 4453039 | 6/1984 | Ferrieu | 381 | 93 | |
| | B | 4471171 | 9/1984 | Köpke | 381 | 60 | |
| | C | 4747144 | 5/1988 | Admiraal et al. | 381 | 83 | 3/1985 |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| R | | |
| S | | |
| T | | |
| U | | |

| EXAMINER *Byrd* | DATE *9/29/88* | |
|---|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

BEYE- ★        U14 U22 U25        88-029776/05    ★ DE 3624-764-A
**Frequency shifting LF signals · by digitising and rapid
multiplication by fraction of transmission frequency and analog
conversion**
BEYER E ELTRN FAB 22.07.86-DE-624764
*W04 (28.01.88) H04r-03/02*
22.07.86 as 624764 (1700BD)

The l.f. signal to be transmitted is digitalised and multiplied by a
rapid digital multiplier in real-time with a constant percentage
related to the frequency to be transmitted. It is finally fed to the
output amplifier of the transmission chain after digital/analog
conversion.

The input may be a microphone, possibly using an amplifier,
which then feeds an A/D converter (13). This feeds a multiplier (14)
which may include a signal processor (14a) and a variable ·
multiplication factor computer. The output is then fed to a D/A
converter (15) whence after amplification one or more loudspeakers
(17) are fed.

USE - Frequency shift to suppress acoustic feedback. (4pp
Dwg.No.1/1)
N88-022263                                    U14-B U22-G U25-A



© 1988 DERWENT PUBLICATIONS LTD.
128, Theobalds Road, London WC1X 8RP, England
US Office: Derwent Inc.
Suite 500. 6845 Elm St. McLean, VA 22101
*Unauthorised copying of this abstract not permitted.*

# Computerized hearing aid testing

### Conventional and computer based instrumentation capabilities compared

#### by George J. Frye, MSEE



**Fig. 1. Hearing aid analysis using conventional instrumentation.**

The advent of the digital computer into the world of the hearing aid was discussed by this author in the recent article, "Second Generation Digital Hearing Aid Analyzers."[1] Briefly, it analyzed the differences in design between instruments that used digital computers and those of more conventional structure.

The conventional instrument is one in which parts are combined in an assembly that does a particular job well. It is difficult, however, to change the functions or mode of operation of the conventionally designed instrument.

For instance, a very good job of testing a hearing aid can be done by the conventional hearing aid analyzer. The operator sets up the controls for input sound pressure level (SPL) to the aid. Outputs are then obtained from the aid at various frequencies. The analyzer gives output information of SPL and distortion at each of a number of frequencies. The operator now records and interprets the test results, if necessary, makes computations of average values and resets the machine for a new set of drive conditions so that the aid can be thoroughly checked.

A chart of the operator/machine operation cycle may look like the diagram in Fig. 1. As Fig. 1 indicates, the analyzer really plays a rather minor role

[1] HEARING INSTRUMENTS, June 1976, p. 14.

**Fig. 2. Hearing aid analysis using computerized instrumentation.**

in performing the test of the hearing aid. The operator is the one who sets up the tests, makes the computations needed and decides whether the aid is functional or not. This mode of aid anaylsis is the one which we are all familiar with—the conventional way.

The second generation anaylzer uses a different approach to instrument design. This analyzer uses a "controller" or "processor" element that receives instructions from a "memory." The processor performs its tasks by driving devices attached to it and listening to information given to it by other devices. These devices may consist of oscillators, attenuators, distortion analyzers, printers, pushbuttons, etc. Without the processor and its memory (instructions), the peripheral devices would not function. An analogy might be that of a man: he has arms and legs but they won't work until commanded by the man's brain and his memory.

So, how can this arrangement do more than the old tried and true analyzer? By rearranging the instructions in the processor's memory, and by adding new instructions, the second generation analyzer can not only perform all the tests previously done by the conventional machine, it also can perform many of the functions formerly done by the operator. Set up of test conditions, recording of data and making calculations are some of the jobs that now can be taken over by the machine. A new operation cycle for this machine-aided hearing aid analysis may look like that shown in Fig. 2.

Fig. 2 indicates that the operator sets up the aid so that it can be tested and he makes decisions on the basis of the tests run. The redundant work of actually performing the tests is left to the machine. It is as though the operator had a technician working for him, doing the hard work but in a faster and more accurate way than that of which the operator is capable.

What kinds of jobs can the digital computer take over from the operator? Some typical ones:

1. Setting the frequency or frequencies of a test

2. Setting the amplitudes of sound level to the hearing aid

Continued on page 29

**VIEWPOINT** continued from page 2?

many hearing-impaired Americans are seeking help?

If we're talking about hearing aids—if the question is why aren't more people buying hearing aids, my response is that prices are too high. Look, the American consumer is no dummy. He knows that the wholesale price of a hearing aid is somewhere around one-quarter of its retail price. He doesn't think a mark-up of that magnitude is reasonable.

Now, insofar as professional hearing health services are concerned, the demand is greatly increasing, spurred by such things as the public information programs we've just talked about, by government sponsored screening and early identification programs, by a new public-school emphasis on hearing health, by noise safety programs and by the growing numbers of hearing health professionals who realize that advocacy on behalf of the hearing impaired is an important part of their responsibility.

*Mr. Dowling, thank you for responding to our questions.*

Thank you. I'll look forward to hearing from your readers. ☐

---

**WHAT'S NEW** continued from page 9

of money and then find that this costly equipment has become obsolete and that newly devised and more promising tests (this is especially possible in the field of ERA audiometry) just can not be carried out. ☐

**References**

1. J. Jerger, "Audiometric Strategies in Hearing Losses of Various Origin," CRS AMPLIFON, 1975.
2. P. S. Niswander and R. A. Ruth, "An Artifact in Acoustic Reflex Measurement: Some Further Observations," J. AAS, I, 5, 1976.
3. P. Madsen and G. Pay, "ERA without Tears," HEAR. INST, Mar. 1976.

4. H. Davis, "Principles of Electric Response Audiometry," An. O, R & L, 85, 1976, Suppl. 28.
5. J.J. Eggermont, "Basic Principles of Toneburst Electrocochleography," CRS Amplifon 2nd Int'l. Symp., in print.
6. J.J. Eggermont, "Advanced Techniques in Toneburst Electrocochleography," CRS Amplifon 2nd Int'l. Symp., in print.
7. C. Elberling, "Techniques in Click Electrocochleography," CRS Amplifon 2nd Int'l. Symp. 1976.
8. A. Antonelli, Sambataro, G. and Gaini R., "Intensity and Frequency Discrimination Monitored by Evoked Response Audiometry: Clinical Application," Aud., 15, 6, 1976
9. C. Elberling, "Action Potential along the Cochlear Partition Recorded from the Ear Canal in Man," SCAND. AUD., 3, 1974

---

**COMPUTERIZED** continued from page 14

3. Checking the output of an aid
4. Checking the harmonic distortion
5. Temporarily storing results of tests
6. Putting together sequences of tests
7. Making computations on the stored results
8. Printing results in tabular format, including distortion
9. Printing results in graphic format
10. Presentation of the response in either SPL or gain.

Does not testing become more complicated with utilization of a computer-based instrument? No. Fewer buttons and knobs are needed than with conventional instruments. Special programs and sequences of tests can be worked out with the analyzer's manufacturer. A special program is executed through pushing only one specially labelled button. The cost also is relatively low. Units can be up-dated with new programs periodically.

The flexibility of this form of analyzer is great. Its potentials are just beginning to be explored. With this type of instrumentation, the operator is in the driver's seat when it comes to development of special testing procedures that may be needed. ☐



# Power 12

## BOSCH/OMNITONE POWER CHIEF HEARING AID

**RECOMMEND THIS AID FOR EXTREME HEARING LOSS CASES—PERHAPS THE MOST POWERFUL HEARING AID IN THE WORLD—NOW BEING MANUFACTURED AGAIN BY POPULAR DEMAND.**

The Bosch/Omnitone 12 is a super-power hearing aid which can be applied in cases of extreme hearing losses where all other aids have failed. Perhaps you may need to recommend it only once a year.

The Omnitone 12 features a 3-stage tone control and 2 amplification ranges. It features an internal magnetic microphone and an external magnetic receiver. Acoustic gain at 1,000 Hz is 84 db. The maximum peak gain is 87 db, while the HAIC is 81 db. The maximum power output at 1,000 Hz is 150 db. The HAIC frequency range is 400 and 3,000 Hz.

For additional information and price list on the Bosch/Omnitone 12, write for spec sheets and complete information to the exclusive distributor in the United States: Lehr Instrument Corp. (See coupon below).

**Lehr** INSTRUMENT CORP.

Post Office Box 589 Huntington Station, New York 11746
(516) HA 3-0443

---

| LEHR INSTRUMENT CORP. | HI-2/77 |
| Post Office Box 589 Huntington Station, New York 11746 | |
| (516) HA 3-0443 | |

☐ Please send me information on the Bosch/Omnitone 12 Power Chief.  ☐ Please send me information on the entire Bosch/Omnitone Line.

Name _____

Address _____

City _____ State _____ Zip _____

Phone No. _____

Circle 119 on Instant Inquiry Card





A26768-I – 345/10706
PATENT



IN THE UNITED STATES PATENT & TRADEMARK OFFICE

Applicant      :  Harry Levitt et al.

Serial No.     :  155,374

Filing Date    :  February 12, 1988

For            :  HOST CONTROLLER FOR PROGRAMMABLE
                  DIGITAL HEARING AID SYSTEM

March 17, 1989

AMENDMENT

Hon. Commissioner of Patents & Trademarks

Dear Sir:

In response to the official action of October 17,
1988, kindly amend the application as follows:

In the Specification:

Page 8, line 12, after "shifter 30" insert --as an
acoustical feedback cancellation voltage--.

In the Claims:

Cancel claims 24 to 32, and insert the following
claims:

25.  A host controller for producing data from a
computer for a programmable hearing aid to cancel acoustic
feedback comprising means for receiving signals from the
hearing aid and measuring phase and amplitude, means for
receiving signals from the hearing aid indicative of the
summation of acoustic feedback and acoustic feedback
cancellation signals, and means controlled by the computer
for adjusting the phase and amplitude necessary to eliminate
acoustic feedback and produce a null summation.

34.  A host controller as set forth in claim 33
including means controlled by the computer for transmitting

28

A26768-I – 345/10706
PATENT

phase shift and amplitude data to program the hearing aid to
eliminate acoustic feedback.

35. A host controller as set forth in claim 23
including a sound generator for generating test signals
supplied to the hearing aid and in which the means for
receiving signals from the hearing aid includes a circuit for
receiving the test signals back from the hearing aid to
provide reference phase and amplitude signals.

36. A host controller as set forth in claim 35 in
which said circuit includes computer controlled means for
adjusting the phase shift and amplitude to produce an
acoustic feedback cancellation signal.

37. A host controller as set forth in claim 34
including computer controlled means for supplying a logic
signal to the hearing aid for programming and a logic signal
to the hearing aid to restore it for use by the patient.

38. A host controller for programming a filter
interposed in a transmission channel of a hearing aid between
a microphone and a receiver from a computer associated with
the host controller comprising a signal generator for
generating test signals supplied to the receiver, a circuit
for returning an output signal from the transmission channel,
a phase and amplitude measuring circuit for measuring the
phase and amplitude of the output signal, said phase and
amplitude circuit including adjustable phase shift and
amplitude means controlled by the computer for adjusting the
phase shift and amplitude necessary to eliminate acoustic
feedback and transmitting an acoustical feedback cancellation
signal to the hearing aid and a circuit for receiving signals
from the hearing aid indicative of the summation of acoustic

-2-

A26768-I - 345/10706
PATENT

feedback and acoustic feedback cancellation signals to produce a null summation when the phase shift and amplitude adjustments necessary to eliminate acoustic feedback have been achieved.

## REMARKS

The specification has been amended to make it clear that the voltage supplied to the terminal 144 is an acoustical feedback cancellation voltage that is summed with the acoustic feedback voltage from the microphone 57 by the summing amplifier 60 as further described at the bottom of page 9 and as summarized on page 19 of the application. The summed signals are returned via terminals 140 and 34. When the phase shifter 30 and gain controller 32 are properly adjusted by the computer, the host controller receives a null summation.

The claims as amended relate to a host controller for producing the data necessary to cancel acoustic feedback in a hearing aid. The cancellation of acoustic feedback is achieved by generating test signals which are transmitted to the hearing aid and by summing the acoustic feedback signal with an adjusted phase shift and amplitude signal to produce an acoustic feedback cancellation signal. When the acoustic feedback signal has been cancelled a null summation is received by terminal 34 of the host controller.

None of the prior art is relevant to the host controller as defined by the claims. The prior art Yanick patent discloses a control device for combining first and second frequency bands which have been previously split for compressing them by different factors to provide a signal manifesting a desired distribution of said bands. The Yanick

-3-

A26768-I - 345/10706
PATENT

control system is entirely different in structure and
principle of operation from the host controller as set forth
in the claims.  The Examiner's suggestion of how the Yanick
control device could be modified goes far beyond what is
actually disclosed in the prior art patent.

The British '359 reference discloses a feedback
cancelling arrangement for use in a two-way communication
system, but it has no relevance to the acoustic feedback
cancellation means embodied in the host controller as defined
by the claims under consideration.  The explanation of how
the two references can be combined to produce a result which
is not achieved in the devices of either reference is far-
fetched and highly speculative and certainly would not be
apparent to a person of ordinary skill in the art.

New drawings of Figs. 1, 2 and 4 are submitted
herewith to overcome the objections as to heading space.

The application as amended should be in condition
for allowance.

Respectfully submitted,

Frederick C. Carver
Reg. No. 17,021
Attorney for Applicant
(212) 408-2528

-4-

**U.S. Patent**     Nov. 7, 1989     Sheet 1 of 4     **4,879,749**



$$FIG. 1$$



*FIG. 2*



*FIG. 3*



*FIG. 5*



FIG. 4



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/155,374 | 02/12/88 | LEVITT | H | A2676B-I-346 |

BRUMBAUGH, GRAVES, DONOHUE
AND RAYMOND
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

| EXAMINER |
|---|
| BYRD, D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 261 | 7 |

DATE MAILED:

06/02/89

## NOTICE OF ALLOWABILITY

PART I.
1. ☒ This communication is responsive to *amendment filed 3/23/89*
2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☒ The allowed claims are *33-38, renumbered to 1-6, respectively*
4. ☒ The drawings filed on *3/23/89* are acceptable. *FOR FIGS. 1, 2 and 4*
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [...] been received. [...] not been received. [...] been filed in parent application Serial No. _____ filed on _____
6. ☐ Note the attached Examiner's Amendment.
7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

PART II.
A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____ CORRECTION IS REQUIRED.
   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☒ Formal drawings are now REQUIRED. *FOR FIGS. 3 & 5*

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
_ Examiner's Amendment
_ Examiner Interview Summary Record, PTOL-413
_ Reasons for Allowance
_ Notice of References Cited, PTO-892
_ Information Disclosure Citation, PTO-1449
_ Notice of Informal Application, PTO-152
_ Notice re Patent Drawings, PTO-948
☒ Listing of Bonded Draftsmen
_ Other

D.R. Byrd
(703) 557-7713

## NOTICE
ONLY OPTION 1.e) ON THE REVERSE
MAY BE USED TO CORRECT DRAWINGS
IF THE APPLICATION WAS FILED
AFTER JANUARY 1, 1989; 37 CFR
1.85 (1097 O. G. 42).

JIN F. NG
SUPERVISORY PRIMARY EXAMINER
ART UNIT 261

PTOL-37 (REV. 2-85)                              USCOMM-DC 81-3744



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: Box ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

BRUMBAUGH, GRAVES, DONOHUE
AND RAYMOND
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**NOTICE OF ALLOWANCE**
**AND ISSUE FEE DUE**

☑ Note attached communication from the Examiner
☐ This notice is issued in view of applicant's communication filed _____

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/155,374 | 02/12/88 | 006 | BYRD, D | 261 | 06/02/89 |

First Named Applicant: LEVITT, HARRY

TITLE OF INVENTION: HOST CONTROLLER FOR PROGRAMMABLE DIGITAL HEARING AID SYSTEM (AS AMENDED)

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 2 | A26768-I-345 | 381-068.004 | T22 | UTILITY | NO | $620.00 | 09/05/89 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.** _PROSECUTION ON THE MERITS IS CLOSED._

**THE ISSUE FEE MUST BE PAID WITHIN _THREE MONTHS_ FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

**HOW TO RESPOND TO THIS NOTICE:**

I. Review the SMALL ENTITY Status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the Status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
B. If the Status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:
A. Pay FEE DUE shown above, or
B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by a charge to deposit account, Part B should be completed and returned. If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date), serial number and batch number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees.**

PTOL-85 (REV 12-88)(OMB Clearance is pending)

PATENT AND TRADEMARK OFFICE COPY

26768 345/10706
PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patentees    :    Levitt et al.

Patent No.   :    **4,879,749**

Granted      :    Nov. 7, 1989

For          :    HOST CONTROLLER FOR PROGRAMMABLE
                  DIGITAL HEARING AID SYSTEM

APPROVED

SEP 1 3 1990

FOR THE COMMISSIONER OF PAT. & T.M.

CERTIFICATE

FEB 2 7 1990

OF CORRECTION

REQUEST FOR CERTIFICATE OF CORRECTION
UNDER RULE 322

Hon. Commissioner of Patents and Trademarks

    Washington, D. C. 20231

S i r :

        Upon comparison of the above patent with our file of

the application therefor, a number of printing errors were

found.  Enclosed herewith is a proposed Certificate of Correc-

tion Form PTO-1050, in duplicate.

        The correct forms of the errors made by the Patent

and Trademark Office in printing appear in the application at:

        3rd line of ABSTRACT
        Page 22, lines 27-28
        Claim 38, line 12

        It is respectfully requested that a Certificate of

Correction be issued for attachment to the original patent

under the provisions of 37 CFR 1.322.

                    Respectfully submitted,

                    Frederick C. Carver
                    Patent Office Reg. No. 17,021

                    Attorney for Patentees
                    (212) 408-2528

Enclosure

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO. : 4,879,749

DATED : Nov. 7, ~~1989~~

INVENTOR(S) : Levitt et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

First page, 2nd col., 3rd line of ABSTRACT, "as" should read --are--.

Col. 11, line 5, "hearing a" should read --hearing aid--.

Col. 12, line 52, "acoutical" should read --acoustical--

MAILING ADDRESS OF SENDER:

PATENT NO. 4,879,749

Brumbaugh, Graves, Donohue & Raymond
30 Rockefeller Plaza
New York NY 10112

FILE 26768-I

No. of add'l. copies @ 30¢ per page

FORM PTO 1050 (REV. 3-82)

We claim:
27

1. A host controller for producing data from a computer for a programmable hearing aid to cancel acoustic feedback comprising means for receiving signals from the hearing aid and measuring phase and amplitude, means for receiving signals from the hearing aid indicative of the summation of acoustic feedback and acoustic feedback cancellation signals, and means controlled by the computer for adjusting the phase and amplitude necessary to eliminate acoustic feedback and produce a null summation.

2. A host controller as set forth in claim 1 including means controlled by the ocmputer for transmitting

28

phase shift and amplitude data to program the hearing aid to eliminate acoustic feedback.

3. A host controller as set forth in claim 1 including a sound generator for generating test signals supplied to the hearing aid and in which the means for receiving signals from the hearing aid includes a circuit for receiving the test signals back from the hearing aid to provide reference phase and amplitude signals.

4. A host controller as set forth in claim 3 in which said circuit includes computer controlled means for adjusting the phase shift and amplitude to produce an acoustic feedback cancellation signal.

5. A host controller as set forth in claim 2 including computer controlled means for supplying a logic signal to the hearing aid for programming and a logic signal to the hearing aid to restore it for use by the patient.

6. A host controller for programming a filter interposed in a transmission channel of a hearing aid between a microphone and a receiver from a computer associated with the host controller comprising a signal generator for generating test signals supplied to the receiver, a circuit for returning an output signal from the transmission channel, a phase and amplitude measuring circuit for measuring the phase and amplitude of the output signal, said phase and amplitude circuit including adjustable phase shift and amplitude means controlled by the computer for adjusting the phase shift and amplitude necessary to eliminate acoustic feedback and transmitting an acoutical feedback cancellation signal to the hearing aid and a circuit for receiving signals from the hearing aid indicative of the summation of acoustic

29

feedback and acoustic feedback cancellation signals to
produce a null summation when the phase shift and amplitude
adjustments necessary to eliminate acoustic fedback have
been achieved.
30

This application is a division of
application Ser. No. 879,214, filed on June 26, 1986
now U.S. Pat. No. 4731,850.
A1,P2

as an accoustical feedback cancellation voltage
C1,P10

155374

APPROVED FOR LICENSE

INITIALS  MAR 1 8 1988  /34

| Entered or Counted | | CONTENTS | | Received or Mailed |
|---|---|---|---|---|
| | 1. | Application Prints papers. | | |
| | 2. | Pre. Amdt. A | Feb. 12, 1988 | |
| | 3. | Pre. Amdt. B | Feb. 12, 1988 | |
| | 4. | Action | Oct 17, 1988 | |
| | 5. | Req. Ext. time (3) (3-17-89) | Mar. 23, 1989 Ext. | |
| 3-28-89 | 6. | Amdt. C | Mar. 23, 1989 | |
| | 7. | Notice of Allowability | June 2, 1989 | |
| | 8. | Req. for CPA File. B00 | 2-20-90 | |
| | 9. | | | |
| | 10. | | | |
| | 11. | | | |
| | 12. | | | |
| | 13. | | | |
| | 14. | | | |
| | 15. | | | |
| | 16. | | | |
| | 17. | | | |
| | 18. | | | |
| | 19. | | | |
| | 20. | | | |
| | 21. | | | |
| | 22. | | | |
| | 23. | | | |
| | 24. | | | |
| | 25. | | | |
| | 26. | | | |
| | 27. | | | |
| | 28. | | | |
| | 29. | | | |
| | 30. | | | |
| | 31. | | | |
| | 32. | | | |