# Exhibit CCC

