Exhibit EEE

# A NOVEL APPROACH OF ADAPTIVE FEEDBACK CANCELLATION
# FOR HEARING AIDS

*Hsiang-Feng Chi\*, Shawn X. Gao, and Sigfrid D. Soli*

House Ear Institute, Los Angele
\*Department of Electrical Engineering, University of California, Los Angeles
hfchi@icsl.ucla.edu    sgao@hei.org    ssoli@hei.org

## ABSTRACT

In this paper, a band-limited adaptive adaptive feedback cancellation algorithm for hearing aids is proposed. Utilizing the characteristics of the feedback oscillation, the algorithm provides better cancellation efficiency, convergence behavior and, hence, better output sound quality than the widely-used wideband feedback cancellation schemes.

## 1. INTRODUCTION

In a hearing aid, acoustic leakage and mechanical coupling from the hearing aid receiver to the microphone form a close-loop system. A hearing aid model is shown in Figure 1, where the single lines and double lines represent electrical signal paths and acoustic signal paths respectively. The feedback path $F(e^{j\omega})$, which is from the receiver input to the microphone output, comprises the electroacoustic transfer function of the receiver $R(e^{j\omega})$, the acoustic feedback path transfer function $AFB(e^{j\omega})$, and the acousto-electric transfer function of the microphone $M(e^{j\omega})$. Feedback in hearing aids may cause 'squealing' due to oscillation of the device. Feedback cancellation algorithms attempt to suppress these oscillation components. Most adaptive feedback cancellation methods use wideband adaptive filters to track time-varying feedback paths and signals so that the signals leaked from the receiver to the microphone can be eliminated. Unfortunately, wideband schemes have a fundamental problem which limits the performance of feedback cancellation. This problem is the interference of the external sound source $\{s(n)$ in Figure 1$\}$ for feedback estimation and adaptive filtering. This interference is unavoidable since $s(n)$ is always present at the hearing aid input. The interference makes the feedback canceller introduce distortion and degrades the performance of feedback suppression so as to render the adaptive feedback canceller incapable of offering output with good sound quality.

In this paper, a band-limited adaptive feedback cancellation algorithm for hearing aids is proposed. The algorithm provides good cancellation efficiency, convergence behavior and, hence, good output sound quality.

## 2. FEEDBACK PROBLEMS IN HEARING AIDS

Instability in a hearing aid causes oscillation at some frequencies. These oscillation components result in a squealing sound which is narrowband and has prominent peaks in its spectrum. In addition to oscillation, a hearing aid may produce unpleasant output sound when it is in a sub-oscillatory state[1]. Adaptive feedback cancellers are designed to suppress both oscillation and sub-oscillation.

## 3. PROBLEMS IN WIDEBAND ADAPTIVE FEEDBACK CANCELLATION

Typically, wideband adaptive feedback cancellation algorithms introduce distortion when the hearing aid input signal is correlated with the adaptive filter input. This distortion is unavoidable since the adaptive filter input originates from the external input signal $s(n)$, which often has the spectral characteristics of speech. Using the mean-square estimation criterion, correlated interference introduces a bias in the feedback path estimation that is being performed by the adaptive filter [9]. This bias will vary when the input signal characteristics change. Since the adaptation of the feedback canceller is influenced by the error signal, which is typically nonzero, the impulse response of the feedback canceller changes at every moment. (This noisy deviation of the adaptive filter coefficients from steady-state values is typically called "misadjustment".) Therefore, the feedback canceller will introduce distortion in the frequency bands where most of the external input signal energy is located. For a speech signal input, most of the energy is concentrated in the low-frequency region. As a result, there is significant low-frequency distortion in the output signal when wideband adaptive filters are used for feedback cancellation. The sound quality and intelligibility of the output speech are compromised.

A number of approaches [1, 2, 3, 4] have been proposed for these problems. They all aim at reducing the influence of the interference signal on the adaptive filter. However, distortion still exists in the output even though the methods do increase the stable gain of the device. All of the reported methods (wideband approaches) operate the adaptive feedback cancellation on the signal at all frequencies and do not provide good oscillation suppression in hearing aids. Consequently, there are residual oscillation components that are not cancelled completely.

In addition to the aforementioned problems, the adaptive filter always functions better in the band where large energy exists. This means that the adaptive feedback canceller works on oscillation frequencies only when the energy of the oscillation components in the adaptive filter input and error is comparable to or greater than the peak energy of the spectrum of the external signal $s(n)$. If $s(n)$ has significant energy in the bands where oscillation frequencies are not located, the oscillation suppression ability of the feedback canceller will be compromised. Close observations of the spectrum

---

[1] Sub-oscillation is the term used to describe the situation which is marginally stable.

0-7803-5471-0/99/$10.00©1999 IEEE



DEPOSITION
EXHIBIT

Soli  9
(2)  11-14-07

Defendants Trial
Exhibit

DX-1766

Civil Action no. 05-422

of cancellation error signals reveal that oscillation components in-
crease and are then suppressed, back and forth, around the levels
of the external input spectral peaks.

## 4. A BAND-LIMITED ADAPTIVE FEEDBACK CANCELLER

The major task of the adaptive feedback canceller is to eliminate
oscillation components. The oscillation can be predicted using the
Nyquist criteria, which describes the magnitude requirement and
in-phase condition for open-loop transfer functions [5]. Figure 2
shows an example of a hearing aid open-loop transfer function
which is measured on KEMAR's ear using a digital hearing aid
filter programmed as a gain filter. In the figure, the crosses denote
oscillation points. These oscillation frequencies and their build-up
rates are independent of the characteristics of the hearing aid ex-
ternal input signal. Therefore, we may ask, 'Is it possible to cancel
the oscillation components with minimum distortion?' The answer
is 'Yes' only if the oscillation frequencies are not located within the
band where the energy of the external input signal is concentrated.
Fortunately, in the hearing aid application, the squealing sound
is caused only by a few oscillation components, and the oscilla-
tion frequencies are in a limited frequency region. If the adaptive
filter would operate in the frequency region known to contain os-
cillation frequencies, we can suppress the oscillation by using an
adaptive feedback canceller without introducing much distortion.
For speech input, this idea is particularly attractive and could pro-
vide improvement because most of the energy in speech signals is
at low frequencies.

Additionally, since the frequency region where the major en-
ergy of the external input signal is distributed is not in the band of
oscillation, the spectral peaks of the bandpass-filtered signal will be
much lower than those of the original signal. As a result, after the in-
put and error signals for adaptive filtering are bandpass-filtered, the
feedback canceller can better target oscillation components so that
the oscillation suppression efficiency is increased. Furthermore,
because the error signal energy is significantly reduced, the misad-
justment of the adaptive feedback canceller is reduced significantly
when compared to the performance of wideband algorithms.

The structure of the band-limited adaptive feedback canceller
is shown in Figure 3. We band-limit the signals required for adap-
tive filtering within the bands which are known to have oscillation
frequencies. The input and error samples [u(n) and e(n)] for adap-
tive filtering are bandpass-filtered by the filters $H_1(e^{j\omega})$, $H_2(e^{j\omega})$
and $H_3(e^{j\omega})$ to preserve possible oscillation components and re-
move unwanted signal components. Because of the bandpass filter
$H_1(e^{j\omega})$, the cancellation signal $y(n)$ does not contain large sig-
nal components outside the band of interest. Thus, the major signal
components which come from the external sound source will not
be cancelled. The bandpass filter $H_2(e^{j\omega})$ is applied to the cancel-
lation error $e(n)$ to make the oscillation components of the error
signal more apparent. Accordingly, the distortion caused by the
adaptive feedback canceller is minimized, and the performance of
the canceller is significantly improved. Moreover, when using the
LMS algorithm, since the adaptive filter input is band-limited, its
spectral flatness factor is greater within the pass-band and hence a
more optimized step-size parameter can be selected to increase the
convergence rate [8].

### 4.1. A Normalized FxLMS Algorithm

To satisfy the low computational constraint for a hearing aid and
perform band-limited adaptive feedback cancellation, we adopt a
Normalized Filtered-X LMS adaptive filtering algorithm. The M-
tap coefficient-vector $W(n)$ is adapted as

$$W(n+1) = W(n) + \mu(n)e_f(n)u_f(n) \qquad (1)$$

where $u_f(n)$ is the signal-vector of the output of $H_2(e^{j\omega})$.
$e_f(n)$ is the output of $H_3(e^{j\omega})$.
$\mu(n)$ is the normalized step-size.

With this Filtered-X LMS algorithm, the adaptive filter oper-
ates in the band of interest to accomplish the desired band-limited
adaptation and filtering. To maintain proper time-alignment for the
LMS adaptation, we also apply a bandpass filter $H_3(e^{j\omega})$ to $u(n)$.
There is a constraint on the phase responses of the bandpass fil-
ters $H_2(e^{j\omega})$ and $H_3(e^{j\omega})$. For simplicity, we select two identical
bandpass filters for $H_2(e^{j\omega})$ and $H_3(e^{j\omega})$.

When a speech input signal is applied, a burst in the error signal
$e(n)$ mostly originates from the external sound source. When this
happens, the adaptive step-size of the feedback canceller should
be reduced. Therefore, the power estimation calculation should
instantaneously respond to the level of the current adaptive filter
input signal and error signal to provide a proper adaptation step-
size at the onset of a burst in a speech signal. We include the error
signal samples in the power calculation.

$$P(n) = \rho P(n-1) + u_f^2(n) + e_f^2(n) \qquad (2)$$
$$\mu(n) = \frac{\alpha}{P(n)+c} \qquad (3)$$

where $\rho$ is the forgetting factor for the power estimation, c is a
constant to prevent singularities, and $\alpha$ is the step-size parameter.

With this minor modification, our adaptive filter is more ded-
icated to the feedback cancellation problem than the conventional
normalized algorithms. It provides a more proper adaptation step-
size at the onset of a burst so that the output speech has better sound
quality.

### 4.2. Identification of Oscillation Frequencies

In order to provide efficient band-limited feedback cancellation, we
have to determine the oscillation frequencies so that the bandwidth
of the bandpass filters can be specified. One way of finding oscil-
lation frequencies is accomplished as follows. We first set the three
filters to be all-pass filters. Then we disconnect the hearing aid filter
and inject a pseudo-random noise signal internally. By reading the
coefficients from the wideband adaptive feedback canceller, we can
obtain information about the open-loop transfer function. Apply-
ing the Nyquist criterion for feedback instability to the open-loop
transfer function, we calculate the oscillation frequencies. After
identifying the oscillation frequencies, we can design the bandpass
filters for the band-limited feedback canceller.

### 4.3. Selection of Bandpass Filters

Two important points should be taken into consideration when
choosing bandpass filters. First, in order to suppress the oscillation,
the adaptive filter has to generate an output signal which will cancel
the feedback signal, especially at the oscillation frequencies. If the

delay introduced by $H_1(e^{j\omega})$ is too long, the signal generated by the adaptive filter may lag behind the feedback signal and fail to cancel it. On the other hand, if a short adaptive filter is used to reduce complexity, we can add a delay in front of the bandpass filter so that the adaptive filter can cover the most significant part of the feedback path's impulse response. Second, when the insertion gain in the hearing aid increases, the frequency region which satisfies the first Nyquist criterion expands. Accordingly, the bandwidth of the bandpass filters would need to increase. However, a broader bandwidth will compromise the improvement which comes with the band-limited adaptive feedback cancellation approach. Therefore, there is a tradeoff when we determine the bandwidth of the bandpass filters and the insertion gain of the hearing aid. In a practical implementation, we precalculate several sets of bandpass filter coefficients for different volume control settings. The proper set of coefficients are selected according to the hearing aid gain setting.

In the proposed method, a strict accuracy requirement for the magnitude responses of the bandpass filters at the oscillation frequencies is not critical for good cancellation. Typically, 30 dB stopband attenuation is enough to provide good performance. Since low-order IIR filters are sufficient for this application, hardware and computational saving can be achieved.

Since there are group delays associated with filters $H_2(e^{j\omega})$ and $H_3(e^{j\omega})$, the correction term in coefficient adaptation is lagged. This will cause a delay in adaptation and hence reduce the convergence rate [6, 7]. However, fortunately, the removal of the unwanted signal components in the adaptive filter input and error will accelerate the convergence. Therefore, these two effects will offset each other. We can choose the IIR bandpass filters carefully to prevent high group delays. In practice, very narrow transient bands are not required for bandpass filters in the proposed method. The less restrictive requirement on the transient bands will not give high group delays. Therefore, the adopted IIR bandpass filters do not have large group delays and will not cause much delay in adaptation. The small effect on convergence rate is negligible and does not degrade the performance of band-limited adaptive feedback cancellation.

## 5. PERFORMANCE EVALUATION

The performance of our method was evaluated both analytically and by computer simulations. Computer simulations of feedback cancellation using a wideband approach and our new approach were conducted. In the simulations, we use digitized speech material with 16 kHz sampling rate as input signal. The hearing aid comprises an automatic gain control (AGC), a hearing aid filter, and an output compression limiter (OCL). The hearing aid filter for a sample human subject is used. The volume control is set to provide 30 to 40 dB insertion gain. The dynamic feedback paths measured from a KEMAR ear with hand movements close by are used in the simulations.

In the band-limited scheme, three identical highpass 2nd-order IIR filters are used with cut-off frequencies around 2.2 kHz, 30 dB stop-band attenuation, and 3 dB pass-band ripple. Based on precalculations, this bandwidth covers all oscillation frequencies. 32-tap NLMS adaptive filters are used as feedback cancellers.

Figure 4 shows small intervals of the hearing aid output waveforms. Figure 4(a) is the reference waveform, which is the hearing aid output without feedback path and canceller. Figure 4(b) and 4(c) are the waveforms of the hearing aid output with the wideband feedback canceller and the band-limited feedback canceller,

respectively. Figure 4 shows the advantage of our band-limited scheme since there are still some residual oscillation components in the output waveform of the wideband scheme. It shows the poor cancellation efficiency of the wideband approach. By listening to the output sound, we clearly hear a metallic ringing sound that results from uncanceled residual oscillation components.

Another way to compare these output sounds is to see how linearly related they are to the reference signal. Here, we use the coherence between the reference signal and the hearing aid output as a metric. The lower the coherence is, the more "nonlinear difference" the two signals have. As we see in Figure 5, at the low-frequency band, the coherence of the wideband feedback cancellation algorithm is lower than that of the band-limited algorithms. It indicates that the wideband scheme generates more lowpass nonlinear distortion when speech input is applied. In addition, the coherence curve of the wideband scheme has two deep notches, which are mainly caused by two strong residual oscillation components.

## 6. CONCLUSION

In this paper, we address the correlated interference problem in feedback cancellation schemes and propose a new approach with better performance than wideband LMS approaches. By concentrating the adaptive filtering on the bands which are known to have oscillation frequencies, we can significantly reduce the distortion and adaptation deviation which originate from the signal outside the bands of interest. This approach yields a noticeable improvement in cancellation efficiency and output sound quality. To accomplish this band-limited feedback cancellation, we propose a band-limited adaptive filtering method and discuss several design issues. Computer simulations show the resulting improvement.

## 7. REFERENCES

[1] O. Dyrlund and N. Bisgaard, "Acoustic feedback margin improvements in hearing instruments using prototype DFS (digital feedback suppression) systems," *Scandinavian Audiology*, vol. 20, pp. 49-53, 1991.

[2] D. Graupe, J. Grosspietsch, and S. P. Basseas, "Methods of and means for adaptively filtering screeching noise caused by acoustic feedback," U. S. Patent 4,783,818, Nov. 1988.

[3] J. M. Kates, "Feedback cancellation in hearing aids: Results from a computer simulation," *IEEE Trans. Sig. Proc.*, vol. 39, pp.553-562, 1991.

[4] J. A. Maxwell and P. M. Zurek, "Reducing Acoustic Feedback in Hearing Aids," *IEEE Trans. Speech and Audio Proc.*, vol. 3, pp. 304-313, 1995.

[5] D. P. Egolf, "Review of the acoustic feedback literature from a control theory point of view," *The Vanderbilt Hearing-Aid Report*, Studbaker and Bess, Eds. Upper Darby, PA: Monographs in Contemporary Audiology, pp. 94-103, 1982.

[6] G. Long, F. Ling, and J. G. Proakis, "The LMS algorithm with delayed coefficient adaptation," *IEEE Trans. Acoust., Speech, Sig. Proc.*, vol. 37, pp. 1397-1405, Sep. 1989.

[7] G. Long, F. Ling, and J. G. Proakis, "Corrections to 'The LMS algorithm with delayed coefficient adaptation,'" *IEEE Trans. Sig. Proc.*, vol. 40, pp. 230-232, Jan. 1992.

[8] S. Haykin, *Adaptive Filter Theory*, Englewood Cliffs, NJ, Prentice-Hall, 1993.

[9] M. Siqueira, A. Alwan, and R. Speece, "Steady-State Analysis of Continuous Adaptation Systems in Hearing Aids," *Proc. IEEE workshop on Audio and Eletroacoustics*, 1997.



Figure 1: Block diagram for a hearing aid model.



Figure 4: A small interval (1500 ms to 1600 ms) in the waveforms of hearing aid outputs ($\alpha(n)$) when the input signal was a sentence. (a) The reference signal (output of the hearing aid without feedback). (b) Without a wideband feedback canceller. (c) With the band-limited feedback canceller.



Figure 2: An example of an open-loop transfer function responses (magnitude and phase) and oscillation points.



Figure 5: The coherence functions between the reference signal and the hearing aid outputs with feedback cancellers.



Figure 3: Block diagram of the band-limited adaptive feedback canceller.