**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-422 (GMS) |
| | ) | |
| SONIC INNOVATIONS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECLARATION OF WILLIAM H. MANDIR

I, William Mandir, declare, depose, and state as follows:

1.   I am an attorney with the law firm of Sughrue Mion, PLLC and I am one of the attorneys representing Widex in the above-captioned litigation.

2.   I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently as to their truth.

3.   Prior to ETG coming forward with the Dowling Declaration, I was aware of no evidence that indicated that Dr. Dowling did not share in the view expressed in the EKMS Summary Report that "we worked through the language of the patent and found that the body of the patent included language adverse to an interpretation of the claims involving a continuously adaptive approach."

4.   During the sidebar conference following ETG's objection during my closing argument, Mr. Romary, Demant's counsel, suggested "Can we say something like we are not saying that Eric Dowling changed his mind." The Court agreed that this would be acceptable.

5.    After I had resumed my closing argument following the sidebar conference, I did not recognize that Mr. Romary had placed a note on lectern towards the end of my closing argument.  It was not until after I had concluded my closing argument that I became aware that Mr. Romary had attempted to pass a note to me concerning the Court's instruction with respect to Dr. Dowling and the EKMS documents.

6.    During the post-verdict session, I explained to the Court that I had not intended to disobey the Court's instruction and that I mistakenly believed my qualification concerning the finding of language adverse to an interpretation of the claims involving a continuously adaptive approach to have been consistent with the Court's instruction.

7.    The Court accepted my explanation and indicated that it did not believe that my action had been intentional.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on May 8, 2008 in Washington, DC.

_____

William H. Mandir

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 9, 2008, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on May 9, 2008 upon the following parties:

| | |
|---|---|
| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson<br>PEPPER HAMILTON LLP<br>**johnsone@pepperlaw.com** |
| | Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>**etg@hunton.com** |
| REPRESENTING WIDEX A/S AND WIDEX HEARING AID CO. INC. | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**dreid@mnat.com** |
| | William H. Mandir<br>SUGHRUE MION PLLC<br>**wmandir@sughrue.com** |
| | David J. Cushing<br>SUGHRUE MION PLLC<br>**dcushing@sughrue.com** |
| | Carl J. Pellegrini<br>SUGHRUE MION PLLC<br>**cpellegrini@sughrue.com** |
| | Brian K. Shelton<br>SUGHRUE MION PLLC<br>**bshelton@sughrue.com** |

REPRESENTING WILLIAM DEMANT HOLDING
A/S, WDH, INC., OTICON A/S, OTICON INC.,
BERNAFON AG, AND BERNAFON, LLC

Mary B. Graham
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**mgraham@mnat.com;**
**mbgeservice@mnat.com**

John M. Romary
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
**john.romary@finnegan.com**

C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
**c.gregory.gramenopoulos@finnegan.com**

The undersigned also hereby certifies that on May 9, 2008, true and correct copies of

the foregoing were caused to be served by hand upon the following Delaware counsel:

Edmond D. Johnson
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE  19899-1709

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)

913379