IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-422 (GMS) |
| | ) | |
| SONIC INNOVATIONS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECLARATION OF JOHN M. ROMARY

I, John M. Romary, declare, depose, and state as follows:

1. I am an attorney with the law firm of Finnegan, Henderson, Farabow, Garret & Dunner, LLP and I am one of the attorneys representing the Defendants Oticon A/S, Oticon, Inc., Bernafon AG, Bernafon, LLC, WDH, Inc., William Demant Holding A/S (collectively "Demant") in the above-captioned litigation.

2. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently as to their truth.

3. Prior to Plaintiff Energy Transportation Group, Inc. ("ETG") coming forward with the Dowling Declaration, I was aware of no evidence that indicated that Dr. Dowling did not share in the view expressed in the EKMS Summary Report that "we worked through the language of the patent and found that the body of the patent included language adverse to an interpretation of the claims involving a continuously adaptive approach." (DX-1610.)

4. During the sidebar conference following ETG's objection during Mr. Mandir's closing argument, I suggested "Can we say something like we are not saying that Eric Dowling changed his mind." The Court agreed that this would be acceptable.

5. Towards the end of Mr. Mandir's closing argument, I placed a note on the lectern while Mr. Mandir was speaking. After Mr. Mandir concluded his closing argument, he indicated that he had not realized that I had attempted to pass a note to him concerning the Court's instruction with respect to Dr. Dowling and the EKMS documents.

6. During the post-verdict session, Mr. Mandir explained to the Court that he had not intended to disobey the Court's instruction.

7. The Court accepted Mr. Mandir's explanation and indicated that it did not believe that Mr. Mandir's action had been an intentional disregard of any Court's ruling.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on May 9, 2008 in Washington, DC.

John M. Romary

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 9, 2008, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on May 9, 2008 upon the following parties:

| | |
|---|---|
| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson<br>PEPPER HAMILTON LLP<br>**johnsone@pepperlaw.com** |
| | Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>**etg@hunton.com** |
| REPRESENTING WIDEX A/S AND WIDEX HEARING AID CO. INC. | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**dreid@mnat.com** |
| | William H. Mandir<br>SUGHRUE MION PLLC<br>**wmandir@sughrue.com** |
| | David J. Cushing<br>SUGHRUE MION PLLC<br>**dcushing@sughrue.com** |
| | Carl J. Pellegrini<br>SUGHRUE MION PLLC<br>**cpellegrini@sughrue.com** |
| | Brian K. Shelton<br>SUGHRUE MION PLLC<br>**bshelton@sughrue.com** |

| | |
|---|---|
| REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com;**<br>**mbgeservice@mnat.com** |
| | John M. Romary<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**john.romary@finnegan.com** |
| | C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**c.gregory.gramenopoulos@finnegan.com** |

The undersigned also hereby certifies that on May 9, 2008, true and correct copies of the foregoing were caused to be served by hand upon the following Delaware counsel:

Edmond D. Johnson
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)

913379