IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-422 (GMS) |
| ) | |
| SONIC INNOVATIONS, INC., et al, ) | |
| ) | |
| Defendants. ) | |

**APPENDIX OF EXHIBITS & TRIAL TRANSCRIPT EXCERPTS TO DEFENDANTS'
ANSWERING BRIEF IN OPPOSITION TO PLAINTIFF'S SECOND AMENDED
MOTION FOR JUDGMENT AS A MATTER OF LAW**

                                                                                                                                                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                                                                                                                                                   Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200
jparrett@mnat.com
*Attorneys for William Demant Holding A/S,
WDH Inc., Oticon A/S, Oticon, Inc.,
Bernafon AG, and Bernafon LLC*

OF COUNSEL:

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP
901 New York Ave., N.W.                      Donald E. Reid (#1058)
Washington, DC 20001-4413               Jason A. Cincilla (#4232)
202.408.4000                                                 1201 North Market Street
                                                                                 P.O. Box 1347
                                                                                 Wilmington, DE 19899
                                                                                  302.658.9200
                                                                                  dreid@mnat.com
                                                                                  *Attorneys for Widex A/S and
                                                                                 Widex Hearing Aid Co. Inc.*

OF COUNSEL:

SUGHRUE MION, PLLC
David J. Cushing
William H. Mandir
Carl J. Pellegrini
Brian K. Shelton
2100 Pennsylvania Ave., N.W.
Suite 800
Washington, DC  20037
202.293.7060

Dated: May 9, 2008

2322582

## TABLE OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| DX-955 | Acoustic Feedback Suppression in Hearing Aids Part III by David Egolf |
| DX-956 | An Adaptive Open-Loop Estimator For The Reduction of Acoustic Feedback, Master's Thesis of Kim Weaver |
| DX-963 | Electronic Cancellation of Acoustic Feedback to Increase Hearing - Aid Stability by Kim Weaver |
| DX-971 | The Hearing Center- Michael Marion - A Conference for Hearing Health Professionals from August 3- September 3, 1985- brochure and conference program |
| DX-1357 | Rehabilitation R & D Progress Reports-1984 (excerpts) |
| Attachment A | Trial Transcript (excerpts) |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 9, 2008, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on May 9, 2008 upon the following parties:

| | |
|---|---|
| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson<br>PEPPER HAMILTON LLP<br>**johnsone@pepperlaw.com** |
| | Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>**etg@hunton.com** |
| REPRESENTING WIDEX A/S AND WIDEX HEARING AID CO. INC. | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**dreid@mnat.com** |
| | William H. Mandir<br>SUGHRUE MION PLLC<br>**wmandir@sughrue.com** |
| | David J. Cushing<br>SUGHRUE MION PLLC<br>**dcushing@sughrue.com** |
| | Carl J. Pellegrini<br>SUGHRUE MION PLLC<br>**cpellegrini@sughrue.com** |
| | Brian K. Shelton<br>SUGHRUE MION PLLC<br>**bshelton@sughrue.com** |

| | |
|---|---|
| REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com;**<br>**mbgeservice@mnat.com**<br><br>John M. Romary<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**john.romary@finnegan.com**<br><br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**c.gregory.gramenopoulos@finnegan.com** |

The undersigned also hereby certifies that on May 9, 2008, true and correct copies of the foregoing were caused to be served by hand upon the following Delaware counsel:

Edmond D. Johnson
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)

913379