IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-422 (GMS) |
| | ) | |
| SONIC INNOVATIONS, INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |

**APPENDIX OF EXHIBITS & TRIAL TRANSCRIPT EXCERPTS TO DEFENDANTS'
ANSWERING BRIEF IN OPPOSITION TO PLAINTIFF'S SECOND AMENDED
<u>MOTION FOR JUDGMENT AS A MATTER OF LAW</u>**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200
jparrett@mnat.com
*Attorneys for William Demant Holding A/S,
WDH Inc., Oticon A/S, Oticon, Inc.,
Bernafon AG, and Bernafon LLC*

OF COUNSEL:

John M. Romary
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Ave., N.W.
Washington, DC 20001-4413
202.408.4000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200
dreid@mnat.com
*Attorneys for Widex A/S and
Widex Hearing Aid Co. Inc.*

OF COUNSEL:

SUGHRUE MION, PLLC
David J. Cushing
William H. Mandir
Carl J. Pellegrini
Brian K. Shelton
2100 Pennsylvania Ave., N.W.
Suite 800
Washington, DC  20037
202.293.7060

Dated: May 9, 2008

2322582

## TABLE OF EXHIBITS

| EXHIBIT | DESCRIPTION |
| --- | --- |
| DX-955 | Acoustic Feedback Suppression in Hearing Aids Part III by David Egolf |
| DX-956 | An Adaptive Open-Loop Estimator For The Reduction of Acoustic Feedback, Master's Thesis of Kim Weaver |
| DX-963 | Electronic Cancellation of Acoustic Feedback to Increase Hearing - Aid Stability by Kim Weaver |
| DX-971 | The Hearing Center- Michael Marion - A Conference for Hearing Health Professionals from August 3- September 3, 1985- brochure and conference program |
| DX-1357 | Rehabilitation R & D Progress Reports-1984 (excerpts) |
| Attachment A | Trial Transcript (excerpts) |

DX-955



EXHIBIT

202

Weaver

8/25/07

PENGAD 800-631-6989

ACOUSTIC FEEDBACK SUPPRESSION

IN

HEARING AIDS

PART III


Quarterly Progress Report

to

Vernon D. Larson, Ph.D.

Audiology and Speech Pathology Service

V. A. Medical Center

2460 Wrightsboro Road

Augusta, Georgia 30910


by

David P. Egolf, Ph.D.

Department of Electrical Engineering

University of Wyoming

Laramie, Wyoming 82071


July 20, 1984

EGOLF 00043

Defendants Trial
Exhibit
DX-955
Civil Action no. 05-422

ACOUSTIC FEEDBACK SUPPRESSION
IN HEARING AIDS:  PART III

I.   INTRODUCTION

Progress on the VA project accomplished during the first two quarters was described by Egolf (1984a, 1984b).  During the second quarter a microprocessor-based feedback suppression system utilizing the AFC (for active feedback cancellation) method was developed.  The AFC system has now been tested and the results, reported in a thesis which is appended hereto, show that approximately 6dB of additional stable gain may be achieved.  In addition to the AFC system, a feedback suppression circuit employing frequency modulation has been designed and is currently being tested.  Test results are inconclusive at the present time.  One of the project investigators is also exploring "autoregressive spectral estimation" as a means for estimating the open-loop transfer function GH.  His report is included in an appendix.  Finally, work on modeling an entire in-situ hearing aid is continuing and will continue into the fourth quarter of this project.

II.   INVESTIGATION OF CAUSE/EFFECTS OF ACOUSTIC FEEDBACK

Modeling an Entire In-Situ Hearing Aid

During the third quarter, modeling efforts have concentrated on obtaining cascade parameters of the hearing-aid receiver (i.e., referred to as $A_R$, $B_R$, $C_R$, and $D_R$ by Egolf (1984b)) using the "two-load" method developed by Egolf and Leonard (1977).  In particular, application of the two-load method is being automated using a minicomputer so that measuring the cascade parameters of a particular receiver will be an hours-long, rather than a days-long task.  These parameters are an integral part of the equation given by Egolf (1984b; see eq. (18)) for the open-loop transfer function GH of an entire in-situ hearing aid.  Work on automating the two-load method is continuing and results are not available at the present time.

III.   INVESTIGATION OF FEEDBACK SUPPRESSION USING A MICROPROCESSOR

A.   Active Feedback Cancellation (AFC) Method

A complete description of the AFC method for suppressing acoustic feedback in hearing aids was provided by Egolf (1984b).  Suffice it to say herein that the AFC circuit has been moved from a bread board to a printed circuit

EGOLF 00044

2

and has undergone considerable testing. Preliminary results indicate that approximately 6dB of additional stable gain may be achieved if this circuit is incorporated into a hearing aid. A complete description of the AFC circuit, circuit diagrams, and test results are given in the thesis entitled "An Adaptive Open-Loop Estimator for the Reduction of Acoustic Feedback" which is included as Appendix A. Future plans call for more testing and miniaturization of the AFC circuit.

B. Measuring the Open-Loop Transfer Function Via Autoregressive Spectral Estimation

During the third quarter of this project work was begun on an alternate scheme (to that reported by Egolf (1984a)) for determining the open-loop transfer function GH of an in-situ hearing aid. This scheme, employing a method known as "autoregressive spectral estimation", is described in a report entitled "Estimation of Open-Loop Hearing Aid Response Using Autoregressive Spectral Estimation" which is included as Appendix B. This method should be viewed as only a concept at the present time and its advantages and disadvantages for application to hearing aids have not yet been considered. Likewise, hardware construction to implement this concept has not yet commenced. Project investigators plan to research this concept more fully during the fourth quarter of the VA project.

IV. ADAPTATION OF SUPPRESSION TECHNIQUES DESIGNED FOR PA SYSTEMS

Frequency Modulation as a Means for Suppressing Acoustic Feedback in Hearing Aids

A technique called "frequency modulation" was originally reported by Nishinomiya (1968) to suppress acoustic feedback in public address (PA) systems. VA project investigators have recently designed and built (in bread-board fashion) a circuit which accomplishes frequency modulation, although it is somewhat different than that reported by Nishinomiya (1968). The circuit is currently being tested and a determination of it's ability to suppress acoustic feedback in hearing aids should be forthcoming in the near future. Work on this circuit will continue into the fourth quarter.

V. CONCLUSION

This report has described work on the VA project which has been completed during the third quarter and work which is proposed during the fourth quarter.

EGOLF 00045

3

An estimate of work completed to date is shown by the "crosshatching" on the time-line graph (copied from the VA proposal) in Table 1.

EGOLF 00046

4



TABLE 1. Time-Line Chart

EGOLF 00047

5

REFERENCES

Egolf, D. P., and Leonard, R. G., 1977.  "Experimental scheme for analyzing the
     dynamic behavior of electroacoustic transducers."  J. Acoust. Soc. Am.,
     62(4):  1013-1023.


Egolf, D. P., 1984a.  "Acoustic feedback in hearing aids."  Quarterly progress
     report to Vernon D. Larson, Ph.D., Audiology and Speech Pathology Service,
     V.A. Medical Center, 2460 Wrightsboro Road, Augusta, Georgia 30910.
     Department of Electrical Engineering, University of Wyoming, Laramie, WY.
     pp. 1-16.


Egolf, D. P., 1984b.  "Acoustic feedback in hearing aids:  Part II."  Quarterly
     progress report to Vernon D. Larson, Ph.D. Audiology and Speech Pathology
     Service, V.A. Medical Center, 2460 Wrightsboro Road, Augusta, Georgia
     30910.  Department of Electrical Engineering, University of Wyoming,
     Laramie, WY.  pp. 1-23.


Nishinomiya, G., 1968.  "Improvement of acoustic feedback stability of public
     address systems by warbling."  Proc. Sixth Int. Cong. Acoust., V3,
     pp. 93-96.

EGOLF 00048

APPENDIX A

AN ADAPTIVE OPEN–LOOP ESTIMATOR FOR THE

REDUCTION OF ACOUSTIC FEEDBACK

by

Kim A. Weaver

A Thesis

Submitted to the

Department of Electrical Engineering and

The Graduate School of the University of Wyoming

in Partial Fulfillment of Requirements

for the Degree of

Master of Science

University of Wyoming

Laramie, Wyoming

July, 1984

EGOLF 00049

WEAVER, KIM A., An Adaptive Open Loop Estimator for the Reduction of Acoustic Feedback, M.S., Electrical Engineering, Dec., 1984.

The stability of an acoustic amplification system is increased by adding electrical feedback which cancels the effect of acoustic feedback. The stabilizing feedback is an echo whose delay is determined with pseudonoise measurement techniques, and whose amplitude is based on the frequency of unstable feedback. Six to eight dB of additional stable gain are achievable when the estimator is added to the original system.

EGOLF 00050

ACKNOWLEDGEMENTS

The author thanks Dr. R. Lynn Kirlin, Dr. David P. Egolf and Dr. Raymond G. Jacquot for their support, encouragement and patience through this thesis. Special thanks are also given to my wife, Kristin, for her devotion and patience.

EGOLF 00051

TABLE OF CONTENTS

Chapter                                                                  Page

   I.  INTRODUCTION............................................1

  II.  MODELING AN ACOUSTIC FEEDBACK SYSTEM....................3

 III.  A METHOD OF SUPPRESSING ACOUSTIC FEEDBACK..............14

  IV.  DELAY ESTIMATION.......................................17

   V.  ADDING ELECTRICAL FEEDBACK.............................30

  VI.  RESULTS AND CONCLUSIONS................................40

 VII.  BIBLIOGRAPHY...........................................45

EGOLF 00052

LIST OF FIGURES

Figure                                                          Page

2.1  Acoustic Feedback System................................3

2.2  General Feedback System................................4

2.3  Hearing Aid System.....................................7

2.4  Block Diagram of the Hearing Aid System...............8

2.5  $P_T/P_i$ Measurement..................................9

2.6  Acoustic Feedback Measurement.........................11

2.7  Hearing Aid   Open Loop Transfer Function............12

3.1  Feedback System With Electrical Feedback Added........15

4.1  Pseudonoise Injection.................................17

**EGOLF 00053**

v

4.2  Pseudonoise Generator...................................18

4.3  Pseudonoise Autocorrelation............................19

4.4  Cross Correlation of pn With pn $\oplus$ 2fs.................20

4.5  Delay Measurement System Block Diagram.................21

4.6  Lock Indicator Circuit.................................22

4.7  Output Latch and Frequency Multiplier.................23

4.8  Delay Tracking Circuit................................25

4.9  The Inverse Cross Correlation of pn $\oplus$ $2F_s(\tau_1)$ With pn($\tau$)
     + n(t).............................................26

4.10 Mode Selectable P-I Controller........................29

5.1  Magnitude Control System..............................32

5.2  Phase Locked Loop A...................................33

5.3  Phase Locked Loop B...................................34

**EGOLF 00054**

vi

5.4  Echo   Magnitude Control................................36

6.1  Acoustic Amplifier With Open Loop Estimator Added......40

6.2  Additional Stable Gain With Suppression Circuit Added..42

A.1

B.1  Hysteresis Comparator.................................49

B.2  Transfer Characteristic of the Hysteresis Comparator...51

C.1  Triangle Wave Generator..............................52

D.1  Variable Divider.....................................54

EGOLF 00055

LIST OF APPENDICES

Appendix                                                          Page

A.  Sage II program used to control the H-P Spectrum
    Analyzer.................................................47

B.  A Hysteresis Comparator...................................50

C.  Triangle Wave Generator...................................53

D.  A Variable Divider.......................................55

E.  2920 Program Used to Synthesize Analog Delay............57

F.  Complete Schematic of the Delay Measurement System......59

G.  Complete Schematic of the Magnitude Control System and
    $\widehat{GH}$ Estimator.........................................61

EGOLF 00056

CHAPTER I

INTRODUCTION

Sound is electronically amplified by many systems to provide a greater sound level to a distant or weak listener. Because sound waves propagate in all directions, some of the amplified sound inevitably returns to the sound amplifier input. The sound returning to the amplifier input, acoustic feedback, makes the sound amplifier a closed—loop system. When the gain or amplification of this system is increased enough the system becomes unstable and breaks into uncontrolled oscillations. These oscillations have been heard by most as the "squeal" in a public address system which results when the microphone is moved close to a loudspeaker. The objective of this thesis was to design, build and test a circuit which allows the gain of the sound amplifier to be increased beyond the original maximum stable gain without oscillation occurring.

A general method was desired so two different acoustic feedback systems were used in the design of the feedback suppression circuit. First, a hearing aid system was tested to measure the characteristics of a "typical" acoustic amplifier. From these characteristics, the acoustic feedback was crudely modeled as an echo. Delay and magnitude of the echo were then estimated. The echo was synthesized and added to the closed loop system as negative feedback to make the sound amplifier more stable. After the feedback

EGOLF 00057

2

suppression circuit was built it was tested on a small public address system with characteristics similar to those of the hearing aid. The public address system was arranged into several configurations to show the feedback suppression circuit adapts to different acoustical environments. The increased stability achieved by adding an echo as negative feedback allowed the acoustic amplifier gain to be increased without the uncontrollable oscillations occurring for all the configurations tested.

EGOLF 00058

CHAPTER II

MODELING AN ACOUSTIC FEEDBACK SYSTEM

A block diagram description of a typical acoustic feedback system is shown in Figure 2.1.



M – microphone

A – adjustable gain audio amplifier

S – speaker

H – acoustic feedback path

Figure 2.1.  Acoustic Feedback System

Throughout this paper upper case letters are used to describe complex functions of frequency and lower case letters are used to describe functions of time.  The microphone, M, converts the incoming sound, $P_i$, into an electrical signal which is amplified by an adjustable-

EGOLF 00059

4

gain, audio-amplifier, A. An amplified version of $P_i$, $P_o$, is created when the amplified signal drives the speaker, S. Some of $P_o$ returns to the microphone input via an acoustic feedback path, H, where the feedback signal, $P_oH$, sums with $P_i$. The output sound pressure, $P_o$, is solved for by writing the equations describing the system of Figure 2.1 as:

$$P_o = (P_i + P_oH)MAS. \qquad (1)$$

The sound pressure transfer function,

$$\frac{P_o}{P_i} = \frac{MAS}{1 - MASH}, \qquad (2)$$

is now in the general form of a feedback system with a forward plant, G, of MAS and feedback, H, as shown in Figure 2.2.



Figure 2.2. General Feedback System

EGOLF 00060

5

The general feedback system closed loop transfer function is

$$T = \frac{P_o}{P_i} = \frac{G}{1 - GH}.$$
(3)

According to the Nyquist Stability Criterion[1] the closed loop system will become unstable at the frequencies where both the magnitude of the open loop transfer function, GH, exceeds or equals one and the phase angle of GH equals $m2\pi$ for m equal to 0, 1, 2,.... The reasoning behind this criterion is, that if a signal of a particular frequency can pass around GH and return to the summer in phase with the input, the sum of the input signal and the feedback signal will increase without bound. Because no system has an infinite linear range, the sinusoid will push the linear system into a nonlinear region (i.e. called "saturation") which stops the magnitude of the sine wave from increasing.

An acoustic feedback system can be reasonably approximated as having a linear lumped forward plant with transcendental feedback. The microphone and speaker are assumed to have fixed poles and zeros resulting from the electro-mechanical makeup of each. The amplifier is assumed to be ideal, meaning that it increases the magnitude of the signal passing through it without altering the phase. Sound returning to the microphone input must travel an air pathway which requires the feedback delay time $\tau_H$, where $\tau_H$ is given by

$$\tau_H = \frac{d}{c} \, ,$$
(4)

EGOLF 00061

6

where:    d is the distance from the speaker to the microphone

input and

c is the speed of sound in air.

Equation (4) assumes the feedback path to be in anechoic space. Assuming the feedback path is pure delay means that H can be described as the transcendental function

$$H = H_a e^{-j\omega\tau_H} ,$$    (5)

where:    $H_a$ is the gain of the sound path from the speaker to the microphone, and $\omega$ is radian frequency.

The open loop transfer function of the acoustic system is given by the product MASH.

The shape of the magnitude of MASH is determined by the poles and zeros of the speaker and the microphone, but the average magnitude is determined by the amplifier gain. The phase of MASH is the phase resulting from the poles and zeros of the speaker and microphone plus the linear phase contributed by the feedback delay. Delay in the feedback forces the phase of MASH to equal $m2\pi$ at many frequencies thereby violating the phase portion of the Nyquist criterion. This creates potentially unstable frequencies. When the amplifier gain is increased enough the magnitude of MASH, at one of the potentially unstable frequencies, will exceed unity and the Nyquist criterion will be violated thereby forcing the system into uncontrolled oscillations.

**EGOLF 00062**

Prior tests done at the University of Wyoming yielded data which was used to obtain the open-loop transfer function of a "typical" acoustical feedback system. The system measured was an in-situ hearing aid as shown in Figure 2.3.



Figure 2.3.  Hearing Aid System

The hearing aid forward plant differs from the forward plant MAS described earlier in that the amplified sound must pass through an inlet tube, $T_2$, before reaching the ear canal.  Also note that hearing aid manufacturers refer to the speaker as a receiver, R.  The acoustic feedback path passes through the vent tube, $T_4$, then propagates from the vent tube end to the microphone input port.  The

EGOLF 00063

8

block diagram showing the closed loop hearing aid system is shown in Figure 2.4.



Figure 2.4.  Block Diagram of the Hearing Aid System

Measurement of the open loop transfer function was done in two steps.  First the transfer function $P_T/P_i$ with the feedback, $T_4 T_5$, eliminated by plugging the vent tube with putty, was measured.  A hearing aid, Audiotone A38 AGC-1, was placed behind the ear of a manikin fit with a KEMAR[2] pinna and a Zwislocki artificial ear coupler[3].  A Bruel and Kjaer 4134 half inch microphone was attached to the end of the Zwislocki coupler to measure the sound pressure at the eardrum of the artificial ear.  A matched Bruel and Kjaer (B & K) 4134 half inch microphone was placed at the microphone input port.  Each B & K microphone signal was amplified by a B & K 2603 microphone amplifier to produce voltages proportional to the sound presures at the hearing aid input and at the artificial eardrum.  A Hewlett-Packard 3852A spectrum analyzer supplied white noise and was used to produce the transfer funtion $P_T/P_i$.  The transfer function was shipped to a Sage II microcomputer for storage and eventual

EGOLF 00064

9

communication with a mainframe computer for analysis and plotting. The setup used for determining $P_T/P_i$ is shown in figure 2.5.



Figure 2.5.   $P_T/P_i$ Measurement

$P_T/P_i$ accurately represents the forward plant transfer function except at low and very high frequencies. Plugging the vent tube increases the low frequency response [4], therefore, $P_T/P_i$ will be inaccurate in this region. The ear canal transfer function, $T_3$, is approximately equal to one for frequencies in which the wavelength of sound is much longer than the length of the ear canal. Therefore, $T_3$ will affect neither the forward plant measurement $P_T/P_i = G$ nor the feedback measurement $P_F/P_T = H$.

The acoustic feedback path consists of a vent tube, $T_4$, leading from the ear canal to the earmold exterior and the path from vent tube outlet to the microphone input port, $T_5$. Disabling the forward plant, by disconnecting the receiver from the amplifier, allowed the receiver to be driven electrically with white noise.  The sound

EGOLF 00065

pressure which was measured at the artificial eardrum, $P_T$, was considered as the input to the feedback function, H, and the sound pressure which was produced at the microphone input port was considered the output. The spectrum analyzer measured the transfer function $P_F/P_T$ using the arrangement shown in Figure 2.6.



Figure 2.6. Acoustic Feedback Measurement

If the assumption that $T_3$ is unity holds, then the measurement $P_1/P_T$ should accurately describe the acoustic feedback function.

The spectra describing the forward plant, G, and the feedback H were then shipped to a mainframe computer for complex multiplication and plotting. The phase and magnitude of the product of GH are shown in Figure 2.7. The magnitude of GH in Fig. 2.7 shows several peaks which can be attributed to microphone and speaker dynamics and tube resonances. The phase of GH reveals the most important feature of the open loop response: nearly linear phase. Linear phase results from the delay in the tubes in the forward and feedback paths. The plots of the open loop transfer function in Fig. 2.7 can be used to predict the frequency at which the Nyquist stability criterion

EGOLF 00066

11





Figure 2.7.  Hearing Aid Open Loop Transfer Function

EGOLF 00067

12

will first be violated. The potentially unstable frequency with the greatest magnitude is 3500 Hertz. When the hearing aid gain was increased enough it broke into 3500 Hertz oscillations as predicted. The test of the hearing aid feedback system, although not ideal, showed that the Nyquist stability criterion could be used to accurately predict the frequency of unstable oscillation. The test also showed that the phase of the open loop transfer function could be closely modeled as that resulting from a pure delay.

EGOLF 00068

CHAPTER III

A METHOD OF SUPPRESSING ACOUSTIC FEEDBACK

A circuit which allows the gain of the audio-amplifier to be increased is desired so that more signal can be provided to the weak or distant listener. The delay in the feedback path forces the phase portion of Nyquist's stability criterion to be violated creating potentially unstable frequencies. Increasing the amplifier gain beyond its maximum stable limit requires that the magnitude of the product of MSH be decreased at the unstable frequencies. Since the transfer functions of the microphone and speaker are fixed by their physical construction, they are assumed constant. The acoustic feedback, H, is impossible to eliminate and difficult to control so none of the original transfer function blocks could be modified to increase the system stability.

The stability of any system can be altered by adding feedback. Electrical feedback was added to the electroacoustic circuit to provide stabilizing negative feedback at those frequencies where unstable oscillations were most likely to occur. Electrical feedback is most conveniently inserted between the microphone and the audio-amplifier due to the low power of the signal at this point. Figure 3.1 illustrates the basic electroacoustic system with the electrical feedback, $\widehat{GH}$, added. The signal, $P_o/AS$, entering the amplifier also enters an open-loop estimator $\widehat{GH}$ which produces the signal $P_o\widehat{GH}/AS$

EGOLF 00069

14



Figure 3.1.  Feedback System With Electrical Feedback Added

which is subtracted from the microphone signal.  The equation describing the output sound pressure may be written by inspection of Figure 3.1 as

$$P_o = [(P_i + P_o H)M - \frac{P_o}{AS} \widehat{GH}] \, AS. \qquad (6)$$

Thus, the sound pressure transfer function $P_o/P_i$ becomes

$$\frac{P_o}{P_i} = \frac{MAS}{1 - MASH + \widehat{GH}}. \qquad (7)$$

Note that if the estimate, $\widehat{GH}$, equals the open loop transfer function, MASH, then

EGOLF 00070

15

$$\frac{P_o}{P_i} = MAS, \tag{8}$$

which is the transfer function of the amplification system with no acoustic feedback. In other words the estimate, $\widehat{GH}$, is used to electrically cancel the effects of acoustic feedback. The assumptions that the microphone, speaker and amplifier are all individually stable, and the estimate of MASH is accurate allows the amplifier gain to (theoretically) be increased infinitely. Of course synthesis of a perfect open loop estimator is impossible so equation (7) must be used to describe the closed loop sound amplification system. When the Nyquist[1] criterion is applied to (7), unstable oscillations will occur at those frequencies where the effective open loop transfer function, MASH − $\widehat{GH}$, violates the stability criterion.

Cancellation of MASH with $\widehat{GH}$ requires that the magnitude and phase of GH exactly equal those of MASH. The phase of $\widehat{GH}$ is the most important in reducing the difference, MASH − $\widehat{GH}$. This can be explained as follows: if the phase of $\widehat{GH}$ is wrong, MASH will add to $\widehat{GH}$ thereby reducing the maximum stable gain. Fortunately the phase of MASH can be reasonably estimated as the phase resulting from the delay around the open loop system. This delay and the average magnitude of MASH are measured and then synthesized as the electrical feedback, $\widehat{GH}$. Because the magnitude of MASH is not constant with respect to frequency and the phase of MASH is not a linear function of frequency, $\widehat{GH}$ won't perfectly match MASH. However, a close phase approximation insures the effective open loop transfer function will

EGOLF 00071

16

be reduced for a given amplification so the Nyquist criterion will not be violated until the gain is increased. The amount of additional stable gain achieved depends on how close MASH is to the echo estimator $\widehat{GH}$.

EGOLF 00072

CHAPTER IV

DELAY ESTIMATION

The average delay of the open loop transfer function must be known so an electrical echo can be synthesized with this delay. Delay in many satellite communication systems is measured and tracked through the use of pseudonoise codes[5]. Figure 4.1 shows how low-level pseudonoise, pn, was injected into the acoustic feedback loop, passed through MASH, and then fed into the delay measurement system.



Figure 4.1.  Pseudonoise injection                    EGOLF 00073

18

A maximal-length, linear shift register code was the type of pn code used.  The code of length $2^n-1$ is generated in an n-bit shift register[5].  This pseudonoise was used because its power spectrum envelope is broad band, being described by the funtion

$$G_{pn}(f) = \frac{\sin^2(\pi f/2F_s)}{(\pi f/2F_s)^2} \, , \qquad (9)$$

where $F_s$ is the bit frequency of the code[5].

Because the pseudonoise is broad band it can be passed at a low level without presenting an objectionable amount of interference to other signals passing through the sound amplifier.  The pn bit frequency, $F_s$, was chosen as 5000 Hertz so most of the pn power spectrum would be within the frequency range of an inexpensive audio system.  The length of the code was chosen as 127 bits which produces a pn period of $25.4 \times 10^{-3}$ seconds and is synthesizable with a seven-stage shift register as shown in Figure 4.2[5].



Figure 4.2.  Pseudonoise generator

EGOLF 00074

19

The all-zero state may never be permitted to occur so the shift register must be loaded with at least a single one before the $2F_s$ clock is started.

A pseudonoise period, L, of $25.4 \times 10^{-3}$ seconds was used because it is much longer than the delay anticipated in a hearing aid or small public address system. The long pn period is important because both the autocorrelation of pseudonoise and the cross correlation of pn with pn $\oplus$ $2F_s$ are periodic with respect to the code length L. Figure 4.3 shows that the pn autocorrelation generates peaks centered at delays of mL for m equal 0, $\pm 1$, $\pm 2$,...[5].



Figure 4.3. Pseudonoise autocorrelation

Similarly the cross correlation of pn with pn $\oplus$ $2F_s$ generates the S curves shown in Figure 4.4 centered at delays of mL for m = 0, $\pm 1$, $\pm 2$,...[5].

The correlation functions illustrated in Figures 4.3 and 4.4 are used to synthesize a digital delay, $\tau_1$, which equals the average open-loop acoustic delay, $\tau$, by the system shown in Figure 4.5.

EGOLF 00075



Figure 4.4. Cross correlation of pn with pn + 2fs.

The controllable delays, $\tau_{1A}$ and $\tau_{1B}$, are 64-stage shift registers which are both clocked by the same voltage-controlled oscillator so both delays are equal to $\tau_1$. Control of the voltage-controlled oscillator, VCO, is given to either the search circuit or the track circuit based on the autocorrelation function of Figure 4.3. This autocorrelation function is also used to decide when to update the output latch. The maximum synthesizable delay, $\tau_1$, is considerably less than the length of the pn code and maximum anticipated acoustic delay, $\tau$. Therefore, the correlation of $pn(\tau_1)$ with $pn(\tau) + n(t)$ will produce the autocorrelation function of Figure 4.3, if the delay axis is relabeled as $(\tau_1 - \tau)$, limited to the region $|\tau| < L - 1/F_s$. Before the pn autocorrelation can be performed the signal returning from the acoustic delay path must be amplified and clipped to produce a digital signal. This processing is required to make the pn detectable when it is summed with the

EGOLF 00076

21



Figure 4.5.  Delay measurement system block diagram

EGOLF 00077

signal being amplifed by the sound amplification system, n(t), which is many times louder than the pn signal.  The circuit of Figure 4.6 performs the pn autocorrelation and produces two digital signals, $\alpha$ and $\beta$, which indicate how close $\tau_1$ is to $\tau$.



Figure 4.6.  Lock indicator circuit

The autocorrelation is done by multiplying $pn(\tau_1)$ with the amplified, clipped version of $pn(\tau) + n(t)$ using a digital coincidence gate.  The product is then low-pass filtered to produce a voltage which represents the pn autocorrelation.  Because the noise, n(t), is uncorrelated with $pn(\tau_1)$ their product will average to zero over a long enough period of time.  A one-pole, low pass filter with a corner frequency of 3.7 radians per second was chosen by experimentation to do this averaging.  Because the acoustic delay path is not an ideal delay the correlation of $pn(\tau_1)$ with $pn(\tau) + n(t)$ will not produce the ideal pn

EGOLF 00078

23

autocorrelation of Figure 4.3. Instead, the function will probably be smeared about $\tau = 0$ with a maximum value considerably less than unity. Because of this smearing, the autocorrelation voltage was scaled up by 3.5 and buffered to produce a signal, $v_R(t)$, which was used by two comparators to indicate the accuracy of $\tau_1$. The comparators each produce a digital signal based on the magnitude of $v_R(t)$.

The first comparator produces a signal, $\alpha$, which is true only when $V_R$ is at a high voltage indicating that $\tau_1$ is a very good estimate of $\tau$. The signal, $\alpha$, is generated with a hysteresis comparator (Appendix B) with a relatively narrow hysteresis loop (1.17 volts) centered at 2.5 volts. When $\alpha$ is true the output latch is enabled and the output frequencies $(\tau/64)^{-1}$ and $(\tau/1536)^{-1}$ track the input frequency, $\left(\dfrac{\tau_1}{64}\right)^{-1}$. The frequency, $\left(\dfrac{\tau_1}{64}\right)^{-1}$, is frequency multiplied by 24 for use by the estimator, GH, by the output latch to produce the output frequency $\left(\dfrac{\tau}{1536}\right)^{-1}$. Figure 4.7 shows the output



Figure 4.7.  Output latch and frequency multiplier

EGOLF 00079

latch and frequency multiplier circuit. When $\alpha$ is true the analog switch is closed and the circuit is a standard phase-locked loop frequency multiplier so the outputs $\left(\frac{\tau}{64}\right)^{-1}$, and $\left(\frac{\tau}{1536}\right)^{-1}$ track the input, $\left(\frac{\tau_1}{64}\right)^{-1}$. When $\alpha$ goes false, the switch opens so the capacitor voltage remains constant thereby latching the good estimate of $\tau$. The input impedance of the voltage-controlled oscillator is nominally[6] $10^{12}$ ohms and the switch leakage current is nominally[6] $10^{-10}$A so the capacitor will discharge at a very slow rate $(2.1 \times 10^{-6}$ V/s).

The second comparator produces a digital signal, $\beta$, which indicates when the estimate of $\tau$ is fairly good. This comparator has a wider hysteresis loop (3.44 volts) centered at 0.4 volts to produce a signal which will become true when the estimate of $\tau$ is quite close to $\tau$ and remains true until the estimate is poor. When the estimate of $\tau$ is poor, $\beta$ will be false and control of the voltage-controlled oscillator will be given to the search circuit. The search circuit is merely a slow (1.0 Hertz) triangle-wave generator (described in Appendix C) which sweeps $\tau_1$ through its range. If $\tau$ is within the range of $\tau_1$, the pn autocorrelation peak of Figure 4.3 will be generated as $\tau_1$ sweeps by $\tau$. When the pn autocorrelation voltage, $v_R$, rises above the threshold of the $\beta$ comparator, control of the voltage-controlled oscillator, and therefore $\tau_1$, is given to the track circuit of Figure 4.8.

The variable delay is tracked through the use of the inverse cross correlation of pn $\oplus 2F_s(\tau_1)$ with pn$(\tau) + n(t)$. The inverse cross correlation, shown in Figure 4.9, when limited to the region

EGOLF 00080

$|\tau_1 - \tau| < 1/2F_s$, produces a signal, $\varepsilon(\tau_1 - \tau)$, which is linearly proportional to $\tau_1 - \tau$.



Figure 4.8.  Delay tracking circuit

The microphone signal, $pn(\tau) + n(t)$, is amplified and clipped to produce a digital signal which is exclusive-ored with $pn \oplus 2F_s(\tau_1)$ to produce $\varepsilon(\tau_1 - \tau)$.  Because $n(t)$ is uncorrelated with $pn \oplus 2F_s(\tau_1)$, , the signal, $\varepsilon(\tau_1 - \tau)$, will not be affected by the noise, $n(t)$, if the signal, $\varepsilon(\tau_1 - \tau)$, is averaged over a long enough period of time.  A one-pole low pass filter with a corner frequency, $\omega_L$, of 0.4172 radians per second was used to average $\varepsilon(\tau_1 - \tau)$.  The inverse S curve will only be generated when $\tau_1$ sweeps by $\tau$ because

EGOLF 00081

26



Figure 4.9.  The inverse cross correlation of

pn $\oplus$ 2F$_S$($\tau_1$) with pn($\tau$) + n(t)

the length of the pn code is considerably longer than the maximum
synthesizable $\tau_1$ or the maximum anticipated acoustic delay, $\tau$.
The tracking system is given control of $\tau_1$ when $\tau_1$ is a good estimate
of $\tau$. This estimate must be within half of a pn bit for the tracking
system to operate normally.   When $\tau_1$ is within half of a pn bit
of $\tau$, the signal $\varepsilon(\tau_1 - \tau)$ can be expressed as the straight line

$$\varepsilon(\tau_1 - \tau) = k_\varepsilon(\tau_1 - \tau) , \qquad\qquad (10)$$

where k$_\varepsilon$ is 5F$_S$, if $\tau$ is pure delay. The signal $\varepsilon(\tau_1 - \tau)$    is
an error signal which is used to control $\tau_1$ through proportional-

EGOLF 00082

integral (P-I) feedback.  The equation describing $\tau_1(s)$ can be obtained by inspection from Figure 4.9 as

$$\tau_1(s) = \frac{\tau_{1_{OFF}}}{s} + k_{vco}k_\epsilon[\tau_1(s) - \tau(s)]\left(\frac{\omega_L}{\omega_L + s}\right)\left(k_p + \frac{k_i}{s}\right) , \quad (11)$$

where $\tau_{1_{OFF}}$ is the delay which results when 0 volts is applied to the voltage-controlled oscillator input.

The quantity, $k_{vco}$ describes the change in $\tau_1$ per change in oscillator input voltage.

If $\tau$ is a step function, then

$$\tau_1(s) = \frac{\tau_{1_{OFF}}(s + \omega_L)}{s^2 + s(\omega_L - k_{vco}k_\epsilon k_p \omega_L) - k_{vco}k_\epsilon k_i \omega_L} \quad (12)$$

$$- \frac{\tau k_{vco}k_\epsilon \omega_L(k_p s + k_i)}{s(s^2 + s(\omega_L - k_{vco}k_\epsilon k_p \omega_L) - k_{vco}k_\epsilon k_i \omega_L)} .$$

The final value of $\tau_1(t)$ is found by applying the final-value theorem[7] which states

$$\lim_{t \to \infty} \tau_1(t) = \lim_{s \to 0} s\tau_1(s).$$

Therefore

$$\tau_1(t) = \tau.$$
$$t \to \infty$$

This theorem is valid only if the poles of $\tau_1(s)$ are in the left-half of the complex s plane.  The voltage-controlled oscillator constant, $k_{vco}$, was chosen to allow $\tau_1$ to vary between 0.5 and 1.3

EGOLF 00083

milliseconds. The quantity, $k_{vco}$, was measured as $-83.2 \times 10^{-6}$ seconds per volt. The poles of $\tau_1(s)$ were chosen to be slow ($\omega_o = 2.94$ rps) by selecting an integration constant, $k_I$ equal to 10 (seconds)$^{-1}$, and to be well damped ($\zeta = 0.9$) by selecting a proportional constant $k_p$ of 5.63. The quantity, $k_\epsilon$, was solved for as 25000 when the inverse correlator (exclusive or gate) had supply voltages of $\pm 5$ volts and the bit frequency was 5000 Hertz. When the constants of the tracking system are substituted into equation (12), the result is

$$\tau_1(s) = \frac{\tau_{1_{OFF}}(s + 0.4172)}{s^2 + 5.303\,s + 8.678} + \frac{\tau\,4.886(s + 1.776)}{s(s^2 + 5.3035 + 8.678)} \quad . \quad (13)$$

Thus, the poles of $\tau_1(s)$ are seen to be in the left-half plane with poles located at $-2.65 \pm j1.28$. The transient response will die exponentially with a time constant of 2.65 seconds; therefore, after several time constants $\tau_1$ should equal $\tau$. The response of $\tau_1$ was designed to be slow and heavily damped so an accurate measure of $\tau$ could be made in the presence of noise which was many times louder than the pn signal. The quantity $\tau$ seems to be fairly stationary so the sluggish response of the system is acceptable.

Transition of control from the search circuit to the tracking circuit must be made smoothly to prevent the VCO output frequency from jumping to a different frequency. A smooth transition between the two systems was achieved by making the voltage on the integrating capacitor of the proportional-integral, (P-I), controller equal to the voltage of the search oscillator when the system is searching.

EGOLF 00084

The circuit of Figure 4.10 uses analog switches and a "leaky" integrator with a feedback time constant which is one tenth the period of the search oscillator to make the track circuit transparent when searching. When control is switched to the track system, $\tau_1$ should be approximately equal to $\tau$ so $\varepsilon$ will be close to zero. The integrator will be charged close to the correct voltage required to hold the VCO at the proper frequency.

The delay measurement system generates a pseudonoise code which is passed to the acoustic feedback loop for low-level injection. The pn code traverses the acoustic feedback loop and is then compared with a digitally delayed version of the pn to generate two harmonics of the delay. These harmonics of $\tau$ are used to estimate the magnitude of the open-loop transfer function and to synthesize an analog delay equal to $\tau$.



Figure 4.10. Mode selectable P-I controller.

EGOLF 00085

CHAPTER V.

ADDING ELECTRICAL FEEDBACK

The strategy of using an electrical echo as negative feedback requires that a good estimate of the open loop transfer function delay and magnitude be found and synthesized. When the gain of the audio-amplifier is increased sufficiently, the sound amplification system will break into unstable oscillation thereby making the pseudonoise undetectable. If the delay measurement system had time to accurately measure $\tau$ then, due to the latching outputs of the system, the last good estimate of $\tau$ will be available after the onset of unstable feedback. Since $\tau$ is fairly stationary, the latched approximation should represent $\tau$ accurately enough to synthesize an echo with the proper delay. Unfortunately, determining the proper magnitude of echo to subtract is not as simple. One method of finding the average magnitude of MASH is to measure the magnitude of the pn autocorrelation at $\tau_1 - \tau$ equal to zero. This autocorrelation can be performed by low pass filtering the analog product of the microphone signal, ms(t), with pn($\tau$). The signal, ms(t), is composed of the delayed pn signal and the main signal being amplified by the sound amplifier, n(t). Because n(t) is uncorrelated with pn($\tau$), their product will be zero when averaged over a long enough period of time making the output of the low pass filter a voltage which is proportional to the desired pn autocorrelation.

EGOLF 00086

Unfortunately, the method has two major drawbacks. First, because the acoustic delay, $\tau$, is not pure delay, the pn autocorrelation voltage would have to be scaled up to accurately represent the magnitude of MASH. Since every acoustic system is different, the scale factor would have to be individually set for every MASH. The second drawback is much more serious. The low-pass filter, which is used to average out the noise, must have a time constant which is considerably longer than the time required for the acoustic system to break into unstable oscillations after the Nyquist criterion has been violated. Therefore, a sudden change in MASH can result in unstable feedback. After the onset of unstable feedback, the pn is undetectable so the correlation of ms(t) with pn($\tau$) drops to zero leaving no signal on which to base the echo magnitude. The result of basing the echo magnitude on the pn autocorrelation is a system which can provide additional stable gain if MASH changes very slowly and feedback never occurs.

The method of magnitude control which was selected utilizes knowledge of the acoustic delay and the frequency of the unstable feedback to adjust the echo magnitude to the level required to eliminate unstable feedback. Figure 5.1 shows that the magnitude control system is based on phase-locked loop detection of unstable feedback. Phase-locked loop A, PLLA, is used to detect the presence of a loud tone, presumably unstable feedback. The input signal, ms(t), is attenuated so that PLLA will only lock on signals which are quite loud. The VCO of PLLA operates between 500 and 5000 Hertz, thus determining the frequency capture and lock range of PLLA.

EGOLF 00087

32



Figure 5.1.  Magnitude control system.

Figure 5.2.  Phase locked loop A.

EGOLF 00088

Figure 5.2 shows that phase comparator II of the CD 4046 phase locked loop is used to produce an error signal which is proportional to the phase error between $ms(t)$ and $f_{FB}$.

Phase comparator II is an edge-controlled digital memory network which maintains a zero degree phase shift between $s(t)$ and $f_{FB}$ when PLLA is in the locked condition[6]. Because $ms(t)$ is in phase with $f_{FB}$ the average coincidence of the signals is a voltage which indicates whether PLLA is in lock. A hysteresis comparator, described in Appendix B, with a hysteresis width of 1.6 volts centered at .96 volts converts this voltage into a digital signal $\gamma$ which indicates whether or not the system is unstably feeding back. Since $\gamma$ is used to control analog switches which are operated between $\pm$ 5 volts, $\bar{\gamma}$ is inverted to produce a $\gamma$ which also varies between $\pm$ 5 volts. The extra inversion allows the gate-to-source voltage of the analog switches operated by $\gamma$ to be zero volts when the switches are turned off, thereby providing the maximum off resistance.

The output frequency, 128 $f_{FB}$ of PLLA is then reduced to 1/2, 1/4, 1/6 or 1/8 of its original frequency by the variable divider block which is described in Appendix D. The variable divider slowly cycles through the divisors until it is stopped by a signal from PLLB. A toggle flip-flop at the output stage of the variable divider block ensures that its output signal, $\dfrac{64\ f_{FB}}{m}$, will always have a 50 percent duty cycle.

PLLB, working in conjunction with the variable divider block, is used to indicate whether or not the unstable feedback frequency is close to one of the first four harmonics of $\dfrac{1}{\tau}$. Inspection of Figure

34

5.3 reveals that PLLB is switched between two modes of operation,
depending on the signal, $\gamma$ , indicating the presence of unstable
feedback. When the sound amplification system is not "squealing"
$\gamma$ is false and PLLB acts as a standard phase-locked loop which locks



Figure 5.3.  Phase-locked loop B.

onto the input frequency $\left(\frac{\tau}{64}\right)^{-1}$ from the delay measurement system.

EGOLF 00090

Note that when operating in this mode $C_2$ is shorted to ground by an analog switch so that the voltage on $C_1$ is that required to operate the VCO at $\left(\frac{\tau}{64}\right)^{-1}$. If unstable feedback occurs $\gamma$ will be true and the input to PLLB will be $\dfrac{64\,f_{FB}}{m}$. The switch connecting $C_1$ to the phase comparator will be opened which, assuming the input impedence of the source follower is very high, leaves no path for the charge on $C_1$ to escape. Therefore, the voltage on $C_1$ required to drive the VCO at $\left(\frac{\tau}{64}\right)^{-1}$ will be latched. The shorting switch on $C_2$ will also be opened allowing the phase error to increase or decrease the voltage on $C_2$ to make PLLB lock. Because of the voltage limiter at the output of amplifier two and the summing factor of amplifier three, the VCO input voltage will vary a maximum of $\pm\,0.57$ volts to achieve lock. If lock is achieved the variable divider will be stopped so lock can be maintained. If no lock is obtained the divisors will continue to cycle until PLLB can lock on a frequency. Because phase comparator II is used to detect phase error, its inputs will lock in phase. The average exclusive-or of the inputs to the phase comparator drops to -5 volts when PLLB is in lock, making this signal perfect for disabling the variable divider block. Also note that if the coincidence of the phase comparator inputs is taken, a signal is produced which is +5 volts when PLLB is in lock and 0 volts otherwise. This signal, HARM, is used to indicate whether or not the unstable feedback is at one of the first four harmonics of the delay. Thus, PLLB will lock on the delay frequency obtained from the delay measurement system when there is no unstable feedback. When the system breaks into unstable oscillations PLLB, in conjunction

with the variable divider, detects whether or not the feedback frequency is within 110, 220, 330 or 440 Hertz of the first, second, third or fourth harmonics, respectively, of $\frac{1}{\tau}$.

Adding the open loop estimator, $\widehat{GH}$, to the sound amplification system provides the negative feedback $H_E\, e^{-j\omega\tau}$ to the system. When the Nyquist[1] criterion is applied to (7), it is found that the sound amplification system will feed back when MASH $- \widehat{GH}$ has a magnitude which is equal to or exceeds one and a phase angle of $m2\pi$ for $m = 0$, 1, 2, $\cdots$. At harmonics of the delay, $\widehat{GH}$ is equal to $H_E$, where $H_E$ is the echo amplitude. Because the potentially unstable frequencies of MASH are near harmonics of the delay, increasing the echo magnitude increases the amount of negative feedback at those frequencies. Thus, the possibility of unstable feedback occuring near a delay harmonic has been reduced. Similarly, the potentially unstable frequencies of the echo are at $\frac{1}{\tau}\left(m - \frac{1}{2}\right)$ for $m = 1$, 2, 3, $\cdots$. Control of the echo magnitude was based on the ability to detect whether the unstable feedback was caused by the echo or the natural system, MASH.

Figure 5.4 shows the circuit used to control the echo magnitude.

EGOLF 00092

37



Figure 5.4. Echo magnitude control.

When unstable feedback occurs the PLLA detects it and γ becomes true thereby connecting the harmonic detection line HARM of PLLB to the input of the analog-to-digital converter through a slow (τ = 10 s) low pass filter. If the echo is smaller in amplitude than the amplitude of MASH, the unstable feedback will occur at a harmonic of τ. PLLB will detect the harmonic of τ and the harmonic indicator will go to +5 volts thereby slowly charging the capacitor. The analog-to-digital converter, ADC, has an input reference range of 0 to +5 volts so when the voltage at its input increases, the digital representation of this voltage also increases. When the unstable feedback is not at a delay harmonic, PLLB cannot lock so the harmonic

EGOLF 00093

signal will be at zero volts thereby discharging the capacitor. As Figure 5.4 shows, the delayed amplified input passes into a digital-to-analog converter, DAC, which is operated as a digitally controlled attenuator. When operating in this mode the DAC outputs a voltage which is the input voltage times $-K_s$ where $K_s$ is the digital word ranging from 0 to 255/256 coming from the analog-to-digital converter. Thus the echo is proportional in magnitude to the voltage on C which increases or decreases slowly, based on the frequency of unstable oscillations, until the feedback stops. After the unstable feedback stops, the switch connecting PLLB to the capacitor opens so the capacitor voltage and therefore the echo will remain constant in magnitude at the appropriate value.

A controllable echo estimator requires that a path with controllable magnitude and delay be synthesized. The magnitude was based on the frequency of unstable oscillations while the delay was based on measurements made before the sound amplification system became unstable. A controllable analog delay is synthesized using the Intel 2920 signal processing chip. The duration of a 2920 program is based on its input clock period as

$$T_{2920 \text{ program}} = 4 \times (T_{CL}) \times (N_s),$$

$$\text{where } T_{CL} \text{ is the period of input clock}$$

$$N_s \text{ is the number of program steps.}$$

A program of 24 steps was written which converts an analog signal into a digital word; passes the word through 16 memory locations, one

EGOLF 00094

location per program cycle; then reconverts a delayed word into an analog voltage. The clock driving the 2920 is the delay measurement system output $\left(\frac{\tau}{1536}\right)^{-1}$. Since the analog signal is delayed 16 program cycles, the analog delay of the 2920 may be calculated as

$$\tau_{2920} = 4 \times (T_{CL}) \times (N_s) \times (16)$$

which, after substituting values, becomes

$$\tau_{2920} = 4 \times \frac{\tau}{1536} \times 24 \times 16 = \tau.$$

$\widehat{GH}$ must have the linear phase resulting from a pure delay which makes the addition of an anti-aliasing filter impossible using this system. The sample period of the 2920 is the program duration which is $\frac{\tau}{16}$. For delays less than $0.8 \times 10^{-3}$ seconds the sample rate will be in excess of 20,000 Hertz which provides a folding frequency which is greater than 10,000 Hertz. Because the acoustic systems being tested were relatively inexpensive, the amount of signal at frequencies greater than 10,000 Hertz was small. Therefore, the effect of signals with frequencies greater than 10,000 Hertz folding back into the passband of the analog delay was minimal.

The magnitude of MASH is approximately equal to one at the onset of feedback so the echo must be capable of magnitudes which exceed unity if the maximum stable gain is to be increased. As Figure 5.4 shows, the input of the 2920 had to be scaled up by $K_R$ to ensure the input voltage of the 2920 utilized the range of the analog-to-digital converter. The output of the digitally controlled attenuator was scaled down before summing with the microphone signal. Because the

EGOLF 00095

40

input to the 2920 is scaled up more than the attenuator output is scaled down, the echo can exceed one. Since the digitally controlled attenuator adjusts to a level which stops feedback, precise gain tuning of the echo is not required. Thus, a magnitude controller was built which logically controls an unstable system before and after the onset of feedback. Because the echo has its amplitude adjusted based on the unstable feedback, the magnitude control system does not have to be individually tuned for each acoustical feedback system.

EGOLF 00096

CHAPTER VI

RESULTS AND CONCLUSIONS

The complete sound amplification system with the open loop estimator added is shown in Figure 6.1.



Figure 6.1. Acoustic amplifier with open loop estimator added.

EGOLF 00097

42

The specific system which tested the unstable feedback suppression circuit used a Bruel and Kjaer 4134 half-inch microphone with 2107 microphone amplifier as the microphone block, M. A Comdyna GP-6 analog computer was used as a calibrated attenuator so that gain increases could be easily calculated. A Realistic STA 740 audio-amplifier was used as a fixed gain amplifier which, in conjunction with the analog computer, made up the variable amplifier block, A. The speaker used was a Pioneer TSX6 auto speaker. The microphone was placed at distances ranging from approximately 0.5 feet to 1.5 feet from the speaker to simulate different feedback paths. Both the speaker and the microphone were placed in an anechoic chamber so that repeatable experiments could be made.

Testing of the feedback suppression circuit was done in two steps. First, the maximum stable gain of the unmodified system with a particular feedback path was measured by adjusting the gain of the audio-amplifier to the point where unstable oscillations would not sustain themselves. When making this measurement the addition of pseudonoise did not change the maximum stable gain but it did cause transient ringing at the frequency about to go unstable. Second, the gain of the same acoustic circuit with the feedback suppression circuit added was measured by increasing the audio-amplifier gain until the new maximum stable gain was found. When testing the feedback suppression circuit, time had to be allowed for the delay measurement system to determine the open loop delay before turning the gain up into the unstable region. When the gain was turned up beyond the original maximum stable gain, unstable feedback started.

EGOLF 00098

43

After the magnitude control system locked on it and increased the echo in magnitude, the unstable feedback reliably died.

The feedback suppression circuit was tested for several delays and was found to produce about 6 dB of additional stable gain as shown in Figure 6.2.



Figure 6.2.  Additional stable gain with suppression circuit added.

EGOLF 00099

The suppression circuit was pushed to 7 or 8 dB of additional gain but this much additional gain left the system operating on the "naked edge" of stability where the transient response of the poles about to go unstable was noticable. When the circuit went unstable with the echo added, it usually went at a high frequency. This could be expected due to flatness of the echo magnitude compared to the high frequency roll off of the MASH system.

Many steps of this thesis could have been taken differently possibly avoiding many troubles. The first of these would be the method used in measuring the open loop transfer function, MASH. MASH can be simply and easily measured in one step. If the feedback loop is broken between the microphone and the amplifier white noise can be injected into the amplifier and taken from the microphone to produce the open loop transfer function MASH. Second, several options exist with the pseudonoise. Since the nominal delay seems to be relatively stationary, the noise could be turned on to measure $\tau$ then turned off. The possibility of passing the pn $\oplus$ 2fs around the loop also exists. Because pn $\oplus$ 2fs has a spectral power density which is[5]

$$G_{pn\oplus 2F_s}(f) = 4F_s \sum_{i=1}^{2} P_i \left| H_i(f) \right|^2,$$

where

$$H_i = \int_0^{1/2F_s} h_i(t) \exp(-j2\pi ft) dt,$$

most of the signal energy is located in the frequency band from 0.5 $F_s$ to 2.5 $F_s$. If $F_s$ is at a frequency which is at the upper limits of audible sound, the pseudonoise signal could be passed around MASH

EGOLF 00100

45

without being heard.

Unstable acoustic feedback is a very difficult problem to solve. The method discussed above was effective in producing some additional stable gain using a very crude open loop estimator. The method of providing stabilizing electrical feedback shows much promise if an estimator of MASH which is better than a simple echo can be used.

EGOLF 00101

BIBLIOGRAPHY

1. Nyquist, H., "Regeneration Theory." Bell Systems Technical Journal V. 11: 1932, p. 126-147.

2. Burkhard, M.D. and R.M. Sachs, "Anthropometric Manikin for Acoustic Research." Journal of the Acoustical Society of America V. 58: 1975, 214-222.

3. "Zwislocki Coupler Evaluation with Insert Ears", Report No. 20022-1 Knowles Electronics Inc.   3100 N. Mannheim Rd., Franklin Park, Ill. 1972.

4. Egolf, D.P., "Acoustic Feedback Suppression in Hearing Aids", Quarterly progress Report.   VA Medical Center, Augusta, Ga. Jan. 20, 1984, p.9.

5. Springett, J.D., "Telemetry and Command Techniques for Planetary Spacecraft" in Advances in Communication Systems, Academic Press, p. 77-108.   1965.

6. National Semiconductor CMOS Databook, Chapter 5.   1981.

7. Dorf, R.C., Modern Control Systems, Addison-Wesley Publishing Co., 1974.

EGOLF 00102

APPENDIX A

SAGE II PROGRAM USED TO CONTROL THE H-P SPECTRUM ANALYZER

EGOLF 00103

```
program ID_st;
   uses    (*$U SECOND;IB.LNK.CODE *) IB_UNIT;
   CONST NB=2560;
   TYPE BYTE=0..155;
   VAR ITEMP,I,SPCAN,STC: INTEGER;
   START:BOOLEAN;

   S,TITLE,DATAFILE:STRING;
   STUFF: PACKED ARRAY[0..NB] OF CHAR;
   FILOUT: FILE OF CHAR;
PROCEDURE GETDATA;
   CONST FULL=2;
   VAR STATE:PACKED RECORD CASE INTEGER OF
      1:(B:PACKED ARRAY[0..NB] OF BYTE);
      2:(W:INTEGER);
      END;
   MORE,START:BOOLEAN;

   DLNG,J,M,NC,NW: INTEGER;

BEGIN
   MORE:=FALSE;
   DLNG:=NB+1;
   FOR NC:= 1 TO 2 DO
   BEGIN
      NW := 256 -( NC -1)*128;
      IB_TALKS(11,'LDS');
      J:=0;
      IB_HEAR(11,STATE.W,DLNG,MORE);
      FOR M:= 1 TO NW  DO
      BEGIN
         FOR I:= 1 TO 9 DO
         BEGIN
            WRITE (FILOUT,CHR(STATE.B[J]));
            WRITE (OUTPUT,CHR(STATE.B[J]));
            J:= J+1;
            END;
         J:=J+1;
         WRITELN(FILOUT,'');
         WRITELN(OUTPUT,' ');
      END;
      IB_TALKS(11,'OX,0');
      IB_TALKS(11,'AX,0');
      IB_TALKS(11,'Cm,1');
      IF NC = 1 THEN
      BEGIN
         WRITELN(OUTPUT,'THE COHERENCE OF ',TITLE);
         WRITELN(FILOUT,'THE COHERENCE OF ',TITLE);
      END;
   END;
   IB_TALKS(11,'LCL,0')
END;
```

EGOLF 00104

```
PROCEDURE DOOT;
  VAR CONTROL,SW : INTEGER;
  BEGIN
    IB_CHK :=FALSE;
    IB_X := 0;
    IB_Y := 22;
    SW := IB_SWITCH;
    IB_SAGE := ORD(ODD(SW) AND ODD(31));
    IB_INIT(CONTROL,SW,600);
    IF IB_ERR () 0 THEN EXIT (IB_ST);
    IB_STAT(IB_SAGE,79);
    SPCAN := 11;
    IB_STAT(SPCAN,3);
  END;
BEGIN
  WRITELN(OUTPUT,'INPUT THE FILENAME IN WHICH THE DATA IS TO BE STORED')
  READLN(INPUT,DATAFILE);
  REWRITE(FILOUT,DATAFILE);
  START := TRUE;
  WHILE START DO
  BEGIN
    WRITELN(OUTPUT,'INPUT TRANSFER FUNCTION TITLE');
    READLN(INPUT,TITLE);
    WRITELN(FILOUT,TITLE);
    DOOT;
    BETDATA;
    WRITELN('ANOTHER TRANSFER FUNCTION? YES= 1 ,NO= 0 ');
    READLN(INPUT, STC);
    IF STC = 1 THEN
      START:=TRUE
    ELSE
      START:=FALSE;
  END;
  CLOSE(FILOUT,LOCK);
END.
```

EGOLF 00105

APPENDIX B

HYSTERESIS COMPARATOR



Figure B1.  Hysteresis comparator

Comparators were used often to produce a digital signal from an analog voltage.  The comparators which were implemented used positive feedback through $R_2$ to force the op-amp output to saturation. Because the output voltage, $V_o$, affects the voltage at the non-inverting input, the input voltage, $V_t$, will have to reach a different value to make the output change from positive saturation to negative saturation than that required for the negative to positive change.  The input voltage which will make the comparator output

EGOLF 00106

switch from negative saturation to positive saturation is found by determining the $V_i$ which will make the voltage at the non-inverting input exceed that of the voltage at the inverting input, or

$$V_{NI} > V_X$$

$$V_i \frac{R_2}{R_2 + R_1} - V_{SAT} \frac{R_1}{R_1 + R_2} > V_X$$

$$V_i > \frac{V_X (R_1 + R_2)}{R_2} + V_{SAT} \frac{R_1}{R_2},$$

where $V_{SAT}$ is the magnitude of the op-amp saturation voltage. Similarly, the $V_i$, which makes the comparator output switch from $+V_{SAT}$ to $-V_{SAT}$ is found by finding the input voltage at which

$$V_{NI} < V_X$$

$$\text{so}$$
$$V_i < V_X (\frac{R_1 + R_2}{R_2}) - V_{SAT} (\frac{R_1}{R_2}).$$

Figure B2 shows these results as the DC transfer characteristic of the comparator.

From Figure B-2 it can be seen that the width of the hysteresis loop is given by 2 x $V_{SAT}$ x $R_1/R_2$ and the loop is centered at $V_X(\frac{R_1 + R_2}{R_2})$.

EGOLF 00107

52



Figure B-2.  Transfer characteristic of the hysteresis comparator.

EGOLF 00108

APPENDIX C

TRIANGULAR WAVE GENERATOR



Figure C.1.  Triangular Wave Generator

The circuit of Figure C.1 is used to generate a triangular wave, at $V_x$, whose amplitude is controlled by $\alpha$. The op-amp circuit is a non-inverting integrator whose output, $V_x$, can be described in terms of the Schmitt trigger output $V_z$ as

$$V_x = \frac{R_1 + R_2}{R_1} \; \frac{1}{CR_4} \int_0^T V_z \; dt$$

when

$$\frac{R_1 R_3}{R_2} = R_4 .$$

EGOLF 00109

54

Operation of the oscillator can be explained by allowing the Schmitt trigger output to be at −V, assuming the trigger is operating between $\pm V$. The negative input to the non-inverting integrator will cause $V_x$ and $V_y$ to decrease linearly with time until $V_y$ drops below the negative threshold of the Schmitt trigger, −γV, causing the Schmitt trigger output to switch to +V. Now the positive input to he integrator will cause $V_x$ and $V_y$ to increase until $V_y$ exceeds γV forcing the trigger output to −V, thereby restarting the cycle.

The period of the waveform is determined from the Schmitt trigger thresholds, γV, the integrator time constant, $\frac{R_1 + R_2}{R_1 R_4 C}$, and the ratio of $V_y/V_x$, α, as

$$T = \frac{R_1 R_4 C}{2\alpha\gamma (R_1 + R_2)} \; .$$

The amplitude of $V_x$ is determined by the Schmitt trigger thresholds and the ratio of $V_y/V_x$, α, as

$$V_{x_{amplitude}} = \frac{\alpha\gamma}{\alpha} \; .$$

EGOLF 00110

APPENDIX D

A VARIABLE DIVIDER



Figure D.1.  Variable Divider

The variable divider shown in Figure D.1 divides the input frequency, $f_i$, by either 2, 4, 6 or 8 depending on its present state.  The divider cycles through its four states until a disabling signal stops it at a desired divisor.  Because the output stage of

EGOLF 00111

56

the divider is a toggle flip flop, $f_0$ is a 50 percent duty cycle square wave.

Counter A divides the input frequency, $f_i$, by the number on its jam inputs. Counter A down counts until it reaches zero. When zero is reached the inverted carry-out signal loads the number at the jam inputs, $D_B$, into the counter. After $D_B$ cycles of $f_i$, counter A will reach zero causing the inverted carry out signal to load the counter with $D_B$. The inverted carry-out signal has a frequency of $f_i/D_B$. This signal clocks a toggle flip-flop which divides its frequency in half and provides a signal with a 50 percent duty cycle.

Counter B provides the divisor, $D_B$, which is 1, 2, 3 or 4 to counter A. Counter B counts up until it reaches 10 at which time $D_4$ and $D_2$ will be true causing 2 to be jammed into the counter. Since $D_B$ is the number formed from the three most significant bits of counter B, $D_B$ starts as 1, switches to 2 when counter B reaches 4, switches to 3 when counter B reaches 6, and switches to 4 when counter B reaches 8. When counter B reaches 10 it loads itself with 2 thereby restarting the cycle. Because $D_B$ is the three most significant bits of counter B, each value of $D_B$ lasts for 2 cycles of clock $\emptyset$. The clock $\emptyset$ is produced by a Schmitt trigger oscillator which is enabled by an input so $D_B$ may be held constant if desired.

EGOLF 00112

APPENDIX E

2920 PROGRAM USED TO SYNTHESIZE ANALOG DELAY

EGOLF 00113

```
OUT3
LDA DAR,KP0,IN3
LDA SR15,SR14,IN3
IN3
LDA SR14,SR13,CVT8
LDA SR13,SR12,NOP
LDA SR12,SR11,CVT7
LDA SR11,SR10,NOP
LDA SR10,SR9,CVT6
LDA SR9,SR8
LDA SR8,SR7,CVT5
LDA SR7,SR6
LDA SR6,SR5,CVT4
LDA SR5,SR4
LDA SR4,SR3,CVT3
LDA SR3,SR2
LDA SR2,SR1,CVT2
CVT1
LDA SR1,SR0,CVT0
LDA SR0,DAR
LDA DAR,SR15,EOP
NOP
OUT3
OUT3
```

**EGOLF 00114**

APPENDIX F

COMPLETE SCHEMATIC OF THE DELAY MEASUREMENT SYSTEM

EGOLF 00115



EGOLF 00116

APPENDIX G

COMPLETE SCHEMATIC OF THE MAGNITUDE CONTROL SYSTEM AND

$\hat{GH}$ ESTIMATOR

EGOLF 00117



EGOLF 00118

APPENDIX B

ESTIMATION OF OPEN-LOOP HEARING AID RESPONSE
USING AUTOREGRESSIVE SPECTRAL ESTIMATION

by

R. L. Kirlin
Department of Electrical Engineering
University of Wyoming
Laramie, Wyoming

June 30, 1984

EGOLF 00119

ABSTRACT

The hearing aid oscillation problem is currently being met with a delay-measurement and echo-amplitude subtraction method in the University of Wyoming-Veteran's Administration project. Although results are good, further improvement is suggested in this report by means of adaptive, open-loop transfer-function whiteners or noise cancellers.

It is shown that a small number (8 to 10) of filter coefficients are expected to do an adequate job of echo cancelling and thus the computations are feasible via microprocessor. The adaptive least mean square algorithm (LMS) is discussed and appears to be a viable method equivalent to linear prediction.

EGOLF 00120

## I.    INTRODUCTION

The system of interest in this research project (hereinafter referred to as the VA project) is illustrated in Fig. 1.  As reported by Egolf (1982), the stability of such a system (i.e., whether or not acoustic feedback will occur) is dependent upon the value of the system's "open loop transfer function" GH* given by the equation

$$GH = MART_2T_4T_5, \tag{1}$$

where $M, A, R, T_2, T_4, T_5$ = transfer functions of the microphone, amplifier,

receiver, sound tube, vent, and feedback path between vent

outlet and microphone inlet respectively.

In fact, according to Egolf (1982), a hearing aid system such as that given in Fig. 1 will become unstable (i.e., will squeal or feed back) when the stability criterion of Nyquist (1932) has been violated.  This will occur at any frequency or frequencies where both

$$|GH| \geq 1.0 \tag{2}$$

and

$$\underline{/GH} = m(360°) \text{ for } m = 0,1,2,\ldots, \tag{3}$$

where $|GH|$ = magnitude of the open-loop transfer function and

$\underline{/GH}$ = phase angle of the open-loop transfer function.

Consequently, a systematic analysis of acoustic feedback in hearing aids must begin with an understanding -- either mathematically, experimentally, or both -- of the open-loop transfer function GH and all of the individual transfer functions given in eq. (1) which make up GH.

---

* Throughout this report, upper-case letters represent complex quantities which are functions of frequency f while lower-case letters represent quantities which are functions of time t.

EGOLF 00121

2



(A)

(B)

(C)

Figure 1.   Typical hearing aids: signal flow in (a) behind-the-ear type aid,
            (b) eyeglasses type aid, and (c) block diagram of both systems.
            Note that an in-the-ear (ITE) type hearing-aid has not been shown
            here but its signal flow and block diagram would be similar to that
            shown herein.

EGOLF 00122

3

<u>Modeling Vent-Microphone Transfer Function $T_5$</u>

In an unpublished internal report Egolf, et al. (1982) developed a mathematical model for the transfer function $T_5$ from vent exit to microphone inlet (see $T_5$ in eq. (1) and Fig. 1). The authors of the report indicated therein that they suspected that some of the computer-generated data was in error.

As an initial part of the VA project, the entire work reported by Egolf, et al. (1982) was repeated. The computer program has been modified and the results, corrected and uncorrected, are given in Figure 2. A significant conclusion which may be drawn from the repetition of this work is that the VA project investigators now have a reliable mathematical model of the $T_5$ transfer function.

One of the stated goals of the VA project is to produce a mathematical model of an entire hearing aid system such as that given in Figure 1 so that the open-loop transfer function GH may be obtained via a computer. Of particular interest with regards to the phase angle portion (i.e., eq. (3)) of Nyquist's stability criterion are the zero crossings shown in the $\underline{/G\,\hat{}H\,\hat{}}$ plot of Figure 3. Each zero crossing occurs at such frequencies where $\underline{/G\,\hat{}H\,\hat{}}$ is a multiple of 360°, as indicated in Figure 3. Thus, it is at approximately these frequencies where corrective action must be taken if we are to avoid violating the stability criterion.

A microprocessor-based feedback suppression system has been designed and built. It is based on a scheme which automatically determines the loop delay and then derives frequencies at which the phase of the open loop transfer function $\underline{/GH}$ is approximately a multiple of 360°. It also automatically estimates $|GH|$ at the frequency of the first 360° shift.

**EGOLF 00123**



Figure 2. Magnitudes and phases of transfer functions $T_{15a}$ and $T_{15b}$ which correspond to positions a and b on the manikin diagram. Data indicated by the circles represents a correction to the computer-generated sphere model which was published by Egolf, et al. (1982).

EGOLF 00124





Figure 3.  Magnitude and phase plots of open—loop transfer function
G′H″ which is a crude approximation to GH obtained
experimentally.  Note that zero crossings of the phase
angle plot occur at the frequencies 950, 2230, 3470, and
4700 Hz.

EGOLF 00125

6

With reference to Figure 4, the pseudo-random noise generator automatically inserts low-level pseudo-random noise (labeled PN in Figure 4) into the hearing aid circuit at the summing junction (circle with a sigma "$\sum$" in it in Figure 4). The pseudo-random noise then traverses the hearing-aid system in Figure 4 in a clockwise direction passing through $F_A$, A, R, $T_2$, $T_4$, $T_5$, and M in sequence before returning to the same location from whence it started. The pseudo-random signal is now labeled PN($\tau$) to indicate that it has undergone a time delay $\tau$ in traversing this path. The new pseudo-random signal PN($\tau$) is then "tapped off" of the circuit just ahead of the summing junction and is transported, along with PN, to the measurement and control system MCS in which is located a microprocessor.

The MCS compares the new signal PN($\tau$) with the original signal PN and determines, using circuits and algorithms too complicated to be described herein, the time delay $\tau$. Since time delay $\tau$ multiplied by $\omega = 2\pi f$ is roughly the phase $\underline{/GH}$, as described above, then

$$\underline{/GH} \cong \omega\tau. \tag{4}$$

Knowing the delay allows zero-time delay correlation of PN with GH$\cdot$PN$_\tau$ by delaying (in a shift register) PN an equivalent amount of time $\tau$. (In the following we denote PN($\tau$) as $PN_\tau(t)$ or $PN_\tau$ and mix notation as in GH$\cdot$PN$_\tau$). This provides a measure of the open-loop impulse response at $t = 0$, i.e.,

$$h_0(t) = h_{F_A ART_2 T_4 T_5 M}(t) \cong \int_0^\infty PN(u-\tau-t)\cdot GH\cdot PN_\tau(u)du$$

as is well known [ref: any statistical communications text]. This assumes that the autocorrelation of PN is approximately an impulse function, which it is:

EGOLF 00126

7



Figure 4.  Block diagram of hearing aid with microprocessor-based
feedback suppression circuit included.

EGOLF 00127

$$R_{PN}(\tau) = \Lambda \left( \frac{\tau \pm kT}{\Delta} \right) \tag{6}$$

$$= \begin{cases} 1 - \dfrac{|\tau \pm kT|}{\Delta} & , \ |\tau \pm kT| < \Delta \\ 0 & , \ |\tau \pm kT| \geq 0 \end{cases}$$

where $\Delta$ = PN bit period, T = PN period and k = 0, 1, 2, ... .

If we further assume that the microphone transfer function is flat in magnitude and constant in delay, then except for the overall delay, the cross-correlation of PN(t-$\tau$) with $PN_\tau$(t) is an estimate of the open-loop impulse response, which we now refer to as $h_0$(t).

If $h_0$(t) is determined, we know the ~~closed~~-loop *open* frequency response $H_0$(f) through

$$H_0(f) = F\{h_0(t)\} \tag{7}$$

where F{·} indicates Fourier transformation. Further it is easy found that the magnitude-squared ~~closed~~-loop *open* response is the Fourier transform of the autocorrelation of $h_0$(t):

$$|H_0(f)|^2 = F\{\int_{-\infty}^{\infty} h_0(t) \ h_0(t + \tau)dt\} = F\{R_{h_0}(\tau)\} \tag{8}$$

What we wish to show in this work is how well we might approximate $|H_0(f)|^2$ if only a few, N, equally spaced samples $h_0$(k) of $h_0$(t) are known. If just a few $h_0$(k) suffice then we may build into the forward loop compensator, $F_A$, a spectral flattener in the form of a digital filter. That flattener or whitener would ideally have frequency response

$$|H_W(f)|^2 = (|H_0(f)|^2)^{-1}. \tag{9}$$

Our purpose is to remove the peaks from $H_0$(f) so that forward loop gain might be increased without one particular open-loop resonant frequency prematurely causing the closed-loop system to oscillate.

EGOLF 00128

II.  AUTOREGRESSIVE SPECTRAL ESTIMATION

A large volume of literature concerns itself with modern spectral esti-
mation (Childers, 1978).  The modern methods address themselves to spectral
estimation when data records are short.  Although that is not specifically
our problem, we have a similar one in that we want to use and calculate
electronically just a few points in $R_{h_0}(\tau)$.  Among the modern methods are
maximum likelihood (MLM), maximum entropy (MEM), linear prediction (LP) and
auto-regressive-moving-average (ARMA) model fitting.  Keystone articles on
these are respectively, by J. Capon, J.P. Burg, J. Makhoul, and Morf et al.
are found in the compilation by Childers (1978).  In that same volume the
article by LaCoss shows that the peak values of the spectrum as estimated by
MLM are a measure of the power at those frequencies.  This is as opposed to
the MEM, for which the peaks of the estimate are proportional to the power-
squared at those frequencies.  However, because MEM does not seem appropriate
here, and MLM leads to complex filter coefficients, we choose to proceed with
the linear prediction (LP) method as described by Markel and Gray (1976).

Let the estimated values of the auto-correlation of $h_0(t)$ be $\rho_i$ at $t = i\Delta$

$$\rho_i = R_{h_0}(i\Delta) = \sum_{m=0}^{N-i} h_0(m\Delta)\, h_0(m\Delta + i\Delta) \;, \qquad (10)$$

$$i = 1, 2, \ldots M$$

Next construct a Teoplitz matrix, $R = (r_{kj})$ of the correlation values such
that the k-jth element is

$$r_{kj} = \rho_{k-j}; \; k,j = 1, 2, \ldots M. \qquad (11)$$

Then the LP estimate of the transfer spectrum $|H_0(f)|^2$ is given by

$$|H_0(z)|^2 = (|1 + \sum_{i=1}^{M} a_i z^{-i}|^2)^{-1}, \qquad (12)$$

**EGOLF 00129**

10

where $a_i$ are coefficients to be found and $z = e^{j\omega\Delta}$ is the z-transform variable, and the vector $a = (a_1, a_2, \ldots a_N)^T$ is given by the solution to

$$a^T R = -r \tag{13}$$

where $r = (\rho_1, \rho_2, \ldots \rho_M)^T$ and

This set of equations is derived by assuming that the output $y(k\Delta)$ of the linear system $h_0(t)$ is a linear combination of its previous values; plus a white error sequence $e(k)$

$$y(k\Delta) = - \sum_{n=1}^{M} a_n y((k - n)\Delta) + e(k\Delta) \tag{14}$$

The $a_n$ are then derived to give an unbiased minimum variance prediction estimate of $y(k)$. Having found the a-coefficients, it is clear that the z-transform of the estimate (letting arguments become subscripts)

$$\hat{y}_k = - \sum_{n=1}^{M} a_n \, y_{k-n}$$

yields

$$\hat{H}_0(z) = \frac{1}{1 + \sum a_n z^{-n}} \tag{15}$$

where $\hat{H}_0(z)$ is the apparent transfer function of the open-loop system.

A whitening filter $W(z)$ for this system is simply

$$W(z) = (H_0(z))^{-1} = 1 + \sum_{n=1}^{M} a_0 z^{-n} \tag{16}$$

It is the whitening filter that we wish to estimate and automatically implement in the hearing aid's forward loop. How well we can do this with a small number of values of $h_0(i\Delta)$ is the question.

EGOLF 00130

Markel and Gray show that the total squared error in trying to predict $y(k)$ over the interval of $h_0(t)$ from which the estimates of R are taken is

$$\sigma^2 = \sum_{i=0}^{M} \sum_{j=0}^{M} a_i r_{ij} a_j = a^T R a \qquad (17)$$

We note here that there are M unknown coefficients ($a_0 = 1$) but that the $M + 1$ autocorrelation estimates $\rho_i$ are found by using $N + 1$ points from the estimated impulse response by Eq. 10. Thus we digress now to determining the effects of the difference between N and M.

III. REQUIRED IMPULSE RESPONSE AND FILTER LENGTHS

We hope to have to find few (N) values $h_0(k\Delta) = h_k$ and few (M) coefficients $a_n$. However, these are related in that the largest number of points we can obtain from $h_0$ in determining $R_{h_0}(i\Delta) = \rho_i$, $i \geq 0$, is $N + 1$. Therefore the maximum value of M is N. Quite often in LP problems N is not great — less than 100 — but M is fairly small in comparison — on the order of 8 to 20. We hope to get by with fewer values here.

To determine the error in sampling and truncating $h_0(t)$, we recall from Fourier transform theory and the Nyquist theorem the following.

Let

$$\int_0^{\infty} h_0^2(t)dt = E. \qquad (18)$$

Although LP methods have properties which are particularly useful for peaked spectra, we first pursue the Fourier transform approach. If $H_0(f)$ is band-limited to W $H_z$ then we must sample at $2W = \frac{1}{\Delta} H_z$ to prevent aliasing and to provide perfect reconstruction from the ideal impulse samples. If after sampling we also truncate at $N\Delta = T$ seconds, then the frequency-domain result is

EGOLF 00131

$$H_T(f) = \frac{1}{\Delta} \sum_{n=-\infty}^{\infty} H_0(f - \frac{n}{\Delta}) * (\frac{\sin \pi T f}{\pi T f} e^{-j\pi f T}) \tag{19}$$

It is seen in (19) that the ideal baseband-recovered version is now proportional to

$$\hat{H}_0(f) = H_0(f) * (\frac{\sin \pi T f}{\pi T f} e^{-j2\pi f T}) \tag{20}$$

Therefore we can see that the major detrimental effect of truncating the samples at $N\Delta$ is that the transfer function gets smeared, losing resolution. (Again this is the Fourier approach. We will look later at LP properties). In the time domain the integral-squared error is

$$ISE = \int_{N\Delta}^{\infty} h_0^2(t) dt \tag{21}$$

We now will see what this means for a typical hearing response characteristic with resonance peaks. Suppose there are two major resonances in the open-loop response, and that these constitute all of $H_0(f)$. Then we may assume

$$h_0(t) = C_1 e^{-\alpha_1 t} \cos(\omega_1 t - \theta_1) + C_2 e^{-\alpha_2 t} \cos(\omega_2 t - \theta_2) \tag{22}$$

Let $C_2 = 1$ be the major peak ($C_1 < C_2$) and let $\omega_1 = 2\pi(2800)$ and $\omega_2 = 2\pi(3500)$. Further assume a $Q_i$ of about 8 for each resonance, where

$$Q_i = \omega_i/(2\alpha_i) \tag{23}$$

or $\alpha_1 = 175$, $\alpha_2 = 219$. Now the periods of the two resonances are $t_1 = 1.25$ ms and $t_2 = 0.286$ ms. Since the time constants are $1/175 = \tau_1 = 5.7$ ms and $\tau_2 = 1/219 = 4.6$ ms respectively, several oscillations are present in the impulse response before it is significantly decayed.

EGOLF 00132

13

In order to find the approximate ISE, we find the energy under the envelope of $h_0(t)$ beyond $t = N\Delta$.

$$ISE = \int_{N\Delta}^{\infty} e^{-2\alpha t} dt = \frac{1}{2\alpha} e^{-2\alpha N\Delta}$$

Normalized, this fractional ISE is

$$NISE = e^{-2\alpha N\Delta} \quad . \tag{24}$$

(The answer is the same for the discrete case). Thus the ISE approaches zero with time constant approximately $(2\alpha)^{-1}$. Two energy-time-constants would leave 13.5% ISE; this requires $N\Delta \simeq 2/(2\alpha_1)$ ms, and for $\Delta = 10^{-4}$ this gives $N = 57$. Table 1 gives other representative numbers.

TABLE 1.  Number of Samples for Desired NISE,
Given Resonance Time Constant-Fourier Approach

| NISE | $1/\alpha$ (ms) | $\Delta$ (ms) | N |
|------|------|------|------|
| 0.30 | 7.1 | 0.1 | 43 |
| 0.30 | 7.1 | 0.125 | 34 |
| 0.30 | 5.6 | 0.1 | 34 |
| 0.30 | 5.6 | 0.125 | 27 |
| 0.30 | 4.5 | 0.1 | 27 |
| 0.30 | 4.5 | 0.125 | 22 |
| 0.20 | 7.1 | 0.1 | 57 |
| 0.20 | 7.1 | 0.125 | 46 |
| 0.20 | 5.6 | 0.1 | 46 |
| 0.20 | 5.6 | 0.125 | 36 |
| 0.20 | 4.5 | 0.1 | 36 |
| 0.20 | 4.5 | 0.125 | 29 |
| 0.10 | 7.1 | 0.1 | 82 |
| 0.10 | 7.1 | 0.125 | 65 |
| 0.10 | 5.6 | 0.1 | 65 |
| 0.10 | 5.6 | 0.125 | 52 |
| 0.10 | 4.5 | 0.1 | 52 |
| 0.10 | 4.5 | 0.125 | 42 |
| 0.05 | 7.1 | 0.1 | 106 |
| 0.05 | 7.1 | 0.125 | 85 |
| 0.05 | 5.6 | 0.1 | 84 |
| 0.05 | 5.6 | 0.125 | 67 |
| 0.05 | 4.5 | 0.1 | 67 |
| 0.05 | 4.5 | 0.125 | 54 |

EGOLF 00133

14

It appears from Table 1 that a large number (20-80) of autocorrelation lags and filter coefficients should be required in order to well-fit a simple resonance transfer function spectra.

The LP method, however, is particularly suited to peaked spectra. Whereas the Fourier transform (per Eq. 19) is very general, the LP assumes an all-pole model. Therefore it follows that true all-pole spectra might be better fit with an LP filter having fewer coefficients than the number indicated in Table 1. Essentially we may consider that a spectrum described with a single resonant frequency and its Q (or a pair of complex poles at $\exp(j\omega_d + \alpha)$) need only be described by two parameters, not the N as shown in Table 1. The LP model attempts to minimum-mean-squared-error fit a short record of data with just such a set of pole-location parameters. Makhoul shows that for the LP filter $\hat{H}_0(Z)$ the total squared error in trying to estimate $P(\omega) = |H(\omega)|^2$ is

$$ISE = \frac{K^2}{2\pi} \int_{-\pi}^{\pi} P(\omega)/\hat{P}(\omega)dw \quad . \qquad (25)$$

In (25) $\hat{P}(\omega) = |H_0(\omega)|^2$, and K is again such that the input-output equation (13) is

$$y_k = -\sum_{i=1}^{N} a_i y_{k-i} + Ku_k \qquad (26)$$

where $u(k\Delta)$ is a random or deterministic input. This formulation gives the impulse response the form

$$h_k = -\sum_{i=1}^{N} a_k h_{k-1} + K\delta_k \qquad (27)$$

Then because of the form of $h_k$ in 27, ISE as in (25) can be shown for a length N filter to be

EGOLF 00134

(15)

$$ISE_N = \rho_0 + \sum_{i=1}^{N} a_i \rho_i \tag{28}$$

When the $a_i$ perfectly predict the predictable part of $y_k$ in (26) then $\rho_i = K^2 = ISE_N$. This value can also be shown to be the geometric mean of the spectrum $P(\omega)$. That is

$$ISE_{min} = ISE_\infty = \exp \left\{ \frac{1}{2\pi} \int_{-\pi}^{\pi} \ln P(\omega) d\omega \right\} . \tag{29}$$

The important interpretation from (25) however, is that "minimizing the total error [ISE] is equivalent to the minimization of the integrated ratio of the signed spectrum to its approximation $\hat{P}(\omega)$" (from Makhoul). Makhoul further points out that for minimum error this means that the value of $\frac{1}{2\pi} \int_{-\pi}^{\pi} P(\omega)/\hat{P}(\omega) d\omega$ is unity. Thus there are values of $P(\omega)/\hat{P}(\omega)$ greater than 1 and other less than 1. The contribution to total error is more significant when $P(\omega) > \hat{P}(\omega)$ than when $P(\omega) < \hat{P}(\omega)$. Thus he concludes that "... expect a better fit of $\hat{P}(\omega)$ to $P(\omega)$ where $P(\omega)$ is greater than $\hat{P}(\omega)$..." In short, $\hat{P}(\omega)$ will well-fit peaks in the spectrum of $P(\omega)$ if they are due to resonances.

This is a very positive advantage of all-pole modeling of hearing aid open-loop responses $H_0(f)$. It also suggests that perhaps we may get by with using $N/2$ = number of major resonances in $H_0(f)$.

As is often the case in all-pole modeling, a measure of error might be found at each value of N until the decrease with N is small. Makhoul discusses two methods. However, the $N/2$ = number resonances seems sufficient. We yet have to deal with possibly windowing our truncated $\rho_i$ series before solving for the $a_n$.

EGOLF 00135

16

## IV. DIRECT AND ADAPTIVE METHODS FOR THE WHITENING FILTER

In the foregoing we have proposed implementing a whitening filter to reduce the peaks in the open-loop system response $H_0(f) = GH$. Both Makhoul and Markel and Gray give methods for solving the equations $a^T R = -r$. Makhoul mentions that the commonly known Levinson algorithm was later reformulated by Robinson. The Levinson algorithm makes use of the Toeplitz form of R. A method by Durbin is known to be twice as fast but sometimes unstable. The greatest computation time constraint is attributed to the finding of the $\rho_i$. However, we are not too concerned about this as the system using PN is already in place and changes in the open-loop system are not considered rapid. Probably an updating every 1-2 seconds is sufficient (as opposed to speech coding where 50ms is desired).

The PN crosscorrelator which already produces the $h_0(0)$ value can be used to produce $h_0(i\Delta)$ simply by further delaying PN($t - \tau$) by $i\Delta$ (taking PN($t-\tau-i\Delta$) from the $i\underline{th}$ tap on the PN feedback shift register) and running it into the analog multiplier along with $PN_\tau(t)$. This correlation hardware can be time shared among the values of i. The numbers $h_0(i\Delta)$ must be sequentially stored and the values $\rho_i = \sum_{k=0}^{N-1} h_0(k\Delta) \, h_0((k + i)\Delta)$, $i = 0,1,2,N-1$ calculated.

Actually, if more (1) values of $h_0(i\Delta)$ are stored, then the "covariance" method (Makhoul) produces

$$\rho_i = \sum_{k=0}^{L} h_0(k\Delta) \, h_0((k + i)\Delta) \tag{30}$$

(This method is probably more accurate but requires more storage and computation and is not guaranteed stable. The Levinson algorithm does not apply because the covariance matrix is not Toeplitz).

EGOLF 00136

Makhoul also speaks of iterative methods of solution, but only in generality. The method of adaptive noise cancelling is one such of the iterative methods.

## Adaptive Methods

Widrow, et al. (1975) published a novel work on "adaptive noise cancelling," or least mean-square filtering (LMS). Their method assumes a "reference input" a primary input, and a desired output. The reference input is a noise signal somehow correlated with the noise on the primary input. The primary input contains as well a signal which is the desired output. The object of this scheme is to process the reference input with a moving average filter with coefficients $a_i$ in such a way that the filter output can be subtracted from the primary input to give the desired output to within a minimized error.

Cast in the classic Wiemer filtering frame the coefficients satisfy

$$A = R^{-1} P \tag{31}$$

where

$$A = \begin{pmatrix} a_1 \\ a_2 \\ \vdots \\ a_N \end{pmatrix}, \qquad P = E\left\{ \begin{pmatrix} d\,x_1 \\ \vdots \\ d\,x_N \end{pmatrix} \right\}, \tag{32}$$

x is the current data vector, and d is a "desired response" value. If the desired response is the next signal value $x_0$ then

$$E\{d\,x_i\} = \rho_i \tag{33}$$

and the equations are identical to those of Eq. 13, except for a minus sign. The sign difference is due to the formulation of Eq. 14, wherein the next y is a negative sign times the linear combination of previous y values.

That linear prediction is the same as LMS filtering per equations 31-33 is shown in Markel and Gray (1976). Figure 5a shows a filter F(z) designed

18



Figure 5.  Linear prediction model.  A) explicit representation of
           predictor F(z).  B) equivalent representation of an in-
           verse filter A(z) where A(z) = 1 − F(z).

EGOLF 00138

to cancel the next value of s(k), such that s(k) − F·s(k) = e(k) is minimized

(LMS). This of course may be thought to be a filter to estimate the next s(k)

with LMS error. Figure 5b shows that the filter A(z) = 1 − F(z) is essentially

a whitening or inverse filter such that $|S(z) A(z)|^2 = 1$. Because this is not

exactly true without taking expected value, $A^{-1}(z)$ is just a LMS approximation

to S(z):

$$\hat{S}(z) = 1/A(z) \quad . \tag{34}$$

The important result in comparing Figures 5a and b is that LP per F(z)

results is equivalent to finding a whitening filter A(z).

For comparison the "adaptive linear combiner" of Widrow is shown here

as Figure 6. In Figure 6 the $w_{ij}$ are filter coefficients to be adjusted by

errors $\varepsilon_j$ at time j which are differences between the estimate $y_j$ and the

desired signal $d_j$. If the data samples $x_{ij}$ are the s(k) in Figure 5 and $d_j$

is s(k + 1), the models of Figures 5 and 6 are equivalent. (Widrow suggests

that $w_{0j} = 1$ often).

Therefore the only difference between the LMS algorithm and LP is

terminology and method of solving the equations.

The LMS adaptive algorithm solves the Equations (31) using a gradient

method. The weight-vector $a_{j+1}$ at iteration j+1 is a linear combination of

$a_j$ and the measurements vector $x_j$:

$$a_{j+1} = a_j + 2\mu\varepsilon_j x_j \tag{35}$$

The scalar error $\varepsilon_j$ is available at the output of the whitening filter (or

is the difference between the next data sample and its prediction). The

measurements vector $x_j$ is a vector of recent and past data samples

$(x_j, x_{j-1}, \cdots , x_{j-N+1})$.

EGOLF 00139

20



Figure 6.  The adaptive linear combiner.

EGOLF 00140

Widrow, et al., show that the convergence of the algorithm (35) is assured if $\mu$ is greater than 0 and less than the reciprocal of the largest eigenvalue $\lambda_{max}$ of the matrix R:

$$0 < \mu < \lambda_{max}^{-1} \tag{36}$$

Because $\lambda_{max}$ can be thought of as the largest radian frequency pole in the signal spectrum, $\lambda_{max}^{-1}$ is the shortest time constant. (Signal spectrum refers here to the open-loop transfer spectrum $|H_0(f)|^2$). Thus $\mu$ assures being able to track the fastest changes in system output.

The overall time constant $\tau_0$ for the adaptive system is roughly related to the eigenvalues of R by

$$\tau_0 = (4\mu\lambda_{AV})^{-1} \tag{37}$$

where

$$\lambda_{AV} = \frac{\sum \lambda_i}{N} = \frac{trR}{N} \tag{38}$$

where N again is the rank of R and the order of the filter; trR = trace R = sum of diagonal elements.

In order to relate this to our problem, we refer to the example two-resonance model of Eq. 22. The system poles are at $-\alpha_i \pm j\omega_i$, and these are the ideal eigenvalues of R. The average of these four eigenvalues is $(\alpha_1 + \alpha_2)/2$. We would have to choose $\mu < \alpha_{max}^{-1} = (1/219)$. This gives a convergence time constant

$$\tau_0 = (4\mu \frac{\alpha_1 + \alpha_2}{2})^{-1} > \frac{219}{2(219 + 175)} = 0.278$$

This is a reasonable convergence rate.

Now let us consider the effect of also requiring the LMS filter to adapt to the delay as well as the delay-compensated response which we have assumed. That is, we have assumed the delay was known and removed before we designed the LP or LMS adaptive filter.

**EGOLF 00141**

22

### Delay Unknown

In the above we have shown essential equivalence between LP and adaptive LMS filtering. The equations were written and formulas obtained as if we sought the unconstrained optimal Wiener prediction filter. It is unconstrained in the sense that the ideal solution is a filter whose impulse reponse is non-causal. Widrow, et al., show an example of a predictive filter which does not account for this effect. The resulting signal estimate is poor. However, when a delay D is inserted in the primary path, the filter adapts to give a much better noise cancelling. This is exactly the situation that we have in the hearing aid; the delay is already in the primary (feed-back) path. Widrow, et al., also state that experience shows that an optimal delay value D is not ciritical, but D approximately equal to half the filter length is best. This suggests that in order to match our filter to this rule, we should insert a delay in the filter F(z) path (Figure 5) which is approximately equal to the feedback path delay minus half the filter length. Thus the inserted delay is

$$D_1 = \hat{D} = N\Delta/2 \quad . \tag{39}$$

This is shown in Figure 7.



Figure 7.  Delay $D_1$ inserted into cancelling path.

EGOLF 00142

23

The suggested delay is reasonable in that we are trying to cancel an echo at nominal delay D. The time of arrival of that echo places it at the summing junction in Figure 6 at the same time the original signal front is in the middle of the filter F(z). Therefore N/2 of the values of the original signal are in the filter when the echo begins.

I suggest that either a nominal delay D be used or that a delay be extracted from the PN system. Data on the variability of D would be useful.

V. CONCLUSIONS

This short report explores a more exact method of echo cancelling in the hearing aid. The present method allows only a single delay and sub-traction. Extensions to linear prediction or adaptive noise cancelling allow for the non-constant frequency response of the open-loop system. Both LP and LMS approaches appear feasible, but both will involve use of a micro-processor to adaptively adjust coefficients.

**EGOLF 00143**

REFERENCES

Egolf, D.P., 1982.  Review of the acoustic feedback literature from a control
    systems point of view.  In:  G.A. Studebaker and F.H. Bess (eds.),
    Amplification for the hearing impaired:  research needs.  Monographs in
    Contemporary Audiology.  Upper Darby, PA.  pp. 94-103.

Egolf, D.P., Barker, D.S., and Garton, N.S., 1982.  The hearing aid feedback
    path:  mathematical simulations and experimental verification.  Internal
    report, Department of Electrical Engineering, University of Wyoming,
    Laramie, Wyoming.  pp. 1-12.

Nyquist, H., 1932.  Regeneration theory.  Bell Sys. Tech. J.  11:126-147.

Childers, D.G., 1978, editor.  Modern Spectrum Analysis.  IEEE Press.

Markel, J.D. and A.H. Gray, Jr., 1978.  Linear Predication of Speech.
    Springer Verlag, New York.

Widrow, B., J.R. Glover, Jr., J.M. McCool, J. Kannitz, C.S. Williams, R.H.
    Hearn, J.R. Zeidler, E. Dong, Jr., and R.C. Goodlin, 1975.  "Adaptive
    Noise Cancelling:  Principles and Applications."  Proc. IEEE.  Vol. 63,
    No. 12., December.  pp. 1692-1716.

EGOLF 00144

DX-956



EXHIBIT
203
Weaver 8/23/6?
PENGAD 800-631-6989

AN ADAPTIVE OPEN-LOOP ESTIMATOR FOR THE

REDUCTION OF ACOUSTIC FEEDBACK

by

Kim A. Weaver

A Thesis

Submitted to the

Department of Electrical Engineering and

The Graduate School of the University of Wyoming

in Partial Fulfillment of Requirements

for the Degree of

Master of Science

University of Wyoming

Laramie, Wyoming

December 1984

EGOLF 01957

OTI 007226

Defendants Trial
Exhibit
DX-956
Civil Action no. 05-422

WEAVER, KIM A., <u>An Adaptive Open Loop Estimator for the Reduction of Acoustic Feedback</u>, M.S., Electrical Engineering, Dec., 1984.

The stability of an acoustic amplification system is increased by adding electrical feedback which cancels the effect of acoustic feedback. The stabilizing feedback is an echo whose delay is determined with pseudonoise measurement techniques, and whose amplitude is based on the frequency of unstable feedback. Six to eight dB of additional stable gain are achievable when the estimator is added to the original system.

EGOLF 01958

OTI 007227

ACKNOWLEDGEMENTS

The author thanks Dr. R. Lynn Kirlin, Dr. David P. Egolf and
Dr. Raymond G. Jacquot for their support, encouragement and patience
through this thesis.   Special thanks are also given to my wife,
Kristin, for her devotion and patience.

EGOLF 01959

OTI 007228

TABLE OF CONTENTS

Chapter                                                          Page

   I.  INTRODUCTION.................................................1

  II.  MODELING AN ACOUSTIC FEEDBACK SYSTEM.......................3

 III.  A METHOD OF SUPPRESSING ACOUSTIC FEEDBACK................14

  IV.  DELAY ESTIMATION..........................................17

   V.  ADDING ELECTRICAL FEEDBACK................................30

  VI.  RESULTS AND CONCLUSIONS...................................40

 VII.  BIBLIOGRAPHY..............................................45

EGOLF 01960

OTI 007229

LIST OF FIGURES

Figure                                                           Page

2.1  Acoustic Feedback System.................................3

2.2  General Feedback System.................................4

2.3  Hearing Aid System.....................................7

2.4  Block Diagram of the Hearing Aid System................8

2.5  $P_T/P_1$ Measurement...................................9

2.6  Acoustic Feedback Measurement.........................11

2.7  Hearing Aid   Open Loop Transfer Function.............12

3.1  Feedback System With Electrical Feedback Added........15

4.1  Pseudonoise Injection.................................17

EGOLF 01961

OTI 007230

v

4.2  Pseudonoise Generator....................................18

4.3  Pseudonoise Autocorrelation.............................19

4.4  Cross Correlation of pn With pn $\oplus$ 2fs.................20

4.5  Delay Measurement System Block Diagram................21

4.6  Lock Indicator Circuit..................................22

4.7  Output Latch and Frequency Multiplier.................23

4.8  Delay Tracking Circuit..................................25

4.9  The Inverse Cross Correlation of pn $\oplus$ 2F$_s$($\tau_1$) With pn($\tau$)
     + n(t)...............................................26

4.10 Mode Selectable P-I Controller........................29

5.1  Magnitude Control System..............................32

5.2  Phase Locked Loop A...................................33

5.3  Phase Locked Loop B...................................34

EGOLF 01962

OTI 007231

vi

5.4  Echo  Magnitude Control................................36

6.1  Acoustic Amplifier With Open Loop Estimator Added......40

6.2  Additional Stable Gain With Suppression Circuit Added..42

A.1

B.1  Hysteresis Comparator.................................49

B.2  Transfer Characteristic of the Hysteresis Comparator...51

C.1  Triangle Wave Generator...............................52

D.1  Variable Divider......................................54

EGOLF 01963

OTI 007232

LIST OF APPENDICES

Appendix                                                                      Page

A.  Sage II program used to control the H-P Spectrum

    Analyzer.................................................47

B.  A Hysteresis Comparator.................................50

C.  Triangle Wave Generator.................................53

D.  A Variable Divider......................................55

E.  2920 Program Used to Synthesize Analog Delay............57

F.  Complete Schematic of the Delay Measurement System......59

G.  Complete Schematic of the Magnitude Control System and

    $\widehat{GH}$ Estimator.........................................61

EGOLF 01964

OTI 007233

CHAPTER I

·INTRODUCTION

Sound is electronically amplified by many systems to provide a greater sound level to a distant or weak listener. Because sound waves propagate in all directions, some of the amplified sound inevitably returns to the sound amplifier input. The sound returning to the amplifier input, acoustic feedback, makes the sound amplifier a closed—loop system. When the gain or amplification of this system is increased enough the system becomes unstable and breaks into uncontrolled oscillations. These oscillations have been heard by most as the "squeal" in a public address system which results when the microphone is moved close to a loudspeaker. The objective of this thesis was to design, build and test a circuit which allows the gain of the sound amplifier to be increased beyond the original maximum stable gain without oscillation occurring.

A general method was desired so two different acoustic feedback systems were used in the design of the feedback suppression circuit. First, a hearing aid system was tested to measure the characteristics of a "typical" acoustic amplifier. From these characteristics, the acoustic feedback was crudely modeled as an echo. Delay and magnitude of the echo were then estimated. The echo was synthesized and added to the closed loop system as negative feedback to make the sound amplifier more stable. After the feedback

EGOLF 01965          OTI 007234

2

suppression circuit was built it was tested on a small public address system with characteristics similar to those of the hearing aid. The public address system was arranged into several configurations to show the feedback suppression circuit adapts to different acoustical environments. The increased stability achieved by adding an echo as negative feedback allowed the acoustic amplifier gain to be increased without the uncontrollable oscillations occurring for all the configurations tested.

**EGOLF 01966**

**OTI  007235**

CHAPTER II

MODELING AN ACOUSTIC FEEDBACK SYSTEM

A block diagram description of a typical acoustic feedback system is shown in Figure 2.1.



M – microphone

A – adjustable gain audio amplifier

S – speaker

H – acoustic feedback path

Figure 2.1.  Acoustic Feedback System

Throughout this paper upper case letters are used to describe complex functions of frequency and lower case letters are used to describe functions of time. The microphone, M, converts the incoming sound, $P_i$, into an electrical signal which is amplified by an adjustable-

4

gain, audio-amplifier, A.  An amplified version of $P_i$, $P_o$, is created when the amplified signal drives the speaker, S.  Some of $P_o$ returns to the microphone  input via an acoustic feedback path, H, where the feedback signal, $P_oH$, sums with $P_i$.  The output sound pressure, $P_o$, is solved for by writing the equations describing the system of Figure 2.1 as:

$$P_o = (P_i + P_oH)MAS. \tag{1}$$

The sound pressure transfer function,

$$\frac{P_o}{P_i} = \frac{MAS}{1 - MASH}, \tag{2}$$

is now in the general form of a feedback system with a forward plant, G, of MAS and feedback, H, as shown in Figure 2.2.



Figure 2.2.  General Feedback System

EGOLF 01968

OTI 007237

5

The general feedback system closed loop transfer function is

$$T = \frac{P_o}{P_i} = \frac{G}{1 - GH}.$$

(3)

According to the Nyquist Stability Criterion[1] the closed loop system will become unstable at the frequencies where both the magnitude of the open loop transfer function, GH, exceeds or equals one and the phase angle of GH equals $m2\pi$ for m equal to 0, 1, 2,.... The reasoning behind this criterion is, that if a signal of a particular frequency can pass around GH and return to the summer in phase with the input, the sum of the input signal and the feedback signal will increase without bound. Because no system has an infinite linear range, the sinusoid will push the linear system into a nonlinear region (i.e. called "saturation") which stops the magnitude of the sine wave from increasing.

An acoustic feedback system can be reasonably approximated as having a linear lumped forward plant with transcendental feedback. The microphone and speaker are assumed to have fixed poles and zeros resulting from the electro-mechanical makeup of each. The amplifier is assumed to be ideal, meaning that it increases the magnitude of the signal passing through it without altering the phase. Sound returning to the microphone input must travel an air pathway which requires the feedback delay time $\tau_H$, where $\tau_H$ is given by

$$\tau_H = \frac{d}{c},$$

(4)

EGOLF 01969

OTI 007238

6

where:   d is the distance from the speaker to the microphone
input and

c is the speed of sound in air.

Equation. (4) assumes the feedback path to be in anechoic space.
Assuming the feedback path is pure delay means that H can be
described as the transcendental function

$$H = H_a e^{-j\omega\tau_H} , \qquad (5)$$

where:  $H_a$ is the gain of the sound path from the speaker to the
microphone, and $\omega$ is radian frequency.

The open loop transfer function of the acoustic system is given by
the product MASH.

The shape of the magnitude of MASH is determined by the poles
and zeros of the speaker and the microphone, but the average
magnitude is determined by the amplifier gain. The phase of MASH is
the phase resulting from the poles and zeros of the speaker and
microphone plus the linear phase contributed by the feedback delay.
Delay in the feedback forces the phase of MASH to equal $m2\pi$ at many
frequencies thereby violating the phase portion of the Nyquist
criterion. This creates potentially unstable frequencies. When the
amplifier gain is increased enough the magnitude of MASH, at one of
the potentially unstable frequencies, will exceed unity and the
Nyquist criterion will be violated thereby forcing the system into
uncontrolled oscillations.

EGOLF 01970

OTI 007239

7

Prior tests done at the University of Wyoming yielded data which was used to obtain the open-loop transfer function of a "typical" acoustical feedback system. The system measured was an in-situ hearing aid as shown in Figure 2.3.



Figure 2.3. Hearing Aid System

The hearing aid forward plant differs from the forward plant MAS described earlier in that the amplified sound must pass through an inlet tube, $T_2$, before reaching the ear canal. Also note that hearing aid manufacturers refer to the speaker as a receiver, R. The acoustic feedback path passes through the vent tube, $T_4$, then propagates from the vent tube end to the microphone input port. The

EGOLF 01971
OTI 007240

8

block diagram showing the closed loop hearing aid system is shown in Figure 2.4.



Figure 2.4. Block Diagram of the Hearing Aid System

Measurement of the open loop transfer function was done in two steps. First the transfer function $P_T/P_i$ with the feedback, $T_4T_5$, eliminated by plugging the vent tube with putty, was measured. A hearing aid, Audiotone A38 AGC-1, was placed behind the ear of a manikin fit with a KEMAR[2] pinna and a Zwislocki artificial ear coupler[3]. A Bruel and Kjaer 4134 half inch microphone was attached to the end of the Zwislocki coupler to measure the sound pressure at the eardrum of the artificial ear. A matched Bruel and Kjaer (B & K) 4134 half inch microphone was placed at the microphone input port. Each B & K microphone signal was amplified by a B & K 2603 microphone amplifier to produce voltages proportional to the sound presures at the hearing aid input and at the artificial eardrum. A Hewlett-Packard 3852A spectrum analyzer supplied white noise and was used to produce the transfer funtion $P_T/P_i$. The transfer function was shipped to a Sage II microcomputer for storage and eventual

9

communication with a mainframe computer for analysis and plotting. The setup used for determining $P_T/P_i$ is shown in figure 2.5.



Figure 2.5.  $P_T/P_i$ Measurement

$P_T/P_i$ accurately represents the forward plant transfer function except at low and very high frequencies.  Plugging the vent tube increases the low frequency response [4], therefore, $P_T/P_i$ will be inaccurate in this region.  The ear canal transfer function, $T_3$, is approximately equal to one for frequencies in which the wavelength of sound is much longer than the length of the ear canal.  Therefore, $T_3$ will affect neither the forward plant measurement $P_T/P_i$ = G nor the feedback measurement $P_F/P_T$ = H.

The acoustic feedback path consists of a vent tube, $T_4$, leading from the ear canal to the earmold exterior and the path from vent tube outlet to the microphone input port, $T_5$.  Disabling the forward plant, by disconnecting the receiver from the amplifier, allowed the receiver to be driven electrically with white noise.  The sound

EGOLF 01973        OTI 007242

10

pressure which was measured at the artificial eardrum, $P_T$, was considered as the input to the feedback function, H, and the sound pressure which was produced at the microphone input port was considered the output. The spectrum analyzer measured the transfer function $P_F/P_T$ using the arrangement shown in Figure 2.6.



Figure 2.6. Acoustic Feedback Measurement

If the assumption that $T_3$ is unity holds, then the measurement $P_1/P_T$ should accurately describe the acoustic feedback function.

The spectra describing the forward plant, G, and the feedback H were then shipped to a mainframe computer for complex multiplication and plotting. The phase and magnitude of the product of GH are shown in Figure 2.7. The magnitude of GH in Fig. 2.7 shows several peaks which can be attributed to microphone and speaker dynamics and tube resonances. The phase of GH reveals the most important feature of the open loop response: nearly linear phase. Linear phase results from the delay in the tubes in the forward and feedback paths. The plots of the open loop transfer function in Fig. 2.7 can be used to predict the frequency at which the Nyquist stability criterion

EGOLF 01974

OTI 007243





Figure 2.7.  Hearing Aid Open Loop Transfer Function

EGOLF 01975

OTI 007244

12

will first be violated. The potentially unstable frequency with the greatest magnitude is 3500 Hertz. When the hearing aid gain was increased enough it broke into 3500 Hertz oscillations as predicted. The test of the hearing aid feedback system, although not ideal, showed that the Nyquist stability criterion could be used to accurately predict the frequency of unstable oscillation. The test also showed that the phase of the open loop transfer function could be closely modeled as that resulting from a pure delay.

EGOLF 01976

OTI 007245

CHAPTER III

A METHOD OF SUPPRESSING ACOUSTIC FEEDBACK

A circuit which allows the gain of the audio-amplifier to be increased is desired so that more signal can be provided to the weak or distant listener. The delay in the feedback path forces the phase portion of Nyquist's stability criterion to be violated creating potentially unstable frequencies. Increasing the amplifier gain beyond its maximum stable limit requires that the magnitude of the product of MSH be decreased at the unstable frequencies. Since the transfer functions of the microphone and speaker are fixed by their physical construction, they are assumed constant. The acoustic feedback, H, is impossible to eliminate and difficult to control so none of the original transfer function blocks could be modified to increase the system stability.

The stability of any system can be altered by adding feedback. Electrical feedback was added to the electroacoustic circuit to provide stabilizing negative feedback at those frequencies where unstable oscillations were most likely to occur. Electrical feedback is most conveniently inserted between the microphone and the audio-amplifier due to the low power of the signal at this point. Figure 3.1 illustrates the basic electroacoustic system with the electrical feedback, $\widehat{GH}$, added. The signal, $P_o/AS$, entering the amplifier also enters an open-loop estimator $\widehat{GH}$ which produces the signal $P_o\widehat{GH}/AS$

**EGOLF 01977**

OTI 007246



14

Figure 3.1.  Feedback System With Electrical Feedback Added

which is subtracted from the microphone signal.  The equation describing the output sound pressure may be written by inspection of Figure 3.1 as

$$P_o = [(P_i + P_o H)M - \frac{P_o}{AS}\widehat{GH}]\,AS. \tag{6}$$

Thus, the sound pressure transfer function $P_o/P_i$ becomes

$$\frac{P_o}{P_i} = \frac{MAS}{1 - MASH + \widehat{GH}}. \tag{7}$$

Note that if the estimate, $\widehat{GH}$, equals the open loop transfer function, MASH, then

EGOLF 01978

OTI 007247

15

$$\frac{P_o}{P_i} = MAS, \tag{8}$$

which is the transfer function of the amplification system with no acoustic feedback. In other words the estimate, $\widehat{GH}$, is used to electrically cancel the effects of acoustic feedback. The assumptions that the microphone, speaker and amplifier are all individually stable, and the estimate of MASH is accurate allows the amplifier gain to (theoretically) be increased infinitely. Of course synthesis of a perfect open loop estimator is impossible so equation (7) must be used to describe the closed loop sound amplification system. When the Nyquist[1] criterion is applied to (7), unstable oscillations will occur at those frequencies where the effective open loop transfer function, MASH − $\widehat{GH}$, violates the stability criterion.

Cancellation of MASH with $\widehat{GH}$ requires that the magnitude and phase of GH exactly equal those of MASH. The phase of $\widehat{GH}$ is the most important in reducing the difference, MASH − $\widehat{GH}$. This can be explained as follows: if the phase of $\widehat{GH}$ is wrong, MASH will add to $\widehat{GH}$ thereby reducing the maximum stable gain. Fortunately the phase of MASH can be reasonably estimated as the phase resulting from the delay around the open loop system. This delay and the average magnitude of MASH are measured and then synthesized as the electrical feedback, $\widehat{GH}$. Because the magnitude of MASH is not constant with respect to frequency and the phase of MASH is not a linear function of frequency, $\widehat{GH}$ won't perfectly match MASH. However, a close phase approximation insures the effective open loop transfer function will

EGOLF 01979                    OTI 007248

16

be reduced for a given amplification so the Nyquist criterion will not be violated until the gain is increased. The amount of additional stable gain achieved depends on how close MASH is to the echo estimator $\widehat{GH}$.

EGOLF 01980

OTI 007249

CHAPTER IV

DELAY ESTIMATION

The average delay of the open loop transfer function must be known so an electrical echo can be synthesized with this delay. Delay in many satellite communication systems is measured and tracked through the use of pseudonoise codes[5]. Figure 4.1 shows how low-level pseudonoise, pn, was injected into the acoustic feedback loop, passed through MASH, and then fed into the delay measurement system.



Figure 4.1. Pseudonoise injection        **EGOLF 01981**

OTI 007250

18

A maximal-length, linear shift register code was the type of pn code used. The code of length $2^n-1$ is generated in an n-bit shift register[5]. This pseudonoise was used because its power spectrum envelope is broad band, being described by the funtion

$$G_{pn}(f) = \frac{\sin^2(\pi f/2F_s)}{(\pi f/2F_s)^2} , \qquad (9)$$

where $F_s$ is the bit frequency of the code[5].

Because the pseudonoise is broad band it can be passed at a low level without presenting an objectionable amount of interference to other signals passing through the sound amplifier. The pn bit frequency, $F_s$, was chosen as 5000 Hertz so most of the pn power spectrum would be within the frequency range of an inexpensive audio system. The length of the code was chosen as 127 bits which produces a pn period of $25.4 \times 10^{-3}$ seconds and is synthesizable with a seven-stage shift register as shown in Figure 4.2[5].



Figure 4.2. Pseudonoise generator    **EGOLF 01982**

OTI 007251

19

The all-zero state may never be permitted to occur so the shift register must be loaded with at least a single one before the $2F_s$ clock is started.

A pseudonoise period, L, of $25.4 \times 10^{-3}$ seconds was used because it is much longer than the delay anticipated in a hearing aid or small public address system. The long pn period is important because both the autocorrelation of pseudonoise and the cross correlation of pn with pn $\oplus$ $2F_s$ are periodic with respect to the code length L. Figure 4.3 shows that the pn autocorrelation generates peaks centered at delays of mL for m equal 0, $\pm 1$, $\pm 2$,...[5].



Figure 4.3.  Pseudonoise autocorrelation

Similarly the cross correlation of pn with pn $\oplus$ $2F_s$ generates the S curves shown in Figure 4.4 centered at delays of mL for m = 0, $\pm 1$, $\pm 2$,...[5].

The correlation functions illustrated in Figures 4.3 and 4.4 are used to synthesize a digital delay, $\tau_1$, which equals the average open-loop acoustic delay, $\tau$, by the system shown in Figure 4.5.

EGOLF 01983

OTI 007252

20



Figure 4.4.  Cross correlation of pn with pn + 2fs.

The controllable delays, $\tau_{1A}$ and $\tau_{1B}$, are 64–stage shift registers which are both clocked by the same voltage–controlled oscillator so both delays are equal to $\tau_1$.    Control of the voltage–controlled oscillator, VCO, is given to either the search circuit or the track circuit based on the autocorrelation function of Figure 4.3.    This autocorrelation function is also used to decide when to update the output latch.   The maximum synthesizable delay, $\tau_1$, is considerably less than the length of the pn code and maximum anticipated acoustic delay, $\tau$.        Therefore,   the   correlation   of   $pn(\tau_1)$ with $pn(\tau) + n(t)$ will produce the autocorrelation function of Figure 4.3, if the delay axis is relabeled as $(\tau_1 - \tau)$, limited to the region $|\tau| < L - 1/F_s$.   Before the pn autocorrelation can be performed the signal returning from the acoustic delay path must be amplified and clipped to produce a digital signal.  This processing is required to make the pn detectable when it is summed with the

**EGOLF 01984**

OTI 007253

21



Figure 4.5.  Delay measurement system block diagram

EGOLF 01985

OTI 007254

signal being amplifed by the sound amplification system, n(t), which is many times louder than the pn signal. The circuit of Figure 4.6 performs the pn autocorrelation and produces two digital signals, α and β ,which indicate how close $\tau_1$ is to τ.



Figure 4.6. Lock indicator circuit

The autocorrelation is done by multiplying $pn(\tau_1)$ with the amplified, clipped version of pn(τ) + n(t) using a digital coincidence gate. The product is then low-pass filtered to produce a voltage which represents the pn autocorrelation. Because the noise, n(t), is uncorrelated with $pn(\tau_1)$ their product will average to zero over a long enough period of time. A one-pole, low pass filter with a corner frequency of 3.7 radians per second was chosen by experimentation to do this averaging. Because the acoustic delay path is not an ideal delay the correlation of $pn(\tau_1)$ with pn(τ) + n(t) will not produce the ideal pn

EGOLF 01986

OTI 007255

autocorrelation of Figure 4.3.  Instead, the function will probably be smeared about $\tau = 0$ with a maximum value considerably less than unity.  Because of this smearing, the autocorrelation voltage was scaled up by 3.5 and buffered to produce a signal, $v_R(t)$, which was used by two comparators to indicate the accuracy of $\tau_1$.  The comparators each produce a digital signal based on the magnitude of $v_R(t)$.

The first comparator produces a signal, $\alpha$, which is true only when $V_R$ is at a high voltage indicating that $\tau_1$ is a very good estimate of $\tau$. The signal, $\alpha$, is generated with a hysteresis comparator (Appendix B) with a relatively narrow hysteresis loop (1.17 volts) centered at 2.5 volts.  When $\alpha$ is true the output latch is enabled and the output frequencies $(\tau/64)^{-1}$ and $(\tau/1536)^{-1}$ track the input frequency, $\left(\frac{\tau_1}{64}\right)^{-1}$.  The frequency, $\left(\frac{\tau_1}{64}\right)^{-1}$, is frequency multiplied by 24 for use by the estimator, GH, by the output latch to produce the output frequency $\left(\frac{\tau}{1536}\right)^{-1}$.  Figure 4.7 shows the output



Figure 4.7.  Output latch and frequency multiplier

EGOLF 01987

OTI 007256

latch and frequency multiplier circuit. When $\alpha$ is true the analog switch is closed and the circuit is a standard phase-locked loop frequency multiplier so the outputs $\left(\frac{\tau}{64}\right)^{-1}$, and $\left(\frac{\tau}{1536}\right)^{-1}$ track the input, $\left(\frac{\tau_I}{64}\right)$. When $\alpha$ goes false, the switch opens so the capacitor voltage remains constant thereby latching the good estimate of $\tau$. The input impedance of the voltage-controlled oscillator is nominally[6] $10^{12}$ ohms and the switch leakage current is nominally[6] $10^{-10}$A so the capacitor will discharge at a very slow rate $(2.1 \times 10^{-6}$ V/s).

The second comparator produces a digital signal, $\beta$, which indicates when the estimate of $\tau$ is fairly good. This comparator has a wider hysteresis loop (3.44 volts) centered at 0.4 volts to produce a signal which will become true when the estimate of $\tau$ is quite close to $\tau$ and remains true until the estimate is poor. When the estimate of $\tau$ is poor, $\beta$ will be false and control of the voltage-controlled oscillator will be given to the search circuit. The search circuit is merely a slow (1.0 Hertz) triangle-wave generator (described in Appendix C) which sweeps $\tau_I$ through its range. If $\tau$ is within the range of $\tau_I$, the pn autocorrelation peak of Figure 4.3 will be generated as $\tau_I$ sweeps by $\tau$. When the pn autocorrelation voltage, $v_R$, rises above the threshold of the $\beta$ comparator, control of the voltage-controlled oscillator, and therefore $\tau_I$, is given to the track circuit of Figure 4.8.

The variable delay is tracked through the use of the inverse cross correlation of pn $\oplus$ $2F_s(\ \tau_I\ )$ with pn$(\tau) + n(t)$. The inverse cross correlation, shown in Figure 4.9, when limited to the region

EGOLF 01988

OTI 007257

25

$|\tau_1 - \tau| < 1/2F_s$, produces a signal, $\varepsilon(\tau_1 - \tau)$, which is linearly proportional to $\tau_1 - \tau$.



Figure 4.8. Delay tracking circuit

The microphone signal, $pn(\tau) + n(t)$, is amplified and clipped to produce a digital signal which is exclusive-ored with $pn \oplus 2F_s(\tau_1)$ to produce $\varepsilon(\tau_1 - \tau)$.  Because $n(t)$ is uncorrelated with $pn \oplus 2F_s(\tau_1)$, , the signal, $\varepsilon(\tau_1 - \tau)$, will not be affected by the noise, $n(t)$, if the signal, $\varepsilon(\tau_1 - \tau)$ ,is averaged over a long enough period of time.  A one-pole low pass filter with a corner frequency, $\omega_L$, of 0.4172 radians per second was used to average $\varepsilon(\tau_1 - \tau)$.  The inverse S curve will only be generated when $\tau_1$ sweeps by $\tau$ because

EGOLF 01989          OTI 007258

26



Figure 4.9. The inverse cross correlation of

$pn \oplus 2F_s(\tau_1)$ with $pn(\tau) + n(t)$

the length of the pn code is considerably longer than the maximum

synthesizable $\tau_1$ or the maximum anticipated acoustic delay, $\tau$.

The tracking system is given control of $\tau_1$ when $\tau_1$ is a good estimate

of $\tau$. This estimate must be within half of a pn bit for the tracking

system to operate normally. When $\tau_1$ is within half of a pn bit

of $\tau$, the signal $\varepsilon(\tau_1 - \tau)$ can be expressed as the straight line

$$\varepsilon(\tau_1 - \tau) = k_\varepsilon(\tau_1 - \tau) \ , \tag{10}$$

where $k_\varepsilon$ is $5F_s$, if $\tau$ is pure delay. The signal $\varepsilon(\tau_1 - \tau)$  is

an error signal which is used to control $\tau_1$ through proportional—

EGOLF 01990          OTI  007259

integral (P-I) feedback.  The equation describing $\tau_1(s)$ can be obtained by inspection from Figure 4.9 as

$$\tau_1(s) = \frac{\tau_{1_{OFF}}}{s} + k_{vco}k_\varepsilon[\tau_1(s) - \tau(s)] \left(\frac{\omega_L}{\omega_L + s}\right)\left(k_p + \frac{ki}{s}\right) , \quad (11)$$

where $\tau_{1_{OFF}}$ is the delay which results when 0 volts is applied to the voltage-controlled oscillator input.

The quantity, $k_{vco}$ describes the change in $\tau_1$ per change in oscillator input voltage.
If $\tau$ is a step function, then

$$\tau_1(s) = \frac{\tau_{1_{OFF}}(s + \omega_L)}{s^2 + s(\omega_L - k_{vco}k_\varepsilon k_p\omega_L) - k_{vco}k_\varepsilon k_i\omega_L} \quad (12)$$

$$- \frac{\tau\, k_{vco}k_\varepsilon\omega_L(k_p s + k_i)}{s(s^2 + s(\omega_L - k_{vco}k_\varepsilon k_p\omega_L) - k_{vco}k_\varepsilon k_i\omega_L)} .$$

The final value of $\tau_1(t)$ is found by applying the final-value theorem[7] which states

$$\lim_{t \to \infty} \tau_1(t) = \lim_{s \to 0} s\tau_1(s).$$

Therefore

$$\tau_1(t) = \tau.$$
$$t \to \infty$$

This theorem is valid only if the poles of $\tau_1(s)$ are in the left-half of the complex s plane.  The voltage-controlled oscillator constant, $k_{vco}$, was chosen to allow $\tau_1$  to vary between 0.5 and 1.3

EGOLF 01991    OTI 007260

milliseconds. The quantity, $k_{vco}$, was measured as $-83.2 \times 10^{-6}$ seconds per volt. The poles of $\tau_1(s)$ were chosen to be slow ($\omega_o = 2.94$ rps) by selecting an integration constant, $k_I$ equal to 10 (seconds)$^{-1}$, and to be well damped ($\zeta = 0.9$) by selecting a proportional constant $k_p$ of 5.63. The quantity, $k_\varepsilon$, was solved for as 25000 when the inverse correlator (exclusive or gate) had supply voltages of $\pm 5$ volts and the bit frequency was 5000 Hertz. When the constants of the tracking system are substituted into equation (12), the result is

$$\tau_1(s) = \frac{\tau_{1_{OFF}}(s + 0.4172)}{s^2 + 5.303\,s + 8.678} + \frac{\tau\, 4.886(s + 1.776)}{s(s^2 + 5.3035 + 8.678)} . \quad (13)$$

Thus, the poles of $\tau_1(s)$ are seen to be in the left-half plane with poles located at $-2.65 \pm j1.28$. The transient response will die exponentially with a time constant of 2.65 seconds; therefore, after several time constants $\tau_1$ should equal $\tau$. The response of $\tau_1$ was designed to be slow and heavily damped so an accurate measure of $\tau$ could be made in the presence of noise which was many times louder than the pn signal. The quantity $\tau$ seems to be fairly stationary so the sluggish response of the system is acceptable.

Transition of control from the search circuit to the tracking circuit must be made smoothly to prevent the VCO output frequency from jumping to a different frequency. A smooth transition between the two systems was achieved by making the voltage on the integrating capacitor of the proportional-integral, (P-I), controller equal to the voltage of the search oscillator when the system is searching.

EGOLF 01992        OTI 007261

29

The circuit of Figure 4.10 uses analog switches and a "leaky" integrator with a feedback time constant which is one tenth the period of the search oscillator to make the track circuit transparent when searching. When control is switched to the track system, $\tau_1$ should be approximately equal to $\tau$ so $\varepsilon$ will be close to zero. The integrator will be charged close to the correct voltage required to hold the VCO at the proper frequency.

The delay measurement system generates a pseudonoise code which is passed to the acoustic feedback loop for low-level injection. The pn code traverses the acoustic feedback loop and is then compared with a digitally delayed version of the pn to generate two harmonics of the delay. These harmonics of $\tau$ are used to estimate the magnitude of the open-loop transfer function and to synthesize an analog delay equal to $\tau$.



Figure 4.10. Mode selectable P-I controller.

EGOLF 01993

OTI 007262

CHAPTER V.

ADDING ELECTRICAL FEEDBACK

The strategy of using an electrical echo as negative feedback requires that a good estimate of the open loop transfer function delay and magnitude be found and synthesized. When the gain of the audio-amplifier is increased sufficiently, the sound amplification system will break into unstable oscillation thereby making the pseudonoise undetectable. If the delay measurement system had time to accurately measure $\tau$ then, due to the latching outputs of the system, the last good estimate of $\tau$ will be available after the onset of unstable feedback. Since $\tau$ is fairly stationary, the latched approximation should represent $\tau$ accurately enough to synthesize an echo with the proper delay. Unfortunately, determining the proper magnitude of echo to subtract is not as simple. One method of finding the average magnitude of MASH is to measure the magnitude of the pn autocorrelation at $\tau_1 - \tau$ equal to zero. This autocorrelation can be performed by low pass filtering the analog product of the microphone signal, ms(t), with pn($\tau$). The signal, ms(t), is composed of the delayed pn signal and the main signal being amplified by the sound amplifier, n(t). Because n(t) is uncorrelated with pn($\tau$), their product will be zero when averaged over a long enough period of time making the output of the low pass filter a voltage which is proportional to the desired pn autocorrelation.

EGOLF 01994

OTI 007263

Unfortunately, the method has two major drawbacks. First, because the acoustic delay, $\tau$, is not pure delay, the pn autocorrelation voltage would have to be scaled up to accurately represent the magnitude of MASH. Since every acoustic system is different, the scale factor would have to be individually set for every MASH. The second drawback is much more serious. The low-pass filter, which is used to average out the noise, must have a time constant which is considerably longer than the time required for the acoustic system to break into unstable oscillations after the Nyquist criterion has been violated. Therefore, a sudden change in MASH can result in unstable feedback. After the onset of unstable feedback, the pn is undetectable so the correlation of ms(t) with pn($\tau$) drops to zero leaving no signal on which to base the echo magnitude. The result of basing the echo magnitude on the pn autocorrelation is a system which can provide additional stable gain if MASH changes very slowly and feedback never occurs.

The method of magnitude control which was selected utilizes knowledge of the acoustic delay and the frequency of the unstable feedback to adjust the echo magnitude to the level required to eliminate unstable feedback. Figure 5.1 shows that the magnitude control system is based on phase-locked loop detection of unstable feedback. Phase-locked loop A, PLLA, is used to detect the presence of a loud tone, presumably unstable feedback. The input signal, ms(t), is attenuated so that PLLA will only lock on signals which are quite loud. The VCO of PLLA operates between 500 and 5000 Hertz, thus determining the frequency capture and lock range of PLLA.

EGOLF 01995

OTI 007264

32



Figure 5.1.  Magnitude control system.



Figure 5.2.  Phase locked loop A.

EGOLF 01996

OTI 007265

Figure 5.2 shows that phase comparator II of the CD 4046 phase locked loop is used to produce an error signal which is proportional to the phase error between ms(t) and $f_{FB}$.

Phase comparator II is an edge-controlled digital memory network which maintains a zero degree phase shift between s(t) and $f_{FB}$ when PLLA is in the locked condition[6]. Because ms(t) is in phase with $f_{FB}$ the average coincidence of the signals is a voltage which indicates whether PLLA is in lock. A hysteresis comparator, described in Appendix B, with a hysteresis width of 1.6 volts centered at .96 volts converts this voltage into a digital signal $\gamma$ which indicates whether or not the system is unstably feeding back. Since $\gamma$ is used to control analog switches which are operated between $\pm$ 5 volts, $\bar{\gamma}$ is inverted to produce a $\gamma$ which also varies between $\pm$ 5 volts. The extra inversion allows the gate-to-source voltage of the analog switches operated by $\gamma$ to be zero volts when the switches are turned off, thereby providing the maximum off resistance.

The output frequency, 128 $f_{FB}$ of PLLA is then reduced to 1/2, 1/4, 1/6 or 1/8 of its original frequency by the variable divider block which is described in Appendix D. The variable divider slowly cycles through the divisors until it is stopped by a signal from PLLB. A toggle flip-flop at the output stage of the variable divider block ensures that its output signal, $\frac{64\ f_{FB}}{m}$ , will always have a 50 percent duty cycle.

PLLB, working in conjunction with the variable divider block, is used to indicate whether or not the unstable feedback frequency is close to one of the first four harmonics of $\frac{1}{\tau}$ . Inspection of Figure

EGOLF 01997

OTI 007266

34

5.3 reveals that PLLB is switched between two modes of operation, depending on the signal, γ , indicating the presence of unstable feedback. When the sound amplification system is not "squealing" γ is false and PLLB acts as a standard phase-locked loop which locks



Figure 5.3. Phase-locked loop B.

onto the input frequency $\left(\frac{\tau}{64}\right)^{-1}$ from the delay measurement system.

EGOLF 01998

OTI 007267

Note that when operating in this mode $C_2$ is shorted to ground by an analog switch so that the voltage on $C_1$ is that required to operate the VCO at $\left(\frac{\tau}{64}\right)^{-1}$. If unstable feedback occurs $\gamma$ will be true and the input to PLLB will be $\frac{64 \, f_{FB}}{m}$. The switch connecting $C_1$ to the phase comparator will be opened which, assuming the input impedence of the source follower is very high, leaves no path for the charge on $C_1$ to escape. Therefore, the voltage on $C_1$ required to drive the VCO at $\left(\frac{\tau}{64}\right)^{-1}$ will be latched. The shorting switch on $C_2$ will also be opened allowing the phase error to increase or decrease the voltage on $C_2$ to make PLLB lock. Because of the voltage limiter at the output of amplifier two and the summing factor of amplifier three, the VCO input voltage will vary a maximum of $\pm 0.57$ volts to achieve lock. If lock is achieved the variable divider will be stopped so lock can be maintained. If no lock is obtained the divisors will continue to cycle until PLLB can lock on a frequency. Because phase comparator II is used to detect phase error, its inputs will lock in phase. The average exclusive-or of the inputs to the phase comparator drops to $-5$ volts when PLLB is in lock, making this signal perfect for disabling the variable divider block. Also note that if the coincidence of the phase comparator inputs is taken, a signal is produced which is $+5$ volts when PLLB is in lock and 0 volts otherwise. This signal, HARM, is used to indicate whether or not the unstable feedback is at one of the first four harmonics of the delay. Thus, PLLB will lock on the delay frequency obtained from the delay measurement system when there is no unstable feedback. When the system breaks into unstable oscillations PLLB, in conjunction

EGOLF 01999

OTI 007268