with the variable divider, detects whether or not the feedback
frequency is within 110, 220, 330 or 440 Hertz of the first, second,
third or fourth harmonics, respectively, of $\frac{1}{\tau}$.

Adding the open loop estimator, $\widehat{GH}$, to the sound amplification
system provides the negative feedback $H_E\, e^{-j\omega\tau}$ to the system. When
the Nyquist[1] criterion is applied to (7), it is found that the sound
amplification system will feed back when MASH − $\widehat{GH}$ has a magnitude
which is equal to or exceeds one and a phase angle of $m2\pi$ for $m = 0$,
1, 2, $\cdots$. At harmonics of the delay, $\widehat{GH}$ is equal to $H_E$, where $H_E$ is
the echo amplitude. Because the potentially unstable frequencies of
MASH are near harmonics of the delay, increasing the echo magnitude
increases the amount of negative feedback at those frequencies.
Thus, the possibility of unstable feedback occuring near a delay
harmonic has been reduced. Similarly, the potentially unstable
frequencies of the echo are at $\frac{1}{\tau}(m - \frac{1}{2})$ for $m = 1, 2, 3, \cdots$.
Control of the echo magnitude was based on the ability to detect
whether the unstable feedback was caused by the echo or the natural
system, MASH.

Figure 5.4 shows the circuit used to control the echo magnitude.

**EGOLF 02000**

OTI 007269

37



Figure 5.4. Echo magnitude control.

When unstable feedback occurs the PLLA detects it and γ becomes true
thereby connecting the harmonic detection line HARM of PLLB to the
input of the analog-to-digital converter through a slow ($\tau = 10$ s)
low pass filter.    If the echo is smaller in amplitude than the
amplitude of MASH, the unstable feedback will occur at a harmonic
of $\tau$.    PLLB will detect the harmonic of $\tau$ and the harmonic indicator
will go to +5 volts thereby slowly charging the capacitor.    The
analog-to-digital converter, ADC, has an input reference range of 0
to +5 volts so when the voltage at its input increases, the digital
representation of this voltage also increases.    When the unstable
feedback is not at a delay harmonic, PLLB cannot lock so the harmonic

EGOLF 02001      OTI 007270

signal will be at zero volts thereby discharging the capacitor. As Figure 5.4 shows, the delayed amplified input passes into a digital-to-analog converter, DAC, which is operated as a digitally controlled attenuator. When operating in this mode the DAC outputs a voltage which is the input voltage times $-K_s$ where $K_s$ is the digital word ranging from 0 to 255/256 coming from the analog-to-digital converter. Thus the echo is proportional in magnitude to the voltage on C which increases or decreases slowly, based on the frequency of unstable oscillations, until the feedback stops. After the unstable feedback stops, the switch connecting PLLB to the capacitor opens so the capacitor voltage and therefore the echo will remain constant in magnitude at the appropriate value.

A controllable echo estimator requires that a path with controllable magnitude and delay be synthesized. The magnitude was based on the frequency of unstable oscillations while the delay was based on measurements made before the sound amplification system became unstable. A controllable analog delay is synthesized using the Intel 2920 signal processing chip. The duration of a 2920 program is based on its input clock period as

$$T_{2920 \text{ program}} = 4 \times (T_{CL}) \times (N_s),$$

where $T_{CL}$ is the period of input clock

$N_s$ is the number of program steps.

A program of 24 steps was written which converts an analog signal into a digital word; passes the word through 16 memory locations, one

location per program cycle; then reconverts a delayed word into an analog voltage. The clock driving the 2920 is the delay measurement system output $\left(\frac{\tau}{1536}\right)^{-1}$. Since the analog signal is delayed 16 program cycles, the analog delay of the 2920 may be calculated as

$$\tau_{2920} = 4 \times (T_{CL}) \times (N_g) \times (16)$$

which, after substituting values, becomes

$$\tau_{2920} = 4 \times \frac{\tau}{1536} \times 24 \times 16 = \tau.$$

$\widehat{GH}$ must have the linear phase resulting from a pure delay which makes the addition of an anti-aliasing filter impossible using this system. The sample period of the 2920 is the program duration which is $\frac{\tau}{16}$. For delays less than $0.8 \times 10^{-3}$ seconds the sample rate will be in excess of 20,000 Hertz which provides a folding frequency which is greater than 10,000 Hertz. Because the acoustic systems being tested were relatively inexpensive, the amount of signal at frequencies greater than 10,000 Hertz was small. Therefore, the effect of signals with frequencies greater than 10,000 Hertz folding back into the passband of the analog delay was minimal.

The magnitude of MASH is approximately equal to one at the onset of feedback so the echo must be capable of magnitudes which exceed unity if the maximum stable gain is to be increased. As Figure 5.4 shows, the input of the 2920 had to be scaled up by $K_R$ to ensure the input voltage of the 2920 utilized the range of the analog-to-digital converter. The output of the digitally controlled attenuator was scaled down before summing with the microphone signal. Because the

40

input to the 2920 is scaled up more than the attenuator output is scaled down, the echo can exceed one. Since the digitally controlled attenuator adjusts to a level which stops feedback, precise gain tuning of the echo is not required. Thus, a magnitude controller was built which logically controls an unstable system before and after the onset of feedback. Because the echo has its amplitude adjusted based on the unstable feedback, the magnitude control system does not have to be individually tuned for each acoustical feedback system.

EGOLF 02004

OTI 007273

CHAPTER VI

RESULTS AND CONCLUSIONS

The complete sound amplification system with the open loop estimator added is shown in Figure 6.1.



Figure 6.1.  Acoustic amplifier with open loop estimator added.

EGOLF 02005        OTI 007274

42

The specific system which tested the unstable feedback suppression circuit used a Bruel and Kjaer 4134 half-inch microphone with 2107 microphone amplifier as the microphone block, M. A Comdyna GP-6 analog computer was used as a calibrated attenuator so that gain increases could be easily calculated. A Realistic STA 740 audio-amplifier was used as a fixed gain amplifier which, in conjunction with the analog computer, made up the variable amplifier block, A. The speaker used was a Pioneer TSX6 auto speaker. The microphone was placed at distances ranging from approximately 0.5 feet to 1.5 feet from the speaker to simulate different feedback paths. Both the speaker and the microphone were placed in an anechoic chamber so that repeatable experiments could be made.

Testing of the feedback suppression circuit was done in two steps. First, the maximum stable gain of the unmodified system with a particular feedback path was measured by adjusting the gain of the audio-amplifier to the point where unstable oscillations would not sustain themselves. When making this measurement the addition of pseudonoise did not change the maximum stable gain but it did cause transient ringing at the frequency about to go unstable. Second, the gain of the same acoustic circuit with the feedback suppression circuit added was measured by increasing the audio-amplifier gain until the new maximum stable gain was found. When testing the feedback suppression circuit, time had to be allowed for the delay measurement system to determine the open loop delay before turning the gain up into the unstable region. When the gain was turned up beyond the original maximum stable gain, unstable feedback started.

EGOLF 02006          OTI 007275

43

After the magnitude control system locked on it and increased the
echo in magnitude, the unstable feedback reliably died.

The feedback suppression circuit was tested for several delays
and was found to produce about 6 dB of additional stable gain as
shown in Figure 6.2.



Figure 6.2.  Additional stable gain with suppression circuit added.

EGOLF 02007          OTI 007276

44

The suppression circuit was pushed to 7 or 8 dB of additional gain but this much additional gain left the system operating on the "naked edge" of stability where the transient response of the poles about to go unstable was noticable. When the circuit went unstable with the echo added, it usually went at a high frequency. This could be expected due to flatness of the echo magnitude compared to the high frequency roll off of the MASH system.

Many steps of this thesis could have been taken differently possibly avoiding many troubles. The first of these would be the method used in measuring the open loop transfer function, MASH. MASH can be simply and easily measured in one step. If the feedback loop is broken between the microphone and the amplifier white noise can be injected into the amplifier and taken from the microphone to produce the open loop transfer function MASH. Second, several options exist with the pseudonoise. Since the nominal delay seems to be relatively stationary, the noise could be turned on to measure $\tau$ then turned off. The possibility of passing the pn $\oplus$ 2fs around the loop also exists. Because pn $\oplus$ 2fs has a spectral power density which is[5]

$$G_{pn\oplus2F_s}(f) = 4F_s \sum_{i=1}^{2} P_i \left| H_i(f) \right|^2,$$

where

$$H_i = \int_0^{1/2F_s} h_i(t) \exp(-j2\pi ft) \, dt,$$

most of the signal energy is located in the frequency band from 0.5 $F_s$ to 2.5 $F_s$. If $F_s$ is at a frequency which is at the upper limits of audible sound, the pseudonoise signal could be passed around MASH

EGOLF 02008    OTI 007277

45

without being heard.

Unstable acoustic feedback is a very difficult problem to solve. The method discussed above was effective in producing some additional stable gain using a very crude open loop estimator. The method of providing stabilizing electrical feedback shows much promise if an estimator of MASH which is better than a simple echo can be used.

EGOLF 02009

OTI 007278

BIBLIOGRAPHY

1. Nyquist, H., "Regeneration Theory." Bell Systems Technical Journal V. 11: 1932, p. 126-147.

2. Burkhard, M.D. and R.M. Sachs, "Anthropometric Manikin for Acoustic Research." Journal of the Acoustical Society of America V. 58: 1975, 214-222.

3. "Zwislocki Coupler Evaluation with Insert Ears", Report No. 20022-1 Knowles Electronics Inc.   3100 N. Mannheim Rd., Franklin Park, Ill.  1972.

4. Egolf, D.P., "Acoustic Feedback Suppression in Hearing Aids", Quarterly progress Report.  VA Medical Center, Augusta, Ga. Jan. 20, 1984, p.9.

5. Springett, J.D., "Telemetry and Command Techniques for Planetary Spacecraft" in Advances in Communication Systems, Academic Press, p. 77-108.  1965.

6. National Semiconductor CMOS Databook, Chapter 5.  1981.

7. Dorf, R.C., Modern Control Systems, Addison-Wesley Publishing Co., 1974.

EGOLF 02010

OTI 007279

APPENDIX A

SAGE II PROGRAM USED TO CONTROL THE H-P SPECTRUM ANALYZER

EGOLF 02011

OTI 007280

```
program ib_st;
   uses   (*$U SECOND:IB.LNK.CODE *) IB_UNIT;
   CONST NB=2560;
   TYPE BYTE=0..155;
   VAR ITEMP,I.SPCAN,STC: INTEGER;
   START:BOOLEAN;

   S,TITLE,DATAFILE:STRING;
   STUFF: PACKED ARRAY[0..NB] OF CHAR;
   FILOUT: FILE OF CHAR;
PROCEDURE GETDATA;
   CONST FULL=2;
   VAR STATE:PACKED RECORD CASE INTEGER OF
     1:(B:PACKED ARRAY[0..NB] OF BYTE);
     2:(W:INTEGER);
     END;
     MORE,START:BOOLEAN;

     DLNG,J,M,NC,NW: INTEGER;

BEGIN
     MORE:=FALSE;
     DLNG:=NB+1;
     FOR NC:= 1 TO 2 DO
     BEGIN
       NW := 256.-( NC -1)*128;
       IB_TALKS(11,'LDS');
       J:=0;
       IB_HEAR(11,STATE.W,DLNG,MORE);
       FOR M:= 1 TO NW  DO
       BEGIN
         FOR I:= 1 TO 9 DO
         BEGIN
           WRITE (FILOUT,CHR(STATE.B[J]));
           WRITE (OUTPUT,CHR(STATE.B[J]));
           J:= J+1;
         END;
         J:=J+1;
         WRITELN(FILOUT,'');
         WRITELN(OUTPUT,' ');
       END;
       IB_TALKS(11,'PX,0');
       IB_TALKS(11,'AX,0');
       IB_TALKS(11,'CH,1');
       IF NC = 1 THEN
       BEGIN
         WRITELN(OUTPUT,'THE COHERENCE OF ',TITLE);
         WRITELN(FILOUT,'THE COHERENCE OF ',TITLE);
       END;
     END;
     IB_TALKS(11,'LCL,0')
END;
```

EGOLF 02012

OTI 007281

```
PROCEDURE DOOT;
   VAR CONTROL,SW : INTEGER;
   BEGIN
       IB_CHK :=FALSE;
       IB_X := 0;
       IB_Y := 22;
       SW := IB_SWITCH;
       IB_SAGE := ORD(ODD(SW) AND ODD(31));
       IB_INIT(CONTROL,SW,600);
       IF IB_ERR () 0 THEN EXIT (IB_ST);
       IB_STAT(IB_SAGE,79);
       SPCAN := 11;
       IB_STAT(SPCAN,3);
   END;
BEGIN
   WRITELN(OUTPUT,'INPUT THE FILENAME IN WHICH THE DATA IS TO BE STORED')
   READLN(INPUT,DATAFILE);
   REWRITE(FILOUT,DATAFILE);
   START := TRUE;
   WHILE START DO
   BEGIN
       WRITELN(OUTPUT,'INPUT TRANSFER FUNCTION TITLE');
       READLN(INPUT,TITLE);
       WRITELN(FILOUT,TITLE);
       DOOT;
       GETDATA;
       WRITELN('ANOTHER TRANSFER FUNCTION? YES= 1 ,NO= 0 ');
       READLN(INPUT, STC);
       IF STC = 1 THEN
          START:=TRUE
       ELSE
          START:=FALSE;
   END;
   CLOSE(FILOUT,LOCK);
END.
```

EGOLF 02013

OTI 007282

APPENDIX B

HYSTERESIS COMPARATOR



Figure B1.  Hysteresis comparator

Comparators were used often to produce a digital signal from an
analog voltage.  The comparators which were implemented used positive
feedback through $R_2$ to force the op-amp output to saturation.
Because the output voltage, $V_o$, affects the voltage at the non-
inverting input, the input voltage, $V_i$, will have to reach a
different value to make the output change from positive saturation to
negative saturation than that required for the negative to positive
change.  The input voltage which will make the comparator output

EGOLF 02014

OTI 007283

switch from negative saturation to positive saturation is found by determining the $V_i$ which will make the voltage at the non-inverting input exceed that of the voltage at the inverting input, or

$$V_{NI} > V_X$$

$$V_i \frac{R_2}{R_2 + R_1} - V_{SAT} \frac{R_1}{R_1 + R_2} > V_X$$

$$V_i > \frac{V_X (R_1 + R_2)}{R_2} + V_{SAT} \frac{R_1}{R_2},$$

where $V_{SAT}$ is the magnitude of the op-amp saturation voltage. Similarly, the $V_i$, which makes the comparator output switch from $+V_{SAT}$ to $-V_{SAT}$ is found by finding the input voltage at which

$$V_{NI} < V_X$$

$$SO$$

$$V_i < V_X \left(\frac{R_1 + R_2}{R_2}\right) - V_{SAT} \left(\frac{R_1}{R_2}\right).$$

Figure B2 shows these results as the DC transfer characteristic of the comparator.

From Figure B-2 it can be seen that the width of the hysteresis loop is given by $2 \times V_{SAT} \times R_1/R_2$ and the loop is centered at $V_X \left(\frac{R_1 + R_2}{R_2}\right).$

**EGOLF 02015**

OTI 007284

52



Figure B-2.  Transfer characteristic of the hysteresis comparator.

EGOLF 02016

OTI  007285

APPENDIX C

TRIANGULAR WAVE GENERATOR



Figure C.1.  Triangular Wave Generator

The circuit of Figure C.1 is used to generate a triangular wave, at $V_x$, whose amplitude is controlled by $\alpha$.  The op-amp circuit is a non-inverting integrator whose output, $V_x$, can be described in terms of the Schmitt trigger output $V_z$ as

$$V_x = \frac{R_1 + R_2}{R_1} \; \frac{1}{CR_4} \int_0^T V_z \, dt$$

when

$$\frac{R_1 R_3}{R_2} = R_4.$$

EGOLF 02017

OTI 007286

54

Operation of the oscillator can be explained by allowing the Schmitt trigger output to be at $-V$, assuming the trigger is operating between $\pm V$. The negative input to the non-inverting integrator will cause $V_x$ and $V_y$ to decrease linearly with time until $V_y$ drops below the negative threshold of the Schmitt trigger, $-\gamma V$, causing the Schmitt trigger output to switch to $+V$. Now the positive input to he integrator will cause $V_x$ and $V_y$ to increase until $V_y$ exceeds $\gamma V$ forcing the trigger output to $-V$, thereby restarting the cycle.

The period of the waveform is determined from the Schmitt trigger thresholds, $\gamma V$, the integrator time constant, $\dfrac{R_1 + R_2}{R_1 R_4 C}$, and the ratio of $V_y/V_x$, $\alpha$, as

$$T = \frac{R_1 R_4 C}{2\alpha\gamma(R_1 + R_2)} .$$

The amplitude of $V_x$ is determined by the Schmitt trigger thresholds and the ratio of $V_y/V_x$, $\alpha$, as

$$V_{x_{amplitude}} = \frac{\alpha\gamma}{\alpha} .$$

EGOLF 02018

OTI 007287

APPENDIX D

A VARIABLE DIVIDER



Figure D.1.  Variable Divider

The variable divider shown in Figure D.1 divides the input frequency, $f_i$, by either 2, 4, 6 or 8 depending on its present state.  The divider cycles through its four states until a disabling signal stops it at a desired divisor.  Because the output stage of

EGOLF 02019

OTI 007288

56

the divider is a toggle flip flop, $f_0$ is a 50 percent duty cycle square wave.

Counter A divides the input frequency, $f_i$, by the number on its jam inputs. Counter A down counts until it reaches zero. When zero is reached the inverted carry-out signal loads the number at the jam inputs, $D_B$, into the counter. After $D_B$ cycles of $f_i$, counter A will reach zero causing the inverted carry out signal to load the counter with $D_B$. The inverted carry-out signal has a frequency of $f_i/D_B$. This signal clocks a toggle flip-flop which divides its frequency in half and provides a signal with a 50 percent duty cycle.

Counter B provides the divisor, $D_B$, which is 1, 2, 3 or 4 to counter A. Counter B counts up until it reaches 10 at which time $D_4$ and $D_2$ will be true causing 2 to be jammed into the counter. Since $D_B$ is the number formed from the three most significant bits of counter B, $D_B$ starts as 1, switches to 2 when counter B reaches 4, switches to 3 when counter B reaches 6, and switches to 4 when counter B reaches 8. When counter B reaches 10 it loads itself with 2 thereby restarting the cycle. Because $D_B$ is the three most significant bits of counter B, each value of $D_B$ lasts for 2 cycles of clock $\emptyset$. The clock $\emptyset$ is produced by a Schmitt trigger oscillator which is enabled by an input so $D_B$ may be held constant if desired.

EGOLF 02020

OTI 007289

APPENDIX E

2920 PROGRAM USED TO SYNTHESIZE ANALOG DELAY

EGOLF 02021

OTI 007290

```
OUT3
LDA DAR,KP0,IN3
LDA SR15,SR14,IN3
IN3
LDA SR14,SR13,CVTS
LDA SR13,SR12,NOP
LDA SR12,SR11,CVT7
LDA SR11,SR10,NOP
LDA SR10,SR9,CVT6
LDA SR9,SR8
LDA SR8,SR7,CVT5
LDA SR7,SR6
LDA SR6,SR5,CVT4
LDA SR5,SR4
LDA SR4,SR3,CVT3
LDA SR3,SR2
LDA SR2,SR1,CVT2
CVT1
LDA SR1,SR0,CVT0
LDA SR0,DAR
LDA DAR,SR15,EOP
NOP
OUT3
OUT3
```

EGOLF 02022

OTI 007291

APPENDIX F

COMPLETE SCHEMATIC OF THE DELAY MEASUREMENT SYSTEM

**EGOLF 02023**

**OTI 007292**



EGOLF 02024

OTI  007293

APPENDIX G

COMPLETE SCHEMATIC OF THE MAGNITUDE CONTROL SYSTEM AND

$\hat{GH}$ ESTIMATOR

EGOLF 02025

OTI 007294



EGOLF 02026

OTI 007295

DX-963



EXHIBIT

210

Weaver 8/25/07

PENGAD 800-631-6989

# ELECTRONIC CANCELLATION OF

# ACOUSTIC FEEDBACK

# TO INCREASE HEARING-AID STABILITY

by

Kim A. Weaver
NCAR Aviation
Boulder, Colorado


David P. Egolf
Thomas D. McConnell
Auditory and Electroacoustics Research Group
Department of Electrical Engineering
University of Wyoming
Laramie, Wyoming

EGOLF 02211

Defendants Trial
Exhibit

DX-963

Civil Action no. 05-422

OTI 007480



*A*

ELECTRONIC CANCELLATION OF ACOUSTIC FEEDBACK
TO INCREASE HEARING-AID STABILITY

Kim A. Weaver and David P. Egolf (Department of Electrical Engineering,
University of Wyoming, Laramie, WY 82071)

The acoustic feedback which causes a hearing aid to become unstable at
high gains is effectively reduced by the addition of negative electrical
feedback. Electrical feedback is formed by a system estimator which closely
matches the open-loop transfer function of an in-situ hearing aid. The system
estimator is produced by correlating the estimator signal with the hearing-aid
signal. Because the estimator does not affect the characteristics of the
hearing aid, speech intelligibility is not degraded by this feedback
suppression circuit as it is by most other schemes. Ten to fifteen dB of
additional stable gain have been achieved through the use of stabilizing
negative electrical feedback.

Technical Committee: Psychological Acoustics
Subject Classification Numbers: 43.66 Ts.
Telephone Numbers: (307) 766-3188, (307) 742-5567 (K. A. Weaver)
Send Acceptance or Rejection notice to: K. A. Weaver
Manner of Presentation: Lecture only.

EGOLF 02212

OTI 007481



2

## ACKNOWLEDGEMENT

The authors acknowledge support of this research given by

the Veterans Administration by subcontract from

      Dr. Vernon D. Larson, Chief
      Audiology and Speech Pathology Service
      VA Medical Center
      2460 Wrightsboro Road
      Augusta, Georgia

EGOLF 02213

OTI 007482



EGOLF 02214

OTI 007483



3

# NYQUIST'S STABILITY CRITERION

A system represented by the open-loop transfer
function GH will become unstable at those fre-
quencies where both

$$|GH| \geq 1.0 \quad -or- \quad 20Log_{10}|GH| \geq 0dB$$

and

$$\underline{/GH} = m(2\pi) \text{ for } m = 0,1,2,3, \ldots$$

EGOLF 02215

OTI 007484





EGOLF 02216

OTI 007485





CLOSED-LOOP TRANSFER FUNCTION

$$\frac{P_o}{P_i} = \frac{G}{I + GH}$$

EGOLF 02217

OTI 007486



CLOSED-LOOP TRANSFER FUNCTION

$$\frac{P_o}{P_i} = \frac{G}{1 - GH + \widehat{GH}}$$

EGOLF 02218

OTI 007487



7

## DESIGN STRATEGY FOR RETROFIT CIRCUIT

1.  Must measure or estimate GH in-situ.

2.  Using GH values, must be able to create open-loop estimator $\widehat{GH}$ so that

$$\widehat{GH} \cong GH$$

and thus

$$\frac{P_o}{P_i} = \frac{G}{1 - GH + \widehat{GH}} \cong G \; .$$

3.  Must adapt to changing acoustical environments.

4.  Must not degrade intelligibility.

EGOLF 02219

OTI 007488

8



X-Y Recorder

Spectrum Analyzer
(HP3582A)



A  B

Noise Source



Circuit Cut between
Microphone & Amplifier

EGOLF 02220

OTI 007489





EGOLF 02221

OTI 007490



*10*

## OPEN-LOOP ESTIMATOR $\widehat{GH}$ DESIGN

1.  Create magnitude $|\widehat{GH}|$ of estimator using 6-pole high-pass filter.

2.  Create phase $\angle\widehat{GH}$ of estimator by approximating linear slope of the $\angle GH$ plot as

$$\frac{\angle GH}{f} \simeq 2\pi\tau$$

so

$$\angle\widehat{GH} = (2\pi f)\tau$$

where $\tau$ = measured open-loop delay time

   $f$ = frequency, Hz.

EGOLF 02222

OTI 007491



EGOLF 02223

OTI 007492





EGOLF 02224

OTI 007493

DX-971



**The Hearing Center**
Michael W. Marion, Au.D.
Doctor of Audiology

5800 Santa Rosa Road
Santa Rosa Plaza, Suite #123
Camarillo, CA 93012
(805) 482-9821
(805) 388-2937 FAX

EXHIBIT

17

OTI 009448

Defendants Trial
Exhibit

DX-971

Civil Action no. 05-422



# JACKSON HOLE RENDEZVOUS

## A Conference for Hearing Health Professionals

### August 30–September 3, 1985

### Wort Hotel
### Jackson Hole, Wy

OTI 009449



You are cordially invited to attend the third Jackson Hole Rendezvous – A Conference which has been designed specifically for Hearing Aid Dispensers as well as Clinical and Dispensing Audiologists.

### GENERAL INFORMATION

The Educational Sessions and Commercial Exhibits will be presented at the historic Wort Hotel and Convention Center located in the heart of downtown Jackson, Wyoming. The authentic old west town of Jackson is less than an hour from Yellowstone National Park and just a few short miles south of the magnificent Teton Mountains and Park.

"Early Bird" Registration Fee is $290 prior to June 30, 1985 and $350 following this date. It is important to note that, along with the outstanding lectures, this fee will include the following fun-filled and exciting activities: A Scenic Float Trip on the beautiful Snake River which winds its way along the base of the majestic Teton Mountain Range. A riverside Cowboy Steak Fry at the Triangle X Ranch follows the "floating" experience. There will also be a guided bus tour of Grand Teton National Park with a Picnic Lunch amidst the surrounding pine forests and mountain lakes. Included with the registration fee will be a daily Buffet Breakfast. Additionally, the Rendezvous Exhibitors will sponsor the "Trappers Cache Cocktail Party" to set the mood for the Conference.

OTI 009450

# ON HOLE RENDEZ

Airline service to Jackson, Wyoming originates at Denver, Colorado and Salt Lake City, Utah. All Transportation will be provided to and from the Jackson Airport, as well as to all planned activities. Very reasonable accommodations are available at the Wort Hotel and nearby Motels located across the street from the Convention Facility. The excellent restaurants, infamous "Watering Holes," rustic shops and world-renowned art galleries of downtown Jackson are all within easy walking distance of the Hotel. Further information regarding room rates and reservations will be mailed to participants as soon as the registration fee is received.

Because of the special nature of the Rendezvous activities, registration will have to be limited on a first-come, first-served basis. It is subsequently important that your registration be received as soon as possible and, in your best interest, prior to June 30, 1985. If, for some reason, cancellation is necessary, all but $40 will be refunded. Separate Social Packages may also be obtained for spouses, children or friends. The fee for this package is $135 and includes the daily Buffet Breakfasts, Grand Teton National Park Tour and Picnic along with the Float Trip and Cowboy Cookout.



OTI 009451

 

## FACULTY AND TECHNICAL SESSIONS

**John Coleman, M.A.;** Otologic Medical Group — "Venting Effects on 2cc Coupler Measurements of Canal and ITE Hearing Aids."

**James Curran, M.S.;** Starkey Labs — "Contemporary Aspects of Digital Technology and Amplification."

**David Egolf, Ph.D.;** Univ. of Wyoming — "Pratical Demonstration of Hearing Aid Innovations; No-Moving Part Volume Control; Digital Hearing Aids; Feedback Suppression Circuits."

**James Guthier;** Danavox, Inc. — "Custom ITE and Canal Aid Modifications: Practical Considerations for the Dispenser."

**Geary McCandless, Ph.D.;** Univ. of Utah Medical Center — "Stereophonic Listening, Binaural Fusion and Hearing Aids."

**Jerry Northern, Ph.D.;** Univ. of Colorado Health Sciences — "Real-Ear Hearing Aid Measurements in Children."

**Marjorie Skafte;** Hearing Instruments — "Hearing Aid Market Potential: Positive and Negative Factors."

**Wayne Staab, Ph.D.;** Audiotone — "Practical Marketing Techniques for the Hearing Aid Dispenser."

**Robert Sweetow, Ph.D.;** San Francisco Hearing and Speech Center — "Tinnitus Management: Coverup or Cognitive Restructuring?"

**Darrel Teter, Ph.D.;** Private Practice, Denver, Colorado — "Realistic Assessment of In-Situ Hearing Aid Measurement Techniques."

**Joel Wernick, Ph.D.;** Qualitone — "Current Research in Canal Hearing Aid Technology".

OTI 009452



# JACKSON HOLE RENDEZVOUS

## A Conference for Hearing Health Professionals

### REGISTRATION

Please tear off this Registration Form at the perforation. Completely fill out the information requested on the back. Enclose the registration form along with your check or money order and mail to:

Arlan E. Walter
5165 Hoy Road
Cheyenne, Wyoming 82009

Further information concerning the Jackson Hole Rendezvous will be sent immediately upon receipt of registration.

OTI 009453

# JACKSON HOLE RENDEZVOUS

## A Conference for Hearing Health Professionals

### REGISTRATION FORM

Name

Title

Organization/Company

Address

City                                State

                                     Zip

Phone (

| Early Bird Registration | Registration |
|---|---|
| (Before June 30) | (After June 30) |
| $290 | $350 |
| Social Package Only | |
| $105 | Total Enclosed |

Make Checks Payable To:
Jackson Hole Rendezvous

OTI 009454

# JACKSON HOLE
# RENDEZVOUS



## ACCREDITATION

Members of the Rendezvous Faculty are all eminently qualified professionals and are recognized authorities in their respective Hearing Health Care Fields. Subsequently, sixteen hours of continuing education credit will be offered by the NIHIS of the National Hearing Aid Society and the American Medical Association. Fees for accreditation are included with the registration.

## COMMERCIAL EXHIBITORS

Audiological Consulting – Donna P. Fisher
Audiotone – Ron White
Danavox, Inc. – William Vass
Oticon – Mary Ann Richards
Phonic Ear, Inc. – Roxanne Jacobsen
Qualitone – Joel Wernick
Siemens Instruments – Tana Triantos
Starkey Labs – James Curran
Telex – David Smriga

## RENDEZVOUS COMMITTEE

Michael W. Marion – Chairman
Arlan E. Walter – Treasurer
Marjorie A. Heass – Advertising
Laurel J. Marion – Convention Facilities
Tana Triantos – Social Activities

## INQUIRIES

Arlan E. Walter, Rendezvous Treasurer
5165 Hoy Road
Cheyenne, Wyoming 82009
Phone: (307) 635-0435

OTI 009455

BULK RATE
U.S. POSTAGE
PAID
PERMIT NO. 185
CASPER, WY

# JACKSON HOLE RENDEZVOUS

c/o Arlan E. Walter
5165 Hoy Road
Cheyenne, WY 82009

*A Hearing Health Care Conference*
*Jackson Hole, Wyoming*
*August 30-September 3, 1985*

OTI 009456

JACKSON HOLE RENDEZVOUS
AMERICANA SNOW KING INN - JACKSON, WYOMING

CONFERENCE PROGRAM

**TUESDAY - September 1**

| | |
|---|---|
| 1:00 p.m. - 4:00 p.m. | Exhibitor Setup - Teton Room |
| 4:00 p.m. - 7:00 p.m. | Registration - Teton Room |
| 7:00 p.m. | "Trapper's Cache Cocktail Party" - Teton Room Exhibitor Sponsored (Complimentary Whiskey and Finger Vittles): Open Exhibits. |

**WEDNESDAY - September 2**

| | |
|---|---|
| 8:00 a.m. | Buffet Breakfast - Teton Room |
| 8:45 a.m. | Welcome - Rendezvous Overview |
| 9:00 a.m. | Bus Boarding at Front Entrance of Americana Snow King Inn - Jackson Lake Boat Excursion; Buffet Lunch on Elk Island. |
| 1:30 p.m. | Lecture Series - "Acoustical Aspects of BSER when Employed with Hearing Aids" Darrel L. Teter; Denver, Colorado Explorer's Room - Jackson Lake Lodge |
| 3:00 p.m. | Guided Bus Tour of Teton National Park. |
| 6:30 p.m. | Projected Return to Americana Snow King Inn. |
| 8:00 p.m. | Presentation by Jackson Hole Chamber of Commerce - Teton Room |

**THURSDAY - September 3**

| | |
|---|---|
| 8:00 a.m. | Buffet Breakfast - Teton Room |
| 9:00 a.m. - 10:30 a.m. | Lecture Series - "Probe Microphone Measurements in Hearing Aid Evaluation Procedures", "Hearing Aids for Mild Hearing Impairment in the Aging Patient". Geary McCandless; Salt Lake City, Utah |
| 10:30 a.m. - 10:45 a.m. | Break and Exhibits |
| 10:45 a.m. - 12:15 p.m. | Lecture Series - "Earmold Acoustics - Hearing Aid Systems Fitting". Wayne J. Staab; Phoenix, Arizona |
| 12:15 p.m. | No Host Lunch |
| 1:30 p.m. - 3:00 p.m. | Lecture Series - "Improved Communication in Noise Using Adaptive Filtering Techniques". Martin S. Robinette; Salt Lake City, Utah Robert H. Brey; Provo, Utah |
| 3:00 p.m. - 3:15 p.m. | Break and Exhibits |
| 3:15 p.m. - 4:45 p.m. | Lecture Series - "Current Status of Central Auditory Disorders". Jack A. Willeford; Fort Collins, Colorado |

OTI 009463

FRIDAY - September 4

| | |
|---|---|
| 7:30 a.m. | Buffet Breakfast - Teton Room |
| 8:30 a.m. - 10:00 a.m. | Lecture Series - "Acoustical Considerations of Hearing Aid Feedback Phenomena". "The Effects of Middle Ear Pathologies on Sound Pressures in the Occluded Ear Canal". David P. Egolf, Laramie, Wyoming. |
| 10:00 a.m. - 10:15 a.m. | Break and Exhibits |
| 10:15 a.m. - 11:45 a.m. | Lecture Series - "Contemporary Diagnostic Audiology". Jerry L. Northern, Denver, Colorado |
| 11:45 a.m. | No Host Lunch |
| 12:45 p.m. - 2:15 p.m. | Lecture Series - "Comparisons of Various Hearing Aid Evaluation Techniques". "Clinical Application of BSER" Darrell E. Rose, Rochester, Minnesota |
| 2:30 p.m. | Bus Boarding at Front Entrance of Americana Snow King Inn - Snake River Float Trip and Cowboy Steak Fry at Triangle X Ranch. |
| 9:00 p.m. | Projected Return to Americana Snow King Inn |

SATURDAY - September 5

| | |
|---|---|
| 8:00 a.m. | Buffet Breakfast - Teton Room |
| 8:45 a.m. - 10:15 a.m. | Lecture Series - "Planning for the Hearing Instrument Market in the 80's". David L. Wessell, Mill Valley, California |
| 10:15 a.m. - 10:30 a.m. | Break and Exhibits |
| 10:30 a.m. - 12:00 noon | Lecture Series - "Cochlear Implants - Current Status". "Surgical Treatment of Dizziness". Ralph A. Nelson, Los Angeles, California |
| Noon | Rendezvous Adjournment |

Accreditation: 15 hours NIHIS and the AMA.

The Rendezvous Organizing Committee:

    Michael W. Marion, Casper, Wyoming - Chairman
    Michael B. Alley, Lander, Wyoming - Social Activities
    Marjorie A. Haass, Casper, Wyoming - Advertising
    Arlan E. Walter, Cheyenne, Wyoming - Treasurer
    Kathleen Taylor-Hietpas, Casper, Wyoming - Exhibits

OTI 009464

DX-1357

WB 22.1 R345
REHABILITATION R AND D PROGRESS
SEQ: R11210000

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.



# Rehabilitation R&D Progress Reports - 1984

Department of
Medicine and Surgery
Rehabilitation R&D Service

NATIONAL
LIBRARY
SEP 16 1985
OF
MEDICINE

Defendants Trial
Exhibit

DX-1357

Civil Action no. 05-422

TODD gu
Ex 4
11-19-07

DEM523690

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

that allow auditory signal processing to be flexibly adjusted to fit the patient's hearing deficiency. The computer-based audiometer system controls the measurement of the patient's residual hearing, and uses the data to specify the hearing aid characteristics.

The digital hearing aid that is worn home by the patient at the completion of the clinical visit is, in effect, an integral part of the hearing evaluation and, therefore, the individual acoustic variability introduced by the size of the patient's ear, the ear hook, the connective tubing, and the ear insert are correctly accounted for in the fitting procedure. Since the hearing evaluation and fitting procedure is automated, the clinical visit is simplified and shortened with concomitant benefit to the patient and audiologist.

**Project Goals**—Specific tasks are: (i) to construct a breadboard simulator of the digital hearing aid from conventional components that operates in real time, (ii) to study the performance of the breadboard connected to an ear-level, hearing aid mockup containing the microphones and receivers, (iii) to develop a computer-based clinical test system and programs for controlling the aid during testing and for controlling the test protocol, (iv) to study the perception of noise, distortion, and annoying sounds with hearing-impaired listeners as related to the hearing aid, (v) to fabricate a small number of pocket-sized versions of the digital hearing aid, and (vi) to evaluate the pocket-sized versions under natural conditions of signal and noise in field tests.

Work related to the first three goals will be completed this first year and is described below.

The Digital Hearing Aid Simulator operates in real time and has been designed with the capacity for testing a wide range of signal parameters. The simulator is connected to an ear-level mockup containing the microphones and receivers of the aid. The simulator consists of six high-performance digital signal processors (DSP). These are low-cost integrated circuit chips manufactured by Texas Instruments. One DSP controls the system bus, the analog-to-digital converter subsystem, and the serial interface to the host computer. Four DSPs provide the multiband filtering and limiting of the signals; their output values are routed to the sixth processor, which sums and interpolates the samples and passes them directly to the digital to analog converter.

The computer-based clinical test system has been assembled, and the programs for this system are under development. One program will act like an automatic audiometer and will measure the patient's

auditory area (threshold, MCL, and UCL) and adjust the characteristics of the hearing aid according to a specific fitting rule. Another program will administer speech intelligibility tests under simulated conditions of speech, and noise for the purpose of testing the digital hearing aid.

## Acoustic Feedback Suppression in Hearing Aids

Vernon D. Larson, Ph.D., and David P. Egolf, Ph.D.
Veterans Administration Medical Center
Augusta, Georgia 30910

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

**Background**—Acoustic feedback is a problem to all hearing aid users and to all audiologists who fit hearing aids. In fact, it is one of the major limitations of fitting high-gain aids to those with severe hearing loss.

**Hypothesis**—The purpose of this project is to answer the following long-standing questions which have plagued engineers and audiologists:

1. What are the physical mechanisms that facilitate the squeal of acoustic feedback and which, if any, of these could be altered in predetermined ways to suppress feedback?

2. How does the presence of the feedback path from vent outlet back to the microphone affect the shape of the frequency response of an aid that is not undergoing feedback?

3. How effective are recently developed earmold designs for suppressing acoustic feedback?

4. Could any of the current schemes for suppressing acoustic feedback in public address systems be adapted to hearing aids?

5. Could a microprocessor-based, adaptive system be utilized in a feedback suppression scheme designed specifically for hearing aids?

6. Could a feedback-suppression circuit, microprocessor-based or otherwise, be designed to meet requirements such as size, maximum allowable current drain, etc. of a head-worn hearing aid?

**Methodology and Preliminary Findings**—A hearing aid's stability (i.e., a measure of the likelihood that it will squeal under a given set of conditions) may be judged by determining values of its open-loop transfer function GH. In particular, stability determinations are made by comparing values of GH with those known to cause feedback in other systems. Conse-

DEM523864

quently, preliminary work on this project has concentrated on methods for (i) determining GH of an in situ hearing aid and (ii) avoiding those values of GH that are known to cause feedback.

A mathematical replica of this portion of the GH transfer function lying between the vent outlet and the microphone has been developed. This replica is currently being incorporated into a mathematical model of an entire in situ hearing aid. Preliminary work indicates that the one-port rendition of this model is inadequate to explain signal flow in an in situ hearing aid. Investigators have replaced this with a more realistic two-port rendition.

Investigators also have designed and built two different microprocessor-based, adaptive feedback suppression systems. In both systems, low-level pseudo-random noise (PRN) is injected into the circuit just ahead of the amplifier. That portion of the original PRN that returns to the microphone via the feedback path is monitored at the microphone output. A microprocessor then utilizes these two signals—the original PRN and that returning via the vent—to compute the open-loop transfer function GH of the hearing aid. In one system, called the time delay/notch filter (TDNF) system, the microprocessor uses computed values of GH to automatically place high-Q notch filters at those frequencies where feedback is most likely to occur.

In the other system, called the active feedback cancellation (AFC) system, the microprocessor uses computed values of GH to create an estimator. The estimator causes the input informational signal (e.g., that containing information such as speech and not PRN) to react destructively with signals returning via the vent outlet, thereby canceling the effect of the feedback path.

Preliminary results indicate that 6 to 8 dB of additional stable gain can be achieved with either of these systems▪

## Investigation of Acoustic Reflex in Elderly Persons

David J. Thompson, Ph.D., and Larry N. Robinette, Ph.D.
Veterans Administration Medical Center
Columbia, South Carolina 29201

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

The report period covers termination of one project (above) and initiation of another.

A large-scale laboratory study was completed on the morphology of the acoustic reflex response. The acoustic reflex, activated with tones and noise, was measured with an aural acoustic immittance instrument. The investigation utilized a new digital instrument, coupled with a quantitative approach to analysis and reduction of acoustic reflex data. Reduced data contained predictably large intersubject variance, but the analytical procedure was sensitive to small, intrasubject changes. Results revealed age-depended trends in several measures related to amplitude of the acoustic reflex response. The relative success of the quantitative approach has implications for assessment of acoustic reflex in persons with hearing loss. The data have been presented at a recent professional meeting and are being prepared for publication.

The new project is entitled Implementation of Digital Measurement of Aural Acoustic Immitance. The project involves continuing development, implementation, and evaluation of a digital acoustic-immittance instrument for improved quantitative measurement of aural acoustic immittance. The instrument is a computer peripheral with measurement capacities far exceeding those of existing acoustic-immittance instruments. The new system will allow efficient acquisition of large amounts of data in single test sessions, supporting rigorous clinical evaluations, alteration and tailoring of diagnostic routines, rapid assessment of new clinical measures, and exacting research applications. The system will be evaluated on a clinical population.

Work completed on the new project during the first few months includes modifications of the digital instrument's sample rate, pressure range, and monitor software. In addition, support software has been written for data reduction/measurement and for statistical analysis, and a paper on digital measurement of aural acoustic immittance has been prepared for publication▪

## A Psychophysical Model to Characterize Sensorineural Hearing Loss

E. William Yund, Ph.D.; Robert Efron, M.D.; and
Helen J. Simon, Ph.D.
Veterans Administration Medical Center
Martinez, California 94553

Sponsor: Veterans Administration Rehabilitation
Research and Development Service

The purpose of this research program is to characterize the suprathreshold auditory function of an individual with sensorineural hearing loss (SNHL) by means of a theoretical model of pitch processing

164

DEM523865

ATTACHMENT A

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              IN AND FOR THE DISTRICT OF DELAWARE

 3
                          -   -   -
 4

 5    ENERGY TRANSPORTATION,        :   Civil Action
      INC.,                         :
 6                                  :
                  Plaintiff,        :
 7                                  :
           v.                       :
 8                                  :
      WILLIAM DEMANT HOLDINGS A/S,  :
 9    et al.,                       :
                                    :
10                Defendants.       :   No. 05-422 (GMS)

11                          -   -   -

12                    Wilmington, Delaware
                    Tuesday, January 22, 2008
13                        8:30 a.m.
                      Second Day of Trial
14
                          -   -   -
15
      BEFORE:  HONORABLE GREGORY M. SLEET, Chief Judge
16

17

18    APPEARANCES:

19               EDMOND D. JOHNSON, ESQ.
                 Pepper Hamilton LLP
20                    -and-
                 MARTY STEINBERG, ESQ.,
21               BRIAN M. BUROKER, ESQ., and
                 MAYA M. ECKSTEIN, ESQ.
22               Hunton & Williams
                 (Washington, D.C.)
23
                                    Counsel for Plaintiff
24

25
```

```
 1    APPEARANCES CONTINUED:

 2                  MARY B. GRAHAM, ESQ.
                    Morris, Nichols, Arsht & Tunnell
 3                       -and-
                    JOHN M. ROMARY, ESQ.,
 4                  GREGORY C. GRAMENOPOULOS, ESQ.,
                    VINCENT KOVALICK, ESQ.,
 5                  KAY HILL, ESQ.,
                    GERSON S. PANITCH, ESQ., and
 6                  ARTHUR A. SMITH, ESQ.
                    Finnegan, Henderson, Ford, Farabow & Dunner
 7                  (Washington, D.C.)

 8                                    Counsel for
                                      Demant Defendants
 9
                    DONALD E. REID, ESQ.
10                  Morris, Nichols, Arsht & Tunnell
                         -and-
11                  WILLIAM H. MANDIR, ESQ.,
                    JOHN SCHERLING, ESQ.,
12                  CARL J. PELLEGRINI, ESQ.,
                    BRIAN SHELTON, ESQ., and
13                  MATTHEW KAPLAN, ESQ.
                    Sughrue Mion
14                  (Washington, D.C.)

15                                    Counsel for Widex
                                      Defendants
16
                           -  -  -
17

18

19

20

21

22

23

24

25
```

1    written by them, authored by them, put out to the public by

2    them, to promote their products, to sell them to hearing-

3    impaired people.

4              Now, remember, as we just discussed, the

5    technology in the bottom left-hand corner, you will see from

6    the front page of the '850 patent, there's an abstract.  It

7    tells you generally how the system works.  And it

8    essentially says what we just said:  Acoustical feedback is

9    reduced by an electrical feedback path in the hearing aid

10   which is matched in both amplitude and phase to the acoustic

11   feedback path and the two feedback signals being subtracted

12   so as to cancel each other.

13             That's essentially what we just showed you.

14             Now we're showing you one of the defendant's,

15   Widex's description, of their Diva hearing aid.  And you can

16   see it on the screen.  And it says, When the FPS, and that's

17   the feedback path simulator, determines the characteristics

18   of the feedback signal, it will subtract an imitated

19   feedback signal from the incoming signal, thus eliminating

20   the annoying feedback.

21             Yes.  Now, as you can see from that brochure,

22   that language is a description of the '850 patent.

23             Now comes the interesting part.  Apparently,

24   after Widex was sued, and recognizing that that language is

25   an admission that they infringe these patents, you will hear

1    Mr. Nielsen, who's a representative of the Widex company,

2    suddenly testify, no, Widex's own description, their

3    published description of their own product that they sent

4    out was inaccurate.  That's what you are going to hear him

5    say.

6            Now, likewise, the evidence will show that

7    another defendant, one of the Demant companies, Oticon, that

8    brochure which describes one of their hearing aid products,

9    called a Syncro, and you see that on the screen.

10            First, the brochure gives you a written

11    description of the Syncro.  It says dynamic feedback

12    cancellation automatically removes feedback from the

13    sound path through phase cancellation without a reduction in

14    gain.

15            Remember what we talked about with phase.  And

16    just to show you they're using the exact same system, they

17    go on to give you a description on the very next page of

18    exactly what they are doing.  And if you look at the first

19    box, they're a spike with the feedback coming out of the

20    signal.  If you look at the second box, where it says phase

21    cancellation, what is that below the spike?  It's an equal

22    but opposite signal.

23            And then what happens in the third box?  They

24    cancel feedback.

25            So that creation, that depiction, is the

1    creation of Dr. Levitt, where you create an equal but

2    opposite signal, and you cancel.

3              And, again, strangely enough, what will you

4    hear?  From an entirely different officer, from an entirely

5    different company, you're going to hear Mr. Christensen from

6    Oticon, when he's faced with this exact language, he's going

7    to say no, it really doesn't do what he we say it does in

8    our own documentation.

9              And then you're going to see the third

10   defendant, which is Bernafon, another Demant company.  And

11   they similarly, for their product, the Symbio XT, they

12   describe their adaptive feedback cancellation, and they say,

13   quote, "Symbio XT advance canceller solves the problem by

14   working on line to detect the presence of feedback and

15   subtract it from the incoming signal."

16             Just like the other two executives, you're going

17   to see Mr. Schaub of Bernafon come up and testify and say,

18   gee, you know, our brochure is wrong.  It really doesn't do

19   that.

20

21

22

23

24

25

1

2

3

4          Take 5.

5

6

7

8          Take 5.

9

10

11          So what you are going to see and hear from three

12  different companies, all taking the same tack now that they

13  have been sued and now claiming that their own data, their

14  own promotional brochures, their own technical data that is

15  used to sell their hearing aids, is inaccurate.  And the

16  evidence will show that there could be only one reason why

17  they take that position, because the descriptions of their

18  documents are admissions that they infringe this technology.

19          Now, the evidence will also show that these

20  defendants were well-aware of Dr. Levitt's patent.  It

21  wasn't something they didn't know about.  As you will

22  remember, there was a letter retaining Dr. Levitt as their

23  expert.  Now, he was retained as their expert because they

24  were relying on his expertise and ingenuity partially

25  because he invented these patents.

1          The sound gets amplified, it comes out, it is
2    supposed to go to the ear.  Some of it comes back around.
3          The solution to the problem is -- Slide 24.
4          The solution to the problem is that you put an
5    electrical feedback path inside the hearing aid.  And you
6    set that patent up so that it cancels the acoustic feedback
7    path.  But there are a number of ways to do that.  One way
8    is you measure the path first, you measure it, you get the
9    phase and amplitude information.  That is your first step.
10   Then you convert that information into coefficients that go
11   into this filter.  And that's what Dr. Levitt did.
12         The other way is you use a complex filter called
13   an LMS algorithm filter, an LMS adaptive filter.  It doesn't
14   measure the acoustic feedback.  It doesn't measure the
15   amplitude and phase.  It does it differently, and it uses
16   the filter itself inside the hearing aid to create the
17   solution.
18         I would like to give you a little overview about
19   the company, too, just say a little bit more.
20         We invent things internally.  We have over, you
21   will hear that we have over 450 inside scientists and
22   researchers.  You will hear the millions of dollars that we
23   spend on our own research.  But you will hear that we also,
24   this is kind of unique about the Demant Group, we are
25   actually owned by a charitable foundation, 60 percent.  And

1    the same phase and amplitude.  It has to in order to cancel

2    it, but it wasn't measured it ahead of time to get it.  It

3    keeps looking and hunting around, seeing, am I close, am I

4    close, is it going to work?

5              When it works, he's got the right coefficient,

6    but it never measures the phase and amplitude ahead of time

7    and puts it into the filter and says, I hope it works.

8    That's what's in the patent.  The patent says measure it

9    ahead of time, put it in and hope it works.  The way this

10   works is, I'm changing all the time.  I'm looking all the

11   time.  I am making sure it works and I'm never measuring

12   phase and amplitude.

13             Now, this is well before, again, Dr. Levitt's

14   date of invention.

15             Can we go back to the time line?

16             And what did Mr. Best do?  Dr. Best.  Dr. Best

17   went into a -- in front of his professors, gave his thesis,

18   gave a public presentation on his thesis, deposited his

19   thesis in the -- in his library and it was -- that was

20   a lack of dedication.  So he was dedicating it to the

21   public.

22

23

24

25

1    side-by-side view.  What this shows on the left-hand side is

2    Dr. Levitt's patent, his programming approach.  And on the

3    right-hand side is how modern-day hearing aids, the hearing

4    aids that the two defendants in this case actually make and

5    use and people wear.

6            Now, on the left side, the programming approach,

7    as Mr. Romary had mentioned, the coefficients necessary to

8    cancel feedback are programmed by this audiologist.  On the

9    audiologist's table, we see, there is a host controller and

10   there is a computer, all external to the hearing aid.

11           What happens is, the patient comes into the

12   audiologist's office.  They do some testing.  And they

13   figure out, okay, what's the best way to cancel this

14   feedback?  They send these coefficients to the hearing aid.

15   And that's it.  They can't change.

16           And at that point in time when they are in this

17   audiologist's office, they are trying to do the best they

18   can to measure the feedback and figure out how you should

19   cancel it.  And they create these coefficients or settings,

20   really, that will cancel the feedback.

21           That might work if the patient doesn't leave.

22   That is the problem.  Once he goes out in the real world,

23   and wants to do day-to-day activities, like chewing, or

24   yawning, or getting on the phone or anything that is

25   different than the feedback condition that exists at that

1    Q.    Do you have to measure phase and amplitude in order to
2    make an LMS filter work?
3    A.    The LMS filters works --
4    Q.    Yes or no, please?
5    A.    Do I have to measure?
6    Q.    Do you have to measure phase and amplitude to make an
7    LMS filter work?  Yes or no?
8    A.    It's not an appropriate question for that kind of
9    signal processing.
10              MR. STEINBERG:  Your Honor, the witness can
11   explain his answer.
12              MR. ROMARY:  Yes, but the witness has to give me
13   a yes or no before he explains, sir.
14              THE COURT:  I'm going to ask you that you reput
15   the question.  Rephrase the question, please.
16              MR. ROMARY:  Yes, sir.
17   BY MR. ROMARY:
18   Q.    According to your understanding of an LMS filter, do
19   you need to have -- do you need to know the phase and
20   amplitude that you want to make an LMS filter operate?  Yes
21   or no?
22   A.    The answer to your question is no, but I'd like to
23   explain what this is all about.
24        In an LMS filter, you have a digital filter with
25   co-efficients --

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              IN AND FOR THE DISTRICT OF DELAWARE

 3
                          -  -  -
 4

 5    ENERGY TRANSPORTATION,           :  Civil Action
      INC.,                            :
 6                                     :
                   Plaintiff,          :
 7                                     :
           v.                          :
 8                                     :
      WILLIAM DEMANT HOLDINGS A/S,     :
 9    et al.,                          :
                                       :
10              Defendants.            :  No. 05-422 (GMS)

11                        -  -  -

12                   Wilmington, Delaware
                  Wednesday, January 23, 2008
13                       8:30 a.m.
                    Third Day of Trial
14
                          -  -  -
15
      BEFORE:  HONORABLE GREGORY M. SLEET, Chief Judge
16

17

18    APPEARANCES:

19              EDMOND D. JOHNSON, ESQ.
                Pepper Hamilton LLP
20                    -and-
                MARTY STEINBERG, ESQ.,
21              BRIAN M. BUROKER, ESQ., and
                MAYA M. ECKSTEIN, ESQ.
22              Hunton & Williams
                (Washington, D.C.)
23
                                  Counsel for Plaintiff
24

25
```

```
 1     APPEARANCES CONTINUED:

 2                     MARY B. GRAHAM, ESQ.
                       Morris, Nichols, Arsht & Tunnell
 3                          -and-
                       JOHN M. ROMARY, ESQ.,
 4                     GREGORY C. GRAMENOPOULOS, ESQ.,
                       VINCENT KOVALICK, ESQ.,
 5                     KAY HILL, ESQ.,
                       GERSON S. PANITCH, ESQ., and
 6                     ARTHUR A. SMITH, ESQ.
                       Finnegan, Henderson, Ford, Farabow & Dunner
 7                     (Washington, D.C.)

 8                                     Counsel for
                                       Demant Defendants
 9
                       DONALD E. REID, ESQ.
10                     Morris, Nichols, Arsht & Tunnell
                            -and-
11                     WILLIAM H. MANDIR, ESQ.,
                       JOHN SCHERLING, ESQ.,
12                     CARL J. PELLEGRINI, ESQ.,
                       BRIAN SHELTON, ESQ.,
13                     MATTHEW KAPLAN, ESQ., and
                       J. WARREN LYTLE, JR., ESQ.
14                     Sughrue Mion
                       (Washington, D.C.)
15
                                       Counsel for Widex
16                                     Defendants

17                          -   -   -

18

19

20

21

22

23

24

25
```

T. Westermann - designations

1                MR. MANDIR:  He is not going to be here, Your

2       Honor.

3                THE COURT:  And I take it, there is no

4       objection?

5                MR. MANDIR:  No.

6                THE COURT:  By the way, I don't recall this

7       matter having come up, which I think it should have, during

8       the pretrial process.  But in any event, let's move on.  You

9       can proceed forward without that deposition.

10                Ms. Walker, you can bring the jury back in.

11                (Jury returned.)

12                THE COURT:  Please take your seats, ladies and

13      gentlemen.  The plaintiff is going to move on to another

14      witness.  Hopefully, we'll be able to understand him or her

15      a little better.

16                MR. STEINBERG:  We're calling Tom Westermann by

17      video, Your Honor.

18                THE COURT:  Okay.

19                (Video played.)

20                "Question:  Okay.  We are here today in

21      Copenhagen and you have two attorneys next to you.  Are they

22      representing you in your individual capacity or only as the

23      corporate representative of Widex A/S?

24                "Answer:  Only as corporate.

25                "Question:  Mr. Westermann, would you please

1    Q.    And the Demant group is Oticon and Bernafon?

2    A.    Correct.

3    Q.    I am going to show you an Oticon document that is

4    marked JX-138.  I believe that's in the juror books.

5    A.    This is one of the technical documents that I looked

6    at.  It's their anti-feedback algorithm.

7    Q.    What do you understand the AFB to stand for?

8    A.    Anti-feedback.

9    Q.    What is the anti-feedback algorithm in the Oticon

10   products?

11   A.    I believe it's shown in the next demonstrative there.

12   Q.    Let's take a look at Brown D-2.  Where did this

13   diagram come from, sir?

14   A.    This came from their documentation, the engineering

15   document.  You saw the cover page of it.

16   Q.    This came out of Oticon's documents?

17   A.    Yes, we had Oticon documents.  It is Figure 13 of

18   Oticon's document on anti-feedback.

19              If you look at this -- the pointer doesn't

20   point, so we will just talk.

21              Unlike normal engineering diagrams, we have the

22   input on the right and the output on the left, we have the

23   microphone on the right at the top here.

24              Do we have color?  There it is.

25              And we have a speaker on the left.  And then we

1    have a transmission channel between the microphone and the

2    receiver or speaker.  And then at the bottom of this we have

3    the update module, which is the area where the coefficients

4    are calculated for the filter.  And those coefficients are

5    loaded up into the filter, which is shown here in it looks

6    to me like almost orange.  And the filter is in a feedback

7    channel between the output and the input.

8    Q.    How did you know to rely on this particular diagram

9    out of the Oticon documents?

10   A.    Well, first off, it's their engineering documents that

11   defines how they are doing things.  Secondly, Dr. Gloster,

12   who you will hear from later, assured me he looked at the

13   documents and told me that they were essentially correct, at

14   least as far as infringement is concerned.

15   Q.    Who is Dr. Gloster again?

16   A.    He is a professor from, I have forgotten the

17   university in Washington there.  But he is an expert in HDL

18   and DHDL languages.  These are languages that we use to

19   define, hardware description language, HDL, and that's how

20   these chips are designed.  You design them in a language

21   which will then tell the synthesizer how to actually execute

22   the chip.

23   Q.    Going back to Claim 16, did you find that the Oticon

24   products that employ the anti-feedback algorithm determine

25   the effect on the amplitude and phase of the signal in the

1    transmission channel as a function of frequency of acoustic

2    feedback between the receiver and the microphone?

3    A.    Yes, I did.

4    Q.    Where is that shown again?

5    A.    The blue element at the bottom does the determining.

6    This is the WLMS -- it is the update module, which contains

7    the LMS routine.  The coefficients are loaded into the

8    buffer, which is the small box directly above it.  And the

9    buffer then passes them up into the filter, where the

10   coefficients are provided to the filter from the update

11   module.

12   Q.    What is your understanding of what an LMS algorithm

13   is?

14   A.    This the least mean squared algorithm is the routine,

15   in this case it is a hardware one, but it is a routine to

16   look at the coherence between the output and the input and

17   determine when there is a signal present and iterate to a

18   final solution, which closely approximates the elimination

19   feedback by reducing the error term to a null.

20   Q.    Does the LMS algorithm specifically measure phase and

21   amplitude?

22   A.    No, it doesn't.  It determines the effect on phase and

23   amplitude.  And that's what the claim requires.  It is true

24   that, mathematically speaking, the coefficients define the

25   amplitude and phase.  But it's not necessary for them to be

 1    update module can use that for its next calculation.

 2    Q.    Did you determine whether or not the update module

 3    provides coefficients to the filter in this diagram?

 4    A.    Yes, I did.

 5    Q.    Does it?

 6    A.    Yes, it does.

 7    Q.    What is the significance of any of the line from the

 8    buffer up to the FIR box?

 9    A.    Well, the line from the buffer up to the FIR block is

10    actually a bus line, meaning there is a lot of data in it.

11    The fact that it shows a diagonal arrow through the FIR

12    block means that it can be reprogrammed.

13    Q.    I would like to direct your attention, we are still

14    looking at the same document, but a few pages later, that

15    ends in the Bates number DEM5186.

16          Did you rely on the text in this document,

17    JX-138, as well?

18    A.    Yes, I did.

19    Q.    I am going to direct your attention to the first full

20    paragraph there, if we can get that blown up.

21    A.    Unfortunately, you have to blow it up.

22    Q.    Can you read what this says?

23    A.    "The feedback is canceled, or rather reduced, by the

24    use of an internal feedback path.  The internal feedback

25    path should have the same transfer function as the external

```
 1                   IN THE UNITED STATES DISTRICT COURT

 2                   IN AND FOR THE DISTRICT OF DELAWARE

 3
                               -   -   -
 4

 5     ENERGY TRANSPORTATION,          :   Civil Action
       INC.,                           :
 6                                      :
                    Plaintiff,          :
 7                                      :
            v.                          :
 8                                      :
       WILLIAM DEMANT HOLDINGS A/S,     :
 9     et al.,                          :
                                        :
10                  Defendants.         :   No. 05-422 (GMS)

11                             -   -   -

12                    Wilmington, Delaware
                    Thursday, January 24, 2008
13                         9:07 a.m.
                    Fourth Day of Trial
14
                               -   -   -
15
       BEFORE:  HONORABLE GREGORY M. SLEET, Chief Judge
16

17

18     APPEARANCES:

19                  EDMOND D. JOHNSON, ESQ.
                    Pepper Hamilton LLP
20                       -and-
                    MARTY STEINBERG, ESQ.,
21                  BRIAN M. BUROKER, ESQ., and
                    MAYA M. ECKSTEIN, ESQ.
22                  Hunton & Williams
                    (Washington, D.C.)
23
                                     Counsel for Plaintiff
24

25
```

```
 1    APPEARANCES CONTINUED:

 2                  MARY B. GRAHAM, ESQ.
                    Morris, Nichols, Arsht & Tunnell
 3                      -and-
                    JOHN M. ROMARY, ESQ.,
 4              GREGORY C. GRAMENOPOULOS, ESQ.,
                 VINCENT KOVALICK, ESQ.,
 5               KAY HILL, ESQ.,
                 GERSON S. PANITCH, ESQ., and
 6               ARTHUR A. SMITH, ESQ.
                 Finnegan, Henderson, Ford, Farabow & Dunner
 7               (Washington, D.C.)

 8                                        Counsel for
                                          Demant Defendants
 9
                 DONALD E. REID, ESQ.
10               Morris, Nichols, Arsht & Tunnell
                       -and-
11               WILLIAM H. MANDIR, ESQ.,
                 JOHN SCHERLING, ESQ.,
12               CARL J. PELLEGRINI, ESQ.,
                 BRIAN SHELTON, ESQ.,
13               MATTHEW KAPLAN, ESQ., and
                 J. WARREN LYTLE, JR., ESQ.
14               Sughrue Mion
                 (Washington, D.C.)
15
                                        Counsel for Widex
16                                      Defendants

17                    -  -  -

18

19

20

21

22

23

24

25
```

Brown - cross

1    know the phase.

2    Q.    Do you need to know the amplitude?

3    A.    Again, you need information from that.  You do not

4    need to measure the amplitude.

5    Q.    So you do not need, in an LMS filter, to have that

6    phase shifter and amplifier information to run the LMS

7    filter, do you?

8    A.    The filter provides that information when you provide

9    it with the coefficients and you look for the error term

10   that is the null reading in the host controller of Dr.

11   Levitt's example.

12   Q.    Yes or no, do you need to know the phase and

13   amplitude output of that phase shifter or that amplifier to

14   run an LMS filter?

15   A.    You do need to measure the phase and amplitude, you

16   measure the result.

17   Q.    In fact, isn't one of the advantages of an LMS filter

18   that you don't have to know the result before you start?

19   You don't have to know what phase and amplitude you need

20   when you start using it?  That's one of the advantages,

21   isn't it?

22   A.    That's right.  It's an approved way to do the null

23   routine.

24   Q.    Yes, and you don't need to know the phase and

25   amplitude in order to run the LMS algorithm?

Brown - cross

1    A.    Well, phase and amplitude are defined by the

2    coefficient when you have reached the answer.

3    Q.    Right.  It gives you the answer, but you don't need

4    to know ahead of time what the answer is with an LMS filter,

5    do you?

6    A.    No, you start out even at zero and approximate to the

7    answer.

8    Q.    And that is pretty different than having to know the

9    answer before you start and then putting the coefficients

10   in, isn't it?

11   A.    It's an improvement.

12                MR. ROMARY:  Just give me a moment.  I'm

13   checking that we have covered everything.

14   BY MR. ROMARY:

15   Q.    The accused devices, they don't use a test signal in

16   the same way that Dr. Levitt does, do they?

17   A.    I don't believe these two defendants' accused devices

18   use a test signal.

19   Q.    The accused devices don't have to disconnect or open

20   the loop for the microphone when they're correcting for

21   acoustic feedback, do they?

22   A.    Dr. Levitt didn't correct for acoustic feedback

23   with a microphone open.  He used a microphone open when he

24   was applying the filter coefficients for the patient

25   prescription and the accused devices take the audiogram