**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 05-CV-422-GMS |
| v. | § | |
| | § | |
| SONIC INNOVATIONS, INC., et al. | § | |
| | § | |
| Defendants. | § | |

**DECLARATION OF JONATHAN D. PUTNAM IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PREJUDGMENT INTEREST AND POST-JUDGMENT INTEREST**

The undersigned, Jonathan D. Putnam, makes this declaration based on personal knowledge and pursuant to 28 U.S.C. § 1746. I hereby state as follows:

## I. BACKGROUND

1. I am currently a vice-president at CRA International, a management consulting and litigation support firm, where I specialize in intellectual property- and antitrust-related litigation. I am also a research associate at the University of Toronto's Institute for Policy Analysis. I hold a Ph.D. in economics from Yale University, specializing in the valuation of patent rights.

2. I have been retained by Widex A/S, Widex Hearing Aid Co., Inc. ("Widex"), Oticon A/S, Oticon, Inc., Bernafon AG, Bernafon, LLC, WDH, Inc., and William Demant Holding A/S ("Demant") (collectively the "Defendants") in this matter, and testified on their behalf at trial.

3. Counsel for the Defendants have asked me to review the motion of Plaintiff Energy Transportation Group, Inc. ("ETG") for prejudgment interest and post-judgment interest (D.I. 532) ("ETG Brief"), and the declaration of Mr. Terry Musika filed in support of the Plaintiff's Motion ("Musika Declaration"). I have also been asked to compute independently the amount of prejudgment interest owed by each Defendant, should the Court direct the Defendants to pay it.

## II. THE MUSIKA DECLARATION

4. At trial, Mr. Musika testified that:

   (a) the Defendants' infringing sales, therefore their liability, began in 2001;[1]

   (b) the appropriate measure of damages was a running royalty on the Defendants' actual sales;[2] and

   (c) each of the Defendants is a very profitable company.[3]

5. In the Musika Declaration, however, Mr. Musika assumes that:

   (a) the Defendants' liability began in the first quarter of 2001;[4]

   (b) the appropriate measure of damages is computed as equal payments over the succeeding twenty-four quarters;[5] and

   (c) each of the Defendants exhibits an average level of profitability and associated risk (as reflected in Mr. Musika's use of the prime lending rate).[6]

6. Mr. Musika also makes several other basic errors involving the data, methods, and concepts used to compute prejudgment interest. As I explain in more detail below, these errors include:

   (a) *Data.* The interest rate that Mr. Musika claims to be the prime rate published by the Federal Reserve is not, in fact, the published rate.[7]

---

[1] Mr. Musika computed damages as his estimate of the royalty base multiplied by his estimate of the royalty rate. (Musika, Tr. 851:14-856:18 (direct).) For Demant, the documents cited in support of the royalty base show that sales began in the fourth quarter of 2001. (JX 36, JX 40.) For Widex, the sales of the accused products also began in the fourth quarter of 2001. (JX 199.) The Widex quarterly sales for 2002-2006 are set forth in JX 216.

[2] (Musika, Tr. 851:14-856:18 (direct).)

[3] (Musika, Tr. 876:6-878:25 (direct).)

[4] (Musika Decl. at ¶ 6.)

[5] (*Id.*)

[6] (Musika Decl. at ¶ 4.) The prime rate is an average of the rates charged to all corporate borrowers. Less risky borrowers (as determined by a debt rating service, such as Moody's) pay less than the prime rate.

[7] The rates published on the Federal Reserve Board's website, http://www.federalreserve.gov/releases/h15/data.htm (last visited April 22, 2008), are attached as Table 2.

(b) *Methods.* Mr. Musika uses the incorrect formula for converting annual interest rates to quarterly rates.

(c) *Concepts.* In attempting to make ETG whole, Mr. Musika omits the fact that ETG would have owed quarterly income tax payments on the royalties it received, and so compounds the interest at pre-tax, rather than after-tax, interest rates.

7. In the aggregate, Mr. Musika's errors overstate ETG's total claim for prejudgment interest against the Defendants ($9.3 million) by at least $3.4 million. (*See* Table 1, (Corrections 1-5).) In other words, Mr. Musika's calculations are still more than 50% ($3.4 million / $5.9 million) higher than what is justified to make ETG whole.

8. In addition, the Musika Declaration assumes that the Court will award prejudgment interest at the prime rate (i.e., a risky interest rate), which is an average of the rates paid by all corporate borrowers and which reflects their average risk of defaulting on their loans.[8]

9. In contrast, the rate paid by the U.S. Treasury on its debt is risk-free. In economic terms, the Treasury rate reflects the pure time value of money, with no default risk.[9]

10. While it is not clearly erroneous to select a risky interest rate for prejudgment interest, there is no economic justification for doing so in this case. As explained in Section IV, various economic indicia suggest that the use of a risk-free rate is more appropriate for

---

[8] Even the average *large* corporate borrower pays less than the prime rate:

> In fact, rates at prime or above are predominantly for customers who borrow less than $1 million. Large loans (presumably associated with larger customers) paid much less. . . . [T]he largest customers pay below average rates and receive even larger discounts to prime, presumably because they are less risky, less costly to service, and/or are able to access more competitive non-bank financing. For the data as a whole, it is evident that over 80% of all loans (by dollar value) pay less than prime.

Roy J. Epstein, "Prejudgment Interest Rates In Patent Cases: Don't Compound An Error," ABA IPL Newsletter 24(2) (Winter 2006), p. 10. As I explain below, especially credit-worthy corporate borrowers pay still less.

[9] There is no default risk on public debt because the government can repay its debts through taxation.

computing the time value of ETG's money. Paid at that rate, total prejudgment interest should be $1.792 million for Demant and $1.870 million for Widex.

## III. THE CORRECT CALCULATION OF PREJUDGMENT INTEREST

11. Table 1 corrects each of the above-noted errors in the Musika Declaration and shows the incremental and cumulative effects of these corrections on ETG's calculation of prejudgment interest for Demant and Widex.[10] The details of the calculations are shown in Schedule A (Demant) and Schedule B (Widex).[11]

12. Table 1 is organized so that each correction incorporates the corrections preceding it. Thus, "Correction 5" includes corrections for all of the identified errors in the Musika Declaration, other than the selection of the prime rate.

13. I have been advised that the selection of the appropriate rate of prejudgment interest lies within the discretion of the Court. Accordingly, Correction 5 assumes that the Court selects the prime rate. "Correction 6" incorporates all of the prior corrections, but calculates prejudgment interest using the Moody's Aaa rate, which is the appropriate risky rate, if a risky rate is to be chosen. "T-bill rate" makes the same corrections but calculates prejudgment interest using the risk-free (three-month Treasury bill) rate, which is more appropriate under the facts of this case.

14. *Baseline.* These calculations reproduce the results presented in the Musika Declaration. As stated in its motion, ETG seeks prejudgment interest totaling $4.8 million from Demant and $4.5 million from Widex.

---

[10] Since the calculations are cumulative, each error is calculated, assuming that the previous errors in sequence have been corrected. Taken in isolation, each error (after the first) is larger than I have reported.

[11] The calculations in Schedules A and B compute prejudgment interest through February 8, 2008, the date on which the Court entered judgment.

15. *Compounding (Correction 1).* The correct formula for within-year compounding[12] reduces Demant's and Widex's interest obligations by about $137,000 and $128,000, respectively.

16. *Start date 4Q01 (Correction 2).* ETG's calculations assume that payment would have been made beginning with the first quarter of 2001. That view is contrary to the facts.[13] It also inflates the calculation of prejudgment interest, because it increases, by three-fourths of a year, the interval over which prejudgment interest should be calculated.

17. To remove the effects of requiring premature payment, I left Mr. Musika's "equal spacing" method intact, but divided damages into twenty-one equal payments (beginning in the fourth quarter of 2001) rather than twenty-four equal payments (beginning in the first quarter of 2001) to correspond to the interval over which sales of the Accused Products actually occurred. I find that prejudgment interest falls by an additional $386,000 (Demant) and $362,000 (Widex).

18. *Running royalty on actual sales (Correction 3).* The Plaintiff's Motion cites a method used by Judge Jordan in a 2003 case:

> [T]he prejudgment interest awarded was derived by taking the damages award ($7,322,000) and spreading it out over seven (7) hypothetical royalty payments the patent infringer would have paid the patent owner during the term of the hypothetical license.[14]

ETG does not say what facts led Judge Jordan to adopt this method in that case. More importantly, Mr. Musika does not offer any justification for it in this case.

---

[12] The correct formula for converting an annual interest rate, $r_a$, to a quarterly rate, $r_q$, is $r_q = (1 + r_a)^{(1/4)} - 1$. Mr. Musika uses the incorrect formula $r_q = r_a / 4$. For example, if the interest rate over a year is 8%, then the interest rate that, compounded quarterly, yields an annual interest rate of 8% is $(1.08)^{(1/4)} - 1 = 1.94\%$, not $8\% / 4 = 2\%$. Mr. Musika's formula overstates the annual rate by $(1.02)^4 - 1 = 8.24\% - 8\% = 0.24\%$, i.e., by almost ¼ of a percentage point.

[13] *See* note 1.

[14] (ETG Br. at 5.)

19. On the contrary, at trial, Mr. Musika testified that for Demant and Widex, damages should be calculated as a running royalty on actual sales.[15] Similarly, counsel for ETG sought admissions to support the award of a running royalty.[16] At no time did Mr. Musika suggest that a fixed payment, whole or "equally spaced," was within the contemplation of the parties in a hypothetical negotiation.

20. Mr. Musika's "equal spacing" method accelerates the royalty payments to an earlier point in time. As Figures 1 and 2 show, the bulk of the Defendants' sales for the Accused Products occurred toward the end of the infringement period, not equally over the period. By shifting the royalty payments to an earlier point in time, Mr. Musika artificially increases the interest owed on them, particularly when interest is compounded. This error is particularly pronounced in the case of Demant.[17]

21. Expressed as a percentage of infringing sales, the royalty rate awarded by the jury against Demant was 3.9% (16 / 408.9); against Widex, 5.0% (15 / 301.9) (all figures in millions). Had the Defendants actually paid royalties at these rates, the payments would have been made according to the schedule shown in "Correction 3" of Table 1, Schedules A and B. I have also graphed these running royalty payments and compared them to Mr. Musika's "equal spacing" method in Figures 1 and 2. Computed using the jury's royalty on the Defendants' actual sales, rather than Mr. Musika's "equal spacing" method over the same interval, prejudgment interest falls by an additional $634,000 (Demant) and $67,000 (Widex).

---

[15] (Musika, Tr. 851:14-856:18 (direct).)

[16] (Donohoe, Tr. 1845:14-1847:19 (cross).)

[17] Between the equal spacing and accelerated start of payments, Mr. Musika's proposal adds almost exactly one year to the average age of the Demant royalty payments. Since the average interest rate is over 6% per year on a $16 million damages award, these errors alone add more than $1 million to Demant's prejudgment interest (Correction 3 + Correction 4).

22. *Prime rate (Correction 4).* The Musika Declaration claims to have employed "the prime rate as it is promulgated by the Board of Governors of the Federal Reserve Board."[18] The attached schedules refer generally to "federalreserve.gov" but do not provide a specific address on the Federal Reserve's website.

23. The rates used by Mr. Musika do not correspond to the rates reported under the Federal Reserve Statistical Release H.15, "Selected Interest Rates – Historical Data."[19] In fact, this site does not report interest rates on a quarterly basis at all.[20]

24. To obtain quarterly rates, I computed the geometric mean of the monthly rates[21] reported by the Federal Reserve over the quarter in question.[22] This simply means that I used the average of the interest rates reported over the quarter. In some cases, the quarterly rates reported are higher than those used by Mr. Musika; in other cases, they are lower. On balance, the use of the correct interest rates reduces prejudgment interest by $32,000 (Demant) and $49,000 (Widex).

25. *After-tax compounding (Correction 5).* To make ETG whole, the Court must consider the financial position that ETG would have been in had it actually received the hypothetical royalty payments. After receiving quarterly royalty payments, ETG would have owed quarterly corporate income taxes on those payments. Taxes in the current period reduce the balance on which interest is computed in the next period. This lessens the effects of interest compounding. To ignore the effect of income taxes on interest

---

[18] (Musika Decl. at ¶ 4.)

[19] *See* http://www.federalreserve.gov/releases/h15/data.htm (last visited April 22, 2008). The entire dataset of interest rates is available at http://www.federalreserve.gov/Releases/H15/data/h15.zip.

[20] The available reporting intervals are "Business day," "Weekly (Friday)," "Monthly," and "Annual."

[21] Available at http://www.federalreserve.gov/releases/h15/data/Monthly/H15_PRIME_NA.txt (last visited April 22, 2008).

[22] $r_q = [(1 + r_{m1}) \times (1 + r_{m2}) \times (1 + r_{m3})]^{(1/3)} - 1$, where $r_{mi}$ is the rate for month $i$ of the quarter and $r_q$ is the quarterly average. (*See* Table 2.)

compounding is to put ETG in a better position than it would have been in had the Defendants not infringed.

26. The correct method is to compound interest at the after-tax rate of interest, then to "gross up" the after-tax result to the pre-tax level, to reflect the fact that the Plaintiff will pay taxes on a lump-sum damages award. The "gross-up" is accomplished by multiplying the after-tax award by a factor that allows the Plaintiff to pay taxes on the lump-sum damages award while maintaining the position it would have occupied had it been receiving and paying taxes on the royalty payments over time. That factor is $1 / (1 - t)$, where $t$ is the tax rate.[23]

27. Correction 5 implements this procedure: I compound interest using the after-tax interest rate and gross up the result (multiplying by a factor of $1 / (1 - t)$) to produce a pre-tax damages award.[24] Under that assumption, Demant's prejudgment interest is reduced by an additional $73,000; Widex's, by $91,000.[25]

---

[23]For example, if interest accumulates over two periods, but taxes are paid each period, one should award total interest as $[(1 + r(1 - t)) \times (1 + r(1 - t)) - 1] / (1 - t)$ (where $r$ is the interest rate). If the interest rate is 10% and the tax rate is 40%, this becomes $[(1 + 0.10(1 - 0.4)) \times (1 + 0.10(1 - 0.4)) - 1] / (1 - 0.4)$, which reduces to $[(1.06) \times (1.06) - 1] / 0.6 = 0.206$, or 20.6%. Multiplied by $1 million, this calculation yields the correct prejudgment interest payment of $206,000. Using the incorrect formula $(1 + r) \times (1 + r) - 1$, as in the Musika Declaration, prejudgment interest is overstated: $1.10 \times 1.10 - 1 = 21\%$, or $210,000). The overstatement is greater, the more frequent the compounding and the longer the compounding period.

[24] I have illustrated Mr. Musika's error using the assumption that ETG's marginal tax rate would have been 25% had it been receiving the hypothetical royalty payments. The marginal tax rate is the rate paid on the *additional* royalty income that ETG ought to have received. For example, in 2002, ETG hypothetically would have received about $4.44 million more in royalty income. While various factors, such as loss carryforwards, might have reduced ETG's marginal tax rate in 2002, it is reasonable to assume an average marginal tax rate over the infringement period (during which time ETG's income would have *increased* by $31 million) of at least 25%.

[25] To give the Court some guidance in selecting the final figure, I have bracketed the 25% marginal tax rate assumption using a 15% rate and the maximum 38% corporate rate. The table below shows the reduction in prejudgment interest, relative to Correction 4, for each Defendant, under these alternative assumptions:

**Reduction in Prejudgment Interest Under Alternative ETG Tax Rates**

| ETG's marginal tax rate | Demant | Widex |
|---|---|---|
| 15% | $44,000 | $55,000 |
| **25%** | **$73,000** | **$91,000** |
| 38% | $110,000 | $138,000 |

## IV. THE CHOICE OF INTEREST RATES

28. In selecting the appropriate rate of prejudgment interest, the Court must address two questions:

(a) whether to use a risky interest rate or a risk-free rate; and

(b) if selecting a risky rate, which rate best matches the risk borne by the Plaintiff?

Since the Musika Declaration has already assumed the prime rate, which is a risky rate, I examine the second of these questions first.

### A. Prime Rate vs. Highest-Quality Debt Rates

29. Despite its name, the "prime rate" is not the rate reserved for the most credit-worthy corporate borrowers.[26] The actual rate paid by a corporate borrower depends on its debt rating, which is analogous to a consumer's credit score. Corporate debt ratings are determined by independent rating services, such as Moody's or Standard & Poor's (S&P). These agencies rate companies on a scale that ranges from "Aaa" (Moody's) or "AAA" (S&P) down to "C" (Moody's) or "D" (S&P). Each rating company has four so-called "investment grades" of corporate debt. The Aaa/AAA grade is the highest quality, with minimal credit risk.

30. Both Mr. Musika and counsel for ETG repeatedly emphasized the Defendants' high and stable profit rates to justify their demand for a high royalty rate and a large damages award.[27]

[26] "Although the prime rate had advantages years ago, it has become anachronistic. More accurate data are now available. Moreover, the new data show that the prime rate is too high by a substantial margin for most large defendants despite the widespread belief that it errs on the low side." Epstein, *supra* note 8, p. 10.

[27] (Musika, Tr. 851:7-8, 864:8-865:5, 876:9-877:20 (direct), Steinberg, Tr. 2209:10-22 (closing).)

31. An important corollary of a company's persistently high profitability is the absence of much, if any, credit risk, particularly for companies (like the Defendants) that have low ratios of debt to total assets. To the extent one views the delayed payment of royalties to the Plaintiff as a loan from the Plaintiff to the Defendants, that loan was made to high-quality corporate debtors who posed unusually low risks (to the Plaintiff and to everyone else), and who paid interest at correspondingly low rates.

32. In computing prejudgment interest, Mr. Musika now disregards his testimony regarding the Defendants' high profitability and low risk. As he did in computing the Defendants' supposed "profit rate" on the infringing products, Mr. Musika groups the Defendants with dissimilar firms—in this case, all U.S. firms having average profitability and riskiness, whose interest rates form the prime rate—rather than treating the Defendants individually, taking account of their actual financial positions.

33. If a risky interest rate is to be chosen, the appropriate interest rate for low-risk corporate debtors like Demant and Widex is the Moody's Aaa rate, not the prime rate. Moody's Aaa rate is also reported by the Federal Reserve;[28] the calculations are shown as "Correction 6" of Table 1. Computed at the Moody's Aaa rate, the amount Demant would owe is reduced by an additional $766,000. For Widex, the reduction is $704,000.

34. Taken together, the correction of these six errors reduces Demant's prejudgment interest by $2.029 million, to $2.788 million, and reduces Widex's by $1.402 million, to $3.114 million.

---

[28] http://www.federalreserve.gov/releases/h15/data/Monthly/H15_AAA_NA.txt (last visited April 22, 2008).

**B. Risky vs. Risk-Free Rates**

35. Thus far, I have accepted ETG's assumption that the Court should use a risky interest rate, and have sought to match the level of risk to that which is actually characteristic of the Defendants.

36. I have been informed by counsel that the legal objective for awarding prejudgment interest is to restore the patentee to the position it would have been in had a reasonable royalty been paid at the time of the hypothetical negotiation. Since the risk-free rate reflects the pure time value of money, rather than some combination of the time value of money and the risk of non-payment (i.e., default), the risk-free rate is the financial instrument that most nearly implements the legal objective under the particular facts of this case.

37. The economic justification for awarding prejudgment interest at the risk-free rate is similar. The classic statement is given by Franklin Fisher, an economist at M.I.T.:

> [I]n depriving the plaintiff of an asset . . . , the defendant also relieved it of the risks associated with investment in that asset. The plaintiff is thus entitled to interest compensating it for the time value of money, but it is not also entitled to compensation for the risks it did not bear. Hence prejudgment interest should be awarded at the risk-free interest rate, . . . .[29]

38. These general legal and economic principles are reinforced by the facts of the present case:

(a) ETG and its predecessor, Audimax, are non-producing entities; therefore, ETG and Audimax did not compete with the Defendants and so did not bear marketplace risk due to the lack of funds (competitive risk).

---

[29] F.M. Fisher and R.C. Romaine, "Janis Joplin's Yearbook and the Theory of Damages," *Journal of Accounting, Auditing and Finance* (Winter/Spring 1990), p. 146.

(b) ETG has submitted no evidence that either ETG or Audimax had to borrow funds to replace what it otherwise would have received from the Defendants (liquidity risk).

(c) ETG waited nearly four years after the initial infringement to bring suit against the Defendants, a lack of urgency that indicates that the time value of money for ETG was relatively low.

39. The loss of the time value of money is not due solely, or even mainly, to the conduct of the Defendants. For example, had ETG sued in early 2002, after the present Defendants' commenced selling the Accused Products its recovery of interest would have been limited to less than 10% of the damages award. By waiting until mid-2005 and introducing its other errors, ETG seeks interest payments equal to more than 30% of the damages award ($9.3 million / $31 million).

40. Should the Court elect to award interest for the time value of money only, I have computed prejudgment interest using the three-month Treasury bill rate published by the Federal Reserve (denoted "T-bill rate" in Table 1).30 Using that rate, and correcting Mr. Musika's other errors, I find that Demant's prejudgment interest payment should be $1.792 million through February 8, 2008, while Widex's should be $1.870 million. Taken together, this amounts to 11.8% of damages ($3.662 million / $31 million).

[30] http://www.federalreserve.gov/releases/h15/data/Monthly/H15_TB_M3.txt (last visited April 22, 2008).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of May, 2008.

Jonathan D. Putnam

#1588340

**Table 1**
**Summary of prejudgment interest owed by Demant and Widex**
(000s)

| | Demant | | | Widex | | |
|---|---|---|---|---|---|---|
| | Pre-judgment interest | Incremental error | Cumulative error | Pre-judgment interest | Incremental error | Cumulative error |
| **Equal spacing** | | | | | | |
| **Baseline**<br>Reproduce Musika | $4,817 | $0 | $0 | $4,516 | $0 | $0 |
| **Correction 1**<br>Correct compounding | $4,680 | $137 | $137 | $4,387 | $128 | $128 |
| **Correction 2**<br>Correct compounding<br>Payments begin 4Q01 | $4,293 | $386 | $523 | $4,025 | $362 | $490 |
| **Running royalty** | | | | | | |
| **Correction 3**<br>Correct compounding<br>Sales begin 4Q01 | $3,659 | $634 | $1,157 | $3,958 | $67 | $558 |
| **Correction 4**<br>Correct compounding<br>Sales begin 4Q01<br>Correct prime rate | $3,627 | $32 | $1,190 | $3,909 | $49 | $607 |
| **Correction 5**<br>Correct compounding<br>Sales begin 4Q01<br>Correct prime rate<br>Use after-tax rate | $3,554 | $73 | $1,263 | $3,818 | $91 | $698 |
| **Correction 6**<br>Correct compounding<br>Sales begin 4Q01<br>Use Moody's Aaa rate<br>Use after-tax rate | $2,788 | $766 | $2,029 | $3,114 | $704 | $1,402 |
| **T-bill rate**<br>Correct compounding<br>Sales begin 4Q01<br>Use after-tax rate | $1,792 | $996 | $3,025 | $1,870 | $1,244 | $2,646 |

*Notes and sources*

Prejudgment interest is computed through February 8, 2008, the date on which the Court entered judgment.

**Table 1, Schedule A**
**Prejudgment interest - Demant**
(000s)

**Assumptions**

| | |
|---|---|
| Damages ($M) | $16 |
| Implied royalty rate | 3.9% |
| ETG marginal tax rate | 25% |

| | | 1Q01 | 2Q01 | 3Q01 | 4Q01 | 1Q02 | 2Q02 | 3Q02 | 4Q02 | 1Q03 | 2Q03 | 3Q03 | 4Q03 | 1Q04 | 2Q04 | 3Q04 | 4Q04 | 1Q05 | 2Q05 | 3Q05 | 4Q05 | 1Q06 | 2Q06 | 3Q06 | 4Q06 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Equal spacing** | Royalty payment | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $16,000 |
| **Baseline** | Annual rate | 8.00% | 6.75% | 6.00% | 4.75% | 4.75% | 4.75% | 4.75% | 4.25% | 4.25% | 4.00% | 4.00% | 4.00% | 4.00% | 4.25% | 4.75% | 5.25% | 5.75% | 6.25% | 6.75% | 7.25% | 7.75% | 8.25% | 8.25% | 8.25% | |
| Reproduce Muslka | Quarterly rate | 2.00% | 1.69% | 1.50% | 1.19% | 1.19% | 1.19% | 1.19% | 1.06% | 1.06% | 1.00% | 1.00% | 1.00% | 1.00% | 1.06% | 1.19% | 1.31% | 1.44% | 1.56% | 1.69% | 1.81% | 1.94% | 2.06% | 2.06% | 2.06% | |
| | Interest factor | 1.50 | 1.47 | 1.45 | 1.43 | 1.42 | 1.40 | 1.38 | 1.37 | 1.36 | 1.34 | 1.33 | 1.32 | 1.30 | 1.29 | 1.27 | 1.26 | 1.24 | 1.22 | 1.20 | 1.18 | 1.16 | 1.13 | 1.11 | 1.09 | |
| | Interest | $332 | $316 | $301 | $290 | $278 | $267 | $256 | $247 | $237 | $228 | $219 | $211 | $202 | $193 | $183 | $172 | $160 | $147 | $134 | $119 | $104 | $89 | $74 | $59 | $4,817 |
| **Correction 1** | Annual rate | 8.00% | 6.75% | 6.00% | 4.75% | 4.75% | 4.75% | 4.75% | 4.25% | 4.25% | 4.00% | 4.00% | 4.00% | 4.00% | 4.25% | 4.75% | 5.25% | 5.75% | 6.25% | 6.75% | 7.25% | 7.75% | 8.25% | 8.25% | 8.25% | |
| Correct compounding | Quarterly rate | 1.94% | 1.65% | 1.47% | 1.17% | 1.17% | 1.17% | 1.17% | 1.05% | 1.05% | 0.99% | 0.99% | 0.99% | 0.99% | 1.05% | 1.17% | 1.29% | 1.41% | 1.53% | 1.65% | 1.77% | 1.88% | 2.00% | 2.00% | 2.00% | |
| | Interest factor | 1.46 | 1.46 | 1.44 | 1.42 | 1.41 | 1.39 | 1.37 | 1.36 | 1.35 | 1.33 | 1.32 | 1.31 | 1.29 | 1.28 | 1.27 | 1.25 | 1.23 | 1.21 | 1.19 | 1.17 | 1.15 | 1.13 | 1.11 | 1.09 | |
| | Interest | $323 | $307 | $293 | $282 | $271 | $260 | $249 | $240 | $231 | $222 | $213 | $204 | $198 | $187 | $177 | $166 | $155 | $143 | $129 | $116 | $101 | $88 | $71 | $57 | $4,660 |
| **Correction 2** | Royalty payment | | | | $762 | $762 | $762 | $762 | $762 | $762 | $762 | $762 | $762 | $762 | $762 | $762 | $762 | $762 | $762 | $762 | $762 | $762 | $762 | $762 | $762 | $16,000 |
| Correct compounding | Annual rate | | | | 4.75% | 4.75% | 4.75% | 4.75% | 4.25% | 4.25% | 4% | 4% | 4% | 4% | 4.25% | 4.75% | 5.25% | 5.75% | 6.25% | 6.75% | 7.25% | 7.75% | 8.25% | 8.25% | 8.25% | |
| Payments begin 4Q01 | Quarterly rate | | | | 1.17% | 1.17% | 1.17% | 1.17% | 1.05% | 1.05% | 0.99% | 0.99% | 0.99% | 0.99% | 1.05% | 1.17% | 1.29% | 1.41% | 1.53% | 1.65% | 1.77% | 1.88% | 2.00% | 2.00% | 2.00% | |
| | Interest factor | | | | 1.42 | 1.41 | 1.39 | 1.37 | 1.36 | 1.35 | 1.33 | 1.32 | 1.31 | 1.29 | 1.28 | 1.27 | 1.25 | 1.23 | 1.21 | 1.19 | 1.17 | 1.15 | 1.13 | 1.11 | 1.09 | |
| | Interest | | | | $322 | $310 | $297 | $285 | $274 | $263 | $253 | $244 | $234 | $224 | $214 | $203 | $190 | $177 | $163 | $148 | $132 | $118 | $98 | $82 | $85 | $4,293 |
| **Running royalty** | Quarterly sales* | | | | $8,442 | $10,078 | $11,775 | $9,268 | $9,516 | $9,041 | $11,226 | $11,036 | $13,618 | $16,162 | $22,813 | $24,711 | $24,463 | $20,418 | $28,149 | $28,885 | $28,202 | $31,592 | $38,810 | $35,770 | $15,895 | $408,890 |
| | Royalty payment | | | | $330 | $394 | $461 | $363 | $372 | $354 | $439 | $432 | $533 | $594 | $893 | $967 | $957 | $799 | $1,101 | $1,130 | $1,104 | $1,236 | $1,519 | $1,400 | $622 | $16,000 |
| **Correction 3** | Annual rate | | | | 4.75% | 4.75% | 4.75% | 4.75% | 4.25% | 4.25% | 4% | 4% | 4% | 4% | 4.25% | 4.75% | 5.25% | 5.75% | 6.25% | 6.75% | 7.25% | 7.75% | 8.25% | 8.25% | 8.25% | |
| Correct compounding | Quarterly rate | | | | 1.17% | 1.17% | 1.17% | 1.17% | 1.05% | 1.05% | 0.99% | 0.99% | 0.99% | 0.99% | 1.05% | 1.17% | 1.29% | 1.41% | 1.53% | 1.85% | 1.77% | 1.88% | 2.00% | 2.00% | 2.00% | |
| Sales begin 4Q01 | Interest factor | | | | 1.42 | 1.41 | 1.39 | 1.37 | 1.36 | 1.35 | 1.33 | 1.32 | 1.31 | 1.29 | 1.28 | 1.27 | 1.25 | 1.23 | 1.21 | 1.19 | 1.17 | 1.15 | 1.13 | 1.11 | 1.09 | |
| | Interest | | | | $140 | $160 | $180 | $136 | $134 | $122 | $146 | $138 | $163 | $175 | $250 | $257 | $239 | $186 | $236 | $219 | $191 | $188 | $198 | $150 | $53 | $3,659 |
| **Correction 4** | Annual rate | | | | 5.15% | 4.75% | 4.75% | 4.75% | 4.45% | 4.25% | 4.24% | 4.00% | 4.00% | 4.00% | 4.00% | 4.42% | 4.94% | 5.44% | 5.91% | 6.43% | 6.96% | 7.43% | 7.90% | 8.25% | 8.25% | |
| Correct compounding | Quarterly rate | | | | 1.26% | 1.17% | 1.17% | 1.17% | 1.09% | 1.05% | 1.04% | 0.99% | 0.99% | 0.99% | 0.99% | 1.09% | 1.21% | 1.33% | 1.45% | 1.57% | 1.70% | 1.81% | 1.92% | 2.00% | 2.00% | |
| Sales begin 4Q01 | Interest factor | | | | 1.42 | 1.40 | 1.38 | 1.37 | 1.35 | 1.34 | 1.33 | 1.31 | 1.30 | 1.29 | 1.28 | 1.26 | 1.25 | 1.23 | 1.21 | 1.19 | 1.17 | 1.15 | 1.13 | 1.11 | 1.09 | |
| Correct prime rate | Interest | | | | $138 | $158 | $177 | $134 | $132 | $120 | $143 | $135 | $160 | $171 | $246 | $253 | $236 | $184 | $234 | $219 | $192 | $189 | $199 | $153 | $54 | $3,627 |
| **Correction 5** | Annual rate | | | | 3.86% | 3.56% | 3.56% | 3.56% | 3.33% | 3.19% | 3.18% | 3.00% | 3.00% | 3.00% | 3.00% | 3.31% | 3.71% | 4.08% | 4.43% | 4.82% | 5.22% | 5.57% | 5.92% | 6.19% | 6.19% | |
| Correct compounding | Quarterly rate | | | | 0.95% | 0.88% | 0.88% | 0.88% | 0.82% | 0.79% | 0.79% | 0.74% | 0.74% | 0.74% | 0.74% | 0.82% | 0.91% | 1.00% | 1.09% | 1.18% | 1.28% | 1.36% | 1.45% | 1.51% | 1.51% | |
| Sales begin 4Q01 | Interest factor | | | | 1.30 | 1.29 | 1.28 | 1.27 | 1.26 | 1.25 | 1.24 | 1.23 | 1.22 | 1.21 | 1.20 | 1.19 | 1.18 | 1.17 | 1.16 | 1.14 | 1.13 | 1.11 | 1.10 | 1.08 | 1.07 | |
| Correct prime rate | Interest | | | | $100 | $114 | $129 | $97 | $96 | $88 | $105 | $99 | $117 | $125 | $180 | $186 | $174 | $135 | $173 | $162 | $142 | $141 | $149 | $114 | $41 | $2,665 (after-tax) |
| Use after-tax rate | | | | | | | | | | | | | | | | | | | | | | | | | | $3,554 (pre-tax) |
| **Correction 6** | Annual rate | | | | 5.19% | 4.97% | 5.03% | 4.76% | 4.71% | 4.50% | 3.98% | 4.27% | 4.24% | 4.09% | 4.44% | 4.23% | 4.11% | 3.99% | 3.86% | 3.62% | 4.03% | 4.04% | 4.42% | 4.26% | 4.04% | |
| Correct compounding | Quarterly rate | | | | 1.27% | 1.22% | 1.24% | 1.17% | 1.16% | 1.11% | 0.98% | 1.05% | 1.04% | 1.01% | 1.09% | 1.04% | 1.01% | 0.98% | 0.95% | 0.94% | 0.99% | 1.00% | 1.09% | 1.05% | 0.99% | |
| Sales begin 4Q01 | Interest factor | | | | 1.29 | 1.27 | 1.26 | 1.24 | 1.23 | 1.22 | 1.21 | 1.19 | 1.18 | 1.17 | 1.16 | 1.14 | 1.13 | 1.12 | 1.11 | 1.10 | 1.09 | 1.08 | 1.07 | 1.06 | 1.05 | |
| Use Moody's Aaa rate | Interest | | | | $96 | $108 | $120 | $89 | $86 | $77 | $90 | $83 | $96 | $100 | $139 | $139 | $127 | $97 | $122 | $114 | $99 | $98 | $103 | $79 | $29 | $2,091 (after-tax) |
| Use after-tax rate | | | | | | | | | | | | | | | | | | | | | | | | | | $2,788 (pre-tax) |
| **T-bill rate** | Annual rate | | | | 1.43% | 1.29% | 1.29% | 1.23% | 1.00% | 0.87% | 0.78% | 0.70% | 0.69% | 0.69% | 0.80% | 1.11% | 1.50% | 1.90% | 2.15% | 2.52% | 2.87% | 3.29% | 3.53% | 3.68% | 3.68% | |
| Correct compounding | Quarterly rate | | | | 0.35% | 0.32% | 0.32% | 0.31% | 0.25% | 0.22% | 0.19% | 0.17% | 0.17% | 0.17% | 0.20% | 0.28% | 0.37% | 0.47% | 0.53% | 0.62% | 0.71% | 0.81% | 0.87% | 0.91% | 0.91% | |
| Sales begin 4Q01 | Interest factor | | | | 1.13 | 1.13 | 1.12 | 1.12 | 1.12 | 1.11 | 1.11 | 1.11 | 1.11 | 1.11 | 1.10 | 1.10 | 1.10 | 1.09 | 1.09 | 1.08 | 1.07 | 1.06 | 1.05 | 1.04 | 1.03 | |
| Use after-tax rate | Interest | | | | $43 | $49 | $56 | $43 | $43 | $40 | $49 | $47 | $57 | $63 | $92 | $97 | $92 | $73 | $94 | $89 | $78 | $77 | $81 | $61 | $21 | $1,344 (after-tax) |
| | | | | | | | | | | | | | | | | | | | | | | | | | | $1,792 (pre-tax) |

*Notes and sources*

Prejudgment interest is computed through February 8, 2008, the date on which the Court entered judgment.

* Quarterly sales are reported at DEM519747 – 753 (Oticon) and DEM519738 – 744 (Bernafon)

**Table 1, Schedule B**
**Prejudgment interest - Widex**
(000s)

**Assumptions**

| | |
|---|---|
| Damages ($M) | $15 |
| Implied royalty rate | 5.0% |
| ETG marginal tax rate | 25% |

| | | 1Q01 | 2Q01 | 3Q01 | 4Q01 | 1Q02 | 2Q02 | 3Q02 | 4Q02 | 1Q03† | 2Q03† |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Equal spacing** | Royalty payment | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 |
| **Baseline** | Annual rate | 8.00% | 6.75% | 6.00% | 4.75% | 4.75% | 4.75% | 4.75% | 4.25% | 4.25% | 4.00% |
| Reproduce Musika | Quarterly rate | 2.00% | 1.69% | 1.50% | 1.19% | 1.19% | 1.19% | 1.19% | 1.06% | 1.06% | 1.00% |
| | Interest factor | 1.50 | 1.47 | 1.45 | 1.43 | 1.42 | 1.40 | 1.38 | 1.37 | 1.36 | 1.34 |
| | Interest | $311 | $296 | $282 | $272 | $261 | $251 | $240 | $231 | $222 | $214 |
| **Correction 1** | Annual rate | 8.00% | 6.75% | 6.00% | 4.75% | 4.75% | 4.75% | 4.75% | 4.25% | 4.25% | 4.00% |
| Correct compounding | Quarterly rate | 1.94% | 1.65% | 1.47% | 1.17% | 1.17% | 1.17% | 1.17% | 1.05% | 1.05% | 0.99% |
| | Interest factor | 1.48 | 1.46 | 1.44 | 1.42 | 1.41 | 1.39 | 1.37 | 1.36 | 1.35 | 1.33 |
| | Interest | $303 | $288 | $275 | $264 | $254 | $244 | $234 | $225 | $216 | $208 |
| **Correction 2** | Royalty payment | | | | $714 | $714 | $714 | $714 | $714 | $714 | $714 |
| Correct compounding | Annual rate | | | | 4.75% | 4.75% | 4.75% | 4.75% | 4.25% | 4.25% | 4% |
| Payments begin 4Q01 | Quarterly rate | | | | 1.17% | 1.17% | 1.17% | 1.17% | 1.05% | 1.05% | 0.99% |
| | Interest factor | | | | 1.42 | 1.41 | 1.39 | 1.37 | 1.36 | 1.35 | 1.33 |
| | Interest | | | | $302 | $290 | $279 | $267 | $257 | $247 | $238 |
| **Running royalty** | Quarterly sales* | | | | $2,254 | $12,991 | $16,416 | $14,350 | $13,729 | $13,240 | $14,863 |
| | Royalty payment | | | | $112 | $646 | $816 | $713 | $682 | $658 | $739 |
| **Correction 3** | Annual rate | | | | 4.75% | 4.75% | 4.75% | 4.75% | 4.25% | 4.25% | 4% |
| Correct compounding | Quarterly rate | | | | 1.17% | 1.17% | 1.17% | 1.17% | 1.05% | 1.05% | 0.99% |
| Sales begin 4Q01 | Interest factor | | | | 1.42 | 1.41 | 1.39 | 1.37 | 1.36 | 1.35 | 1.33 |
| | Interest | | | | $47 | $262 | $318 | $267 | $245 | $227 | $246 |
| **Correction 4** | Annual rate | | | | 5.15% | 4.75% | 4.75% | 4.75% | 4.45% | 4.25% | 4.24% |
| Correct compounding | Quarterly rate | | | | 1.26% | 1.17% | 1.17% | 1.17% | 1.09% | 1.05% | 1.04% |
| Sales begin 4Q01 | Interest factor | | | | 1.42 | 1.40 | 1.38 | 1.37 | 1.35 | 1.34 | 1.33 |
| Correct prime rate | Interest | | | | $47 | $259 | $314 | $263 | $242 | $224 | $241 |
| **Correction 5** | Annual rate | | | | 3.86% | 3.56% | 3.56% | 3.56% | 3.33% | 3.19% | 3.18% |
| Correct compounding | Quarterly rate | | | | 0.95% | 0.88% | 0.88% | 0.88% | 0.82% | 0.79% | 0.79% |
| Sales begin 4Q01 | Interest factor | | | | 1.30 | 1.29 | 1.28 | 1.27 | 1.26 | 1.25 | 1.24 |
| Correct prime rate | Interest | | | | $34 | $187 | $228 | $191 | $176 | $163 | $176 |
| Use after-tax rate | | | | | | | | | | | |
| **Correction 6** | Annual rate | | | | 5.19% | 4.97% | 5.03% | 4.76% | 4.71% | 4.50% | 3.98% |
| Correct compounding | Quarterly rate | | | | 1.27% | 1.22% | 1.24% | 1.17% | 1.16% | 1.11% | 0.98% |
| Sales begin 4Q01 | Interest factor | | | | 1.29 | 1.27 | 1.26 | 1.24 | 1.23 | 1.22 | 1.21 |
| Use Moody's Aaa rate | Interest | | | | $33 | $177 | $212 | $175 | $157 | $143 | $152 |
| Use after-tax rate | | | | | | | | | | | |
| **T-bill rate** | Annual rate | | | | 1.43% | 1.29% | 1.29% | 1.23% | 1.00% | 0.87% | 0.78% |
| Correct compounding | Quarterly rate | | | | 0.35% | 0.32% | 0.32% | 0.31% | 0.25% | 0.22% | 0.19% |
| Sales begin 4Q01 | Interest factor | | | | 1.13 | 1.13 | 1.12 | 1.12 | 1.12 | 1.11 | 1.11 |
| Use after-tax rate | Interest | | | | $14 | $81 | $99 | $84 | $79 | $75 | $82 |

| | | 3Q03† | 4Q03† | 1Q04 | 2Q04 | 3Q04 | 4Q04 | 1Q05 | 2Q05 | 3Q05 | 4Q05 | 1Q06‡ | 2Q06‡ | 3Q06‡ | 4Q06‡ | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Equal spacing** | Royalty payment | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $15,000 |
| **Baseline** | Annual rate | 4.00% | 4.00% | 4.00% | 4.25% | 4.75% | 5.25% | 5.75% | 6.25% | 6.75% | 7.25% | 7.75% | 8.25% | 8.25% | 8.25% | |
| Reproduce Musika | Quarterly rate | 1.00% | 1.00% | 1.00% | 1.06% | 1.19% | 1.31% | 1.44% | 1.56% | 1.69% | 1.81% | 1.94% | 2.06% | 2.06% | 2.06% | |
| | Interest factor | 1.33 | 1.32 | 1.30 | 1.29 | 1.27 | 1.26 | 1.24 | 1.22 | 1.20 | 1.18 | 1.16 | 1.13 | 1.11 | 1.09 | |
| | Interest | $206 | $197 | $189 | $181 | $171 | $161 | $150 | $138 | $125 | $112 | $98 | $83 | $69 | $55 | $4,516 |
| **Correction 1** | Annual rate | 4.00% | 4.00% | 4.00% | 4.25% | 4.75% | 5.25% | 5.75% | 6.25% | 6.75% | 7.25% | 7.75% | 8.25% | 8.25% | 8.25% | |
| Correct compounding | Quarterly rate | 0.99% | 0.99% | 0.99% | 1.05% | 1.17% | 1.29% | 1.41% | 1.53% | 1.65% | 1.77% | 1.88% | 2.00% | 2.00% | 2.00% | |
| | Interest factor | 1.32 | 1.31 | 1.29 | 1.28 | 1.27 | 1.25 | 1.23 | 1.21 | 1.19 | 1.17 | 1.15 | 1.13 | 1.11 | 1.09 | |
| | Interest | $200 | $192 | $184 | $175 | $166 | $156 | $145 | $134 | $121 | $108 | $95 | $81 | $67 | $53 | $4,387 |
| **Correction 2** | Royalty payment | $714 | $714 | $714 | $714 | $714 | $714 | $714 | $714 | $714 | $714 | $714 | $714 | $714 | $714 | $15,000 |
| Correct compounding | Annual rate | 4% | 4% | 4% | 4.25% | 4.75% | 5.25% | 5.75% | 6.25% | 6.75% | 7.25% | 7.75% | 8.25% | 8.25% | 8.25% | |
| Payments begin 4Q01 | Quarterly rate | 0.99% | 0.99% | 0.99% | 1.05% | 1.17% | 1.29% | 1.41% | 1.53% | 1.65% | 1.77% | 1.88% | 2.00% | 2.00% | 2.00% | |
| | Interest factor | 1.32 | 1.31 | 1.29 | 1.28 | 1.27 | 1.25 | 1.23 | 1.21 | 1.19 | 1.17 | 1.15 | 1.13 | 1.11 | 1.09 | |
| | Interest | $228 | $219 | $210 | $200 | $190 | $178 | $166 | $153 | $139 | $124 | $108 | $92 | $76 | $61 | $4,025 |
| **Running royalty** | Quarterly sales* | $14,470 | $15,736 | $19,201 | $17,357 | $16,807 | $15,725 | $16,331 | $14,795 | $14,339 | $13,197 | $11,840 | $19,316 | $17,271 | $7,649 | $301,876 |
| | Royalty payment | $719 | $782 | $954 | $862 | $835 | $781 | $811 | $735 | $713 | $656 | $588 | $960 | $858 | $380 | $15,000 |
| **Correction 3** | Annual rate | 4% | 4% | 4% | 4.25% | 4.75% | 5.25% | 5.75% | 6.25% | 6.75% | 7.25% | 7.75% | 8.25% | 8.25% | 8.25% | |
| Correct compounding | Quarterly rate | 0.99% | 0.99% | 0.99% | 1.05% | 1.17% | 1.29% | 1.41% | 1.53% | 1.65% | 1.77% | 1.88% | 2.00% | 2.00% | 2.00% | |
| Sales begin 4Q01 | Interest factor | 1.32 | 1.31 | 1.29 | 1.28 | 1.27 | 1.25 | 1.23 | 1.21 | 1.19 | 1.17 | 1.15 | 1.13 | 1.11 | 1.09 | |
| | Interest | $230 | $240 | $280 | $242 | $222 | $195 | $189 | $157 | $138 | $114 | $89 | $124 | $92 | $32 | $3,958 |
| **Correction 4** | Annual rate | 4.00% | 4.00% | 4.00% | 4.00% | 4.42% | 4.94% | 5.44% | 5.91% | 6.43% | 6.96% | 7.43% | 7.90% | 8.25% | 8.25% | |
| Correct compounding | Quarterly rate | 0.99% | 0.99% | 0.99% | 0.99% | 1.09% | 1.21% | 1.33% | 1.45% | 1.57% | 1.70% | 1.81% | 1.92% | 2.00% | 2.00% | |
| Sales begin 4Q01 | Interest factor | 1.31 | 1.30 | 1.29 | 1.28 | 1.26 | 1.25 | 1.23 | 1.21 | 1.19 | 1.17 | 1.15 | 1.13 | 1.11 | 1.09 | |
| Correct prime rate | Interest | $225 | $235 | $275 | $237 | $218 | $192 | $187 | $156 | $138 | $114 | $90 | $126 | $94 | $33 | $3,909 |
| **Correction 5** | Annual rate | 3.00% | 3.00% | 3.00% | 3.00% | 3.31% | 3.71% | 4.08% | 4.43% | 4.82% | 5.22% | 5.57% | 5.92% | 6.19% | 6.19% | |
| Correct compounding | Quarterly rate | 0.74% | 0.74% | 0.74% | 0.74% | 0.82% | 0.91% | 1.00% | 1.09% | 1.18% | 1.28% | 1.36% | 1.45% | 1.51% | 1.51% | |
| Sales begin 4Q01 | Interest factor | 1.23 | 1.22 | 1.21 | 1.20 | 1.19 | 1.18 | 1.17 | 1.16 | 1.14 | 1.13 | 1.11 | 1.10 | 1.08 | 1.07 | |
| Correct prime rate | Interest | $165 | $172 | $201 | $174 | $160 | $142 | $138 | $115 | $102 | $85 | $67 | $94 | $70 | $25 | $2,863 (after-tax) |
| Use after-tax rate | | | | | | | | | | | | | | | | $3,818 (pre-tax) |
| **Correction 6** | Annual rate | 4.27% | 4.24% | 4.09% | 4.44% | 4.23% | 4.11% | 3.99% | 3.86% | 3.82% | 4.03% | 4.04% | 4.42% | 4.26% | 4.04% | |
| Correct compounding | Quarterly rate | 1.05% | 1.04% | 1.01% | 1.09% | 1.04% | 1.01% | 0.98% | 0.95% | 0.94% | 0.99% | 1.00% | 1.09% | 1.05% | 0.99% | |
| Sales begin 4Q01 | Interest factor | 1.19 | 1.18 | 1.17 | 1.16 | 1.14 | 1.13 | 1.12 | 1.11 | 1.10 | 1.09 | 1.08 | 1.07 | 1.06 | 1.05 | |
| Use Moody's Aaa rate | Interest | $139 | $141 | $161 | $135 | $120 | $104 | $99 | $82 | $72 | $59 | $47 | $65 | $48 | $17 | $2,335 (after-tax) |
| Use after-tax rate | | | | | | | | | | | | | | | | $3,114 (pre-tax) |
| **T-bill rate** | Annual rate | 0.70% | 0.69% | 0.69% | 0.80% | 1.11% | 1.50% | 1.90% | 2.15% | 2.52% | 2.87% | 3.29% | 3.53% | 3.88% | 3.68% | |
| Correct compounding | Quarterly rate | 0.17% | 0.17% | 0.17% | 0.20% | 0.28% | 0.37% | 0.47% | 0.53% | 0.62% | 0.71% | 0.81% | 0.87% | 0.91% | 0.91% | |
| Sales begin 4Q01 | Interest factor | 1.11 | 1.11 | 1.11 | 1.10 | 1.10 | 1.10 | 1.09 | 1.09 | 1.08 | 1.07 | 1.06 | 1.05 | 1.04 | 1.03 | |
| Use after-tax rate | Interest | $79 | $84 | $101 | $89 | $84 | $75 | $74 | $63 | $56 | $46 | $37 | $51 | $37 | $13 | $1,402 (after-tax) |
| | | | | | | | | | | | | | | | | $1,870 (pre-tax) |

*Notes and sources*

Prejudgment interest is computed through February 8, 2008, the date on which the Court entered judgment.

* Quarterly sales data are reported at WID005916-19 (2001) and WIDH072226-30 (2002-2006).

† Reported annual sales data for 2003 appear to exceed reported quarterly sales by approximately $1.1 million. Because the trial testimony regarding damages was based on the annual sales figures, I assume that the annual figures are correct and distribute the difference over the four quarters in proportion to each quarter's share of the annual total.

‡ Q4 values computed as the difference between total accused sales in 2006 ($56.075 million, as reported in Putnam Ex. 5) and the sum of total sales from Q1 to Q3 (as reported in WIDH072230).

**Figure 1**
**Royalty payments based on "equal spacing method" vs. running royalty on actual sales**
**Demant**




Figure 2
Royalty payments based on "equal spacing method" vs. running royalty on actual sales
Widex
Royalty payment
$1,600
$1,400
$1,200
$1,000
$800
$600
$400
$200
$0
Equal spacing
Running royalty
1Q01
2Q01
3Q01
4Q01
1Q02
2Q02
3Q02
4Q02
1Q03
2Q03
3Q03
4Q03
1Q04
2Q04
3Q04
4Q04
1Q05
2Q05
3Q05
4Q05
1Q06
2Q06
3Q06
4Q06
Date

## Table 2

**Selected interest rates published by the Federal Reserve Board**

| | | Prime rate | | Moody's Aaa | | 3-month T-bill | |
|---|---|---|---|---|---|---|---|
| Quarter | Month | Monthly | Quarterly average | Monthly | Quarterly average | Monthly | Quarterly average |
| 1Q01 | Jan-01 | 9.05 | 8.62 | 7.15 | 7.08 | 5.15 | 4.81 |
| | Feb-01 | 8.50 | | 7.10 | | 4.88 | |
| | Mar-01 | 8.32 | | 6.98 | | 4.42 | |
| 2Q01 | Apr-01 | 7.80 | 7.33 | 7.20 | 7.22 | 3.87 | 3.66 |
| | May-01 | 7.24 | | 7.29 | | 3.62 | |
| | Jun-01 | 6.98 | | 7.18 | | 3.49 | |
| 3Q01 | Jul-01 | 6.75 | 6.56 | 7.13 | 7.11 | 3.51 | 3.15 |
| | Aug-01 | 6.67 | | 7.02 | | 3.36 | |
| | Sep-01 | 6.28 | | 7.17 | | 2.64 | |
| 4Q01 | Oct-01 | 5.53 | 5.15 | 7.03 | 6.92 | 2.16 | 1.90 |
| | Nov-01 | 5.10 | | 6.97 | | 1.87 | |
| | Dec-01 | 4.84 | | 6.77 | | 1.69 | |
| 1Q02 | Jan-02 | 4.75 | 4.75 | 6.55 | 6.62 | 1.65 | 1.72 |
| | Feb-02 | 4.75 | | 6.51 | | 1.73 | |
| | Mar-02 | 4.75 | | 6.81 | | 1.79 | |
| 2Q02 | Apr-02 | 4.75 | 4.75 | 6.76 | 6.71 | 1.72 | 1.72 |
| | May-02 | 4.75 | | 6.75 | | 1.73 | |
| | Jun-02 | 4.75 | | 6.63 | | 1.70 | |
| 3Q02 | Jul-02 | 4.75 | 4.75 | 6.53 | 6.35 | 1.68 | 1.64 |
| | Aug-02 | 4.75 | | 6.37 | | 1.62 | |
| | Sep-02 | 4.75 | | 6.15 | | 1.63 | |
| 4Q02 | Oct-02 | 4.75 | 4.45 | 6.32 | 6.28 | 1.58 | 1.33 |
| | Nov-02 | 4.35 | | 6.31 | | 1.23 | |
| | Dec-02 | 4.25 | | 6.21 | | 1.19 | |
| 1Q03 | Jan-03 | 4.25 | 4.25 | 6.17 | 6.00 | 1.17 | 1.16 |
| | Feb-03 | 4.25 | | 5.95 | | 1.17 | |
| | Mar-03 | 4.25 | | 5.89 | | 1.13 | |
| 2Q03 | Apr-03 | 4.25 | 4.24 | 5.74 | 5.30 | 1.13 | 1.04 |
| | May-03 | 4.25 | | 5.22 | | 1.07 | |
| | Jun-03 | 4.22 | | 4.97 | | 0.92 | |
| 3Q03 | Jul-03 | 4.00 | 4.00 | 5.49 | 5.69 | 0.90 | 0.93 |
| | Aug-03 | 4.00 | | 5.88 | | 0.95 | |
| | Sep-03 | 4.00 | | 5.72 | | 0.94 | |
| 4Q03 | Oct-03 | 4.00 | 4.00 | 5.70 | 5.66 | 0.92 | 0.92 |
| | Nov-03 | 4.00 | | 5.65 | | 0.93 | |
| | Dec-03 | 4.00 | | 5.62 | | 0.90 | |
| 1Q04 | Jan-04 | 4.00 | 4.00 | 5.54 | 5.46 | 0.88 | 0.92 |
| | Feb-04 | 4.00 | | 5.50 | | 0.93 | |
| | Mar-04 | 4.00 | | 5.33 | | 0.94 | |
| 2Q04 | Apr-04 | 4.00 | 4.00 | 5.73 | 5.93 | 0.94 | 1.07 |
| | May-04 | 4.00 | | 6.04 | | 1.02 | |
| | Jun-04 | 4.01 | | 6.01 | | 1.27 | |
| 3Q04 | Jul-04 | 4.25 | 4.42 | 5.82 | 5.64 | 1.33 | 1.48 |
| | Aug-04 | 4.43 | | 5.65 | | 1.48 | |
| | Sep-04 | 4.58 | | 5.46 | | 1.65 | |
| 4Q04 | Oct-04 | 4.75 | 4.94 | 5.47 | 5.49 | 1.76 | 2.00 |
| | Nov-04 | 4.93 | | 5.52 | | 2.07 | |
| | Dec-04 | 5.15 | | 5.47 | | 2.19 | |

## Table 2

**Selected interest rates published by the Federal Reserve Board**

| | | Prime rate | | Moody's Aaa | | 3-month T-bill | |
|---|---|---|---|---|---|---|---|
| **Quarter** | **Month** | **Monthly** | **Quarterly average** | **Monthly** | **Quarterly average** | **Monthly** | **Quarterly average** |
| 1Q05 | Jan-05 | 5.25 | 5.44 | 5.36 | 5.32 | 2.33 | 2.53 |
| | Feb-05 | 5.49 | | 5.20 | | 2.54 | |
| | Mar-05 | 5.58 | | 5.40 | | 2.74 | |
| 2Q05 | Apr-05 | 5.75 | 5.91 | 5.33 | 5.14 | 2.78 | 2.86 |
| | May-05 | 5.98 | | 5.15 | | 2.84 | |
| | Jun-05 | 6.01 | | 4.96 | | 2.97 | |
| 3Q05 | Jul-05 | 6.25 | 6.43 | 5.06 | 5.09 | 3.22 | 3.36 |
| | Aug-05 | 6.44 | | 5.09 | | 3.44 | |
| | Sep-05 | 6.59 | | 5.13 | | 3.42 | |
| 4Q05 | Oct-05 | 6.75 | 6.96 | 5.35 | 5.38 | 3.71 | 3.83 |
| | Nov-05 | 7.00 | | 5.42 | | 3.88 | |
| | Dec-05 | 7.15 | | 5.37 | | 3.89 | |
| 1Q06 | Jan-06 | 7.26 | 7.43 | 5.29 | 5.39 | 4.24 | 4.39 |
| | Feb-06 | 7.50 | | 5.35 | | 4.43 | |
| | Mar-06 | 7.53 | | 5.53 | | 4.51 | |
| 2Q06 | Apr-06 | 7.75 | 7.90 | 5.84 | 5.89 | 4.60 | 4.70 |
| | May-06 | 7.93 | | 5.95 | | 4.72 | |
| | Jun-06 | 8.02 | | 5.89 | | 4.79 | |
| 3Q06 | Jul-06 | 8.25 | 8.25 | 5.85 | 5.68 | 4.95 | 4.91 |
| | Aug-06 | 8.25 | | 5.68 | | 4.96 | |
| | Sep-06 | 8.25 | | 5.51 | | 4.81 | |
| 4Q06 | Oct-06 | 8.25 | 8.25 | 5.51 | 5.39 | 4.92 | 4.90 |
| | Nov-06 | 8.25 | | 5.33 | | 4.94 | |
| | Dec-06 | 8.25 | | 5.32 | | 4.85 | |
| 1Q07 | Jan-07 | 8.25 | 8.25 | 5.40 | 5.36 | 4.98 | 4.98 |
| | Feb-07 | 8.25 | | 5.39 | | 5.03 | |
| | Mar-07 | 8.25 | | 5.30 | | 4.94 | |
| 2Q07 | Apr-07 | 8.25 | 8.25 | 5.47 | 5.57 | 4.87 | 4.74 |
| | May-07 | 8.25 | | 5.47 | | 4.73 | |
| | Jun-07 | 8.25 | | 5.79 | | 4.61 | |
| 3Q07 | Jul-07 | 8.25 | 8.18 | 5.73 | 5.75 | 4.82 | 4.29 |
| | Aug-07 | 8.25 | | 5.79 | | 4.20 | |
| | Sep-07 | 8.03 | | 5.74 | | 3.89 | |
| 4Q07 | Oct-07 | 7.74 | 7.52 | 5.66 | 5.53 | 3.90 | 3.37 |
| | Nov-07 | 7.50 | | 5.44 | | 3.27 | |
| | Dec-07 | 7.33 | | 5.49 | | 3.00 | |
| 1Q08 | Jan-08 | 6.98 | 6.19 | 5.33 | 5.46 | 2.75 | 1.98 |
| | Feb-08 | 6.00 | | 5.53 | | 2.12 | |
| | Mar-08 | 5.66 | | 5.51 | | 1.26 | |

*Notes and sources:*

http://www.federalreserve.gov/releases/h15/data/Monthly/H15_PRIME_NA.txt (visited April 22, 2008)
http://www.federalreserve.gov/releases/h15/data/Monthly/H15_AAA_NA.txt (visited April 22, 2008)
http://www.federalreserve.gov/releases/h15/data/Monthly/H15_TB_M3.txt (visited April 22, 2008)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 9, 2008, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on May 9, 2008 upon the following parties:

REPRESENTING ENERGY TRANSPORTATION GROUP, INC.

Edmond D. Johnson
PEPPER HAMILTON LLP
**johnsone@pepperlaw.com**

Brian M. Buroker
HUNTON & WILLIAMS LLP
**etg@hunton.com**

REPRESENTING WIDEX A/S AND WIDEX HEARING AID CO. INC.

Donald E. Reid
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
**dreid@mnat.com**

William H. Mandir
SUGHRUE MION PLLC
**wmandir@sughrue.com**

David J. Cushing
SUGHRUE MION PLLC
**dcushing@sughrue.com**

Carl J. Pellegrini
SUGHRUE MION PLLC
**cpellegrini@sughrue.com**

Brian K. Shelton
SUGHRUE MION PLLC
**bshelton@sughrue.com**

| REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com;**<br>**mbgeservice@mnat.com**<br><br>John M. Romary<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**john.romary@finnegan.com**<br><br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**c.gregory.gramenopoulos@finnegan.com** |
|---|---|

The undersigned also hereby certifies that on May 9, 2008, true and correct copies of the foregoing were caused to be served by hand upon the following Delaware counsel:

Edmond D. Johnson
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)

913379