# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Mary B. Graham
302.351.9199
mgraham@mnat.com

May 15, 2008

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

RE: *Energy Transportation Group, Inc. v. Sonic Innovations, Inc., et al.*
C.A. No. 05-422-GMS

Dear Chief Judge Sleet:

The agenda for the teleconference with the Court at 3:15 p.m. today requested by Defendants is as follows:

**Defendants' item**

The sealing of certain post-trial filings in Pacer by ETG (certain trial exhibits designated in discovery as confidential with information defendants believe (a) is highly confidential and (b) was not disclosed in testimony at trial); and more generally, the proper status and sealing of such trial exhibits going forward.

Respectfully,

*/s/ Mary B. Graham*

Mary B. Graham

MBG/dam
cc:   Clerk of the Court (via hand delivery)
     All Counsel of Record (via efiling and email)
2328972