IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONIC INNOVATIONS, INC., et al, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 05-422 (GMS) ) ) ) ) ) ) |

## DECLARATION OF DANIEL G. VIVARELLI, JR. IN SUPPORT OF PLAINTIFF ENERGY TRANSPORTATION GROUP INC.'S REPLY BRIEFS

I, Daniel Vivarelli, declare, depose and state as follows:

1. I am an attorney with the law firm of Hunton & Williams, LLP and I am one of the attorneys representing Energy Transportation Group, Inc. ("ETG") in the above-captioned litigation.

2. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently as to their truth.

3. Attached as Exhibit A is a true and correct copy of the Reply Declaration of Terry L. Musika.

4. Attached as Exhibit B is a true and correct copy of excerpts of the transcript of the trial in the above-captioned action.

- 2 -

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on May 29, 2008 in Washington, D.C.

_____
Daniel G. Vivarelli Jr.

## CERTIFICATE OF SERVICE

I do hereby certify that on the 29th day of May, 2008, I caused a true copy of the foregoing *Declaration of Daniel Vivarelli in Support of 1) Plaintiff ETG's Reply Memorandum in further Support of its Motion for Prejudgment and Post-Judgment Interest, 2) ETG's Reply to Defendants' Answering Brief in Opposition to Plaintiff's Amended Motion for Enhanced Damages and Attorney's Fees, and 3) ETG's Reply to Defendants' Opposition to ETG's Memorandum in Support of its Motion for Judgment as a Matter of Law on the Issues of Infringement and Validity* to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

| | |
|---|---|
| Mary B. Graham (#2256) | Donald E. Reid (#1058) |
| MORRIS, NICHOLS, ARSHT &TUNNELL LLP | Jason A. Cincilla (#4232) |
| 1201 N. Market Street | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| P.O. Box 1347 | 1201 N. Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| | |
| John M. Romary | William H. Mandir |
| C. Gregory Gramenopoulos | David J. Cushing |
| FINNEGAN, HENDERSON, FARABOW, | Carl J. Pellegrini |
| GARRETT & DUNNER | SUGHRUE MION PLC |
| 901 New York Ave., N.W. | 2100 Pennsylvania Ave., N.W. |
| Washington, DC 20001-4413 | Washington, DC 20037 |
| | |
| *Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC* | *Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.* |

/s/ Edmond D. Johnson
Edmond D. Johnson (No. 2257)