# EXHIBIT A

1    beat your wife?  Whatever you say implies something that's

2    not positive.

3           I wish you would not ask me yes-no questions

4    because I cannot say, well, yes, maybe, no.  I would rather

5    give you a full explanation of what's going on.

6    Q.    You have every right to do that at cross-examination

7    and you have the right to say you can't answer yes or no.  I

8    am not trying to put words in your mouth.  I am just trying

9    to make a record as to, yes, you can answer, no, you can't,

10   or I can't answer the question.  Those are legitimate

11   answers.  Just want one of the three.

12   A.    Thank you.

13   Q.    My question is, we have got a spot down here where the

14   hearing aid tells you whether the loudness of the signal is

15   changing.  Is that correct?

16   A.    Yes.

17   Q.    And we have got something here that tells you whether

18   the noise characteristics are changing.  Correct?

19   A.    Yes.

20   Q.    Do we have anything that tells you when the acoustic

21   feedback characteristics are changing?

22   A.    Not in that configuration.

23   Q.    Now if we go back to the host control.

24          If you cannot detect when the acoustic feedback

25   conditions are changing, you just have one set of

1  point, you would be measuring the phase and amplitude of

2  that open-loop transfer function, wouldn't you?

3  A.     The way you measured it was through the microphone.   I

4  am confused.   We measured the acoustic feedback, and it came

5  in through the microphone.

6  Q.     And then you programmed your filter to estimate what

7  the acoustic feedback characteristics were in terms of phase

8  and amplitude, didn't you?

9  A.     Basically, what we did, in the example that is given

10 in the patent, that is the example, we used the null

11 technique to find out what the amplitude and phase was to

12 cancel the acoustic feedback, and we then programmed our

13 electrical filter in an electrical feedback pattern.   That's

14 what we did.

15 Q.     You have an electrical feedback path.   Correct?

16 A.     Yes.

17 Q.     It was formed in part by that filter.   Correct?

18 A.     Yes.

19 Q.     And that filter was estimating the phase and amplitude

20 of the acoustic feedback path?

21 A.     No.   We used a null method to find out the amplitude

22 and phase to cancel.

23 Q.     Once you put those coefficients into the filter, it

24 was actually now estimating the path, I mean, it was

25 actually mimicking it, it was closely matching.   Let me put

Levitt - cross

1    it that way.  That filter was designed to closely match the

2    open-loop transfer function, wasn't it?

3    A.    When you threw in the phase open-loop transfer

4    function, your question had no meaning.

5    Q.    It closely matched the characteristics of the acoustic

6    feedback path, didn't it?

7    A.    Yes.  Excuse me.  It didn't closely match.  It

8    canceled it.  It wasn't a close match.  It canceled it,

9    exact.

10   Q.    Well, you would only know that if you actually looked

11   at what was happening when the filter was in place.  Right?

12   I mean, if what you were doing is looking at the output of

13   the summer, when the host controller is attached, the filter

14   isn't operating then.  Right?

15   A.    There is a subtlety here which is a little tricky to

16   explain.  Should I try to explain it?

17   Q.    No.

18   A.    Because there is a subtlety here that, clearly there

19   is a misunderstanding on your part or we are not on the same

20   wavelength.  If you want me to explain it, I will go ahead

21   and do that.

22   Q.    This is why he gets a chance.  He will clear up

23   anything I messed up, I am sure.

24         My question to you is, first of all, when you

25   are doing this process that is shown in these two pictures,

Brown - direct

1    A.    Yes, gain is the amount of volume that comes out of

2    the speaker.

3    Q.    So what did Dr. Levitt and the other inventors invent

4    in the '850 patent?

5    A.    Well, their invention was to find a way of reducing or

6    eliminating or at least cancelling a large portion of the

7    acoustic feedback by taking some of the output, putting it

8    through a filter and feeding it back to the input where it's

9    matched in both phase and amplitude to the acoustic sound

10   that travels around the outside through the air or through

11   the body.

12   Q.    Is there a place in the patent where you look to see

13   what the specific inventions that are recited are?

14   A.    Yes, you look at the claims.  The claims define the

15   dimensions or the properties of their claims.  As I said, in

16   the video you saw early on, it's like a piece of property.

17   The deed says what the limits are and what your rights are

18   and the same is true with the claims in a patent.  The

19   claims define what is yours and what other people can't

20   trespass on.

21   Q.    If one party has a patent is it possible for other

22   parties to get patents on improvements?

23   A.    Yes, that is quite commonly done.  There is the

24   original patent, and then people will improve on that, and

25   they'll get a patent on the specific improvement.  For

Brown - direct

1    A.    Yes.  This is actually a very simple FIR filter.  So

2    when we talk about a FIR filter, this is a simple version of

3    what it would look like.  And what we have is data coming in

4    input and each time delay, each clock cycle, it is shifted

5    to the right so we have time delayed samples.  Those are

6    the -- the delays are shown by T minus one and T minus two.

7         Just below that we see the two multiplying or

8    multipliers in the filter.  And what they do is they

9    multiply the data sample by the coefficients C1 and C2, to

10   produce an output that is so much of each one of those time

11   samples.  Those results are then summed together at the

12   bottom, in summers, to produce the weighted -- we call those

13   multiplied answers weighted samples.

14         And the value of at least one of those

15   coefficients can be programmed.

16   Q.    So what are the kinds of filters that satisfy this

17   understanding of a programmable delay line filter?

18   A.    Well, just about any digital filter will satisfy a

19   delay line filter because it operates on time-delayed

20   samples, and it multiplies these samples by coefficients,

21   and sums them together in one way or another.  But the

22   simplest example is like this FIR filter.

23   Q.    What kind of filters did you find in the accused

24   Oticon,  Bernafon and Widex products?

25   A.    In all of them we found some variant of an FIR filter.

Brown - direct

1    products we've talked about infringed Claims 13, 14, 16 and

2    19 under the doctrine of equivalents?

3    A.    Yes.  If they don't infringe literally, they certainly

4    infringe under the doctrine of equivalents because they do

5    substantially the same thing in substantially the same way

6    to effect substantially the same result.

7    Q.    Let's look at Brown 3 for Claim 16 of the patent, the

8    Demonstrative Brown 3.

9    A.    Yes.

10    Q.    Did you make an analysis as to whether or not the

11    accused products meet the determining step under the

12    doctrine of equivalents?

13    A.    Well, yes.  The determining step has a function,

14    way -- well, one of the ways of an equivalent is function,

15    way, result.  So you look at the determining step and you

16    say what is the function?  The function is to determine the

17    effective amplitude and phase of the signal transmission.

18    Now, the way is by the LMS filter calculating the

19    coefficients.  And the result is that you end up with the

20    resulting output of that filter being the effect of the

21    acoustic feedback in the external channel.

22    Q.    Is what you have just described substantially the same

23    as what is described in the patent in your view?

24    A.    That is correct.

25    Q.    Now, did you analyze whether or not the accused

Brown - direct

1    products perform the inserting step under the doctrine of

2    equivalents?

3    A.    Again, the inserting step says that you insert between

4    the input and output of the transmission channel a

5    programmable filter programmed to equalize and reduce the

6    effect of said acoustic feedback.  So the function is to

7    insert a filter which equalizes the effect.  The way is

8    again through the elements filter calculating coefficients,

9    loading them into the FIR filter.  And the result is to

10   equalize and reduce the effect of the acoustic feedback in

11   both phase and amplitude.

12   Q.    Did you analyze the difference between the specific

13   example in the patent and the methods used by the defendants

14   for determining and inserting?

15   A.    Well, the specific example in the patent is just that,

16   it's an example of what's the claim, of one way to do the

17   claims.  The claims define the rights of the patentee.  The

18   example is one embodiment that can teach how to do that.

19   And it's not proper to read the limitations of the

20   specification, in other words, the embodiment into the

21   claims.  You can understand the claims in light of the

22   specification in total but you don't know it by the figures

23   in the specification.

24   Q.    So did you find that the function/way/result that you

25   described for the accused products is substantially the same

Brown - direct

1    as the function/way/result for the inserting step?

2    A.    Yes, I did.

3    Q.    Okay.  Now, Claims 14 and 16 mention the receiver

4    fitted in the ear and you talked about behind the ear

5    hearing aids?

6    A.    Yes.

7    Q.    Did you analyze behind-the-ear hearing aids under the

8    doctrine of equivalents?

9    A.    Yes, I did.

10   Q.    And what was the analysis that you provided?

11   A.    As I said before, in the behind-the-ear hearing aids,

12   the aid is physically on the top of the ear, and some of

13   them heard the term "on the ear" but we called it BTEs when

14   I was in the industry, and there is a tube that comes down

15   from the speaker and into the ear, into a mold in the ear

16   that holds it in your ear.  That tube actually has acoustic

17   responses to them that add to the response of the speaker,

18   itself.  So if it's not literally in the ear, it certainly

19   is, under DOE, doctrine of equivalents, in the ear.  It's

20   function is to put the sound to your eardrum, the way is on

21   the speaker taking an electrical signal and converting it to

22   an acoustic signal, and the result is you hear the output of

23   the hearing aid.

24   Q.    Now, looking at Claim 19 -- if we could have the slide

25   for Claim 19 -- did you perform an analysis of Claim 19

Brown - direct

1   under the doctrine of equivalents?

2   A.    Yes.

3   Q.    And which element did you focus on?

4   A.    Well, obviously, they have a microphone, receiver and

5   a transmission channel.  Those are pretty straightforward.

6          The next element is a programmable delay line

7   filter, and it must be interposed in a feedback channel.

8   And we saw that physically from the documentation and from

9   Dr. Gloster's looking at the code.

10          And so when we're doing an analysis under the

11  doctrine of equivalents, we see that the function is, place

12  the feedback filter in the path -- place a filter in the

13  feedback path.  The way is to use an FIR filter where it is

14  physically in the feedback path, and by inserting

15  coefficients into that filter, you insert that filter into

16  the feedback path.  And the result is the filter is there to

17  cancel the acoustic signal.

18          And, programmable filter, the last element is

19  said programmable filter being programmed to effect

20  substantial reduction.  As I said before, the filter is

21  physically in that loop.  It's given a coefficient from the

22  LMS routine, and having done so, its effect is and the

23  result is that it cancels or significantly reduces the

24  feedback, which is the important element in the original

25  patent and in these products and their marketing literature.

Brown - direct

1    Q.    So did you determine whether or not the

2    function/way/result that you just described for the accused

3    products is similar to the function/way/result of the

4    programmable delay line filter?

5    A.    Yes.

6    Q.    What is your analysis?

7    A.    That it meets under DOE.

8    Q.    Sir, I'm going to direct your attention to PX-33,

9    which I think is in the juror's notebook, too.  Are you

10   familiar with this document?

11   A.    Yes, that is the cover page describing the Syncro.

12   Q.    And who is this document for, do you know?

13   A.    Oticon.

14   Q.    What kind of document is it?

15   A.    I'd have to see the next page to make sure because

16   that page doesn't tell a whole bunch.

17   Q.    Okay.  Could we look at the next page?

18   A.    Yes.  This is a marketing document.  And it's

19   actually -- when I say a marketing document, it's a document

20   created by the manufacturer and provided to the distributor

21   to give to both audiologists and the public.  It's to teach

22   the audiologist how it works so they can instruct their

23   patients on how they work and they can use the same

24   marketing information and sales tools with their customers.

25   So these documents have to be relatively close to what the

Brown - direct

1    accused products?

2    A.    Well, in the accused products, the host controller has

3    been integrated into the chip.

4             The functions of producing the data and

5    programming the filter in the hearing aid is actually

6    performed by the element's routine and its associated

7    components.

8    Q.    So for the Oticon product there was an update block.

9    Correct?

10   A.    Yes.

11   Q.    And what was the LMS block for the Widex product?

12   A.    I believe it was the WLMS.

13   Q.    Let's look back at the claim again, Brown Slide 12.

14   What is the structure that you looked at for the means for

15   receiving signals from the hearing aid?

16   A.    That's within the uptake block and inside the LMS

17   structure again.  This has all been condensed into the LMS

18   structure which receives data from, in fact -- if we go back

19   to the demonstrative they had I can show you where.  It

20   receives data from the input on the right and from the

21   output there, from the input it receives the data, which is

22   after the summation of the filter in the microphone.  And it

23   receives the output data.  And it uses those two pieces of

24   information to calculate the next coefficients for the FIR

25   filter.

Brown - direct

1    Q.    This is an Oticon, so is the analysis for the Bernafon

2    and Widex products similar?

3    A.    It would be the same.

4    Q.    And in your view, do these elements in the accused

5    products measure phase and amplitude?

6    A.    No, they don't actually measure phase and amplitude.

7    Again, as I said before, what they measure is the effect on

8    producing an output of the filter that is equal and opposite

9    in phase and amplitude.  Again, mathematically speaking, the

10   coefficients of the filter do have that information in it.

11   Both phase and magnitude are defined by the coefficients of

12   the filter, but it's not measured, it's not read out.

13   Q.    So did you find that the accused products provided an

14   equivalent to what is reported here?

15   A.    That's right.  That is why I only did an analysis

16   under the doctrine of equivalents.

17   Q.    The next element says, means for receiving signals

18   from the hearing aid indicative of the summation of acoustic

19   feedback and acoustic feedback signals.  Did you find some

20   structure in the accused products that perform this

21   function?

22   A.    That's the structure, the dotted line on the right

23   side there.

24   Q.    And did you find whether or not, did you determine

25   whether or not the structure you found was equivalent to the

Brown - direct

1    structure in the corresponding structure you showed in the

2    earlier slide?

3    A.    Yes, it has the same function and has the same way and

4    result in calculation of the coefficients.

5    Q.    And the third element, Claim 1, means controlled by

6    the computer for adjusting the phase and amplitude necessary

7    to eliminate acoustic feedback and produce a null summation.

8    Did you find the structure that performed that function?

9    A.    Yes.    In the particular demonstrative, we were just

10   saying it's the path from the update module into the FIR

11   filter through the buffer where the data is, where the

12   coefficients are provided to the filter.

13   Q.    And is that a substantial equivalent to the structure

14   in the corresponding structure you listed earlier?

15   A.    Yes, it is.

16   Q.    Claim 2 then adds the further recitation of a means

17   controlled by the computer for transmitting phase shift and

18   amplitude data to program the hearing aid to eliminate

19   acoustic feedback.    Did you find a structure that performed

20   that function?

21   A.    Well, it's actually within the chip and so therefore

22   phase shift and amplitude data are the coefficients to the

23   filter.    Coefficients to the filter define that, and so we,

24   when we take the LMS routine as the host controller, it's

25   transmitting that data to the filter within the hearing aid.

Brown - cross

1    therefore programmable?

2    A.      They are only programmable if you can change those

3    coefficients, because the definition of programmable is that

4    one or more of the coefficients can be modified.

5    Q.      Okay.

6    A.      When it is provided to it.

7    Q.      Can we go back up to -- the way that the coefficients

8    for the feedback function are provided to the hearing aid is

9    through this E PROM.  Right?

10   A.      Through the memory.  That's correct.

11   Q.      So they are changeable through the function of this E

12   PROM.  Correct?

13   A.      That's correct.

14   Q.      Supposing, hypothetically, I glued this -- I took the

15   E PROM out and I glued this socket here closed so you

16   couldn't use it anymore.  Okay?

17   A.      Okay, your hypothetical.

18   Q.      Given that hypothetical, you couldn't change the

19   coefficients for purposes of acoustic feedback anymore,

20   could you?

21   A.      Well, you removed the E PROM and you have glued the

22   sockets, so you wouldn't have any coefficients.

23   Q.      No, no.  Let me understand how this works.  In my

24   hypothetical I did everything that Dr. Levitt told me to do.

25   Okay?

Gloster - cross

1    Q.      So if I understand your view of programmable, in

2    order for a device to be programmable, you have to have a

3    memory; is that correct?

4    A.      In order for a device to be programmable, you would

5    actually have to be able to change the values; okay?

6    Programmable is the opposite of fixed.  Fixed means you

7    cannot change it.  In even in a Court's construction,

8    programmable means that you can change the coefficients one

9    or more times.  In the era of digital systems design, you

10   have to store a value to be able to change it.  So when we

11   design a digital system we put a memory, a coefficient

12   buffer or a RAM in its place.  That means programmable.  If

13   a computer had no memory, it would not be programmable.

14   Q.      If I understand you, sir, in order for something to

15   be programmable in your view, you would have to have a

16   memory?  Yes or no.

17   A.      In the digital area, the existence of a

18   programmable -- of a memory infers directly that it's

19   programmable.  That is what I said.

20   Q.      So is that yes?

21   A.      Could you repeat the question?

22   Q.      Yes.  In your view, in order for something to be

23   programmable, you have to have a memory?  Yes or no.

24   A.      No.  In my view in order for it to be programmable,

25   you have to be able to change the values.  In the digital

Morley - direct

1    to Claim 14?

2    A.    That's right.  It doesn't -- still, there is a

3    determining and inserting step here, and neither of those

4    products perform either of those steps.

5    Q.    Let's go to Claim 16, which is the claim we saw that

6    was dependent on 14.  Claim 14, why don't you go ahead and

7    read it into the record, Dr. Morley?

8    A.    "A method of reducing feedback in a hearing aid as

9    described in Claim 14 in which said programmable filter is

10   inserted in an electrical feedback loop for said

11   transmission channel."

12   Q.    Does either the Inteo or Senso Diva have that

13   programmable filter?

14   A.    No.

15   Q.    I want to go and talk about your doctrine of

16   equivalents analysis.  I think you mentioned that you

17   considered prior art in connection with that.  Is that

18   correct?

19   A.    I did.

20   Q.    And one of the references I think you mentioned was a

21   patent to a Dr. Graupe.  Is that right?

22   A.    Correct.

23   Q.    Can we have DX-982, please.  Is this the Graupe patent

24   you were referring to?

25   A.    Yes, it is.

1    Q.    This patent was filed October 17, 1985.  Do you know

2    if that was before or after Dr. Levitt's -- ETG's patents?

3    A.    This was well before those were filed.

4    Q.    Let's go down, I think we can stay with the figure

5    that's on the cover page of this, unless you want to see

6    anymore.  Can you describe what we see here?  Would you like

7    a different figure, Dr. Morley?

8    A.    This will do fine.  What this is is a block diagram of

9    Dr. Graupe's invention for canceling feedback.  And it has

10   some various blocks here.  If we work our way through from

11   left to right, over here we see this microphone, here is the

12   sounds coming into the microphone.  There is the information

13   signal, that is the signal you want to hear, and then there

14   is also this other arrow coming in, that's stuff you don't

15   want to hear, that's feedback.

16        The microphone output is having its output is

17   being reduced by a feedback signal here that's electrical.

18   Q.    I am sorry.  What do you mean by reduced?

19   A.    There is a subtraction of electrical feedback estimate

20   here.  So we are trying to cancel the feedback at the same

21   point that we have seen in the ETG patents, after the

22   microphone.  It goes through an amplifier, which would be

23   the hearing compensation portion of the hearing aid, where

24   you adjust it to each patient.

25        And then we see it come to the SPK, that is the

1   speaker, and then out of the speaker, he has a

2   representation of the acoustic feedback coming back.  And he

3   puts a block there to indicate that it's got a

4   characteristic called a transfer characteristic back to the

5   microphone input.

6   Q.    Let me ask you this, Dr. Morley:  That ling, H(S),

7   20A, is that a real circuit diagram?  What is that

8   representing?

9   A.    That is whatever happens to be there at the time that

10  the -- that's representing the acoustic feedback path, which

11  is not a physical per se item.  It is just the arrow or

12  whatever the path is.

13          Then he has here, tapped off here, just like we

14  have seen in the ETG patents, we have coming off a feedback

15  signal that comes through what he calls a correction

16  circuit.  But if we look at another diagram we will see it's

17  a tap delay line filter with coefficients stored in it.  So

18  he has got a tap delay line filter that's programmable in a

19  feedback path that's being used to cancel feedback.

20  Q.    Let's look at a figure so that we can see exactly the

21  type of circuit is 21A.  I think it's Figure 2 -- Figure 4.

22  What Figure do you want, Dr. Morley?

23  A.    I don't have the patent in front of me or I could tell

24  you.  That is not it.  I don't want these.

25  Q.    Next one.  It should be in your book, by the way.

Morley - direct

1    Next one?

2    A.    There you go, Figure 5.

3    Q.    Okay.  I see up on top of Figure 5 it says correction

4    circuit.  Was that the same correction circuit block we saw

5    in the cover page of the Graupe patent?

6    A.    Yes, and I know that because not only does it have the

7    same name, but over here it's got the No. 21 and on the

8    front page was No. 21.

9    Q.    Is this a delay line filter, what we see here in

10   Figure 5 of Graupe?

11   A.    This is a tapped delay line filter.  We have over here

12   on the right-hand side are the delay blocks.  And we have

13   these M blocks which multiply.  So what we have are

14   multiplication and then addition up in this block here.

15         Here we have our coefficients.

16   Q.    Can we go to the cover page of Graupe, please.  So

17   what does this correction circuit do?

18   A.    This correction circuit gives an estimate of the

19   acoustic feedback in an electrical form so it can be

20   subtracted out from the microphone input.

21   Q.    Does this correction circuit, does it have

22   coefficients?

23   A.    It has -- there are coefficients that are decided and

24   given to it from a circuit called an identifier circuit.

25   Q.    And so does that mean that the coefficients in this

1    correction circuit change?

2    A.    Yes.  They get updated from time to time.

3    Q.    And this is a feedback cancellation filter?

4    A.    It is.

5    Q.    So how is that compared to what we have been

6    describing with respect to the discussion this morning of

7    the ETG patents?

8    A.    The ETG patents don't change the coefficients out in

9    normal use, whereas this invention does periodically measure

10   the acoustic feedback path, calculate new coefficients, and

11   then use those in the correction circuit for adjusting the

12   feedback, or canceling it.

13   Q.    Can we have Morley Demonstrative No. 16, please.

14         Okay.  Can you explain what we see here, Dr.

15   Morley?

16   Q.    Okay.  Up at the top is my simplified block diagram

17   for the ETG patented hearing aid, with its acoustic feedback

18   fixed filter in the feedback path.  And down below we see

19   the block diagram of the Graupe '818 patent, and I have had

20   the colors match up, so the acoustic feedback path here is

21   in purple on both of them, the microphone is blue, the

22   feedback canceling filter is in blue up at the top, the

23   hearing compensation filter here in the middle is in red.

24         The amplifier is in here, and that's why they

25   are both red.  And then we got a speaker that's orange.  So

Morley - direct

1    there is a one-to-one correspondence between those blocks.

2    Q.    What is the purpose of this demonstrative with respect

3    to your doctrine of equivalents analysis?

4    A.    Well, if we are to believe that the '850 patent covers

5    an adaptive feedback canceling algorithm, like is in the

6    Widex products, then it's going to also cover this invention

7    right here from Mr. Graupe, which came out before it, and so

8    that would invalidate it as being obvious.

9    Q.    It's Dr. Graupe, but that's okay.

10   A.    Excuse me, Dr. Graupe.

11   Q.    Can we now go to DX-1111.  Do you recognize this

12   document, Dr. Morley?

13   A.    Yes, I do.

14   Q.    What is it?

15   A.    I believe it's the cover sheet of Leland Best's

16   Master's thesis.

17   Q.    Have you reviewed this document?

18   A.    I did.

19   Q.    Are you familiar with it?

20   A.    Yes.

21   Q.    Did you attend a deposition of Dr. Best that we saw

22   today?

23   A.    I had the pleasure of meeting him and attending that

24   deposition.

25   Q.    Okay.  Can we look at Figure 13, please.

Morley - direct

1    Can you explain to the jury what Figure 13

2    shows?

3    A.    This is the adaptive feedback cancellation invention

4    of Dr. Best.

5    Q.    Can you explain -- okay.  Let me walk you through it.

6    What is the W we see towards the bottom?

7    A.    Down there the W block, which is by now very

8    familiar, the LMS algorithm.  That is the adaptive feedback

9    canceling filter that's in the feedback path.

10   Q.    How does this Figure 13 diagram, how does it work?

11   A.    Well, we have pressure coming into the microphone over

12   here.

13   Q.    Pressure, what is that?

14   A.    Sorry, sound pressure, sounds in the environment,

15   coming in, getting added to something else coming up here.

16   What that is is the acoustic feedback.  So this adder, the

17   sum there, that Greek sigma means add.  That is really an

18   addition that gets done out -- well, at the microphone.

19   This sort of is representing the microphone here, because

20   that's where the two sounds come together, and the output of

21   the microphone is the sum of those two.

22   Q.    Let me ask you, the H that you have been referring to,

23   is that the acoustic feedback?

24   A.    That is the mathematical model for the acoustic

25   feedback path.

Morley - direct

1    Q.    And then the output of this sigma, this first sigma,

2    what does that represent?

3    A.    At that point there, that is the output of the

4    microphone.

5    Q.    Does that include whatever you speak into the

6    microphone?

7    A.    Yes.

8    Q.    Does it include any acoustic feedback that is in that

9    microphone?

10   A.    That's right.  It is the sum of those two signals,

11   what you want to hear and what's getting fed back.

12   Q.    Then we have another sigma, but it looks like it has a

13   plus and a minus.  What is that all about?

14   A.    That sigma is where we are subtracting out this Z --

15   there is a little tick mark next to it.  We call that, in

16   electrical engineering, math, whatever, Z prime.  That

17   little tick mark makes it a prime.  The signal that is

18   labeled Z prime here is getting subtracted out from the

19   output of the microphone.

20   Q.    Why would you subtract out something from the

21   microphone?

22   A.    Because you are trying to subtract out the part of the

23   signal that is acoustic feedback.

24   Q.    And I see before that Z prime this block W.  What is

25   that doing?

Morley - direct

1    A.    Well, the W block has a dashed line with an arrow

2    through it.  It is connected up to the top here, to this LMS

3    algorithm block, and actually the block is labeled LMS noise

4    canceller.  So that is the block that is calculating his

5    coefficients, if you will, for the feedback canceling filter

6    down here.

7              And so the dashed line coming down there with

8    the arrow is indicating that the coefficients in that

9    particular filter down there are being changed and

10   controlled by the LMS algorithm up above.

11   Q.    The LMS algorithm that we see there, how does that

12   relate to the LMS algorithms that are used by defendants

13   today?

14   A.    Well, mathematically, there are some differences.  The

15   main thing on this one here is that you see over to the left

16   there is a white noise generator.  So he had actually a

17   white noise generator, which, when the Judge goes to the

18   sidebar to talk to the lawyers over here and straighten

19   things out with them, you hear this noise come on here,

20   there is this "sh-sh-sh-sh," that is a white noise

21   generator.  So that is the kind of signal that comes out of

22   here.

23             It's used to help the LMS algorithm in this

24   thesis to adapt its coefficients.  And it also gets added to

25   the signal that goes out into the ear.  But he was careful

Morley - direct

 1    in his thesis to recognize, of course, that that could

 2    possibly be a problem.  And he keeps that volume of that

 3    noise low, so it can do its job while not interfering with

 4    the quality of the sound that the hearer is listening to.

 5    Q.    Do modern day LMS algorithms use that white noise?

 6    A.    No.  I think in the late nineties, the algorithms came

 7    around to where they no longer needed a white noise

 8    generator like that.  But it is my understanding that there

 9    was at least one hearing aid out on the market that did use

10    this technique which included a white noise generator.

11    Q.    What was the name of that company?

12    A.    As I sit here now I forgot the name.  I knew it the

13    other day.

14    Q.    So let's go to Morley Demonstrative No. 15, please.

15    Here we -- why don't you explain what it is.

16    A.    What we have here is just the basic hearing aid,

17    without any feedback cancellation, just to try to not

18    overcomplicate and see everything at once.

19              Here is the forward path, as I have been talking

20    about it today, from the microphone through to the speaker.

21    And down below -- that's the ETG '850 patent on the top.

22    Down below is Leland Best's, Dr. Best's thesis drawing.  And

23    once again, forward path in through the microphone in blue,

24    then on through the forward path, and we can see in both of

25    them, we have an acoustic feedback path in purple.

Morley - direct

1    And this little W shouldn't be in here yet.  We

2    are going to pop that in up above in a minute.

3    Q.    Okay.  So now what do we see?

4    A.    So now we have the feedback canceling filter in both

5    of the hearing aids and we see Dr. Best's is this LMS

6    algorithm along with the feedback canceling filter, W.

7    Q.    Okay.  So what is the purpose behind this

8    demonstrative, Dr. Morley?

9    A.    This is to show that if we were to expand or take the

10   interpretation of Mr. Brown and his doctrine of equivalents,

11   even in his literal analysis of the claims, then it would,

12   the claim in the ETG patent would describe this circuit, the

13   invention of Dr. Best and that would make that claim invalid

14   because Best came before the ETG patent.

15   Q.    So for purposes of just the doctrine of equivalents,

16   what does that mean?

17   A.    That it would be an improper application of the

18   doctrine of equivalents.  You have stretched the scope of

19   the claim too far because you have brought in some prior

20   art.

21   Q.    Okay.  Can we go back to Claim 19, please?

22         Okay.  I think we talked about literal

23   infringement already.  And your opinions that it's not

24   literally infringed.  We've talked about doctrine of

25   equivalents with respect to both Dr. Graupe's patent and

Soli - cross

1    your discussing the Graupe patent.  Correct?

2    A.    I am looking to see Graupe there.  Thank you.

3    Q.    We know it is the same patent because if you go back

4    to the reference portion --

5    A.    You are right, it is the patent.

6    Q.    It is the same patent.  Correct?

7    A.    Correct.

8    Q.    And then if you go to the very next page, the second

9    full paragraph of your article discusses some of the

10   infirmities of this patent.  Correct?

11   A.    I would have to see it.

12   Q.    Sure.  It's the second paragraph, left-hand column.

13   You are discussing many approaches that have been tried.

14   And you say, For example, probe noises insert broadband

15   noises into hearing aids to provide strong excitation

16   signals for adaptive filtering."

17        Then you cite, among others, to Graupe.  Right?

18   A.    That's correct.

19   Q.    And you say, "The injection of probe noises must be

20   carefully controlled.  Otherwise, the output sound would be

21   contaminated by the added noise."

22        Right?

23   A.    That's correct.

24   Q.    And what that means to a layman is, when you use this

25   Graupe technology, it actually takes the amplifier out of

Soli - cross

1   the sound circuit, and then you test the feedback with this

2   signal, this noise, and you have to do it every so often,

3   like every 30 or 60 seconds.  Right?

4   A.      Yes.  It is the same thing you would have to do in

5   the '850 patent, when you put the tones in.  You have to

6   take the amplifier out of the circuit, bypass it, and

7   provide a signal that comes back through the microphone to

8   be measured and nulled.  So it is the same process.

9   Q.      Well, in the '850 patent you are talking about the

10  single process at the fitting.  Right?

11  A.      Well, if you just do it once, yes, that is all I am

12  talking about.

13  Q.      But in the Graupe patent, you are talking about every

14  single time the sound changes, this happens.  Right?

15  A.      It could, yes.

16  Q.      That's what you found problematic about the Graupe

17  patent, is essentially, during that time, not only couldn't

18  the person hear, because that circuit would be disconnected,

19  but there would be this noise that comes in every 25, 30,

20  60 seconds.  Right?

21  A.      The noise would come in, and it was that noise that

22  was used to adaptively identify the feedback transfer

23  function so you could update the cancellation filter.

24          So again, the same thing would be required if

25  you wanted to adaptively update the '850 patent from time to

Matzen - direct

1   Q.          So as configured, the circuit wouldn't work with

2   the compression amplifier?

3   A.          That's right.

4   Q.          Is there any specific circuitry described in the

5   Graupe '''818 patent for the correction circuit or the

6   amplification block?

7   A.          No, there is really no definitions of any

8   circuitry or hardware.  It's pretty much all block diagrams

9   of mathematical functions.  It's a mathematics based paper.

10  Q.          Now, going back to Matzen 8, the overview slide,

11  the second point here, it says it calculates the wrong

12  coefficients.  What do you mean by that?

13  A.          What I mean by that is that when it goes into

14  the identification mode and disconnects the amplifier, it

15  identifies the transfer function of the acoustic feedback.

16  But it does not do that basing those calculations on the

17  effect through transmission channel.  So it is actually

18  calculating the improper coefficients for proper reduction

19  of acoustic feedback.

20  Q.          And, again, what would be the transmission

21  channel shown here?

22  A.          Transmission channel would be the lightened

23  amplifier that connects the microphone to the receiver

24  speaker.  That's the transmission channel through the

25  system.

Matzen - direct

1   Q.          During the identification mode, is there even a

2   transmission channel?

3   A.          No, there is not.

4   Q.          So let's go back to Matzen 8 again.  The third

5   bullet says function as a noise generator.  That is what we

6   talked about earlier.

7   A.          Yes, uh-huh.

8   Q.          It says the Graupe '''818 does not show

9   determining  the effect on amplitude and phase on a signal

10  in the transmission channel.  Could you explain your reason

11  for that?

12  A.          Certainly.  During the identification mode,

13  there is no transmission channel so there is no way to

14  determine anything about the transmission channel.

15  Q.          So in your opinion then, can Graupe '''818

16  satisfy this claim limitation from Claims 13, 14 and 16?

17  A.          No.  Because there is so much error, because of

18  that, the system, not knowing what is happening through the

19  transmission channel when it's in the correction mode, it

20  would not be able to really effect substantial reduction of

21  acoustic feedback.

22  Q.          Does the Graupe '''818 patent discuss phase and

23  amplitude?

24  A.          No, it does not.

25  Q.          Does it discuss determining the effect on phase

Matzen - direct

1   Best work doesn't have a filter in the feedback path, what

2   is your opinion as to whether it can anticipate Claims 13,

3   16 or 19?

4   A.         It cannot.  It cannot match those claims.

5   Q.         The next bullet point says, Does not show

6   determining the effect on amplitude and phase of a signal in

7   the transmission channel, Claims 13, 14 and 16.  Can you

8   explain what this means?

9   A.         Yes.  The Best circuit can only determine what

10  happens at the input to the transmission channel.  It cannot

11  determine what happens in the transmission channel.  It

12  cannot determine the effect on amplitude and phase signal in

13  the transmission channel because it does not look at the

14  whole transmission channel.  There is no connection to the

15  output.

16  Q.         And if it doesn't determine the effect of

17  amplitude and phase of a signal in the transmission channel,

18  is it your opinion -- what is your opinion as to whether it

19  can anticipate Claims 13, 14 or 16?

20  A.         It cannot.

21  Q.         And did Dr. Soli apply the Best circuit to the

22  '749 patent?

23  A.         Yes, I believe he did.

24  Q.         In his testimony?

25  A.         I don't remember.

Matzen - cross

1    at this point right here.  It goes down through this fixed

2    filter, through this switch, into this volume control, into

3    this programmable limiter, through this amplifier to the

4    speaker.  Nothing in that loop is broken.

5    Q.          How about on the other end down here, on the

6    test end?

7    A.          This is broken right here.  The connection from

8    the microphone to the amplifier is broken.

9    Q.          So I think that's what I was asking you.  If we

10   could go back to the Morley 1 figure.  You are saying this

11   is wrong because it shows between the amplifier and the

12   speaker it's disconnected, and you are saying it really

13   should show between the microphone and the hearing

14   compensation   filter --

15   A.          What I am saying is the feedback measuring

16   circuit does not drive the speaker.  It drives this block,

17   so that the feedback that is measured includes whatever

18   happens in the compensation filter and the amplifier.

19   Q.          Didn't you just tell us that that feed test was

20   broken so it would break the connection at this point?

21   A.          But then Figure 1 is the one that inserts that

22   test tone.

23   Q.          But needless to say, you disagree with what Dr.

24   Morley says here?

25   A.          Yes, I do.

Matzen - redirect

1    A.          My analysis.

2    Q.          Does the Graupe '818 have a programmable filter

3    that affects substantial reduction of acoustic feedback?

4    A.          In my opinion, not really.

5    Q.          Why not?

6    A.          Because due to the fact that the forward channel

7    is not considered when the coefficients are determined, the

8    coefficients do not include any errors in the transmission

9    channel.  And being that there is no errors corrected for

10   the reduction of the feedback would not be as good as it

11   would if they were considered.  So it isn't substantial.  It

12   does do some reduction, but it is not substantial reduction.

13   Q.          So what is your opinion as to whether Graupe

14   '818 anticipates Claim 19?

15   A.          In my opinion, it does not.

16   Q.          In the Weaver circuit, the Weaver thesis

17   circuit, the GH-hat, that was the echo estimator?

18   A.          Yes.

19   Q.          Was that in the feedback path?

20   A.          No, it was not.

21   Q.          Why not?

22   A.          Again, it's because it was inside of the total

23   circuitry of the Weaver estimator, and that resided in a

24   location between the microphone and the amplifier and was

25   not connected to the output of the transmission channel,

1   cancels it by subtraction.  I stand by that.  That is what I

2   said then.  That is what I'm saying now.  If that were the

3   end of the case, we could just all go home.  That is not

4   what Dr. Levitt's patent covers.  If it did, it would be

5   invalid.

6           We spent hours of precious time over the last

7   nine days arguing over terminology in marketing documents.

8   I said, and I'll say it again, feedback cancellation,

9   feedback reduction, feedback suppression.  It doesn't matter

10  what you call it.  That is not what determines infringement.

11  It just doesn't matter.  You could call it Swiss cheese, as

12  Dr. Anderson said on the stand.  It doesn't matter what you

13  call it, it matters what you do.  It matters what is in

14  there.

15          We even had a phrase "phase cancellation" which

16  Dr. Anderson explained to you was the subtraction, that's

17  all.  There has been no admission by Thomas Christensen of

18  any infringement.  There has been no admission of any kind

19  of misstatement that violates federal trade, a federal Food

20  and Drug Administration order.  That is not what this case

21  is about.  There certainly has been no admission that there

22  is any determination of phase and amplitude ahead of time

23  and then insertion of a filter.  There has been no

24  admission.  There has been no admission of programmability

25  or use of a programmable filter.  None whatsoever.