# REDACTED IN ITS ENTIRETY