# ALL EXHIBITS CONFIDENTIAL

Case 1:05-cv-00422-GMS    Document 602-2    Filed 06/10/2008    Page 1 of 1