**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SONIC INNOVATIONS, INC., et al., )<br>)<br>Defendant. ) | <br><br><br><br>C. A. No. 05-422 (GMS)<br><br>**CONFIDENTIAL – FILED UNDER SEAL** |

**PLAINTIFF ENERGY TRANSPORTATION GROUP INC.'S OPPOSITION TO
DEFENDANTS' MOTION FOR CONTINUED CONFIDENTIALITY PROTECTION
FOR, AND TO SEAL, CERTAIN HIGHLY CONFIDENTIAL DOCUMENTS**

Of COUNSEL:

Brian M. Buroker
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, DC  20006-1109
Telephone: (202) 955-1500

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
Telephone: (804) 788-8788

Marty Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue
Suite 2500
Miami, FL  33131
Telephone: (305) 810-2500

Dated:  June 13, 2008

Edmond D. Johnson (DE Bar #2257)
Matthew A. Kaplan (DE Bar #6528)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Fax: (302) 421-8390

*Attorneys for Energy Transportation Group, Inc.*

#9730337 v1

**THIS DOCUMENT WAS FILED UNDER SEAL**

#9730337 v1

## CERTIFICATE OF SERVICE

I do hereby certify that on the 13th of June 2008, I caused a true copy of the foregoing *Plaintiff Energy Transportation Group Inc.'s Opposition To Defendants' Motion For Continued Confidentiality Protection For, And To Seal, Certain Highly Confidential Documents* to be served upon the following counsel of record as indicated below:

| | |
|---|---|
| Mary B. Graham (#2256)<br>James W. Parrett, Jr. (#4292)<br>MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>**Via Hand Deliver** | Donald E. Reid (#1058)<br>Jason A. Cincilla (#4232)<br>MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE  19899<br>**Via Hand Deliver** |
| John M. Romary<br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>901 New York Ave., N.W.<br>Washington, DC  20001-4413<br>**Via Electronic Mail** | William H. Mandir<br>David J. Cushing<br>Carl J. Pellegrini<br>Brian K. Shelton<br>SUGHRUE MION PLC<br>2100 Pennsylvania Ave., N.W., Ste. 800<br>Washington, DC  20037<br>**Via Electronic Mail** |
| *Attorneys for William Demant Holding A/S, WDH Inc., Oticon A/S, Oticon, Inc., Bernafon AG, and Bernafon LLC* | *Attorneys for Widex A/S, Widex Hearing Aid Co., Inc.* |

/s/ Edmond D. Johnson
Edmond D. Johnson (No. 2257)