# EXHIBITS A THROUGH F

**THESE DOCUMENTS WERE FILED UNDER SEAL**