IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-422 GMS |
| v. ) | |
| ) | |
| WILLIAM DEMANT HOLDING A/S et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

At Wilmington this 19th day of June, 2008, after having received the defendants' motion for continued confidentiality protection for, and to seal, certain highly confidential documents;

IT IS HEREBY ORDERED that the motion for confidentiality (D.I. 599) is STRICKEN from the record. The court finds this motion nothing more than a thinly-veiled attempt to accomplish by formal motion what the defendants could not accomplish by their numerous telephone calls and emails to the court staff.[1] The issue regarding confidentiality of the documents filed as exhibits to the plaintiff's post-trial submissions is closed. Accordingly, the parties are directed to cease and desist all communication with the court regarding the issue.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

---

[1] Indeed, in an email dated May 22, 2008, and authored at Chief Judge Sleet's request, the court informed the parties that it was "incredulous as to why the parties would now want to pull documents that have been part of the public record for nearly two months." (See D.I. 599, Ex. C at 3.) The court further advised that it had "neither the time, nor the manpower to undertake th[e] voluminous task" of identifying and individually removing each exhibit that the defendants requested sealed and, "[a]s a result, the documents w[ould] remain a part of the public record." (Id.) Thus, the court was rather nonplussed when it received a motion on May 30, 2008, addressing the issue it resolved on May 22nd.